**(Official Form 1) (04/07)**

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**InPhonic, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more<br>than one, state all): **52-2199384** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more<br>than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1010 Wisconsin Avenue NW<br>Suite 600<br>Washington, DC**               ZIPCODE **20007** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☑ Chapter 11           Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                              Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer      ☑ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors:<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be<br>no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,000 to<br>$100,000 | ☐ $100,000 to<br>$1 million | ☐ $1 million<br>$100 million | ☑ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,000 to<br>$100,000 | ☐ $100,000 to<br>$1 million | ☐ $1 million<br>$100 million | ☑ More than<br>$100 million |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (04/07)** FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**InPhonic, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>  Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (04/07)**                                                                 FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**InPhonic, Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br>X _____<br>  Signature of Joint Debtor<br><br>  _____<br>  Telephone Number (If not represented by attorney)<br><br>  _____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  Signature of Foreign Representative<br>X _____<br>  Printed Name of Foreign Representative<br><br>  _____<br>  Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X *Neil B. Glassman*<br>  Signature of Attorney for Debtor(s)<br>  **Neil B. Glassman**<br>  Printed Name of Attorney for Debtor(s)<br>  **The Bayard Firm Suite 900**<br>  Firm Name<br>  **222 Delaware Avenue**<br>  Address<br>  **Wilmington, DE  19801**<br><br>  **(302) 429-4224**<br>  Telephone Number<br>  **November 8, 2007**<br>  Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>  _____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  _____<br>  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>  _____<br>  Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Kenneth D. Schwarz*<br>  Signature of Authorized Individual<br>  **Kenneth D. Schwarz**<br>  Printed Name of Authorized Individual<br>  **Chief Financial Officer**<br>  Title of Authorized Individual<br>  **November 8, 2007**<br>  Date | X _____<br>  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>  _____<br>  Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **InPhonic, Inc.**                                   Case No. _____
_____
                    Debtor(s)

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**
_____

All Other Names used by the Debtor in the last 8 years:

**dba Cellularchoices.Net**
**dba JoeMobile.Com**
**dba Intelenetwireless.Com**
**dba Point.Com**
**dba InPhonic.Com**
**dba Wirefly.Com**
**dba WireflyMobile.Com**
**dba Wireflyfriendsandfamily.Com**
**dba Cellularbuys.Com**
**dba Wirefly.Net**
**dba Wirefly.Org**
**dba MobilePro.Com**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Delaware**

IN RE: _____    Case No. _____

InPhonic, Inc. _____    Chapter **11** _____
                              Debtor(s)

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on __November 8, 2007__.

       a.  Total assets                                       $ _____120,916,990.76

       b.  Total debts (including debts listed in 2.c., below)   $ _____179,402,834.28

Approximate
Number of Holders

       c.  Debt securities held by more than 500 holders.

           secured / /   unsecured / /   subordinated / /      $ _____  _____

           secured / /   unsecured / /   subordinated / /      $ _____  _____

           secured / /   unsecured / /   subordinated / /      $ _____  _____

           secured / /   unsecured / /   subordinated / /      $ _____  _____

           secured / /   unsecured / /   subordinated / /      $ _____  _____

       d.  Number of shares of preferred stock          _____0  _____0

       e.  Number of shares of common stock          _____0  _____0

Comments, if any:

3. Brief description of debtor's business:

   **See Attached Exhibit A3**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **David A. Steinberg; The Goldman Sachs Group, Inc.; FMR Corporation; Trafelet & Company, LLC; S.A.C. Capital Advisors, LLC; MSD Capital, LP; Vardon Capital, LLC**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

InPhonic, Inc.

## EXHIBIT A3 TO VOLUNTARY PETITION
### Brief Description of Debtor's Business

InPhonic, Inc. is a leading online seller of wireless services and devices, both through private labeled websites that it creates and manages for online businesses, affinity organizations and national retailers, as well as through its own branded websites. InPhonic, Inc. has developed a proprietary e-commerce platform that integrates merchandising, provisioning, procurement, customer care and billing operations into a single state-of-the-art system for activating wireless services and devices. The company leverages this platform and operational infrastructure to also operate its own mobile virtual network operator, which enables communications service providers and consumer brands to offer a branded wireless service to their customers without having to own or operate the underlying wireless network or operational infrastructure. The company also offers a variety of mobile content services, unified communications and satellite services.

## ANNEX TO VOLUNTARY PETITION

The Debtor and each of the affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code:

InPhonic, Inc., a Delaware corporation

CAIS Acquisition, LLC, a Delaware limited liability company

CAIS Acquisition II, LLC, a Delaware limited liability company

SimIPC Acquisition Corp., a Delaware corporation

Star Number, Inc., a Delaware corporation

Mobile Technology Services, LLC, a Delaware limited liability company

FON Acquisition, LLC, a Delaware limited liability company

1010 Interactive, LLC, a Delaware limited liability company

RESOLUTIONS OF THE
BOARD OF DIRECTORS OF INPHONIC, INC.
DATED NOVEMBER 6, 2007

Pursuant to the General Corporation Law of the State of Delaware, the undersigned, the Secretary of InPhonic, Inc., a Delaware corporation (the "Company"), on behalf of the Board of Directors, hereby certifies that the Board of Directors has taken the following actions, at a meeting of the Board of Directors of the Company (the "Board") at which a quorum was present and acting throughout:

> WHEREAS, the Board has considered the current and prospective financial and operational aspects of the Company's business;

> WHEREAS, the Board has reviewed the historical performance of the Company and the current and long-term liabilities of the Company;

> WHEREAS, the Company is the sole stockholder in certain wholly-owned corporations and the sole member in certain limited liability companies (the "Subsidiaries");

> WHEREAS, the Board intends for the Company to make a voluntary petition under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware on or after November 8, 2007;

> WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and professionals and advisors to the Company as to the terms of potential restructurings that could be implemented during the course of the Bankruptcy Proceedings; and

> WHEREAS, the Board has reviewed and considered potential debtor in possession financing from Versa Capital Management or one of its subsidiaries and has reviewed an offer from Versa Capital Management to purchase substantially all of the assets of the Company and its Subsidiaries.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.   After consultation with and in reliance on the advice of management and the outside attorneys and advisors to the Company, in the judgment of the Board, it is desirable and in the best interests of the Company and its Subsidiaries, its creditors, stockholders and other interested parties, that voluntary petitions be immediately filed by the Company and certain of the Subsidiaries in the United States Bankruptcy Court for the District of Delaware under the provisions of Chapter 11 of the United States

Bankruptcy Code on or after November 8, 2007. DLA Piper US LLP and The Bayard Firm shall be retained to act as counsel to the Company and its subsidiaries in connection with the filing and prosecution of the chapter 11 cases. Goldsmith Agio Helms shall be engaged as investment bankers to the Company and its Subsidiaries.

2.      The officers of the Company, and each of them (the "Officers"), are directed, authorized and empowered to execute and file on behalf of the Company and its Subsidiaries all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which they deem necessary or proper to obtain or advance such relief.

3.      The Officer are directed authorized and empowered to enter into that certain Senior Secured, Super-Priority Debtor in Possession Credit and Guaranty Agreement, dated as of November 7, 2007; between InPhonic, Inc., as Borrower and Adeptio INPC Funding, LLC, as Lender, and take all such actions as are necessary to obtain court approval of and implementation of such debtor in possession financing.

4.      The Officers are directed, authorized and empowered to enter into a Asset Purchase Agreement with Versa Capital Management or one of its subsidiaries providing for the sale of substantially all of the assets of the Company and its Subsidiaries and take all actions  necessary to implement the transactions contemplated thereunder.

5.      The Officers are directed, authorized and empowered in the name, and on behalf, of the Company and its Subsidiaries to take or cause to be taken any and all actions, execute and file any and all documentation or pleadings, including but not limited to (a) pleadings seeking court approval to sell all, or substantially all, of the assets of the Company and its Subsidiaries pursuant to the applicable provisions of the Bankruptcy Code, as appropriate in furtherance of a plan of reorganization or otherwise, and (b) pleadings seeking court approval of debtor in possession financing, in each case on such terms and conditions as are available to the Company and its Subsidiaries and reasonable under the circumstances.

6.      The Officers are directed, authorized and empowered in the name, and on behalf, of the Company and Subsidiaries to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his or her discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

7.      All of the acts and transactions of management and members of the Board of Directors of the Company that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects confirmed, approved and ratified.

BALTI\4394395.3

IN WITNESS WHEREOF, the undersigned in his capacity as Secretary of the Board of Directors of the Company, has certified these resolutions as of the day first written above.

_____

Walter W. Leach, III

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : |
| | : Chapter 11 |
| INPHONIC, INC., et al., | : |
| | : Case No. 07-_____ |
| Debtor. | : |
| | : Jointly Administered |
| | : |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS[1]

      Following is the list of creditors holding the 20 largest unsecured claims, on a consolidated basis, against the above-captioned debtors (collectively, the "Debtors"). This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information contained herein shall not constitute an admission by, nor shall it be binding on, the Debtors.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade, debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| MSN (Microsoft Corp.) 1401 Elm St., 5th Floor Lockbox # 847543 Dallas, TX 75202 | MSN (Microsoft Corporation) 1125 Sanctuary Parkway Suite 300 Alpharetta, GA 30004 Attn: Nat Hampson Tel: (678) 629-5728 | Trade Debt | | $8,177,356.00 |
| Yahoo!, Inc. Yahoo! Accounts Receivable PO Box 3003 Carol Stream, Ill. 60132-3003 | Yahoo!, Inc. 111 West 40th Street 9th Floor New York, NY 10018 Attn: Kevin Hein Tel: (212) 381-6922 | Trade Debt | | $3,718,960.35 |
| Google, Inc PO Box 3900 Department No. 33654 San Francisco, CA 94139-3181 | Google, Inc 76 Ninth Avenue 4th Floor New York, NY 10011 Attn: Nick Pifani Tel: (212) 565-8811 | Trade Debt | | $3,501,674.00 |

---

[1] Due to the exigent circumstances of the filing of the chapter 11 petition, the Debtor reserves the right to amend this list.

| | | | | |
|---|---|---|---|---|
| Brightpoint – Nextel<br>Dept. 1615<br>135 S. LaSalle St.<br>Chicago, Ill. 60674 | Sprint Nextel Corp.<br>2000 Edmund Halley Drive<br>Reston, VA 20191<br>Attn:Greg Malakoff<br>Tel: (703) 433-8776 | Trade Debt | | $2,465,617.94 |
| Patton Boggs LLP<br>2550 M. Street, NW<br>Washington, DC 20037 | Patton Boggs LLP<br>8484 Westpark Drive, Ninth Floor<br>McLean, Virginia 22102<br>Attn: Douglas C. Boggs<br>Tel: (703) 744-8010 | Trade Debt | | $2,198,090.30 |
| America Online, Inc. (AOL)<br>PO Box 5696<br>New York, NY 10087-5695 | America Online, Inc. (AOL)<br>22265 Pacific Blvd.<br>Dulles, VA 20166<br>Attn: David Dziabis<br>Tel: (703) 265-5451 | Trade Debt | | $2,112,020.76 |
| Spanco Telesystems & Solutions,<br>B/22 Krishna Bhavan,<br>B.S. Deoshi Marg<br>Deonar, Mumbai-400 088, India | Respondez, Global Enclave<br>Plot N TTC Indust<br>Mahape, Navi Mumt 400710<br>Attn: Anil Wadhwa<br>Tel: 91-22-67220000 | Trade Debt | | $1,969,701.78 |
| Verizon Wireless<br>PO Box 64498<br>Baltimore, MD 21264-4498 | Verizon Wireless<br>One Verizon Way<br>Basking Ridge, NJ 07920<br>Attn: Kevin Kostes<br>Tel: (908) 559-8257 | Trade Debt | | $1,250,247.92 |
| Randall Van Dyke<br>5670 Greenwood Plaza Blvd<br>Greenwood Village, CO 80111 | Randall Van Dyke<br>c/o JDS Professional Group<br>5670 Greenwood Plaza Blvd<br>Greenwood Village, CO 80111<br>Tel: (858) 716-1241 | Trade Debt | | $1,174,628.00 |
| ACN Communications Services, Inc.<br>354 Lincoln Avenue<br>Mingo Junction, OH 43938 | ACN Communications Servs., Inc.<br>13620 Reese Boulevard, Bldg. II<br>Huntersville, NC 28078<br>Attn: Tracy Nolan<br>Tel: (704) 996-8197 | Trade Debt | | $1,028,710.00 |
| Alltel Communications Products<br>PO Box 102063<br>Atlanta, GA 30368 | Alltel Communications, Inc.<br>One Allied Drive<br>Little Rock, AR 72202<br>Attn: Ron Herring<br>Tel: (501) 905-8080 | Trade Debt | | $932,004.76 |
| Next Jump, Inc.<br>261 Fifth Avenue<br>8th Floor<br>New York, NY 10016 | Next Jump, Inc.<br>261 5th Avenue<br>8th Floor<br>New York, NY 10016<br>Attn: Meghan Messenger<br>Tel: (212) 685-7101 | Trade Debt | | $832,250.00 |
| Chadbourne and Parke LLP<br>12000 New Hampshire Avenue<br>Washington, DC 20036 | Chadbourne and Parke LLP<br>12000 New Hampshire Avenue<br>Washington, DC 20036<br>Attn: Sydney Shabazz<br>Tel: (202) 974-5600 | Trade Debt | | $831,109.20 |
| Yahoo! Search Marketing/Overture<br>PO Box 89-4147<br>Los Angeles, CA 90189-4147 | Yahoo!, Inc.<br>1065 Avenue of the Americas<br>New York, NY 10018<br>Attn: Brian H. Murphy<br>Tel: (212) 381-6833 | Trade Debt | | $771,986.00 |

| | | | | |
|---|---|---|---|---|
| JBR Media Ventures, LLC<br>2 Wisconsin Circle<br>Suite 700<br>Chevy Chase, MD 20815 | JBR Media Ventures, LLC<br>2 Wisconsin Circle, Suite 700<br>Chevy Chase, MD 20815<br>Attn: Brent Shaw, President<br>Tel: (202) 247-7757 | Trade Debt | | $718,203.70 |
| Yellow Page Authority<br>8940 West 192nd Street, Suite D<br>Mokena, IL 60448 | 8940 W. 192nd Street<br>Suite D<br>Mokena, IL 60448<br>Attn: Patrick M. Fagen<br>Tel: (708) 326-4844 | Trade Debt | | $623,592.46 |
| Ask.com<br>File 30755<br>PO Box 60000<br>San Francisco, CA 94160 | Ask.com<br>555 12th Street, Suite 500<br>Oakland, CA 94607<br>Attn: Lino Senio<br>Tel: (510) 985-7639 | Trade Debt | | $579,890.23 |
| CosmoCom, Inc.<br>121 Broad Hollow Rd.<br>Melville, NY 11747 | CosmoCom, Inc.<br>122 Broad Hollow Rd.<br>Melville, NY 11747<br>Attn: Paul Strohmenger<br>Tel: (631) 940-4232 | Trade Debt | | $522,181.40 |
| Microsoft Licensing, GP<br>1401 Elm St.<br>5th Floor, Dept. 842467<br>Dallas, TX 75202 | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 -6399<br>Attn: Brent Johnson<br>Tel: (425) 722-4930 | Trade Debt | | $487,119.42 |
| Skadden  Arps Slate Meagher &<br>Flom LLP<br>P. O. Box 1764<br>White Plains, NY  10602 | Skadden  Arps Slate Meagher &<br>Flom LLP<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005<br>Attn: Ivan A. Schlager<br>Tel: (202) 371-7810 | Trade Debt | | $483,795.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Kenneth D. Schwarz, an authorized officer of each of the Debtors in these chapter 11 cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date:  November 8, 2007                 Signature:  _____ /s/ Kenneth D. Schwarz _____
                                                          Kenneth D. Schwarz

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C.  §§ 152 and 3571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| INPHONIC, INC., et al., | : | |
| | : | Case No. 07-_____ |
| Debtor. | : | |
| | : | Jointly Administered |

### LIST OF EQUITY SECURITY HOLDERS[1]

InPhonic, Inc. (the "Debtor") hereby files the attached List of Equity Security Holders

pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

Date:  November 8, 2007

Kenneth D. Schwarz
Chief Financial Officer

---

[1] Due to the exigent circumstances of the filing of the chapter 11 petition, the Debtor reserves the right to amend this list.

*InPhonic, Inc.*
**Common Stock**
*As of October 31, 2007*

|  | Common Stock Outstanding |
|---|---|
| Balbach, Carl Teo | 42 |
| Baradell, Scott | 1,146 |
| Barrows, Colin | 280 |
| Batis, Joseph Edward | 59 |
| BB&LB Trust Dated June 24, 2002 | 293,692 |
| Berry, Allison | - |
| Brind Investment Partners II | 9,666 |
| Brind, Ira | 86,922 |
| Bryn Baisley | - |
| Carbone, Anthony | 117 |
| Carlson, Erik B. | - |
| Carol/Phil Kuehl | - |
| Caroline Kuehl | - |
| Cecilia Brown | - |
| Cede Fast (Public Float) | 32,069,981 |
| Citigroup (joseph goodwin) | - |
| Citigroup Financial | 300,000 |
| Citigroup Global | - |
| CMS Pep XIV | - |
| CMS Tech | - |
| Comerica Bank | - |
| Core Capital Partners | - |
| Cox, Steven | 13 |
| David John Spitz | - |
| David Wilson | - |
| Del Hanson | - |
| DeVaughn, Katease | 156 |
| Dyer, Robert J. | 177 |
| Fields, Gary D. | 177 |
| Fisher, Ari | - |
| FONcentral | - |
| Fox, Robert | - |
| Geraldine Coleman | - |
| Girardot, R. Andrew . Jr. D.D.S. | 177 |
| Global Exchange - Haht Commerce, Inc. | 239 |
| Grissom, J Robert | - |
| Hendrickson, Dale R. & Carolyn | 177 |
| IAC Investment Co | 50,000 |

**InPhonic, Inc.**
**Common Stock**
*As of October 31, 2007*

| | Common Stock Outstanding |
|---|---|
| Jack Kemp Family Trust | 11,455 |
| JBR Media Venture | - |
| Jeff Walyus | - |
| Jeffrey Kaplan | - |
| John A. & Sharon T. Cowley | - |
| John M. LaPides | - |
| Joseph Goodwin | - |
| Kathleen Goodwin | - |
| Keating, Dan B. | 177 |
| Kellly, Alexander | 400 |
| Kelly, Paul | 297 |
| Kimsey, Mark J. | - |
| King, Mitchell | 2 |
| Lake, Carnell | 1,178 |
| Landry, Charles | - |
| LAP Investments | 250,000 |
| Larry Winkler | |
| LBL Eventures, LLC | - |
| LBL Eventures, LLC | - |
| Lynn, Anthony | 177 |
| Mahoney & Mahoney LLC | 90 |
| Maxwell, Bret R.  Revocable Trust | 1,893 |
| Mid-Atlantic CAI Fund | 417,000 |
| Miller, H. Todd | 161 |
| Minotaur | - |
| Monument Capital Partners, LP | - |
| Moore, Staci | 195 |
| Motsinger, Donald | 6 |
| Mt Washington Assoc | - |
| National Bank of Canada - Barbara Kearney | 1,667 |
| Nevah Meloy | - |
| Ngo, Annie | 230 |
| Ngo, Lam | 987 |
| Nokia Venture Partners II, LP | - |
| NVP II Affiliates Fund, LP | 682 |
| Oliver, William | 50 |
| O'Rourke Family Trust Paul O'Rourke | 177 |
| Payne, Joseph | 4,334 |

**InPhonic, Inc.**
**Common Stock**
**As of October 31, 2007**

| | Common Stock Outstanding |
|---|---|
| Perelman, Ronald | - |
| Phat Guys, LLC | 25 |
| Piercy, Ann T | 148 |
| Pinczkowski, Jr., Raymond E. | 177 |
| Productivity Fund IV Advisors Fund LP | - |
| Productivity Fund IV, LP | - |
| Quigley, Michael J. & LoLinda S. | - |
| RAF NetVentures, L.P. | - |
| Ralph Yavone | - |
| Restricted Stock Awards | 3,538,191 |
| Robert Garretson | - |
| Robert Pedini | - |
| Roberty & Esther Fox | - |
| Robinson, Marci K. Annuity Trust | 98 |
| Robinson, Richard L.  Annuity Trust | 98 |
| Rosenberg, Francine | 177 |
| RR Holdings | - |
| RR Holdings- escrow | - |
| Ryan Kuehl | - |
| Schuck, William | 177 |
| Sculley, John | 290,182 |
| Sculley, John Irrevocable Trust UDT 12/30/97 FBO Madeline Allnatt | 2,292 |
| Sculley, John Irrevocable Trust UDT 12/30/97 FBO Oliver Allnatt | 2,292 |
| Sean Harrison | - |
| Sefcovic, Frederick | 258 |
| Sequel Entrepreneurs' Fund II LP | - |
| Sequel Limited Partnership II | - |
| Sheer, Claude | - |
| Shnaider, David | - |
| Siegel, Diane | 8,334 |
| Siegel, Irving | 4,167 |
| Steinberg, David A. | 3,505,627 |
| Steinberg, John | 9,338 |
| Steinberg, Johnathan | 2,400 |
| Steinberg, Richard | 8,334 |
| TCV IV Strategic Partners, L.P. | - |
| TCV IV, L.P. | - |

*InPhonic, Inc.*
**Common Stock**
*As of October 31, 2007*

|  | Common Stock Outstanding |
|---|---|
| Thomas Simons | - |
| Todd Springer | - |
| Unidentified discrepancy on AST report | (177) |
| Venture Investment Partners I LLC | 1,722 |
| Vincent, Mary | - |
| VMC Satellite, Inc. | - |
| Waqar Nasim | - |
| Watson, Michael | 1,041 |
| White, Timothy | 2,117 |
| William J. Clinton Presidential Foundation | - |
| Wilson, Samuel H. | 1,178 |
| Wolf, Marshall | 4,601 |
| Wolf, Thomas D. | 481 |
| Woodson, Ron | 589 |
| Wynnefield Private Equity Partners, LP | 68,147 |
| WYRP 2000 | 42 |
| WYRP Founders Fund | 77 |
| Z2, Inc. | - |

**InPhonic, Inc.**
**Restricted Stock**
**As of October 31, 2007**

| Name | Restricted Stock Outstanding |
|---|---|
| Ableman, Scott | 34,773 |
| Asundi, Satish | 0 |
| Athayde, John | 0 |
| Bagnall, Robert | 4,000 |
| Bailey, John | 16,970 |
| Banwarth, Robert | 0 |
| Barnes, Scott | 1,000 |
| Barranca, Vincenzo | 0 |
| Baskin, Jeff | 59,418 |
| Bath, Blake | 60,000 |
| Bennett III, Frank C. | 53,067 |
| Boniface, Robin | 0 |
| Boughton, Brendan | 0 |
| Brensike, Doreen | 0 |
| Brewster, Leah I. | 0 |
| Brind, Ira | 54,644 |
| Buenaventura, Richard | 2,000 |
| Bui, Bichhang | 3,000 |
| Butterfield, Zachary | 3,000 |
| Canfora, Maria C. | 291 |
| Cannon, Shane B | 5,000 |
| Carswell, Douglas W. | 26,128 |
| Chiatello, Robert | 19,500 |
| Choe, Kyong | 66,000 |
| Chorlton, Michelle | 275 |
| Coder, Mary Lou | 7,500 |
| Cole, Gregory | 91,250 |
| Craig, David | 0 |
| Crispin, Romane | 0 |
| Curran, Brian J. | 0 |

**InPhonic, Inc.**
**Restricted Stock**
**As of October 31, 2007**

| Name | Restricted Stock Outstanding |
|---|---|
| Dietz, Sandra | 1,031 |
| Donnelly III, Raymond | 12,063 |
| Dowell, Matthew | 0 |
| Dyson, Esther | 3,000 |
| Ernst, Caroline | 10,000 |
| Evans, Kesha | 60,938 |
| Evans, Ronald | 15,000 |
| Familant, Chad R. | 3,000 |
| Familant, Len A. | 23,399 |
| Feinberg, Peter | 5,000 |
| Fox, Robert A. | 0 |
| Fraioli, Dawn | 1,650 |
| Fuschillo, Richard | 1,800 |
| Gardner, Michael A. | 7,500 |
| Gatling, Brian | 3,000 |
| Gendell, Jennifer | 0 |
| Gill, Jeffrey | 3,000 |
| Goldman, Jason S. | 3,000 |
| Goodin, Aric | 32,856 |
| Goynes, Mike | 10,000 |
| Gulson, Kristen A | 4,000 |
| Gregory, Kristina | 2,000 |
| Gurganus, Jeffrey | 0 |
| Haithcock, Kathleen | 59,438 |
| Hambright, Michael | 0 |
| Hannula, John | 16,875 |
| Hardy, Donna | 7,378 |
| Harris, Adam G. | 1,000 |
| Harris, Laurence E | 71,644 |
| Hayden, Diana | 0 |

## InPhonic, Inc.
## Restricted Stock
## As of October 31, 2007

| Name | Restricted Stock Outstanding |
|---|---|
| Hecht, Marc | 4,000 |
| Hickey, Jennifer | 4,000 |
| Houk, Susan | 20,000 |
| Hugo, Victor | 11,812 |
| Huynh, Linh | 6,000 |
| Jaiprakash, Patchamuthu | 0 |
| Johnson, Lori | 10,500 |
| Kalyan, Nandita | 395 |
| Kapos, Holly | 6,000 |
| Keller, Brenda J | 0 |
| Kemp, Jack F. | 0 |
| Kim, Moon T. | 1,000 |
| Kirkpatrick, Matthew | 0 |
| Klint, Teresa M | 0 |
| Koo, Kar Fai | 1,000 |
| Korsower, Joshua D. | 16,628 |
| Kraus, Suzanne S | 6,300 |
| Krombolz, Stephen H. | 18,418 |
| Kumaraswamy, Shashidhara | 11,159 |
| Landry, Kenneth D. | 1,500 |
| Layton, Joel A | 2,750 |
| Leach, Walter W. | 108,750 |
| Leahey, Kelley A. | 7,000 |
| Leite filho, Clovis | 0 |
| Leonard, Robert | 0 |
| Leshock, Brett A | 187 |
| Lewis, Oscar | 5,000 |
| Luby, Joseph R | 7,500 |
| Lunn, Eric | 458 |
| Machuga, Sita-Rama | 0 |

**InPhonic, Inc.**
**Restricted Stock**
**As of October 31, 2007**

| Name | Restricted Stock Outstanding |
|------|------------------------------|
| Maciocha, Daryle | 0 |
| Mallon, Sean | 29,061 |
| Mantha, Vinay | 1,800 |
| Marinaro, Steven C | 3,313 |
| Marks, John Brian | 0 |
| Martin, Tawanna | 1,500 |
| Martinez, Kristen | 5,950 |
| McDermott, Jodi G | 0 |
| McKeithan, William | 0 |
| McMillian, Brian | 12,490 |
| Mihill, Mark C. | 2,500 |
| Miller, Russell | 0 |
| Moir, David | 112,808 |
| Moratis, George | 82,313 |
| Morse, Colin | 15,090 |
| Morse, David W. | 1,000 |
| Moses, Carolyn B. | 7,000 |
| Mott, Geoffrey R. | 0 |
| Murray, Megan E. | 4,000 |
| Nelson, Becky | 8,000 |
| O'Donnell, Jennifer | 6,000 |
| Ossipove, Julie M. | 3,000 |
| Owen, Donald | 5,000 |
| Owen, Jeffrey | 3,000 |
| Payton, Reginald | 0 |
| Perrigo, Mark | 18,875 |
| Peters, Brett | 5,400 |
| Peters, Gordon | 0 |
| Phung, Melanie | 1,500 |
| Proffitt, Charles | 5,000 |

**InPhonic, Inc.**
**Restricted Stock**
**As of October 31, 2007**

| Name | Restricted Stock Outstanding |
| --- | --- |
| Provost, Louis | 125,000 |
| Purcell, John | 71,127 |
| Ravella, Satish B. | 15,500 |
| Rawson, Holly M. | 4,000 |
| Rizvi, Nasir | 7,000 |
| Rothwell, Jean | 0 |
| Roy, Ahana | 2,200 |
| Ryan, Neil | 4,000 |
| Salib, Megan | 0 |
| Schremp, Carol | 0 |
| Schwarz, Ken | 370,000 |
| Sculley, John | 54,644 |
| Siddiqui, Faisal | 3,000 |
| Smith, Gary J. | 110,500 |
| Smith, Ulysses | 2,000 |
| Smucker, Jon | 3,000 |
| Steinberg, David A. | 537,497 |
| Stockman, Chad | 13,000 |
| Strein, Mei Lin | 7,000 |
| Tiedemann, Gary | 1,250 |
| Tolkov, Marc | 15,000 |
| Topper, Craig | 6,000 |
| Tran, Phong | 7,500 |
| Tunstall, Robert | 7,500 |
| Vedder, James | 0 |
| Veno, Frank | 3,000 |
| Walden, Michael | 108,750 |
| Wall, Anita K | 3,000 |
| Watters, Tam | 12,000 |
| Weisbrod, Tim L. | 14,583 |

**InPhonic, Inc.**
**Restricted Stock**
**As of October 31, 2007**

| Name | Restricted Stock Outstanding |
|---|---|
| Welling, Philip A | 0 |
| Westrick, Brian | 110,500 |
| Wheeler, Tom | 13,148 |
| Whisamore, Richard | 0 |
| Winkler, Lawrence S. | 46,869 |
| Wood, Rachael | 12,000 |
| Wooten, Robert | 1,000 |
| Yoder, Carson | 5,000 |
| Yoder, Grant J. | 61,481 |
| Zafar, Sabeen | 2,500 |
| Zeiler, Patricia A. | 5,672 |
| Zeinfeld, Andrew B. | 320,625 |
| Grand Total | 3,538,191 |