EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 07-_____ |
| In re:<br><br>CAIS ACQUISITION, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 07-_____ |
| In re:<br><br>CAIS ACQUISITION II, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 07-_____ |
| In re:<br><br>SIMIPC ACQUISITION CORP.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 07-_____ |
| In re:<br><br>STAR NUMBER, INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 07-_____ |
| In re:<br><br>MOBILE TECHNOLOGY SERVICES, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 07-_____ |

In re:                                                  :
                                                        :        Chapter 11
FON ACQUISITION, LLC,                                   :
                                                        :        Case No. 07-_____
        Debtor.                                         :
                                                        :
                                                        :
In re:                                                  :
                                                        :        Chapter 11
1010 INTERACTIVE, LLC,                                  :
                                                        :        Case No. 07-_____
        Debtor.                                         :
                                                        :

## ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)

This matter coming before the Court on the *Motion of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) For An Order Authorizing the Joint Administration of Cases* (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient under the circumstances, the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates;

---

[1] All capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3.    The caption of the jointly administered cases shall read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| INPHONIC, INC., et al.,[1] | : | Case No. 07-11666 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

4.    A docket entry shall be made in each of the chapter 11 cases filed by CAIS Acquisition, LLC ("CAIS"), CAIS Acquisition II, LLC ("CAIS II"), SimIPC Acquisition Corp. ("SimIPC"), Star Number, Inc. ("Star Number"), Mobile Technology Services, LLC ("Mobile Technology"), FON Acquisition, LLC ("FON"), and 1010 Interactive, LLC ("1010 Interactive"), as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of InPhonic, Inc., CAIS

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Acquisition, LLC, CAIS Acquisition II, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC and all further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 07-_____.

Date:    November ____, 2007
         Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE