EXHIBIT A
LIST OF UTILITY COMPANIES

| UTILITY COMPANY | ACCOUNT NUMBERS | AVERAGE MONTHLY PAYMENT |
|---|---|---|
| MCI | VN93078565/VN93279849 | $12,000 |
| AT&T | 21036564620 | $625 |
| Verizon | 000104655522;301883-0031 | $1,000 |
| Verizon | 000123259327 | $185 |
| AT&T | 70866 | $2,500 |
| Verizon Wireless | 219914619-00001 | $95 |
| Global Crossing Telecommunications | | $105,000 |
| PEPCO | | $20,000 |
| Associated Bldg. Maint. Co. | | $6,216 |
| Verizon | 000180174383/7034213828 | $75 |
| AT&T | 8002-419-8022 | $1,100 |
| Sprint | 924176359 | $4,000 |
| COGENT Communications, Inc. | | $1,000 |
| QWEST – (Liberty) | | $25,000 |
| Waste Management of Maryland (WM) | | $1,600 |
| MCI | | $55,000 |

675172-1

| UTILITY COMPANY | ACCOUNT NUMBERS | AVERAGE MONTHLY PAYMENT |
|---|---|---|
| Verizon | 000953231154 | $85 |
| Waterfront Center c/o R.B. Ass. (Gas) | | $100 |
| Waterfront Center c/o R.B. Ass. (Electric) | | $225 |
| MCI | 05373541 | $6,500 |
| MCI | | $3,100 |
| Verizon Wireless | | $85 |
| MCI/Verizon | VN 93237978/79 | $7,400 |
| MCI | 2DE02307 | $14 |
| MCI Comm Service | | $14 |
| Colvin Run Partners, LLC | | $1,300 |
| Verizon | 000689116079 57Y | $315 |
| Cavalier Business Communications | | $2,250 |
| Global Crossing Telecommunications | | $8,700 |
| Internap Network Services | | $3,500 |
| MCI | 9150204443 | $3,600 |
| Verizon | 000127301216 91Y | $570 |

675172-1

| UTILITY COMPANY | ACCOUNT NUMBERS | AVERAGE MONTHLY PAYMENT |
|---|---|---|
| Verizon | 000131827289 34Y | $7 |
| Sprint |  | Nothing in 2007 |
| Verizon Wireless | 602368193 | Nothing in 2007 |
| MCI |  | Nothing in 2007 |
| Verizon Wireless | 809401403-00001 | Nothing in 2007 |
| Sprint | 344109020 | Nothing in 2007 |
| Verizon Cabs | 202 M55-3949 936 | Nothing in 2007 |
| Sprint | 541983128 | Nothing in 2007 |