Exhibit B

Proposed Bridge Order

675172-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07-_____ |
| Debtor. | (Jointly Administered) |

### BRIDGE ORDER (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE TO DEBTORS, (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE

This matter coming before the Court on the *Motion of the Debtors for an Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests For Additional Adequate Assurance* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings provided in the Motion.

675175-1

(d) notice of the Motion and the Hearing was sufficient under the circumstances, the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted on an interim basis as provided herein.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. Pending entry of the Final Order or other order of this Court, the Utility Companies are forbidden to alter, refuse or discontinue service on account of any unpaid prepetition charges, or because the Utility Company is demanding additional adequate assurance of payment other than the Proposed Adequate Assurance.

4. Upon entry of this Bridge Order, the Debtors shall provide notice of this Bridge Order, via first class mail, within two (2) business days of entry to all Utility Companies identified on Exhibit A attached to the Motion.

5. A final hearing on the relief sought in the Motion will be held on November [___], 2007 (the "Final Hearing") and the Debtors shall provide notice, via first class mail, of the Motion, the Final Hearing and the Final Order within two (2) business days of entry of the Final Order on all Utility Companies identified on Exhibit A attached to the Motion.

Dated: November ____, 2007
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE