EXHIBIT A
Debtors' Bank Accounts

675176-1

| ACCOUNT | BALANCE | DESCRIPTION OF ACCOUNT |
|---|---|---|
| Comerica Bank<br>Account # 1891668467<br>InPhonic, Inc.<br>Main Operating Account | $150,000.00 | InPhonic, Inc.'s operating account into which funds are swept from overnight investment account (Comerica Account # 1080005060) and into which all revenues (including wires and ACH transfers) are deposited. |
| Comerica Bank<br>Account # 1892038819<br>InPhonic, Inc.<br>AP Checking Account | $0.00 | InPhonic, Inc.'s zero balance account funded from its operating account and from which trade debt is paid. |
| Comerica Bank<br>Account # 1892038827<br>InPhonic, Inc.<br>Payroll Account | $0.00 | InPhonic, Inc.'s zero balance account funded from its operating account from which payroll obligations are paid. |
| Comerica Bank<br>Account # 1891929380<br>Star Number, Inc.<br>Main Operating Account | $37,011.98 | Star Number, Inc.'s operating account into which all revenues are deposited. InPhonic, Inc. funds this account for the purpose of meeting Star Number, Inc.'s payroll obligations. |
| Comerica Bank<br>Account # 1892038843<br>Star Number, Inc.<br>AP Checking Account | $9,974.54 | Star Number, Inc.'s zero balance account funded from its operating account and from which trade debt is paid. |
| Comerica Bank<br>Account # 1892038884<br>Star Number, Inc.<br>Payroll Account | $0.00 | Star Number, Inc.'s zero balance account funded from its operating account from which payroll obligations are paid. |
| Comerica Bank<br>Account # 1892770221<br>CAIS Acquisition II, LLC<br>Operating Account | $116,576.27 | CAIS Acquisitions II, LLC's operating account into which all revenues are deposited and from which all obligations are paid. |
| Comerica Bank<br>Account # 100-768-1<br>InPhonic, Inc.<br>Canadian Bank Account | $24,818.64 | InPhonic, Inc.'s Canadian bank account. |

| ACCOUNT | BALANCE | DESCRIPTION OF ACCOUNT |
|---|---|---|
| Silicon Valley Bank Account # 3300453675 InPhonic, Inc. Operating Account | $41,220.85 | InPhonic, Inc.'s operating account into which cash customer payments are deposited and from which credit card payments and chargebacks are processed. Funds are swept into the company's main operating account (Comerica Account # 1891668467). |