EXHIBIT B
Debtors' Investment Accounts

675176-1

| ACCOUNT | BALANCE | DESCRIPTION OF ACCOUNT |
|---|---|---|
| Comerica Bank<br>Account # 1080005060<br>InPhonic, Inc.<br>Sweep Account | $948,796.30 | Overnight investment account linked to InPhonic, Inc.'s main operating account (Comerica Account # 1881668467) |
| UBS Financial Services, Inc.<br>Account # CP-40220-V7<br>InPhonic, Inc.<br>Money Market Fund | $156.06 | Money market account used for investment purposes. |

675176-1