# EXHIBIT A
# SUMMARY OF TRUST FUND TAXES

675179-1

| DESCRIPTION OF TAXES | PAYEE | AMOUNT DUE |
|---|---|---|
| Employee Payroll Taxes | | $240,915 |
| Sales Tax | State Board of Education, CA | $29,500 |
| Sales Tax | Washington, D.C. Treasurer | $450 |
| Use Tax | Washington, D.C. Treasurer | $700 |
| Sales Tax | Comptroller of Maryland | $3,400 |
| Use Tax | Comptroller of Maryland | $7,100 |
| Sales Tax | Massachusetts Department of Revenue | $2,000 |
| Use Tax | Massachusetts Department of Revenue | $6,500 |
| Sales Tax | Michigan Department of Treasury | $3,400 |
| Sales Tax | Nevada Department of Taxation | $2,600 |
| Use Tax | Nevada Department of Taxation | $6,000 |
| Sales Tax | New York State Sales Tax | $11,000 |
| Sales Tax | Virginia Department of Taxation | $2,800 |
| Use Tax | Virginia Department of Taxation | $5,700 |
| **TOTAL ESTIMATED TAXES** | | **$322,065** |

675179-1