IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07-_____ |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE APPOINTMENT
OF THE BMC GROUP, INC. AS NOTICING, CLAIMS, AND
BALLOTING AGENT FOR THE BANKRUPTCY COURT**

This matter coming before the Court on the *Motion of the Debtors for Order Authorizing and Approving the Appointment of The BMC Group, Inc. as Noticing, Claims, and Balloting Agent for the Bankruptcy Court* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Court having reviewed the Motion, the Feil Declaration and the Engagement Letter, and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient under the circumstances, the Court having determined that the legal and

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

675191-1

factual bases set forth in the Motion establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The terms and conditions of this Order shall be immediately effective and enforceable as of the Petition Date.

3. BMC is appointed Claims Noticing Agent pursuant to the terms set forth in the Motion, the Feil Declaration, and the Engagement Letter, and shall be compensated as stated therein.

4. BMC is hereby directed to perform the services described in the Motion, the Feil Declaration, and the Engagement Letter.

5. The fees and expenses of BMC incurred in the performance of services shall be treated as administrative expenses of the estates, and be paid by the Debtors in the ordinary course of business. Any dispute between BMC and the Debtors with respect to fees and expenses shall be presented to the Bankruptcy Court for resolution thereof.

6. Upon closing of these chapter 11 cases, BMC shall return all proofs of claim received by it and the official claims registry to the Clerk's Office.

7. This Court will retain jurisdiction to address all disputes related to the interpretation or enforcement of this Order.


Dated: November ____, 2007
       Wilmington, Delaware

                                                        UNITED STATES BANKRUPTCY JUDGE