IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| INPHONIC, INC., et al.,[1] : | Case No. 07-11666 (KG) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Adeptio INPC Funding, LLC (the "Adeptio") hereby appears by its counsel, Young Conaway Stargatt & Taylor, LLP and Kirkland and Ellis LLP, in the above-captioned cases; such counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following e-mail, address, telephone and telecopy numbers:

---

[1] InPhonic, Inc. together with its wholly-owned subsidiaries identified below, have each filed voluntary Chapter 11 petitions and a motion is pending pursuant to Federal Rule of Bankruptcy Procedure 1015 for Joint Administration. The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | KIRKLAND & ELLIS LLP |
| Robert S. Brady, Esq. | Anup Sathy, Esq. |
| Edmon L. Morton, Esq. | David A. Agay, Esq. |
| Edward J. Kosmowski, Esq. | Andrea L. Johnson, Esq. |
| The Brandywine Building | 200 East Randolph Drive |
| 1000 West Street, 17th Floor | Chicago, Illinois 60601-6636 |
| Wilmington, DE 19801 | Tel: (312) 861-2000 |
| Tel: (302) 571-6600 | Fax: (312) 861-2200 |
| Fax: (302) 571-1253 | Email: asathy@kirkland.com |
| E-Mail: rbrady@ycst.com | dagay@kirkland.com |
| emorton@ycst.com | aljohnson@kirkland.com |
| ekosmowski@ycst.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Request for notices and papers shall not be deemed or construed to be a waiver of (A) Adeptio's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to which Adeptio is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Adeptio expressly reserves.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 8, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Robert S. Brady<br>_____<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Edward J. Kosmowski (No. 3849)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Anup Sathy<br>David A. Agay<br>Andrea L. Johnson<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>Tel: (312) 861-2000<br>Fax: (312) 861-2200<br><br>*Counsel for Adeptio INPC Funding, LLC* |