IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Hearing Date: November 9, 2007 at 3:00 p.m. |

## NOTICE OF FILING OF
## BANKRUPTCY PETITIONS

**PLEASE TAKE NOTICE** that on November 8, 2007, the above-captioned debtors and debtor in possession (the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that a first-day hearing will be held before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **November 9, 2007 at 3:00 p.m.**

Dated: November 8, 2007

THE BAYARD FIRM

_/s/_ 
Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

Proposed Attorneys for the Debtors and
Debtors in Possession

---

[1] The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

675138-1