# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 9, 2007 AT 3:00 P.M.

**PETITIONS:**

1. Voluntary Chapter 11 Petitions

   a. InPhonic, Inc.
   b. CAIS Acquisition, LLC
   c. CAIS Acquisition II, LLC
   d. SimIPC Acquisition Corp
   e. Star Number, Inc.
   f. Mobile Technology Services, LLC
   g. Fon Acquisition, LLC
   h. 1010 Interactive, LLC

**AFFIDAVIT IN SUPPORT OF FIRST DAY MOTIONS:**

2. Affidavit of Kenneth D. Schwarz, Chief Financial Officer of the Debtors, in Support of First Day Motions and Applications [Filed 11/08/07, Docket No. 14, Binder No. 12]

**CONTINUED MATTER:**

3. Motion of Debtors for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

675136-1

Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/08/07, Docket No. 13, Binder No. 11]

**MATTERS GOING FORWARD:**[2]

4. Motion of Debtors Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Order Authorizing Joint Administration of Cases [Filed 11/08/07, Docket No. 3, Binder No. 2]

5. Motion of Debtors Pursuant to 11 U.S.C. § 366(b) for Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service to Debtors, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Adequate Assurance of Future Performance [Filed 11/08/07, Docket No. 4, Binder No. 3]

6. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Order Authorizing Payment of Prepetition (I) Wages, Salaries and Other Compensation of Employees and Subcontractors, (II) Employee Medical and Similar Benefits, (III) Reimbursable Employee Expenses, and (IV) Other Miscellaneous Employee Expenses and Benefits [Filed 11/08/07, Docket No. 5, Binder No. 4]

7. Motion of Debtors Pursuant to 11 U.S.C. §§ 345, 363, 364, 1107, 1108 and Local Rule 2015-2 for Order Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Checks and Business Forms, and (IV) Continued Use Of Existing Investment Guidelines [Filed 11/08/07, Docket No. 6, Binder No. 5]

8. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(c), 1107(a), and 1108 for Order Authorizing Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue their Customer Programs and Practices in the Ordinary Course of Business [Filed 11/08/07, Docket No. 7, Binder No. 6]

9. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 507(a) And 541(d) for an Order Authorizing Payment of Prepetition Trust Fund Taxes in the Ordinary Course of Business [Filed 11/08/07, Docket No. 8, Binder No. 7]

10. Motion of the Debtors for Order Authorizing and Approving the Appointment of The BMC Group, Inc. as Noticing, Claims, and Balloting Agent for the Bankruptcy Court [Filed 11/08/07, Docket No. 9, Binder No. 8]

11. Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay;

---

[2] Copies of all pleadings and exhibits can be obtained upon request by contacting the undersigned counsel.

and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed11/08/07, Docket No. 11, Binder No. 9]

12. Motion for Order (I) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief [Filed 11/08/07, Docket No. 12, Binder No. 10]

Dated: Wilmington, Delaware
November 8, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: 212-335-4500
Facsimile: 212-335-4501

675136-1

Mark J. Friedman (MD Bar No. 00102)
Maria Ellena Chavez-Ruark (MD Bar No. 23941)
Jason W. Hardman (MD Bar No. 27470)
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:   (410) 580-3000
Facsimile:    (410) 580-3001

Proposed Counsel for Debtors
and Debtors in Possession