## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of November, 2007, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on November 9, 2007 at 3:00 p.m.** to be served upon the parties listed on the attached 2002 service list *via* hand delivery.

_____
Mary E. Augustine (No. 4477)

675136-1

# INPHONIC INC.

## 2002 Service List

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. BHox 2046
Wilmington   DE   19899-2046

Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adephio - INPC Funding LLC*