**EXHIBIT B**
**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al.,[1] | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER AUTHORIZING RETENTION OF DLA PIPER US LLP**
**AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION**
**NUNC PRO TUNC TO THE PETITION DATE**

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for an order, pursuant to sections 327(a), 330, 331, and

1107(b) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing, but not

directing, the Debtors to retain the firm of DLA Piper US LLP ("DLA Piper") as bankruptcy

counsel in their chapter 11 cases as of the commencement of these cases (the "Petition Date");

and upon the Affidavit of Thomas R. Califano in Support of Application to Employ and Retain

DLA Piper US LLP as Counsel to Debtors and Debtors in Possession, annexed to the

Application as Exhibit A; and due and adequate notice of the Application having been given; and

it appearing that no other or further notice need be provided; and the Court being satisfied that

DLA Piper is a "disinterested person" as such term is defined under section 101(14), as modified

by section 1107(b), of the Bankruptcy Code; and it appearing that no other or further notice need

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows:
(a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited
liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed.
Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number,
Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited
liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax
Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

be provided; and it appearing that the relief requested by this Application is in the best interest of these estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Application is granted to the extent set forth herein.

2.      Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Debtors hereby are authorized to retain DLA Piper as their attorneys under a general retainer in these chapter 11 cases effective as of the Petition Date, and DLA Piper is authorized to perform the services set forth in the Application.

3.      Debtors' retention of DLA Piper is hereby approved effective nunc pro tunc to the Petition Date, as defined in the Application.

4.      DLA Piper shall be compensated in accordance with procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules, and such other procedures as may be fixed by Order of this Court.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: November _____, 2007
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE