## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| InPhonic, Inc., et al.,[1] ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 3 | MOTION OF DEBTORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b) FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES |
| Docket No. 4 | MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 366(b) FOR ORDER (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE TO DEBTORS, (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE |
| Docket No. 5 | MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ORDER AUTHORIZING PAYMENT OF PREPETITION (I) WAGES, SALARIES AND OTHER COMPENSATION OF EMPLOYEES AND SUBCONTRACTORS, (II) EMPLOYEE MEDICAL AND SIMILAR BENEFITS, (III) REIMBURSABLE EMPLOYEE EXPENSES, AND (IV) OTHER MICESLLANEOUS EMPLOYEE EXPENSES AND BENEFITS |
| | [PROPOSED] ORDER AUTHORIZING PAYMENT OF PREPETITION (I) WAGES, SALARIES AND OTHER COMPENSATION OF EMPLOYEES AND SUBCONTRACTORS, (II) EMPLOYEE MEDICAL AND SIMILAR BENEFITS, (III) REIMBURSABLE EMPLOYEE EXPENSES, AND (IV) OTHER MISCELLANEOUS EMPLOYEE EXPENSES AND BENEFITS |

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

| | |
|---|---|
| Docket No. 6 | MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 345, 363, 364, 1107, 1108 AND LOCAL RULE 2015-2 FOR ORDER AUTHORIZING (I) CONTINUED USE OF EXISITING CASH MANAGEMENT SYSTEM, (II) MAINTENANCE OF EXISTING BANK ACCOUNTS, (III) CONTINUED USE OF EXISTING CHECKS AND BUSINESS FORMS, AND (IV) CONTINUED USE OF EXISTING INVESTMENT GUIDELINES |
| | [PROPOSED] ORDER PURSUANT TO 11 U.S.C. §§ 345, 363, 364, 1107, 1108 AND LOCAL RULE 2015-2 FOR ORDER AUTHORIZING (I) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (II) MAINTENANCE OF EXISTING BANK ACCOUNTS, (III) CONTINUED USE OF EXISTING CHEKS AND BUSINESS FORMS, AND (IV) CONTINUED USE OF EXISTING INVESTMENT GUIDELINES |
| Docket No. 7 | MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(c), 1107(a), AND 1108 FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS AND TO OTHERWISE CONTINUE THEIR CUSTOMER PROGRAMS AND PRACTICES IN THE ORDINARY COURSE OF BUSINESS |
| | [PROPOSED] ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS AND TO OTHERWISE CONTINUE THEIR CUSTOMER PROGRAMS AND PRACTICES IN THE ORDINARY COURSE OF BUSINESS |
| Docket No. 8 | MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a) AND 514(d) FOR AN ORDER AUTHORIZING PAYMENT OF PREPETITION TRUST FUND TAXES IN THE ORDINARY COURSE OF BUSINESS |
| | [PROPOSED] ORDER AUTHORIZING PAYMENT OF PREPETITION TRUST FUND TAXES IN THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a) AND 514(d) |
| Docket No. 9 | MOTION OF THE DEBTORS FOR ORDER AUTHORIZING AND APPROVING THE APPOINTMENT OF THE BMC GROUP, INC. AS NOTICING, CLAIMS, AND BALLOTING AGENT FOR THE BANKRUPTCY COURT |
| | [PROPOSED] ORDER AUTHORIZING AND APPROVING THE APPOINTMENT OF THE BMC GROUP, INC. AS NOTICING, CLAIMS AND BALLOTING AGENT FOR THE BANKRUPTCY COURT |

| | |
|---|---|
| Docket No. 11 | MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POSTPETION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING, PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDER RULES OF BANKRUPTCY PROCEDURES 2002 AND 4001(c) AND (d) |
| Docket No. 12 | MOTION FOR ORDER (I) APPROVING BID PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MATER OF NOTICES; (III) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUTS, (IV) APPROVING EXPENSE REIMBURSEMENT PROVISION, AND (V) GRANTING RELATED RELIEF<br><br>[PROPOSED] ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) SCHEUDLING A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MATTER OF NOTICES; (C) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING EXPENSE REIMBURSEMENT PROVISION; AND (E) GRANTING RELATED RELIEF |
| Docket No. 13 | MOTION OF DEBTORS FOR AN ORDER PURSUANT TO SECTIONS 105(a), 353 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMSPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF |
| Docket No. 14 | AFFIDAVIT OF KENNETH D. SCHWARZ, CHIEF FINANCIAL OFFIER OF THE DEBTORS, IN SUPPORT OF FIRST DAY MOTIONS AND APPLICATIONS |
| Docket No. 15 | MOTION OF DEBTORS FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 11 PROFESSIONALS AND COMMITTEE MEMBERS |

[PROPOSED] ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 11 PROFESSIONALS AND COMMITTEE MEMBERS

| | |
|---|---|
| Docket No. 16 | MOTION FOR ADMISSION *PRO HAC VICE* [Re: Mark J. Friedman] |
| Docket No. 17 | MOTION FOR ADMISSION *PRO HAC VICE* [Re: Thomas R. Califano] |
| Docket No. 18 | MOTION FOR ADMISSION *PRO HAC VICE* [Re: Maria Ellena Chavez-Ruark] |
| Docket No. 19 | MOTION FOR ADMISSION *PRO HAC VICE* [Re: Jeremy R. Johnson] |

I, Alex Cedeño, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On November 8, 2007, at the direction of the Bayard Firm, proposed Counsel for the debtors and debtors-in-possession, I caused the above referenced documents to be served on the parties as described below:

| | |
|---|---|
| Exhibit A | Docket Nos. 3 through 9 and 11 through 19 were served<br>• Those parties who have requested special notice and the Core Group together referenced as Service List 26499<br>• The Top Equity Security Holders referenced as Service List 26508 |
| Exhibit B | Docket No. 4 was served on the Utilities reference as Service List 26505 |
| Exhibit C | Docket Nos. 5, 8, 12 and 13 were served on the Taxing Authorities referenced as Service List 26506 |
| Exhibit D | Docket Nos. 6 and 11 were served on the Bank referenced as Service List 26504 |

3. All parties were served via the modes of service indicated in Exhibits A through D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 8, 2007
El Segundo, California

_____
Alex Cedeño

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on November 8, 2007, Alex Cedeño, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009