# EXHIBIT A

# for InPhonic, Inc.

Total number of parties: 148

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26499 | ACN COMMUNICATIONS SERVS, INC., TRACY NOLAN, 13620 REESE BOULEVARD, BLDG II, HUNTERSVILLE, NC, 28078 | DHL Overnight |
| 26499 | ALLTEL COMMUNICATIONS, INC , RON HERRING, ONE ALLIED DRIVE, LITTLE ROCK, AR, 72202 | DHL Overnight |
| 26499 | AMERICA ONLINE, INC. (AOL), DAVID DZIABIS, 22265 PACIFIC BLVD, DULLES, VA, 20166 | DHL Overnight |
| 26499 | ASK.COM, LINO SENIO, 555 12TH STREET, SUITE 500, OAKLAND, CA, 94607 | DHL Overnight |
| 26499 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | DHL Overnight |
| 26499 | C/O JDS PROFESSIONAL GROUP, RANDALL VAN DYKE, 5670 GREENWOOD PLAZA BLVD, GREENWOOD VILLAGE, CO, 80111 | DHL Overnight |
| 26499 | CHADBOURNE AND PARKE LLP, SYDNEY SHABAZZ, 12000 NEW HAMPSHIRE AVENUE, WASHINGTON, DC, 20036 | DHL Overnight |
| 26499 | COSMOCOM, INC., PAUL STROHMENGER, 122 BROAD HOLLOW RD, MELVILLE, NY, 11747 | DHL Overnight |
| 26499 | DLA PIPER US LLP, JEREMY R JOHNSON/THOMAS CLAIFANO, (RE· DEBTOR), MARIA ELLENA CHAVEZ-RUARK, ESQUIRES, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | DHL Overnight |
| 26508 | FMR CORPORATION, 82 DEVONSHIRE ST, BOSTON, MA, 02109 | DHL Overnight |
| 26508 | GOLDMAN SACHS GROUP INC, THE, ATTN NICK ADVANI, ONE NEW YORK PLAZA, NEW YORK, NY, 10004 | DHL Overnight |
| 26499 | GOLDSMITH LAZARD, ANDREW TORGOVE, JASON COHEN,, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FLR, NEW YORK, NY, 10036 | DHL Overnight |
| 26499 | GOOGLE, INC, NICK PIFANI, 76 NINTH AVENUE, 4TH FLOOR, NEW YORK, NY, 10011 | DHL Overnight |
| 26499 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21202 | DHL Overnight |
| 26499 | JBR MEDIA VENTURES, LLC, BRENT SHAW, PRESIDENT, 2 WISCONSIN CIRCLE, SUITE 700, CHEVY CHASE, MD, 20815 | DHL Overnight |
| 26499 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26499 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26499 | KIRKLAND & ELLIS LLP, DAVID A AGAY AND JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26499 | KPMG, ALLEN R. WESTERGARD, BRYAN WALKER,, MARK FRENCH, 1660 INTERNATIONAL DRIVE, 2ND FLOOR, MCLEAN, VA, 22102 | DHL Overnight |
| 26499 | MICROSOFT CORPORATION, BRENT JOHNSON, ONE MICROSOFT WAY, REDMOND, WA, 98052-6399 | DHL Overnight |
| 26508 | MSD CAPITAL LP, 645 FIFTH AVE, 21ST FL, NEW YORK, NY, 10022 | DHL Overnight |
| 26499 | MSN (MICROSOFT CORPORATION), NAT HAMPSON, 1125 SANCTUARY PARKWAY, SUITE 300, ALPHARETTA, GA, 30004 | DHL Overnight |
| 26499 | NEXT JUMP, INC., MEGHAN MESSENGER, 261 5TH AVENUE, 8TH FLOOR, NEW YORK, NY, 10016 | DHL Overnight |
| 26499 | PATTON BOGGS LLP, DOUGLAS C BOGGS, 8484 WESTPARK DRIVE, NINTH FLOOR, MCLEAN, VA, 22102 | DHL Overnight |
| 26499 | RESPONDEZ, GLOBAL ENCLAVE, ANIL WADHWA, PLOT N TTC INDUST, MAHAPE, NAVI MUMT, 400710INDIA | DHL Overnight |
| 26508 | SAC CAPITAL ADVISORS LLC, 72 COMMINGS POINT RD, STANFORD, CT, 06902 | DHL Overnight |
| 26499 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 233 BROADWAY, NEW YORK, NY, 10210 | DHL Overnight |
| 26499 | SECURITIES AND EXCHANGE COMMISSION, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20020 | DHL Overnight |
| 26499 | SECURITIES OF THE TREASURY, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20020 | DHL Overnight |
| 26499 | SKADDEN ARPS SLATE MEAGHER &, IVAN A SCHLAGER, FLOM LLP, 1440 NEW YORK AVE., N W, WASHINGTON, DC, 20005 | DHL Overnight |
| 26499 | SPRINT NEXTEL CORP, GREG MALAKOFF, 2000 EDMUND HALLEY DRIVE, RESTON, VA, 20191 | DHL Overnight |

InPhonic, Inc.

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26508 | TRAFELET & COMPANY LLC, 900 THIRD AVE, 5TH FL, NEW YORK, NY, 10022 | DHL Overnight |
| 26508 | VARDON CAPITAL LLC, 120 WEST 45 ST, 17TH FL, NEW YORK, NY, 10036 | DHL Overnight |
| 26499 | VERIZON WIRELESS, KEVIN KOSTES, ONE VERIZON WAY, BASKING RIDGE, NJ, 07920 | DHL Overnight |
| 26499 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | DHL Overnight |
| 26499 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | DHL Overnight |
| 26499 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | DHL Overnight |
| 26499 | YAHOO!, INC., BRIAN H MURPHY, 1065 AVENUE OF THE AMERICAS, NEW YORK, NY, 10018 | DHL Overnight |
| 26499 | YAHOO!, INC., KEVIN HEIN, 111 WEST 40TH STREET, 9TH FLOOR, NEW YORK, NY, 10018 | DHL Overnight |
| 26499 | YELLOW PAGE AUTHORITY, PATRICK M FAGEN, 8940 W 192ND STREET, SUITE D, MOKENA, IL, 60448 | DHL Overnight |

Subtotal for this group:  40

InPhonic, Inc.