# EXHIBIT B

## Exhibit B - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 26505 | ASSOCIATED BLDG MAINT CO, 2140 PRIEST BRIDGE COURT, CROFTON, MD, 21114 | DHL Overnight |
| 26505 | AT&T, PO BOX 13128, NEWARK, NJ, 07101-5628 | USPS Express Mail |
| 26505 | AT&T, PO BOX 277019, ATLANTA, GA, 30384-7019 | USPS Express Mail |
| 26505 | AT&T, PO BOX 830120, BALTIMORE, MD, 21283-0120 | USPS Express Mail |
| 26505 | CAVALIER BUSINESS COMMUNICATIONS, PO BOX 2950, RICHMOND, VA, 23228-9700 | USPS Express Mail |
| 26505 | COGENT COMMUNICATIONS, INC, PO BOX 791087, BALTIMORE, MD, 21279-1087 | USPS Express Mail |
| 26505 | COLVIN RUN PARTNERS, LLC, PO BOX 994, GREAT FALLS, VA, 22066 | USPS Express Mail |
| 26505 | GLOBAL CROSSING TELECOMMUNICATIONS, PO BOX 741276, CINCINNATI, OH, 45274-1276 | USPS Express Mail |
| 26505 | INTERMAP NETWORK SERVICES, BOX 200111, PITTSBURGH, PA, 15251-0111 | USPS Express Mail |
| 26505 | MCI, PO BOX 371322, PITTSBURGH, PA, 15250-7322 | USPS Express Mail |
| 26505 | MCI, PO BOX 371392, PITTSBURGH, PA, 15251-7392 | USPS Express Mail |
| 26505 | MCI, 27732 NETWORK PLACE, CHICAGO, IL, 60673-1277 | DHL Overnight |
| 26505 | MCI, PO BOX 96022, CHARLOTTE, NC, 28296-0022 | USPS Express Mail |
| 26505 | MCI, PO BOX 371873, PITTSBURGH, PA, 15250-7873 | USPS Express Mail |
| 26505 | MCI COMM SERVICE, 27732 NETWORK PLACE, CHICAGO, IL, 60673-1277 | DHL Overnight |
| 26505 | MCI/VERIZON, PO BOX 371355, PITTSBURGH, PA, 15250-7355 | USPS Express Mail |
| 26505 | PEPCO, PO BOX 4863, TRENTON, NJ, 08650-4863 | USPS Express Mail |
| 26505 | QWEST - LIBERTY, MEMPHIS, TN, | USPS Express Mail |
| 26505 | SPRINT, PO BOX 930331, ATLANTA, GA, 31193-0331 | USPS Express Mail |
| 26505 | SPRINT, REGCENTRAL LOCKBOX, PO BOX 4191, CAROL STREAM, IL, 60197-4191 | USPS Express Mail |
| 26505 | SPRINT, PO BOX 4191, CAROL STREAM, IL, 60197-4191 | USPS Express Mail |
| 26505 | SPRINT, PO BOX 219100, KANSAS CITY, MO, 64121-9100 | USPS Express Mail |
| 26505 | VERIZON, PO BOX 17577, BALTIMORE, MD, 21297-0513 | USPS Express Mail |
| 26505 | VERIZON, PO BOX 660720, DALLAS, TX, 75266-0720 | USPS Express Mail |
| 26505 | VERIZON CABS, PO BOX 37205, BALTIMORE, MD, 21297-3205 | USPS Express Mail |
| 26505 | VERIZON WIRELESS, PO BOX 790406, ST LOUIS, MO, 63179-0406 | USPS Express Mail |
| 26505 | VERIZON WIRELESS, PO BOX 25505, LEHIGH VALLEY, PA, 18002-5505 | USPS Express Mail |
| 26505 | VERIZON WIRELESS, PO BOX 17464, BALTIMORE, MD, 21297-1464 | USPS Express Mail |
| 26505 | WASTE MANAGEMENT OF MARYLAND (WM), PO BOX 13648, PHILADELPHIA, PA, 19101-3648 | USPS Express Mail |
| 26505 | WATERFRONT CENTER C/O R B ASS (GAS), 1054 31ST STREET, WASHINGTON, DC, 20007 | DHL Overnight |
| 26505 | WATERFRONT CENTER C/O R B ASS, (ELECTRIC), 1054 31ST STREET, WASHINGTON, DC, 20007 | DHL Overnight |

Subtotal for this group: 31

InPhonic, Inc.