


# EXHIBIT D

**Exhibit D - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26504 | COMERICA CORPORATE HEADQUARTERS, ATTN: RALPH W BABB, JR, COMERICA TOWER AT DETROIT CENTER, 500 WOODWARD AVENUE, DETROIT, MI, 48226 | DHL Overnight |
| 26504 | SILICON VALLEY BANK, ATTN: MANAGER, 8020 TOWERS CRESCENT DRIVE, STE 475, VIENNA, VA, 22182 | DHL Overnight |
| 26504 | UBS FINANCIAL SVCS (WASHINGTON DC ), ATTN: ROBERT CLARK, 1501 K STREET NW, SUITE 1100, WASHINGTON, DC, 20005 | DHL Overnight |

Subtotal for this group: 3