IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Case No: 07-11666-KG |
| INPHONIC, INC., et al. § | |
| § | Chapter 11 |
| Debtors. § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO THE CLERK TO BE ADDED TO THE MAILING MATRIX

**PLEASE TAKE NOTICE** that AOL LLC a creditor and party in interest, through counsel, Tiffany Strelow Cobb of Vorys, Sater, Seymour and Pease LLP appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Tiffany Strelow Cobb, Esq.
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, Ohio 43215
> Telephone: 614-464-8322
> Facsimile: 614-719-4663
> E-mail: tscobb@vssp.com

The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/Tiffany Strelow Cobb_____
Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vssp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 8th day of November, 2007, by first class mail on the following:

| | |
|---|---|
| Mary E. Augustine<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Neil Glassman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 | |

/s/Tiffany Strelow Cobb_____
Tiffany Strelow Cobb