Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
## District of Delaware

IN RE:                                                Case No. _____

**InPhonic, Inc.**                                    Chapter **11** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 97,046,330.47 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 106,124,811.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 329,831.22 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 95 | | $ 81,586,245.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 59 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 170 | $ 97,046,330.47 | $ 188,040,888.66 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **InPhonic, Inc.**                                                                    Case No. _____
_____
                          Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | **TOTAL** | **0.00** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **InPhonic, Inc.** _____    Case No. _____

<center>Debtor(s)</center>

<center>SCHEDULE B - PERSONAL PROPERTY</center>

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account**<br>**Comerica Bank, Tor HO Comerica BK-CDA BR, 180 Wellington Street, W-6th Floor, Toronto, ON M5J 1J1**<br>**Account No. 100-768-1** | | 36,254.15 |
| | | **Bank Account**<br>**Silicon Valley Bank, 3003 Tasman Drive, HF195, Santa Clara, CA 95054**<br>**Account No. 3300453675** | | 28,150.92 |
| | | **Institutional Trust Account**<br>**Comerica Bank, 226 Airport Parkway, San Jose, CA  95110**<br>**Account No. 1080005060** | | 533,501.99 |
| | | **IPC AP Checking Account**<br>**Comerica Bank, 226 Airport Parkway, San Jose, CA  95110**<br>**Account No. 1892038819** | | 0.00 |
| | | **IPC Main Operating Account**<br>**Comerica Bank, 226 Airport Parkway, San Jose, CA  95110**<br>**Account No. 1891668467** | | 150,000.00 |
| | | **IPC Payroll ZBA Payroll Account**<br>**Comerica Bank, 226 Airport Parkway, San Jose, CA  95110**<br>**Account No. 1892038827** | | 0.00 |
| | | **Money Market Account**<br>**UBS Financial Services, Inc., Corporate Services Group, One North Wacker Drive, Suite 2500, Chicago, IL  60606**<br>**Account No. CP-40220-V7** | | 156.06 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **See Attached Exhibit 3** | | 983,641.76 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Photographic Equipment** | | 7,213.23 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Business Auto Insurance** | | 4,412.00 |
| | | **Crime Insurance** | | 7,666.00 |
| | | **Errors & Omissions Insurance** | | 89,071.00 |
| | | **Foreign Package Insurance** | | 2,385.00 |
| | | **General Liability Insurance** | | 161,671.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **InPhonic, Inc.** _____   Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Property Insurance | | 75,754.00 |
| | | Transportation Insurance | | 31,435.00 |
| | | Umbrella Policy | | 44,275.00 |
| | | Workers Compensation Insurance | | 57,943.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1010 Interactive, LLC (Book Value) | | 0.00 |
| | | CAIS Acquisition II, LLC (Book Value) | | 6,805,788.00 |
| | | CAIS Acquisition, LLC (Book Value) | | 9,454,053.00 |
| | | FlipSwap (Book Value) - 3,704 shares of A-2 conv. preferred stock Par value $0.01 | | 50,000.00 |
| | | FON Acquisition, LLC (Book Value) | | 1,720,982.00 |
| | | Mobile Technology Services, LLC (Book Value) | | 0.00 |
| | | SimIPC Acquisition Corp. (Book Value) | | 8,083,538.00 |
| | | Star Number, Inc. (Book Value) | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable (September 30, 2007) | | 27,455,860.00 |
| | | COOP Accounts Receivable | | 771,039.73 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Prepaid Expenses | | 4,118,142.08 |
| | | State of California | | 1,000.00 |
| | | State of Massachussetts | | 135.00 |
| | | State of Michigan | | 3,000.00 |
| | | State of New York | | 3,500.00 |
| | | State of New York - MTA | | 170.00 |
| | | State of North Carolina | | 358.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

IN RE **InPhonic, Inc.** _____    Case No. _____

<div align="center">Debtor(s)</div>

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Amp'd Mobile, Incorporated | | 312,926.46 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See B-28 | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chevrolet Suburban SUV | | 19,150.68 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office, Computer Equipment and Intellectual Property | | 22,075,958.41 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Accessories | | 707,830.00 |
| | | B-Stock Inventory | | 380,029.00 |
| | | Sellable Inventory | | 10,417,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Other Current Assets | | 1,621,576.00 |
| | | Other Long Term Assets (Pending IP and Prepaid Marketing) | | 830,764.00 |

<div align="right">

**TOTAL**  **97,046,330.47**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)
</div>

_____ **0** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Official Form 6C  (04/07)**

**IN RE** InPhonic, Inc. _____    Case No. _____
                          Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Official Form 6D (10/06)**

IN RE InPhonic, Inc.                                                         Case No. _____
_____
                    Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Adeptio INPC Funding, LLC** <br> **C/O Versa Capital Management, Inc.** <br> **2929 Arch St., Cira Centre** <br> **Philadelphia, PA  19104** | X | | **Credit Agreement dated 11/7/06; blanket lien on assets.** <br><br> VALUE $ **97,046,330.47** | | | | 92,763,750.00 | |
| ACCOUNT NO. <br> **Cingular Wireless** <br> **Attn: David Haight, V.P.** <br> **Suite 1700, 5565 Glenridge Connector** <br> **Atlanta, GA  30342** | | | <br><br> VALUE $ | | | | 4,681,471.00 | 4,681,471.00 |
| ACCOUNT NO. <br> **DeLage Landen Financial Services, Inc.** <br> **1111 Old Eagle School Road** <br> **Wayne, PA  19087** | | | <br><br> VALUE $ | | | X | 254,973.16 | 254,973.16 |
| ACCOUNT NO. <br> **Eplus Group Inc.** <br> **PO Box 8500-5270** <br> **Philadelphia, PA  19178** | | | **Capital Lease Collateral** <br><br> VALUE $ | | | | 239,253.02 | 239,253.02 |

_____**1**_____ continuation sheets attached

Subtotal
(Total of this page)    $ **97,939,447.18**    $ **5,175,697.18**

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $                    $

Official Form 6D (10/06) - Cont.

**IN RE** InPhonic, Inc. _____  Case No. _____
                                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**General Electric Capital Corporation**<br>**PO Box 64233**<br>**Pittsburgh, PA  15264** | | | <br>VALUE $ | | | | 28,592.61 | 28,592.61 |
| ACCOUNT NO.<br>**Oce Financial Services, Inc.**<br>**13824 Collections Center Drive**<br>**Chicago, IL  60693** | | | <br>VALUE $ | | | | 120,205.82 | 26,205.82 |
| ACCOUNT NO.<br>**Oracle USA**<br>**P.O. Box 71028**<br>**Chicago, IL  60694** | | | <br>VALUE $ | | | | 136,721.00 | 136,721.00 |
| ACCOUNT NO.<br>**Sprint Solutions/Nextel**<br>**C/O Michael A. Cooley, V.P.**<br>**2001 Edmund Halley Drive**<br>**Reston, VA  20191** | | | <br>VALUE $ | X | | | 1,907,222.10 | 1,907,222.10 |
| ACCOUNT NO.<br>**Sun Microsystems Finance**<br>**P.O. Box 642310**<br>**Pittsburgh, PA  15264** | | | <br>VALUE $ | X | | | 0.00 | |
| ACCOUNT NO.<br>**US Cellular**<br>**12060 Collections Center Drive**<br>**Chicago, IL  60693** | | | <br>VALUE $ | X | | | 89,742.95 | 89,742.95 |
| ACCOUNT NO.<br>**Voicestream Wireless Corp. - T Mobile**<br>**PO Box 910508**<br>**Dallas, TX  20774** | | | <br>VALUE $ | X | | | 5,902,879.92 | 5,902,879.92 |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **8,185,364.40**  $ **8,091,364.40**

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **106,124,811.58**  $ **13,267,061.58**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Official Form 6E (04/07)**

**IN RE InPhonic, Inc.** _____     Case No. _____
　　　　　　　　　Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **5** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

**IN RE InPhonic, Inc.**                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Various Employees** | | | | | | | **Unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Official Form 6E (04/07) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                      Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

<div style="writing-mode: vertical">© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comptroller Of Maryland**<br>**Revenue Administration Division**<br>**P.O. Box 17405**<br>**Baltimore, MD  21297** | | | **Sales Tax - $3400**<br>**Use Tax - $7,100** | | X | | **10,500.00** | **10,500.00** | |
| ACCOUNT NO.<br>**Comptroller Of The Treasury**<br>**Compliance Division**<br>**Room 409, 301 W Preston Street**<br>**Baltimore, MD  21201** | | | | | | | **15,258.96** | **15,258.96** | |
| ACCOUNT NO.<br>**DC Treasurer**<br>**Office Of Tax And Revenue**<br>**P.O. Box 96384**<br>**Washington, DC  20090** | | | **Sales Tax - $450**<br>**Use Tax - $700** | | X | | **1,150.00** | **1,150.00** | |
| ACCOUNT NO.<br>**Department Of Revenue**<br>**PO Box 6040**<br>**Boston, MA  02114** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Department Of Taxation**<br>**Post Office Box 27264**<br>**VA  23261** | | | | | | | **21,797.31** | **21,797.31** | |
| ACCOUNT NO.<br>**Department Of Taxation**<br>**Post Office Box 27264**<br>**Richmond, VA** | | | | | | | **87.96** | **87.96** | |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **48,794.23** $ **48,794.23** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $          $

Official Form 6E (04/07) - Cont.

**IN RE** InPhonic, Inc.
Debtor(s)

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257** | | | | | | | 94.08 | 94.08 | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP N 781)<br>Philadelphia, PA 19114** | | | | | | | 88,918.64 | 88,918.64 | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP N 781)<br>Philadelphia, PA 19114** | | | | | | | 204.86 | 204.86 | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP N 781)<br>Philadelphia, PA 19114** | | | | | | | 59,872.36 | 59,872.36 | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP N 781)<br>Philadelphia, PA 19114** | | | | | | | 22,113.20 | 22,113.20 | |
| ACCOUNT NO.<br>**Massachussetts Dept. Of Revenue<br>P.O. Box 7039<br>Boston, MA 02204** | | | Sales Tax - $2000<br>Use Tax - $6500 | | | X | 8,500.00 | 8,500.00 | |

Sheet no. **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **179,703.14** $ **179,703.14** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

**IN RE** InPhonic, Inc. _____   Case No. _____
                                       Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michigan Dept. Of Treasury**<br>**Dept. 77003**<br>**Detroit, MI  48277** | | | Sales Tax | | | X | 3,400.00 | 3,400.00 | |
| ACCOUNT NO.<br>**Michigan Dept. Of Treasury**<br>**Dept. 77003**<br>**Detroit, MI  48277** | | | | | | | 41.41 | 41.41 | |
| ACCOUNT NO.<br>**Nevada Department Of Taxation**<br>**1550 E. College Parkway**<br>**Suite 115**<br>**Carson City, NV  89706** | | | Sales Tax - $2600<br>Use Tax - $6000 | | | X | 8,600.00 | 8,600.00 | |
| ACCOUNT NO.<br>**New York State Dept Of Taxation**<br>**340 Main Street East**<br>**Rochester, NY  14604** | | | | | | X | 38,919.26 | 38,919.26 | |
| ACCOUNT NO.<br>**New York State Sales Tax**<br>**JAF Building**<br>**P.O. Box 1205**<br>**New York, NY  10016** | | | Sales Tax | | | X | 11,000.00 | 11,000.00 | |
| ACCOUNT NO.<br>**NY State Dept. Of Taxation And Finance**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY  12205** | | | | | | | 89.19 | 89.19 | |

Sheet no. __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $  **62,049.86**  $  **62,049.86**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

**IN RE** InPhonic, Inc.                                                            Case No. _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Office Of Tax And Revenue** <br> **941 North Capitol Street, NE, 1st Floor** <br> **Washington, DC  20002** | | | | | | | 1,205.99 | 1,205.99 | |
| ACCOUNT NO. <br> **State Board Of Equalization** <br> **P.O. Box 942879** <br> **Sacramento, CA  94279** | | | Sales Tax | | | X | 29,500.00 | 29,500.00 | |
| ACCOUNT NO. <br> **Virginia Dept. Of Taxation** <br> **P.O. Box 26626** <br> **Richmond, VA  23261** | | | Sales Tax - $2800 <br> Use Tax - $5700 | | | X | 8,500.00 | 8,500.00 | |
| ACCOUNT NO. <br> **West Virginia Department Of Revenue** <br> **State Capitol** <br> **Building 1, W-300** <br> **Charleston, WV  25305** | | | | | | | 78.00 | 78.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**5**___ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **39,283.99** | $ **39,283.99** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **329,831.22**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **329,831.22** | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06)

IN RE InPhonic, Inc. _____    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**1 Voice Worldwide**<br>**Suite 200**<br>**1770 Indian Trail Road**<br>**Norcross, GA  30093** | | | | | | X | **1,347.50** |
| ACCOUNT NO.<br><br>**1-800Mobiles.com**<br>**14th Floor**<br>**264 West 40th  Street**<br>**New York, NY  10018** | | | | | | X | **67,736.00** |
| ACCOUNT NO.<br><br>**1010 Interactive, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | | | | | | | **541,198.76** |
| ACCOUNT NO.<br><br>**12 Interactive LLC**<br>**Suite 144**<br>**3501 N. Southport Avenue**<br>**Chicago, IL  60657** | | | | | | X | **8,381.00** |

_____ **94** continuation sheets attached

Subtotal
(Total of this page)    $ **618,663.26**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                    Case No. _____
_____
                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **5linx Enterprises, Inc.** <br> **Suite 1500** <br> **50 Methodist Hill Dr** <br> **Rochester, NY  14623** | | | | X | | | 348,856.00 |
| ACCOUNT NO. <br> **A-Z Lock & Key** <br> **P.O Box 9249** <br> **Silver Spring, MD  20916** | | | | | | | 47.25 |
| ACCOUNT NO. <br> **AACOM** <br> **5550 Executive Blvd.** <br> **American Assc Colleges of Med.** <br> **Chevy Chase, MD  20815** | | | | | | | 70.00 |
| ACCOUNT NO. <br> **Aaron Hite** <br> **2210 Sumner Green Ave, Apt. S** <br> **Charlotte, NC  28203** | | | | | | | 1,000.00 |
| ACCOUNT NO. <br> **Aaron Rents, Inc.** <br> **14088-F SullyField Circle** <br> **Chantilly, VA  20151** | | | | X | | | 4,673.64 |
| ACCOUNT NO. <br> **ABC Internet Media D.O.O.** <br> **Commerzbank AG** <br> **Frankfurt,    Germany** | | | | | | | 2,000.00 |
| ACCOUNT NO. <br> **ACCENT - Liberty** <br> **2560 Madison Avenue** <br> **Baltimore, MD  21217** | | | | | | | 376.25 |

Sheet no. ____**1**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **357,023.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Accurint** <br> **P.O. Box 7247-6157** <br> **Accounts Receivable** <br> **Philadelphia, PA  19170-6157** | | | | X | | | 22,383.90 |
| ACCOUNT NO. <br><br> **ACN Communications Services, Inc.** <br> **32991 Hamilton Court** <br> **Farmington Hills, MI  48334** | | | | | | | 1,028,710.00 |
| ACCOUNT NO. <br><br> **ACSYS, Inc.** <br> **P.O. Box 631267** <br> **Baltimore, MD  21263-1267** | | | | | | | 14,805.00 |
| ACCOUNT NO. <br><br> **ACT Inforserve  India PVT LTD** <br> **Maruthamalai Main Road** <br> **S.F. No 152/1, Kalpana Nagar** <br> **Vadavalli, Coimbatore -6,    Tamil** | | | | | | | 5,232.00 |
| ACCOUNT NO. <br><br> **Action Wireless, Inc.** <br> **12603 SW Freeway 575** <br> **Stafford, TX  77477** | | | | | | | 60.00 |
| ACCOUNT NO. <br><br> **Adam Kubiak** <br> **Apt 3D** <br> **8846 W 140th Street** <br> **Orland Park, IL  60462** | | | | | | | 170.00 |
| ACCOUNT NO. <br><br> **ADP** <br> **PO. BOX 9001006** <br> **Louisville, KY  10290-1006** | | | | X | | | 15,527.84 |

Sheet no. _____**2**__ of _____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,086,888.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____   Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Adrian Wolfe<br>354 Lincoln Avenue<br>Mingo Junction, OH  43938 | | | | | | | 120.00 |
| ACCOUNT NO.<br>ADT Security Services Inc.<br>P.O. Box 371956<br>Pittsburgh, PA  15250-7956 | | | | | | | 534.46 |
| ACCOUNT NO.<br>Advertising.com<br>PO Box 630353<br>Baltimore, MD  21263-0353 | | | | | | | 38,871.60 |
| ACCOUNT NO.<br>AFCO<br>4501 College Boulevard, Suite 320<br>Leawood, KS  66211 | | | | | | | 85,472.37 |
| ACCOUNT NO.<br>Akamai Technologies, Inc.<br>PO BOX 26590<br>New York, NY  10087-6590 | | | | | | | 18,750.00 |
| ACCOUNT NO.<br>Alban Tractor Co. Inc.<br>P.O. Box 64251<br>Baltimore, MD  21264 | | | | | | | 475.00 |
| ACCOUNT NO.<br>Alexander Aceves<br>42326 Hickory Glen Avenue<br>Quartz Hill, CA  93536 | | | | | | | 200.00 |

Sheet no. _____**3**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **144,423.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alisa Peters**<br>**WorldMallTV**<br>**1528 W. Tudor St.**<br>**Rialto, CA 92377** | | | | | | | **210.00** |
| ACCOUNT NO.<br>**All The Media, Inc.**<br>**P.O. BOX 20385**<br>**Louisville, KY 40250** | | | | | X | | **1,420.00** |
| ACCOUNT NO.<br>**Allconnect**<br>**4 Concourse Parkway**<br>**Atlanta, GA 30328** | | | | | | | **130.00** |
| ACCOUNT NO.<br>**Allines Placement Firm**<br>**P.O.Box 7247-8341**<br>**Philadelphia, PA 19170-8341** | | | | | X | | **45,308.62** |
| ACCOUNT NO.<br>**Alltel Communications Products**<br>**P.O. Box 102063**<br>**Atlanta,, GA 30368** | | | | | | | **932,004.76** |
| ACCOUNT NO.<br>**Alyson Bennick**<br>**6983 Rogue Forest Lane**<br>**Gainsville, VA 20155** | | | | | | | **100.00** |
| ACCOUNT NO.<br>**Amazon Services LLC** | | | **Litigation** | X | X | X | **0.00** |

Sheet no. ____**4**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **979,173.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Amazon.com, Inc.** <br> **Suite 1200** <br> **1200 12th Avenue South** <br> **Seattle, WA  98144** | | | | X | X | | **1,100,000.00** |
| ACCOUNT NO. <br><br> **American Background Information Services** <br> **P.O. Box 791380** <br> **Intersections, Inc. ABIS** <br> **Baltimore, MD  21279-1380** | | | | | | | **1,103.80** |
| ACCOUNT NO. <br><br> **American Express Corporate Accounts** <br> **2975 West Corporate Lakes** <br> **CPC Remittance Processing** <br> **Weston, FL  33331-3626** | | | | | | | **220,657.02** |
| ACCOUNT NO. <br><br> **American Express TRS** <br> **Post Office Box 360001** <br> **Fort Lauderdale, FL  33336-0001** | | | | | | | **24,722.30** |
| ACCOUNT NO. <br><br> **American Legion** <br> **Attn: Paul Dunn** <br> **5745 Lee Road** <br> **Indianapolis, IN  46216** | | | | X | | | **10,370.00** |
| ACCOUNT NO. <br><br> **American Premier Corporation** <br> **Suite 199** <br> **11140 Rockville Pike** <br> **Rockville, MD  20852** | | | | X | X | | **0.00** |
| ACCOUNT NO. <br><br> **American Security Programs, Inc.** <br> **22900 Shaw Rd. # 101-4** <br> **Dulles, VA  20166** | | | | X | | | **27,567.44** |

Sheet no. _____**5**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,384,420.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Stock Transfer & Trust Company**<br>**59 Maiden Lane**<br>**New York, NY  10038** | | | | X | | | 8,149.67 |
| ACCOUNT NO.<br>**Ameriplan USA**<br>**5700 Democracy Drive**<br>**Plano, TX  75024** | | | | X | | | 200.00 |
| ACCOUNT NO.<br>**Amit Patel**<br>**582 Roberts Drive**<br>**Riverdale, GA  30274** | | | | | | | 150.00 |
| ACCOUNT NO.<br>**Ammar Askari**<br>**Apt. 712**<br>**1560 N. Prospect Avenue**<br>**Milwaukee, WI  53202** | | | **Litigation** | | | | 154.50 |
| ACCOUNT NO.<br>**Amol Kandalgaonkar**<br>**15421 NE 13th Place #204**<br>**Bellevue, WA  98007** | | | **Litigation** | | | | 0.00 |
| ACCOUNT NO.<br>**Amp'd Mobile, Incorporated**<br>**C/O William Callahan At LeClair Ryan**<br>**1800 Wachovia Tower, Drawer 1200**<br>**Roanoke, VA  24006** | | | | | | X | 312,926.46 |
| ACCOUNT NO.<br>**Andrea Viski**<br>**611 A St NE, Apt. 1**<br>**Washington, DC  20002** | | | | | | | 3,913.27 |

Sheet no. _____**6**_ of _____**94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **325,493.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                    Case No. _____
_____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Aneel Modugulu** **6630 Weatherhill Drive** **Willowbrook, IL 60527** | | | | | | | **140.00** |
| ACCOUNT NO. **Anna Marie And Richard Davis** **9 Granny Smith Court** **Middle River, MD 21220** | | | | | | | **80.00** |
| ACCOUNT NO. **Anna Widman** **1962 South Bryson Circle** **Springfield, MO 65807** | | | | | | | **130.00** |
| ACCOUNT NO. **Anne Reich Tempelis** **#3** **111 Deer Crossing** **Johnson Creek, WI 53038** | | | | | | | **7,056.55** |
| ACCOUNT NO. **ANYCOM Technologies AG** **D41066 Monchengladbach** **Broichmuhlenweg 42** **GERMANY** | | | | | | | **169,000.00** |
| ACCOUNT NO. **AOL** **P.O. BOX 5696** **New York, NY 10087-5695** | | | | | | | **2,112,020.76** |
| ACCOUNT NO. **Arc Select Inc.** **5714 Regal Crest Ct.** **Clifton, VA 20124** | | | | | | | **47,880.00** |

Sheet no. ___**7**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,336,307.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                     Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Archives One, Inc. P.O.BOX 27128 New York, NY 10087-7128** | | | | X | | | **12,104.37** |
| ACCOUNT NO. **Arena Kom VB3 Ab17, Sofia 1612 Complex Hipodruma BL 109 BULGARIA** | | | | X | | | **270.00** |
| ACCOUNT NO. **Aric Goodin** | | | | | | | **356.38** |
| ACCOUNT NO. **Aries Trabue 8320 Bock Road Fort Washington, MD 20744** | | | | | | | **6.92** |
| ACCOUNT NO. **Asaf Peled Suite 10a 320 East 54th Street New York, NY 10022** | | | **Litigation** | | | | **0.00** |
| ACCOUNT NO. **Ashutoshsaxena 2796 Yellow Stone Drive Aurora, IL 60503** | | | | | | | **300.00** |
| ACCOUNT NO. **Ask.com P.O. Box 60000 File 30755 San Francisco, CA 94160** | | | | | | | **579,890.23** |

Sheet no. _____ **8** of _____ **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **592,927.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                          Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aspen Publishers**<br>**P.O. Box 64054**<br>**Baltimore, MD  21264-4054** | | | | | | | 661.07 |
| ACCOUNT NO.<br>**Associated Bldg. Maint. Co.**<br>**Suite #3**<br>**2140 Priest Bridge Court**<br>**Crofton, MD  21114** | | | | | | X | 18,857.13 |
| ACCOUNT NO.<br>**AT&T**<br>**P.O. Box 277019**<br>**Atlanta, GA  30384-7019** | | | | | | X | 378.37 |
| ACCOUNT NO.<br>**AT&T**<br>**P.O. Box 830120**<br>**Baltimore, MD  21283-0120** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AT&T**<br>**P.O. Box 830120**<br>**Baltimore, MD  21283-0120** | | | | | | X | 1,091.17 |
| ACCOUNT NO.<br>**AT&T Hosting**<br>**P.O.Box 13128**<br>**Newark, NJ  07101-5628** | | | | | | X | 5,226.70 |
| ACCOUNT NO.<br>**AT&T Wireless**<br>**PO Box 536216**<br>**Atlanta, GA  30353-6216** | | | | | | | 75.28 |

Sheet no. _____**9**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **26,289.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** InPhonic, Inc. _____ Case No. _____
                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aurora Films, LLC**<br>**445 West James St.**<br>**Lancaster, PA  17603** | | | | | | | **99.50** |
| ACCOUNT NO.<br>**AV Wireless, Inc.**<br>**Suite 220**<br>**40 W. Gude Drive**<br>**Rockville, MD  20850** | | | | | | | **5,750.00** |
| ACCOUNT NO.<br>**Avesair, Inc.** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Avolio & Hanlon, P.C.**<br>**3150 Brunswick Pike Ste120**<br>**Lawrenceville, NJ  08648** | | | | | X | | **0.00** |
| ACCOUNT NO.<br>**AzoogleAds**<br>**Suite 505**<br>**140 Allstate Parkway**<br>**Markham Ontario L3R 5Y8,     CANADA** | | | | | X | | **139,575.00** |
| ACCOUNT NO.<br>**b2i Technologies**<br>**Suite 110**<br>**2425 N Central Expressway,**<br>**Richardson, TX  75080** | | | | | | | **3,533.79** |
| ACCOUNT NO.<br>**Baldino's/Shannon's Locksmith Group**<br>**P.O. Box 1417**<br>**Accounting Office**<br>**Newington, VA  22122** | | | | | | | **175.31** |

Sheet no. ____**10**___ of ____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **149,133.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                         Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Barbara Dunton**<br>**1322 Carroll Ave.**<br>**Duncanville, TX  75137** | | | | | | | 10,000.00 |
| ACCOUNT NO.<br>**Beach Trading Company**<br>**80 Carter Drive**<br>**Edison, NJ  08814** | | | | X | | | 165.00 |
| ACCOUNT NO.<br>**Bearcom, Inc.**<br>**Suite 200**<br>**4009 Distribution Drive**<br>**Garland, TX  75041** | | | | | | | 50.00 |
| ACCOUNT NO.<br>**Beau Dietl & Associates**<br>**One Penn Plaza, 50th Floor**<br>**New York, NY  10119** | | | | | | | 20,250.00 |
| ACCOUNT NO.<br>**Belcaro Group, Inc.**<br>**Suite 208**<br>**7100 E. Belleview Avenue**<br>**Greenwood Village, CO  80111** | | | | | | | 500.00 |
| ACCOUNT NO.<br>**Bens Bargains Net LLC**<br>**PO Box 190816**<br>**San Francisco, CA  94109-0816** | | | | | | | 517.50 |
| ACCOUNT NO.<br>**Best Choice Construction Co.**<br>**3631 Muddy Creek Road**<br>**Edgewater, MD  21037** | | | | | | | 870.00 |

Sheet no. _____**11**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **32,352.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bevocal, Inc.** <br> P O Box 120252 <br> Dallas, TX  75312-0252 | | | | X | | | 21,531.99 |
| ACCOUNT NO. <br> **Bibin Mathews** <br> 893 Shmbliss Lane <br> Buffalo, IL  60089 | | | | | | | 150.00 |
| ACCOUNT NO. <br> **BJ Cave** <br> 2350 A 10TH Ave. <br> Honolulu, HI  96816 | | | | X | | | 9,280.00 |
| ACCOUNT NO. <br> **Blake Bath** <br> Suite 600 <br> 1010 Wisconsin Avenue NW <br> Washington, DC  20007 | | | | X | | | 6,167.00 |
| ACCOUNT NO. <br> **Blessed Hope Communications** <br> P.O. Box 892131 <br> Oklahoma City, OK  73189-2131 | | | | X | | | 885.00 |
| ACCOUNT NO. <br> **Blue Sky Factory, Inc.** <br> 40 East Cross Street <br> Baltimore, MD  21230 | | | | X | | | 31,522.45 |
| ACCOUNT NO. <br> **Boundless Communications, Inc.** <br> 1006-C Florida Ave. NE <br> Washington, DC  20002 | | | | X | | | 2,500.00 |

Sheet no. ____12____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 72,036.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BPAC, Inc.** <br> **130 West 42nd Street** <br> **New York, NY  10036** | | | | | | | 54,285.00 |
| ACCOUNT NO. <br> **Brandlin & Associates** <br> **Suite 1040** <br> **1801 Century Park East** <br> **Los Angeles, CA  90067** | | | | | | | 47,769.94 |
| ACCOUNT NO. <br> **Brenda Keller** <br> **715 N Wayne Street, Apt. 104** <br> **Arlington, VA  22201** | | | | | | | 1,153.85 |
| ACCOUNT NO. <br> **Brightstar US** <br> **P O Box 534204** <br> **Atlanta, GA  30353** | | | | X | | | 0.00 |
| ACCOUNT NO. <br> **Broadridge Inv. Communication Solutions** <br> **P.O.Box 23487** <br> **Newark, NJ  07189** | | | | | | | 31,611.57 |
| ACCOUNT NO. <br> **BROECH Corp. d/b/a TUSC** <br> **Box 5940** <br> **Department 20-1041** <br> **Carol Stream, IL  60197-5940** | | | | X | | | 54,250.00 |
| ACCOUNT NO. <br> **Business Health Services** <br> **Ste. 207** <br> **711 West 40th Street** <br> **Baltimore, MD  21211** | | | | | | | 6,260.72 |

Sheet no. ____**13**__ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **195,331.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Business Wire** <br> P.O. Box 45348 <br> San Francisco, CA 94145-0348 | | | | | | | 11,495.00 |
| ACCOUNT NO. <br><br> **Buy.com** <br> 85 Enterprise Suite 100 <br> Dept: AR <br> Aliso Viejo, CA 92656 | | | | X | | | 60,074.00 |
| ACCOUNT NO. <br><br> **Capitol Office Solutions** <br> P.O. Box 277728 <br> Atlanta, GA 30384 | | | | | | | 6,629.15 |
| ACCOUNT NO. <br><br> **Capstone Advisory Group, LLC** <br> Park 80 West, Plaza I <br> Saddle Brook, NJ 07663 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cardo Systems, Inc.** <br> Suite 101 <br> 100 High Tower Blvd <br> Pittsburgh, PA 15205 | | | | | | | 2.50 |
| ACCOUNT NO. <br><br> **Care First** <br> 10455 Mills Run Circle <br> Owings Mills, MD 21117 | | | | | | | 205,953.80 |
| ACCOUNT NO. <br><br> **Career Blazers Personnel Services, Inc.** <br> P O Box 414050 <br> Boston, MA 02241-4050 | | | | | | | 36,665.61 |

Sheet no. ____14____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 320,820.06

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CareerBuilder, Inc., Sublessee<br>Parkridge Center, 1st And 2nd Floors<br>10780-10790 Parkridge Boulevard<br>Reston, VA 20191** | | | | X | | | 19,122.37 |
| ACCOUNT NO.<br>**Carolyn Moses<br>18901 Snow Fields Circle<br>Germantown, MD 20874** | | | **Employee** | X | | | 179.72 |
| ACCOUNT NO.<br>**Catering By Windows<br>1125 North Royal St.<br>Alexandria, VA 22314** | | | | | | | 447.71 |
| ACCOUNT NO.<br>**CBIZ Benisource<br>310 First Street Suite600<br>Roanoke, VA 24011** | | | | X | | | 3,699.00 |
| ACCOUNT NO.<br>**CCH Incorporated<br>P.O. BOX 4307<br>Carol Stream, IL 60197-4307** | | | | | | | 3,350.00 |
| ACCOUNT NO.<br>**CDW Direct, LLC<br>P O Box 75723<br>Chicago, IL 75723** | | | | | | | 19,289.84 |
| ACCOUNT NO.<br>**Cecelia Mcpheron<br>21 Great Owls Way<br>Winfield, MO 63389** | | | | | | | 360.00 |

Sheet no. ____15___ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **46,448.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                         Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Celebrity Deli**<br>**7913 Tuckerman Ln.**<br>**Potomac, MD  20854** | | | | | | | 711.93 |
| ACCOUNT NO.<br>**Cell Phone Digest**<br>**1487 Bogota Way**<br>**Jonesboro, GA  30236** | | | | | X | | 250.00 |
| ACCOUNT NO.<br>**CellPhone Street**<br>**217 Ilona Ct**<br>**Stafford, VA  22554** | | | | | X | | 83,604.00 |
| ACCOUNT NO.<br>**CellularAccessory.com, Inc.**<br>**#114**<br>**5445 Oceanus Drive**<br>**Huntington Beach, CA  92649** | | | | | X | | 140.00 |
| ACCOUNT NO.<br>**Central Parking Systems**<br>**P.O. Box 17505**<br>**Baltimore, MD  21297-1505** | | | | | X | | 11,847.50 |
| ACCOUNT NO.<br>**CGETC Inc. DBA AccessoryGeeks.com, Inc.**<br>**260 Paseo Tesoro**<br>**Walnut, CA  91789** | | | | | | | 207.80 |
| ACCOUNT NO.<br>**Chad Stockman**<br>**6103 Mulberry Ct.**<br>**Alexandria, VA  22310** | | **Employee** | | | | | 729.64 |

Sheet no. _____**16**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 97,490.87

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                      Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Chadbourne and Parke LLP** **12000 New Hampshire Ave.** **Washington, DC  20036** | | | | | | | **831,109.20** |
| ACCOUNT NO. **Charlene A. Barnes** **17601 Clagett Landing Road** **Upper Marlboro, MD  20774** | | | | | | | **2,772.91** |
| ACCOUNT NO. **Charles N. Chiazor** **11700 Old Columbia Pike #1818** **Silver Spring, MD  20904** | | | | | | | **2,290.92** |
| ACCOUNT NO. **Charles Proffitt** **9506 McKinley Avenue** **Manassas, VA  20110** | | | | | | | **796.48** |
| ACCOUNT NO. **Charles Schlussel** **Apt. 1** **622 N. H Street** **Fremont, NE  68025** | | | | | | | **0.00** |
| ACCOUNT NO. **Cheapcellphones** **44 Wright Blvd.** **Hopewell Junction, NY  12533** | | | | | | | **2,081.00** |
| ACCOUNT NO. **Cheapercell, LLC** **272 Bingham Ct.** **Tomstock Park, MI  49321** | | | | | | | **60.00** |

Sheet no. ____**17**__ of ____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **839,110.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cingular Wireless** <br> P.O. Box 828435 <br> Philadelphia, PA  19182-8435 | | | | | | | 186.77 |
| ACCOUNT NO. <br> **Cingular Wireless** <br> P O BOX 17356 <br> Baltimore, MD  21297-1356 | | | | | | | 187.93 |
| ACCOUNT NO. <br> **Cingular Wireless Inventory** <br> P.O. Box 337 <br> Attn: Monica Harley <br> Greenbelt, MD  20768-0337 | | | | X | | | 0.00 |
| ACCOUNT NO. <br> **Citicorp Vendor Finance,Inc.** <br> P.O Box 7247-0371 <br> Philadelphia, PA  19170-0371 | | | | | | | 1,588.00 |
| ACCOUNT NO. <br> **Clark Martin Hillis** <br> 500 Garland Building <br> 1221 Second Avneue <br> Seattle, WA  98101-2925 | | | | | | | 1,493.92 |
| ACCOUNT NO. <br> **Clash Media** <br> 100 Park Ave. 16th Floor <br> New York, NY  10017 | | | | | | | 2,307.18 |
| ACCOUNT NO. <br> **Clear Connection, Inc.** <br> Suite 113 <br> 11800 Baltimore Avenue <br> Beltsville, MD  20705 | | | | | | | 8,748.60 |

Sheet no. ___18___ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 14,512.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clint Wheeler**<br>**511 John Marshal Dr.**<br>**Vienna, VA 22180** | | | | X | | | 15,427.00 |
| ACCOUNT NO.<br>**COGENT Communications, Inc.**<br>**P.O. Box 791087**<br>**Baltimore, MD 21279-1087** | | | | | | | 5,030.92 |
| ACCOUNT NO.<br>**Cognigen Networks, Inc.**<br>**P.O. Box 54957**<br>**Santa Clara, CA 95054-1191** | | | | X | | | 150,173.00 |
| ACCOUNT NO.<br>**CompUSA Inc.**<br>**Attn: Shawn Thoele**<br>**14951 North Dallas Parkway**<br>**Dallas, TX 75254** | | | | X | | | 4,230.00 |
| ACCOUNT NO.<br>**Computer 21, LLC**<br>**105 Parkview Drive**<br>**Scott City, MO 63780** | | | | X | | | 280.00 |
| ACCOUNT NO.<br>**Computer Nerds Int'l**<br>**2680 Ne 188th Street**<br>**Miami, FL 33180** | | | | X | | | 90.00 |
| ACCOUNT NO.<br>**Comsys Services LLC**<br>**P O Box 60260**<br>**Charlotte, NC 28260** | | | | | | | 46,989.00 |

Sheet no. _____19_____ of _____94_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ **222,219.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                  Case No. _____
                          Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Cordless Workz** **Suite 200** **1135 Kildaire Farm Road** **Cary, NC  27511** | | | | | | | **540.00** |
| ACCOUNT NO. **Core Business Technology Solutions, LLC** **231269 Momentum Place** **Chicago, IL  60689-5311** | | | | | | | **71,120.11** |
| ACCOUNT NO. **Cornerstone Research** **353 Sacramento Street 19th Fl.** **San Francisco, CA  94111-3656** | | | | | | | **75,411.78** |
| ACCOUNT NO. **Corporate Wireless Group** **1403 Marble Crest Way** **Winter Garden, FL  34787** | | | | | | X | **37,922.60** |
| ACCOUNT NO. **Corporation Service Company** **PO Box 13397** **Philadelphia, PA  19101-3397** | | | | | | | **2,376.00** |
| ACCOUNT NO. **CosmoCom, Inc.** **121 Broadhollow Rd.** **Melville, NY  11747** | | | | | | | **522,181.40** |
| ACCOUNT NO. **Craig Pooler** **5412 14th Place** **Hyattsville, MD  20782** | | | | | | | **200.00** |

Sheet no. ____**20**__ of ____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **709,751.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____ Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Crazy Wireless Offers** <br> **Suite 250** <br> **321 N. Central Expressway** <br> **McKinney, TX 75070** | | | | | | | 6,770.00 |
| ACCOUNT NO. <br> **Creative Logistics Solutions, Inc** <br> **Suite One** <br> **2135 Espey Court** <br> **Crofton, MD 21114-2442** | | | | | | | 13,472.00 |
| ACCOUNT NO. <br> **Credit Management Group** <br> **Tower 1, Suite 3500** <br> **2000 S Colorado Boulevard** <br> **Denver, CO 80222** | | | | | | X | 50.00 |
| ACCOUNT NO. <br> **CT Corporation** <br> **PO Box 4349** <br> **Carol Stream, IL 60197-4349** | | | | | | X | 670.00 |
| ACCOUNT NO. <br> **Curran & Connors** <br> **333 Marcus Boulevard** <br> **Hauppauge, NY 11788** | | | | | | | 386.22 |
| ACCOUNT NO. <br> **Cybersource** <br> **PO Box 60000** <br> **File 74009** <br> **San Francisco, CA 94160** | | | | | | X | 44,018.68 |
| ACCOUNT NO. <br> **Daniel Stultz** <br> **113 Steelers Road** <br> **Bedford, PA 15522** | | | | | | | 60.00 |

Sheet no. ____21____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 65,426.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.
_____   Case No. _____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Daniel Swensen**<br>**Apt. 2**<br>**1225 Cleveland Street**<br>**Missoula, MT 59801** | | | | | | | **3,150.00** |
| ACCOUNT NO.<br>**Darlene Mylynock**<br>**6164 S. Snapdragon Place**<br>**Boise, ID 83716-7068** | | | | | | | **125.00** |
| ACCOUNT NO.<br>**Data Direct**<br>**One Landmark Square#106**<br>**Port Chester, NY 10573** | | | | | | | **6,000.00** |
| ACCOUNT NO.<br>**Dataprise**<br>**12250 Rockville Pike 2nd Floor**<br>**Rockville, MD 20852** | | | | | | | **38,500.00** |
| ACCOUNT NO.<br>**David A. Steinberg**<br>**Suite 600**<br>**1010 Wisconsin Avenue**<br>**Washington, DC 20007** | | | | | | | **280,000.00** |
| ACCOUNT NO.<br>**David J. Horvath**<br>**7100 E Pleasant Valley Road**<br>**Suite 110**<br>**Independence, OH 44131** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**David Kozek**<br>**16750 Highview Avenue**<br>**Tinley Park, IL 60477** | | | | | | | **230.00** |

Sheet no. ____**22**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **328,005.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                           Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**David Rives**<br>**11614 Patuxent Parkway #302**<br>**Columbia, MD  21044** | | | | | | | 2,661.39 |
| ACCOUNT NO.<br>**David Sztyk**<br>**115 N. University**<br>**Oxford, OH  45056** | | | **Litigation** | | | | 0.00 |
| ACCOUNT NO.<br>**DC Office Of The Attorney General**<br>**441 4th Street NW**<br>**Washington, DC  20001** | | | **Litigation** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Dealnews.com**<br>**103 Mountain Brook Boulevard**<br>**Madison, AL  35758** | | | | | | | 730.00 |
| ACCOUNT NO.<br>**Dean Korsak** | | | **Litigation** | | | X | 0.00 |
| ACCOUNT NO.<br>**Deloitte**<br>**P.O. BOX 2079**<br>**Carol Stream, IL  60132-2079** | | | | | | | 7,624.00 |
| ACCOUNT NO.<br>**Deluxe Business Checks and Solutions**<br>**P.O Box 742572**<br>**Cincinnati, OH  45274-2572** | | | | | | | 281.13 |

Sheet no. ____**23**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,296.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                         Case No. _____
                        Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Dennis Shepherd**<br>**20800 Lake Chabot Road, 21D**<br>**Castro Valley, CA  94546** | | | | | | | **6,254.86** |
| ACCOUNT NO. | | | | | | | |
| **DesertSoft**<br>**Suite #1-645**<br>**16845 N. 29th Ave**<br>**Phoenix, AZ  85053** | | | | | | | **3,811.78** |
| ACCOUNT NO. | | | **Contractor** | | | | |
| **Devo Services**<br>**85, An Av Yaacoub El Mansour**<br>**Et Naseh Eddine 1er Etage, Apt 1**<br>**Casablanca, MOROCCO,** | | | | | | | **80,960.00** |
| ACCOUNT NO. | | | | | | | |
| **DHL Express USA**<br>**PO Box 4723**<br>**Houston, TX  77210-4723** | | | | | | | **774.29** |
| ACCOUNT NO. | | | | | | | |
| **DHL Express USA - Liberty**<br>**P.O. Box 4723**<br>**Houston, TX  77210-4723** | | | | | | | **51.57** |
| ACCOUNT NO. | | | | | | | |
| **DHR International, Inc**<br>**Suite 2220**<br>**10 South Riverside Plaza**<br>**Chicago, IL  60606** | | | | | | | **71,555.00** |
| ACCOUNT NO. | | | | | | | |
| **Direct Page, Inc.**<br>**229 S. Delsea Drive**<br>**Vineland, NJ  08360** | | | | | | | **315.00** |

Sheet no. _____**24**_ of _____**94**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **163,722.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                 Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Discount Cell**<br>**350 West 500 South**<br>**Provo, UT  84601** | | | | | | | 340.00 |
| ACCOUNT NO.<br>**Dobromir Hristov**<br>**Apt. 1L**<br>**3700 10th Avenue**<br>**San Diego, CA  92103** | | | | | | | 170.00 |
| ACCOUNT NO.<br>**Doug Brower**<br>**Unit 201**<br>**706 Copperline Drive**<br>**Chapel Hill, NC  27516** | | | | | | | 16,347.50 |
| ACCOUNT NO.<br>**Douglas Fruck**<br>**7275 Wilrose Court**<br>**North Tonawanda, NY  14120** | | | | | | | 170.00 |
| ACCOUNT NO.<br>**DS3 DataVaulting, LLC**<br>**Suite 207**<br>**1440 Central Park Blvd.**<br>**Fredericksburg, VA  22401** | | | | X | | | 79,132.19 |
| ACCOUNT NO.<br>**Dynamic Solution**<br>**735 School Road**<br>**Mckinleyville, CA  95519** | | | | X | | | 14,269.00 |
| ACCOUNT NO.<br>**E*Trade Financial**<br>**PO Box 989032**<br>**West Sacramento, CA  95798-9032** | | | | | | | 49.00 |

Sheet no. ____**25**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **110,477.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Eastern First-Aid, Inc.** <br> **P.O. Box 354** <br> **Forest Hill, MD 21050** | | | | | | | **411.39** |
| ACCOUNT NO. <br> **Ecatcher, Inc.** <br> **Suite 103** <br> **110 S. Poplar Street** <br> **Wilmington, DE 19801** | | | | | X | | **632.50** |
| ACCOUNT NO. <br> **Echen, Inc.** <br> **1750 Old Canyon Drive** <br> **Hacienda Heights, CA 91245** | | | | | X | | **700.00** |
| ACCOUNT NO. <br> **Eddie Nautu** <br> **TVA 6334** <br> **55-550 Naniloa Loop** <br> **Laie, HI 96762** | | | | | | | **150.00** |
| ACCOUNT NO. <br> **eDealinfo.com, Inc.** <br> **39189 Horton Drive** <br> **Farmington Hills, MI 48331** | | | | | X | | **2,848.58** |
| ACCOUNT NO. <br> **Edgar Rodriguez** <br> **1127 E Summer Street** <br> **Hammond, IN 46320** | | | | | X | | **100.00** |
| ACCOUNT NO. <br> **Edge Studio** <br> **Suite 102** <br> **1817 Black Rock Turnpike** <br> **Fairfield, CT 06825** | | | | | | | **250.00** |

Sheet no. _____26___ of _____94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,092.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____ Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Edward Biro**<br>**1000 Spy Road**<br>**Annapolis, MD  24103** | | | | | | | **1,044.64** |
| ACCOUNT NO.<br>**Edwin Davis** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Eforcity**<br>**12339 Denholm Drive**<br>**El Monte, CA  91732** | | | | | X | | **1,875.00** |
| ACCOUNT NO.<br>**Egizmo**<br>**Suite 5**<br>**70 Middle Neck Road**<br>**Great Neck, NY  11021** | | | | | X | | **302.50** |
| ACCOUNT NO.<br>**Eileen Chung**<br>**1244 Scott Street**<br>**El Cerrito, CA  94530** | | | | | | | **150.00** |
| ACCOUNT NO.<br>**EMC Corporation**<br>**4246 Collections Center Drive**<br>**Chicago, IL  60693** | | | | | | | **4,158.00** |
| ACCOUNT NO.<br>**Emory Day Worldwide, LLC**<br>**Suite 298**<br>**1121 Annapolis Road**<br>**Odenton, MD  21113** | | | | | | | **3,950.00** |

Sheet no. ___**27**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **11,480.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.** _____    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **EmoryDay, LLC** <br> **1121 Annapolis RD, Suite 298** <br> **Odenton, MD  21113** | | | | | | | 22,650.00 |
| ACCOUNT NO. <br> **EntreQuest** <br> **2400 Boston Street Ste 310** <br> **Baltimore, MD  21224** | | | | | | | 15,600.00 |
| ACCOUNT NO. <br> **ENZO Software Solutions** <br> **315 Haviland Mill Road** <br> **Brookeville, MD  20833** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **EPIQ eDiscovery Solutions, Inc.** <br> **PO Box 120250** <br> **Dept 0250** <br> **Dallas, TX  75312-0250** | | | | | | | 4,560.00 |
| ACCOUNT NO. <br> **EPLUS Technology, Inc.** <br> **P.O. BOX 404398** <br> **Atlanta, GA  30384-4398** | | | | | | | 95,588.30 |
| ACCOUNT NO. <br> **Ernst & Young LLP** <br> **PO Box 828135** <br> **PNC Bank- Philadelphia 828135** <br> **Philadelphia, PA  19182-8135** | | | | | | X | 36,775.00 |
| ACCOUNT NO. <br> **Escape International** <br> **Suite 100** <br> **281 Enterprise Ct** <br> **Bloomfield Twp, MI  48302** | | | | | | X | 15,084.00 |

Sheet no. ___**28**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **190,257.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____     Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**eStarNetwork, LLC**<br>**Attn: Bill Bergfeld**<br>**PO Box 558**<br>**Conroe,, TX  77305** | | | | X | | | **292.50** |
| ACCOUNT NO.<br>**Etronics Inc.**<br>**216 Maspeth Ave.**<br>**Brooklyn, NY  11211** | | | | X | | | **625.00** |
| ACCOUNT NO.<br>**EU Services Mailing Division**<br>**PO Box 17164**<br>**Baltimore, MD  21297-1164** | | | | | | | **170.00** |
| ACCOUNT NO.<br>**Eugene McIntyre**<br>**1835 Good Hope Road SE**<br>**Washington, DC  20020** | | | | | | | **11.64** |
| ACCOUNT NO.<br>**Evercore**<br>**55 East 52nd Street, 43rd Floor**<br>**New York, NY  10055** | | | | | | | **250,000.00** |
| ACCOUNT NO.<br>**Everything Treo**<br>**Smart Phone Resource, Inc.**<br>**2285 Mattituck Avenue**<br>**Seaford, NY  11783** | | | | | | | **60.00** |
| ACCOUNT NO.<br>**eVolte Private Limited**<br>**1st Floo, GM House**<br>**295 Tilak Nagar Main**<br>**Indore - 452018,    India** | | | | X | | | **1,380.00** |

Sheet no. _____29____ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **252,539.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                              Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Excel Callnet Private Limited 24/3 Industrial Area Phase II Chandigarh 160002,** | | | | | | | 839.21 |
| ACCOUNT NO. **Excess Revenue, Inc. 4547 26th Ave. S.W. Calgary T3E 0P8,    CANADA** | | | | | X | | 4,896.00 |
| ACCOUNT NO. **Experian Department 1971 Los Angeles, CA  90088-1971** | | | | | | | 2,360.81 |
| ACCOUNT NO. **Expert Serv, Inc. 39-40 30th St. Long Island, NY  11101** | | | | | X | | 249,700.25 |
| ACCOUNT NO. **Expo Experts, LLC 7809 Cooper Road Cincinnati, OH  45242** | | | | | | | 2,495.00 |
| ACCOUNT NO. **Extra Space Storage 1280 Cronson Blvd. Crofton, MD  21114** | | | | | | | 697.17 |
| ACCOUNT NO. **F5 Networks, Inc. C/O Bank Of America PO Box 406097 Atlanta, GA  30384-6097** | | | | | X | | 17,124.05 |

Sheet no. ____**30**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **278,112.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                      Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Fabuloussavings.com Unit 18 1122 Finch Avenue West Toronto, Ontario  M3J3J5,     CANADA** | | | | X | | | 1,050.00 |
| ACCOUNT NO. **Facebook, Inc. Attn: Accounts Receivable 156 University Avenue Palo Alto, CA  94301** | | | | | | | 90,000.00 |
| ACCOUNT NO. **Fadatone Apt. #324 130 Post Avenue Westbury, NY  11590** | | | | X | | | 27,070.00 |
| ACCOUNT NO. **False Alarm Reduction Unit 9201 Basil Court, Ste. 107 Largo Government Center Largo, MD  20774** | | | | | | | 225.00 |
| ACCOUNT NO. **FDM Group Inc. Suite 215 1010 Wisconsin Ave. N.W. Washington, DC  20007** | | | | | | | 16,008.50 |
| ACCOUNT NO. **Federal Communications Commission** | | | Administrative Investigation | X | X | X | 0.00 |
| ACCOUNT NO. **Federal Trade Commission 600 Pennsylvania Avenue NW Washington, DC  20004** | | | Litigation | | | | 0.00 |

Sheet no. ____31__ of ____94__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **134,353.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FEDEX**<br>**P.O. Box 371461**<br>**Pittsburgh, PA  15250-7461** | | | | X | | | 89,941.83 |
| ACCOUNT NO.<br>**FedEx Freight**<br>**4103 Collection Center Drive**<br>**Chicago, IL  60693** | | | | | | | 3,963.31 |
| ACCOUNT NO.<br>**FedEx Kinko's**<br>**PO Box 672085**<br>**Customer Administrative Srvcs.**<br>**Dallas, TX  75267-2085** | | | | | | | 91.69 |
| ACCOUNT NO.<br>**Financial Destination, Inc.**<br>**15 East Broadway**<br>**Derry, NH  03038** | | | | | | | 325.00 |
| ACCOUNT NO.<br>**Fionda Communications, LLC**<br>**7 West Figueroa Street**<br>**Santa Barbara, CA  93117** | | | | X | | | 4,275.00 |
| ACCOUNT NO.<br>**Firefly Mobile, Inc.**<br>**Suite 220**<br>**250 Parkway Dr**<br>**Lincolnshire, IL  60069** | | | | | | | 25,000.00 |
| ACCOUNT NO.<br>**Fleishman-Hillard, Inc.**<br>**4706 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 19,079.33 |

Sheet no. _____**32**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **142,676.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

Official Form 6F (10/06) - Cont.

**IN RE** InPhonic, Inc.              Case No. _____
<br>            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Flipswap, Inc.**<br>**Suite 807**<br>**2771 Plaza Del Amo**<br>**Torrance, CA  90503** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Florida Office Of The Attorney General** | | | **Aministrative Investigation** | X | X | X | **0.00** |
| ACCOUNT NO. <br><br>**FOLIOFN Investments, Inc.**<br>**P.O. Box 1120**<br>**Vienna, VA  22183** | | | | | | | **27.90** |
| ACCOUNT NO. <br><br>**Fon Media**<br>**Suite 2601**<br>**1370 Avenue of Americas**<br>**New York, NY  10019** | | | | | | | **880.00** |
| ACCOUNT NO. <br><br>**Forbes**<br>**P.O. BOX 10051**<br>**Des Moines, IA  50340-0051** | | | | | | | **19.99** |
| ACCOUNT NO. <br><br>**Fortune High Tech Marketing**<br>**800 Popplewell Lane**<br>**Danville, KY  40422** | | | | | X | | **125,537.00** |
| ACCOUNT NO. <br><br>**Found Corporation**<br>**PO Box 1025**<br>**4715 Roanoke Way**<br>**Nags Head, NC  27959** | | | | | X | | **1,115.00** |

Sheet no. _____**33**_____ of _____**94**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **127,579.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                              Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Frank Cuenca Suite 1200 707 Broadway San Diego, CA 92101** | | | **Litigation** | | | | **0.00** |
| ACCOUNT NO. **Frank Veno 12136 Rain Slicker Place Nokesville, VA 20181** | | | | | | | **172.66** |
| ACCOUNT NO. **Free Phone Madness 5511 Harmony Lane Lancaster, CA 03536** | | | | | X | | **120.00** |
| ACCOUNT NO. **Freecell-phone 10872 Avenida Santa Ana Boca Raton, FL 33498** | | | | | X | | **10,618.00** |
| ACCOUNT NO. **Friendship Flower Shop 3236 Wisconsin Ave NW Washington, DC 20016** | | | | | | | **347.46** |
| ACCOUNT NO. **G&G Outfitters, Inc. 4901 Forbes Blvd Lanham, MD 20706** | | | | | | | **708.70** |
| ACCOUNT NO. **Gadgateer 8581 Dobbs Cemetery Road Columbus, IN 47201** | | | | | | | **15.00** |

Sheet no. _____**34**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **11,981.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                                              Case No. _____

                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Gain America #2325 672 Siesta Key Circle Deerfield Beach, FL 33441** | | | | X | | | 4,465.00 |
| ACCOUNT NO. **GAM Printers Incorporated P.O. BOX 25 Sterling, VA 20167** | | | | | | | 9,395.88 |
| ACCOUNT NO. **Garth Mobile PO Box 329 Gladstone, NJ 07934** | | | | | | | 578.00 |
| ACCOUNT NO. **Gary A. Lieberman M.D. PA** | | | | | | | 230.40 |
| ACCOUNT NO. **Gary Redolfo 2213 22nd Lane Palm Beach Gardens, FL 33418** | | | | | | | 200.00 |
| ACCOUNT NO. **GBH Communications, Inc. P.O. BOX 1110 Glendale, CA 91209-1110** | | | | | | | 2,985.48 |
| ACCOUNT NO. **Geeks 1890 Ord Way Oceanside, CA 92056** | | | | X | | | 10,320.00 |

Sheet no. _____**35** of _____**94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 28,174.76

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Geoffrey R. Mott<br>599 Primus Court<br>Frederick, MD  21703 | | | | | | | 9,059.98 |
| ACCOUNT NO.<br><br>Geoffrey Schuppert<br>247 Skillman Avenue, #3<br>Brooklyn, NY  11211 | | | | | | | 250.00 |
| ACCOUNT NO.<br><br>Glenn Saito<br>1341 Cabrillo Avenue<br>Burlingame, CA  94010 | | | | | | | 2,160.00 |
| ACCOUNT NO.<br><br>Global Crossing Telecommunications<br>P.O. BOX 741276<br>Cincinnati, OH  45274-1276 | | | | X | | | 343,805.15 |
| ACCOUNT NO.<br><br>Global Equipment Company<br>P.O. Box 100090<br>Buford, GA  30515 | | | | | | | 1,032.00 |
| ACCOUNT NO.<br><br>Global Resource Systems, LLC<br>Suite 520<br>150 South Pine Island Road<br>Plantation, FL  33324 | | | | X | | | 34,375.00 |
| ACCOUNT NO.<br><br>Globalware Solutions, Inc.<br>200 Ward Hill Avenue<br>Haverhill, MA  01835 | | | | | | | 1,459.48 |

Sheet no. ____36____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 392,141.61

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Godfrey Little**<br>**Apt. 2**<br>**709 Main St.**<br>**Hobart, NY  13788** | | | | | | | **10,000.00** |
| ACCOUNT NO.<br>**Google, Inc.**<br>**PO Box 39000**<br>**Department No 33654**<br>**San Francisco, CA  94139-3181** | | | | | | | **3,501,674.00** |
| ACCOUNT NO.<br>**GoSolutions, Inc.**<br>**Suite 100**<br>**10701 Danka Way N**<br>**St. Petersburg, FL  33716** | | | | | | X | **1,740.00** |
| ACCOUNT NO.<br>**GPC Systems**<br>**2108 B Gallows Road**<br>**Vienna, VA  22182** | | | | | | | **262.50** |
| ACCOUNT NO.<br>**GPSCheap, Inc. / DBA Covertec USA**<br>**Suite 4A**<br>**14141 Covelo Street**<br>**Van Nuys, CA  91405** | | | | | | X | **3,420.40** |
| ACCOUNT NO.<br>**Grainger**<br>**Dept 896-855643151**<br>**Palatine, IL  60038-0001** | | | | | | | **67.50** |
| ACCOUNT NO.<br>**Grand Hyatt Washington**<br>**1000 H Street, NW**<br>**Washington, DC  20001** | | | | | | | **2,863.95** |

Sheet no. ____**37**___ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **3,520,028.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grant Gillaspy**<br>**3264 Veld Way**<br>**Shingle Springs, CA  95682** | | | | | | | 100.00 |
| ACCOUNT NO.<br>**Grant Thornton LLP**<br>**33960 Treasury Center**<br>**Chicago, IL  60694-3900** | | | | | | | 192,580.75 |
| ACCOUNT NO.<br>**Grant Yoder**<br>**2417 N Ottawa Street**<br>**Arlington, VA  22205** | | | | | | | 8,198.72 |
| ACCOUNT NO.<br>**Gravity Advanced Systems LLC**<br>**1290 Pine Ridge Circle E, #A2**<br>**Tarpon Springs, FL  34688** | | | | | | X | 55.00 |
| ACCOUNT NO.<br>**Group Lotto**<br>**5th Floor, PO Box 1665**<br>**1 Blue Hill Plaza**<br>**Pearl River, NY  10965** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**GSI Commerce Solutions, Inc.**<br>**Lockbox 827327**<br>**PO Box 827327**<br>**Philadelphia, PA  19182** | | | | | | X | 100,239.86 |
| ACCOUNT NO.<br>**Guernsey**<br>**P.O. BOX 10846**<br>**Chantilly, VA  20153-0846** | | | | | | | 672.49 |

Sheet no. ____**38**__ of ____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **301,846.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____ Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Guernsey Office Products, Inc.**<br>**PO Box 10846**<br>**Chantilly, VA 20153-0846** | | | | X | | | 16,291.49 |
| ACCOUNT NO.<br>**Guillermo Sahaniuk**<br>**2005 Fitzwarren Place**<br>**Baltimore, MD 21209** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**Hagan Davis Mangum B.L. & Hale PLLC**<br>**Suite 200**<br>**300 North Greene Street,**<br>**Greensboro, NC 27401** | | | | | | | 330.00 |
| ACCOUNT NO.<br>**Hampton & Assoc.**<br>**Suite 1**<br>**2070 Valleydale Rd**<br>**Birmingham, AL 35244** | | | | X | | | 1,190.00 |
| ACCOUNT NO.<br>**Hardat Sugrim**<br>**402 Ridgewood Avenue**<br>**Brooklyn, NY 11208** | | | | | | | 140.00 |
| ACCOUNT NO.<br>**Harris Communications Inc.**<br>**15155 Technology Drive**<br>**Eden Prairie, MN 55347** | | | | | | | 65.00 |
| ACCOUNT NO.<br>**Harry Killen**<br>**192 Barnett St.**<br>**Washington, PA 15301** | | | | | | | 10,000.00 |

Sheet no. __39__ of __94__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,266.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE InPhonic, Inc.** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode:vertical">© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harry Mendoza**<br>**3700 Orleans Avenue**<br>**New Orleans, LA 70119** | | | | | | | **125.00** |
| ACCOUNT NO.<br>**Hazel Griffin**<br>**126 Levi Rd.**<br>**Norlina, NC 27563** | | | | | | | **10,000.00** |
| ACCOUNT NO.<br>**Helgeson Enterprises**<br>**4461 White Bear Parkway**<br>**White Bear Lake, MN 55110** | | | | | X | | **49,428.15** |
| ACCOUNT NO.<br>**Hewlett-Packard Company**<br>**P.O. BOX 1011149**<br>**Athanta, GA 30392-1149** | | | | | | | **954.78** |
| ACCOUNT NO.<br>**HireStrategy**<br>**Suite 340**<br>**11730 Plaza America Drive**<br>**Reston, VA 20190** | | | | | | | **33,093.50** |
| ACCOUNT NO.<br>**Hobart West Solutions, LLC**<br>**PO BOX 785316**<br>**Philadelphia, PA 19178-5316** | | | | | X | | **143,861.16** |
| ACCOUNT NO.<br>**Hongyi Yu** | | | **Litigation** | X | X | X | **0.00** |

Sheet no. _____**40**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **237,462.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.** _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hoover's Inc.**<br>**P.O. BOX 671032**<br>**Dallas, TX  75267-1032** | | | | | | | **4,990.00** |
| ACCOUNT NO.<br>**I-Method.com**<br>**#203**<br>**1814 NE Miami Gardens Drive**<br>**Miami, FL  33179** | | | | X | | | **2,860.00** |
| ACCOUNT NO.<br>**IBN Telecom**<br>**10226 Blake Lane**<br>**Oakton, VA  22124** | | | | | | | **40.00** |
| ACCOUNT NO.<br>**ICON**<br>**P.O. BOX 533191**<br>**Atlanta, GA  30310-3191** | | | | X | | | **3,890,000.00** |
| ACCOUNT NO.<br>**Icon International, Inc.**<br>**C/O Thomas W. Witherington, Esquire**<br>**100 Pearl Street, 12th Floor**<br>**Hartford, CT  06103** | | | **Litigation/settlement** | | | X | **0.00** |
| ACCOUNT NO.<br>**IDCSERVCO**<br>**PO Box 1925**<br>**3962 Landmark Street**<br>**Culver City, CA  90232-1925** | | | | | | | **597.77** |
| ACCOUNT NO.<br>**idfive**<br>**3rd Floor**<br>**225 E. Redwood Street**<br>**Baltimore, MD  21202** | | | | | | | **6,072.00** |

Sheet no. ___**41**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,904,559.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Imagitas, Inc. <br> Attn: Jim Puntoni <br> PO Box 83070 <br> Woburn, MA 01813-3070 | | | | | | | 99,006.00 |
| ACCOUNT NO. <br> Infinite Computer Solutins, Inc <br> 5 Choke Cherry Road Ste. 320 <br> Rockville, MD 20850 | | | | | | | 391,521.76 |
| ACCOUNT NO. <br> Infomedia, Inc. <br> Suite 325 <br> 1151 Eagle Dr. <br> Loveland, CO 80537 | | | | | | | 30.00 |
| ACCOUNT NO. <br> Innovative Discovery <br> 1700 North Monroe Street <br> Suite 1050 <br> Arlington, VA 22209 | | | | X | | | 3,369.81 |
| ACCOUNT NO. <br> Innovative Security Systems, Inc. <br> Suite 3 <br> 4815 Prince Georges Avenue <br> Beltsville, MD 20705-1968 | | | | | | | 3,321.40 |
| ACCOUNT NO. <br> Instant Service <br> Suite 401 <br> 600 University <br> Seattle, WA 98101-1197 | | | | | | | 18,999.99 |
| ACCOUNT NO. <br> Intelisys Corporation <br> 1318 Redwood Way Suite 120 <br> Petaluma, CA 94954 | | | | | | | 465.00 |

Sheet no. _____42___ of _____94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   516,713.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** InPhonic, Inc.                                              Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Interactive Marketing Solutions** **223 59 West** **Nanuet, NY  10954** | | | | | | | 817.83 |
| ACCOUNT NO. **International Business Machines Corp.** **P.O. BOX 643600** **Pittsburgh, PA  15264-3600** | | | | | | | 5,076.00 |
| ACCOUNT NO. **Internet Services Corporation** **1300 Altura Road** **Ft. Mill, SC  29708** | | | | | | | 75,000.00 |
| ACCOUNT NO. **IPSoft, Inc.** **12th Floor** **17 State Street** **New York, NY  10004** | | | | | | | 14,160.00 |
| ACCOUNT NO. **Ira Brind** **Suite 600** **1010 Wisconsin Avenue** **Washington, DC  20007** | | | | | | | 6,167.00 |
| ACCOUNT NO. **Iron Mountain** **Iron Mountain Records Managment** **PO Box 27128** **New York, NY  10087-7128** | | | | X | | | 11,624.26 |
| ACCOUNT NO. **J & R Music World- J & R Computer World** **23 Park Row** **New York, NY  10038** | | | | X | | | 1,200.00 |

Sheet no. _____**43**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **114,045.09**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Jack Kemp Suite 300 1901 Pennsylvania Avenue NW Washington, DC 20006** | | | | | | | 1,333.00 |
| ACCOUNT NO. **Jaeter Corporation 2480 Winfield Avenue Golden Valley, MN 55422** | | | | X | | | 310.00 |
| ACCOUNT NO. **James Theverkuzh 67-43 B 224th Street Oakland Gardens, NY 11364** | | | | | | | 150.00 |
| ACCOUNT NO. **JBR Media Ventures, LLC Suite 700 2 Wisconsin Circle Chevy Chase, MD 20815** | | | | | | | 718,203.70 |
| ACCOUNT NO. **Jessica Hulser 91-202 Makalea Street Ewa Beach, HI 96706** | | | | | | | 500.00 |
| ACCOUNT NO. **JirehComm Marketing Solutions Ste. 166 1006 W. Taft Sapulpa, OK 74066** | | | | | | | 305.00 |
| ACCOUNT NO. **John Bailey 20667 Ashleaf Court Potomac Falls, VA 20165** | | | | | | | 179.79 |

Sheet no. _____44___ of _____94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **720,981.49**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**John D. Darby**<br>**120 Amberleigh Drive**<br>**Silver Spring, MD  20905** | | | | | | | **11,182.50** |
| ACCOUNT NO.<br>**John Sculley**<br>**Suite 600**<br>**1010 Wisconsin Avenue**<br>**Washington, DC  20007** | | | | | X | | **2,285.00** |
| ACCOUNT NO.<br>**John W. Ferron**<br>**C/O Jessica G. Fallon, Esquire**<br>**580 North Fourth Street, Ste. 450**<br>**Columbus, OH  43215** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Jordan Simmons**<br>**7754 Desiree Street**<br>**Alexandria, VA  22315** | | | | | | | **200.00** |
| ACCOUNT NO.<br>**Juliana Diaz**<br>**2730 Wisconsin Avenue, Apt. 37**<br>**Washington, DC  20007** | | | | | | | **1,427.15** |
| ACCOUNT NO.<br>**Julie Henry**<br>**7064 Marmota Street**<br>**Ventura, CA  93003** | | | | | | | **150.00** |
| ACCOUNT NO.<br>**K Force Professional Staffing**<br>**P.O. Box 277997**<br>**Atlanta, GA  30384-7997** | | | | | | | **6,619.00** |

Sheet no. ____**45**___ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,863.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kawani Williams**<br>**772 McHands Drive**<br>**Delhi, LA 71232** | | | | | | | **140.00** |
| ACCOUNT NO.<br>**Keith A. Frederick**<br>**C/O Timothy J. Dennin**<br>**316 Main Street**<br>**Northport, NY 11768** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Kevin Edwards**<br>**7127 Rock Ridge Lane, Apt. H**<br>**Alexandria, VA 22315** | | | | | | | **1,741.66** |
| ACCOUNT NO.<br>**Kohrman Jackson & Krantz,PLL**<br>**1375 East Ninth Street**<br>**One Cleveland Center 20th Flr.**<br>**Cleveland, OH 44114-1793** | | | | | | | **6,895.54** |
| ACCOUNT NO.<br>**Krista Salomon**<br>**Apt. 1503**<br>**7865 E Mississippi Avenue**<br>**Denver, CO 80247** | | | | | | | **5.00** |
| ACCOUNT NO.<br>**Kristi Prewitt**<br>**4528 Bennington Avenue**<br>**Baton Rouge, LA 70808** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Kumi Yamaguchi**<br>**2328 Balboa Street**<br>**San Francisco, CA 94121** | | | | | | | **150.00** |

Sheet no. _____**46** of _____**94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,932.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Language Line Services** <br> **P.O. BOX 16012** <br> **Monterey, CA 93942-6012** | | | | | | | 56,695.38 |
| ACCOUNT NO. <br> **LanTec Ventures** <br> **C/O Ken Landry** <br> **105 Whittshire Ct.** <br> **Cary, NC 27513** | | | | | | | 22,067.34 |
| ACCOUNT NO. <br> **Larry And Linda Froehlich** <br> **28278 Belleterre Avenue** <br> **Moreno Valley, CA 92555** | | | **Litigation** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Lasership, Inc.** <br> **P.O.Box 406420** <br> **Atlanta, GA 30384-6420** | | | | | X | | 10,280.22 |
| ACCOUNT NO. <br> **Latham & Watkins, LLP** <br> **P.O. Box 7247-8202** <br> **Philadelphia, PA 19170** | | | | | X | | 18,049.22 |
| ACCOUNT NO. <br> **Laurence E. Harris** <br> **Suite 600** <br> **1010 Wisconsin Avenue NW** <br> **Washington, DC 20007** | | | | | X | | 8,333.00 |
| ACCOUNT NO. <br> **Lawrence Winkler** | | | | | X | | 250,000.00 |

Sheet no. _____47____ of _____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 365,425.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                          Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lea Dover** <br> **670 County Road 360** <br> **Trinity, AL  35673** | | | | | | | **360.00** |
| ACCOUNT NO. <br><br> **Leah Brewster** <br> **1515 Judd Court** <br> **Herndon, VA  20170** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Leah I. Brewster** <br> **1515 Judd Court** <br> **Herndon, VA  20170** | | | | | | | **11,417.28** |
| ACCOUNT NO. <br><br> **Learning Tree International** <br> **P.O. BOX 930756** <br> **Atlanta, GA  31193-0756** | | | | | | | **2,490.00** |
| ACCOUNT NO. <br><br> **Leif Johnson** <br> **3718 Templeton Place** <br> **Alexandria, VA  22304** | | | | | | | **150.00** |
| ACCOUNT NO. <br><br> **Levy Restaurants @ Verizon Center** <br> **7994 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | **71.98** |
| ACCOUNT NO. <br><br> **Lexis Nexis** <br> **PO Box 7247-0178** <br> **Philadelphia, PA  19170-0178** | | | | | X | | **926.37** |

Sheet no. ___**48**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,415.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                              Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LG Elecetronics MobileComm, USA, Inc.** <br> **Attn: Accounts Payable** <br> **10225 Willow Creek Road** <br> **San Diego, CA  92131** | | | | | | | 2,610.00 |
| ACCOUNT NO. <br> **Lightyear Networks** <br> **1901 Eastpoint Parkway** <br> **Louisville, KY  40223** | | | | X | | | 56,642.00 |
| ACCOUNT NO. <br> **Linda Bell** <br> **PO Box 1706** <br> **El Granada, CA  94018** | | | | | | | 360.00 |
| ACCOUNT NO. <br> **Linda York** <br> **P.O. Box 203** <br> **Fairbanks, LA  71240-0203** | | | | | | | 250.00 |
| ACCOUNT NO. <br> **LinkShare Corporation** <br> **215 Park Avenue South** <br> **New York, NY  10003** | | | | X | | | 12,907.50 |
| ACCOUNT NO. <br> **Lostmyphone.com** <br> **P.O. BOX 40601** <br> **Arlington, VA  22204** | | | | | | | 860.00 |
| ACCOUNT NO. <br> **Lou Provost** <br> **19586 Saratoga Springs Place** <br> **Ashburn, VA  20147** | | | | | | | 483.19 |

Sheet no. _____ **49** of _____ **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **74,112.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____     Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **M. Arthur Gensler** <br> **4541 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | **19,205.00** |
| ACCOUNT NO. <br> **MAD Prepaid, Inc.** <br> **3rd Floor** <br> **895 Dove Street** <br> **Newport Beach, CA  92660** | | | | | | | **70.00** |
| ACCOUNT NO. <br> **Mannatech, Inc.** <br> **Suite 200** <br> **600 S Royal Lane** <br> **Coppell, TX  75019** | | | | | X | | **455.00** |
| ACCOUNT NO. <br> **Marc Leduc** <br> **614 Aumond Road** <br> **Augusta, GA  30909** | | | | | | | **100.00** |
| ACCOUNT NO. <br> **Marc Tolkov** <br> **182 Arbor Crest** <br> **Somers, NY  10589** | | | | | | | **1,696.21** |
| ACCOUNT NO. <br> **Mark Miller** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO. <br> **Mark Ronald Domingo** <br> **1737 Wheyfield Drive** <br> **Frederick, MD  21701** | | | | | | | **125.00** |

Sheet no. ____**50**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **21,651.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**
                                                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Marlin Leasing Corp.**<br>**P.O.BOX 13604**<br>**Philadelphia, PA  19101-3604** | | | | | | | 371.05 |
| ACCOUNT NO.<br>**Marlon Johnson**<br>**6116 Rayburn Drive**<br>**Temple Hills, MD  20748** | | | | | | | 70.19 |
| ACCOUNT NO.<br>**Mary Lou Coder**<br>**C/O Leao Claggett**<br>**10616 Jaguar Point**<br>**Littleton, CO  80124** | | | | | | | 1,009.90 |
| ACCOUNT NO.<br>**Matchboxes.com LLC**<br>**#1109**<br>**320 E 42nd Street**<br>**New York, NY  10017** | | | | | | | 1,250.00 |
| ACCOUNT NO.<br>**Matthew And Rachel Onufrak**<br>**5 Garrison Avenue**<br>**Dover, NJ  07801** | | | **Litigation** | | | X | 2,054.00 |
| ACCOUNT NO.<br>**McCall Handling Co.**<br>**8801 Wise Ave.**<br>**Baltimore, MD  21222** | | | | | | | 12,102.14 |
| ACCOUNT NO.<br>**MCI**<br>**27732 Network Place**<br>**P O Box 371873**<br>**Pittsburgh, PA  15250-7873** | | | | X | | | 166,962.92 |

Sheet no. _____**51**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **183,820.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____  Case No. _____
<center>Debtor(s)</center>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MCI** <br> **27732 Network Place** <br> **PO. BOX 371392** <br> **Pittsburgh, PA  15251-7392** | | | | X | | | 6,195.14 |
| ACCOUNT NO. <br> **MCI** <br> **P.O. BOX 96022** <br> **Charlotte, NC  28296-0022** | | | | X | | | 13.18 |
| ACCOUNT NO. <br> **MCI** <br> **MCI COMM Service** <br> **Chicago, IL  60673-1277** | | | | X | | | 13.30 |
| ACCOUNT NO. <br> **MCI** <br> **PO BOX 371322** <br> **Pittsburgh, PA  15250-7322** | | | | X | | | 24,115.49 |
| ACCOUNT NO. <br> **MCI/Verizon** <br> **P.O. Box 371355** <br> **Pittsburgh, PA  15250-7355** | | | | X | | | 9,782.52 |
| ACCOUNT NO. <br> **MediaWhiz Holdings** <br> **Suite 520** <br> **150 South Pine Island Road** <br> **Plantation, FL  33324** | | | | X | | | 47,150.00 |
| ACCOUNT NO. <br> **Melaleuca, Inc.** <br> **3910 S. Yellowstone Hwy.** <br> **Idaho Falls, ID  83402** | | | | X | | | 96,417.00 |

Sheet no. _____52_____ of _____94_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 183,686.63

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                    Case No. _____
_____
             Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Meltwater News US, Inc.** P O Box 4615 Thousand Oaks, CA 91359-1615 | | | | | | | 5,000.00 |
| ACCOUNT NO. **Memolink Inc.** Tower 1 Suite 7000 2000 S. Colorado Blvd. Denver, CO 80222 | | | | | | | 4,912.50 |
| ACCOUNT NO. **Memorial Hospital** PO Box 26174 General Post Office New York, NY 10087-6174 | | | | | X | | 18,801.93 |
| ACCOUNT NO. **MetLife SBC** PO Box 804466 Kansas City, MO 64180-4466 | | | | | X | | 24,342.88 |
| ACCOUNT NO. **Metorex Security Products, Inc.** Post Office Box 54447 Los Angeles, CA 90054-0447 | | | | | | | 200.00 |
| ACCOUNT NO. **Metro Technical Services** 8659 Cherry Lane Laurel, MD 20707 | | | | | | | 183.00 |
| ACCOUNT NO. **mForce, Inc.** 1750 Rosaleigh Court Vienna, VA 22182 | | | | | | | 127,981.00 |

Sheet no. ____**53**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **181,421.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michael Ben David Shely**<br>**305 Congressional Lane**<br>**Rockville, MD  20852** | | | | | | | 1,508.75 |
| ACCOUNT NO.<br>**Michael Deangelo**<br>**12 Glenview Drive**<br>**Cromwell, CT  06416** | | | | | | | 150.00 |
| ACCOUNT NO.<br>**Michael Dunek**<br>**805 Royal Oak Drive**<br>**Marengo, IL  60152** | | | | | | | 100.00 |
| ACCOUNT NO.<br>**Michael Glozman dba Cheap Stingy Bargain**<br>**206 Almur Lane**<br>**Wynnewood, PA  19096** | | | | | | X | 995.00 |
| ACCOUNT NO.<br>**Michael Schaefer**<br>**2933 Moody Drive**<br>**Plano, TX 75025** | | | | | | | 1,552.41 |
| ACCOUNT NO.<br>**Michele Rodriguez**<br>**305 Meadowbrook Court**<br>**West Haven, CT  06516** | | | | | | | 10,000.00 |
| ACCOUNT NO.<br>**Michelle Chorlton**<br>**1801 N Inglwood St**<br>**Arlington, VA  22205** | | | | | | | 50,010.12 |

Sheet no. ____**54**__ of ____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **64,316.28**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                          Case No. _____
_____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Microsoft Licensing, GP**<br>**Dept. 842467**<br>**1401 Elm St, 5th Floor**<br>**Dallas, TX  75202** | | | | | | | **487,119.42** |
| ACCOUNT NO.<br>**MicroSoft Online, LP DBA MSN** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Miguel Burgos**<br>**1737 Grevelia**<br>**South Pasadena, CA  91030** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Miguel Gonzalez**<br>**608 NE 78th Avenue**<br>**Portland, OR  97213** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Minesh Patel**<br>**1530 Sand Creek Drive**<br>**Chesterton, IN  46304** | | | | | | | **400.00** |
| ACCOUNT NO.<br>**Miracle Software Systems, Inc.**<br>**45625 Grand River Avenue**<br>**Novi, MI  48374** | | | | | | | **7,040.00** |
| ACCOUNT NO.<br>**Mobile Technology Services, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | | | | | | | **12,143,459.06** |

Sheet no. ____55____ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **12,638,568.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                 Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mobiledia Corporation**<br>**6015 Drum Taps Court**<br>**Clarksville, MD  21029** | | | | X | | | **0.00** |
| ACCOUNT NO.<br>**Mobilewhack.com**<br>**Heights, WLD**<br>**76 Wongawollan Road**<br>**4271,     AUSTRALIA** | | | | | | | **220.00** |
| ACCOUNT NO.<br>**Monster, Inc.**<br>**P O Box 90364**<br>**Chicago, IL  60696-0364** | | | | | | | **9,295.00** |
| ACCOUNT NO.<br>**Monumental Vending, Inc.**<br>**6901 B Distribution Drive**<br>**Beltsville, MD  20705** | | | | | | | **1,299.69** |
| ACCOUNT NO.<br>**Moshe Hershkowitz**<br>**1053 42nd Street**<br>**Brooklyn, NY  11219** | | | | | | | **170.00** |
| ACCOUNT NO.<br>**Moshi3 Limited**<br>**83 Des Voeux Road**<br>**Hong Kong Head Office**<br>**Central Hong Kong,     HONG KONG** | | | | X | | | **49,481.00** |
| ACCOUNT NO.<br>**Motivano**<br>**10th Floor**<br>**230 Park Avenue**<br>**New York, NY  10169** | | | | | | | **2,540.00** |

Sheet no. ____**56**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **63,005.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Motorola** <br> **Attn: Scott Hoffman** <br> **117 S. Cook St. #334** <br> **Barrington, IL  60010** | | | | X | | | **61,858.00** |
| ACCOUNT NO. <br> **Motorola Direct** <br> **600 US Highway 45** <br> **Motorola  Mobile Devices** <br> **Libertyville, IL  60048** | | | | | | | **91,583.00** |
| ACCOUNT NO. <br> **Mpell Solutions** <br> **P.O. Box 230278** <br> **Encinitas, CA  92023** | | | | X | | | **279,577.50** |
| ACCOUNT NO. <br> **Mphasis Corporation (BPO Services)** <br> **Suite 1101** <br> **460 Park Avenue South** <br> **New York, NY  10016** | | | | | | | **376,969.83** |
| ACCOUNT NO. <br> **MSN Microsoft Corp.** <br> **1401 Elm St., 5th Floor** <br> **Lockbox# 847543** <br> **Dallas, TX  75202** | | | | | | | **8,177,356.00** |
| ACCOUNT NO. <br> **MTDN Holdings, LLC** <br> **Attn:  Tadd Rosenfeld** <br> **1000 West Avenue, Suite 622** <br> **Miami Beach, FL  33139** | | | | X | | | **420.00** |
| ACCOUNT NO. <br> **My Cell Phone Choice** <br> **319 West Third Street** <br> **Monticello, MN  55362** | | | | X | | | **2,130.00** |

Sheet no. _____**57**____ of _____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **8,989,894.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                              Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**My Dream Wireless**<br>**484 Leverington Avenue**<br>**Philadelphia, PA 19128** | | | | X | | | 25,260.00 |
| ACCOUNT NO.<br>**MyPoints.com, Inc.**<br>**PO Box #200333**<br>**Pittsburgh, PA 15251-0333** | | | | X | | | 269,157.00 |
| ACCOUNT NO.<br>**MyRatePlan.com, LLC**<br>**2446 Ellijay Drive**<br>**Atlanta, GA 30319** | | | | X | | | 107,282.00 |
| ACCOUNT NO.<br>**MZ Imports, L.C.**<br>**DBA Cryton Electronics**<br>**22807 Heslip**<br>**Novi, MI 48375** | | | | | | | 17.50 |
| ACCOUNT NO.<br>**Nancy Henahan**<br>**29637 Colony Circle**<br>**Farmington, MI 48334** | | | | | | | 750.00 |
| ACCOUNT NO.<br>**NatApp Financial Solutions**<br>**P O Box 7247-7878**<br>**Philadelphia, PA 19170** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**National Software Associates**<br>**P O Box 4153**<br>**Boston, MA 02211** | | | | | | | 0.00 |

Sheet no. ____**58**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **402,466.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Natlco<br>Suite 512<br>4350 Oaks Road<br>Davie, FL 33314 | | | | X | | | 19,596.00 |
| ACCOUNT NO.<br>NAVISITE,Inc.<br>P O Box 10138<br>Uniondale, NY 11555-0138 | | | | | | | 62,255.00 |
| ACCOUNT NO.<br>NCOA<br>Ste. A-12<br>21000 Boca Rio Road<br>Boca Raton, FL 33433 | | | | X | | | 367,768.00 |
| ACCOUNT NO.<br>NEA Member Benefits<br>Attn: Accounts Receivables<br>900 Clopper Road, Suite 30<br>Gaithersburg, MD 20878-1356 | | | | X | | | 22,276.00 |
| ACCOUNT NO.<br>Neilux Group<br>Suite 107<br>27068 La Paz Road<br>Laguna Hills, CA 92656 | | | | | | | 70.00 |
| ACCOUNT NO.<br>Net Margin<br>PO Box 7247-6554<br>Philidelphia, PA 19170-6554 | | | | X | | | 63,080.00 |
| ACCOUNT NO.<br>NetNames USA<br>13th Floor<br>55 Broad Street<br>New York, NY 10004 | | | | | | | 5,043.59 |

Sheet no. ___59___ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 540,088.59

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** InPhonic, Inc.                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NetNation Communications, Inc.**<br>**550 Burrard Street**<br>**Bentall 5, Suite200**<br>**Vancouver, BC  V6C 2B5** | | | | X | | | 0.00 |
| ACCOUNT NO.<br>**NEUSTAR,Inc.( Ultra Services )**<br>**C/O Bank Of America**<br>**PO Box 277833**<br>**Atlanta, GA  30353-7833** | | | | | | | 17,500.00 |
| ACCOUNT NO.<br>**New Boston Inglewood, LLC**<br>**PO Box 786221**<br>**Philadelphia, PA  19178-6221** | | | | | | | 52,056.98 |
| ACCOUNT NO.<br>**New Directions Data Group Of RI LLC**<br>**Suite 303**<br>**1459 Stuart Engals Blvd.**<br>**Mt. Pleasant, SC  29464** | | | | X | | | 94,698.90 |
| ACCOUNT NO.<br>**Next Jump, Inc.**<br>**8th Floor**<br>**261 Fifth Avenue**<br>**New York, NY  10016** | | | | | | | 835,250.00 |
| ACCOUNT NO.<br>**Next Level Cellular LLC**<br>**11 Jefferson Avenue SE**<br>**Grand Rapids, MI  49503** | | | | | | | 50.00 |
| ACCOUNT NO.<br>**Nghiep Thai**<br>**8113 Jeanwood Drive**<br>**Jacksonville, FL  32210** | | | | | | | 280.00 |

Sheet no. ____**60**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **999,835.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                        Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NIRI-National Investor Rel. Institute** <br> **P.O. Box 96040** <br> **Washington, DC  20090-6040** | | | | | | | 575.00 |
| ACCOUNT NO. <br> **Nishakar Kamboj** <br> **Apt 20F** <br> **212 E 47th** <br> **New York, NY  10017** | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Norma Lopez** <br> **Ste. 125** <br> **3800 N Mesa 2A** <br> **El Paso, TX  79902** | | | | | | | 180.00 |
| ACCOUNT NO. <br> **Norris Hillery** <br> **13112 Curved Iron Road** <br> **Oak Hill, VA  20171-2928** | | | | | | | 70.00 |
| ACCOUNT NO. <br> **Northern Virginia Lock & Security, Inc.** <br> **Suite 609** <br> **205 S. Whiting Street** <br> **Alexandria, VA  22304** | | | | | | | 9,613.28 |
| ACCOUNT NO. <br> **Numara Software, Inc.** <br> **P.O.BOX 933754** <br> **Atlanta, GA  31193-3754** | | | | | | | 11,500.00 |
| ACCOUNT NO. <br> **Office Depot** <br> **2200 Old Germantown Road** <br> **Delray Beach, FL  33445** | | | | | | | 633.59 |

Sheet no. _____ **61** of _____ **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **22,771.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                 Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Office Movers, Inc. ( Kane Company )** <br> **6500 Kane Way** <br> **Elkridge, MD  21075** | | | | | | | **49,712.49** |
| ACCOUNT NO. <br> **OKS - Ameridial** <br> **4535 Strausser St. NW** <br> **North Canton, OH  44720** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Omer  and Heather Shvili** <br> **870 Dow Road** <br> **Bridgewater, NJ  08807** | | | Litigation | | | | **0.00** |
| ACCOUNT NO. <br> **Omid Dolati** <br> **7225 W 97th PL.** <br> **Westminster, CO  80021** | | | | | | | **10,000.00** |
| ACCOUNT NO. <br> **Once Upon A Time Productions,LLC** <br> **Suite 322** <br> **1801 Avenue Of The Stars** <br> **Los Angeles, CA  90067** | | | | | | | **4,900.00** |
| ACCOUNT NO. <br> **Optimost, LLC** <br> **11th Floor** <br> **300 East 42nd Street** <br> **New York, NY  10017** | | | | | | | **38,250.00** |
| ACCOUNT NO. <br> **Orpine, Inc.** <br> **Suite 504** <br> **11785 Northfall Lane** <br> **Alpharetta, GA  30004** | | | | | | | **11,400.00** |

Sheet no. _____ **62** of _____ **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **114,262.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Overhead Door Of Washington 6841 Distribution Drive Beltsville, MD  20705-1404** | | | | X | | | 279.22 |
| ACCOUNT NO. **OverStock.com, Inc. 6350 South 3000 East Salt Lake City, UT  84121** | | | | X | | | 63,614.00 |
| ACCOUNT NO. **PageMaster, Inc. #297 100 E. Thousand Oaks Blvd Thousand Oaks, CA  91360** | | | | | | | 2,100.00 |
| ACCOUNT NO. **Palmer Staffing Services, Inc. 3206 Kinross Circle Herndon, VA  20171** | | | | X | | | 40,937.50 |
| ACCOUNT NO. **Pamela Sorensen Unit 1012 2201 Wilson Boulevard Arlington, VA  22201** | | | | | | | 4,000.00 |
| ACCOUNT NO. **Parkridge Five Associates L. P. C/O Walker And Company 12007 Sunrise Valley Dr., Ste. 400 Reston, VA  20191** | | | | | | | 3,000.00 |
| ACCOUNT NO. **Parvinder Kumar 2619 Persidio Drive Brentwood, CA  94513** | | | | | | | 300.00 |

Sheet no. ____**63**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **114,230.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                          Case No. _____
                    Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Patrick Sullivan** **733 Harvey Way** **Sacramento, CA  95831** | | | | | | | **0.00** |
| ACCOUNT NO. **Patton Boggs LLP** **2550 M Street, NW** **Washington, DC  20037** | | | | | | | **2,198,090.30** |
| ACCOUNT NO. **Paul Rock** | | | Litigation | X | X | X | **0.00** |
| ACCOUNT NO. **Paul W. Roach  III** **4035 Randall Lane** **Thompson's Station, TN  37179** | | | | | | X | **1,400.00** |
| ACCOUNT NO. **PBCC- Pitney Bowes Credit Corp** **PO Box 856460** **Louisville, KY  40285-6460** | | | | | | | **0.00** |
| ACCOUNT NO. **PDA Groove** **657 Water Oak Drive** **Plano, TX  75025** | | | | | | | **2,540.00** |
| ACCOUNT NO. **Peak IT Consulting, LLC** **Suite A411** **4780 Ashford-Dunwoody Road** **Atlanta, GA  30338-5504** | | | | | | | **150.00** |

Sheet no. _____ **64** of _____ **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,202,180.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pennsylvania Office Of Attorney General**<br>**C/O Sarah Ellis, Esquire**<br>**21 South 12th Street, 2nd Floor**<br>**Philadelphia, PA 19107** | | | **Administrative Investigation** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PeopleSupport, Inc.**<br>**C/O Keith Alan, Esquire**<br>**5570 Windsor Court**<br>**Buena Park, CA 90621-3952** | | | **Litigation** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**PEPCO**<br>**P.O. Box 4863**<br>**Trenton, NJ 08650-4863** | | | | | | X | 14,867.00 |
| ACCOUNT NO.<br>**Perks Group**<br>**701 Martinsville Road**<br>**Liberty Corner, NJ 07938** | | | | | | X | 8,318.00 |
| ACCOUNT NO.<br>**Peter Lynch**<br>**52 Beeches Road**<br>**P O Box 1299**<br>**Pictou, NS** | | | | | | | 880.00 |
| ACCOUNT NO.<br>**Philip W. Thomas, P.A.**<br>**P.O. Box 24464**<br>**Jackson, MS 39225-4464** | | | | | | | 1,597.48 |
| ACCOUNT NO.<br>**Phone Dog**<br>**Suite 101**<br>**1156 Bowman Road**<br>**Mt. Pleasant, SC 29464** | | | | | | X | 14,261.00 |

Sheet no. _____65_____ of _____94_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 39,923.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Phone Scoop**<br>**Attn: Richard A. Brome**<br>**636 Pine Street**<br>**Philadelphia, PA  19106** | | | | | | | **2,786.00** |
| ACCOUNT NO.<br>**Pitney Bowes**<br>**P O Box 856042**<br>**Louisville, KY  40285-6042** | | | | | | | **484.57** |
| ACCOUNT NO.<br>**Pitney Bowes Global Fin.Services**<br>**P O BOX 856460**<br>**Louisville, KY  40285-6460** | | | | | | | **1,303.38** |
| ACCOUNT NO.<br>**Pitney Bowes Global Financial Services**<br>**P O Box 856460**<br>**Louisville, KY  40285-6460** | | | | | | | **573.30** |
| ACCOUNT NO.<br>**Pitney Bowes,Inc.**<br>**P O Box 856390**<br>**Louisville, KY  40285-6390** | | | | | | | **56.68** |
| ACCOUNT NO.<br>**Poster Compliance Center**<br>**Suite B100**<br>**3687 Mt. Diablo Blvd.**<br>**Lafayette, CA  94549-3744** | | | | | | | **160.50** |
| ACCOUNT NO.<br>**PowerSpace & Services, Inc.**<br>**2nd Floor**<br>**770 Broadway**<br>**New York, NY  10003-9522** | | | | X | | | **487.69** |

Sheet no. ____66____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **5,852.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                        Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Price Modern,LLC** P.O. Box 62032 Baltimore, MD 21264-2032 | | | | | | | 2,854.14 |
| ACCOUNT NO. **PriceGrabber.com, LLC** 11th Floor 10940 Wilshire Blvd Los Angeles, CA 90024 | | | | X | | | 8,020.00 |
| ACCOUNT NO. **Pricerunner** 30699 Russell Ranch Road Westlake Village, CA 91362 | | | | | | | 300.00 |
| ACCOUNT NO. **Printing Images** 12266A Wilkins Avenue Rockville, MD 20852 | | | | | | | 12,218.24 |
| ACCOUNT NO. **Priscilla Lee** 9832 Ne Thompson Road Portland, OR 97229 | | | | | | | 375.00 |
| ACCOUNT NO. **Priteshshah** 981 Manchester Drive Greenville, OH 45331 | | | | | | | 450.00 |
| ACCOUNT NO. **PRO-Legal Services, Inc.** Suite G6 1275 K Street, N. W. Washington, DC 20005 | | | | | | | 11,406.04 |

Sheet no. ___**67**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 35,623.42

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Project Solutions Group, Inc.** <br> **400 Donald Lynch Blvd.** <br> **Marlborough, MA  01752** | | | | | | | 4,000.00 |
| ACCOUNT NO. <br> **ProLink Communications, LLC** <br> **Suite 250** <br> **8521 Leesburg Pike** <br> **Vienna, VA  22182** | | | **Litigation** | X | X | X | 472,959.00 |
| ACCOUNT NO. <br> **Qlik Tech Inc.** <br> **Suite 107** <br> **5400 Trinity Road** <br> **Raleigh, NC  27607** | | | | | | | 25,715.47 |
| ACCOUNT NO. <br> **Quality Mechanical Services,Inc.** <br> **P.O. Box 567** <br> **Hughesville, MD  20637** | | | | | | | 6,527.35 |
| ACCOUNT NO. <br> **QUEST Membership Services** <br> **182 Fairchild Ave.** <br> **Plainview, NY  11803** | | | | | X | | 9,373.00 |
| ACCOUNT NO. <br> **Quest Software, Inc.** <br> **P.O. Box 51739** <br> **Los Angeles, CA  90051-6039** | | | | | | | 2,690.63 |
| ACCOUNT NO. <br> **Quixtar Corp.** <br> **Attn: Nicole Borm** <br> **375 Exeter Road** <br> **London, Ontario  N5Y 5V6,    CANADA** | | | | | | | 0.00 |

Sheet no. ___68___ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 521,265.45

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Quixtar Inc.**<br>**5101 Spaulding Plaza**<br>**Ada, MI  49355** | | | | X | | | 227,888.79 |
| ACCOUNT NO.<br>**QWEST- ( Liberty )**<br>**5101 Interchange Way**<br>**Louisville, KY  40229** | | | | X | | | 46,943.92 |
| ACCOUNT NO.<br>**RadioShack**<br>**Mail Stop EF4-218**<br>**RadioShack Circle**<br>**Fort Worth, TX  76102-1964** | | | | X | | | 191,903.00 |
| ACCOUNT NO.<br>**Randall Van Dyke & Associates Inc.**<br>**Suite 200**<br>**5670 Greenwood Plaza Blvd.**<br>**Greenwood Village, CO  80111** | | | | | | | 166,363.00 |
| ACCOUNT NO.<br>**Randstad**<br>**P.O.BOX 2084**<br>**Carol Stream, IL  60132-2084** | | | | | | | 19,971.40 |
| ACCOUNT NO.<br>**RDA Corporation**<br>**P.O. Box 17078**<br>**Baltimore, MD  21297** | | | | | | | 117,735.00 |
| ACCOUNT NO.<br>**Receivable Management Services Corp.**<br>**P.O. Box 951762**<br>**Cleveland, OH  44193** | | | | | | | 54,000.00 |

Sheet no. ____**69**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **824,805.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                          Case No. _____
_____
              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Recellular Incorporated** <br> **2555 Bishop Circle West** <br> **Dexter, MI  48130** | | | | | | | 9,872.86 |
| ACCOUNT NO. <br> **Regeb Mavrakis** <br> **1811 Muirfield Drive** <br> **Columbia, MO  65203** | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Reginald Brewer** <br> **12511 Turtle Dove Place** <br> **Waldorf, MD  20602** | | | | | | | 1,764.57 |
| ACCOUNT NO. <br> **Respond2, LLC** <br> **207 NW Park Ave.** <br> **Portland, OR  97209** | | | | | | | 5,000.00 |
| ACCOUNT NO. <br> **Reznick Group, P.C.** <br> **Suite 400** <br> **7700 Old Georgetown Road** <br> **Bethesda, MD  20814-6224** | | | | | | | 58,998.50 |
| ACCOUNT NO. <br> **Ritz Interactive, Inc.** <br> **2010 Main Street** <br> **Irvine, CA  92614** | | | | | | | 263.50 |
| ACCOUNT NO. <br> **RMA Chauffeured Transportation** <br> **Suite 101** <br> **6010 Executive Blvd.** <br> **Rockville, MD  20852** | | | | | | | 8,150.96 |

Sheet no. _____**70** of _____**94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **84,250.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____ Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Robert Lebeau Lebeau** <br> **P O Box 457** <br> **North Grosvernordale, CT 06255** | | | | | | | 50.00 |
| ACCOUNT NO. <br><br> **Robert Leonard** <br> **21411 Ashburn Run Pl** <br> **Ashburn, VA 20147** | | | | | | | 13,231.46 |
| ACCOUNT NO. <br><br> **Robert Phalen** <br> **939 Chippewa Drive** <br> **Elgin, IL 60120** | | | | | | | 150.00 |
| ACCOUNT NO. <br><br> **Robert Pizzano Gen'l Contractors, Inc.** <br> **1019 Cameron Street** <br> **Alexandria, VA 22314** | | | | | | | 3,043.93 |
| ACCOUNT NO. <br><br> **Robert Zimmer** <br> **3006 Maplelawn Circle** <br> **Austin, TX 78723** | | | **Litigation** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> **Robin Boniface** <br> **39432 Meadowlark Drive** <br> **Hamilton, VA 20191** | | | | | | | 29,166.66 |
| ACCOUNT NO. <br><br> **Robinson Castillo** <br> **5305 Los Estados** <br> **Yorba Linda, CA 92887** | | | **Litigation** | | | | 40.00 |

Sheet no. ____**71**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,682.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Romane Crispin** <br> **1903 Beecham Court** <br> **Bowie, MD  20721** | | | | | | | 7,132.30 |
| ACCOUNT NO. <br> **Ronald Jackenthal** <br> **C/O Elaine Bredehoft** <br> **11260 Roger Bacon Drive, #201** <br> **Reston, VA  20190** | | | **Litigation** | | | X | 0.00 |
| ACCOUNT NO. <br> **Rosalie Friedman** <br> **78733 Sunrise Mountain Vw** <br> **Palm Desert, CA  92211** | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Roshan Popal** <br> **45846 Oak Branch Lane** <br> **Sterling, VA  20164** | | | | | | | 320.35 |
| ACCOUNT NO. <br> **RR Donnelley Receivables, Inc.** <br> **P.O. BOX 13654** <br> **Newark, NJ  07188-0001** | | | | | | X | 81,042.08 |
| ACCOUNT NO. <br> **Rupesh Rao** <br> **Apt. A2004** <br> **16802 NE 39th CT.** <br> **Redmond, WA  98052** | | | | | | | 10.00 |
| ACCOUNT NO. <br> **RUST Consulting, Inc.** <br> **Suite 880** <br> **625 Marquette Ave.** <br> **Minneapolis, MN  55402-2469** | | | | | | X | 287,895.04 |

Sheet no. ___72___ of ___94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **376,599.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ryan Russell Investments**<br>**226 Ashland Dr.**<br>**San Antonio, TX 78218** | | | | | | | **228.00** |
| ACCOUNT NO.<br>**Ryan Sutherland** | | | **Litigation** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Sallie Mae**<br>**V5442**<br>**12061 Bluemont Way**<br>**Reston, VA 20190** | | | | | X | | **20,939.00** |
| ACCOUNT NO.<br>**Samsung**<br>**1301 E Lookout Drive**<br>**Richardson, TX 75082** | | | | | | | **2,450.00** |
| ACCOUNT NO.<br>**Sandeep Abotula**<br>**150a Bryant Lane**<br>**New Bedford, MA 02740** | | | | | | | **10,000.00** |
| ACCOUNT NO.<br>**Sanjita Thapa-Chhetri**<br>**Apt. 59**<br>**2070 Garden Springs Drive**<br>**Lexington, KY 40504** | | | | | | | **75.00** |
| ACCOUNT NO.<br>**Sanyo Fisher Company**<br>**21605 Plummer Street**<br>**Chatsworth, CA 91311** | | | | | | | **480.00** |

Sheet no. ____**73**__ of ____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **34,172.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sapphire Technologies, LLC**<br>**P.O. Box 30727**<br>**Hartford, CT  06150** | | | **Contractor** | | X | | 37,380.60 |
| ACCOUNT NO.<br><br>**Sarah Anderson**<br>**620 East Anderson Avenue**<br>**Phoenix, AZ  85022** | | | | | | | 40.00 |
| ACCOUNT NO.<br><br>**SAVVIS, Inc.**<br>**13339 Collections Center Dr.**<br>**Portal Receivables**<br>**Chicago, IL  60693-0133** | | | | | X | | 123,744.41 |
| ACCOUNT NO.<br><br>**SC Kiosks, Inc.**<br>**300 RadioShack Circle**<br>**Fort Worth, TX  76102** | | | | | X | | 119,915.75 |
| ACCOUNT NO.<br><br>**Scott Broussard**<br>**417 Industrial Drive**<br>**Oberline, LA  70655** | | | | | | | 340.00 |
| ACCOUNT NO.<br><br>**Scott Farber**<br>**21051 Stanford Square #201**<br>**Dulles, VA  20166** | | | | | | | 163.97 |
| ACCOUNT NO.<br><br>**Scott Fryberger**<br>**4320 2nd Avenue NE**<br>**Seattle, WA  98105** | | | | | | | 45.00 |

Sheet no. _____**74**__ of _____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **281,629.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.
_____    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Scott Gootlieb 29 Riverside Drive Binghamton, NY 13905** | | | | | | | 50.00 |
| ACCOUNT NO. **Search Ignite 6th Floor 28 West 23rd Street New York, NY 10010** | | | | X | | | 498,823.00 |
| ACCOUNT NO. **Seidio Inc. Suite B 10415 Westpark Dr Houston, TX 77042-5314** | | | | | | | 5,398.62 |
| ACCOUNT NO. **Shane Wilson 116 E Retama Street South Padre Island, TX 78597** | | | | | | | 50.00 |
| ACCOUNT NO. **Shareholder.com 12 Clock Tower Place Accounts Receivable Maynard, MA 01754** | | | | | | | 529.37 |
| ACCOUNT NO. **Shashidhara Kumaraswamy Main Sector 5 11, HSR #V204,Purva Fairmont, 24th Bangalore 560034,    INDIA** | | | | | | | 4,250.00 |
| ACCOUNT NO. **Shawn Holland 64 White Oak Drive N New Caney, TX 77357** | | | | | | | 180.00 |

Sheet no. _____**75**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **509,280.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** InPhonic, Inc.                                    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Shearman & Sterling LLP** <br> **599 Lexington Avenue** <br> **New York, NY  10022-6069** | | | | X | | | 52,814.77 |
| ACCOUNT NO. <br> **Shop.com** <br> **Suite 210** <br> **1 Lower Ragsdale Drive Bldg. 1** <br> **Monterey, CA  93940** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Siemens** <br> **C/O Bank Of America** <br> **7850 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | 16,553.19 |
| ACCOUNT NO. <br> **Silverpop Systems Inc.** <br> **P.O. BOX 536747** <br> **Atlanta, GA  30353-6747** | | | | | | | 2,500.00 |
| ACCOUNT NO. <br> **SimIPC Acquisition Corp.** <br> **Suite 600** <br> **1010 Wisconsin Avenue NW** <br> **Washington, DC  20007** | | | | | | | 9,762,407.65 |
| ACCOUNT NO. <br> **Singular Solutions, Inc.** <br> **448 S. Santa Anita Ave.** <br> **Pasadena, CA  91107** | | | | | | | 8,837.00 |
| ACCOUNT NO. <br> **Skadden, Arps, Slate, Meagher & Flom LLP** <br> **P.O. Box 1764** <br> **White Plains, NY  10602** | | | | | | | 483,795.00 |

Sheet no. ____**76**___ of ____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $   **10,326,907.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                        Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SM Junction**<br>**813 5th Avenue**<br>**New Hyde Park, NY  11040** | | | | | X | | 45,601.00 |
| ACCOUNT NO.<br>**SmartBrief, Inc.**<br>**Suite 1000**<br>**1100 H St NW**<br>**Washington, DC  20005** | | | | | | | 1,458.00 |
| ACCOUNT NO.<br>**Smithsonian Institution**<br>**PO Box 23293**<br>**Dir.Of Development**<br>**Washington, DC  20026-3293** | | | | | | | 2,500.00 |
| ACCOUNT NO.<br>**Snow Valley, Inc.**<br>**16200 Branch Court**<br>**Upper Marlboro, MD  20774** | | | | | | | 7,852.84 |
| ACCOUNT NO.<br>**Society for Human Resource Management**<br>**P.O. BOX 79482**<br>**Baltimore, MD  21279-0482** | | | | | | | 660.00 |
| ACCOUNT NO.<br>**Soko Brothers Communications, Inc.**<br>**P.O Box 7005**<br>**Gaithersburg, MD  20898-7005** | | | | | | | 9,412.84 |
| ACCOUNT NO.<br>**Solomon Edwards Group, LLC**<br>**P.O. BOX 822045**<br>**Philadelphia, PA  19182-2045** | | | | | | | 10,272.50 |

Sheet no. ____**77**___ of ____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **77,757.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE InPhonic, Inc.**                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sony Ericsson Mobile Communication (USA)**<br>5317 W. Karen Drive<br>Glendale, NC  85308 | | | | | | | 406,000.00 |
| ACCOUNT NO.<br>**SourceNet Telecom**<br>411 NW Flanders, Suite 706<br>Portland, OR  97209 | | | | | | | 15,680.00 |
| ACCOUNT NO.<br>**Spanco Telesystems & Solutions, LTD**<br>Krishna Bhavan<br>B.S. Deoshi Marg<br>Deonar MUMBAI INDIA,     400 088 | | | | | | X | 1,969,701.78 |
| ACCOUNT NO.<br>**Sparks Personnel Services**<br>PO Box 37256<br>Baltimore, MD  21297-3256 | | | | | | | 10,147.51 |
| ACCOUNT NO.<br>**Specialized Marketing, Ltd.**<br>138 West Street<br>Annapolis, MD  21401 | | | | | | | 1,895.29 |
| ACCOUNT NO.<br>**Spectrawide Inc.**<br>1418 Gardenia St<br>Irving, TX  75063 | | | | | | X | 290,178.00 |
| ACCOUNT NO.<br>**Sprint**<br>PO BOX 930331<br>Atlanta, GA  31193-0331 | | | | | | | 4,099.45 |

Sheet no. ____**78** of ____**94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,697,702.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sprint**<br>**P.O. BOX 219100**<br>**Kansas City, MO 64121-9100** | | | | | | | **4,099.16** |
| ACCOUNT NO.<br>**Sprint**<br>**P.O. BOX 4191**<br>**Carol Stream, IL 60197-4191** | | | | | | | **661.55** |
| ACCOUNT NO.<br>**Sprint**<br>**PO Box 4191**<br>**RegCentral Lockbox**<br>**Carol Stream, IL 60197-4191** | | | | | | | **56.74** |
| ACCOUNT NO.<br>**Sprint PCS Inventory**<br>**Dept. CH10615**<br>**Palatine, IL 60055-0615** | | | | X | | | **1,835,220.43** |
| ACCOUNT NO.<br>**Sreenivas Rao**<br>**1810 East Palm Avenue #1316**<br>**Tampa, FL 33605** | | | **Litigation** | | | | **0.00** |
| ACCOUNT NO.<br>**Staples**<br>**Attn: Jessica Forzese**<br>**500 Staples Drive**<br>**Framingham, MA 01702** | | | | X | | | **1,550.00** |
| ACCOUNT NO.<br>**Star Number, Inc.**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC 20007** | | | | | | | **2,659,953.29** |

Sheet no. ___**79**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,501,541.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Star PCS Accessory** <br> **1701 Utica Ave.** <br> **Brooklyn, NY  11234** | | | | | | | 304,138.80 |
| ACCOUNT NO. <br> **Statewide Internet** <br> **Suite 9** <br> **7676 N. Fresno Street** <br> **Fresno, CA  93720** | | | | | | | 3,877.50 |
| ACCOUNT NO. <br> **Stephen R. Cann** <br> **1015 Willow Road** <br> **Winnetka, IL  60093** | | | | | | | 50.00 |
| ACCOUNT NO. <br> **Stephen Wheeler** <br> **14605 Cutstone Way** <br> **Silver Spring, MD  20905** | | | | | | | 202.62 |
| ACCOUNT NO. <br> **Steven C. Marinaro** <br> **8463 Clover Leaf Drive** <br> **McLean, VA  22102** | | | | | | | 31,669.12 |
| ACCOUNT NO. <br> **Steven Smith** <br> **19 Cedar Rock Drive** <br> **Greer, SC  29650** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **StrikeIron, Inc.** <br> **Suite 150** <br> **2520 Meridian Parkway** <br> **Durham, NC  27713** | | | | | | | 14,234.17 |

Sheet no. ___**80**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **354,672.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                                                Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Stroz Friedberg, LLC** **12th Floor** **15 Maiden Lane** **New York, NY  10038** | | | | | | | **801.17** |
| ACCOUNT NO. | | | **Litigation** | X | X | X | |
| **Sudhaker Govindavajala** **2119 Quail Ridge Drive** **Plainsboro, NJ  08536** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **SumTotal Systems, Inc.** **PO Box 39000** **Dept: 33771** **San Francisco, CA  94139** | | | | | | | **7,200.00** |
| ACCOUNT NO. | | | | | | | |
| **Sunrise Campus Investors, LLC** **C/O BPG Properties, LTD** **11130 Sunrise Valley Dr., Ste. 100** **Reston, VA  20191** | | | | | | | **75,381.67** |
| ACCOUNT NO. | | | | | | | |
| **Supply Maintenance Inc.** **Suite 3-305** **5870 Melrose Ave.** **Los Angeles, CA  90038** | | | | | | | **1,255.90** |
| ACCOUNT NO. | | | | | | | |
| **Sure Click Promotions** **Suite 608** **1211 Connecticut Avenue, NW** **Washington, DC  20036** | | | | | | | **50,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Susan Conway** **270 Barton Street** **Lock Haven, PA  17745** | | | | | | | **40.00** |

Sheet no. _____**81**___ of _____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **134,678.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                          Case No. _____

                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tam Waters** <br> **19763 Spyglass Hill Court** <br> **Ashburn, VA  20147** | | | | | | | **448.33** |
| ACCOUNT NO. <br> **TechRiver, LLC** <br> **#500** <br> **8300 Boone Boulevard** <br> **Vienna, VA  22182** | | | | | | | **2,397.00** |
| ACCOUNT NO. <br> **Telebay, Inc./Brad Edwards** <br> **411 South Bowie Dr.** <br> **Weatherford, TX  76086** | | | | X | | | **3,080.00** |
| ACCOUNT NO. <br> **TeleBright Corp.** <br> **Suite 240** <br> **1700 Research Blvd.** <br> **Rockville, MD  20850** | | | | | | | **480.00** |
| ACCOUNT NO. <br> **Telecom Beacon** <br> **C/O Shane Floyd** <br> **2231 Harmony Rd** <br> **Elberton, GA  30635** | | | | | | | **743.00** |
| ACCOUNT NO. <br> **Teleconferencing Services,LLC** <br> **5634 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | **6,222.00** |
| ACCOUNT NO. <br> **Teresita Fajilan** <br> **3352 Michale Drive** <br> **Marina, CA  93933** | | | | | | | **280.00** |

Sheet no. ____**82**__ of ____**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **13,650.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **InPhonic, Inc.**                                          Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **TESSCO Incorporated** <br> **11126 McCormick Road** <br> **Hunt Valley, MD 21031** | | | | | | | 1,235.73 |
| ACCOUNT NO. <br> **The Consumer Bridge** <br> **706 Charcoal Ave** <br> **Middlebury, CT 06762** | | | | X | | | 29,683.00 |
| ACCOUNT NO. <br> **The Depository Trust Co.** <br> **PO Box 27590** <br> **New York, NY 10087-7590** | | | | | | | 1,950.00 |
| ACCOUNT NO. <br> **The Gazette** <br> **PO. BOX 17306** <br> **Baltimore, MD 21297-0523** | | | | | | | 1,100.00 |
| ACCOUNT NO. <br> **The Washington Post** <br> **P.O. Box A200** <br> **Washington, DC 20071-7100** | | | | | | | 18,374.99 |
| ACCOUNT NO. <br> **Thomson Financial Corp Group** <br> **P.O. Box 5136** <br> **Carol Stream, IL 60197-5136** | | | | | | | 61,071.10 |
| ACCOUNT NO. <br> **Thuan Thaobui** <br> **5600 Louisiana Avenue** <br> **Nashville, TN 37209** | | | | | | | 500.00 |

Sheet no. ____**83**____ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $   **113,914.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                   Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TigerDirect**<br>**#35**<br>**7795 West Flager Street**<br>**Miami, FL  33144** | | | | X | | | 140,945.00 |
| ACCOUNT NO.<br><br>**Tim Abbott**<br>**3516 Briarhaven Road**<br>**Ft Worth, TX  76109** | | | | | | | 15,000.00 |
| ACCOUNT NO.<br><br>**Tim Hartweger**<br>**638 California Street**<br>**Cottage Hills, IL  62018** | | | | | | | 200.00 |
| ACCOUNT NO.<br><br>**TMI Wireless**<br>**C/O Daniel Hung**<br>**4101 Chain Bridge Rd., Ste. 304**<br>**Fairfax, VA  22030** | | | | | | | 598,825.00 |
| ACCOUNT NO.<br><br>**Tony Elengical**<br>**8430 W North Terrace**<br>**Niles, IL  60714** | | | | | | | 40.00 |
| ACCOUNT NO.<br><br>**Torumurata**<br>**A9**<br>**16787 Bernardo Santa Drive**<br>**San Diego, CA  92128** | | | | | | | 80.00 |
| ACCOUNT NO.<br><br>**Totallycellphones.com**<br>**41 Reston Way**<br>**Landera Ranch, CA  92694** | | | | X | | | 615.00 |

Sheet no. ____**84**__ of ____**94**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **755,705.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Town Sports International (WSC) Attn: Corporate Sales A/R Dept. 30 Cliff Street New York, NY 10038 | | | | | | | 1,203.27 |
| ACCOUNT NO. | | | | | | | |
| Tracie Volder Gorcys #332 12000 Market Street Reston, VA 20190 | | | | | | | 208.11 |
| ACCOUNT NO. | | | | | | | |
| Tracy Stegall 215 Still Water Drive Yuba City, CA 95991 | | | | | | | 150.00 |
| ACCOUNT NO. | | | | | | | |
| Traversent LLC 6 Summerville Road Foxboro, MA 02035 | | | | | | | 92,130.00 |
| ACCOUNT NO. | | | | | X | | |
| Traypml, Inc. P O BOX 2830 Glen Burnie, MD 21060-4830 | | | | | | | 15,235.69 |
| ACCOUNT NO. | | | | | X | | |
| Treo Central 1503 SW 84th Terrace Axel Ltd, dba Treo Central Gainsville, FL 32607 | | | | | | | 540.00 |
| ACCOUNT NO. | | | | | | | |
| TRUSTe Renewal Suite 270 685 Market St. San Francisco, CA 94105 | | | | | | | 2,312.00 |

Sheet no. _____85_____ of _____94_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      $  111,779.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Trustwave Holdings, Inc.**<br>**Suite 1250**<br>**120 N.LaSalle Street**<br>**Chicago, IL  60602** | | | | X | | | 4,666.68 |
| ACCOUNT NO.<br>**Tu Nguyen**<br>**11964 Artery Drive**<br>**Fairfax, VA  22030** | | | | | | | 100.00 |
| ACCOUNT NO.<br>**U-Mobile Communications, Inc.**<br>**C/O Cheryl Wu, Chapter 7 Trustee**<br>**25A Crescent Drive #413**<br>**Pleasant Hill, CA  94523** | | | Litigation | | | | 0.00 |
| ACCOUNT NO.<br>**UBid, Inc.**<br>**9th Floor**<br>**8725 W Higgins**<br>**Chicago, IL  60631** | | | | X | | | 14,500.00 |
| ACCOUNT NO.<br>**Unisource - Maryland**<br>**7472 Collection Center Drive**<br>**Chicago, IL  60693** | | | | X | | | 32,841.69 |
| ACCOUNT NO.<br>**United Business Machines**<br>**9218 Gaither Road**<br>**Gaithersburg, MD  20877** | | | | | | | 2,197.05 |
| ACCOUNT NO.<br>**UPS**<br>**P.O. BOX 7247-0244**<br>**Philadelphia, PA  19170-0001** | | | | | | | 556.79 |

Sheet no. ____86____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **54,862.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **US 21 Computers** **4930-C Eisenhower Avenue** **Alexandria, VA  22304** | | | | | | | **55,631.00** |
| ACCOUNT NO. **US Dept of Homeland Security** **30 Houghton Street** **St. Albans, VT  05478** | | | | | | | **3,190.00** |
| ACCOUNT NO. **US Telebrokers (PlanetOne)** **Suite 130** **9845 E. Bell Road** **Scottsdale, AZ  85260** | | | | | | | **55.00** |
| ACCOUNT NO. **UT Starcom** **P O Box 18034** **Hauppauge, NY  11788** | | | | | | | **14,550.50** |
| ACCOUNT NO. **Value Labs** **Suite 201** **1075 Cooper Road** **Grayson, GA  30017** | | | | | | | **301,426.00** |
| ACCOUNT NO. **Verizon** **P.O.Box 660720** **Dallas, TX  75266-0720** | | | | | | | **1,536.32** |
| ACCOUNT NO. **Verizon Center Executive Suites** **P.O. BOX 630442** **Baltimore, MD  21263-0442** | | | | | | | **58.50** |

Sheet no. ____**87**___ of ____**94**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **376,447.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                     Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Verizon Network Integration Corp** P O BOX 650457 Dallas, TX 75265-0457 | | | | | | | 268,605.36 |
| ACCOUNT NO. **Verizon Wireless** P.O. BOX 25505 Lehigh Valley, PA 18002-5505 | | | | | | | 171.66 |
| ACCOUNT NO. **Verizon Wireless Inventory** P.O. BOX 64498 Baltimore, MD 21264-4498 | | | | | | | 1,250,247.92 |
| ACCOUNT NO. **Veterans Advantage** 81 Holly Hill Lane Greenwich, CT 06830 | | | | | | | 1,400.00 |
| ACCOUNT NO. **VFW** 406 W. 34th Street Kansas City, MO 64111 | | | | | | | 150.00 |
| ACCOUNT NO. **Victoria Dinehart** 6032 Archstone Court Alexandria, VA 22310 | | | | | | | 150.00 |
| ACCOUNT NO. **Virendra Soni** 709 Cowboys Parkway, #2022 Irving, TX 75063 | | | | | | | 10,000.00 |

Sheet no. **88** of **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,530,724.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____ Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Virgin Mobile USA, LLC** <br> **10 Independence Blvd** <br> **Warren, NJ  07059** | | | | | | | 12,670.90 |
| ACCOUNT NO. <br> **Virginia Air & Facilities Services** <br> **P.O. Box 5207** <br> **Herndon, VA  20170-5207** | | | | | | | 9,000.00 |
| ACCOUNT NO. <br> **Virginia Association of Realtors** <br> **10231 Telegraph Road** <br> **Glen Allen, VA  23059** | | | | | | | 50.00 |
| ACCOUNT NO. <br> **Vision Service Plan** <br> **PO Box 60000** <br> **File #73785** <br> **San Francisco, CA  94160-3785** | | | | | | | 3,330.03 |
| ACCOUNT NO. <br> **Visual Sciences, Inc.** <br> **PO Box 122232** <br> **Dept. 892232** <br> **Dallas, TX  75312-2232** | | | | | | | 59,962.50 |
| ACCOUNT NO. <br> **VMware, Inc.** <br> **Dept. CH 10806** <br> **Palatine, IL  60055-0806** | | | | | | | 2,995.00 |
| ACCOUNT NO. <br> **Walter W. Leach, III** <br> **Suite 600** <br> **1010 Wisconsin Avenue** <br> **Washington, DC  20007** | | | | | | | 918.51 |

Sheet no. ___**89**___ of ___**94**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 88,926.94

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Washington Bayhawks** <br> **Suite 200** <br> **1725 I Street, NW** <br> **Washington, DC  20006** | | | | | | | **5,000.00** |
| ACCOUNT NO. <br> **Waste Management Of Maryland** <br> **P.O.BOX 13648** <br> **Philadelphia, PA  19101-3648** | | | | | | | **1,752.36** |
| ACCOUNT NO. <br> **Waterfront Center** <br> **1054 31st Street** <br> **Washington, DC  20007** | | | | | | | **48,107.00** |
| ACCOUNT NO. <br> **Waterfront Center c/o R.B.Assn.** <br> **1054 31st Street** <br> **Washington, DC  20007** | | | | | | | **1,807.89** |
| ACCOUNT NO. <br> **Wcities** <br> **444 Sixth Street** <br> **San Francisco, CA  94103** | | | | | | | **4,710.33** |
| ACCOUNT NO. <br> **Web Clients, Inc.( 1010 Interactive )** <br> **4143 Solutions Center** <br> **Chicago, IL  60677-4001** | | | | | | | **2,889.78** |
| ACCOUNT NO. <br> **WebMethods, Inc.** <br> **Dept. CH 10755** <br> **Palatine, IL  60055-0755** | | | | | | | **113,400.00** |

Sheet no. _____90___ of _____94___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **177,667.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                                                     Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Welch & Company LLP** <br> P.O. Box 223231 <br> Pittsburgh, PA  15251-2231 | | | | | | | 795.34 |
| ACCOUNT NO. <br> **WESTAT, Inc.** <br> Attn: Accounts Receivable <br> PO Box 1004 <br> Rockville, MD  20850 | | | | | | | 100,000.00 |
| ACCOUNT NO. <br> **Western Pest Services** <br> Suite 2 <br> 202 Perry Pkwy <br> Gaithersburg, MD  20877-2172 | | | | | | | 292.00 |
| ACCOUNT NO. <br> **Wharton MBA Program For Executives** <br> 3730 Walnut Street <br> G21 Jon M. Huntsman Hall <br> Philadelphia, PA  19104-6340 | | | | X | | | 45,436.00 |
| ACCOUNT NO. <br> **Wholesale Internet, Inc.** <br> Suite 905 <br> 1102 Grand Boulevard <br> Kansas City, MO  64106 | | | | | | | 500.00 |
| ACCOUNT NO. <br> **Wicker,Smith,O'Hara, P.A.** <br> Grove Plaza Bld, 5th Floor <br> 2900 S.W.28th Terrace <br> Miami, FL  33133 | | | | | | | 18,929.73 |
| ACCOUNT NO. <br> **Willis Of Tennessee, Inc.** <br> PO Box 905601 <br> Charlotte, NC  28290-5601 | | | | X | | | 24,642.20 |

Sheet no. _____ **91** of _____ **94** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **190,595.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc. _____    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Willis Of Texas, Inc.**<br>**PO Box 730310**<br>**Dallas, TX  75373-0310** | | | | X | | | **172,197.00** |
| ACCOUNT NO.<br>**Wilmer Cutler Pickering Hale and Dorr LL**<br>**P O Box 7247-8760**<br>**Philadelphia, PA  19170-8760** | | | | | | | **158,096.19** |
| ACCOUNT NO.<br>**Wireless Extenders, Inc.**<br>**One Meca Way**<br>**Norcross, GA  30093** | | | | | | | **20,762.50** |
| ACCOUNT NO.<br>**Wireless Xcessories Group, Inc.**<br>**#301**<br>**1840 County Line Road**<br>**Huntingdon Valley, PA  19006** | | | | | | | **86,001.20** |
| ACCOUNT NO.<br>**Word To The Wise**<br>**P.O.Box 7086**<br>**San Carlos, CA  94070-7086** | | | | | | | **25,000.00** |
| ACCOUNT NO.<br>**World Telecom, Inc.**<br>**Suite 101**<br>**22761 Pacific Coast Highway**<br>**Malibu, CA  90265** | | | | | | | **1,305.00** |
| ACCOUNT NO.<br>**WRC - TV  NBC**<br>**P O BOX 402492**<br>**Atlanta, GA  30384-2492** | | | | | | | **100,000.80** |

Sheet no. ____92____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **563,362.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Xiaojuan Joann Cheng 21297 Cameron Hunt Place Ashburn, VA 20147-4939** | | | | | | | **239.97** |
| ACCOUNT NO. **Yahoo! Search Marketing /Overture P.O. Box 89-4147 Los Angeles, CA 90189-4147** | | | | | | | **771,986.00** |
| ACCOUNT NO. **Yahoo!, Inc. PO Box 3003 Yahoo! Accounts Receivable Carol Stream, IL 60132-3003** | | | | | | | **3,718,960.35** |
| ACCOUNT NO. **Yazi Gnaly 359 Durham Avenue Metuchen, NJ 08840** | | | **Litigation** | | | | **0.00** |
| ACCOUNT NO. **Yellow Business Directories 245 8th Ave. Suite 863 New York, NY 10011** | | | | | | | **0.00** |
| ACCOUNT NO. **Yellow Page Authority Suite D 8940 W 192nd Street Mokena, IL 80448** | | | | | | | **286,174.13** |
| ACCOUNT NO. **YellowPages.com Suite 135 2460 Paseo Verde Parkway Henderson, NV 89074** | | | | | | | **12,626.00** |

Sheet no. _____**93**_____ of _____**94**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,789,986.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE InPhonic, Inc.                                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **York Solutions** **Suite 910** **One Westbrook Corporate Center** **Westchester, IL  60154** | | | | | | | 54,510.00 |
| ACCOUNT NO. **You Never Call, Inc.** **#307** **5967 W. 3rd Street** **Los Angeles, CA  90036** | | | | | X | | 71,312.00 |
| ACCOUNT NO. **Zachary Butterfield** **590 South 15th Street, #406** **Arlington, VA  22202** | | | | | | | 60.00 |
| ACCOUNT NO. **Zero Company Performance Marketing** **620 Camino De Los Mares, #E459** **San Clemente, CA  92673** | | | | | X | | 6,422.00 |
| ACCOUNT NO. **Zuckerman Spaeder, LLP** **Suite 1000** **1800 M Street, NW** **Washington, DC  20036-5802** | | | | | | | 217.50 |
| ACCOUNT NO. **ZZ - Potential Customer Rebate Claimants** | | | | | | | 2,477,767.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____94____ of ____94____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **2,610,288.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $  **81,586,245.86**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **InPhonic, Inc.** _____    Case No. _____

<center>Debtor(s)</center>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1010 Interactive, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |
| **CAIS Acquisition II, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |
| **CAIS Acquisition, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |
| **FON Acquisition, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |
| **Mobile Technology Services, LLC**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |
| **SimIPC Acquisition Corp.**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |
| **Star Number, Inc.**<br>**Suite 600**<br>**1010 Wisconsin Avenue NW**<br>**Washington, DC  20007** | **Adeptio INPC Funding, LLC**<br>**C/O Versa Capital Management, Inc.**<br>**2929 Arch St., Cira Centre**<br>**Philadelphia, PA  19104** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Declaration (10/06)

IN RE InPhonic, Inc. _____  Case No. _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
<div align="right">Debtor</div>

Date: _____  Signature: _____
<div align="right">(Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **InPhonic, Inc.** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**168** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

**Kenneth D. Schwarz**
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only