IN RE InPhonic, Inc.                                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CHATSWORTH,, CA 91311 | |
| Invicta Media Group<br>12509 Bel Red Rd<br>Suite 200<br>Bellevue,, WA 98005 | |
| Iron Traffic<br>1375 Broadway<br>New York,, NY 10018 | |
| iSpyOffers, Inc.<br>1001 Dove Street #275<br>Newport Beach,, CA 92660 | |
| ITN, Inc. (Free Club)<br>17672-B Cowan Ave<br>Suite 240<br>Irvine,, CA 92614 | |
| iVillage<br>500 Seventh Avenue - 14thFlr.<br>New York,, NY 10018 | |
| J & R Music World- J & R Computer World-<br>J & R Music and Computer World<br>23 Park Row<br>New York, NY 10038 | |
| J&D Worldwide Connections<br>7746 Midfield Ave.<br>Los Angeles,, CA 90045-3236 | |
| Jackpot.com<br>15260 Ventura Blvd. Ste. 2000<br>Sherman Oaks,,   91403 | |
| Jaeter Corporation<br>2480 Winfield Avenue<br>Golden Valley, MN 55422 | |
| JBR Media Ventures, LLC<br>2 WISCONSIN CIRCLE<br>SUITE 700<br>CHEVY CHASE, MD 20815 | |
| JirehComm Marketing Solutions<br>1006 W. Taft<br>Ste. 166<br>Sapulpa, OK 74066 | |
| Joe Marullo (Advanced Wireless)<br>2615 Bridge Ave.<br>Point Pleasant,, NJ 08742 | |
| Juno (United Online)<br>1540 Broadway<br>27th Floor<br>NY,, NY 10036 | |
| Juno Online Services<br>PO Box 3009<br>Thousand Oaks,, CA 91359-0009 | |
| Kalin Management<br>5925 Conway Road<br>Bethesda,, MD 20817 | |
| Kandu Incorporated<br>8357 N.W. 28th Street<br>Ankeny, IA 50021 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **KBK Marketing**<br>967 LInden Lane<br>Toledo, OH 43615 | |
| **Kessler Financial Services**<br>855 Boylston Street<br>Boston,, MA 02116 | |
| **Kiwibox Media, Inc.**<br>330 West 38th Street<br>Suite 1602<br>NY,, NY 10018 | |
| **KoolPhone**<br>3933 Wisteria Lane<br>Fort Worth, TX 76137 | |
| **KPR and Associates**<br>710 94th Ave. N.,<br>Suite 308<br>St. Petersburg,, FL 33702 | |
| **KTC Keane Telecom Consulting LLC**<br>542 Caverly Drive<br>Brigantine,, NJ 08203 | |
| **Langley Internet Development, Inc.**<br>4400 Andrews Hwy<br>Suite 503<br>Midland, TX 79703 | |
| **Last Second Media**<br>3328 Calle de Corrida<br>Las Vegas,, NV 89102-3902 | |
| **Latin-Pak**<br>141 Chesterfield Business Pkwy<br>Chesterfield,, MO 63005 | |
| **LD Direct (MicroCorp)**<br>2856 Johnson Ferry Rd<br>Suite 200<br>Marietta,, GA 30062 | |
| **LD Wiz**<br>c/o LD Wiz<br>P.O. Box 675<br>Easley,, SC 29640 | |
| **Lead Click Media**<br>343 Sansome St.<br>Suite 800<br>San Francisco, CA 94104 | |
| **LeadDrive LLC**<br>424 Discovery Circle<br>Unit A<br>Virginia Beach, VA 23451 | |
| **Leapfrog Online**<br>807 Greenwood Street<br>Evanston,, IL 60201 | |
| **LeapLab**<br>1640 S. Stapley Drive<br>Mesa, AZ 85204 | |
| **Leshen Holdings, LLC**<br>333 East 66th Street<br>Suite 6B | |

IN RE InPhonic, Inc. _____          Case No. _____
                                          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| New York,, NY 10021 | |
| LG Elecetronics MobileComm, USA, Inc. Attn: Accounts Payable 10225 Willow Creek Road San Diego, CA 92131 | |
| Lightyear Networks 1901 Eastpoint Parkway Louisville, KY 40223 | |
| Limbo, Inc. 270 East Lane Suite # 1 Burlingame, CA 94010 | |
| LinkShare Corporation 215 Park Avenue South New York, NY 10003 | |
| LinkShare Corporation P.O. BOX 11362A New York,, NY 10286-1362 | |
| List Services Corporation 6 Trowbridge Drive Bethel,, CT 06801 | |
| LiveWorld, Inc. (Talk City) PO Box 110040 Campbell,, CA 95011-0040 | |
| Logixwireless 6001 Moon #2224 Albuquerque,, NM 87111 | |
| Longevity Institute, LLC 14001 63rd Way N. Clearwater, FL 33760 | |
| Lostmyphone.com P.O. BOX 40601 Arlington, VA 22204 | |
| LowerMyBills.com 2401 Colorado Avenue Suite 200 Santa Monica,, CA 90404 | |
| Lowermypayment.com 48 Aiken Street Suite L Norwalk, CT 06850 | |
| M&A Cellular, Inc. 1965 Coney Island Ave Suite 2F Brooklyn,, NY 11223 | |
| Mackster 297-101 Kinderkamack Rd. #300 Oradell,, NJ 07649 | |
| Magellan Strategic Marketing, 4424 Montgomery Ave. Ste. 305 Bethesda,, MD 20814-4424 | |
| Mail Gravity 336 West 37th Street 12th Floor | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____

Debtor(s)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
#### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| New York, NY 10018 | |
| Mailbits Mobile | : |
| MailCreations.com, Inc. 7200 Corporate Center Drive Suite 303 Miami,, FL 33126 | |
| Mannatech, Inc 600 S. Royal Lane Suite 200 Coppell,, TX 75019 | |
| Market America Inc. 1302 Pleasant Ridge Road Greensboro, NC 27409 | |
| Marketing Directives (Prime one) 220 West 19th Street #2A New York,, NY 10011 | |
| Markets On Demand 57 West Grand Avenue 2nd Floor Chicago,, IL 60610 | |
| Massive Communications 350 West Ontario Street Suite 1A Chicago,, IL 60610 | |
| Matchboxes.com LLC 320 E 42nd Street # 1109 New York, NY 10017 | |
| Matchboxes.com LLC 320 E42nd Street #1109 New York, NY 10017 | |
| MatchCraft, Inc. 520 Broadway Suite 260 Santa Monica,, CA 90401 | |
| Max Media Marketing. Inc. 333 N Palm Drive #403 Berverlly Hills,, CA 90210 | |
| Maxboxing, LLC 688 S Sante Fe Los Angeles,, CA 90021 | |
| MaxMediaSource 2962 Michelson Dr. Suite G161 Irvine,, CA 92612 | |
| MaxWorldwide 400 Columbus Avenue Valhalla,, NY 10595 | |
| MaxWorldwide | |
| MBNA (GoMobileMBNA) Jennifer Blackburn, Merchandis Mailstop: 0719 Wilmington,, DE 19884 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE InPhonic, Inc.**                                                            Case No. _____

Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MBNA (Platinum Plus)<br>Barry Devlin<br>1100 North King Street-MS 0464<br>Wilmington,, DE 19884-0464 | |
| MDSC Corp. (Synapse)<br>4 High Ridge Park<br>Stamford,, CT 06905 | |
| MediaWhiz, Inc<br>37 West 17th Street<br>Suite 5E<br>New York, NY 10011 | |
| Melaleuca, Inc.<br>3910 S. Yellowstone Hwy.<br>Idaho Falls,, ID 83402 | |
| Memberdrive.com, Inc.<br>2751 Prosperity Avenue<br>Fourth Floor<br>Fairfax,, VA 22031 | |
| Memolink Inc.<br>2000 S. Colorado Blvd.<br>Tower 1 Suite 7000<br>Denver, CO 80222 | |
| Memolink, Inc.<br>7596 West Jewell Avenue<br>Suite 104<br>Lakewood,, CO 80232 | |
| Mercury Media<br>520 Broadway<br>Suite 400<br>Santa Monica,,   90401 | |
| Meridian Partners<br>1108 Somerset Place<br>Lutherville,, MD 21093 | |
| MetaReward (NetFlip, Inc.)<br>999 Skyway Landing Road<br>Suite 200<br>San Carlos,, CA 94070 | |
| Metrocall<br>6677 Richmond Hwy<br>Alexandria,, VA 22306 | |
| Mezi Media<br>103 E. Lemon Avenue<br>Monrovia, CA 91016 | |
| mForce, Inc.<br>1750 Rosaleigh Court<br>Vienna, VA 22182 | |
| Michael Glozman dba Cheap Stingy Bargain<br>206 Almur Lane<br>Wynnewood, PA 19096 | |
| Microtel Associates, LLC<br>104 Lafayette Ave.<br>Suffern,, NY 10901 | |
| Military Advantage, Inc.<br>Attn: Mark Markunas<br>544 Pacific Avenue, Suite 300 | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**IN RE InPhonic, Inc.**

Case No. _____.

Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| San Francisco,, CA  94113 | |
| Mindset Interactive, Inc.<br>5 Corporate Park<br>Suite 160<br>Irvine,, CA  92606 | |
| Mobile Technology Outfitter<br>9593 Gateway Drive<br>Reno,, NV  89511 | |
| Mobile Tracker<br>14917 Glasgow Court<br>Tampa, FL  33624 | |
| MobileCom Co, Inc.<br>1336 East 7th St.<br>Brooklyn,, NY  11230 | |
| MobileCom, Inc.<br>5936 Limestone Road<br>Suite 101<br>Hockessin, DE  19707 | |
| Mobiledia Corporation<br>6015 Drum Taps Court<br>Clarksville, MD  21029 | |
| Mobilewhack.com<br>76 Wongawollan Road<br>Heights, QLD<br>Australia,    04271 | |
| MobiTV.com/Idetic.com<br>2855 Telegraph Avenue<br>Suite 510<br>Berkeley, CA  94705 | |
| Money Mailer<br>12131 Western Ave.<br>Garden Grove, CA  92841 | |
| Mosaic Data Solutions (Custom Offers)<br>1880 Oak Avenue<br>Suite 250<br>Evanston,, IL  60201-5937 | |
| Moshi3 Limited<br>Hong Kong Head Office<br>83 Des Voeux Road<br>Central, | |
| Motion Telecom<br>7101 S. Fulton Street<br>#200<br>Centennial,, CO  80112 | |
| Motivano<br>230 Park Avenue<br>10th Floor<br>New York, NY  10169 | |
| Motorola<br>Attn: Scott Hoffman<br>117 S. Cook St. #334<br>Barrington, IL  60010 | |
| MP Superstore<br>3126 Avenue U<br>Brooklyn, NY  11229 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mpell Solutions<br>P.O. BOX 230278<br>ENCINITAS, CA  92023 | |
| Mr. Neal C. DeLeo<br>37 Fruehauf Avenue<br>Snyder,, NY  14226 | |
| MSN<br>Lockbox# 847543<br>1401 Elm St. 5th floor<br>Dallas, TX  75202 | |
| MSN<br>Lockbox #847543 1401 Elm St<br>5th Floor<br>Dallas,, TX  75202 | |
| MTDN Holdings, LLC<br>Tadd Rosenfeld<br>1000 West Ave., Suite 622<br>Miami Beach, FL  33139 | |
| Music.com, Inc.<br>Corporate Park 3<br>580 Howard Ave.<br>Somerset,, NJ  08873 | |
| My Beauty Center<br>Attn: Ari Kassman<br>251 W. 92nd St. Suite 1D<br>New York, NY  10025 | |
| My Brooklyn.com / EZ Wireless<br>9730 Seaview Ave<br>Brooklyn, NY  11236 | |
| My Cell Phone Choice<br>319 West Third Street<br>Monticello, MN  55362 | |
| My Dream Wireless<br>484 LEVERINGTON AVE.<br>PHILIDELPHIA, PA  19128 | |
| My Free<br>3400 Dundee Road<br>Suite 236<br>Northbrook,, IL  60062 | |
| My Free<br>3400 Dundee Road<br>Suite #236<br>Northbrook,, IL  60062 | |
| My Points<br>Box 200333<br>Pittsburgh, PA  15251-0333 | |
| MyLeads, LLC (formerly ROI Network)<br>14000 Military Trail<br>Suite 210<br>Delray Beach,, FL  33484 | |
| MyPoints.com, Inc.<br>PO Box #200333<br>Pittsburgh, PA  15251-0333 | |
| MyRatePlan.com, LLC<br>2446 Ellijay Drive | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc._____    Case No. _____
                              Debtor(s)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
#### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Atlanta, GA 30319 | |
| MySpace, Inc.<br>File 50503<br>Los Angeles, CA 90074-0505 | |
| MZ Imports, L.C.<br>DBA Cryton Electronics<br>22807 Heslip<br>Novi, MI 48375 | |
| NABC<br>P.O. BOX 698<br>Pulaski,, TN 38478-0698 | |
| National Cellular Owners Association #3<br>21000 Boca Rio Road<br>Ste A-12<br>Boca Raton, FL 33433 | |
| Natlco<br>4350 Oaks Road<br>Suite 512<br>Davie, FL 33314 | |
| Naviant<br>P.O. Box 403235<br>Atlanta,, GA 30384-3235 | |
| NCOA<br>21000 Boca Rio Road<br>STE A-12<br>Boca Raton, FL 33433 | |
| NEA Member Benefits<br>Attn: Acconts Receivables<br>900 Clopper Road, Suite 300<br>Gaithersburg,, MD 20878-1356 | |
| Neilux Group<br>27068 La Paz Road<br>Suite# 107<br>Laguna Hills, CA 92656 | |
| Neon Network<br>PO Box 750402<br>Forest Hills,, NY 11375 | |
| NEON Network<br>P.O. Box 750402<br>Forest Hills,, NY 11375 | |
| Net Global Marketing (ephones)<br>attn: Albert Ahdoot<br>6464 sunset Blvd, Suite 530<br>Los Angeles,, CA 90028 | |
| Net Margin<br>PO Box 7247-6554<br>Philidelphia, PA 19170-6554 | |
| Net2phone, Inc.<br>520 Broad Street<br>12th Floor<br>Newark,, NJ 07102 | |
| Netblue<br>VendareNetblue<br>P.O. Box 201984<br>Dallas, TX 75320-1984 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.                                                              Case No. _____
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Netsat. LLC<br>1265 E. Goldsmith<br>Highlands Ranch,, CO 80126 | |
| NetShelter Inc.<br>8500 Leslie Street<br>Suite 520<br>Thornhill, ON L3T 7M8 | |
| Network60<br>487R Central Ave<br>Cedarhurst, NY 11516 | |
| Network60, LLC<br>487R Central Ave<br>Cedarhurst,, NY 11516 | |
| Networker2000.com<br>8315 1st Avenue North<br>Birmingham,, AL 35206 | |
| Networker2000.com<br>8315 1st. Avenue North<br>Birmingham,, AL 35206 | |
| New Empire Mobile, Inc.<br>531 White Plains Road<br>Bronx, NY 10473 | |
| Next Jump, Inc.<br>261 Fifth Avenue<br>8th Floor<br>New York, NY 10016 | |
| Next Level Cellular LLC<br>11 Jefferson Avenue SE<br>Grand Rapids, MI 49503 | |
| Next Web Media<br>805 Third Avenue, 8th Floor<br>New York,, NY 10022 | |
| NEXX, Inc.<br>7730 West Cheyenne Avenue<br>Suite 110<br>Las Vegas, NV 89129 | |
| Nichols + Duncan<br>116 South Fayette Street<br>Alexandria, VA 22314 | |
| Night & Weekend Free LLC<br>860 Broad Street<br>Suite 120<br>Emmaus, PA 18049 | |
| NiuTech<br>P.O. BOX 890882<br>Charlotte, NC 28289-0882 | |
| Nival Enterprises<br>6335 Hampton Drive North<br>Saint Petersburg,, FL 33710 | |
| No Wires Required, Inc.<br>7 William Drive<br>Rockaway, NJ 07866 | |
| Numberportability<br>303 Park Avenue South | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc._____    Case No. _____

_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| #1185<br>New York,, NY 10010 | |
| Ocenture<br>P.O. BOX 1559<br>Ponte Verda Beach, FL 32004 | |
| OfferTime Promotions, LLC<br>11921 Freedom Drive<br>Ste. 550 PMB 5556<br>Reston, VA 20190 | |
| Office Max<br>attn: David Cunningham<br>3605 Warrensville Center Rd<br>Shaker Heights,, OH 44122 | |
| OmnipointMarketing<br>6700 N. Andrews Avenue,<br>2nd Floor<br>Fort Lauderdale,, FL 33309 | |
| OmniPrint, Inc.<br>9700 Philadelphia Court<br>Lanham,, MD 20706 | |
| OnAdSolutions.com<br>124 Roxanne Lane<br>Corona,, CA 92882 | |
| One Stop Wireless Shop<br>1954 Dove Drake Rd<br>Royston, GA 30662 | |
| One Technologies, Ltd<br>2211 Commerce Street<br>Suite 200<br>Dallas,, TX 75201 | |
| One Touch Direct, LLC<br>11234 Hillsborough Ave.<br>Tampa,, FL 33635 | |
| OnlineChoice.com<br>903 Forest Edge Court<br>Wexford,, PA 15090 | |
| Onpoint, Inc.<br>224A Atlantic Avenue<br>Brooklyn, NY 11201 | |
| OnSale, Inc.<br>2555 W. 190th Street<br>Torrance, CA 90504 | |
| Open Source Development Network<br>47071 Bayside Parkway<br>Fremont,, CA 94538 | |
| Opt2Opt, Inc.<br>Bowling Green Station<br>PO Box 232<br>New York, NY 10274 | |
| Opt-In Inc.<br>2101 NW Corporate Blvd.<br>Suite 102<br>Boca Raton,, FL 33431 | |
| Opt-In Services, Inc.<br>621 NW 53rd Street | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **InPhonic, Inc.**                                                                    Case No.

Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Suite 135<br>Boca Raton, FL  33487 | |
| OptinSmart<br>5365 Hiatus Road<br>Sunrise,, FL  33351 | |
| Orbitz<br>200 S. Wacker Drive<br>Suite 1900<br>Chicago,, IL  60606 | |
| OverStock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT  84121 | |
| Overture Services, Inc.<br>74 N. Pasadena Avenue<br>3rd Floor<br>Pasadena,, CA  91103 | |
| Pacific Media Project, LLC<br>969 Hiligard Ave<br>Suite 606<br>Los Angeles,, CA  90024 | |
| PageMaster, Inc.<br>100 E. Thousand Oaks Blvd<br>#297<br>Thousand Oaks, CA  91360 | |
| Palacer<br>95-39 112th Street<br>South Richmond Hill, NY  11419 | |
| Parkridge Five Associates L. P.<br>C/O Walker And Company<br>12007 Sunrise Valley Dr., Ste. 400<br>Reston, VA  20191 | |
| PC Mall Sales, Inc. | |
| PDA Groove<br>657 Water Oak Drive<br>Plano, TX  75025 | |
| Pennyweb, Inc.<br>3333 Wilshire Blvd.<br>Suite 300<br>Los Angeles,, CA  90010 | |
| Perks Group<br>701 Martinsville Road<br>Liberty Corner, NJ  07938 | |
| Phone Dog<br>1156 Bowman Road<br>Suite 101<br>Mt. Pleasant, SC  29464 | |
| Phone Sales USA<br>1332 Township Line Road<br>Chalfont, PA  18914 | |
| Phone Scoop<br>Richard A. Brome<br>636 Pine Street<br>Philadelphia, PA  19106 | |
| Planet of Music Wireless<br>Attn: Sherry Farnsay | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.

Case No. _____

Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 9045 A Eton Ave.<br>Canoga Park, CA  91304 | |
| Platinum Worldwide, Inc<br>P.O. Box 297278<br>Brooklyn, NY  11229-7278 | |
| Pocket Solutions Inc.<br>95 B Hoffman lane<br>Islandia, NY  11749 | |
| Portmyphonenumber<br>8757 Kachina Way<br>Lone Tree,, CO  80124 | |
| Preciseemail.com<br>17640 NW 67 Ave<br>Suite 1307<br>Miami,, FL  33015 | |
| Precision Targeting<br>Infinite Innovations<br>Precision Targeting<br>Edmonton,    T5K 2M3 | |
| Premier Telecomm (Digital Cellutions)<br>PO Box 1995<br>Estacada,, OR  97023 | |
| PrePaid Legal<br>One Pre-Paid Way<br>Ada,, OK  74820 | |
| PrePaidDeals.net<br>B.Fred Yoon<br>9322 Willow Pond Lane<br>Burke,, VA  22015 | |
| PriceGrabber.com, LLC<br>10940 Wilshire Blvd<br>11th Floor<br>Los Angeles, CA  90024 | |
| Priceline.com<br>Attn: Patrick Duggan<br>800 Connecticut Avenue<br>Norwalk,, CT  06854 | |
| Pricerunner<br>30699 Russell Ranch Road<br>Westlake Village, CA  91362 | |
| PrimeQ Solutions, Inc.<br>32545 B Golden Lantern<br>#274<br>Dana Point,, CA  92629 | |
| Proclaim Media<br>212 Technology Drive<br>Suite P<br>Irvine,, CA  92618 | |
| Production West Inc.<br>2747 Enteprise Avenue<br>Suite 5<br>Billings, MT  59102 | |
| Proffiliates, LLC<br>50 California Street<br>Suite 1500 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.
_____    Case No. _____
                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| San Francisco,, CA 94111 | |
| Promotions.com (Webstakes) 500 7th Avenue 14th Floor New York,, NY 10018 | |
| Prophet Partners P.O. Box 580445 Flushing,, NY 11358-0445 | |
| Prosys Technologies, Inc. 11877 Douglas Road Suite 102-175 Alpharetta, GA 30005 | |
| Publishers Clearing House Attn: Doug Knepper 382 Channel Drive Port Washington,, NY 11050 | |
| Push Interactive 675B Atlantic Blvd Atlantic Beach,, FL 32233 | |
| Qcorps 4888 Loop Central Drive Suite 200 Houston, TX 77081 | |
| QUEST Membership Services 182 Fairchild Ave. Plainview, NY 11803 | |
| Quick Process LLC 3901 Chantilly Drive Suite W Chantilly, VA 20151 | |
| QuickPromo, LLC 3901 Chantilly Drive Suite W Chantilly, VA 20151 | |
| Quixtar Corp. Attn: Nicole Borm 375 Exeter Road London, Ontario,   N5Y 5V6 | |
| Quixtar Corp. Attn: Nicole Borm 375 Exeter Road London, ON CANADA,   N5Y 5V6 | |
| Quixtar Inc. 5101 SPAULDING PLAZA ADA, MI 49355 | |
| RadioShack RadioShack Circle Mail Stop EF4-218 Fort Worth, TX 76102-1964 | |
| Radix Group 49 Adrienne Lane Garrison,, NY 10524 | |
| Randall Van Dyke & Associates Inc. 5670 Greenwood Plaza Blvd. Suite #200 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.                                                           Case No. _____
                          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Greenwood Village, CO 80111 | |
| RankYou.com<br>330 Rancheros Drive<br>Suite 236<br>San Marcos, CA 92069 | |
| RC&A Group<br>4956 Orange Grove Way<br>Palm Harbor,, FL 34684 | |
| RealBiz Solutions<br>13396 Rosario Rd.<br>Anacortes, WA 98211 | |
| RecycleFirst, LLC<br>100 Main Street, Ste 222<br>Dover,, NH 03820 | |
| Resicom Corp, Inc.<br>350 S. Main Street<br>Doylestown,, PA 18901 | |
| Restoration Media<br>3931 MacArthur Blvd<br>Suite 204<br>Newport Beach,, CA 92660 | |
| Result Services 2000<br>15212 Florist Circle<br>St. Paul, MN 55124 | |
| Resume Corner, Inc.<br>45-11 Smart Street<br>Flushing,, NY 11355 | |
| Reunion.com<br>12200 Olympic Blvd.<br>Suite 270<br>Los Angeles,, CA 90064 | |
| Revenize<br>536 Silver Oak Grove<br>Colorado Springs,, CO 80906 | |
| Rising Results<br>12 Signs Road<br>Staten Island,, NY 10314 | |
| Ritz Interactive, Inc.<br>2010 Main Street<br>Irvine, CA 92614 | |
| RKL Consulting Services, Inc.<br>180 Cypress Club Drive<br>Suite 830<br>Pompano Beach, FL 33060 | |
| RMD Media Group<br>B3-1410 Parkway Blvd #16<br>Coquitlam BC, V3E 3J7 | |
| RMS Communications<br>4551 NW 44th Avenue<br>Ocala, FL 34486 | |
| Robert Hansen<br>Hansen Management<br>323 G Street, NE<br>Washington,, DC 20002-4329 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.
_____
Debtor(s)

Case No. _____

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
#### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rock Wireless Inc.<br>160 Joan Drive<br>Collegeville, PA 19426 | |
| Rotary International<br>1560 Sherman Avenue<br>Evanston, IL 60201 | |
| Royal Body Care Inc.<br>2301 Crown Court<br>Irving,, TX 75038 | |
| Rugley Enterprises<br>914 164th Street SW<br>Suite 1670<br>Mill Creek,, WA 98012 | |
| Rush Communications<br>Craig Marshall<br>512 7th Ave.<br>New York,, NY 10018 | |
| Ryan Russell Investments<br>226 Ashland Dr.<br>San Antonio, TX 78218 | |
| SalesHeads<br>Attn: Todd Miller<br>5909 NW Expressway, Suite 480<br>Oklahoma,, OK 73132 | |
| Sallie Mae (Partner)<br>12061 Bluemont Way<br>V5442<br>Reston, VA 20190 | |
| Saluda Networks Incorporated<br>782 NW 42nd Avenue<br>Suite 210<br>Miami,, FL 33126 | |
| Salvino's Canada (One Wireless Place)<br>81 Lakeshore Road,<br>East Suite 7<br>Mississauga, ON CANADA, L5G 4S7 | |
| SAMM<br>13206 Tuttlebee Ct.<br>Charlotte, NC 28273 | |
| Samsung | |
| Sandbox.com<br>1851 Alexander Bell Dr.,Suite<br>Reston, VA 22031 | |
| Sang Cheung (Cellphoneshop.net)<br>806 Buchanan Blvd<br>Unit 115-041<br>Boulder City,, NV 89005 | |
| Santa Monica Networks<br>227 Broadway<br>Suite 304<br>Santa Monica,, CA 90401 | |
| Sanyo Fisher Company<br>21605 Plummer Street<br>Chatsworth, CA 91311 | |
| SASP Inc. | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE InPhonic, Inc.                                                              Case No. _____
                            Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 424 Church Street<br>Suite 1310<br>Nashville,, TN 37219 | |
| Sav-Mart<br>P.O. Box 2130<br>Cumming,, GA 30028 | |
| SC Kiosks, Inc.<br>300 RadioShack Circle<br>Fort Worth, TX 76102 | |
| SDO Enterprises, Inc.<br>5 Park Ave.<br>Charleston,, WV 25302 | |
| SearchCactus, LLC<br>3760 Rochester Road<br>Troy,, MI 48083 | |
| Select One Wireless<br>Imran Bajwa<br>832 Parkside Blvd<br>Claymont, DE 19703 | |
| Shane Floyd<br>2231 Harmony Rd.<br>Elberton, GA 30635 | |
| Sheck Media, Inc.<br>1736 E. Charleston Road<br>PMB 112<br>Las Vegas,, NV 89104 | |
| Shop.com<br>1 Lower Ragsdale Drive Bldg. 1<br>Suite 210<br>Monterey, CA 93940 | |
| Shopping.com, Inc.<br>8000 Marina Blvd<br>Fifth Floor<br>Brisbane, CA 94005 | |
| Showtime Computers<br>270 Parkside Court<br>Copiague,, NY 11726 | |
| Sify Limited | |
| SilverCarrot, Inc.<br>132 West 36th Street<br>Suite 401<br>New York,, NY 10018 | |
| Singular Solutions, Inc.<br>448 S. Santa Anita Ave.<br>Pasadena,, CA 91107 | |
| Sionic LLC<br>513 2nd Avenue South<br>Kirkland, WA 98033 | |
| Sivakumar Shanmugasundaram<br>15 Plant Street<br>Cumberland, RI 02864 | |
| Skee Mobile<br>1443 N. Fuller<br>#106<br>Los Angeles,, CA 90046 | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE InPhonic, Inc.                                                        Case No. _____
                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SkyHawke Technologies, LLC<br>274 Commerce Park Drive<br>Suite D<br>Ridgeland,, MS 39157 | |
| Skyview Communications<br>316 Main Street<br>Suite 300<br>Gaithersburg,, MD 20878 | |
| SM Junction<br>813 5th Avenue<br>New Hyde Park, NY 11040 | |
| Smart Choice Cellular<br>4550 Planters Hill Drive<br>Powder Springs, GA 30127 | |
| SmartBrief, Inc.<br>1100 H St NW<br>Suite 1000<br>Washington, DC 20005 | |
| Smarter Offers<br>3175 Evergreen Eve Crossing<br>Dacula, GA 30010 | |
| Smartprice.com, Inc.<br>8830 Business Park<br>Suite 200<br>Austin, TX 78759 | |
| SmartReminders.com<br>1437 Donelson Pike<br>Nashville, TN 37217 | |
| Soho Digital, Inc.<br>P.O. Box 9142<br>Uniondale, NY 11555 | |
| Soho Digital, Inc.<br>121 West 27th St. #703<br>New York,, NY 10001 | |
| Soltech Inc. dba Discount Wireless<br>322 E. Monroe Ave.<br>Harlingen,, TX 78550 | |
| Solution Marketing, LLC<br>14001 63rd Way N.<br>Clearwater, FL 33760 | |
| Sonopia Corporation<br>1370 Willow Road<br>Menlo Park, CA 94025 | |
| Sony Ericsson<br>Attn: Tricia Bouzigard<br>701 Development Drive<br>Research Triangle Park,, NC 27709 | |
| SourceNet Telecom<br>411 NW Flanders, Suite 706<br>Portland,, OR 97209 | |
| Specialty Outsourcing Solutions Ltd. | |
| Spectrawide Inc.<br>1418 Gardenia St<br>Irving, TX 75063 | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE <u>InPhonic, Inc.</u>                                                  Case No. _____.
                          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Sprint Nextel<br>2003 Edmund Halley Drive<br>Reston, VA 20008 | |
| SRK Investment<br>6925 E. 5th ave.<br>Suite B<br>Scottsdale, AZ 85251 | |
| Staffing Lab Inc.<br>710 E. Ogden Avenue<br># 320<br>Naperville, IL 60563 | |
| Standard Internet Corp.<br>303 Lippincott Drive<br>Marlton,, NJ 08053 | |
| Staples<br>Attn: Jessica Forzese<br>500 Staples Drive<br>Framingham, MA 01702 | |
| Staples<br>Dir Merch and Control<br>500 Staples Drive<br>Framingham,, MA 01702 | |
| StarUSA Services, Inc.<br>5 Laurie Lane<br>Edison, NJ 08817 | |
| Statewide Internet<br>7676 N. Fresno Street<br>Suite 9<br>Fresno, CA 93720 | |
| Strange Gifts<br>1209 Henrietta<br>Pekin, IL 61554 | |
| Strange Gifts<br>220 D Street<br>Pekin,, IL 61554 | |
| Strategic Promotions, Inc.<br>106 Four Seasons<br>Suite 101<br>St. Louis, MO 63017 | |
| Student Advantage, Inc<br>280 Summer Street<br>Boston,, MA 02210 | |
| StudentMarket.com, Inc<br>371 Moody St.<br>Suite 104<br>Waltham,, MA 02453 | |
| SubscriberBase<br>3830 Forest Drive<br>Suite 207<br>Columbia,, SC 29204 | |
| Sungift<br>1935 S. Plum Grove Road<br>Palatine,, IL 60067 | |
| Sure Click Promotions<br>1211 Connecticut Avenue, NW | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **InPhonic, Inc.**_____       Case No. _____
                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Suite 608<br>Washington, DC 20036 | |
| Sweepsclub.com<br>Attn: Daniel Weber<br>450 7th Ave. Suite 1807<br>NY, NY 10123 | |
| Switch-Mobile<br>200 East 32nd Street<br>Suite 33C<br>New York, NY 10016 | |
| Synergemail.com | |
| Synergy Ventures, Inc.<br>16542 Ventura Blvd. Ste. 305<br>Encino, CA 91436 | |
| Tahas Technologies<br>90 John Street<br>Suite 404<br>New York,, NY 10028 | |
| Talk City, Inc.<br>10 Tower Office Park<br>Suite 315<br>Woburn, MA 01801 | |
| Target eMail Direct,LC<br>351 S. Cypress Road<br>Suite #404<br>Pompano Beach,, FL 33060 | |
| Team Effort International<br>3000 Danville Blvd.<br>Suite 186<br>Alamo,, CA 94507 | |
| Tech Guru Inc<br>4728 Hillside Avenue<br>Norco, CA 92860 | |
| Tech-1 Wireless<br>1 Huntington Quadrangle<br>Suite 3N05<br>Melville, NY 11747 | |
| Telebay, Inc./Brad Edwards<br>411 South Bowie Dr.<br>Weatherford, TX 76086 | |
| TeleBright Corp.<br>1700 Research Blvd.<br>Suite 240<br>Rockville, MD 20850 | |
| Telecare, Inc.<br>444 Lafayette Road<br>Noblesville,, IN 46060 | |
| Telecom Beacon (Shane Floyd)<br>2231 Harmony Rd<br>Elberton, GA 30635 | |
| Telecom Brokerage<br>836 Rand Road, Ste. 264<br>Arlington Heights, IL 60004 | |
| Telecom Management Inc.<br>583 Warren Ave. | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Portland,, ME 04103 | |
| Telenav, Inc.<br>2975 San Ysidro Way<br>Santa Clara, CA 95951 | |
| Telephone Road<br>56-A Church Road<br>Arnold, MD 21012 | |
| Telesave Communications Corp.<br>2161-10 St. Place<br>East Moling,, IL 61244 | |
| Tenok Digital Media<br>715 Creek Drive<br>Chattanooga,, TN 37415 | |
| Teptronics, Inc.<br>29 W 27th Street<br>New York, NY 10001 | |
| Terra Lycos (Partner)<br>Mail Stop #511<br>100 Fifth Avenue<br>Waltham,, MA 02451 | |
| The Consumer Bridge<br>706 Charcoal Ave<br>Middlebury, CT 06762 | |
| The Consumer Bridge<br>706 Charcoal Avenue<br>Middlebury,, CT 06762 | |
| The Elephant Group, Inc.<br>901 Hadley Road<br>South Plainfield, NJ 07080 | |
| The Humane Society of the United States<br>2100 L Street NW<br>Washington,, DC 20037 | |
| The Optin Group.com, Inc.<br>6245 NW 9th Ave. Ste. 213<br>Fort Lauderdale,, FL 33309 | |
| The Retired Officers Association<br>201 N.Washington St.<br>Alexandria,, VA 22314 | |
| The United Food and Commerical Workers U<br>1774 K Street NW<br>Washington,, DC 20006 | |
| The Useful<br>6001 Broken Sound Parkway<br>2nd floor<br>Boca Raton, FL 33487 | |
| THE USEFUL, LLC<br>6001 Broken Sound Parkway<br>2nd Floor<br>Boca Raton, FL 33487 | |
| The Vendare Group<br>15260 Ventura Blvd<br>Suite 2000<br>Sherman Oaks,, CA 91403 | |
| The Weather Channel Interactive, Inc. | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| P.O. Box 101634 Atlanta,, GA 30392 | |
| Theadmanager.com 17776 Tomball Parkway Houston,, TX 77064 | |
| Tiburon Marketing Corp. 602 Kilburn Road Wilmington, DE 19803 | |
| Tiburon Marketing Corp. 602 Kilburn Road Wilmington,, DE 19803 | |
| TigerDirect C/O SYX Services P.O. BOX 449001 Miami, FL 33144-9001 | |
| TigerDirect 7795 West Flager Street #35 Miami,, FL 33144 | |
| TimeShift 775 East Blithedale Suite 272 Mill Valley,, CA 94941 | |
| TMI WIRELESS 4101 Chain Bridge Rd. Ste 304 Fairfax, VA 22030 | |
| TMI Wireless, Inc 4101 Chain Bridge Road Suite #208 Fairfax, VA 22030 | |
| Topica.com 685 Market Street Suite 300 San Francisco,, CA 94105 | |
| Total Systems Attn: Prime 204 North Center Driver North Brunswick,, NJ 08902 | |
| Totallycellphones.com 41 Reston Way Landera Ranch, CA 92694 | |
| Touchdown Media Inc. 46 Cabot Way Franklin Park, NJ 08823 | |
| TracPoint Wireless 218 Boston Street Suite 206 Topsfield, MA 01983 | |
| Traffic logic 23852 Pacific Coast Hwy. #702 Malibu,, CA 90265 | |
| Traffic Marketing PMB #302 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 17675 sw Farmington<br>Aloha,, OR 97007 | |
| Trafficmarketplace.com<br>c/o First Community Financial<br>P.O. Box 16006<br>Phoenix, AZ 85011 | |
| Trancos, Inc.<br>PO Box 5806<br>Redwood City,, CA 94063 | |
| Transend, Inc.<br>1 University Plaza<br>Suite 307<br>Hackensack,, NJ 07604 | |
| TranzAct Media LLC<br>232 West 36th Street<br>12th Floor<br>New York,, NY 10018 | |
| Treo Central<br>Axel Ltd, dba Treo Central<br>1503 SW 84th Terrace<br>Gainsville, FL 32607 | |
| Tri Media Partners<br>600 West Hillsboro Boulevard<br>Suite 210<br>Deerfield Beach,, FL 33441 | |
| Trouve Media<br>433 Airport Blvd<br>Suite 550<br>Burlingame, CA 94010 | |
| Turner Ad Sales<br>P.O. BOX 532448<br>Atlanta, GA 30353-2448 | |
| uBid, Inc.<br>8725 W. Higgins<br>9th Floor<br>Chicago, IL 60631 | |
| Ultimate Cell<br>16746 37th Ave. NE<br>Seattle, WA 98155 | |
| Ultimate Sports (Vendare)<br>Attn: Accounts Receivable<br>15260 Ventura Blvd.<br>Sherman Oaks,, CA 91403 | |
| Ultimate Wireless, Inc.<br>1817 NE Leichner Rd.<br>Vancouver,, WA 98686 | |
| Undertone Networks<br>270 Madison Avenue<br>19th Floor<br>New York, NY 10016 | |
| U-nik press<br>U-nik press<br>Printing And Copy Services<br>900 Nineteenth St, NW,,   DC | |
| United Market Group, Inc. | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Attn Trudi Gilarski<br>929 N Plum Grove Road<br>Schaumburg,, IL  60173 | |
| United Motorcoach Association<br>Attn: Danielle Staudt<br>113 South West Street, 4th Flr<br>Alexandria,, VA  22314 | |
| United Online Advertising Network, Inc.<br>Dept 0222<br>P.O. BOX 120022<br>Dallas, TX  75312-0222 | |
| United TTY Sales & Service<br>21004 Brooke Knolls Road<br>Laytonsville, MD  20882 | |
| Urban World Wireless<br>1601 Sepulveda Blvd.<br>#932<br>Manhattan Beach,, CA  90266 | |
| US Telebrokers<br>9845 E. Bell Road<br>Suite 130<br>Scottsdale, AZ 85260 | |
| US Telebrokers (PlanetOne)<br>9845 E. Bell Rd.<br>Suite 130<br>Scottsdale,, AZ  85260 | |
| USA Credit, LLC<br>One Millennium Dr.<br>Uniontown,, PA  15401 | |
| USA Optin.com<br>399 Knollwood Rd.<br>Suite 300<br>White Plains, NY  10603 | |
| USAA Credit Card Services<br>10750 McDermott Freeway<br>San Antonio,, TX  78288-0570 | |
| USASIA Connect, Inc | |
| USAsia Connect, Inc.<br>2450 Hope Lane, East<br>Palm Beach Gardens,, FL  33410 | |
| USB Plus<br>1530 S. SW Loop 323<br>Suite 113<br>Tyler, TX  75701 | |
| UTI<br>20410 N 19th Avenue<br>Suite # 200<br>Phoenix, AZ 85027 | |
| ValueClick<br>805 Third Street<br>10th Floor<br>New York,, NY 10022 | |
| Vayan Marketing Group<br>Attn: Accounting<br>7700 W. Camino Real | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.
_____
                    Debtor(s)

Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Boca Raton,   33433 | |
| Velocity Vending Corporation<br>12004 Balls Ford Road<br>Manassas, VA  20109 | |
| Vendare Media Corp.<br>C/O First Community<br>Financial Corp.<br>Phoenix, AZ  85011-6006 | |
| VendareNetblue<br>P.O. Box 201984<br>Dallas, TX  75320-1984 | |
| Vendor Promotions LLC<br>2880 Johnson Ferry Road<br>Suite 100<br>Marietta,, GA  30062 | |
| Vente, Inc<br>14210 Hillsdale Circle<br>Omaha,, NE  68137 | |
| Venture Direct Worldwide<br>PO Box 9484<br>Uniondale,, NY  11555-9484 | |
| Venture Mobile, LLC<br>15 Flamingo Circle<br>Walpole, MA  02081 | |
| Verio, Inc<br>8005 South Chester Street<br>Suite 200<br>Englewood,, CO  80112 | |
| Versaly<br>555 116th Ave, NE<br>Suite 232<br>Bellevue, WA  98004 | |
| Vesper Media<br>33 Kenilworth Road<br>Binghampton,, NY  13903 | |
| Veterans Advantage<br>81 Holly Hill Lane<br>Greenwich, CT  06830 | |
| VFW<br>406 W. 34th Street<br>Kansas City, MO  64111 | |
| VICI Marketing (Freedom Phones)<br>14001 63rd Way N<br>Clearwater,, FL  33760 | |
| Vinny Olmstead (Broadband National)<br>1054 20th Place<br>Vero Beach,, FL  32960 | |
| Virginia Association of Realtors<br>10231 Telegraph Road<br>Glen Allen, VA  23059 | |
| Virtumundo<br>4600 Madison, Suite 500<br>Kansas City,, MO  64112 | |
| VirtuNet, Inc. | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE InPhonic, Inc.
_____
                        Debtor(s)                                    Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 6300 Canoga Ave 15th Floor Woodland Hills,, CA 91367-8015 | |
| Vision Marketing Inc. 429 Sylvan Avenue Englewood Cliffs, NJ 07632 | |
| Vizone One 17360 Colima Road #341 Rowland Heights,, CA 91748 | |
| Vondigo, LLC 300 Highview Avenue Silver Spring, MD 20901 | |
| Vulco, LLC 17314 State Highway 249 Suite 112 Houston,, TX 77064 | |
| W M Unlimited 19415 Gran Cima San Antonio, TX 78258 | |
| Walker Management, Inc., Agent Suite 400 12007 Sunrise Valley Drive Reston, VA 20191 | |
| Ward Media, Inc. 28 W 36th Street Suite 804 New York,, NY 10018 | |
| Waterfront Center Limited Partnership C/O R B Associates, Inc. 1054 31st Street Nw, Suite 1000 Washington, DC 20007 | |
| WCS Cellphones Online, Inc. 8739 83rd Avenue Edmonton,,   TGE 2B6 | |
| WeatherBug AWS 12410 Milestone Center Dr. Germantown, MD 20876-7101 | |
| WeatherBug 2-5 Metropolitan Court Gaithersburg,, MD 20878 | |
| Web Clients, Inc. 4143 Solutions Center Lockbox #774143 Chicago, IL 60677-4001 | |
| Web Clients, Inc. 2201 North Front Street Harrisburg,, PA 17110 | |
| Web Search Engines.com 25-14 35th Avenue Astoria,, NY 11106 | |
| Webclients.Net 2201 North Front Street Harrisburg, PA 17110 | |
| Web-Search-Engines.com | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc.
_____
Debtor(s)

Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 25-14 35th Ave Astoria, NY 11106 | |
| Westrick, Brian 4523 Gladwyne Drive Bethesda, MD 20814 | |
| Westside Cellular 1160 Avenida Sobring Oceanside, CA 92057 | |
| Wherever U 51 Putnam Street San Francisco, CA 94110 | |
| Wildcat Gtel Wireless, Inc. 29399 Agoura Rd Ste 103 Agoura Hills, CA 91301 | |
| Wired Plastics 801 North 500 West Suite 102 West Bountiful,, UT 84087 | |
| Wireless Consultant 12901 NW 1st Street #111 Pembroke Pines, FL 33028 | |
| Wireless Emporium 4040 N. Palm St. Suite 401 Fullerton, CA 92835 | |
| Wireless Guru 21 1/2 W. Montcalm Pontiac,, MI 48342 | |
| Wireless Plans 100 Via Katrina Thousand Oaks, CA 91320 | |
| Wireless Wise 112 Dickman Drive Lavallette, NJ 08735 | |
| Wireless Xcessories Group, Inc. 1840 County Line Road #301 Huntingdon Valley, PA 19006 | |
| World Data Network 1489 West Palmetto Park Road Suite 480 Boca Raton,, FL 33486 | |
| World Telecom, Inc. 22761 Pacific Coast Highway Suite # 101 Malibu, CA 90265 | |
| www.bay9.com | |
| Wynd Communications Corp. 75 Higuera Street Suite 240 San Luis Obispo,, CA 93401-5424 | |
| XactMail 60 Madison Avenue | |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                            Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| New York,, NY 10010 | |
| Xalient, LLC<br>2308 Silver Maple Court<br>Indianapolis, IN 46222 | |
| Xuppa.com<br>Attn: Itay Koren<br>450 Seventh Ave., Suite 1605<br>New York,, NY 10018 | |
| Yahoo! Inc.<br>Po Box 3003<br>Carol Stream,, IL 60132-3003 | |
| Yahoo! Search Marketing /Overture<br>P.O. Box 89-4147<br>Los Angeles, CA 90189-4147 | |
| Yahoo!, Inc.<br>Yahoo! Accounts Receivable<br>P.O. BOX 3003<br>Carol Stream, IL 60132-3003 | |
| Yellow Page Authority<br>8940 W 192nd Street<br>Suite D<br>Mokena, IL 80448 | |
| YellowPages.com<br>2460 Paseo Verde Parkway<br>Suite 135<br>Henderson, NV 89074 | |
| YNR Marketing<br>Box 7735<br>Laguna, Niguel, CA 92607 | |
| You Never Call, Inc.<br>5967 W. 3rd Street<br>#307<br>Los Angeles, CA 90036 | |
| YouTube, Inc.<br>71 E. Third Avenue<br>San Mateo, CA 94401 | |
| Yub.com, Inc.<br>85 Enterprise<br>Suite 100 - Dept. AR<br>Aliso Viejo, CA 92656 | |
| Zalmar<br>63 Flushing Avenue<br>Unit 353<br>Brooklyn, NY 11205 | |
| Zed Interactive (Music.com)<br>5 Lyons Mall<br>#334<br>Basking Ridge,, NJ 07920 | |
| Zero Company Performance Marketing<br>620 Camino De Los Mares, #E459<br>San Clemente, CA 92673 | |
| Zing Wireless<br>17207 Ventura Boulevard<br>Suite 4<br>Encino,, CA 91376 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____
                            Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZipZoom Fly<br>38929 Cherry Street<br>Newark, CA 94560 | -- |
| Zooba<br>Summer Exchange Bldg.<br>4th Floor 101 Arch Street<br>Boston,, MA 02110 | |
| AT&T<br>PO Box 277019<br>Atlanta, GA 30384 | Vendor Agreements |
| AT&T<br>PO Box 830120<br>Baltimore, MD 21283 | Vendor Agreements |
| AT&T<br>PO Box 13128<br>Newark, NJ 07101 | Vendor Agreements |
| BROECH Corp, Dba TUSC<br>PO Box 5940<br>Carol Stream, IL 60197 | Vendor Agreements |
| Doug Brower<br>Unit 201<br>706 Copperline Drive<br>Chapel Hill, NC 27516 | Vendor Agreements |
| CosmoCom.Inc.<br>121 Broadhollow Road<br>Melville, NY 11747 | Vendor Agreements |
| DeLage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Vendor Agreements |
| DesertSoft<br>Suite 1-645<br>16845 N 29th Avenue<br>Phoenix, AZ 85053 | Vendor Agreements |
| Devo Services<br>85, An Av Yaacoub El Mansour<br>Et Naseh Eddine 1er Etage, Apt 1<br>Casablanca, MOROCCO, | Vendor Agreements |
| EMC Corporation<br>4246 Collections Center Drive<br>Chicago, IL 60693 | Vendor Agreements |
| Eplus Group Inc.<br>PO Box 8500-5270<br>Philadelphia, PA 19178 | Vendor Agreements |
| F5 Networks, Inc.<br>C/O Bank Of America<br>PO Box 406097<br>Atlanta, GA 30384 | Vendor Agreements |
| Global Crossing Telecommunications<br>PO Box 741276<br>Cincinnati, OH 45274 | Vendor Agreements |
| Hewlett Packard Company<br>PO Box 1011149<br>Atlanta, GA 30392 | Vendor Agreements |
| Peter Lynch | Vendor Agreements |

© 1992-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE InPhonic, Inc. _____    Case No. _____

Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 52 Beeches Road<br>PO Box 1299<br>Pictou, NS B0K 1H0 | |
| MCI<br>PO Box 96022<br>Charlotte, NC 28296 | Vendor Agreements |
| MCI<br>PO Box 371873<br>Pittsburgh, PA 15250 | Vendor Agreements |
| MCI<br>PO Box 371392<br>Pittsburgh, PA 15251 | Vendor Agreements |
| MCI Comm Service<br>27732 Network Place<br>Chicago, IL 60673 | Vendor Agreements |
| MCI/Verizon<br>PO Box 371355<br>Pittsburgh, PA 15250 | Vendor Agreements |
| MCI<br>PO Box 371322<br>Pittsburgh, PA 15250 | Vendor Agreements |
| Microsoft Licensing, GP<br>1401 Elm St., 5th Floor<br>Dept 842467<br>Dallas, TX 75202 | Vendor Agreements |
| Navisite, Inc.<br>PO Box 10138<br>Uniondale, NY 11555 | Vendor Agreements |
| Neustar, Inc.<br>C/O Bank Of America<br>PO Box 277833<br>Atlanta, GA 30353 | Vendor Agreements |
| New Directions Data Group Of RI LLC<br>Suite 303<br>1459 Stuart Engals Boulevard<br>Mt. Pleasant, SC 29464 | Vendor Agreements |
| SAVVIS, Inc.<br>13339 Collections Center Drive<br>Chicago, IL 60693 | Vendor Agreements |
| Traversent LLC<br>6 Summerville Road<br>Foxboro, MA 02035 | Vendor Agreements |
| Verizon<br>PO Box 920041<br>Dallas, TX 75392-0041 | Vendor Agreements |
| InBoxer, Inc. | Vendor Agreements |
| IronPort Systems | Vendor Agreements |