InPhonic, Inc.

## SCHEDULE B - EXHIBIT 3
## Lease and Other Deposits

Lease and Other Deposits Schedule- GL Account 19100
Monthly Reconciliation
Prepared by: Mark Mihill
As of Sept. 30, 2007

| Vendor | Location | Description | Sept. 07 Ending Balance |
|---|---|---|---|
| Waterfront Center | Waterfront Center | Georgetown | $ 20,000.00 |
| PEPCO | PEPCO (Security deposit included) | Security deposit (due in 4 years) | $ 4,602.59 |
| Parkridge Five Associates | Parkridge Five Associates | Reston Security Deposit | $ 3,000.00 |
| BPG Properties, LTD (Vendor 45444 | 11130 Sunrise Valley Dr, Suite 100 | First Mo. Rent/Lease&Security Deposit | $ 75,381.67 |
| ExperServ | ExperServ | start up&deposit + Deposit held until end of contract. | $ 241,930.00 |
| | Adyanthata Rathnaker | A. Basak Security Dpst | $ - |
| E-plus (Inv#324829) | E-plus (Inv#324829) | This represent the last lease payment | $ 37,880.98 |
| CareFirst Blue Cross/Blue shield | CareFirst Blue Cross/Blue shield | Advance held by Blue Cross and Blue Shield to cover claims | $ 422,000.00 |
| Aaron's Rentals (vendor 46225) | 11130 Sunrise Valley Dr. | 5/31-Ref.Furniture Rental 6/07 | $ 1,462.02 |
| Virginia Sprinkler Co. Vendor 40337 | Largo (inv#SC6393-01) | Sprinkler system fire protection survey. | $ 9,500.00 |
| Western Branch Diesel, Inc. (Inv-Inphonic-Generator Only invoice). | 11190 Sunrise Valley Dr. | R/C Building Generator for new building Facility. PO# 7689. R/C to L/H improvement once we moved into new facility. | $ 167,884.50 |
| | Balance | | $ 983,641.76 |