CAIS Acquisition II, LLC

## STATEMENT OF FINANCIAL AFFAIRS - EXHIBIT 3b
### Payments Within 90 Days

CAIS Acquisition II, LLC
Statement of Financial Affairs - 3B
Payments greater than $5,474.99 preceding 90 days
As of 11/07/07

| | | | | | | Dates of payments/Transfer | Amount Paid | Amount Still owing |
|---|---|---|---|---|---|---|---|---|
| 5Linx Enterprises, Inc. | 50 Methodist Hill Drive | Suite #1500 | Rochester | NY | 14623 | 8/15/2007 | $14,125.00 | 103,500 |
| 5Linx Enterprises, Inc. | 50 Methodist Hill Drive | Suite #1500 | Rochester | NY | 14623 | 8/15/2007 | $7,375.00 | 103,500 |
| Colvin Run Partners, LLC | P.O. BOX 994 | | Great Falls | VA | 22066 | 8/29/2007 | $9,433.55 | 10,600 |
| Colvin Run Partners, LLC | P.O. BOX 994 | | Great Falls | VA | 22066 | 10/1/2007 | $9,433.55 | 10,600 |
| OKS-Ameridial | 4535 Strausser Street N.W. | | North Canton | OH | 44720 | 8/29/2007 | $13,591.89 | 59,215 |
| OKS-Ameridial | 4535 Strausser Street N.W. | | North Canton | OH | 44720 | 10/24/2007 | $19,207.86 | 59,215 |
| Randall Van Dyke & Associates | c/o JDS Professional Group | 5670 Greenwood Plaza Blvd | Suite # 20C Greenwood Village | CO | 80111 | 8/7/2007 | $19,980.00 | 94,966 |
| Randall Van Dyke & Associates | c/o JDS Professional Group | 5670 Greenwood Plaza Blvd | Suite # 20C Greenwood Village | CO | 80111 | 8/8/2007 | $29,713.50 | 94,966 |
| Randall Van Dyke & Associates | c/o JDS Professional Group | 5670 Greenwood Plaza Blvd | Suite # 20C Greenwood Village | CO | 80111 | 9/25/2007 | $23,895.00 | 94,966 |
| Randall Van Dyke & Associates | c/o JDS Professional Group | 5670 Greenwood Plaza Blvd | Suite # 20C Greenwood Village | CO | 80111 | 10/24/2007 | $60,000.83 | 94,966 |
| Yellow Page Authority | 8940 W. 192nd Street | Suite D | Mokena | IL | 60448 | 8/8/2007 | $117,842.59 | 521,436 |