## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Edmon L. Morton, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission *pro hac vice* of David A. Agay of Kirkland & Ellis LLP, as counsel to Adeptio INPC Funding, LLC in the above-captioned cases.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edmon L. Morton*

Edmon L. Morton (No. 3856)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Tel: (302) 571-6600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 9, 2007

/s/ David A. Agay

KIRKLAND & ELLIS LLP
David A. Agay, Esq.
200 East Randolph Drive
Chicago, Illinois 60601-6636
Tel: (312) 861-2000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Date: November ___, 2007

The Honorable Kevin Gross