IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07- 11666-KG |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Neil B. Glassman, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of: Maria Ellena Chavez-Ruark, Esq., DLA Piper US LLP, The Marbury Building, 6225 Smith Avenue, Baltimore, Maryland 21209 to represent the debtors in the case of InPhonic, Inc., et al. The Admittee is admitted, practicing, and in good standing in Maryland.

Respectfully submitted,

Date: November 8, 2007

*/s/ Neil B. Glassman*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

Proposed Counsel for Debtors
and Debtors in Possession

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

673182-1

DATE 11/8/07
DOCKET # 18

Pursuant to Local Bankruptcy Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdiction shown in the paragraph above and pursuant to Local Bankruptcy Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Maria Ellena Chavez Ruark
Maria Ellena Chavez Ruark (MD Bar No. 23941)
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone:   (410) 580-4248
Facsimile:    (410) 580-3248

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: November 9, 2007
Wilmington, Delaware

/s/ Kevin Gross
UNITED STATES BANKRUPTCY JUDGE