# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | InPhonic, Inc. | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 09, 2007 03:00 PM   2B DISTRICT CRT | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

## *Matter:*

First Day Motions
**R / M #:**   22 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Voluntary Chapter 11 Petitions
#2 Affidavit of Kenneth D. Schwarz, CFO
#3 Continued
#4 - Approved ORDER SIGNED
#5 - Approved ORDER SIGNED
#6 - Approved ORDER SIGNED
#7 - Approved ORDER SIGNED
#8 - Approved ORDER SIGNED
#9 - Approved ORDER SIGNED
#10 - Approved ORDER SIGNED
#11 - Approved -  ORDER SIGNED
#12 - Approved -ORDER SIGNED  Date Set 11/30 @ 3:00 pm
Date Set for Sale Hearing - 12/13/07 @ 10:00 a.m.