# SIGN-IN-SHEET

**CASE NAME:** n/a InPhonic, Inc.
**CASE NO.:** 07-11666 - KG

**COURTROOM LOCATION:** 3
**DATE:** 11/9/07

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tiffany Cobb (Telephonic Appearance) | Vorys, Sater, Seymour + Pease | AoL LLC |
| Brent Shaw ( " ) | JBR Media Ventures | JBR Media |
| Paul Strohmenger ( " ) | CosmoCom | CosmoCom |
| Andrew Ray ~~Dino Michailov~~ ( " ) | Bingham + McCutchen | ACN Communications |
| Tom CALIFANO | DLA PIPER | DEBTORS |
| Jeremy Johnson | DLA Piper | DEBTORS |
| Neil Glassman | The Bayard Firm | Debtors |
| Eric Sutty | The Bayard Firm | Debtors |
| David Agay | Kirkland & Ellis | Adeptio, an affiliate of Versa Capital |
| Robert Brady | Young Conaway | " |
| Edmon Morton | " | " |
| Regina Kelbon | Blank Rome | Cellco Partnership d/b/a Verizon Wireless |
| Richard L. Schepacarter | USDOJ-OUST | UST |
| Justin Abernathy (Telephone) | Sureclick | Sureclick |
| | | |
| | | |