# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| INPHONIC, INC., et al.[1] | :    Case No. 07- |
| | : |
|       Debtors. | :    (Jointly Administered) |
| | : |
| | : |
| | : |

### NOTICE OF AUCTION AND SALE

**PLEASE TAKE NOTICE** that November _____,2007, Inphonic, Inc., and each of its

subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors"), filed their

Motion For Order (I) Approving Bid Procedures Relating to Sale of Substantially All of the

Debtors' Assets; (II) Scheduling A Hearing to Consider the Sale and Approving the Form and

Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of

Certain Contracts, Including Notice of Procured Cure Amounts, (IV) Approving Expense

Reimbursement Provision, and (V) Granting Related Relief (the "Bid Procedures Motion") with

the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The

Debtor has received a Qualified Bid from Adeptio INPC Funding, LLC, a Delaware limited

liability company ("Adeptio"). All parties that may be interested in submitting a bid for the

Assets[2] or any portion thereof or talking part in an Auction (as defined below) must read

carefully the Bid Procedures as outlined in the Bidding Procedures Order (as defined below).

---

[1] The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.
[2] Unless otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Bid Procedures Motion.

675220-1

**PLEASE TAKE NOTICE** that at a hearing held on November ____, 2007, the Bankruptcy Court approved the Bid Procedures Motion and scheduled a hearing to consider the Debtors' Motion of Debtors for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Sale of Substantially All of Their Assets; (B) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief, (the "Sale Motion"), for December____, 2007 at _:__ _.m. (prevailing Eastern Time). You may obtain a copy of the Agreement by making a written request to the undersigned counsel.

Only those parties that submit Qualified Bids may participate in the Auction (as defined below); if you are interested in determining how to submit such a Qualified Bid, you must comply with the terms of the Bid Procedures as referenced in the Order granting the Bid Procedures Motion (the "Bidding Procedures Order"). Any party in interest wishing to receive a complete set of the Agreement, the Bid Procedures Motion and the Bidding Procedures Order may do so free of charge upon request of Debtors' counsel (DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020 Attn: Thomas R. Califano).

Any party that wishes to take part in this process and submit a bid for the Assets or any portion thereof must submit their competing bid prior to **December 7, 2007, at 12:00 p.m.** (Eastern Time) (the "Bid Deadline") to (i) InPhonic, Inc., 1010 Wisconsin Ave. NW, Suite 600, Washington, D.C. 20007, Attn: Gregory S. Cole; (ii) investment banker for the Debtors, Goldsmith-Agio-Helms/Lazard Middle Market, 11 West 42nd Street, 29th Floor, New York, New York 10036, Attn: Andrew Torgrove, (iii) counsel for the Debtors, DLA Piper US LLP,

2

1251 Avenue of the Americas, New York, NY 10020, Attn: Thomas R. Califano and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899, Attn: Neil B. Glassman; (iv) Adeptio, c/o Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, Attn: David Lorry- with a copy to: Kirkland and Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, Attn: Anup Sathy and John Schoenfeld; and (v) counsel to any official committee of unsecured creditors appointed in this case (if any, the "Committee") (collectively, the "Notice Parties").

If a Qualified Bid (other than Adeptio's Qualified Bid) is received by the Bid Deadline, an auction (the "Auction") with respect to a contemplated transaction shall take place on **December 12, 2007, at 10:00 a.m. (Eastern Time)** at the offices of DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020, 27th floor. If, however, no such Qualified Bid is received by the Bid Deadline, then the Auction will not be held, Adeptio will be deemed the Successful Bidder, the Agreement will be the Successful Bid, and, at the Sale Hearing scheduled for **December 13, 2007**, the Debtors will seek approval of and authority to consummate the transaction contemplated by the Agreement.

Only a Qualified Bidder who has submitted a Qualified Bid will be eligible to participate at the Auction. Only the authorized representatives of each of the Qualified Bidders, the Committee, and the Debtors shall be permitted to attend the Auction. At the Auction, Qualified Bidders will be permitted to increase their bids. The bidding at the Auction shall start at the purchase price stated in the highest or otherwise best Qualified Bid as disclosed to all Qualified Bidders prior to commencement of the Auction, and continue in increments of at least $500,000. The highest or otherwise best Qualified Bid shall be determined by the Debtors in their

discretion, in consultation with the Committee, or as determined by the Bankruptcy Court in the event of a dispute.

At the Sale Hearing, the Debtors will present the Successful Bid to the Bankruptcy Court for approval. The Debtors will sell the Assets or any portion thereof to the Successful Bidder, or to Adeptio in accordance with the Agreement if a higher or otherwise better Qualified Bid is not received and accepted as the Successful Bid. If the Successful Bidder fails to consummate an approved Sale because of a breach or a failure to perform on the part of such Successful Bidder, the next highest or otherwise best Qualified Bid, as approved at the Sale Hearing, shall be deemed to be the Successful Bid and the Debtor shall be authorized to effect such Sale without further order of the Bankruptcy Court.

If you seek to object to the sale of the Assets or any portion thereof, you must comply with the terms for making such objections as set forth in the Bid Procedures Motion and the Bidding Procedures Order. Such Objections must be filed with the Bankruptcy Court for the District of Delaware and served on the parties set forth in the Bidding Procedures Order. If any party fails to timely file and serve an objection in accordance with the Bidding Procedures Order, the Bankruptcy Court may disregard such objection.

Dated: Wilmington, Delaware
      November____, 2007

**THE BAYARD FIRM**

By:_____
    Neil B. Glassman (No. 2087)
    Mary E. Augustine (No. 4477)
    222 Delaware Avenue
    Suite 900
    P.O. Box 25130
    Wilmington, DE 19899
    Telephone:   (302) 655-5000
    Facsimile:   (302) 658-6395

    and

675220-1

**DLA PIPER US LLP**

By:_____

     Thomas R. Califano
     Jeremy R. Johnson
     1251 Avenue of the Americas
     New York, New York  10020
     Telephone:    (212) 335-4990
     Facsimile:    (212) 884-8690

     Proposed Counsel for Debtors
     and Debtors in Possession

675220-1