# EXHIBIT 2

InPhonic, Inc.
$ in 000s

| For the Period: | Nov 12 - 16 | Nov 19 - 23 | Nov 26 - 30 | Dec 3 - 7 | Dec 10 - 14 | Dec 17 - 21 | Dec 24 - 28 | Dec 31 |
|---|---|---|---|---|---|---|---|---|
| **Cash Inflows:** | | | | | | | | |
| Total Carrier Commission Receipts | 0 | 0 | 1,065 | 0 | 0 | 457 | 1,419 | 11,343 |
| Total Carrier Commission Offsets | 0 | 0 | (64) | 0 | 0 | 0 | 0 | (583) |
| Net Carrier Receipts | 0 | 0 | 1,001 | 0 | 0 | 457 | 1,419 | 10,760 |
| Customer Phone Sales | 400 | 400 | 400 | 500 | 500 | 500 | 500 | 500 |
| Other Receipts | 400 | 600 | 530 | 600 | 600 | 800 | 630 | 600 |
| **Total Cash Inflows** | 800 | 1,000 | 1,931 | 1,100 | 1,100 | 1,757 | 2,549 | 11,860 |
| **Cash Outflows:** | | | | | | | | |
| Marketing Expenses | 1,486 | 1,050 | 742 | 673 | 777 | 3,253 | 837 | 314 |
| Inventory Payments | 1,500 | 2,501 | 2,771 | 0 | 1,975 | 2,331 | 0 | 2,866 |
| Payroll & Benefits Expenses | 1,500 | 78 | 1,450 | 288 | 1,400 | 75 | 1,400 | 25 |
| Facility Operating Expenses | 500 | 175 | 189 | 446 | 140 | 165 | 140 | 59 |
| Other Operating Expenses | 1,422 | 117 | 52 | 1,002 | 122 | 602 | 117 | 52 |
| Rebates Paid to Customers (current activity, no settlement pmts) | 0 | 0 | 0 | 250 | 0 | 0 | 0 | 0 |
| Capital Expenditures | 235 | 0 | 0 | 0 | 165 | 25 | 45 | 0 |
| **Operating Cash Outflows** | 6,643 | 3,921 | 5,204 | 2,659 | 4,578 | 6,451 | 2,539 | 3,315 |
| **Net Operating Cash Flow Before Restructuring Expenses** | (5,843) | (2,921) | (3,273) | (1,559) | (3,478) | (4,694) | 11 | 8,544 |
| **Restructuring Related Expenses:** | | | | | | | | |
| DIP Facility Commitment/Termination Fee (2% of $25 million DIP Facility) | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 250 |
| DIP Facility Interest (11%) | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 169 |
| Utilities Deposits | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of Sales / Use Taxes | 200 | 0 | 0 | 0 | 0 | 100 | 0 | 0 |
| Restructuring Legal & Professional Fees: | | | | | | | | |
| Company Restructuring Counsel (DLA Piper) | 50 | 50 | 250 | 0 | 0 | 0 | 250 | 75 |
| Company Restructuring Financial Advisor (Lazard) | 0 | 0 | 50 | 0 | 0 | 0 | 50 | 25 |
| Senior Debt Counsel (Kirkland & Ellis) | 0 | 0 | 150 | 0 | 0 | 0 | 0 | 150 |
| Senior Debt Financial Advisor (Capstone) | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Unsecured Creditor Committee Counsel | 0 | 0 | 125 | 0 | 0 | 0 | 0 | 125 |
| Unsecured Creditor Committee Financial Advisor | 0 | 0 | 75 | 0 | 0 | 0 | 0 | 75 |
| Other (U.S. Trustee, claims administrator) | 0 | 0 | 25 | 0 | 0 | 0 | 0 | 25 |
| **Total Restructuring Legal & Professional Fees** | 110 | 110 | 735 | 60 | 60 | 60 | 360 | 510 |
| **Total Restructuring Related Expenses** | 660 | 110 | 769 | 60 | 60 | 160 | 360 | 929 |
| **Net Cash Flow** | (6,503) | (3,031) | (4,042) | (1,619) | (3,538) | (4,854) | (349) | 7,615 |
| Beginning Cash | $524 | $5,979 | $9,010 | $13,052 | $14,670 | $18,209 | $23,063 | $23,412 |
| Beginning DIP Facility Balance | $0 | 3,031 | 4,042 | 1,619 | 3,538 | 4,854 | 349 | (7,615) |
| DIP Facility Borrowings / (Repayments) | 5,979 | 3,031 | 4,042 | 1,619 | 3,538 | 4,854 | 349 | (7,615) |
| **Ending DIP Facility Balance** | $5,979 | $9,010 | $13,052 | $14,670 | $18,209 | $23,063 | $23,412 | $15,797 |