ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 |
| Debtors. | : (Jointly Administered) |
| | : **Re: Docket No. 8** |

### ORDER AUTHORIZING PAYMENT OF PREPETITION TRUST FUND TAXES IN THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a) AND 541(d)

This matter coming before the Court on the *Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 507(a) and 541(d) for an Order Authorizing Payment of Pre-Petition Trust Fund Taxes in the Ordinary Course of Business* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient under the circumstances, the Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings provided in the Motion.

675174-1

Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Motion is granted.

2. Subject to the DIP Facility, the DIP Credit Agreement or the interim and/or final orders approving the DIP Facility (as each term is defined in the Schwarz Affidavit), the Debtors are hereby authorized, but not directed, to pay all prepetition Trust Fund Taxes as more specifically set forth in the Motion, in the ordinary course of their businesses.

3. This Order is without prejudice to the Debtors' rights to contest the amounts, validity, nature, or priority of any Trust Fund Taxes or any other taxes or obligations on any grounds they deem appropriate.

Dated: November 9, 2007
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE