IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>INPHONIC, INC., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 07-11666 (KG)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket No. 13** |

**NOTICE OF FILING OF SCHEDULES RELATED TO THE DEBTORS'
MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a), 363 AND 365 OF
THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006 AND 9014 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE
SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN
ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER
OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV)
GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on November 8, 2007, InPhonic Inc.

("InPhonic") and its affiliated debtors and debtors in possession (collectively, the

"Debtors") filed the Debtors' Motion for an Order Pursuant to Sections 105(a), 363 and

365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules

of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets;

(II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III)

---

[1] InPhonic, Inc. together with its wholly-owned subsidiaries identified below, have each filed voluntary Chapter 11 petitions and a motion is pending pursuant to Federal Rule of Bankruptcy Procedure 1015 for Joint Administration. The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Motion") [Docket No. 13]. Attached to the Motion as Exhibit A was the Asset Purchase Agreement entered into by and between InPhonic Inc. and Adeptio INPC Funding, LLC (the "APA").

PLEASE TAKE FURTHER NOTICE that attached hereto are the schedules related to the APA.

Dated: Wilmington, Delaware
November 12, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  212-335-4500
Facsimile:  212-335-4501

Proposed Counsel for Debtors
and Debtors in Possession