UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491    FAX (302) 573-6497

**KELLY BEAUDIN STAPLETON**                               **ANDREW R. VARA**
U.S. TRUSTEE                                              ASSISTANT U.S. TRUSTEE

---

REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT
TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR:**        In Phonic, Inc., *et al*

**CASE NO:**       07-11666(KG) through 07-11673(KG)

**DATE:**          Thursday, December 13, 2007

**TIME:**          2:30 P.M

**LOCATION:**      **J. Caleb Boggs Federal Building, 2nd Floor, Room 2112**

By:   /s/ Richard L. Schepacarter
      Richard L. Schepacarter, Trial Attorney

Dated: November 13, 2007

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**