# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: November 30, 2007 at 3:00 p.m.**<br>**Objection Deadline: November 23, 2007 at 4:00 p.m.**<br>**Related to Docket Nos.: 4, 51** |

### NOTICE OF (I) FILING OF MOTION AND ENTRY OF INTERIM ORDER AND (II) FINAL HEARING WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (II) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE

**PLEASE TAKE NOTICE** that on November 8, 2007, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Debtors' Motion for an Order (i) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (ii) Deeming Utility Companies Adequately Assured of Future Performance, and (iii) Establishing Procedures for Determining Requests for Additional Adequate Assurance (the "Motion") [Docket No. 4]. A copy of the Motion is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2007, following a

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

hearing before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Bankruptcy Court entered an interim order [Docket No. 51] (the "Order"), granting the Motion on an interim basis. A copy of the Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Order granting the Motion on a final basis is attached hereto as Exhibit C.

**PLEASE TAKE FURTHER NOTICE** that any objections to the approval of the Motion on a final basis must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel no later than **November 23, 2007 at 4:00 p.m.** (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a final hearing will be held on **November 30, 2007 at 3:00 p.m.** before the Honorable Kevin Gross at the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, DE 19801. Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO ENTRY OF A FINAL ORDER ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware
      November 13, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession