# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br><br>Jointly Administered<br><br>**Hearing Date: November 30, 2007 at 3:00 p.m. (ET)**<br>**Objection Deadline: November 23, 2007 at 4:00 p.m. (ET)**<br>**Related to Docket Nos.: 11 and 55** |

### NOTICE OF (A) FILING OF MOTION AND ENTRY OF INTERIM ORDER AND (B) FINAL HEARING WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POSTPETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING, PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001(c) AND (d)

**PLEASE TAKE NOTICE** that on November 8, 2007, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing,

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) (the "Motion") [Docket No. 11]. A copy of the Motion is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2007, following a hearing before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Bankruptcy Court entered an interim order [Docket No. 55] (the "Order"), granting the Motion on an interim basis. A copy of the Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that any objections to the approval of the Motion on a final basis must be made in writing and filed on or before **November 23, 2007 at 4:00 p.m.** (ET) (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received on or before the Objection Deadline by: (i) the undersigned counsel for the Debtors; (ii) counsel to the DIP Lender (a) Kirkland & Ellis LLP, 200 East Randolph Dr., Chicago, IL 60601, Attn: David A. Agay and (b) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Robert S. Brady, Esq.; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: Richard Schepacarter, Esq.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a final hearing will be held on **November 30, 2007 at 3:00 p.m.** before the Honorable Kevin Gross at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801. Only

objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO ENTRY OF A FINAL ORDER ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware
November 13, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession

675637-1