**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 07-11666 (KG)** |
| **INPHONIC, INC., et al.,** ) | |
| ) | **Chapter 11** |
| ) | |
| **DEBTORS.** ) | |
| ) | |

**NOTICE OF APPEARANCE AS COUNSEL AND
REQUEST FOR NOTICES FOR AT&T**

**COMES NOW,** the law firm of Kilpatrick Stockton LLP, counsel for AT&T[1] in the above-captioned cases, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby files this Notice of Appearance as Counsel and Request for Notices.

Kilpatrick Stockton LLP hereby requests that all notices, papers, pleadings, and documents required to be served in these cases be served upon the following as counsel for AT&T in the above-styled case:

> Todd C. Meyers, Esq.
> Paul M. Rosenblatt, Esq.
> KILPATRICK STOCKTON LLP
> Suite 2800
> 1100 Peachtree Street, N.E.
> Atlanta, Georgia 30309-4530
> Direct Dial: (404) 815-6500
> Direct Fax: (404) 541-3373
> E-mail Address:
> tmeyers@kilpatrickstockton.com
> prosenblatt@kilpatrickstockton.com

---

[1] "AT&T" means collectively AT&T Mobility II, LLC f/k/a Cingular Wireless II, LLC and its affiliates including AT&T, Inc.

This request for notices encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other documents brought before this Court in any proceeding, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, facsimile, electronic mail or otherwise which affect or seek to affect the above cases.

Respectfully submitted this 13th day of November, 2007.

**KILPATRICK STOCKTON LLP**
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, Georgia  30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6500


By:   /s/ Paul M. Rosenblatt
      Paul M. Rosenblatt

**Counsel for AT&T**

US2000 10432759.1