IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*,[1] ) | Case No. 07-11666 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    §  SS:
NEW CASTLE COUNTY   §

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, attorneys for the IT Litigation Trust in the above-captioned case, and that on the 8th day of November 2007, she caused a copy of the

- **Notice of Filing of Bankruptcy Petitions [Docket No. 20]**

to be served upon the parties on the attached service list *via* hand delivery

*/s/ Edith Miranda*
Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: November 14, 2007

*/s/ Sherri L. Camp*
Notary Public

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

675694-1

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2010

| INPHONIC INC. |
|---|

## Service List

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801


Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802


Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801


Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. BHox 2046
Wilmington   DE   19899-2046


Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801

*Adeptio INPC Funding LLC*