# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 33** |

## NOTICE OF PARTIAL WITHDRAWAL REGARDING DOCKET NO. 33

**PLEASE TAKE NOTICE** that on November 9, 2007, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") filed certain schedules and statements for Star Number, Inc. (the "Schedules") with the United States Bankruptcy Court for the District of Delaware [Docket No. 33].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

675698-1

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw Attachment to Schedule E of Docket No. 33.

Dated: Wilmington, Delaware
November 14, 2007

THE BAYARD FIRM

By: /s/ Mary E. Augustine
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession