IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | Hearing date: November 30, 2007 at 3:00 p.m. Prevailing Eastern Time |
| | Objection deadline: November 23, 2007 at 4:00 p.m. Prevailing Eastern Time |

**NOTICE OF SUPPLEMENT TO THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO SECTION 105(A), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

To:  (a) Office of the United States Trustee for the District of Delaware; (b) all parties having filed requests for notices in the Debtor's chapter 11 cases; (c) counsel to Adeptio; (d) all entities known to have expressed a *bona fide* interest in acquiring the Assets; (e) the Debtors' twenty (20) largest creditors; and (f) all federal, state, and local regulatory or taxing authorities or recording offices which have a reasonably known interest in the relief requested by the Motion.

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *Supplement to the Motion of the Debtors for an Order Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All their Assets;*

---

[1] InPhonic, Inc., ("InPhonic") together with its wholly-owned subsidiaries identified below, have each filed voluntary Chapter 11 petitions and a motion is pending pursuant to Federal Rule of Bankruptcy Procedure 1015 for joint administration. The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

- 2 -

*(II) Approving an Asset Purchase Agreement, Subject to Higher and Better Officers, (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that Objections and other responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **4:00 p.m. Prevailing Eastern Time on November 23, 2007.**

**PLEASE TAKE FURTHER NOTICE** that any objection or other responses to the Motion, if any, must also be served so that they are received no later than **November 23, 2007 at 4:00 p.m.** Prevailing Eastern Time, by: (i) The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attention: Neil B. Glassman, Esq., and (ii) DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020, Attention: Thomas R. Califano, Esq.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **November 30, 2007 at 3:00 p.m. Prevailing Eastern Time.**

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Respectfully submitted,

Date: November 14, 2007

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

and

Thomas R. Califano
Jeremy Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession