**Exhibit A**

**Schwarz Affidavit**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al.,[1] | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AFFIDAVIT OF KENNETH D. SCHWARZ, CHIEF FINANCIAL OFFICER
OF THE DEBTORS, IN SUPPORT OF SUPPLEMENT TO THE MOTION OF THE
DEBTORS FOR AN ORDER PURSUANT TO SECTION 105(A), 363 AND 365 OF THE
BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF
SUBSTANTIALLY ALL THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE
AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

I, KENNETH D. SCHWARZ, being duly sworn, depose and state as follows:

1.      I submit this Affidavit in support of the *Supplement* (the "Supplement") *to the*

*Motion of the Debtors for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy*

*Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedures (I)*

*Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase*

*Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment*

*of Certain Executory Contracts, and Unexpired Leases; and (IV) Granting Related Relief* (the

"Sale Motion").    Except as otherwise indicated, all statements in this Affidavit are based on my

personal knowledge, my review of relevant documents, my opinion based on my experience and

---

[1]  The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

knowledge of the Debtors' operations and financial condition or information provided to me by other representatives of the Debtors.

2.      On November 8, 2007, (the "<u>Petition Date</u>"), InPhonic, Inc., a Delaware corporation ("<u>InPhonic</u>"), and its wholly-owned corporate and limited liability company subsidiaries: (a) CAIS Acquisition, LLC, a Delaware limited liability company ("<u>CAIS</u>"); (b) CAIS Acquisition II, LLC, a Delaware limited liability company ("<u>CAIS II</u>"); (c) SimIPC Acquisition Corp., a Delaware corporation ("<u>SimIPC</u>"); (d) Star Number, Inc., a Delaware corporation ("<u>Star Number</u>"); (e) Mobile Technology Services, LLC, a Delaware limited liability company ("<u>MTS</u>"); (f) FON Acquisition, LLC, a Delaware limited liability company ("<u>FON</u>"); and (g) 1010 Interactive, LLC, a Delaware limited liability company ("<u>1010 Interactive</u>") (InPhonic, CAIS, CAIS II, SimIPC, Star Number, MTS, FON and 1010 Interactive are referred to collectively as the "<u>Debtors</u>"), as debtors and debtors in possession, each commenced a case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, <u>et seq</u>. (the "<u>Bankruptcy Code</u>") in this Court.

3.      The Debtors have continued in the possession of their property and have continued to operate and manage their business as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4.      I am the Chief Financial Officer of each of the Debtors.  My duties include the general supervision of, and responsibility for, the financial aspects of the Debtors' operations and business.    Among other things, I am significantly involved with the development and implementation of the Debtors' business plans and strategies, including the contemplated sale of the debtor's assets.

The Debtors' Business Operations

5.      InPhonic, incorporated in 1997, began operations in 1999. InPhonic's business principally involves the marketing of wireless telephone and satellite television services and related equipment and support services. InPhonic focuses in four (4) areas: (i) wireless device activation services, (ii) television satellite activation services, (iii) mobile virtual network enabler ("MVNE") services, and (iv) unified communication services.

6.      InPhonic, a leading internet (online) seller of wireless services and devices to consumers, sells these services and devices through company owned and branded websites, including www.wirefly.com, as well as through a variety of private labeled websites that it develops and manages for marketing partners such as internet businesses, affinity organizations and national retailers.

Events Leading to Chapter 11 Filings

7.      Beginning in 2006, several factors caused a rapidly declining cash balance and eventual lack of cash liquidity, including increased spending on marketing that proved to be unprofitable, insufficient improvement in revenue assurance and collection efforts, inability to maintain adequate inventory of the most popular wireless devices, increasing general and administrative expenses and declining gross margin in revenue generated by customer activations. InPhonic began to address these challenges by reducing overall marketing costs, focusing marketing expenses on the marketing channels that resulted in activations with the highest gross margins, reducing general and administrative expenses and improving collection efforts. These measures, however, did not result in enough immediate cash liquidity to increase inventory to levels necessary to fill orders for the most popular wireless devices. The positive effects of the improvements were offset by the revenue lost due to a rapidly increasing number of customer orders that were placed for wireless devices that were "out-of-stock".

Background Related to the Sale

8.      On Friday, November 2, 2007, the Debtors were informed that Adeptio INPC Funding, LLC, a Delaware limited liability company ("Adeptio"), acquired all the rights of the lenders' under the credit agreement dated as of November 2, 2007 ("Senior Credit Agreement").

9.      Prior to, and since, the acquisition of the prepetition lenders' rights the Senior Credit Agreement, Adeptio and the Debtors negotiated an agreement for Adeptio to purchase substantially all of the Debtors' assets and, from the Petition Date through the closing, provide funding for the Debtors' operations through the DIP Facility.

10.     On November 9, 2007, the Court conducted hearings on the Sale Motion and other "first day" motions ("First Day Hearing"). At that First Day Hearing, the Debtors submitted, and had granted, a Motion for an Order (i) Approving Bid Procedures relating to the Sale of Substantially All of the Debtors' Assets; (ii) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notice; (iii) Establishing Procedures Relating to Assumption and Assignment of Certain contracts, including Notice of Proposed Cure Amounts; (iv) Approving expenses Reimbursement Provisions; and (v) Granting Related Relief (the "Bid Procedures Motion").

11.     At that First Day Hearing, the United States Trustee suggested that the Debtors should request clarification from the Court regarding the need for appointment of a Consumer Privacy Ombudsman under section 322 of the Bankruptcy Code in light of the transfer of the and Personally Identifiable Information contemplated under the Sale Motion. A detailed discussion of the relevant provisions of the Bankruptcy Code governing the appointment of a Consumer Privacy Ombudsman and Personally Identifiable Information is set forth in the Supplement.

12.     Additionally, on November 8, 2007, the Debtors filed the Sale Motion seeking authority to sell substantially all of their assets to Adeptio.

Personally Identifiable Information Implicated by the Sale

13.     As part of their business operations, the Debtors collect, maintain and utilize private information from existing and potential customers including, but not limited to, (1) contact information (such as name, address, e-mail address, and telephone number); (2) payment information (such as credit card number); and/or (3) ID verification information (such as credit card number, date of birth, Social Security Number, or Driver's License Number).

14.     The Debtors have maintained a privacy policy governing the collection, retention and dissemination of information which fits within the definition of "personally identifiable information," as defined by section 101(41A) of the Bankruptcy Code ("Personally Identifiable Information"),[2] by InPhonic and its various affiliates and subsidiaries (the "Privacy Policy"). A true and accurate copy of the Privacy Policy is attached hereto as Exhibit 1 and is available publicly at http://www.wirefly.com/about/privacy/.

15.     Among other things, this Privacy Policy discloses to existing and potential customers that the Debtors, from time to time, provide third parties access to the Personally Identifiable Information. The Privacy Policy further provides, however, that third parties with access to the Personally Identifiable Information must protect and manage such information in a manner consistent with the Privacy Policy.

---

[2] The term "personally identifiable information" means: (A) if provided by an individual to the debtor in connection with obtaining a product or a service from the debtor primarily for personal, family, or household purpose (i) the first name (or initial) and last name of such individual, whether given at birth or time of adoption, or resulting from a lawful change of name; (ii) the geographical address of a physical place of residence of such individual; (iii) an electronic address (including an e-mail address) of such individual; (iv) a telephone number dedicated to contacting such individual at such physical place of residence; (v) a social security account number issued to such individual; or (vi) the account number of a credit card issued to such individual; or (B) if identified in connection with 1 or more of the items of information specified in subparagraph (A) (i) a birth date, the number of a certificate of birth or adoption, or a place of birth; or (ii) any other information concerning an identified individual that, if disclosed, will

16.    Adeptio has agreed to protect, store, and control the Personally Identifiable Information in a manner that is consistent with the Privacy Policy.

17.    The Debtors shall accept no bids from any bidder unless they agree to protect, store and control the Personally Identifiable Information in a manner consistent with the Privacy Policy.

18.    The Privacy Policy is consistent in all material respects to those privacy policies disclosed to individuals by the Debtors' subsidiary sites, agents, contractors and business affiliates. The Privacy Policy has been in effect since March of 2006 and was in effect on the date of the commencement of this Case, November 9, 2007.

19.    Accordingly, the Debtors respectfully request that the Court find that (i) the sale of such information, under the Asset Purchase Agreement or any other similar sale, as a whole, is consistent with any restrictions or prohibitions in the Debtors' Privacy Policy with respect to the transfer of Personally Identifiable Information; and (ii) the sale of the Personally Identifiable Information pursuant to the Asset Purchase Agreement and the Sale Motion may proceed without the appointment of a Consumer Privacy Ombudsman. At the hearing on the Sale Motion, the Debtors will seek a separate finding that the sale of the Personally Identifiable Information to the Buyer is approved pursuant to section 363(b)(1)(A) of the Bankruptcy Code.

20.    If I were called upon to testify, I could and would testify competently to each of the facts set forth in this Affidavit.

21.    I am authorized to submit this Affidavit on behalf of the Debtors.

---

result in contacting or identifying such individual physically or electronically. 11 U.S.C. §101(41A).

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

INPHONIC, INC.
(for itself and on behalf of each of its affiliated debtors as debtors and debtors in possession)

Date: November ，2007     BY: _____
                                  Kenneth D. Schwarz
                                  Chief Financial Officer

Sworn to before me this　th
day of November, 2007

_____
Notary Public
City/County of Montgomery
State of Maryland
Commission Expires: 3-1-11

## Exhibit A

**Debtors Privacy Policy**

- 8 -

Privacy Policy

Simply put, we promise that:
- We will only ask for personal information required to complete your order.
- We will use security safeguards such as SSL encryption to protect your information.
- We will never use your personal information for the purpose of spam.
- Wirefly will only ask for personal information required to complete your cell phone order and will never use that information for the purpose of spam.


Protecting Your Privacy and Security
What Information We Collect and How We Use It
Location Information
Personally Identifiable Information
Supplementation of Information
Sharing of Your Information
Sharing of Affiliate Information in the Affiliate Sign-Up Process
Third Party Sharing of Information
Live Help Function
Other Non-Personally Identifiable Information
Legal Process/Disclaimer
Choices/Opt Out
Cookies
Tracking Pixels
Links
Security
Reviewing Your Information
Contact Us
Updates and Notification of Changes
Yahoo Privacy Policy

We value the relationship we have with our customers and are committed to responsible information-handling practices. We take great care in safeguarding your personal information and exceeding our own internal standards and best practices.

The Wirefly.com wireless store is operated by InPhonic, Inc. ("InPhonic"). We provide this notice explaining our online information practices and the choices you can make about the way your information is used at our site. This privacy statement covers the site www.Wirefly.com.

TRUSTe: Click to Verify InPhonic is a licensee of the TRUSTe Privacy Program and is authorized to use the TRUSTe trustmark. TRUSTe is an independent, non-profit organization whose mission is to enable individuals and organizations to establish trusting relationships based on respect for personal identity by promoting the use of fair information practices. To demonstrate our commitment to your privacy, we have agreed to have our privacy practices reviewed for compliance with TRUSTe's established privacy principles and comply with ongoing TRUSTe oversight.

By displaying the TRUSTe trustmark, InPhonic has agreed to notify you of:

What personally identifiable information is collected from you through the web site
How the information is used
With whom the information may be shared
What choices are available to you regarding collection, use and distribution of the information
What security procedures are in place to protect the loss, misuse or alteration of information under InPhonic control.
How you can correct or update your information.

If you have questions or concerns regarding this privacy policy, or complaints arising from our use of your personal information, please contact our Customer Service Department via certified mail to InPhonic, Inc., 1010 Wisconsin Avenue, Suite 600, Washington, DC 20007, or via e-mail at privacypolicy@inphonic.com. If you do not receive acknowledgment of your inquiry, or your inquiry has not been satisfactorily addressed, you should then contact TRUSTe through the TRUSTe WatchDog Dispute Resolution Process (www.truste.org/consumers/watchdog_complaint.php). TRUSTe will then serve as a liaison with InPhonic to resolve your concerns.

What Information We Collect and How We Use It
Location Information
We collect location information in order to improve your shopping experience. If you shop for location-specific products such as a wireless rate plan, we ask for a zip code and record this information via a cookie so that we may display only services which are available in your area. We also save this information so that we don't have to ask for it again on your next visit.

Information from IP addresses are used to help administer our Web site, to examine overall traffic trends, and to help us improve our site and make your browsing and purchasing experience more enjoyable. IP addresses are not linked to any personally identifiable information.

Personally Identifiable Information
When you place an order for products or services we collect certain types of personally identifiable information required to fulfill those products or services, including (1) contact information (such as name, address, e-mail address, and telephone number); (2) payment information (such as credit card number); and/or (3) ID verification information (such as credit card number, date of birth, Social Security Number, or Driver's License Number).

We only collect ID verification information if it is required by a wireless carrier to process your application. For those customers applying for a new wireless service account, we submit your data into the wireless carrier's system so that the carrier may perform a standard industry credit check. Aside from approval status information, we do not have access to an applicant's credit-history information.

If you would like to place an order but are reluctant to provide this information online, you may provide it to us by telephone during normal business hours. Telephone agents are available when the Order By Phone button is visible on one of the shopping pages of our site. Simply click on

this button to speak to an agent and provide your information over the phone.

We use the contact information you provide to communicate with you, such as to send you order confirmations, respond to your inquires, provide you with important product update, warranty, or safety information. In addition, we use contact information you provide to offer you additional products, programs or services that we believe may be of interest to you, including newsletters from wireoffers.com. You can easily opt out of a newsletter by clicking the unsubscribe link at the bottom of any of these e-mails.

Supplementation of Information
We may, from time to time, supplement the information we collect online with outside records (e.g., information from our strategic partners, wireless providers, or the United States Postal Service) to enhance our ability to serve you, to tailor our content to you, and to offer you opportunities to purchase products or services that we believe may be of interest to you.

Sharing of Your Information
Please be assured that any third parties who have access to the contact information you provide, including our subsidiary site, agents, contractors and business affiliates, have agreed to protect it in a manner that is consistent with this privacy policy.

To fulfill your requests for products and services, we may need to share some of your personally identifiable information with the wireless provider from which you have requested service. More specifically, when you place an order for a new wireless account, we will share contact and ID verification information required by the wireless carrier to provide you with its services. The wireless provider may use this information for credit approval, service activation, and from time to time, for its own marketing purposes. You should consult the wireless providers' respective privacy policies, as this Notice does not cover their use of your information. Also, your shipping information will be shared with a shipping company such as FedEx, for the purposes of delivering your order.

We work closely with trusted third party business affiliates to provide you with information on products and services that may be of interest to you. We may share the contact information you provide with trusted third parties for the purposes of analyzing it to make your customer experience better or for offering products and services to you. In addition, you can access InPhonic through many third-party co-branded Web sites. For example, if you see a logo on the page that says "Powered by InPhonic," you are on a co-branded page. Whenever you provide contact information on a co-branded page, that data may be shared with the third-party site through which you access InPhonic. We encourage you to read the privacy policies of such third parties, as this Notice does not cover their use of your information.

Sharing of Affiliate Information in the Affiliate Sign-Up Process
Information submitted by potential Affiliates in the Affiliate Sign-Up Process is submitted to Linkshare. Linkshare's privacy policy can be found at www.linkshare.com.

Third Party Sharing of Information
InPhonic sometimes may offer content (e.g., promotions, affiliations, sponsorships) that is sponsored by or co-branded with identified third parties. By virtue of these relationships, the

third parties may obtain personally identifiable information that visitors voluntarily submit to
participate in the site activity.

Live Help Function
To better serve you and respond to your questions regarding our products or services, we also
maintain a Live Help function through which we can respond, in real time, to your questions
about our products and services. This information enables us to understand the types of
questions our users have about our products and services so that we may continue to improve our
content and offerings.

Other Non-Personally Identifiable Information
We may collect certain non-personally identifiable information about our visitors when you visit
many of our Web pages such as the type of browser you are using (e.g., Netscape, Internet
Explorer), the type of operating system you are using, (e.g., Windows XP or Mac OS) and the
domain name of your Internet service provider (e.g., America Online, Earthlink).

We use the non-personally identifiable information that we collect to improve the design and
content of our service pages and to enable us to personalize your Internet experience. We also
may use this information in the aggregate to analyze service usage.
Legal Process/Disclaimer

We may disclose personally identifiable information in response to legal process or when we
believe in good faith that the law requires it, for example, in response to a court order, subpoena
or a law enforcement agency's request.

Choices/Opt Out
If you prefer not to receive marketing information, including emails from us, or wish to fully
deactivate your account information from our records if you are no longer an active customer,
simply let us know by sending a letter via certified mail to InPhonic, Inc., c/o Privacy Opt Out,
1010 Wisconsin Avenue, Suite 600, Washington, DC 20007 or via e-mail to
privacypolicy@inphonic.com. Please note that even if you choose to opt out of marketing
programs, if you are an active customer we will continue to send you important service-related
communications (e.g., order confirmation or product safety information) which is not
promotional in nature.

Cookies
Cookies are used by your computer's browser to store your preferences. We use both session and
persistent cookies. Cookies, by themselves, do not tell us your e-mail address or other personally
identifiable information unless you choose to provide this information to us by, for example,
registering at one of our sites.

In addition, some of our business affiliates (e.g., advertisers) use cookies on our site. We have
no access to or control over these cookies and their use is not covered by this privacy policy.

Tracking Pixels
This site makes use of a technology designed to enhance your browsing experience. The
technology makes use of a small and transparent Java applet to provide you with a faster
browsing experience. In addition, aggregate reporting information is collected and made

available to the site owner only. No personal or personally identifiable information is gathered or used for this process.

Links
This site may contain links to other Web sites whose information practices may be different than ours. Our privacy policy does not cover these third parties' use of information. Visitors should consult the other companies' and sites' privacy notices as we have no control over information that is submitted to, or collected by, these third parties.

Security
We have put in place multiple levels of physical and electronic security to safeguard and help prevent unauthorized access, maintain data security, and correctly use the information we collect online. These measures include secure web pages, VeriSign SSL certificate ensuring the privacy and security of order information, and HackerSafe certification, representing the highest security scanning standards of the U.S. government and all major credit card providers.

All information submitted is protected by our secure server, which automatically encrypts your personally identifiable information so that it cannot be read while traveling over the Internet.

Reviewing Your Information
If you would like to review and update or correct the personally identifiable information that we have collected from you online, or if you no longer wish to continue your service with us, simply send your request via certified mail to InPhonic, Inc., 1010 Wisconsin Avenue, Suite 600, Washington, DC 20007. You may also send your request via the Customer Support feedback section in our customer service center. To protect your privacy and security, we will take reasonable steps to help verify your identity before granting access or making corrections.

Contact Us
If you have any questions regarding this statement, or would like more information on our privacy practices, please contact us via the Customer Support feedback section in our customer service center.

Updates and Notification of Changes
From time to time, we may update this Privacy Notice. We will notify you about material changes in the way we treat personally identifiable information by placing a notice on our site. We encourage you to periodically check back and review this notice so that you always will know what information we collect, how we use it, and to whom we disclose it. If we make any material changes in our privacy practices that do not affect user information already stored in our database, we will post a prominent notice on our web site notifying users of the change.

Yahoo Privacy Policy
InPhonic, Inc works with Yahoo! to research certain web site usage and activities on our behalf. Yahoo! uses cookies, Web beacons, and/or other monitoring technologies (collectively, "Beacons") to conduct this research. The information collected through these Beacons is used to find out more about our users, including user demographics and usage patterns, for more accurate reporting and to improve the effectiveness of our marketing. Information recorded through the use of these Beacons is aggregated and then shared with us. No personally

identifiable information about you is shared by Yahoo! with InPhonic, Inc as a result of this research. If you prefer that Yahoo! not record information by means of these Beacons on the InPhonic, Inc. web site, visit Yahoo! at http://privacy.yahoo.com/privacy/us/beacons/details.html to opt out.

By visiting this web site, you are accepting the practices described in this Privacy Notice.

Last Updated March 2006