**Exhibit B**

**Lorry Affidavit**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**AFFIDAVIT OF DAVID S. LORRY, VICE PRESIDENT OF VERSA CAPITAL MANAGEMENT, INC., IN SUPPORT OF SUPPLEMENT TO THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO SECTION 105(A), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS; (II)APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (II)APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

I, DAVID S. LORRY, being duly sworn, depose and state as follows:

1. I am a Vice President of Versa Capital Management, Inc. ("Versa"). Adeptio INPC Funding, LLC, a Delaware limited liability company ("Adeptio" or the "Buyer") is an affiliate of Versa organized to acquire the Debtors' assets, as described in paragraph 2. Among other things, I am significantly involved with the Buyer's efforts to purchase substantially all of the Debtors' assets and am authorized to deliver this affidavit on its behalf..

2. On November 8, 2007, Buyer entered into an Asset Purchase Agreement with the Debtors (the "APA") which provides for the Buyer to purchase substantially all of the Debtors' assets. Among the assets to be transferred to the Buyer under the Sale Motion is the Debtors' list

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

of customer information. The Debtors have informed me that this list contains personally identifiable information (the "Personally Identifiable Information"), as defined in section 101(41A) of the Bankruptcy Code, collected and retained from the Debtors' customers as a result of the Debtors' offering of products and services through their subsidiary sites, agents, contractors and business affiliates.

3. During the course of negotiations with the Debtors, I have learned that the Debtors have maintained a privacy policy governing the collection, retention, and dissemination of personally identifiable information by InPhonic Inc. and its various affiliates and subsidiaries (the "Privacy Policy"). I have reviewed the Privacy Policy. The Buyer intends to protect, store, and control the Personally Identifiable Information in a manner that is consistent with the Privacy Policy upon the purchase of the Debtors' assets pursuant to the APA.

4. Except as otherwise indicated, all statements in this Affidavit are based on my personal knowledge, my review of relevant documents, my opinion based on my experience and knowledge of the Privacy Policy and the APA. If I were called upon to testify, I could and would testify competently to each of the facts set forth in this Affidavit.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

VERSA CAPITAL MANAGEMENT, INC.

Date: November 14th, 2007       BY: _____
                                    David S. Lorry
                                    Vice President

Sworn to before me this
14th day of November, 2007

_____
Notary Public
County of Philadelphia
Commonwealth of Pennsylvania
Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Maria D. Zane, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 29, 2008

Member, Pennsylvania Association Of Notaries