IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| InPhonic, Inc., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | Joint Administration Pending |
| | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Regina Stango Kelbon of the firm Blank Rome LLP to represent Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless ("Verizon Wireless") in the above referenced case.

**BLANK ROME LLP**

Dated: November 15, 2007

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464
Email: Fatell@blankrome.com

Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless ("Verizon Wireless")

**ORDER GRANTING MOTION**

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _____, 2007        _____
                                                                    The Honorable Kevin Gross

900200.00001/21643044v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 15, 2007

Regina Stango Kelbon
**Blank Rome LLP**
One Logan Square
Philadelphia, PA 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5507
Kelbon@blankrome.com (email)

Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless ("Verizon Wireless")