**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 15th day of November, 2007, the foregoing *Motion and Order for Admission Pro Hac Vice* was served to those parties set forth below via United States First Class Mail, postage prepaid.

                                          */s/ Bonnie Glantz Fatell*
                                          Bonnie Glantz Fatell

InPhonic, Inc.
1010 Wisconsin Avenue NW
Suite 600
Washington, DC  20007
*Debtor*

Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899
*Counsel for the Debtor*

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA  30309-4530
*Counsel for AT&T*

Tiffany Strelow Cobb, Esquire
Vorys, Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215
*Counsel for AOL LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington, DE  19801
*Counsel for Adeptio INPC Funding, LLC*

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
*Counsel for Adeptio INPC Funding, LLC*