**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| InPhonic, Inc., *et al.*, | : | Case No.  07-11666 (KG) |
| | : | |
| Debtors. | : | Joint Administration Pending |
| | : | |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

Notice is hereby given pursuant to Federal Rule of Bankruptcy Procedure 2002 that Blank Rome LLP, for and on behalf of Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless ("Verizon Wireless"), requests that all notices given or required to be given in these cases (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors who file with the Court their request that all notices be mailed to them) be given to and served upon Blank Rome LLP at the following addresses:

| | |
|---|---|
| Regina Stango Kelbon, Esquire | Bonnie Glantz Fatell, Esquire |
| *Blank Rome LLP* | *Blank Rome LLP* |
| One Logan Square | Chase Manhattan Centre |
| Philadelphia, PA 19103 | 1201 Market Street, Suite 800 |
| (215) 569-5507 | Wilmington, DE 19801 |
| (215) 832-5507 (facsimile) | (302) 425-6400 |
| Kelbon@blankrome.com  (email) | (302) 425-6464 (facsimile) |
| | Fatell@blankrome.com  (email) |

Notice is further given that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

900200.00001/21641652v.1

Please take further notice that this Request For Notices And Other Papers Pursuant To Federal Rule of Bankruptcy Procedure 2002 shall not be deemed or construed to be a waiver of any substantive or procedural right of Verizon Wireless, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Verizon Wireless in this or any related case or where any proceeding is to be initiated by complaint against Verizon Wireless in accordance with applicable non-bankruptcy law, service shall be made on Verizon Wireless in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after <u>de novo</u> review by the United Sates District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between Verizon Wireless, the debtors or any third party; or (f) any other rights, claims, actions, defenses, setoffs or recoupments to which Verizon Wireless is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Verizon Wireless expressly reserves.

**BLANK ROME LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (Id No. 3809)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Fatell@blankrome.com

and

> Regina Stango Kelbon
> One Logan Square
> Philadelphia, PA 19103
> (215) 569-5507
> Kelbon@blankrome.com
>
> Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of November, 2007, the foregoing *Request for Service of Papers* was served to those parties set forth below via United States First Class Mail, postage prepaid.

/s/ Bonnie Glantz Fatell
Bonnie Glantz Fatell

InPhonic, Inc.
1010 Wisconsin Avenue NW
Suite 600
Washington, DC  20007
*Debtor*

Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899
*Counsel for the Debtor*

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA  30309-4530
*Counsel for AT&T*

Tiffany Strelow Cobb, Esquire
Vorys, Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215
*Counsel for AOL LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington, DE  19801
*Counsel for Adeptio INPC Funding, LLC*

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
*Counsel for Adeptio INPC Funding, LLC*

900200.00001/21641652v.1