FILED
2007 NOV 14 AM 9: 49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC.[1] | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Chadbourne & Parke LLP ("Chadbourne"), hereby files this Notice of Appearance and Request for Service of Documents in the above-captioned jointly administered cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002, 3017, and 9007, notice of all matters arising in the case and all papers served or required to be served in the case, be given to and served upon the undersigned counsel, at the address set forth below.

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Telecopier: (212) 541-5369
Attn.: David M. LeMay, Esq.
email: dlemay@chadbourne.com

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware Corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

NY4 - 204748.01

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, or plans of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, hand or courier delivery, telephone, telegraph, telecopier, telex, electronically, or otherwise, which affects the debtors, or any property or proceeds in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) Chadbourne's rights to have final orders in non-core matters entered only after de novo review by a district judge, (2) Chadbourne's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) Chadbourne's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Chadbourne is or may be entitled to under

agreements in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Chadbourne expressly reserves.

Dated: New York, New York
      November 13, 2007

                                  **CHADBOURNE & PARKE LLP**

                                  By: _____
                                       David M. LeMay (DL 9093)
                                       A Member of the Firm
                                       30 Rockefeller Plaza
                                       New York, New York 10112
                                       Phone: (212) 408-5100
                                       Fax: (212) 541-5369

## CERTIFICATE OF SERVICE

I, David M. LeMay, hereby certify that on November 13, 2007, I caused to be served a copy of the foregoing Notice of Appearance and Request for Service of Documents on the following parties by United States first-class mail.

Mary E. Augustine, Esq.
Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE  19899-0035

David M. LeMay

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC.[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT

STATE OF NEW YORK   )
                                   ) ss:
COUNTY OF NEW YORK   )

David M. LeMay, being duly sworn, deposes and says:

1. That I am a partner with Chadbourne & Parke LLP ("Chadbourne"), that I am not a party to this action and that I am over the age of eighteen years.

2. That the attached *Notice of Appearance and Request for Service of Documents* is being filed with the U.S. Bankruptcy Court for the District of Delaware (the

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware Corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

NY4 - 204752.01

"Court") in the conventional manner because Chadbourne does not currently have rights to file electronically in this Court.

_____<br>David M. LeMay

Sworn to before me this
13th day of November 2007

_____
David M. Bava
Notary Public, State of New York
No. 01-6175197
Qualified in New York County
Commission Expires Oct. 9, 2011

NY4 - 204752.01

2