**COHN | BIRNBAUM | SHEA**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

HARTFORD • STAMFORD • WESTPORT • NEW YORK

100 PEARL STREET
HARTFORD, CONNECTICUT 06103-4500
TELEPHONE 860 • 493 • 2200
FACSIMILE 860 • 727 • 0361

**Scott D. Rosen, Esq.**
srosen@cb-shea.com

November 9, 2007

Clerk, U.S. Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

RE:  Inphonic Inc., et al
     Case No. 07-11666(KG)

Dear Clerk:

This is a request to receive notification of the filings in the above designated case by email. Please include my email address for notices in this matter as follows:

srosen@cb-shea.com

Thank you for your attention in this matter.

Very truly yours,

Scott D. Rosen

SDR/kcs

136701v1 / 30805.820