IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
§ SS:
NEW CASTLE COUNTY §

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, attorneys for InPhonic, Inc. in the above-captioned case, and that on the 15th day of November 2007, she caused a copy of the

- **Order Granting Joint Administration of Chapter 11 Cases 07-11666, 07-11667, 07-11668, 07-11669, 07-11670, 07-11671, 07-11672, 07-11673, Case # 07-11666 should be consulted for all matters affecting these cases [Docket No. 50]**

- **Order (Bridge)(I)Prohibiting Utility Providers From Altering, Refusing or Discontinuing service to Debtors,(II) Deeming Utilities Adequately Assured of Future Performance, And (III)Establishing Procedures for Adequate Assurance of Future Performance [Docket No. 51]**

- **Order Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain**

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief Filed by n/a InPhonic, Inc. [Docket No. 52]

- Order Authorizing Payment of Prepetition (I)Wages, Salaries and Other Compensation of Employees and Subcontractors, (II) Employee Medical and Similar Benefits, (III) Reimbursable Employee Expenses, and (IV) Other Miscellaneous Employee Expenses and Benefits [Docket No. 53]

- Order Authorizing (I)Continued Use of Existing Cash Managements System,(II) Maintenance of Existing Bank Accounts,(III)Continued Use of Existing Checks and Business Forms, and (IV)Continued Use of Existing Investment Guidelines [Docket No. 54]

- Order (Interim) (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Docket No. 55]

- Order Authorizing Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Their Customers Programs and Practices in the Ordinary Course of Business [Docket No. 56]

- Order Authorizing Payment of Prepetition Trust Fund Taxes in the Ordinary Course of Business [Docket No. 57]

- Order Authorizing and Approving the Appointment of the BMC Group, Inc. As Noticing, Claims, and Balloting Agent For the Bankruptcy Court [Docket No. 58]

to be served upon the parties on the attached service list *via* hand delivery.

_/s/ Edith Miranda_
Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: November 15, 2007

_/s/ Chantal N. Callahan_
Notary Public

CHANTAL N. CALLAHAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 15, 2010

675840-1

2

# INPHONIC INC.

## Service List

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington   DE   19899-2046

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington   DE   19801
*Verizon Wireless*