## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
INPHONIC, INC., et al.,                                          :   Case No. 07-11666 KG
                                                                 :
           Debtors.                                              :
---------------------------------------------------------------- x

### NOTICE OF APPEARANCE AS COUNSEL AND REQUEST FOR NOTICE

COME NOW , the law firm of Bialson, Bergen & Schwab, counsel for YAHOO!, INC., and OVERTURE SERVICES, INC., creditors in the above-captioned case, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby files this Notice of Appearance as Counsel and Request for Notice.

Bialson, Bergen & Schwab hereby requests that all notices, papers, pleadings and documents required to be served in this case be served upon the following as counsel for YAHOO!, INC. and OVERTURE SERVICES, INC. in the above-captioned matter as follows:

> Lawrence M. Schwab, Esq.
> Patrick M. Costello, Esq.
> Bialson, Bergen & Schwab
> 2600 El Camino Real, Suite 300
> Palo Alto, CA 94306
> Telephone:  (650) 857-9500
> Facsimile:  (650) 494-2738
> Email:  lschwab@bbslaw.com
>     pcostello@bbslaw.com

Further, the undersigned consent to service by email.

Dated:  November 15, 2007         BIALSON, BERGEN & SCHWAB

                                  By:    /s/ Patrick M. Costello
                                       Patrick M. Costello, Esq. (Calif.  Bar No. 117205)
                                       2600 El Camino Real, Suite 300
                                       Palo Alto, California  94306
                                       Telephone: (650) 857-9500
                                       Facsimile: (650) 494-2738
                                       Email:  pcostello@bbslaw.com

                                       Attorneys for Creditors
                                       YAHOO!, INC. and OVERTURE SERVICES, INC.