CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of **NOTICE OF APPEARANCE AS COUNSEL AND REQUEST FOR NOTICE** were served via first class United States mail in properly addressed envelopes with sufficient postage affixed thereon to insure delivery upon the following:

**Attorneys for Debtor**

Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

**U.S. Trustee**

Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

This 15th day of November, 2007.

/s/ Heather L. Harlow

Heather L. Harlow
2600 El Camino Real, Suite 300
Palo Alto, California  94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

W:\Y0042\057\docs\ReqSpNotice2-InPhonic.wpd