**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **JBR Media Ventures, LLC.,** Attn: John Brenton Shaw, 2 Wisconsin Circle, Suite 700, Chevy Chase, MD 20815, Phone: (202) 247-7757, Fax: (202) 318-4064

2. **Google Inc.,,** Attn: Stacey L. Wexler, 1600 Amphitheatre Parkway, Mountain View, CA 94043, Phone: (650) 253-0000, Fax: (650) 253-0001

3. **Infinite Computer Solutions, Inc.,** Attn: Timothy J. McGary, 10500 Sager Avenue, Suite G, Fairfax, VA 22030, Phone: (703) 352-4985, Fax: (703) 352-5938

4. **Yahoo!, Inc.,** Attn: Teresa Simms-Johnson, 701 First Avenue, Sunnyvale, CA 94089, Phone: (408) 349-7762, Fax: (408) 349-3301

5. **ACN Communications Services, Inc.,** Attn: James F. Mulcahy, 13620 Reese Blvd E., Building XII, Suite 400, Huntersville, NC 28078 Phone: (704) 370-4967, Fax: (704) 632-8072

    KELLY BEAUDIN STAPLETON
    United States Trustee, Region 3

    /s/ Richard L. Schepacarter
    ANDREW R. VARA
    ASSISTANT UNITED STATES TRUSTEE

DATED: November 16, 2007

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497  Debtors' Counsel: Neil Glassman, Esquire, Phone: (302) 655-5000, Fax: (302) 658-6395