IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Hearing Date: December 13, 2007 at 10:00 a.m.** |
| | ) **Objection Deadline: December 6, 2007 at 4:00 p.m.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on November 19, 2007, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain The Bayard Firm as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date (the "Application")

**PLEASE TAKE FURTHER NOTICE** that any objection to the Application must be in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and served upon and received by the undersigned counsel on or before **December 6, 2007 at 4:00 p.m.** (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing on the Application will be

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

676188-1

held on **December 13, 2007 at 10:00 a.m.** (Prevailing Eastern Time) before the Honorable Kevin Gross at the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, DE 19801. Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
November 19, 2007

THE BAYARD FIRM

By: /s/ _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession