IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Cases No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

**ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING EMPLOYMENT AND RETENTION OF THE BAYARD FIRM AS CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain The Bayard Firm ("Bayard") as Co-Counsel for the Debtors *nunc pro tunc* to the Petition Date[2] (the "Application") filed by the above-captioned Debtors and Debtors in possession (the "Debtors") in this cases (the "Cases"); and upon the declaration of Neil B. Glassman (the "Glassman Declaration"), a director of Bayard, which is attached to the Application; and the Court being satisfied based on the representations made in the Application and the Glassman Declaration that said attorneys hold no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged and are disinterested persons, and that the employment of Bayard is necessary and would be in the best interests of the Debtors and their estates; and it

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

675161-1

appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that Bayard's retention of a security retainer is approved; and it is further

ORDERED that pursuant to section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain Bayard as co-counsel in these Cases upon the terms and conditions set forth in the Application and the Glassman Declaration, effective as of the Petition Date; and it is further

ORDERED that Bayard shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules and Orders of this Court, and such other procedures as have been or may be fixed by order of this Court; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2007
      Wilmington, Delaware

                                          The Honorable Kevin Gross
                                          United States Bankruptcy Court Judge