## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., et al.,[1] | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### FOR SPRINT NEXTEL CORPORATION

**PLEASE TAKE NOTICE THAT** Sprint Nextel Corporation and its affiliates

("Sprint Nextel"), creditors in the above-captioned case, hereby appear in the above-

captioned case by their counsel, David I. Swan of McGuireWoods LLP and Brett D.

Fallon of Morris James LLP, and such counsel hereby enter their appearance pursuant to

§ 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel

hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and

1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in

this case be given and served upon them at the following:

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712.5365
Facsimile: (703) 712.5246
Email: dswan@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to § 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred

---

[1]    The Debtors are (a) InPhonic, Inc., a Delaware corporation, (b) CAIS Acquisition, LLC, a Delaware limited liability company, (c) CAIS Acquisition II, LLC, a Delaware limited liability company, (d) SimIPC Acquisition Corp., a Delaware corporation, (e) Star Number, Inc., a Delaware corporation, (f) Mobile Technology Services, LLC, a Delaware limited liability company, (g) FON Acquisition, LLC, a Delaware limited liability company, and (h) 1010 Interactive, LLC, a Delaware limited liability company.

to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT,** neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) Sprint Nextel's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Sprint Nextel's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Sprint Nextel's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Sprint Nextel may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Sprint Nextel expressly reserves.

Dated: November 20, 2007     **MORRIS JAMES LLP**

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302)888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

2

1633592

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5365
Facsimile:  (703) 712-5246
Email:  dswan@mcguirewoods.com

*Attorneys for Sprint Nextel Corporation*

1633592