## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| InPhonic, Inc., et al., ) | |
| ) | Case No. 07-11666 (KG) |
| Debtors. ) | |
| ) | Joint Administration |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

    I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 20, 2007, I caused service of the following:

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
FOR SPRINT NEXTEL CORPORATION**

    Service was completed upon the following parties on the attached list as indicated thereon.

Date:  November 20, 2007

                                                            William Weller

SWORN TO AND SUBSCRIBED before me this 20TH of November, 2007.

                                                      NOTARY
                                                      My commission expires:_____

                                                    S. STACI HUDSON
                                        Notary Public - State of Delaware
                                        My Comm. Expires Dec. 11, 2008

**VIA HAND DELIVERY**
Neil B. Glassman, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
[Proposed Counsel for the Debtors]

Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
[Counsel for Adeptio INPC Funding, LLC]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
[Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless]

**VIA FIRST CLASS MAIL**
Thomas R. Califano, Esq.
Jeremy R. Johnson, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 884-8690
[Proposed Counsel for the Debtors]

Anup Sathy, Esq.
David A. Agay, Esq.
Andrea L. Johnson, Esq.
John Schoenfeld, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Facsimile: (312) 861-2200
[Counsel for Adeptio INPC Funding, LLC]

Todd C. Meyers, Esq.
Paul M. Rosenblatt, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309-4530
Facsimile: (404) 541-3373
[Counsel for AT&T]

David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: (212) 541-5369

Regina Stango Kelbon, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Facsimile: (215) 832-5507
[Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless]

**VIA FIRST CLASS MAIL**
Lawrence M. Schwab, Esq.
Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Facsimile: (650) 494-2738
[Counsel for Yahoo!, Inc. and Overture Services, Inc.]