**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| InPhonic, Inc., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

Notice is hereby given pursuant to Federal Rule of Bankruptcy Procedure 2002 that Blank Rome LLP, for and on behalf of GSI Commerce Solutions, Inc. ("GSI"), requests that all notices given or required to be given in these cases (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors who file with the Court their request that all notices be mailed to them) be given to and served upon Blank Rome LLP at the following addresses:

| | |
|---|---|
| Joel C. Shapiro, Esquire | Michael D. DeBaecke, Esquire |
| *Blank Rome LLP* | *Blank Rome LLP* |
| One Logan Square | Chase Manhattan Centre |
| Philadelphia, PA 19103 | 1201 Market Street, Suite 800 |
| (215) 569-5746 | Wilmington, DE 19801 |
| (215) 832-5746 (facsimile) | (302) 425-6400 |
| Shapiro-JC@blankrome.com  (email) | (302) 425-6464 (facsimile) |
| | DeBaecke@blankrome.com  (email) |

And upon GSI at the following address:

> Paul Cataldo, Esquire
> Vice President and
> Assistant General Counsel
> GSI Commerce, Inc.
> 935 First Avenue
> King of Prussia, PA 19406
> CataldoP@gsicommerce.com (email)

103315.00100/21644386v.1

Notice is further given that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

Please take further notice that this Request For Notices And Other Papers Pursuant To Federal Rule of Bankruptcy Procedure 2002 shall not be deemed or construed to be a waiver of any substantive or procedural right of GSI, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against GSI in this or any related case or where any proceeding is to be initiated by complaint against GSI in accordance with applicable non-bankruptcy law, service shall be made on GSI in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after <u>de novo</u> review by the United Sates District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between GSI, the debtors or any third party; or (f) any other rights, claims, actions, defenses, setoffs or recoupments to which GSI is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments GSI expressly reserves.

**BLANK ROME LLP**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (Id No. 3186)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
DeBaecke@blankrome.com

    and

Joel C. Shapiro
One Logan Square
Philadelphia, PA 19103
(215) 569-5746
Shapiro-JC@blankrome.com

Counsel for GSI Commerce Solutions, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 20th day of November, 2007, the foregoing *Request for Service of Papers* was served to those parties set forth on the attached Service List via United States First Class Mail, postage prepaid.

                                              */s/ Michael D. DeBaecke*
                                              Michael D. DeBaecke

SERVICE LIST

InPhonic, Inc.
1010 Wisconsin Avenue NW
Suite 600
Washington, DC  20007
*Debtor*

Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899
*Counsel for the Debtor*

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA  30309-4530
*Counsel for AT&T*

Tiffany Strelow Cobb, Esquire
Vorys, Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215
*Counsel for AOL LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington, DE  19801
*Counsel for Adeptio INPC Funding, LLC*

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
*Counsel for Adeptio INPC Funding, LLC*

David M. LeMay, Esquire
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112

Scott D. Rosen, Esquire
Cohn, Birnbaum, Shea
100 Pearl Street
Hartford, CT  06103-4500

Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
*Counsel for YAHOO!, Inc. and Overture Services, Inc.*

Regina Stango Kelbon, Esquire
*Blank Rome LLP*
One Logan Square
Philadelphia, PA 19103
*Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless*

Bonnie Glantz Fatell, Esquire
*Blank Rome LLP*
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel for Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless*

SERVICE LIST

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
*Counsel for Sprint Nextel Corporation and Its Affiliates*

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA  22102-4215
*Counsel for Sprint Nextel Corporation and Its Affiliates*