IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Proposed Objection Deadline: November 28, 2007 at 10:00 a.m.<br>Proposed Hearing Date: November 30, 2007 at 3:00 p.m. |

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR AN ORDER (I) DISMISSING (OR CONVERTING) DEBTORS'
BANKRUPTCY CASES PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY
CODE OR, ALTERNATIVELY, (II) COMPELLING THE TRUSTEE TO ABANDON
FULLY-ENCUMBERED ESTATE PROPERTY PURSUANT TO SECTION 554(b)
OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on November 21, 2007, the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned proposed counsel, filed a Motion for an Order (i) Dismissing (or Converting) the Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or, alternatively, (ii) Compelling the Debtors to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code (the "Motion").

**PLEASE TAKE FURTHER NOTICE** THAT BY SEPARATE MOTION THE COMMITTEE HAS REQUESTED THAT A HEARING ON THE MOTION BE HELD ON **NOVEMBER 30, 2007, AT 3:00 P.M. (EASTERN)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, MARINE MIDLAND PLAZA, 824 MARKET STREET, WILMINGTON DE 19801.

If this Court approves the Committee's request to shorten notice, you will be required to file a response to the Motion on or before **November 28, 2007, at 10:00 a.m. (Eastern)** (the

"Proposed Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2007  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne  
Kurt F. Gwynne (No. 3951)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com

and

Robert P. Simons, Esquire  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063  
E-mail: rsimons@reedsmith.com

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420
E-mail: cspringer@reedsmith.com

Proposed Counsel to the Official Committee of
Unsecured Creditors