IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| INPHONIC, INC., *et al.*, : | Case No. 07-11666 (KG) |
| : | Jointly Administered |
| Debtors. : | Re: Docket No. _____ |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR AN ORDER (I) DISMISSING (OR
CONVERTING) DEBTORS' BANKRUPTCY CASES PURSUANT TO
SECTION 1112(b) OF THE BANKRUPTCY CODE OR, ALTERNATIVELY,
(II) COMPELLING THE TRUSTEE TO ABANDON FULLY-ENCUMBERED
ESTATE PROPERTY PURSUANT TO SECTION 554(b)
OF THE BANKRUPTCY CODE**

Upon consideration of the Motion Of The Official Committee Of Unsecured Creditors For An Order (I) Dismissing (Or Converting) Debtors' Bankruptcy Cases Pursuant To Section 1112(b) Of The Bankruptcy Code Or, Alternatively, (II) Compelling The Trustee To Abandon Fully-Encumbered Estate Property Pursuant To Section 554(b) Of The Bankruptcy Code (the "Motion to Dismiss"), and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), it is hereby

ORDERED THAT, the Motion to Dismiss is GRANTED; and it is further

ORDERED THAT, pursuant to 11 U.S.C. § 1112(b), and for "cause" as set forth in the Motion to Dismiss, the above-referenced jointly-administered bankruptcy cases are dismissed.

Dated: _____, 2007            BY THE COURT:
Wilmington, Delaware

                                        _____
                                        KEVIN GROSS
                                        U.S. BANKRUPTCY JUDGE