# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) |
|  | Jointly Administered |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 21st day of November 2007, I caused a true and correct copy of the **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) DISMISSING (OR CONVERTING) DEBTORS' BANKRUPTCY CASES PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE OR, ALTERNATIVELY, (II) COMPELLING THE TRUSTEE TO ABANDON FULLY-ENCUMBERED ESTATE PROPERTY PURSUANT TO SECTION 554(b) OF THE BANKRUPTCY CODE** to be served upon the entities on the attached service list in the manner indicated. A supplemental service list will be filed at a later date.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

InPhonic, Inc., *et al.*,
Case No. 07-11666(KG)
2002 Service List

**VIA HAND DELIVERY**
OFFICE OF THE US TRUSTEE
Attn: RICHARD SHEPACARTER
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
BLANK ROME LLP
Attn: BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
4425 N MARKET STREET
WILMINGTON, DE 19802

GOLDSMITH LAZARD
Attn: DERMOTT O'FLANAGAN
11 WEST 42ND STREET, 29TH FL
NEW YORK, NY 10036

**VIA HAND DELIVERY**
THE BAYARD FIRM
Attn: NEIL B. GLASSMAN
Attn: MARY E. AUGUSTINE
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

**VIA HAND DELIVERY**
YOUNG CONWAY STARGATT & TAYLOR, LLP
Attn: ROBERT S. BRADY
Attn: EDMUN MORTON
Attn: EDWARD J KOSMOWSKI
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
FRANCHISE TAX DIVISION
PO BOX 898-F
DOVER, DE 19903

DLA PIPER US LLP
Attn: THOMAS CALIFANO
Attn: JEREMY R JOHNSON
Attn: MARIA ELLENA CHAVEZ-RUARK
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

GOLDSMITH AGIO HELMS
Attn: ANDREW TORGOVE
Attn: JASON COHEN
225 SOUTH SIXTH ST
46TH FL
MINNEAPOLIS, MN 55402

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>844 KING STREET<br>WILMINGTON, DE 19801 | INTERNAL REVENUE SERVICE<br>Attn: BANKRUPTCY SECTION<br>SPECIAL PROCEDURES SECTION<br>31 HOPKINS PLAZA, ROOM 1120<br>BALTIMORE, MD 21202 |
| KIRKLAND & ELLIS LLP<br>Attn: ANUP SATHY ESQ<br>Attn: DAVID A AGAY<br>Attn: JOHN A SCHOENFELD<br>Attn: ANDREA JOHNSON<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL 60601 | STATE OF DELAWARE<br>Attn: RANDY WELLER<br>DIV OF REVENUE, COMPLIANCE DEPT<br>820 N FRENCH STREET<br>WILMINGTON, DE 19801 |
| KPMG<br>ALLEN R. WESTERGARD<br>1660 INTERNATIONAL DRIVE,<br>2ND FLOOR<br>MCLEAN, VA 22102 | KPMG<br>BRYAN WALKER & MARK FRENCH<br>1660 INTERNATIONAL DRIVE, 2ND FLOOR<br>MCLEAN, VA 22102 |
| A C N COMMUNICATIONS SERVICES<br>Attn: JAMES F MULCAHY<br>13620 REESE BLVD E<br>BUILDING XII STE 400<br>HUNTERSVILLE, NC 28078 | SECURITIES & EXCHANGE COMMISSION<br>Attn: PATRICIA SCHRAGE<br>233 BROADWAY<br>NEW YORK, NY 10279 |
| SECURITIES AND EXCHANGE COMMISSION<br>15TH AND PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20020 | SECURITIES OF THE TREASURY<br>15TH AND PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20020 |

US ATTORNEY'S OFFICE
Attn: ELLEN W SLIGHTS, ESQUIRE
1007 ORANGE STREET, STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

VERSA CAPITAL MANAGEMENT, INC.
Attn: GREG SEGALL
Attn: PAUL HALPERN
Attn: DAVID LORRY
THE CIRCA CENTRE
2929 ARCH STREET, 27TH FL
PHILADELPHIA, PA 19104

BIALSON BERGEN & SCHWAB
Attn: LAWRENCE M SCHWAB
Attn: PATRICK M COSTELLO ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

W B DONER & COMPANY
Attn; KEVIN WEINMAN
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48075

YAHOO!
Attn: TERESA SIMMS-JOHNSON
701 FIRST AVE
SUNNYVALE, CA 94089

BLANK ROME LLP
Attn: REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

CHADBOURNE & PARKE LLP
Attn; DAVID M LEMAY
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

COHN BIRNBAUM SHEA
Attn: SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

GOOGLE INC
Attn: STACEY L WEXLER
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

INFINITE COMPUTER SOLUTIONS
Attn: TIMOTHY J MCGARY
10500 SAGER AVE
STE G
FAIRFAX, VA 22030

JBR MEDIA VENTURES LLC
Attn:: JOHN BRENTON SHAW
2 WISCONSIN CIRCLE
STE 700
CHEVY CHASE, MD 20815

DELAWARE DEPT OF REVENUE
THOMAS COLLINS BUILDING
540 S DUPONT HIGHWAY
DOVER, DE 19901

KILPATRICK STOCKTON LLP
Attn: PAUL M ROSENBLATT
Attn: TODD C MEYERS
1100 PEACHTREE ST NE
SUITE 2800
ATLANTA, GA 30309-4530

BMC GROUP
Attn: ALAN DALSASS
Attn: BRAD DANIEL
875 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022

SPRINT NEXTEL CORP
Attn: GREG MALAKOF
200 EDMUND HALLEY DR
RESTON, VA 20191

VORYS SATER SEYMOUR AND PEASE LLP
Attn: TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215