## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: : | Chapter 11 |
| : | |
| INPHONIC, INC., *et al.*, : | Case No. 07-11666 (KG) |
| : | Jointly Administered |
| Debtors. : | Re: Docket No. _____ |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN
ORDER SHORTENING AND LIMITING NOTICE TO CONSIDER MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER
(I) DISMISSING (OR CONVERTING) DEBTORS' BANKRUPTCY CASES PURSUANT
TO SECTION 1112(b) OF THE BANKRUPTCY CODE OR (II) COMPELLING THE
TRUSTEE TO ABANDON FULLY-ENCUMBERED ESTATE PROPERTY PURSUANT
TO SECTION 554(b) OF THE BANKRUPTCY CODE**

Upon consideration of the Motion of the Official Committee of Unsecured Creditors (the "Committee") Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Shortening and Limiting Notice (the "Motion to Shorten and Limit Notice") to Consider the Motion of the Committee for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code (the "Motion to Dismiss"); and it appearing that sufficient cause exists for the relief granted herein, it is hereby ORDERED that:

1.  The Motion to Shorten and Limit Notice is granted in its entirety.

2.  A hearing to consider the Motion to Dismiss shall be held on November 30, 2007 at 3:00 p.m. (Eastern).

3.  Written objections to the Motion to Dismiss, if any, must be filed with the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 Market Street,

2

Third Floor, Wilmington, Delaware 19801, and served so as to be received by counsel for the Committee, on or before November 28, 2007 at 10:00 a.m. (Eastern).

4. Notice of the Motion to Dismiss may be limited to the following parties: (i) proposed counsel for the Debtors; (ii) counsel to Adeptio; (iii) the Office of the United States Trustee (iv) all parties requesting notice pursuant to Fed.R.Bankr.P. 2002; and (v) all creditors listed in the Debtors' Consolidated List of Creditors (D.I. 43).

Date: November ___, 2007        BY THE COURT:
Wilmington, Delaware

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE