## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| INPHONIC, INC., *et al.,* | : | Case No. 07-11666 (KG) |
|  | : | Jointly Administered |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 21st day of November 2007,

I caused a true and correct copy of the **MOTION OF THE OFFICIAL COMMITTEE**

**OF UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e)**

**FOR AN ORDER SHORTENING AND LIMITING NOTICE TO CONSIDER**

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**FOR AN ORDER(I) DISMISSING (OR CONVERTING) DEBTORS'**

**BANKRUPTCY CASES PURSUANT TO SECTION 1112(b) OF THE**

**BANKRUPTCY CODE OR (II) COMPELLING THE TRUSTEE TO ABANDON**

**FULLY-ENCUMBERED ESTATE PROPERTY PURSUANT TO SECTION**

**554(b)OF THE BANKRUPTCY CODE** to be served upon the entities on the attached

service list in the manner indicated.

By:  /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)

INPHONIC, INC., *et al.*
Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail:  rbrady@ycst.com/ekosmowski@ycst.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA HAND DELIVERY**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
E-mail: asathy@kirkland.com/dagay@kirkland.com/
aljohnson@kirkland.com