# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., *et al.* | : | Case No. 07-11666 (KG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 13 |

### NOTICE OF DEPOSITION OF INPHONIC, INC., *ET AL.*, AS DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 9014

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 7030, the Official Committee of Unsecured Creditors (the "Committee") will take the oral deposition of InPhonic, Inc., *et al.*, as Debtors and Debtors in Possession (the "Debtors"), pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 9014, through one or more of its officers, directors, manageing agents, or other persons who are most familiar with the following:

1. The reasons that the Debtors filed chapter 11 bankruptcy petitions;

2. The potential for distribution to unsecured creditors in these bankruptcy cases, including the amount of any potential distribution;

3. The Debtors' ability to rehabilitate their businesses;

4. The negotiations regarding the Debtors' proposed post-petition financing; and

5. The documents requested in the Official Committee Of Unsecured Creditors' First Set Of Requests For The Production Of Documents Directed To Debtors.

PLEASE TAKE FURTHER NOTICE that the deposition(s) of the Debtors will commence at the law offices of Reed Smith LLP; 1301 K Street, N.W., Suite 1100-East Tower;

PGHLIB-2179267.1-JCLEWIS

Washington, D.C. 2005; Phone number: (202) 414-9200; commencing at **10:00 a.m. (EST) on November 28, 2007.**

PLEASE TAKE FURTHER NOTICE that the deposition will take place before a person duly authorized to administer oaths, who will stenographically record the deponent's testimony. *You are required to designate **one or more** officers, directors, or managing agents and to set forth the matters on which each person will testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address, time and date set forth above) for examination.*

By: /s/ Kurt F. Gwynne

Kurt F. Gwynne, Esq. (No. 3951)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7550
E-mail: kfgwynne@reedsmith.com

and

Robert P. Simons, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412-288-3131
Facsimile: 412-288-3063
E-mail: rsimons@reedsmith.com

Proposed Counsel for The Official Committee
of Unsecured Creditors

Dated: November 21, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., *et al.* | : | Case No. 07-11666 (KG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

### PROOF OF SERVICE

I, Kurt F. Gwynne, certify that on this 21st day of November 2007, I caused a true and correct copy of the foregoing **NOTICE OF DEPOSITION OF INPHONIC, INC.,** *ET AL.***, AS DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 9014** to be served upon the addressees on the attached service list in manner indicated.

By: */s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)

Proposed Counsel for the Official
Committee of Unsecured Creditors

## SERVICE LIST

| | |
|---|---|
| **VIA FACSIMILE**<br>(Proposed Co-Counsel to the Debtors)<br>Thomas R. Califano, Esquire<br>DLA Piper US, LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Facsimile: (212) 884-8690 | **VIA HAND DELIVERY**<br>(Proposed Co-Counsel to the Debtors)<br>Neil B. Glassman, Esquire<br>THE BAYARD FIRM<br>220 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 |
| **VIA HAND DELIVERY**<br>(United States Trustee)<br>Richard Schepacarter, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | **VIA FACSIMILE**<br>David A. Agay, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| **VIA HAND DELIVERY**<br>Robert S. Brady, Esquire<br>Edward J. Kosmowski, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | |