IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., *et al.*, | ) | Case No. 07-11666 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | Re: Docket No. _____ |

## **ORDER ESTABLISHING SHORTENED DISCOVERY PROCEDURES**

Upon consideration of the Emergency Motion Of The Official Committee Of Unsecured Creditors Pursuant to Bankruptcy Rule 9006(c)(1) And Federal Rules Of Civil Procedure 30, 33, 34 And 36 For An Order Establishing Shortened Discovery Procedures (the "Motion") and any timely response in opposition thereto; and it appearing that sufficient cause exists for the relief granted herein, it is hereby

ORDERED THAT, the Motion is GRANTED;

ORDERED THAT, pursuant to Bankruptcy Rule 9006(c)(1), Fed.R.Civ.P. 30(a)(1) and (b)(1) (depositions), Fed.R.Civ.P. 33(a) and (b)(3) (interrogatories), Fed.R.Civ.P. 34(b) (requests for documents), and Fed.R.Civ.P. 36(a) (requests for admission), the Committee may serve upon the Debtors, Adeptio, and GAH the Discovery,[1] including without limitation, the Discovery in substantially the form attached to the Motion as Exhibits A through E. All such Discovery and responses thereto shall proceed in accordance with the following schedule:

    1.    depositions under Fed.R.Civ.P. 30 shall be scheduled for **November 28, 2007,** or such other date as is agreed to by the parties;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 2 -

2. responses (including copies of responsive documents) and objections to requests to produce documents under Fed.R.Civ.P. 34 shall be served, via facsimile or overnight mail, so as to be received by counsel to the Committee on or before **November 26, 2007**, or such other date as is agreed to by the parties;

3. answers to requests for admission under Fed.R.Civ.P. 36 shall be served, via facsimile or overnight mail, so as to be received by counsel to the Committee on or before **November 26, 2007**, or such other date as is agreed to by the parties; and

4. testimony and the production of documents pursuant to a subpoena under Fed.R.Civ.P. 45(a)(1)(C) (as incorporated by Fed.R.Bankr.P. 9016) shall be scheduled as follows: Documents shall be produced on or before **November 26, 2007, at 5:00 p.m. (Eastern)**, and deposition testimony shall be taken on **November 28, 2007**, or such other dates as are agreed to by the parties.

3. The notice provided above shall, under the circumstances, be deemed "reasonable" notice for purposes of Fed.R.Civ.P. 32(a) and Fed.R.Civ.P. 45(c)(3)(A)(i).

BY THE COURT:

Date: November ___, 2007
Wilmington, Delaware

JUDGE KEVIN GROSS
U.S. BANKRUPTCY JUDGE