IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-11666 (KG) |
| INPHONIC, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. _____ |
| | : | |

## ORDER GRANTING MOTION FOR TELEPHONIC HEARING

Upon consideration of the Emergency Motion Of The Official Committee Of Unsecured Creditors For An Expedited Telephonic Hearing (the "Scheduling Motion") To Consider The Motion Pursuant To Bankruptcy Rule 9006(c)(1) And Federal Rules Of Civil Procedure 30, 33, 34 And 36 For An Order Establishing Shortened Discovery Procedures, it is hereby

ORDERED THAT, the Scheduling Motion is granted; and it is further

ORDERED THAT, a telephonic hearing to consider the Emergency Motion Of the Official Committee Of Unsecured Creditors Pursuant To Bankruptcy Rule 9006(c)(1) And Federal Rules Of Civil Procedure 30, 33, 34, and 36 For An Order Establishing Shortened Discovery Procedures is scheduled for November 21, 2007 at __:__ p.m. (Eastern).

BY THE COURT:

Date: _____, 2007
Wilmington, Delaware

_____
JUDGE KEVIN GROSS
U.S. BANKRUPTCY JUDGE