IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Gaston P. Loomis, Esquire, do hereby certify that, on the 21st day of November 2007, I caused a true and correct copy of the **OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AUTHORIZING EMPLOYMENT AND RETENTION OF GOLDSMITH, AGIO, HELMS SECURITIES, INC. AS INVESTMENT BANKER TO DEBTORS IN POSSESSION** to be served upon the addressees on the attached service list in the manners indicated.

By: /s/ Gaston P. Loomis
Gaston P. Loomis (No. 4812)

INPHONIC, INC., *et al.*
Objection Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL & E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA FIRST CLASS MAIL & E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ekosmowski@ycst.com

**VIA FIRST CLASS MAIL AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA HAND DELIVERY**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & E-MAIL IN PDF**
Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
E-mail: asathy@kirkland.com/dagay@kirkland.com/
aljohnson@kirkland.com