# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                                                     Chapter 11
                                                     Case No. 07-11666 (KG)

                         Debtors.                     (Jointly Administered)

-------------------------------------------------------------x

## <u>NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS</u>

TO ALL PARTIES:

        **PLEASE TAKE NOTICE** that mForce Communications, Inc.

("mForce") hereby enters its appearance in the above-captioned Chapter 11 cases by and

through its undersigned counsel.

        The undersigned attorneys enter their appearance and request pursuant to

Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and §§ 102(1), 342 and

1109(b) of the Bankruptcy Code, that all notices given or required to be given and all

papers served or required to be served in this case be served upon mForce at the

following addresses:

| **HALPERIN BATTAGLIA RAICHT, LLP** | **CAMPBELL & LEVINE, LLC** |
|---|---|
| Christopher J. Battaglia, Esq. | Marla R. Eskin, Esq. |
| Elizabeth L. Rose, Esq. | Kathryn S. Keller, Esq. |
| 555 Madison Avenue, 9th Floor | 800 North King Street, Suite 300 |
| New York, New York 10022 | Wilmington, DE  19801 |
| Telephone: (212) 765-9100 | Telephone: (302) 426-1900 |
| Facsimile: (212) 765-0964 | Facsimile: (302) 426-9947 |
| cbattaglia@halperinlaw.net | meskin@camlev.com |
| erose@halperinlaw.net | kkeller@camlev.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of mForce, in the above-captioned chapter 11 case.

Dated: November 21, 2007

**CAMPBELL & LEVINE, LLP**

By:  */s/ Kathryn S. Keller*
    Marla R. Eskin, Esq. (No. 2989)
    Kathryn S. Keller, Esq. (No. 4660)
    800 North King Street, Suite 300
    Wilmington, DE  19801
    Telephone: (302) 426-1900
    Facsimile: (302) 426-9947

- and-

**HALPERIN BATTAGLIA RAICHT, LLP**

    Christopher J. Battaglia, Esq.
    Elizabeth L. Rose, Esq.
    555 Madison Avenue, 9th Floor
    New York, New York 10022
    Telephone: (212) 765-9100
    Facsimile: (212) 765-0964

*Counsel to mForce Communications, Inc.*
