IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                                Chapter 11
                                Case No. 07-11666 (KG)
        Debtors.               (Jointly Administered)

-------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

      I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on November 21, 2007, I caused a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* to be served upon the individuals on the attached service list via the method indicated.

Date: November 21, 2007                        */s/Kathryn S. Keller*
                                                        Kathryn S. Keller (DE #4660)