# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| INPHONIC, INC. | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Case No. 07-11666-KG |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Timothy J. McGary, Esq., to represent Infinite Computer Solutions, Inc. in this matter.

                    */s/ Kevin A. Guerke*
                    Kevin A. Guerke (DE #4096)
                    SEITZ, VAN OGTROP & GREEN, PA
                    222 Delaware Avenue, Suite 1500
                    Wilmington, Delaware 19801
                    Telephone:   (302) 888-7607
                    Facsimile:    (302) 888-0606
                    E-Mail:        kguerke@svglaw.com

Dated: November 21, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, on this _____ day of _____, 2007, counsel's Motion for Admission *Pro Hac Vice* of Timothy J. McGary, Esq. is granted.

                    _____
                    United States Bankruptcy Judge

60333v1