# **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Commonwealth of Virginia, The United States Bankruptcy Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Western District of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fun effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.


                                     By:/s/ <u>Timothy J. McGary</u>
                                              Timothy J. McGary, Esquire