IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., *et al,* | ) | Case No. 07-11666(KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | **Objection Deadline: 11/23/07 at 4:00 p.m.** |
| | ) | **Hearing Date: 11/30/07 at 3:00 p.m.** |

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2007, I caused to be served a copy of the United States Trustee's Objection to the Debtors' Application to Employ Goldsmith, Agio, Helms Securities, Inc. as Investment Banker Pursuant to Sections 327(a) and 328 (a) of the United States Bankruptcy Code (Docket No. 63) via first class United States Mail (postage prepaid) to the following person(s) listed below:

Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Robert P. Simons, Esquire
Reed Smith LLP
435 Smith Avenue
Pittsburgh, PA 15219


 /s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trail Attorney