BINGHAM McCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, New York 10022-4689
Telephone No.: (212) 705-7000
Fax No.:  (212) 752-5378

*Attorneys for ACN Communications Services, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., *et al*., | ) | Case No. 07-11666 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that ACN Communications Services, Inc., a party in interest in the above-captioned cases (the "**Appearing Party**"), hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned attorneys, at the address set forth below:

Steven Wilamowsky, Esq.
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone No.: (212) 705-7000
Facsimile No.:  (212) 752-5378
Email address:  steven.wilamowsky@bingham.com

A/72324454.1

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of: (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserves.

Dated:  New York, New York
        November 20, 2007

    Respectfully submitted,

    BINGHAM McCUTCHEN LLP

    By:   /s/Steven Wilamowsky
        Steven Wilamowsky (SW-9266)
        399 Park Avenue
        New York, New York 10022-4689
        Telephone No. (212) 705-7000
        Facsimile No.  (212) 752-5378