## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
| INPHONIC, INC., et al, | : | Case No. 07-11666-KG |
|  | : | Jointly Administered |
| Debtors. | : |  |
| _____ | : | **Regarding Dkt. Nos.  11 and 55** |

## LIMITED OBJECTION OF VERIZON WIRELESS TO
## DEBTOR'S MOTION FOR APPROVAL OF DEBTOR-IN-POSSESSION
## FINANCING AND RELATED RELIEF

Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless), by and through its undersigned counsel, hereby files this limited objection to the motion of InPhonic, Inc. (the "InPhonic") and its wholly owned subsidiaries, the above-captioned debtors and debtors in possession (collectively, the "Debtors") for approval of debtor-in-possession financing facility ("DIP Facility") and related relief (the "DIP Motion").  In support hereof, Verizon Wireless respectfully states as follows:

### Background

1.      On November 8, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.      Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtor continues to manage its business and property as a debtor-in-possession.

3.      InPhonic and Verizon Wireless are parties to a certain prepetition agreement dated January 20, 2003 (as amended from time to time, the "Agreement"), pursuant to which Verizon Wireless authorized, among other things, Inphonic to act as an agent for the sale of

Verizon Wireless service and for Inphonic to purchase equipment from time to time.

4.      On the Petition Date, InPhonic owed Verizon Wireless monies and Verizon Wireless owes InPhonic monies.  The parties are in the process of agreeing to certain arrangements which contemplate certain setoff and recoupment rights and certain other rights and obligations.

## Limited Objection

5.      Verizon Wireless objects to the DIP Motion to ensure that its rights of setoff and recoupment are preserved under applicable law and not impacted by a final DIP Financing Order or the DIP Facility.

6.      At the interim hearing for the DIP Motion on November 1, 2007, counsel to the DIP Lender agreed to language on the record which preserved Verizon Wireless' rights of recoupment and setoff.  The parties also agreed to insert that language in the final order.

7.      Accordingly, the final DIP Financing Order should contain the language that nothing in the DIP Financing Order or the DIP Facility will impact,  impair or diminish any setoff or recoupment rights of Verizon Wireless.

WHEREFORE, Verizon Wireless respectfully requests that the Court require that the final order approving the DIP Motion contain the requested and agreed upon language that was entered on the record at the interim hearing.

017286.01674/21645012v.1

Dated:  November 21, 2007          **BLANK ROME LLP**


By:     */s/ Bonnie Glantz Fatell*
        Bonnie Glantz Fatell  (No. 3809)
        Chase Manhattan Centre
        1201 Market Street - Suite 800
        Wilmington, DE  19801
        Telephone:     (302) 425-6400
        Facsimile:     (302) 425-6464

                and

        Regina Stango Kelbon
        Blank Rome, LLP
        One Logan Square
        130 N. 18th Street
        Philadelphia, PA  19103
        Telephone:     (215) 569-5507
        Facsimile:     (212) 834-5507

        Counsel for Cellco Partnership, on behalf of itself
        and its affiliated license holders d/b/a Verizon
        Wireless