**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 21st day of November, 2007, the foregoing *Limited Objection of Verizon Wireless to Debtor's Motion for Approval of Debtor-in-Possession Financing and Related Relief* was served upon the parties listed below via Facsimile and First Class Mail, postage prepaid, and upon the parties set forth on the attached Service List via First Class Mail, postage prepaid.

                                                                             /s/ Bonnie Glantz Fatell
                                                                             Bonnie Glantz Fatell

| | |
|---|---|
| Eric Michael Sutty, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>P.O. Box 25130<br>Wilmington, DE  19899<br>*Proposed Counsel for the Debtor*<br>*Facsimile:  302-658-6395* | Anup Sathy, Esquire<br>David A. Agay, Esquire<br>Andrea Johnson, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636<br>Counsel for Adeptio INPC Funding, LLC<br>*Facsimile:  312-861-2200* |
| Thomas R. Califano, Esquire<br>Jeremy R. Johnson, Esquire<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY  10020-1104<br>*Proposed Counsel for the Debtors*<br>*Facsimile:  212-335-4501* | Kurt F. Gwynne, Esquire<br>Reed Smith LLP<br>1201 Market Street, 15th Floor<br>Wilmington, DE 19801<br>*Proposed Counsel for the Committee of Unsecured Creditors*<br>*Fax : 302-778-7575* |
| Richard L. Schepacarter, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035<br>*Facsimile:  302-573-6497* | |
| Robert S. Brady, Esquire<br>Edmon L. Morton, Esquire<br>Edward J. Kosmowski, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street 17th Floor<br>Wilmington, DE  19801<br>*Counsel for Adeptio INPC Funding, LLC*<br>*Facsimile:  302-571-1253* | |

SERVICE LIST

InPhonic, Inc.
1010 Wisconsin Avenue NW
Suite 600
Washington, DC  20007
*Debtor*

Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899
*Proposed Counsel for the Debtor*

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
*Proposed Counsel for the Debtor*

Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801
*Proposed Counsel for the Committee of
Unsecured Creditors*

Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA  30309-4530
*Counsel for AT&T*

Tiffany Strelow Cobb, Esquire
Vorys, Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215
*Counsel for AOL LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington, DE  19801
*Counsel for Adeptio INPC Funding, LLC*

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
Counsel for Adeptio INPC Funding, LLC

David M. LeMay, Esquire
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112

Scott D. Rosen, Esquire
Cohn, Birnbaum, Shea
100 Pearl Street
Hartford, CT  06103-4500

Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
*Counsel for YAHOO!, Inc. and Overture
Services, Inc.*

Joel C. Shapiro, Esquire
*Blank Rome LLP*
One Logan Square
Philadelphia, PA 19103
*Counsel for GSI Commerce Solutions, Inc.*

Michael D. DeBaecke, Esquire
*Blank Rome LLP*
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel for GSI Commerce Solutions, Inc.*

SERVICE LIST

Paul Cataldo, Esquire
Vice President and
Assistant General Counsel
*GSI Commerce, Inc.*
935 First Avenue
King of Prussia, PA 19406

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
*Counsel for Sprint Nextel Corporation and Its Affiliates*

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA  22102-4215
*Counsel for Sprint Nextel Corporation and Its Affiliates*

017286.01674/21645238v.1