IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| InPhonic, Inc., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

**VERIFIED STATEMENT OF JOEL C. SHAPIRO
ON BEHALF OF BLANK ROME LLP PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

COMMONWEALTH OF PENNSYLVANIA )
) SS:
COUNTY OF PHILADELPHIA )

I, Joel C. Shapiro, verify and say:

1. I am a partner in the law firm of Blank Rome LLP ("Blank Rome"), with offices at One Logan Square, 18th and Cherry Streets, Philadelphia, PA 19103, and 1201 Market Street, Suite 800, Wilmington, DE 19801, and also other locations, and I am duly authorized to make this verified statement on behalf of Blank Rome in accordance with Federal Rule of Bankruptcy Procedure 2019.

2. This verified statement is given in part on personal knowledge and in part on information and belief based on discussions with individuals at Blank Rome whom I consider reliable for the purposes of the matters discussed herein.

3. Blank Rome is a law firm representing the following entities (collectively, the "Clients") in this bankruptcy case:

    a.    GSI Commerce Solutions, Inc.
           935 First Avenue
           King of Prussia, PA 19406

        b.        Cellco Partnership, *et al.*, d/b/a Verizon Wireless
                  1 Verizon Way
                  Basking Ridge, New Jersey 07920

4.    Blank Rome serves as counsel for GSI Commerce Solutions, Inc. ("GSI") in GSI's capacity as a marketer and distributor of wireless plans offered by Debtor and creditor of the Debtor in connection with the Marketing and Distribution Agreement, dated January 10, 2006. The total amount of claims asserted by GSI, as of the commencement of this bankruptcy case, is $132,531.86.

5.    Blank Rome serves as counsel for Cellco Partnership, on behalf of itself and its license holders and affiliated entities d/b/a Verizon Wireless (collectively, "Verizon Wireless") . Pursuant to certain prepetition agreements, Verizon Wireless authorized Inphonic as an agent for the sale of the Verizon Wireless service. As of the Petition Date, InPhonic owed Verizon Wireless approximately $1,218,647.92 relating to InPhonic's prepetition equipment purchases plus contingent and unliquidated claims.

6.    Blank Rome was retained by each of the Clients through contact by a representative of the Client. Blank Rome is authorized to act on behalf of the Clients as their legal representative. The representations are separate representations. The Clients are not acting in concert.

7.    Blank Rome may also represent other persons in matters pertaining to the Debtor and in the future may undertake other engagements. Those representations may or may not develop into representations in this bankruptcy case. If such representations develop into representations in this bankruptcy case, this Rule 2019 verified statement will be supplemented.

8.    To the best of my knowledge, Blank Rome has no claims against or interests in the Debtor.

9.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 21, 2007

_____
Joel C. Shapiro

Sworn to and subscribed before me
this 21st day of November, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lauren L. Nuttle, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 22, 2009

Member, Pennsylvania Association of Notaries

3

103315.00100/21644766v.2