## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 21st day of November, 2007, the foregoing *Verified Statement of Joel C. Shapiro on Behalf of Blank Rome LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* was served upon the parties set forth on the attached Service List via First Class Mail, postage prepaid.

                                            */s/ Michael D. DeBaecke*
                                            Michael D. DeBaecke

SERVICE LIST

InPhonic, Inc.
1010 Wisconsin Avenue NW
Suite 600
Washington, DC  20007
*Debtor*

Neil B. Glassman, Esquire
Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899
*Proposed Counsel for the Debtor*

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
*Proposed Counsel for the Debtors*

Richard L. Shepacarter, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801
*Proposed Counsel for the Committee of Unsecured Creditors*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington, DE  19801
*Counsel for Adeptio INPC Funding, LLC*

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
Counsel for Adeptio INPC Funding, LLC

Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA  30309-4530
*Counsel for AT&T*

Tiffany Strelow Cobb, Esquire
Vorys, Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215
*Counsel for AOL LLC*

David M. LeMay, Esquire
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112

Scott D. Rosen, Esquire
Cohn, Birnbaum, Shea
100 Pearl Street
Hartford, CT  06103-4500

Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
*Counsel for YAHOO!, Inc. and Overture Services, Inc.*

Joel C. Shapiro, Esquire
*Blank Rome LLP*
One Logan Square
Philadelphia, PA 19103
*Counsel for GSI Commerce Solutions, Inc.*

Michael D. DeBaecke, Esquire
*Blank Rome LLP*
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel for GSI Commerce Solutions, Inc.*

Paul Cataldo, Esquire
Vice President and
Assistant General Counsel
*GSI Commerce, Inc.*
935 First Avenue
King of Prussia, PA 19406

SERVICE LIST

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for Sprint Nextel Corporation and Its Affiliates*

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
*Counsel for Sprint Nextel Corporation and Its Affiliates*

Christopher J. Battaglia, Esquire
Elizabeth L. Rose, Esquire
Haperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022
*Counsel for mForce Communications, Inc.*

Marla R. Eskin, Esquire
Kathryn S. Keller, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Counsel for mForce Communications, Inc.*