## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC. | ) | Case No. 07-11666-KG |
| | ) | |
| Debtor | ) | Hearing Date: December 13, 2007 @ 10:00 a.m. |
| | ) | Objection Deadline: December 6, 2007 @ 4:00 p.m. |

## NOTICE OF MOTION

To:   All persons on the attached service list:

**PLEASE TAKE NOTICE** that Infinite Computer Solutions, Inc. (hereinafter referred to as "ICS"), a creditor of InPhonic, Inc. (hereinafter referred to as the "Debtor"), has filed the attached Motion of Infinite Computer Solutions, Inc. (1) to Compel Debtor to Assume or Reject the Master Service Agreement Between ICS and the Debtor Pursuant to 11 U.S.C.A. §365(d) (2) or, Alternatively, (ii) for Relief From The Stay Under Section 362 (d)(1) to Allow ICS to Terminate its Executory Contract (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before December 6, 2007 at 4:00 p.m.. (ET) (the "Objection Deadline"). At the same time, you must serve a copy of your response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 13, 2007 at 10:00 a.m.** (ET) BEFORE THE HONORABLE KEVIN GROSS, THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, WILMINGTON, DELAWARE 19801.

60335v1

1

IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

        */s/ Kevin A. Guerke*
        Kevin A. Guerke (DE #4096)
        SEITZ, VAN OGTROP & GREEN, PA
        222 Delaware Avenue, Suite 1500
        Wilmington, Delaware 19801
        Telephone: (302) 888-7607
        E-Mail: kguerke@svglaw.com

        Timothy J. McGary, (Va. #21208)
        Counsel for Plaintiff
        10500 Sager Avenue, Suite G
        Fairfax, Virginia 22030
        Telephone: (703) 352-4985
        E-mail: tjm@mcgary.com

        *Attorneys for Infinite Computer Solutions, Inc*

Dated: November 21, 2007