# MASTER CLIENT AGREEMENT
## For Consulting and Information Services

This Agreement is between **InPhonic Inc.** a Delaware Corporation, ("Client"), with principal offices at 1010 Wisconsin Avenue, Suite 600, Washington, DC 20007
and **Infinite Computer Solutions Inc.**, a US Corporation ("Infinite") whose address is 5 Choke Cherry Road, Suite # 320, Rockville, MD 20850, (the "Agreement"), each a "Party" and collectively the "Parties".

1. **Services and Duties**

    Client hereby retains Infinite as an independent contractor to provide software services and support / consulting services provided to Client (collectively, the "Services"), as identified in each statement of work (the "Statement of Work"), executed separately, under an Addendum to this Agreement. This Agreement is the master framework agreement between Client and Infinite to govern Services to be performed by Infinite from time to time pursuant to particular Statement of Work's, each of which will be individually executed by an authorized representative of Client and Infinite. Without limiting the foregoing, Infinite warrants that it shall furnish all services and materials necessary to complete the Services in an expeditious, workmanlike, and professional manner according to the terms of this Agreement.

2. **Deliverables**

    Infinite shall provide and deliver to Client each Deliverable described in the applicable Statement of Work on or before the due dates thereto.

3. **Term**

    3.1 <u>Commencement Date.</u> The terms of this Agreement shall commence on October 2nd, 2006 ( the "Commencement Date"), The term may be renewed for one or more successive one (1) year renewal periods by written mutual agreement signed by the Parties.

4. **Termination**

    **A. Termination For Cause:**
    4.1. Infinite may terminate this Agreement, immediately upon written notice to Client, if: (a) Client defaults upon its obligations concerning Infinite's Confidential Information (as provided elsewhere in this Agreement); (b) Client fails to pay any amount due under this Agreement and such failure continues for more than thirty-five (35) days after Client receives Infinite's written notice of such failure; or Client defaults upon any of its other obligations under this Agreement (other than those specified in the foregoing clauses (a) and (b) and such default is not cured within forty-five (45) daysafter Client received Infinite's written notice thereof.

    4.2   Client may terminate this Agreement, immediately upon written notice to Infinite if (a) Infinite defaults with respect to its obligations concerning Client's Confidential Information (as provided elsewhere in this Agreement) (b) Infinite defaults upon any of its other obligations under this Agreement to the extent not caused by a force majeure and such default is not cured within forty-five (45) days after Infinite received Client's written notice thereof.

1

**B. Termination For Convenience:**

4.3     The Client shall have the right to cancel this entire Agreement, at any time, in Client's sole discretion, on not less that one hundred twenty (120) days prior written notice to Infinite. The Client shall have the right to cancel any individual Schedule, or any portion of any individual Schedule, at any time, in Client's sole discretion, on not less than sixty (60) days prior written notice to Infinite, minus any work already performed under any individual Schedule.

5.   **Compensation**

5.1 Compensation.  Infinite shall provide Deliverables and Services to Client at prices to be specified in the Statement of Work.

5.2 Expenses.  Client shall reimburse Infinite for all pre-approved, reasonable and customary out of pocket expenses, including travel and living expenses directly associated with the Services to be provided pursuant to the terms of this Agreement subject to Client's written approval before such expenses are incurred.

5.3 Payment.  Unless otherwise set forth in this Agreement, or on any Statement of Work, all fees, charges and expenses due under this Agreement shall be due and payable as mentioned in the respective Statement of Work.

5.4 Taxes.  Charges hereunder are exclusive of such taxes levied or based on any charges payable under this Agreement, other than taxes upon Infinites net income. Client shall be responsible for the payment of all such applicable taxes, and shall reimburse Infinite for such applicable taxes as Infinite may become obligated to pay on behalf of Client upon written demand thereof.

6.   **Confidential Information**

Infinite and Client each agree that each party and its respective directors, officers, employees, agents, contractors and subcontractors (collectively, its "Employees") shall keep in confidence all information relating to the products, product plans, methods of manufacture, trade secrets, secret processes, customers, markets, designs, business plans, business opportunities, finances, research, development, know-how or personnel data, and all other confidential knowledge, data and information related to the business and affairs of the other party, its affiliates and sub, (collectively, "Confidential Information") that may be acquired by any of them pursuant to or in connection with this Agreement or the relationship contemplated by this Agreement. Upon termination of this Agreement, or at any time at the request of Client, Infinite and Infinite's Employees will return to Client all records, data, notes, reports, sketches, material, equipment and other documentation and other property, and all reproductions of the same, furnished by Client hereunder.

7. **Ownership**

   7.1 <u>Ownership of Invention</u> Infinite agrees that all inventions, improvements, concepts, ideas or other developments which may arise out of the services provided pursuant to this Agreement and any Statement of Work or exposure to Client' confidential information (hereinafter collectively referred to as "Inventions") shall be owned exclusively by Client, free and clear from claim or retention of rights thereto on the part of Infinite, its employees, agents or servants including but not limited to, for purposes of patent, copyright and trade secret rights. Infinite grants, conveys and assigns to Client, all rights to Inventions and all intellectual property rights therein.

   7.2 The provision of this section shall survive the completion and any termination of the Services and this Agreement.

8. **Insurance**

   Infinite will maintain for itself and its personnel before providing services, at its own expense, comprehensive General Liability insurance coverage for projects covered by this Agreement, for limits of liability not to exceed $1,000,000 and (if available under state law) worker's compensation coverage with limits of not less than $1,000,000 and will name Client as an Additional Insured and provide a copy of the certificate of insurance to Client upon request.

9. **Indemnification**

   Client and Infinite each agree to indemnify and hold harmless, the other party's respective subsidiaries, partnerships, affiliates, and any employee, agent, director or representative of same from and against all suits, claims damages, losses and expenses (including but not limited to attorneys' and experts' fees) arising out of or resulting from the performance of Services under this Agreement. Such obligation shall not be construed to negate, abridge, or otherwise reduce any other right or obligation of indemnity, which would otherwise exist as to any party or person, described in this paragraph.

10. **Warranties, Correction of Errors, Disclaimers and Limitation of Liability**

    10.1 <u>Warranties and Correction of Errors</u>. Infinite represents, warrants and covenants that during the period commencing on the date of acceptance or provisional acceptance of the Service by Client and for one (1) year thereafter (the "Warranty Period"), the Service will conform in all reasonable respects to the specifications set forth on the Statement of Work. Infinite agrees to use commercially reasonable efforts, at its own expense, to correct errors and nonconformance of the Services brought to its attention during the Warranty Period which causes the Services to fail to perform as warranted herein.

    10.2 <u>Exclusions from Warranty</u>. Infinite shall have no obligation to correct errors and non-conformances arising out of or resulting from (i) use of the Services in a form other than the form delivered or in an operating environment other than the environment that existed when the acceptance of the Services was deemed to be given; (ii) modification of the Services or unforeseen merger of the Services with any other product; (iii) maintenance of the Services by a party other than Infinite or a party approved by Infinite (which approval shall be reasonably given); (iv) conditions which are not

the result of the Services provided by Infinite, including without limitation, errors in the Services which are the result of errors in Client original programs and data files, or the result of Client failure to comply with the terms and conditions of this Agreement; (v) hardware, firmware or operating systems; or (vi) random, operational or intermittent conditions which are recoverable by Client or which are not reproducible by Client.

10.3 <u>DISCLAIMER OF WARRENTIES.</u> EXCEPT FOR THE WARRENTIES SET FORTH IN THIS SECTION 10, INFINITE DISCLAIMS ALL WARRANTIES REGARDING THE SERVICES, WHETHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ALL WARRANTIES OF MERCHANT ABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND AGAINST INFRINGEMENT.

10.4 <u>LIMITATION OF LIABILITY.</u> INFINITE AGREES THAT CLIENT's LIABILITY TO INFINITE OR ANY OTHER PERSON FOR DAMAGES, IF ANY, ARISING OUT OF OR IN ANY WAY RELATED TO THE SERVICES OR THE WORK PRODUCT INCLUDING WITHOUT LIMTATION, LIABILITY FOR BREACH OF WARRANTY OR DAMAGE TO CLIENT'S HARDWARE, SOFTWARE, DATA FILES AND DATABASES, SHALL NOT EXCEED THE AMOUNT PAID TO CLIENT BY INFINITE HEREUNDER FOR SERVICES.

10.5 <u>CONSEQUENTIAL DAMAGES.</u> EACH PARTY AGREES THAT IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY OR ANY OTHER PERSON UNDER CONTRACT, TORT OR ANY OTHER THEORY FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES OF ANY CHARACTER OR FOR LOST DATA, LOSS OF BUSINESS OR LOST PROFITS OR REVENUE, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

10.6 <u>Survival</u> : The provisions of this Section 10, shall survive the completion and any termination of the services and this Agreement.

11.  **General**

   a. <u>Modification.</u> This Agreement can only be modified by a written agreement duly signed by the person authorized to sign agreements on behalf of Infinite and of Client and variance from the terms and conditions of this Agreement will otherwise be of no effect.

   b. <u>Severability of Provisions.</u> If any provision or provisions of this Agreement shall be held by a court of competent jurisdiction to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or be impaired thereby.

   c. <u>Waivers.</u> A waiver of a breach of default under this Agreement shall not be a waiver thereof on any other occasion nor of any other or subsequent breach or default. The failure or delay by either party in enforcing compliance with any term or condition of this Agreement shall not constitute a waiver of such term or condition unless such term or condition is expressly waived in writing.

4

d.  Notices. All notices which are required to be given or submitted pursuant to this Agreement shall be in writing and shall be hand delivered or sent by certified mail return receipt requested, or national overnight carrier (e.g. Federal Express), to the address set forth herein or to such other address as Infinite, or Client may from time to time designate and shall be deemed given upon receipt.

e.  Choice of Law and Forum: This Agreement shall be governed by the laws of the state of Delaware, without . In the event of disputes or claims relating to this Agreement, both parties agree to seek and amicable settlement prior to commencing any litigation.

f.  Entire Agreement. This Agreement is the complete and exclusive statement of the agreement between the parties as to the subject matter thereof and supersedes all prior proposals or agreements and or written and all other communications between the parties related to the subject matter of this Agreement.

g.  Force Majeure. Neither party shall not be liable for, nor shall either party be deemed to have breached this Agreement by reason of any delay or failure in its performance arising from events beyond its control. Such events include, by way of example but not limitation, act of God; act of war; riot; epidemic; fire; flood or other disaster, act of government including governmental regulations superimposed after the Agreement, air traffic control caused delays, grace, lockout; telecommunication failure; power failure; or failure of computer equipment or non - Infinite software.

h.  Assignments: Subcontracting. This Agreement may not be assigned by either party without the prior written consent of the other party. The foregoing notwithstanding Infinite may subcontract or delegate all or any portion of its obligations hereunder to an affiliated company, provided that Client retains responsibility to Infinite for the performance of such obligations by the subcontractor upon the written consent of Client, such consent not to be unreasonably withheld .

i.  Agreement binding. This Agreement shall be binding upon and insure to the benefit of the parties hereto, their successors and permitted as assigns.

j.  Authority. Each party represents that it has full power and authority to enter into and perform this Agreement, and the person signing this agreement on its behalf has been properly authorized and empowered to enter into this Agreement

k.  Independent Constructors. Infinite and Client are independent parties and neither they, nor their employees, shall be deemed to be employees of the party, or have any authority to bind the other party, or to incur or enter into any obligations and requirements of this Agreement, Client shall be entitled to settle the means, methods, and processes it deems necessary and appropriate to perform the Services performed by its employees.

l.  Press Releases. Except as required by law, in no event shall either party issue a press release or make a public announcement concerning this Agreement or the other party without first obtaining the prior written consent of the other party.

IN WITHNESS WHEREOF, the parties hereto have executed this agreement effective the day and year first above written

By: **InPhonic, Inc.**                                                    **Infinite Computer Solutions, Inc.**

Signature: _____                    Signature: _____

Print    Name: Tim Weisbrod                                  Print Name: Ashoka Tankala

Title:   SVP of Software Development                Title:  VP Finance and Corporate

Date:   9/25/2006                                                    Date: 09/30/06