## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 21st day of November, 2007, I caused the foregoing Motion of Infinite Computer Solutions, inc. (1) to Compel Debtor to Assume or Reject the Master Service Agreement Between ICS and the Debtor Under Section 365(d)(2) or, Alternatively, (2) for Relief from the Stay Under Section 362(d)(1) to Allow ICS to Terminate its Executory Contract to be served via first class mail and via CM-ECF on the following attached service list(s):

/s/ Kevin A. Guerke_____
KEVIN A. GUERKE (DE #4096)

62123 v1