**2002 Service List**

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 North French Street
Wilmington, DE  19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington, DE  19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington, DE  19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE  19801

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE  19801

Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-1630

62124v1