IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Re: Docket Nos. 12, 52 & ___ |

**ORDER ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS SEEKING RECONSIDERATION OF THIS COURT'S ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MATTER OF NOTICES; (C) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING EXPENSE REIMBURSEMENT PROVISION; AND (E) GRANTING RELATED RELIEF**

Upon Consideration of the motion of the Official Committee of Unsecured Creditors (the "Committee") for an order seeking reconsideration (the "Motion to Reconsider") of this Court's Order (a) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (d) Approving Expense Reimbursement Provisions; and (e) Granting Related Relief dated November 9, 2007 (the "Bid Procedure Order"; D.I. 52).

This Court finds that good cause is set forth in the Motion to Reconsider to stay the Bid Process and Sale[1] - other than permitting interested bidders to conduct due diligence - until the Court determines the Committee's Motion to Dismiss.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2

IT IS HEREBY ORDERED

That the Bid Procedures Order is hereby stayed pending consideration by this Court of the matters raised in the Motion to Reconsider and the Motion to Dismiss.

Dated: _____, 2007  BY THE COURT:
Wilmington, Delaware

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE