IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 21st day of November 2007, I caused a true and correct copy of the **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS SEEKING RECONSIDERATION OF THIS COURT'S ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MATTER OF NOTICES; (C) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING EXPENSE REIMBURSEMENT PROVISION; AND (E) GRANTING RELATED RELIEF** to be served upon the entities on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.,* | Case No. 07-11666 (KG)<br>Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 21st day of November 2007, I caused a true and correct copy of the **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS SEEKING RECONSIDERATION OF THIS COURT'S ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MATTER OF NOTICES; (C) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING EXPENSE REIMBURSEMENT PROVISION; AND (E) GRANTING RELATED RELIEF** to be served upon the entities on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)

InPhonic, Inc., *et al.*,
Case No. 07-11666(KG)
2002 Service List

**VIA HAND DELIVERY**
THE BAYARD FIRM
Attn: NEIL B. GLASSMAN
Attn: MARY E. AUGUSTINE
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

**VIA HAND DELIVERY**
OFFICE OF THE US TRUSTEE
Attn: RICHARD SHEPACARTER
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
YOUNG CONWAY STARGATT & TAYLOR, LLP
Attn: ROBERT S. BRADY
Attn: EDMUN MORTON
Attn: EDWARD J KOSMOWSKI
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
BLANK ROME LLP
Attn: BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
FRANCHISE TAX DIVISION
PO BOX 898-F
DOVER, DE 19903

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
4425 N MARKET STREET
WILMINGTON, DE 19802

DLA PIPER US LLP
Attn: THOMAS CALIFANO
Attn: JEREMY R JOHNSON
Attn: MARIA ELLENA CHAVEZ-RUARK
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

GOLDSMITH LAZARD
Attn: DERMOTT O'FLANAGAN
11 WEST 42ND STREET, 29TH FL
NEW YORK, NY 10036

GOLDSMITH AGIO HELMS
Attn: ANDREW TORGOVE
Attn: JASON COHEN
225 SOUTH SIXTH ST
46TH FL
MINNEAPOLIS, MN 55402

INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
Attn: BANKRUPTCY SECTION
SPECIAL PROCEDURES SECTION
31 HOPKINS PLAZA, ROOM 1120
BALTIMORE, MD 21202

KIRKLAND & ELLIS LLP
Attn: ANUP SATHY ESQ
Attn: DAVID A AGAY
Attn: JOHN A SCHOENFELD
Attn: ANDREA JOHNSON
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

STATE OF DELAWARE
Attn: RANDY WELLER
DIV OF REVENUE, COMPLIANCE DEPT
820 N FRENCH STREET
WILMINGTON, DE 19801

KPMG
ALLEN R. WESTERGARD
1660 INTERNATIONAL DRIVE,
2ND FLOOR
MCLEAN, VA 22102

KPMG
BRYAN WALKER & MARK FRENCH
1660 INTERNATIONAL DRIVE, 2ND FLOOR
MCLEAN, VA 22102

A C N COMMUNICATIONS SERVICES
Attn: JAMES F MULCAHY
13620 REESE BLVD E
BUILDING XII STE 400
HUNTERSVILLE, NC 28078

SECURITIES & EXCHANGE COMMISSION
Attn: PATRICIA SCHRAGE
233 BROADWAY
NEW YORK, NY 10279

SECURITIES AND EXCHANGE COMMISSION
15TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20020

SECURITIES OF THE TREASURY
15TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20020

US ATTORNEY'S OFFICE
Attn: ELLEN W SLIGHTS, ESQUIRE
1007 ORANGE STREET, STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

VERSA CAPITAL MANAGEMENT, INC.
Attn: GREG SEGALL
Attn: PAUL HALPERN
Attn: DAVID LORRY
THE CIRCA CENTRE
2929 ARCH STREET, 27TH FL
PHILADELPHIA, PA 19104

BIALSON BERGEN & SCHWAB
Attn: LAWRENCE M SCHWAB
Attn: PATRICK M COSTELLO ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

W B DONER & COMPANY
Attn; KEVIN WEINMAN
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48075

YAHOO!
Attn: TERESA SIMMS-JOHNSON
701 FIRST AVE
SUNNYVALE, CA 94089

BLANK ROME LLP
Attn: REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

CHADBOURNE & PARKE LLP
Attn; DAVID M LEMAY
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

COHN BIRNBAUM SHEA
Attn: SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

GOOGLE INC
Attn: STACEY L WEXLER
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

INFINITE COMPUTER SOLUTIONS
Attn: TIMOTHY J MCGARY
10500 SAGER AVE
STE G
FAIRFAX, VA 22030

| | |
|---|---|
| JBR MEDIA VENTURES LLC<br>Attn:: JOHN BRENTON SHAW<br>2 WISCONSIN CIRCLE<br>STE 700<br>CHEVY CHASE, MD 20815 | DELAWARE DEPT OF REVENUE<br>THOMAS COLLINS BUILDING<br>540 S DUPONT HIGHWAY<br>DOVER, DE 19901 |
| KILPATRICK STOCKTON LLP<br>Attn: PAUL M ROSENBLATT<br>Attn: TODD C MEYERS<br>1100 PEACHTREE ST NE<br>SUITE 2800<br>ATLANTA, GA 30309-4530 | BMC GROUP<br>Attn: ALAN DALSASS<br>Attn: BRAD DANIEL<br>875 THIRD AVENUE, 5TH FLOOR<br>NEW YORK, NY 10022 |
| SPRINT NEXTEL CORP<br>Attn: GREG MALAKOF<br>200 EDMUND HALLEY DR<br>RESTON, VA 20191 | VORYS SATER SEYMOUR AND PEASE LLP<br>Attn: TIFFANY STRELOW COBB ESQ<br>52 EAST GAY ST<br>COLUMBUS, OH 43215 |