IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 07-11666 (KG) |
| INPHONIC, INC., *et al.*, : | Jointly Administered |
| : | |
| Debtors. : | Re: Docket No. _____ |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e) AND
9013-1(m)(v) FOR AN ORDER SHORTENING NOTICE TO CONSIDER MOTION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR MOTION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS SEEKING
RECONSIDERATION OF THIS COURT'S ORDER (A) APPROVING BID
PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE
DEBTORS' ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE SALE AND
APPROVING THE FORM AND MATTER OF NOTICES; (C) ESTABLISHING
PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN
CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS;
(D) APPROVING EXPENSE REIMBURSEMENT PROVISION;
AND (E) GRANTING RELATED RELIEF**

Upon consideration of the Motion (the "Motion to Shorten Notice") of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) and 9013-1(m)(v) for an Order Shortening Notice to Consider the Motion (the "Motion for Reconsideration") of the Committee for an Order seeking reconsideration of this Court's Order (a) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (d) Approving Expense Reimbursement Provisions; and (e) Granting Related Relief dated November 9, 2007 (the "Bid Procedure Order"; D.I. 52); and it appearing that sufficient cause exists for the relief granted herein, it is hereby ORDERED that:

1.   The Motion to Shorten Notice is granted.

- 2 -

2. A hearing to consider the Motion for Reconsideration shall be held on November 30, 2007 at 3:00 p.m. before the Honorable Kevin Gross.

3. Written objections to the Motion for Reconsideration, if any, must be filed with the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon proposed counsel for the Committee so as to be received, on or before November 28, 2007 at 10:00 a.m. (Eastern).

BY THE COURT:

Date: November ____, 2007
Wilmington, Delaware

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE