IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 21st day of November 2007, I caused a true and correct copy of the **OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POST-PETITION FINANCING, (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING, PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001 (C) AND (D)** to be served upon the entities on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

INPHONIC, INC., *et al.*
DIP Objection Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ekosmowski@ycst.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
David A. Agay, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
E-mail: dagay@kirkland.com