IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:
In re:                                             :
                                                   : Chapter 11
INPHONICS, INC., *et al.*,                         :
                                                   : Case No. 07-11666 (KG)
         Debtors.                                  : *(Jointly Administered)*
                                                   :
                                                   :
                                                   :
                                                   :
---------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of are, and that service of a copy of the **Limited Objection Of Spanco Telesystems & Solutions Limited To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing And Approving Postpetition Financing; (II) Granting Liens And Security Interests And Providing Superpriority Administrative Expense Status; (III) Authorizing Use Of Cash Collateral And Affording Adequate Protection; (IV) Modifying Automatic Stay; And (V) Scheduling Final Hearing, Pursuant To Sections 105, 361, 362, 363 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002 And 4001(C) And (D)** was made on November 23, 2007 upon the individuals identified on the attached Service List via hand delivery to the

DM3\594460.1

individuals located in Wilmington, Delaware and by first class mail, postage prepaid to the individuals located outside of Wilmington, Delaware.

Dated: November 23, 2007
       Wilmington, Delaware

                                       Richard W. Riley (DE 4052)
                                       DUANE MORRIS LLP
                                       1100 North Market Street, Suite 1200
                                       Wilmington, DE 19801-1246
                                       Telephone:   (302) 657-4928
                                       Facsimile:    (302) 657-4901
                                       E-mail:       rwriley@duanemorris.com

DM3\594460.1

## SERVICE LIST

Neil B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas Califano
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

David A Agay
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Robert Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Office of the United States Trustee
Attn: Richard Schepacarter
J. Caleb Boggs Federal Building
Room 2207
844 King Street
Wilmington, DE 19801

DM3\594460.1