IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re: :
: Chapter 11
INPHONICS, INC., *et al.*, :
: Case No. 07-11666 (KG)
Debtors. : *(Jointly Administered)*
:
:
:
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW,** the law firm of Wilentz, Goldman & Spitzer, P.A., counsel for Spanco Telesystems & Solutions Limited ("Spanco") in the above-captioned case, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby files this Notice of Appearance and Request for Notices. Wilentz, Goldman & Spitzer, P.A. hereby requests that all notices, papers, pleadings, and documents required to be served in the above-captioned case be served upon the following as counsel for Spanco:

> David H. Stein, Esq.
> WILENTZ, GOLDMAN & SPITZER, P.A.
> 90 Woodbridge Center Drive
> Suite 900, Box 10
> Woodbridge, New Jersey 07095-0958
> Tel: (732) 636-8000
> Fax: (732) 726-6570
> dstein@wilentz.com

This request for notices encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other documents brought before this Court in any proceeding, whether formal or informal, written or oral, or transmitted by mail, delivery,

#2972405 (136965.005)

telephone, facsimile, electronic mail or otherwise which affect or seek to affect the above cases.

    Respectfully submitted this 23rd day of November, 2007.

**WILENTZ, GOLDMAN & SPITZER, P.A.**

/s/ David H. Stein
David H. Stein, Esq. (DHS-8514)
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, New Jersey 07095-0958
(732) 636-8000

*Attorneys for Creditor,*
*Spanco Telesystems & Solutions Limited*