IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC, *et al.*, ) | Case No. 07-11666 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket Nos. 11 and 55 |
| ) | |

**LIMITED OBJECTION OF SPRINT NEXTEL CORPORATION TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POST-PETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING PURSUANT TO SECTION 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001 (C) AND (D)**

Sprint Nextel Corporation and its affiliates ("Sprint Nextel") by and through its undersigned counsel, hereby files this Limited Objection (the "Objection") to Debtors'[1] Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing Pursuant to Section 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (C) and (D) (the "DIP Motion"). In support of this Objection, Sprint Nextel respectfully states as follows:

### BACKGROUND

1.   On November 8, 2007 (the "Petition Date"), InPhonic, Inc. ("InPhonic") and each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware Corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

2.      On the Petition Date, the Debtors filed the DIP Motion and on November 9, 2007, the Court entered an Order (the "Interim Order") approving interim debtor-in-possession financing of up to $10 million to be provided by Adeptio INPC Funding, LLC.

3.      Sprint Nextel and InPhonic are parties to an Online Authorized Representative Agreement dated on or about May 11, 2007 (as amended, the "OAR Agreement"), whereby InPhonic sells Sprint Nextel telecommunications products and services via electronic commerce and direct response marketing through various web sites on the internet.

4.      The Debtors listed Sprint Nextel on their bankruptcy schedules with a secured claim in the amount of $1,907,222.10 and a general unsecured claim in the amount of $1,835,220.43.

5.      Sprint Nextel's claims are fully secured by virtue of the following:

   a.   A security deposit held under the OAR Agreement in the amount of $500,000.00;

   b.   Other rights of setoff and/or recoupment against any and all amounts owed to the Debtors, including, but not limited to, sales commissions under the OAR Agreement; and

   c.   A purchase money security interest held in inventory supplied by Sprint Nextel to InPhonic for resale under the OAR Agreement and the proceeds thereof, which interest was perfected by a UCC financing statement filed on or about May 14, 2007, and authenticated notification thereof given to CitiCorp North America, Inc. and all other holders of conflicting security interests.

## OBJECTION

6.      Sprint Nextel objects to the DIP Motion and the entry of a final order on the proposed debtor-in-possession financing ("Final Order") to the extent that the Interim Order and Final Order in any way alters the validity, extent or priority of Sprint Nextel's claims and rights, including, but not limited to, Sprint Nextel's purchase money security interest and rights of setoff and/or recoupment.

## RESERVATION OF RIGHTS

7.      Sprint Nextel reserves all of its rights to amend or supplement this Objection.

WHEREFORE, Sprint Nextel respectfully requests that the Court (i) deny the DIP Motion to the extent that the Interim Order and Final Order in any way alters the validity, extent or priority of Sprint Nextel's claims and rights, and (ii) grant such other and further relief as is just and equitable.

Dated: November 23, 2007

MORRIS JAMES LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (No. 2480)
500 Delaware Avenue, Ste. 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750

- and -

McGUIREWOODS LLP
David I. Swan
James E. Van Horn
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
Telephone: (703) 712-5365
Facsimile: (703) 712-5050

Counsel to Sprint Nextel Corporation

/4886640.1                                                3