UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| InPhonic, Inc., et al., | ) | |
| | ) | Case No. 07-11666 (KG) |
| Debtors. | ) | |
| | ) | Joint Administration |

---------------------------------------------------------------------------------

**AFFIDAVIT OF WILLIAM WELLER, PARALEGAL**

STATE OF DELAWARE        :
                         : SS:
NEW CASTLE COUNTY        :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 23, 2007, I caused service of the following:

**LIMITED OBJECTION OF SPRINT NEXTEL CORPORATION TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POST-PETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING PURSUANT TO SECTION 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001(C) AND (D)**
[Re: Docket No. 108]

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   November 26, 2007

William Weller

SWORN TO AND SUBSCRIBED before me this 26TH of November, 2007.

NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/112443-0004/1634583/1

**VIA HAND DELIVERY & FACSIMILE**
Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile: (302) 658-6395
[Proposed Counsel for the Debtors]

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
[Counsel for Adeptio INPC Funding, LLC]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Facsimile: (302) 778-7575
[Proposed Counsel to the Official
Committee of Unsecured Creditors]

**VIA FACSIMILE**
Thomas R. Califano, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 884-8690
[Proposed Counsel for the Debtors]

Anup Sathy, Esq.
David A. Agay, Esq.
Andrea L. Johnson, Esq.
John Schoenfeld, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Facsimile: (312) 861-2200
[Counsel for Adeptio INPC Funding, LLC]

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Facsimile: (412) 288-3063
[Proposed Counsel to the Official
Committee of Unsecured Creditors]

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Facsimile: (215) 851-1420
[Proposed Counsel to the Official
Committee of Unsecured Creditors]