**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| _____x | | |
| IN RE: | : | Chapter 11 |
| | : | |
| INPHONIC, INC. et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors | : | (Jointly Administered) |
| _____x | | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

TO:  Clerk of the Court
     United States Bankruptcy Court
     District of Delaware
     824 Market Street
     Wilmington, DE 19801

Please enter the appearance of Francis A. Monaco, Jr., Esquire, of the firm of Womble Carlyle Sandridge & Rice, PLLC, as counsel for T-Mobile USA, Inc. ("T-Mobile").  T-Mobile is a party in interest and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in these cases be given to and served upon:

> **Francis A. Monaco, Jr., Esquire
> Womble Carlyle Sandridge & Rice
> 222 Delaware Avenue, Suit 1501
> Wilmington, Delaware 19801
> (302) 252-4340 (Tel)
> (302) 661-7730(Fax)
> fmonaco@wcsr.com (E-mail)**

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in these chapter 11 cases.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of T-Mobile's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which T-Mobile is or may be entitled, in law or in equity, all of which T-Mobile expressly reserves.

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

**Francis A. Monaco, Jr. (#2078)**
**222 Delaware Avenue, Suite 1501**
**Wilmington, DE 19801**
**(302) 252-4340**

Attorney for T-Mobile USA, Inc.

Dated: November 26, 2007

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less that 18 years of age, and that I caused service of the foregoing document to be made via U.S. Regular Mail on November 26, 2007 upon:

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 26, 2007

Kristie L. Dalton

WCSR 3655263v1