IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF
## CLAUDIA Z. SPRINGER

  Kurt F. Gwynne, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Claudia Z. Springer, Esquire, of the law firm Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103-7301, to represent GMAC Mortgage Corporation in these jointly administered cases. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

Dated: November 26, 2007    By: /s/ Kurt F. Gwynne
                    Kurt F. Gwynne (No. 3951)
                    REED SMITH LLP
                    1201 Market Street, Suite 1500
                    Wilmington, DE 19801
                    Phone: (302) 778-7500
                    Facsimile: (302) 778-7575
                    E-mail: kgwynne@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: August__, 2007           By: _____
                                    Claudia Z. Springer, Esquire
                                    REED SMITH LLP
                                    2500 One Liberty Place
                                    1650 Market Street
                                    Philadelphia, PA 19103-7301
                                    Telephone: (215) 851-8100
                                    Facsimile: (215) 851-1420
                                    E-mail: cspringer@reedsmith.com