IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | Re: Docket No. _____ |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF CLAUDIA Z. SPRINGER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Claudia Z. Springer is granted.

Dated: _____, 2007

                                                                                    _____
                                                                                    KEVIN GROSS
                                                                                    UNITED STATES BANKRUPTCY JUDGE