## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) |
| | Jointly Administered |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ROBERT P. SIMONS

Kurt F. Gwynne, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Robert P. Simons, Esquire, of the law firm Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219, to represent the Official Committee of Unsecured Creditors in these jointly administered cases. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

Dated: November 26, 2007

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7550
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: August 16, 2007            By: *Robert P. Simons*
                                         Robert P. Simons, Esquire
                                         REED SMITH LLP
                                         435 Sixth Avenue
                                         Pittsburgh, PA 15219
                                         Telephone: (412) 288-7294
                                         Facsimile: (412) 288-3063
                                         E-mail: rsimons@reedsmith.com