# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

**Debtor:** InPhonic, Inc.
**Case Number:** 07-11666-KG  **Chapter:** 11
**Date / Time / Room:** MONDAY, NOVEMBER 26, 2007 03:00 PM   2B DISTRICT CRT
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** AL LUGANO

## *Matter:*

Discovery Issues
**R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

Telephonic Hearing Held re: Discovery Issue:
Continued to 11/27/07 @ 12:00 p.m.