# SIGN-IN-SHEET

| CASE NAME: | InPhonic, Inc. | COURTROOM LOCATION: 3 |
| --- | --- | --- |
| CASE NO.: | 07-11666 - KG | DATE: 11/26/07 |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Neil Glassman (Telephonic Appearance) | The Bayard Firm | Debtors |
| Mary Augustine (Appearance) | " | " |
| Kurt Gwynne, Robert Simons, Claudia Springer | Reed Smith | Creditors Committee |
| David Agay + Aaron Softky | Kirkland & Ellis | Adeptio INPC Funding |
| Kurt Gwynne | Reed Smith | Creditors Committee |
| Thomas Califano (walter leah) | DLA Piper US | Debtor |
| Jeremy Johnson (Telephonic) | InPhonic | InPhonic |
| Ken Schwarz | Young Conaway | Adeptio |
| Ed Kosmoski | " | " |
| Ed Martin | UST | UST |
| Richard Shepacarter (Telephonic Appearance) | | |