IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
IN RE:                                       :
                                             :
INPHONIC, INC., et al.,                      :        Chapter 11
                                             :
                                             :        Case No. 07-11666 (KG)
                                             :
                                             :        (Jointly Administered)
                                             :
          Debtors.                           :        Re: Docket Nos. 11 and 55
                                             :        **Hearing Date: November 30, 2007**
                                             :        **at 3:00 p.m.**
                                             :
------------------------------------------------------x

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF T-MOBILE USA, INC. TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POST-PETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING, PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001(C) AND (D)

T-Mobile USA, Inc. d/b/a T-Mobile (f/k/a VoiceStream Wireless Corporation) ("T-Mobile"), by and through its undersigned counsel, hereby makes this limited objection and reservation of rights (the "Limited Objection") to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Post-Petition Financing; (II) Granting Liens And Security Interests And Providing Superpriority Administrative Expense Status; (III) Authorizing Use Of Cash Collateral And Affording Adequate Protection; (IV) Modifying Automatic Stay; And (V) Scheduling Final Hearing, Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002 And 4001(C) And (D) (the "DIP Financing Motion"). In support of its Limited Objection, T-Mobile states as follows:

WCSR 3787691v1

## BACKGROUND

1.  On November 8, 2007 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Code"). The Debtors' cases are being jointly administered under case no. 07-11666.

2.  The Debtors are continuing in possession of their respective properties and are operating and managing their businesses as debtors in possession, pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

3.  On November 9, 2007, the Court entered an interim order approving the Debtors' DIP Financing Motion.

## T-MOBILE'S AGREEMENT WITH INPHONIC

4.  T-Mobile and InPhonic are parties to a Premier I-Dealer Agreement dated July 1, 2003 (as amended, the "Agreement"), whereby InPhonic is authorized to promote, market and sell the wireless service and equipment of T-Mobile directly to subscribers through its website on the Internet.

5.  T-Mobile's pre-petition claims are fully secured. InPhonic has granted to T-Mobile a security interest in the following collateral:

    a.  a purchase money security interest in inventory sold by T-Mobile to InPhonic for resale under the Agreement and the proceeds thereof; and

    b.  rights of off-set and/or recoupment relating to compensation of any kind payable to InPhonic from T-Mobile, including, without limitation, commissions, bonus payments, and cooperative advertising funds.

6.  Post-petition, InPhonic and T-Mobile continue to operate in the same fashion, and continue to incur obligations subject to offset and/or recoupment rights.

## OBJECTION

7. T-Mobile objects to the DIP Financing Motion and the entry of any final order (the "Final Order") to the extent that it in anyway alters or modifies the validity, extent, and/or priority of T-Mobile's claims and rights, including, but not limited to T-Mobile's purchase money security interest and rights of offset and/or recoupment.

8. T-Mobile further reserves all of its rights to amend or supplement this limited objection.

WHEREFORE, T-Mobile USA, Inc. respectfully requests that the Court (i) deny the DIP Financing Motion to the extent that the Final Order in any way alters or modifies the validity, extent and/or priority of T-Mobile's claims and rights, and (ii) grant such other and further relief as is just and proper.

November 26, 2007

Womble Carlyle Sandridge & Rice, PLLC

_____
Francis A. Monaco, Jr.
Kevin J. Mangan
Womble Carlyle Sandridge and Rice, PLLC
222 Delaware Ave., Suite 1501
Wilmington, DE 19801

Counsel for T-Mobile, USA, Inc.

WCSR 3787691v1