## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less that 18 years of age, and that I caused service of the foregoing document to be made via electronic notice and/or facsimile on November 26, 2007 upon:

Neil B. Glassman, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Via Facsimile: 302-658-6395

Thomas R. Califano, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Via Facsimile: 212-884-8690

Mark J. Friedman, Esq.
Maria Ellena Chavez-Ruark
DLP Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
Via Facsimile: 410-580-3001

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 26, 2007

Kristie L. Dalton

WCSR 3788039v1