IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | Re: Docket No. 86 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on the 21st day of November 2007, I caused a true and correct copy of the *Motion of the Official Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code* (the "Motion"; D.I. 86) to be served up on all creditors listed in the *Debtors' Consolidated List of Creditors* (D.I. 43); as well as all parties listed in certificate of service as attached to the Motion.

Dated: November 26, 2007　　　　　　Respectfully submitted,
　Wilmington, Delaware
　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　By: /s/ Kurt F. Gwynne
　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)
　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 778-7500
　　　　　　　　　　　　　　　　　　Facsimile: (302) 778-7575
　　　　　　　　　　　　　　　　　　E-mail: kgwynne@reedsmith.com

　　　　　　　　　　　　　　　　　　[Proposed] Counsel to the Official
　　　　　　　　　　　　　　　　　　Committee of Unsecured Creditors