IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Kurt F. Gwynne, Esquire, certify that on the 21st day of November 2007, I caused a true and correct copy of the following documents:

1. *Notice of Deposition of InPhonic, Inc., et al., as Debtors and Debtors in Possession Pursuant to Fed.R.Civ.P. 30(b)(6), as Incorporated by Fed.R.Bankr.P. 9014* (D.I. 90);

2. *Official Committee of Unsecured Creditors' First Set of Requests for the Production of Documents Directed to Debtors*; and

3. *First Set of Requests for Admission Propounded by the Official Committee of Unsecured Creditors of InPhonic, Inc., et al.*

to be served upon the entities on the attached service list in the manner indicated.

Dated: November 26, 2007  
  Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

INPHONIC, INC., *et al.*
Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL
& E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA FIRST CLASS MAIL
& E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ekosmowski@ycst.com

**VIA FIRST CLASS MAIL
AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA HAND DELIVERY**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL
& E-MAIL IN PDF**
Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
E-mail: dagay@kirkland.com/ asathy@kirkland.com/
ajohnson@kirkland.com