# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | InPhonic, Inc. | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 27, 2007 12:00 PM   2B DISTRICT CRT | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### Matter:

Continued from 11/26/07 Teleconference re: Discovery Issues

**R / M #:**   0 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELEPHONIC HEARING HELD:
A lot of Discovery issues resolved - hearing to be held on friday 11/30/07 at 3:00 pm .