# SIGN-IN-SHEET

**CASE NAME:** InPhonic Inc.  
**CASE NO.:** 07-11666 - KG  

**COURTROOM LOCATION:** 3  
**DATE:** 11/27/07  

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Augustine | The Bayard Firm | Debtor |
| Neil Glassman (Telephonic Appearance) | " | " |
| Claudia Springer | Reed Smith | OCUC |
| Robert Simons | " | " |
| Kurt Gwynne | " | " |
| David Agay | " | " |
| Amy Sallye | Kirkland & Ellis | Adeptio INPC Funding |
| Thomas Califano | DLA Piper US | Debtor |
| Jeremy Johnson | " | " |
| Ed Morton | Young Conaway Stargatt & Taylor | Adeptio INPC Funding |
| Walter Leech | InPhonic | Debtor |