IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) |
|  | Jointly Administered |
| Debtors. | Re: Docket No. 113 |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF ROBERT P. SIMONS

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Robert P. Simons is granted.

Dated: November 27, 2007

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE