IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | Re: Docket No. 112 |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF CLAUDIA Z. SPRINGER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Claudia Z. Springer is granted.

Dated: Nov. 27, 2007

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE