IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
IN RE:                           :     Chapter 11
                                 :
INPHONIC, INC. et al.,           :     Case No. 07-11666 (KG)
                   :
         Debtors                 :     (Jointly Administered)
---------------------------------x

NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that on November 26, 2007, T-Mobile USA, Inc. and T-Mobile PCS Holdings, LLC ("Claimants") served the attached Reclamation Demand Letter on Debtors.

                    Womble Carlyle Sandridge & Rice, PLLC

                    /s/ Kevin J. Mangan
                    Kevin J. Mangan (#3810)
                    222 Delaware Avenue, Suite 1501
                    Wilmington, DE 19801
                    Tel: (302) 252-4361
                    Fax (302) 661-7729

November 27, 2007          Counsel for T-Mobile USA, Inc. and T-Mobile PCS Holdings, LLC

WCSR 3787689v1