

WOMBLE
CARLYLE
SANDRIDGE
& RICE

A PROFESSIONAL LIMITED
LIABILITY COMPANY

One West Fourth Street
Winston-Salem, NC 27101

Telephone: (336)721-3600
Fax:(336) 721-3660
www.wcsr.com

Kevin J. Mangan
Attorney
Direct Dial: (302) 252-4361
Direct Fax: (302) 661-7729
E-mail: KMangan@wcsr.com

NOVEMBER 26, 2007

**VIA HAND DELIVERY AND EMAIL**
Neil B. Glassman
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Fax:  (302) 658-6395

**VIA FACSIMILE AND EMAIL**
Thomas R. Califano
DLA Piper USA, LLP
1251 Avenue of the Americas
New York, NY  10020
Fax:  (212) 884-8609

Re:     Reclamation Demand Letter

Dear Counsel:

This firm represents T-Mobile USA, Inc. and T-Mobile PCS Holdings, LLC (collectively, the "Claimants" or "T-Mobile"), creditors with reclamation rights against InPhonic, Inc. and/or one or more of its debtor-affiliates (collectively, the "Debtors").

Under Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, T-Mobile hereby demands the return of all goods received by Debtors from T-Mobile within 45 days preceding the bankruptcy filing.  T-Mobile is asserting the right of reclamation under 11 U.S.C. Section 546 and applicable state law.  The principal value of the goods is $2,367,117.01.

Invoices and delivery details evidencing these goods are attached to this letter.  T-Mobile demands that the goods be immediately segregated and inventoried for return to T-Mobile.  T-Mobile expressly prohibits Debtors from consuming any of the goods or making any sales of the goods to others.  The goods shall be held in trust for T-Mobile pending their return.  T-Mobile reserves the right to amend and supplement its supporting documentation regarding the goods enclosed herewith.

T-Mobile is also making demand for payment of the value of any goods received by debtors from T-Mobile during the 20 days preceding the commencement of Debtors' bankruptcy proceeding.  Section 503(b)(9) of the Bankruptcy Code grants an administrative claim to sellers of goods received by a debtor in the ordinary course of business 20 days prior to the filing of a

Neil B. Glassman
November 26, 2007
Page 2

bankruptcy petition.    Thus, T-Mobile is asserting an administrative expense claim in the principal amount of $1,011,094.76.

Please acknowledge T-Mobile's reclamation and payment demands and also forward a copy of the inventory as soon as possible.  If the Debtors propose to grant administrative expense priority claim in lieu of a return of the goods, please promptly confirm such proposal in writing. Your prompt attention is required.  Thank you.

Very truly yours,

**WOMBLE CARLYLE SANDRIDGE & RICE**
*A Professional Limited Liability Company*

Kevin J. Mangan

Enclosures

KJM:dtm

cc:    Susan Hacker, Esq., Director and Associate General Counsel

InPhonic, Inc.
Invoices for Reclamation (billed September 23, 2007 through November 7, 2007)

| Document | Purchase Order | Due Date | Doc Date | Amount | Delivery Date | Carrier | Tracking |
|---|---|---|---|---|---|---|---|
| 9102441135 | 53536 | 11/24/2007 | 10/25/2007 | 333,490.00 | 10/26/2007 | Eagle | 402124185 |
| 9102441050 | 53536 | 11/24/2007 | 10/25/2007 | 11,317.07 | 10/26/2007 | UPS | 1Z806E291316814439 |
| 9102345583 | 53526 | 11/21/2007 | 10/22/2007 | 624,716.93 | 10/23/2007 | Eagle | 54701937 |
| 9102280726 | 53526 | 11/18/2007 | 10/19/2007 | 41,570.76 | 10/20/2007 | CH Robinson | 46082192 |
| 9101839499 | 53484 | 10/26/2007 | 9/26/2007 | 180,831.76 | 9/28/2007 | Eagle | 402124087 |
| 9101768775 | 53471 | 10/26/2007 | 9/26/2007 | 159,416.46 | 9/28/2007 | Eagle | T54701223 |
| 9101826899 | 53471 | 10/26/2007 | 9/26/2007 | 285,167.22 | 9/26/2007 | CH Robinson | 45344659 |
| 9101781468 | 53471 | 10/24/2007 | 9/24/2007 | 1,064,096.81 | 9/25/2007 | CH Robinson | 45277047 |

TOTAL  2,367,117.01

# T··Mobile·

| | |
|---|---|
| **1259719**<br>SALES ORDER NO. | **10/24/2007**<br>SALES ORDER DATE |
| **801754087**<br>DELIVERY NOTE | **10/24/2007**<br>DELIVERY DATE |
| **53536**<br>YOUR ORDER NO. | **10/24/2007**<br>YOUR ORDER DATE |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to you. Please contact your account analyst for more details on how you can take advantage of this new payment option.

**INVOICE**
**9102441135**        10/25/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | | PAGE 1 OF 2 |
|---|---|---|---|---|
| WAY BILL NO. | TB7526 | | FOB **Destination** | |

| Line<br>Item | Material<br>Description | Customer<br>Material | Quantity<br>Ordered | Unit<br>Price | Total<br>Amount |
|---|---|---|---|---|---|
| 10 | 610214614278<br>SAM KIT T329 STRIPE BLACK VSW | | 300 | 115.00 | 34,500.00 |
| 20 | 610214614681<br>SAM KIT T429 | | 100 | 125.00 | 12,500.00 |
| 30 | 610214613295<br>NOK KIT 6133 VSW W/MY FAVES | | 30 | 140.00 | 4,200.00 |
| 40 | 610214614605<br>NOK KIT 2610 POST PAID | | 100 | 70.00 | 7,000.00 |
| 50 | 610214614865<br>MOT KIT RAZR V3 06 DPG | | 600 | 125.00 | 75,000.00 |
| 60 | 610214614872<br>MOT KIT RAZR V3 06 MAG | | 300 | 125.00 | 37,500.00 |
| 70 | 610214614889<br>MOT KIT RAZR 2 V8 | | 30 | 345.00 | 10,350.00 |
| 80 | 610214614193<br>MOT KIT KRZR K1 VSW | | 50 | 215.00 | 10,750.00 |
| 90 | 610214614711<br>MOT KIT W490 BLACK | | 400 | 140.00 | 56,000.00 |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to you. Please contact your account analyst for more details on how you can take advantage of this new payment option.

| 1259719 | 10/24/2007 |
|---|---|
| SALES ORDER NO. | SALES ORDER DATE |
| 801754087 | 10/24/2007 |
| DELIVERY NOTE | DELIVERY DATE |
| 53536 | 10/24/2007 |
| YOUR ORDER NO. | YOUR ORDER DATE |

## INVOICE
**9102441135**        10/25/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | PAGE 2 OF 2 |
|---|---|---|---|
| WAY BILL NO. | TB7526 | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 100 | 610214614360 HTC KIT T-MOBILE WING | | 30 | 410.00 | 12,300.00 |
| 110 | 610214614353 HTC KIT DASH WM6 | | 100 | 300.00 | 30,000.00 |
| 120 | 610214614964 RIM KIT 8320 CURVE GOLD | | 30 | 375.00 | 11,250.00 |
| 140 | 610214613370 RIM KIT 8100 PEARL VSW W/MY FAVES | | 100 | 275.00 | 27,500.00 |
| | ITEMS TOTAL | | 2,170.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| SUBTOTAL | 328,850.00 |
| SHIPPING AND HANDLING | 4,640.00 |
| SALES TAX | 0.00 |
| FINAL AMOUNT | 333,490.00 |

EGL Eagle Global Logistics - EGL Trak Detail                                    Page 1 of 1

New Search              Back to Search Results



## Air Ground Shipment Record

Waybill Number: 402124185

**Ship Date:**              25-Oct-07
**Estimated Arrival Date:** 26-Oct-07

**Shipper Location**    LOUISVILLE, KY US
**Consignee Location**  UPPER MARLBORO, MD US

**References:**
PO: 53536 ♦ REF: 07149510000TB526

## Shipment Detail
**Total Pieces:**   434
**Actual Weight:**  3,008.0LB / 1,365.6KG
**Charge Weight:**  3,008.0LB / 1,365.6KG

## Service Information
**Freight Terms:**   THIRD PARTY BILLING
**Service Level:**   Next Day Local
**Delivery Type:**
**Movement Type:**   Consol

## Key Event History

| Event | Date | Time | Event Location | Signature / Remarks |
|---|---|---|---|---|
| Delivered | 26-Oct-07 | 10:25 | BWI -Baltimore | JIM STOLLMAN |
| In Transit | 25-Oct-07 | 19:15 | SDF -Louisville | |
| Pickup | 25-Oct-07 | 18:45 | SDF -Louisville | |

For informational purposes only. Actual charges, Bill To parties and other details may change as necessary.

# **T· ·Mobile·**

| | | | |
|---|---|---|---|
| **1259719** SALES ORDER NO. | | **10/24/2007** SALES ORDER DATE | |
| **801756112** DELIVERY NOTE | | **10/24/2007** DELIVERY DATE | |
| **53536** YOUR ORDER NO. | | **10/24/2007** YOUR ORDER DATE | |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

**INVOICE**
**9102441050**        10/25/2007

Electronic Check Payment (ECP) is a new payment option available to you.  Please contact your account analyst for more details on how you can take advantage of this new payment option.

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS    Net 30 Days | SHIP VIA | PAGE 1 OF 1 |
|---|---|---|
| WAY BILL NO. | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 130 | 610214614957 RIM KIT 8320 CURVE TITANIUM | | 30 | 375.00 | 11,250.00 |
| | ITEMS TOTAL | | 30.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| SUBTOTAL | 11,250.00 |
| SHIPPING AND HANDLING | 67.07 |
| SALES TAX | 0.00 |
| FINAL AMOUNT | 11,317.07 |

UPS: Tracking Information



☒Close Window

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 806 E29 13 1681 443 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/26/2007 |
| | 1:56 P.M. |
| Delivered To: | UPPER MARLBORO, MD, US |
| Signed By: | WINSTEAD |
| Service: | NEXT DAY AIR SAVER |
| Multiple Packages: | 2 |

Tracking results provided by UPS:  11/09/2007 3:32 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

# **T⋅⋅Mobile⋅**

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to
you. Please contact your account analyst for more details on how you
can take advantage of this new payment option.

| 1253561<br>SALES ORDER NO. | 10/17/2007<br>SALES ORDER DATE |
| 801711871<br>DELIVERY NOTE | 10/17/2007<br>DELIVERY DATE |
| 53526<br>YOUR ORDER NO. | 10/17/2007<br>YOUR ORDER DATE |

**INVOICE**
**9102345583**        10/22/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | PAGE 1 OF 3 |
| WAY BILL NO. | TB7393 | FOB **Destination** | |

| Line<br>Item | Material<br>Description | Customer<br>Material | Quantity<br>Ordered | Unit<br>Price | Total<br>Amount |
|---|---|---|---|---|---|
| 10 | 610214614278<br>SAM KIT T329 STRIPE BLACK VSW | | 800 | 115.00 | 92,000.00 |
| 20 | 610214614728<br>SAM KIT T539 BEAT | | 150 | 180.00 | 27,000.00 |
| 30 | 610214613295<br>NOK KIT 6133 VSW W/MY FAVES | | 30 | 140.00 | 4,200.00 |
| 40 | 610214613769<br>NOK KIT 5300 VSW BLACK | | 200 | 160.00 | 32,000.00 |
| 50 | 610214614063<br>NOK KIT 5300 VSW LILAC | | 50 | 160.00 | 8,000.00 |
| 60 | 610214614605<br>NOK KIT 2610 POST PAID | | 300 | 70.00 | 21,000.00 |
| 70 | 610214614179<br>MOT KIT RIZR Z3 BLUE | | 100 | 210.00 | 21,000.00 |
| 80 | 610214614384<br>MOT KIT RIZR Z3 ROSE | | 100 | 210.00 | 21,000.00 |
| 90 | 610214614865<br>MOT KIT RAZR V3 06 DPG | | 1,000 | 125.00 | 125,000.00 |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available
to you. Please contact your account analyst for more details on how
you can take advantage of this new payment option.

| 1253561 | 10/17/2007 |
|---|---|
| SALES ORDER NO. | SALES ORDER DATE |
| 801711871 | 10/17/2007 |
| DELIVERY NOTE | DELIVERY DATE |
| 53526 | 10/17/2007 |
| YOUR ORDER NO. | YOUR ORDER DATE |

## INVOICE
**9102345583**        10/22/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | PAGE 2 OF 3 |
|---|---|---|---|
| WAY BILL NO. | TB7393 | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 100 | 610214614872 MOT KIT RAZR V3 06 MAG | | 100 | 125.00 | 12,500.00 |
| 110 | 610214614889 MOT KIT RAZR 2 V8 | | 50 | 345.00 | 17,250.00 |
| 120 | 610214614711 MOT KIT W490 BLACK | | 250 | 140.00 | 35,000.00 |
| 130 | 610214614360 HTC KIT T-MOBILE WING | | 80 | 410.00 | 32,800.00 |
| 140 | 610214614353 HTC KIT DASH WM6 | | 250 | 300.00 | 75,000.00 |
| 150 | 610214614964 RIM KIT 8320 CURVE GOLD | | 50 | 375.00 | 18,750.00 |
| 160 | 610214614957 RIM KIT 8320 CURVE TITANIUM | | 50 | 375.00 | 18,750.00 |
| 180 | 610214613370 RIM KIT 8100 PEARL VSW W/MY FAVES | | 200 | 275.00 | 55,000.00 |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available
to you. Please contact your account analyst for more details on how
you can take advantage of this new payment option.

| 1253561 | 10/17/2007 |
|---|---|
| SALES ORDER NO. | SALES ORDER DATE |
| 801711871 | 10/17/2007 |
| DELIVERY NOTE | DELIVERY DATE |
| 53526 | 10/17/2007 |
| YOUR ORDER NO. | YOUR ORDER DATE |

## INVOICE
**9102345583**    10/22/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | | PAGE 3 OF 3 |
|---|---|---|---|---|
| WAY BILL NO. | TB7393 | | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| | ITEMS TOTAL | | 3,760.000 | | |

Order Reason: NOM:Could Not Have Been ID00

|  |  |
|---|---|
| **SUBTOTAL** | 616,250.00 |
| **SHIPPING AND HANDLING** | 8,466.93 |
| **SALES TAX** | 0.00 |
| **FINAL AMOUNT** | 624,716.93 |

2948606  000 | SBOL

Seal 3173463

**BILL OF LADING**

Date: 10/19/07                                            Page ___1___

Bill of Lading Number: 07149510000TB7393

### SHIP FROM
Name: TMO c/o BP
Address: 8001 Global Distribution Way, Ste 101
City/State/Zip: Louisville, KY 40228
SID#: 933058                          FOB: ☐

### SHIP TO
Name: InPhonic, Inc                   Loc #: 0000005669
Address: 9301 Peppercorn Place
Address: Attn: Finance
City/State/Zip: LARGO, MD 20774

CID#: 301-883-0040-358               FOB: ☐

CARRIER NAME:
Trailer number:
Seal number(s):
SCAC: RBTW
Pro number: 2948606
ID# 467054
COIO# 467844
COPY

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid  X      Collect ___      3rd Party ___

☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

**LIFT GATE AND INSIDE DELIVERY TO BE PROVIDED IF REQUESTED**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 63526 | 752 | 4,797.50 | Ⓟ | N | 45x42x48 |
| 71x42x48 | 45x42x48 | | Y | N | |
| 69x42x48 | 21x42x48 | | Y | N | |
| 68x42x48 | 45x42x48 | | Y | N | |
| 5Cx42x00 | 41x42x48 | | Y | N | |
| **GRAND TOTAL** | 752 | 4,797.50 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | | NMFC # | CLASS |
| 9 | PT | 752 | CT | 4,797.50 | | Electronic Devices | 62820-1 | 92.5 |
| **9** | | **752** | | **4,797.50** | | **GRAND TOTAL** | | |

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

The property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier, on the route to said destination.

**SHIPPER SIGNATURE / PICKUP DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_signature_  10-19-07
Jim Stallman 10/20/07
Tmo Stockman

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Joyce K Stewart 10/19
Michael E Stewart 10/19

_Property described above is received in good order, except as noted._

Certified Original by TripPak Online 15, 2 at 05:39:50 10-25-2007 at 15 for USXI 1502958246                C

# T··Mobile·

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to you. Please contact your account analyst for more details on how you can take advantage of this new payment option.

| 1253561 SALES ORDER NO. | 10/17/2007 SALES ORDER DATE |
|---|---|
| 801712946 DELIVERY NOTE | 10/17/2007 DELIVERY DATE |
| 53526 YOUR ORDER NO. | 10/17/2007 YOUR ORDER DATE |

## INVOICE
**9102280726**    10/19/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | | PAGE 1 OF 1 |
|---|---|---|---|---|
| WAY BILL NO. | 000000000031260 | | FOB Destination | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 170 | 610214614032 RIM KIT 8100 PEARL WHITE VSW | | 150 | 275.00 | 41,250.00 |
| | ITEMS TOTAL | | 150.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| **SUBTOTAL** | **41,250.00** |
| **SHIPPING AND HANDLING** | **320.76** |
| **SALES TAX** | **0.00** |
| **FINAL AMOUNT** | **41,570.76** |

EGL Eagle Global Logistics - EGL Trak Detail                                    Page 1 of 1

New Search              Back to Search Results

 **Air Ground Shipment Record**

Waybill Number: 54701937

Shipper Location     AURORA, CO  US
Consignee Location   LARGO, MD  US

Ship Date:            19-Oct-07
Estimated Arrival Date: 22-Oct-07

References:
PO: 0801712946

## Shipment Detail
Total Pieces:       30
Actual Weight:      234.0LB / 106.2KG
Charge Weight:      234.0LB / 106.2KG

## Service Information
Freight Terms:      THIRD PARTY BILLING
Service Level:      Next Day By 5:00 pm
Delivery Type:
Movement Type:      Consol

## Key Event History

| Event | Date | Time | Event Location | Signature / Remarks |
|---|---|---|---|---|
| Delivered | 23-Oct-07 | 11:22 | BWI -Baltimore | J STALLMAN |
| Out For Delivery | 23-Oct-07 | 10:00 | BWI -Baltimore | |
| Scanned | 23-Oct-07 | 08:04 | BWI -Baltimore | |
| On-Hand At Destination | 23-Oct-07 | 07:00 | BWI -Baltimore | |
| In Transit | 19-Oct-07 | 18:00 | DEN -Denver | |
| Pickup | 19-Oct-07 | 16:00 | DEN -Denver | |

For informational purposes only. Actual charges, Bill To parties and other details may change as necessary.

# T· ··Mobile·

| | | | |
|---|---|---|---|
| **1238449** SALES ORDER NO. | | **09/25/2007** SALES ORDER DATE | |
| **801565129** DELIVERY NOTE | | **09/25/2007** DELIVERY DATE | |
| **53484** YOUR ORDER NO. | | **09/25/2007** YOUR ORDER DATE | |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to you. Please contact your account analyst for more details on how you can take advantage of this new payment option.

**INVOICE**
**9101839499**        09/26/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | PAGE 1 OF 1 |
|---|---|---|---|
| WAY BILL NO. | TB6852 | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 10 | 610214614476 SAM KIT T729 BLAST | | 400 | 195.00 | 78,000.00 |
| 20 | 610214614681 SAM KIT T429 | | 800 | 125.00 | 100,000.00 |
| | ITEMS TOTAL | | 1,200.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| **SUBTOTAL** | 178,000.00 |
| **SHIPPING AND HANDLING** | 2,831.76 |
| **SALES TAX** | 0.00 |
| **FINAL AMOUNT** | 180,831.76 |

EGL Eagle Global Logistics - EGL Trak Detail                                    Page 1 of 1

New Search                    Back to Search Results



## Air Ground Shipment Record

Waybill Number: 402124087

Ship Date:                26-Sep-07
Estimated Arrival Date: 27-Sep-07

Shipper Location    LOUISVILLE, KY US
Consignee Location  UPPER MARLBORO, MD US

References:
PO: 53484 ♦ REF: 07149510000TB6852

## Shipment Detail
Total Pieces:       240
Actual Weight:      1,869.0LB / 848.5KG
Charge Weight:      1,869.0LB / 848.5KG

## Service Information
Freight Terms:    THIRD PARTY BILLING
Service Level:    Next Day By 5:00 pm
Delivery Type:
Movement Type:    Consol

## Key Event History

| Event | Date | Time | Event Location | Signature / Remarks |
|---|---|---|---|---|
| Delivered | 28-Sep-07 | 10:30 | BWI -Baltimore | JIM |
| Out For Delivery | 28-Sep-07 | 09:30 | BWI -Baltimore | |
| Out For Delivery | 28-Sep-07 | 09:00 | BWI -Baltimore | |
| Scanned | 27-Sep-07 | 08:53 | CMH -Columbus | |
| In Transit | 26-Sep-07 | 17:50 | SDF -Louisville | |
| Pickup | 26-Sep-07 | 17:45 | SDF -Louisville | |

For informational purposes only. Actual charges, Bill To parties and other details may change as necessary.

# **T··Mobile·**

| | |
|---|---|
| **1232981** SALES ORDER NO. | **09/17/2007** SALES ORDER DATE |
| **801555115** DELIVERY NOTE | **09/17/2007** DELIVERY DATE |
| **53471** YOUR ORDER NO. | **09/17/2007** YOUR ORDER DATE |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to you. Please contact your account analyst for more details on how you can take advantage of this new payment option.

**INVOICE**
**9101768775**        09/26/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | PAGE 1 OF 1 |
|---|---|---|---|
| WAY BILL NO. | 000000000030879 | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 30 | 610214614476 SAM KIT T729 BLAST | | 700 | 195.00 | 136,500.00 |
| 90 | 610214614384 MOT KIT RIZR Z3 ROSE | | 100 | 210.00 | 21,000.00 |
| | ITEMS TOTAL | | 800.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| **SUBTOTAL** | **157,500.00** |
| **SHIPPING AND HANDLING** | **1,916.46** |
| **SALES TAX** | **0.00** |
| **FINAL AMOUNT** | **159,416.46** |

EGL Eagle Global Logistics - EGL Trak Detail                                Page 1 of 1

New Search                    Back to Search Results



### Air Ground Shipment Record

Waybill Number: T54701223

Ship Date:            26-Sep-07
Estimated Arrival Date: 27-Sep-07

Shipper Location    AURORA, CO  US
Consignee Location  LARGO, MD  US

References:
REF: 0801555115 ♦ ORDER: 53471

## Shipment Detail
Total Pieces:      160
Actual Weight:     1,226.0LB / 556.6KG
Charge Weight:     1,226.0LB / 556.6KG

## Service Information
Freight Terms:    THIRD PARTY BILLING
Service Level:    Next Day By 5:00 pm
Delivery Type:
Movement Type:    Consol

## Key Event History

| Event | Date | Time | Event Location | Signature / Remarks |
|---|---|---|---|---|
| Delivered | 28-Sep-07 | 10:16 | BWI -Baltimore | J STALLMAN |
| Out For Delivery | 28-Sep-07 | 09:00 | BWI -Baltimore | |
| In Transit | 26-Sep-07 | 18:00 | DEN -Denver | |
| Pickup | 26-Sep-07 | 17:30 | DEN -Denver | |

For informational purposes only. Actual charges, Bill To parties and other details may change as necessary.

# T··Mobile·

| 1232981 | 09/17/2007 |
|---|---|
| SALES ORDER NO. | SALES ORDER DATE |
| 801549794 | 09/17/2007 |
| DELIVERY NOTE | DELIVERY DATE |
| 53471 | 09/17/2007 |
| YOUR ORDER NO. | YOUR ORDER DATE |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to
you. Please contact your account analyst for more details on how you
can take advantage of this new payment option.

## INVOICE
**9101826899**       09/26/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | PAGE 1 OF 1 |
|---|---|---|---|
| WAY BILL NO. | TB6828 | FOB **Destination** | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 20 | 610214614278 SAM KIT T329 STRIPE BLACK VSW | | 200 | 90.00 | 18,000.00 |
| 100 | 610214614865 MOT KIT RAZR V3 06 DPG | | 1,600 | 125.00 | 200,000.00 |
| 110 | 610214614872 MOT KIT RAZR V3 06 MAG | | 500 | 125.00 | 62,500.00 |
| | ITEMS TOTAL | | 2,300.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| SUBTOTAL | 280,500.00 |
| SHIPPING AND HANDLING | 4,667.22 |
| SALES TAX | 0.00 |
| FINAL AMOUNT | 285,167.22 |

2847590   000 | SBOL                                                    2

| Date: 09/25/07 | **BILL OF LADING** | Page 1 |

**SHIP FROM**

Name: TMO c/o BP
Address: 6001 Global Distribution Way, Ste 101
City/State/Zip: Louisville, KY 40228
SID#: 856878                                    FOB: ☐

Bill of Lading Number: 07149510000TB6828

**SHIP TO**

Name: InPhonic, Inc
Address: 9301 Peppercorn Place
Address: Attn: Finance
City/State/Zip: LARGO, MD 20774
Loc #: 0000006668

CID#: 301-883-0040-358                          FOB: ☐

CARRIER NAME:
Trailer number:
Seal number(s): 3173444
SCAC: RBTW
Pro number:

COPY

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

LIFT GATE AND INSIDE DELIVERY TO BE PROVIDED IF REQUESTED

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid  X    Collect ___    3rd Party ___
☐ Master Bill of Lading - with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | | Y | N | |
| 53471 | 460 | 3,076.00 | Y | N | |
| 46x40x48 4K | | | Y | N | |
| 30x40x48 | | | Y | N | |
| 38x40x48 | | | Y | N | |
| **GRAND TOTAL** | 460 | 3,076.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 6 | PT | 460 | CT | 3,076.00 | | Electronic Devices | 62820-1 | 92.5 |
| 6 | | 460 | | 3,076.00 | | **GRAND TOTAL** | | |

COD Amount: $
Fee Terms: Collect ☐  Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. D 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Signature _____ Shipper

Certified Original by TripPak Online 5, 4 at 05:58:02 09-26-2007 at 15 for USXI 1502890799

# **T‑·Mobile·**

| | |
|---|---|
| **1232981** <br> SALES ORDER NO. | **09/17/2007** <br> SALES ORDER DATE |
| **801503710** <br> DELIVERY NOTE | **09/17/2007** <br> DELIVERY DATE |
| **53471** <br> YOUR ORDER NO. | **09/17/2007** <br> YOUR ORDER DATE |

Please Remit Payment To:
T‑Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395‑1124

Electronic Check Payment (ECP) is a new payment option available to you.  Please contact your account analyst for more details on how you can take advantage of this new payment option.

**INVOICE**
**9101781468**        09/24/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | | PAGE 1 OF 2 |
|---|---|---|---|---|
| WAY BILL NO. | TB6784 | | FOB Destination | |

| Line Item | Material Description | Customer Material | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 40 | 610214613295 <br> NOK KIT 6133 VSW W/MY FAVES | | 100 | 145.00 | 14,500.00 |
| 50 | 610214613769 <br> NOK KIT 5300 VSW BLACK | | 200 | 175.00 | 35,000.00 |
| 60 | 610214614063 <br> NOK KIT 5300 VSW LILAC | | 300 | 175.00 | 52,500.00 |
| 70 | 610214614605 <br> NOK KIT 2610 POST PAID | | 100 | 70.00 | 7,000.00 |
| 80 | 610214614179 <br> MOT KIT RIZR Z3 BLUE | | 400 | 210.00 | 84,000.00 |
| 120 | 610214614193 <br> MOT KIT KRZR K1 VSW | | 200 | 230.00 | 46,000.00 |
| 140 | 610214614216 <br> T‑MOBILE KIT SK ID VSW | | 5 | 250.00 | 1,250.00 |
| 150 | 610214614360 <br> HTC KIT T‑MOBILE WING | | 10 | 410.00 | 4,100.00 |
| 160 | 610214614353 <br> HTC KIT DASH WM6 | | 500 | 300.00 | 150,000.00 |

Please Remit Payment To:
T-Mobile PCS Holdings LLC
P O Box 951124
Dallas, TX 75395-1124

Electronic Check Payment (ECP) is a new payment option available to you. Please contact your account analyst for more details on how you can take advantage of this new payment option.

| 1232981<br>SALES ORDER NO. | 09/17/2007<br>SALES ORDER DATE |
|---|---|
| 801503710<br>DELIVERY NOTE | 09/17/2007<br>DELIVERY DATE |
| 53471<br>YOUR ORDER NO. | 09/17/2007<br>YOUR ORDER DATE |

## INVOICE
**9101781468**      09/24/2007

INVOICE TO: **5669**
**InPhonic, Inc**
**Attn: Finance**
**9301 Peppercorn Place**
**LARGO MD  20774**
**USA**

| PAYMENT TERMS | Net 30 Days | SHIP VIA | | PAGE 2 OF 2 |
|---|---|---|---|---|
| WAY BILL NO. | TB6784 | | FOB Destination | |

| Line<br>Item | Material<br>Description | Customer<br>Material | Quantity<br>Ordered | Unit<br>Price | Total<br>Amount |
|---|---|---|---|---|---|
| 170 | 610214612878<br>RIM KIT 8700 VSW | | 200 | 275.00 | 55,000.00 |
| 180 | 610214614032<br>RIM KIT 8100 PEARL WHITE VSW | | 400 | 275.00 | 110,000.00 |
| 190 | 610214613370<br>RIM KIT 8100 PEARL VSW W/MY FAVES | | 400 | 275.00 | 110,000.00 |
| 200 | 610214614827<br>RIM KIT 8100 PEARL BLUE | | 500 | 275.00 | 137,500.00 |
| 210 | 610214614834<br>RIM KIT 8100 PEARL GOLD | | 400 | 275.00 | 110,000.00 |
| 220 | 610214614841<br>RIM KIT 8100 PEARL SUNSET | | 500 | 275.00 | 137,500.00 |
| | ITEMS TOTAL | | 4,215.000 | | |

Order Reason: NOM:Could Not Have Been ID00

| | |
|---|---|
| **SUBTOTAL** | **1,054,350.00** |
| **SHIPPING AND HANDLING** | **9,746.81** |
| **SALES TAX** | **0.00** |
| **FINAL AMOUNT** | **1,064,096.81** |

| Date: 09/21/07 | **BILL OF LADING** | Page ___ 1 |
|---|---|---|

**SHIP FROM**

Name: TMO c/o BP
Address: 6001 Global Distribution Way, Ste 101
City/State/Zip: Louisville, KY 40228
SID#: 973137                                      FOB: ☐

Bill of Lading Number: 07149510000TB6784

**SHIP TO**

Name: InPhonic, Inc          Loc #: 0000005669
Address: 9301 Peppercorn Place
Address: Attn: Finance
City/State/Zip: LARGO, MD 20774

CID#: 301-883-0040-366                            FOB: ☐

CARRIER NAME: _____
Trailer number: _____
Seal number(s): 3173442

SCAC: RBTW
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

**LIFT GATE AND INSIDE DELIVERY TO BE PROVIDED IF REQUESTED**

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid  X      Collect ____      3rd Party ____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 53471 | 843 | 6,337.00 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 843 | 6,337.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 11 | PT | 843 | CT | 6,337.00 | | Electronic Devices | 62820-1 | 92.5 |
| | | | | | | | | |
| 11 | | 843 | | 6,337.00 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 0 14706(c)(1)(A) and (B).

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request and to all applicable state and federal regulations.

The property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on this route, otherwise to deliver to another carrier, on the route to said destination.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:        Freight Counted:
☐ By Shipper          ☐ By Shipper
☐ By Driver           ☐ By Driver/pallets said to contain
                      ☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier had the DOT emergency response guidebook or equivalent documentation in the vehicle.

DC+SL

Property described above is received in good order, except as noted.

Jim Stallman 9/25/07          Jim Stallman