IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| InPhonic, Inc., | : | Case No. 07-11666(KG) |
| | : | |
| Debtor. | : | **Hearing Date: December 13, 2007 at 10:00 a.m.** |
| | : | **Objections Due: December 3, 2007 at 4:00 p.m.** |

**CERTIFICATE OF SERVICE**

      I certify that on November 27, 2007, I caused to be served a copy of the United States Trustee's Objection to the Debtor's Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D. E. 12, 13 52) via first class United States Mail (postage prepaid) to the following person(s) listed below:

Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Robert P. Simons, Esquire
Reed Smith LLP
435 Smith Avenue
Pittsburgh, PA 15219

Goldsmith-Agio-Helms/Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, NY 10036
Attn: Andrew Torgrove

Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104


/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney

1