IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. SECTION 327 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AUTHORIZING DEBTORS IN POSSESSION TO RETAIN DLA PIPER US LLP AS COUNSEL TO THE DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE [DOCKET NO. 23]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Application for Order Pursuant to 11 U.S.C. Section 327 and Federal Rule of Bankruptcy Procedure 2014 Authorizing Debtors in Possession to Retain DLA Piper US LLP as Counsel to the Debtors in Possession *Nunc Pro Tunc* to the Petition Date** (the "Application") [Docket No. 23] filed on November 8, 2007. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 23, 2007.

---

[1]     The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

It is hereby respectfully requested that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: November 28, 2007

THE BAYARD FIRM

By: _____

Neil B. Glassman (No. 2087)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for Debtors and
Debtors in Possession