IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INPHONIC, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666-KG |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

      Please take notice that, pursuant to Fed. R. Bankr. P. 9010, the undersigned hereby appears on behalf of Microsoft Corporation in connection with the above-captioned bankruptcy proceeding.

      Request is hereby made that copies of all notices, orders, pleadings, motions and all other documents that are filed with this Court or the Office of the United States Trustee and required to be served on parties in interest in accordance with Fed. R. Bankr. P. 2002 be duly served on the undersigned.

      Respectfully submitted,

      MICROSOFT CORPORATION

      By its attorneys,

      HOLLAND & KNIGHT LLP

      /s/ John J. Monaghan
      John J. Monaghan (MA Bar # 546454)
      Lynne B. Xerras (MA Bar # 632441)
      Diane N. Rallis (MA Bar # 652203)
      10 St. James Avenue
      Boston, MA 02116
      (617) 523-2700
      E-mail: bos-bankruptcy@hklaw.com

Dated: November 28, 2007

# 4963452_v1