IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| INPHONIC, INC., et al.,[1] : | Case No. 07-11666 (KG) |
| Debtors. : | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 30, 2007 AT 2:00 P.M.
824 MARKET STREET, COURTROOM 3, 6TH FLOOR
<u>WILMINGTON, DELAWARE 19801</u>**

**\*\*PLEASE NOTE THAT THE HEARING TIME HAS CHANGED
FROM 3:00 P.M. TO 2:00 P.M.\*\***

<u>**UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:**</u>

1. Final Hearing: Motion of Debtors Pursuant to 11 U.S.C. § 366(b) for Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service to Debtors, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Adequate Assurance of Future Performance [Filed 11/8/07, Docket No. 4]

   <u>Response Deadline</u>:

   November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for the Official Committee of Unsecured Creditors.

   <u>Related Documents</u>:

   (a) Bridge Order (i) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service to the Debtors, (ii) Deeming Utility Companies Adequately Assured of Future Performance and (iii) Establishing Procedures for Adequate Assurance of Future Performance [Filed 11/9/07, Docket No. 51]

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

    (b)    Notice of (i) Filing Motion and Entry of Interim Order and (ii) Final Hearing with Respect to Debtors' Motion for an Order (i) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (ii) Deeming Utility Companies Adequately Assured of Future Performance, and (iii) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Filed 11/13/07, Docket No. 61]

    (c)    Certification of No Objection Regarding Docket No. 4 [Filed 11/27/07, Docket No. 126]

    (d)    Proposed Order Regarding Docket No. 4

Response(s) Received:

    None.

Status:

    A certification of no objection has been filed. This matter will go forward.

2. Motion of Debtors for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Member [Filed 11/8/07, Docket No. 15]

Response Deadline:

    November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for the Official Committee of Unsecured Creditors.

Related Documents:

    (a)    Notice of Motion and Hearing [Filed 11/14/07, Docket No. 73]

    (b)    Certification of No Objection Regarding Docket No. 15 [Filed 11/28/07, Docket No. 128]

    (c)    Proposed Order Regarding Docket No. 15

Response(s) Received:

    None.

Status:

    A certification of no objection has been filed. This matter will go forward.

3. Application for Order Pursuant to 11 U.S.C. Section 327 and Federal Rule of Bankruptcy Procedure 2014 Authorizing Debtors in Possession to Retain DLA Piper US LLP as Counsel to the Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 11/8/07, Docket No. 23]

Response Deadline:

> November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for the Official Committee of Unsecured Creditors.

Related Documents:

> (a)  Notice of Application and Hearing [Filed 11/13/07, Docket No. 64]
>
> (b)  Certification of No Objection Regarding Docket No. 23 [Filed 11/28/07, Docket No. 129]
>
> (c)  Proposed Order Regarding Docket No. 23

Response(s) Received:

> None.

Status:

> This matter will go forward.

**CONTESTED MATTERS GOING FORWARD:**

4. Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/8/07, Docket No. 11]

Response Deadline:

> November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for T-Mobile and the Official Committee of Unsecured Creditors.

Related Documents:

(a) Interim Order (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) [Filed 11/9/07, Docket No. 55]

(b) Notice of (A) Filing of Motion and Entry of Interim Order and (B) Final Hearing with Respect to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) [Filed 11/13/07, Docket No. 67]

(c) Debtors' Omnibus Reply to Objections to First Day Motions [Filed 11/28/07, Docket No. 131]

Response(s) Received:

(d) Limited Objection of Verizon Wireless to Debtors' Motion for Approval of Debtor-in-Possession Financing and Related Relief [Filed 11/21/07, Docket No. 99]

(e) Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/21/07, Docket No. 104]

(f) Limited Objection and Reservation of Rights of AT&T to Debtors' Motion Seeking Postpetition Financing, Use of Cash Collateral and Other Relief [Filed 11/21/07, Docket No. 105]

(g) Limited Objection of Spanco Telesystems & Solutions Limited to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and

        Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/21/07, Docket No. 106]

   (h)    Limited Objection of Sprint Nextel Corporation to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/21/07, Docket No. 108]

   (i)    Limited Objection and Reservation of Rights of T-Mobile USA, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(C) and (D) [Filed 11/26/07, Docket No. 115]

   (j)    Adeptio's Omnibus Response (I) to Creditors' Committee's (A) Motion to Dismiss and (B) Motion to Reconsider Bidding Procedures Order and (II) in Support of Final Order for Post-Petition Financing [Filed 11/28/07, Docket No. 132]

Status:

    This matter will go forward.

5. Notice of Supplement to the Motion of the Debtors for an Order Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All Their Assets; (II) Approving An Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/14/07, Docket No. 74]

Response Deadline:

    November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for the Official Committee of Unsecured Creditors.

Related Documents:

    (a)    Motion of the Debtors for an Order Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All Their Assets; (II) Approving An Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/8/07, Docket No. 13]

    (b)    Order Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief [Filed 11/9/07, Docket No. 52]

    (c)    Notice of Auction and Sale [Filed 11/13/07, Docket No. 65]

Response(s) Received:

    (d)    United States Trustee's Objection to Debtors' Motion for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/27/07, Docket No. 125]

Status:

    This matter will go forward.

6. Application for Order Pursuant to 11 U.S.C. Sections 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 Authorizing Employment and Retention of Goldsmith, Agio, Helms Securities, Inc. as Investment Banker to Debtors in Possession [Filed 11/8/07, Docket No. 21]

Response Deadline:

> November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for the Official Committee of Unsecured Creditors.

Related Documents:

> (a) Notice of Application and Hearing [Filed 11/13/07, Docket No. 63]
>
> (b) Debtors' Omnibus Reply to Objections to First Day Motions [Filed 11/28/07, Docket No. 131]

Response(s) Received:

> (c) Objection of the Official Committee of Unsecured Creditors to the Application for Order Pursuant to 11 U.S.C. Sections 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 Authorizing Employment and Retention of Goldsmith, Agio, Helms Securities, Inc. as Investment Banker to Debtors in Possession [Filed 11/21/07, Docket No. 91]
>
> (d) Objection of the United States Trustee to the Debtors Application to Employ Goldsmith, Agio Helms Securities, Inc. as Investment Banker to Debtors in Possession [Filed 11/21/07, Docket No. 97]

Status:

> This matter will go forward.

7. Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/21/07, Docket No. 86]

Response Deadline:

> November 28, 2007 at 10:00 a.m.

Related Documents:

> (a) Motion of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Limiting and Shortening Notice to Consider Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to

676683-1

Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/21/07, Docket No. 87]

(b) Order Granting Motion of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Limiting and Shortening Notice to Consider Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/21/07, Docket No. 94]

Response(s) Received:

(c) Debtors' Objection to Motion of The Official Committee of Unsecured Creditors for an Order (I) Dismissing (Or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or, Alternatively, (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/28/07, Docket No. 127]

(d) Adeptio's Omnibus Response (I) to Creditors' Committee's (A) Motion to Dismiss and (B) Motion to Reconsider Bidding Procedures Order and (II) in Support of Final Order for Post-Petition Financing [Filed 11/28/07, Docket No. 132]

Status:

This matter will go forward.

8. Emergency Motion of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 9006(c)(1) and Federal Rules of Civil Procedure 30, 33, 34, and 36 for an Order Establishing Shortened Discovery Procedures [Filed 11/21/07, Docket No. 88]

[Proposed] Response Deadline:

November 28, 2007 at 10:00 a.m.

Related Documents:

(a) Emergency Motion of the Official Committee of Unsecured Creditors for an Expedited Telephonic Hearing to Consider the Motion Pursuant to Bankruptcy Rule 9006(c)(1) and Federal Rules of Civil Procedure 30, 33,

676683-1

        34, and 36 for an Order Establishing Shortened Discovery Procedures [Filed 11/21/07, Docket No. 89]

   (b)   Order Granting Motion for Telephonic Hearing [Filed 11/21/07, Docket No. 92]

Response(s) Received:

        None at this date and time.

Status:

        A majority of the discovery issues have been resolved. This matter will go forward as a status conference.

9. Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Filed 11/21/07, Docket No. 102]

Response Deadline:

        November 30, 2007 at noon.

Related Documents:

   (a)   Motion to Shorten Time to Consider Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Filed 11/21/07, Docket No. 103]

   (b)   Order Granting Motion to Shorten Time to Consider Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts,

        Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Filed 11/27/07, Docket No. 123]

Response(s) Received:

(a)     Adeptio's Omnibus Response (I) to Creditors' Committee's (A) Motion to Dismiss and (B) Motion to Reconsider Bidding Procedures Order and (II) in Support of Final Order for Post-Petition Financing [Filed 11/28/07, Docket No. 132]

Status:

        This matter will go forward.

Dated: Wilmington, Delaware
       November 28, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession

676683-1