IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
In re:                                                 :
                                                       : Chapter 11
INPHONICS, INC., *et al.*,                             :
                                                       : Case No. 07-11666 (KG)
         Debtors.                                      : *(Jointly Administered)*
                                                       :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------X

### MOTION FOR ADMISSION *PRO HAC VICE*

Richard W. Riley, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of: David H. Stein, Esq., Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Woodbridge, New Jersey 07095 to represent a creditor, Spanco Telesystems & Solutions Limited ("Spanco") in the above-captioned case. The Admittee is admitted, practicing, and in good standing in the State of New Jersey.

Dated: November 27, 2007

                                        Respectfully submitted,

                                        /s/ Richard W. Riley
                                        Richard W. Riley, Esq. (DE No. 4052)
                                        Duane Morris LLP
                                        Suite 1200
                                        1100 North Market Street
                                        Wilmington, Delaware 19801-1246
                                        (302) 657-4900

#2790076 (136965.005)

D.I. 118
Date: 11/27/07

Pursuant to Local Bankruptcy Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdiction shown in the paragraph above and pursuant to Local Bankruptcy Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005.

I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ David H. Stein
David H. Stein, Esq. (DHS-8514)
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6570

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: November 28, 2007
Wilmington, Delaware

UNITED STATES BANKRUPTCY JUDGE

#2972406 (136965.005)