## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| InPhonic, Inc., et al.[1], ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF SERVICE RE:

Docket No. 83

APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327 (a) FOR AUTHORITY TO EMPLOY AND RETAIN THE BAYARD FIRM AS CO-COUNSEL FOR THE DEBTOS *NUNC PRO TUNC* TO THE PETITION DATE

NOTICE OF APPLICATION

DECLARATION OF NEIL B. GLASSMAN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327 (a) FOR AUTHORITY TO EMPLOY AND RETAIN THE BAYARD FIRM AS CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

[PROPOSED] ORDER PURSUANT TO 11 U.S.C. § 327 (a) AUTHORIZING EMPLOYMENT AND RETENTION OF THE BAYARD FIRM AS CO-COUNSEL FOR THE DEBTOS *NUNC PRO TUNC* TO THE PETITION DATE

I, Yvette Knopp, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

2. On November 19, 2007 I caused the above referenced documents to be served on the parties as described below:

Exhibit A   Docket No. 83 was served on:

- Those parties who have requested special notice and the Core Group together referenced as Service List 26714

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 27, 2007
El Segundo, California

Yvette Knopp

State of California      )
                         ) ss
County of Los Angeles    )

Personally appeared before me on November 27, 2007, Yvette Knopp, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

## for InPhonic, Inc.
Total number of parties: 47

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26714 | A C N COMMUNICATIONS SERVICES, JAMES F MULCAHY, (RE: COMMITTEE OF UNSECURED CREDITORS), 13620 REESE BLVD E, BUILDING XII STE 400, HUNTERSVILLE, NC, 28078 | US Mail (1st Class) |
| 26714 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 26714 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 26714 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 26714 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 26714 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 26714 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 26714 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 26714 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 26714 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 26714 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 26714 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 26714 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 26714 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 26714 | GOOGLE INC, STACEY L WEXLER, (RE: COMMITTEE OF UNSECURED CREDITORS), 1600 AMPHITHEATRE PKWY, MOUNTAIN VIEW, CA, 94043 | US Mail (1st Class) |
| 26714 | INFINITE COMPUTER SOLUTIONS, TIMOTHY J MCGARY, (RE COMMITTEE OF UNSECURED CREDITORS), 10500 SAGER AVE, STE G, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 26714 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 26714 | JBR MEDIA VENTURES LLC, JOHN BRENTON SHAW, (RE: COMMITTEE OF UNSECURED CREDITORS), 2 WISCONSIN CIRCLE, STE 700, CHEVY CHASE, MD, 20815 | US Mail (1st Class) |
| 26714 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 26714 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 26714 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 26714 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 26714 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 26714 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 26714 | KPMG, ALLEN R. WESTERGARD, 1660 INTERNATIONAL DRIVE, 2ND FLOOR, MCLEAN, VA, 22102 | US Mail (1st Class) |
| 26714 | KPMG, BRYAN WALKER & MARK FRENCH, 1660 INTERNATIONAL DRIVE, 2ND FLOOR, MCLEAN, VA, 22102 | US Mail (1st Class) |

*Page 5 of 5*

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26714 | OFFICE OF THE US TRUSTEE, RICHARD SHEPACARTER, ESQ, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 233 BROADWAY, NEW YORK, NY, 10279 | US Mail (1st Class) |
| 26714 | SECURITIES AND EXCHANGE COMMISSION, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20020 | US Mail (1st Class) |
| 26714 | SECURITIES OF THE TREASURY, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20020 | US Mail (1st Class) |
| 26714 | SPRINT NEXTEL CORP, GREG MALAKOF, (RE: BRIGHTPOINT – NEXTEL), 200 EDMUND HALLEY DR, RESTON, VA, 20191 | US Mail (1st Class) |
| 26714 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 26714 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 26714 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 26714 | UNITED STATES TRUSTEE, 844 KING STREET, SUITE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 26714 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 26714 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 26714 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 26714 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 26714 | YAHOO!, TERESA SIMMS-JOHNSON, (RE: COMMITTEE OF UNSECURED CREDITORS), 701 FIRST AVE, SUNNYVALE, CA, 94089 | US Mail (1st Class) |
| 26714 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26714 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 47**