## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **InPhonic, Inc., et al.,**[1] | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE RE:

Docket No. 127 — DEBTORS' OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) DISMISSING (OR CONVERTING) DEBTORS' BANKRUPTCY CASES PURSUANT TO SECTION 112(b) OF THE BANKRUPTCY CODE OR, ALTERNATIVE (II) COMPELLING THE TRUSTEE TO ABANDON FULLY-ENCUMBERED ESTATE PROPERTY PURSUANT TO SECTION 554(b) OF THE BANKRUPTCY CODE [Re: Docket No. 86]

Docket No. 131 — DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO FIRST DAY MOTIONS [Re: Docket Nos. 11, 13 and 21]

Docket No. 133 — NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 30, 2007 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 4, 11, 15, 21, 23, 74, 86, 88 and 102]

Docket No. 134 — NOTICE OF RESCHEDULED OMNIBUS HEARING [Re: Docket No. 133]

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

I, James H. Myers, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.    On November 28, 2007 I caused the above referenced documents to be served on the parties as described below:

Exhibit A    Docket Nos. 127, 131, 133 and 134
- Those parties who have requested special notice and the Core Group together referenced as Service Lists 26617, 26815 and 26817
- The Affected Party is referenced in Service List 26816

3.    All parties were served via the modes of service indicated in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 28, 2007
El Segundo, California

_____
James H. Myers

State of California          )
                             ) ss
County of Los Angeles        )

Personally appeared before me on November 28, 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008