# EXHIBIT A

## for InPhonic, Inc.
Total number of parties: 78

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26815 | A C N COMMUNICATIONS SERVICES, JAMES F MULCAHY, (RE: COMMITTEE OF UNSECURED CREDITORS), 704-632-8072 | Fax |
| 26617 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | DHL Overnight |
| 26815 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 650-494-2738 | Fax |
| 26815 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 650-494-2738<br>*fax failed* | Fax |
| 26817 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | DHL Overnight |
| 26817 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | DHL Overnight |
| 26815 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 212-752-5378<br>*fax failed* | Fax |
| 26815 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), 302-425-6464 | Fax |
| 26815 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), 215-832-5746 | Fax |
| 26815 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), 302-425-6464 | Fax |
| 26815 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), 215-832-5507 | Fax |
| 26815 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 888-316-2354 | Fax |
| 26815 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), 302-426-9947 | Fax |
| 26817 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | DHL Overnight |
| 26815 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), 302-426-9947<br>*fax failed* | Fax |
| 26815 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 212-541-5369 | Fax |
| 26815 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 860-727-0361 | Fax |
| 26815 | DELAWARE SECRETARY OF STATE, 302-739-3812 | Fax |
| 26617 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | DHL Overnight |
| 26815 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 212-884-8562 | Fax |
| 26815 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), 410-580-3248 | Fax |
| 26815 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 212-884-8690 | Fax |
| 26816 | DUANE MORRIS LLP, RICHARD W. RILEY, ESQ., 302-657-4901 | Fax |
| 26815 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 212.758.3833 | Fax |
| 26815 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 212.758 3833 | Fax |
| 26815 | GOOGLE INC, STACEY L WEXLER, (RE: COMMITTEE OF UNSECURED CREDITORS), 650-253-0001 | Fax |
| 26815 | HALPERIN BATTAGLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE: MFORCE COMMUNICATIONS), 212-765-0964 | Fax |
| 26815 | HALPERIN BATTAGLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS), 212-765-0964<br>*fax failed* | Fax |
| 26817 | HALPERIN BATTAGLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS), 555 MADISON AVE 9TH FL, NEW YORK, NY, 10022 | DHL Overnight |
| 26815 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 617-523-6850 | Fax |

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26815 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 617-523-6850 *fax failed* | Fax |
| 26817 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | DHL Overnight |
| 26815 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 617-523-6850 | Fax |
| 26815 | INFINITE COMPUTER SOLUTIONS, TIMOTHY J MCGARY, (RE: COMMITTEE OF UNSECURED CREDITORS), 703-352-5938 | Fax |
| 26815 | INTERNAL REVENUE SERVICE, 215-516-2015 | Fax |
| 26815 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, 410-962-7259 | Fax |
| 26815 | JBR MEDIA VENTURES LLC, JOHN BRENTON SHAW, (RE: COMMITTEE OF UNSECURED CREDITORS), 202-318-4064 | Fax |
| 26815 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), 302-744-1095 | Fax |
| 26815 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 404 541-3373 | Fax |
| 26815 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 404 541-3373 | Fax |
| 26815 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 312-861-2200 | Fax |
| 26815 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 312-861-2200 *fax failed* | Fax |
| 26817 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26815 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 312-861-2200 | Fax |
| 26815 | KPMG, ALLEN R WESTERGARD, 703-286 8010 | Fax |
| 26815 | KPMG, BRYAN WALKER & MARK FRENCH, 703-286 8010 | Fax |
| 26815 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 703-712-5246 | Fax |
| 26815 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), 302-571-1750 | Fax |
| 26817 | OFFICE OF THE US TRUSTEE, RICHARD SHEPACARTER, ESQ, 844 KING STREET, WILMINGTON, DE, 19801 | DHL Overnight |
| 26815 | OFFICE OF THE US TRUSTEE, RICHARD SHEPACARTER, ESQ, 302-573-6497 *fax failed* | Fax |
| 26815 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: GMAC MORTGAGE CORP), 215-851-1420 | Fax |
| 26815 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), 302-778-7575 | Fax |
| 26815 | REED SMITH LLC, ROBERT P SIMMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 412-288-3063 | Fax |
| 26815 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 646-428-1979 *fax failed* | Fax |
| 26817 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 233 BROADWAY, NEW YORK, NY, 10279 | DHL Overnight |
| 26815 | SECURITIES AND EXCHANGE COMMISSION, 646-428-1978 | Fax |
| 26815 | SECURITIES OF THE TREASURY, 202-622-6415 | Fax |
| 26815 | SPRINT NEXTEL CORP, GREG MALAKOF, (RE: BRIGHTPOINT -- NEXTEL), 703-433-4343 | Fax |
| 26815 | STATE OF DELAWARE, RANDY WELLER, 302-577-8662 | Fax |
| 26815 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 302-658-6395 | Fax |
| 26815 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 302-658-6395 | Fax |
| 26815 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 302-658-6395 | Fax |
| 26815 | UNITED STATES TRUSTEE, 302-573-6497 | Fax |
| 26815 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 302-573-6220 | Fax |
| 26815 | VERSA CAPITAL MANAGEMENT, INC, GREG SEGALL & PAUL HALPERN, 215-609-3499 | Fax |
| 26815 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, 215.609.3499 *fax failed* | Fax |
| 26817 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | DHL Overnight |
| 26815 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 614-719-4663 | Fax |
| 26815 | W B DONER & COMPANY, KEVIN WEINMAN, 248-827-0880 | Fax |

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26815 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN, (RE: SPANCO TELESYSTEMS & SOLUTIONS), 732.726.6570 | Fax |
| 26815 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 732-726-6570 | Fax |
| 26815 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 302-661-7730 *fax failed* | Fax |
| 26817 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | DHL Overnight |
| 26815 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE. T-MOBILE USA), 302-661-7729 | Fax |
| 26815 | YAHOO!, TERESA SIMMS-JOHNSON, (RE: COMMITTEE OF UNSECURED CREDITORS), 408-349-3301 | Fax |
| 26815 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), 302-571-1253 | Fax |
| 26815 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), 302-571-1253 | Fax |
| 26815 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), 302-571-1253 | Fax |

Subtotal for this group: 78