IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| InPhonic, Inc., et al.,[1] ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 65 | NOTICE OF AUCTION AND SALE |
| Docket No. 66 | NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES |
| Docket No. 73 | NOTICE OF MOTION AND HEARING [Re: Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members—Docket No. 15] |
| Docket No. 74 | NOTICE OF SUPPLEMENT TO THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO SECTION 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF |

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

SUPPLEMENT TO THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO SECTION 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF

Exhibit 1    NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING

Exhibit 2    EXHIBIT A TO EXHIBIT 1 [custom sample attached hereto]

I, Alex Cedeno, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.  I caused the above referenced documents to be served on the parties as described below. Except as noted below, all parties were served on November 14, 2007.

Exhibit A    Affected Parties Service List regarding Docket Nos. 65 and 66

Exhibit B    Service List regarding Docket Nos. 73 and 74
[Re: those parties who have requested special notice and the Core Group]

Exhibit C    Service List regarding Docket No. 73
[Re: those parties who have requested special notice and the Core Group]

Exhibit D    Service List regarding Docket No. 74 served on 11-15-07
- The Top Equity Security Holders are referenced in Service List 26595
- The Tax Authorities are referenced in Service List 26596

Exhibit E    Service List regarding Exhibits 1 and 2

3.    All parties were served via the modes of service indicated in Exhibits A through E.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 19, 2007
El Segundo, California

_____
Alex Cedeno

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on November 19, 2007, Alex Cedeno, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008