# EXHIBIT 2

# EXHIBIT A

| Party: | Cure Amount: |
|---|---|
| NAME<br>BUSINESS<br>STREET<br>CITY STATE ZIP | $ 0.00 |

SAMPLE

13726592000042

NAME
BUSINESS
STREET
CITY STATE ZIP



