# EXHIBIT B

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26580 | ACN COMMUNICATIONS SERVS INC, TRACY NOLAN, 13620 REESE BLVD, BLDG II, HUNTERSVILLE, NC, 28078 | DHL Overnight |
| 26580 | ALLTEL COMMUNICATIONS, INC., RON HERRING, ONE ALLIED DRIVE, LITTLE ROCK, AR, 72202 | DHL Overnight |
| 26580 | AMERICA ONLINE, INC. (AOL), DAVID DZIABIS, 22265 PACIFIC BLVD, DULLES, VA, 20166 | DHL Overnight |
| 26580 | ASK.COM, LINO SENIO, 555 12TH STREET, SUITE 500, OAKLAND, CA, 94607 | DHL Overnight |
| 26580 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | DHL Overnight |
| 26580 | C/O JDS PROFESSIONAL GROUP, RANDALL VAN DYKE, 5670 GREENWOOD PLAZA BLVD, GREENWOOD VILLAGE, CO, 80111 | DHL Overnight |
| 26580 | CHADBOURNE AND PARKE LLP, SYDNEY SHABAZZ, 12000 NEW HAMPSHIRE AVENUE, WASHINGTON, DC, 20036 | DHL Overnight |
| 26580 | COSMOCOM, INC., PAUL STROHMENGER, 122 BROAD HOLLOW RD, MELVILLE, NY, 11747 | DHL Overnight |
| 26580 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | USPS Express Mail |
| 26580 | DLA PIPER US LLP, JEREMY R JOHNSON/THOMAS CLAIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | DHL Overnight |
| 26580 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | DHL Overnight |
| 26580 | GOLDSMITH AGIO HELMS, ANDREW TORGOVE, (RE: INVESTMENT BANKER TO DEBTOR), 225 SOUTH SIXTH ST, 46TH FL, MINNEAPOLIS, MN, 55402 | DHL Overnight |
| 26580 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | DHL Overnight |
| 26580 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | DHL Overnight |
| 26580 | GOOGLE, INC, NICK PIFANI, 76 NINTH AVENUE, 4TH FLOOR, NEW YORK, NY, 10011 | DHL Overnight |
| 26580 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21202 | DHL Overnight |
| 26580 | JBR MEDIA VENTURES LLC, BRENT SHAW, PRESIDENT, 2 WISCONSIN CIRCLE, STE 700, CHEVY CHASE, MD, 20815 | DHL Overnight |
| 26580 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | DHL Overnight |
| 26580 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | DHL Overnight |
| 26580 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | DHL Overnight |
| 26580 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26580 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26580 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | DHL Overnight |
| 26580 | KPMG, ALLEN R. WESTERGARD, 1660 INTERNATIONAL DRIVE, 2ND FLOOR, MCLEAN, VA, 22102 | DHL Overnight |
| 26580 | KPMG, BRYAN WALKER & MARK FRENCH, 1660 INTERNATIONAL DRIVE, 2ND FLOOR, MCLEAN, VA, 22102 | DHL Overnight |
| 26580 | MICROSOFT CORPORATION, BRENT JOHNSON, ONE MICROSOFT WAY, REDMOND, WA, 98052-6399 | DHL Overnight |
| 26580 | MSN (MICROSOFT CORPORATION), NAT HAMPSON, 1125 SANCTUARY PKWY, STE 300, ALPHARETTA, GA, 30004 | DHL Overnight |
| 26580 | NEXT JUMP, INC., MEGHAN MESSENGER, 261 5TH AVENUE, 8TH FLOOR, NEW YORK, NY, 10016 | DHL Overnight |
| 26580 | PATTON BOGGS LLP, DOUGLAS C BOGGS, 8484 WESTPARK DRIV, 9TH FL, MCLEAN, VA, 22102 | DHL Overnight |
| 26580 | RESPONDEZ, GLOBAL ENCLAVE, ANIL WADHWA, PLOT N TTC INDUST, MAHAPE, NAVI MUMT, 400710INDIA | DHL Overnight |
| 26580 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 233 BROADWAY, NEW YORK, NY, 10279 | DHL Overnight |
| 26580 | SECURITIES AND EXCHANGE COMMISSION, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20020 | DHL Overnight |
| 26580 | SECURITIES OF THE TREASURY, 15TH AND PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20020 | DHL Overnight |
| 26580 | SKADDEN ARPS SLATE MEAGHER, IVAN A SCHLAGER, 1440 NEW YORK AVE., N W, WASHINGTON, DC, 20005 | DHL Overnight |

## Exhibit B - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26580 | SPRINT NEXTEL CORP, GREG MALAKOF, (RE: BRIGHTPOINT – NEXTEL), 200 EDMUND HALLEY DR, RESTON, VA, 20191 | |
| 26580 | SPRINT NEXTEL CORP, GREG MALAKOFF, 2000 EDMUND HALLEY DRIVE, RESTON, VA, 20191 | DHL Overnight |
| 26580 | VERIZON WIRELESS, KEVIN KOSTES, ONE VERIZON WAY, BASKING RIDGE, NJ, 07920 | DHL Overnight |
| 26580 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | DHL Overnight |
| 26580 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | DHL Overnight |
| 26580 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | DHL Overnight |
| 26580 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | DHL Overnight |
| 26580 | YAHOO!, INC., BRIAN H MURPHY, 1065 AVENUE OF THE AMERICAS, NEW YORK, NY, 10018 | DHL Overnight |
| 26580 | YAHOO!, INC., KEVIN HEIN, 111 WEST 40TH STREET, 9TH FLOOR, NEW YORK, NY, 10018 | DHL Overnight |
| 26580 | YELLOW PAGE AUTHORITY, PATRICK M FAGEN, 8940 W 192ND STREET, SUITE D, MOKENA, IL, 60448 | DHL Overnight |

**Subtotal for this group: 44**