**EXHIBIT C**

**Exhibit C - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26601 | ACN COMMUNICATIONS SERVS INC, TRACY NOLAN, 704-632-8072 | Fax |
| 26601 | ALLTEL COMMUNICATIONS, INC., RON HERRING, 501-905-8770 | Fax |
| 26601 | AMERICA ONLINE, INC. (AOL), DAVID DZIABIS, 703-265-0848 | Fax |
| 26601 | ASK.COM, LINO SENIO, 510-985-7412 | Fax |
| 26601 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 888-316-2354 | Fax |
| 26601 | C/O JDS PROFESSIONAL GROUP, RANDALL VAN DYKE, 303-771-0078 | Fax |
| 26601 | CHADBOURNE AND PARKE LLP, SYDNEY SHABAZZ, 202-974-5602 | Fax |
| 26601 | COSMOCOM, INC., PAUL STROHMENGER, 631-940-4500 | Fax |
| 26601 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), (212) 335-4501 | Fax |
| 26601 | GOLDSMITH AGIO HELMS, ANDREW TORGOVE, (RE: INVESTMENT BANKER TO DEBTOR), 212-758-3833 | Fax |
| 26601 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 212.758.3833 | Fax |
| 26601 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 212.758.3833 | Fax |
| 26601 | GOOGLE, INC, NICK PIFANI, 212-565-0001 | Fax |
| 26601 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, 410-962-7259 | Fax |
| 26601 | JBR MEDIA VENTURES LLC, BRENT SHAW, PRESIDENT, 202-318-4064 | Fax |
| 26601 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), 302-744-1095 | Fax |
| 26601 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 404 541-3373 | Fax |
| 26601 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 404 541-3373 | Fax |
| 26601 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 312-861-2200 | Fax |
| 26601 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 312-861-2200 | Fax |
| 26601 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 312-861-2200 | Fax |
| 26601 | MICROSOFT CORPORATION, BRENT JOHNSON, 425-936-7329 | Fax |
| 26601 | MSN (MICROSOFT CORPORATION), NAT HAMPSON, 425-708-6408 | Fax |
| 26601 | NEXT JUMP, INC., MEGHAN MESSENGER, 212-685-7081 | Fax |
| 26601 | PATTON BOGGS LLP, DOUGLAS C BOGGS, 703-744-8001 | Fax |
| 26601 | RESPONDEZ, GLOBAL ENCLAVE, ANIL WADHWA, 91-22- 6644 0404 | Fax |
| 26601 | SECURITIES AND EXCHANGE COMMISSION, 646-428-1978 | Fax |
| 26601 | SECURITIES OF THE TREASURY, 202-622-6415 | Fax |
| 26601 | SKADDEN ARPS SLATE MEAGHER, IVAN A SCHLAGER, 212-735-2000 | Fax |
| 26601 | SPRINT NEXTEL CORP, GREG MALAKOF, (RE: BRIGHTPOINT – NEXTEL), 703-433-4343 | Fax |
| 26601 | SPRINT NEXTEL CORP, GREG MALAKOFF, 703-744-8001 | Fax |
| 26601 | VERIZON WIRELESS, KEVIN KOSTES, 908-559-7165 | Fax |
| 26601 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, 215-609-3499 | Fax |
| 26601 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, 215.609.3499 | Fax |
| 26601 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 614-719-4663 | Fax |
| 26601 | YAHOO!, INC., BRIAN H MURPHY, 215-925-1922 | Fax |
| 26601 | YAHOO!, INC., KEVIN HEIN, 212-381-6831 | Fax |
| 26601 | YELLOW PAGE AUTHORITY, PATRICK M FAGEN, 708-479-2619 | Fax |

**Subtotal for this group: 38**