## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| InPhonic, Inc., et al.¹, | ) Chapter 11 |
| | ) Case No. 07-11666-KG |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE RE:

Docket No. 50 — ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b) [Re: Docket No. 3]

Docket No. 52 — ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MATTER OF NOTICES; (C) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING EXPENSE REIMBURSEMENT PROVISION; AND (E) GRANTING RELATED RELIEF [Re: Docket No. 12]

Docket No. 53 — ORDER AUTHORIZING PAYMENT OF PREPETITION (I) WAGES, SALARIES AND OTHER COMPENSATION OF EMPLOYEES AND SUBCONTRACTORS, (II) EMPLOYEE MEDICAL AND SIMILAR BENEFITS, (III) REIMBURSABLE EMPLOYEE EXPENSES, AND (IV) OTHER MISCELLANEOUS EMPLOYEE EXPENSES AND BENEFITS [Re: Docket No. 5]

Docket No. 54 — ORDER PURSUANT TO 11 U.S.C. §§ 345, 363, 364, 1107, 1108 AND LOCAL RULE 2015-2 FOR ORDER AUTHORIZING (I) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (II) MAINTENANCE OF EXISTING BANK ACCOUNTS, (III) CONTINUED USE OF EXISTING CHECKS AND BUSINESS

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

FORMS, AND (IV) CONTINUED USE OF EXISTING INVESTMENT
GUIDELINES [Re: Docket No. 6]

| | |
|---|---|
| Docket No. 56 | ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS AND TO OTHERWISE CONTINUE THEIR CUSTOMER PROGRAMS AND PRACTICES IN THE ORDINARY COURSE OF BUSINESS. [Re: Docket No. 7] |
| Docket No. 57 | ORDER AUTHORIZING PAYMENT OF PREPETITION TRUST FUND TAXES IN THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a) AND 541(d) [Re: Docket No. 8] |
| Docket No. 58 | ORDER AUTHORIZING AND APPROVING THE APPOINTMENT OF THE BMC GROUP, INC. AS NOTICING, CLAIMS, AND BALLOTING AGENT FOR THE BANKRUPTCY COURT [Re: Docket No. 9] |
| Docket No. 61 | NOTICE OF (I) FILING OF MOTION AND ENTRY OF INTERIM ORDER AND (II) FINAL HEARING WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (II) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTHER PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE [Re: Docket Nos. 4 and 51] |
| Docket No. 63 | NOTICE OF APPLICATION AND HEARING [Re: Application for an Order Authorizing Employment and Retention of Goldsmith, Agio, Helms Securities, Inc. as Investment Baker to Debtors in Possession] [Re: Docket No. 21] |
| Docket No. 64 | NOTICE OF APPLICATION AND HEARING [Re: Application for an Order to Retain DLA Piper US LLP as Counsel to the Debtors in Possession *Nunc Pro Tunc* to the Petition Date] [Re: Docket No. 23] |
| Docket No. 65 | NOTICE OF AUCTION AND SALE |
| Docket No. 66 | NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES |
| Docket No. 67 | NOTICE OF (A) FILING OF MOTION AND ENTRY OF INTERIM ORDER AND (B) FINAL HEARING WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POSTPETITION |

FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS
AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE
STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND
AFFORDING ADEQUATE PROTECTION; (IV) MODIFYING
AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING,
PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE
BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002 AND 4001(c) AND (d)
[Re: Docket Nos. 11 and 55]

I, Alex Cedeno, state as follows:

1.      I am over eighteen years of age and I believe the statements contained
herein are true based on my personal knowledge.  My business address is c/o BMC
Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.      I caused the above referenced documents to be served on the parties as
described below. Service commenced on November 13, 2007 and concluded on
November 14, 2007:

| | |
|---|---|
| Exhibit A | Docket Nos. 50, 52, 53, 54, 56, 57, 58, 62, 63, 64, 65, 66 and 67 [Re: those parties who have requested special notice and the Core Group] |
| Exhibit B | Docket Nos. 65 and 66 were served on the Equity Security Holders referenced in Service List 26556 |
| Exhibit C | Docket No. 61 were served on the Utilities reference as Service List 26557 |
| Exhibit D | Docket Nos. 53, 58, 65 and 66 were served on the Taxing Authorities referenced as Service List 26558 |
| Exhibit E | Docket Nos. 54 and 67 were served on the Banks referenced as Service List 26559 |
| Exhibit F | Docket Nos. 65 and 66 were served on the Creditor Matrix referenced as Service List 26511 |

3.    All parties were served via the modes of service indicated in Exhibits A

through F.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November _19_, 2007
El Segundo, California

_____
Alex Cedeno

State of California          )
                             ) ss
County of Los Angeles        )


Personally appeared before me on November _19_, 2007, Alex Cedeno, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008