# EXHIBIT B

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 26556 | FMR CORPORATION, 82 DEVONSHIRE ST, BOSTON, MA, 02109 | US Mail (1st Class) |
| 26556 | GOLDMAN SACHS GROUP INC, THE, ATTN NICK ADVANI, ONE NEW YORK PLAZA, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 26556 | MSD CAPITAL LP, 645 FIFTH AVE, 21ST FL, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 26556 | SAC CAPITAL ADVISORS LLC, 72 COMMINGS POINT RD, STANFORD, CT, 06902 | US Mail (1st Class) |
| 26556 | TRAFELET & COMPANY LLC, 900 THIRD AVE, 5TH FL, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 26556 | VARDON CAPITAL LLC, 120 WEST 45 ST, 17TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |

Subtotal for this group: 6

InPhonic, Inc.