# EXHIBIT E

## Exhibit E - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26559 | COMERICA CORPORATE HEADQUARTERS, ATTN: RALPH W BABB, JR, COMERICA TOWER AT DETROIT CENTER, 500 WOODWARD AVENUE, DETROIT, MI, 48226 | US Mail (1st Class) |
| 26559 | SILICON VALLEY BANK, ATTN: MANAGER, 8020 TOWERS CRESCENT DRIVE, STE 475, VIENNA, VA, 22182 | US Mail (1st Class) |
| 26559 | UBS FINANCIAL SVCS (WASHINGTON DC ), ATTN: ROBERT CLARK, 1501 K STREET NW, SUITE 1100, WASHINGTON, DC, 20005 | US Mail (1st Class) |

**Subtotal for this group: 3**