**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INPHONIC, INC.,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 07-11666-KG |

**REQUEST FOR NOTICE**

QUARLES & BRADY LLP, attorneys for DFS SERVICES LLC f/k/a DISCOVER FINANCIAL SERVICES LLC ("DFS"), hereby requests that it receive notice of all proceedings in this matter, including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following name be added to the master mailing list:

> Catherine M. Guastello, Esq.
> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, Arizona  85004-2391
> Phone:  (602) 229-5200
> Fax:  (602) 229-5690
> E-mail:  cguastel@quarles.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of DFS's:

> (a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;
>
> (b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the

-2-

      designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)    Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d)    Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by DFS without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in this matter.

      DATED this 29th day of November, 2007.

      QUARLES & BRADY LLP  
      Renaissance One  
      Two North Central Avenue  
      Phoenix, AZ  85004-2391

      By  /s/ Catherine M. Guastello  
           Catherine M. Guastello

      Attorneys for DFS SERVICES LLC

QBPHX\99999.99999\2142163.1

-3-

## CERTIFICATE OF SERVICE

        I hereby certify that on this 29th day of November, 2007, a true and correct copy of the foregoing "<u>Request For Notice</u>" was forwarded via United States mail, postage prepaid, to the following:

| | |
|---|---|
| Attorneys for Debtor: | Eric Michael Sutty, Esq. |
| | Mary E. Augustine, Esq. |
| | Neil B. Glassman, Esq. |
| | The Bayard Firm |
| | 222 Delaware Avenue, Suite 900 |
| | Wilmington, DE  19899 |
| | |
| United States Trustee: | United States Trustee |
| | 844 King Street, Room 2207 |
| | Lockbox #35 |
| | Wilmington, DE  19899-0035 |
| | |
| Official Committee Of Unsecured Creditors: | Kurt F. Gwynne, Esq. |
| | Reed Smith LLP |
| | 1201 Market Street, 15th Floor |
| | Wilmington, DE  19801 |

        <u>/s/ Pamela Buckley</u>
        Pamela Buckley

QBPHX\99999.99999\2142163.1