IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on the 29th day of November, 2007, I did cause to be served true and correct copies of the foregoing **Motion and Order for Admission** *Pro Hac Vice* on the parties listed on the attached service list as indicated thereon.

DATED: November 29, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

071127174432.DOC

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
Neil B. Glassman, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*Counsel for Debtor*

Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19899-0035