IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of Christopher D. Loizides, Esquire of Loizides P.A. to represent AT&T[1], an interested party herein. Please serve all papers, pleadings, notices and other documents upon counsel at the address stated below:

> Christopher D. Loizides, Esquire
> LOIZIDES, P.A.
> 1225 King Street, Suite 800
> Wilmington, DE 19801
> Telephone:    (302) 654-0248
> Facsimile:    (302) 654-0728
> Email:        loizides@loizides.com

This entry of appearance shall not be deemed to be a submission to the jurisdiction of the Bankruptcy Court, a waiver of the defenses of lack of personal jurisdiction or lack of service or of any other defense, claim or right without any limitation whatsoever.

DATED: November 29, 2007

_[signature]_
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

*Counsel for AT&T*

---

[1] "AT&T" means collectively AT&T Mobility II LLC f/k/a Cingular Wireless II LLC and its affiliates including AT&T, Inc.

071128174133.DOC