IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC, | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 29th day of November, 2007, I did cause to be served a true and correct copy of the foregoing **Entry of Appearance and Request for Notice** on the parties on the attached service list in the manner indicated thereon.

DATED: November 29, 2007

                                                  _____
                                                Christopher D. Loizides (No. 3968)
                                                LOIZIDES, P.A.
                                                1225 King Street, Suite 800
                                                Wilmington, DE 19801
                                                Telephone:   (302) 654-0248
                                                Facsimile:    (302) 654-0728
                                                E-mail:        loizides@loizides.com

## 2002 SERVICE LIST

## VIA FIRST CLASS MAIL

Eric Michael Sutty, Esquire
Mary E. Augustine, Esquire
Neil B. Glassman, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*Counsel for Debtors*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
*Co-Counsel for Adeptio INPC Funding LLC*

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
*Co-Counsel for Adeptio INPC Funding LLC*

Tiffany Strelow Cobb, Esquire
VORYS SATER SEYMOUR & PEASE LLP
52 E. Gay Street
Columbus, OH 43215
*Counsel for AOL LLC*

David M. LeMay, Esquire
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

Scott D. Rosen, Esquire
COHN BIRNBAUM SHEA PC
100 Pearl Street
Hartford, CT 06103-4500

Regina Stango Kelbon, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
*Co-Counsel for Cellco Partnership, on behalf of itself
and its affiliated license holders d/b/a Verizon Wireless*

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 No. Market Street, Suite 800
Wilmington, DE 19801
*Co-Counsel for Cellco Partnership, on behalf of itself
and its affiliated license holders d/b/a Verizon Wireless*

Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
BIALSON BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
*Counsel for Yahoo!, Inc. and Overture Services, Inc.*

Brett D. Fallon, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Co-Counsel for Sprint Nextel Corporation and its affiliates*

David I. Swan, Esquire
McGUIRE WOODS LLP
1750 Tysons Bl., Suite 1800
McLean, VA 22102-4215
*Co-Counsel for Sprint Nextel Corporation and its affiliates*

Paul Cataldo, Esquire
Vice President/Assistant General Counsel
GSI Commerce, Inc.
935 First Avenue
King of Prussia, PA 19406

Joel C. Shapiro, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
*Co-Counsel for GSI Commerce Solutions, Inc.*

Michael D. DeBaecke, Esquire
BLANK ROME LLP
1201 No. Market Street, Suite 800
Wilmington, DE 19801
*Co-Counsel for GSI Commerce Solutions, Inc.*

Christopher J. Battaglia, Esquire
Elizabeth L. Rose, Esquire
HALPERIN BATTAGLIA RAICHT LLP
555 Madison Avenue, 9th Floor
New York, NY 10022
*Co-Counsel for mForce Communications, Inc.*

Marla R. Eskin, Esquire
Kathryn S. Keller, Esquire
CAMPBELL & LEVINE LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*Co-Counsel for mForce Communications, Inc.*

Steven Wilamowsky, Esquire
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
*Counsel for ACN Communications Services, Inc.*

David H. Stein, Esquire
WILENTZ GOLDMAN & SPITZER PA
90 Woodbridge Center Drive, Suite 900
P.O. Box 10
Woodbridge, NJ 07095-0958
*Counsel for Spanco Telesystems & Solutions Ltd.*

Kevin J. Mangan, Esquire
WOMBLE CARLYLE SANDRIDGE & RICE
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
*Counsel for T-Mobile USA, Inc.*

Francis A. Monaco, Jr., Esquire
WOMBLE CARLYLE SANDRIDGE & RICE
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
*Counsel for T-Mobile USA, Inc.*

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
Diane N. Rallis, Esquire
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
*Counsel for Microsoft Corporation*

Catherine M. Guastello, Esquire
QUARLES & BRADY LLP
Renaissance One
2 No. Central Avenue
Phoenix, AZ 85004-2391
*Counsel for DFS Services LLC f/k/a Discover Financial Services LLC*

Gilbert B. Weisman, Esquire
BECKET & LEE LLP
P.O. Box 3001
Malvern, PA 19355-0701
*Counsel for American Express Travel Related Services Co. Inc. Corp. Card*

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801