U.S. Bankruptcy Court
RECEIVED
2007
Judge _____

Honorable Kevin Gross
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

November 24, 2007

RE: Case # 07-11166

Dear Judge Gross;

My name is Phyllis J. Sperlazza, I am 72 years old and my husband, Peter is 76. We are both from Toms River, NJ. He retired from the US Air Force in 1971 with 20 years of service. I am attaching a VA letter that shows he is on 100% disability and therefore unable to work. We have been married for 57 years. I have a problem that I really don't know how to handle and I believe you are the only one that can assist me. I really need your help.

My husband and I had approximately $70,000 in a savings and investment account. Because the stock market was suppose to be doing well, I was doing stock research and based on the information I read, it looked like InPhonic, Inc. (INPC) was at the year low and ready to turn around. What I read was positive and the company had just hired Lazard Market to fill a management job to increase the company's cash liquidity and to maximize shareholder value. Their advertisements show they are a leader in on-line wireless services and products.

I never chose stock before and since we were out of the market I thought I'd make an investment and surprise my husband for Christmas. On October 9, 2007 I bought 20,700 shares of INPC for a total of $46,263.00. On October 11th there was a press release and because we live in Arizona I didn't see it until after the market closed. On October 11th and 12th the stock declined. I talked to a couple of friends that are in the market and they suggested I buy more as it would bring the cost average per share down and the stock should turn around any day. So, on October 12th I bought 32,300 shares for $22,763. I now own 53,000 shares with a total cost of $69, 026.00.

The problem is that I now read that InPhonic filed for Chapter 11 and my friends tell me that they will probably change to Chapter 7 and that will mean that my stock will become totally worthless. Should I pack up and leave home? Are our shares going to become worthless? Is there some way that our name can be included as a creditor so that we can recover our money if the company is sold? Is there something I can do since I can't afford to hire an attorney? I pray there is something you can tell me I can do to save our life savings. I see right now it is selling at 2 cents a share. I guess I really messed up.

I really appreciate any assistance you can give me and I'm sorry for crying on your shoulder.

Sincerely,

Phyllis J. Sperlazza
1860 N. Comanche Dr.
Chandler, AZ 85224
E-mail: ariz-phyl@juno.com



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
3225 N. Central Ave
Phoenix AZ  85012-2489

January 22, 2003

PETER J SPERLAZZA
1860 N COMANCHE DR
CHANDLER AZ 85224

In Reply Refer To:  345/PA Team/CMRR
CSS 27 113 391
SPERL, P J

To Whom It May Concern:

This is to certify the Department of Veterans Affairs (VA) records show Peter J Sperlazza is rated as unemployable due to service connected disability or disabilities.  He or she receives disability compensation at the 100% rate. The veteran's evaluation is considered permanent and total.

Sincerely yours,

M C Caton

M C CATON
Veterans Service Center Manager



**DEPARTMENT OF VETERANS AFFAIRS**
V.A. REGIONAL OFFICE
3225 NORTH CENTRAL AVE
PHOENIX, AZ 85012-2489

**OFFICIAL BUSINESS**
PENALTY FOR PRIVATE USE, $300

**RETURN AFTER 5 DAYS**



InPhonic Announces Appointment of Lazard as Financial Advisor: Financial News - Yahoo! Finance    Page 1 of 4

http://biz.yahoo.com/bw/071011/20071011005705.html?.v=1    11/24/2007

# YAHOO! FINANCE

Yahoo! My Yahoo! Mail    Make Y! your home page

Search: [       ]    Web Search

Finance Home - Help

Sign In — New User? Sign Up

GET QUOTES    Symbol Lookup    Finance Search

E*TRADE SECURITIES    TD AMERITRADE    Scottrade

## Press Release

Source: InPhonic, Inc.

### InPhonic Announces Appointment of Lazard as Financial Advisor

Thursday October 11, 10:27 am ET

**Third Quarter 2007 Results to Fall Below Guidance**

WASHINGTON--(BUSINESS WIRE)--InPhonic, Inc. (NASDAQ:INPC - News), a leading online seller of wireless services and products, today announced that its Board of Directors has selected Lazard Middle Market to conduct, in conjunction with management, a full review of the Company's financing and strategic alternatives to increase the Company's cash liquidity and to maximize shareholder value. These alternatives could include a re-financing of existing credit arrangements, merger, sale, strategic alliance or other transaction.

"We believe Lazard will provide us critical financial advisory services as we explore different strategic directions for the Company," said Andy Zeinfeld, Chief Executive Officer of InPhonic. Lazard is one of the world's preeminent financial advisory and asset management firms. The firm provides advice on mergers and acquisitions, restructuring and capital investment, as well as strategic financial services to corporations and governments.

**Third Quarter Results**

### Related Quote

INPC.PK    0.03    -0.00    News
Delayed 20 mins
View Detailed Quote
Providers - Disclaimer

### Related News Stories

- INPHONIC INC Financials - EDGAR Online Financials (Thu Nov 22)
- INPHONIC INC Files SEC form 8-K, Notice of Delisting or Failure to Satisfy a Continued Listing Rule or Standard; Tran - EDGAR Online (Tue Nov 13)
- [$$] InPhonic... Gone - at The Wall Street Journal Online (Mon Nov 12)
- Inphonic receives delisting notice from Nasdaq - at MarketWatch (Mon Nov 12)

More...

- By industry: Diversified Communication Services

ADVERTISEMENT

Business Wire

The Chapter 11 borrowing must be approved by a judge.

InPhonic says it's out of cash as of Friday, and needs to borrow at least $10 million to keep going until an auction can be held, court papers say.

Judge Kevin Gross has scheduled a Friday afternoon hearing to review the company's request for interim borrowing power.

As part of its offer to buy InPhonic, Versa has said it will make sure all suppliers that continue to do business with the company are paid for their post-bankruptcy products and services. Additionally, Versa will take on some of InPhonic's existing debts as part of the acquisition, court documents say.

Papers filed in bankruptcy court reveal that Versa told InPhonic on Nov. 2 that it had bought out the company's top secured lenders, a syndicate led by affiliates of Goldman Sachs Group Inc. and Citigroup Inc..

InPhonic, of Washington, D.C., failed to make interest payments on its loans in October, drawing a default notice from the lenders.

InPhonic agreed with Versa to file for Chapter 11 bankruptcy, with the investor's offer to be tested at an auction, according to court documents.

Versa's $50 million credit bid falls far short of the $179 million in debts listed on InPhonic's bankruptcy petition.

Shareholders lose all in a corporate bankruptcy, unless all debts are paid in full. The company raised $109 million in a November 2004 initial public offering of stock. InPhonic shares were selling above $10 per share at the start of the year. On Friday, they were selling for a nickel a share.

InPhonic listed its assets at their book value of $121 million in court papers.

