### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| InPhonic, Inc., et al., | ) | |
| | ) | Case No. 07-11666 (KG) |
| Debtors. | ) | |
| | ) | Joint Administration |

------------------------------------------------------------------------------------------------

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS: |
| NEW CASTLE COUNTY | : |

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 30, 2007, I caused service of the following:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Service was completed upon the following parties on the attached list as indicated thereon.

Date:    November 30, 2007

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 30ᵀᴴ of November, 2007.

_____
NOTARY
My commission expires:_____

**S. STACI HUDSON**
**Notary Public - State of Delaware**
**My Comm  Expires Dec. 11, 2008**

**VIA HAND DELIVERY**
Neil B. Glassman, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
[Counsel for the Debtors]

Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
[Counsel for Adeptio INPC Funding, LLC]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Facsimile: (302) 778-7575
[Proposed Counsel to the Official
Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Thomas R. Califano, Esq.
Jeremy R. Johnson, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 884-8690
[Counsel for the Debtors]

Anup Sathy, Esq.
David A. Agay, Esq.
Andrea L. Johnson, Esq.
John Schoenfeld, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Facsimile: (312) 861-2200
[Counsel for Adeptio INPC Funding, LLC]

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Facsimile: (215) 851-1420
[Proposed Counsel to the Official
Committee of Unsecured Creditors]