# EXHIBIT A

## for InPhonic, Inc.

Total number of parties: 1

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26849 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, 410-962-9955 | Fax |

Subtotal for this group: 1