# ORIGINAL

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul M. Rosenblatt, Esquire to represent AT&T in the above-captioned adversary proceeding.

DATED: November 29, 2007

                                                            Christopher D. Loizides (No. 3968)
                                                            LOIZIDES, P.A.
                                                            1225 King Street, Suite 800
                                                            Wilmington, DE 19801
                                                            Telephone:    (302) 654-0248
                                                            Facsimile:    (302) 654-0728
                                                            E-mail:        loizides@loizides.com

071127174432.DOC

141
11/29/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the Courts of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Paul M. Rosenblatt (GA Bar No. 614522)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6482

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE: NOVEMBER 29, 2007

The Honorable Kevin Gross
United States Bankruptcy Court Judge