# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | InPhonic, Inc. |
| **Case Number:** | 07-11666-KG   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 30, 2007 02:00 PM   2B DISTRICT CRT |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | NICOLE SCHAEFER |

### *Matter:*

Final DIP

**R / M #:**   152 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - CNO Filed and Order Signed
#2 -CNO Filed and Order Signed
#3 -CNO Filed and Order Signed
#4 - Continued to 12/5/07 @ 8:00 a.m.
#5 - Continued to 12/5/07 @ 8:00 a.m.
#6 - Resolved - ORDER SIGNED
#7 - Continued to 12/5/07 @ 8:00 a.m.
#8 - Motion is muted
#9 - Continued to 12/5/07 @ 8:00 a.m.