**SIGN-IN-SHEET**

CASE NAME: INPHONIC, INC.  COURTROOM LOCATION: 3
CASE NO.: 07-11666 - KG  DATE: 11/30/07

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tiffany Cobb (Telephone Appearance) | Vorys, Sater, Seymour & Pease | AOL LLC |
| Robert J Simons, (Easton Loomis) Claudia Springer (Telephone) | Reed Smith | OCUC |
| Teresa Simms-Johnson (Listen only) | Committee Member | Committee |
| Paul M. Rosenblatt (Telephone Appearance) | Kilpatrick Stockton | AT+T |
| James F. Mulcahy | ACN Communications Sr. | ACN |
| Colleen Jones | " | " |
| Ashata Tankala | Infinate Solution | OCUC |
| Brent Shaw | JBR Media Ventures | JBR Media |
| Timothy J. McGary | Timothy J. McGary Attorney At Law | OCUC |
| David Agay | Kirkland + Ellis | Adeptio INPC Funding |
| Thomas Califano | DLA Piper | Debtors |
| Neil Glassman | The Bayard Firm | " |
| Mary Augustine | " | " |
| Richard L. Schepacarter | USDOJ - OUST | UST |
| Kurt F. Gwynne | Reed Smith LLP | creditors' committee |
| Robert S. Brady | Young Conaway | Adeptio |
| Chris Loizides | Loizides, PA | AT&T |
| Frank VVV Carlyle | Womble Carlyle | T Mobile |

# SIGN-IN-SHEET

CASE NAME: INPHONIC, INC.  
CASE NO.: 07-11666 - KG  

COURTROOM LOCATION: 3  
DATE: 11/30/07  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Lastowski | Duane Morris | Spnco |
| Doris Stein | Wilmer | |
| Brett D. Fallon | Morris James | Sprint Nextel |
| David I. Swan | McGuire Woods | Sprint Nextel |
| Regina Kelbon | Blank Rome | Verizon Wireless |
| | | |
| | | |