## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
|  | **Hearing Date:  December 5, 2007 at 8:00 a.m. (ET)** |
|  | **Related to Docket Nos.: 86 and 102** |

### RE-NOTICE OF HEARING REGARDING DOCKET NOS. 86 AND 102

**PLEASE TAKE NOTICE** that on November 21, 2007, the Official Committee of Unsecured Creditors (the "Committee") filed the Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Docket No. 86] (the "Dismissal Motion"), which was scheduled for hearing on November 30, 2007.

**PLEASE TAKE FURTHER NOTICE** that on November 21, 2007, the Committee filed the Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows:  (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure

Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related

Relief [Docket No. 102] (the "Reconsideration Motion"), which was scheduled for

hearing on November 30, 2007.    Copies of the Dismissal and Reconsideration Motions

can be obtained by contacting undersigned counsel.

       **PLEASE TAKE FURTHER NOTICE** that the hearing regarding the Dismissal

Motion and the Reconsideration Motion has been continued and will be held on

**December 5, 2007 at 8:00 a.m.**

Dated: Wilmington, Delaware       THE BAYARD FIRM
        November 30, 2007

By:
     Neil B. Glassman (No. 2087)
     Eric M. Sutty (No. 4007)
     Mary E. Augustine (No. 4477)
     222 Delaware Avenue, Suite 900
     P.O. Box 25130
     Wilmington, DE 19899
     Telephone:   (302) 655-5000
     Facsimile:    (302) 658-6395

        -and-

     Thomas R. Califano
     Jeremy R. Johnson
     DLA Piper US LLP
     1251 Avenue of the Americas
     New York, NY 10020-1104
     Telephone:   (212) 335-4500
     Facsimile:    (212) 335-4501

     Proposed Counsel for Debtors
     and Debtors in Possession