### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
|  | Jointly Administered |
| Debtors. | Hearing Date: December 5, 2007 at 8:00 a.m. (ET) |
|  | Related to Docket Nos.: 11 and 55 |

**RE-NOTICE OF FINAL HEARING REGARDING: DEBTORS' MOTION FOR
ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND
APPROVING POST-PETITION FINANCING; (II) GRANTING LIENS AND
SECURITY INTERESTS AND PROVIDING SUPERPRIORITY
ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH
COLLATERAL AND AFFORDING ADEQUATE PROTECTION;
(IV) MODIFYING AUTOMATIC STAY; AND (V) SCHEDULING FINAL
HEARING, PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE
BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002 AND 4001(C) AND (D)**

**PLEASE TAKE NOTICE** that on November 8, 2007, the above captioned

debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion

for Entry of Interim and Final Orders (I) Authorizing and Approving Post-petition

Financing; (II) Granting Liens and Security Interests and Providing Superpriority

Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording

Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing,

Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal

Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) (the "Motion") [Docket No.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

11].

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2007, following a hearing before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Bankruptcy Court entered an interim order [Docket No. 55] (the "Interim Order"), granting the Motion on an interim basis and scheduling a final hearing on the Motion for November 30, 2007.   Copies of the Motion and the Interim Order can be obtained by contacting undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing regarding the Motion has been continued and will be held on **December 5, 2007 at 8:00 a.m.**

Dated: Wilmington, Delaware
      November 30, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

-and-

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession