IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| InPhonic, Inc., et al.[1], ) | Case No. 07-11666-KG |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 152 — NOTICE OF *AMENDED* AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 30, 2007 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 4, 11, 15, 21, 23, 74, 86, 88, 102 and 133]

I, Lisa Ruppaner, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On November 30, 2007 I caused the above referenced document to be served on the parties as described below:

///

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A    Service List regarding Docket No. 152
             [Re: those parties who have requested special notice and the Core Group]


3.    All parties were served via enotice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 30, 2007
El Segundo, California

_____
Lisa Ruppaner

State of California    )
                       ) ss
County of Los Angeles  )


Personally appeared before me on November 30, 2007, Lisa Ruppaner, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009