IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO
FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned, proposed counsel, enters an appearance for the Official Committee of Unsecured Creditors (the "Committee") and requests that the Committee be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these proceedings therein, be served upon the below counsel at the following address or facsimile number:

Kurt F. Gwynne, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
kgwynne@reedsmith.com

Claudia Z. Springer, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
cspringer@reedsmith.com

Robert P. Simons, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-7294
Facsimile: (412) 288-3063
rsimons@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings,

- 2 -

requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 30, 2007　　　　　　　　Respectfully submitted,
　Wilmington, Delaware
　　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Kurt F. Gwynne
　　　　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)
　　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-7500
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 778-7575
　　　　　　　　　　　　　　　　　　　　　E-mail: kgwynne@reedsmith.com

　　　　　　　　　　　　　　　　　　　　　and

- 3 -

Robert P. Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: rsimons@reedsmith.com

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420
E-mail: cspringer@reedsmith.com

Proposed Counsel to the Official
Committee of Unsecured Creditors