## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC INC., *et. al.*, | ) | Case No. 07-11666 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | RE: DOCKET NOS. 12, 52 AND 146 |

## OBJECTION OF NEA'S MEMBER BENEFITS CORPORATION TO CURE AMOUNTS

NEA's Member Benefits Corporation ("NEA MBC") submits this Objection (the "Objection") to the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (the "Cure Notice"), filed and served by the above-captioned debtors and debtors-in-possession (the "Debtors"). In support of this Objection, NEA MBC respectfully states as follows:

## BACKGROUND

1. On November 8, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On or about May 1, 2006, NEA MBC entered into a contract entitled "Services Agreement" with the Debtors wherein the Debtors were given authority to solicit and make sales to members of NEA MBC in exchange for providing commissions for such sales to NEA MBC. A true and correct copy of the Services Agreement is attached hereto as Exhibit "A".

3. The Debtors have failed to pay commissions owed under the Services Agreement. Moreover, since the Petition Date, Debtors have continued making sales to NEA MBC's members, and generating revenue on account therefrom.

4.      On November 8, 2007, the Debtors filed their Motion For Order (I) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling A Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief (the "Bid Procedures Motion").

5.      On November 29, 2007, Debtors filed the Cure Notice with the Bankruptcy Court. By the Bid Procedures Motion and the Cure Notice, the Debtors propose to pay a cure amount of $22,276.00 to NEA MBC (the "Proposed Cure Amount").

### NEA MBC'S OBJECTION

6.      NEA MBC objects to the Proposed Cure Amount specified in the Cure Notice. As of November 8, 2007, the Debtors owe NEA MBC the amount of $38,174.25 (the "Current Amounts Owed"), which is comprised of the following amounts:

| | | |
|---|---|---|
| a. | Reimbursement of Marketing Invoices: | $29,464.25 |
| b. | Actual Sales Commissions (from July 2007 through September 2007): | |
| | | $6,710.00 |
| c. | Estimated Sales Commissions (October 2007 through November 8, 2007): | |
| | | $2,000.00 |
| | **Total:** | $38,174.25 |

(A detailed itemization of the Current Amounts Owed is set forth in and attached hereto as Exhibit "B".)

7.      Moreover, the amount of money the Debtors will owe to NEA MBC will continue to increase, as the term of the Services Agreement does not expire until February 29, 2008 (the "Termination Date"). Upon information and belief, the Debtors will continue to market and sell

to NEA MBC members, and therefore, continue to accrue commissions and other liability to NEA MBC (the "Future Amounts Owed") in connection with sales made pursuant to the Services Agreement.

8.      Therefore, given this continuously accruing liability, NEA MBC objects to the capping of a cure amount as is suggested by the Cure Notice, and instead requests that the cure amount paid to NEA MBC be increased to reflect all Current Amounts Owed and all Future Amounts Owed.

9.      Accordingly, NEA MBC reserves its right to amend and/or revise this Objection and its alleged cure amount to account for all commissions due and owing as of the effective date of the assumption and assignment of the Services Agreement.  NEA MBC also requests the escrow of disputed amounts, along with a sufficient reserve, in NEA MBC's discretion, to govern all accrued but unbilled amounts owing under the Services Agreement as of the effective date.

WHEREFORE, NEA MBC respectfully requests that the Court condition any assumption of the Services Agreement on the payment of a cure claim to NEA MBC in the amounts stated above, and that the Court grant NEA MBC such other and further relief as is just and proper.

Dated: November 30, 2007
       Wilmington, Delaware                    **FOX ROTHSCHILD LLP**


                                          By:    /s/ Carl D. Neff
                                                Sheldon K. Rennie (Bar No. 3772)
                                                Anthony M. Saccullo (Bar No. 4141)
                                                Carl D. Neff (Bar No. 4895)
                                                Citizens Bank Center, Suite 1300
                                                919 N. Market Street, P.O. Box 2323
                                                Wilmington, Delaware  19899-2323
                                                Tel (302) 654-7444/Fax (302) 656-892

                                                *Attorneys for NEA's Member Benefits Corporation*