# **EXHIBIT B**

The below is an itemization of outstanding amounts Inphonic, Inc., *et al.* owes to NEA's Member Benefits Corporation as of November 8, 2007.

---

Commission Payments (Program Fees):

| Date | Amount Owed ($) |
|---|---|
| July 2007 | $2,780.00 |
| August 2007 | $2,390.00 |
| September 2007 | $1,540.00 |
| October 2007 through November 8, 2007 | $2,000.00 (estimated) |

Marketing Reimbursement Invoices:

| Date/Invoice # | Amount Owed ($) |
|---|---|
| 3/15/07 0607-02 | $13,514.15 (State Ads, Inserts, Email Marketing) |
| 7/11/07 0607-03 | $3,845.00 (State Ads) |
| 9/25/07 0607-04 | $9,741.65 (State Ads, Email marketing, Convention Booth) |
| 8/15/07 0607-RA1 | $2,363.45 (RA premiums) |
| **TOTAL:** | **$38,174.25** |