IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                Debtors.

Chapter 11
Case No. 07-11666 (KG)
(Jointly Administered)

Objection Deadline: December 10, 2007 @ 4:00 p.m.
Hearing Date: December 13, 2007 @ 10.00 a.m.

------------------------------------------------------------x

## MOTION OF CAMPBELL & LEVINE, LLC AND HALPERIN, BATTAGLIA, RAICHT, LLP TO WITHDRAW APPEARANCE AS ATTORNEYS FOR <u>MFORCE COMMUNICATIONS, INC.</u>

AND NOW, come Kathryn S. Keller, Esquire of Campbell & Levine, LLC, and Christopher Battaglia of Halperin, Battaglia, Raicht, LLP and file this Motion to Withdraw Appearance under Local Bankruptcy Court Rule 9010-2, and state as follows:

1. mForce Communications, Inc. ("mForce") engaged Kathryn S. Keller, Esquire and Christopher Battaglia, Esquire ("Counsel") on or about November 21, 2007 for purposes of representing them in the above-referenced bankruptcy matter.

2. As of the date hereof, Counsel has entered an appearance on behalf of mForce.

3. Counsel has informed mForce of their intention to withdraw from the case. MForce has consented to Counsel's withdrawal from representation.

5. Pursuant to Local Bankruptcy Rule 9010-2, Kathryn S. Keller certifies that this Motion has been served upon mForce by registered mail at their last known address.

{D0095907.1 }

WHEREFORE, Campbell & Levine, LLC and Halperin, Battaglia, Raicht, LLP respectfully request that this Honorable Court enter an Order withdrawing their appearance in this case.

                                        Respectfully submitted,

Date:   November 30, 2007        CAMPBELL & LEVINE L.L.C.

*/s/Kathryn S. Keller*
Marla Rosoff Eskin (No. 2989)
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

- and -

HALPERIN BATTAGLIA RAICHT LLP
Christopher J. Battaglia
Elizabeth Rose
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100

{D0095907.1}