**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                          Debtors.

           Chapter 11
           Case No. 07-11666 (KG)
           (Jointly Administered)

Objection Deadline: December 10, 2007 @ 4:00 p.m.
Hearing Date: December 13, 2007 @ 10:00 a.m.

------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF CAMPBELL & LEVINE, LLC AND HALPERIN, BATTAGLIA, RAICHT, LLP TO WITHDRAW APPEARANCE AS <u>ATTORNEYS FOR MFORCE COMMUNICATIONS, INC.</u>**

TO:    The parties listed on the attached list:

        PLEASE TAKE NOTICE, that on November 30, 2007, Campbell & Levine, LLC and Halperin, Battaglia, Raicht, LLP filed a Motion to Withdraw Appearance as Attorneys for mForce Communications, Inc. (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

        PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **December 10, 2007 at 4:00 p.m.**

        PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **December 10, 2007 at 4:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 30, 2007                CAMPBELL & LEVINE L.L.C.

*/s/Kathryn S. Keller*
Marla Rosoff Eskin (No. 2989)
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

- and -

HALPERIN BATTAGLIA RAICHT LLP
Christopher J. Battaglia
Elizabeth Rose
555 Madison Avenue, 9th Floor
New York, New York 10022
Ph. (212) 765-9100

{D0095919.1 }