**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                                                   Chapter 11
                                                   Case No. 07-11666 (KG)
                    Debtors.              (Jointly Administered)

-------------------------------------------------------------x

**ORDER GRANTING MOTION OF CAMPBELL & LEVINE, LLC AND HALPERIN, BATTAGLIA, RAICHT, LLP TO WITHDRAW APPEARANCE AS <u>ATTORNEYS FOR MFORCE COMMUNICATIONS, INC.</u>**

AND NOW, this ___day of _____, 2007, upon consideration of the Motion of Campbell & Levine, LLC and Halperin, Battaglia, Raicht, LLP to Withdraw Appearance as Counsel to mForce Communications (the "Motion");

**IT IS HERBY ORDERED THAT** the Motion, attached hereto, is approved.

                                                                                      The Honorable Kevin Gross