**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                          Debtors.

Chapter 11
Case No. 07-11666 (KG)
(Jointly Administered)

Objection Deadline: December 10, 2007
Hearing Date: December 13, 2007 @ 10:00 a.m.

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Kathryn S. Keller, of Campbell & Levine, LLC, Hereby Certify that on November 30, 2007, I caused a copy of the foregoing *Motion of Campbell & Levine, LLC and Halperin, Battaglia, Raicht, LLP to Withdraw Appearance as Attorneys for mForce Communications, Inc.* to be served upon the individuals on the attached service list via the manner indicated.

Dated: November 30, 2007

                                                                            */s/Kathryn S. Keller*
                                                                            Kathryn S. Keller (No. 4660)