**Hand Delivery**
Eric Michael Sutty, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue Suite 900
Wilmington, De 19899

**First Class Mail**
Randy Weller
State of Delaware
Division of Labor, Compliance Division
820 N. French Street
Wilmington, DE 19801

**First Class Mail**
Richard Schepacarter, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

**First Class Mail**
Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington, DE  19802

**First Class Mail**
Ellen W. Slights, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

**First Class Mail**
Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**First Class Mail**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Suite 800
Wilmington, DE  19801

**First Class Mail**
Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

{D0095584.1 }