IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., et al., | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Brett D. Fallon, Esquire, a member of the bar of this Court, pursuant to Local Rule 9010-1(b) of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, moves the admission *pro hac vice* of David I. Swan to represent Sprint Nextel Corporation in this action. The Admittee is admitted, practicing, and in good standing in Pennsylvania and Virginia.

Dated: November 29, 2007

**MORRIS JAMES LLP**

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

11/30/07
#150

1634936

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania, the State of Virginia and U.S. District Court, Western District of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Signed: _____

Date: 11/29/07

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5365
Facsimile: (703) 712-5246
Email: dswan@mcguirewoods.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: November 30, 2007

_____
United States Bankruptcy Judge