IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al., | : Case No. 07-11666-KG |
| Debtors. | : (Jointly Administered) |

**OBJECTION BY COMPAREWIRELESSRATES, LLC AND
MYRATEPLAN.COM, LLC TO PROPOSED CURE AMOUNT**

COME NOW, CompareWirelessRates, LLC and MyRatePlan.com, LLC and hereby file this objection to the proposed cure amount, stating as follows:

1. CompareWirelessRates, LLC and InPhonic, Inc. ("Debtor") were parties to an agreement entered into several years ago that has since expired.

2. MyRatePlan.com, LLC ("MyRatePlan") entered into an agreement with the Debtor dated January 13, 2006 (the "Agreement").

3. CompareWirelessRates, LLC is a one hundred percent wholly-owned subsidiary of MyRatePlan. The Agreement was essentially a continuation of the relationship that had existed between Debtor and CompareWirelessRates, LLC. However, the current Agreement and cure claim relate only to the relationship between MyRatePlan and the Debtor.

4. The Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code on November 8, 2007.

5. On November 8, 2007, Debtor filed Motion for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their

Assets; (II) Approving an Asset Purchase Agreement Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion").

6. The procedures proposed by the Debtor relating to the assumption and assignment of executory contracts and unexpired leases in the Sale Motion and approved in the Order entered by the Court on November 9, 2007 involve the Debtor serving proposed cure amounts on the parties to these unexpired leases and executory contracts.

7. Both MyRatePlan and CompareWirelessRates, LLC received notices of proposed cure amounts that were dated November 14, 2007. Both notices alleged that the cure amount related to the assumption of contracts between these entities and the Debtor was $0.00.

8. Because no contract exists between the Debtor and CompareWirelessRates, LLC, the proposed cure amount related to CompareWirelessRates, LLC is technically correct because the Debtor cannot assume/assign the contract between Debtor and CompareWirelessRates, LLC that has long since expired. As such, CompareWirelessRates, LLC should simply be removed from the Debtor's list of executory contracts.

9. However, Debtor continues to conduct business pursuant to the Agreement between Debtor and MyRatePlan. Debtor owes $55,635.85 as a cure claim for amounts owed pursuant to the Agreement through October 31, 2007. Attached as Exhibit A are invoices reflecting unpaid amounts due from the months of July ($27,184.04), August ($13,732.12), and September, 2007 ($9,119.69).[1] MyRatePlan estimates the amount due for October, 2007 at $5600.00. Including the October estimate, the total due through October 31, 2007 is $55,635.85.

10. Furthermore, Debtor has continued to conduct transactions under the Agreement after October 31, 2007 that has resulted in additional amounts owed by Debtor to MyRatePlan

---

[1] The invoices have MyRatePlan's confidential pricing information redacted.



## Partner Commission Statement

*Partner ID:*                      Compare Wireless Rates / My Rate Plan

*Vendor ID:*                     30686

*For the period ending:*    July 31, 2007

*Remit to:*                        MyRatePlan.com
                                   2446 Ellijay Drive
                                   Atlanta, GA 30319

| Period | Description | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| July 31, 2007 | Standard Units | | | 11,200.00 |
| | Family Plans - Lines 1-2 | | | 18,000.00 |
| | Family Plans - Line 3-5 | | | 1,400.00 |
| | Upgrade - Standard | | | 600.00 |
| | Upgrade - Family | | | 1,680.00 |
| | Add -a-Line | | | - |
| | Prepaid | | | 15.00 |
| | Phone Only | | | - |
| | MVNO (Amp'd etc) | **REDACTED** | | - |
| | Smart Access | | | 100.00 |
| | Liberty Units | | | - |
| | Accessories | | | 464.04 |
| | | | | |
| | Standard Units Deacts | | | (1,750.00) |
| | Family Plans - Lines 1-2 Deacts | | | (2,125.00) |
| | Family Plans - Line 3-5 Deacts | | | (105.00) |
| | Upgrade - Standard Deacts | | | - |
| | Upgrade - Family Deacts | | | - |
| | Smart Access Deacts | | | (40.00) |
| | Liberty Unit Deacts | | | - |
| | | | | |
| | Standard Unit Reactivations | | | 140.00 |
| | Family Plans - Lines 1-2 Reactivations | | | 250.00 |
| | Family Plans - Lines 3-5 Reactivations | | | - |
| | Smart Access Reactivations | | | - |
| | Liberty Unit Reactivations | | | - |
| | | | | |
| | Standard Unit Returns | | | (770.00) |
| | Family Plan Lines 1-2 Returns | | | (2,000.00) |
| | Family Plan Line 3-5 Returns | | | (350.00) |
| | Upgrade - Standard Returns | | | (50.00) |
| | Upgrade - Family Returns | | | (70.00) |
| | Prepaid - Return | | | - |
| | Add -A-Line Return | | | - |
| | Smart Access Returns | | | - |
| | Liberty Unit Returns | | | - |
| | Net Due | 304 | $ | 26,589.04 |
| | Adjustment for Apr07 | | $ | 595.00 |
| | Payout | | $ | 27,184.04 |

EXHIBIT A



## Partner Commission Statement

*Partner ID:*                          Compare Wireless Rates / My Rate Plan

*Vendor ID:*                       30686

*For the period ending:*     August 31, 2007

*Remit to:*                           MyRatePlan.com
                                         2446 Ellijay Drive
                                         Atlanta, GA 30319

| Period | Description | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| August 31, 2007 | Standard Units | | | 6,510.00 |
| | Family Plans - Lines 1-2 | | | 13,125.00 |
| | Family Plans - Line 3-5 | | | 840.00 |
| | Upgrade - Standard | | | 250.00 |
| | Upgrade - Family | | | 630.00 |
| | Prepaid | **REDACTED** | | - |
| | Phone Only | | | - |
| | MVNO (Amp'd etc) | | | - |
| | Smart Access | | | - |
| | Liberty Units | | | - |
| | Accessories | | | 282.12 |
| | Standard Units Deacts | | | (2,170.00) |
| | Family Plans - Lines 1-2 Deacts | | | (3,750.00) |
| | Family Plans - Line 3-5 Deacts | | | (70.00) |
| | Upgrade - Standard Deacts | | | - |
| | Upgrade - Family Deacts | | | - |
| | Smart Access Deacts | | | (40.00) |
| | Liberty Unit Deacts | | | - |
| | Standard Unit Reactivations | | | - |
| | Family Plans - Lines 1-2 Reactivations | | | 125.00 |
| | Family Plans - Lines 3-5 Reactivations | | | - |
| | Smart Access Reactivations | | | - |
| | Liberty Unit Reactivations | | | - |
| | Standard Unit Returns | | | (560.00) |
| | Family Plan Lines 1-2 Returns | | | (1,125.00) |
| | Family Plan Line 3-5 Returns | | | (105.00) |
| | Upgrade - Standard Returns | | | - |
| | Upgrade - Family Returns | | | (210.00) |
| | Prepaid - Return | | | - |
| | Smart Access Returns | | | - |
| | Liberty Unit Returns | | | - |
| | | Net Due | 149 | $ 13,732.12 |
| | | Payout | | $ 13,732.12 |



# Partner Commission Statement

| | |
|---|---|
| *Partner ID:* | Compare Wireless Rates / My Rate Plan |
| *Vendor ID:* | 30686 |
| *For the period ending:* | September 30, 2007 |
| *Remit to:* | MyRatePlan.com<br>2446 Ellijay Drive<br>Atlanta, GA 30319 |

| Period | Description | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| September 30, 2007 | Standard Units | | | 5,250.00 |
| | Family Plans - Lines 1-2 | | | 7,500.00 |
| | Family Plans - Line 3-5 | | | 665.00 |
| | Upgrade - Standard | | | 450.00 |
| | Upgrade - Family | | | 490.00 |
| | Prepaid | | | - |
| | Phone Only | | | - |
| | MVNO (Amp'd etc) | | REDACTED | - |
| | Smart Access | | | - |
| | Accessories | | | 164.69 |
| | | | | |
| | Standard Units Deacts | | | 1,470.00) |
| | Family Plans - Lines 1-2 Deacts | | | 1,875.00) |
| | Family Plans - Line 3-5 Deacts | | | (280.00) |
| | Upgrade - Standard Deacts | | | - |
| | Upgrade - Family Deacts | | | (70.00) |
| | Smart Access Deacts | | | (80.00) |
| | | | | |
| | Standard Unit Reactivations | | | 70.00 |
| | Family Plans - Lines 1-2 Reactivations | | | - |
| | Family Plans - Lines 3-5 Reactivations | | | - |
| | Upgrade - Standard Reactivations | | | - |
| | Upgrade - Family Reactivations | | | - |
| | Smart Access Reactivations | | | - |
| | | | | |
| | Standard Unit Returns | | | (770.00) |
| | Family Plan Lines 1-2 Returns | | | (875.00) |
| | Family Plan Line 3-5 Returns | | | - |
| | Upgrade - Standard Returns | | | (50.00) |
| | Upgrade - Family Returns | | | - |
| | Prepaid - Return | | | - |
| | Smart Access Returns | | | - |
| | | Net Due | 103 | $ 9,119.69 |
| | | Payout | | $ 9,119.69 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 3rd day of December, 2007, I caused a copy of the *Objection by CompareWirelessRates, LLC and MyRatePlan.com, LLC to Proposed Cure Amount* to be served via facsimile and/or electronic mail, unless indicated otherwise, to the parties listed below:

InPhonic, Inc.
1010 Wisconsin Avenue, NW
Suite 600
Washington, DC 20007
Attn: Gregory S. Cole
*First Class Mail*

Goldsmith-Agio-Helms/Lazard Middle Market
11 Wast 42nd Street, 29th Floor
New York, NY 10036
Attn: Andrew Torgove
Fax: (212)758-3833
Email: atorgove@agio.com

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Thomas R. Califano
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Attn: Neil B. Glassman
Fax : (302) 658-6395
Email: bankserve@bayardfirm.com

Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attn: David Lorry
Fax: (215) 609-3499

Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attn: Anup Sathy and John Schoenfeld
Fax: (312) 861-2200
Email: asathy@kirkland.com
        jschoenfeld@kirkland.com

Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801
Attn: Kurt F. Gwynne
Fax : (302) 778-7575
Email: kgwynne@reedsmith.com

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA, 19103
Attn: Claudia Z. Springer
Fax: (215) 851-1420
E-mail: cspringer@reedsmith.com

*December 3, 2007*                                           /s/ William D. Sullivan