IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                                                      :
In re:                                                : Chapter 11
                                                      :
INPHONICS, INC., *et al.*,                            : Case No. 07-11666 (KG)
                                                      : *(Jointly Administered)*
         Debtors.                                     :
                                                      : Related to Docket Nos. 13 and 146
                                                      :
------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Objection of Spanco Telesystems & Solutions Limited to Motion of Debtors for Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief** was made on December 3, 2007 upon the individuals listed on the attached service list by hand-delivery to parties located in Wilmington, Delaware and by first class mail, postage pre-paid to all others.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: December 3, 2007
       Wilmington, Delaware

                                    Richard W. Riley (DE 4052)
                                    DUANE MORRIS LLP
                                    1100 North Market Street, Suite 1200
                                    Wilmington, Delaware 19801-1246
                                    Telephone:  (302) 657-4900
                                    Facsimile:  (302) 657-4901
                                    E-mail:     rwriley@duanemorris.com

## SERVICE LIST

InPhonic, Inc.
Attn: Gregory S. Cole
1010 Wisconsin Avenue NW, Suite 600
Washington, DC 20007

DLA Piper US LLP
Attn: Thomas R. Califano, Esquire
1251 Avenue of the Americas
New York, NY 10020

Adeptio
Attn: David Lorry, Esquire
Circa Centre
2929 Arch Street
Philadelphia, PA 19104

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Goldsmith-Agio-Helms/Lazard Middle Market
Attn: Andrew Torgove
11 West 42nd Street, 29th Floor
New York, NY 10036

The Bayard Firm
Attn: Neil B. Glassman, Esquire
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Kirkland and Ellis LLP
Attn: Anup Sathy, Esquire
John Schoenfeld, Esquire
200 East Randolph Drive
Chicago, IL 60601

DM3\598305.1