**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC INC., *et. al.*, | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket No.: 161 |

**<u>AFFIDAVIT OF SERVICE</u>**

    I, Valerie Frew, certify that I am a paralegal employed by the law firm of Fox Rothschild LLP.

    I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    I further certify that true and correct copies of the following document(s) were served via electronic notice upon filing, and additionally to the parties on the attached service list via prepaid, Federal Express overnight delivery on November 30, 2007:

        1.    Objection to Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing filed by NEA's Member Benefits Corporation [Docket No. 161].

    I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

                                                                  **FOX ROTHSCHILD LLP**

Dated: November 30, 2007        By:    /s/ *Valerie Frew*
                                                                     Valerie Frew

Sworn to and subscribed before
me this 30th day of November, 2007.

*/s/ Mary Rutkowski*, Notary Public
My commission expires: August 21, 2011

SERVICE LIST

Gregory Cole
InPhonic, Inc.
1010 Wisconsin Avenue
Suite 600
Washington, DC 20007

Goldsmith-Agio-Helms/
Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, New York 10036
Attn: Andrew Torgove

Adeptio, c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19014
Attn: David Lorry

Anup Sathy, Esquire
John Schoenfeld, Esquire
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Inphonic, Inc.
1010 Wisconsin Ave. NW, Suite 600
Washington, DC 20007
Attn: Gregory S. Cole

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801