**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of December, 2007, I caused a true and correct of the foregoing ***LIMITED OBJECTION OF MICROSOFT LICENSING, INC. AND MSN TO NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING AND TO DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF*** to be served upon the following persons via the methods noted:

                         /s/Jami B. Nimeroff
                         Jami B. Nimeroff (No. 4049)

*Via Facsimile and Overnight Mail*
InPhonic, Inc.
1010 Wisconsin Ave. NW
Suite 600
Washington, D.C. 20007
Attn: Gregory S. Cole
(Debtors)

*Via Facsimile and Overnight Mail*
Goldsmith-Agio-Helms/Lazard Middle Market
11 West 42nd Street
29th Floor
New York, NY 10036
Attn: Andrew Torgove
(Investment Banker for Debtors)

*Via Facsimile and Overnight Mail*
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Thomas R. Califano
(Counsel for Debtors)

*Via Hand Delivery*
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Attn: Neil B. Glassman
(Counsel for Debtors)

*Via Hand Delivery*
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Attn: Kurt F. Gwynne
(Counsel to Committee)

*Via Facsimile and Overnight Mail*
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(Counsel to Committee)

*Via Facsimile and Overnight Mail*
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Attn: Robert P. Simons
(Counsel to Committee)

*Via Hand Delivery*
Adeptio c/o Versa Capital Management, Inc.
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attn: David Lorry
(Adeptio)

*Via Facsimile and Overnight Mail*
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attn: Anup Sathy and John Schoenfeld
(Counsel for Adeptio)