# EXHIBIT 2

Exhibit 2

## AGED RECEIVABLES AS OF 11/19/07

| CMR - CLIENT | PARTY NAME | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO120 | OVER120 |
|---|---|---|---|---|---|---|
| (0304) - (2005) | INPHONIC | | | | | |
| LOU PROVOST | 10803 PARK RIDGE BLVD SUITE 100  RESTON, VA 20191 | | | | | 703-636-4760 |
| 08/31/07 | Invoice #34039 | | | 180,453.90 | | |
| 09/30/07 | Invoice #34346 | | 166,964.43 | | | |
| BALANCE DUE: | | 337,418.33 | | | | |
| | | | 156,964.43 | 180,453.90 | | |

## ─── AR PAST DUE REPORT TOTALS ───

| | | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER120 |
|---|---|---|---|---|---|---|
| REPORT TOTAL: | 337,418.33 | | 156,964.43 | 180,453.90 | | |

WAS   291,634.$^{84}$

Total   629,053.$^{27}$

## AGED RECEIVABLES AS OF 11/19/07

| CMR - CLIENT | PARTY NAME | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER 120 |
|---|---|---|---|---|---|---|
| (0304) - (2004) | (L) WAS(WAS) | | | | | |
| BRIAN WESTRICK | 10803 PARKRIDGE BLVD SUITE 100  RESTON, VA  20191 | | | | (703)-636-4760 | |
| 07/31/07 | Invoice #33729 | | | | 47,913.81 | |
| 08/31/07 | Invoice #34037 | | | 73,725.60 | | |
| 09/30/07 | Invoice #34343 | | 160,999.40 | | | |
| 07/18/07 | Invoice #951794 | | | | | 3,535.30 |
| 08/17/07 | Invoice #951893 | | | | 2,608.15 | |
| 09/21/07 | Invoice #951991 | | 2,852.68 | | | |
| BALANCE DUE: | 291,634.94 | | 163,852.08 | 73,725.60 | 50,521.96 | 3,535.30 |

## ──── AR PAST DUE REPORT TOTALS ────

| | | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER 120 |
|---|---|---|---|---|---|---|
| REPORT TOTAL: | 291,634.94 | | 163,852.08 | 73,725.60 | 50,521.96 | 3,535.30 |

**YELLOW PAGE AUTHORITY**

| DATE: | SEP 21, 2007 | INVOICE NO: | 951991 |

ACCOUNT: 2004-WAS

TERMS: Due upon receipt

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| Other Charges | LATE FEE | | 2,852.68 | | 2,852.68 |

TOTAL AMOUNT DUE: **$2,852.68**

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448

800 466-7427   Fax: 708-479-2619

| DATE: | JUL 31, 2007 | INVOICE NO: | 33729 |
|---|---|---|---|
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

**Current Directory Charges**

| STATE/DIRECTORY | | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|
| 1025B3(YBC) | AR | Jonesboro | | 10-07 | 645.00 | | 645.00 |
| 1001I22(YBC) | CA | Camarillo-Oxnrd-Vntr | | 10-07 | 990.00 | | 990.00 |
| 1025I32(YBC) | CA | San Diego N Co Cstl | | 11-07 | 1,065.00 | | 1,065.00 |
| 1049I9(YBC) | CO | Denver Metro | | 10-07 | 3,570.00 | | 3,570.00 |
| 008682(YBC) | CO | Ft Collins | | 10-07 | 792.00 | | 792.00 |
| 0122I82(YBC) | FL | Sarasota-Bradenton | | 10-07 | 792.00 | | 792.00 |
| 1036I0(YBC) | GA | Gwinnett County | | 10-07 | 1,152.00 | | 1,152.00 |
| 0131I3(YBC) | GA | North Fulton | | 10-07 | 729.00 | | 729.00 |
| 0254I6(YBC) | IA | Des Moines | | 10-07 | 1,776.00 | | 1,776.00 |
| 0268I0(YBC) | IA | Iowa City-Coralville | | 10-07 | 1,020.00 | | 1,020.00 |
| 0513I6(YBC) | ID | Coeur D'alene | | 10-07 | 1,242.00 | | 1,242.00 |
| 1032I7(YBC) | IL | Carbondale-Marion | | 10-07 | 864.00 | | 864.00 |
| 0191I6(YBC) | IL | Dekalb-Sauk Valley | | 09-07 | 600.00 | | 600.00 |
| 0213I3(YBC) | IN | Lake County | | 10-07 | 1,770.00 | | 1,770.00 |
| 0225I0(YBC) | IN | Lafayette | | 10-07 | 1,200.00 | | 1,200.00 |
| 1015I7(YBC) | KS | Northeast Kansas | | 10-07 | 996.00 | | 996.00 |
| 0342I6(YBC) | MI | Benton Harbor | | 10-07 | 1,020.00 | | 1,020.00 |
| 0352I8(YBC) | MI | Flint-Lapeer | | 10-07 | 1,880.00 | | 1,880.00 |
| 0530I7(YBC) | NC | Asheville Area | | 10-07 | 972.00 | | 972.00 |
| 0472I21(YBC) | NJ | Bergen County North | | 10-07 | 1,425.00 | | 1,425.00 |
| 0516I4(YBC) | NY | Oneida County & Vcly | | 10-07 | 975.00 | | 975.00 |
| 0522I6(YBC) | NY | Staten Island | | 10-07 | 1,920.00 | | 1,920.00 |
| 1004I4(YBC) | OR | Portland Metro | | 09-07 | 3,300.00 | | 3,300.00 |
| 0622I7(YBC) | PA | Reading-Berks County | | 10-07 | 1,344.00 | | 1,344.00 |
| 0581I6(YBC) | TN | Chattanooga | | 09-07 | 1,008.00 | | 1,008.00 |
| 0885I0(YBC) | TN | Knoxville Area | | 10-07 | 1,452.00 | | 1,452.00 |
| 0714I28(YBC) | TX | Killeen Greater | | 10-07 | 975.00 | | 975.00 |
| 0746I5(YBC) | UT | Ogden-Bountiful | | 10-07 | 1,050.00 | | 1,050.00 |
| 1006I7(YBC) | WA | Seattle Greater | | 10-07 | 7,020.00 | | 7,020.00 |
| 0803I8(YBC) | WI | Green Bay-De Pere | | 09-07 | 1,176.00 | | 1,176.00 |

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

DATE:       JUL 31, 2007       INVOICE NO:       33729

ACCOUNT:       2004-WAS

TERMS:       Due upon receipt

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427   Fax: 708-478-2619

| STATED/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10182SY(BC)  WI  Milwaukee | | 10-07 | 2,310.00 | | 2,310.00 |
| 10400GY(BC)  WV  Tri-State-Greater | | 10-07 | 1,080.00 | | 1,080.00 |
| *Other Charges* | | | | | |
| 105049(ATT)  OK  Broken Arrow | Tax From Publisher Bill | 06-07 | 83.81 | | 83.81 |
| *Credit Adjustments* | | | | | |
| 104005(ATT)  NC  Charlotte Companion | Credit from order edit | 09-07 | -260.00 | | -260.00 |

TOTAL AMOUNT DUE:       $47,913.81

 YELLOW PAGE AUTHORITY

INVOICED TO:
INPHONIC INC.
BRIAN WIESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448

800 466-7427   Fax: 708-479-2619

| DATE: | AUG 31, 2007 | INVOICE NO: | 34037 |
| --- | --- | --- | --- |
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

Page 1

**STATE/DIRECTORY**

*Current Directory Charges*

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 104036(YBC) AL Mobile | | 11-07 | 2,016.00 | | 2,016.00 |
| 005072(YBC) CA Antelope Valley | | 11-07 | 1,152.00 | | 1,152.00 |
| 103050(YBC) CA Bakersfield Greater | | 11-07 | 2,664.00 | | 2,664.00 |
| 006683(YBC) CA North Orange County | | 11-07 | 1,680.00 | | 1,680.00 |
| 006743(YBC) CA Palm Springs | | 09-07 | 1,470.00 | | 1,470.00 |
| 007289(YBC) CA South Bay | | 10-07 | 2,208.00 | | 2,208.00 |
| 008188(YBC) CO Colorado Springs | | 11-07 | 2,640.00 | | 2,640.00 |
| 011361(YBC) DC District Of Columbia | | 11-07 | 3,600.00 | | 3,600.00 |
| 012770(YBC) FL Punta Gorda | | 10-07 | 996.00 | | 996.00 |
| 019812(YBC) IL Bloomington-Normal | | 11-07 | 1,632.00 | | 1,632.00 |
| 102020(YBC) IL Fox Valley | | 10-07 | 2,124.00 | | 2,124.00 |
| 021634(YBC) IL Springfield | | 11-07 | 1,620.00 | | 1,620.00 |
| 100017(YBC) IN Northwest Indiana | | 11-07 | 2,832.00 | | 2,832.00 |
| 024642(YBC) IN Terre Haute | | 11-07 | 1,056.00 | | 1,056.00 |
| 027189(YBC) KS Johnson County | | 11-07 | 2,340.00 | | 2,340.00 |
| 028656(YBC) KS Wichita Area | | 11-07 | 1,638.00 | | 1,638.00 |
| 030729(YBC) LA Northeast Louisiana | | 10-07 | 1,152.00 | | 1,152.00 |
| 101938(YBC) MD Southern Maryland | | 11-07 | 1,560.00 | | 1,560.00 |
| 104324(YBC) MI Jackson-Albion | | 10-07 | 402.00 | | 402.00 |
| 038408(YBC) MN Mankato | | 11-07 | 600.00 | | 600.00 |
| 038859(YBC) MN South Metro | | 11-07 | 1,950.00 | | 1,950.00 |
| 040630(YBC) MO Ft Leonard Wood | | 10-07 | 900.00 | | 900.00 |
| 041698(YBC) MO St Joseph | | 11-07 | 1,188.00 | | 1,188.00 |
| 101696(YBC) NC Charlotte | | 11-07 | 2,502.00 | | 2,502.00 |
| 052271(YBC) ND Fargo | | 11-07 | 1,800.00 | | 1,800.00 |
| 047138(YBC) NJ Burlington Co-Nthcamdn | | 11-07 | 3,150.00 | | 3,150.00 |
| 101446(YBC) NJ Ocean County | | 11-07 | 2,520.00 | | 2,520.00 |
| 102440(YBC) NJ Suburban Passaic Co | | 10-07 | 1,095.00 | | 1,095.00 |
| 049052(YBC) NM Albuquerque Metro | | 11-07 | 2,682.00 | 162.60 | 2,844.60 |
| 104478(YBC) NV Henderson-Bouldr Cty | | 10-07 | 1,620.00 | | 1,620.00 |

DATE: AUG 31, 2007    INVOICE NO: 34037

ACCOUNT: 2004-WAS

TERMS: Due upon receipt

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 465-7427    Fax 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 100116(YBC) NY Rockland County | | 11-07 | 1,500.00 | | 1,500.00 |
| 055576(YBC) OH Cincinnati Greater | | 11-07 | 2,070.00 | | 2,070.00 |
| 057672(YBC) OH Lorain County Area | | 10-07 | 2,160.00 | | 2,160.00 |
| 082805(YBC) PA Eastern Montgomery | | 10-07 | 1,575.00 | | 1,575.00 |
| 062704(YBC) PA Wilkes Barre-Dallas | | 10-07 | 3,300.00 | | 3,300.00 |
| 068475(YBC) TN Jackson Area Wide | | 10-07 | 945.00 | | 945.00 |
| 103990(YBC) TN Nashville Area Wide | | 10-07 | 3,360.00 | | 3,360.00 |
| 070566(YBC) TX Ft Worth Greater | | 11-07 | 1,620.00 | | 1,620.00 |
| 073345(YBC) TX Tyler-Smith County | | 10-07 | 1,068.00 | | 1,068.00 |
| 079593(YBC) WI Eau Claire | | 11-07 | 1,176.00 | | 1,176.00 |

TOTAL AMOUNT DUE:    $73,725.60

Page 2

YELLOW PAGE AUTHORITY

INVOICED TO:
INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: AUG 31, 2007     INVOICE NO: 34039
ACCOUNT: 2005-INPHONIC
TERMS: Due upon receipt

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

**Current Directory Charges**

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 104036(YBC) AL Mobile | | 11-07 | 1,173.00 | | 1,173.00 |
| 104958(IAR) AZ Phoenix-North Valley | | 02-08 | 523.20 | | 523.20 |
| 104960(IAR) AZ Phoenix-South Valley | | 02-08 | 321.60 | | 321.60 |
| 003763(ATT) AZ Sun City-Sun Cty West | | 11-07 | 1,538.00 | | 1,538.00 |
| 006009(IAR) CA Antelope Valley | | 11-07 | 920.40 | | 920.40 |
| 005072(YBC) CA Antelope Valley | | 11-07 | 519.00 | | 519.00 |
| 104005(IAR) CA Antelope Vly Comp(Y) | | 11-07 | 177.60 | | 177.60 |
| 103737(IAR) CA Antelope Vly Spr(Y)S | | 11-07 | 868.80 | | 868.80 |
| 103050(YBC) CA Bakersfield Greater | | 11-07 | 816.00 | | 816.00 |
| 005495(ATT) CA Fairfield-Dixon | | 11-07 | 1,656.00 | | 1,656.00 |
| 005826(IAR) CA High Desert | | 11-07 | 1,922.25 | | 1,922.25 |
| 104804(IAR) CA High Desert Comp(Y) | | 11-07 | 226.80 | | 226.80 |
| 005895(IAR) CA Indio C | | 12-07 | 1,165.20 | | 1,165.20 |
| 102977(IAR) CA Indio Spanish(Y)s | | 12-07 | 1,891.20 | | 1,891.20 |
| 005295(ATT) CA Inland Empire North | | 12-07 | 1,728.00 | | 1,728.00 |
| 006303(ATT) CA Los Angeles Co.(B) | | 12-07 | 1,824.00 | | 1,824.00 |
| 006495(ATT) CA Monterey | | 11-07 | 1,632.00 | | 1,632.00 |
| 006653(YBC) CA North Orange County | | 11-07 | 672.00 | | 672.00 |
| 006854(ATT) CA Ontario-Mont-Pomona | | 12-07 | 1,512.00 | | 1,512.00 |
| 104142(ATT) CA Ontario-Montclair Sp | | 12-07 | 1,440.00 | | 1,440.00 |
| 006682(ATT) CA Orange Co Indicons C | | 12-07 | 1,296.00 | | 1,296.00 |
| 006677(ATT) CA Orange Co No Cons C | | 12-07 | 1,080.00 | | 1,080.00 |
| 006676(ATT) CA Orange Co-Inidemp(B) | | 12-07 | 1,608.00 | | 1,608.00 |
| 006743(YBC) CA Palm Springs | | 09-07 | 441.00 | | 441.00 |
| 006735(IAR) CA Palm Springs C | | 12-07 | 1,159.20 | | 1,159.20 |
| 102887(IAR) CA Palm Spngs Span(Y)s | | 11-07 | 1,891.20 | | 1,891.20 |
| 006990(ATT) CA San Diego East Co C | | 11-07 | 2,112.00 | | 2,112.00 |
| 006977(ATT) CA San Diego South Co C | | 11-07 | 1,080.00 | | 1,080.00 |
| 006981(ATT) CA San Francisco | | 12-07 | 884.00 | | 884.00 |
| 104509(ATT) CA San Francisco Mini | | 12-07 | 1,872.00 | | 1,872.00 |

Page 1

**INVOICED TO:**

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

| DATE: | AUG 31, 2007 | INVOICE NO: | 34039 |
|---|---|---|---|
| ACCOUNT: | 2005-INPHONIC | | |
| TERMS: | Due upon receipt | | |

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 00730S(IAR) | CA  San Jose-Santa Clara | | 11-07 | 1,373.40 | | 1,373.40 |
| 100531(YBC) | CA  San Luis Obispo Co | | 10-07 | 573.00 | | 573.00 |
| 00728S(YBC) | CA  South Bay | | 10-07 | 885.00 | | 885.00 |
| 00747S(ATT) | CA  Vallejo | | 12-07 | 1,032.00 | | 1,032.00 |
| 00804Z(YBC) | CO  Aspen | | 11-07 | 393.00 | | 393.00 |
| 00819S(YBC) | CO  Colorado Springs | | 11-07 | 1,137.00 | | 1,137.00 |
| 00914S(ATT) | CT  Gr New Haven | | 11-07 | 2,640.00 | | 2,640.00 |
| 011361(YBC) | DC  District Of Columbia | | 11-07 | 1,272.00 | | 1,272.00 |
| 01232B(ATT) | FL  Greater Pensacola A | | 11-07 | 1,436.40 | | 1,436.40 |
| 01249A(YBC) | FL  Lake City-Live Oak | | 10-07 | 495.00 | | 495.00 |
| 01240S1(ATT) | FL  Pensacola Companion | | 11-07 | 135.25 | | 135.25 |
| 01277O(YBC) | FL  Punta Gorda | | 11-07 | 912.00 | | 912.00 |
| 10533(RHD) | FL  Punta Gorda Plus | | 11-07 | 1,704.00 | | 1,704.00 |
| 01278T(RHD) | FL  Punta Gorda-Port Cha | | 12-07 | 479.00 | | 479.00 |
| 10394A(IAR) | FL  St Augustine | | 12-07 | 1,440.00 | | 1,440.00 |
| 01286B(RHD) | FL  Tallahassee | | 12-07 | | | |
| 10523B(RHD) | FL  Tallahassee Plus | | 11-07 | 1,150.00 | | 1,150.00 |
| 103B62(IAR) | FL  Treasure Coast | | 05-08 | 566.40 | | 566.40 |
| 104048(ATT) | GA  Atlanta Companion | | 12-07 | 3,751.20 | | 3,751.20 |
| 01319O(ATT) | GA  Atlanta Ga Yp | | 11-07 | 1,462.00 | | 1,462.00 |
| 01378O(ATT) | GA  Columbus-Hamilton | | 11-07 | 243.60 | | 243.60 |
| 10512S(ATT) | GA  Columbus-Hamlin Comp | | 11-07 | 466.00 | | 466.00 |
| 10245A(YBC) | GA  Statesboro | | 11-07 | 684.00 | | 684.00 |
| 025213(YBC) | GA  Burlington | | 11-07 | 3,036.00 | | 3,036.00 |
| 025482(RHD) | IA  Des Moines | | 11-07 | | | |
| 104461(RHD) | IA  Des Moines Plus | | 11-07 | 1,344.00 | | 1,344.00 |
| 025933(RHD) | IA  Iowa City | | 10-07 | 684.00 | | 684.00 |
| 019812(YBC) | IL  Bloomington-Normal | | 10-07 | 1,338.00 | | 1,338.00 |
| 10202O(YBC) | IL  Fox Valley | | 10-07 | 537.00 | | 537.00 |
| 020418(YBC) | IL  Mattoon-Charleston | | 11-07 | 1,680.00 | | 1,680.00 |
| 021242(RHD) | IL  Quad Cities Area | | 11-07 | 423.00 | | 423.00 |
| 10057O(YBC) | IL  Quincy | | | | | |

**YELLOW PAGE AUTHORITY**

**INVOICED TO:**
INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

**PLEASE REMIT PAYMENT TO:**
YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448
800 466-7427   Fax: 708-479-2619

| DATE: | AUG 31, 2007 | INVOICE NO: | 34039 |
|---|---|---|---|
| ACCOUNT: | 2005-INPHONIC | | |
| TERMS: | Due upon receipt | | |

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 021634(YBC) IL Springfield | | 10-07 | 912.00 | | 912.00 |
| 13S290(YBC) IN Columbus | | 11-07 | 783.00 | | 783.00 |
| 023372(ATT) IN Indianapolis Sub E. | | 11-07 | 912.00 | | 912.00 |
| 023376(ATT) IN Indianapolis Sub So | | 11-07 | 2,256.00 | | 2,256.00 |
| 023378(ATT) IN Indianapolis Sub W | | 11-07 | 840.00 | | 840.00 |
| 100017(YBC) IN Northwest Indiana | | 11-07 | 1,338.00 | | 1,338.00 |
| 024642(YBC) IN Terre Haute | | 11-07 | 1,050.00 | | 1,050.00 |
| 024640(IAR) IN Terre Haute | | 12-07 | 2,812.40 | | 2,812.40 |
| 105206(IAR) IN Terre Haute Comp | | 12-07 | 328.80 | | 328.80 |
| 027189(YBC) IN Terre Haute | | 12-07 | 843.00 | | 843.00 |
| 028856(YBC) KS Johnson County | | 11-07 | 1,047.00 | | 1,047.00 |
| 028335(IAR) KS Wichita Area | | 11-07 | 469.20 | | 469.20 |
| 028935(IAR) KY Bowling Grn-Glasgow | | 12-07 | 1,329.60 | | 1,329.60 |
| 030729(YBC) KY Eastern Kentucky Reg | | 10-07 | 720.00 | | 720.00 |
| 104855(IAR) LA Northeast Louisiana | | 01-08 | | | |
| 033090(IAR) MA Boston Companion(Y) | | 01-08 | 3,361.60 | | 3,361.60 |
| 033464(IAR) MA Boston-City Edition | | 01-08 | 2,381.40 | | 2,381.40 |
| 033891(IAR) MA Malden C | | 01-08 | 2,858.40 | | 2,858.40 |
| 032644(IAR) MA Woburn C | | 12-07 | 1,915.20 | | 1,915.20 |
| 104591(IAR) MD Charls-Smary Cpnt(Y) | | 12-07 | 189.60 | | 189.60 |
| 032505(IAR) MD Charles&St Mary's Co | | 12-07 | 1,864.80 | | 1,864.80 |
| 104217(ATT) MD Frederick | | 12-07 | 606.00 | | 606.00 |
| 101939(YBC) MD Southern Maryland | | 11-07 | 912.00 | | 912.00 |
| 104324(YBC) MI Battle Creek Area | | 10-07 | 462.00 | | 462.00 |
| 035956(ATT) MI Jackson-Albion | | 11-07 | 720.00 | | 720.00 |
| 036325(ATT) MI Livingston County | | 11-07 | 1,848.00 | | 1,848.00 |
| 036628(YBC) MI Monroe County | | 11-07 | 597.00 | | 597.00 |
| 038202(YBC) MI Monroe County | | 10-07 | 549.00 | | 549.00 |
| 038408(YBC) MN Crow River Area | | 11-07 | 576.00 | | 576.00 |
| 038655(YBC) MN Mankato | | 11-07 | 792.00 | | 792.00 |
| 040630(YBC) MN South Metro | | 10-07 | 792.00 | | 792.00 |
| 040630(YBC) MO Ft Leonard Wood | | 11-07 | 903.00 | | 903.00 |
| 041696(YBC) MO St.Joseph | | 10-07 | 702.00 | | 702.00 |

YELLOW PAGE AUTHORITY

**DATE:** AUG 31, 2007   **INVOICE NO:** 34039

**ACCOUNT:** 2005-INPHONIC

**TERMS:** Due upon receipt

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427   Fax 708-479-2619

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 104516(ATT) MO St Louis Companion | | 12-07 | 1,476.00 | | 1,476.00 |
| 041714(ATT) MO St Louis(Y) | | 12-07 | 1,886.40 | | 1,886.40 |
| 039606(ATT) MS Ms Gulf Coast C | | 11-07 | 314.40 | | 314.40 |
| 104050(ATT) MS Ms Gulf Coast Comp | | 11-07 | 393.00 | | 393.00 |
| 039835(YBC) MS Sw Mississippi | | 11-07 | 552.00 | | 552.00 |
| 039878(YBC) MS Tupelo | | 11-07 | 1,740.00 | | 1,740.00 |
| 101996(YBC) NC Charlotte | | 12-07 | 1,313.40 | | 1,313.40 |
| 053342(AR) NC Durham | | 11-07 | 1,442.40 | | 1,442.40 |
| 104158(IAR) NC Raleigh | | 12-07 | 777.00 | | 777.00 |
| 052271(YBC) ND Fargo | | 11-07 | 1,203.00 | | 1,203.00 |
| 041136(YBC) NJ Burlngtn Co-Nlncamdn | | 02-08 | 2,482.80 | | 2,482.80 |
| 047130(AR) NJ Camden | | 11-07 | 429.60 | | 429.60 |
| 104625(IAR) NJ Camden Co Comp(Y) | | 12-07 | 1,466.80 | | 1,466.80 |
| 047982(IAR) NJ Gloucester Co Area | | 12-07 | 278.40 | | 278.40 |
| 104507(IAR) NJ Gloucester Comp(Y) | | 11-07 | 798.00 | | 798.00 |
| 101446(YBC) NJ Ocean County | | 10-07 | 804.00 | | 804.00 |
| 102440(YBC) NJ Suburban Passaic Co | | 10-07 | 501.00 | | 501.00 |
| 102441(YBC) NJ Sussex County-No Wrr | | 11-07 | 1,431.00 | 86.75 | 1,517.75 |
| 049052(YBC) NM Albuquerque Metro | | 10-07 | 930.00 | | 930.00 |
| 104476(YBC) NV Henderson-Bouldr Cty | | 11-07 | 720.00 | | 720.00 |
| 103202(YBC) NV Northern Orange Co | | 11-07 | 1,323.00 | | 1,323.00 |
| 100115(YBC) NV Rockland County | | 11-07 | 615.00 | | 615.00 |
| 104480(YBC) NY Southern Orange Co | | 01-08 | 145.20 | | 145.20 |
| 104658(IAR) NY Staten Is Comp(Y) | | 01-08 | 1,485.40 | | 1,485.40 |
| 052287(IAR) NY Staten Island | | 11-07 | 1,146.00 | | 1,146.00 |
| 058576(YBC) OH Cincinnati Greater | | 11-07 | 1,152.00 | | 1,152.00 |
| 058468(ATT) OH Greater Sandusky | | 10-07 | 729.00 | | 729.00 |
| 057572(YBC) OH Lorain County Area | | 11-07 | 1,728.00 | | 1,728.00 |
| 057738(RHD) OH Richland-Ashland Reg | | 11-07 | 1,080.00 | | 1,080.00 |
| 059874(ATT) OK Lawton Regional | | 12-07 | 2,054.40 | | 2,054.40 |
| 062857(UAR) PA Chester-So Dlwr Co C | | 11-07 | 600.00 | | 600.00 |
| 102227(YBC) PA Downington-Exton | | 10-07 | | | |

YELLOW PAGE AUTHORITY

INVOICED TO:
INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448
800 466-7427    Fax 708-479-2619

| DATE: | AUG 31, 2007 | INVOICE NO: | 34038 |
|---|---|---|---|
| ACCOUNT: | 2005-INPHONIC | | |
| TERMS: | Due upon receipt | | |

Page 5

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 06280S(YBC) PA Eastern Montgomery | | 10-07 | 1,155.00 | | 1,155.00 |
| 05337T(AR) PA Lancaster | | 12-07 | 2,167.20 | | 2,167.20 |
| 10459I(AR) PA Lancaster Comp(Y) | | 12-07 | 453.60 | | 453.60 |
| 035574(AR) PA Lower Bucks Co | | 01-08 | 2,394.00 | | 2,394.00 |
| 10463O(AR) PA Lower Bucks Comp(Y) | | 01-08 | 403.20 | | 403.20 |
| 10022S(YBC) PA Main Line | | 10-07 | 918.00 | | 918.00 |
| 10374I(AR) PA No Allegheny-Butler | | 12-07 | 1,399.20 | | 1,399.20 |
| 05419S(AR) PA Scranton Metro | | 11-07 | 1,814.40 | | 1,814.40 |
| 05254I(YBC) PA West Chester-Kentbsq | | 11-07 | 600.00 | | 600.00 |
| 06469I(AR) PA Western Delawre Co C | | 12-07 | 2,106.40 | | 2,106.40 |
| 06270A(YBC) PA Wilkes Barre-Dallas | | 10-07 | 1,215.00 | | 1,215.00 |
| 06472B(AR) PA Wyoming Valley | | 12-07 | 2,079.60 | | 2,079.60 |
| 10352O(YBC) TN Greeneville-Jetcity | | 10-07 | 535.00 | | 535.00 |
| 06847B(YBC) TN Jackson Area Wide | | 10-07 | 768.00 | | 768.00 |
| 10395(YBC) TN Nashville Area Wide | | 10-07 | 1,515.00 | | 1,515.00 |
| 10311S(AR) TX Austin | | 11-07 | 2,865.25 | | 2,865.25 |
| 06931T(YBC) TX Baytown Greater | | 12-07 | 564.00 | | 564.00 |
| 10445S(AR) TX Bryan-Ctgsn Comp | | 12-07 | 302.40 | | 302.40 |
| 06958O(AR) TX Bryan-College Stn | | 12-07 | 2,004.00 | | 2,004.00 |
| 06982(YBC) TX Clear Lake Greater | | 11-07 | 444.00 | | 444.00 |
| 07056O(YBC) TX Ft Worth Greater | | 11-07 | 1,398.00 | | 1,398.00 |
| 07168O(ATT) TX Lubbock | | 12-07 | 1,224.00 | | 1,224.00 |
| 10208(AR) TX No Collin Co Comp | | 12-07 | 139.20 | | 139.20 |
| 10509I(AR) TX North Collin County | | 12-07 | 888.00 | | 888.00 |
| 07334S(YBC) TX Tyler-Smith County | | 10-07 | 906.00 | | 906.00 |
| 07618B(RHD) VA Charlottesville | | 12-07 | 2,400.00 | | 2,400.00 |
| 10523O(RHD) VA Charlottesville Plus | | 11-07 | 900.00 | | 900.00 |
| 07260(AR) WA Eastside | | 11-07 | 1,137.00 | | 1,137.00 |
| 10407S(AR) WA Seattle(Y) | | 11-07 | 2,022.60 | | 2,022.60 |
| 07733I(AR) WA Snoking-Seattle | | 12-07 | 1,027.20 | | 1,027.20 |
| 07599S(YBC) WI Eau Claire | | 11-07 | 1,074.00 | | 1,074.00 |
| 07593T(ATT) WI Gr Ozaukee County | | 11-07 | 2,424.00 | | 2,424.00 |

YELLOW PAGE AUTHORITY

**INVOICED TO:**
INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

**PLEASE REMIT PAYMENT TO:**
YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

| | DATE: | AUG 31, 2007 | INVOICE NO: | 34039 |
|---|---|---|---|---|

| | ACCOUNT: | 2005-INPHONIC |
|---|---|---|

| | TERMS: | Due upon receipt |
|---|---|---|

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 082831S(ATT) | WI  Gr Washington County | | 11-07 | 1,440.00 | | 1,440.00 |
| 082896(ATT) | WI  Gr Waukesha County | | 12-07 | 1,320.00 | | 1,320.00 |
| 080626(YBC) | WI  Janesville-Beloit | | 11-07 | 828.00 | | 828.00 |
| 103101(IAR) | WI  Lacrosse&Coulee Reg | | 12-07 | 952.00 | | 952.00 |
| 082156(YBC) | WI  Sheboygan County | | 11-07 | 459.00 | | 459.00 |
| | | | | | | |
| *Credit Adjustments* | | | | | | |
| | | | | | | |
| 009122(ATT) | CT  No Hartford | Credit from order edit | 10-07 | -684.00 | | -684.00 |
| 040838(ATT) | MO  Tri-State | Credit from order edit | 10-07 | -360.00 | | -360.00 |
| 051333(IAR) | NY  Orange Co Plus | Credit from order edit | 10-07 | -435.00 | | -435.00 |
| 082714(ATT) | OH  Lake And Geauga Cnty | Credit from order edit | 10-07 | -708.00 | | -708.00 |
| 059620(ATT) | OK  Western Oklahoma Reg | Credit from order edit | 09-07 | -108.00 | | -108.00 |
| 059620(ATT) | OK  Western Oklahoma Reg | Credit from order edit | 09-07 | -120.00 | | -120.00 |
| 071946(ATT) | TX  Midland | Credit from order edit | 10-07 | -300.00 | | -300.00 |

| | **TOTAL AMOUNT DUE:** | **$180,453.90** |
|---|---|---|

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| | |
|---|---|
| DATE: | SEP 30, 2007 |
| ACCOUNT: | 2004-WAS |
| TERMS: | Due upon receipt |
| INVOICE NO: | 34343 |

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8840 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427   Fax: 708-479-2619

**STATED/DIRECTORY**

Current Directory Charges

| STATED/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10141B(YBC) AL Wiregrass Area | | 11-07 | 1,080.00 | | 1,080.00 |
| 00479304(ATT) AR Rogers | | 12-07 | 408.00 | | 408.00 |
| 00532O(ATT) CA Contra Costa Cecil C | | 01-08 | 1,320.00 | | 1,320.00 |
| 00555501(IAR) CA Downey-Norwalk | | 12-07 | 3,906.00 | | 3,906.00 |
| 104703(IAR) CA Downey-Nrwlk Comp(Y) | | 12-07 | 786.00 | | 786.00 |
| 104706(IAR) CA Long Bch Csticomp(Y) | | 12-07 | 806.40 | | 806.40 |
| 00623B(IAR) CA Long Beach Coastal C | | 12-07 | 3,919.20 | | 3,919.20 |
| 00623B(IAR) CA Long Beach-Lakewd C | | 12-07 | 1,341.60 | | 1,341.60 |
| 104705(IAR) CA Longbch-Lkwdcomp(Y) | | 12-07 | 278.40 | | 278.40 |
| 009G01(YBC) CA Riverside-Corona | | 12-07 | 1,656.00 | | 1,656.00 |
| 0071.15I(IAR) CA Santa Barbara C | | 12-07 | 2,381.40 | | 2,381.40 |
| 10470BI(IAR) CA Santa Barbaracomp(Y) | | 01-08 | 493.20 | | 493.20 |
| 00B85I(IAR) CA South Bay | | 01-08 | 3,741.60 | | 3,741.60 |
| 104712(IAR) CA South Bay Comp(Y) | | 12-07 | 758.40 | | 758.40 |
| 00B80BI(IAR) CA Torrance-Lomita-Harb | | 12-07 | 535.20 | | 535.20 |
| 00B26O(RHD) CO Denver(Y) | | 12-07 | 5,436.00 | | 5,436.00 |
| 012078(YBC) FL Bocart-Dlry&Bynbch | | 12-07 | 3,096.00 | | 3,096.00 |
| 012603(IAR) FL Lakeland | | 02-08 | 1,114.80 | | 1,114.80 |
| 10503B(YBC) FL Melbourne-Vero Beach | | 12-07 | 2,160.00 | | 2,160.00 |
| 012623(YBC) FL Naples-Marco Island | | 12-07 | 588.00 | | 588.00 |
| 012804(YBC) FL St Petersburg | | 12-07 | 2,880.00 | | 2,880.00 |
| 104074(ATT) GA Henry County Area | | 11-07 | 177.60 | | 177.60 |
| 01484Z(YBC) GA Macon Area Greater | | 12-07 | 836.00 | | 836.00 |
| 017722(RHD) ID Boise | | 01-08 | 2,124.00 | | 2,124.00 |
| 104782(RHD) IL Barrington Area | | 12-07 | 672.00 | | 672.00 |
| 01877O(RHD) IL Champaign | | 11-07 | 3,080.00 | | 3,080.00 |
| 10Z114(YBC) IL Chicago | | 12-07 | 3,672.00 | | 3,672.00 |
| 104784(RHD) IL Schaumburg Area | | 12-07 | 2,844.00 | | 2,844.00 |
| 021632(RHD) IL Springfield | | 12-07 | 4,080.00 | | 4,080.00 |
| 02397B(YBC) IN Anderson-Muncie | | 12-07 | 1,530.00 | | 1,530.00 |

YELLOW PAGE AUTHORITY

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: SEP 30, 2007          INVOICE NO: 34343

ACCOUNT:   2004-WAS

TERMS:   Due upon receipt

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448
800 465-7427    Fax: 708-479-2619

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 101632(YBC) | MA Boston Greater | | 12-07 | 3,654.00 | | 3,654.00 |
| 103885(YBC) | MA Se Massachusetts | | 11-07 | 2,250.00 | | 2,250.00 |
| 032145(IAR) | MD Baltimore City Cons | | 12-07 | 3,024.00 | | 3,024.00 |
| 104618(IAR) | MD Baltimore Citycomp(Y) | | 03-08 | 529.20 | | 529.20 |
| 104618(IAR) | MD Baltimore E Comp(Y) | | 03-08 | 453.60 | | 453.60 |
| 032190(IAR) | MD Baltimore Sub E Cons | | 03-08 | 2,748.00 | | 2,748.00 |
| 032235(IAR) | MD Baltimore Sub W-Cons | | 03-08 | 2,628.00 | | 2,628.00 |
| 104620(IAR) | MD Baltimore W Comp(Y) | | 03-08 | 453.60 | | 453.60 |
| 101938(YBC) | MD Harford County | | 12-07 | 936.00 | | 936.00 |
| 034923(ATT) | MD Det Metro East Area | | 01-08 | 3,120.00 | | 3,120.00 |
| 105249(ATT) | MI Detmetoeaslareacomp | | 01-08 | 858.00 | | 858.00 |
| 034529(ATT) | MI Detroit | | 01-08 | 2,400.00 | | 2,400.00 |
| 105248(ATT) | MI Detroit Companion | | 01-08 | 884.00 | | 884.00 |
| 035348(ATT) | MI Grand Rapids Area | | 12-07 | 2,208.00 | | 2,208.00 |
| 040476(YBC) | MO Columbia | | 11-07 | 1,584.00 | | 1,584.00 |
| 045740(ATT) | NV Nevada Bell-Reno | | 12-07 | 1,740.00 | | 1,740.00 |
| 049046(IAR) | NY Albany C | | 02-08 | 2,911.20 | | 2,911.20 |
| 049302(IAR) | NY Bay Ridge | | 02-08 | 781.20 | | 781.20 |
| 048404(YBC) | NY Binghamton | | 12-07 | 2,088.00 | | 2,088.00 |
| 049399(IAR) | NY Brooklyn Heights Dnt | | 02-08 | 1,953.00 | | 1,953.00 |
| 049398(IAR) | NY Brooklyn(Y) | | 02-08 | 14,950.80 | | 14,950.80 |
| 052089(IAR) | NY Schenectady C | | 02-08 | 2,349.60 | | 2,349.60 |
| 011633(YBC) | NY Westchesterputhamco | | 12-07 | 3,744.00 | | 3,744.00 |
| 101629(YBC) | OH Dayton Greater | | 11-07 | 1,704.00 | | 1,704.00 |
| 060631(ATT) | OK Greater Tulsa | | 12-07 | 2,844.00 | | 2,844.00 |
| 100025(YBC) | OK Oklahoma City Area | | 12-07 | 1,500.00 | | 1,500.00 |
| 061930(IAR) | OR Washington County | | 02-08 | 5,090.40 | | 5,090.40 |
| 082426(RHD) | PA Butler Countywide | | 02-08 | 1,512.00 | | 1,512.00 |
| 069233(ATT) | PA North Pittsburgh | | 11-07 | 1,476.00 | | 1,476.00 |
| 102527(YBC) | PA North Pittsburgh | | 12-07 | 3,120.00 | | 3,120.00 |
| 069328(ATT) | TX Austin | | 12-07 | 600.00 | | 600.00 |
| 092233(ATT) | TX Beaumont | | 12-07 | 5,790.00 | | 5,790.00 |
| 100003(YBC) | TX San Antonio | | 12-07 | 5,790.00 | | 5,790.00 |

Page 2

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: SEP 30, 2007        INVOICE NO:        34343

ACCOUNT:        2004-WAS

TERMS:        Due upon receipt

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427     Fax 708-479-2619

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 074726(RHD) | UT Provo-Orem And Surro | | 12-07 | 780.00 | | 780.00 |
| 018857(YBC) | VA Northern Virginia | | 12-07 | 1,920.00 | | 1,920.00 |
| 076660(IAR) | VA Prince William Reg | | 02-08 | 2,968.20 | | 2,968.20 |
| 104633(IAR) | VA Prince Wlm Comp(Y) | | 02-08 | 529.20 | | 529.20 |
| 104634(IAR) | VA Richmond Gr Comp(Y) | | 01-08 | 680.40 | | 680.40 |
| 076714(IAR) | VA Richmond Greater(Y) | | 01-08 | 4,044.60 | | 4,044.60 |
| 077846(RHD) | VA Clark County | | 12-07 | 4,536.00 | | 4,536.00 |
| 077389(YBC) | WA Kitsap Peninsula | | 12-07 | 1,416.00 | | 1,416.00 |
| 105445(IAR) | WA Tri Cities Comp(Y) | | 02-08 | 453.60 | | 453.60 |
| 077828(IAR) | WA Tri-Cities | | 02-08 | 2,457.00 | | 2,457.00 |
| 080336(ATT) | WI Green Bay | | 12-07 | 1,548.00 | | 1,548.00 |

TOTAL AMOUNT DUE:        $160,999.40

Page 3

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448
800 466-7427    Fax: 708-479-2619

DATE:        SEP 30, 2007        INVOICE NO:   34346
ACCOUNT:     2005-INPHONIC
TERMS:       Due upon receipt

Current Directory Charges

| STATED/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 00156(ATT)  AL  Huntsville | | 12-07 | 1,738.80 | | 1,738.80 |
| 10379(ATT)  AL  Huntsville Companion | | 12-07 | 173.90 | | 173.90 |
| 10141(YBC)  AL  Wiregrass Area | | 11-07 | 607.00 | | 607.00 |
| 00430(ATT)  AR  Fayetteville | | 12-07 | 1,500.00 | | 1,500.00 |
| 00478(ATT)  AR  Rogers | | 12-07 | 816.00 | | 816.00 |
| 02690(YBC)  AZ  Casa Grande | | 11-07 | 231.00 | | 231.00 |
| 00532(ATT)  CA  Contra Costa Co E C | | 01-08 | 816.00 | | 816.00 |
| 00532(ATT)  CA  Contra Costa Cod C | | 01-08 | 1,752.00 | | 1,752.00 |
| 00556(AR)  CA  Downey-Norwalk | | 12-07 | 2,343.80 | | 2,343.80 |
| 02973(AR)  CA  Downey-Nrwk Span(Y)S | | 12-07 | 2,760.00 | | 2,760.00 |
| 00470(AR)  CA  Downey-Nrwk Comp(Y) | | 12-07 | 314.40 | | 314.40 |
| 00736(AR)  CA  Gardena-HawMn-Lwndl | | 12-07 | 535.20 | | 535.20 |
| 00582(AR)  CA  Hermosa-Manhattan | | 12-07 | 686.40 | | 686.40 |
| 02978(AR)  CA  Long Bch Cst Sp(Y)S | | 12-07 | 3,376.80 | | 3,376.80 |
| 04706(AR)  CA  Long Bch Cstlcomp(Y) | | 12-07 | 403.20 | | 403.20 |
| 00623(AR)  CA  Long Beach Coastal C | | 12-07 | 1,959.60 | | 1,959.60 |
| 00623(AR)  CA  Long Beach-Lakewd C | | 12-07 | 1,341.60 | | 1,341.60 |
| 00474(AR)  CA  Long Beach-Lakewdcomp | | 12-07 | 278.40 | | 278.40 |
| 04705(AR)  CA  Longbch-Lkwdcomp(Y) | | 02-08 | 2,104.80 | | 2,104.80 |
| 08474(AR)  CA  Los Angeles E Bling! | | 12-07 | 885.00 | | 885.00 |
| 05901(YBC)  CA  Riverside-Corona | | 12-07 | 1,587.60 | | 1,587.60 |
| 00115(AR)  CA  Santa Barbara C | | 01-08 | 328.80 | | 328.80 |
| 04709(AR)  CA  Santa Barbaracomp(Y) | | 01-08 | 228.00 | | 228.00 |
| 04701(AR)  CA  Santa Maria Comp(Y) | | 01-08 | 927.00 | | 927.00 |
| 02893(AR)  CA  Santa Maria Span(Y)S | | 01-08 | 1,021.20 | | 1,021.20 |
| 00715(AR)  CA  Santamaria-5cities C | | 12-07 | 1,870.80 | | 1,870.80 |
| 00885(AR)  CA  South Bay | | 12-07 | 379.20 | | 379.20 |
| 04712(AR)  CA  South Bay Comp(Y) | | 12-07 | 535.20 | | 535.20 |
| 00580(AR)  CA  Torrance-Lomita-Harb | | 12-07 | 2,718.00 | | 2,718.00 |
| 00260(RHD)  CO  Denver(Y) | | 12-07 | 618.00 | | 618.00 |
| 10234(YBC)  CT  New London Greater | | 12-07 | | | |

Page 1

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: SEP 30, 2007   INVOICE NO: 34346

ACCOUNT: 2005-INPHONIC

TERMS: Due upon receipt

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427   Fax: 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10389(YBC) CT Norwich Greater | | 12-07 | 576.00 | | 576.00 |
| 009185(ATT) CT Waterbury | | 12-07 | 2,172.00 | | 2,172.00 |
| 01207B(YBC) FL Bocarth-Dlry&Blythbch | | 12-07 | 1,347.00 | | 1,347.00 |
| 10448(YBC) FL Citrus County | | 12-07 | 945.00 | | 945.00 |
| 01233(IAR) FL Haines City | | 02-08 | 688.40 | | 688.40 |
| 012400(ATT) FL Homestead | | 11-07 | 1,478.40 | | 1,478.40 |
| 012503(IAR) FL Lakeland | | 02-08 | 1,154.80 | | 1,154.80 |
| 10480T(IAR) FL Lakeland Comp(Y) | | 02-08 | 163.20 | | 163.20 |
| 10503B(YBC) FL Melbourne-Vero Beach | | 12-07 | 1,005.00 | | 1,005.00 |
| 012523(YBC) FL Naples-Marco Island | | 12-07 | 1,071.00 | | 1,071.00 |
| 01237(IAR) FL Plant City | | 02-08 | 920.40 | | 920.40 |
| 012804(YBC) FL St.Petersburg | | 12-07 | 1,530.00 | | 1,530.00 |
| 012980(IAR) FL Winter Haven | | 02-08 | 982.80 | | 982.80 |
| 10530A(IAR) FL Winter Haven Comp | | 02-08 | 139.20 | | 139.20 |
| 01299S(IAR) FL Zephyrhills | | 02-08 | 598.80 | | 598.80 |
| 013170(ATT) GA Athens | | 12-07 | 1,436.40 | | 1,436.40 |
| 01525Z(YBC) GA Coosa Valley | | 11-07 | 717.00 | | 717.00 |
| 10407A(ATT) GA Henry County Area | | 11-07 | 383.10 | | 383.10 |
| 01573(YBC) GA Houston & Peach Co | | 12-07 | 579.00 | | 579.00 |
| 01484Z(YBC) GA Macon Area Greater | | 12-07 | 636.00 | | 636.00 |
| 104783(RHD) IL Arlington Hts Area | | 12-07 | 1,212.00 | | 1,212.00 |
| 104782(RHD) IL Barrington Area | | 12-07 | 1,344.00 | | 1,344.00 |
| 01877O(RHD) IL Champaign | | 12-07 | 1,020.00 | | 1,020.00 |
| 102114(YBC) IL Chicago | | 12-07 | 2,097.00 | | 2,097.00 |
| 105074(RHD) IL Near West Cicero | | 11-07 | 1,968.00 | | 1,968.00 |
| 105072(RHD) IL Near West-Lagrange | | 11-07 | 1,008.00 | | 1,008.00 |
| 105023(RHD) IL Nearwest Oak Park | | 11-07 | 1,860.00 | | 1,860.00 |
| 104784(RHD) IL Schaumburg Area | | 12-07 | 1,896.00 | | 1,896.00 |
| 021632(RHD) IL Springfield | | 12-07 | 1,020.00 | | 1,020.00 |
| 023975(YBC) IN Anderson-Muncie | | 12-07 | 993.00 | | 993.00 |
| 02321Z(IAR) IN Greensburg | | 01-08 | 988.80 | | 988.80 |
| 023400(IAR) IN Hoosier Sw Regional | | 01-08 | 1,102.80 | | 1,102.80 |

YELLOW PAGE AUTHORITY

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE:          SEP 30, 2007          INVOICE NO:     34346
ACCOUNT:       2005-INPHONIC
TERMS:         Due upon receipt

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448
800 466-7427   Fax: 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| D24460(AR) IN Seymour/North Vernon | | 01-08 | 978.80 | | 978.80 |
| 100084(YBC) KY Galway Area | | 11-07 | 477.00 | | 477.00 |
| 101632(YBC) KY North East Greater | | 12-07 | 2,064.00 | | 2,064.00 |
| 103885(YBC) MA Se Massachusetts | | 11-07 | 1,275.00 | | 1,275.00 |
| 104619(AR) MD Baltimore E Comp(Y) | | 03-08 | 302.40 | | 302.40 |
| 03216D(AR) MD Baltimore Sub E Cons | | 03-08 | 2,026.20 | | 2,026.20 |
| 03223S(AR) MD Baltimore Sub W Cons | | 03-08 | 2,004.00 | | 2,004.00 |
| 104620(AR) MD Baltimore W Comp(Y) | | 03-08 | 352.80 | | 352.80 |
| 101938(YBC) MD Harford County | | 12-07 | 537.00 | | 537.00 |
| 03462S(ATT) MI Det Metro East Area | | 01-08 | 1,296.00 | | 1,296.00 |
| 104829(ATT) MI Detmetroeastareacomp | | 01-08 | 442.00 | | 442.00 |
| 100249(ATT) MI Detroit | | 01-08 | 3,012.00 | | 3,012.00 |
| 03482(ATT) MI Detroit Companion | | 01-08 | 442.00 | | 442.00 |
| 102248(ATT) MI Detroit-Se M(E8) | | 01-08 | 3,840.00 | | 3,840.00 |
| 037326(ATT) MI Detroit-Se M(E8) | | 12-07 | 1,104.00 | | 1,104.00 |
| 03534B(ATT) MI Grand Rapids Area | | 12-07 | 2,112.00 | | 2,112.00 |
| 03572(ATT) MI Greater Jackson Cnty | | 11-07 | 654.00 | | 654.00 |
| 03873(YBC) MN Elk River | | 12-07 | 1,088.00 | | 1,088.00 |
| 04047K(YBC) MO Columbia | | 12-07 | 765.00 | | 765.00 |
| 04047K(YBC) MO Farmington-Park Hls | | 11-07 | 534.00 | | 534.00 |
| 04068(YBC) MO North East Ks City | | 11-07 | 2,167.20 | | 2,167.20 |
| 03935S(ATT) MS Pine Belt Area | | 01-08 | 1,626.00 | | 1,626.00 |
| 04625(ATT) NH Concord | | 01-08 | 228.00 | | 228.00 |
| 04625(AR) NH Concord | | 12-07 | 336.00 | 20.37 | 356.37 |
| 104638(AR) NH Concord Companion(Y) | | 12-07 | 3,124.80 | | 3,124.80 |
| 04626(YBC) NN East Mountain | | 02-08 | 781.20 | | 781.20 |
| 04930(AR) NY Albany C | | 02-08 | 1,209.00 | | 1,209.00 |
| 04904(AR) NY Bay Ridge | | 12-07 | 781.20 | | 781.20 |
| 04940(YBC) NY Binghamton | | 02-08 | 781.20 | | 781.20 |
| 04939(AR) NY Brooklyn Heights Dnt | | 02-08 | 592.80 | | 592.80 |
| 04950D(AR) NY Canarsie | | 02-08 | 870.00 | | 870.00 |
| 104659(AR) NY Capital Diet Comp | | 02-08 | 1,008.00 | | 1,008.00 |
| 04556(AR) NY Capital Dist No Com | | 02-08 | 1,008.00 | | 1,008.00 |
| 04980(AR) NY Colonie | | 02-08 | | | |

Page 3

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St, Suite D
Mokena, IL 60448
800 466-7427    Fax: 708-479-2619

| | | |
|---|---|---|
| DATE: | SEP 30, 2007 | INVOICE NO: 34346 |
| ACCOUNT: | 2005-INPHONIC | |
| TERMS: | Due upon receipt | |

| STATE DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 050183(AR) NY Midwood | | 02-08 | 806.40 | | 806.40 |
| 103032(YBC) NY Olsego& Delaware Cos | | 11-07 | 708.00 | | 708.00 |
| 052089(AR) NY Schenectady C | | 02-08 | 2,570.40 | | 2,570.40 |
| 052125(AR) NY Sheepshead Bay | | 02-08 | 781.20 | | 781.20 |
| 052431(AR) NY Troy C | | 02-08 | 1,990.80 | | 1,990.80 |
| 101633(YBC) NY Westchestepuhannco | | 12-07 | 1,641.00 | | 1,641.00 |
| 056332(AR) OH Brookville | | 01-08 | 1,738.80 | | 1,738.80 |
| 101629(YBC) OH Dayton Greater | | 11-07 | 1,665.00 | | 1,665.00 |
| 060631(ATT) OK Greater Tulsa | | 12-07 | 1,898.00 | | 1,898.00 |
| 100025(YBC) OK Oklahoma City Area | | 12-07 | 1,260.00 | | 1,260.00 |
| 061742(YBC) OR Roseburg | | 12-07 | 369.00 | | 369.00 |
| 062426(RHD) PA Butler Countywide | | 12-07 | 1,512.00 | | 1,512.00 |
| 105033(YBC) PA Greens-Fayette Cos | | 12-07 | 453.00 | | 453.00 |
| 063038(AR) PA Greensburg C | | 12-07 | 1,248.00 | | 1,248.00 |
| 101006(YBC) PA Mon Valley | | 11-07 | 633.00 | | 633.00 |
| 102527(YBC) PA North Pittsburgh | | 12-07 | 825.00 | | 825.00 |
| 066793(ATT) PA North Pittsburgh | | 11-07 | 1,764.00 | | 1,764.00 |
| 105318(ATT) SC Spartanburg | | 12-07 | 252.00 | | 252.00 |
| 066958(ATT) SC Spartanburg So Comp | | 12-07 | 1,088.80 | | 1,088.80 |
| 065817(AR) SC York | | 11-07 | 501.00 | | 501.00 |
| 068175(ATT) TN Anderson-Roane | | 12-07 | 1,303.20 | | 1,303.20 |
| 069328(ATT) TN Clarksville | | 11-07 | 1,632.00 | | 1,632.00 |
| 073070(YBC) TX Beaumont | | 11-07 | 456.00 | | 456.00 |
| 100003(YBC) TX Galveston | | 12-07 | 1,983.00 | | 1,983.00 |
| 073839(YBC) TX San Antonio | | 12-07 | 831.00 | | 831.00 |
| 074725(RHD) TX Wichita Falls Gr | | 12-07 | 1,560.00 | | 1,560.00 |
| 011887(YBC) UT Provo-Orem And Surro | | 12-07 | 1,503.00 | | 1,503.00 |
| 104632(AR) VA Northern Virginia | | 02-08 | 328.80 | | 328.80 |
| 076642(AR) VA Peninsula Comp | | 02-08 | 2,760.00 | | 2,760.00 |
| 075225(AR) VA Peninsula Consumer C | | 01-08 | 1,260.00 | | 1,260.00 |
| 035505(YBC) VT Bradleboro | | 12-07 | 309.00 | | 309.00 |
| 077846(RHD) WA Bonney L-Enumclaw P | | 12-07 | 2,268.00 | | 2,268.00 |
| WA Clark County | | | | | |

Page 4

**YELLOW PAGE AUTHORITY**

| DATE: | SEP 30, 2007 | INVOICE NO: | 34346 |
|---|---|---|---|
| ACCOUNT: | 2006-INPHONIC | | |
| TERMS: | Due upon receipt | | |

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 466-7427    Fax 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 077283(AR)  WA  Enumclaw | | 02-08 | 416.40 | | 416.40 |
| 106171(YBC)  WA  Everett & Vicinity | | 11-07 | 1,286.00 | | 1,286.00 |
| 077389(YBC)  WA  Kitsap Peninsula | | 12-07 | 666.00 | | 666.00 |
| 077114(IAR)  WA  Skagit County | | 01-08 | 1,689.20 | | 1,689.20 |
| 106323(AR)  WA  Skagit-Sanjuancomp | | 01-08 | 278.40 | | 278.40 |
| 106445(IAR)  WA  Tri Cities Comp(Y) | | 02-08 | 302.40 | | 302.40 |
| 077628(IAR)  WA  Tri-Cities | | 02-08 | 1,638.00 | | 1,638.00 |
| 080336(ATT)  WI  Green Bay | | 12-07 | 1,728.00 | | 1,728.00 |
| 104008(YBC)  WV  Beckley Greater | | 12-07 | 309.00 | | 309.00 |
| | | | | | |
| **Other Charges** | | | | | |
| 060151(ATT)  OK  Oklahoma City | Tax From Publisher Bill | 09-07 | 213.06 | | 213.06 |

**TOTAL AMOUNT DUE:**   $155,964.43

Page 5

**YELLOW PAGE AUTHORITY**

Page 1

| DATE: | JUL. 16, 2007 | INVOICE NO: | 961794 |
|---|---|---|---|
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 468-7427    Fax: 708-479-2619

**INVOICED TO:**

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| Other Charges | | | | | |
| | LATE FEE | | 3,535.30 | | 3,535.30 |

| | |
|---|---|
| TOTAL AMOUNT DUE: | $3,535.30 |

YELLOW PAGE AUTHORITY

DATE:              AUG 17, 2007      INVOICE NO:      951893

ACCOUNT:       2004-WAS

TERMS:           Due upon receipt

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448

800 466-7427     Fax: 708-479-2619

**INVOICED TO:**

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| Other Charges | LATE FEE | | 2,608.15 | | 2,608.15 |

| TOTAL AMOUNT DUE: | $2,608.15 |
|---|---|

Page 1