IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al., | : | Case No. 07-11666-KG |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF OBJECTION (D.I. 169)**

CompareWirelessRates, LLC and MyRatePlan.com, LLC ("CompareWirelessRates") hereby withdraws their *Objection by CompareWirelessRates, LLC and MyRatePlan.com, LLC to Proposed Cure Amount* (the "Objection") due to a document error. The Objection being withdrawn was filed on December 3, 2007 and appears at Docket No. 169. The Objection will be re-filed.

Date: December 3, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
bill@williamdsullivanllc.com

and

Samuel R. Arden, Esq.
Hartman, Simons, Spielman & Wood, LLP
6400 Powers Ferry Road, N.W.
Suite 400
Atlanta, Georgia 30339
Tel: (770) 955-3555
Fax: (770) 858-1095
sarden@hssw.com

*Counsel for CompareWirelessRates, LLC and MyRatePlan.com, LLC*