UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| INPHONIC, INC., et al., | ) Case No. 07- 11666-KG |
| Debtors. | ) **Docket No. 12** |

**ORDER DENYING DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a) 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

This matter came before the Court on the Debtors' Motion for an Order Pursuant to Sections 105(a) 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief ("Sale Motion"). The Court having reviewed the Motion and the Objection filed by Verizon Business Global, LLC ("Verizon Business"), and the Court having heard arguments of counsel regarding the relief requested in the Motion at a hearing before the Court; it is hereby:

**ORDERED**, that the Motion be, and the same hereby is **DENIED** as to contracts between any of the Debtors and MCI, Verizon Network Integration, Corp., or any Verizon Business subsidiary or affiliate.

Dated _____, 2007

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE