IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INPHONIC, INC., *et al.*,1 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

### AFFIDAVIT OF
### MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
                        SS:
NEW CASTLE COUNTY:

I, Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on December 3, 2007. I certify further that the service of the following:

**OBJECTION OF YELLOW PAGE AUTHORITY, LTD., TO NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING
[RE: DOCKET NOS. 12, 52 and 146]**

was made on the following parties on the attached list via Facsimile, First Class Mail and Hand Delivery on (Wilmington, DE addresses only)

_____
Melissa N. Flores

SWORN AND SUBSCRIBED before me this 3rd day of December 2007.

_____
NOTARY

---

1 The Debtors are Inphonic, Inc., CAIS Acquisition, LLC, CAIS Acquisition II, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, FON Acquisition, LLC and 1010 Interactive, LLC.

VIA FIRST CLASS MAIL AND
FACSIMILE
Gregory S. Cole
InPhonic, Inc.
1010 Wisconsin Avenue, NW
Suite 600
Washington, DC  20007

VIA FIRST CLASS MAIL AND
FACSIMILE
Andrew Torgove
Goldsmith-Agio-Helms/Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, NY  10036

VIA FIRST CLASS MAIL AND
FACSIMILE
Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020

VIA HAND DELIVERY AND
FACSIMILE
Neil B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

VIA FIRST CLASS MAIL AND
FACSIMILE
David Lorry
Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA  19104

VIA FIRST CLASS MAIL AND
FACSIMILE
Anup Sathy
John Schoenfeld
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

VIA FIRST CLASS MAIL AND
FACSIMILE
Kurt Gwynne
Reed Smith
1201 North Market Street
Suite 1500
Wilmington, DE  19801