# **Exhibit A**

# *mForce*
**Communications, Inc.**

# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155 Fax 703-621-4153

INVOICE # 3
DATE: ~~APRIL 9,~~ 2007

*Feb 5, 2007*

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Frequent Flyer Mileage Federal Excise Tax September-December 2006 | $5,140.08 | $5,140.08 |
| | | SUBTOTAL | $5,140.08 |
| | | SALES TAX | 0 |
| | | TOTAL | $5,140.08 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**

# mForce
Communications, Inc.

# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155 Fax 703-621-4153

INVOICE # 4
DATE: APRIL 9, 2007

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Frequent Flyer Mileage Federal Excise Tax January-February 2007 | $6,859.31 | $6,859.31 |
| | | SUBTOTAL | $6,859.31 |
| | | SALES TAX | 0 |
| | | TOTAL | $6,859.31 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**

# *mForce*
Communications, Inc.

# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155 Fax 703-621-4153

INVOICE # 5
DATE: APRIL 9, 2007

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Delta Airlines DM Creative | $5,000.00 | $5,000.00 |
| | | SUBTOTAL | $5,000.00 |
| | | SALES TAX | 0 |
| | | TOTAL | $5,000.00 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155 Fax 703-621-4153

INVOICE # 6
DATE: JUNE 24, 2007

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | United Airlines Insert Shipping & Banding | $3,995.00 | $3,995.00 |
| | | SUBTOTAL | $3,995.00 |
| | | SALES TAX | 0 |
| | | TOTAL | $3,995.00 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155 Fax 703-621-4153

INVOICE # 7
DATE: JUNE 24, 2007

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Frequent Flyer Mileage Federal Excise Tax | $10,808.95 | $10,808.95 |
| | | SUBTOTAL | $10,808.95 |
| | | SALES TAX | 0 |
| | | TOTAL | $10,808.95 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155  Fax 703-621-4153

INVOICE # 8
DATE: JUNE 25, 2007

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Deactivations reported twice – Dec. and Jan. invoice | $2392.00 | $2392.00 |
| 1 | Customer Service corrections | $1875.00 | $1875.00 |
| 1 | July and August exchanges reported as returns | $6136.00 | $6136.00 |
| 1 | Deactivations reported twice – Mar. and Apr. invoice | $624.00 | $624.00 |
| | | SUBTOTAL | $11,131.000 |
| | | SALES TAX | |
| | | TOTAL | $11,131.000 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**

# mForce
**Communications, Inc.**

# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155 Fax 703-621-4153

INVOICE # 9
DATE: AUGUST 30, 2007

TO  Chad Stockman
    InPhonic, Inc.
    1010 Wisconsin Ave #600
    Washington, DC 20007
    202-350-6139
    Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Frequent Flyer Mileage Federal Excise Tax | $12,965.06 | $12,965.06 |
| | | SUBTOTAL | $12,965.06 |
| | | SALES TAX | |
| | | TOTAL | $12,965.06 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**mForce Communications, Inc.**
*FlyFreeWireless.com*

1180 Gulf Blvd #203, Clearwater, FL 33767
Phone 703-621-4155  Fax 703-621-4153

INVOICE # 11
DATE: SEPTEMBER 15, 2007

**TO**  Chad Stockman
InPhonic, Inc.
1010 Wisconsin Ave #600
Washington, DC 20007
202-350-6139
Customer ID: INPC

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Michael Sauer | mForce Communications | Due on receipt | Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Frequent Flyer Excise Tax | $3,756.83 | $3,756.83 |
| | | SUBTOTAL | $3,756.83 |
| | | SALES TAX | |
| | | TOTAL | $3,756.83 |

Make all checks payable to mForce Communications, Inc.
**THANK YOU FOR YOUR BUSINESS!**



## Partner Commission Statement

| | |
|---|---|
| *Partner ID:* | mForce, Inc. |
| *Vendor ID:* | 38615 |
| *For the period ending:* | July 31, 2007 |
| *Remit to:* | mForce, Inc.<br>1750 Rosaleigh Ct.<br>Vienna, VA 22182 |

| Period | Description - Rate Plan Value | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| July 31, 2007 | | | | |
| | Information Redacted | | | |
| | | Net Due | $ | 37,388.03 |
| | | Payout | $ | 37,388.03 |



## Partner Commission Statement

*Partner ID:*  mForce, Inc.

*Vendor ID:*  38615

*For the period ending:*  August 31, 2007

*Remit to:*  mForce, Inc.
1750 Rosaleigh Ct.
Vienna, VA  22182

| Period | Description - Rate Plan Value | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| August 31, 2007 | | | | |
| | Information Redacted | | | |
| | | Net Due | $ | 53,668.02 |
| | | Payout | $ | 53,668.02 |



## Partner Commission Statement

| | |
|---|---|
| *Partner ID:* | mForce, Inc. |
| *Vendor ID:* | 38615 |
| *For the period ending:* | September 30, 2007 |
| *Remit to:* | mForce, Inc.<br>1750 Rosaleigh Ct.<br>Vienna, VA  22182 |

| Period | Description - Rate Plan Value | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| September 30, 2007 | | | | |
| | **Information Redacted** | | | |
| | Net Due | | $ | 85,215.15 |
| | | | $ | 95.00 |
| | | | $ | 120.00 |
| | | | $ | 95.00 |
| | | | $ | 70.00 |
| | **Payout** | | $ | 85,595.15 |



## Partner Commission Statement

| | |
|---|---|
| *Partner ID:* | mForce, Inc. |
| *Vendor ID:* | 38615 |
| *For the period ending:* | October 31, 2007 |
| *Remit to:* | mForce, Inc.<br>1750 Rosaleigh Ct.<br>Vienna, VA 22182 |

| Period | Description - Rate Plan Value | Net Units | $ per Unit | Amount |
|---|---|---|---|---|
| October 31, 2007 | | | | |
| | Information Redacted | | | |
| | Net Due | | $ | 46,631.57 |
| | | | $ | 70.00 |
| | | | $ | 120.00 |
| | | | $ | 95.00 |
| | | | $ | 70.00 |
| | Payout | | $ | 46,986.57 |