IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC INC., *et. al.*, | ) | Case No. 07-11666 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: DOCKET NOS. 12, 52 AND 146** |

**OBJECTION OF RANDALL VAN DYKE & ASSOCIATES, INC., d/b/a RNA, INC. TO CURE AMOUNTS**

Randall Van Dyke & Associates, Inc., d/b/a RNA, Inc. ("RNA") submits this Objection (the "Objection") to the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (the "Cure Notice"), filed and served by the above-captioned debtors and debtors-in-possession (the "Debtors"). In support of this Objection, RNA respectfully states as follows:

**BACKGROUND**

1. On November 8, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On or about March 1, 2007, RNA entered into a contract entitled "Master Services Agreement" with the Debtors, which includes and incorporates corresponding statements of work (each statement of work, an "SOW"), wherein, among other things, the Debtors were given authority to advertise and make sales to members of RNA in exchange for providing commissions for such sales to RNA. A true and correct copy of the Master Services Agreement and each corresponding SOW is attached hereto as Exhibit "A".

3.  The Debtors have failed to pay commissions and related consultation fees owed under the Master Services Agreement. Moreover, since the Petition Date, Debtors have continued making sales to RNA's members, and generating revenue on account therefrom.

4.  On November 8, 2007, the Debtors filed their Motion For Order (I) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling A Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief (the "Bid Procedures Motion").

5.  On November 29, 2007, Debtors filed the Cure Notice with the Bankruptcy Court. By the Bid Procedures Motion and the Cure Notice, the Debtors propose to pay a cure amount of $166,363.00 to RNA (the "Proposed Cure Amount").

## RNA'S OBJECTION

6.  RNA objects to the Proposed Cure Amount specified in the Cure Notice. As of December 3, 2007, the Debtors owe RNA the amount of $687,896.95 (the "Current Amounts Owed"), which is comprised of the following amounts:

|    |                     |              |
|----|---------------------|-------------:|
| a. | Documented Amounts  | $490,170.75  |
| b. | Estimated Amounts   | $363,000.00  |
| c. | Payment in Error    | -$165,273.80 |
|    | **Total:**          | $687,896.95  |

(A detailed itemization of the Current Amounts Owed is set forth in and attached hereto as Exhibit "B".)

7.      Moreover, the amount of money the Debtors will owe to RNA will continue to increase, as the term of the Master Services Agreement does not expire until March 1, 2010 (the "Termination Date").  Upon information and belief, the Debtors will continue to market and sell to RNA's members, and therefore, continue to accrue commissions, consulting expenses, and other liability to RNA (the "Future Amounts Owed") in connection with sales made pursuant to the Master Services Agreement.

8.      Furthermore, pursuant to Exhibit "A" to SOW No. 1, Debtors are obligated to make monthly payments to RNA, each in the amount of $50,000.00, through December 2008. Upon termination of the Master Services Agreement, each of these monthly payments will become due and owing.  Debtors' liability relating to these monthly payments from the period of November 2007 through December 2008 totals $700,000.00, and accordingly further increases Debtors' Future Amounts Owed.

9.      Therefore, given this continuously accruing liability, RNA objects to the capping of a cure amount as is suggested by the Cure Notice, and instead requests that the cure amount paid to RNA be increased to reflect all Current Amounts Owed and all Future Amounts Owed.

10.     Accordingly, RNA reserves its right to amend and/or revise this Objection and its alleged cure amount to account for all commissions and other related fees due and owing as of the effective date of the assumption and assignment of the Master Services Agreement.  RNA also requests the escrow of disputed amounts, along with a sufficient reserve, in RNA's discretion, to govern all accrued but unbilled amounts owing under the Master Services Agreement as of the effective date.

WHEREFORE, RNA respectfully requests that the Court condition any assumption of the Master Services Agreement on the payment of a cure claim to RNA in the amounts stated above, and that the Court grant RNA such other and further relief as is just and proper.

Dated: December 3, 2007
      Wilmington, Delaware      **FOX ROTHSCHILD LLP**

By: /s/ Carl D. Neff
Daniel K. Astin (Bar No. 4068)
Anthony M. Saccullo (Bar No. 4141)
Carl D. Neff (Bar No. 4895)
Citizens Bank Center, Suite 1300
919 N. Market Street, P.O. Box 2323
Wilmington, Delaware 19899-2323
Tel (302) 654-7444/Fax (302) 656-892

*Attorneys for Randall Van Dyke & Associates, Inc., d/b/a RNA, Inc.*