# **EXHIBIT B**

The below is an itemization of outstanding amounts Inphonic, Inc., *et al.* owes to Randall Van Dyke & Associates, Inc., d/b/a RNA, Inc. as of December 3, 2007.

---

| | |
|---|---|
| **I. Documented:** | $490,170.75 |
| **II. Estimated:** | $363,000.00 |
| **III. Payment error:** | -$165,273.80 |
| **TOTAL:** | $687,896.95 |

**I.  Amounts that can be documented as of 12/3/07:**          $490,170.75

    **1.  Consulting/Placement Invoices**                                         $155,674.75

| | |
|---|---|
| #1019 | 12,022.50 |
| #1021 | 18,390.75 |
| #1022 | 45,770.54 |
| #1023 | 40,249.85 |
| #1024 | 39,241.11 |

    **2.  VOIP Commissions**                                                              $31,285.00

| | |
|---|---|
| 08/07 | 1,885.00 |
| 09/07 | 10,510.00 |
| 10/07 | 18890.00 |

    **3.  Satellite Commissions**                                                        $17,820.00

09/07 DTV   17,820.00

    **4.  Cell Commissions**                                                              $235,391.00

| | |
|---|---|
| 11/07 | 4905.00 |
| 10/07 | 12,268.00 |
| 05/07 | 28,336.00 |
| 09/07 | 34,401.00 |
| 03/07 | 45,429.00 |
| 07/07 A | 54,351.00 |
| 07/07 B | 55,701.00 |

| | | |
|---|---|---:|
| **5.** | **$50,000 Payments (14 payments are due after 11/8):** | **$50,000.00** |

10/2007        $50,000

| | | |
|---|---|---:|
| **II.** | **Estimated Amounts not able to be documented as of 12/3/07:** | **$363,000.00** |

    **1. VOIP Commissions**

| | |
|---|---:|
| Sales from 10/1/2007- 11/8/2007 to be activated and paid at a later date: 500 @ $65 per = | **$32,500.00** |

    **2. Satellite Commissions**

| | |
|---|---:|
| DISH Sales from 9/1- 11/8 to be activated and paid at a later date: 1850 @ $135 per = | **$249,750.00** |
| DTV Sales from 9/1 to 11/8 to be activated and paid at a later date: 450 @ $135 per = | **$60,750.00** |

    **3. Cell Commissions**

| | |
|---|---:|
| 10/1/2007- 11/8/2007  Sales to be activated and paid later; 200: | **$20,000** |

| | | |
|---|---|---:|
| **III.** | **Payments received in error** | **-165,273.80** |

On 5/2/2007, a wire was sent to my account that was intended for another vendor.

| | |
|---|---:|
| **TOTAL OWED AS OF DECEMBER 3, 2007:** | **$687,896.95** |