## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC INC., *et. al.*, | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Valerie Frew, certify that I am a paralegal employed by the law firm of Fox Rothschild LLP.

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that true and correct copies of the following document(s) were served via electronic notice upon filing, and additionally to the parties on the attached service list in the manner indicated on December 3, 2007:

1. Objection to Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing filed by Randall Van Dyke & Associates, Inc., on December 3, 2007.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

Dated: December 3, 2007        By:    /s/ *Valerie Frew*
                                            Valerie Frew

Sworn to and subscribed before
me this 3rd day of December, 2007.

*/s/ Mary Rutkowski*, Notary Public
My commission expires: August 21, 2011

WM1A 149531v1 12/03/07

SERVICE LIST

Via First Class Mail

Gregory Cole
InPhonic, Inc.
1010 Wisconsin Avenue
Suite 600
Washington, DC 20007

Via Facsimile

Adeptio, c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19014
Attn: David Lorry
Facsimile:  215-6093499

Via Electronic Mail

Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020
Thomas.califano@dlapiper.com

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com

Goldsmith-Agio-Helms/
Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, New York 10036
Attn: Andrew Torgove
atorgove@agio.com

Anup Sathy, Esquire
John Schoenfeld, Esquire
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
asathy@kirkland.com
jschoenfeld@kirkland.com

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
bankserve@bayardfirm.com

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Libert Place
1650 Market Street
Wilmington, DE 19801
cspringer@reedsmith.com

WM1A 149531v1 12/03/07