IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered <br> Related to DI 12, 102, 144 |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq. hereby certify that on the 3rd day of December 2007, a true and correct copy of the **OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF DEBTORS FOR AN ORDER PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF** was served upon the addressees on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

INPHONIC, INC., *et al.*
Sale Objection Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ekosmowski@ycst.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Andrew Torgrove
Goldsmith-Agio-Helms/Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, NY 10036
E-mail: atorgrove@agio.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail:  richard.schepacarter@usdoj.gov

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Anup Sathy, Esquire
John Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
E-mail: asathy@kirkland.com/
jschoenfeld@kirkland.com.

**VIA OVERNIGHT MAIL**
David Lorry
Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104