**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| InPhonic, Inc., et al., ) | |
| ) | Case No. 07-11666 (KG) |
| Debtors. ) | |
| ) | Joint Administration |

------------------------------------------------------------

**AFFIDAVIT OF WILLIAM WELLER, PARALEGAL**

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 3, 2007, I caused service of the following:

**CURE OBJECTION OF MFORCE, INC. TO NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING**
[Re: Docket No. 179]

Service was completed upon the following parties on the attached list as indicated thereon.

Date:    December 3, 2007

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 3rd of December, 2007.

_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/099999-7777/1636887/1

**VIA HAND DELIVERY**
Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile: (302) 658-6395
[Counsel for the Debtors]

Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
[Counsel for Adeptio INPC Funding, LLC]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Facsimile: (302) 778-7575
[Proposed Counsel to the Official
Committee of Unsecured Creditors]

**VIA FACSIMILE & FIRST CLASS MAIL**
Gregory S. Cole, Esq.
InPhonic, Inc.
1010 Wisconsin Avenue, N.W.
Suite 600
Washington, D.C. 20007
Facsimile: (202) 333-5007

**VIA FACSIMILE & FIRST CLASS MAIL**
Andrew Torgove
Goldsmith, Agio, Helms Securities, Inc.
11 West 42nd Street, 29th Floor
New York, NY 10036
Facsimile: (212) 758-3833
[Investment Banker to the Debtors]

Thomas R. Califano, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 884-8690
[Counsel for the Debtors]

Adeptio
c/o Chrysalis Capital Partners, LP
David Lorry
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Facsimile: (215) 609-3499
[Buyer]

Anup Sathy, Esq.
David A. Agay, Esq.
Andrea L. Johnson, Esq.
John Schoenfeld, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Facsimile: (312) 861-2200
[Counsel for Adeptio INPC Funding, LLC]

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Facsimile: (412) 288-3063
[Proposed Counsel to the Official
Committee of Unsecured Creditors]

**VIA FACSIMILE & FIRST CLASS MAIL**
Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Facsimile: (215) 851-1420
[Proposed Counsel to the Official Committee of Unsecured Creditors]