IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| InPhonic, Inc., et al., ) | |
| ) | Case No. 07-11666 (KG) |
| Debtors. ) | |
| ) | Joint Administration |

---

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

    I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 3, 2007, I caused service of the following:

**LIMITED OBJECTION OF SPRINT NEXTEL CORPORATION TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(A), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**
[Re: Docket No. 181]

    Service was completed upon the following parties on the attached list as indicated thereon.

Date: December 3, 2007

                                                                     /s/ William Weller
                                                                     William Weller

SWORN TO AND SUBSCRIBED before me this 3rd of December, 2007.

                                                       /s/ S. Staci Hudson
                                                     NOTARY
                                                     My commission expires:
                                                     **S. STACI HUDSON**
                                                     **Notary Public - State of Delaware**
                                                     **My Comm. Expires Dec. 11, 2008**

**VIA FACSIMILE & HAND DELIVERY**
Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile: (302) 658-6395
[Counsel for the Debtors]

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
[Counsel for Adeptio INPC Funding, LLC]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
[United States Trustee]

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Facsimile: (302) 778-7575
[Proposed Counsel to the Official Committee of Unsecured Creditors]

**VIA FACSIMILE & FIRST CLASS MAIL**
Gregory S. Cole, Esq.
InPhonic, Inc.
1010 Wisconsin Avenue, N.W.
Suite 600
Washington, D.C. 20007
Facsimile: (202) 333-5007

**VIA FACSIMILE & FIRST CLASS MAIL**
Andrew Torgove
Goldsmith, Agio, Helms Securities, Inc.
11 West 42nd Street, 29th Floor
New York, NY 10036
Facsimile: (212) 758-3833
[Investment Banker to the Debtors]

Thomas R. Califano, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Facsimile: (212) 884-8690
[Counsel for the Debtors]

Adeptio
c/o Chrysalis Capital Partners, LP
David Lorry
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Facsimile: (215) 609-3499
[Buyer]

Anup Sathy, Esq.
David A. Agay, Esq.
Andrea L. Johnson, Esq.
John Schoenfeld, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Facsimile: (312) 861-2200
[Counsel for Adeptio INPC Funding, LLC]

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Facsimile: (412) 288-3063
[Proposed Counsel to the Official Committee of Unsecured Creditors]

**VIA FACSIMILE & FIRST CLASS MAIL**
Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Facsimile: (215) 851-1420
[Proposed Counsel to the Official Committee of
Unsecured Creditors]