# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| InPhonic, Inc., et al.,[1] | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

Re: Docket Nos. 164, 165,
166, 167 and 168

## AFFIDAVIT OF SERVICE RE:

| Docket No. 164 | FINAL ORDER (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE TO DEBTORS, (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE [Re: Docket No. 4] |
|---|---|
| Docket No. 165 | ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 11 PROFESSIONALS AND COMMITTEE MEMBERS [Re: Docket No. 15] |
| Docket No. 166 | ORDER AUTHORIZING RETENTION OF DLA PIPER US LLP AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE [Re: Docket No. 23] |
| Docket No. 167 | ORDER UNDER SECTIONS 327(a) AND 328(a) OF THE BANKRUTPCY CODE AND BANKRUPTCY RULES 2014 AND 5002 AUTHORIZING EMPLOYMENT AND RETENTION OF GOLDSMITH, AGIO, HELMS SECURITIES, INC. AS INVESTMENT BANKER TO DEBTORS IN POSSESSION [Re: Docket No. 21] |
| Docket No. 168 | NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2007 AT 8:00 A.M. 824 MARKET STREET, COURTROOM 3, 6TH FL WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 11, 86 and 102] |

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

I, James H. Myers, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.    On December 3, 2007, I caused the above referenced documents to be served on the parties as described below:

| | |
|---|---|
| Exhibit A | Service List regarding Docket Nos. 164 through 167<br>[Re: those parties who have requested special notice and the Core Group are together referenced in Service List 26937] |
| Exhibit B | Service List regarding Docket Nos. 168<br>[Re: those parties who have requested special notice and the Core Group are together referenced in Service Lists 26927 and 26928] |
| Exhibit C | Affected Parties Service List regarding Docket No. 164 |

3.    All parties were served via the modes of service indicated in Exhibits A through C.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December _4_, 2007
El Segundo, California

James H. Myers

State of California      )
                        ) ss
County of Los Angeles   )

Personally appeared before me on December _4_, 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC·CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008