# EXHIBIT A

# for InPhonic, Inc.

**Total number of parties: 148**

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26937 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 26937 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 26937 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 26937 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 26937 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 26937 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 26937 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 26937 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 26937 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 26937 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 26937 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 26937 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 26937 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 26937 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 26937 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 26937 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 26937 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 26937 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 26937 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 26937 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 26937 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 26937 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 26937 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 26937 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26937 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 26937 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 26937 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 26937 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 26937 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 26937 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), RENAISSANCE ONE, 2 NORTH CENTRAL AVE, PHOENIX, AZ, 85004-2391 | US Mail (1st Class) |
| 26937 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 26937 | REED SMITH LLC, KURT F GWYNNE, (RE. COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | REED SMITH LLC, ROBERT P SIMMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 26937 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 26937 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 26937 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 26937 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 26937 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 26937 | US ATTORNEY`S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 26937 | VERSA CAPITAL MANAGEMENT, INC , GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 26937 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 26937 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 26937 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 26937 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN, (RE: SPANCO TELESYSTEMS & SOLUTIONS), 90 WOODBRIDGE CNTR DR, STE 900, WOODBRIDGE, NJ, 07095 | US Mail (1st Class) |
| 26937 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 26937 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 26937 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|

Subtotal for this group: 56

# EXHIBIT B

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26927 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), CATALDOP@GSICOMMERCE.COM | E-mail |
| 26927 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), NOTICES@BECKET-LEE.COM | E-mail |
| 26927 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), LSCHWAB@BBSLAW.COM | E-mail |
| 26927 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), PCOSTELLO@BBSLAW.COM | E-mail |
| 26927 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), STEVEN.WILAMOWSKY@BINGHAM.COM | E-mail |
| 26927 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), FATELL@BLANKROME.COM | E-mail |
| 26927 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), SHAPIRO-JC@BLANKROME.COM | E-mail |
| 26927 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), DEBAECKE@BLANKROME.COM | E-mail |
| 26927 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), KELBON@BLANKROME.COM | E-mail |
| 26928 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | DHL Overnight |
| 26927 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, DLEMAY@CHADBOURNE.COM | E-mail |
| 26927 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, SROSEN@CB-SHEA.COM | E-mail |
| 26927 | DELAWARE SECRETARY OF STATE, DOSDOC_WEB@STATE.DE.US | E-mail |
| 26927 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, EMANUEL.MARINO@STATE.DE.US | E-mail |
| 26927 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 26927 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), MARIA.RUARK@DLAPIPER.COM | E-mail |
| 26927 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), THOMAS.CALIFANO@DLAPIPER.COM | E-mail |
| 26927 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, ATORGOVE@AGIO.COM | E-mail |
| 26927 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, JCOHEN@AGIO.COM | E-mail |
| 26927 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, DOFLANAGAN@AGIO.COM | E-mail |
| 26927 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 26927 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 26927 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 26928 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | DHL Overnight |
| 26928 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | DHL Overnight |
| 26928 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | DHL Overnight |
| 26927 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), PROSENBLATT@KILPATRICKSTOCKTON.COM | E-mail |
| 26927 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), TMEYERS@KILPATRICKSTOCKTON.COM | E-mail |
| 26927 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), AFROST@KIRKLAND.COM | E-mail |
| 26927 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), ASATHY@KIRKLAND.COM | E-mail |
| 26927 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), JSCHOENFELD@KIRKLAND.COM | E-mail |
| 26927 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), DAGAY@KIRKLAND.COM | E-mail |
| 26927 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), LOIZIDES@LOIZIDES.COM | E-mail |
| 26927 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), DSWAN@MCGUIREWOODS.COM | E-mail |

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26927 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), BFALLON@MORRISJAMES.COM | E-mail |
| 26927 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, RICHARD.SCHEPACARTER@USDOJ.GOV | E-mail |
| 26927 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), CGUASTEL@QUARLES.COM | E-mail |
| 26927 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), CSPRINGER@REEDSMITH.COM | E-mail |
| 26927 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), KGWYNNE@REEDSMITH.COM | E-mail |
| 26938 | REED SMITH LLC, ROBERT P SIMMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | DHL Overnight |
| 26927 | REED SMITH LLC, ROBERT P SIMMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), RSIMMONS@REEDSMITH.COM<br>*email failed* | E-mail |
| 26927 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, SCHRAGEP@SEC.GOV | E-mail |
| 26927 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, CFLETTERS@SEC.GOV | E-mail |
| 26928 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | DHL Overnight |
| 26927 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), ESUTTY@BAYARDFIRM.COM | E-mail |
| 26927 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), MAUGUSTINE@BAYARDFIRM.COM | E-mail |
| 26927 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), NGLASSMAN@BAYARDFIRM.COM | E-mail |
| 26927 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, ELLEN.SLIGHTS@USDOJ.GOV | E-mail |
| 26927 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, GLS@VERSAFUND.COM | E-mail |
| 26927 | VERSA CAPITAL MANAGEMENT, INC, GREG SEGALL & PAUL HALPERN, PHALPERN@VERSAFUND.COM | E-mail |
| 26927 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, PHALPERN@VERSAFUND.COM | E-mail |
| 26927 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, DLORRY@VERSAFUND.COM | E-mail |
| 26927 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), TSCOBB@VSSP.COM | E-mail |
| 26927 | W B DONER & COMPANY, KEVIN WEINMAN, KWEINMAN@DONERUS.COM | E-mail |
| 26927 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN, (RE: SPANCO TELESYSTEMS & SOLUTIONS), DSTEIN@WILENTZ.COM | E-mail |
| 26927 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), DSTEIN@WILENTZ.COM | E-mail |
| 26927 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), FMONACO@WCSR.COM | E-mail |
| 26927 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), KMANGAN@WCSR.COM | E-mail |
| 26927 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), EMORTON@YCST.COM | E-mail |
| 26927 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), EKOSMOWSKI@YCST.COM | E-mail |
| 26927 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), RBRADY@YCST.COM | E-mail |

**Subtotal for this group: 61**

InPhonic, Inc

*page 9 of 11*

# EXHIBIT C

*page 11 of 11*

## Exhibit C - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26933 | ASSOCIATED BLDG MAINT CO, 2140 PRIEST BRIDGE COURT, CROFTON, MD, 21114 | US Mail (1st Class) |
| 26933 | AT&T, PO BOX 277019, ATLANTA, GA, 30384-7019 | US Mail (1st Class) |
| 26933 | AT&T, PO BOX 13128, NEWARK, NJ, 07101-5628 | US Mail (1st Class) |
| 26933 | AT&T, PO BOX 830120, BALTIMORE, MD, 21283-0120 | US Mail (1st Class) |
| 26933 | CAVALIER BUSINESS COMMUNICATIONS, PO BOX 2950, RICHMOND, VA, 23228-9700 | US Mail (1st Class) |
| 26933 | COGENT COMMUNICATIONS, INC, PO BOX 791087, BALTIMORE, MD, 21279-1087 | US Mail (1st Class) |
| 26933 | COLVIN RUN PARTNERS, LLC, PO BOX 994, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 26933 | GLOBAL CROSSING TELECOMMUNICATIONS, PO BOX 741276, CINCINNATI, OH, 45274-1276 | US Mail (1st Class) |
| 26933 | INTERMAP NETWORK SERVICES, BOX 200111, PITTSBURGH, PA, 15251-0111 | US Mail (1st Class) |
| 26933 | MCI, 27732 NETWORK PLACE, CHICAGO, IL, 60673-1277 | US Mail (1st Class) |
| 26933 | MCI, PO BOX 96022, CHARLOTTE, NC, 28296-0022 | US Mail (1st Class) |
| 26933 | MCI, PO BOX 371322, PITTSBURGH, PA, 15250-7322 | US Mail (1st Class) |
| 26933 | MCI, PO BOX 371392, PITTSBURGH, PA, 15251-7392 | US Mail (1st Class) |
| 26933 | MCI, PO BOX 371873, PITTSBURGH, PA, 15250-7873 | US Mail (1st Class) |
| 26933 | MCI COMM SERVICE, 27732 NETWORK PLACE, CHICAGO, IL, 60673-1277 | US Mail (1st Class) |
| 26933 | MCI/VERIZON, PO BOX 371355, PITTSBURGH, PA, 15250-7355 | US Mail (1st Class) |
| 26933 | PEPCO, PO BOX 4863, TRENTON, NJ, 08650-4863 | US Mail (1st Class) |
| 26933 | QWEST - LIBERTY, 3175 LENOX PARK BLVD, MEMPHIS, TN, 38115-4260 | US Mail (1st Class) |
| 26933 | SPRINT, PO BOX 4191, CAROL STREAM, IL, 60197-4191 | US Mail (1st Class) |
| 26933 | SPRINT, REGCENTRAL LOCKBOX, PO BOX 4191, CAROL STREAM, IL, 60197-4191 | US Mail (1st Class) |
| 26933 | SPRINT, PO BOX 930331, ATLANTA, GA, 31193-0331 | US Mail (1st Class) |
| 26933 | SPRINT, PO BOX 219100, KANSAS CITY, MO, 64121-9100 | US Mail (1st Class) |
| 26933 | VERIZON, PO BOX 660720, DALLAS, TX, 75266-0720 | US Mail (1st Class) |
| 26933 | VERIZON, PO BOX 17577, BALTIMORE, MD, 21297-0513 | US Mail (1st Class) |
| 26933 | VERIZON CABS, PO BOX 37205, BALTIMORE, MD, 21297-3205 | US Mail (1st Class) |
| 26933 | VERIZON WIRELESS, PO BOX 790406, ST LOUIS, MO, 63179-0406 | US Mail (1st Class) |
| 26933 | VERIZON WIRELESS, PO BOX 25505, LEHIGH VALLEY, PA, 18002-5505 | US Mail (1st Class) |
| 26933 | VERIZON WIRELESS, PO BOX 17464, BALTIMORE, MD, 21297-1464 | US Mail (1st Class) |
| 26933 | WASTE MANAGEMENT OF MARYLAND (WM), PO BOX 13648, PHILADELPHIA, PA, 19101-3648 | US Mail (1st Class) |
| 26933 | WATERFRONT CENTER C/O R B ASS (ELECTRIC), (ELECTRIC), 1054 31ST STREET, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 26933 | WATERFRONT CENTER C/O R B ASS (GAS), 1054 31ST STREET, WASHINGTON, DC, 20007 | US Mail (1st Class) |

**Subtotal for this group: 31**