# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | . | Chapter 11 |
| | . | |
| MORTGAGE LENDERS NETWORK USA, | . | Case No. 07-10146(PJW) |
| INC., | . | (Jointly Administered) |
| | . | |
| Debtor. | . | March 20, 2007 (2:06 p.m.) |
| | . | (Wilmington) |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1  commercially reasonable manner, and I'm sure RFC would get up
2  here and confirm -
3           THE COURT: Assuming you can prove that it's market
4  driven -
5           MR. GODSHALL: Yes.
6           THE COURT:  - no fault of anybody except the
7  market.
8           MR. GODSHALL: Yes, yes, that's exactly what this
9  was supposed to limit in terms of a collateral diminution
10 claim.  So, I'm not sure why we're at odds with the Committee
11 on this first objection.  I think this is a good thing for
12 the estate not a bad thing.  We're happy to try to resolve
13 objections while we're here, but we think this objection is
14 not well-taken for the reasons I've just stated.  Now I can
15 go onto number 2 or you can hear from -
16          THE COURT: No, why don't you cover all four or five
17 as your - for your count.
18          MR. GODSHALL: Sure, Your Honor.  The second
19 objection that I identified is on page 29, paragraph (5), and
20 this is the surcharge waiver.  And, Your Honor, this is not
21 an issue that the debtor feels as strongly about.  This is
22 obviously something that RFC's requested.  I'm sure Your
23 Honor has seen requests for surcharge waivers a thousand
24 times, you know, in your career as a judge.  They're
25 obviously, absolutely standard in the context of DIP

Case 07-11666-KG   Doc 189-1   Filed 12/04/07   Page 4 of 4

21

```
 1    financing to get some sort of a surcharge waiver.  I think
 2    they're less standard in the context of a cash collateral use
 3    request which is what we have here.
 4            THE COURT:  Well, I don't think they're standard in
 5    a conventional DIP facility, not in my Court anyway.
 6            MR. GODSHALL:  Well, all right, well then -
 7            THE COURT:  Well, let me tell you what the law in
 8    this Court's been for at least the last five years.  If the
 9    Committee doesn't agree with the waiver, it doesn't happen.
10    I've had a couple of cases where the Committee has agreed to
11    it because of exigent circumstances, but absent the
12    Committee's approval I can't remember the last time I
13    approved such a waiver, if I ever did.
14            MR. GODSHALL:  All right, well, then, in that case,
15    Your Honor, RFC's going to have a decision to make, and this
16    wasn't, obviously, something that the debtor negotiated for.
17    This is something that RFC has required.  Third objection I
18    heard, Your Honor, was RFC's control of the budget process
19    and this is maybe where your numbering and mine diverge
20    because under that heading I heard two separate objections,
21    and the first objection, Your Honor, is that this order only
22    permits professional fees to be paid in accordance with the
23    budget, and the budget has an amount of professional fees for
24    the Committee running through April 28 that is, I believe,
25    $210,000 for Committee counsel and $90,000, I believe, for
```