# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | InPhonic, Inc. |
| **Case Number:** | 07-11666-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 05, 2007 08:00 AM   2B DISTRICT CRT |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | SHERRY JOHNSON |

### Matter:

Continued from 11/30/07 @ 2:00 pm

**R / M #:**   187 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 12/11 @ 2:00 pm
#2 - Continued to 12/11 @ 2:00 pm
#3 - Continued to 12/11 @ 2:00 pm