CASE NAME: INPHONIC, INC.
CASE NO.: 07-11666 - KG

COURTROOM LOCATION: 3
DATE: 12/5/07

# SIGN-IN-SHEET

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. McGeary (Telephonic Appearance) | Attorney at Law Timothy J. McGeary | OCUC |
| Claudia Springer Gaston Loomis, Robert Simons | Reed Smith | OCUC (Lester Only) |
| Ashoka Tankala " | Infinite Solution | OCUC |
| Brent Shaw " | IBR Media Ventures | OCUC (Lester Only) |
| Colleen Jones " | IBR Media Ventures (Lester Only) | IBR Media Ventures (Lester Only) |
| James F. Malahy " | ACN Communication Services | ACN Communication Svc. |
| Tiffany Cobb " | Vorys, Sater, Seymour + Pease | AoLLC (Lester only) |
| Paul Rosenblatt " | Kilpatrick | AoLLC (Lester only) |
| Tom Caysmo | DLA PIPER | DEBTOR |
| Neil Glassman | Bayard | Debtor |
| Nej Argustine | Bayard | Debtor |
| Jeremy Johnsen | DLA Piper | Debtor |
| Chris Loizides | Loizides, PA | AT+T |
| Anup Sathy | Kirkland & Ellis | Adeptio |
| David Agay | " | " |
| Robert Brady | Young Conaway | " |

# SIGN-IN-SHEET

**CASE NAME:** INPHONIC, INC.
**CASE NO.:** 07-11666 - KG

**COURTROOM LOCATION:** 3
**DATE:** 12/5/07

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Usdin | Womble Carlyle | T-Mobile |
| Brett D Fallon | Morris James LLP | Sprint Nextel |
| David I Swan | McGuire Woods | Sprint Nextel |
| Christa Spicer | McGuire Woods LLP | Official Committee of U.C. |
| Kurt Gwynne | " " | " " |
| Richard Riley | Duane Morris | Sponco Telesystems |
| Richard L. Schepacarter | USDOJ - OUST | UST |
| Bonnie Fatell | Blank Rome | Alico - Verizon Wireless |

