IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| : | |
| INPHONIC, INC., <u>et al</u>. : | Case No. 07-11666 (KG) |
| : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **QUALUTION SYSTEMS, INC.**, a creditor and party-in-interest in the above-captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

| | |
|---|---|
| J. Scout Bovitz, Esq. | Patricia P. McGonigle, Esq. |
| Bovitz & Spitzer | SEITZ, VAN OGTROP & GREEN, P.A. |
| 880 West First Street | 222 Delaware Avenue, Suite 1500 |
| Suite 502 | P.O. Box 68 |
| Los Angeles, CA  90012-2430 | Wilmington, DE  19899 |
| Telephone:  (213) 346-8300 | Telephone:  (302) 888-7605 |
| Facsimile:  (213) 620-1811 | Facsimile:  (302) 888-0606 |

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the name and address set forth above be added to any short list in this case.

62316 v1

                SEITZ, VAN OGTROP & GREEN, P.A.

                /s/  *Patricia P. McGonigle*
                _____
                Patricia P. McGonigle (DE 3126)
                222 Delaware Avenue, Suite 1500
                P. O. Box 68
                Wilmington, DE 19801
                Tel: 302.888.7605
                Fax: 302.888.0606
                pmcgonigle@svglaw.com

                          -and-

                J. Scott Bovitz
                Bovitz & Spitzer
                880 West First Street, Suite 502
                Los Angeles, CA 90012-2445

                Counsel to:
                Qualution Systems, Inc.

Dated:  December 5, 2007