## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that on December 5, 2007, a copy of **Notice of Appearance and Demand for Service of Papers** was served upon the following parties/counsel in the manner indicated and upon those parties upon on the CM/ECF Notice:

| | |
|---|---|
| Goldsmith-Agio-Helms/Lazard Middle Market<br>11 West 42nd Street, 29th Floor<br>New York, NY  10036<br>*Attn:  Andrew Torgove* | *Via Facsimile (212) 758-3833* |
| DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY  10020<br>*Attn:  Thomas R. Califano* | *Via Facsimile (212) 335-4501* |
| The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE  19899<br>*Attn:  Neil B. Glassman* | *Via Hand Delivery* |
| Adeptio<br>c/o Ciro Centre<br>2929 Arch Street<br>Philadelphia, PA  19104<br>*Attn:  David Lorry* | *Via Facsimile (215) 609-3499* |
| Kirkland and Ellis, LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>*Attn:  Anup Sathy and John Schoenfeld* | *Via Facsimile (312) 861-2200* |
| Reed Smith LLP<br>1201 Market Street, 15th Floor<br>Wilmington, DE  19801<br>*Attn:  Kurt F. Gwynne* | *Via Hand Delivery* |
| Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103<br>*Attn:  Claudia Z. Springer* | *Via Facsimile (215) 851-1420* |

62312 v1

/s/ *Patricia P. McGonigle*

_____
PATRICIA P. MCGONIGLE (ID #3126)

62312 v1