## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, do hereby certify that on this 5th day of December, 2007, I caused a true and correct copy of the foregoing **Notice of Hearing Regarding Docket Nos. 86 and 102** to be served upon the parties listed upon the attached Service List via facsimile.

_____
Mary E. Augustine (No. 4477)

3

{00703924;v1}

68

| | |
|---|---|
| 703-744-8001 | Douglas C. Boggs, for Patton Boggs LLP |
| 614-719-4663 | Tiffany Strelow Cobb, Esq., for AOL |
| 501-905-6307 | Ron Herring, for Alltel Communications, Inc. |
| 212-685-7081 | Meghan Messenger, for Next Jump, Inc. |
| 703-744-8001 | Greg Malakoff, for Sprint Nextel Corp. |
| 510-985-7410 | Lino Senio, for Ask.com |
| 708-479-2619 | Patrick M. Fagen, for Yellow Page Authority |
| 202-661-8275 | Ivan A. Schlager, Esquire, of Skadden Arps Slate Meagher & Flom LLP |
| 631-940-4564 | Paul Strohmenger, for CosmoCom, Inc. |
| 303-531-6693 | Randall Van Dyke, c/o JDS Professional Group |
| 302-571-1253 | Robert S. Brady, Esquire, for Adeptio INPC Funding, LLC |
| 302-571-1253 | Edmon L. Morton, Esquire, for Adeptio INPC Funding, LLC |
| 302-571-1253 | Edward J. Kosmowski, Esquire, for Adeptio INPC Funding, LLC |
| 312-861-2200 | Anup Sathy, Esquire, for Adeptio INPC Funding, LLC |
| 312-861-2200 | David A. Agay, Esquire, for Adeptio INPC Funding, LLC |
| 312-861-2200 | Andrea Johnson, Esquire, for Adeptio INPC Funding, LLC |
| 404-541-3373 | Todd C. Meyers, Esquire, for AT&T |
| 404-541-3373 | Paul M. Rosenblatt, Esquire, for AT&T |
| 215-832-5507 | Regina Stango Kelbon, Esquire, for Verizon Wireless |
| 302-425-6464 | Bonnie Glantz Fatell, Esquire, for Verizon Wireless |
| 650-494-2738 | Lawrence M. Schwab, Esquire, for Yahoo!, Inc. and Overture Services, Inc. |
| 650-494-2738 | Patrick M. Costello, Esquire, for Yahoo!, Inc. and Overture Services, Inc. |
| 860-727-0361 | Scott D. Rosen, Esquire, of Cohn Birnbaum Shea |
| 212-541-5369 | David M. LeMay, Esquire, Chadbourne & Parke LLP |
| 302-778-7575 | Kurt F. Gwynne, Esquire, of Reed Smith LLP |
| 412-288-3063 | Robert P. Simons, Esquire, of Reed Smith LLP |
| 215-851-1420 | Claudia Z. Springer, Esquire, of Reed Smith LLP |
| 212-752-5378 | Steven Wilamowsky, Esquire, of Bingham McCutchen LLP |
| 302-426-9947 | Marla R. Eskin, Esquire, of Campbell & Levine LLC |
| 302-426-9947 | Katheryn S. Keller, Esquire, of Campbell & Levine LLC |
| 215-832-5746 | Joel C. Shapiro, Esquire, of Blank Rome LLP |
| 302-425-6464 | Michael D. DeBaecke, Esquire, of Blank Rome LLP |
| 703-712-5246 | David I. Swan, Esquire, of McGuire Woods LLP |
| 732-726-6570 | David H. Stein, Esquire, of Wilentz Goldman & Spitzer, P.A. |
| 302-661-7730 | Francis A. Monaco, Jr., Esquire, of Womble Carlyle Sandridge & Rice |
| 302-661-7730 | Kevin J. Mangan, Esquire, of Womble Carlyle Sandridge & Rice |
| 302-657-4901 | Richard W. Riley, Esquire, of Duane Morris LLP |
| 302-571-1750 | Brett D. Fallon, Esquire, of Morris James LLP |
| 302-888-0606 | Kevini A. Guerke, Esquire, of Seitz, Van Ogtrop & Green, PA |
| 302-573-6497 | Richard Shepacarter, Esquire, Office of the U.S. Trustee |
| 302-573-6431 | Ellen W. Slights, Esquire, U.A. Attorney's Office |
| 602-229-5690 | Catherine M. Guastello, Esquire, for DFS Services LLC f/k/a Discover Financial Services LLC |
| 610-993-8493 | Gilbert B. Weisman, Esquire, of Backet and Lee LLP |
| 617-523-6850 | John J. Monaghan, Esquire, of Holland & Knight LLP |
| 617-523-6850 | Lynne B. Xerras, Esquire, of Holland & Knight LLP |
| 617-523-6850 | Diane N. Rallis, Esquire, of Holland & Knight LLP |
| 302-654-0728 | Christopher D. Loizides, Esquire, of Loizides, P.A. |