IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al. | : | Case No. 07-11666 (KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket Nos. 13 and 146 |
| | : | |

**OBJECTION OF QUALUTION SYSTEMS, INC. TO MOTION OF DEBTORS FOR ORDER PURSUANT TO SECTIONS 105(A), 363, AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006, AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

Qualution Systems, Inc. ("Qualution"), by and through their undersigned counsel, hereby makes this objection (the "Objection") to the Motion of Debtors for an Order Pursuant to Sections 105(A), 363, and 365 of the Bankruptcy Code in Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion") and respectfully represents as follows:

1.     On November 8, 2007 ("the Petition Date"), InPhonic, Inc. ("InPhonic") and each of its wholly-owned subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("the Bankruptcy Code").

2.     On the Petition Date, the Debtors filed the Sale Motion and on November 9, 2007, the Court entered an Order approving procedures in connection with the proposed sale, including

procedures relating to the assumption and assignment of certain contracts, and proposed cure amounts.

3. Qualution and Star Number, Inc., a wholly-owned subsidiary of InPhonic ("Star Number"), are parties to a Non-Exclusive License and Servicing Agreement dated effective as of October 7, 2003 (the "License Agreement"). Pursuant to the License Agreement, Qualution granted to Star Number a non-exclusive license to use that certain wireless communications customer relations management software suite known as CATALYST for Telecom, and further agreed to provide certain maintenance services, as set forth in the License Agreement. A true and correct copy of the License Agreement is attached hereto as Exhibit 1.

4. Qualution received from the Debtors a "Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing" (the "Assumption Notice"). On Exhibit A to the Assumption Notice, the Debtors listed a cure amount of $0.00 that would be paid to Qualution in the event the License Agreement was a contract the Debtors sought to assume, assign and sell.

5. As of the Petition Date, and pursuant to the License Agreement, the Debtors owed to Qualution the amount of $94,066.46 (the "Actual Cure Amount"). True and correct copies of the unpaid invoices comprising the Actual Cure Amount are attached hereto as Exhibit 2.

6. Since the Petition Date, upon information and belief, Debtors have continued to utilize CATALYST software and related services provided pursuant to the License Agreement.

7. While Qualution does not have any specific objection to the Debtors sale of substantially all of their assets or the future assignment of the License Agreement, it requires that the Actual Cure Amount of $94,066.46 be paid in full prior to any assumption of the License Agreement and that any future assignment of the License Agreement be subject to an appropriate

showing by either Adeptio or another successful bidder as to adequate assurance that future performance within the provisions of the Bankruptcy Code.

8. Qualution reserves its rights, claims, defenses and remedies including, without limitation, the right to amend, modify or supplement this Objection and/or raise additional objections during the final hearing on the Sale Motion and further reserves its rights to join in the objection of any other creditors, including objections of the Official Creditors' Committee, to the Sale Motion.

WHEREFORE, Qualution Systems, Inc. respectfully requests that this Court enter an Order:

    A.    Sustaining this Objection by:

    1) Establishing the 11 U.S.C. § 365(b) "cure amount" for the License Agreement to be $94,066.46 as set forth herein, and

    2) Requiring the Debtors to provide Qualution with the requested adequate assurance of future performance; and,

    B.    Granting Qualution such other and further relief as the Court deems appropriate.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *Patricia P. McGonigle*

_____
Patricia P. McGonigle (DE 3126)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: 302.888.7605
Fax: 302.888.0606
pmcgonigle@svglaw.com
    -and-
Scott Bovitz
Bovitz & Spitzer
880 West First Street, Suite 502
Los Angeles, CA 90012-2445
Counsel to: Qualution Systems, Inc.

Dated: December 5, 2007