# EXHIBIT 2

2:10 PM

12/04/07

# Qualution Systems Inc.
## Open Invoices

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Star Number** | | | | | | | |
| Invoice | 6/30/2006 | 694 | | Net 30 | 7/30/2006 | 492 | 1,300.00 |
| Invoice | 5/1/2007 | 892 | | Net 30 | 5/31/2007 | 187 | 951.81 |
| Invoice | 8/2/2007 | 946 | | Net 30 | 9/1/2007 | 94 | 21,016.00 |
| Invoice | 8/2/2007 | 947 | | Net 30 | 9/1/2007 | 94 | 1,327.50 |
| Invoice | 9/4/2007 | 964 | | Net 30 | 10/4/2007 | 61 | 21,137.20 |
| Invoice | 9/4/2007 | 965 | | Net 30 | 10/4/2007 | 61 | 540.00 |
| Invoice | 10/2/2007 | 982 | | Net 30 | 11/1/2007 | 33 | 23,726.00 |
| Invoice | 10/2/2007 | 983 | | Net 30 | 11/1/2007 | 33 | 978.75 |
| Invoice | 11/2/2007 | 998 | | Net 30 | 12/2/2007 | 2 | 23,089.20 |
| Total Star Number | | | | | | | 94,066.46 |
| **TOTAL** | | | | | | | **94,066.46** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2006 | 694 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 7/30/2006 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Guardit Escrow 06/20/2006 | 1 | 1,300.00 | 1,300.00 |
| | | | **Total** | **$1,300.00** |

*Qualution Systems Inc.*
28720 Roadside Dr Ste 290
Agoura Hills, CA 91301

# Invoice

| Date | Terms | Due Date | Invoice # |
|---|---|---|---|
| 5/1/2007 | Net 30 | 5/31/2007 | 892 |

Bill To

Star Number
Attn: Accounts Receivable
9301 Peppercorn Place
Largo, MD 20774

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Fee (11748 * $.80) For 2007/04 LW | 11,748 | 0.80 | 9,398.40 |
| | Monthly Fee (19432 * $.80) For 2007/04 HT | 19,432 | 0.80 | 15,545.60 |
| | Monthly Billing Fee ATT | 1 | 5,000.00 | 5,000.00 |
| | Guard It | 1 | 1,300.00 | 1,300.00 |
| | Credit For HT # 1 of 5 | 1 | -2,500.00 | -2,500.00 |
| | Late Charge For Invoices 694,851,852,872,873 | 63,454 | 0.015 | 951.81 |
| | | | **Total** | ***$29,695.81*** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/2/2007 | 946 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 9/1/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Fee (20000* $.90) For 2007/07 HT | 20,000 | 0.90 | 18,000.00 |
| | Monthly Fee (551* $.80) For 2007/07 HT | 551 | 0.80 | 440.80 |
| | Monthly Billing Fee 2007/07 ATT | 1 | 5,000.00 | 5,000.00 |
| | Credit For HT #4 of 5 | 1 | -2,500.00 | -2,500.00 |
| | Monthly Fee (188* $.40) ACTDEACT For 2007/07 HT | 188 | 0.40 | 75.20 |
| | | **Total** | | **$21,016.00** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/2/2007 | 947 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 9/1/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Consulting & Custom Software Development Fee | | 1,327.50 | 1,327.50 |

**Total** **$1,327.50**

# Catalyst
## Project Work
rpt_projects1

From: 01/01/2000 To: 01/01/2999

Invoice: 947

**Project:** **ATTINP**

**Contact:** Colin Morse

**Description:** AT&T projects

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 07/22/2007 | Trevor Philyaw | -26 | ATT Inphonic | ptoussi | Checked into At&t billing cyc19 200707 account 100000853 for an apparent discrepancy, found none and everything checked out okay. | 1.00 | $135.00 |
| | | | | | ***ATTINP Sub Total:*** | ***1.00*** | ***$135.00*** |

**Project:** **HAWAIIAN**

**Contact:** Gaylyn Sarbacher

**Description:**

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 07/06/2007 | Clovis Lacerda | 4077 | Stopping/crediting acct level charges when TD | ptoussi | I made the necessary changes and compiled my code in Staging. Please verify by performing a test billing in Stage. Keep in mind that only TD'd accounts that have subscribers TD'd due to 'NONPY','LSTLN','FRAUD' or 'HIUSG' will get their future dated account features credited. | 2.50 | $337.50 |
| 07/11/2007 | Pete Toussi | -6 | Hawaiian | ptoussi | Modified bill presentation to show quantity of data download in Mega Bytes instead of Kilo Bytes to prevent format overfill. | 1.50 | $202.50 |
| 07/26/2007 | Clovis Lacerda | 4154 | Change to Static Wording on Customer Service Agreement | sshields | On Stage. | 1.00 | $180.00 |
| | | | | | ***HAWAIIAN Sub Total:*** | ***5.00*** | ***$720.00*** |

**Project:** **INPHONIC**

**Contact:** Chris MacAulay

**Description:**

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 06/27/2007 | Jeff Owen | -17 | Inphonic | sshields | Unscheduled code push conf call. | 1.00 | $135.00 |
| 07/09/2007 | Stephen Shields | -17 | Inphonic | sshields | Code push script generation, validation, testing. | 2.50 | $337.50 |
| | | | | | ***INPHONIC Sub Total:*** | ***3.50*** | ***$472.50*** |
| | | | | | **GrandTotal:** | **9.50** | **$1,327.50** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/4/2007 | 964 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 10/4/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Fee (20000* $.90) For 2007/08 HT | 20,000 | 0.90 | 18,000.00 |
| | Monthly Fee (737 * $.80) For 2007/08 HT | 737 | 0.80 | 589.60 |
| | Monthly Fee (119 * $.40) For 2007/08 HT Act/Deact | 119 | 0.40 | 47.60 |
| | Monthly Billing Fee 2007/08 AT&T | 1 | 5,000.00 | 5,000.00 |
| | Credit For HT #5 of 5 | 1 | -2,500.00 | -2,500.00 |
| | | **Total** | | **$21,137.20** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/4/2007 | 965 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 10/4/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Billing Fee | 1 | 540.00 | 540.00 |

**Total** **$540.00**

# Catalyst
## Project Work
rpt_projects1

From: 01/01/2000 To: 01/01/2999

Invoice: 965

**Project:** **ATTINP**

**Contact:** Colin Morse

**Description:** AT&T projects

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 08/07/2007 | Clovis Lacerda | 4176 | PAC Market billing conversion | emaas | I updated the zip codes and there are a few mdns that potentially need to be updated in terms of market/sub market codes. I have enclosed them in this request. | 1.00 | $135.00 |
| | | | | | ***ATTINP Sub Total:*** | ***1.00*** | ***$135.00*** |

**Project:** **HAWAIIAN**

**Contact:** Gaylyn Sarbacher

**Description:** Hawaiian Projects

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 08/17/2007 | Clovis Lacerda | 4197 | Service Agreement Update | emaas | I corrected it on stage and have enclosed it in this wr. | 0.50 | $67.50 |
| 08/30/2007 | Jeff Owen | -6 | Hawaiian | ptoussi | Delete 6/10 MAF files and rerate all affected invoices. | 2.50 | $337.50 |
| | | | | | ***HAWAIIAN Sub Total:*** | ***3.00*** | ***$405.00*** |
| | | | | | **GrandTotal:** | **4.00** | **$540.00** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2007 | 982 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 11/1/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Fee (20000* $.90) For 2007/09 HT | 20,000 | 0.90 | 18,000.00 |
| | Monthly Fee ( $.80) For 2007/09 HT | 820 | 0.80 | 656.00 |
| | Monthly Fee ( $.40) For 2007/09 HT ActDeact | 175 | 0.40 | 70.00 |
| | Monthly Billing Fee ATT 2007/09 | 1 | 5,000.00 | 5,000.00 |

**Total** **$23,726.00**

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2007 | 983 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 11/1/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Consulting & Custom Software Development Fee | 1 | 978.75 | 978.75 |
| | | | **Total** | **$978.75** |

SYSTEM
10/02/2007 11:24

# Catalyst
## Project Work
rpt_projects1

From: 01/01/2000 To: 01/01/2999

Invoice: 983

**Project:** **ATTINP**

**Contact:** Colin Morse

**Description:** AT&T projects

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 09/17/2007 | Clovis Lacerda | 4235 | PAC Market billing conversion To NCA | emaas | This is done. | 1.00 | $135.00 |
| | | | | | ***ATTINP Sub Total:*** | ***1.00*** | ***$135.00*** |

**Project:** **HAWAIIAN**

**Contact:** Gaylyn Sarbacher

**Description:** Hawaiian Projects

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 09/06/2007 | Jeff Owen | -6 | Hawaiian | sshields | Researched issue with on line aging report, found escape char "\" had not been set before compiling (as is SOP), fixed in prod. | 1.00 | $135.00 |
| 09/12/2007 | Clovis Lacerda | 4238 | COURT15 report | emaas | I have a version on stage without the "Minutes Used" portion called "COURT15 REPORT1" in the menu items. | 0.50 | $67.50 |
| 09/24/2007 | Clovis Lacerda | 4238 | COURT15 report | emaas | I made another report called COURT15 REPORT2 that gets all the cards that were ever issued for the COURT15 plan and displays who entered them. It also says the current information for the service that has had them. | 0.50 | $67.50 |
| 09/25/2007 | Clovis Lacerda | 4254 | create CC payments dump | emaas | To use the script, he can have multiple files written simultaneously if he wants to by giving it different record number ranges. | 1.00 | $135.00 |
| | | | | | ***HAWAIIAN Sub Total:*** | ***3.00*** | ***$405.00*** |

**Project:** **INPHONIC**

**Contact:** Chris MacAulay

**Description:** Inphonic Projects

| Work Date | Requested By | WR# | Subject | Developer | Comment | Hours | Total |
|---|---|---|---|---|---|---|---|
| 09/04/2007 | Stephen Shields | -17 | Inphonic | sshields | Code push script generation, including aborted push script interrupted by Inphonic security lockdown on 8/17. | 3.25 | $438.75 |
| | | | | | ***INPHONIC Sub Total:*** | ***3.25*** | ***$438.75*** |
| | | | | | **GrandTotal:** | **7.25** | **$978.75** |

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/2/2007 | 998 |

| Bill To |
|---|
| Star Number<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Net 30 | 12/2/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Monthly Fee (20000* $.90) For 2007/10 HT | 20,000 | 0.90 | 18,000.00 |
| | Monthly Fee ( $.80) For 2007/10 HT | 44 | 0.80 | 35.20 |
| | Monthly Fee ( $.40) For 2007/10 HT ActDeact | 135 | 0.40 | 54.00 |
| | Monthly Billing Fee ATT 2007/10 | 1 | 5,000.00 | 5,000.00 |
| | | **Total** | | **$23,089.20** |