## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that on December 5, 2007, a copy of ***OBJECTION OF QUALUTION SYSTEMS, INC. TO MOTION OF DEBTORS FOR ORDER PURSUANT TO SECTIONS 105(A), 363, AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006, AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF*** was served upon the following parties/counsel in the manner indicated and upon those parties upon on the CM/ECF Notice:

| | |
|---|---|
| InPhonic, Inc.<br>1010 Wisconsin Avenue, NW<br>Suite 600<br>Washington, DC  20007<br>*Attn:  Gregory S. Cole* | *Via First Class Mail* |
| Goldsmith-Agio-Helms/Lazard Middle Market<br>11 West 42nd Street, 29th Floor<br>New York, NY  10036<br>*Attn:  Andrew Torgove* | *Via Facsimile (212) 758-3833* |
| DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY  10020<br>*Attn:  Thomas R. Califano* | *Via Facsimile (212) 335-4501* |
| The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE  19899<br>*Attn:  Neil B. Glassman* | *Via Hand Delivery* |
| Adeptio<br>c/o Ciro Centre<br>2929 Arch Street<br>Philadelphia, PA  19104<br>*Attn:  David Lorry* | *Via Facsimile (215) 609-3499* |
| Kirkland and Ellis, LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>*Attn:  Anup Sathy and John Schoenfeld* | *Via Facsimile (312) 861-2200* |

62312 v1

| | |
|---|---|
| Reed Smith LLP<br>1201 Market Street, 15th Floor<br>Wilmington, DE  19801<br>*Attn:  Kurt F. Gwynne* | *Via Hand Delivery* |
| Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103<br>*Attn:  Claudia Z. Springer* | *Via Facsimile (215) 851-1420* |

/s/ *Patricia P. McGonigle*
_____
PATRICIA P. MCGONIGLE (ID #3126)