IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Docket No. 189 |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, Esquire, certify that on the 4th day of December 2007, I caused a true and correct copy of the R*eply To Debtor's Objection To Motion Of The Official Committee Of Unsecured Creditors Seeking Reconsideration Of This Court's Order (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets; (B) Scheduling A Hearing To Consider The Sale And Approving The Form And Matter Of Notices; (C) Establishing Procedures Relating To Assumption And Assignment Of Certain Contracts, Including Notice Of Proposed Cure Amounts; (D) Approving Expense Reimbursement Provision; and (E) Granting Related Relief, Pursuant To Inter Alia, Fed.R.Bankr.P. 7052, 9023 and 9024 and Fed.R.Civ.P. 52, 59 and 60 and Del.Bankr.LR. 9013-1(m)(v)* to be served on all parties on the attached service list in the manner indicated.

Dated: December 5, 2007
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

INPHONIC, INC., *et al.*
Service List
Case No. 07-11666 (KG)

**VIA E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

**VIA E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ekosmowski@ycst.com

**VIA E-MAIL IN PDF**
Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
E-mail: dagay@kirkland.com/ asathy@kirkland.com/
ajohnson@kirkland.com