# **EXHIBIT A**

```
                        E Q U I P M E N T   I N V O I C E
                        Customer Name      INPHONIC, INC. - LARGO
                        Bill To Customer No.8285
```

Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
             443

Ship To:                                Bill To:
INPHONIC, INC. - LARGO                  INPHONIC, INC. - LARGO
JIRUN ZHANG                             9301 PEPPERCORN PLACE
9301 PEPPERCORN PLACE                   LARGO, MD  20774
LARGO, MD  20774

                                        Invoice Information:
Order Information:                      Invoice No.       112295923
Customer P.O. No. 53397                 Invoice Date      08/27/2007
USC Order No.     396080
Order Process Date08/27/2007            Payment Terms:
                                        Within 60 days, 10% cash disc.

Product Information

| Item Code | Item Description                       | Quantity | Unit Price | Total Price |
|-----------|----------------------------------------|----------|------------|-------------|
| 75401     | MO 88772GHBPA V323i Bluetooth handset  | 100      | 174.44     | 17,444.00   |
| 74875     | MO W315 Trimode 1xrtt  handset         | 15       | 120.00     | 1,800.00    |
| 75686     | SA SCH-A645 tri mode GPS CDMA handset  | 20       | 124.44     | 2,488.80    |

                                            Total Amount Due$21,732.80


    * Payment received on weekends or holidays will be credited to your accou
          For questions regarding this invoice, please call 1-800-242-65!
       For payment arrangements please contact the Agent Credit and Collections ]
----------------------------------------------------------------------------------
            P L E A S E    D E T A C H    T H I S    P O R T I O N    A N D    R E T

                                        Due Date          10/26/2007
                                        Amount Due        $21,732.80
                                        Discount to be taken

Customer Name      INPHONIC, INC. - LARGO
                                        if paid within 60 days:$2,173.28
Bill To Customer No.8285
Customer P.O. No.53397
                                        Payment Terms:

Invoice No.       112295923
                                        Within 60 days, 10% cash disc.
      USCC Distribution Co.             Amount
      12060 Collections Center Drive    Paid      $
      Chicago, IL  60693
                                        Please make check payable to
                                        U.S. Cellular
                                        Allow 7-10 days for a payment to be

```
                        E Q U I P M E N T   I N V O I C E
                        Customer Name       INPHONIC, INC. - LARGO
                        Bill To Customer No.8285
```

Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
         444

Ship To:                                  Bill To:
INPHONIC, INC. - LARGO                    INPHONIC, INC. - LARGO
JIRUN ZHANG                               9301 PEPPERCORN PLACE
9301 PEPPERCORN PLACE                     LARGO, MD  20774
LARGO, MD  20774


                                          Invoice Information:
Order Information:                        Invoice No.        112440613
Customer P.O. No. 53442                   Invoice Date       09/06/2007
USC Order No.     398555
Order Process Date09/06/2007              Payment Terms:
                                          Within 60 days, 10% cash disc.

Product Information
Item Code     Item Description            Quantity  Unit Price  Total Price

| Item Code | Item Description | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 75971 | LG UX245 Camera handset 1xrtt GPS | 10 | 173.33 | 1,733.30 |
| 75400 | MO 88547GHBPA V3m-RED Razr | 30 | 235.56 | 7,066.80 |
| 75406 | MO 88563GHBPA V3m Silver RAZR | 50 | 235.56 | 11,778.00 |
| 75401 | MO 88772GHBPA V323i Bluetooth handset | 100 | 174.44 | 17,444.00 |
| 74875 | MO W315 Trimode 1xrtt handset | 30 | 120.00 | 3,600.00 |
| 75686 | SA SCH-A645 tri mode GPS CDMA handset | 20 | 124.44 | 2,488.80 |

                                          Items Subtotal$44,110.90

Std Shipping Charges                                          420.00

                                          Total Amount Due$44,530.90

  * Payment received on weekends or holidays will be credited to your accoun
            For questions regarding this invoice, please call 1-800-242-65!
  For payment arrangements please contact the Agent Credit and Collections I
-----------------------------------------------------------------------------
          P L E A S E    D E T A C H    T H I S    P O R T I O N    A N D    R E T

                                          Due Date      11/05/2007
                                          Amount Due    $44,530.90
                                          Discount to be taken
Customer Name    INPHONIC, INC. - LARGO
                                          if paid within 60 days:$4,411.09
Bill To Customer No.8285
Customer P.O. No.53442
                                          Payment Terms:
Invoice No.      112440613
                                          Within 60 days, 10% cash disc.
         USCC Distribution Co.            Amount
         12060 Collections Center Drive   Paid         $
         Chicago, IL  60693
                                          Please make check payable to
                                          U.S. Cellular
                                          Allow 7-10 days for a payment to be

```
                       E Q U I P M E N T    I N V O I C E
                       Customer Name      INPHONIC, INC. - LARGO
                       Bill To Customer No.8285

Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
          445
Ship To:                                   Bill To:
INPHONIC, INC. - LARGO                     INPHONIC, INC. - LARGO
JIRUN ZHANG                                9301 PEPPERCORN PLACE
9301 PEPPERCORN PLACE                      LARGO, MD  20774
LARGO, MD  20774


                                           Invoice Information:
Order Information:                         Invoice No.       113092438
Customer P.O. No. 00053530                 Invoice Date      10/24/2007
USC Order No.     412632
Order Process Date10/23/2007               Payment Terms:
                                           Within 60 days, 10% cash disc.

Product Information
Item Code     Item Description             Quantity  Unit Price  Total Price

79405         SA SCH-U340 CDMA handset       100       125.56    12,556.00

                                                  Total Amount Due$12,556.00
```

```
* Payment received on weekends or holidays will be credited to your accoun
        For questions regarding this invoice, please call 1-800-242-65!
For payment arrangements please contact the Agent Credit and Collections ]
-----------------------------------------------------------------------------
          P L E A S E   D E T A C H   T H I S   P O R T I O N   A N D   R E T
```

```
                                           Due Date       12/23/2007
                                           Amount Due     $12,556.00
                                           Discount to be taken
Customer Name    INPHONIC, INC. - LARGO
                                           if paid within 60 days:$1,255.60
Bill To Customer No.8285
Customer P.O. No.00053530
                                           Payment Terms:
Invoice No.      113092438
                                           Within 60 days, 10% cash disc.
                                           Amount
     USCC Distribution Co.                 Paid         $
     12060 Collections Center Drive
     Chicago, IL  60693                    Please make check payable to
                                           U.S. Cellular
                                           Allow 7-10 days for a payment to be
```

```
                    E Q U I P M E N T   I N V O I C E
                    Customer Name      INPHONIC, INC. - LARGO
                    Bill To Customer No. 8285
```

Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
          446

Ship To:                              Bill To:
INPHONIC, INC. - LARGO                INPHONIC, INC. - LARGO
JIRUN ZHANG                           9301 PEPPERCORN PLACE
9301 PEPPERCORN PLACE                 LARGO, MD  20774
LARGO, MD  20774


                                      Invoice Information:
Order Information:                    Invoice No.      113372101
Customer P.O. No. 00053561            Invoice Date     11/15/2007
USC Order No.     418910
Order Process Date 11/15/2007         Payment Terms:
                                      Within 60 days, 10% cash disc.

Product Information

| Item Code | Item Description              | Quantity | Unit Price | Total Price |
|-----------|-------------------------------|----------|------------|-------------|
| 75400     | MO 88547GHBPA V3m-RED Razr    | 5        | 235.56     | 1,177.80    |
| 80372     | MO K1M product Red Krzr 88590GHBPA | 5   | 340.00     | 1,700.00    |
| 83143     | MO Z6m CDMA handset 88182GHSPA | 5       | 306.67     | 1,533.35    |
| 83972     | MO V9m Handset 88853GHBPA     | 5        | 441.11     | 2,205.55    |
| 80370     | MO Q dark Pearl 88574GHEPA Handset | 5   | 418.89     | 2,094.45    |
| 80433     | SA 520 TG CDMA HANDSET        | 10       | 228.89     | 2,288.90    |
| 83971     | MO W385 Handset 88811GHBPA    | 30       | 161.11     | 4,833.30    |

                                           Items Subtotal $15,833.35

Std Shipping Charges                                           140.00

                                      Total Amount Due $15,973.35
* Payment received on weekends or holidays will be credited to your accou
         For questions regarding this invoice, please call 1-800-242-65!
   For payment arrangements please contact the Agent Credit and Collections ]
-----------------------------------------------------------------------------
              P L E A S E   D E T A C H   T H I S   P O R T I O N   A N D   R E T

                                      Due Date        01/14/2008
                                      Amount Due      $15,973.35
                                      Discount to be taken
Customer Name    INPHONIC, INC. - LARGO
                                      if paid within 60 days:$1,583.34
Bill To Customer No. 8285
Customer P.O. No. 00053561
                                      Payment Terms:
Invoice No.      113372101
                                      Within 60 days, 10% cash disc.
       USCC Distribution Co.          Amount
       12060 Collections Center Drive Paid         $
       Chicago, IL  60693
                                      Please make check payable to
                                      U.S. Cellular
                                      Allow 7-10 days for a payment to be

received and posted to the account.

------------------------------------------------------------------------------

```
                         E Q U I P M E N T   I N V O I C E
                         Customer Name      INPHONIC, INC. - LARGO
                         Bill To Customer No. 8285
Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
          446


Invoice No.      113372101                                Page 2 of 2
Invoice Date     11/15/2007
```

```
                         C R E D I T   M E M O
                         Customer Name    INPHONIC, INC. - LARGO
                         Bill To Customer No.8285

Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
              448
Ship To:                              Bill To:
INPHONIC, INC. - LARGO                INPHONIC, INC. - LARGO
JIRUN ZHANG                           9301 PEPPERCORN PLACE
9301 PEPPERCORN PLACE                 LARGO, MD  20774
LARGO, MD  20774


                                      Invoice Information:
Order Information:                    Invoice No.      110761222
USC Order No.     60113610            Invoice Date     05/06/2007
Order Process Date05/06/2007



Product Information
Item Code    Item Description                Quantity  Unit Price  Total Price
-----------------------------------------------------------------------------
 67426       PRICE PROTECTION - APRIL 2007       1        0.00        (0.00)
Discount                                                             (750.00)
Shipping Charges                                                      (0.00)
-----------------------------------------------------------------------------
                                                  Total Amount Due  ($750.00)
```

* Payment received on weekends or holidays will be credited to your accoun
      For questions regarding this invoice, please call 1-800-242-65!
   For payment arrangements please contact the Agent Credit and Collections l
--------------------------------------------------------------------------------
          P L E A S E   D E T A C H   T H I S   P O R T I O N   A N D   R E T

```
                                      Amount Due         ($750.00 )
Customer Name    INPHONIC, INC. - LARGO
Bill To Customer No.8285
Invoice No.      110761222




   USCC Distribution Co.              Amount
   12060 Collections Center Drive     Paid        $
   Chicago, IL  60693
```

```
                        C R E D I T   M E M O
                        Customer Name      INPHONIC, INC. - LARGO
                        Bill To Customer No.8285

Agent Services
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486
            447
Ship To:                                  Bill To:
INPHONIC, INC. - LARGO                    INPHONIC, INC. - LARGO
JIRUN ZHANG                               9301 PEPPERCORN PLACE
9301 PEPPERCORN PLACE                     LARGO, MD  20774
LARGO, MD  20774


                                          Invoice Information:
Order Information:                        Invoice No.        110941524
USC Order No.      60114626               Invoice Date       05/22/2007
Order Process Date05/22/2007



Product Information
Item Code    Item Description              Quantity  Unit Price  Total Price
─────────────────────────────────────────────────────────────────────────────
75405        MO 88581GHBPA K1M Krzr Bluetooth handst10  374.44     (3,744.40)
             02009915627, 02009920230, 02009920777
             02010124729, 02012194466, 02013686324
             02013686512, 02013690832, 02013690913
             02013691099
             ────────────────────────────────────────────────────────────────
                                          Total Amount Due       ($3,744.40)




      * Payment received on weekends or holidays will be credited to your accoun
            For questions regarding this invoice, please call 1-800-242-65!
            For payment arrangements please contact the Agent Credit and Collections 1
─────────────────────────────────────────────────────────────────────────────
           P L E A S E   D E T A C H   T H I S   P O R T I O N   A N D   R E T



                                          Amount Due        ($3,744.40 )
Customer Name    INPHONIC, INC. - LARGO
Bill To Customer No.8285
Invoice No.      110941524




    USCC Distribution Co.                 Amount
    12060 Collections Center Drive        Paid        $
    Chicago, IL  60693
```