## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on December 5, 2007 a copy of the foregoing **Objection of USCC Distribution Co., LLC to Proposed Cure Amount** was served on the local (Wilmington, Delaware) parties on the attached list via hand delivery and the non-local parties on the attached list via first class mail.

                                              Jason M. Madron (No. 4431)


*InPhonic, Inc., Inc., Case No. 07-11666 (KG)*
*Bankruptcy Rule 2002 Service List as of December 5, 2007*
*Local Via Hand Delivery - Non-Local Via First Class Mail*

INPHONIC, INC.
ATTN: GREGORY S. COLE
1010 WISCONSIN AVE. NW, SUITE 600
WASHINGTON, DC 20007

BMC GROUP
ALAN DALSASS & BRAD DANIEL
875 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022

DELAWARE SECRETARY OF STATE
FRANCHISE TAX DIVISION
PO BOX 898-F
DOVER, DE 19903

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INS
4425 N MARKET STREET
WILMINGTON, DE 19802

DLA PIPER US LLP
(RE: DEBTOR)
JEREMY R JOHNSON
THOMAS R CALIFANO
MARIA ELLENA CHAVEZ-RUARK
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

GOLDSMITH LAZARD
ANDREW TORGOVE & JASON COHEN
DERMOTT O`FLANAGAN
11 WEST 42ND STREET, 29TH FL
NEW YORK, NY 10036

INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
BANKRUPTCY SECTION
SPECIAL PROCEDURES SECTION
31 HOPKINS PLAZA, ROOM 1120
BALTIMORE, MD 21201

KIRKLAND & ELLIS LLP
(RE: ADEPTIO INPC FUNDING LLC)
ANDREA JOHNSON
ANUP SATHY
DAVID A AGAY
JOHN A SCHOENFELD
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

OFFICE OF THE US TRUSTEE
RICHARD SCHEPACARTER, ESQ
844 KING STREET RM 2207
WILMINGTON, DE 19801

SECURITIES AND EXCHANGE
COMMISSION
DIVISION OF CORPORATE FINANCE
100 F STREET, NE
WASHINGTON, DC 20549

STATE OF DELAWARE
RANDY WELLER
DIV OF REVENUE, COMPLIANCE DEPT
820 N FRENCH STREET
WILMINGTON, DE 19801

US ATTORNEY`S OFFICE
ELLEN W SLIGHTS, ESQUIRE
1007 ORANGE STREET, STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

VERSA CAPITAL MANAGEMENT, INC.
GREG SEGALL & PAUL HALPERN
DAVID LORRY
THE CIRCA CENTRE
2929 ARCH STREET, 27TH FL
PHILADELPHIA, PA 19104

W B DONER & COMPANY
KEVIN WEINMAN
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48075

YOUNG CONWAY STARGATT &
TAYLOR, LLP
(RE: ADEPTIO INPC FUNDING LLC)
EDMON MORTON ESQ
EDWARD J KOSMOWSKI
ROBERT S. BRADY
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

ASSISTANT GENERAL COUNSEL
(RE: GSI COMMERCE INC)
PAUL CATALDO ESQ
935 FIRST AVE
KING OF PRUSSIA, PA 19406

BECKET AND LEE LLP
(RE: AMERICAN EXPRESS TRAVEL SVCS)
GILBERT B WEISMAN ESQ
PO BOX 3001
MALVERN, PA 19355-0701

BIALSON BERGEN & SCHWAB
(RE: YAHOO! & OVERTURE SERVICES INC)
LAWRENCE M SCHWAB ESQ
PATRICK M COSTELLO ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

BINGHAM MCCUTCHEN LLP
(RE: ACN COMMUNICATIONS SERVICES INC)
STEVEN WILAMOWSKY ESQ
399 PARK AVE
NEW YORK, NY 10022

BLANK ROME LLP
(RE: CELLCO PARTNERSHIP/VERIZON)
BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(RE: CELLCO PARTNERSHIP/VERIZON)
REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLANK ROME LLP
(RE: GSI COMMERCE SOLUTIONS)
JOEL SHAPIRO ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLANK ROME LLP
(RE: GSI COMMERCE SOLUTIONS)
MICHAEL D DEBAECKE ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP
DAVID M LEMAY ESQ
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

COHN BIRNBAUM SHEA
SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
DIANE N RALLIS
JOHN J MONAGHAN ESQ
LYNNE B XERRAS
10 ST JAMES AVE
BOSTON, MA 02116

KENT COUNTY
(RE: DELAWARE DEPT OF REVENUE)
THOMAS COLLINS BUILDING
540 S DUPONT HIGHWAY
DOVER, DE 19901

KILPATRICK STOCKTON LLP
(RE: AT&T)
PAUL M ROSENBLATT ESQ
TODD C MEYERS ESQ
1100 PEACHTREE ST NE, ST 2800
ATLANTA, GA 30309-4530

LOIZIDES PA
(RE: AT&T)
CHRISTOPHER D LOIZIDES ESQ
1225 KING ST, STE 800
WILMINGTON, DE 19801

MCGUIRE WOODS LLP
(RE: SPRINT NEXTEL CORP)
DAVID I SWAN ESQ
1750 TYSONS BLVD
STE 1800
MCLEAN, VA 22102-4215

MORRIS JAMES LLP
(RE: SPRINT NEXTEL CORP)
BRETT D FALLON ESQ
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19899-2306

QUARLES & BRADY LLP
(RE: DFS SERVICES LLC)
CATHERINE M GUASTELLO ESQ
RENAISSANCE ONE
2 NORTH CENTRAL AVE
PHOENIX, AZ 85004-2391

REED SMITH LLC
(RE: COMMITTEE OF UNSECURED
CREDITORS)
CLAUDIA Z SPRINGER
2500 ONE LIBERTY PLACE
1650 MARKET ST
PHILADELPHIA, PA 19103-7301

REED SMITH LLC
(RE: COMMITTEE OF UNSECURED
CREDITORS)
KURT F GWYNNE
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLC
(RE: COMMITTEE OF UNSECURED
CREDITORS)
ROBERT P SIMMONS ESQ
435 SIXTH AVE
PITTSBURGH, PA 15219

SECURITIES & EXCHANGE
COMMISSION
PATRICIA SCHRAGE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281-1022

THE BAYARD FIRM
(RE: CO-COUNSEL TO DEBTOR)
ERIC M SUTTY
MARY E AUGUSTINE
NEIL B GLASSMAN
222 DELAWARE AVE STE 900
WILMINGTON, DE 19899

VORYS SATER SEYMOUR AND PEASE
LLP
(RE: AOL LLC)
TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215

WILENTZ GOLDMAN & SPITZER PA
(RE: SPANCO TELESYSTEMS &
SOLUTIONS LTD)
DAVID H STEIN ESQ
90 WOODBRIDGE CENTER DR
STE 900, BOX 10
WOODRIDGE, NJ 07095-0958

WOMBLE CARLYLE SANDRIDGE &
RICE
(RE: T-MOBILE USA)
FRANCIS A MONACO JR ESQ
KEVIN J MANGAN ESQ
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801