IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____x
IN RE:                                 :
                                       :
INPHONIC, INC., et al.,                :         Chapter 11
                                       :
                                       :         Case No. 07-11666 (KG)
                                       :
                                       :         (Jointly Administered)
                                       :
       Debtors.                        :         *Re: Docket Nos. 12 and 146*
                                       :         Hearing Date: December 13, 2007
                                       :         at 10:00 a.m.
_____x

**LIMITED OBJECTION OF T-MOBILE USA, INC. TO MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

T-Mobile USA, Inc. d/b/a T-Mobile (f/k/a VoiceStream Wireless Corporation) ("T-Mobile"), by and through its undersigned counsel, hereby makes this limited objection (the "Limited Objection") to Motion of the Debtors for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of their Assets; (II) Approving An Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion") and Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (the "Notice"). In support of its Limited Objection, T-Mobile states as follows:

## BACKGROUND

1. On November 8, 2007 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Code"). The Debtors' cases are being jointly administered under case no. 07-11666.

2. The Debtors are continuing in possession of their respective properties and are operating and managing their businesses as debtors in possession, pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

3. On the Petition Date, Debtors filed its Sale Motion. On November 9, 2007, the Court entered an order approving procedures in connection with the proposed sale, including procedures relating to the assumption and assignment of certain contracts as well as the proposed cure amounts.

4. On or about November 29, 2007, Debtors filed its Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [DI 146].

5. T-Mobile and InPhonic are parties to a Premier I-Dealer Agreement dated July 1, 2003 (as amended, the "Agreement"), whereby InPhonic is authorized to promote, market and sell the wireless service and equipment of T-Mobile directly to subscribers through its website on the Internet.

6. T-Mobile's pre-petition claims are fully secured. InPhonic has granted to T-Mobile a security interest in the following collateral:

    a. a purchase money security interest in inventory sold by T-Mobile to InPhonic for resale under the Agreement and the proceeds thereof; and

   b. rights of off-set and/or recoupment relating to compensation of any kind payable to InPhonic from T-Mobile, including, without limitation, commissions, bonus payments, and cooperative advertising funds.

 7. Post-petition, InPhonic and T-Mobile continue to operate in the same fashion, and continue to incur obligations subject to offset and/or recoupment rights.

## **OBJECTION**

 8. The Notice lists T-Mobile's cure amount at $0. As of the Petition Date, the Debtors owe T-Mobile $7,442,251.25 pursuant to the Agreement.

 9. T-Mobile objects to the Sale Motion and the Notice to the extent the cure amount is incorrectly listed at $0. To the contrary, the cure amount is not less than $7,442,251.25, which is subject to a purchase money security interest as well as rights of setoff and/or recoupment.

 10. Further, T-Mobile objects to the Sale Motion to the extent that the Debtors seek to sell their assets, including the T-Mobile Agreement, free and clear of T-Mobile's security interests and offset/recoupment rights.

 11. Finally, T-Mobile reserves its right to be provided adequate assurance of future performance by any assignee of the Agreement pursuant to 11 U.S.C. §365(f)(2)(B).

 12. T-Mobile further reserves all rights to amend or supplement this Limited Objection.

WHEREFORE, T-Mobile USA, Inc. respectfully requests that the Court (i) deny the Sale Motion and Notice to the extent Debtors incorrectly identified the cure amount owed T-Mobile; (ii) the Sale Motion attempts to sell assets, including the T-Mobile Agreement, free and clear of T-Mobile's security interests and offset/recoupment rights; and (iii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: December 5, 2007 | **Womble Carlyle Sandridge & Rice, PLLC** |

                                                __/s/ Kevin J. Mangan_____
                                                Francis A. Monaco, Jr. (#2078)
                                                Kevin J. Mangan (#3810)
                                                Womble Carlyle Sandridge and Rice, PLLC
                                                222 Delaware Ave., Suite 1501
                                                Wilmington, DE  19801
                                                (302) 252-4361

                                                Counsel for T-Mobile, USA, Inc.