EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666-KG |
| Debtors. | : (Jointly Administered) |

**NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN
UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING**

**PLEASE TAKE NOTICE** that on November 8, 2007, InPhonic, Inc., and each of its subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors"), filed their Motion For Order (I) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling A Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). An order approving the Bid Procedures Motion (the "Bid Procedures Order") was entered on November 9, 2007.

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on November 9, 2007, the Bankruptcy Court scheduled a hearing to consider the Debtors' Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III)

---

[1] The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

675752-1

Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion"), for **December 13, 2007 at 10:00 a.m.** (prevailing Eastern Time) (the "Sale Hearing"). You may obtain a copy of the Sale Motion at http://www.bmcgroup.com/inphonic or making a written request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Debtors may assume, assign and sell certain of their unexpired leases, license agreements, and executory contracts (collectively referred to as the "Contracts") free and clear of all liens, claims, encumbrances, and interests upon satisfaction of the cure amounts required under section 365(b)(1)(A) of the Bankruptcy Code (the "Cure Costs"). The Contracts that the Debtors may seek to assume, assign and sell (the "Designated Contracts"), and corresponding Cure Costs, are listed on the attached Exhibit A. **Questions regarding Cure Costs can be directed to (888) 909-0100.**

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Sale Motion, including the assumption, sale and assignment of the Designated Contracts and the corresponding Cure Costs, must be (a) in writing, (b) comply with the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules, (c) be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **December 3, 2007** (the "Cure Objection Deadline"), and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) InPhonic, Inc., 1010 Wisconsin Ave. NW, Suite 600, Washington, D.C. 20007, Attn: Gregory S. Cole; (ii) investment banker for the Debtors, Goldsmith-Agio-Helms/Lazard Middle Market, 11 West 42nd Street, 29th Floor, New York, New York 10036, Attn: Andrew Torgove; (iii) counsel for the Debtors, DLA Piper US LLP, 1251 Avenue of the

Americas, New York, NY 10020, Attn: Thomas R. Califano and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899, Attn: Neil B. Glassman; (iv) Adeptio, c/o Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, Attn: David Lorry, with a copy to: Kirkland and Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, Attn: Anup Sathy and John Schoenfeld; and (v) counsel to any official committee of unsecured creditors appointed in this case (if any, the "Committee"), provided however, to the extent that Adeptio is not the Successful Bidder and the alternative Successful Bidder is seeking to have certain unexpired leases, license agreements and executory contracts assumed and assigned as part of an alternative transaction, the non-debtor parties to such unexpired leases, license agreements and executory contracts shall have until the Sale Hearing to raise objections under section 365(b)(1)(C).

**PLEASE TAKE FURTHER NOTICE** that any person or entity receiving notice of the Sale Hearing and this Notice that fails to file an objection on a timely basis shall (i) be forever barred from objecting to the Cure Costs and from asserting any additional cure or other amounts with respect to such unexpired lease, license agreement or executory contract and the Debtors shall be entitled to rely solely upon the Cure Costs; and (ii) be forever barred and estopped from asserting or claiming against the Debtor or the Successful Bidder or any other assignee of the relevant Designated Contract that any additional amounts are due or defaults exist under such Designated Contract.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned from time to time without further notice to creditors or parties-in-interest other than by announcement of said adjournment in the Bankruptcy Court or on the Bankruptcy Court's calendar on the date scheduled for the Sale Hearing.

Dated: November 14, 2007
       Wilmington, Delaware

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

and

Thomas R. Califano
Jeremy Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Proposed Counsel for Debtors
and Debtors in Possession

# EXHIBIT A

| **Party:** | **Cure Amount:** |
|---|---|
| CINGULAR WIRELESS<br>PO BOX 828435<br>PHILADELPHIA, PA  19182-8435 | $ 186.77 |

13726726001215   **\*13726726001215\***

CINGULAR WIRELESS
PO BOX 828435

# EXHIBIT A

| Party: | Cure Amount: |
|---|---|
| AT&T CORP<br>340 MT KEMBLE AVE<br>MORRISTOWN, NJ  07960 | $  0.00 |

13726592006034  **\*13726592006034\***

AT&T CORP  
340 MT KEMBLE AVE  
MORRISTOWN, NJ  07960

# EXHIBIT A

| **Party:** | **Cure Amount:** |
|---|---|
| AT&T<br>5565 GLENRIDGE CONNECTOR<br>ATLANTA, GA  30342 | $  0.00 |

13726726001151  **\*13726726001151\***

AT&T
5565 GLENRIDGE CONNECTOR
ATLANTA, GA  30342

# EXHIBIT A

| **Party:** | **Cure Amount:** |
|---|---|
| AT&T<br>PO BOX 277019<br>ATLANTA, GA  30384 | $  0.00 |

13726726001152  **\*13726726001152\***

AT&T
PO BOX 277019
ATLANTA, GA  30384

# EXHIBIT A

| **Party:** | **Cure Amount:** |
|---|---|
| AT&T<br>PO BOX 830120<br>BALTIMORE, MD  21283 | $  0.00 |

13726726001153   **\*13726726001153\***

AT&T
PO BOX 830120
BALTIMORE, MD  21283

# EXHIBIT A

| **Party:** | **Cure Amount:** |
|---|---|
| AT&T<br>PO BOX 13128<br>NEWARK, NJ  07101 | $  0.00 |

13726726001154   **\*13726726001154\***

AT&T
PO BOX 13128
NEWARK, NJ  07101

# EXHIBIT A

| Party: | Cure Amount: |
|---|---|
| AT&T CORP<br>SMD REPRESENTATIVE<br>200 LAUREL AVE, S RM D2-2A-33<br>MIDDLETOWN, NJ  07748 | $  0.00 |

13726726001792  **\*13726726001792\***

AT&T CORP
SMD REPRESENTATIVE
200 LAUREL AVE, S RM D2-2A-33
MIDDLETOWN, NJ  07748