**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| INPHONIC, INC., et al, | : | Case No. 07-11666-KG |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Regarding Dkt. Nos. 13, 52 and 146** |

**LIMITED OBJECTION OF GSI COMMERCE SOLUTIONS, INC. ("GSI") TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(A), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS; (II) APPROVING AN ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

GSI Commerce Solutions, Inc. ("GSI") by and through its undersigned counsel, hereby files this Limited Objection ("Objection") to the Debtor's Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 20023, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granted Related Relief (the "Sale Motion"). In support of this Objection, GSI respectfully states as follows:

## Background

1. On November 8, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. InPhonic, Inc. ("InPhonic") and GSI Commerce Solutions, Inc. are parties to a

certain Marketing and Distribution Agreement dated January 10, 2006 ("Distribution Agreement"). In accordance with the terms of the Distribution Agreement, GSI is acting as a marketer and distributor of wireless plans offered by InPhonic to its customers.

3. On or about November 29, 2007, Debtors filed a Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (Docket No. 146, hereinafter "Assumption Notice"). Exhibit "A" to the Assumption Notice asserts that the Debtors sent a separate notice to GSI (on or about November 14, 2007) evidencing their intention to possibly assume the Distribution Agreement and asserting a cure amount equal to zero.[1]

4. As of the Petition Date, the Debtors owed GSI the sum not less than $132,531.86 ("GSI Claim").[2] This is the amount required to cure all pre-petition monetary defaults under the Distribution Agreement as required under Section 365 of the Bankruptcy Code.

5. While GSI has no objection to the Sale Motion and does not object to the assumption and assignment of the Distribution Agreement, it does object to the stated cure amount of zero. GSI further reserves its right to supplement this Limited Objection in the event a higher and better offer is received by Debtors.

[1] The Assumption Notice provides that the same was delivered to GSI's lockbox with its Lender.
[2] According to the Debtor's Schedules and Statements of Financial Affairs filed on November 9, 2007 (Docket No. 25), the Debtors state that they may be indebted to GSI in the amount of $100,239.86.

WHEREFORE, GSI Commerce Solutions, Inc. respectfully request that this Court (a) condition the Assumption and Assignment of the Distribution Agreement upon the prompt payment of the pre-petition cure amounts to GSI Commerce Solutions, Inc. in the amount of $132,531.86; and (b) granting such other and further relief as is just and proper.

Dated: December 5, 2007

**BLANK ROME LLP**

By: */s/ Michael D. DeBaecke*

Michael D. DeBaecke, Esquire (No. 3186)
Chase Manhattan Centre
1201 Market Street - Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

and

Joel C. Shapiro, Esquire
Blank Rome, LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5746
Facsimile: (212) 832-5746

Counsel for GSI Commerce Solutions, Inc.

**CERTIFICATE OF SERVICE**

I, Joel C. Shapiro, hereby certify that I served a true and correct copy of the foregoing Limited Objection of GSI Commerce Solutions, Inc. ("GSI") To The Debtors' Motion For An Order Pursuant To Sections 105(A), 363 and 365 of The Bankruptcy Code and Rules 2002, 6004 and 9014 of The Federal Rules of Bankruptcy Procedure (I) Authorizing The Sale of Substantially All of Their Assets; (II) Approving An Asset Purchase Agreement, Subject To Higher and Better Offers; (III) Approving The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief to the following persons via Federal Express, Priority Overnight Delivery:

InPhonic, Inc.
1010 Wisconsin Avenue NW, Suite 600
Washington, D.C. 20007

Goldsmith-Agio-Helms/Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, NY 10036

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Thomas R. Califano

The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Attention: Neil B. Glassman

Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Attention: David Lorry

Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attention: Anup Sathy
John Schoenfeld

*/s/ Joel C. Shapiro*
Joel C. Shapiro, Esquire