**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 5th day of December, 2007, the foregoing *Objection of Cellco Partnership d/b/a Verizon Wireless to (A) Debtors Motion (I) Authorizing the Sale of Substantially all Assets; (II) Approving an Asset Purchase Agreement, subject to Higher and better offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief and (B) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale hearing Related Relief* was served upon the parties listed below via facsimile, where indicated, or first class mail.

                                                    */s/ Michael D. DeBaecke*
                                                    Michael D. DeBaecke

InPhonic, Inc.
Attn: Gregory S. Cole
1010 Wisconsin Avenue N.W.
Suite 600
Washington, DC 20007

Goldsmith-Agio-Helms/
  Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, NY 10036
*Investment Banker for the Debtors*

Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
*Counsel for the Debtors*
Facsimile: 212-335-4501

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
*Counsel for the Debtor*

Adeptio, c/o Cira Centre
Attn: David Lorry
2929 Arch Street
Philadelphia, PA 19104

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington, DE 19801
*Counsel for Adeptio INPC Funding, LLC*
Facsimile: 302-571-1253

Anup Sathy, Esquire
John Shoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
Counsel for Adeptio INPC Funding, LLC
Facsimile: 312-861-2200

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801
*Counsel for the Committee of Unsecured Creditors*

Richard L. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035