IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                             Debtors.

Chapter 11
Case No. 07-11666 (KG)
(Jointly Administered)

-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Halperin Battaglia Raicht, LLP and Campbell & Levine, LLC hereby withdraw their appearance in the above-captioned Chapter 11 cases as counsel to mForce Communications, Inc. ("mForce").

**PLEASE TAKE FURTHER NOTICE** that the below now withdraw their previous request for service of notices and papers in this case and request that parties in interest remove their names from the mailing matrix in this case, including electronic mail lists.

| | |
|---|---|
| Christopher J. Battaglia, Esq. | Kathryn S. Keller, Esq. |
| Elizabeth Rose, Esq. | Campbell & Levine, LLC |
| Halperin Battaglia Raicht, LLP | 800 North King Street, Suite 300 |
| 555 Madison Avenue, 9th Floor | Wilmington, Delaware 19801 |
| New York, New York 10022 | Phone: (302) 426-1900 |
| (212) 765-9100 | Fax: (302) 426-9947 |
| | kkeller@camlev.com |

**PLEASE TAKE FURTHER NOTICE** pursuant to Delaware Local Rule 83.7, that Brett D. Fallon, Esquire and Thomas M. Horan, Esquire of Morris James LLP hereby enter their

{D0096200.3 }

appearance as counsel to mForce, from this point forward. All notices given, or required to be given, in this case shall be given and served upon mForce at the following address:

Brett D. Fallon, Esquire
Thomas M. Horan, Esquire
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, Delaware 19801-1494

Date:   December 7, 2007                    **CAMPBELL & LEVINE, LLC**

                                                   */s/ Kathryn S. Keller*
Kathleen Campbell Davis (No. 4229)
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Fax: (302) 426-9947

- and -

HALPERIN BATTAGLIA RAICHT LLP
Christopher J. Battaglia
Elizabeth Rose
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100

{D0096200.3 }