**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                                Chapter 11
                                Case No. 07-11666 (KG)
       Debtors.             (Jointly Administered)

-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, Kathryn S. Keller, of Campbell & Levine, LLC, Hereby Certify that on December 7, 2007, I caused a copy of the foregoing *Notice of Withdrawal of Appearance and Request for Service of Papers* to be served upon the individuals on the attached service list via the manner indicated.

Dated: December 7, 2007

                                                */s/Kathryn S. Keller*
                                                Kathryn S. Keller (No. 4660)

{D0096226.1 }