IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

                                                Chapter 11
                                                Case No. 07-11666 (KG)
             Debtors.                  (Jointly Administered)

-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF CAMPBELL & LEVINE, LLC
AND HALPERIN, BATTAGLIA, RAICHT, LLP TO WITHDRAW APPEARANCE
AS ATTORNEYS FOR MFORCE COMMUNICATIONS, INC. (D.I. 162)**

     **PLEASE TAKE NOTICE,** that mForce Communications, Inc., hereby gives notice of

the withdrawal of the filing of Docket No, 162, the *Motion of Campbell & Levine, LLC and*

*Halperin, Battaglia, Raicht, LLP to Withdraw Appearance as Attorneys for mForce*

*Communications, Inc*.

                                                Respectfully submitted,

Date:   December 7, 2007              CAMPBELL & LEVINE L.L.C.

                                                */s/Kathryn S. Keller*
                                                Marla Rosoff Eskin (No. 2989)
                                                Kathryn S. Keller (No. 4660)
                                                800 N. King Street, Suite 300
                                                Wilmington, DE 19801
                                                Ph. (302) 426-1900
                                                Fax. (302) 426-9947

{D0096201.1 }