IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:

INPHONIC, INC., *et al.*

               Chapter 11
               Case No. 07-11666 (KG)
      Debtors.   (Jointly Administered)


-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

   I, Kathryn S. Keller, of Campbell & Levine, LLC, Hereby Certify that on December 7, 2007, I caused a copy of the foregoing *Notice of Withdrawal of Motion of Campbell & Levine, LLC and Halperin, Battaglia, Raicht, LLP to Withdraw Appearance as Attorneys for mForce Communications, Inc*. to be served upon the individuals on the attached service list via the manner indicated.

Dated: December 7, 2007

               */s/Kathryn S. Keller*
               Kathryn S. Keller (No. 4660)

{D0096228.1 }