**Hand Delivery**
Eric Michael Sutty, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue Suite 900
Wilmington, De 19899

**First Class Mail**
Randy Weller
State of Delaware
Division of Labor, Compliance Division
820 N. French Street
Wilmington, DE 19801

**First Class Mail**
Richard Schepacarter, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

**First Class Mail**
Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington, DE  19802

**First Class Mail**
Ellen W. Slights, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

**First Class Mail**
Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**First Class Mail**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Suite 800
Wilmington, DE  19801

**First Class Mail**
Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

**First Class Mail**
Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500, P.O. Box 68
Wilmington, Delaware 19899

**First Class Mail**
J. Scout Bovitz, Esq.
Bovitz & Spitzer
880 West First Street
Suite 502
Los Angeles, California
90012-2430

**First Class Mail**
Christopher D. Loizides, Esq.
Loizides, P.A.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware 19801

**First Class Mail**
Gilbert B. Weisman, Esq.
Becket & Lee LLP
16 General Warren Boulevard
Malvern, PA  19355

**First Class Mail**
Charles M. Guastello, Esq.
Quarles & Brady
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

{D0096231.1 }

**First Class Mail**
John J. Monaghan, Esq.
10 St. James Avenue
11th Floor
Boston MA 02116

**First Class Mail**
Frances A. Monaco, Esq.
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**First Class Mail**
David H. Stein, Esq.
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958

**First Class Mail**
Steven Wilamowsky, Esq.
399 Park Avenue
New York, NY
10022-4689

{D0096231.1 }