## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*, ) | Case No.: 07-11666-KG |
| ) | Jointly Administered |
| Debtors. ) | **Re: 12, 13, 52 and 146** |
| ) | |

### EMERGENCY MOTION OF ALLTEL COMMUNICATIONS, INC.
### FOR EXTENSION OF TIME TO OBJECT

Alltel Communications, Inc. ("Alltel Communications"), by and through undersigned counsel, requests that the Court extend the deadline for filing objections to the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (the "Cure Notice") until December 7, 2007. In support thereof, Alltel Communications respectfully states as follows:

1. The Cure Notice provides that objections to the relief requested in the Sale Motion (as that term is defined in the Cure Notice), including the assumption, sale and assignment of the contracts and leases identified in the Cure Notice, was required to be filed by December 3, 2007 (the "Response Deadline").

2. Alltel Communications requests that this Court extend the response period until December 7, 2007 in order to allow Alltel Communications to file an objection. In support, Alltel Communications states that the Cure Notice was improperly served. Specifically, the Communication Services Agent Agreement by and between Alltel Communications and Debtor,

{93013}

Inphonic, Inc. (the "Contract") provides that all notices to Alltel Communications are required to be sent to: One Allied Drive, Bldg. II, 5th Floor, Little Rock, AR, 72202, Attn: Indirect Distribution Contract Administrator. Notwithstanding these contractual requirements, it appears from Exhibit A to the Cure Notice that the Cure Notice was served on "Alltel" at One Allied Drive, Little Rock, AR 72202 and on "Alltel Communications Products" at P.O. Box 7247-8341, Atlanta, GA 30368. In both cases, the Cure Notice was not served in accordance with the Contract.

3.  Moreover, Alltel Communications acted diligently in becoming aware of the Cure Notice and filed its objection after consulting with counsel.

4.  Given these circumstances, and the fact that the Debtors will not be prejudiced by the Court's consideration of this objection (which is similar to other objections filed to the Cure Notice), Alltel Communications respectfully requests that this Court extend the Response Deadline up until and including December 7, 2007.

SMITH, KATZENSTEIN & FURLOW, LLP

December 7, 2007

By: /s/ Kathleen M. Miller
Kathleen M. Miller (2898)
The Corporate Plaza
800 Delaware Avenue
PO Box 410
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-8400
Fax: (302) 652-8405
Email: KMiller@skfdelaware.com

and

{93013}

Mark A. Salzberg (*pro hac vice* pending)
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5101
Telephone:    202.672.5300
Facsimile:    202.672.5399

Attorneys for Alltel Communications, Inc.

{93013}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*, ) | Case No.: 07-11666-KG |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### ORDER GRANTING EMERGENCY MOTION OF ALLTEL COMMUNICATIONS, INC. FOR EXTENSION OF TIME TO OBJECT

This ____ day of December, 2007, having duly considered the Motion of Alltel Communications, Inc. ("Alltel Communications") for Extension of Time to Object (the "Motion");

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The deadline for Alltel to object to the Cure Notice is extended to December 7, 2007 and the objection filed by Alltel on December 7, 2007 is deemed to have been timely filed.

_____
Kevin Gross
United States Bankruptcy Judge

{93013}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December 2007, a copy of the Emergency Motion of Alltel Communications, Inc. For Extension of Time to Object was served on the following in the manner indicated:

InPhonic, Inc.
Attn: Gregory S. Cole
1010 Wisconsin Avenue, NW
Suite 600
Washington, DC 20007
*First Class Mail*

Adeptio
Attn: David Lorry
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104
*Fax: 215 609 3499*

Goldsmith-Agio-Helms/
Lazard Middle Market
Attn: Andrew Torgove
11 Est 42nd Street, 29th Floor
New York, NY 10036
Email: atorgove@agio.com

Kirkland and ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attn: Anup Sathy and John Schoenfeld
Email: asathy@kirkland.com
          Jschoenfeld@kirkland.com

DLA Piper US LLP
Attn: Thomas R. Califano
1251 Avenue of the Americas
New York, NY 10020
Email: thomas.califano@dlapiper.com

Reed Smitih LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801
Attn: Kurt F. Gwynne
Email: kgwyenne@reedsmith.com

The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Attn: Neil B. Glassman
Email: bankserve@bayardfirm.com

Reed Smith LLP
Attn: Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Email: cspringer@reedsmith.com

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)

93013|COS|10035074.WPD