IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br><br>Jointly Administered<br><br>**Hearing Date: December 13, 2007 at 10:00 a.m.**<br>**Objection Deadline: December 6, 2007 at 4:00 p.m.**<br>**Related to Docket No.: 83** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 83

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the **Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain The Bayard Firm as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date** (the "Application") [Docket No. 83] filed on November 19, 2007. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than December 6, 2007.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

It is hereby respectfully requested that the proposed form of order attached to the Application be entered at the Court's earliest convenience.

Dated: December 10, 2007          THE BAYARD FIRM

                                       By: /s/ Mary E. Augustine
                                           Neil B. Glassman (No. 2087)
                                           Mary E. Augustine (No. 4477)
                                           222 Delaware Avenue, Suite 900
                                           P.O. Box 25130
                                           Wilmington, DE 19899
                                           Telephone:   (302) 655-5000
                                           Facsimile:    (302) 658-6395

                                           and

                                           Thomas R. Califano
                                           Jeremy R. Johnson
                                           DLA Piper US LLP
                                           1251 Avenue of the Americas
                                           New York, New York 10020-1104
                                           Telephone:   (212) 335-4500
                                           Facsimile:    (212) 335-4501

                                           Proposed Counsel for Debtors
                                           and Debtors in Possession

{00705770;v2}