# EXHIBIT C

# Lord, John B

| | |
|---|---|
| **From:** | Gwynne, Kurt F. |
| **Sent:** | Tuesday, December 04, 2007 10:51 AM |
| **To:** | 'Thomas.Califano@dlapiper.com'; 'dagay@kirkland.com' |
| **Cc:** | Simons, Robert P.; Springer, Claudia Z. |
| **Subject:** | LIEN/CLAIM INVESTIGATION RE: PREPETITION LENDERS AND ADEPTIO |

Dear Tom and David:

With respect to our investigation of the liens, security interests, and claims by and against Adeptio, its predecessor, and the prior secured creditors, we need prompt responses from both the Debtors and Adeptio (as those terms are defined below) as soon as possible (as we currently have only 25 days from Committee formation to conduct the investigation):

DEFINITIONS

    1.    "Any" shall be inclusive, meaning any and/or all.

    2.    "Adeptio" means Adeptio INPC Funding, LLC, a Delaware limited liability company and its affiliates, and including Versa Capital Management, Inc.

    3.    "Debtors" means InPhonic, Inc., a Delaware corporation ("InPhonic"), and its wholly-owned corporate and limited liability company subsidiaries: (a) CAIS Acquisition, LLC, a Delaware limited liability company; (b) CAIS Acquisition II, LLC, a Delaware limited liability company; (c) SimIPC Acquisition Corp., a Delaware corporation; (d) Star Number, Inc., a Delaware corporation; (e) Mobile Technology Services, LLC, a Delaware limited liability company; (f) FON Acquisition, LLC, a Delaware limited liability company; and (g) 1010 Interactive, LLC, a Delaware limited liability company.

    4.    "Or" shall mean and/or.

    5.    "Prepetition Lenders" has the meaning ascribed to it in the affidavit of Kenneth D. Schwarz filed in support of the applications and motions filed by the Debtors on the petition date.

DOCUMENT REQUESTS

1.    All email, correspondence and other communications between any of the Prepetition Lenders and any of the Debtors.

2.    All documents regarding any payments made to any of the Prepetition Lenders by any of the Debtors.

3.    All documents regarding the basis for any payments made to any of the Prepetition Lenders by any of the Debtors.

4.    All documents regarding the participation by any of the Prepetition Lenders in the boards of directors of any of the Debtors.

5.    All documents regarding the payment of any dividends to any of the Prepetition Lenders.

6.    All documents regarding the payment of any stock redemption payment to any of the Prepetition Lenders.

7.    All confidentiality agreements between any of the Prepetition Lenders and any or all of the Debtors.

8.    All documents regarding the members of AP InPhonic Holdings, LLC.

9.  All documents concerning any agreements between or among the Prior Lenders, Adeptio and any prior or current directors or officers of any of the Debtors regarding the provision of any consideration to any such officers or directors..

10. All documents regarding the release of any of the Prepetition Lenders by the Debtors.

11. All documents regarding any potential claims against any of the Prepetition Lenders by the Debtors.

12. All documents regarding the timing of the filing of the Debtors' bankruptcy petitions.

13. Copies of all financing statements filed by Adeptio.

14. All email, correspondence and other communications between Adeptio and any of the Debtors.

15. All documents regarding any payments made to Adeptio by any of the Debtors.

16. All documents regarding the basis for any payments made to Adeptio by any of the Debtors.

17. All documents regarding the participation by Adeptio in the boards of directors of any of the Debtors.

18. All confidentiality or other agreements between Adeptio and any of the Debtors.

19. All documents regarding the release of Adeptio by the Debtors.

20. All documents regarding any potential claims against Adeptio by any of the Debtors.

21. All documents regarding Adeptio's decision to purchase claims against the Debtors rather than to purchase the Debtors' assets.

22. Copies of the Debtors' general ledger entries and sub-ledger entries for the Prepetition Lenders.

23. Copies of the Debtors' account statements for the Prepetition Lenders.

24. Copies of the Debtors' general ledger entries and sub-ledger entries for Adeptio.

25. Copies of the Debtors' account statements for Adeptio.

As you know, we have a limited amount of time to conduct our investigation. Previously, you both indicated that you would not focus on this discovery until after the other discovery/expedited hearing issues were resolved. That discovery has now been resolved and the hearings will conclude tomorrow. Accordingly, we request and expect the Debtors' and Adeptio's full cooperation to get us all of the requested documents asap. We have little precious time left in our investigation period.

Previously, you have both claimed that certain of the requested documents are irrelevant. We respectfully disagree.

Please confirm that (i) on behalf of your clients, you will send to us the responsive (non-privileged documents), and (ii) the date upon which we can expect to receive those documents (and if a rolling production, when it will start and end). There is no reason that many of the requested documents could not be produced tomorrow. We reserve the right to request additional documents and to seek to extend the investigation deadline and sale hearing or other deadlines/hearings as may be appropriate.

Thank you in advance for your cooperation, kg.

**Kurt F. Gwynne**
302.778.7550
kgwynne@reedsmith.com

2

**Reed Smith** LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
302.778.7500
Fax 302.778.7575

3