# EXHIBIT D

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                        :   Chapter 11
                              :
INPHONIC, INC., et al.,       :   Case No. 07-11666 (KG)
                              :   (Jointly Administered)
    Debtors                   :
------------------------------x

## RESPONSES AND OBJECTIONS OF THE DEBTORS TO THE SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS PROPOUNDED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INPHONIC, INC. TO INPHONICS, INC. *ET AL.*

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and Rule 7036 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby object and respond to the Official Unsecured Creditors' Committees' Second Set of Requests for Admission.

### GENERAL OBJECTIONS

The following general objections apply to and are incorporated by reference in each and every response to each Request:

1. Debtors objects to the Committee's Requests to the extent they are inconsistent with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

2. Debtors object to Plaintiff's Requests insofar as they seek information protected from disclosure by the attorney-client privilege, the work product doctrine, and/or other privileges recognized by law.

3. These responses and objections represent information currently available and known following a reasonable and diligent investigation in responding to the Requests. To the

NEWYI\8175428.1

extent additional information is obtained, Debtors hereby reserve the right to supplement any response herein.

4. Debtors submit these responses without conceding the relevance or materiality of the subject matter of any documents, and without prejudice to the right of Debtors to object to further discovery, or to object to the admissibility of any document or any additional proof on the subject matter of any document at trial.

5. Debtors object to the Requests insofar as they seek information that is not relevant and not likely to lead to the discovery of admissible evidence.

## OBJECTIONS AND RESPONSES TO SPECIFIC REQUESTS FOR ADMISSION

1. All email, correspondence and other communications between any of the Prepetition Lenders and any of the Debtors.

**RESPONSE**

Debtors object to this Request because it is overbroad.

2. All documents regarding any payments made to any of the Prepetition Lenders by any of the Debtors.

**RESPONSE**

Debtors object to this Request because it is overbroad. Notwithstanding this objection, Debtors will produce records of payment to the Prepetition Lenders.

3. All documents regarding the basis for any payments made to any of the Prepetition Lenders by any of the Debtors.

**RESPONSE**

Debtors object to this Request because it is overbroad. Notwithstanding this objection, Debtors identify the Prepetition Credit Agreement as responsive to this Request. This Agreement has previously been provided to the Committee.

NEWY1\8175428.1                                2

4. All documents regarding the participation by any of the Prepetition Lenders in the boards of directors of any of the Debtors.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

5. All documents regarding the payment of any dividends to any of the Prepetition Lenders.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

6. All documents regarding the payment of any stock redemption payment to any of the Prepetition Lenders.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

7. All confidentiality agreements between any of the Prepetition Lenders and any or all of the Debtors.

**RESPONSE**

To the extent that "Prepetition Lenders" is intended to include Adeptio or Versa Capital Management, Inc. ("Versa"), Debtors identify the Confidentiality Agreement between Versa and the Debtors as responsive to this Request. This Agreement has previously been provided to the Committee. Other than this Agreement, Debtors are not aware of and do not possess documents that are responsive to this Request.

8. All documents regarding the members of AP InPhonic Holdings, LLC.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this

Request.

9. All documents concerning any agreements between or among the Prior Lenders, Adeptio and any prior or current directors or officers of any of the Debtors regarding the provision of any consideration to any such officers or directors.

### RESPONSE

Debtors are not aware of and do not possess documents that are responsive to this Request.

10. All documents regarding the release of any of the Prepetition Lenders by the Debtors.

### RESPONSE

To the extent that "Prepetition Lenders" is intended to include Adeptio or Versa Capital Management, Inc. ("Versa"), Debtors identify the Interim and Final DIP Orders as responsive to this Request. These Orders have previously been provided to the Committee. Otherwise, Debtors are not aware of and do not possess documents that are responsive to this Request.

11. All documents regarding any potential claims against any of the Prepetition Lenders by the Debtors.

### RESPONSE

Debtors are not aware of and do not possess documents that are responsive to this Request.

12. All documents regarding the timing of the filing of the Debtors' bankruptcy petitions.

### RESPONSE

Debtors object to this Request because it is vague. Notwithstanding this Request, Debtors will produce all relevant emails between Thomas Califano and David Agay.

13. Copies of all financing statements filed by Adeptio.

NEWY1\8175428.1

4

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

14. All email, correspondence and other communications between Adeptio and any of the Debtors.

**RESPONSE**

Debtors object to this Request because it is overbroad and seeks information that is irrelevant to this matter and not likely to lead to the discovery of admissible evidence.

15. All documents regarding any payments made to Adeptio by any of the Debtors.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

16. All documents regarding the basis for any payments made to Adeptio by any of the Debtors.

**RESPONSE**

Subject to the General Objections above, Debtors identify the Prepetition Credit Agreement and DIP Facility in this matter as responsive to this Request. These documents have previously been provided to the Committee.

17. All documents regarding the participation by Adeptio in the boards of directors of any of the Debtors.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

18. All confidentiality or other agreements between Adeptio and any of the Debtors.

**RESPONSE**

All documents responsive thereto are in the possession of the Committee.

19. All documents regarding the release of Adeptio by the Debtors.

**RESPONSE**

Subject to the General Objections above, Debtors identify the Interim and Final DIP Orders as responsive to this Request. These documents have previously been provided to the Committee.

20. All documents regarding any potential claims against Adeptio by any of the Debtors.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

21. All documents regarding Adeptio's decision to purchase claims against the Debtors rather than to purchase the Debtors' assets.

**RESPONSE**

Debtors are not aware of and do not possess documents that are responsive to this Request.

22. Copies of the Debtors' general ledger entries and sub-ledger entries for the Prepetition Lenders.

**RESPONSE**

Subject to the General Objections above, the Debtors will produce non-privileged documents responsive to this Request.

23. Copies of the Debtors' account statements for the Prepetition Lenders.

**RESPONSE**

Subject to the General Objections above, the Debtors will produce non-privileged documents responsive to this Request.

24. Copies of the Debtors' general ledger entries and sub-ledger entries for Adeptio.

**RESPONSE**

Subject to the General Objections above, the Debtors will produce non-privileged documents responsive to this Request.

25. Copies of the Debtors' account statements for Adeptio.

**RESPONSE**

Subject to the General Objections above, the Debtors will produce non-privileged documents responsive to this Request.

Dated: December 6, 2007

/s/ Tom Califano (MK)
DLA PIPER US LLP

Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession

**THE BAYARD FIRM**
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

## CERTIFICATE OF SERVICE

I, E. O'Brien Kelley, hereby certify that on this 6th day of December, 2007, I caused to be served, by facsimile, a true and correct copy of the attached Amended Responses and Objections of the Debtors to the First Set of Requests for Admission Propounded by the Official Committee of Unsecured Creditors. Of InPhonic, Inc. to InPhones, Inc., et al, on:

> Kurt Gwynne, Esq.
> REED SMITH LLP
> 1201 Market Street
> Suite 1050
> Wilmington, DE 19801
> (302) 778-7500 (telephone)
> (302) 778-7575 (fax)

> *[signature]*
> E. O'Brien Kelley
> DLA PIPER US LLP
> 1251 Avenue of the Americas
> New York, NY 10020
> (212) 335-4961 (telephone)
> (212) 884-8661 (fax)

NEWY1\8175428.1                                    9



**DLA PIPER**

DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

O'Brien Kelley
obrien.kelley@dlapiper.com
T 212.335.4961
F 212.884.8661

## Fax Transmission Cover Sheet

December 6, 2007

| To | Telephone | Fax Number |
|---|---|---|
| Kurt Gwynne, Esq.<br>REED SMITH LLP | 302-778-7500 | 302-778-7575 |

From: O'Brien Kelley
212.335.4961

Client-Matter Number:

Re:

Pages: - __10__ - (including this form)   Originals:

If there is a problem with this transmission, please call _____ at

_____
Fax Operator/Ext.

Message:

**CONFIDENTIALITY NOTICE**
This communication is ONLY for the person named above. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you are not the person named above, or responsible for delivering it to that person, be aware that disclosure, copying, distribution or use of this communication is strictly PROHIBITED. If you have received it in error, or are uncertain as to its proper handling, please immediately notify us by collect telephone and mail the original to us at the above address. Thank you.

(Form Rev. 8/02/04)