IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> INPHONIC, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11666 (KG) <br> Jointly Administered <br><br> Re: Docket No. _____ |

**ORDER GRANTING EMERGENCY MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR AN ORDER (I) POSTPONING THE SALE HEARING
CURRENTLY SCHEDULED FOR DECEMBER 13, 2007,
AND (II) EXTENDING THE INVESTIGATION PERIOD**

Upon consideration of the Emergency Motion Of The Official Committee Of Unsecured Creditors (the "Committee") For An Order (I) Postponing The Sale Hearing Currently Schedule For December 13, 2007, And (II) Extending the Investigation Period (the "Motion"), and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), it is hereby

ORDERED THAT, the Motion is GRANTED; and it is further

ORDERED THAT, the hearing on the Sale Motion (as defined in the Motion) is continued until Monday, January 14, 2008 at ____:____ ___.m.; and it is further

ORDERED THAT, the Committee's investigation period set forth in the Interim DIP Order (as defined in the Motion) is extended to and including Thursday, January 10, 2008.

Dated: December ____, 2007
Wilmington, Delaware

BY THE COURT:

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE