IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 10th day of December 2007, I caused a true and correct copy of the **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN ORDER SHORTENING NOTICE TO CONSIDER EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) POSTPONING THE SALE HEARING CURRENTLY SCHEDULED FOR DECEMBER 13, 2007, AND (II) EXTENDING THE INVESTIGATION PERIOD** to be served upon the entities on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
　　Kurt F. Gwynne (No. 3951)

INPHONIC, INC., *et al.*
Motion to Postphone Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardfirm.com/
maugustine@bayardfirm.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ekosmowski@ycst.com

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Andrew Torgove
Goldsmith-Agio-Helms/Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, NY 10036
E-mail: atorgove@agio.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

**VIA FIRST CLASS MAIL**
**& E-MAIL IN PDF**
Anup Sathy, Esquire
John Schoenfeld, Esquire
David A. Agay, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
E-mail: asathy@kirkland.com/
jschoenfeld@kirkland.com/ davidagay.com

**VIA OVERNIGHT MAIL**
David Lorry
Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104