IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |

**NOTICE OF ASSUMPTION, SALE AND ASSIGNMENT OF DESIGNATED
UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE** that on November 8, 2007, InPhonic, Inc. and its wholly-owned subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors") filed their Motion For Order (A) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (B) Scheduling A Hearing to Consider the Sale and Approving the Form and Matter of Notices; (C) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Procured Cure Amounts, (D) Approving Expense Reimbursement Provision, and (E) Granting Related Relief (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). An order approving the Bid Procedures Motion (the "Bidding Procedures Order") was entered on November 9, 2007.

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on November 9, 2007, the Bankruptcy Court approved the Bid Procedures Motion and scheduled a hearing (the "Sale Hearing") to consider the Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Sale of Substantially All of Its Assets, (the "Asset Sale"); (B) Approving an Asset

---

[1] The Debtors are InPhonic, Inc., CAIS Acquisition LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

Purchase Agreement (the "Agreement"), Subject to Higher and Better Offers; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief; (the "Sale Motion"), for December 13, 2007 at 10:00 a.m. (prevailing Eastern Time). You may obtain a copy of the Agreement by making a written request to the undersigned counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Debtors may assume, sell and assign certain of their unexpired leases, license agreements, and executory contracts free and clear of all liens, claims, encumbrances, and interests upon satisfaction of the cure amounts required under section 365(b)(1)(A) of the Bankruptcy Code (the "Cure Costs").

**PLEASE TAKE FURTHER NOTICE** that on November 29, 2007, the Debtors filed with the Bankruptcy Court [Docket 146] that certain Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing Filed by InPhonic, Inc (the "Cure Notice"). The Cure Notice sets forth the list of contracts that the Debtors may seek to assume, assign and sell and the corresponding Cure Costs.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 2.5 of the Agreement, the Adeptio INPC Funding, LLC ("Adeptio" or "Buyer") submitted to the Debtors the notice and attached Annex A ("Notice of Designated Contracts"), attached hereto as Exhibit A, setting forth the executory contracts and unexpired leases to which the Seller is a party that, subject to subsequent notice from Buyer under Section 2.5 of the Purchase Agreement, the Buyer intends to have assumed and assigned pursuant to sections 363 and 365 of the Bankruptcy Code ("Designated Contract(s)").

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing (December 13, 2007 at 10:00 a.m. (prevailing Eastern Time)), the Debtors will seek authorization from the Bankruptcy Court to enter into the Agreement and to assume and assign the Designated Contracts pursuant to the Asset

Sale.

**PLEASE TAKE FURTHER NOTICE** that any parties seeking information regarding Cure Costs, Designated Contracts, the Notice of Designated Contracts or the Asset Sale may contact Debtors' counsel at the phone number listed below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 2.5(a) of the Agreement, the Buyer reserves the right to remove any contract and/or unexpired lease from the list of Designated Contracts prior to the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, Buyer reserves its right under Section 2.5(b) of the Agreement to designate as a "Held Contract" any executory contract and/or unexpired lease that is not on Annex A to the Notice of Designated Contracts and to which a Seller is a party.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned from time to time without further notice to creditors or parties-in-interest other than by announcement of said adjournment in the Bankruptcy Court or on the Bankruptcy Court's calendar on the date scheduled for the Sale Hearing.

Dated: Wilmington, Delaware  
December 10, 2007

THE BAYARD FIRM

By: /s/ Mary E. Augustine  
Neil B. Glassman (No. 2087)  
Mary E. Augustine (No. 4477)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
Telephone:   (302) 655-5000  
Facsimile:   (302) 658-6395

-and-

Thomas R. Califano
Vincent J. Roldan
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:   (212) 335-4569
Facsimile:    (212) 884-8569

Counsel for Debtors
and Debtors in Possession