**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| INPHONIC, INC., *et al.,* | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 211 |
| | : | |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN**
**ORDER SHORTENING NOTICE TO CONSIDER EMERGENCY MOTION OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER**
**(I) POSTPONING THE SALE HEARING CURRENTLY SCHEDULED FOR**
**DECEMBER 13, 2007, AND (II) EXTENDING THE INVESTIGATION PERIOD**

Upon consideration of the Motion of the Official Committee of Unsecured Creditors (the

"Committee") Pursuant to Del. Bankr. LR 9006-1(e) for an Order Shortening Notice (the

"Motion to Shorten Notice") to Consider the Emergency Motion of the Committee for an Order

(I) Postponing the Sale Hearing Currently Scheduled for December 13, 2007, and (II) Extending

the Investigation Period (the "Motion to Postpone"); and it appearing that sufficient cause exists

for the relief granted herein, it is hereby ORDERED that:

1.      The Motion to Shorten Notice is granted.

2.      A hearing to consider the Motion to Postpone shall be held on December 11, 2007

at 2:00 p.m. (Eastern).

Date:   December  11 , 2007
Wilmington, Delaware

BY THE COURT:

KEVIN GROSS
U.S. BANKRUPTCY JUDGE