## Exhibit B

## Declaration of E. O'Brien Kelly

```
------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
INPHONIC, INC., et al.,                         :    Case No. 07-11666 (KG)
                                                :    (Jointly Administered)
        Debtors                                 :
------------------------------------------------x
```

## DECLARATION OF E. O'BRIEN KELLEY, ESQ.

I, E. Obrien Kelly, swear under penalty of perjury that the following is true and accurate:

1. I am over the age of 18 and am an associate at the law firm of DLA Piper US LLP. In this capacity I represent the Debtors in the above-caption action.

2. At 2:04 p.m. on December 10, 2007, I served 2,762 pages of documents on the Official Unsecured Creditor's Committee (the "Committee") in response to the Committee's Second Request for the production of documents. This email was sent to counsel for the Committee, Kurt Gwynne, at KGwynne@ReedSmith.com. A copy of the transmitting email is attached hereto as an exhibit.

3. At 3:16 p.m., I served 92 pages of documents on the Committee by email. This email was sent to counsel for the Committee, Kurt Gwynne, at KGwynne@ReedSmith.com. A copy of the transmitting email is attached hereto as an exhibit.

4. At 3:21 p.m. I served 900 pages of documents on the Committee by email. This email was sent to counsel for the Committee, Kurt Gwynne, at KGwynne@ReedSmith.com. A copy of the transmitting email is attached hereto as an exhibit.

5. At 3:22 p.m., my email program, Microsoft Outlook, generated an email indicating that Mr. Gwynne's emailbox was full and could not receive the 3:21 p.m. transmission of documents. A copy of this notification is attached hereto as an exhibit.

6. At 3:32 p.m. I emailed Mr. Gwynne and informed him that I could no longer serve documents by email, as his email box was apparently full, and asked that he advise me as to how he would like the documents to be served. A copy of my email to Mr. Gwynne is attached as an exhibit.

7. At approximately 4:10 p.m. I called Mr. Gwynne at 302-778-7550 and left a message detailing my inability to continue to serve documents by email, and again asking that he advise me as to how he would like additional documents to be served.

8. As of 4:32 p.m. I have prepared hundreds of pages of additional documents to serve on Mr. Gwynne but cannot do so electronically until the issue of his email box is resolved.

NEWY1\8177168.1

9.  Compact discs containing the Debtors' production have been and continue to be created, and we have advised Mr. Gwynne that we will serve the discs by overnight courier.

Dated:  New York, New York
        December 10, 2007

E. O'BRIEN KELLEY
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4961

**Exhibit**

## Kelley, E. O'Brien

| | |
|---|---|
| From: | Kelley, E. O'Brien |
| Sent: | Monday, December 10, 2007 2:04 PM |
| To: | KGwynne@ReedSmith.com |
| Cc: | Califano, Thomas R.; Johnson, Jeremy R.; Ware, Robert |
| Subject: | FW: Scanned Documents |
| Attachments: | 002669-002745.pdf; 000001-000871.pdf; 000872-001828.pdf; 001829-002155.pdf; 002156-002668.pdf |



000001-000871.pdf  000872-001828.pdf
(10 MB)            (4 MB)

001829-002155.pdf  002156-002668.pdf
(1 MB)             (14 MB)

Attached are documents the Debtors are producing further to their Responses and Objections to the Committee's Second Set of Requests for Production.

The Debtors are electronically labeling and preparing to serve additional documents.

O'Brien Kelley

-----Original Message-----
From: Narvaez, Jose
Sent: Monday, December 10, 2007 2:01 PM
To: Kelley, E. O'Brien
Subject: Scanned Documents


Please discard the last e-mail the range was incorrect

1

## Kelley, E. O'Brien

| | |
|---|---|
| From: | Kelley, E. O'Brien |
| Sent: | Monday, December 10, 2007 3:16 PM |
| To: | 'kgwynne@reedsmith.com' |
| Cc: | Califano, Thomas R.; Johnson, Jeremy R.; Ware, Robert; Kelley, E. O'Brien |
| Subject: | Debtors' Responses to Committee's Second Set of Document Requests- Second Email |

Attachments: 002669-002745.pdf; 002746-002762.pdf



002669-002745.pdf
(3 MB)



002746-002762.pdf
(353 KB)

dditional documents to follow.

1

## Kelley, E. O'Brien

| | |
|---|---|
| From: | Kelley, E. O'Brien |
| Sent: | Monday, December 10, 2007 3:21 PM |
| To: | 'kgwynne@reedsmith.com' |
| Cc: | Califano, Thomas R.; Johnson, Jeremy R.; Ware, Robert; Kelley, E. O'Brien |
| Subject: | Debtors' Response to Committee's Second Set of Requests - Third Email |

Attachments: Attachments.zip



Attachments.zip
(46 MB)

Debtors will continue to produce.

1

## Kelley, E. O'Brien

| | |
|---|---|
| From: | System Administrator |
| To: | kgwynne@reedsmith.com |
| Sent: | Monday, December 10, 2007 3:22 PM |
| Subject: | Undeliverable: Delivery Status Notification (Failure) |

Your message did not reach some or all of the intended recipients.

Subject:   Debtors' Response to Committee's Second Set of Requests - Third Email

The following recipient(s) could not be reached:

kgwynne@reedsmith.com on 12/10/2007 3:22 PM
This message is larger than the current system limit or the recipient's mailbox is full. Create a shorter message body or remove attachments and try sending it again.
<NEWYEXCH01.Piper.Root.Local #5.2.3 smtp;450 5.2.3 Msg Size greater than allowed by Remote Host>

1

### Kelley, E. O'Brien

**From:** Kelley, E. O'Brien
**Sent:** Monday, December 10, 2007 3:32 PM
**To:** kgwynne@reedsmith.com
**Cc:** Califano, Thomas R.; Johnson, Jeremy R.; Ware, Robert; Kelley, E. O'Brien
**Subject:** Debtors' documents will no longer go through to your inbox

The third email containing documents bounced back twice, with the message that your mailbox is full. Please advise as to how many emails attaching documents you have received and whether we can continue to send by email.

We will also be sending discs by overnight courier.

12/10/2007