IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Re: Docket No. 213** |

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO NOTICE OF ASSUMPTION, SALE AND ASSIGNMENT OF DESIGNATED UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE** that on December 10, 2007, InPhonic, Inc. and its wholly-owned subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors"), filed the Notice of Assumption, Sale and Assignment of Designated Unexpired Leases and Executory Contracts [Docket No. 213] (the "Notice"). A copy of the Notice may be obtained by contacting undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a page was omitted from Exhibit A to the Notice and the corrected Exhibit A to the Notice is attached hereto as Exhibit 1.

Dated: Wilmington, Delaware
December 11, 2007

THE BAYARD FIRM

By: /s/ Mary E. Augustine
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

---

[1] The Debtors are InPhonic, Inc., CAIS Acquisition LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

Thomas R. Califano
Vincent J. Roldan
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:   (212) 335-4569
Facsimile:   (212) 884-8569

Counsel for Debtors
and Debtors in Possession