**Exhibit 1**

## Exhibit A

### Buyer's Notice of Designated Contracts

Adeptio INPC Funding, LLC
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2868

December 6, 2007

To the Sellers (as such term is defined in the Purchase Agreement)
c/o InPhonic, Inc.
1010 Wisconsin Avenue, Suite 600
Washington, DC 20007
Attention: Walter W. Leach III, General Counsel

Dear Sellers:

We are delivering this notice (this "Notice") to you pursuant to Section 2.5(a) of that certain Asset Purchase Agreement, dated November 8, 2007 (as may be amended, modified and/or supplemented from time to time, the "Purchase Agreement"), by and among Adeptio INPC Funding, LLC, a Delaware limited liability company ("Adeptio" or "Buyer"), InPhonic, Inc., a Delaware corporation (the "Company" and a "Seller"), and each of the Company's direct and indirect Subsidiaries listed on the signature pages thereto (individually, a "Seller" and, together with the Company, the "Sellers"). Any capitalized term used in this Notice which is not otherwise defined herein shall have the meaning assigned to such term in the Purchase Agreement.

In accordance with Section 2.5(a) of the Purchase Agreement, by delivery of this Notice, the undersigned acknowledge and agree that the executory Contracts and unexpired leases listed on the attached Annex A shall be, subject to subsequent notice from Buyer under Section 2.5 of the Purchase Agreement, the sole "Designated Contracts" for purposes of the Purchase Agreement. Without limiting the foregoing, pursuant to Section 2.5(a) of the Purchase Agreement, the Buyer reserves the right to remove any Contract and/or unexpired lease from the list of Designated Contracts prior to the Sale Hearing. In addition, Buyer reserves its rights under Section 2.5(b) of the Purchase Agreement to designate as a "Held Contract" any executory Contract and/or unexpired lease that is not on Annex A and to which a Seller is a party

All other rights of Buyer are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Adeptio INPC Funding, LLC

By: *David S Long*

Name:

Title:        David Lorry
              Authorized Signatory

Agreed and Accepted as of December __, 2007:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By:        _____
Its:       Authorized Signatory

cc:        Thomas R. Califano, Esq. (DLA Piper US LLP)
           Anup Sathy, P.C. (Kirkland & Ellis, LLP)
           John A. Schoenfeld, P.C. (Kirkland & Ellis, LLP)

| Vendor Name | Contract Effective Date | Description 1 |
|---|---|---|
| EchoStar Satellite L.L.C. | 31-Dec-06 | VMC |
| Fionda Communications, LLC | 28-Feb-03 | WAS |
| CompUSA Inc. | 06-May-05 | WAS |
| Statewide Internet | 08-Sep-05 | WAS |
| Telebay, Inc./Brad Edwards | 12-Apr-05 | WAS |
| All The Media, Inc. | 21-Dec-05 | WAS |
| Veterans Advantage | 02-Dec-02 | WAS |
| Ryan Russell Investments | 01-Aug-05 | WAS |
| 1 Voice Worldwide | 21-Jun-06 | WAS |
| A.D. Charles, Inc. | 16-Jun-05 | WAS |
| AACOM | 01-Jun-04 | WAS |
| Abes Electronic Center | 06-Sep-06 | WAS |
| ABT Electronics | 16-Sep-06 | WAS |
| Action Wireless, Inc. | 01-Dec-03 | WAS |
| Active Response, LLC | 25-Jul-05 | WAS |
| Advanced Wireless Concepts | 19-Jul-05 | WAS |
| African American Telecom | 06-Nov-06 | WAS |
| Airtime Wireless, LLC | 20-Oct-05 | WAS |
| AJ Pro dba Ivgeni Statkevich | 16-Jun-05 | WAS |
| Alchemy Digital Solutions, Inc. | 30-Dec-04 | WAS |
| Allconnect | 01-May-06 | WAS |
| AME, Inc. | 16-Sep-05 | WAS |
| Ameriplan USA | 01-Aug-04 | WAS |
| AmTxTel Company, Inc. | 30-Aug-04 | WAS |
| Anderson Communications | 03-Jun-05 | WAS |
| Anya Corp. LLC | 14-Jul-05 | WAS |
| Arena Kom | 18-Jun-06 | WAS |
| Atlas Web Group, Inc. | 01-Aug-05 | WAS |
| Atsiva | 04-Nov-05 | WAS |
| Audio Company of New Jersey | 02-Sep-05 | WAS |
| Beach Trading Co. | 19-Jun-06 | WAS |
| Bearcom, Inc. | 08-Sep-05 | WAS |
| Bellair Communications | 01-Mar-05 | WAS |
| Bens Bargains Net LLC | 17-Apr-07 | WAS |
| Better Bills | 08-Apr-05 | WAS |
| Big Planet | 28-Aug-02 | WAS |
| Bizteon | 12-Sep-05 | WAS |
| Blessed Hope Communications | 14-Apr-04 | WAS |
| Blue Bargain Inc. | 16-May-07 | WAS |
| Blue Fire, LLC | 27-Apr-05 | WAS |
| Boundless Communications, Inc. | 01-Jun-05 | WAS |
| Business Communication Assoc. | 20-Jun-05 | WAS |
| Carbon-fiber-products.com | 05-Aug-05 | WAS |
| Careclicks | 02-Oct-06 | WAS |

APA Sec 2.5(a)
Annex A

| Vendor Name | Contract Effective Date | Description 1 |
|---|---|---|
| CBS Telecom, Inc | 12-Jan-05 | WAS |
| Cell Phone Digest | 25-Jan-05 | WAS |
| Cellular Concepts Marketing Group | 02-Sep-05 | WAS |
| CellularAccessory.com, Inc. | 02-Sep-05 | WAS |
| Champion Communications | 01-Mar-05 | WAS |
| Cheapcellphones | 18-Mar-05 | WAS |
| Cheapercell, LLC | 31-Mar-05 | WAS |
| Choi Chew Company | 07-Jun-05 | WAS |
| Claria Corp. fka The Gator Corp | 29-Jun-01 | WAS |
| Computer 21, LLC | 21-Aug-07 | WAS |
| Computer Nerds Int'l | 31-Jan-06 | WAS |
| Consulting.com | 01-Jun-05 | WAS |
| Cool Cellular Deals | 01-Jan-05 | WAS |
| Cool Smart Phone | 08-Sep-06 | WAS |
| Cordless Workz | 17-Jan-06 | WAS |
| Credit Management Group | 14-Jul-06 | WAS |
| Customer Stream | 30-May-06 | WAS |
| CWCS | 21-Jan-05 | WAS |
| Daniel Young Company | 18-Jun-05 | WAS |
| Datavision Computer Video Inc. | 28-Nov-05 | WAS |
| Dave Williams & Ronnie A. Whitt | 01-Jun-05 | WAS |
| Dealnews.com | 09-Nov-06 | WAS |
| Deals of America | 14-Feb-06 | WAS |
| Digital Innovations, Inc. | 11-Nov-05 | WAS |
| Direct Page, Inc. | 21-Jun-05 | WAS |
| Discount Cell | 25-Jul-05 | WAS |
| Discuss Wireless.com (Barry Nagassar) | 27-Jul-05 | WAS |
| DLD2000.com, LLC | 08-Jul-05 | WAS |
| DM Offers, Inc. | 16-Sep-05 | WAS |
| EAS Marketing | 03-Feb-06 | WAS |
| Ecatcher, Inc. | 20-Nov-06 | WAS |
| Echen, Inc. | 01-Jan-05 | WAS |
| Ecost.com, Inc. | 15-Feb-05 | WAS |
| eDealinfo.com, Inc. | 23-Jan-07 | WAS |
| eEnvisions | 09-Feb-05 | WAS |
| Eforcity | 09-Sep-05 | WAS |
| Egizmo | 24-Feb-06 | WAS |
| Elephant Wireless | 01-Jul-04 | WAS |
| Emerick Telecom Brokerage | 21-Jan-05 | WAS |
| Encore Marketing | 31-Aug-04 | WAS |
| Entertainment Publications, Inc. | 09-Mar-04 | WAS |
| eStarNetwork, LLC | 25-Jan-05 | WAS |
| Etronics Inc. | 29-Sep-05 | WAS |
| Everything Treo | 21-Jan-05 | WAS |

APA Sec 2.5(a)
Annex A

| Vendor Name | Contract Effective Date | Description 1 |
|---|---|---|
| Fabuloussavings.com | 05-May-06 | WAS |
| Family Video Movie Club Inc. | 08-Jan-06 | WAS |
| Financial Destination, Inc. | 09-Jul-03 | WAS |
| Fingerhut Direct Marketing, Inc. | 26-Sep-05 | WAS |
| FON Central.com | 01-Mar-05 | WAS |
| Fon Media | 01-Aug-07 | WAS |
| Found Corporation | 25-Aug-04 | WAS |
| Free Phone Madness | 16-Aug-07 | WAS |
| Gain America | 01-Jun-05 | WAS |
| Garth Mobile | 01-Jul-05 | WAS |
| Geo Telecom, Inc. | 23-Jan-07 | WAS |
| Get Your Tech | 01-Jul-06 | WAS |
| Gigabargains.com | 13-Sep-05 | WAS |
| GMB Direct | 25-Oct-04 | WAS |
| Go Electronic | 13-Jul-05 | WAS |
| Gravity Advanced Systems LLC dba Phone | 26-Sep-06 | WAS |
| Harris Communications Inc. | 26-Sep-06 | WAS |
| Hello Direct, Inc | 12-Sep-05 | WAS |
| HelloMobile.com | 01-Jun-05 | WAS |
| High Tech Wireless | 08-Sep-05 | WAS |
| Hydramedia | 21-Sep-05 | WAS |
| I Buy Digital.com, Inc. | 21-Sep-05 | WAS |
| IBN Telecom | 20-Nov-03 | WAS |
| Iconnexion, LLC. | 04-Dec-04 | WAS |
| IKompania | 31-Jan-07 | WAS |
| Ilana Michelson | 09-Sep-05 | WAS |
| Impact Telecom LLC | 08-Aug-05 | WAS |
| Infomedia, Inc. | 22-Nov-06 | WAS |
| IntegralNet Marketing Inc | 01-Mar-05 | WAS |
| Integrity Communications and Utilities | 27-Feb-03 | WAS |
| Intelisys Corporation | 02-Feb-05 | WAS |
| Jaeter Corporation | 07-Jun-05 | WAS |
| JirehComm Marketing Solutions | 08-Nov-04 | WAS |
| KoolPhone | 17-Aug-04 | WAS |
| Langley Internet Development, Inc. | 13-Oct-06 | WAS |
| Lead Click Media | 13-Jul-05 | WAS |
| LeapLab | 14-Jul-06 | WAS |
| LG Elecetronics MobileComm, USA, Inc. | 27-Jul-05 | WAS |
| Mail Gravity | 09-Sep-04 | WAS |
| Mannatech, Inc | 01-Aug-04 | WAS |
| Matchboxes.com LLC | 12-Apr-04 | WAS |
| Mezi Media | 31-Aug-05 | WAS |
| Michael Glozman dba Cheap Stingy Bargain | 06-Apr-06 | WAS |
| MobileCom, Inc. | 28-Jun-05 | WAS |

APA Sec 2.5(a)

Annex A

| Vendor Name | Contract Effective Date | Description 1 |
|---|---|---|
| Mobiledia Corporation | 16-Dec-04 | WAS |
| Mobilewhack.com | 10-Sep-06 | WAS |
| MobiTV.com/Idetic.com | 01-Feb-05 | WAS |
| Money Mailer | 30-Nov-04 | WAS |
| Motivano | 19-Jul-06 | WAS |
| MP Superstore (Marine Park Camera) | 14-Jun-04 | WAS |
| MTDN Holdings, LLC | 25-Oct-04 | WAS |
| My Cell Phone Choice | 27-Jan-06 | WAS |
| MZ Imports, L.C. | 18-Jul-05 | WAS |
| Neilux Group | 01-Jun-05 | WAS |
| NetShelter Inc. | 16-Aug-04 | WAS |
| New Empire Mobile, Inc. | 08-Nov-04 | WAS |
| Next Level Cellular LLC | 11-Jan-06 | WAS |
| NEXX, Inc. | 01-Jan-05 | WAS |
| Night & Weekend Free LLC | 10-Feb-05 | WAS |
| No Wires Required, Inc. | 31-Jan-06 | WAS |
| Ocenture | 24-Mar-06 | WAS |
| One Stop Wireless Shop | 25-Jul-05 | WAS |
| Onpoint, inc. | 20-Oct-05 | WAS |
| OnSale, Inc. | 21-Feb-06 | WAS |
| PageMaster, Inc. | 21-Jan-07 | WAS |
| Palacer | 12-Nov-05 | WAS |
| PC Mall Sales, Inc | 21-Feb-06 | WAS |
| PDA Groove | 16-Mar-06 | WAS |
| Phone Sales USA | 16-Feb-06 | WAS |
| Phone Scoop | 28-Jun-05 | WAS |
| Pricerunner | 06-Dec-06 | WAS |
| Qcorps | 01-Jun-04 | WAS |
| Quick Process LLC | 27-Jan-05 | WAS |
| Ritz Interactive, Inc. | 13-Jul-07 | WAS |
| RKL Consulting Services, Inc. | 12-Jul-05 | WAS |
| Sanyo Fisher Company | 01-Feb-05 | WAS |
| Sionic LLC | 16-May-06 | WAS |
| Smart Choice Cellular | 12-Jan-06 | WAS |
| Smartprice.com, Inc. | 15-Oct-03 | WAS |
| Sonopia Corporation | 12-Apr-06 | WAS |
| Staffing Lab Inc. | 08-Aug-05 | WAS |
| Staples | 01-Jan-05 | WAS |
| Strange Gifts | 23-Jun-05 | WAS |
| Switch-Mobile | 03-Apr-06 | WAS |
| TeleBright Corp. | 01-Jun-05 | WAS |
| Telenav, Inc. | 16-Aug-07 | WAS |
| Telephone Road | 27-Oct-05 | WAS |
| Teptronics, Inc. (TMZ, LLC) | 07-Feb-06 | WAS |
| Totallycellphones.com | 01-Apr-04 | WAS |

APA Sec 2.5(a)
Annex A

| Vendor Name | Contract Effective Date | Description 1 |
|---|---|---|
| Treo Central | 05-Jun-02 | WAS |
| Trouve Media | 06-Oct-06 | WAS |
| Turner Ad Sales | 06-Oct-06 | WAS |
| Ultimate Cell | 29-Sep-07 | WAS |
| United Online Advertising Network, Inc. | 12-Oct-07 | WAS |
| United TTY Sales & Service | 10-Dec-05 | WAS |
| US Telebrokers (PlanetOne) | 24-Feb-03 | WAS |
| UTI | 17-Sep-07 | WAS |
| Velocity Vending Corporation | 01-Aug-07 | WAS |
| VFW | 02-Dec-02 | WAS |
| Virginia Association of Realtors | 28-Mar-06 | WAS |
| Vondigo, LLC | 15-Oct-02 | WAS |
| Webclients.Net | 08-Aug-05 | WAS |
| Web-Search-Engines.com | 08-Aug-05 | WAS |
| Westside Cellular | 08-May-06 | WAS |
| Wildcat Gtel Wireless, Inc. | 01-Apr-05 | WAS |
| Wireless Consultant | 29-Sep-07 | WAS |
| Wireless Emporium | 16-Aug-05 | WAS |
| Wireless Wise | 30-Mar-05 | WAS |
| Xalient, LLC | 01-Jun-05 | WAS |
| ZipZoom Fly | 25-Jan-05 | WAS |