## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| INPHONIC, INC., et al.,[1] | :    Case No. 07-11666 (KG) |
| | : |
| Debtors. | :    (Jointly Administered) |
| | : |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 13, 2007 AT 10:00 A.M.
## 824 MARKET STREET, COURTROOM 3, 6TH FLOOR
## WILMINGTON, DELAWARE 19801

## UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:

1.     Application of Debtors Pursuant to 11 U.S.C. Section 327(a) for Authority to Employ and Retain The Bayard Firm as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 11/19/07, Docket No. 83]

Response Deadline:

     December 6, 2007 at 4:00 p.m.

Related Documents:

     (a)     Certification of No Objection Regarding Docket No. 83 [Filed 12/10/07, Docket No. 208]

     (b)     Proposed Order Regarding Docket No. 83

Response(s) Received:

     None.

---

[1]     The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Status:

    A certification of no objection has been filed.  This matter will go forward.

## **UNCONTESTED MATTERS GOING FORWARD:**

2.    Emergency Motion of Alltel Communications, Inc. for Extension of Time to Object [Filed 12/7/07, Docket No. 206]

Response Deadline:

    None

Related Documents:

    (a)    Motion of the Debtors for an Order Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All Their Assets; (II) Approving An Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/8/07, Docket No. 13]

    (b)    Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

    (c)    Limited Objection of Alltel Communications, Inc. to the Debtors' Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 12/7/07, Docket No. 207]

Response(s) Received:

    None

Status:

    This matter will go forward.

**CONTESTED MATTERS GOING FORWARD:**

3.    Motion of the Debtors for an Order Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All Their Assets; (II) Approving An Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/8/07, Docket No. 13]

Response Deadline:

November 23, 2007 at 4:00 p.m.  The response deadline was extended until November 26, 2007 for the Official Committee of Unsecured Creditors.

Related Documents:

(a)    Order Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief [Filed 11/9/07, Docket No. 52]

(b)    Notice of Auction and Sale [Filed 11/13/07, Docket No. 65]

(c)    Notice of Supplement to the Motion of the Debtors for an Order Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All Their Assets; (II) Approving An Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/14/07, Docket No. 74]

(d)    Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

(e)    Debtors' Omnibus Reply to Objections to Motion for an Order (I) Authorizing the Sale of Substantially all of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/10/07, Docket No. 212]

(f)     Notice of Assumption, Sale and Assignment of Designated Unexpired Leases and Executory Contracts [Filed 12/10/07, Docket No. 213]

(g)     Notice of Filing of Corrected Exhibit A to Notice of Assumption, Sale and Assignment of Designated Unexpired Leases and Executory Contracts [Filed 12/11/07, Docket No. 217]

<u>Response(s) Received</u>:

(a)     United States Trustee's Objection to Debtors' Motion for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 11/27/07, Docket No. 125]

(b)     Objection of NEA's Member Benefits Corporation to Cure Amounts [Filed 11/30/07, Docket No. 161]

(c)     Objection by CompareWirelessRates, LLC and MyRatePlan.com, LLC to Proposed Cure Amount [Filed 12/3/07, Docket No. 169]

(d)     Objection of Spanco Telesystems & Solutions Ltd. To Motion of Debtors for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/3/07, Docket No. 170]

(e)     Limited Objection of Microsoft Licensing, Inc. and MSN to Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing and to Debtors' Motion for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/3/07, Docket No. 172]

(f)     Objection of Yellow Page Authority, LTD., to Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 12/3/07, Docket No. 173]

(g)     Objection of Verizon Business Global, LLC Debtors' Motion for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/3/07, Docket No. 177]

(h)     Cure Objection of mForce, Inc. to Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 12/3/07, Docket No. 179]

(i)     Objection of Randall Van Dyke & Associates, Inc., d/b/a RNA, Inc. to Cure Amounts [Filed 12/3/07, Docket No. 180]

(j)     Limited Objection of Sprint Nextel Corporation to the Debtors' Motion for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/3/07, Docket No. 181]

(k)     Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/3/07, Docket No. 182]

(l)     Objection of Qualution Systems, Inc. to Motion of Debtors for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/5/07, Docket No. 196]

(m)     Objection of USCC Distribution Co., LLC to Proposed Cure Amount [Filed 12/5/07, Docket No. 198]

(n)     Limited Objection of T-Mobile USA, Inc. to Motion of the Debtors for an Order pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially all of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/5/07, Docket No. 199]

(o)     Objection of AT&T to Cure Notice and Limited Objection to Debtors' Motion to Sell Substantially All Assets and to Assume and Assign Contracts [Filed 12/5/07, Docket No. 200]

(p)     Limited Objection of GSI Commerce Solutions, Inc. to the Debtors' Motion for an Order Pursuant to Sections 105(A), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of bankruptcy Procedure (I) Authorizing the Sale of Substantially All of their Assets: (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Filed 12/5/07, Docket No. 201]

(q)     Objection of Cellco Partnership d/b/a Verizon Wireless to (A) Debtors Motion (I) Authorizing the Sale of Substantially All Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief and (B) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 12/5/07, Docket No. 202]

(r)     Limited Objection of Alltel Communications, Inc. to the Debtors' Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 12/7/07, Docket No. 207]

Status:

This matter will go forward.

4.    Motion of Infinite Computer Solutions, Inc. (1) to Compel Debtor to Assume or Reject the Master Service Agreement Between Infinite Computer Solutions, Inc. and the Debtor Under Section 365(d)(2) or, Alternatively, (2) For Relief from the Stay under Section 362(d)(1) to Allow Infinite Computer Solutions, Inc. to Terminate Its Executory Contract [Filed 11/21/07, Docket No. 101]

Response Deadline:

December 6, 2007 at 4:00 p.m.  Extended to December 10, 2007 for the Debtors.

Related Documents:

None

Response(s) Received:

(a)    Debtors' Objection to Motion of Infinite Computer Solutions, Inc. (I) to Compel Debtor to Assume or Reject the Master Service Agreement Between ICS and the Debtor under Section 365(D)(2) or, Alternatively, (II) for Relief from Stay Under Section 362(D)(1) to Allow ICS to Terminate its Executory Contract [Filed 12/10/07, Docket No. 210]

Status:

This matter will go forward.

Dated: Wilmington, Delaware
       December 11, 2007

                                           THE BAYARD FIRM

                                 By:    _____
                                           Neil B. Glassman (No. 2087)
                                           Mary E. Augustine (No. 4477)
                                           The Bayard Firm
                                           222 Delaware Avenue
                                           Suite 900
                                           P.O. Box 25130
                                           Wilmington, DE  19899
                                           Telephone:    (302) 655-5000
                                           Facsimile:    (302) 658-6395

                                           and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:     (212) 335-4500
Facsimile:     (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession