IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*, ) | Case No.: 07-11666-KG |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Dkt #206 |

ORDER GRANTING EMERGENCY MOTION OF ALLTEL COMMUNICATIONS, INC.
FOR EXTENSION OF TIME TO OBJECT

This 11th day of December, 2007, having duly considered the Motion of Alltel Communications, Inc. ("Alltel Communications") for Extension of Time to Object (the "Motion");

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The deadline for Alltel to object to the Cure Notice is extended to December 7, 2007 and the objection filed by Alltel on December 7, 2007 is deemed to have been timely filed.

Kevin Gross
United States Bankruptcy Judge

{93013}