# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al.[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## CERTIFICATION OF COUNSEL RE: DELIVERY OF DISCOVERY MATERIALS

I, the undersigned counsel to Adeptio INPC Funding, LLC ("Adeptio"), hereby represent and certify the following:

1. On November 16, 2007, I attended the formation meeting at which the Official Committee of Unsecured Creditors (the "Committee") was appointed.

2. Subsequent to the Committee's formation and prior to the selection of counsel, I informed a member of the Committee that a binder of pertinent discovery materials would be delivered to counsel immediately upon selection thereof.

3. After receiving an email indicating that Kurt Gwynne of Reed Smith, LLP, had been selected as counsel to the Committee, I arranged for a binder of the materials annexed hereto to be hand-delivered to Mr. Gwynne in the evening on November 16, 2007.

---

[1] The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

4. On that same day, I also sent an email to Mr. Gwynne advising that the materials were being sent. I received an acknowledgement email from Mr. Gwynne that he was aware of the anticipated delivery.

Respectfully submitted,

Date: December 11, 2007

Edmon L. Morton (No. 3856)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Adeptio