EXHIBIT 2

## Schedule 1.01
### Refinanced Agreements

Comerica Bank Credit Facility: principal outstanding as of September 30, 2006 - $19,924,371.71

### Schedule 1.01(b)
### Carried Residual Payments

Carried Residual Payments shall be determined using the methods and accounting policies consistent with the determination of "residuals" in the "Detailed Internal Comparative Income Statement dated June 30, 2006", copies of which were delivered to the Lenders prior to the Closing Date.

2

Schedule 2.01 to Credit Agreement

### Commitments and Applicable Percentage

| Lender | Closing Date Commitment | Delayed Draw Commitment | Total Commitments |
|---|---|---|---|
| Goldman Sachs Credit Partners, L.P. | $55,000,000.00 | | $55,000,000.00 |
| Citicorp North America, Inc. | $20,000,000.00 | | $20,000,000.00 |
| AP InPhonic Holdings, LLC | | $25,000,000.00 | $25,000,000.00 |
| | | | |
| Totals | $75,000,000.00 | $25,000,000.00 | $100,000,000.00 |

**Schedule 5.02(b)**
<u>Contracts</u>

- Basic Internet Services Agreement, dated July 26, 2000, by and between Savvis Communications Corporation and InPhonic, Inc.

- Communication Services Agent Agreement, dated September 22, 2000, by and between Alltel Communications, Inc. and InPhonic, Inc.

- Online Authorized Representative Agreement, dated April 3, 2001, by and between Nextel Communications of the Mid-Atlantic, Inc. and InPhonic, Inc.

- Unified Communication Marketing Services Agreement, dated September 1, 2001, by and between Quixtar, Inc. and InPhonic, Inc.

- Authorized Agency E-Commerce Agreement for Service, dated January 20, 2003, by and between Cellco Partnership, d.b.a. Verizon Wireless, and InPhonic, Inc.

- Premier I-Dealer Agreement, dated July 1, 2003, by and between T-Mobile USA, Inc. and InPhonic, Inc.

- Distribution Agreement, dated May 1, 2005, by and between Sprint Spectrum L.P and InPhonic, Inc.

- Merchant Card Processing Agreement, dated August 23, 2006, by and between Fifth Third Bank and InPhonic, Inc.

- Comerica and Services Terms and Conditions, dated September 14, 2006, by and between Merchant Global Payments Direct, Inc. and InPhonic, Inc.

- Cingular Wireless Non-Exclusive Dealer Agreement, dated October 1, 2006, by and between Cingular Wireless II, LLC and InPhonic, Inc.

4

## Schedule 5.03
### Government Authorization; Other Consents

None

Schedule 5.05
**Supplement to Interim Financial Statements**

Contractual Obligations (amounts in thousands)
as of September 30, 2006

| | Total | | Less than 1 year | | 1 - 3 years | | 4 - 5 years | | Over 5 years | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line of credit | $ | 19,924 | $ | 19,924 | $ | - | $ | - | $ | - |
| Promissory Notes (VMC Satellite) | $ | 1,792 | $ | 1,792 | | | | | | |
| Capital leases | $ | 788 | $ | 384 | $ | 404 | $ | - | $ | - |
| Operating leases | $ | 4,460 | $ | 1,805 | $ | 2,655 | $ | - | $ | - |
| Operating leases - Pending (a) | | | $ | 1,200 | $ | 4,800 | $ | 4,800 | $ | 15,600 |
| Obligations under advertising agreement (b) | $ | 4,544 | $ | 4,544 | $ | - | $ | - | $ | - |
| | $ | 31,508 | $ | 29,650 | $ | 7,859 | $ | 4,800 | $ | 15,600 |

(a) New Reston Facility lease anticipated to begin in March 2007 at an annual lease rate of $2.4 million
(b) We have a minimum purchase commitment to purchase a minimum level of advertising, media and other services from a vendor by March 31, 2007. Such commitment period may be extended at the option of the vendor.

6

Schedule 5.06
Litigation

Pursuant to Borrower's recent SEC filings:

- August 5, 2004, Avesair, Inc. vs. InPhonic

- July 25, 2005, the Federal Communications Commission (FCC) issued a Notice of Apparent Liability

- Thirteen related putative federal court class actions, have been filed against us arising out of InPhonic-sponsored rebate offers for online purchases of wireless telephones. Eight of these lawsuits also name a third-party rebate processor as a defendant. Four of these matters were consolidated in the United States District Court for the District of Columbia by the Judicial Panel on Multidistrict Litigation ("JPML") on October 25, 2006.

- On June 8, 2006, the Attorney General of the District of Columbia brought a lawsuit in the Superior Court of the District of Columbia (the "DCAG Action"), alleging violations of the D.C. consumer protection statute.

Schedule 5.08(b)
Lien Agreements

| Perfected by UCC (security interest & liens) | Reference # | Est. Security value | Footnote |
|---|---|---|---|
| Voicestream Wireless Corp - T-mobile | 3 | $ 2,823,901.75 | C |
| CIT Technology Financing Services, Inc (capital lease) | 5 | $ 8,407.00 | E |
| CitiCapital Technology Finance, Inc. (captial lease) | 7 | $ 23,087.00 | G |
| DeLage Landen Financial Services, Inc (capital lease) | 8 | $ 34,022.12 | H |
| Caterpillar Financial Services Corporation (capital lease) | 9 | $ 19,026.00 | I |
| Sun Microsystems Finance (capital lease) | 10 | $ 22,897.00 | J |
| Sun Microsystems Finance (capital lease) | 11 | $ 22,897.00 | K |
| DeLage Landen Financial Services, Inc (capital lease) | 13 | $ 1,991.88 | M |
| Eplus Group Inc (capital lease) | 14 | $ 348,588.00 | N |
| Oce Financial Services, Inc (capital lease) | 15 | $ 140,544.00 | O |
| General Electric Capital Corporation (operating lease) | 16 | $ 164,686.00 | P |

| Unperfected (contracts with rights to perfect) | Reference # | Est. Security value | Footnote |
|---|---|---|---|
| Cingular | | $ 3,353,263.00 | |
| Sprint | | $ 2,601,616.31 | |
| Us Cellular | | $ 23,549.93 | |
| Paymentech LLC - US and Canada | | $ 3,593,041.34 | Q |
| Comerica - Global Payments | | $ 300,000.00 | R |
| TransFirst | | $ 450,000.00 | R |
| CardService International | | $ 50,000.00 | R |

| Capital leases | Principal 9/30/2006 | Footnote |
|---|---|---|
| Oracle 2 | $ 167,065 | |

C   All inventory and equipment now owned or hereafter acquired by debtor in business and all proceeds of debtor's inventory in any form or forms, account, contract rights, chattel paper, genteal intangibles, instruments or other rights to payment, all machinery and equipment, vehicles, all insurance policies and proceeds thereof pertaining to the foregoing, and commissions now and hereafter arising out of business of debtor including, but not limited to, handsets, accessories, prepaid coupons, "PINS", and replenishing cards, and other tangible items shipped by Voice Stream or its agents to debtor.

D   All equipment subject to that certain E489, Master Lease Agreement, dated as of 8/18/2003, Lease Schedule No. 01 – Lease has expired and Master between InPhonic, Inc. (lessee) and Allstate Leasing, Inc. (lessor), including but not limited to all attachments, accessories, additions, substitutions, products, replacements and rental proceeds therefrom (including insurance proceeds).

E   (7)2.8CHZ XEON PROCESSOR OPTION(7)PROLIANT DL360 G3 Rack 2.8X5(14)36GB 10K U320 PLUGGABLE HARD (12) PROLIANT DL140 XEON - 2.4G (1P) "plus all other types of office equipment and products, computers, security systems and other items of equipment now and hereafter leased to and/or financed for Debtor/Lessee by Secured Party/Lessor, and including all replacements, upgrades and substitutions hereafter occurring to all of the foregoing equipment and all now existing and future attachments, parts, accessories and add-ons for all of the foregoing items and types of equipment, and all proceeds and products thereof".

G   EQUIP DESC: Net App Cluster, Quantity 1, MODEL: FAS270C, SERIAL#:310011211, LICENSE#: , EQUIP#: , ASSET DETAIL:

H   Including all components, additions, upgrades, attachments, accessions, substitutions, replacements and proceeds of the foregoing.

I   One Caterpillar XQ105 Power Module, S/N F7428F/001 W/One 600A automatic transfer switch S/N 009Y8120NE Caterpillar CQ 225 Power Module, S/N 8JJ00854 W/One ZTF 000A00080E automatic transfer switch, S/N 144517AND substitution, replacements, additions, & accessions thereto, now owned or hereafter acquired, and proceeds thereof.

J    All equipment and related items ("Products") that are the subject of and described in any Lease Schedule, whether existing now or in the future, to that certain Master Lease Agreement No. 4319263 between the secured party named above and the debtor named above, and all additions, attachments, accessions, replacement parts and substitutions of such Products, and all proceeds of the foregoing, including insurance proceeds. If any such Lease Schedule contains a fair market value purchase option, then the filing of this financing statement with respect to such Lease Schedule is intended for notice purposes only, and is not intended to create a security interest.

M    (1) CLARION CX500 (1) RACK - 40U-C(2) CX 2GDAE(45) CK-2G15-73(22) EM-LL10MD(2) EMLL5MD (1)

N    The asset(s) as described in Schedule No.1 dated August 17, 2005 to Lease Agreement No. DCC158 dated August 17, 2005 together with any and all accessions, replacements, substitution and proceeds thereof. The transaction covered by this UCC-1 is intended by Lessor and Lessee to be a true lease. In the event the lease is terminated, or is deemed to be a disguised security interest prior to Lessor's or its assignees' receipt of full payment due pursuant to this transaction, this transaction shall be deemed to grant a security interest. This UCC-1 is filed for informational and notice purposes only.

O    The equipment covered under equipment PO#16176 between secured party and debtor, including the equipment described below, and all accessions, attachments, replacements substitutions, modifications, and additions thereto now or hereafter acquired, and all proceeds thereof (including insurance proceeds). Model serial # with all peripherals. VP3090A   0234500156  VP3090 2034500160 VP2100 0236401273. This is a precautionary filing in connection with a true lease transaction and is not to be construed as indicating the transaction is other than a true lease.

P    All equipment, described herein or otherwise, leased to or financed for the Debtor by Secured Party under certain equipment lease agreement No. 7352061-007 dated 12/30/05 including all accessories, accessions, replacements, additions, substitutions, add-ons and upgrades thereto.

Q    Former Credit Card Processor - $3.5 million will be returned to the company once the full chargeback period has expired.

R    Current Credit Card Processor.

9

## Schedule 5.08(c)
### Owned Real Property

None

Schedule 5.08 (d)(i)
Leased Real Property (Lessee)

| Site Lease | Lessor / Lessee | Address | Start | End | Annual rent |
|---|---|---|---|---|---|
| Washington, DC | Waterfront Center / InPhonic, Inc. | 1010 Wisconsin Ave N.W., Suite 600, Washington, DC 20007 | Dec-03 | Nov-09 | $ 432,122 |
| Washington, DC – expansion | Waterfront Center / InPhonic, Inc. | 1010 Wisconsin Ave N.W., Suite 600, Washington, DC 20007 | Jul-04 | Nov-09 | $ 60,020 |
| Washington, DC – Dodge Warehouse | Potomac Properties / InPhonic, Inc. | 1000 Wisconsin Ave N.W., Washington, DC 20007 | Sep-06 | Nov-09 | $ 11,369 |
| Largo, MD – renewal | Inglewood Associates / InPhonic, Inc. | 9301 Peppercorn Place, Largo, MD 20774 | Oct-02 | Sep-09 | $ 307,550 |
| Largo – expansion | Inglewood Associates / InPhonic, Inc. | 9301 Peppercorn Place, Largo, MD 20774 | Sep-05 | Sep-09 | $ 147,378 |
| Largo – renewal maint & tax | Inglewood Associates / InPhonic, Inc. | 9301 Peppercorn Place, Largo, MD 20774 | Sep-05 | Sep-09 | $ 74,613 |
| Largo – expan maint & tax | Inglewood Associates / InPhonic, Inc. | 9301 Peppercorn Place, Largo, MD 20774 | Sep-05 | Sep-09 | $ 34,814 |
| Reston, VA | Parkridge Five Associates Ltd, Partnership #001 / InPhonic | 10790 Parkridge Boulevard, Reston, VA 20191 | Dec-04 | Jan-08 | $ 223,342 |
| Reston II, VA | Careerbuilder, LLC / InPhonic, Inc. | 10803 Parkridge Boulevard, Reston, VA 20191 | Aug-05 | Feb-07 | $ 316,933 |
| Reston III, VA | Parkridge Two Associates Ltd, Partnership #100 / InPhonic, Inc. | 10805 Parkridge Boulevard, Reston VA 20191 | Nov-05 | Feb-07 | $ 195,286 |
| Reston signage space | Parkridge Two Associates Ltd, Partnership #100 / InPhonic, Inc. | 10790 Parkridge Boulevard, Reston, VA 20191 | Aug-05 | Jan-08 | $ 36,000 |
| Great Falls, VA | Colvin Run Partners LLC. / VMC Satellite Inc. | 10205 Colvin Run Road, Suite 100, Great Falls, VA 22066 | May-05 | Aug-07 | $ 104,721 |
| Reston, VA – Campus at Sunrise | BPG Properties / InPhonic, Inc. | 11190 Sunrise Valley Drive, Reston, VA 20191 | Mar-07 | Mar-18 | $ 2,400,000.00 |

Schedule 5.08 (d)(ii)
<u>Leased Real Property (Lessor)</u>

None

634106.01-New York Server 4A - MSW

Schedule 5.08(e)
**Existing Investments**

| Bank | Account Number | Investment Vehicle | Ticker | Amount | |
|------|----------------|--------------------|--------|--------|--|
| Comerica Bank | 1080005060 | Sweep account | MCEXX | $ | 38,626,872.89 |
| Deutsche Bank | 5XR-710172 | Money market fund | BRIXX | $ | 2,137,291.60 |
| Goldman Sachs | 001-07136-4 | Money market fund | FSMXX | $ | 5,727,420.60 |
| UBS – Master account | Y178554 | Master account - debit cards | | $ | 6,366.42 |
| UBS – Investment | CP-40220-V7 | Money market fund | SETXX | $ | 18,149.80 |

*S.A*

634106.01-New York Server 4A - MSW

## Schedule 5.09
### Environmental Matters

None

## Schedule 5.12
### Certain ERISA Information

None

**Schedule 5.13**
**Subsidiaries and Other Equity Investments; Loan Parties**

List of Subsidiaries                        EIN

CAIS Acquisition, LLC                       20-2016257
CAIS Acquisition II, LLC                    20-2713695
SimIPC Acquisition Corp.                    33-0994924
StarNumber, Inc.                            80-6618935
Mobile Technology Services, LLC             To be applied for
FON Acquisition, LLC                        20-2692807

16

Schedule 5.17
Intellectual Property Matters

# INPHONIC, INC. TRADEMARKS

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| U-DOO | Downloadable ringtones for wireless telecommunication devices, in Class 9. (WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM) | 78974702 ITU | Filed 9/14/06 |
| U-DOO | Retail sales in the field of telecommunications products, accessories and services, in Class 35. (WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM) | 78974699 ITU | Filed 9/14/06 |
| U-DOO | Wireless telecommunication services, namely, providing digital and electronic ringtones and messaging for wireless telecommunication devices, in Class 38. (WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM) | 78974696 ITU | Filed 9/14/06 |
| U-DOO | Wireless telecommunication services, namely, providing digital and electronic ringtones and messaging for wireless telecommunication devices, in Class 38. | 78958868 ITU | Filed 8/23/06 |
| U-DOO | Retail sales in the field of telecommunications products, accessories and services in Class 35. | 78958719 ITU | Filed 8/23/06 |
| U-DOO | Downloadable ringtones for wireless telecommunication devices, in Class 9. | 78958710 ITU | Filed 8/23/06 |
| MFLY | Downloadable software for computer games, text content, music, graphics, photographs, publications, wallpaper, ringtones, message tones, and text messages, for wireless telecommunication devices, in Class 9  Retail sales in the field of information technology and telecommunications products, accessories and services, in Class 35  Wireless telecommunication services, namely, providing digital and electronic messaging services, providing downloadable online computer games, text content, music, | 78767905 ITU | Filed 12/6/05 Office Action sent on 5/29/06. Response due 11/29/06. |

17

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| | graphics, photographs, publications, wallpaper, ringtones, message tones, and text messages, for wireless telecommunication devices, in Class 38 | | |
| WIREFLY | Retail sales in the field of information technology and telecommunications products, accessories and services, Class 35 | 78/760,429<br><br>Actual Use | Filed 11/23/05 Office Action sent on 5/29/06. Response due 11/29/06. |
| JOE MOBILE | Retail sales in the field of telecommunications and information technology products and services, in Class 35 | 78760468<br><br>Actual Use | Filed 11/23/05 Office Action sent on 6/13/06. Response due 12/13/06. |
| JOE MOBILE | Telecommunication services, namely, message and data delivery by electronic transmission to computers, handheld computers and wireless devices; electronic transmission of data and documents via computer terminals, wireless devices and handheld computers; electronic transmission of messages and data in a variety of fields via pagers, wireless telephones, and wireless handheld computers; wireless digital messaging services; electronic, electric and digital transmission of voice, data, information, images, signals and messages; delivery of messages by electronic transmission, in Class 38 | 78760470<br><br>ITU | Filed 11/23/05 Office Action sent on 6/13/06. Response due 12/13/06. |
| UNIFIED INFORMATION | "advertising services, namely, creating corporate and brand identity for others in the field of wireless communication devices," in Class 35 | 2,637,716 | Registered 10/15/02<br><br>8 & 15 due 10/15/08 |
| WELCOME TO OUR WIRELESS WORLD | "advertising services, namely, creating corporate and brand identity for others in the field of wireless communication devices," in Class 35 | 2,658,604 | Registered 12/10/02<br><br>8 & 15 due |

18

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| | | | 12/10/08 |
| WIREFLY | "computer services, namely creating, designing, managing, maintaining, updating and hosting web sites for others," in Class 42 | 2,768,131 | Registered 9/23/03<br><br>8 & 15 due 9/23/09 |
| Point.com | "computerized on-line retail services in the field of voice and data communication products; providing business information to others concerning the purchase and operation of voice and data communication products by means of computer networks and global communications networks; providing consumer information relating to the purchase and operation of voice and data communication products by means of computer networks and global communications networks," in Class 35 | 2,869,870 | Registered 8/3/04<br><br>8 & 15 due 8/3/10 |
| Point.com | "providing information in the field of telecommunications, telephone and wireless communications, electronic transmission of data, telecommunications equipment, and telecommunications services via computer networks and global communications networks," in Class 38 | 2,843,311 | Registered 5/18/04<br><br>8 & 15 due 5/18/10 |
| Point.com | "providing search engines for obtaining data via computer networks and global communications networks," in Class 42 | 75/706,621 ITU | Filed 5/17/99<br><br>ABANDONED per Client 9/24/04<br><br>Abandonment Notice sent 2/3/05 |
| WINDCASTER | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and | 76/105,500 ITU | Filed 8/8/00 |

19

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| | electronic commerce transactions via a wireless communications network," in Class 9<br><br>"advertising services, namely dissemination of advertising matter; promoting the goods and services of others through the distribution of advertisements via a global communications network and electronic mail via wireless communication devices; consulting in the field of on-line advertising via wireless communication devices; advertisement management, namely the creation and provision of reports, advertisements targeting and storage of advertising for others," in Class 35 | | **Transferred to Third Screen Media May 20, 2005**<br><br>**Abandoned 6/6/05**<br><br>**Notice of Abandonment 9/28/05** |
| INPHONIC INPOWER | "telecommunication services, namely, message and data delivery by electronic transmission to computers, handheld computers and wireless devices; electronic transmission of data and documents via computer terminals, wireless devices and handheld computers; electronic transmission of messages and data in a variety of fields via pagers, wireless telephones, and wireless handheld computers; wireless digital messaging services; electronic, electric and digital transmission of voice, data, information, images, signals and messages; delivery of messages by electronic transmission," in Class 38 | 76/297,143 ITU | Filed 8/9/01<br><br>**ABANDONED 9/16/04**<br><br>Notice of Abandonment 1/26/05 |
| LIBERTY WIRELESS | "telecommunications reseller services, namely, providing cellular telecommunications services," in Class 38 | 2,854,629 | Registered 6/15/04<br><br>**8 & 15 due 6/15/10**<br><br>Mark was transferred to Teleplus on 12/31/05. |

20

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| POWERED BY INPHONIC | "telecommunication services, namely, message and data delivery by electronic transmission to computers, handheld computers and wireless devices; electronic transmission of data and documents via computer terminals, wireless devices and handheld computers; electronic transmission of messages and data in a variety of fields via pagers, wireless telephones, and wireless handheld computers; wireless digital messaging services; wireless facsimile mail services; electronic, electric and digital transmission of voice, data, information, images, signals and messages; delivery of messages by electronic transmission; electronic mail and messaging services; voice mail and messaging services; wireless voice mail services; network conferencing services; unified messaging services featuring a system that routes all telecommunications messages via telephone, facsimile, pager or e-mail to one mailbox for customers to retrieve over the telephone or via the web," in Class 38 | 2,948,952 | Filed 9/11/02<br><br>Registered 5/10/05<br><br><u>8 & 15 due 5/10/11</u> |
| STARBOX | "telecommunication services, namely, message and data delivery by electronic transmission to computers, handheld computers and wireless devices; electronic transmission of data and documents via computer terminals, wireless devices and handheld computers; electronic transmission messages and data in a variety of fields via pagers, wireless telephones, and wireless handheld computers; wireless digital messaging services; wireless facsimile mail services; electronic, electric and digital transmission of voice, data, information, images, signals and messages; delivery of messages by electronic transmission; electronic mail and messaging services; voice mail and messaging services; wireless voice mail services; network conferencing services; unified messaging services featuring a system | 2,882,387 | Registered 9/7/2004<br><br><u>8 & 15 due 9/7/2010</u> |

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| | that routes all telecommunication messages via telephone, facsimile, page, e-mail to one mailbox for customers to retrieve over the telephone or via the web," in Class 38<br><br>"computer services, namely, providing network-based calendar services and network address book services over a global computer network via a telephone," in Class 42 | | |
| STARNUMBER | "telecommunication services, namely, message and data delivery by electronic transmission to computers, handheld computers and wireless devices; electronic transmission of data and documents via computer terminals, wireless devices and handheld computers; electronic transmission messages and data in a variety of fields via pagers, wireless telephones, and wireless handheld computers; wireless digital messaging services; wireless facsimile mail services; electronic, electric and digital transmission of voice, data, information, images, signals and messages; delivery of messages by electronic transmission; electronic mail and messaging services; voice mail and messaging services; wireless voice mail services; network conferencing services; unified messaging services featuring a system that routes all telecommunication messages via telephone, facsimile, page, e-mail to one mailbox for customers to retrieve over the telephone or via the web," in Class 38<br><br>"computer services, namely, providing network-based calendar services and network address book services over a global computer network via a telephone," in Class 42 | 76/406,865 ITU | Filed 5/8/02<br><br>Notice of Allowance granted 6/10/03<br><br>**Application lapsed due to maximum number of extensions — last Statement of Use due 6/10/06** |
| WE DELIVER CELLULAR | "advertising services, namely, creating corporate and brand identify for others in the field of wireless communication devices," in | 76/291,930 Actual Use | Abandoned |

| InPhonic, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status and Next Action Due |
|---|---|---|---|
| | Class 35 | | |
| WE DELIVER CELLULAR | "Online retail services featuring wireless telephones, equipment and service plans," in Class 35 | 2,991,879 | Registered 9/6/05<br><br>8 & 15 due 9/6/11 |
| INPHONIC | "Advertising services, namely, creating corporate and brand identity for others by facilitating private label branding of wireless devices and services," in Class 35<br><br>"Telecommunication services, namely, message and data delivery by electronic transmission to computers, handheld computers and wireless devices; electronic transmission of data and documents via computer terminals, wireless devices and handheld computers; electronic transmission of messages and data in a variety of fields via pagers, wireless telephones and wireless handheld computers; wireless digital messaging services; electronic, electric and digital transmission of voice, data, information, images, signals and messages; delivery of messages by electronic transmission," in Class 38<br><br>"Computer services, namely, providing network-based calendar services and network address book services over a global computer network via a telephone," in Class 42 | 004262151<br><br>European Union | Registered 1/30/06 |

## INPHONIC.COM, INC. TRADEMARKS

| InPhonic.com, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status |
|---|---|---|---|
| INPHONIC | "advertising services, namely, creating corporate and brand identity for others by facilitating private label branding of wireless communication devices and services," in Class 35 | 2,630,092 | Registered 10/8/02 **8 & 15 Due 10/8/08** |
| TURNING PAGE VIEWS INTO PROFITS | "private label branding services for wireless communication devices and services related thereto," in Class 35 | 76/106,705 Actual Use | Abandoned |

24

## STARNUMBER, INC. TRADEMARKS

| StarNumber, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status |
|---|---|---|---|
| LIBERTY WIRELESS FOR ALL | "telecommunications reseller services, namely, providing cellular telecommunications and data transmission services," in Class 38 | 2,979,533 | Registered on 7/26/05<br><br>8 & 15 Due 7/26/11<br><br>Mark was transferred to Teleplus on 12/31/05. |
|  | Telecommunications reseller services, namely, providing cellular telecommunications and data transmission services," in Class 38 | 2,928,910 | Registered on 3/1/05<br><br>Section 8 & 15 due 3/1/2011<br><br>Mark was transferred to Teleplus on 12/31/05. |

25

## AVESAIR, INC. TRADEMARKS

| Avesair, Inc. Mark | Goods/Services | Reg. No./ Ser. No./ App. Type/Country | Status |
|---|---|---|---|
| MATCH | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 2,592,865 United States | Registered 7/9/02 8 & 15 due 7/9/08 |
| AVESAIR | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising; marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 2,595,837 United States | Registered 7/16/02 8 & 15 due 7/16/08 |
| AVESAIR | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 1.903.617 Argentina | Registered 12/2/02 Renewal due 12/2/12 |
| AVESAIR | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 728.398 Mexico | Registered 11/6/01 Renewal due 11/6/11 |
| AVESAIR | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 002202695 European Union | Still on file |
| AVESAIR | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 824.133.404 Brazil | Filed October 30, 2001 |
| MATCH | "software programs for use on a wireless communications network, namely a suite of software products to enable | 824.133.439 Brazil | Abandoned |

26

| Avesair, Inc. Mark | Goods/Services | Reg. No./ Ser. No./ App. Type/Country | Status |
|---|---|---|---|
| | integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | | |
| MATCH | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 515.267 Mexico | Abandoned |
| AVESAIR | "recording media with computer programs; downloadable computer programs; other applied electronic machines and apparatus and their parts; wireless communications network programs; cellar pones; other electric communications machines and apparatus; video game machines for home use; records; machines and apparatus for amusement park," in Class 9 | 2001-74879 Japan | Abandoned |
| MATCH | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 002202661 European Union | Abandoned |
| MATCH | "software programs for use on a wireless communications network, namely a suite of software products to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 2.350.863 Argentina | Abandoned |
| BEYOND YOUR WIRELESS DREAMS | "computer software programs for use on a wireless communications network, namely, a suite of computer software programs to enable integrated advertising, marketing promotions and electronic commerce transactions via a wireless communications network," in Class 9 | 76/217,617 ITU United States | Abandoned |

27

## GADGETSPACE, INC. TRADEMARK

| Gadgetspace, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status |
|---|---|---|---|
| GADGETSPACE | "computer services, namely, providing online computer software applications for others, enabling bi-directional dialog between internet based applications and mobile devices for facilitating real-time commercial transactions and information exchange via wireless devices, namely, mobile telephones, personal digital assistants and hand held electronic devices, via a global computer network," in Class 42 | 2,566,727 | Registered 5/7/02<br><br>**8 & 15 due 5/7/08** |

634106.01-New York Server 4A - MSW

## POINT.COM, INC. TRADEMARKS

| Point.com, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type | Status |
|---|---|---|---|
| POWERED BY PO!NT.COM | "providing business information to others concerning the purchase and operation of voice and data communication products by means of computer networks and global communications networks; providing consumer information relating to the purchase and operation of voice and data communication products by means of computer networks and global communications networks," in Class 35 | 76/118,787 ITU | Abandoned |
| POWERED BY PO!NT.COM | "providing information in the fields of telecommunications, telephone and wireless communications, electronic transmission of data, telecommunications equipment, and . . . telecommunications services via computer networks and global communications networks," in Class 38 | 76/118,786 ITU | Abandoned |
| POWERED BY PO!NT | "providing information in the fields of telecommunications, telephone and wireless communications, electronic transmission of data, telecommunications equipment, and telecommunications services via computer networks and global communications networks," in Class 38 | 76/118,785 ITU | Abandoned |
| POWERED BY PO!NT | "providing business information to others concerning the purchase and operation of voice and data communication products by means of computer networks and global communications networks; providing consumer information relating to the purchase and operation of voice and data communication products by means of computer networks and global communications networks," in Class 35 | 76/118,784 ITU | Abandoned |

## SIMPLEXITY, INC. TRADEMARKS

| Simplexity, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type/Country | Status |
|---|---|---|---|
| | | | |

634106.01-New York Server 4A - MSW

| Simplexity, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type/Country | Status |
|---|---|---|---|
| SIMPLEMOBILE | "retail stores featuring cellular telephones, telecommunications equipment, and telecommunications services; online retail stores featuring telephones, telecommunications equipment and telecommunications services; facilitating commercial transactions relating to purchase and sale of telephones, telecommunications services and telecommunications equipment," in Class 35<br><br>"telecommunications services, namely, mobile phone services," in Class 38 | 2,481,589<br><br>United States | Registered 8/28/01<br><br>8 &15 due 8/28/07 |
| SIMPLEXITY | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data," in Class 35<br><br>"providing comparison information regarding third-party communications services via electronic communications networks," in Class 42 | 2,518,245<br><br>United States | Registered 12/11/01<br><br>8 & 15 due 12/11/07 |
| SIMPLEXITY.COM | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data," in Class 35<br><br>"providing information regarding third-party communications services via electronic communications networks," in Class 42 | 2,528,160<br><br>United States | Registered 1/8/02<br><br>8 & 15 due 1/8/08 |
| THE NEW WAY TO CHOOSE TELECOMMUNICATIONS | "consulting services, namely, facilitating commercial transactions concerning the retail of telecommunications services; market research services for others," in Class 35<br><br>"communications services, namely, providing comparison information to others regarding third-party communications services via electronic communications | 2,604,395<br><br>United States | Registered 8/6/02<br><br>8 & 15 due 8/6/08 |

634106.01-New York Server 4A - MSW

| Simplexity, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type/Country | Status |
|---|---|---|---|
| | networks," in Class 38 | | |
| SIMPLESAVER | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data," in Class 35 <br><br> "providing information regarding third-party communications services via electronic communications networks," in Class 42 | 75/808,741 ITU United States | Filed 9/27/99 <br><br> Notice of Allowance granted 9/18/01 <br><br> ABANDONED per Client 9/16/04 <br><br> . Notice of Abandonment sent 2/3/05 |
|  | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data," in Class 35 <br><br> "providing information regarding third-party communications services via electronic communications networks," in Class 42 | 75/887,228 ITU United States | Filed 1/4/00 <br><br> Notice of Allowance granted 12/25/01 <br><br> *Abandoned 12/2/04* <br><br> Notice of Abandonment sent 5/11/05 |
| XACT | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data," in Class 35 <br><br> "providing comparison information regarding third-party communications services via electronic communications | 75/887,074 ITU United States | Filed 1/4/00 <br><br> Notice of Allowance granted 8/21/01 |

634106.01-New York Server 4A - MSW

| Simplexity, Inc. Mark | Goods/Services | Reg. No./ Ser. No./App. Type/Country | Status |
|---|---|---|---|
| | networks," in Class 42 | | *Abandoned as of 8/21/04*<br><br>Notice of Abandonment sent 9/24/04 |
| X.BILL | "telecommunications billing services, namely, providing online services for the management and organization of telephone bills," in Class 35 | 76/109,371 ITU United States | Filed 8/15/00<br><br>Notice of Abandonment sent __11/8/05__ |
| THE WORLD'S LEADING COMMUNICATIONS MARKETPLACE | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data," in Class 35<br><br>"providing information regarding third-party communications services via electronic communications networks," in Class 42 | 75/808,715 ITU United States | Abandoned 11/2001 |
| SIMPLEXITY | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data; providing information regarding third-party communications services via electronic communications networks" | App. 1,042,762 Canada | Filed 1/13/00 Allowed: 9/21/01<br><br>__Declaration of Use due 7/14/06__ |
| SIMPLEXITY | "facilitating commercial transactions relating to purchase and sale of communications services; assembling and distributing market research data; providing information regarding third-party communications services via electronic communications networks" | 1462845 European Union | Registered 1/17/00<br><br>__Renewal due 1/17/10__ |

32

Schedule 6.12
**Guarantors**

Company and Subsidiaries                                 EIN

InPhonic, Inc.                                           52-2199384
CAIS Acquisition, LLC                                    20-2016257
CAIS Acquisition II, LLC                                 20-2713695
SimIPC Acquisition Corp.                                 33-0994924
StarNumber, Inc.                                         80-6618935
Mobile Technology Services, LLC                          To be applied for
FON Acquisition, LLC                                     20-2692807

634106.01-New York Server 4A - MSW

Schedule 7.01
**Existing Liens**

None

634106.01-New York Server 4A - MSW

Schedule 7.02
Existing Indebtedness

- Nine (9) Demand Confessed Judgment Promissory Notes (the "VMC Notes") with aggregate outstanding amounts totaling $1,791,667 as of September 30, 2006. The VMC Notes are owed to the seller in connection with Borrower's purchase of the entity formerly known as VMC Satellite, Inc.

35

## Schedule 7.09
## **Burdensome Agreements**

None

634106.01-New York Server 4A - MSW

Schedule 10.02 to Credit Agreement

### Administrative Agent's Office; Certain Addresses for Notices

| Party to Credit Agreement | Address | Telecopier Number | Email Address | Telephone Number |
|---|---|---|---|---|
| InPhonic, Inc. | 1010 Wisconsin Avenue, Suite 600, Washington, DC 20007 | | | (202) 333-0001 |
| Citicorp North America, Inc., as Administrative Agent | 390 Greenwich St. 7th Floor New York, NY 10013 Attn: Scot French | | scot.p.french@citigroup.com | (212) 723-1803 |
| Goldman Sachs Credit Partners, L.P. | One New York Plaza New York, NY 10004 Attn: Nick Advani Attn: Connie Shoemaker<br><br>With a copy to:<br><br>Fried, Frank, Harris, Shriver & Jacobson LLP One New York Plaza New York, NY 10004 Attn: Craig Miller, Esq. | (212) 256-5474<br><br><br><br>(212) 859-8587 | Nick.Advani@gs.com Connie.Shoemaker@gs.com<br><br><br><br>Craig.Miller@friedfrank.com | (212) 902-4934<br><br><br><br>(212) 859-8108 |
| AP InPhonic Holdings, LLC | c/o Liberty Associated Partners, LP 3 Bala Plaza East, Suite 502 Bala Cynwyd, PA 19004 Attn: Scott G. Bruce, Managing Director | 610-660-4920 | | 610-660-4910 |