# EXHIBIT 4

Schedule 1.01 to Security Agreement

## SCHEDULE OF CLAIMS

None

ffny03\rosenke\670190.14

Schedule 3.06 to Security Agreement

## SCHEDULE OF DEPOSIT ACCOUNTS
## AND SECURITIES ACCOUNTS

| Bank | Account Number | Investment Vehicle | Ticker | Amount |
|---|---|---|---|---|
| Comerica Bank | 1080005060 | Sweep account | MCEXX | $ 38,626,872.89 |
| Deutsche Bank | 5XR-710172 | Money market fund | BRIXX | $ 2,137,291.60 |
| Goldman Sachs | 001-07136-4 | Money market fund | FSMXX | $ 5,727,420.60 |
| UBS – Master account | Y178554 | Master account - debit cards | | $ 6,366.42 |
| UBS – Investment | CP-40220-V7 | Money market fund | SETXX | $ 18,149.80 |

Schedule 4.01 to Security Agreement

## SCHEDULE OF FILINGS MADE
## TO PERFECT SECURITY INTERESTS

| Name of Debtor | | | | | |
|---|---|---|---|---|---|
| Legal Name of Debtor | UCC-1/UCC-2/UCC-3: General/ILO/Fixture Filing/Assignment/Name Change/Termination | Security/Pledge Agreement/Mortgage (If doing an ILO/ Assignment/Name Change/Termination put Original File Date and Number here) | | | |
| InPhonic, Inc. | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |
| CAIS Acquisition, LLC | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |
| CAIS Acquisition II, LLC | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |
| FON Acquisition, LLC | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |
| Mobile Technology Services, LLC | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |
| SimIPC Acquisition Corp. | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |
| StarNumber, Inc. | UCC-1 | Security | DE | SOS | 11/07/06 | [To Come] |

- 5 -

ffny03\rosenko\670190.14