EXHIBIT 6

SCHEDULE I

## LIST OF PLEDGED SHARES

| Issuer | Class of Stock | Certificate Number, if Applicable | Par Value | Number of Shares | Percentage of Class Represented By Pledged Shares | Type of Investment Property |
|---|---|---|---|---|---|---|
| SimIPC Acquisition Corp. | Common Stock | R-1 | $0.01 | 100 | 100% | |
| StarNumber, Inc. | Common Stock | R-1 | $0.01 | 100 | 100% | |

SCHEDULE II

## LIST OF PLEDGED NOTES

InPhonic Intercompany Note

SCHEDULE III

## LIST OF PLEDGED LLC INTERESTS

| Issuer | Type of Membership Interest | Certificate Number, if Applicable | Percentage of Class Represented by Pledged Interest |
|---|---|---|---|
| CAIS Acquisition, LLC | | | 100% |
| CAIS Acquisition II, LLC | | | 100% |
| Mobile Technology Services, LLC | | | 100% |
| Fon Acquisition, LLC | | | 100% |

SCHEDULE IV

## LIST OF PLEDGED PARTNERSHIP INTERESTS

NONE