EXHIBIT 8

# INPHONIC, INC.

## PERFECTION CERTIFICATE

We, <u>Lawrence S. Winkler</u>, the chief financial officer and <u>Walter W. Leach</u>, the chief legal officer, of InPhonic, Inc., (the "<u>Company</u>"), a Delaware corporation, hereby certify with reference to the Security Agreement dated as of November 7, 2006 among the Company, the Subsidiary Guarantors referred to therein and Citicorp North America, Inc. as Administrative Agent (the "<u>Administrative Agent</u>") (terms defined therein being used herein as therein defined) to the Administrative Agent and the Secured Parties as follows:

1. **Names.**

(a) The exact corporate, limited liability company or partnership name of the Company and each of its subsidiaries as it appears in its certificate of incorporation, certificate of formation, partnership agreement or certificate of limited partnership, as applicable, is InPhonic, Inc., CAIS Acquisition, LLC, CAIS Acquisition II, LLC, SimIPC Acquisition Corp., StarNumber, Inc., Mobile Technology Services, LLC, and FON Acquisition, LLC.

(b) Since its organization, neither the Company nor any of its subsidiaries has had another corporate, limited liability company or partnership name.

(c) The Company and each of its subsidiaries has not changed its identity or corporate, limited liability company or partnership structure in any way within the past five years.

2. **Business Locations/Jurisdiction of Organization.**

(a) The jurisdiction of organization, organization number and taxpayer identification number of the Company and each of its subsidiaries are set forth on <u>Schedule 2(a)</u> hereto.

(b) The Company is a "registered organization" within the meaning of the UCC.

(c) The Company's chief executive office is located at the address shown on <u>Schedule 2(c)</u> hereto.

(d) Each of the Company's other places of business is set forth on <u>Schedule 2(d)</u> hereto.

3. **Locations and Other Information Regarding Collateral.**

(a) Listed on <u>Schedule 3(a)</u> hereto is each address where any of the Company's Equipment, Inventory, Instruments, securities certificates (as defined in the UCC), Documents, books or records relating to Accounts or other tangible Collateral are located.

(b) Listed on <u>Schedule 3(b)</u> hereto is the name and address of each Person other than the Company which has possession of any of the Company's Equipment, Inventory, Instruments, securities certificates (as defined in the UCC), Documents, books and records relating to Accounts or other tangible Collateral.

(c)     Schedule 3(c) hereto lists each item of Collateral of the Company that is or has at any time been covered by a certificate of title, together with the jurisdiction which issued such certificate. Attached as a part of such Schedule 3(c) are all certificates of title, applications for title or similar evidence of ownership of such Collateral.

(d)     The Company has no interests in unextracted minerals or the like (including oil and gas), assets consisting of timber to be cut or equipment used in farming operations, farm products, grain or crops growing or to be grown.

(e)     Listed on Schedule 3(e) hereto is the name and jurisdiction of organization of each company with respect to which the Company holds securities.

(f)     Listed on Schedule 3(f) hereto is the name of each company with respect to which the Company holds partnership interests, limited liability company membership interests or other equity interests not constituting securities (as defined in the UCC).

(g)     Listed on Schedule 3(g) hereto is the Securities Intermediary and account number of each Securities Account maintained by the Company, together with a description of all securities entitlements (as defined in the UCC) and other financial assets (as defined in the UCC) on deposit therein or credited thereto.

(h)     Listed Schedule 3(h) hereto, is the bank or other financial institution and account number of each Deposit Account or other bank account maintained by the Company, together with a description of the purpose for which each such account is used.

(i)     The Company has no Inventory consigned to third parties.

(j)     The Company has no Inventory located outside of the United States of America.

(k)     There are no commercial tort claims in favor of the Company.

4.      **Unusual Transactions.**  No unusual transactions have occurred in the past five years, all Accounts have been originated by the Company and all Inventory or Equipment has been acquired by the Company in the ordinary course of business from a dealer in goods of that type.

5.      **Patents, Trademarks and Copyrights.**  Listed on Schedule 5 hereto is each Patent, Trademark and Copyright owned or applied for by the Company and each License to which the Company is a party.

6.      **Existing Liens.**  As of the date hereof, there are no (i) Uniform Commercial Code financing statements naming the Company as debtor or seller and covering any of the Collateral, (ii) notices of the filing of any federal tax lien (filed pursuant to section 6323 of the Code) or any lien of the PBGC (filed pursuant to Section 4068 of ERISA) covering any of the Collateral or (iii) judgment liens filed against the Company, except as set forth on the UCC Search Reports attached hereto as Exhibit A.

Date: November 7, 2006

InPhonic, Inc.

By: /s/ Lawrence S. Winkler
Name: LAWRENCE S. WINKLER
Title: chief financial officer

By: /s/ Walter W. Leach
Name: WALTER W. LEACH
Title: chief legal officer

-3-