EXHIBIT 9

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:41 PM 11/08/2006
INITIAL FILING NUM: 6390489 3
AMENDMENT NUMBER: 0000000
SRV: 061026618

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Kenneth Rosenfeld
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: InPhonic, Inc.

1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 600
CITY: Washington
STATE: D.C.
POSTAL CODE: 20007
COUNTRY: USA

1e. TYPE OF ORGANIZATION: Corporation
1f. JURISDICTION OF ORGANIZATION: Delaware

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: Citicorp North America, Inc., as Administrative Agent

3c. MAILING ADDRESS: 2 Penns Way, Suite 100
CITY: New Castle
STATE: DE
POSTAL CODE: 19720
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

8. OPTIONAL FILER REFERENCE DATA
JS 67777990-21-SD

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

```
DELAWARE DEPARTMENT OF STATE
       U.C.C. FILING SECTION
     FILED 06:32 PM 11/08/2006
   INITIAL FILING NUM: 6390479 4
   AMENDMENT    NUMBER: 0000000
            SRV: 061026554
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **CAIS Acquisition, LLC**

1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 600
CITY: Washington
STATE: D.C.
POSTAL CODE: 20007
COUNTRY: USA

1d. TYPE OF ORGANIZATION: LLC
JURISDICTION OF ORGANIZATION: Delaware

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **Citicorp North America, Inc., as Administrative Agent**

3c. MAILING ADDRESS: 2 Penns Way, Suite 100
CITY: New Castle
STATE: DE
POSTAL CODE: 19720
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

8. OPTIONAL FILER REFERENCE DATA: JJ6777990-7-SO

FILING OFFICE COPY – UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

```
DELAWARE DEPARTMENT OF STATE
    U.C.C. FILING SECTION
FILED 06:35 PM 11/08/2006
INITIAL FILING NUM: 6390482 8
AMENDMENT    NUMBER: 0000000
         SRV: 061026577
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **CAIS Acquisition II, LLC**

1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 600
CITY: Washington
STATE: D.C.
POSTAL CODE: 20007
COUNTRY: USA

1f. TYPE OF ORGANIZATION: LLC
1g. JURISDICTION OF ORGANIZATION: Delaware

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) — insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Citicorp North America, Inc., as Administrative Agent**

3c. MAILING ADDRESS: 2 Penns Way, Suite 100
CITY: New Castle
STATE: DE
POSTAL CODE: 19720
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

JS 6777990-10-50

FILING OFFICE COPY – UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

```
DELAWARE DEPARTMENT OF STATE
    U.C.C. FILING SECTION
  FILED 06:37 PM 11/08/2006
INITIAL FILING NUM: 6390484 4
AMENDMENT NUMBER: 0000000
            SRV: 061026591
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names
   1a. ORGANIZATION'S NAME: **FON Acquisition, LLC**
   1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 600 | CITY: Washington | STATE: D.C. | POSTAL CODE: 20007 | COUNTRY: USA
   1f. TYPE OF ORGANIZATION: LLC | JURISDICTION OF ORGANIZATION: Delaware

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: **Citicorp North America, Inc., as Administrative Agent**
   3c. MAILING ADDRESS: 2 Penns Way, Suite 100 | CITY: New Castle | STATE: DE | POSTAL CODE: 19720 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

8. OPTIONAL FILER REFERENCE DATA: JS 6777990-15-50

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:18 PM 11/08/2006
INITIAL FILING NUM: 6390467 9
AMENDMENT NUMBER: 0000000
SRV: 061026490

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Mobile Technology Services, LLC**

1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 600
CITY: Washington
STATE: D.C.
POSTAL CODE: 20007
COUNTRY: USA

1e. TYPE OF ORGANIZATION: LLC
1f. JURISDICTION OF ORGANIZATION: Delaware

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Citicorp North America, Inc., as Administrative Agent**

3c. MAILING ADDRESS: 2 Penns Way, Suite 100
CITY: New Castle
STATE: DE
POSTAL CODE: 19720
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

8. OPTIONAL FILER REFERENCE DATA

TJ 6777990-1-SO

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:23 PM 11/08/2006
INITIAL FILING NUM: 6390473 7
AMENDMENT NUMBER: 0000000
SRV: 061026516

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
   1a. ORGANIZATION'S NAME: **SimIPC Acquisition Corp**
   1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 600 | CITY: Washington | STATE: D.C. | POSTAL CODE: 20007 | COUNTRY: USA
   1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: Delaware

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME (blank)

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: **Citicorp North America, Inc., as Administrative Agent**
   3c. MAILING ADDRESS: 2 Penns Way, Suite 100 | CITY: New Castle | STATE: DE | POSTAL CODE: 19720 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

8. OPTIONAL FILER REFERENCE DATA: JS 6777990-4-50

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
**CT CORPORATION**
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 06:40 PM 11/08/2006*
*INITIAL FILING NUM: 6390488 5*
*AMENDMENT NUMBER: 0000000*
*SRV: 061026609*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Star Number, Inc.**

1c. MAILING ADDRESS: 1010 Wisconsin Avenue, Suite 680 | CITY: Washington | STATE: D.C. | POSTAL CODE: 20007 | COUNTRY: USA

1f. TYPE OF ORGANIZATION: Corporation | 1g. JURISDICTION OF ORGANIZATION: Delaware

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **Citicorp North America, Inc., as Administrative Agent**

3c. MAILING ADDRESS: 2 Penns Way, Suite 180 | CITY: New Castle | STATE: DE | POSTAL CODE: 19720 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

8. OPTIONAL FILER REFERENCE DATA: JS 6777990-18-S0

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)