EXHIBIT 11



THE SECURITIES REPRESENTED BY THIS CERTIFICATE HAVE BEEN ACQUIRED FOR INVESTMENT AND HAVE NOT BEEN REGISTERED UNDER THE FEDERAL SECURITIES LAWS OR THE SECURITIES LAWS OF ANY STATE. SUCH SECURITIES MAY NOT BE SOLD, PLEDGED, HYPOTHECATED OR OTHERWISE TRANSFERRED AT ANY TIME WHATSOEVER, EXCEPT UPON SUCH REGISTRATION OR UPON DELIVERY TO THE COMPANY OF AN OPINION OF COUNSEL SATISFACTORY TO THE BOARD OF DIRECTORS OF THE COMPANY (THE "BOARD") THAT REGISTRATION IS NOT REQUIRED FOR SUCH TRANSFER AND/OR SUBMISSION TO THE BOARD OF SUCH EVIDENCE AS MAY BE SATISFACTORY TO THE BOARD TO THE EFFECT THAT ANY SUCH TRANSFER SHALL NOT BE IN VIOLATION OF THE SECURITIES ACT OF 1933, AS AMENDED, APPLICABLE STATE SECURITIES LAWS AND ANY RULES OR REGULATIONS PROMULGATED THEREUNDER.



Certificate — 100 Common Stock — InPhonic Acquisition Corp. — InPhonic, Inc. — Dated February 5, 2002

For Value Received, _____ hereby sell, assign and transfer unto _____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated _____

In presence of _____

NOTICE: The signature of this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement or any change whatever.

## STOCK TRANSFER POWER

For value received, the undersigned hereby sells, assigns and transfers unto _____

an aggregate of one hundred (100) shares of the common stock with $0.01 par value per share of **SIMIPC ACQUISITION CORP.** represented by certificate R-1, standing in the name of the undersigned on the books of such corporation, and the undersigned hereby irrevocably constitutes and appoints as its attorney to transfer such stock on the books of such corporation with full power of substitution in the premises.

INPHONIC, INC.

By: _____
Name: Walter W. Leach
Title: General Counsel and Secretary

Dated:_____

Case 07-11666-KG    Doc 221-13    Filed 12/11/07    Page 5 of 7



THE SECURITIES REPRESENTED BY THIS CERTIFICATE HAVE BEEN ACQUIRED FOR INVESTMENT AND HAVE NOT BEEN REGISTERED UNDER THE FEDERAL SECURITIES LAWS OR THE SECURITIES LAWS OF ANY STATE. SUCH SECURITIES MAY NOT BE SOLD, PLEDGED, HYPOTHECATED OR OTHERWISE TRANSFERRED AT ANY TIME WHATSOEVER, EXCEPT UPON SUCH REGISTRATION OR UPON DELIVERY TO THE COMPANY OF AN OPINION OF COUNSEL SATISFACTORY TO THE BOARD OF DIRECTORS OF THE COMPANY (THE "BOARD") THAT REGISTRATION IS NOT REQUIRED FOR SUCH TRANSFER AND/OR SUBMISSION TO THE BOARD OF SUCH EVIDENCE AS MAY BE SATISFACTORY TO THE BOARD TO THE EFFECT THAT ANY SUCH TRANSFER SHALL NOT BE IN VIOLATION OF THE SECURITIES ACT OF 1933, AS AMENDED, APPLICABLE STATE SECURITIES LAWS AND ANY RULES OR REGULATIONS PROMULGATED THEREUNDER.



For Value Received,           hereby sell, assign and transfer unto _____

_____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises
Dated
    In presence of

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

## STOCK TRANSFER POWER

For value received, the undersigned hereby sells, assigns and transfers unto

_____

an aggregate of one hundred (100) shares of the common stock with $0.01 par value per share of **STAR NUMBER, INC.** represented by certificate R-1, standing in the name of the undersigned on the books of such corporation, and the undersigned hereby irrevocably constitutes and appoints as its attorney to transfer such stock on the books of such corporation with full power of substitution in the premises.

INPHONIC, INC.

By: _____
Name: Walter W. Leach
Title: General Counsel and Secretary

Dated: _____