# EXHIBIT 25

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#         261205-8
Order Date    10/05/2007

Subject :              SIMIPC ACQUISITION CORP.

Jurisdiction :        DE-SECRETARY OF STATE

Request for :        Federal Tax Lien Search
Thru Date :          August 28, 2007

Result :               Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**        35899.0331
**Project Id :**
**Additional Reference : DANIELLE GORDON**

Order#        261205-8
Order Date    10/05/2007

**Subject :**    SIMPC ACQUISITION CORP.

**Jurisdiction :**    DE-SECRETARY OF STATE

**Request for :**    UCC Debtor Search
**Result :**    Records found
**Thru Date :**    August 28, 2007
**No. of findings :**    5

Original UCC Filings :    1
Amendments :    3
Continuations :    0
Assignments :    0
Releases :    0
Corrections :    0
Terminations :    1

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter# 35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order# 261205-8
Order Date 10/05/2007

Subject : SIMIPC ACQUISITION CORP.

Jurisdiction : DE-SECRETARY OF STATE

Request for : UCC Debtor Search

Result : Records found

File Type : Original
File Number : 20777809
File Date : 03/26/2002
Current Secured Party of Record : COMERICA BANK

File Type : Amendment
File Number : 53386324
File Date : 10/26/2005

Original File Number :                    20777809

File Type :                               Amendment
File Number :                             63418332
File Date :                               10/03/2006
Original File Number :                    20777809

File Type :                               Amendment
File Number :                             63418340
File Date :                               10/03/2006
Original File Number :                    20777809

File Type :                               Termination
File Number :                             63997228
File Date :                               11/15/2006
Original File Number :                    20777809

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

*Delaware*

*The First State*

PAGE    1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT 3:56 P.M.
FOR DEBTOR "SIMIPC ACQUISITION CORP."

1 OF    2    FINANCING STATEMENT                          20777809
        EXPIRATION DATE: MARCH 26, 2012
DEBTOR: SIMIPC ACQUISITION CORP.
        1010 WISCONSIN AVENUE N.W.    DC    20007
        WAASHINGTON
SECURED: COMERICA BANK-CALIFORNIA                      ADDED 03-26-02

                                                       ADDED
                                                       REMOVED 10-03-06

SECURED: COMERICA BANK-CALIFORNIA                      ADDED 03-26-02
        333 WEST SANTA CLARA STREET                    REMOVED 10-26-05
        SAN JOSE                  CA    95113
SECURED: COMERICA BANK, SUCCESSOR BY MERGER WITH COMERICA BANK-CA
        LIFORNIA
        75 EAST TRIMBLE ROAD, M/C 4770                 ADDED 10-26-05
        SAN JOSE                  CA    95131
        ------------    -----

```
SECURED:  COMERICA BANK                                           ADDED 10-03-06
          75 E. TRIMBLE ROAD, MC 4770
          SAN JOSE,                     CA  95131
               F I L I N G     H I S T O R Y
20777809       FILED 03-26-02    AT  1:54 P.M.    FINANCING STATEMENT
53386324       FILED 10-26-05    AT  2:38 P.M.    AMENDMENT
63418332       FILED 10-03-06    AT  2:05 P.M.    AMENDMENT
63418340       FILED 10-03-06    AT  2:05 P.M.    CONTINUATION
63997228       FILED 11-15-06    AT  7:00 P.M.    TERMINATION

2 OF     2    FINANCING STATEMENT                   63904737
          EXPIRATION DATE: NOVEMBER 8, 2011

DEBTOR:   SIMIPC ACQUISITION CORP                   ADDED 11-08-06
          1010 WISCONSIN AVENUE,
          SUITE 600
          WASHINGTON              DC  20007
SECURED:  CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
          2 PENNS WAY,                               ADDED 11-08-06
          SUITE 100
          NEW CASTLE              DE  19720
```

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054720

DATE: 10-05-07

20073771671UCXL

071090710

*Delaware*

*The First State*

PAGE 2

FILING     HISTORY

63904737    FILED 11-08-06    AT 6:23 P.M.    FINANCING STATEMENT
END  OF  FILING  HISTORY

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

**AUTHENTICATION:** 6054720

**DATE:** 10-05-07

200737716710CXL

071090710



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:54 PM 03/26/2002
INITIAL FILING NUM: 2077780 9
AMENDMENT NUMBER: 00000000
SRV: 0201927U9

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
97309/JL                                DE-SOS

B. F.    Return To:
LEXIS Document Services
1029 J Street, Suite 100
Sacramento, CA  95814
Phone: (916) 441-0793

7041129 - 3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
SIMTEC ACQUISITION CORP.

OR  1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS
1010 WISCONSIN AVENUE, N.W. | CITY WASHINGTON | STATE DC | POSTAL CODE 20007 | COUNTRY USA

1d. TAX ID #: SSN OR EIN | ADD'L INFO RE | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any
12-0444224 | ORGANIZATION DEBTOR | CORP. | DE | 3488773 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR  2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 2c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|

| 2d. TAX ID # SSN OR EIN | ADD'NL INFO RE 2e. TYPE OF ORGANIZATION<br>ORGANIZATION<br>DEBTOR | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | | ☐ NONE |

3. **SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| OR | Comerica Bank-California | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 333 WEST SANTA CLARA STREET | | SAN JOSE | | CA | 95113 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All Debtor's right, title and interest whether now owned or hereafter developed, arising
or acquired in, to and under the personal property set forth on EXHIBIT A attached hereto
and incorporated herein by this reference.

| 5. ALTERNATIVE DESIGNATION if applicable: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL<br>ESTATE RECORDS.    Attach Addendum    [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)<br>[ADDITIONAL FEE]    [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

DE-SOS          Co-Borrower with InPhonic

ACKNOWLEDGMENT COPY- NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

LexisNexis Document Solutions
801 Adlai Stevenson Dr
Springfield, IL 62703-4261

Debtor: SImIpc Acquisition Corp.

Exhibit A
to
UCC-1 Financing Statement

All personal property of Debtors of every kind, whether presently existing or hereafter created, written, produced or acquired, including, but not limited to: (a) all accounts (including health-care-insurance receivables), chattel paper (including tangible and electronic chattel paper), deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles and software), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtors' books and records with respect to any of the foregoing, and the computers and equipment containing said books and records; (b) all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, in the United States of America or in any foreign jurisdiction, obtained or to be obtained on or in connection with any of the forgoing, or any parts thereof or any underlying or component elements of any of the forgoing, together with the right to copyright and all rights to renew or extend such copyrights and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name

of the Debtors' past, present and other infringements or emblements owner service marks, trade names and service names and the goodwill associated therewith, together with the right to trademark and all rights to renew or extend such trademarks and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtors for past, present and future infringements of trademark; (d) all (i) patents and patent applications filed in the United States Patent and Trademark Office or any similar office of any foreign jurisdiction, and interests under patent license agreements, including, without limitation, the inventions and improvements described and claimed therein, (ii) licenses pertaining to any patent whether Debtors are licensor or licensee, (iii) income, royalties, damages, payments, accounts and accounts receivable now or hereafter due and/or payable under and with respect thereto, including, without limitation, damages and payments for past, present or future infringements thereof, (iv) right (but not the obligation) to sue in the name of Debtors and/or in the name of Secured Party for past, present and future infringements thereof, (v) rights corresponding thereto throughout the world in all jurisdictions in which such patents have been issued or applied for, and (vi) reissues, divisions, continuations, renewals, extensions and continuations-in-part with respect to any of the foregoing; and (e) any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time, including revised Division 9 of the Uniform Commercial Code-Secured Transactions, added by Stats. 1999, c.991 (S.B. 45), Section 35, operative July 1, 2001.

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
J.L.L - 4085565800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
COMERICA BANK-SAN JOSE
75 EAST TRIMBLE ROAD
MC 4770
SAN JOSE CA 95131

S928        DE    SHC 194125
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:38 PM 10/26/2005
INITIAL FILING NUM: 2077780 9
AMENDMENT NUMBER: 5336632 4
SRV: 050876359

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|
| 20777809   03/26/2002 | | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or ☒ Secured Party of record.  Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new ☒ DELETE name: Give record name  ☐ ADD name: Complete item 7a or 7b, and also
name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   to be deleted in item 6a or 6b.   item 7c; also complete items 7g-7h (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COMERICA BANK-CALIFORNIA | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

COMERICA BANK, SUCCESSOR BY MERGER WITH COMERICA BANK-CALIFORNIA

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS 75 E. TRIMBLE ROAD, MC 4770 | CITY SAN JOSE | STATE CA | POSTAL CODE 95131 | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

COMERICA BANK

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
SIMIPC ACQUISITION CORPORATION
97309/DB/INPHONIC, INC., ET AL/3770272092/SENT

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Dillger           8008585294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DILIGENT, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275

```
DELAWARE DEPARTMENT OF STATE
     U.C.C. FILING SECTION
FILED 02:05 PM 10/03/2006
INITIAL FILING NUM: 2077780 9
AMENDMENT NUMBER: 6341833 2
          SRV: 060909007
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2077780 9

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7c and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only **one** of these two boxes.

Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7a-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

COMERICA BANK-CALIFORNIA

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

COMERICA BANK

OH | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
75 E. TRIMBLE ROAD, MS 4770 | SAN JOSE, | CA | 95131 | US

7d. TYPE OF ORGANIZATION | 7e. JURISDICTION OF ORGANIZATION

8. AMENDMENT (COLLATERAL CHANGE): check only __one__ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
Comerica Bank

10. OPTIONAL FILER REFERENCE DATA
Simtyc Acqui. 37702T2092-RP        [221491116]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz                                                8008985294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                              ┐
  DILIGENZ, INC.

  6500 HARBOR HEIGHTS PARKWAY

  SUITE 400

  MUKILTEO WA 98275
└                                              ┘
```

```
DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:05 PM 10/03/2006
INITIAL FILING NUM: 2077780  9
AMENDMENT NUMBER: 6341834  0
SRV: 060909009
```

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE #

2077780  9

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S LAST NAME

FIRST NAME

MIDDLE NAME

SUFFIX

7c. MAILING ADDRESS

CITY

STATE

POSTAL CODE

COUNTRY

7d. TYPE OF ORGANIZATION

7f. JURISDICTION OF ORGANIZATION

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted  or ☐ added,  or  give entire ☐ restated collateral description, or  describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

Comerica Bank

10. OPTIONAL FILER REFERENCE DATA

Simtpc Acqu1  3770272092-RP        [22149256]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

8008585294

```
┌                                              ┐
  Diligenz, INC.

  6500 HARBOR HEIGHTS PARKWAY

  SUITE 400

  MUKILTEO WA 98275
└                                              ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:00 PM 11/15/2006
INITIAL FILING NUM: 2077780 9
AMENDMENT NUMBER: 6399722 8
SRV: 061049664

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2077780 9

1b. ☐ This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.

Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW OR ADDED INFORMATION):

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TYPE OF ORGANIZATION | 7e. JURISDICTION OF ORGANIZATION

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or  describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

COMERICA BANK

10. OPTIONAL FILER REFERENCE DATA

SIMDEC ACQUISITION CORP.      [22063907]



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:23 PM 11/08/2006
INITIAL FILING NUM: 6390473 7
AMENDMENT NUMBER: 0000000
SRV: 061026516

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| SimPC Acquisition Corp | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1010 Wisconsin Avenue, Suite 600 | Washington | | D.C. | 20007 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | | Corporation | Delaware | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 2a. MAILING ADDRESS | | | CITY | | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | | | |
| OR | | | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | | MIDDLE NAME | | SUFFIX |

Citicorp North America, Inc., as Administrative Agent

| 3c. MAILING ADDRESS | | ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

2 Penns Way, Suite 100     New Castle     DE     19720     USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
| 6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   (if applicable) | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE)   (optional) | | ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2 | | | |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | | |

JS 6777490- 4-50

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0031
Project Id :
Additional Reference : DANIELLE GORDON

Order#    261205-9
Order Date    10/05/2007

Subject :    STAR NUMBER, INC.

Jurisdiction :    DE-SECRETARY OF STATE

Request for :    Federal Tax Lien Search
Thru Date :    August 28, 2007

Result :    Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#    261205-7
Order Date    10/05/2007

Subject :    MOBILE TECHNOLOGY SERVICES, LLC

Jurisdiction :    DE-SECRETARY OF STATE

Request for :    Federal Tax Lien Search
Thru Date :    August 28, 2007

Result :    Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (iii) for employment purposes, (ii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#      35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#        261205-7
Order Date    10/05/2007

Subject :                    MOBILE TECHNOLOGY SERVICES, LLC

Jurisdiction :               DE-SECRETARY OF STATE

Request for :                UCC Debtor Search
Result :                     Records found
Thru Date :                  August 28, 2007
No. of findings :            3

Original UCC Filings :       2
Amendments :                 0
Continuations :              0
Assignments :                0
Releases :                   0
Corrections :                0
Terminations :               1

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#      35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#        261205-7
Order Date    10/05/2007

Subject :                              MOBILE TECHNOLOGY SERVICES, LLC

Jurisdiction :                         DE-SECRETARY OF STATE

Request for :                          UCC Debtor Search

Result :                               Records Found

File Type :                            Original
File Number :                          60856005
File Date :                            03/06/2006
Current Secured Party of Record :      COMERICA BANK

File Type :                            Termination
File Number :                          63997202
File Date :                            11/15/2006
Original File Number :                 60856005

File Type :                           Original
File Number :                         63904679
File Date :                           11/08/2006
Current Secured Party of Record :     CITICORP NORTH AMERICA, INC, AS ADMINISTRATIVE
                                      AGENT

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.   For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.incspot.com.

If you have any questions concerning this order or IncSpot,   please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insuranc business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is t primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the informati manner is a violation of the Fair Credit Reporting Act.

*Delaware*

PAGE 1

*The First State*

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT 3:54 P.M.
FOR DEBTOR "MOBILE TECHNOLOGY SERVICES, LLC"

1 OF    2   FINANCING STATEMENT                          60856005
        EXPIRATION DATE: MARCH 6, 2011
DEBTOR: MOBILE TECHNOLOGY SERVICES, LLC
        1010 WISCONSIN AVE, NW, SUITE     ADDED 03-06-06
        600
        WASHINGTON               DC   20007

SECURED: COMERICA BANK
         75 E. TRIMBLE ROAD, MC 4770     ADDED 03-06-06
         SAN JOSE              CA   95131

             F I L I N G   H I S T O R Y
60856005   FILED 03-06-06   AT 10:54 A.M.  FINANCING STATEMENT
63997202   FILED 11-15-06   AT  7:00 P.M.  TERMINATION

2 OF    2   FINANCING STATEMENT                          63904679
        EXPIRATION DATE: NOVEMBER 8, 2011
DEBTOR: MOBILE TECHNOLOGY SERVICES, LLC
        1010 WISCONSIN AVENUE                ADDED 11-08-06

ADDED 11-08-06

1010 WISCONSIN AVENUE,
SUITE 600
WASHINGTON                    DC  20007
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
2 PENNS WAY,                                    ADDED 11-08-06
SUITE 100
NEW CASTLE                    DE  19720
          F I L I N G   H I S T O R Y
63904679  FILED 11-08-06   AT  6:18 P.M.  FINANCING STATEMENT
      E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6054702

DATE:  10-05-07

20073771 6220CXL

071090693

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 10:54 AM 03/06/2006
INITIAL FILING NUM: 6085600 5
AMENDMENT NUMBER: 0000000
SRV: 060220480

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
S L G - 4085565800
B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
┌                                          ┐
  COMERICA BANK-SAN JOSE
  75 EAST TRIMBLE ROAD
  MC 4770
  SAN JOSE CA 95131

  000004109      DE        SAC 203568
└                                          ┘
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | |
|---|---|---|
| 1a. ORGANIZATION'S NAME | | |
| MOBILE TECHNOLOGY SERVICES, LLC | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE, NW, SUITE 600 | WASHINGTON | DC | 20007 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION DE | 1g. ORGANIZATIONAL ID #, if any  ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | |
|---|---|---|
| 2a. ORGANIZATION'S NAME | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**COMERICA BANK**

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS
*75 E. TRIMBLE ROAD, MC 4770* | CITY SAN JOSE | STATE CA | POSTAL CODE 95131 | COUNTRY USA

4. This FINANCING STATEMENT covers the following collateral:
ALL CURRENT AND FUTURE ACCOUNTS, INVENTORY, EQUIPMENT, GENERAL INTANGIBLES, CHATTEL PAPER, INVESTMENT PROPERTY, DEPOSIT ACCOUNTS, DOCUMENTS, INSTRUMENTS, LETTER-OF-CREDIT RIGHTS, COMMERCIAL TORT CLAIMS AND ALL OTHER TANGIBLE AND INTANGIBLE PERSONAL PROPERTY OF DEBTOR, WHEREVER LOCATED, AND ALL PROCEEDS (INCLUDING INSURANCE PROCEEDS) OF THE FOREGOING, ALL AS DESCRIBED MORE PARTICULARLY ON EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.

5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] All Debtors ☐ Debtor 1 ☐ Debtor 2 ☐ ADDITIONAL FEE [optional]

8. OPTIONAL FILER REFERENCE DATA
MOBILE 365 TECHNOLOGY SERVICES, LLC          SENT: 3-3-06.
97309/DB/INPHONIC INC/3770272092

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Mar 03 2006 12:12PM  PACIFIC CORPORATE  9165581429  P.2

** TITAL PAGE.02 **

**DEBTOR:** MOBILE TECHNOLOGY SERVICES, LLC

**SECURED PARTY:** COMERICA BANK

EXHIBIT A

COLLATERAL DESCRIPTION

All personal property of Debtor whether presently existing or hereafter created or acquired, and wherever located, including, but not limited to:

(a)  all accounts (including health-care-insurance receivables), chattel paper (including tangible and electronic chattel paper), deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles and software), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtor's books and records with respect to any of the foregoing, and the computers and equipment containing said books and records;

(b)  all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, in the United States of America or in any foreign jurisdiction, obtained or to be obtained on or in connection with any of the foregoing, or any parts thereof or

any underlying, or component elements of any of the foregoing, together with the right to sue for past, present or future
and all rights to renew or extend such copyrights and the right (but not the obligation) of Secured
Party to sue in its own name and/or in the name of the Debtor for past, present and future
infringements of copyright;

(c)     all trademarks, service marks, trade names and service names and the goodwill associated
therewith, together with the right to trademark and all rights to renew or extend such trademarks
and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name
of the Debtor for past, present and future infringements of trademark;

(d)     all (i) patents and patent applications filed in the United States Patent and Trademark Office or
any similar office of any foreign jurisdiction, and interests under patent license agreements,
including, without limitation, the inventions and improvements described and claimed therein, (ii)
licenses pertaining to any patent whether Debtor is licensor or licensee, (iii) income, royalties,
damages, payments, accounts and accounts receivable now or hereafter due and/or payable under
and with respect thereto, including, without limitation, damages and payments for past, present or
future infringements thereof, (iv) rights (but not the obligation) to sue in the name of Debtor
and/or in the name of Secured Party for past, present and future infringements thereof, (v) rights
corresponding thereto throughout the world in all jurisdictions in which such patents have been
issued or applied for, and (vi) reissues, divisions, continuations, renewals, extensions and
continuations-in-part with respect to any of the foregoing; and

(e)     any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without
limitation, insurance proceeds, and all supporting obligations and the security therefor or for any
right to payment. All terms above have the meanings given to them in the California Uniform
Commercial Code, as amended or supplemented from time to time.

-1-

WD2-LA:1DA557090VX03.1

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Billcorp                                                    8008585294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
DILIGENZ, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:00 PM 11/15/2006
INITIAL FILING NUM: 6085600 5
AMENDMENT NUMBER: 6399720 2
SRV: 061049662

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

6085600 5

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name. Complete item 7a or 7b, and also item 7c; also complete items 7a-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS

CITY

STATE | POSTAL CODE | COUNTRY

7d. TYPE OF ORGANIZATION

7f. JURISDICTION OF ORGANIZATION

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

COMERICA BANK

10. OPTIONAL FILER REFERENCE DATA

MOBILE TECHNOLOGY SERVICES, LLC    [228635361]



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:18 PM 11/08/2006
INITIAL FILING NUM: 6390467 9
AMENDMENT NUMBER: 0000000
SRV: 0610264490

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Mobile Technology Services, LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Avenue, Suite 600 | Washington | D.C. | 20007 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | Delaware | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Citicorp North America, Inc., as Administrative Agent | | | | | |

or

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 3c. | MAILING | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 2 Penns Way, Suite 100 | | | New Castle | DE | 19720 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2 | | |
| 8. OPTIONAL FILER REFERENCE DATA | | TS 677990-1-50 | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#          261205-1
Order Date      10/05/2007

Subject :            INPHONIC, INC.

Jurisdiction :       DE-SECRETARY OF STATE

Request for :        UCC Debtor Search
Result :             Records found
Thru Date :          August 28, 2007
No. of findings :    34

Original UCC Filings :    17
Amendments :              11
Continuations :            2
Assignments :              0
Releases :                 0
Corrections :              0
Terminations :             4

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.   For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot , please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#    261205-1
Order Date    10/05/2007

Subject :     INPHONIC, INC.

Jurisdiction :     DE-SECRETARY OF STATE

Request for :     UCC Debtor Search

Result :     Records found

File Type :     Original
File Number :     20539761
File Date :     03/01/2002
Current Secured Party of Record :     COMERICA BANK-CALIFORNIA (SUCCESSOR BY MERGER TO IMPERIAL BANK

File Type :     Amendment
File Number :     20776264
File Date :     03/26/2002

Original File Number :                          20539761

File Type :                      Amendment
File Number :                    41896754
File Date :                      07/07/2004
Original File Number :           20539761

File Type :                      Amendment
File Number :                    41950676
File Date :                      07/12/2004
Original File Number :           20539761

File Type :                      Amendment
File Number :                    53380186
File Date :                      10/26/2005
Original File Number :           20539761

## CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

File Type : Continuation
File Number : 63170719
File Date : 09/13/2006
Original File Number : 20539761

File Type : Termination
File Number : 63997277
File Date : 11/15/2006
Original File Number : 20539761

File Type : Original
File Number : 21194954
File Date : 04/25/2002
Current Secured Party of Record : VOICESTREAM WIRELESS CORP

File Type : Amendment
File Number : 61959394
File Date : 06/08/2006
Original File Number : 21194954

File Type : Continuation
File Number : 64516506
File Date : 12/22/2006

Original File Number :                        21194954

File Type :                                   Original
File Number :                                 32402132
File Date :                                   08/29/2003
Current Secured Party of Record :             MERCANTILE SAFE DISPOSIT & TRUST CO.

File Type :                                   Termination
File Number :                                 60536862
File Date :                                   02/14/2006
Original File Number :                        32402132

File Type :                                   Original
File Number :                                 41688367
File Date :                                   06/01/2004
Current Secured Party of Record :             CIT TECHNOLOGY FINANCING SERVICES, INC.

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

File Type :                         Original
File Number :                       41949157
File Date :                         07/12/2004
Current Secured Party of Record :   IMPERIAL BANK

File Type :                         Amendment
File Number :                       42297267
File Date :                         08/13/2004
Original File Number :              41949157

File Type :                         Amendment
File Number :                       42310409
File Date :                         08/16/2004
Original File Number :              41949157

File Type :                         Amendment
File Number :                       42338905
File Date :                         08/18/2004
Original File Number :              41949157

File Type :                         Termination
File Number :                       63997293
File Date :                         11/15/2006

Original File Number :          41949157

File Type :                     Original
File Number :                   42074302
File Date :                     07/23/2004
Current Secured Party of Record :   CITICAPITAL TECHNOLOGY FINANCE, INC.

File Type :                     Original
File Number :                   42101790
File Date :                     07/26/2004
Current Secured Party of Record :   DE LAGE LANDEN FINANCIAL SERVICES, INC.

File Type :                     Amendment
File Number :                   42376970
File Date :                     08/23/2004
Original File Number :          42376012
Current Secured Party of Record :   CATERPILLAR FINANCIAL SERVICES CORPORATION

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

File Type :                              Original
File Number :                            42376012
File Date :                              08/23/2004
Current Secured Party of Record :        CATERPILLAR FINANCIAL SERVICES CORPORATION

File Type :                              Original
File Number :                            43137025
File Date :                              11/03/2004
Current Secured Party of Record :        SUN MICROSYSTEMS FINANCE, A SUN MICROSYSTEMS, INC.
                                         BUSSINESS

File Type :                              Original
File Number :                            43129162
File Date :                              11/03/2004
Current Secured Party of Record :        SUN MICROSYSTEMS FINANCE, A SUN MICROSYSTEMS, INC.
                                         BUSSINESS

File Type :                              Original
File Number :                            50803180
File Date :                              03/09/2005
Current Secured Party of Record :        IMPERIAL BANK

File Type :                              Amendment

File Number :                              53247088
File Date :                                10/11/2005
Original File Number :                     50803180

File Type :                                Termination
File Number :                              63997285
File Date :                                11/15/2006
Original File Number :                     50803180

File Type :                                Original
File Number :                              51816934
File Date :                                06/14/2005
Current Secured Party of Record :          DE LAGE LANDEN FINANCIAL SERVICES INC.

File Type :                                Original
File Number :                              53482503
File Date :                                11/09/2005
Current Secured Party of Record :          EPLUS GROUP, INC.

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

File Type :                              Original
File Number :                            53615326
File Date :                              11/22/2005
Current Secured Party of Record :        OCE FINANCIAL SERVICES, INC.

File Type :                              Amendment
File Number :                            53828796
File Date :                              12/12/2005
Original File Number :                   53615326

File Type :                              Original
File Number :                            54074671
File Date :                              12/30/2005
Current Secured Party of Record :        GENERAL ELECTRIC CAPITAL CORPORATION

File Type :                              Original
File Number :                            63904893
File Date :                              11/08/2006
Current Secured Party of Record :        CITICORP NORTH AMERICA, INC. AS ADMINISTRATIVE
                                         AGENT

File Type :                              Original
File Number :                            71814523

File Date :
Current Secured Party of Record :

05/14/2007
SPRINT SOLUTIONS, INC.

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0031
Project Id :
Additional Reference : DANIELLE GORDON

Order#       261205-1
Order Date   10/05/2007

Subject :           INPHONIC, INC.

Jurisdiction :      DE-SECRETARY OF STATE

Request for :       Federal Tax Lien Search
    Thru Date :     August 28, 2007

Result :            Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

*Delaware*

*The First State*

PAGE   1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT   3:42 P.M.
FOR DEBTOR "INPHONIC, INC."

1 OF   17   FINANCING STATEMENT                              20539761
       EXPIRATION DATE: MARCH 1, 2012
DEBTOR: INPHONIC, INC.
        1010 WISCONSIN AVENUE, N.W.
        WASHINGTON                    DC   20007
DEBTOR: CELLULAR CHOICES, LLC                        ADDED 03-01-02
        1020 SOUTHHILL DR., SUITE 200
        CARY                          NC   27513         ADDED 07-12-04
                                                       REMOVED 10-26-05
SECURED: COMERICA BANK-CALIFORNIA (SUCCESSOR BY MERGER TO IMPERIA
         L BANK)
         11921 FREEDOM DRIVE, SUITE 920                 ADDED 03-01-02
         RESTON                       VA   20190      REMOVED 03-26-02
SECURED: COMERICA BANK-CALIFORNIA (SUCCESSOR BY MERGER TO IMPERIA
         L BANK)
         333 W. SANTA CLARA STREET                     ADDED 03-26-02
         SAN JOSE                     CA   95113      REMOVED 07-07-04
SECURED: COMERICA BANK

```
COMMISSION LEASE
333 WEST SANTA CLARA STREET                              ADDED 07-07-04
SAN JOSE                        CA   95113
              F I L I N G    H I S T O R Y
        FILED 03-01-02    AT  3:30 P.M.    FINANCING STATEMENT
20539761
20776264  FILED 03-26-02    AT  1:54 P.M.    AMENDMENT
41896754  FILED 07-07-04    AT 10:54 A.M.    AMENDMENT
41950676  FILED 07-12-04    AT 11:18 A.M.    AMENDMENT
53380186  FILED 10-26-05    AT  2:38 P.M.    AMENDMENT
63170719  FILED 09-13-06    AT  4:52 P.M.    CONTINUATION
63997277  FILED 11-15-06    AT  7:16 P.M.    TERMINATION

  2 OF   17   FINANCING STATEMENT            21194954
             EXPIRATION DATE: APRIL 25, 2012
  DEBTOR: INPHONIC.COM, INC.              ADDED 04-25-02
          1010 WISCONSIN AVE NW
          SUITE 250
          WASHINGTON            DC  20007   REMOVED 06-08-06
  DEBTOR: INPHONIC, INC.
```

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054604

DATE: 10-05-07

2007377115OCXL

071090568

*Delaware*

*The First State*

```
                    1010 WISCONSIN AVE NW STE. 600
                    WASHINGTON              DC  20007       ADDED 06-08-06
         SECURED:   VOICESTREAM WIRELESS CORP
                    12920 SE 38TH ST
                    BELLEVUE                WA  98006       ADDED 04-25-02
                         F I L I N G   H I S T O R Y
         21194954    FILED 04-25-02   AT 12:31 P.M.   FINANCING STATEMENT
         61959394    FILED 06-08-06   AT  3:13 P.M.   AMENDMENT
         64516506    FILED 12-22-06   AT  5:53 P.M.   CONTINUATION

         3 OF   17   FINANCING STATEMENT                   32402132
                    EXPIRATION DATE: AUGUST 29, 2008
         DEBTOR:    INPHONIC, INC.
                    1010 WISCONSIN AVE.,
                    SUITE 250
                    WASHINGTON              DC  20007       ADDED 08-29-03
         SECURED:   MERCANTILE SAFE DEPOSIT & TRUST CO.
                    PO BOX 1451
                    BALTIMORE               MD  21203       ADDED 08-29-03
                         F I L I N G   H I S T O R Y
         32402132    FILED 08-29-03   AT 11:30 A.M.   FINANCING STATEMENT
         60536062    FILED 02-14-06   AT 12:47 P.M.   TERMINATION
```

```
                                                          41688367

4 OF    17    LEASE
        EXPIRATION DATE: JUNE 1, 2009
DEBTOR:  INPHONIC, INC                              ADDED 06-01-04
         9301 PEPPERCORN PLACE
         SUITE 250
         UPPER MARLBORO        MD 20774
SECURED: CIT TECHNOLOGY FINANCING SERVICES, INC.   ADDED 06-01-04
         4600 TOUCHTON RD E BLDG 100,
         STE 300
         JACKSONVILLE          FL 32246
              F I L I N G   H I S T O R Y
41688367  FILED 06-01-04   AT 11:30 A.M.  LEASE

                                                          41949157
5 OF    17    FINANCING STATEMENT
        EXPIRATION DATE: JULY 12, 2009
DEBTOR:  INPHONIC, INC.                             ADDED 07-12-04
         9301 PEPPERCORN PLACE
```

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054604

DATE: 10-05-07

2007377115OUCXL

071090568

*Delaware*

*The First State*

PAGE    3

```
DEBTOR:    LARGO
           INPHONIC, INC.
           1010 WISCONSIN AVE.,
           SUITE 250
           WASHINGTON                        DC    20007

SECURED:   IMPERIAL BANK
           9920 S. LA CIENEGA BLVD., #615
           INGLEWOOD                          CA    90301    ADDED 07-12-04
                                                             REMOVED 08-13-04

SECURED:   COMERICA BANK
           333 W. SANTA CLARA STREET
           SAN JOSE                           CA    95113    ADDED 08-13-04
```

```
                           MD    20774        REMOVED 08-16-04
                                              ADDED 08-16-04
```

```
              F I L I N G   H I S T O R Y
41949157      FILED 07-12-04    AT 11:19 A.M.
42297267      FILED 08-13-04    AT 11:56 A.M.    FINANCING STATEMENT
42310409      FILED 08-16-04    AT 12:20 P.M.    AMENDMENT
42338905      FILED 08-18-04    AT 12:58 P.M.    AMENDMENT
63997293      FILED 11-15-06    AT  7:16 P.M.    AMENDMENT
                                                 TERMINATION
```

```
6 OF   17   FINANCING STATEMENT              42074302
            EXPIRATION DATE: JULY 23, 2009

DEBTOR:     INPHONIC, INC.
            45901 NOKES  BLVD.               ADDED 07-23-04
```

```
STERLING                              DC  20166
SECURED: CITICAPITAL TECHNOLOGY FINANCE, INC.
         1255 WRIGHTS LANE
         WEST CHESTER                 PA  19380
              F I L I N G   H I S T O R Y
42074302  FILED 07-23-04   AT 12:27 P.M.   FINANCING STATEMENT
                                           ADDED 07-23-04

7 OF    17  LEASE                      42101790
         EXPIRATION DATE: JULY 26, 2009
DEBTOR: INPHONIC INC
         9301 PEPPERCORN PLACE SUITE 250     ADDED 07-26-04
         UPPER MARLBORO              MD  20774
SECURED: DE LAGE LANDEN FINANCIAL SERVICES, INC.
         1111 OLD EAGLE SCHOOL ROAD           ADDED 07-26-04
         WAYNE                        PA  19087
              F I L I N G   H I S T O R Y
42101790  FILED 07-26-04   AT 11:30 A.M.   LEASE
```

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054604

DATE: 10-05-07

200737711150UCXL

071090568

*Delaware*

*The First State*

PAGE    4

8 OF       17    FINANCING STATEMENT                          42376012
           EXPIRATION DATE: AUGUST 23, 2009
DEBTOR:    INPHONIC, INC.
           1010 WISCONSIN AVE. N.W., SUITE        ADDED 08-23-04
           600
           WASHINGTON                  DC   20007
SECURED:   CATERPILLAR FINANCIAL SERVICES CORPORATION
           2120 WEST END AVENUE                   ADDED 08-23-04
           NASHVILLE              TN   37203
                F I L I N G    H I S T O R Y
42376012   FILED 08-23-04    AT   4:56 P.M.    FINANCING STATEMENT
42376970   FILED 08-23-04    AT   5:25 P.M.    AMENDMENT

9 OF       17    FINANCING STATEMENT                          43129162
           EXPIRATION DATE: NOVEMBER 3, 2009
DEBTOR:    INPHONIC, INC.
           1010 WISCONSIN AVENUE  --            ADDED 11-03-04
           SUITE 600
           WASHINGTON                  DC   20007
SECURED:   SUN MICROSYSTEMS FINANCE, A SUN MICROSYSTEMS, INC. BUSIN
           ESS
           10 RIVERVIEW DRIVE                    ADDED 11-03-04

```
DANBURY                        CT  06810
        F I L I N G   H I S T O R Y
43129162  FILED 11-03-04   AT  1:13 P.M.   FINANCING STATEMENT

  10 OF   17  FINANCING STATEMENT                 43137025

         EXPIRATION DATE: NOVEMBER 3, 2009
  DEBTOR:  INPHONIC, INC.
           1010 WISCONSIN AVENUE -              ADDED 11-03-04
           SUITE 600
           WASHINGTON                DC  20007
  SECURED: SUN MICROSYSTEMS FINANCE, A SUN MICROSYSTEMS, INC.  BUSIN
           ESS
           10 RIVERVIEW DRIVE                   ADDED 11-03-04
           DANBURY                   CT  06810
         F I L I N G   H I S T O R Y
43137025  FILED 11-03-04   AT  1:19 P.M.   FINANCING STATEMENT

  11 OF   17  FINANCING STATEMENT                 50803180
```

Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6054604

DATE:  10-05-07

200737711150UCXL

071090568

*Delaware*

*The First State*

PAGE 5

```
DEBTOR:    EXPIRATION DATE: MARCH 9, 2010
           INPHONIC, INC.
           1010 WISCONSIN AVENUE, NW,
           SUITE 215
           WASHINGTON                      DC   20007                  ADDED 03-09-05
SECURED:   IMPERIAL BANK
           9920 S. LA CIENEGA BLVD., #615
           INGLEWOOD                        CA   90301                  ADDED 03-09-05
                                                                      REMOVED 10-11-05
SECURED:   COMERICA BANK SUCCESSOR BY MERGER WITH IMPERIAL BANK
           75 E. TRIMBLE ROAD, MC 4770
           SAN JOSE                         CA   95131                  ADDED 10-11-05

                       F I L I N G   H I S T O R Y
50803180   FILED 03-09-05    AT  9:41 A.M.   FINANCING STATEMENT
53247088   FILED 10-11-05    AT 12:50 P.M.   AMENDMENT
63997285   FILED 11-15-06    AT  7:16 P.M.   TERMINATION

12 OF     17  FINANCING STATEMENT                      51816934
           EXPIRATION DATE: JUNE 14, 2010
DEBTOR:    INPHONIC, INC.
           1010 WISCONSIN AVENUE
           WASHINGTON                      DC   20007                  ADDED 06-14-05
SECURED:   DE LAGE LANDEN FINANCIAL SERVICES, INC.
```

```
                    1111 OLD EAGLE SCHOOL ROAD                    ADDED 06-14-05
            WAYNE                        PA. 19087
                    F I L I N G   H I S T O R Y
51816934    FILED 06-14-05    AT 9:51 A.M.    FINANCING STATEMENT
```

```
 13 OF    17   FINANCING STATEMENT              53482503
          EXPIRATION DATE: NOVEMBER 9, 2010
 DEBTOR:  INPHONIC, INC.
          101 WISCONSIN AVENUE, SUITE 600       ADDED 11-09-05
          WASHINGTON                DC   20007
 SECURED: EPLUS GROUP,  INC.
          13595 DULLES TECHNOLOGY DRIVE         ADDED 11-09-05
          HERNDON                    VA   20171
                    F I L I N G   H I S T O R Y
53482503    FILED 11-09-05    AT 1:20 P.M.    FINANCING STATEMENT
```

```
 14 OF    17   FINANCING STATEMENT              53615326
          EXPIRATION DATE: NOVEMBER 22, 2010
```

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054604

DATE: 10-05-07

2007377 1150UCXL

071090568

*Delaware*

*The First State*

PAGE 6

DEBTOR:   INEPHONIC, INC.
          9301 PEPPERCORN PL
          HYATTSVILLE                    MD  20781--111
SECURED:  OCE' FINANCIAL SERVICES, INC.
          5450 NORTH CUMBERLAND
          CHICAGO                        IL  60656--149
                F I L I N G   H I S T O R Y
53615326  FILED 11-22-05    AT 10:42 A.M.   FINANCING STATEMENT   ADDED 11-22-05
53828796  FILED 12-12-05    AT 12:18 P.M.   AMENDMENT             ADDED 11-22-05

15 OF     17  FINANCING STATEMENT                    54074671
          EXPIRATION DATE: DECEMBER 30, 2010
DEBTOR:   INEPHONIC, INC.
          1010 WISCONSIN AVE N.W.
          WASHINGTON                     DC  20007                ADDED 12-30-05
SECURED:  GENERAL ELECTRIC CAPITAL CORPORATION
          1961 HIRST DRIVE
          MOBERLY                        MO  65270                ADDED 12-30-05
                F I L I N G   H I S T O R Y
54074671  FILED 12-30-05    AT 6:37 P.M.   FINANCING STATEMENT

16 OF     17  FINANCING STATEMENT                    53004003

```
                    EXPIRATION DATE: NOVEMBER 8, 2011
DEBTOR: INPHONIC, INC.
        1010 WISCONSIN AVENUE,                              ADDED 11-08-06
        SUITE 600
        WASHINGTON                    DC  20007
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
         2 PENNS WAY,                                       ADDED 11-08-06
         SUITE 100
         NEW CASTLE                   DE  19720
                F I L I N G     H I S T O R Y
63904893  FILED 11-08-06      AT 6:41 P.M.  FINANCING STATEMENT

17 OF    17  FINANCING STATEMENT                 71814523
         EXPIRATION DATE: MAY 14, 2012
DEBTOR: INPHONIC, INC.
        1010 WISCONSIN AVE N.W.                             ADDED 05-14-07
        WASHINGTON                    DC  20007
SECURED: SPRINT SOLUTIONS, INC.  ON BEHALF OF NEXTEL COMMUNICATION
```

*Harriet Smith Windsor, Secretary of State*

AUTHENTICATION: 6054604

                DATE: 10-05-07

200737711500CXL

071090568

*Delaware*

The First State

PAGE    7

S OF THE MID-ATLANTIC, INC.
10002 PARK MEADOWS DRIVE
LONE TREE                    CO    80124--545                    ADDED 05-14-07
          F I L I N G    H I S T O R Y
71814523    FILED 05-14-07    AT 4:58 P.M.    FINANCING STATEMENT
          E N D    O F    F I L I N G    H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.



200737711150UCXL

071090568

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054604

DATE: 10-05-07

MAR-01-2002  14:13        CT CORP SYSTEM                                    P.02/03



**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐                                   ⌐

└                                   ┘

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:30 PM 03/01/2002
INITIAL FILING NUM: 2053976 1
AMENDMENT NUMBER: 0000000
SRV: 020141806

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| InPhonic, Inc. |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Avenue, N.W. | Washington | DC | 20007 | US |

| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Delaware | 2711215 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

9c. MAILING ADDRESS

2b. TAX ID#  SSN OR EIN

2a. ADDL INFO RE ORGANIZATION DEBTOR

2c. TYPE OF ORGANIZATION

2d. JURISDICTION OF ORGANIZATION

2e. ORGANIZATIONAL ID#, if any

☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

Commerce Bank-California (succeessor by merger to Imperial Bank)

| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| OR | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11921 Freedom Drive, Suite 820 | Reston | VA | 20190 | US |

4. This FINANCING STATEMENT covers the following collateral:

All Debtor's right, title and interest whether now owned or hereafter developed, arising or acquired in, to and under the personal property set forth on *Exhibit A* attached hereto and incorporated herein by reference.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
Attach Addendum        [if applicable]        [ADDITIONAL FEE]        [optional]

8. OPTIONAL FILER REFERENCE DATA

INFLATION1177201RF

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

MAR-01-2002  14:13       CT CORP SYSTEM

P.03/03

Debtor: ImPhonic, Inc.

Exhibit A
to
UCC-1 Financing Statement

All personal property of Debtors of every kind, whether presently existing or hereafter created, written, produced or acquired, including, but not limited to: (a) all accounts (including health-care-insurance receivables), chattel paper (including tangible and electronic chattel paper), deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles and software), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtors' books and records with respect to any of the foregoing, and the computers and equipment containing said books and records; (b) all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, in the United States of America or in any foreign jurisdiction, obtained or to be obtained on or in connection with any of the forgoing, or any parts thereof or any underlying or component elements of any of the forgoing, together with the right to copyright and all rights to renew or extend such copyrights and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtors for past, present and future infringements of copyright; (c) all trademarks, service marks,

trade names and service names and the goodwill associated therewith, together with the right to trademark and all rights to renew or extend such trademarks and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtors for past, present and future infringements of trademark; (d) all (i) patents and patent applications filed in the United States Patent and Trademark Office or any similar office of any foreign jurisdiction, and interests under patent license agreements, including, without limitation, the inventions and improvements described and claimed therein, (ii) licenses pertaining to any patent whether Debtors are licensor or licensee, (iii) income, royalties, damages, payments, accounts and accounts receivable now or hereafter due and/or payable under and with respect thereto, including, without limitation, damages and payments for past, present or future infringements thereof, (iv) right (but not the obligation) to sue in the name of Debtors and/or in the name of Secured Party for past, present and future infringements thereof, (v) rights corresponding thereto throughout the world in all jurisdictions in which such patents have been issued or applied for, and (vi) reissues, divisions, continuations, renewals, extensions and continuations-in-part with respect to any of the foregoing; and (e) any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time, including revised Division 9 of the Uniform Commercial Code-Secured Transactions, added by Stats. 1999, c.991 (S.B. 45), Section 35, operative July 1, 2001.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
97309/JJ

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return To:
LEXIS Document Services
1029 J Street, Suite 100
Sacramento, CA 95814
Phone: (916) 441-0763

704129 - 4

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 01:54 PM 03/26/2002*
*INITIAL FILING NUM: 2053976 1*
*AMENDMENT NUMBER: 2077626 4*
*SRV: 0201192707*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 20539761                    03/01/2002 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☒ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME |
|---|
| COMERICA BANK – CALIFORNIA, successor by merger to Imperial Bank |

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| | |
|---|---|

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7c. MAILING ADDRESS: 333 W. Santa Clara Street

CITY: San Jose | STATE: CA | POSTAL CODE: 95113 | COUNTRY:

7d. TAX ID #: SSN OR EIN | ADD'NL INFO RE 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any

ORGANIZATION DEBTOR

☐ NONE

8. AMENDMENT (COLLATERAL CHANGE); check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME: COMERICA BANK - CALIFORNIA, successor by merger to Imperial Bank

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

DE-SOS        InPhonic, Inc. - Debtor

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3)(REV. 07/29/98)

LexisNexis Document Solutions
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2053 9761                03/01/2002

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

COMERICA BANK - CALIFORNIA, successor by merger to

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|----|-----------------------------|------------|---------------------|
|    |                             |            |                     |

**13. Use this space for additional information:**

DEBTOR NAME

INPHONIC, INC.
1010 WISCONSIN AVENUE, N.W.
WASHINGTON, DC 20007

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DE – SOS

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

LexisNexis Document Solutions
901 Adlai Stevenson Drive
Springfield, IL 62703-4201

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 10:54 AM 07/07/2004
INITIAL FILING NUM: 20539761
AMENDMENT NUMBER: 4189675 4
SRV: 0404971149

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

97309/JIL

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

LexisNexis Document Solutions
2730 Gateway Oaks Dr., #100
Sacramento, CA 95833

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 20539761      filed 3/1/2002 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in Item 7c; and also give name of assignor in Item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor _or_ ☑ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in Items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party    ☐ DELETE name: Give record name to be deleted in Item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also Item 7c; also complete Items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Comerica Bank - California | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

**7a. ORGANIZATION'S NAME**
Comerica Bank

OR **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**7d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any**
☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
Comerica Bank

OR **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**
G-81   7048633-1

**10. OPTIONAL FILER REFERENCE DATA**
DE-SOS   Borrower: Inphonic, Inc, et al

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

97309/JL

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

┌                 ┐

NexisLexis Document Solutions
2730 Gateway Oaks Dr., #100
Sacramento, CA 95833

└                 ┘

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:18 AM 07/12/2004
INITIAL FILING NUM: 2053976 1
AMENDMENT NUMBER: 4195067 6
SRV: 040508018

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE# | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 20539761      filed 3/1/2002 | ☐ |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME |
|---|
| Cellular Choices, LLC |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1020 Southhill Dr., Suite 200 | Cary | NC | 27513 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | DE | 3781292 ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted  or ☐ added,  or give entire ☐ restated collateral description, or  describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
|---|
| Comerica Bank |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| DE-SOS  Borrower: Inphonic, et al  Amendment #2 |

7048048 .)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
JLL - 4085565800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

COMERICA BANK-SAN JOSE
75 EAST TRIMBLE ROAD
MC 4770
SAN JOSE CA 95131

5926          DE          SRC 144124

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:38 PM 10/26/2005
INITIAL FILING NUM: 2053376 1
AMENDMENT NUMBER: 5338018 6
SRV: 050876372

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
20539761   03/01/2002

1b. This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is
continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor  or ☐ Secured Party of record.  Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new
name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☒ DELETE name: Give record name
to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also
item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| CELLULAR CHOICES, LLC |  |  |  |

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any

☒ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

COMERICA BANK

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
INPHONIC, INC    ET AL/3770272092/SENT 10/25/05
97305/DE/INPHONIC, INC

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

B008585294

DILIGENZ, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275

```
DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 04:52 PM 09/13/2006
INITIAL FILING NUM: 2053976 1
AMENDMENT NUMBER: 6317071 9
SRV: 060847112
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2053976 1

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in Item 7c; and also give name of assignor in Item 9.

5. **AMENDMENT (PARTY INFORMATION)**: This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in Items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in Item 6a or 6b; also give new name (if name change) in Item 7a or 7b and/or new address (if address change) in Item 7c.   ☐ DELETE name: Give record name to be deleted in Item 6a or 6b.   ☐ ADD name: Complete Item 7a or 7b, and also Item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**7d. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION**

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

Comerica Bank

**10. OPTIONAL FILER REFERENCE DATA**

DE/3770212092    [221797230]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz                                                                                      8008585294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DILIGENZ, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:16 PM 11/15/2006
INITIAL FILING NUM: 2053976 1
AMENDMENT NUMBER: 6399727 7
SRV: 061049719

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2053976  1 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in Item 7c and also give name of assignor in Item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in Items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in Item 6a or 6b; also give new name (if name change) in Item 7a or 7b and/or new address (if address change) in Item 7c.    ☐ DELETE name: Give record name to be deleted in Item 6a or 6b.    ☐ ADD name: Complete Item 7a or 7b, and also Item 7c; also complete Items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW OR ADDED) INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | | |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
COMERICA BANK

**10. OPTIONAL FILER REFERENCE DATA**
INPHONIC, INC - 3770272092    [228645581]



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:31 PM 04/25/2002
INITIAL FILING NUM: 2119495   4
AMENDMENT NUMBER: 0000000
SRV: 020304605

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
Ted M. Levy (206) 626-5444
B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Levy & Associates, P.S.
Attorneys at Law
600 University Street, Suite 3300
Seattle WA 98101

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
INPHONIC_COM, INC.

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE NW SUITE 250 | WASHINGTON | DC | 20007 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | CORPORATION | DELAWARE | 2711215 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2a. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2b. TYPE OF ORGANIZATION | 2c. JURISDICTION OF ORGANIZATION | 2d. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| VOICESTREAM WIRELESS CORP | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 12920 SE 38TH STREET | BELLEVUE | WA | 98006 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All inventory and equipment now owned or hereafter acquired by debtor in business and all proceeds of debtor's inventory in any form or forms, accounts, contract rights, chattel paper, general intangibles, instruments or other rights to payment, all machinery and equipment, vehicles, all insurance policies and proceeds thereof pertaining to the foregoing, and commissions, now and hereafter arising out of business of debtor including, but not limited to, handsets, accessories, prepaid coupons, "PINS", and replenishing cards, and other tangible items shipped by Voice Stream or its agents to debtor.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

Gretchen Mikulsky

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐

LEVY VON BECK & ASSOCIATES, P.S.

600 UNIVERSITY STREET

STE. 3300

SEATTLE WA 98101

⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2066265444

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:13 PM 06/08/2006
INITIAL FILING NUM: 2119495 4
AMENDMENT NUMBER: 6195939 4
SRV: 060556107

1a. INITIAL FINANCING STATEMENT FILE #

2119495 4

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INPHONIC.COM, INC. | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INPHONIC, INC. | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |