| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE NW STE. 600 | WASHINGTON | DC | 20007 | US |

| 7a. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|
| CORPORATION | DE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

T-MOBILE USA, INC.

10. OPTIONAL FILER REFERENCE DATA

1793.0001

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

Gretchen McLuley                                          2066265444

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                                    ┐
  LEVY VON BECK & ASSOCIATES, P.S.

  600 UNIVERSITY STREET

  STE. 3300

  SEATTLE WA 98101
└                                                    ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05.53 PM 12/22/2006
INITIAL FILING # 2119495 4
AMENDMENT # 6451650 6
SRV: 061183220

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2119495 4

1b. ☐ This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is
continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and give address of assignee in item 7c.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new
name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name
to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also
item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME          FIRST NAME          MIDDLE NAME          SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR  7b. INDIVIDUAL'S LAST NAME          FIRST NAME          MIDDLE NAME          SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

T-MOBILE USA, INC.

**10. OPTIONAL FILER REFERENCE DATA**

1793-0001



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:30 AM 08/29/2003
INITIAL FILING NUM: 3240213  2
AMENDMENT   NUMBER: 0000000
SRV: 030563919

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diligenz, Inc.    1-800-858-5294    Ilene Officer 410-363-650

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

┌ 5087791
  Diligenz, Inc.
  6500 Harbour Heights Pkwy
  Suite 400
  Mukilteo, WA 98275
└

Filed in: Delaware (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Inphonic, Inc. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Ave., Suite 250 | Washington | DC | 20007 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corp. | DE | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

**2a. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**2d. TAX ID #:** SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any** □ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**
Mercantile Safe Deposit & Trust Co.

OR **3b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**3c. MAILING ADDRESS**
PO Box 1451 | CITY Baltimore | STATE MD | POSTAL CODE 21203 | COUNTRY USA

**4. This FINANCING STATEMENT covers the following collateral:**

All equipment subject to that certain E#09, Master Lease Agreement, dated as of 8/18/2003, Lease Schedule No. 01 and Master between Inphonic, Inc. (lessee) and Allstate Leasing, Inc. (lessor), including but not limited to all attachments, accessories, additions, substitutions, products, replacements and rentals and proceeds therefrom (including insurance proceeds).

**5. ALTERNATIVE DESIGNATION (if applicable):** □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING
**6.** □ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) □ All Debtors □ Debtor 1 □ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
5087791

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

Inphonic, Inc.

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

12. ☐ ADDITIONAL SECURED PARTY'S  or  ☒ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

All State Leasing, Inc.

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9428 Reisterstown Rd | Owings Mills | MD | 21117 | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted | 16. Additional collateral description:
collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Diligenz                                    8008585294

┌                                        ┐
  DILIGENZ, INC.

  6500 HARBOR HEIGHTS PKWY

  SUITE 400

  MUKILTEO WA 98275
└                                        ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:47 PM 02/14/2006
INITIAL FILING NUM: 3240213 2
AMENDMENT NUMBER: 6053686 2
SRV: 0601375504

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
3240213 2

1b. ☐ This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in Item 7c; and also give name of assignor in Item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in Items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in Item 6a or 6b; also give new
name (if name change) in Item 7a or 7b and/or new address (if address change) in Item 7c.

☐ DELETE name: Give record name
to be deleted in Item 6a or 6b.

☐ ADD name: Complete Item 7a or 7b, and also
Item 7c; also complete Items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

| | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted  or ☐ added,  or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
   Mercantile Safe Deposit & Trust Co.

10. OPTIONAL FILER REFERENCE DATA
   [176352261]



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282   Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

508273 ICIT GROUP1

6258492

DEDE

┌                                      ┐
UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071
└                                      ┘

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:30 AM 06/01/2004
INITIAL FILING NUM: 4168836 7
AMENDMENT NUMBER: 0000000
SRV: 040408153

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME**
Inphonic, Inc

OR

**1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**1c. MAILING ADDRESS**
9301 Peppercorn Place, Suite 250 | **CITY** Upper Marlboro | **STATE** MD | **POSTAL CODE** 20774 | **COUNTRY**

**1d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** DE | **1g. ORGANIZATIONAL ID #, if any** F06005795 | ☐ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**2a. ORGANIZATION'S NAME**

OR

**2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CIT Technology Financing Services, Inc.

OR

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS
4600 Touchton Rd E Bldg 100, Ste 300 | CITY
Jacksonville | STATE
FL | POSTAL CODE
32246 | COUNTRY

4. This FINANCING STATEMENT covers the following collateral:

(7)2.8GHZ XEON PROCESSOR OPTION (7)PROLIANT DL360 G3 RACK 2.8X5 (14)36GB 10K U320 PLUGGABLE HARD (12)PROLIANT DL140 XEON-2.4G (1P)"plus all other types of office equipment and products, computers, security systems and other items of equipment now and hereafter leased to and/or financed for Debtor/Lessee by Secured Party/Lessor, and including all replacements, upgrades and substitutions hereafter occurring to all of the foregoing equipment and all now existing and future attachments, parts, accessories and add-ons for all of the foregoing items and types of equipment, and all proceeds and products thereof."

5. ALTERNATIVE DESIGNATION (if applicable) | ☒ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
6258492

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282



**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
97309/IL

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ LexisNexis Document Solutions ¬
2730 Gateway Oaks Dr., #100
Sacramento, CA 95833

⌐ 07309 ¬

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:19 AM 07/12/2004
INITIAL FILING NUM: 4194915 7
AMENDMENT NUMBER: 0000000
SRV: 040508024

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| INPHONIC, INC. | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 9301 PEPPERCORN PLACE | LARGO | | MD | 20774 | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | ORGANIZATION DEBTOR | CORP | DE | 2711215 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

2a. INDIVIDUAL'S LAST NAME

2b. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2a. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any

☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – Insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

IMPERIAL BANK

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

9920 S. LA CIENEGA BLVD., #615 | INGLEWOOD | CA | 90301

4. This FINANCING STATEMENT covers the following collateral:

This "in lieu" financing statement is being filed to continue the effectiveness of the following financing statement, which remains effective.

FILE NUMBER      ST  FILING OFFICE    FILING TYPE

181078442    MD  Secretary of State    Original

FILE DATE
3/28/2001

5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING

6. ☐ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

DE-SOS

7048049.2

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

97309/JL

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
***PLEASE RETURN TO***

CSC
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
Acct. #P6-0000-743-9
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:56 AM 08/13/2004
INITIAL FILING NUM: 4194915 7
AMENDMENT NUMBER: 4229726 7
SRV: 040593794

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

4494157    filed 7/12/2004

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

**IMPERIAL BANK**

OR  6b. INDIVIDUAL'S LAST NAME            FIRST NAME            MIDDLE NAME            SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
**COMERICA BANK**

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
**333 W. SANTA CLARA STREET** | **SAN JOSE** | CA | 95113 |

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
**COMERICA BANK, successor by merger to Imperial Bank**

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
Lagomere, One  704 788-1

10. OPTIONAL FILER REFERENCE DATA
**DE-SOS    Amendment #1 to in lieu**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)



## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

41441157    7/2/04

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

COMERICA BANK successor by merger to Imperial Bank

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional Information

INPHONIC, INC.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

97309/JL

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

LexisNexis Document Solutions
2730 Gateway Oaks Dr., #100
Sacramento, CA 95833

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:20 PM 08/16/2004
INITIAL FILING NUM: 4194915 7
AMENDMENT NUMBER: 4231040 9
SRV: 040596975

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
4194157 *filed 7/12/2004*

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7c and 7d and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Please refer to the detailed instructions regarding changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

INPHONIC, INC.

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INPHONIC, INC. | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVENUE, STE. 250 | WASHINGTON | DC | 20007 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only **one** box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COMERICA BANK, | | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA

DE-SOS    Amendment #2 to in lieu    7048795.2

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as Item 1a on Amendment form)
41944157  7/12/04

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as Item 9 on Amendment form)

12a. ORGANIZATION'S NAME
COMERICA BANK

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

INPHONIC, INC.



THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
97309/IL

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

***PLEASE RETURN TO***

CSC
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
Acct. #P6-0000-743-9

07309

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:58 PM 08/18/2004
INITIAL FILING NUM: 4194915 7
AMENDMENT NUMBER: 4233890 5
SRV: 040603862

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE#
4194157    Filed 7/12/2004

1b. This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
☐ REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions regarding changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME    SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION.

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

**All Debtor's right, title and interest whether now owned or hereafter developed, arising or acquired in, to and under the personal property set forth on Exhibit A attached hereto and incorporated herein by this reference.**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Comerica Bank | | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| DE-SOS    Amendment #3 to in lieu |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)



# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

4944157    7/12/04

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

COMERICA BANK

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

INPHONIC, INC.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Debtor:    INPHONIC, INC.

EXHIBIT A TO
UCC-1 FINANCING STATEMENT

All personal property of Debtors of every kind, whether presently existing or hereafter created, written, produced or acquired, including, but not limited to: (a) all accounts (including health-care-insurance receivables), chattel paper (including tangible and electronic chattel paper), deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles and software), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtors' books and records with respect to any of the foregoing, and the computers and equipment containing said books and records; (b) all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, in the United States of America or in any foreign jurisdiction, obtained or to be obtained on or in connection with any of the foregoing, or any parts thereof or any underlying or component elements of any of the forgoing, or any parts thereof or any underlying or component elements of any of the forgoing, together with the right to copyright and all rights to renew or extend such copyrights and the right (but not the obligation) of Secured Party) to sue in its own name and/or in the name of the Debtors for past, present and future infringements of copyright; (c) all trademarks, service marks, trade names and service names and the goodwill associated therewith, together with the right to trademark and all rights to renew or extend such trademarks and the right (but not the obligation ) of Secured Party to sue in its own name and/or in the name of the Debtors for past, present and future infringements of trademark; (d) all (I) patents and patent applications filed In the United States Patent and Trademark Office or any similar office of any foreign jurisdiction, and interest under patent license agreements, including, without limitation, the inventions and improvements described and claimed therein (II) licenses pertaining to any patent whether whether Debtors are licensor or licensees.

(ii) income, royalties, damages, payments, accounts and accounts receivable now or hereafter due and/or payable under and with respect thereto, including, without limitation, damages and payments for past, present or future infringements thereof, (iv) right (but not the obligation) to sue in the name of Debtors and/or in the name of Secured party for past, present and future infringements thereof, (v) rights corresponding thereto throughout the world in all jurisdictions in which such patents have been issued or applied for, and (vi) reissues, divisions, continuations, renewals, extensions and continuations-in-part with respect to any of the foregoing; and (e) any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time, including revised Division 9 of the Uniform Commercial Code-Secured Transactions, added by Stats. 1999, c.991 (S.B> 45), Sections 35, operative July 1, 2001.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz      8008585294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                    ┐
  DILIGENZ, INC.

  6500 HARBOR HEIGHTS PARKWAY

  SUITE 400

  MUKILTEO WA 98275
└                                    ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:16 PM 11/15/2006
INITIAL FILING NUM: 4194915 7
AMENDMENT NUMBER: 6399729 3
SRV: 061049721

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

4194915  7

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

COMERICA BANK

10. OPTIONAL FILER REFERENCE DATA

INPHONIC, INC. – 3770272092    [228648661]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

8008335778

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                    ┐
  UCC DIRECT SERVICES

  2727 ALLEN PARKWAY

  SUITE 1000


  HOUSTON TX 77019
└                                    ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:27 PM 07/23/2004
INITIAL FILING NUM: 4207430 2
AMENDMENT NUMBER: 0000000
SRV: 040540305

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INPHONIC, INC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 45901 NOKES, BLVD., | STERLING | DC | 20166 | US |

| 1d. | | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID # |
|---|---|---|---|---|
| | | CORPORATION | DE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. | | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID # |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CRITICAL TECHNOLOGY FINANCE, INC. | | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1255 WRIGHTS LANE | WEST CHESTER | PA | 19380 | US |

5. ALTERNATIVE DESIGNATION - Lessee-Lessor

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)    [ADDITIONAL FEE]    [optional]    ☐ All Debtors    ☐ Debtor 1    ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

DE-A-3755354-0187 Volkert, J 021-0203421-000

# UCC FINANCING STATEMENT ADDENDUM — COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

INPHONIC, INC

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

This FINANCING STATEMENT covers the following collateral

EQUIP DESC: Net App Cluster, QUANTITY: 1, MODEL: FAS270C, SERIAL#: 310011211, II
CENSE#: , EQUIP#: , ASSET DETAIL:

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diligenz, Inc.    1-800-858-5294

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
┌                                              ┐
 8854438
  Diligenz, Inc.
  6500 Harbour Heights Pkwy
  Suite 400
  Mukilteo, WA 98275

└                                              ┘
```

Filed in: Delaware (S.O.S.)

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:30 AM 07/26/2004
INITIAL FILING NUM: 4210179 0
AMENDMENT NUMBER: 0000000
SRV: 040545257

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Inphonic Inc | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 9301 Peppercorn Place  Suite 250 | Upper Marlboro | | MD | 20774 | USA |
| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE   1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | 1g. ORGANIZATIONAL ID #, if any | |
| | ORGANIZATION   Inc. | DE | | 27112115 | ☐ NONE |
| | DEBTOR | | | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**2a. TAX ID #:  SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **2b. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any** ☐ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only **one** secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**
De Lage Landen Financial Services, Inc.

OR **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**
1111 Old Eagle School Road | Wayne | PA | 19087 | USA

**4. This FINANCING STATEMENT covers the following collateral:**
INCLUDING ALL COMPONENTS, ADDITIONS, UPGRADES, ATTACHMENTS, ACCESSIONS, SUBSTITUTIONS, REPLACEMENTS AND PROCEEDS OF THE FOREGOING.

**5. ALTERNATIVE DESIGNATION (if applicable):** ☒ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum *(if applicable)*

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** *(optional)* [ADDITIONAL FEE] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
TFV4022 Inphonic Inc.                                                     8854438

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

From: RIGHTFAX          Page: 2/2          Date: 7/23/2004 9:38:48 AM

ORDER # 8854438

# EQUIPMENT SCHEDULE #01

## to Master Lease Agreement # ITFV-4022 _____ Dated ___5/13/04___

## INSIGHT GLOBAL FINANCE

| Number of Monthly Payments | Monthly Payment * | Number of Security Deposits | | Purchase Option |
|---|---|---|---|---|
| 36 | $3,092.94* | | 0 | $1.00 |

*Plus applicable taxes to be billed

**Equipment Description (manufacturer)**

| Quantity | Description (manufacturer) | Model | Serial # |
|---|---|---|---|
| 1 | PROLIANT DL560G2 X2.0/4M 4G 4 | | |
| 1 | XEON/4.00 4MB (4P) PROCESSOR | | |
| 10 | 512MB SDRAM 133MHZ | | |
| 3 | SMART ARRAY 6402 128MB | | |
| 3 | 256MB CACHE UPGRADE" | | |
| 3 | STORAGEWORKS 4454 U320 SCSI | | |
| 36 | 36GB 15K U320 PLUGGABLE HARD | | |
| 1 | 36GB 10K U320 PLUGGABLE HARD | | |
| 1 | N3070 PCI-X GIGABIT SERVER A | | |

Equipment Location: 5901 Peppercorn Place, Suite 250, Upper Marlboro, MD 20774

Billing Address: ___1010 Wisconsin Avenue, NW, Suite 600, Washington DC 20007___

**IMPORTANT: NEITHER THE SUPPLIER NOR ANY SALESPERSON NOR THE MANUFACTURER THE SIGNATORY IS AN AGENT NOR ARE THEY QUALIFIED TO MODIFY THE TERMS AND CONDITIONS OF THIS LEASE.**

DEAR CUSTOMER: This Schedule incorporates the terms and conditions of the Master Lease referred to above. This Schedule is a separate lease, independent of all other schedules. All capitalized words used in this Schedule shall have the same meanings as used in the Master Lease. The Master Lease and this Schedule contain the terms of your agreement with us. Please read them carefully and ask us any questions. Notwithstanding anything to the contrary contained in the Master Lease, the Lessor under this Schedule is INSIGHT DIRECT USA, INC., dba INSIGHT GLOBAL FINANCE.

**1. LEASE OF EQUIPMENT; FEE:** We agree to lease to you and you agree to lease from us the Equipment shown above for the number of months and monthly payment identified above ("Monthly Payment"). This Schedule will commence on the date that any of the Equipment is accepted by you ("Commencement Date"). Your first Monthly Payment is due 30 days from the Commencement Date, and your remaining Monthly Payments shall be due on the same day of each subsequent month until you have paid all the Monthly Payments due under the Schedule. You will make all payments required under the Lease at the address set forth in our monthly invoice. You also agree to pay us a documentation fee of $125.00 upon execution of this Schedule.

**2. PURCHASE OPTION.** You have the option to purchase the Equipment as of the last day of the initial lease term for: _____ FMV _____ 10% _____ $1.00

3. FAX EXECUTION. A fax version of this Schedule when received by us shall be binding on you for all purposes as if originally signed. However, the Schedule shall only become effective and binding against us when originally signed by us in our corporate office. You agree that the only version of the Schedule that is the original for all purposes is the version containing your fax and our original signature. If you elect to sign and transmit a Schedule by fax, you waive notice of our acceptance of this Schedule and receipt of a copy of the originally signed Schedule.

4. LESSEE REPRESENTATIONS. By execution of this Schedule, you confirm that (a) no Event of Default exists under the Master Lease as of the date hereof, and (b) the Equipment will be used for a business purpose, and not for personal, family or household purposes.

Insight, Inc.                                          (LESSEE)          INSIGHT DIRECT USA, INC., an INSIGHT GLOBAL company

By: _____                            By: _____
Authorized Signer          Title    E-VP              Authorized Signer          Title

Print Name/Date: _____  S.Wills  7/15/09    Print Name/Date: MICHAEL S. GARDNER  6-3-09

PLEASE ADD DATE

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

3022364300

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
LEXISNEXIS DOCUMENT SOLUTIONS INC.

   2711 CENTERVILLE ROAD

   SUITE 400

   WILMINGTON DE 19808
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 04:56 PM 08/23/2004
INITIAL FILING NUM: 4237601  2
AMENDMENT NUMBER: 0000000
SRV: 040615608

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INPHONIC, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE. N.W., SUITE 600 | WASHINGTON | DC | 20007 | US |

| 1d. | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. |
|---|---|---|---|
| | CORPORATION | DE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. |
|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only **one** secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

CATERPILLAR FINANCIAL SERVICES CORPORATION

OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVENUE | NASHVILLE | TN | 37203 | US |

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)   ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2
ESTATE RECORDS.   Attach Addendum   [if applicable]   [ADDITIONAL FEE]   [optional]

8. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

INPHONIC, INC.

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

This FINANCING STATEMENT covers the following collateral

ONE CATERPILLAR XQ105 POWER MODULE, S/N F7428H/0010ONE CATERPILLAR XQ225 GENERATO
R SET, S/N 6SC00854AND SUBSTITUTIONS, REPLACEMENTS, ADDITIONS, & ACCESSIONS THER
ETO, NOW OWNED OR HEREAFTER ACQUIRED, AND PROCEEDS THEREOF.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

3027364300

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

IKKISNEXIS DOCUMENT SOLUTIONS INC.

2711 CENTERVILLE ROAD

SUITE 400

WILMINGTON DE 19808

```
DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:25 PM 08/23/2004
INITIAL FILING NUM: 4237601 2
AMENDMENT NUMBER: 4237697 0
           SRV: 040615768
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

4237601 2

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in Item 7c; and also give name of assignor in Item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ONE CATERPILLAR XQ105 POWER MODULE, S/N FT428P/001 W/ONE 600A AUTOMATIC TRANSFER
SWITCH, S/N 00PYB12IXONE CATERPILLAR C225 POWER MODULE, S/N 8JC00854 W/ONE ZTT
00GA10080E AUTOMATIC TRANSFER SWITCH, S/N 14495I7AND SUBSTITUTIONS, REPLACEMENTS
, ADDITIONS , & ACCESSIONS THERETO, NOW OWNED OR HEREAFTER ACQUIRED, AND PROCEEDS
THEREOF.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

CATERPILLAR FINANCIAL SERVICES CORPORATION

10. OPTIONAL FILER REFERENCE DATA

Return TO:

LexisNexis Document Solutions
30 Old Rudnick Lane
Dover, DE 19901
Phone: (302) 736-4300

1822707-3

(FX TO N) - ('L')

Debtor: Inphonic, Inc.
Juris: Secretary of State, DE

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:13 PM 11/03/2004
INITIAL FILING NUM: 4312916 2
AMENDMENT NUMBER: 0000000
SRV: 040789070

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Inphonic, Inc. | | | | | |
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | | |

| 1c. MAILING ADDRESS | 1010 Wisconsin Avenue - Suite | CITY Washington | STATE DC | POSTAL CODE 20007 | COUNTRY USA |
|---|---|---|---|---|---|
| 600 | | | | | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORP | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |  | ☐ NONE |
|---|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | | |

2c. MAILING ADDRESS | | STATE | POSTAL CODE | COUNTRY

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
Sun Microsystems Finance, A Sun Microsystems, Inc. Business

OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
10 Riverview Drive | Danbury | CT | 06810 | USA

4. This FINANCING STATEMENT covers the following collateral:

All equipment and related items ("Products") that are the subject of and described in any Lease Schedule, whether existing now or in the future, to that certain Master Lease Agreement No. 4319263 between the secured party named above and the debtor named above, and all additions, attachments, accessions, replacement parts and substitutions of such Products, and all proceeds of the foregoing, including insurance proceeds. If any such Lease Schedule contains a fair market value purchase option, then the filing of this financing statement with respect to such Lease Schedule is intended for notice purposes only, and is not intended to create a security interest.

By: Sun Microsystems Finance, a Sun-
Microsystems Inc. Business
as Attorney-in-Fact

_[signature]_

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA Inphonic, Inc.
D8-808

Sun Microsystems Finance,
A Sun Microsystems Inc. Business

_[signature]_

LeaseSmith Document Solutions
801 Adlai Stevenson Drive
Springfield, IL 62703-4251

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)



Return TO:
LexisNexis Document Solutions
30 Old Rudnick Lane
Dover, DE 19901
Phone: (302) 736-4300

1822707-2

(FX TO N) - ('L')

Debtor: Inphonic, Inc.
Juris:   Secretary of State, DE

**DELAWARE DEPARTMENT OF STATE**
**U.C.C. FILING SECTION**
**FILED 01:19 PM 11/03/2004**
**INITIAL FILING NUM: 4313702 5**
**AMENDMENT NUMBER: 0000000**
**SRV: 0407891130**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b)-do not abbreviate or combine names

1a. ORGANIZATION'S NAME
Inphonic, Inc.

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS 1010 Wisconsin Avenue - Suite 600 | CITY Washington | STATE DC | POSTAL CODE 20007 | COUNTRY USA

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORP | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2a. ORGANIZATION'S NAME  □ NONE

2a. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

Sun Microsystems Finance, A Sun Microsystems, Inc. Business

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

10 Riverview Drive | Danbury | CT | 06810 | USA

4. This FINANCING STATEMENT covers the following collateral:

The following equipment, and all additions, attachments, accessions, replacement parts and substitutions thereof, whether now or hereafter affixed thereto or installed therein, and all proceeds of the foregoing, including insurance proceeds:

Lease Agreement Number: 4319263-001

Equipment list attached

By: Sun Microsystems Finance, a Sun
Microsystems Inc. Business
as Attorney-in-Fact

5. ALTERNATIVE DESIGNATION [if applicable] | □ LESSEE/LESSOR | □ CONSIGNEE/CONSIGNOR | □ BAILEE/BAILOR | □ SELLER/BUYER | □ AG. LIEN | □ NON-UCC FILING

6. □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | □ All Debtors | □ Debtor 1 | □ Debtor 2

8. OPTIONAL FILER REFERENCE DATA Inphonic, Inc.

DB-EOS

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

By: Sun Microsystems Finance, a Sun
Microsystems Inc. Business
Lexis Nexis Document Solutions
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

| | | | |
|---|---|---|---|
| 442 | X311L | Localized Power Cord Kit North American/Asian | 1 |
| 443 | X7410A | X-Option - Internal DVD-ROM Drive Slimline, for Sun Fire V210 and Sun Fire V240. | 1 |
| 5 | Config ID 3362778 | Configuration: N25-UTA1-A1-102HB1 | |
| 51 | N25-UTA1-A1-102HB1 | Sun Fire V120, one pack 650 Mhz, 512KB eCache, 1GB Memory 2 x 73GB 10K RPM SCSI Disk Drive, 2 x 10/100 on-board ethernet ports, 2 x USB ports, Ultra SCSI II port, Removable System Configuartion Card, Internal AC power supply, No keyboard or mouse port, no graphics, no audio, Single 32 bit/33MHz PCI Slot. Includes 19 Inch rackmount kit, Solaris 8 & System Web Server pre-installed (Standard Configuration) | 1 |
| 45x | X311L | Localized Power Cord Kit North American/Asian | 1 |
| 6 | Config ID 3362800 | Configuration: XTA3310R01A2R876 | |
| 1x | XTA3310 R01A2R876 | Sun StorEdge 3310 SCSI Array Rack Ready, 876-GB (12 x 73-Gbyte 10K RPM disks) w/2 Ultra160 SCSI HW RAID controller, 512MB std cache per controller, 2 AC power supplies, and Sun StorEdge Configuration Service. | 1 |
| 4x | NMK9S-00C-99Y9 | Sun StorEdge Management Software Kit: Includes media & documentation for Sun StorEdge Enterprise Storage Manager 2.1 (Eng); Sun Storage Automated Diagnostic Environment 2.3, Sun SAN Foundation Software 4.4; Right-to-Use license for | 1 |



| | | |
|---|---|---|
| | Storage Automated Diagnostic Environment 2.3; No charge when purchased with Sun StorEdge arrays. | 2 |
| X311L | Localized Power Cord Kit North American/Asian | 1 |
| X3830B | 4-meter, Ultra VHDCI/VHDCI 68-pin cable | 1 |
| XTA-3000-2URK-19U | Sun StorEdge(TM) 3000 2U universal rack, sliding rail kit. | 6 |
| SG-XPCI2SC-SI-LM320 | Sun StorEdge PCI dual channel Ultra320 differential SCSI host bus adapter | 2 |
| SOLZS-090C9ABM | Solaris 9 (latest release) Electronic Software Distribution. SPARC Platform Edition. Multilingual. No license. | 2 |
| SOLZS-080B9AYM | Solaris 8 (latest release) media kit (CD-ROM & DVD ROM) for Sun Computer Systems with online documentation, SPARC Platform Edition. No license. Multilingual. Pricing per kit. | |

Quote for all

| Item | Product Number | Description | Qty |
|---|---|---|---|
| | **AT&T - INPHONIC** | | |
| | Config ID 3362744 | Configuration: A37-WBPF2-04GRB | 4 |
| | A37-WBPF2-04GRB | Sun Fire V480 Server, 2 * 1.2GHz UltraSPARC III Cu processors with 8MB Ecache each, 4GB memory (16 * 256MB DIMMs), 2 * 73GB 10K rpm FC-AL hard disks, DVD-ROM, 2 * 10/100/1000 ethernet ports, 1 * serial port, 2 * USB ports, 6 * PCI slots, 2 (N+1 redundant) power supplies, Solaris 8 server license (Standard Configuration) | 1 |
| | X311L | Localized Power Cord Kit North American/Asian | |
| | X3150A | Gigabit Ethernet Network Interface Card for high-performance Cat 5 UTP and PCI applications with full IEEE 802.3 compliance | |
| | Config ID 3365040 | Configuration: A42-XCB2-04HD | 4 |
| | A42-XCB2-04HD | Sun Fire V440 Server, 2 * 1.28GHz UltraSPARC IIIi processors with 1MB Cache each, 4GB Memory(8 * 512MB DIMMS), 4 * 73GB 10Krpm Ultra320 SCSI Disks, DVD-ROM, 2 Power supplies. (Standard Configuration) | 1 |
| | X311L | Localized Power Cord Kit North American/Asian | |
| | Config ID 3362766 | Configuration: XTA3510R01A2V876 | |



| Part Number | Description | Qty |
|---|---|---|
| XTA3610 R01A2V8 76 | Sun StorEdge 3510 FC Array Rack Ready, 876GB (12 x 73GB 15K RPM disks) w/2 FC RAID controllers, 1GB cache, and 2 AC power supplies. Includes Sun StorEdge Configuration Service software. | |
| X311L | Localized Power Cord Kit North American/Asian | |
| X9732A | 2M LC to LC FC Optical Cable | |
| XTA-3000-2URK-19U | Sun StorEdge(TM) 3000 2U universal rack, sliding rail kit. | |
| NMK9S-00B-99Y9 | Sun StorEdge Management Software Kit which Includes Sun StorEdge Enterprise Storage Manager 2.0 Media & Documentation L10N; Sun Storage Automated Diagnostic Environment 2.3 Media, Documentation and RTU license; Sun SAN Foundation Software 4.3. No charge when purchased with Sun StorEdge Array. | |
| Config ID 3362820 | Configuration: N31-XUB2B1204HB | 1 |
| N31-XUB2B12 04HB | Sun Fire V210, 2 x 1GHz UltraSPARC IIIi, 4 x 512MB DIMMS, 2 x 73GB Drive, 4 x 10/100/1000 Gigabit Ethernet, ALOM Remote Manager, Single PCI Slot, 1PSU & Java ES & Solaris 9 pre-installed. | |



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 09:41 AM 03/09/2005
INITIAL FILING NUM: 5080318 0
AMENDMENT NUMBER: 0000000
SRV: 0501994454

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
Joan Libowitz - 3102972288

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Pacific Corporate & Title Services
914 S Street
Sacramento, CA 95814
SAC: 178900 AY
0000001743 DE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME    INPHONIC, INC.

OR  1b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME    SUFFIX

1c. MAILING ADDRESS    1010 WISCONSIN AVENUE, NW, SUITE 215    CITY WASHINGTON    STATE DC    POSTAL CODE 20007    COUNTRY USA

1d. TAX ID #: SSN OR EIN    ADD'L INFO RE | 1e. TYPE OF ORGANIZATION    1f. JURISDICTION OF ORGANIZATION    1g. ORGANIZATIONAL ID #, if any
ORGANIZATION    CORP    DE    2711215    ☐ NONE
DEBTOR

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR  2b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME    SUFFIX

| 2. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | ☐ NONE |
|---|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only **one** secured party name (3a or 3b)

3a. ORGANIZATION'S NAME    **IMPERIAL BANK**

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9920 S. LA CIENEGA BLVD., #615 | INGLEWOOD | CA | 90301 | USA |

4. This FINANCING STATEMENT covers the following collateral:

This "in lieu" financing statement is being filed to continue the effectiveness of the
following financing statement,which remains effective: FILE DATE - 06/28/2000, FILE NUMBER
- 2000059421, STATE - Washington, D.C., FILING OFFICE - Secy/State, FILING TYPE -
original. See Exhibit A attached hereto and made a part hereof for collateral description.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

97309/DE/INPEONIC/3770272092/3-8-05

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

EXHIBIT A – COLLATERAL DESCRIPTION

All personal property of Obligor (herein referred to as "Obligor" or "Debtor") whether presently existing or hereafter created, written, produced or acquired, including, but not limited to: (i) all accounts receivable, accounts, chattel paper, contract rights (including, without limitation, royalty agreements, license agreements and distribution agreements), documents, instruments, money, deposit accounts and general intangibles including, without limitation, refund, repossessions, books and records relating thereto, and equipment containing said books and records, all investment property including securities and securities entitlements, (ii) all software, computer source codes and other computer programs (collectively, the "Software Products"), and all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, United States of America and foreign, obtained or to be obtained on or in connection with the Software Products, or any parts thereof or any underlying or component elements of the Software Products together with the right to copyright and all rights to renew or extend such copyrights and the right (but not the obligation) of Bank (herein referred to as "Bank" or "Secured Party") to sue in its own name and/or in the name of the Debtor for past, present and future infringements of copyright, (iii) all goods including, without limitation, equipment and inventory (including, without limitation, all export inventory), (iv) all guarantees and other security therefor, (v) all trademarks, service marks, trade names and service names and the goodwill associated therewith, (vi) (a) all patents and patent applications filed in the United States Patent and Trademark Office or any similar office of any foreign jurisdiction, and interests under patent license agreements, including, without limitation, the inventions and improvements described and claimed therein, (b) licenses pertaining to any patent whether Debtor is licensor or licensee, (c) all income, royalties, damages, payments, accounts and accounts receivable now or hereafter due and/or payable under and with respect thereto, including, without limitation, damages and payments for past, present or future infringements thereof, (d) the right (but not the obligation) to sue for past, present and future infringements thereof, (e) all rights corresponding thereto throughout the world in all jurisdictions in which such patents have been issued or applied for, and (f) the reissues, divisions, continuations, renewals, extensions and continuations-in-part with any of the foregoing, together with the [all of the fore-going patents and applications and interest under patent license agreements, together with the...]

(a) of the foregoing general ... typ ... ... ... ... ... : items described in clauses (a) through (f) in this paragraph are sometimes herein individually and collectively referred to as the "Patents"), and (vii) all products and proceeds including, without limitation, insurance proceeds, of any of the foregoing.

TOTAL P.02

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

J.L.L.-4085565800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐
COMERICA BANK-SAN JOSE
75 EAST TRIMBLE ROAD
MC 4770
SAN JOSE CA 95131

5608           DE      SAC 192905
⌐

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:50 PM 10/11/2005
INITIAL FILING NUM: 5080318 0
AMENDMENT NUMBER: 5324708 8
SRV: 050832459

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #  <br> 50803180   03/09/2005 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS. |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7a-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME  <br> IMPERIAL BANK | | |
|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

COMERICA BANK, SUCCESSOR BY MERGER WITH IMPERIAL BANK

OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS 75 E. TRIMBLE ROAD, MC | CITY SAN JOSE | STATE CA | POSTAL CODE 95131 | COUNTRY

4770

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

COMERICA BANK

OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
INPHONIC, INC.
97306/DB/3770272092/SENT ON 10/7/05

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Dilixenz                                                   8008585294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                    ┐
  DILIGENZ, INC.

  6500 HARBOR HEIGHTS PARKWAY

  SUITE 400

  MUKILTEO WA 98275
└                                    ┘
```

```
DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:16 PM 11/15/2006
INITIAL FILING NUM: 5080318  0
AMENDMENT NUMBER: 6399728  5
            SRV: 0610497720
```

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 5080318  0 | ☐ |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | |
|---|---|---|
| | | |

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | |
|---|---|---|
| | | |

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted  or  ☐ added, or give entire ☐ restated collateral description, or  describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

COMERICA BANK

**10. OPTIONAL FILER REFERENCE DATA**

INPHONIC, INC. - 3770272092    [228864768]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

8008335778

```
DELAWARE DEPARTMENT OF STATE
     U.C.C. FILING SECTION
FILED 09:51 AM 06/14/2005
INITIAL FILING NUM: 5181693  4
AMENDMENT NUMBER: 0000000
          SRV: 050493262
```

┌ UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

└ HOUSTON TX 77019 ┘

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only *one* debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INPHONIC, INC. | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVENUE | WASHINGTON | DC | 20007 | US |

| 1d. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| CORPORATION | DE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only *one* debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

DE LAGE LANDEN FINANCIAL SERVICES, INC.

3b. INDIVIDUAL'S LAST NAME

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

3c. MAILING ADDRESS

| | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 OLD EAGLE SCHOOL ROAD | WAYNE | PA | 19087 | US |

---

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional]   ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2 [ADDITIONAL FEE]

8. OPTIONAL FILER REFERENCE DATA

DE-O-14485253-13566-1_dl

# UCC FINANCING STATEMENT ADDENDUM - COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| INPHONIC, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

This FINANCING STATEMENT covers the following collateral

(1) CIRRLLON CS500(1) BACK-40U-C(2) CK-2GSAN(45) CX-2GSAN(45) CX-2GL5-73(22) EM-1110NV(2) EM-1110NO(1) PW40U-C-US(1) 40UC-SECURE2(6) RMG-SDI(6) RMG-EXCHANGE(8) RM-LOCAL-RG(1) SV500(1) CIRRLLON CS500(1) BACK-40U-C(2) CX-2GAM(45) CX-2GL5-73(8) EM-1110NO(1) PW40U-C-US(1) 40UC-SECURE2(1) SV500(1) MVA500(2) RM-LOCAL-RG(1) NAV500-RG(2) M DS-TRI-SW(2) MOS-9216A-00(2) MOS-92162-00(2) MOS-FCIP2-9200(14) QZA2340-E-SEINGL UDING BUT NOT LIMITED TO ALL REPLACEMENTS, PARTS, REPAIRS AND ATTACHMENTS, INCOR PORATED THEREIN OR AFFIXED THERETO, NOW OWNED OR HEREAFTER ACQUIRED.

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Dani Ashford                                                    8008585294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
DILIGENZ, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275
```

```
DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:20 PM 11/09/2005
INITIAL FILING NUM: 5348250 3
AMENDMENT NUMBER: 0000000
SRV: 050915168
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INPHONIC, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 101 WISCONSIN AVENUE, SUITE 600 | WASHINGTON | DC | 20007 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|
| CORPORATION | DE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EPIDS GROUP, INC. | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 13595 DULLES TECHNOLOGY DRIVE | HERNDON | VA | 20171 | US |

**5. ALTERNATIVE DESIGNATION - 04**

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL  ☐ **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s)    ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2
ESTATE RECORDS.    Attach Addendum    [if applicable]    [ADDITIONAL FEE]    [optional]

**8.** OPTIONAL FILER REFERENCE DATA

DCC158-1    [159665211]

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| INPHONIC, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

This FINANCING STATEMENT covers the following collateral

The Asset(s)as described in Schedule No. 1 dated August 17, 2005 to Lease Agreement No. DCC158 dated August 17, 2005, together with any and all accessions, replacements, substitutions and proceeds thereof. The transaction covered by this UCC-1 is intended by Lessor and Lessee to be a true lease. In the event the lease is terminated, or is deemed to be a disguised security interest prior to Lessor's or its assignees' receipt of full payment due

pursuant to this transaction, this transaction shall be deemed to grant Lessor a security interest. This UCC-1 is filed for informational and notice purposes only.

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

8008335778

```
  UCC DIRECT SERVICES
  2727 ALLEN PARKWAY
  SUITE 1000
  HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 10:42 AM 11/22/2005
INITIAL FILING NUM: 5361532 6
AMENDMENT NUMBER: 0000000
SRV: 0509506657

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| INFRONIC, INC. | | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9301 PEPPERCORN PL. | HYATTSVILLE | MO | 20783-111 | US |

| 1d. | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. |
|---|---|---|---|
| | CORPORATION | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. |
|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OCE FINANCIAL SERVICES, INC. | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5450 NORTH CUMBERLAND | CHICAGO | IL | 60656-149 | US |

5. ALTERNATIVE DESIGNATION - Lessee-Lessor

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)   [ADDITIONAL FEE]   [optional]   ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

DE-0-16728383-16176

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| INFBANXC, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

This FINANCING STATEMENT covers the following collateral

The equipment covered under equipment PO# 16176 between secured party and debtor, including the equipment described below, and all accessions, attachments, replacements, substitutions, modifications, and additions thereto, now or hereafter acquired, and all proceeds thereof (including insurance proceeds).Model serial# with all peripherals.VP3090A. 0234500156 VP3090 0234500160 VP2100 0236401273 This is a precautionary filing in connection with a true lease transaction and is not to be construed as indicating the transaction is other than a true lease.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

8008335778

┌ ┐
UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019
└ ┘

```
DELAWARE DEPARTMENT OF STATE
      U.C.C. FILING SECTION
  FILED 12:18 PM 12/12/2005
INITIAL FILING NUM: 5361532  6
   AMENDMENT NUMBER: 5382879  6
           SRV: 0510008600
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 5361532  6 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The equipment covered under equipment PO#         between secured party and
debtor, including the equipment described below, and all accessions
attachments, replacements, substitutions, modifications and additions thereto,
now or hereafter acquired, and all proceeds thereof (including insurance
proceeds).Model serial# with all peripherals.VP3090A 0234500156 VP3090
0234500160 VP2100 0236401273 2376 0234500160 VP2100 0236401273 2376 0231404757This is a precautionary
filing in connection with a true lease transaction and is not to be construed
as indicating the transaction is other than a true lease.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

  One Financial Services, Inc.

10. OPTIONAL FILER REFERENCE DATA

DE-0-16840434-16176

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz                                                                 8008585294

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

DILIGENZ, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275

```
DELAWARE DEPARTMENT OF STATE
      U.C.C. FILING SECTION
   FILED 06:37 PM 12/30/2005
INITIAL FILING NUM: 5407467  1
AMENDMENT NUMBER: 0000000
          SRV: 051079003
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INFRONIC INC | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE N.W. | WASHINGTON | DC | 20007 | US |

| 1d. | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. |
|---|---|---|---|
| | CORPORATION | DE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. |
|---|---|---|---|
| | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

GENERAL ELECTRIC CAPITAL CORPORATION

OR 3b. INDIVIDUAL'S LAST NAME

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1961 HIRST DRIVE | MOBERLY | MO | 65270 | US |

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

[16033088]

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | INPHONIC INC | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | | |

This FINANCING STATEMENT covers the following collateral

All Equipment, described herein or otherwise, leased to or financed for the Debtor by Secured Party under certain Equipment Lease Agreement No. 7352061-007 dated 12/30/05 including all accessories, accessions, replacements, additions, substitutions, add-ons and upgrades thereto.



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:41 PM 11/08/2006
INITIAL FILING NUM: 6390489 3
AMENDMENT NUMBER: 00000000
SRV: 061026618

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Kenneth Rosenfeld
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | InPhonic, Inc. | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Avenue, Suite 600 | Washington | D.C. | 20007 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Delaware | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

2d. SEE INSTRUCTIONS

ADD'L INFO RE
ORGANIZATION
DEBTOR

2e. TYPE OF ORGANIZATION

2f. JURISDICTION OF ORGANIZATION

2g. ORGANIZATIONAL ID #, if any

☐ NONE

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)**

3a. ORGANIZATION'S NAME

OR    Citicorp North America, Inc., as Administrative Agent

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c.    MAILING | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
2 Penns Way, Suite 100 | | New Castle | DE | 19720 | USA

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the
Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents,
chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements,
securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights,
health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and
fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds
of the foregoing, are included.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL
ESTATE RECORDS.    Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)
[ADDITIONAL FEE]    [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

US 6777990- 21- SD

FILING OFFICE COPY — UCC1 FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

Mary Cowen                                             4404619661

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐
    NATIONWIDE CREDIT SERVICES

    P.O. BOX 24101

    CLEVELAND OH 44124
⌐                                                                     ⌐

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 04:58 PM 05/14/2007
INITIAL FILING # 2007 1814523

SRV: 0705561586

─────────────────────────────────────────────────────────────────────────

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INFRONIC, INC. | | | |

OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE N.W. | WASHINGTON | DC | 20007 | US |

| 1d. TYPE OF ORGANIZATION | 1e. JURISDICTION OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| CORPORATION | DE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TYPE OF ORGANIZATION | 2e. JURISDICTION OF ORGANIZATION | |
|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only **one** secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | SPRINT SOLUTIONS, INC. ON BEHALF OF NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10002 PARK MEADOWS DRIVE | LONE TREE | CO | 80124-545 | US |

| 6. ☐ | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

UCC# 001.6298R0.f# 250566

# UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| INPHONIC, INC. | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

This FINANCING STATEMENT covers the following collateral

If the purchase provides for payments on credit, Inphonic, Inc. grants Sprint a security interest in the Products purchased from Sprint by Inphonic, Inc., whether now owned or hereafter acquired, and any proceeds thereof to secure payment and performance in full by Inphonic, Inc. of all amounts invoiced for the Products.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**    35899.0331
**Project Id :**
**Additional Reference :** DANIELLE GORDON

Order#          261205-2
Order Date     10/05/2007

Subject :                    INPHONIC,COM INC.

Jurisdiction :               DE-SECRETARY OF STATE

Request for :                Federal Tax Lien Search
Thru Date :              August 28, 2007

Result :                     Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#         261205-2
Order Date     10/05/2007

Subject :                 INPHONIC,COM INC.

Jurisdiction :            DE-SECRETARY OF STATE

Request for :             UCC Debtor Search
Result :                  Records found
Thru Date :               August 28, 2007
No. of findings :         3

Original UCC Filings :    1
Amendments :              1
Continuations :           1
Assignments :             0
Releases :                0
Corrections :             0
Terminations :            0

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**

www.lnospot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**    35899.0331
**Project Id :**
**Additional Reference :** DANIELLE GORDON

**Order#**    261205-2
**Order Date**    10/05/2007

**Subject :**    INPHONIC,COM INC.

**Jurisdiction :**    DE-SECRETARY OF STATE

**Request for :**    UCC Debtor Search

**Result :**    Records found

**File Type :**    Original
**File Number :**    21194954
**File Date :**    04/25/2002
**Current Secured Party of Record :**    VOICESTREAM WIRELESS CORP

**File Type :**    Amendment
**File Number :**    61959394
**File Date :**    06/08/2006
**C . : . . . :**    ~110/0~1

Original File Number :

File Type :            Continuation
File Number :          64516506
File Date :            12/22/2006
Original File Number : 21194954

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**CORPORATION SERVICE COMPANY**

www.lncspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insuranc business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is t primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the informati manner is a violation of the Fair Credit Reporting Act.

# Delaware

## The First State

PAGE    1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT 3:45 P.M.
FOR DEBTOR "INPHONIC.COM INC."

1 OF    1  FINANCING STATEMENT                                    21194954
           EXPIRATION DATE: APRIL 25, 2012
DEBTOR:    INPHONIC.COM, INC.
           1010 WISCONSIN AVE NW                                  ADDED 04-25-02
           SUITE 250
           WASHINGTON                           DC    20007      REMOVED 06-08-06
DEBTOR:    INPHONIC, INC.
           1010 WISCONSIN AVE NW STE. 600                         ADDED 06-08-06
           WASHINGTON                           DC    20007
SECURED:   VOICESTREAM WIRELESS CORP                              ADDED 04-25-02
           12920 SE 38TH ST
           BELLEVUE                             WA    98006
                       F I L I N G    H I S T O R Y
21194954   FILED 04-25-02   AT 12:31 P.M.   FINANCING STATEMENT
61959394   FILED 06-08-06   AT  3:13 P.M.   AMENDMENT
64516506   FILED 12-22-06   AT  5:53 P.M.   CONTINUATION

**E N D   O F   F I L I N G   H I S T O R Y**

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054617

DATE: 10-05-07

20073771267UCXL

0710905590

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:31 PM 04/25/2002
INITIAL FILING NUM: 2119495 4
AMENDMENT NUMBER: 0000000
SRV: 020304605

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER (optional)
Ted M. Levy (206) 626-5444

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Levy & Associates, P.S.
Attorneys at Law
600 University Street, Suite 3300
Seattle WA 98101

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| INPHONIC.COM, INC. | | | |

OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 WISCONSIN AVE NW SUITE 250 | WASHINGTON | DC | 20007 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | DELAWARE | 2711215 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

2a. TAX ID #:   SSN OR EIN | ADD'L INFO RE | 2b. TYPE OF ORGANIZATION | 2c. JURISDICTION OF ORGANIZATION | 2d. ORGANIZATIONAL ID #, if any
ORGANIZATION
DEBTOR

☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

VOICESTREAM WIRELESS CORP

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
12920 SE 38TH STREET | BELLEVUE | WA | 98006 | USA

4. This FINANCING STATEMENT covers the following collateral:

All inventory and equipment now owned or hereafter acquired by debtor in business and all proceeds of debtor's
inventory in any form or forms, accounts, contract rights, chattel paper, general intangibles, instruments or other rights
to payment, all machinery and equipment, vehicles, all insurance policies and proceeds thereof pertaining to the
foregoing, and commissions, now and hereafter arising out of business of debtor including, but not limited to,
handsets, accessories, prepaid coupons, "PINS", and replenishing cards, and other tangible items shipped by Voice
Stream or its agents to debtor.

5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL | ☐ Check to REQUEST SEARCH REPORT(S) on Debtor(s) | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2
ESTATE RECORDS.    Attach Addendum    [if applicable] | [ADDITIONAL FEE]    [optional]
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Gretchen Milulsky    2066265444

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

LEVY VON BECK & ASSOCIATES, P.S.

600 UNIVERSITY STREET

STE. 3300

SEATTLE WA 98101

```
DELAWARE DEPARTMENT OF STATE
        U.C.C. FILING SECTION
   FILED 03:13 PM 06/08/2006
 INITIAL FILING NUM: 2119495 4
   AMENDMENT NUMBER: 6195939 4
            SRV: 0605561107
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2119495 4

1b. This FINANCING STATEMENT AMENDMENT is
[ ] to be filed [for record] (or recorded) in the
    REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [X] Debtor or [ ] Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[X] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new   [ ] DELETE name: Give record name   [ ] ADD name: Complete item 7a or 7b, and also
    name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.       to be deleted in item 6a or 6b.                item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

INPHONIC.COM, INC.

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

INPHONIC, INC.

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 1010 WISCONSIN AVE NW STE. 600 | | WASHINGTON | | DC | 20007 | US |
| | 7d. TYPE OF ORGANIZATION | 7e. JURISDICTION OF ORGANIZATION | | | | |
| | CORPORATION | DE | | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

    T-MOBILE USA, INC.

10. OPTIONAL FILER REFERENCE DATA

    1793.0001

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

Gretchen Mikolsky                    2066265444

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                    ┐
  LEVY VON BECK & ASSOCIATES, P.S.

  600 UNIVERSITY STREET

  STE. 3300


  SEATTLE WA 98101
└                                    ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:53 PM 12/22/2006
INITIAL FILING # 2119495 4
AMENDMENT # 6451650 6
SRV: 0611183220

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2119495 4

1b. This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in Item 7c and also give name of assignor in Item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in Items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in Item 6a or 6b; also give new name (if name change) in Item 7a or 7b and/or new address (if address change) in Item 7c.

☐ DELETE name: Give record name to be deleted in Item 6a or 6b.

☐ ADD name: Complete Item 7a or 7b, and also Item 7c; also complete Items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX