7c. MAILING ADDRESS

| CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

T-MOBILE USA, INC.

10. OPTIONAL FILER REFERENCE DATA

1793.0001

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter# 35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order# 261205-6
Order Date 10/05/2007

Subject : FON ACQUISITION, LLC

Jurisdiction : DE-SECRETARY OF STATE

Request for : Federal Tax Lien Search
Thru Date : August 28, 2007

Result : Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#       261205-6
Order Date   10/05/2007

Subject :              FON ACQUISITION, LLC

Jurisdiction :         DE-SECRETARY OF STATE

Request for :          UCC Debtor Search
Result :               Records found
Thru Date :            August 28, 2007
No. of findings :      1

Original UCC Filings :     1
Amendments :               0
Continuations :            0
Assignments :              0
Releases :                 0
Corrections :              0
Terminations :             0

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**    35899.0031
**Project Id :**
**Additional Reference : DANIELLE GORDON**

**Order#**       261205-6
**Order Date**    10/05/2007

**Subject :**                              FON ACQUISITION, LLC

**Jurisdiction :**                         DE-SECRETARY OF STATE

**Request for :**                          UCC Debtor Search

**Result :**                               Records found

**File Type :**                            Original
**File Number :**                          63904844
**File Date :**                            11/08/2006
**Current Secured Party of Record :**      CITICORP NORTH AMERICA, INC. AS ADMINISTRATIVE
                                           AGENT

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

# Delaware

## The First State

PAGE 1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT 3:52 P.M.
FOR DEBTOR "FON ACQUISITION, LLC"

1 OF 1    FINANCING STATEMENT                        63904844
           EXPIRATION DATE: NOVEMBER 8, 2011
DEBTOR: FON ACQUISITION, LLC
        1010 WISCONSIN AVENUE,
        SUITE 600
        WASHINGTON              DC   20007                 ADDED 11-08-06
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
        2 PENNS WAY,                                        ADDED 11-08-06
        SUITE 100
        NEW CASTLE              DE   19720
           F I L I N G    H I S T O R Y
63904844  FILED 11-08-06   AT 6:37 P.M.   FINANCING STATEMENT
          E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS. LAPSED FINANCING STATEMENTS. FEDERAL TAX LIENS AND

UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054685

DATE: 10-05-07



20073771572UCXL

0710090670



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:37 PM 11/08/2006
INITIAL FILING NUM: 6390484
AMENDMENT NUMBER: 0000000 4
SRV: 0610265591

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| FON Acquisition, LLC | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Avenue, Suite 600 | Washington | D.C. | 20007 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Delaware | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

**2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**2d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any**
☐ NONE

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

OR **3a. ORGANIZATION'S NAME**
Citicorp North America, Inc., **as Administrative Agent**

**3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**
2 Penn Way, Suite 100 | New Castle | DE | 19720 | USA

**4. This FINANCING STATEMENT covers the following collateral:**

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

**5. ALTERNATIVE DESIGNATION (if applicable)** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** (optional) [ADDITIONAL FEE] | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
JS 6777990- 15-50

FILING OFFICE COPY — UCC1 FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#      261205-5
Order Date  10/05/2007

Subject :          CAIS ACQUISITION II, LLC

Jurisdiction :     DE-SECRETARY OF STATE

Request for :      Federal Tax Lien Search
Thru Date :        August 28, 2007

Result :           Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter# 35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order# 261205-5
Order Date 10/05/2007

Subject : **CAIS ACQUISITION II, LLC**

Jurisdiction : **DE-SECRETARY OF STATE**

Request for : UCC Debtor Search
Result : Records found
Thru Date : August 28, 2007
No. of findings : 3

Original UCC Filings : 2
Amendments : 0
Continuations : 0
Assignments : 0
Releases : 0
Corrections : 0
Terminations : 1

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses.  Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#        35899.0031
Project Id :
Additional Reference : DANIELLE GORDON

Order#        261205-5
Order Date    10/05/2007

Subject :                                CAIS ACQUISITION II, LLC

Jurisdiction :                           DE-SECRETARY OF STATE

Request for :                            UCC Debtor Search

Result :                                 Records found

File Type :                              Original
File Number :                            60855940
File Date :                              03/06/2006
Current Secured Party of Record :        COMERICA BANK

File Type :                              Termination
File Number :                            63997194
File Date :                              11/15/2006
Original File Number :                   60855940

File Type :                                Original
File Number :                              63904828
File Date :                                11/08/2006
Current Secured Party of Record :          CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE
                                           AGENT

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is t primarily for personal, family or household purposes, or (ii) for employment purposes, or (iii) for governmental licenses. Use of the informati manner is a violation of the Fair Credit Reporting Act.

# Delaware

## The First State

PAGE  1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT  3:50 P.M.
FOR DEBTOR "CAIS ACQUISITION II, LLC"

1 OF    2   FINANCING STATEMENT                               60855940
        EXPIRATION DATE: MARCH 6, 2011
DEBTOR: CAIS ACQUISITION II, LLC
        1010 WISCONSIN AVE, NW, SUITE 60          ADDED 03-06-06
        0
        WASHINGTON                    DC   20007
SECURED: COMERICA BANK
        75 E. TRIMBLE ROAD, MC 4770                ADDED 03-06-06
        SAN JOSE                      CA   95131
                 F I L I N G    H I S T O R Y
60855940  FILED 03-06-06    AT 10:54 A.M.      FINANCING STATEMENT
63997194  FILED 11-15-06    AT  7:00 P.M.      TERMINATION

2 OF    2   FINANCING STATEMENT                               63904828
        EXPIRATION DATE: NOVEMBER 8, 2011
DEBTOR: CAIS ACQUISITION II, LLC
        1011 WISCONSIN AVENUE,                     ADDED 11-08-06

SUITE 600
WASHINGTON                    DC  20007
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
         2 PENNS WAY,                          ADDED 11-08-06
         SUITE 100
         NEW CASTLE                 DE  19720
              F I L I N G    H I S T O R Y
63904828  FILED 11-08-06   AT 6:35 P.M.  FINANCING STATEMENT
              E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

_Harriet Smith Windsor_
Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6054662

                 DATE:  10-05-07

200737714650CXL

0710090650

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

S L G - 4085565800

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

```
┌                                            ┐
  COMERICA BANK-SAN JOSE
  75 EAST TRIMBLE ROAD
  MC 4770
  SAN JOSE CA, 95131


  0000004108    DE    SAC 203507
└                                            ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 10:54 AM 03/06/2006
INITIAL FILING NUM: 6085594 0
AMENDMENT     NUMBER: 0000000
          SRV: 060220476

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CAIS ACQUISITION II, LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1010 WISCONSIN AVE, NW, SUITE 600 | WASHINGTON | DC | 20007 | USA |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | ORGANIZATION DEBTOR LLC | DE | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | ORGANIZATION DEBTOR | | | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | COMERICA BANK | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 75 E. TRIMBLE ROAD, MC 4770 | SAN JOSE | | CA | 95131 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL CURRENT AND FUTURE ACCOUNTS, INVENTORY, EQUIPMENT, GENERAL INTANGIBLES, CHATTEL PAPER,
INVESTMENT PROPERTY, DEPOSIT ACCOUNTS, DOCUMENTS, INSTRUMENTS, LETTER-OF-CREDIT RIGHTS,
COMMERCIAL TORT CLAIMS AND ALL OTHER TANGIBLE AND INTANGIBLE PERSONAL PROPERTY OF DEBTOR,
WHEREVER LOCATED, AND ALL PROCEEDS (INCLUDING INSURANCE PROCEEDS) OF THE FOREGOING, ALL AS
DESCRIBED MORE PARTICULARLY ON EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY THIS
REFERENCE.

| 5. ALTERNATIVE DESIGNATION (if applicable) | □ LESSEE/LESSOR | □ CONSIGNEE/CONSIGNOR | □ BAILEE/BAILOR | □ SELLER/BUYER | □ AG. LIEN | □ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum. [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | □ All Debtors | □ Debtor 1 | □ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
CAIS ACQUISITION II, LLC
97309/DE/INPHONIC INC/3770272092    SENT: 3-3-06.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

DEBTOR:          CAIS ACQUISITION II, LLC

SECURED PARTY:   COMERICA BANK

## EXHIBIT A

### COLLATERAL DESCRIPTION

All personal property of Debtor whether presently existing or hereafter created or acquired, and wherever located, including, but not limited to:

(a)  all accounts (including health-care-insurance receivables), chattel paper (including tangible and electronic chattel paper), deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles and software), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtor's books and records with respect to any of the foregoing, and the computers and equipment containing said books and records;

(b)  all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, in the United States of America or in any foreign jurisdiction, obtained or to be obtained on or in connection with any of the forgoing, or any parts thereof or any underlying or component elements of any of the forgoing, together with the right to copyright and all rights to renew or extend such copyrights and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtor for past, present and future infringements of copyright;

(c)     all trademarks, service marks, trade names and service names and the goodwill associated therewith, together with the right to trademark and all rights to renew or extend such trademarks and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtor for past, present and future infringements of trademark;

(d)     all (i) patents and patent applications filed in the United States Patent and Trademark Office or any similar office of any foreign jurisdiction, and interests under patent license agreements, including, without limitation, the inventions and improvements described and claimed therein, (ii) licenses pertaining to any patent whether Debtor is licensor or licensee, (iii) income, royalties, damages, payments, accounts and accounts receivable now or hereafter due and/or payable under and with respect thereto, including, without limitation, damages and payments for past, present or future infringements thereof, (iv) right (but not the obligation) to sue in the name of Debtor and/or in the name of Secured Party for past, present and future infringements thereof, (v) rights corresponding thereto throughout the world in all jurisdictions in which such patents have been issued or applied for, and (vi) reissues, divisions, continuations, renewals, extensions and continuations-in-part with respect to any of the foregoing; and

(e)     any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time.

-1-

W02-LA:CDA:5217069803.1

** TOTAL PAGE.02 **

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

8008595294

```
Diligenz, Inc.
6500 HARBOR HEIGHTS PARKWAY
SUITE 400

MUKILTEO WA 98275
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:00 PM 11/15/2006
INITIAL FILING NUM: 6085594 0
AMENDMENT NUMBER: 6399719 4
SRV: 061049661

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #<br>6085594 0 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is<br>to be filed [for record] (or recorded) in the<br>REAL ESTATE RECORDS. |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| | 7e. TYPE OF ORGANIZATION | | 7f. JURISDICTION OF ORGANIZATION | | | |

**8. AMENDMENT (COLLATERAL CHANGE); check only one box.**

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

COMERICA BANK

**10. OPTIONAL FILER REFERENCE DATA**

CAIS ACQUISITION II, LLC - 3770272092 #22863277



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:35 PM 11/08/2006
INITIAL FILING NUM: 6390482 8
AMENDMENT NUMBER: 0000000
SRV: 061026577

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    After Filing Return To:
    CT CORPORATION
    Attn: John Salvage
    17 South High Street, 11th Floor
    Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CAIS Acquisition II, LLC | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Avenue, Suite 600 | Washington | D.C. | 20007 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | Delaware | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2a. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only **one** secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR | Citicorp North America, Inc., as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 2 Penns Way, Suite 100 | | | New Castle | DE | 19720 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (optional) [ADDITIONAL FEE] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | |

$$ \text{JS } 6\,777\,990\text{-}10\text{-}50 $$

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**    35899.0031
**Project Id :**
**Additional Reference : DANIELLE GORDON**

**Order#**        261205-4
**Order Date**    10/05/2007

Subject :                 **CAIS ACQUISITION LLC**

Jurisdiction :            **DE-SECRETARY OF STATE**

Request for :             Federal Tax Lien Search
Thru Date :               August 28, 2007

Result :                  Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (iii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#      35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#           261205-4
Order Date      10/05/2007

Subject :                        CAIS ACQUISITION LLC

Jurisdiction :                   DE-SECRETARY OF STATE

Request for :                    UCC Debtor Search
Result :                         Records found
Thru Date :                      August 28, 2007
No. of findings :                1

Original UCC Filings :           1
Amendments :                     0
Continuations :                  0
Assignments :                    0
Releases :                       0
Corrections :                    0
Terminations :                   0

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**    35899.0331
**Project Id :**
**Additional Reference :** DANIELLE GORDON

Order#    261205-4
Order Date    10/05/2007

Subject :    CAIS ACQUISITION LLC

Jurisdiction :    **DE-SECRETARY OF STATE**

Request for :    UCC Debtor Search

Result :    Records found

File Type :    Original
File Number :    63904794
File Date :    11/08/2006
Current Secured Party of Record :    CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE
AGENT

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

*Delaware*

PAGE   1

*The First State*

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT  3:49 P.M.
FOR DEBTOR "CAIS ACQUISITION LLC"

1 OF    1   FINANCING STATEMENT                        63904794
          EXPIRATION DATE: NOVEMBER 8, 2011
DEBTOR: CAIS ACQUISITION, LLC
        1010 WISCONSIN AVENUE,                          ADDED 11-08-06
        SUITE 600
        WASHINGTON            DC   20007
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
        2 PENNS WAY,                                    ADDED 11-08-06
        SUITE 100
        NEW CASTLE             DE   19720
          F I L I N G     H I S T O R Y
63904794  FILED 11-08-06      AT 6:32 P.M.   FINANCING STATEMENT
          E N D   O F   F I L I N G   H I S T O R Y

     THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND

UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054642

DATE: 10-05-07

20073771358UCXL

071090625



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:32 PM 11/08/2006
INITIAL FILING NUM: 6390479 4
AMENDMENT NUMBER: 0000000
SRV: 061026554

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CAIS Acquisition, LLC | | | | | |
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 1010 Wisconsin Avenue, Suite 600 | Washington | D.C. | 20007 | USA | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | LLC | | Delaware | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| OR | Citicorp North America, Inc., as Administrative Agent | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 3c. MAILING | | ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 2 Penns Way, Suite 100 | | | New Castle | | DE | 19720 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

IS 677799 O- 7- SO

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#    35899.0031
Project Id :
Additional Reference : DANIELLE GORDON

Order#    261205-3
Order Date    10/05/2007

Subject :    1010 INTERACTIVE, LLC.

Jurisdiction :    DE-SECRETARY OF STATE

Request for :    Federal Tax Lien Search
Thru Date :    August 28, 2007

Result :    Certified clear result retrieved

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (iii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

# CORPORATION SERVICE COMPANY
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#      35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order#          261205-3
Order Date      10/05/2007

Subject :             1010 INTERACTIVE, LLC.

Jurisdiction :        DE-SECRETARY OF STATE

Request for :         UCC Debtor Search
Result :              Records found
Thru Date :           August 28, 2007
No. of findings :     1

Original UCC Filings :     1
Amendments :               0
Continuations :            0
Assignments :              0
Releases :                 0
Corrections :              0
Terminations :             0

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (iii) for governmental purposes, or (iii) for governmental licenses.  Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter# 35899.0331
Project Id :
Additional Reference : DANIELLE GORDON

Order# 261205-3
Order Date 10/05/2007

Subject : 1010 INTERACTIVE, LLC.

Jurisdiction : DE-SECRETARY OF STATE

Request for : UCC Debtor Search

Result : Records found

File Type : Original
File Number : 72879673
File Date : 07/30/2007
Current Secured Party of Record : CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE
AGENT

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC,  access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Camille Silva
csilva@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses.  Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

*Delaware*

*The First State*

PAGE 1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT 3:47 P.M.
FOR DEBTOR "1010 INTERACTIVE, LLC."

1 OF    1  FINANCING STATEMENT                      72879673
        EXPIRATION DATE: JULY 30, 2012
DEBTOR: 1010 INTERACTIVE, LLC
        1010 WISCONSIN AVENUE,                       ADDED 07-30-07
        SUITE 600
        WASHINGTON                    DC   20007
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
        2 PENNS WAY,                             ADDED 07-30-07
        SUITE 100
        NEW CASTLE            DE   19720
        F I L I N G    H I S T O R Y
72879673  FILED 07-30-07   AT 5:39 P.M.  FINANCING STATEMENT
        E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND

UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054625

DATE: 10-05-07

20073771283DCXL

071090603



**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:39 PM 07/30/2007
INITIAL FILING # 2007 2879673

SRV: 0770869455

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (1a or 1b) — do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1010 Interactive, LLC | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 Wisconsin Avenue, Suite 600 | Washington | DC | 20007 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Limited Liability Company | Delaware | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (2a or 2b) — do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) — insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | Citicorp North America, Inc., as Administrative Agent | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 Penns Way, Suite 100 | New Castle | DE | 19720 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA<br>Filed in the office of the Secretary of State of Delaware | | | | | | |

ffny03\goldsn\706687.1

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Matter#          35899.0031
Project Id :
Additional Reference : DANIELLE GORDON

Order#          261205-9
Order Date          10/05/2007

Subject :          STAR NUMBER, INC.

Jurisdiction :          DE-SECRETARY OF STATE

Request for :          UCC Debtor Search
Result :          Records found
Thru Date :          August 28, 2007
No. of findings :          4

Original UCC Filings :          2
Amendments :          2
Continuations :          0
Assignments :          0
Releases :          0
Corrections :          0
Terminations :          1

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**Matter#**    35899.0331
**Project Id :**
**Additional Reference : DANIELLE GORDON**

**Order#**        261205-9
**Order Date**    10/05/2007

Subject :                                STAR NUMBER, INC.

Jurisdiction :                           DE-SECRETARY OF STATE

Request for : :                          UCC Debtor Search

Result :                                 Records found

File Type :                              Original
File Number :                            30801830
File Date :                              03/27/2003
Current Secured Party of Record :        COMERICA BANK, SUCCESSOR BY MERGER TO COMERICA
                                         BANK CALIFORNIA

File Type :                              Amendment
File Number :                            53380335
File Date :                              10/26/2005

Original File Number :                           30801830

File Type :                                      Amendment
File Number :                                    60874412
File Date :                                      03/07/2006
Original File Number :                           30801830

File Type :                                      Termination
File Number :                                    63997236
File Date :                                      11/15/2006
Original File Number :                           30801830

File Type :                                      Original
File Number :                                    63904885
File Date :                                      11/08/2006
Current Secured Party of Record :                CITICORP NORTH AMERICA, INC. , AS ADMINISTRATIVE
                                                 AGENT

Ordered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

**CORPORATION SERVICE COMPANY**

www.incspot.com

CSC- New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Camille Silva
csilva@cscinfo.com

Corporation Service Company(R) Terms and Conditions
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, or (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

*Delaware*

*The First State*

PAGE    1

CERTIFICATE

SEARCHED OCTOBER 5, 2007, AT 3:58 P.M.
FOR DEBTOR "STAR NUMBER, INC."

1 OF    2    FINANCING STATEMENT                    30801830
          EXPIRATION DATE: MARCH 27, 2008
DEBTOR:   STAR NUMBER, INC.
          1010 WISCONSIN AVENUE, N.W.                ADDED 03-27-03
          WASHINGTON                    DC    20007
SECURED:  COMERICA BANK-CALIFORNIA
          333 WEST SANTA CLARA STREET               ADDED 03-27-03
          SAN JOSE                      CA    95113  REMOVED 10-26-05
SECURED:  COMERICA BANK, SUCCESSOR BY MERGER TO COMERICA BANK-CALI
          FORNIA
          75 EAST TRIMBLE ROAD, MC 4770             ADDED 10-26-05
          SAN JOSE                      CA    95131
               F I L I N G   H I S T O R Y
30801830  FILED 03-27-03    AT 3:00 P.M.   FINANCING STATEMENT
53380335  FILED 10-26-05    AT 2:38 P.M.   AMENDMENT
6087412   FILED 03-07-06    AT 1:47 P.M.   AMENDMENT
63997236  FILED 11-15-06    AT 7:00 P.M.   TERMINATION

2 OF    2    FINANCING STATEMENT                              63904885
DEBTOR: STAR NUMBER, INC.
        1010 WISCONSIN AVENUE,                    ADDED 11-08-06
        SUITE 600
        WASHINGTON              DC  20007
SECURED: CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT
        2 PENNS WAY,                              ADDED 11-08-06
        SUITE 100
        NEW CASTLE             DE  19720
            F I L I N G    H I S T O R Y
63904885  FILED 11-08-06  AT 6:40 P.M.  FINANCING STATEMENT
        E N D   O F   F I L I N G   H I S T O R Y

        THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND

EXPIRATION DATE: NOVEMBER 8, 2011

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6054750

DATE:  10-05-07

20073771804UCXL

071090725

*Delaware*

*The First State*

PAGE 2

UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF AUGUST 28, 2007 AT 11:59 P.M.



Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6054750

DATE: 10-05-07

20073771804UCXL

071090725



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:00 PM 03/27/2003
INITIAL FILING NUM: 3080183 0
AMENDMENT NUMBER: 0000000
SRV: 030204671

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
97309/JL                                      DE-SOS

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ LexisNexis Document Solutions
 1029 J Street #100
 Sacramento, CA 95814          ⌐

70450-35-1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
STAR NUMBER, INC.

OR  1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS | CITY WASHINGTON | STATE DC | POSTAL CODE 20007 | COUNTRY USA
1010 WISCONSIN AVENUE, N.W.

1d. TAX ID# SSN OR EIN | ADD'L INFO RE | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any
                        ORGANIZATION | CORP | DE | 3545876 | ☐ NONE
                        DEBTOR

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR  2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**2a. TAX ID # SSN OR EIN** | **ADD'NL INFO RE** | **2b. TYPE OF ORGANIZATION** | **2c. JURISDICTION OF ORGANIZATION** | **2d. ORGANIZATIONAL ID #, if any**

ORGANIZATION DEBTOR

☐ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**

OR **3b. INDIVIDUAL'S LAST NAME**    Comerica Bank-California

FIRST NAME | MIDDLE NAME | SUFFIX

**3c. MAILING ADDRESS**    333 WEST SANTA CLARA STREET

CITY    SAN JOSE | STATE CA | POSTAL CODE 95113 | COUNTRY USA

**4.** This FINANCING STATEMENT covers the following collateral:

All Debtor's right, title and interest whether now owned or hereafter developed, arising or acquired in, to and under the personal property set forth on Exhibit A attached hereto and incorporated herein by reference.

**5. ALTERNATIVE DESIGNATION** (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum    ☐ Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

DE-SOS        Borrower-Inphonic

FILING OFFICE COPY, NATIONAL UCC FINANCING STATEMENT (FORM UCC11) (REV. 07/29/98)

LocalLexis Document Solutions
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Exhibit A

to

UCC-1 Financing Statement

between

STAR NUMBER, INC. ("Debtor")

and

COMERICA BANK - CALIFORNIA ("Secured Party")

All personal property of Debtors of every kind, whether presently existing or hereafter created, written, produced or acquired, including, but not limited to: (a) all accounts (including health-care-insurance receivables), chattel paper (including tangible and electronic chattel paper), deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles and software), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtors' books and records with respect to any of the foregoing, and the computers and equipment containing said books and records; (b) all common law and statutory copyrights and copyright registrations, applications for registration, now existing or hereafter arising, in the United States of America or in any foreign jurisdiction, obtained or to be obtained on or in connection with any of the foregoing, or any parts thereof or any underlying or component

elements of any of the forgoing, together with the right to copyright and all rights to renew or extend such copyrights and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtors for past, present and future infringements of copyright; (c) all trademarks, service marks, trade names and service names and the goodwill associated therewith, together with the right to trademark and all rights to renew or extend such trademarks and the right (but not the obligation) of Secured Party to sue in its own name and/or in the name of the Debtors for past, present and future infringements of trademark; (d) all (i) patents and patent applications filed in the United States Patent and Trademark Office or any similar office of any foreign jurisdiction, and interests under patent license agreements, including, without limitation, the inventions and improvements described and claimed therein, (ii) licenses pertaining to any patent whether Debtors are licensor or licensee, (iii) income, royalties, damages, payments, accounts and accounts receivable now or hereafter due and/or payable under and with respect thereto, including, without limitation, damages and payments for past, present or future infringements thereof, (iv) right (but not the obligation) to sue in the name of Debtors and/or in the name of Secured Party for past, present and future infringements thereof, (v) rights corresponding thereto throughout the world in all jurisdictions in which such patents have been issued or applied for, and (vi) reissues, divisions, continuations, renewals, extensions and continuations-in-part with respect to any of the foregoing; and (e) any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time, including revised Division 9 of the Uniform Commercial Code-Secured Transactions, added by Stats. 1999, c.991 (S.B. 45), Section 35, operative July 1, 2001.

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

JLL-4085565800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                              ┐
  COMERICA BANK-SAN JOSE
  75 EAST TRIMBLE ROAD
  MC 4770
  SAN JOSE CA 95131


  5929         DE          SAC 194126
└                                              ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:38 PM 10/26/2005
INITIAL FILING NUM: 3080183 0
AMENDMENT NUMBER: 5338033 5
SRV: 050876353

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
30801830  03/27/2003

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
COMERICA BANK-CALIFORNIA

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
COMERICA BANK, SUCCESSOR BY MERGER WITH COMERICA BANK-CALIFORNIA

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS 75 E. TRIMBLE ROAD, MC 4770 | CITY SAN JOSE | STATE CA | POSTAL CODE 95131 | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any
☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
COMERICA BANK

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
STAR NUMBER, INC.      ET AL/377027209Z/SENT 10/25/05
97309/B/INPHONIC, INC.

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
S L G - 4085565800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                                  ┐
  COMERICA BANK-SAN JOSE
  75 EAST TRIMBLE ROAD
  MC 4770
  SAN JOSE CA 95131

└                                                  ┘
```

L 7245        DE    SAC 203033

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:47 PM 03/07/2006
INITIAL FILING NUM: 3080183   0
AMENDMENT NUMBER: 6087441  2
SRV: 060225655

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE #
30801830    03/27/2003

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in Item 7a or 7b and address of assignee in Item 7c and also give name of assignor in Item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| STAR NUMBER, INC. | | | |

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any
| ORGANIZATION | | | ☐ NONE
| DEBTOR | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.
ONLY THOSE ASSETS OF STAR NUMBER, INC. CONSISTING OF 'PURCHASED ASSETS', AS SUCH TERM IS
DEFINED IN THE ASSET PURCHASE AGREEMENT DATED DECEMBER 29, 2005 BETWEEN STAR NUMBER, INC.
AND TELEPLUS WIRELESS, CORP.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which
adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
COMERICA BANK, SUCCESSOR-BY MERGER WITH COMERICA BANK-CALIFORNIA

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
STAR NUMBER, INC.
97309/DE/INPHONIC INC/3770272092    SENT: 3-3-06.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

Diligenz                                                          8009590294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                              ┐
  DILIGENZ, INC.

  6500 HARBOR HEIGHTS PARKWAY

  SUITE 400

  MUKILTEO WA 98275
└                                              ┘
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 07:00 PM 11/15/2006
INITIAL FILING NUM: 3080183 0
AMENDMENT NUMBER: 6397723 6
SRV: 0610496665

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 3080183  0 | ☐ |

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**

COMERICA BANK

**10. OPTIONAL FILER REFERENCE DATA**

STAR NUMBER, INC. - 3770272092       [228641801]



DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:40 PM 11/08/2006
INITIAL FILING NUM: 6390488 5
AMENDMENT NUMBER: 0000000
SRV: 061026609

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

After Filing Return To:
CT CORPORATION
Attn: John Salvage
17 South High Street, 11th Floor
Columbus, OH 43215

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (1a or 1b) — do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
| Star Number, Inc. |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1010 Wisconsin Avenue, Suite 600 | Washington | D.C. | 20007 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| | | Corporation | Delaware | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (2a or 2b) — do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: Citicorp North America, Inc., as Administrative Agent | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 2 Penns Way, Suite 100 | CITY: New Castle | STATE: DE | POSTAL CODE: 19720 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, whether now existing or hereafter arising, including, without limitation, all of the Debtor's right, title and interest in and to all accounts, accounts receivable, contract rights, money, instruments, documents, chattel paper, general intangibles, investment property, certificated securities, uncertificated securities, security entitlements, securities accounts, commodities contracts, commodity accounts, inventory, equipment, software, letter-of-credit rights, health-care-insurance receivables, payment intangibles, commercial tort claims, deposit accounts, as-extracted collateral and fixtures. Products and proceeds of the foregoing, including any of the foregoing which are acquired with any cash proceeds of the foregoing, are included.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA: JS 6777990-18-SO

FILING OFFICE COPY – UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331

oject Id :

ldition Reference : DANIELLE GORDON

Order#        261205-3
Order Date    10/05/2007

| | |
|---|---|
| Subject : | **1010 INTERACTIVE, LLC.** |
| Jurisdiction : | **DE-SECRETARY OF STATE** |
| Request for : | **UCC Debtor Search** |
| Result : | Records found |
| Thru Date : | August 28, 2007 |
| No. of findings : | 1 |
| Original UCC Filings : | 1 |
| Amendments : | 0 |
| Continuations : | 0 |
| Assignments : | 0 |
| Releases : | 0 |
| Corrections : | 0 |
| Terminations : | 0 |

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions

u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331                          Order#        261205-3
oject Id :                                    Order Date    10/05/2007
ldditional Reference : DANIELLE GORDON

| | |
|---|---|
| Subject : | **1010 INTERACTIVE, LLC.** |
| Jurisdiction : | **DE-SECRETARY OF STATE** |
| Request for : | **UCC Debtor Search** |
| Result : | Records found |

File Type :                    Original
File Number :                  72879673
File Date :                    07/30/2007
Current Secured Party of Record :   CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE
                                    AGENT

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions

u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

ORPORATION SERVICE COMPANY

CSC- New York

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

w.incspot.com

atter#    35899.0331

oject Id :

ldditional Reference : DANIELLE GORDON

Order#    261205-3
Order Date    10/05/2007

Subject :    1010 INTERACTIVE, LLC.

Jurisdiction :    DE-SECRETARY OF STATE

Request for :    Federal Tax Lien Search
Thru Date :    August 28, 2007

Result :    Certified clear result retrieved

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions
u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above nner is a violation of the Fair Credit Reporting Act.

ORPORATION SERVICE COMPANY                                    CSC- New York
w.incspot.com                                                Suite 3100
                                                             1133 Avenue of the Americas
                                                             New York, NY 10036
                                                             212-299-5600
                                                             212-299-5656 (Fax)

atter#      35899.0331                        Order#         261205-4
oject Id :                                    Order Date     10/05/2007
lditional Reference : DANIELLE GORDON

|  |  |
|---|---|
| Subject : | **CAIS ACQUISITION LLC** |
| Jurisdiction : | **DE-SECRETARY OF STATE** |
| Request for : | **UCC Debtor Search** |
| Result : | Records found |
| Thru Date : | August 28, 2007 |
| No. of findings : | 1 |
| Original UCC Filings : | 1 |
| Amendments : | 0 |
| Continuations : | 0 |
| Assignments : | 0 |
| Releases : | 0 |
| Corrections : | 0 |
| Terminations : | 0 |

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions
u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

ORPORATION SERVICE COMPANY                                      CSC- New York

                                                               Suite 3100
w.incspot.com                                                  1133 Avenue of the Americas
                                                               New York, NY 10036
                                                               212-299-5600
                                                               212-299-5656 (Fax)


atter#     35899.0331                        Order#          261205-4
oject Id :                                   Order Date      10/05/2007
lditional Reference : DANIELLE GORDON


        Subject :                    **CAIS ACQUISITION LLC**

        Jurisdiction :               **DE-SECRETARY OF STATE**

        Request for :                **UCC Debtor Search**

        Result :                     Records found


        File Type :                  Original
        File Number :                63904794
        File Date :                  11/08/2006
        Current Secured Party of Record :    CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE
                                             AGENT


dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

**rporation Service Company(R) Terms and Conditions**

u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

ORPORATION SERVICE COMPANY

CSC - New York

w.incspot.com

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331

oject Id :

lditional Reference : DANIELLE GORDON

Order#        261205-4
Order Date    10/05/2007

| | |
|---|---|
| **Subject :** | **CAIS ACQUISITION LLC** |
| **Jurisdiction :** | **DE-SECRETARY OF STATE** |
| **Request for :**<br>Thru Date : | **Federal Tax Lien Search**<br>August 28, 2007 |
| **Result :** | Certified clear result retrieved |

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions
u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#      35899.0331                          Order#        261205-6
oject Id :                                      Order Date    10/05/2007
lditional Reference : DANIELLE GORDON

| | |
|---|---|
| **Subject :** | **FON ACQUISITION, LLC** |
| **Jurisdiction :** | **DE-SECRETARY OF STATE** |
| **Request for :** | **UCC Debtor Search** |
| **Result :** | Records found |
| Thru Date : | August 28, 2007 |
| No. of findings : | 1 |
| Original UCC Filings : | 1 |
| Amendments : | 0 |
| Continuations : | 0 |
| Assignments : | 0 |
| Releases : | 0 |
| Corrections : | 0 |
| Terminations : | 0 |

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions
u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

CORPORATION SERVICE COMPANY                                        CSC · New York

w.incspot.com

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331                    Order#        261205-6
oject Id :                              Order Date    10/05/2007
lditional Reference : DANIELLE GORDON

    **Subject :**                        **FON ACQUISITION, LLC**

    **Jurisdiction :**                   **DE-SECRETARY OF STATE**

    **Request for :**                    **UCC Debtor Search**

    **Result :**                         Records found

    File Type :                          Original
    File Number :                        63904844
    File Date :                          11/08/2006
    Current Secured Party of Record :    CITICORP NORTH AMERICA, INC. AS ADMINISTRATIVE
        AGENT

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions

u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

w.incspot.com

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331
oject Id :
ldditional Reference : DANIELLE GORDON

Order#    261205-6
Order Date    10/05/2007

| | |
|---|---|
| Subject : | FON ACQUISITION, LLC |
| Jurisdiction : | DE-SECRETARY OF STATE |
| Request for :<br>Thru Date : | Federal Tax Lien Search<br>August 28, 2007 |
| Result : | Certified clear result retrieved |

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot, please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions

u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
.iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

Path and File name:  /ny-fps-sfs-p02/Data/EVERYONE/Wordproc/Leonard
Klingbaum/InPhonic-UCC Email/result_report 1.pdf

w.incspot.com

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#     35899.0331                        Order#          261205-5
oject Id :                                   Order Date      10/05/2007
dditional Reference : DANIELLE GORDON

| | |
|---|---|
| **Subject :** | **CAIS ACQUISITION II, LLC** |
| **Jurisdiction :** | **DE-SECRETARY OF STATE** |
| **Request for :** | **UCC Debtor Search** |
| **Result :** | Records found |
| **Thru Date :** | August 28, 2007 |
| **No. of findings :** | 3 |

| | |
|---|---|
| Original UCC Filings : | 2 |
| Amendments : | 0 |
| Continuations : | 0 |
| Assignments : | 0 |
| Releases : | 0 |
| Corrections : | 0 |
| Terminations : | 1 |

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions

u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.

w.incspot.com

Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331

oject Id :

ldilional Reference : DANIELLE GORDON

Order#      261205-5
Order Date    10/05/2007

| | |
|---|---|
| **Subject :** | **CAIS ACQUISITION II, LLC** |
| **Jurisdiction :** | **DE-SECRETARY OF STATE** |
| **Request for :** | **UCC Debtor Search** |
| **Result :** | Records found |

File Type :                           Original
File Number :                         60855940
File Date :                           03/06/2006
Current Secured Party of Record :     COMERICA BANK

File Type :                           Termination
File Number :                         63997194
File Date :                           11/15/2006
Original File Number :                60855940

File Type :                           Original
File Number :                         63904828
File Date :                           11/08/2006
Current Secured Party of Record :     CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE
                                      AGENT

dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

CSC New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

**orporation Service Company(R) Terms and Conditions**

ou agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, mark
siness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be use
marily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in th
anner is a violation of the Fair Credit Reporting Act.

ORPORATION SERVICE COMPANY
w.incspot.com

CSC - New York
Suite 3100
1133 Avenue of the Americas
New York, NY 10036
212-299-5600
212-299-5656 (Fax)

atter#    35899.0331                          Order#         261205-5
oject Id :                                    Order Date     10/05/2007
lditional Reference : DANIELLE GORDON

Subject :                      CAIS ACQUISITION II, LLC

Jurisdiction :                 DE-SECRETARY OF STATE

Request for :                  Federal Tax Lien Search
    Thru Date :                August 28, 2007

Result :                       Certified clear result retrieved


dered by SCOTT ARAKAWA, ESQ. at WEIL, GOTSHAL & MANGES LLP

ank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
vw.incspot.com.

you have any questions concerning this order or IncSpot,  please feel free to contact us.

mille Silva
lva@cscinfo.com

rporation Service Company(R) Terms and Conditions
u agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
iness decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used
narily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above
nner is a violation of the Fair Credit Reporting Act.