EXHIBIT 26



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION |
| --- |
| 5Dec06 |

| VOLUME | DOC. NO. |
| --- | --- |
| 3546 | 95 |

| VOLUME | DOC. NO. |
| --- | --- |
| | |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

# Document Cover Sheet
## UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
*www.copyright.gov*, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume 35460    Document 95

Volume _____    Document _____

Date of recordation M **DEC 0 5 2006** Y
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document — CAIS Acquisition II, LLC
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document — VMC satellite brought to you by VMCWireless.com.

**3** Total number of titles in the document — 4

**4** Amount of fee calculated — $120

**5** Fee enclosed
☑ Check    ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document
☑ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document — Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document. Executed on _____.
                                                                        DATE

Signature _____

Duly authorized agent of _____

**8** Return to:
Name — Sarah Hinchliff - Fried, Frank, Harris, Shriver & Jacobson

Number/street — One New York Plaza    Apt/suite _____

City — New York    State NY    Zip 10004

Phone number — 212.859.8000    Fax number — 212.859.8584

Email — hinchsa@ffhsj.com

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

DOCUMENT COVER SHEET    REV: 07/2006    PRINT: 07/2006 — XX,000    Printed on recycled paper

U.S. Government Printing Office: 2006-310-XXX/60,XXX

## Grant of Security Interest
## in United States Copyrights

FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which are hereby acknowledged, CAIS Acquisition II, LLC, a Limited Liability Company, (the "Assignor"), having its chief executive office at 1010 Wisconsin Ave., N.W., Suite 250, Washington D.C., 20007, hereby grants Citicorp North America, Inc., as Administrative Agent, (the "Assignee"), with offices at 390 Greenwich St., 7th Floor, New York, New York, 10013, a security interest in all of the Assignor's right, title and interest in, to and under the following (all of the following items or types of property being herein collectively referred to as the "Copyright Collateral"), whether now owned or existing or hereafter acquired, created, or arising:

(a)    each of Assignor's United States and foreign copyrights, including those described on Schedule A hereto, and any renewals thereof;

(b)    all other common law and/or statutory rights in all copyrightable subject matter under the Laws of the United States or any other country (whether or not the underlying works of authorship have been published);

(c)    all registrations and applications for registration of any such copyright in the United States or any other country, including registrations, recordings, supplemental, derivative or collective work registrations and pending applications for registrations in the United States Copyright Office or any other country;

(d)    all computer programs, web pages, computer databases and computer program flow diagrams, including all source codes and object codes related to any or all of the foregoing;

(e)    all claims for, and rights to sue for, past, present and future infringement of any of the foregoing;

(f)    all income, royalties, damages and payments now or hereafter due or payable with respect to any of the foregoing, including, without limitation, damages and payments for past, present or future infringements thereof and payments and damages under all Copyright Licenses in connection therewith;

(g)    all rights in any of the foregoing, whether arising under the Laws of the United States or any foreign country or otherwise, to copy, record, synchronize, broadcast, transmit, perform and/or display any of the foregoing or any matter which is the subject of any of the foregoing in any manner and by any process now known or hereafter devised;

(h)    the name and title of each Copyright item and all rights of any Loan Party to the use thereof, including, without limitation, rights protected pursuant to trademark, service mark, unfair competition, anti-cybersquatting and/or the rules and principles of any other applicable

V3546 D095 Page 1

V3546 D095



statute, common law or other rule or principle of law now existing or hereafter arising; and

(i)     each of Assignor's Copyright Licenses, including each Copyright License listed on <u>Schedule A</u> hereto.

THIS GRANT is granted in conjunction with the security interests granted to the Assignee pursuant to the Security Agreement among the Assignor, the Assignee and certain other parties dated as of November 7, 2006, as amended, modified or supplemented from time to time (the "<u>Security Agreement</u>").

The rights and remedies of the Assignee with respect to the security interest granted herein are without prejudice to, and are in addition to those set forth in the Security Agreement, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Assignment are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern. All capitalized terms used but not otherwise defined herein have the meanings given to them in the Security Agreement.

<u>Governing Law</u>. THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO CONFLICTS OF LAWS PRINCIPLES, EXCEPT AS OTHERWISE REQUIRED BY MANDATORY PROVISIONS OF LAW AND EXCEPT TO THE EXTENT THAT REMEDIES PROVIDED BY THE LAWS OF ANY JURISDICTIONS OTHER THAN NEW YORK ARE GOVERNED BY THE LAWS OF SUCH JURISDICTIONS.

<u>Counterparts</u>. This agreement may be signed in any number of counterparts, each of which shall be an original, with the same effect as if the signatures thereto and hereto were upon the same instrument.

V3546 DO95 Page 2

IN WITNESS WHEREOF, the undersigned have executed this Assignment as of the 18 day of _Desember_, 20 06

CAIS Acquisition II, LLC, as Assignor

By: _____

    Name: WALTER W. LEACH
    Title: GENERAL COUNSEL

Citicorp North America, Inc., as Administrative
    Agent, as Assignee

By: _____

    Name:
    Title:

V3546 DO95    Page 3

- 3 -

IN WITNESS WHEREOF, the undersigned have executed this Assignment as of the _____ day of _____, 20__.

CAIS Acquisition II, LLC, as Assignor

By: _____
    Name:
    Title:

Citicorp North America, Inc., as Administrative
    Agent, as Assignee

By: _____
    Name: Scot P. French
    Title: Vice President

V3546 D095 Page 4

- 3 -

## SCHEDULE A

## COPYRIGHTS AND COPYRIGHT APPLICATIONS

| Serial or Registration No. | Country | Issue or Filing Date | Description |
|---|---|---|---|
| TX 5-455-359 | U.S. | 9/7/01 | VMC satellite brought to you by VMCWireless.com. |
| TX 6-064-947 | U.S. | 11/1/04 | DVD giveaway program rules. |
| TXu 747-536 | U.S. | 2/15/02 | Did we goof, test? |
| VA 1-302-794 | U.S. | 11/1/04 | First month free, up to 4 TVs. |

## COPYRIGHT LICENSES

None.

V3546 D095   Page 5

- 4 -

541695.2