EXHIBIT 28



## UNITED STATES PATENT AND TRADEMARK OFFICE

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

DECEMBER 22, 2006

                         PTAS                    **\*900065363A\***

SARAH HINCHLIFF                                   *\*900065363A\**
ONE NEW YORK PLAZA
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
NEW YORK, NY 10004


                   UNITED STATES PATENT AND TRADEMARK OFFICE
                   NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 12/22/2006          REEL/FRAME: 003449/0489
                                      NUMBER OF PAGES: 9

BRIEF:  SECURITY INTEREST

ASSIGNOR:
    INPHONIC, INC.                    DOC DATE: 12/19/2006
                                      CITIZENSHIP: DELAWARE
                                      ENTITY: CORPORATION

ASSIGNEE:
    CITICORP NORTH AMERICA, INC.      CITIZENSHIP:
    390 GREENWICH ST.                 ENTITY: CORPORATION
    7TH FLOOR
    NEW YORK, NEW YORK 10013

003449/0489 PAGE 2

APPLICATION NUMBER: 78760429          FILING DATE: 11/23/2005
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: WIREFLY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 78760468          FILING DATE: 11/23/2005
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: JOE MOBILE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76291928          FILING DATE: 07/30/2001
REGISTRATION NUMBER: 2637716          ISSUE DATE: 10/15/2002

MARK: UNIFIED INFORMATION
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 78358124          FILING DATE: 01/27/2004
REGISTRATION NUMBER: 2991879          ISSUE DATE: 09/06/2005

MARK: WE DELIVER CELLULAR
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76291929          FILING DATE: 07/30/2001
REGISTRATION NUMBER: 2658604          ISSUE DATE: 12/10/2002

MARK: WELCOME TO OUR WIRELESS WORLD
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 78079836          FILING DATE: 08/17/2001
REGISTRATION NUMBER: 2768131          ISSUE DATE: 09/23/2003

MARK: WIREFLY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75706620          FILING DATE: 05/17/1999
REGISTRATION NUMBER: 2869870          ISSUE DATE: 08/03/2004

MARK: POINT.COM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 76111786          FILING DATE: 08/17/2000
REGISTRATION NUMBER: 2630092          ISSUE DATE: 10/08/2002

MARK: INPHONIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75706619          FILING DATE: 05/17/1999
REGISTRATION NUMBER: 2843311          ISSUE DATE: 05/18/2004

DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

003449/0489 PAGE 3

APPLICATION NUMBER: 76074038          FILING DATE: 06/19/2000
REGISTRATION NUMBER: 2566727          ISSUE DATE: 05/07/2002

MARK: GADGETSPACE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75050903          FILING DATE: 01/29/1996
REGISTRATION NUMBER: 2027075          ISSUE DATE: 12/31/1996

MARK: NTH DIMENSION
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75844528          FILING DATE: 11/09/1999
REGISTRATION NUMBER: 2481589          ISSUE DATE: 08/28/2001

MARK: SIMPLEMOBILE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76449484          FILING DATE: 09/11/2002
REGISTRATION NUMBER: 2948952          ISSUE DATE: 05/10/2005

MARK: POWERED BY INPHONIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75772315          FILING DATE: 08/10/1999
REGISTRATION NUMBER: 2528160          ISSUE DATE: 01/08/2002

MARK: SIMPLEXITY.COM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76448154          FILING DATE: 09/04/2002
REGISTRATION NUMBER: 2854629          ISSUE DATE: 06/15/2004

MARK: LIBERTY WIRELESS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 78053009          FILING DATE: 03/14/2001
REGISTRATION NUMBER: 2639600          ISSUE DATE: 10/22/2002

MARK: REASON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75594415          FILING DATE: 11/24/1998
REGISTRATION NUMBER: 2493077          ISSUE DATE: 09/25/2001

MARK: REASON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76406872    FILING DATE: 05/08/2002
REGISTRATION NUMBER: 2882387    ISSUE DATE: 09/07/2004

MARK: STARBOX
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM


003449/0489 PAGE 4

APPLICATION NUMBER: 76217319    FILING DATE: 02/28/2001
REGISTRATION NUMBER: 2592865    ISSUE DATE: 07/09/2002

MARK: MATCH
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76276050    FILING DATE: 06/25/2001
REGISTRATION NUMBER: 2604395    ISSUE DATE: 08/06/2002

MARK: THE NEW WAY TO CHOOSE TELECOMMUNICATIONS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75775778    FILING DATE: 08/10/1999
REGISTRATION NUMBER: 2518245    ISSUE DATE: 12/11/2001

MARK: SIMPLEXITY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76205103    FILING DATE: 02/05/2001
REGISTRATION NUMBER: 2595837    ISSUE DATE: 07/16/2002

MARK: AVESAIR
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM


ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

## 12/22/2006
## 900065363

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| InPhonic, Inc. | | 12/19/2006 | CORPORATION: DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Citicorp North America, Inc. |
| Street Address: | 390 Greenwich St. |
| Internal Address: | 7th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10013 |
| Entity Type: | CORPORATION: |

**PROPERTY NUMBERS Total: 22**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2637716 | UNIFIED INFORMATION |
| Registration Number: | 2991879 | WE DELIVER CELLULAR |
| Registration Number: | 2658604 | WELCOME TO OUR WIRELESS WORLD |
| Registration Number: | 2768131 | WIREFLY |
| Registration Number: | 2869870 | POINT.COM |
| Registration Number: | 2630092 | INPHONIC |
| Registration Number: | 2843311 | POINT.COM |
| Registration Number: | 2566727 | GADGETSPACE |
| Registration Number: | 2027075 | NTH DIMENSION |
| Registration Number: | 2481589 | SIMPLEMOBILE |
| Registration Number: | 2948952 | POWERED BY INPHONIC |
| Registration Number: | 2528160 | SIMPLEXITY.COM |
| Registration Number: | 2854629 | LIBERTY WIRELESS |

2637716 CH $565.00

| Registration Number: | 2639600 | REASON |
| Registration Number: | 2493077 | REASON |
| Registration Number: | 2882387 | STARBOX |
| Registration Number: | 2592865 | MATCH |
| Registration Number: | 2604395 | THE NEW WAY TO CHOOSE TELECOMMUNICATIONS |
| Registration Number: | 2518245 | SIMPLEXITY |
| Registration Number: | 2595837 | AVESAIR |
| Serial Number: | 78760429 | WIREFLY |
| Serial Number: | 78760468 | JOE MOBILE |

**CORRESPONDENCE DATA**

| | |
| --- | --- |
| Fax Number: | (212)859-8584 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
| --- | --- |
| Email: | hinchsa@ffhsj.com |
| Correspondent Name: | Sarah Hinchliff |
| Address Line 1: | One New York Plaza |
| Address Line 2: | Fried, Frank, Harris, Shriver & Jacobson |
| Address Line 4: | New York, NEW YORK   10004 |

| NAME OF SUBMITTER: | Sarah Hinchliff |
| --- | --- |
| Signature: | /Sarah Hinchliff/ |
| Date: | 12/22/2006 |

Total Attachments: 7
source=InPhonic short form agmt#page1.tif
source=InPhonic short form agmt#page2.tif
source=InPhonic short form agmt#page3.tif
source=InPhonic short form agmt#page4.tif
source=InPhonic short form agmt#page5.tif
source=InPhonic short form agmt#page6.tif
source=InPhonic short form agmt#page7.tif



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

DECEMBER 26, 2006

PTAS

SARAH HINCHLIFF
ONE NEW YORK PLAZA
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
NEW YORK, NY 10004

# *900065362A*
*900065362A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 12/22/2006          REEL/FRAME: 003449/0656
                                      NUMBER OF PAGES: 7

BRIEF:  SECURITY INTEREST

ASSIGNOR:
    FON ACQUISITION LLC                DOC DATE: 12/19/2006
                                       CITIZENSHIP:
                                       ENTITY: LIMITED LIABILITY
                                               COMPANY

ASSIGNEE:
    CITICORP NORTH AMERICA, INC.       CITIZENSHIP:
    390 GREENWICH ST.                  ENTITY: CORPORATION
    7TH FLOOR
    NEW YORK, NEW YORK 10013

003449/0656 PAGE 2

APPLICATION NUMBER: 76586883          FILING DATE: 04/15/2004
REGISTRATION NUMBER: 2939540          ISSUE DATE: 04/12/2005

MARK: FONCENTRAL.COM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 76586882          FILING DATE: 04/15/2004
REGISTRATION NUMBER: 2939539          ISSUE DATE: 04/12/2005

MARK: MOBILECITYDIRECT
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN


ALLYSON PURNELL, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

**12/22/2006**
**900065362**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| FON Acquisition LLC | | 12/19/2006 | LIMITED LIABILITY COMPANY: |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Citicorp North America, Inc. |
| Street Address: | 390 Greenwich St. |
| Internal Address: | 7th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10013 |
| Entity Type: | CORPORATION: |

### PROPERTY NUMBERS  Total: 2

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2939540 | FONCENTRAL.COM |
| Registration Number: | 2939539 | MOBILECITYDIRECT |

### CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (212)859-8584 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Email: | sarah.hinchliff@ffhsj.com |
| Correspondent Name: | Sarah Hinchliff |
| Address Line 1: | One New York Plaza |
| Address Line 2: | Fried, Frank, Harris, Shriver & Jacobson |
| Address Line 4: | New York, NEW YORK   10004 |

| NAME OF SUBMITTER: | Sarah Hinchliff |
|---|---|
| Signature: | /Sarah Hinchliff/ |

2939540

$65.00

CH

| Date: | 12/22/2006 |

**Total Attachments: 5**
source=FON short form agmt#page1.tif
source=FON short form agmt#page2.tif
source=FON short form agmt#page3.tif
source=FON short form agmt#page4.tif
source=FON short form agmt#page5.tif



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

DECEMBER 26, 2006

                            PTAS                    **\*900065365A\***

SARAH HINCHLIFF                              \*900065365A\*
ONE NEW YORK PLAZA
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
NEW YORK, NY 10004


                    UNITED STATES PATENT AND TRADEMARK OFFICE
                    NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 12/22/2006          REEL/FRAME: 003449/0663
                                      NUMBER OF PAGES: 7

BRIEF:  SECURITY INTEREST

ASSIGNOR:
    CAIS ACQUISITION II, LLC          DOC DATE: 12/19/2006
                                      CITIZENSHIP:
                                      ENTITY: LIMITED LIABILITY
                                              COMPANY

ASSIGNEE:
    CITICORP NORTH AMERICA, INC.      CITIZENSHIP:
    390 GREENWICH ST.                 ENTITY: CORPORATION
    7TH FLOOR
    NEW YORK, NEW YORK 10013

003449/0663 PAGE 2

APPLICATION NUMBER: 76609204                 FILING DATE: 08/25/2004
REGISTRATION NUMBER: 3052535                 ISSUE DATE: 01/31/2006

MARK: VMC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 76609201                 FILING DATE: 08/25/2004
REGISTRATION NUMBER: 3052534                 ISSUE DATE: 01/31/2006

MARK: VMC SATELLITE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM


ALLYSON PURNELL, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

**12/22/2006**
**900065365**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| CAIS Acquisition II, LLC | | 12/19/2006 | LIMITED LIABILITY COMPANY: |

RECEIVING PARTY DATA

| Name: | Citicorp North America, Inc. |
|---|---|
| Street Address: | 390 Greenwich St. |
| Internal Address: | 7th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10013 |
| Entity Type: | CORPORATION: |

PROPERTY NUMBERS  Total: 2

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3052535 | VMC |
| Registration Number: | 3052534 | VMC SATELLITE |

CORRESPONDENCE DATA

Fax Number: (212)859-8584
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Email: hinchsa@ffhsj.com
Correspondent Name: Sarah Hinchliff
Address Line 1: One New York Plaza
Address Line 2: Fried, Frank, Harris, Shriver & Jacobson
Address Line 4: New York, NEW YORK   10004

| NAME OF SUBMITTER: | Sarah Hinchliff |
|---|---|
| Signature: | /Sarah Hinchliff/ |

3052535

CH  $65.00   3052535.00

| Date: | 12/22/2006 |
|-------|------------|

Total Attachments: 5
source=CAIS short form agmt#page1.tif
source=CAIS short form agmt#page2.tif
source=CAIS short form agmt#page3.tif
source=CAIS short form agmt#page4.tif
source=CAIS short form agmt#page5.tif



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

DECEMBER 26, 2006

                          PTAS

**\*500198232A\***

\*500198232A\*

SARAH HINCHLIFF
ONE NEW YORK PLAZA
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
NEW YORK, NY 10004

                UNITED STATES PATENT AND TRADEMARK OFFICE
                NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 12/22/2006          REEL/FRAME: 018668/0330
                                      NUMBER OF PAGES: 9

BRIEF:  SECURITY AGREEMENT

ASSIGNOR:
    INPHONIC, INC.                    DOC DATE: 12/19/2006

ASSIGNEE:
    CITICORP NORTH AMERICA, INC.
    390 GREENWICH ST.
    7TH FLOOR
    NEW YORK, NEW YORK 10013

SERIAL NUMBER: 09390026               FILING DATE: 09/03/1999
PATENT NUMBER:                        ISSUE DATE:
TITLE: SYSTEM AND METHODS FOR BUYING AND SELLING TELECOMMUNICATION
       SERVICES VIA A NETWORK

018668/0330 PAGE 2

SERIAL NUMBER: 09425739          FILING DATE: 10/22/1999
PATENT NUMBER:                   ISSUE DATE:
TITLE: SYSTEMS AND METHODS FOR DISTRIBUTING TELECOMMUNICATION SERVICES VIA
       A NETWORK

SERIAL NUMBER: 11270965          FILING DATE: 11/11/2005
PATENT NUMBER:                   ISSUE DATE:
TITLE: SYSTEMS AND METHODS FOR MONITORING "PAY-AS-YOU-GO"
       TELECOMMUNICATION SERVICES

SERIAL NUMBER: 10389899          FILING DATE: 03/18/2003
PATENT NUMBER:                   ISSUE DATE:
TITLE: CERTIFICATION AND ACTIVATION OF USED PHONES ON A WIRELESS CARRIER
       NETWORK

SERIAL NUMBER: 11156977          FILING DATE: 06/20/2005
PATENT NUMBER:                   ISSUE DATE:
TITLE: SYSTEM AND METHOD FOR IDENTIFYING AN ALTERNATIVE PROVIDER OF
       TELECOMMUNICATIONS SERVICES

SERIAL NUMBER: 09860401          FILING DATE: 05/18/2001
PATENT NUMBER:                   ISSUE DATE:
TITLE: SYSTEMS, METHODS AND COMPUTER PROGRAM PRODUCTS FOR FACILITATING
       DISPLAY OF CONTENT WITHIN APPLICATION PROGRAMS EXECUTING ON
       ELECTRONIC DEVICES

SERIAL NUMBER: 10455692          FILING DATE: 06/06/2003
PATENT NUMBER:                   ISSUE DATE:
TITLE: TRANSACTION EXECUTION SYSTEM INTERFACE AND ENTERPRISE SYSTEM
       ARCHITECTURE THEREOF

SERIAL NUMBER: 10975721          FILING DATE: 10/28/2004
PATENT NUMBER:                   ISSUE DATE:
TITLE: SYSTEM AND METHOD FOR RATING ALTERNATIVE SOLUTIONS

SERIAL NUMBER: 10606672          FILING DATE: 06/26/2003
PATENT NUMBER:                   ISSUE DATE:
TITLE: METHOD OF OPERATING A VIRTUAL PRIVATE WIRELESS NETWORK IMPLEMENTING
       MESSAGE DELIVERY PREFERENCES OF THE USER

SERIAL NUMBER: 09922348          FILING DATE: 08/03/2001
PATENT NUMBER:                   ISSUE DATE:
TITLE: SYSTEMS, METHODS AND COMPUTER PROGRAM PRODUCTS FOR INTEGRATING
       ADVERTISING WITHIN WEB CONTENT

SERIAL NUMBER: 10017355          FILING DATE: 12/14/2001
PATENT NUMBER: 7162221           ISSUE DATE: 01/09/2007
TITLE: SYSTEMS, METHODS, AND COMPUTER PROGRAM PRODUCTS FOR REGISTERING
       WIRELESS DEVICE USERS IN DIRECT MARKETING CAMPAIGNS

SERIAL NUMBER: 10420074          FILING DATE: 04/22/2003

TITLE: METHOD AND SYSTEM FOR SHORT MESSAGE SERVICE (SMS) TRANSACTIONS FOR
WIRELESS DEVICES

018668/0330 PAGE 3

SERIAL NUMBER: 09390025              FILING DATE: 09/03/1999
PATENT NUMBER: 7076447              ISSUE DATE: 07/11/2006
TITLE: SYSTEMS AND METHODS FOR AGGREGATING BUYERS FOR THE PURCHASE OF
TELECOMMUNICATION SERVICES VIA A NETWORK

SERIAL NUMBER: 10337301              FILING DATE: 01/07/2003
PATENT NUMBER: 7013127              ISSUE DATE: 03/14/2006
TITLE: SYSTEMS AND METHODS FOR EMPLOYING "PAY-AS-YOU-GO" TELECOMMUNICATION
SERVICES

SERIAL NUMBER: 09777046              FILING DATE: 02/05/2001
PATENT NUMBER: 6618763              ISSUE DATE: 09/09/2003
TITLE: VIRTUAL PRIVATE WIRELESS NETWORK

ALLYSON PURNELL, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

## 12/22/2006
## 500198232

| | |
|---|---|
| SUBMISSION TYPE: | NEW ASSIGNMENT |
| NATURE OF CONVEYANCE: | SECURITY AGREEMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| InPhonic, Inc. | 12/19/2006 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Citicorp North America, Inc. |
| Street Address: | 390 Greenwich St. |
| Internal Address: | 7th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10013 |

**PROPERTY NUMBERS Total: 15**

| Property Type | Number |
|---|---|
| Patent Number: | 7076447 |
| Patent Number: | 7013127 |
| Patent Number: | 6618763 |
| Application Number: | 09390026 |
| Application Number: | 09425739 |
| Application Number: | 11270965 |
| Application Number: | 10389899 |
| Application Number: | 11156977 |
| Application Number: | 09860401 |
| Application Number: | 10455692 |
| Application Number: | 10975721 |
| Application Number: | 10606672 |
| Application Number: | 09922348 |
| Application Number: | 10017355 |

7076447   CH $600.00   7076447

| Application Number: | 10420074 |
|---|---|

**CORRESPONDENCE DATA**

Fax Number:           (212)859-8584

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

Email:                hinchsa@ffhsj.com
Correspondent Name:   Sarah Hinchliff
Address Line 1:       One New York Plaza
Address Line 2:       Fried, Frank, Harris, Shriver & Jacobson
Address Line 4:       New York, NEW YORK 10004

| NAME OF SUBMITTER: | Sarah Hinchliff |
|---|---|

**Total Attachments: 7**
source=InPhonic short form agmt#page1.tif
source=InPhonic short form agmt#page2.tif
source=InPhonic short form agmt#page3.tif
source=InPhonic short form agmt#page4.tif
source=InPhonic short form agmt#page5.tif
source=InPhonic short form agmt#page6.tif
source=InPhonic short form agmt#page7.tif