# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 11, 2007 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6TH FLOOR
## WILMINGTON, DELAWARE 19801

**CONTESTED MATTERS GOING FORWARD:**

1. Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/8/07, Docket No. 11]

   Response Deadline:

   November 23, 2007 at 4:00 p.m. The response deadline was extended until November 26, 2007 for T-Mobile and the Official Committee of Unsecured Creditors.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Amended items appear in bold.

{00706365;v1}

Related Documents:

    (a)    Interim Order (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) [Filed 11/9/07, Docket No. 55]

    (b)    Notice of (A) Filing of Motion and Entry of Interim Order and (B) Final Hearing with Respect to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) [Filed 11/13/07, Docket No. 67]

    (c)    Debtors' Omnibus Reply to Objections to First Day Motions [Filed 11/28/07, Docket No. 131]

    (d)    Notice of Filing of Proposed Final Order (I) Authorizing and Approving Debtors' Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status: (II) Authorizing Use of Collateral and Affording Adequate Protection; And (IV) Modifying Automatic Stay [Filed 11/28/07, Docket No. 148]

    (e)    Re-Notice of Final Hearing Regarding: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(C) and (D) [Filed 11/30/07, Docket No. 157]

    (f)    Re-Notice of Final Hearing Regarding: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections

105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(C) and (D) [Filed 12/5/07, Docket No 195]

Response(s) Received:

(a)   Limited Objection of Verizon Wireless to Debtors' Motion for Approval of Debtor-in-Possession Financing and Related Relief [Filed 11/21/07, Docket No. 99]

(b)   Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/21/07, Docket No. 104]

(c)   Limited Objection and Reservation of Rights of AT&T to Debtors' Motion Seeking Postpetition Financing, Use of Cash Collateral and Other Relief [Filed 11/21/07, Docket No. 105]

(d)   Limited Objection of Spanco Telesystems & Solutions Limited to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/21/07, Docket No. 106]

(e)   Limited Objection of Sprint Nextel Corporation to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (III) Granting Liens, and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001 (c) and (d) [Filed 11/21/07, Docket No. 108]

(f)   Limited Objection and Reservation of Rights of T-Mobile USA, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and

        Approving Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing, Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 4001(C) and (D) [Filed 11/26/07, Docket No. 115]

  (g)    Adeptio's Omnibus Response (I) to Creditors' Committee's (A) Motion to Dismiss and (B) Motion to Reconsider Bidding Procedures Order and (II) in Support of Final Order for Post-Petition Financing [Filed 11/28/07, Docket No. 132]

Status:

This matter is going forward.

2. Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/21/07, Docket No. 86]

Response Deadline:

November 28, 2007 at 10:00 a.m.

Related Documents:

  (a)    Motion of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Limiting and Shortening Notice to Consider Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/21/07, Docket No. 87]

  (b)    Order Granting Motion of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Limiting and Shortening Notice to Consider Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/21/07, Docket No. 94]

    (c)    Re-Notice of Hearing Regarding Docket Nos. 86 and 102 [Filed 11/30/07, Docket No. 156]

    (d)    Re-Notice of Hearing Regarding Docket Nos. 86 and 102 [Filed 12/5/07, Docket No. 194]

Response(s) Received:

    (a)    Debtors' Objection to Motion of The Official Committee of Unsecured Creditors for an Order (I) Dismissing (Or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or, Alternatively, (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/28/07, Docket No. 127]

    (b)    Adeptio's Omnibus Response (I) to Creditors' Committee's (A) Motion to Dismiss and (B) Motion to Reconsider Bidding Procedures Order and (II) in Support of Final Order for Post-Petition Financing [Filed 11/28/07, Docket No. 132]

    (c)    Reply of the Official Committee of Unsecured Creditors in Further Support of its Motion for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy cases Pursuant to Section 1112(b) of the Bankruptcy Code or, Alternatively, (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Filed 11/29/07, Docket No. 142]

Status:

This matter is going forward.


3. Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Filed 11/21/07, Docket No. 102]

Response Deadline:

November 30, 2007 at noon.

Related Documents:

(a) Motion to Shorten Time to Consider Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Filed 11/21/07, Docket No. 103]

(b) Order Granting Motion to Shorten Time to Consider Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Filed 11/27/07, Docket No. 123]

(c) Re-Notice of Hearing Regarding Docket Nos. 86 and 102 [Filed 11/30/07, Docket No. 156]

(d) Re-Notice of Hearing Regarding Docket Nos. 86 and 102 [Filed 12/5/07, Docket No. 194]

Response(s) Received:

(a) Adeptio's Omnibus Response (I) to Creditors' Committee's (A) Motion to Dismiss and (B) Motion to Reconsider Bidding Procedures Order and (II) in Support of Final Order for Post-Petition Financing [Filed 11/28/07, Docket No. 132]

(b) Reply to Adeptio's Response to Motion of the Official Committee of Unsecured Creditors Seeking Reconsideration of this Court's Order (A) Approving Bid Procedures Relating to Sale of Substantially all of the Debtors' Assets; (B) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (C) Establishing Procedures Relating to Assumption and assignment of Certain Contracts, Including Notice of Proposed Cure amounts; (D) Approving Expense Reimbursement Provision; and (E) Granting Related Relief, Pursuant to *Inter Alia*, Fed.R.Bankr.P. 7052, 9023 and 9024, Fed.R.Civ.P. 52, 59 and 60 and Del.Bankr.LR 9013-1(m)(v) [Filed 11/29/07, Docket No. 144]

(c) Objection to Motion of the Official Committee of Unsecured Creditors Seeking Reconsideration of this Court's Order (A) Approving Bid Procedures Relating to Sale of Substantially all of the Debtors' Assets; (B) Scheduling a Hearing to Consider the Sale and Approving the Form and Manner of Notices; (C) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Expense Reimbursement Provision; and (E) Granting Related Relief [Filed 12/3/07, Docket No. 185]

(d) Reply to Debtors' Objection to Motion of the Official Committee of Unsecured Creditors Seeking Reconsideration of this Court's Order (A) Approving Bid Procedures Relating to Sale of Substantially all of the Debtors' Assets; (B) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (C) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Expense Reimbursement Provision; and (E) Granting Related Relief [Filed 12/4/07, Docket No. 189]

Status:

This matter is going forward.

**NEW MATTER GOING FORWARD:**

4. Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Postponing the Sale Hearing Currently Scheduled for December 13, 2007, and (II) Extending the Investigation Period [Filed 12/10/07, Docket No. 209]

Response Deadline:

None.

Related Documents:

(a) Motion of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Limiting and Shortening Notice to Consider Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Postponing the Sale Hearing Currently Scheduled for December 13, 2007, and (II) Extending the Investigation Period [Filed 12/10/07, Docket No. 211]

{00706365;v1}

    (b)    Order Granting Motion of the Official Committee of Unsecured Creditors Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Shortening Notice to Consider Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Postponing the Sale Hearing Currently Scheduled for December 13, 2007, and (II) Extending the Investigation Period [Filed 12/11/07, Docket No. 215]

Response(s) Received:

    (a)    Debtors' Objection to the Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Postponing the Sale Hearing Currently Scheduled for December 13, 2007, and (II) Extending the Investigation Period [Filed 12/11/07, Docket No. 216]

    **(b)**    **Objection to Creditors' Committee's Emergency Motion to Postpone Sale Hearing and Extend Investigation Period [Filed 12/11/07, Docket No. 221 and 222]**

Status:

    This matter is going forward.

Dated: Wilmington, Delaware
       December 11, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:     (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession