# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | InPhonic, Inc. | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 11, 2007 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

### *Matter:*

Continued from 12/5/07

**R / M #:**   223 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -Order Signed -  Granted untill 12/13/07 @ 10:00 a.m. for a hearing

#2 - Continued to 12/13 @ 10:00 a.m.

#3 -  Cont'd to 12/13

#4 -  Cont'd to 12/13