**CASE NAME:** INPHONIC, INC.
**CASE NO.:** 07-11666-KG

**COURTROOM LOCATION:** 3
**DATE:** 12/11/07

# SIGN-IN-SHEET

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Simons (Telephonic Appearance) | | |
| Claudia Springer (Telephonic Appearance) | | |
| Gretta Koumas (Telephonic Appearance) | | |
| Tiffany Cobb | Vorys, Sater, Seymour & Pease | ADL |
| Timothy J. McGary | Timothy J. McGary Attorney at Law | OCUC |
| James F. Mulcahy | | |
| Colleen Jones | ACN Communications Sr. | ACN |
| Daniel Swan | McGuire Woods | Sprint Nextel Corp, CarefirstI Blue Cross + Blue Shield |
| Jennifer Brust | Bean, Kinney + Korman | |
| Ashoka Tankala | Infinate Solution | OCUC |
| Spencer Clevenger | Google Inc | OCUC |
| Brent Shaw | JBR Media Ventures | JBR Media Ventures |
| Patrick M. Costello | Bialson, Bergen & Schwab | Yahoo! Inc. |
| Paul M. Rosenblatt | Kilpatrick Stockton | AT&T |
| Thomas M. Horan | Morris James LLP | Sprint Nextel Corp. |
| Chris Loizides | Loizides, PA | AT&T |
| Richard L. Schepacarter | USDOJ-OUST | UST |
| Frank Mummill | Womble Carlyle | TMobile |
| Claudia Z. Springer | Offit Kurman LLP | Official Committee of U.C. |

CASE NAME: INPHONIC, INC.
CASE NO.: 07-11666 - KG

SIGN-IN-SHEET

COURTROOM LOCATION: 3
DATE: 12/11/07

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Califano | DLA Piper | InPhonic |
| Jeremy Johnson | " | " |
| Anup Sathy | Kirkland Ellis | Adelphia |
| David Agay | " | " |
| Robert Brady | Young Conaway | " |
| Kurt Gwynne | Reed Smith LLP | creditors committee |
| Claudia Springer | " | " |
| David Carrickhoff | " | " |
| Regina Stango Kelbon | Blank Rome | Verizon Wireless |
| Richard Riley | Duane Morris | Spanco Telesystems |
| Neil Glassman | The Bayard Firm | the Debtors |
| Mary Augustine | " | " |
| Derek Abbott | Morris Nichols | Yahoo, Inc. |