IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Ref. Docket Nos. 11 and 55 |

**SECOND INTERIM ORDER (I) AUTHORIZING AND APPROVING DEBTORS' POST-PETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; AND (IV) MODIFYING AUTOMATIC STAY**

This matter coming before this Court on the Debtors' Motion for Entry and Approval of Interim and Final Orders: (A) Authorizing and Approving Postpetition Financing; (B) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (C) Authorizing Use of Cash Collateral and Affording Adequate Protection; (D) Modifying Automatic Stay; and (E) Scheduling Final Hearing (the "Motion"), pursuant to 11 U.S.C. § § 105, 362, 363 and 364 of the United States Bankruptcy Code, 11 U.S.C. § § 101, et. seq. (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002, 4001(c) and (d) (the "Bankruptcy Rules") and Rule 4001-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

---

[1]    The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

A.    WHEREBY, on November 8, 2007 (the "Petition Date"), each of the Debtors

filed voluntary petitions under Chapter 11 of the Bankruptcy Code in the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court" or this "Court").  The

Debtors continue to operate their businesses and manage their properties as debtors-in-

possession pursuant to Bankruptcy Code § § 1107 and 1108.

B.    WHEREBY on November 9, 2007, this Court entered the *Interim Order (I)*

*Authorizing and Approving Debtors' Post-Petition Financing; (II) Granting Liens and Security*

*Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of*

*Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V)*

*Scheduling Final Hearing,* (the "Interim Order"), attached hereto as Exhibit 1.

C.    WHEREBY, on November 16, 2007 , the U.S. Trustee appointed the Official

Committee of Unsecured Creditors (the "Creditors' Committee") in accordance with Bankruptcy

Code § 1102.

D.    WHEREBY, pursuant to the terms of the Interim Order, the Prepetition

Lien/Claim Challenge is set to expire on December 11, 2007, (the "Investigation Period").

E.    WHEREBY, under the Interim Order the Debtors are immediately authorized to

borrow under the DIP Facility from the DIP Lender in an interim amount not to exceed $10.0

million (the "Interim Borrowing").

F.    WHEREBY, the Creditors' Committee filed its: Motion of the Official

Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors'

Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or, alternatively, (II)

Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section

554(b) of the Bankruptcy Code on November 21, 2007; Motion to Reconsider Order (a)

Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b)

Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c)

Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including

Notice of Proposed Cure Amounts; (d) Approving Expense Reimbursement Provisions; and (e)

Granting Related Relief on November 21, 2007; Emergency Motion of the Official Committee of

Unsecured Creditors for an Order (I) Postponing the Sale Hearing Currently scheduled for

December 13, 2007, and (II) Extending the Investigation Period; and Motion of the Official

Committee of Unsecured Creditors Pursuant to Del. Bankr. LR 9006-1(e) for an Order

Shortening Notice to Consider Emergency Motion of the Official Committee of Unsecured

Creditors for an Order (I) Postponing the Sale Hearing Currently Scheduled for December 13,

2007, and (II) Extending the Investigation Period.

G.    WHEREBY, at a hearing held on December 11, 2007, the Debtors requested entry

of a second interim order (the "Second Interim Order") amending the Interim Order to increase

the Interim Borrowing to $[_____] and extend the Investigation Period to December 13, 2007. *up to 2,300,000 for the purposes stated on the record*

H.    The ability of the Debtors to continue as a going concern depends on obtaining

the relief sought herein.

I.    Entry of this Second Interim Order is necessary to avoid immediate and

irreparable harm to the estates pending a final hearing pursuant to Bankruptcy Rule 4001(c) and

Rule 4001-2(c) of the Local Rules for the United States Bankruptcy Court for the District of

Delaware (the "Final Hearing").

IT IS ORDERED, ADJUDGED AND DECREED, that:

1.    The Investigation Period contained within Paragraph 10 of the Interim Order is

hereby amended and modified to extend through December 13, 2007.

2.    The Interim Borrowing is hereby increased *up* to $ 2,300,000      .

3

3.　　Other than as specifically set forth herein, the terms and conditions of the Interim Order remain in full force and effect.

4.　　Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Second Interim Order shall (a) be immediately enforceable, and (b) not be stayed absent the grant of such stay under Bankruptcy Rule 8005 after a hearing upon notice to the Debtors and the DIP Lender.

Dated: Wilmington, Delaware

　　　　December 11, 2007

_____

Kevin Gross
United States Bankruptcy Judge

4