IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al.[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Adeptio INPC Funding, LLC in the within captioned matter, and that on December 11, 2007, she caused a copy of the following pleading(s):

**Adeptio's Objection to Creditors' Committee's Emergency Motion to Postpone Sale Hearing and Extend Investigation Period [Docket Nos. 221 and 222]**

to be served, in the manner indicated, to the parties on the service list attached hereto.

                        Michelle Smith

SWORN TO AND SUBSCRIBED before me this 11th day of December 2007.

                        Notary Public

STEFANIE B. BOYLE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 3, 2010

---

1    The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

## SERVICE LIST
## InPhonic, Inc.
## 12/11/2007

Thomas R. Califano, Esq.
Vincent J. Roldan, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(Counsel for Debtors)
***Email and First Class Mail***

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)
***Email and Hand Delivery***

Robert P. Simons, Esq
Reed Smith LLP
453 Sixth Avenue
Pittsburgh, PA 15219
(Counsel for the Official Committee of Unsecured Creditors)
***Email and First Class Mail***

Andrew Torgove
Goldsmith Agio Helms
11 West 42nd Street, Twenty-Ninth Floor
New York, New York 10036
***Email and First Class Mail***

Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Counsel for Debtors
***Email and Hand Delivery***

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
***Email and Hand Delivery***

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(Counsel for the Official Committee of Unsecured Creditors)
***Email and First Class Mail***