# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*,[1] ) | Case No. 07-11666 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Hearing Date: December 13, 2007 at 10:00 a.m. (ET) |
| ) | Related to Docket Nos.: 86, 102 and 209 |

## NOTICE OF HEARING REGARDING DOCKET NOS. 86, 102 AND 209

**PLEASE TAKE NOTICE** that on November 21, 2007, the Official Committee of Unsecured Creditors (the "Committee") filed the Motion of the Committee of Unsecured Creditors for an Order (I) Dismissing (or Converting) Debtors' Bankruptcy Cases Pursuant to Section 1112(b) of the Bankruptcy Code or (II) Compelling the Trustee to Abandon Fully-Encumbered Estate Property Pursuant to Section 554(b) of the Bankruptcy Code [Docket No. 86] (the "Dismissal Motion"), which was scheduled for hearing on December 11, 2007.

**PLEASE TAKE FURTHER NOTICE** that on November 21, 2007, the Committee filed the Motion of the Official Committee of Unsecured Creditors to Reconsider Order (a) Approving Motion for (I) Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (c) Establishing Procedures Relating to

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00706439;v1}

Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (d) Approving Expense Reimbursement Provision, and (e) Granting Related Relief [Docket No. 102] (the "Reconsideration Motion"), which was scheduled for hearing on December 11, 2007. Copies of the Dismissal and Reconsideration Motions can be obtained by contacting undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2007, the Committee filed the Emergency Motion of the Official Committee of Unsecured Creditors for an Order (I) Postponing the Sale Hearing Currently Scheduled for December 13, 2007, and (II) Extending the Investigation Period [Docket No. 209] (the "Emergency Motion"), which was scheduled for hearing on December 11, 2007. Copies of the Dismissal Motion, the Reconsideration Motion and the Emergency Motion can be obtained by contacting undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing regarding the Dismissal Motion, the Reconsideration Motion and the Emergency Motion has been continued and will be held on **December 13, 2007 at 10:00 a.m.**

Dated: Wilmington, Delaware  
December 11, 2007

THE BAYARD FIRM

By: _____  
Neil B. Glassman (No. 2087)  
Mary E. Augustine (No. 4477)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
Telephone:   (302) 655-5000  
Facsimile:   (302) 658-6395

-and-

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for Debtors
and Debtors in Possession