## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2007, a copy of the MOTION FOR ADMISSION PRO HAC VICE OF MARK A. SALZBERG was served via first class mail on:

> Neil B. Glassman, Esquire
> Mary E. Augustine, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899
>
> Thomas R. Califano, Esquire
> Jeremy R. Johnson, Esquire
> DLA Piper US LLP
> 1251 Avenue of the Americas
> New York, NY 10020

_____
Etta R. Wolfe (I.D. No. 4164)