**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of December, 2007, I caused a true and correct copy of the foregoing ***Response of Microsoft Licensing and MSN to Debtor's Omnibus Reply to Objections to Motion for an Order (I) Authorizing the Sale of Substantially All of their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief*** to be served upon the following persons via the methods noted:

                                            /s/Jami B. Nimeroff
                                            Jami B. Nimeroff (No. 4049)

| *Regular Mail* | *Via Facsimile and Regular Mail* |
|---|---|
| InPhonic, Inc. | Goldsmith-Agio-Helms/Lazard |
| 1010 Wisconsin Ave. NW | 11 West 42nd Street |
| Suite 600 | 29th Floor |
| Washington, D.C. 20007 | New York, NY 10036 |
| Attn: Gregory S. Cole | Attn: Andrew Torgove |
| (Debtors) | (Investment Banker for Debtors) |
| | |
| *Via Facsimile and Regular Mail* | *Via Facsimile and Hand Delivery* |
| DLA Piper US LLP | The Bayard Firm |
| 1251 Avenue of the Americas | 222 Delaware Avenue, Suite 900 |
| New York, NY 10020 | P.O. Box 25130 |
| Attn: Thomas R. Califano | Wilmington, DE 19899 |
| (Counsel for Debtors) | Attn: Neil B. Glassman |
| | (Counsel for Debtors) |
| | |
| *Via Facsimile and Hand Delivery* | *Via Facsimile and Hand Delivery* |
| Reed Smith LLP | Reed Smith LLP |
| 1201 N. Market Street, Suite 1500 | 2500 One Liberty Place |
| Wilmington, DE 19801 | 1650 Market Street |
| Attn: Kurt F. Gwynne | Philadelphia, PA 19103-7301 |
| (Counsel to Committee) | Attn: Claudia Z. Springer |
| | (Counsel to Committee) |
| | |
| *Via Facsimile and Regular Mail* | *Via Facsimile and Hand Delivery* |
| Reed Smith LLP | Adeptio c/o Versa Capital |
| 435 Sixth Avenue |   Management, Inc. |
| Pittsburgh, PA 15219 | Cira Centre |
| Attn: Robert P. Simons | 2929 Arch Street |
| (Counsel to Committee) | Philadelphia, PA 19104 |
| | Attn: David Lorry |
| | (Adeptio) |

*Via Facsimile and Regular Mail*
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Attn: Anup Sathy and John Schoenfeld
(Counsel for Adeptio)