IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
IN RE:                           :
                                 :
INPHONIC, INC., et al.,          :         Chapter 11
                                 :         Case No. 07-11666 (KG)
                                 :         (Jointly Administered)
        Debtors.                 :
                                 :         *Re: Docket Nos. 12, 13, 52, 146*
                                 :         *and 229*
---------------------------------x

## JOINDER OF T-MOBILE USA, INC. TO SUPPLEMENTAL OBJECTION OF ALLTEL COMMUNICATIONS, INC. TO THE DEBTORS' NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING

T-Mobile USA, Inc. d/b/a T-Mobile (f/k/a VoiceStream Wireless Corporation) ("T-Mobile"), by and through its undersigned counsel, hereby joins in Alltel Communications, Inc.'s ("Alltel") Supplement to Limited Objection (the "Supplemental Objection") to Debtors' Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (the "Cure Notice") filed on December 12, 2007 [Docket No. 229].

WHEREFORE, for the reasons set forth above and in the Supplemental Objection, T-Mobile respectfully requests that the Court grant the relief requested in the Supplemental Objection and such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
       December 12, 2007

**Womble Carlyle Sandridge & Rice, PLLC**

*/s/ Francis A. Monaco, Jr.*
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Ave., Suite 1501
Wilmington, DE 19801
(302) 252-4361

Counsel for T-Mobile, USA, Inc.

Document No. 58753
WCSR 3799569v2