# CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on December 12, 2007 upon:

**VIA FACSIMILE**
**Adeptio, c/o Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 19014**
**Attn: David Lorry**
**F: 215-609-3499**

**Via Electronic Mail**
**Goldsmith-Agio-Helms/Lazard Middle Market**
**11 West 42nd Street, 29th Floor**
**New York, NY 10036**
**Attn: Andrew Torgove**
**atorgove@agio.com**

**Thomas R. Califano, Esquire**
**DLA Piper US LLP**
**1251 Avenue of the Americas**
**New York, NY 10020**
**Thomas.califano@dlapiper.com**

**Neil Glassman, Esquire**
**The Bayard Firm**
**222 Delaware Avenue, Ste. 900**
**Wilmington, DE 19801**
**nglassman@bayardfirm.com**

**Anup Sathy, Esquire**
**John Schoenfeld, Esquire**
**Kirkland and Ellis LLP**
**200 East Randolph Drive**
**Chicago, IL 60601**
**asathy@kirkland.com**
**jschoenfeld@kirkland.com**

```
Document #: 41517
WCSR   3799696v1
```

**Kurt F. Gwynne, Esquire**
**Reed Smith LLP**
**1201 Market Street, 15th Floor**
**Wilmington, DE 19801**
**kgwynne@reedsmith.com**

**Claudia Z. Springer, Esquire**
**Reed Smith LLP**
**2500 One Liberty Place**
**1650 Market Street**
**Wilmington, DE 19801**
**cspringer@reedsmith.com**

**Kathleen M. Miller, Esquire**
**Smith Katzenstein & Furlow LLP**
**The Corporate Plaza**
**800 Delaware Avenue**
**Wilmington, DE 19801**
**kmiller@skfdelaware.com**

    Under penalty of perjury, I declare that the foregoing is true and correct.


__12/12/2007_____          _____/s/ Heidi E. Sasso_____
Date                           Heidi E. Sasso

```
Document #: 41517
WCSR  3799696v1
```