IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| INPHONIC, INC., *et al.*, | ) Case No. 07-11666 (KG) |
| Debtors. | ) Jointly Administered |

### NOTICE OF FILING OF CERTIFICATION OF PUBLICATION

Attached hereto is the Certification of Publication of Cathy Zike dated November 21, 2007 (the "Affidavit") regarding the publication of the Notice of Auction and Sale (the "Notice"). The Notice was filed in the following publications, as indicated in the Affidavit:

1. The New York Times on November 20, 2007

Dated: December 11, 2007

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

and

{00706886;v1}

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for
Debtors
and Debtors in Possession

{00706886;v1}