## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| InPhonic, Inc., et al.[1], | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 146 | NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING |
| Docket No. 213 | NOTICE OF ASSUMPTION, SALE AND ASSIGNMENT OF DESIGNATED UNEXPIRED LEASES AND EXECUTORY CONTRACTS |
| Docket No. 216 | DEBTORS' OBJECTION TO THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) POSTPONING THE SALE HEARING CURRENTLY SCHEDULED FOR DECEMBER 13, 2007, AND (II) EXTENDING THE INVESTIGATION PERIOD [Re: Docket No. 209] |
| Docket No. 217 | NOTICE OF FILING OF CORRECTED EXHIBIT A TO NOTICE OF ASSUMPTION, SALE AND ASSIGNMENT OF DESIGNATED UNEXPIRED LEASES AND EXECUTORY CONTRACTS [Re: Docket No. 213] |
| Docket No. 218 | NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2007 AT 10:00 A.M., 824 MARKET STREET, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 13, 83, 101 and 206] |
| Docket No. 219 | NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 11, 2007 AT 2:00 P.M., 824 MARKET STREET, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 11, 86, 102 and 209] |

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

| | |
|---|---|
| Docket No. 223 | NOTICE OF SECOND AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 11, 2007 AT 2:00 P.M., 824 MARKET STREET, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 11, 86, 102, 209 and 219] |
| Docket No. 227 | NOTICE OF HEARING REGARDING DOCKET NOS. 86, 102 AND 209 |
| Docket No. 228 | NOTICE OF HEARING REGARDING DOCKET NO. 11 |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On December 11, 2007, I caused the above referenced documents to be served on the parties as described below:

| | |
|---|---|
| Exhibit A | Service List regarding Docket Nos. 216, 217 [including Exhibit A], 227 and 228 [Re: those parties who have requested special notice and the Core Group together referenced as Service List 27060] |
| Exhibit B | Service List regarding Docket Nos. 216, 218, 219, 223, 227 and [Re: those parties who have requested special notice and the Core Group together referenced as Service List 27059] |
| Exhibit C | Affected Parties Service List regarding Docket Nos. 146, 213 and 217 [excluding exhibit A] |
| Exhibit D | Affected Parties Service List regarding Docket Nos. 213 and 217 [including Exhibit A] |

Case 07-11666-KG    Doc 236    Filed 12/12/07    Page 3 of 3

3. All parties were served via the modes of service indicated in Exhibits A through D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 12, 2007
El Segundo, California

*James H. Myers*
James H. Myers

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on December 12, 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

*Yvette Knopp*

> YVETTE KNOPP
> COMM. # 1526634
> NOTARY PUBLIC - CALIFORNIA
> LOS ANGELES COUNTY
> MY COMM. EXP. NOV. 13, 2008

page 3 of 19