**EXHIBIT B**

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27059 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), CATALDOP@GSICOMMERCE.COM | E-mail |
| 27059 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), NOTICES@BECKET-LEE.COM | E-mail |
| 27059 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), LSCHWAB@BBSLAW.COM | E-mail |
| 27059 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), PCOSTELLO@BBSLAW.COM | E-mail |
| 27059 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), STEVEN.WILAMOWSKY@BINGHAM.COM | E-mail |
| 27059 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), FATELL@BLANKROME.COM | E-mail |
| 27059 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), SHAPIRO-JC@BLANKROME.COM | E-mail |
| 27059 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), DEBAECKE@BLANKROME.COM | E-mail |
| 27059 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), KELBON@BLANKROME.COM | E-mail |
| 27059 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, DLEMAY@CHADBOURNE.COM | E-mail |
| 27059 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, SROSEN@CB-SHEA.COM | E-mail |
| 27059 | DELAWARE SECRETARY OF STATE, DOSDOC_WEB@STATE.DE.US | E-mail |
| 27059 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, EMANUEL.MARINO@STATE.DE.US | E-mail |
| 27059 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 27059 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), MARIA.RUARK@DLAPIPER.COM | E-mail |
| 27059 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), THOMAS.CALIFANO@DLAPIPER.COM | E-mail |
| 27059 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, JCOHEN@AGIO.COM | E-mail |
| 27059 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, ATORGOVE@AGIO.COM | E-mail |
| 27059 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, DOFLANAGAN@AGIO.COM | E-mail |
| 27059 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27059 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27059 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27059 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), PROSENBLATT@KILPATRICKSTOCKTON.COM | E-mail |
| 27059 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), TMEYERS@KILPATRICKSTOCKTON.COM | E-mail |
| 27059 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), AFROST@KIRKLAND.COM | E-mail |
| 27059 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), ASATHY@KIRKLAND.COM | E-mail |
| 27059 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), DAGAY@KIRKLAND.COM | E-mail |
| 27059 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), JSCHOENFELD@KIRKLAND.COM | E-mail |
| 27059 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), LOIZIDES@LOIZIDES.COM | E-mail |
| 27059 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), DSWAN@MCGUIREWOODS.COM | E-mail |
| 27059 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), BFALLON@MORRISJAMES.COM | E-mail |
| 27059 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, RICHARD.SCHEPACARTER@USDOJ.GOV | E-mail |
| 27059 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), CGUASTEL@QUARLES.COM | E-mail |
| 27059 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), CSPRINGER@REEDSMITH.COM | E-mail |

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27059 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), KGWYNNE@REEDSMITH.COM | E-mail |
| 27059 | REED SMITH LLC, ROBERT P SIMMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), RSIMMONS@REEDSMITH COM<br>*email failed* | E-mail |
| 27059 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, SCHRAGEP@SEC.GOV | E-mail |
| 27059 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, CFLETTERS@SEC.GOV | E-mail |
| 27059 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), ESUTTY@BAYARDFIRM.COM | E-mail |
| 27059 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), MAUGUSTINE@BAYARDFIRM.COM | E-mail |
| 27059 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), NGLASSMAN@BAYARDFIRM.COM | E-mail |
| 27059 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, ELLEN.SLIGHTS@USDOJ.GOV | E-mail |
| 27059 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, GLS@VERSAFUND.COM | E-mail |
| 27059 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, PHALPERN@VERSAFUND.COM | E-mail |
| 27059 | VERSA CAPITAL MANAGEMENT, INC , PAUL HALPERN & DAVID LORRY, PHALPERN@VERSAFUND.COM | E-mail |
| 27059 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, DLORRY@VERSAFUND.COM<br>*email failed* | E-mail |
| 27059 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), TSCOBB@VSSP.COM | E-mail |
| 27059 | W B DONER & COMPANY, KEVIN WEINMAN, KWEINMAN@DONERUS.COM | E-mail |
| 27059 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN, (RE: SPANCO TELESYSTEMS & SOLUTIONS), DSTEIN@WILENTZ.COM | E-mail |
| 27059 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), DSTEIN@WILENTZ.COM | E-mail |
| 27059 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), FMONACO@WCSR.COM | E-mail |
| 27059 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), KMANGAN@WCSR.COM | E-mail |
| 27059 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), EMORTON@YCST.COM | E-mail |
| 27059 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), EKOSMOWSKI@YCST COM | E-mail |
| 27059 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), RBRADY@YCST.COM | E-mail |

**Subtotal for this group: 55**