# EXHIBIT C

**Exhibit C - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27053 | ACTION WIRELESS, INC, 515-171 WEST ESPLANADE, NORTH VANCOUVER, BC, V7M 3J9 CANADA | DHL Overnight |
| 27053 | ACTION WIRELESS, INC., 12603 SW FREEWAY 575, STAFFORD, TX, 77477 | DHL Overnight |
| 27053 | ATLAS WEB GROUP INC, PO BOX 76, WANTAGH, NY, 11793 | USPS Express Mail |
| 27053 | BELLAIR COMMUNICATIONS, 4268 ERIE AVENUE NW, NAVARRE, OH, 44662-9664 | DHL Overnight |
| 27053 | BLUE BARGAIN INC, 416 MCGROARTY ST, SAN GABRIEL, CA, 91776 | DHL Overnight |
| 27053 | BUSINESS COMMUNICATION ASSOC, 800 2ND AVE NW, CULLMAN, AL, 35055 | DHL Overnight |
| 27053 | CUSTOMER STREAM, | USPS Express Mail |
| 27053 | ENCORE MARKETING, 71 S 20TH ST, SUITE 122, BATTLE CREEK, MI, 49015 | DHL Overnight |
| 27053 | ENCORE MARKETING ASSOCIATES, INC, PO BOX 769237, ROSWELL, GA, 30076-8217 | USPS Express Mail |
| 27053 | FON CENTRAL.COM, 200 SAWMILL RIVER RD, HAWTHORNE, NY, 10532 | DHL Overnight |
| 27053 | FONCENTRAL.COM, C/O POISE MEDIA INC, 9301 PEPPERCORN PLACE, LARGO, MD, 20774 | DHL Overnight |
| 27053 | I BUY DIGITALCOM INC, RARITAN CENTER BUSINESS PARK, 298 FERNWOOD AVE BLDG B, EDISON, NJ, 08837 | DHL Overnight |
| 27053 | I CONNEXION, LLC, 410 PARK AVENUE, 15TH FLOOR, NEW YORK, NY, 10022 | DHL Overnight |
| 27053 | IBUYDIGITAL.COM INC., 2931 AVENUE S, BROOKLYN, NY, 11229 | DHL Overnight |
| 27053 | ICONNEXION LLC, 55 W 39TH ST, NEW YORK, NY, 10018 | DHL Overnight |
| 27053 | IKOMPANIA, 705 S NOAH TEN-MOUNT, PROSPECT, IL, 60056 | DHL Overnight |
| 27053 | LEAPLAB, 1640 S STAPLEY DR, MESA, AZ, 85204 | DHL Overnight |
| 27053 | LEAPLAB GROUP, 3100 W RAY ROAD, SUITE 300, CHANDLER, AZ, 85226 | DHL Overnight |
| 27053 | MAIL GRAVITY, 336 W 37TH ST, 12TH FLOOR, NEW YORK, NY, 10018 | DHL Overnight |
| 27053 | MAIL GRAVITY (GRAVITYMAIL), 2820 WALTON COMMONS WEST, SUITE 123, MADISON, WI, 53718 | DHL Overnight |
| 27053 | NEXT LEVEL CELLULAR LLC, 11 JEFFERSON AVENUE SE, GRAND RAPIDS, MI, 49503 | DHL Overnight |
| 27053 | QCORPS, 4888 LOOP CENTRAL DRIVE, SUITE 950, HOUSTON, TX, 77081 | DHL Overnight |
| 27053 | QCORPS, 4888 LOOP CENTRAL DR, SUITE 200, HOUSTON, TX, 77081 | DHL Overnight |
| 27053 | TREO CENTRAL, AXEL LTD, DBA TREO CENTRAL, 1503 SW 84TH TERRACE, GAINSVILLE, FL, 32607 | DHL Overnight |
| 27053 | TREO CENTRAL, 3151 E THOMAS STREET, INVERNESS, FL, 34453 | DHL Overnight |
| 27053 | XALIENT LLC, 2308 SILVER MAPLE COURT, INDIANAPOLIS, IN, 46222 | DHL Overnight |

Subtotal for this group: 26