**EXHIBIT D**

## Exhibit D - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27070 | 1 VOICE WORLDWIDE, SUITE 200, 1770 INDIAN TRAIL ROAD, NORCROSS, GA, 30093 | DHL Overnight |
| 27070 | 1 VOICE WORLDWIDE, 1770 INDIAN TRAIL RD, SUITE 200, NORCROSS, GA, 30093 | DHL Overnight |
| 27070 | AACOM, 5550 EXECUTIVE BLVD, AMERICAN ASSC COLLEGES OF MED, CHEVY CHASE, MD, 20815 | DHL Overnight |
| 27070 | AACOM, AMERICAN ASSC COLLEGES OF MED, 5550 EXECUTIVE BLVD STE 310, CHEVY CHASE, MD, 20815 | DHL Overnight |
| 27070 | ABES ELECTRONIC CENTER, 1957 CONEY ISLAND AVE, NEW YORK, NY, 12233 | DHL Overnight |
| 27070 | ABT ELECTRONICS, ABT ELECTRONICS, 1200 MILWAUKEE AVE, GLENVIEW, IL, 60026 | DHL Overnight |
| 27070 | ACTIVE RESPONSE LLC, PO BOX 12105, BIRMINGHAM, AL, 35202 | USPS Express Mail |
| 27070 | AD CHARLES INC, 1504 - A ALAMEDA AVE, BURBANK, CA, 91506 | DHL Overnight |
| 27070 | ADVANCED WIRELESS CONCEPTS, 289 S ROBERTSON BLVD, SUITE 315, BEVERLY HILLS, CA, 90211 | DHL Overnight |
| 27070 | AFRICAN AMERICAN TELECOM, 2851 WILKES COURT, MACON, GA, 31217 | DHL Overnight |
| 27070 | AIRTIME WIRELESS LLC, 621 LYNN HAVEN LANE, HAZELWOOD, MO, 63042 | DHL Overnight |
| 27070 | AJ PRO DBA IVGENI STATKEVICH, JASON TRUMAN, 5000 -12A ST SE, CALGAR, AB T2G 5K9 CANADA | DHL Overnight |
| 27070 | ALCHEMY DIGITAL SOLUTIONS INC, 38 E RIDGEWOOD AVE # 276, RIDGEWOOD, NJ, 07450 | DHL Overnight |
| 27070 | ALL THE MEDIA, INC., PO BOX 20385, LOUISVILLE, KY, 40250 | USPS Express Mail |
| 27070 | ALL THE MEDIA, INC., MUSTAPHA EL HALYANI, OWNER, POST OFFICE BOX 20385, LOUISVILLE, KY, 40250 | USPS Express Mail |
| 27070 | ALLCONNECT, 4 CONCOURSE PARKWAY, ATLANTA, GA, 30328 | DHL Overnight |
| 27070 | AME INC, PO BOX 40337, DOWNEY, CA, 90239 | USPS Express Mail |
| 27070 | AMERIPLAN USA, 5700 DEMOCRACY DR, PIANO, TX, 75024 | DHL Overnight |
| 27070 | AMERIPLAN USA, 5700 DEMOCRACY DRIVE, PLANO, TX, 75024 | DHL Overnight |
| 27070 | AMTXTEL COMPANY INC, 26 ACONBURY DR, FAIRPORT, NY, 14450 | DHL Overnight |
| 27070 | ANDERSON COMMUNICATIONS, 1417 14TH ST, MONETT, MO, 65708 | DHL Overnight |
| 27070 | ANYA CORP LLC, 15 PLANT ST, CUMBERLAND, RI, 02864 | DHL Overnight |
| 27070 | ARENA KOM, COMPLEX HIPODRUMA BL 109, VB3 AB17, SOFIA, 1612 BULGARIA | DHL Overnight |
| 27070 | ARENA KOM, VB3 AB17, SOFIA 1612, COMPLEX HIPODRUMA, BL 109 BULGARIA | DHL Overnight |
| 27070 | ATSIVA, 2245 AZALEA DR, ROSWELL, GA, 30075 | DHL Overnight |
| 27070 | AUDIO COMPANY OF NEW JERSEY, 935 WOODLAND AVE, ORADELL, NJ, 07649 | DHL Overnight |
| 27070 | BEACH TRADING CO, 80 CARTER DR, EDISON, NJ, 08817 | DHL Overnight |
| 27070 | BEACH TRADING COMPANY, 80 CARTER DRIVE, EDISON, NJ, 08817 | DHL Overnight |
| 27070 | BEARCOM, 4009 DISTRIBUTION DR, SUITE # 200, GARLAND, TX, 75041 | DHL Overnight |
| 27070 | BEARCOM, INC., SUITE 200, 4009 DISTRIBUTION DRIVE, GARLAND, TX, 75041 | DHL Overnight |
| 27070 | BENS BARGAINS NET LLC, PO BOX 190816, SAN FRANCISCO, CA, 94109-0816 | USPS Express Mail |
| 27070 | BETTER BILLS, ATTN: ELIZABETH MARKERT, 250 PHARR RD, ATLANTA, GA, 30305 | DHL Overnight |
| 27070 | BIG PLANET, ATTN: ACCOUNTS RECEIVABLE, 75 WEST CENTER ST, PROVO, UT, 84601 | DHL Overnight |
| 27070 | BIZTEON, 2310 RACHEL TERR, PINE BROOK, NJ, 07058 | DHL Overnight |
| 27070 | BLESSED HOPE COMMUNICATIONS, PO BOX 892131, OKLAHOMA CITY, OK, 73189-2131 | USPS Express Mail |
| 27070 | BLUE FIRE LLC, 94-484 HIAPAIOLE LP, WAIPAHU, HI, 96797 | DHL Overnight |
| 27070 | BOUNDLESS COMMUNICATIONS, INC., 1006-C FLORIDA AVE. NE, WASHINGTON, DC, 20002 | DHL Overnight |
| 27070 | CARBON-FIBER-PRODUCTS.COM, 3050 PEMBROKE CIRCLE, CORONA, CA, 92879 | DHL Overnight |
| 27070 | CARECLICKS, 38 CENTER RD, MAKOPAC, NY, 10541 | DHL Overnight |
| 27070 | CBS TELECOM INC, 6 WHISON RD, BRIAR CLIFF, NY, 10510-1331 | DHL Overnight |
| 27070 | CELL PHONE DIGEST, 1487 BOGOTA WAY, JONESBORO, GA, 30236 | DHL Overnight |
| 27070 | CELLULAR CONCEPTS MARKETING GROUP, 3708 BROOKSIDE CT, GRAYSLAKE, IL, 60030 | DHL Overnight |
| 27070 | CELLULARACCESSORY.COM, INC., #114, 5445 OCEANUS DRIVE, HUNTINGTON BEACH, CA, 92649 | DHL Overnight |
| 27070 | CELLULARACCESSORYCOM INC, 5445 OCEANUS DR, #114, HUNTINGTON BEACH, CA, 92649 | DHL Overnight |
| 27070 | CHAMPION COMMUNICATIONS, 225 S PLEASANTBURG DR STE E1, GREENVILLE, SC, 29607-2533 | DHL Overnight |
| 27070 | CHEAPCELLPHONES, 44 WRIGHT BLVD, HOPEWELL JUNCTION, NY, 12533 | DHL Overnight |
| 27070 | CHEAPERCELL, LLC, 272 BINGHAM CT, TOMSTOCK PARK, MI, 49321 | DHL Overnight |

InPhonic, Inc.

**Exhibit D - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 27070 | CHOI CHEW COMPANY, 31-65 138 ST APT 5K, FLUSHING, NY, 11354 | DHL Overnight |
| 27070 | CLARIA CORP FKA THE GATOR CORP, ATTN: ACCOUNTS RECEIVABLE, 555 BROADWAY ST, REDWOOD, CA, 94063 | DHL Overnight |
| 27070 | COMPUSA INC., BRIAN WOODS, EVP & GMM, 14951 NORTH DALLAS PARKWAY, DALLAS, TX, 75254 | DHL Overnight |
| 27070 | COMPUSA INC., ATTN  SHAWN THOELE, 14951 NORTH DALLAS PARKWAY, DALLAS, TX, 75254 | DHL Overnight |
| 27070 | COMPUTER 21 LLC, 105 PARKVIE DR, SCOTT CITY, MO, 63780 | DHL Overnight |
| 27070 | COMPUTER 21, LLC, 105 PARKVIEW DRIVE, SCOTT CITY, MO, 63780 | DHL Overnight |
| 27070 | COMPUTER NERDS INT'L, 2680 NE 188TH STREET, MIAMI, FL, 33180 | DHL Overnight |
| 27070 | COMPUTER NERDS INT'L, 2680 NE 188TH ST, MIAMI, FL, 33180 | DHL Overnight |
| 27070 | CONSULTING.COM, 415 PARKSIDE CT, COPIAGUE, NY, 11726 | DHL Overnight |
| 27070 | COOL CELLULAR DEALS, 10321 KILMARNOCK DR, AUSTIN, TX, 78726 | DHL Overnight |
| 27070 | COOL SMART PHONE, 4 LEAM DRIVE, BURNTWOOD, WS7 9JG UNITED KINGDOM | DHL Overnight |
| 27070 | CORDLESS WORKZ, SUITE 200, 1135 KILDAIRE FARM ROAD, CARY, NC, 27511 | DHL Overnight |
| 27070 | CORDLESS WORKZ, 1135 KILDAIRE FARM RD, SUITE 200, CARY, NC, 27511 | DHL Overnight |
| 27070 | CREDIT MANAGEMENT GROUP, TOWER 1, SUITE 3500, 2000 S COLORADO BOULEVARD, DENVER, CO, 80222 | DHL Overnight |
| 27070 | CREDIT MANAGEMENT GROUP, 2000 S COLORADO BLVD, TOWER 1 SUITE 3500, DENVER, CO, 80222 | DHL Overnight |
| 27070 | CWCS, C/O MICHAEL ROGERS, 1544 E DANA PL, ORANGE, CA, 92866 | DHL Overnight |
| 27070 | DANIEL YOUNG COMPANY, 23730 107TH PL W, EDMONDS, WA, 98020 | DHL Overnight |
| 27070 | DATAVISION COMPUTER VIDEO INC, 445 5TH AVE, NEW YORK, NY, 10016 | DHL Overnight |
| 27070 | DAVE WILLIAMS & RONNIE A WHITT, 56321 MILLER AVE, MISHAWACA, IN, 46545 | DHL Overnight |
| 27070 | DBA CHEAP STINGY BARGAIN, MICHAEL GLOZMAN, 206 ALMUR LANE, WYNNEWOOD, PA, 19096 | DHL Overnight |
| 27070 | DEALNEWS.COM, 103 MOUNTAIN BROOK BOULEVARD, MADISON, AL, 35758 | DHL Overnight |
| 27070 | DEALNEWS.COM, 103 MOUNTAIN BROOK BLVD, MADISON, AL, 35758 | DHL Overnight |
| 27070 | DEALS OF AMERICA, SANJEEV JAIN, 6 WESTGATE DR SUITE 108, WOBURN, MA, 01801 | DHL Overnight |
| 27070 | DIGITAL INNOVATIONS INC, 2913 AVE P, BROOKLYN, NY, 11229 | DHL Overnight |
| 27070 | DIRECT PAGE INC, 229 S DELSEA DR, VINELAND, NJ, 08360 | DHL Overnight |
| 27070 | DIRECT PAGE, INC., 229 S DELSEA DRIVE, VINELAND, NJ, 08360 | DHL Overnight |
| 27070 | DISCOUNT CELL, 350 WEST 500 SOUTH, PROVO, UT, 84601 | DHL Overnight |
| 27070 | DISCOUNT CELL, 350 W 500 S, PROVO, UT, 84601 | DHL Overnight |
| 27070 | DISCUSS WIRELESS.COM, 240 HIDDEN CREEK RD NW, CALGARY, AB, T3A 6L1 CANADA | DHL Overnight |
| 27070 | DLD2000COM LLC, 9707 ROUTTS HILL RD, WARRENTON, VA, 20186 | DHL Overnight |
| 27070 | DM OFFERS INC, 4100 N 41ST CT, HOLLYWOOD, FL, 33021-1822 | DHL Overnight |
| 27070 | EAS MARKETING, 17 E 15TH AVE, HUTCHINSON, KS, 67501 | DHL Overnight |
| 27070 | ECATCHER INC, 110 S POPLAR ST, SUITE 103, WILMINGTON, DE, 19801 | DHL Overnight |
| 27070 | ECATCHER, INC., SUITE 103, 110 S POPLAR STREET, WILMINGTON, DE, 19801 | DHL Overnight |
| 27070 | ECHEN INC, 1750 OLD CANYON DR, HACIENDA HEIGHTS, CA, 91745 | DHL Overnight |
| 27070 | ECHEN, INC., 1750 OLD CANYON DRIVE, HACIENDA HEIGHTS, CA, 91745 | DHL Overnight |
| 27070 | ECHOSTAR SATELLITE, 9601 S MERIDIAN BLVD, ENGLEWOOD, CO, 80112 | DHL Overnight |
| 27070 | ECHOSTAR SATELLITE LLC, DIRECTOR OF RETAIL SERVICES, PO BOX 6627, ENGLEWOOD, CO, 80155 | USPS Express Mail |
| 27070 | ECHOSTAR SATELLITE LLC, DIRECTOR OF RETAIL SERVICES, 9601 SOUTH MERIDIAN BOULEVARD, ENGLEWOOD, CO, 80112 | DHL Overnight |
| 27070 | ECHOSTAR SATELLITE LLC, DAVID K MOSKOWITZ, EXEC. VP, GEN COUNSEL & SECY, PO BOX 6655, ENGLEWOOD, CO, 80155 | USPS Express Mail |
| 27070 | ECOSTCOM INC, PO BOX 951880, DALLAS, TX, 75395-1880 | USPS Express Mail |
| 27070 | EDEALINFO.COM, INC , 39189 HORTON DRIVE, FARMINGTON HILLS, MI, 48331 | DHL Overnight |
| 27070 | EDEALINFOCOM INC, 39189 HORTON DR, FARMINGTON HILLS, MI, 48331 | DHL Overnight |
| 27070 | EENVISIONS, 17431 AMBAUM BLVD S, #D8, BURIEN, WA, 98148 | DHL Overnight |
| 27070 | EFORCITY, 12339 DENHOLM DR, EL MONTE, CA, 91732 | DHL Overnight |

InPhonic, Inc.

**Exhibit D - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27070 | EFORCITY, 12339 DENHOLM DRIVE, EL MONTE, CA, 91732 | DHL Overnight |
| 27070 | EGIZMO, 70 MIDDLE NECK RD, SUITE 5, GREAT NECK, NY, 11021 | DHL Overnight |
| 27070 | EGIZMO, SUITE 5, 70 MIDDLE NECK ROAD, GREAT NECK, NY, 11021 | DHL Overnight |
| 27070 | ELEPHANT WIRELESS, ATTN: KURT SCHRAMM, 120 MCGAW ST, EDISON, NJ, 08837 | DHL Overnight |
| 27070 | EMERICK TELECOM BROKERAGE, 151 MORRISON DR, PITTSBURGH, PA, 15216 | DHL Overnight |
| 27070 | ENTERTAINMENT PUBLICATIONS INC, PO BOX 7067, TROY, MI, 48007-7067 | USPS Express Mail |
| 27070 | ESTARNETWORK, LLC, ATTN: BILL BERGFELD, PO BOX 558, CONROE,, TX, 77305 | USPS Express Mail |
| 27070 | ETRONICS INC., 216 MASPETH AVE., BROOKLYN, NY, 11211 | DHL Overnight |
| 27070 | EVERYTHING TREO, SMART PHONE RESOURCE, INC., 2285 MATTITUCK AVENUE, SEAFORD, NY, 11783 | DHL Overnight |
| 27070 | EVERYTHING TREO, SMART PHONE RESOURCE INC, 2285 MATTITUCK AVE, SEAFORD, NY, 11783 | DHL Overnight |
| 27070 | FABULOUSSAVINGS.COM, UNIT 18, 1122 FINCH AVENUE WEST, TORONTO, ON, M3J3J5 CANADA | DHL Overnight |
| 27070 | FABULOUSSAVINGS.COM, 1122 FINCH AVE W, UNIT 18, TORONTO, ON, M3J 3J5 CANADA | DHL Overnight |
| 27070 | FAMILY VIDEO MOVIE CLUB INC, 2500 LEHIGH AVE, GLENVIEW, IL, 60026 | DHL Overnight |
| 27070 | FINANCIAL DESTINATION, INC, 15 E BROADWAY, DENY, NH, 03038 | DHL Overnight |
| 27070 | FINANCIAL DESTINATION, INC., 15 EAST BROADWAY, DERRY, NH, 03038 | DHL Overnight |
| 27070 | FINGERHUT DIRECT MARKETING INC, ATTN: BEV CAMPBELL, 7777 GOLDEN TRIANGLE DR, EDEN PRAIRIE, MN, 55344 | DHL Overnight |
| 27070 | FIONDA COMMUNICATIONS LLC, 7 W FIGUEROA ST, SANTA BARBARA, CA, 93117 | DHL Overnight |
| 27070 | FIONDA COMMUNICATIONS, LLC, 7 WEST FIGUEROA STREET, SANTA BARBARA, CA, 93117 | DHL Overnight |
| 27070 | FON MEDIA, SUITE 2601, 1370 AVENUE OF AMERICAS, NEW YORK, NY, 10019 | DHL Overnight |
| 27070 | FON MEDIA, 1370 AVE OF AMERICAS, SUITE 2601, NEW YORK, NY, 10019 | DHL Overnight |
| 27070 | FOUND CORPORATION, PO BOX 1025, 4715 ROANOKE WAY, NAGS HEAD, NC, 27959 | USPS Express Mail |
| 27070 | FOUND CORPORATION, 4715 ROANOKE WAY, PO BOX 1025, NAGS HEAD, NC, 27959 | USPS Express Mail |
| 27070 | FREE PHONE MADNESS, JAY ROBINSON, PO BOX 3463, QUARTZ HILL, CA, 93586 | USPS Express Mail |
| 27070 | FREE PHONE MADNESS, JAY ROBINSON, P O. BOX 3463, QUARTZ HILL, CA, 93586 | USPS Express Mail |
| 27070 | FREE PHONE MADNESS, 5511 HARMONY LANE, LANCASTER, CA, 93536-4413 | DHL Overnight |
| 27070 | GAIN AMERICA, #2325, 672 SIESTA KEY CIRCLE, DEERFIELD BEACH, FL, 33441 | DHL Overnight |
| 27070 | GAIN AMERICA, 672 SIESTA KEY CIRCLE, #2325, DEERFIELD BEACH, FL, 33441 | DHL Overnight |
| 27070 | GARTH MOBILE, PO BOX 329, GLADSTONE, NJ, 07934 | USPS Express Mail |
| 27070 | GEO TELECOM INC, 11111 RICHMOND AVE, SUITE 220, HOUSTON, TX, 77082 | DHL Overnight |
| 27070 | GET YOUR TECH, 53 AMARA LANE, WESTHAMPTON, NJ, 08060 | DHL Overnight |
| 27070 | GIGABARGAINS.COM, APOGEE INC, 2322 N BATAVIA ST UNIT #105, ORANGE, CA, 92805 | DHL Overnight |
| 27070 | GMB DIRECT, 305 MADISON AVE, STE 449, NEW YORK, NY, 10165 | DHL Overnight |
| 27070 | GO ELECTRONIC, PO BOX 1864, LAKE OSWEGO, OR, 97035-0609 | USPS Express Mail |
| 27070 | GRAVITY ADVANCED SYSTEMS LLC, 1290 PINE RIDGE CIRCLE E, #A2, TARPON SPRINGS, FL, 34688 | DHL Overnight |
| 27070 | GRAVITY ADVANCED SYSTEMS LLC, DBA PHONE A, 1290 PINE RIDGE CIRCLE E #A2, TARPON SPRINGS, FL, 34688 | DHL Overnight |
| 27070 | HARRIS COMMUNICATIONS INC, 15155 TECHNOLOGY DR, EDEN PRAIRIE, MN, 55347 | DHL Overnight |
| 27070 | HARRIS COMMUNICATIONS INC., 15155 TECHNOLOGY DRIVE, EDEN PRAIRIE, MN, 55347 | DHL Overnight |
| 27070 | HELLO DIRECT INC, 75 NORTHEASTERN BLVD, NASHUA, NH, 03062 | DHL Overnight |
| 27070 | HIGH TECH WIRELESS, 162-01 JAMAICA AVE, JAMAICA, NY, 11432 | DHL Overnight |
| 27070 | HYDRAMEDIA, 8800 WLLSHIRE BLVD, 2ND FLOOR, BEVERLY HILLS, CA, 90211 | DHL Overnight |
| 27070 | IBN TELECOM, 10226 BLAKE LN, OAKTON, VA, 22124 | DHL Overnight |
| 27070 | IBN TELECOM, 10226 BLAKE LANE, OAKTON, VA, 22124 | DHL Overnight |
| 27070 | ILANA MICHELSON, DAVID MIZRACHI, 22 REHOVOT, 76531 | USPS Express Mail |
| 27070 | IMPACT TELECOM LLC, 7200 S ALTON WAY SUITE B260, CENTENNIAL, CO, 80012 | DHL Overnight |
| 27070 | INFOMEDIA INC, 1151 EAGLE DR, SUITE 325, LOVELAND, CO, 80537 | DHL Overnight |
| 27070 | INFOMEDIA, INC., SUITE 325, 1151 EAGLE DR, LOVELAND, CO, 80537 | DHL Overnight |
| 27070 | INTEGRALNET MARKETING INC, 4171 W HILLSBORO BLVD, SUITE #4, COCONUT CREEK, FL, 33073 | DHL Overnight |

**Exhibit D - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27070 | INTEGRITY COMMUNICATIONS AND UTILITIES, GREG HOLLAND, PO BOX 14, LIMEPORT, PA, 18060 | USPS Express Mail |
| 27070 | INTELISYS CORPORATION, 1318 REDWOOD WAY SUITE 120, PETALUMA, CA, 94954 | DHL Overnight |
| 27070 | JAETER CORPORATION, 2480 WINFIELD AVENUE, GOLDEN VALLEY, MN, 55422 | DHL Overnight |
| 27070 | JAETER CORPORATION, 2480 WINFIELD AVE, GOLDEN VALLEY, MN, 55422 | DHL Overnight |
| 27070 | JIREHCOMM MARKETING SOLUTIONS, STE 166, 1006 W TAFT, SAPULPA, OK, 74066 | DHL Overnight |
| 27070 | JIREHCOMM MARKETING SOLUTIONS, 1006 W TAFT, STE 166, SAPULPA, OK, 74066 | DHL Overnight |
| 27070 | KOOLPHONE, 3933 WISTERIA LANE, FORT WORTH, TX, 76137 | DHL Overnight |
| 27070 | LANGLEY INTERNET DEVELOPMENT INC, 4400 ANDREWS HWY, SUITE 503, MIDLAND, TX, 79703 | DHL Overnight |
| 27070 | LEAD CLICK MEDIA, 343 SANSOME ST, SUITE 800, SAN FRANCISCO, CA, 94104 | DHL Overnight |
| 27070 | LG ELECETRONICS MOBILECOMM USA INC, ATTN: ACCOUNTS PAYABLE, 10225 WILLOW CREEK RD, SAN DIEGO, CA, 92131 | DHL Overnight |
| 27070 | LG ELECETRONICS MOBILECOMM, USA INC, ATTN: ACCOUNTS PAYABLE, 10225 WILLOW CREEK ROAD, SAN DIEGO, CA, 92131 | DHL Overnight |
| 27070 | MANNATECH INC, 600 S ROYAL LANE, SUITE 200, COPPELL, TX, 75019 | DHL Overnight |
| 27070 | MANNATECH, INC., SUITE 200, 600 S ROYAL LANE, COPPELL, TX, 75019 | DHL Overnight |
| 27070 | MATCHBOXES.COM LLC, #1109, 320 E 42ND STREET, NEW YORK, NY, 10017 | DHL Overnight |
| 27070 | MATCHBOXESCOM LLC, 320 E 42ND ST, #1109, NEW YORK, NY, 10017 | DHL Overnight |
| 27070 | MEZI MEDIA, 103 E LEMON AVE, MONROVIA, CA, 91016 | DHL Overnight |
| 27070 | MOBILECOM CO INC, 1336 E 7TH ST, BROOKLYN, NY, 11230 | DHL Overnight |
| 27070 | MOBILECOM INC, 5936 LIMESTONE RD, SUITE 101, HOCKESSIN, DE, 19707 | DHL Overnight |
| 27070 | MOBILEDIA CORPORATION, 6015 DRUM TAPS COURT, CLARKSVILLE, MD, 21029 | DHL Overnight |
| 27070 | MOBILEWHACK.COM, 76 WONGAWOLLAN RD, HEIGHTS, QLD, 04271 AUSTRALIA | DHL Overnight |
| 27070 | MOBITVCOM/IDETICCOM, 2855 TELEGRAPH AVE, SUITE 510, BERKELEY, CA, 94705 | DHL Overnight |
| 27070 | MONEY MAILER, 12131 WESTERN AVE, GARDEN GROVE, CA, 92841 | DHL Overnight |
| 27070 | MOTIVANO, 10TH FLOOR, 230 PARK AVENUE, NEW YORK, NY, 10169 | DHL Overnight |
| 27070 | MOTIVANO, 230 PARK AVE, 10TH FLOOR, NEW YORK, NY, 10169 | DHL Overnight |
| 27070 | MP SUPERSTORE, 3126 AVE U, BROOKLYN, NY, 11229 | DHL Overnight |
| 27070 | MTDN HOLDINGS LLC, TADD ROSENFELD, 1000 WEST AVE SUITE 622, MIAMI BEACH, FL, 33139 | DHL Overnight |
| 27070 | MTDN HOLDINGS, LLC, ATTN: TADD ROSENFELD, 1000 WEST AVENUE, SUITE 622, MIAMI BEACH, FL, 33139 | DHL Overnight |
| 27070 | MY CELL PHONE CHOICE, 319 W THIRD ST, MONTICELLO, MN, 55362 | DHL Overnight |
| 27070 | MY CELL PHONE CHOICE, 319 WEST THIRD STREET, MONTICELLO, MN, 55362 | DHL Overnight |
| 27070 | MZ IMPORTS, L C, DBA CRYTON ELECTRONICS, 22807 HESLIP, NOVI, MI, 48375 | DHL Overnight |
| 27070 | NEILUX GROUP, 27068 LA PAZ RD, SUITE 107, LAGUNA HILLS, CA, 92656 | DHL Overnight |
| 27070 | NEILUX GROUP, SUITE 107, 27068 LA PAZ ROAD, LAGUNA HILLS, CA, 92656 | DHL Overnight |
| 27070 | NETSHELTER INC, 8500 LESLIE ST, SUITE 520, THORNHILL, ON, L3T 7M8 CANADA | DHL Overnight |
| 27070 | NEW EMPIRE MOBILE INC, 531 WHITE PLAINS RD, BRONX, NY, 10473 | DHL Overnight |
| 27070 | NEXX INC, 7730 W CHEYENNE AVE, SUITE 110, LAS VEGAS, NV, 89129 | DHL Overnight |
| 27070 | NIGHT & WEEKEND FREE LLC, 860 BROAD ST, SUITE 120, EMMAUS, PA, 18049 | DHL Overnight |
| 27070 | NO WIRES REQUIRED INC, 7 WILLIAM DR, ROCKAWAY, NJ, 07866 | DHL Overnight |
| 27070 | OCENTURE, PO BOX 1559, PONTE VERDA BEACH, FL, 32004 | USPS Express Mail |
| 27070 | ONE STOP WIRELESS SHOP, 1954 DOVE DRAKE RD, ROYSTON, GA, 30662 | DHL Overnight |
| 27070 | ONPOINT INC, 224A ATLANTIC AVE, BROOKLYN, NY, 11201 | DHL Overnight |
| 27070 | ONSALE INC, 2555 W 190TH ST, TORRANCE, CA, 90504 | DHL Overnight |
| 27070 | PAGEMASTER INC, 100 E THOUSAND OAKS BLVD, #297, THOUSAND OAKS, CA, 91360 | DHL Overnight |
| 27070 | PAGEMASTER, INC., #297, 100 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91360 | DHL Overnight |
| 27070 | PALACER, 95-39 112TH ST, SOUTH RICHMOND HILL, NY, 11419 | DHL Overnight |
| 27070 | PC MALL SALES, INC., | USPS Express Mail |
| 27070 | PDA GROOVE, 657 WATER OAK DR, PIANO, TX, 75025 | DHL Overnight |
| 27070 | PDA GROOVE, 657 WATER OAK DRIVE, PLANO, TX, 75025 | DHL Overnight |

## Exhibit D - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27070 | PHONE SALES USA, 1332 TOWNSHIP LINE RD, CHALFONT, PA, 18914 | DHL Overnight |
| 27070 | PHONE SCOOP, RICHARD A BROME, 636 PINE ST, PHILADELPHIA, PA, 19106 | DHL Overnight |
| 27070 | PRICERUNNER, 30699 RUSSELL RANCH RD, WESTLAKE VILLAGE, CA, 91362 | DHL Overnight |
| 27070 | PRICERUNNER, 30699 RUSSELL RANCH ROAD, WESTLAKE VILLAGE, CA, 91362 | DHL Overnight |
| 27070 | QUICK PROCESS LLC, 3901 CHANTILLY DR, SUITE W, CHANTILLY, VA, 20151 | DHL Overnight |
| 27070 | RITZ INTERACTIVE INC, 2010 MAIN ST, IRVINE, CA, 92614 | DHL Overnight |
| 27070 | RITZ INTERACTIVE, INC., 2010 MAIN STREET, IRVINE, CA, 92614 | DHL Overnight |
| 27070 | RKL CONSULTING SERVICES INC, 180 CYPRESS CLUB DR, SUITE 830, POMPANO BEACH, FL, 33060 | DHL Overnight |
| 27070 | RYAN RUSSELL INVESTMENT, INC., RYAN RUSSELL, PRESIDENT, 226 ASHLAND DRIVE, SAN ANTONIO, TX, 78218 | DHL Overnight |
| 27070 | RYAN RUSSELL INVESTMENTS, 226 ASHLAND DR, SAN ANTONIO, TX, 78218 | DHL Overnight |
| 27070 | SANYO FISHER COMPANY, 21605 PLUMMER ST, CHATSWORTH, CA, 91311 | DHL Overnight |
| 27070 | SANYO FISHER COMPANY, 21605 PLUMMER STREET, CHATSWORTH, CA, 91311 | DHL Overnight |
| 27070 | SIONIC LLC, 513 2ND AVE S, KIRKLAND, WA, 98033 | DHL Overnight |
| 27070 | SMART CHOICE CELLULAR, 4550 PLANTERS HILL DR, POWDER SPRINGS, GA, 30127 | DHL Overnight |
| 27070 | SMARTPRICECOM INC, 8830 BUSINESS PARK, SUITE 200, AUSTIN, TX, 78759 | DHL Overnight |
| 27070 | SONOPIA CORPORATION, 1370 WILLOW RD, MENLOPARK, CA, 94025 | DHL Overnight |
| 27070 | STAFFING LAB INC, 710 E OGDEN AVE, #320, NAPERVILLE, IL, 60563 | DHL Overnight |
| 27070 | STAPLES, ATTN: JESSICA FORZESE, 500 STAPLES DRIVE, FRAMINGHAM, MA, 01702 | DHL Overnight |
| 27070 | STAPLES, DIR MERCH AND CONTROL, 500 STAPLES DR, FRAMINGHAM, MA, 01702 | DHL Overnight |
| 27070 | STAPLES, ATTN: JESSICA FORZESE, 500 STAPLES DR, FRAMINGHAM, MA, 01702 | DHL Overnight |
| 27070 | STATEWIDE INTERNET, SUITE 9, 7676 N FRESNO STREET, FRESNO, CA, 93720 | DHL Overnight |
| 27070 | STATEWIDE INTERNET, 7676 N FRESNO ST, SUITE 9, FRESNO, CA, 93720 | DHL Overnight |
| 27070 | STRANGE GIFTS, 1209 HENRIETTA, PEKIN, IL, 61554 | DHL Overnight |
| 27070 | STRANGE GIFTS, 220 D ST, PEKIN, IL, 61554 | DHL Overnight |
| 27070 | SWITCH-MOBILE, 200 E 32ND ST, SUITE 33C, NEW YORK, NY, 10016 | DHL Overnight |
| 27070 | TELEBAY INC/BRAD EDWARDS, 411 S BOWIE DR, WEATHERFORD, TX, 76086 | DHL Overnight |
| 27070 | TELEBAY, INC., BRAD EDWARDS, VP, 702 B CLINTON BLVD, CLINTON, MS, 39056 | DHL Overnight |
| 27070 | TELEBAY, INC./BRAD EDWARDS, 411 SOUTH BOWIE DR, WEATHERFORD, TX, 76086 | DHL Overnight |
| 27070 | TELEBRIGHT CORP, 1700 RESEARCH BLVD, SUITE 240, ROCKVILLE, MD, 20850 | DHL Overnight |
| 27070 | TELEBRIGHT CORP, SUITE 240, 1700 RESEARCH BLVD, ROCKVILLE, MD, 20850 | DHL Overnight |
| 27070 | TELENAV INC, 2975 SAN YSIDRO WAY, SANTA CLARA, CA, 95951 | DHL Overnight |
| 27070 | TELEPHONE ROAD, 56-A CHURCH RD, ARNOLD, MD, 21012 | DHL Overnight |
| 27070 | TEPTRONICS INC, 29 W 27TH ST, NEW YORK, NY, 10001 | DHL Overnight |
| 27070 | TOTALLYCELLPHONES.COM, 41 RESTON WAY, LANDERA RANCH, CA, 92694 | DHL Overnight |
| 27070 | TROUVE MEDIA, 433 AIRPORT BLVD, SUITE 550, BURLINGAME, CA, 94010 | DHL Overnight |
| 27070 | TURNER AD SALES, PO BOX 532448, ATLANTA, GA, 30353-2448 | USPS Express Mail |
| 27070 | ULTIMATE CELL, 16746 37TH AVE NE, SEATTLE, WA, 98155 | DHL Overnight |
| 27070 | UNITED ONLINE ADVERTISING NETWORK INC, DEPT 0222, PO BOX 120022, DALLAS, TX, 75312-0222 | USPS Express Mail |
| 27070 | UNITED TTY SALES & SERVICE, 21004 BROOKE KNOLLS RD, LAYTONSVILLE, MD, 20882 | DHL Overnight |
| 27070 | US TELEBROKERS (PLANETONE), 9845 E BELL RD, SUITE 130, SCOTTSDALE, AZ, 85260 | DHL Overnight |
| 27070 | US TELEBROKERS (PLANETONE), SUITE 130, 9845 E BELL ROAD, SCOTTSDALE, AZ, 85260 | DHL Overnight |
| 27070 | UTI, 20410 N 19TH AVE, SUITE #200, PHOENIX, AZ, 85027 | DHL Overnight |
| 27070 | VELOCITY VENDING CORPORATION, 12004 BALLS FORD RD, MANASSAS, VA, 20109 | DHL Overnight |
| 27070 | VETERANS ADVANTAGE, 81 HOLLY HILL LANE, GREENWICH, CT, 06830 | DHL Overnight |
| 27070 | VFW, 406 W 34TH STREET, KANSAS CITY, MO, 64111 | DHL Overnight |
| 27070 | VIRGINIA ASSOCIATION OF REALTORS, 10231 TELEGRAPH ROAD, GLEN ALLEN, VA, 23059 | DHL Overnight |
| 27070 | VIRGINIA ASSOCIATION OF REALTORS, 10231 TELEGRAPH RD, GLEN ALLEN, VA, 23059 | DHL Overnight |
| 27070 | VONDIGO LLC, 300 HIGHVIEW AVE, SILVER SPRING, MD, 20901 | DHL Overnight |

InPhonic, Inc.

## Exhibit D - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 27070 | WEB SEARCH ENGINES.COM, 25-14 35TH AVE, ASTORIA, NY, 11106 | DHL Overnight |
| 27070 | WEBCLIENTSNET, 2201 N FRONT ST, HARRISBURG, PA, 17110 | DHL Overnight |
| 27070 | WESTSIDE CELLULAR, 1160 AVENIDA SOBRING, OCEANSIDE, CA, 92057 | DHL Overnight |
| 27070 | WILDCAT GTEL WIRELESS INC, 29399 AGOURA RD, STE 103, AGOURA HILLS, CA, 91301 | DHL Overnight |
| 27070 | WIRELESS CONSULTANT, 12901 NW 1ST ST, #111, PEMBROKE PINES, FL, 33028 | DHL Overnight |
| 27070 | WIRELESS EMPORIUM, 4040 N PALM ST, SUITE 401, FULLERTON, CA, 92835 | DHL Overnight |
| 27070 | WIRELESS WISE, 112 DICKMAN DR, LAVALLETTE, NJ, 08735 | DHL Overnight |
| 27070 | ZIPZOOM FLY, 38929 CHERRY ST, NEWARK, CA, 94560 | DHL Overnight |

**Subtotal for this group: 242**

InPhonic, Inc