IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| InPhonic, Inc., et al.,[1] | )    **Case No. 07-11666-KG** |
| | )    **(Jointly Administered)** |
| Debtors. | ) |
| | ) |

**AFFIDAVIT OF SERVICE RE:**

Docket    NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT
No. 146    OF CERTAIN UNEXPIRED LEASES AND EXECUTORY
              CONTRACTS AND SALE HEARING

I, Myrtle H. John, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, CA 90245.

2.     I caused the above referenced document to be served on the parties as described in Exhibit A on the date listed in the column headed "Date Of Service" and in the manner as described below:

3.     Parties listed on Exhibit A for which the Date Of Service is listed as November 14, 2007 were served via First Class Mail;

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

4.   Parties listed on Exhibit A for which the Date Of Service is listed as November 17, 2007 were served via First Class Mail that commenced on November 16, 2007 and concluded on November 17, 2007;

5.   Parties listed on Exhibit A for which the Date Of Service is listed as November 20, 2007 were served via Overnight Mail; and

6.   Parties listed on Exhibit A for which the Date Of Service is listed as November 21, 2007 were served via First Class Mail.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December /2, 2007
El Segundo, California

_____
Myrtle H. John

State of California       )
                          ) ss
County of Los Angeles     )

Personally appeared before me on December /2, 2007, Myrtle H. Johnn, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009