# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | **Chapter 11** |
| **IN RE:** | **Case No. 07-11666 (KG)** |
| **INPHONIC, INC., et al.,** | **Jt. Admin.** |
| **DEBTORS.** | **Hearing Date: December 13, 2007, 10 am** |
| | **Related to Docket Nos.: 12, 13, 52, 65, 146 and 229** |

## SUPPLEMENTAL OBJECTION
## OF AT&T TO SALE MOTION

AT&T[1] files this supplemental objection to the sale motion and incorporates the reasoning contained in the Supplemental Objection of Alltel Communications [Docket No. 229], that Section 2.5(a) of the Asset Purchase Agreement providing a 210 day hold period for executory contracts should be disallowed, because the provision is senseless under the terms of the proposed transaction and it amounts to a de facto assumption and assignment of benefits without concomitant burdens.

**WHEREFORE**, AT&T respectfully requests that the Court deny the relief sought by the Debtors in the Sale Motion and grant such other and further relief as is just and proper.

Respectfully submitted this 12th day of December, 2007.

| | |
|---|---|
| /s/ Paul M. Rosenblatt | Christopher D. Loizides (No. 3968) |
| Todd C. Meyers | LOIZIDES, P.A. |
| Georgia Bar No. 503756 | 1225 King Street, Suite 800 |
| Paul M. Rosenblatt | Wilmington, DE 19801 |
| Georgia Bar no. 614522 | Telephone: (302) 654-0248 |
| KILPATRICK STOCKTON LLP | Facsimile: (302) 654-0728 |
| Suite 2800 | |
| 1100 Peachtree Street, N.E. | **Counsel for AT&T** |
| Atlanta, Georgia 30309-4530 | |

---

[1] "AT&T" means collectively AT&T Mobility II, LLC f/k/a Cingular Wireless II, LLC and its affiliates including AT&T, Inc.

US2000 10500155.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by e-mail, this 12th day of December, 2007.

| | |
|---|---|
| Anup Sathy | Andrew Torgove |
| John Schoenfeld | Goldsmith-Agio-Helms |
| Kirkland & Ellis LLP | Lazard Middle Market |
| 200 East Randolph Drive | 11 West 42nd Street-29th Floor |
| Chicago, Illinois  60601 | New York, New York  10036 |
| asathy@kirkland.com | atorgove@agio.com |
| jschoenfeld@kirkland.com | |
| | |
| Thomas R. Califano | Neil B. Glassman |
| DLA Piper US LLP | The Bayard Firm |
| 1251 Avenue of the Americas | 222 Delaware Avenue – Suite 900 |
| New York, New York  10020 | Wilmington, Delaware  19899 |
| Thomas.califano@dlapiper.com | nglassman@bayardfirm.com |

          By: /s/ Paul M. Rosenblatt
              Paul M. Rosenblatt

          KILPATRICK STOCKTON LLP
          1100 Peachtree Street, Suite 2800
          Atlanta, GA  30309
          Telephone:  (404) 815-6321
          Facsimile:  (404) 541-3373

          Counsel for AT&T