# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-11666-KG |
| INPHONIC, INC., et al, | : | Jointly Administered |
| Debtors. | : | **Re: Docket Nos. 12, 13, 52, 146** |
| | : | **and 229** |

### JOINDER OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS TO SUPPLEMENTAL OBJECTION OF ALLTEL COMMUNICATIONS, INC. TO THE DEBTORS' NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND <u>EXECUTORY CONTRACTORS AND SALE HEARING</u>

Cellco Partnership, d/b/a Verizon Wireless ("<u>Verizon Wireless</u>), by and through its undersigned counsel, hereby joins in the arguments set forth in paragraph 4 through 6 of Alltel Communications, Inc.'s ("Alltel") Supplement to Limited Objection (the "Supplemental Objection") to Debtors' Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing filed on December 12, 2007 [Docket No. 229].

WHEREFORE, Verizon Wireless respectfully requests that this Court deny approval of APA to the extent it provides for a 210 day hold period for the Debtor and Adeptio to determine whether to assume or reject the Verizon Wireless agreement and grant such other and further relief as the Court deems just and proper.

017286.01674/21650973v.1

Wilmington, Delaware
Dated:  December 12, 2007                **BLANK ROME LLP**

                                          By:    */s/ Michael D. DeBaecke*
                                                 Michael D. DeBaecke (No. 3186)
                                                 Chase Manhattan Centre
                                                 1201 Market Street - Suite 800
                                                 Wilmington, DE  19801
                                                 Telephone:    (302) 425-6400
                                                 Facsimile:    (302) 425-6464

                                                        and

                                                 Regina Stango Kelbon
                                                 Blank Rome, LLP
                                                 One Logan Square
                                                 130 N. 18th Street
                                                 Philadelphia, PA  19103
                                                 Telephone:    (215) 569-5507
                                                 Facsimile:    (212) 834-5507

                                          Counsel for Cellco Partnership, on behalf of itself
                                          and its affiliated license holders d/b/a Verizon
                                          Wireless