**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                    :    Chapter 11
In re:                              :    Case No. 07-11666-KG
                                    :    Jointly Administered
INPHONIC, INC., et al,              :
                                    :
         Debtors.                   :    **Re: Docket No. 240**
_____:


**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 12th day of December, 2007, the *Joinder Of Cellco Partnership D/B/A Verizon Wireless To Supplemental Objection Of Alltel Communications, Inc. To The Debtors' Notice Of Possible Assumption, Sale And Assignment Of Certain Unexpired Leases And Executory Contractors And Sale Hearing* [Dkt. 240] was served upon the parties listed below via facsimile.


                                        */s/ Michael D. DeBaecke*
                                        Michael D. DeBaecke


| | |
|---|---|
| Thomas R. Califano, Esquire | Kurt F. Gwynne, Esquire |
| DLA Piper US LLP | Reed Smith LLP |
| 1251 Avenue of the Americas | 1201 Market Street, 15th Floor |
| New York, NY  10020-1104 | Wilmington, DE 19801 |
| *Counsel for the Debtors* | *Counsel for the Committee of Unsecured Creditors* |
| *Facsimile:* 212-335-4501 | *Facsimile:* 302-778-7575 |
| | |
| David Agay, Esquire | Richard L. Schepacarter, Esquire |
| Kirkland & Ellis LLP | Office of the United States Trustee |
| 200 East Randolph Drive | 844 King Street, Room 2207 |
| Chicago, IL  60601-6636 | Lockbox #35 |
| Counsel for Adeptio INPC Funding, LLC | Wilmington, DE  19899-0035 |
| *Facsimile:* 312-861-2200 | *Facsimile:* 302-573-6497 |

017286.01674/21651003v.1