**CERTIFICATE OF SERVICE**

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Limited Objection Of Echostar Satellite L.L.C., To The Notice Of Filing Of Corrected Exhibit A To Notice Of Assumption, Sale And Assignment Of Designated Unexpired Leases And Executory Contracts** was caused to be made on December 12, 2007, in the manner indicated upon the entities identified below:

Date: December 12, 2007

/s/ Daniel B. Butz
Daniel B. Butz (No. 4227)

**VIA HAND DELIVERY, FACSIMILE AND E-MAIL**
Neil B. Glassman, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000 (Phone)
(302) 658-6395 (Fax)
nglassman@bayardfirm.com
maugustine@bayardfirm.com

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE 19801
(302) 778-7575 (Fax)
kgwynne@reedsmith.com

**VIA HAND DELIVERY AND FACSIMILE**
Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(302) 573-6497 (Fax)

**VIA FACSIMILE AND E-MAIL**
Thomas R. Califano, Esq.
Jeremy R. Johnson, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500 Phone
(212) 335-4501 Fax
thomas.califano@dlapiper.com
jeremy.johnson@dlapiper.com

David Agay, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2200 (Fax)
dagay@kirkland.com

1333983.1