## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*, ) | Case No.: 07-11666-KG |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF MARK A. SALZBERG

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Mark A. Salzberg, Esquire of the firm Foley & Lardner, LLP, 3000 K Street, N.W., Suite 500, Washington, DC 20007-5101 to represent Alltel Communications, Inc. in this action.

Dated: December 12, 2007

SMITH, KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Alltel Communications, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of Bars of the State of Florida and the District of Columbia, and admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for District of Columbia and the Southern District of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Mark A. Salzberg (D.C. Bar No. 497240)
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5101
Telephone:   202.672.5300
Facsimile:   202.672.5399

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: DEC. 13, 2007

United States Bankruptcy Judge

{10001734.DOC}10001731.DOC
WASH_2153572.1