IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666(KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, I move the admission pro hac vice of John J. Monaghan, Esquire, of Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116, Telephone (617) 573-5834, to represent Microsoft Corporation in this bankruptcy case and any related proceeding.

BROWN STONE NIMEROFF LLC

/s/ Jami B. Nimeroff

Jami B. Nimeroff, Esquire (No. 4049)
4 East 8th Street
Suite 400
Wilmington, Delaware 19801
T – 302-428-8142
F – 302-351-2744
E-mail: jnimeroff@bsnlawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____        _____
The Honorable Peter J. Walsh