# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666(KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, I move the admission pro hac vice of Peter A. Zisser, Esquire, of Holland & Knight, LLP, 195 Broadway, New York, NY 10007, Telephone (212) 513-3200, to represent Microsoft Corporation in this bankruptcy case and any related proceeding.

BROWN STONE NIMEROFF LLC

_____
Jami B. Nimeroff, Esquire (No. 4049)
4 East 8th Street
Suite 400
Wilmington, Delaware 19801
T – 302-428-8142
F – 302-351-2744
E-mail: jnimeroff@bsnlawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____                    _____
                                        The Honorable Peter J. Walsh