IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : Chapter 11 |
| : |
| INPHONIC, INC., et al.,[2] : Case No. 07-11666 (KG) |
| : |
| Debtors. : (Jointly Administered) |
| : |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned cases:

December 20, 2007 at 3:00 p.m.

January 9, 2008 at 10:00 a.m.

January 30, 2008 at 3:00 p.m.

Dated: December ___, 2007
Wilmington, Delaware

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

---

[2] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00707444;v1}