IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 |
| Debtors. | : (Jointly Administered) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Mary E. Augustine, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of: Vincent J. Roldan, Esq., DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104, to represent the debtors in the case of InPhonic, Inc., et al. The Admittee is admitted, practicing, and in good standing in New York and New Jersey.

Respectfully submitted,

Date: December 13, 2007

Neil B. Glassman (No. 2087)
Mary E. Augustine (No.4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

Counsel for Debtors
and Debtors in Possession

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00706469;v1}

Pursuant to Local Bankruptcy Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdiction shown in the paragraph above and pursuant to Local Bankruptcy Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Vincent J. Roldan
Vincent J. Roldan, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4569
Facsimile:    (212) 884-8690 F

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: December ____, 2007
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE