IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666(KG) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, I move the admission pro hac vice of John J. Monaghan, Esquire, of Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116, Telephone (617) 573-5834, to represent Microsoft Corporation in this bankruptcy case and any related proceeding.

BROWN STONE NIMEROFF LLC

_/s/ Jami B. Nimeroff_
Jami B. Nimeroff, Esquire (No. 4049)
4 East 8th Street
Suite 400
Wilmington, Delaware 19801
T – 302-428-8142
F – 302-351-2744
E-mail: jnimeroff@bsnlawyers.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: DECEMBER 14, 2007

_/s/ Kevin Gross_
The Honorable ~~Peter J. Walsh~~ Kevin Gross

D.I. 247
12/13/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

John J. Monaghan, Esquire
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: 617 573-5834
Facsimile: 617-523-6850