## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666(KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, I move the admission pro hac vice of Peter A. Zisser, Esquire, of Holland & Knight, LLP, 195 Broadway, New York, NY 10007, Telephone (212) 513-3200, to represent Microsoft Corporation in this bankruptcy case and any related proceeding.

BROWN STONE NIMEROFF LLC

Jami B. Nimeroff, Esquire (No. 4049)
4 East 8th Street
Suite 400
Wilmington, Delaware 19801
T – 302-428-8142
F – 302-351-2744
E-mail: jnimeroff@bsnlawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: December 14, 2007

The Honorable Peter J. Walsh.
KEVIN GROSS

D.I. 248
12/13/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Peter A. Zisser, Esquire
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
Telephone: 212 513-3200
Facsimile: 212 385-9010