IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| InPhonic, Inc., et al.,[1] | ) Case No. 07-11666-KG |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 146 — NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING

Docket No. 225 — SECOND INTERIM ORDER (I) AUTHORIZING AND APPROVING DEBTORS' POST-PETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) AUTHORIZING USE OF CASH COLLATERAL AND AFFORDING ADEQUATE PROTECTION; AND (IV) MODIFYING AUTOMATIC STAY [Re: Docket Nos. 11 and 55]

Docket No. 233 — NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2007 AT 10:00 A.M., 824 MARKET STREET, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE, 19801 [Re: Docket Nos. 11, 13, 83, 86, 101, 102, 206, 209 and 218]

I, James H. Myers, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

2.  On December 12, 2007, I caused the above referenced documents to be served on the parties as described below:

Exhibit A   Affected Parties Service List regarding Docket No. 146

Exhibit B   Service List regarding Docket No. 225
[Re: those parties who have requested special notice and the Core Group]

Exhibit C   Service List regarding Docket No. 233
[Re: those parties who have requested special notice and the Core Group]

3.  All parties were served via the modes of service indicated in Exhibits A through C.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 13, 2007
El Segundo, California

_____
James H. Myers

State of California         )
                            ) ss
County of Los Angeles       )

Personally appeared before me on December 13, 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008