*page 3 of 12*

# EXHIBIT A

# for InPhonic, Inc.

Total number of parties: 160

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27075 | AFCO, 4501 COLLEGE BOULEVARD, SUITE 320, LEAWOOD, KS, 66211 | DHL Overnight |
| 27075 | ALLIED INCENTIVES, 5501C AIRPORT BLVD, TAMPA, FL, 33634 | DHL Overnight |
| 27075 | AMACAI, SUITE 4010, 233 SOUTH WACKER DRIVE, CHICAGO, IL, 60606 | DHL Overnight |
| 27075 | AMERICAN EXPRESS CORPORATE ACCOUNTS, 2975 WEST CORPORATE LAKES, CPC REMITTANCE PROCESSING, WESTON, FL, 33331-3626 | DHL Overnight |
| 27075 | BLACKMESH, INC., SUITE 720, 2465 J-17 CENTERVILLE ROAD, HERNDON, VA, 20171 | DHL Overnight |
| 27075 | BUSINESS HEALTH SERVICES, STE 207, 711 WEST 40TH STREET, BALTIMORE, MD, 21211 | DHL Overnight |
| 27075 | CARE FIRST, 10455 MILLS RUN CIRCLE, OWINGS MILLS, MD, 21117 | DHL Overnight |
| 27075 | CAVALIER BUSINESS COMMUNICATIONS, PO BOX 2950, RICHMOND, VA, 23228-9700 | USPS Express Mail |
| 27075 | CBIZ BENISOURCE, 310 FIRST STREET SUITE800, ROANOKE, VA, 24011 | DHL Overnight |
| 27075 | CITICORP VENDOR FINANCE,INC., PO BOX 7247-0371, PHILADELPHIA, PA, 19170-0371 | USPS Express Mail |
| 27075 | COMERICA MERCHANT SERVICES, C/O GLOBAL PAYMENTS DIRECT INC, 10 GLENLAKE PARKWAY NORTH TOWER, ATLANTA, GA, 30328 | DHL Overnight |
| 27075 | ENTERTAINMENT PUBLICATIONS INC, PO BOX 7067, TROY, MI, 48007-7067 | USPS Express Mail |
| 27076 | GLOBAL CROSSING TELECOMMUNICATIONS, PO BOX 741276, CINCINNATI, OH, 45274 | USPS Express Mail |
| 27075 | INTERNAP NETWORK SERVICES, BOX 200111, PITTSBURGH, PA, 15251-0111 | USPS Express Mail |
| 27075 | LIQUIFIED CREATIVE, 2458 IVY LANDING WAY, ODENTON, MD, 21113 | DHL Overnight |
| 27075 | MCCALL HANDLING CO., 8801 WISE AVE., BALTIMORE, MD, 21222 | DHL Overnight |
| 27075 | METLIFE SBC, PO BOX 804466, KANSAS CITY, MO, 64180-4466 | USPS Express Mail |
| 27076 | NEXT JUMP INC, 261 FIFTH AVE, 8TH FLOOR, NEW YORK, NY, 10016 | DHL Overnight |
| 27076 | NEXT JUMP, INC., PO BOX 631267, BALTIMORE, MD, 21263-1267 | USPS Express Mail |
| 27076 | NEXT JUMP, INC., JENNIFER STEIN, DIRECTOR OF CLIENT SERVICES, 183 MADISON AVENUE, SUITE 1005, NEW YORK, NY, 10016 | DHL Overnight |
| 27075 | OCE FINANCIAL SERVICES, INC., 13824 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | DHL Overnight |
| 27075 | OFFICE DEPOT, 2200 OLD GERMANTOWN ROAD, DELRAY BEACH, FL, 33445 | DHL Overnight |
| 27076 | PARKRIDGE FIVE ASSOCIATES L P, C/O WALKER AND COMPANY, 12007 SUNRISE VALLEY DR , STE 400, RESTON, VA, 20191 | DHL Overnight |
| 27075 | QUEST SOFTWARE, INC., PO BOX 51739, LOS ANGELES, CA, 90051-6039 | USPS Express Mail |
| 27076 | QWEST - LIBERTY, 3175 LENOX PARK BLVD, MEMPHIS, TN, 38115-4260 | DHL Overnight |
| 27076 | QWEST- ( LIBERTY ), 5101 INTERCHANGE WAY, LOUISVILLE, KY, 40229 | DHL Overnight |
| 27076 | SAVVIS, INC., 13339 COLLECTIONS CENTER DR, PORTAL RECEIVABLES, CHICAGO, IL, 60693-0133 | DHL Overnight |
| 27075 | SILICON VALLEY BANK (SVB), ATTN: CASH MANAGEMENT, HG 220, 3003 TASMAN DR, SANTA CLARA, CA, 95054-1191 | DHL Overnight |
| 27075 | SILICON VALLEY BANK, ATTN: MANAGER, 8020 TOWERS CRESCENT DR, SUITE 475, VIENNA, VA, 22182 | DHL Overnight |
| 27076 | SUNRISE CAMPUS INVESTORS, LLC, C/O BPG PROPERTIES, LTD, 11130 SUNRISE VALLEY DR , STE 100, RESTON, VA, 20191 | DHL Overnight |
| 27076 | TMI WIRELESS INC, C/O DANIEL HUNG, 4101 CHAIN BRIDGE RD , STE 304, FAIRFAX, VA, 22030 | DHL Overnight |
| 27075 | TRANSFIRST, FIFTH THIRD BANK, 38 FOUNTAIN SQUARE PLAZA, MD 10907E, CINCINNATI, OH, 45263 | DHL Overnight |
| 27076 | VERIZON WIRELESS, COUNSEL - SALES AND DISTRIBUTION, 30 INDEPENDENCE BOULEVARD, WARREN, NJ, 07059 | DHL Overnight |
| 27076 | VERIZON WIRELESS, PRESIDENT, 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ, 07921 | DHL Overnight |
| 27076 | VERIZON WIRELESS INVENTORY, PO BOX 64498, BALTIMORE, MD, 21264-4498 | USPS Express Mail |
| 27075 | VIRGINIA AIR & FACILITIES SERVICES, PO BOX 5207, HERNDON, VA, 20170-5207 | USPS Express Mail |
| 27075 | VISION SERVICE PLAN, PO BOX 60000, FILE #73785, SAN FRANCISCO, CA, 94160-3785 | USPS Express Mail |
| 27075 | VISUAL SCIENCES, INC., PO BOX 122232, DEPT. 892232, DALLAS, TX, 75312-2232 | USPS Express Mail |

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27075 | WASTE MANAGEMENT OF MARYLAND, P O.BOX 13648, PHILADELPHIA, PA, 19101-3648 | USPS Express Mail |
| 27076 | WATERFRONT CENTER LTD PARTNERSHIP, C/O R B ASSOCIATES INC, 1054 31ST ST NW SUITE 1000, WASHINGTON, DC, 20007 | DHL Overnight |
| 27075 | WILLIS OF TEXAS, INC., PO BOX 730310, DALLAS, TX, 75373-0310 | USPS Express Mail |

Subtotal for this group: 41