## SK ADVERTISING LLC
1204 Landmark Road
Yardley, PA 19067
(215) 321-7331 • FAX (215) 321-7127

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 07-11666-KG
(Jointly Administered)

---

In re: InPHONIC, INC., et al.,
                        Debtors.

---

### AFFIDAVIT OF ALISON KAUKER WITH RESPECT TO PUBLICATION OF THE "NOTICE OF AUCTION AND SALE"

I, Alison Kauker, being duly sworn according to law depose and say that I am the Owner of SK Advertising, doing business at 1204 Landmark Road, Yardley, Pennsylvania 19067 and am authorized to make this affidavit on behalf of SK Advertising LLC.

This is to verify that the above-referenced Chapter 11 notice was published in each of the following media, as evidenced by the provided tearsheets:

*New York Times*, November 20, 2007
*Wireless Week*, December 1, 2007

_____          Dec. 13, 2007
Alison Kauker                              Date

Sworn to before me this 13th day of Dec. 07.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Seth C. Rosen, Notary Public
Lower Makefield Twp., Bucks County
My Commission Expires July 15, 2008
Member, Pennsylvania Association Of Notaries

# Classified Marketplace

## USED EQUIPMENT FOR SALE

### We Buy Used Cell Phones

*We'll send your check within 4 days!*



**Why we're different**
- Payment issued within 4 days
- Provide complete audit of all phones received
- Free shipping
- Purchase price list posted on www.pacebutler.com
- In business since 1987

**PaceButler corporation**
www.pacebutler.com
1-800-248-5360 • (405) 755-3131

---

### Capture Wireless Sales Faster



Link your classified ad to your web site at no additional charge with *Wireless Week's* digital edition.

When you run your classified ad in *Wireless Week's* print edition, it appears in the digital edition, too, with a link to your web site for instant response from qualified buyers and prospects.

**Make your classified investment where it pays off fast—in *Wireless Week*.**

Call Maureen Mushinsky at 973-920-7788 for details. **Wireless**

---

**Potential employees look *here*, so *post* your job opening *here*.**

Contact **Maureen Mushinsky** at 973-920-7788 or email her at maureen.mushinsky@advantagmedia.com

---

Link your classified ad to your web site at no additional charge with *Wireless Week's* digital edition.



Call **973-920-7788** for details. **Wireless** WEEK

## LEGAL NOTICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: INPHONIC, INC., et al.,[1]
Debtors.
: Chapter 11
: Case No. 07-11666-KG
: (Jointly Administered)

**NOTICE OF AUCTION AND SALE**

PLEASE TAKE NOTICE that on November 8, 2007, InPhonic, Inc. and its wholly-owned subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors"), filed their Motion For Order (I) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (II) Scheduling A Hearing to Consider the Sale and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related Relief (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that at a hearing held on November 9, 2007, the Bankruptcy Court approved the Bid Procedures Motion (the "Bid Procedures Order") and scheduled a hearing to consider the Debtors' Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (i) Authorizing the Sale of Substantially All of Their Assets, (the "Asset Sale"); (II) Approving an Asset Purchase Agreement (the "Agreement"), Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion"), for December 13, 2007 at 10:00 a.m. (prevailing Eastern Time) (the "Sale Hearing"). All parties interested in submitting a bid for the Assets,[2] or any portion thereof, or taking part in an auction (the "Auction") must read carefully the bid procedures (the "Bid Procedures") as provided in the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that only those parties that submit Qualified Bids may participate in the Auction; if you are interested in determining how to submit such a Qualified Bid, you must comply with the terms of the Bid Procedures and the Bid Procedures Order. Any party may obtain a complete set of the Agreement, the Bid Procedures Motion and the Bid Procedures Order free of charge by accessing http://www.bmcgroup.com/inphonic or contacting the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that any party that wishes to take part in this process and submit a bid for the Assets or any portion thereof must submit their competing bid prior to December 7, 2007, at noon (Eastern Time) (the "Bid Deadline") to (i) InPhonic, Inc., 1010 Wisconsin Ave. NW, Suite 600, Washington, D.C. 20007, Attn: Gregory S. Cole; (ii) investment banker for the Debtors, Goldsmith-Agio-Helms/Lazard Middle Market, 11 West 42nd Street, 29th Floor, New York, New York 10036, Attn: Andrew Torgove, (iii) counsel for the Debtors, DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Thomas R. Califano and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899, Attn: Neil B. Glassman; (iv) Adeptio, c/o Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, Attn: David Lorry, with a copy to: Kirkland and Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, Attn: Anup Sathy and John Schoenfeld; and (v) counsel to any official committee of unsecured creditors appointed in this case (if any, the "Committee") (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE that if a Qualified Bid (other than Adeptio) is received by the Bid Deadline, the Auction with respect to a contemplated transaction shall take place on December 12, 2007, at 10:00 a.m. (Eastern Time) at the offices of DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020, 27th floor. If, however, no such Qualified Bid is received by the Bid Deadline, then the Auction will not be held, Adeptio will be the Successful Bidder, the Agreement will be the Successful Bid, and the Debtors will seek approval of and authority to consummate the contemplated transaction contemplated by the Agreement at the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that only a Qualified Bidder who has submitted a Qualified Bid will be eligible to participate at the Auction. Only the authorized representatives of each of the Qualified Bidders, the Committee, and the Debtors shall be permitted to attend the Auction. At the Auction, Qualified Bidders will be permitted to increase their bids. The bidding at the Auction shall start at the purchase price stated in the highest or otherwise best Qualified Bid as disclosed to all Qualified Bidders prior to commencement of the Auction, and continue in increments of at least $500,000. The highest or otherwise best Qualified Bid shall be determined by the Debtors in their discretion, in consultation with the Committee, or as determined by the Bankruptcy Court in the event of a dispute.

PLEASE TAKE FURTHER NOTICE that at the Sale Hearing, the Debtors will present both the Successful Bid and the next highest bid to the Bankruptcy Court for approval. The Debtors will sell the Assets or any portion thereof to the Successful Bidder, or to Adeptio in accordance with the Agreement if a higher or otherwise better Qualified Bid is not received and accepted as the Successful Bid. If the Successful Bidder fails to consummate an approved Sale because of a breach or a failure to perform on the part of such Successful Bidder, the next highest or otherwise best Qualified Bid, as approved at the Sale Hearing, shall be deemed to be the Successful Bid and the Debtors shall be authorized to effect such Sale without further order of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if you seek to object to the sale of the Assets or any portion thereof, you must comply with the terms for making such objections as set forth in the Bid Procedures Motion and the Bid Procedures Order. Such Objections must be filed with the Bankruptcy Court and served on the parties set forth in the Bid Procedures Order. If any party fails to timely file and serve an objection in accordance with the Bid Procedures Order, the Bankruptcy Court may disregard such objection.

Dated: November 16, 2007 • Wilmington, Delaware

THE BAYARD FIRM • By: /s/ Neil B. Glassman
Neil B. Glassman, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899, Telephone: (302) 655-5000, Facsimile: (302) 658-6395
-and-
DLA PIPER US LLP • By: Thomas R. Califano, Jeremy R. Johnson, 1251 Avenue of the Americas, New York, NY 10020, Telephone: (212) 335-4500, Facsimile: (212) 335-4501
Proposed Counsel for Debtors and Debtors-in-Possession

[1] The Debtors are InPhonic, Inc., CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.
[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Bid Procedures Motion.

---



**Sales and Marketing Personnel**

**Marketing Director**
Don Grennan • 973-920-7090

**Production Director**
Alex Klapwald • 973-920-7163

**Production Manager**
Debbie Wawzyanick • 973-920-7148

**Convention Services Manager**
Pattie Heinold • 973-920-7129

**List Rental Information**
Jen Felling • 203-778-8700, ext. 138
j.felling@statlistics.com

**Sales Manager**
Barbara Diner • 973-920-7701
barbara.diner@advantagemedia.com

**Sales Manager/All Classified**
Maureen Mushinsky • 973-920-7788
maureen.mushinsky@advantagemedia.com

**Publisher**
Holly Hoffer
973-920-7783
holly.hoffer@advantagemedia.com

**Contact Wireless Week**

**Editorial** Phone: 913-209-8080
Send press releases, guest opinions, reader feedback, products, personnel and other editorial inquiries to:
Editor-in-Chief Rhonda Wickham, rhonda.wickham@advantagemedia.
*Wireless Week* reserves all rights to letters to the editor submitted.

**Reprints**
For article reprints, please call Reprint Services at
717-399-1900, x 149 or e-mail wirelessweek@reprintbuyer.com.

**Web Content Contacts**
News@2direct daily e-mail newsletter: Editor-in-chief Rhonda Wickham rhonda.wickham@advantagemedia.com
Emerging Technologies e-newsletter: Technology Editor Brad Smith, brad.smith@advantagemedia.com
Mobile Content e-newsletter: Editor-in-Chief Rhonda Wickham, rhonda.wickham@advantagemedia.com
Week in Review: Editor, Monica Alleven
monica.alleven@advantagemedia.com
All other Web inquiries should be directed to Patrick Anderson, patrick.anderson@advantagemedia.com

For subscription information and changes call 847-559-7560 • email: abww@omeda.com