UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | | |
|---|---|---|
| **Debtor:** | InPhonic, Inc. | |
| **Case Number:** | 07-11666-KG | **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 13, 2007 10:00 AM   CRT#3, 6TH FL. | |
| **Bankruptcy Judge:** | KEVIN GROSS | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | |
| **Reporter / ECR:** | NICOLE SCHAEFER | |

## Matter:

Sale ; Matters continued from 12/11 hearing)

**R / M #:**   233 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - CNO Filed and Order Signed
#2 - With Drawn
#3 - ORDER SIGNED
#4 - Adjourned
#5 - ORDER SIGNED
#6 - Resolved
#7 - With Drawn
#8 - Resolved