CASE NAME: INPHONIC, INC.
CASE NO.: 07-11666 - KG

COURTROOM LOCATION: 3
DATE: 12/13/07

# SIGN-IN-SHEET

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Augustine | The Bayard Firm | The Debtors |
| Neil Glassman | " | " |
| Thomas Califano | DLA Piper | " |
| Vincent Roldan | DLA Piper | " |
| Jeremy Johnson | DLA Piper | " |
| Jason M. Madron | Richards Layton Finger PA | U.S. Cellular |
| Frank Williams | Womble Carlyle | TNTMrbl |
| Claudia Springer | Reed Smith | UCC |
| Kurt Gwynne | " | UCC |
| Chuck Abbott | Morris Nichols | Yahoo, Inc. |
| Robert Brady | Young Conaway & Kirkland &Ellis | Adept.o |
| Anup Sathy | | " |
| David Agay | | |
| Kurt Gwynne | Reed Smith LLP | |
| Claudia Springer | " | Creditors Committee |
| William Taylor | McCarter & English | Verizon Business |

# SIGN-IN-SHEET

CASE NAME: INPHONIC, INC.  COURTROOM LOCATION: 3
CASE NO.: 07-11666-KG   DATE: 12/13/07

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DAVID I. SWAN | McGuireWoods | Sprint Nextel |
| Thomas M. Horan | Vedders James LLP | Sprint Nextel nFORCE Communications, Inc. |
| JAMI B. NIMEROFF | BROWN STONE NIMEROFF LLC | MICROSOFT |
| Kevin Guerke / Tim McGary | Seitz, Van Ogtrop + Green | Infinite Computers + Qualatric Infinite Computers |
| Peter J. Duhig | Buchanan Ingersoll & Rooney | Yellow Page Authority |
| Michael DeBaecke | Blank Rome | GSI Commerce Solutions Inc. |
| Regina Kelbon | " | Cellco Partnership dba Verizon Wireless |
| Daniel Bitz | Morris Nichols Arsht & Tunnell LLP | Echostar Satellite LLC |
| David Stein | Wittentz Cool Brother Splozer Teleseyeskool | AT+T |
| Chris Loizides | Loizides, PA | UST |
| Richard L Schepacarter | USDOJ - OUST | |
| Kathy Miller | Smith Katzenstein | Alltel Communications |
| Vincent Rodar | DLA Piper US LLP | InPhonic |
| Thomas R. Califano | DLA Piper US LLP | InPhonic |
| Carl Neff | Fox Rothschild LLP | NEA and Randall Van Dyke |
| Paul Rosenblatt | Kilpatrick Stockton | AT+T |

# Court Conference

**Calendar Date:** 12/13/2007
**Calendar Time:** 10:00 AM

*Telephonic Appearances*

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | InPhonic, Inc. | 07-11666 | Hearing | 2001163 | Paul M. Rosenblatt | 404-815-6321 | Kilpatrick Stockton | Creditor, AT&T / LIVE |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003946 | James F. Mulcahy | 248-699-3388 | ACN Communication Services | Interested Party, ACN Communication Services / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003179 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, AOL LLC f/k/a America Online, Inc. / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003945 | Colleen Jones | 704-370-4967 | ACN Communication Services | Interested Party, ACN Communication Services / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003947 | Patrick M. Costello | 650-857-9500 | Bialson, Bergen & Schwab | Interested Party, YAHOO!, INC / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003962 | Robert Simons | 412-288-7294 | Reed Smith, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003966 | Gaston Loomis | 302-778-7562 | Reed Smith, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003963 | Claudia Springer | 302-778-7500 | Reed Smith, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003948 | Timothy J. McGary | 703-352-4985 | Timothy J. McGary, Attorney at Law | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003951 | Marshall Turner | 314-480-1500 | Husch & Eppenberger | Creditor, GE Capital / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003943 | Brent Shaw | 202-247-7757 | JBR Media Ventures | Creditor, JBR Media Ventures / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003949 | Ashoka Tankala | 301-795-1275 | Infinate Solution | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | InPhonic, Inc. | 07-11666 | Hearing | 2003941 | Spencer Clevenger | 650-253-6160 | Google, Inc. | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| InPhonic, Inc. | 07-11666 | Hearing | 2004659 | Timothy Hurley | 617-437-2656 | Deloitte Financial Advisory | Financial Advisor, Offical Committee of Unsecured Creditors / LIVE |