# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INPHONIC, INC., *et al.*, | ) | Case No. 07-11666 (KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Proposed Objection Deadline: December 19, 2007 at 4:00 p.m.** |
| | ) | **Proposed Hearing Deadline: December 20, 2007 at 3:00 p.m.** |

## NOTICE OF MOTION

**TO:** Office of the United States Trustee, the parties to the stipulation, and all parties requesting notices pursuant to Bankruptcy Rule 2002.

InPhonic, Inc. filed the **Debtors' Motion for an Order: (I) Approving the Conformed Term Sheet By and Among the Debtors, Adeptio INPC Funding, LLC and the Official Committee of Unsecured Creditors and (II) Authorizing the Abandonment of Certain Preference Claims Pursuant to Bankruptcy Code Section 544** (the "Motion").

Responses or objections to the Motion, if any, are to be filed by **December 19, 2007 at 4:00 p.m. [proposed].**

At the same time, you must also serve a copy of the objection or response upon the undersigned counsel.

A hearing on the Motion will be held on **December 20, 2007 at 3:00 p.m. [proposed].**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 17, 2007

By: *[signature]*

THE BAYARD FIRM

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession

2

{00708458;v1}1
{00708458;v1}