IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., *et al.*, | Case No. 07-11666 (KG)<br>Jointly Administered |
| Debtors. | Objection Deadline: January 2, 2008 at 4:00 p.m.<br>Hearing Date: January 9, 2008 at 10:00 a.m. |

### NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY REED SMITH LLP, *NUNC PRO TUNC* AS OF NOVEMBER 16, 2007, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1103(a) AND 328(a) AND FED.R.BANKR.P. 2014

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") filed with the United States Bankruptcy Court for the District of Delaware an Application to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007, as Counsel for the Committee Pursuant to 11 U.S.C. §§ 1103(a) and 328(a) and Fed.R.Bankr.P. 2014 (the "Application").

You are required to file a response to the Application on or before **January 2, 2008 at 4:00 p.m. (Eastern)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time upon (i) co-counsel for the Debtors, DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020-1104 (Attn: Thomas R. Califano Esquire and Jeremy R. Johnson, Esquire) and The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801 (Attn: Neil B. Glassman, Esquire and Mary E. Augustine, Esquire); (ii) proposed counsel for the Committee, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne, Esquire); (iii) counsel to the DIP Lender, Kirkland & Ellis LLP, 200 East Randolph

Dr., Chicago, IL 60601 (Attn: David A. Agay, Esquire) and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 (Attn: Robert S. Brady, Esquire); and (iv) the United States Trustee for Region Three, 844 Market Street, Suite 2313, Lockbox 35, Wilmington, DE 19081 (Attn: Richard Schepacarter, Esquire).

**A HEARING ON THE APPLICATION WILL BE HELD ON JANUARY 9, 2008 AT 10:00 a.m. (Eastern)**, before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 17, 2007  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne  
Kurt F. Gwynne (No. 3951)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com

Proposed Counsel to the Official Committee of Unsecured Creditor