# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| INPHONIC, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

### UNSWORN DECLARATION PURSUANT TO 28 U.S.C. § 1746(2) AND FED.R.BANKR.P. 2014(a) OF KURT F. GWYNNE, ESQUIRE, A PARTNER OF REED SMITH LLP

I, KURT F. GWYNNE, ESQUIRE, declare as follows:

1.     I am a partner in the law firm of Reed Smith LLP ("Reed Smith") and the office managing partner for the firm's Wilmington, Delaware office. As such, I am duly authorized to execute this Declaration on behalf of Reed Smith.

2.     I am an attorney at law, duly admitted to practice law in the State of Delaware (Bar No. 3951), the Commonwealth of Pennsylvania (Bar No. 66390), the State of New Jersey (Bar No. KG3252), the United States Court of Appeals for the Third Judicial Circuit, the United States District Court for the District of Delaware, the United States District Courts for the Eastern and Western Districts of Pennsylvania, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Michigan, the United States District Court for the Central District of Illinois, and the United States District Court for the District of New Jersey.

3.     I submit this Declaration in support of the Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007, as Counsel for the Official Committee of Unsecured Creditors (the "Committee") Pursuant to

11 U.S.C. §§ 1103(a) and 328(a) and Fed.R.Bankr.P. 2014 (the "Application").

4.    As set forth below, neither I, Reed Smith, nor any partner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors' estates in the matters upon which Reed Smith is to be engaged.

5.    Neither I, Reed Smith, nor any of its partners or associates, insofar as I have been able to ascertain:

(A)    is a creditor, an equity security holder, or an insider;

(B)    is, or was within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtors;

(C)    has an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtors or for any other reason; and

(D)    except as described in this Declaration and the attached Exhibit 2, has any other connection with the Debtors, creditors of the Debtors, the Office of the United States Trustee or any employee of that office, or any other parties in interest.

6.    Reed Smith has been adverse to InPhonic in 4 matters, 3 of which are concluded. On behalf of MTV Networks, Reed Smith opened a matter adverse to InPhonic on April 6, 2006. No time was ever billed to that matter, and the attorney that opened that matter has since left Reed Smith.  Reed Smith represented WynneField Private Equity Partners LP in a matter adverse to InPhonic beginning in October 2004 and concluding in December 2005.  Reed Smith represented Phase 2 Solutions, Inc. in a matter adverse to InPhonic and Star Number, Inc. commencing in January 2004 and concluding in April 2004.

7.    In these bankruptcy cases, Reed Smith represents TUSC a/k/a Broech Corporation with respect to an executory contract TUSC entered into with InPhonic prior to the bankruptcy case.  TUSC is owed prepetition amounts based on services it rendered to InPhonic.

InPhonic has been paying TUSC postpetition and will either assume or reject this contract. Section 1103(b) provides that "[r]epresentation of one or more creditors of the same class as represented by the committee shall not per se constitute the representation of an adverse interest." 11 U.S.C. § 1103(b). Reed Smith has discussed the representation of TUSC in these cases with the Office of the U.S. Trustee.

8.   To the best of the my knowledge, Reed Smith has not represented the Debtors, any other creditors, equity security holders, or any other parties-in-interest, or their respective attorneys, in any matters relating to the Debtors or their estates.

9.   Neither Reed Smith nor I have any "connections," as contemplated within Fed.R.Bankr.P. 2014(a), with the Debtors, the top 20 largest unsecured creditors listed by the Debtors pursuant to Fed.R.Bankr.P. 1007(d), or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as set forth in this Declaration or as indicated in attached Exhibit 2.

10.   Based on the foregoing, to the best of my knowledge, Reed Smith is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

11.   To check and clear potential conflicts of interest in these cases, Reed Smith researched its client database, to determine whether Reed Smith had any relationships with the following entities:

     a.   the Debtors;

     b.   the Debtors' officers and directors;

     c.   the Debtors' lender;

     d.   the Debtors' 20 largest unsecured creditors; and

     e.   certain other parties in interest.

A list of each of the entities searched as part of Reed Smith's conflict check is attached as Exhibit 1.

12.    Attached as Exhibit 2 is a list of entities from Exhibit 1 with which Reed Smith has a "connection." Reed Smith represents, has represented, is adverse to, or has been adverse to, the entities on Exhibit 2 as explained therein under the column entitled "Nature of Connection with Reed Smith LLP." Reed Smith may continue to represent certain entities listed on Exhibit 2 in matters unrelated to the Debtors or their bankruptcy cases.

13.    Reed Smith is an international law firm with almost 1430 attorneys in 22 offices. Despite Reed Smith's efforts to identify and disclose Reed Smith's connections with parties-in-interest in these cases, Reed Smith is unable to state with certainty that every relevant client connection has been disclosed due to the size of Reed Smith and the fact that the Debtors have many creditors and other relationships. If Reed Smith discovers any additional connection, Reed Smith will file a supplemental disclosure with the Court.

14.    No agreement or understanding exists between Reed Smith or any other person for any division or sharing of compensation which is prohibited by statute.

15.    In accordance with its billing practices in both bankruptcy and non-bankruptcy matters, Reed Smith will bill at its normal hourly rates, plus office services, advances, and expenses, subject to the approval of the Court. Reed Smith periodically raises its hourly rates, usually in January.

16.    The current regular rates for Reed Smith's paralegals, associates, and partners are as follows: $100 to $330 for paralegals; $230 to $490 for associates and $310 to $750 for partners. The hourly rates for the paralegal and attorneys that will be primarily responsible for Reed Smith's representation of the Committee, effective as of January 1, 2008, are as follows:

| Paralegals: | Lisa Lankford - | $135.00/hr. |
| | John B. Lord - | $235.00/hr. |
| | | |
| Associates: | J. Cory Falgowski - | $325.00/hr. |
| | Joshua Lewis - | $370.00/hr. |
| | Gaston P. Loomis - | $385.00/hr. |
| | | |
| Partners: | Kurt F. Gwynne - | $560.00/hr. |
| | Robert P. Simons - | $580.00/hr. |
| | Claudia Z. Springer - | $645.00/hr. |

17.     As these bankruptcy cases proceed, additional Reed Smith partners, associates and paralegals may be assigned to work on these cases. To the fullest extent possible, lawyers having the requisite expertise who already have knowledge with respect to these areas and/or the matter involved will be assigned to these cases so that duplication of efforts is avoided. Consistent with the ranges of hourly rates described above, the hourly rates of the other Reed Smith partners, associates and paralegals that hereafter act for the Committee may be higher or lower than those of the persons presently assigned to this matter.

18.     The hourly rates set forth above are Reed Smith's regular hourly rates to be billed to and paid by existing bankruptcy and non-bankruptcy clients for work of this nature. These rates are set at a level designed to fairly compensate Reed Smith for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. In addition to the hourly rates, it is Reed Smith's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case, including, among other things, long-distance telephone charges, facsimile and other charges, mass mailing postage, messenger and express mail charges, special or hand delivery charges, document processing, photocopying charges, filing fees, travel expenses, expenses for "working meals," the catering of meetings and business meetings, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime and late night transportation, where necessary to meet deadlines or client

expectations. Reed Smith will charge the Debtors' estates for the expenses incurred by Reed Smith

on behalf of the Committee in a manner and at rates consistent with charges made generally to

Reed Smith's other clients and in a manner consistent with the Local Bankruptcy Rules.

19.     Reed Smith has not shared or agreed to share any compensation received in these

cases with any other entity other than its partners and associates and no promises have been

received by Reed Smith or any partner or associate as to compensation in connection with these

cases, other than in accordance with the provisions of the Bankruptcy Code.

20.     By reason of the foregoing, I believe that Reed Smith is eligible for employment and

retention by the Committee pursuant to 11 U.S.C. §§ 1103 and 328 and Fed.R.Bankr.P. 2014(a).

21.     Reed Smith has not received any retainer for the services Reed Smith will perform

in the Debtors' chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2007

FOR REED SMITH LLP

_____
Kurt F. Gwynne, Esquire

# EXHIBIT 1

## Exhibit 1

### The Debtors

InPhonic, Inc.
CAIS Acquisition, LLC,
CAIS Acquisition II, LLC
SimIPC Acquisition Corp.
Star Number, Inc.
Mobile Technology Services, LLC
FON Acquisition, LLC
1010 Interactive, LLC

### Officers or Directors

Andrew B. Zeinfeld
George Moratis
Gregory S. Cole
Kenneth Schwartz
Gary J. Smith
Walter W. Leach III
Michael E. Walden
Brian T. Westrick
Lou Provost
Frank C. Bennett, III

### Former Officers or Directors

Blake Bath
Ira Brind
Brian J. Curran
Laurence E. Harris
Jack F. Kemp
John Schulley
David A. Steinberg
Lawrence S. Winkler

### InPhonic, Inc.'s Top Twenty Creditors

Alltel Communications Products
American Premier Corporation
AOL
Brightpoint – Nextel
Chadbourne and Parke LLP
Cingular Wireless
Expert Serv, Inc.
Federal Express
Google, Inc.

Helgeson Enterprises
MSN (Microsoft Corp.)
Next Jump, Inc.
Patton Boggs LLP
Spanco Telesystems & Solutions, LTD
Sprint PCS
TMI WIRELESS
T-Mobile
Verizon Wireless
Yahoo! Inc.
Yahoo!, Search Marketing Overture

## VMC Satellite's Top Twenty Creditors

Yellow Page Authority
Randall Van Dyke & Associates
OKS-Ameridial
5Linx Enterprises, Inc.
Traypml
Internap Network Services
Cavalier Business Communications
BlackMesh Inc.
Lightyear Network Solutions, LLC
Dennis Shepard
mForce, Inc.
Quixtar
Allied Incentives
Cognigen Networks, Inc.
Search Cactus, LLC
Strategic Promotions, Inc.
Entertainment Publications, Inc.
Colvin Run Partners, LLC
Escape International
QUILL

## Equity Holders of 5% or Greater

David A. Steinberg
FMR Corporation
MSD Capital, LP
S.A.C. Capital Advisors, LLC
The Goldman Sachs Group, Inc.
Trafelet & Company, LLC
Vardon Capital, LLC

## Lender

Versa Capital Management, Inc. (f/k/a Chrysalis Capital Partners)

- 3 -

**Other Interested Parties:**

Adeptio INPC Funding, LLC

# EXHIBIT 2

## Exhibit 2

| CREDITOR, PARTY IN INTEREST, OR AFFILIATE | RELATIONSHIP TO THE DEBTORS | NATURE OF CONNECTION WITH REED SMITH LLP |
|---|---|---|
| Alltel Communications Products | Unsecured Creditor | Reed Smith LLP ("Reed Smith") has represented Alltel Corp. in 1 unrelated matter that has concluded. Reed Smith has been adverse to Alltel, Inc. in 3 unrelated matters, 2 of which are ongoing. Reed Smith has been adverse to Alltel Communications in 2 unrelated matters, all of which have concluded. Reed Smith has been adverse to Alltel Corporation in 2 unrelated matters, 1 of which has concluded. Reed Smith has been adverse to Alltell Information Services in 3 unrelated matters, all of which have concluded. |
| America Online, Inc. (AOL) | Unsecured Creditor | Reed Smith has represented American Online in 10 unrelated matters, 4 of which are ongoing. Reed Smith has been adverse to American Online in 5 unrelated matters, 1 of which is ongoing. |
| Brian Curran | Officer or Director | Reed Smith has been adverse to an individual named Brian Curran in one unrelated matter that is ongoing. |
| Brightpoint-Nextel | Unsecured Creditor | Reed Smith has represented Brightpoint, Inc. in 3 unrelated matters, all of which have concluded. Reed Smith has represented Nextel/Tower Sales in 2 unrelated matters, all of which have concluded. Reed Smith has represented Nextel Retail in 23 unrelated matters, all of which have concluded. Reed Smith has represented Nextel Communications in 11 unrelated matters, all of which have concluded. Reed Smith has represented Nextel Corp. Real Estate in 1 unrelated matter that has concluded. Reed Smith has represented Nextel South in 1 unrelated matter that has concluded. Reed Smith has been adverse to Nextel Retail in 2 unrelated matters that have concluded. Reed Smith has been adverse to Nextel Communications in 9 unrelated matters, 1 of which is ongoing. Reed Smith has been adverse to Nextel Co. in 8 unrelated matters that have concluded. Reed Smith has been adverse to Nextel Auto and Sound in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Nextel Partners in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Nextel West Corp. in 1 unrelated matter that has concluded. Reed Smith has been adverse to Nextel Operations in 1 unrelated matter that has concluded. |
| Chadbourne and Parke LLP | Unsecured Creditor | Reed Smith has represented Chadbourne & Park in 4 unrelated matters, all of which have concluded. |
| CosmoCom, Inc. | Unsecured Creditor | Reed Smith has represented CosmoCom, Inc. in 1 unrelated matter that has concluded. |
| David Steinberg | Equity Holder and Former Officer | Reed Smith has been adverse to an individual named David Steinberg in 2 unrelated matters that have concluded. |
| Entertainment Publication, Inc. | Unsecured Creditor | Reed Smith has represented Entertainment Publication in 10 unrelated matters, all of which have concluded. |
| FMR Corporation | Equity Holder | Reed Smith has represented FMR Corp. in 1 matter that has concluded. Reed Smith has been adverse to FMR Corporation in 1 unrelated matter that have concluded. |
| Goldman Sachs Credit Partners, L.P. | Prior Lender | Reed Smith has represented Goldman Sachs Group in 2 unrelated matters, all of which are ongoing. Reed Smith has represented Goldman Sachs International in 1 unrelated matter that has concluded. Reed Smith has represented Goldman Sachs in 8 unrelated matters, 2 of which are ongoing. Reed Smith has represented Goldman Sachs Japan Limited in 1 unrelated |

| CREDITOR, PARTY IN INTEREST, OR AFFILIATE | RELATIONSHIP TO THE DEBTORS | NATURE OF CONNECTION WITH REED SMITH LLP |
|---|---|---|
| | | matter that has concluded. Reed Smith has represented Goldman Sachs Mortgage in 1 unrelated matter that has concluded. Reed Smith has been adverse to Goldman Sachs Group in 1 unrelated matter that has concluded. Reed Smith has been adverse to Goldman Sachs in 51 unrelated matters, 14 of which are ongoing. Reed Smith has been adverse to Goldman Sachs International in 4 unrelated matters, 2 of which are ongoing. Reed Smith has been adverse to Goldman Sachs Mortgage in 2 unrelated matters, 1 of which is ongoing. Reed Smith has been adverse to Goldman Sachs Credit Partners in 6 unrelated matters, 1 of which is ongoing. Reed Smith has been adverse to the Goldman Sachs High Yield Fund in 2 unrelated matters that are ongoing. Reed Smith has been adverse to the Goldman Sachs Vintage Fund in 1 unrelated matter that is ongoing. Goldman Sachs has been adverse to the Goldman Sachs Global Opportunity Fund in 1 unrelated matter that has concluded. Reed Smith has been adverse to Goldman Sachs Commercial Mortgage in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Goldman Sachs Professional Clearing in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Goldman Sachs Investments in 1 unrelated matter that is ongoing. |
| Gary J. Smith | Officer or Director | Reed Smith has been adverse to one or more individuals named "Gary Smith" in approximately 2 unrelated matters that have concluded. |
| Google, Inc. | Unsecured Creditor | Reed Smith has represented Google, Inc. in 3 unrelated matters that have concluded. Reed Smith has been adverse to Google in 18 unrelated matters, 11 of which are ongoing. |
| InPhonic, Inc. and Star Number, Inc. | Debtors | Reed Smith has been adverse to InPhonic and/or Star Number, Inc. in 3 matters that have concluded. In these current bankruptcy cases, Reed Smith represents TUSC a/k/a Broech Corporation with respect to an executory contract TUSC entered into with InPhonic prior to the bankruptcy case. TUSC is owed prepetition amounts based on services it rendered to InPhonic. InPhonic has been paying TUSC postpetition and will either assume or reject this contract. |
| MSN (Microsoft Corp.) | Unsecured Creditor | Reed Smith has been adverse to MSN Communications, Inc. in 1 unrelated matter that has concluded. Reed Smith has represented Microsoft Corporation in several matters, 29 of which are ongoing. Reed Smith has represented Microsoft Limited in 19 unrelated matters, 4 of which are ongoing. Reed Smith has represented Microsoft Research Ltd. in 1 unrelated matter that is ongoing. Reed Smith has represented Microsoft Properties Ltd. in 3 unrelated matters, 1 of which is ongoing. Reed Smith has been adverse to Microsoft Corporation in 32 unrelated matters, 7 of which are ongoing. Reed Smith has been adverse to Microsoft Licensing in 1 unrelated matter that has concluded. |
| Patton Boggs LLP | Unsecured Creditor | Reed Smith has represented Patton Boggs & Blow in 4 unrelated matters that have concluded. |
| QUILL | Unsecured Creditor | Reed Smith has been adverse to Quill Corporation in 4 unrelated matters, 2 of which have concluded. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Unsecured Creditor | Reed Smith has represented Skadden in 7 unrelated matters that have concluded. |
| Verizon Wireless | Unsecured Creditors | Reed Smith has represented Verizon Communications in several unrelated matters, 59 of which are ongoing. Reed Smith has represented Verizon Investment in 3 unrelated matters that are ongoing. Reed Smith has |

| CREDITOR, PARTY IN INTEREST, OR AFFILIATE | RELATIONSHIP TO THE DEBTORS | NATURE OF CONNECTION WITH REED SMITH LLP |
|---|---|---|
| | | represented Verizon Wireless in 8 unrelated matters, 2 of which are ongoing. Reed Smith has represented Verizon Virginia in 2 unrelated matters that have concluded. Reed Smith has represented Verizon Services in 9 unrelated matters that have concluded. Reed Smith has represented Verizon Entertainment in 1 unrelated matter that have concluded. Reed Smith has represented Verizon Logistics in 3 unrelated matters that have concluded. Reed Smith has represented Verizon in 3 unrelated matters, 2 of which have concluded. Reed Smith has represented Verizon Network Services in 2 unrelated matters that have concluded. Reed Smith has represented Verizon Virginia in 2 unrelated matters that have concluded. Reed Smith has been adverse to Verizon Communications in 2 unrelated matters, 1 of which is ongoing. Reed Smith has been adverse to Verizon Wireless in 12 unrelated matters, 10 of which are ongoing. Reed Smith has been adverse to Verizon in 8 unrelated matters, 4 of which are ongoing. Reed Smith has been adverse to Verizon Business in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Verizon North in 1 unrelated matter that is ongoing. |
| Versa Capital Management, Inc. (f/k/a Chrysalis Capital Partners) | Current Lender | Reed Smith has been adverse to an entity named "Versa" in 1 unrelated matter that has concluded. |
| Yahoo!, Inc. | Unsecured Creditor | Reed Smith has represented Yahoo!, Inc. in 12 unrelated matters, 6 of which are ongoing. Reed Smith has been adverse to Yahoo in 17 unrelated matters, 4 of which are ongoing. Reed Smith has been adverse to Yahoo European Ltd. in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Yahoo 7 Pty Ltd. in 1 unrelated matter that is ongoing. Reed Smith has been adverse to Yahoo Broadcast.com in 1 unrelated matter that has concluded. Reed Smith has been adverse to Yahoo Geo Cities in 1 unrelated matter that has concluded. |
| Yellow Page Authority | Unsecured Creditor | Reed Smith has been adverse to Yellow Pages, Inc. in 1 unrelated matter that has concluded. Reed Smith has been adverse to the Sprint Yellow Pages in 2 unrelated matters that have concluded. Reed Smith has been adverse to the Southwestern Bell Yellow Pages in 1 unrelated matter that has concluded. Reed Smith has been adverse to Yellow Page One Inc. in 1 unrelated matter that has concluded. Reed Smith has been adverse to Print Yellow Pages in 2 unrelated matters that have concluded. Reed Smith has been adverse to Valley Yellow Pages in 1 unrelated matter that has concluded. Reed Smith has been adverse to Telemark Yellow Pages in 1 unrelated matter that has concluded. Reed Smith has been adverse to National Yellow Pages Placement in 1 unrelated matter that has concluded. |