# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| INPHONIC, INC., *et al.*, : | Case No. 07-11666 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | Re: Docket No. _____ |

**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY REED SMITH LLP, *NUNC PRO TUNC* AS OF NOVEMBER 16, 2007, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1103(a) AND 328(a) AND FED.R.BANKR.P. 2014**

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") to employ Reed Smith LLP ("Reed Smith"), *nunc pro tunc* as of November 16, 2007, as counsel for the Committee; and upon consideration of the Unsworn Declaration of Kurt F. Gwynne in support of the Application; and the Court being satisfied that Reed Smith represents no adverse interest in the matters with respect to which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefore;

It is hereby ORDERED as follows:

1. The Application is approved.

2. The Committee is authorized to employ and to retain Reed Smith, *nunc pro tunc* as of November 16, 2007, to serve as its counsel in the above-captioned cases.

3. Reed Smith shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and any Order entered by this Court in respect of compensation of professionals.

Dated: January ___, 2008
Wilmington, Delaware

BY THE COURT:

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE