IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: : | Chapter 11 |
| : | |
| INPHONIC, INC., *et al.*, : | Case No. 07-11666 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that on this 17th day of December 2007, I caused a true and correct copy of the **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY REED SMITH LLP,** *NUNC PRO TUNC* **AS OF NOVEMBER 16, 2007, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1103(a) AND 328(a) AND FED.R.BANKR.P. 2014** to be served upon the entities on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

InPhonic, Inc., *et al.*,
Case No. 07-11666(KG)
2002 Service List
**Last Updated: 12/14/07**

**VIA HAND DELIVERY**
THE BAYARD FIRM
Attn: NEIL B. GLASSMAN
Attn: MARY E. AUGUSTINE
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

**VIA HAND DELIVERY**
OFFICE OF THE US TRUSTEE
Attn: RICHARD SHEPACARTER
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
YOUNG CONWAY STARGATT & TAYLOR, LLP
Attn: ROBERT S. BRADY
Attn: EDMUN MORTON
Attn: EDWARD J KOSMOWSKI
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
BLANK ROME LLP
Attn: BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
DELAWARE SECRETARY OF STATE
FRANCHISE TAX DIVISION
PO BOX 898-F
DOVER, DE 19903

**VIA FIRST CLASS MAIL**
DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
4425 N MARKET STREET
WILMINGTON, DE 19802

**VIA FIRST CLASS MAIL**
DLA PIPER US LLP
Attn: THOMAS CALIFANO
Attn: JEREMY R JOHNSON
Attn: MARIA ELLENA CHAVEZ-RUARK
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

**VIA FIRST CLASS MAIL**
GOLDSMITH LAZARD
Attn: DERMOTT O'FLANAGAN
11 WEST 42ND STREET, 29TH FL
NEW YORK, NY 10036

**VIA FIRST CLASS MAIL**
GOLDSMITH AGIO HELMS
Attn: ANDREW TORGOVE
Attn: JASON COHEN
225 SOUTH SIXTH ST
46TH FL
MINNEAPOLIS, MN 55402

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
Attn: BANKRUPTCY SECTION
SPECIAL PROCEDURES SECTION
31 HOPKINS PLAZA, ROOM 1120
BALTIMORE, MD 21202

**VIA FIRST CLASS MAIL**
KIRKLAND & ELLIS LLP
Attn: ANUP SATHY ESQ
Attn: DAVID A AGAY
Attn: JOHN A SCHOENFELD
Attn: ANDREA JOHNSON
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

**VIA FIRST CLASS MAIL**
STATE OF DELAWARE
Attn: RANDY WELLER
DIV OF REVENUE, COMPLIANCE DEPT
820 N FRENCH STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
KPMG
ALLEN R. WESTERGARD
1660 INTERNATIONAL DRIVE,
2ND FLOOR
MCLEAN, VA 22102

**VIA FIRST CLASS MAIL**
KPMG
BRYAN WALKER & MARK FRENCH
1660 INTERNATIONAL DRIVE, 2ND FLOOR
MCLEAN, VA 22102

**VIA FIRST CLASS MAIL**
A C N COMMUNICATIONS SERVICES
Attn: JAMES F MULCAHY
13620 REESE BLVD E
BUILDING XII STE 400
HUNTERSVILLE, NC 28078

**VIA FIRST CLASS MAIL**
SECURITIES & EXCHANGE COMMISSION
Attn: PATRICIA SCHRAGE
233 BROADWAY
NEW YORK, NY 10279

**VIA FIRST CLASS MAIL**
SECURITIES AND EXCHANGE COMMISSION
15TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20020

**VIA FIRST CLASS MAIL**
SECURITIES OF THE TREASURY
15TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20020

**VIA FIRST CLASS MAIL**
US ATTORNEY'S OFFICE
Attn: ELLEN W SLIGHTS, ESQUIRE
1007 ORANGE STREET, STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

**VIA FIRST CLASS MAIL**
VERSA CAPITAL MANAGEMENT, INC.
Attn: GREG SEGALL
Attn: PAUL HALPERN
Attn: DAVID LORRY
THE CIRCA CENTRE
2929 ARCH STREET, 27TH FL
PHILADELPHIA, PA 19104

**VIA FIRST CLASS MAIL**
BIALSON BERGEN & SCHWAB
Attn: LAWRENCE M SCHWAB
Attn: PATRICK M COSTELLO
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

**VIA FIRST CLASS MAIL**
W B DONER & COMPANY
Attn: KEVIN WEINMAN
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48075

**VIA FIRST CLASS MAIL**
YAHOO!
Attn: TERESA SIMMS-JOHNSON
701 FIRST AVE
SUNNYVALE, CA 94089

**VIA FIRST CLASS MAIL**
BLANK ROME LLP
Attn: REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

**VIA FIRST CLASS MAIL**
CHADBOURNE & PARKE LLP
Attn; DAVID M LEMAY
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS MAIL**
COHN BIRNBAUM SHEA
Attn: SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

**VIA FIRST CLASS MAIL**
GOOGLE INC
Attn: STACEY L WEXLER
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

**VIA FIRST CLASS MAIL**
INFINITE COMPUTER SOLUTIONS
Attn: TIMOTHY J MCGARY
10500 SAGER AVE
STE G
FAIRFAX, VA 22030

**VIA FIRST CLASS MAIL**
JBR MEDIA VENTURES LLC
Attn: JOHN BRENTON SHAW
2 WISCONSIN CIRCLE
STE 700
CHEVY CHASE, MD 20815

**VIA FIRST CLASS MAIL**
DELAWARE DEPT OF REVENUE
THOMAS COLLINS BUILDING
540 S DUPONT HIGHWAY
DOVER, DE 19901

**VIA FIRST CLASS MAIL**
KILPATRICK STOCKTON LLP
Attn: PAUL M ROSENBLATT
Attn: TODD C MEYERS
1100 PEACHTREE ST NE
SUITE 2800
ATLANTA, GA 30309-4530

**VIA FIRST CLASS MAIL**
BMC GROUP
Attn: ALAN DALSASS
Attn: BRAD DANIEL
875 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022

**VIA FIRST CLASS MAIL**
SPRINT NEXTEL CORP
Attn: GREG MALAKOF
200 EDMUND HALLEY DR
RESTON, VA 20191

**VIA FIRST CLASS MAIL**
VORYS SATER SEYMOUR AND PEASE LLP
Attn: TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215

**VIA HAND DELIVERY**
Brett D. Fallon
Thomas M. Horan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
David I. Swan
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

**VIA FIRST CLASS MAIL**
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958

**VIA HAND DELIVERY**
Francis A. Monaco, Jr.
Kevin J. Mangan
Womble Carlye Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
John J. Monaghan, Esq.
Lynne B. Xerras, Esq.
Diane N. Rallis, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

**VIA FIRST CLASS MAIL**
Gilbert B. Weisman, Esq.
Becket and Lee LLP
Attorneys Agent 3001
P.O. Box 3001
Malvern, PA 19355-0701

**VIA HAND DELIVERY**
Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Catherine M. Guastello, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

**VIA FIRST CLASS MAIL**
J. Scout Bovitz, Esquire
Bovitz & Spitzer
880 West First Street, Suite 502
Los Angeles, CA 90012-2430

**VIA HAND DELIVERY**
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Joseph M. Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022