# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INPHONIC, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11666 (KG) <br> Jointly Administered <br><br> Objection Deadline: January 2, 2008 at 4:00 p.m. <br> Hearing Date: January 9, 2008 at 10:00 a.m. |

### NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO EMPLOY DELOITTE FINANCIAL ADVISORY SERVICES LLP *NUNC PRO TUNC* TO NOVEMBER 19, 2007 TO SERVE AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") filed with the United States Bankruptcy Court for the District of Delaware an Application of the Committee for Authorization to Employ Deloitte Financial Advisory Services LLP *Nunc Pro Tunc* to November 19, 2007 to Serve as Financial Advisors for the Committee (the "Application").

You are required to file a response to the Application on or before **January 2, 2008 at 4:00 p.m. (Eastern)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time upon (i) co-counsel for the Debtors, DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020-1104 (Attn: Thomas R. Califano Esquire and Jeremy R. Johnson, Esquire) and The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801 (Attn: Neil B. Glassman, Esquire and Mary E. Augustine, Esquire); (ii) proposed counsel for the Committee, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington,

DE 19801 (Attn: Kurt F. Gwynne, Esquire); (iii) counsel to the DIP Lender, Kirkland & Ellis LLP, 200 East Randolph Dr., Chicago, IL 60601 (Attn: David A. Agay, Esquire) and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 (Attn: Robert S. Brady, Esquire); and (iv) the United States Trustee for Region Three, 844 Market Street, Suite 2313, Lockbox 35, Wilmington, DE 19081 (Attn: Richard Schepacarter, Esquire).

**A HEARING ON THE APPLICATION WILL BE HELD ON JANUARY 9, 2008 AT 10:00 a.m.. (Eastern)**, before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 17, 2007
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

and

Robert P. Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420

Proposed Counsel to the Official Committee of Unsecured Creditor