IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| INPHONIC, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. _____ |
| | : | |

**ORDER APPROVING APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO
EMPLOY DELOITTE FINANCIAL ADVISORY SERVICES LLP *NUNC PRO
TUNC* TO NOVEMBER 19, 2007 TO SERVE AS FINANCIAL ADVISORS FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors") to employ Deloitte Financial Advisory Services LLP ("Deloitte

FAS"), *nunc pro tunc* as of November 19, 2007, as financial advisors for the Committee; and

upon consideration of the Declaration of Daniel Polsky in support of the Application; and the

Court being satisfied that Deloitte FAS represents no adverse interest in the matters with respect

to which it is to be employed; and notice of the Application being sufficient; and good cause

appearing therefore;

It is hereby ORDERED as follows:

1.      The Application is approved.

2.      The Committee is authorized to employ and to retain Deloitte FAS , *nunc pro

tunc* as of November 19, 2007, to serve as its financial advisors in the above-captioned cases.

3.      Deloitte FAS shall be compensated in accordance with the terms of retention as

set forth in the Application, the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable

Federal Rules of Bankruptcy Procedure, the rules of this Court, and any Order entered by this

Court in respect of compensation of professionals.

Dated: _____, 2008
       Wilmington, Delaware

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE
