IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07-11666 (KG) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket No. 262 |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER: (I) APPROVING THE TERM SHEET BY AND AMONG THE DEBTORS, ADEPTIO INPC FUNDING, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) ) AUTHORIZING THE ABANDONMENT OF CERTAIN PREFERENCE CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 544**

This matter coming before the Court on the Debtors' Emergency Motion to Shorten (the "Motion to Shorten") Notice with Respect to Debtors' Motion for (i) an Order Pursuant to Rules 2002, 6004 and 9019 of the Bankruptcy Rules Approving a Term Sheet Between the Debtors, Adeptio INPC Funding, LLC and the Official Committee of Unsecured Creditors, and (ii) an Order Pursuant to Sections 105 and 554 of the Bankruptcy Code and Bankruptcy Rule 6007 for Entry of an Order Authorizing the Abandonment of All Preference Claims under 547 of the Bankruptcy Code (the "Settlement Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having reviewed the Motion to Shorten;

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings provided in the Motion to Shorten.

{00708440;v1}NEWY1\8179753.2

and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion to Shorten and the Hearing was sufficient under the circumstances, (e) that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein, and (f) it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby;

**ORDERED** that the Motion to Shorten is granted in its entirety; and it is further

**ORDERED** that this Court shall consider the Settlement Motion at the hearing on December 20, 2007 at 3:00 p.m.; and it is further

**ORDERED** that the objection deadline for the Motion shall be December 19, 2007 at 4:00 p.m.

Dated: December 18, 2007
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE