# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

Debtor: InPhonic, Inc.                    Case No: 07-11666 (KG)

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to the United States Trustee within 15 days after order for relief Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Example of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | DOCUMENT ATTACHED | EXPLANATION ATTACHED |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | See Form IR-1 | |
| Certificate of Insurance: | See Form IR-2 | |
|    Workers Compensation | See Form IR-2 | |
|    Property | See Form IR-2 | |
|    General Liability | See Form IR-2 | |
|    Other: | See Form IR-2 | |
| Evidence of Debtor in Possession Bank Accounts | See Form IR-3 | |
|    Tax Escrow | See Form IR-3 | |
|    General Operating Account | See Form IR-3 | |
|    Other: | See Form IR-3 | |
|    Other: | See Form IR-3 | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_[signature]_                              November 29, 2007
Signature of Debtor                        Date

_____                _____
Signature of Joint Debtor                  Date

_____                _____
Signature of Authorized Individual*        Date

_____                _____
Signature of Authorized Individual         Date

* Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is limited liability company.

662780-1

# FORM IR-1

## 12-MONTH CASH FLOW PROJECTION

InPhonic, Inc.
Exhibits

| For the Period: | Nov 9-Nov 30 | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows:** | | | | | | | | | | | | |
| Net Carrier Revenue | 1,841 | 12,636 | 18,680 | 17,422 | 17,493 | 18,850 | 20,306 | 21,322 | 20,833 | 22,151 | 22,272 | 23,313 |
| Customer Phone Sales | 1,205 | 2,500 | 2,500 | 2,500 | 2,500 | 2,159 | 2,168 | 2,219 | 2,244 | 2,362 | 2,373 | 2,383 |
| VMC Satellite and Other accounts | 1,550 | 3,230 | 3,230 | 3,900 | 2,500 | 2,629 | 2,972 | 2,956 | 3,038 | 2,991 | 3,198 | 3,230 |
| Total Cash Inflows | 3,731 | 18,366 | 24,380 | 23,822 | 22,493 | 23,637 | 25,446 | 26,497 | 26,115 | 27,504 | 27,843 | 28,926 |
| **Cash Outflows:** | | | | | | | | | | | | |
| Marketing Expenses | 3,228 | 5,852 | 5,742 | 5,754 | 5,864 | 5,871 | 5,882 | 5,903 | 5,836 | 6,094 | 6,107 | 6,119 |
| Inventory Payments | 6,772 | 7,172 | 11,473 | 11,433 | 14,395 | 14,345 | 14,348 | 14,626 | 14,716 | 15,423 | 15,427 | 15,431 |
| Payroll & Benefits Expenses | 2,028 | 3,188 | 2,838 | 2,451 | 2,485 | 2,210 | 2,212 | 2,203 | 2,328 | 2,320 | 2,822 | 2,825 |
| Facility Operating Expenses | 864 | 950 | 1,045 | 1,605 | 930 | 949 | 959 | 968 | 978 | 988 | 998 | 1,008 |
| Other Operating Expenses | 1,591 | 1,895 | 1,605 | 1,410 | 1,450 | 1,167 | 1,145 | 1,335 | 1,121 | 1,112 | 1,102 | 1,090 |
| Rebates Paid to Customers (contract activation, no settlement make) | 0 | 250 | 250 | 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital Expenditures | 235 | 235 | 235 | 235 | 235 | 350 | 350 | 550 | 610 | 610 | 610 | 610 |
| Operating Cash Outflows | 15,768 | 19,542 | 23,139 | 23,136 | 25,599 | 25,092 | 25,096 | 25,676 | 25,508 | 26,547 | 27,066 | 27,372 |
| Net Operating Cash Flow Before Restructuring Expenses | (12,037) | (1,176) | 1,242 | 686 | (3,106) | (1,454) | 350 | 821 | 527 | 957 | 777 | 1,754 |
| **Restructuring Related Expenses:** | | | | | | | | | | | | |
| DIP Facility Commitment/Termination Fee (2% of $25 million DIP Facility) | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DIP Facility Interest (11%) | 60 | 132 | 146 | 147 | 161 | 182 | 190 | 190 | 190 | 190 | 190 | 190 |
| Utilities Deposits | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of Sales / Use Taxes | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Restructuring Legal & Professional Fees | | | | | | | | | | | | |
| Company Restructuring Counsel (DLA Piper) | 350 | 325 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Company Restructuring Financial Advisor (Lazard) | 50 | 50 | 1,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Senior Debt Financial Advisor (Capstone) | 180 | 300 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Senior Debt Counsel (Kirkland & Ellis) | 150 | 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Creditor Committee Counsel | 125 | 125 | 125 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Creditor Committee Financial Advisor | 75 | 75 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (U.S. Trustee, claims administrator) | 25 | 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Restructuring Legal & Professional Fees | 955 | 1,050 | 1,750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Restructuring Related Expenses | 1,565 | 1,282 | 1,996 | 247 | 261 | 282 | 290 | 290 | 290 | 290 | 290 | 290 |
| Net Cash Flow | (13,602) | (2,458) | (754) | 439 | (3,366) | (1,737) | 60 | 531 | 237 | 666 | 487 | 1,464 |
| Beginning Cash | $725 | $175 | $462 | ($50) | $439 | $50 | $50 | $60 | $592 | $829 | $1,495 | $1,982 |
| Beginning DIP Facility Balance | $0 | $13,052 | $15,797 | $16,089 | $16,089 | $19,017 | $20,754 | $20,754 | $20,754 | $20,754 | $20,754 | $20,754 |
| DIP Facility Borrowings / (Repayments) | 13,052 | 2,745 | 292 | 0 | 2,928 | 1,737 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending DIP Facility Balance | $13,052 | $15,797 | $16,089 | $16,089 | $19,017 | $20,754 | $20,754 | $20,754 | $20,754 | $20,754 | $20,754 | $20,754 |
| Ending Cash | $175 | $462 | ($50) | $439 | $50 | $50 | $60 | $592 | $829 | $1,495 | $1,982 | $3,446 |

Notes:
Assumes DIP lending facility is replaced by a comparable debt facility that will remain outstanding
Assumes completion of bankruptcy process in December

# FORM IR-2

## CERTIFICATE OF INSURANCE

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

Page 1 of 2 | DATE 11/13/2007

| PRODUCER | 877-945-7378 |
|---|---|
| Willis North America, Inc. 26 Century Blvd. P. O. Box 305191 Nashville, TN 372305191 | |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC# |
|---|---|
| INSURED Inphonic, Inc. 10790 Parkridge Blvd. Suite 100 Reston, VA 20191 | |
| INSURER A: Hartford Casualty Insurance Company | 29424-001 |
| INSURER B: Pennsylvania Manufacturers Indemnity Comp | 41424-001 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT X LOC | 46UUNTB9553 | 10/15/2007 | 10/15/2008 | EACH OCCURRENCE DAMAGE TO RENTED PREMISES (Ea occurence) MED EXP (Any one person) PERSONAL & ADV INJURY GENERAL AGGREGATE PRODUCTS - COMP/OP AGG | $ 1,000,000 $ 300,000 $ 10,000 $ 1,000,000 $ 2,000,000 $ 2,000,000 |
| A | X | AUTOMOBILE LIABILITY X ANY AUTO X ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS X $50,000 per vehicle X $250comp/$500coll | 46UUNTB9553 | 10/15/2007 | 10/15/2008 | COMBINED SINGLE LIMIT (Ea accident) BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE (Per accident) | $ 1,000,000 $ $ $ |
| | | GARAGE LIABILITY ANY AUTO | | | | AUTO ONLY - EA ACCIDENT OTHER THAN EA ACC AUTO ONLY: AGG | $ $ $ |
| A | X | EXCESS/UMBRELLA LIABILITY X OCCUR CLAIMS MADE DEDUCTIBLE X RETENTION $ 10,000 | 46RHUKJ0212 | 10/15/2007 | 10/15/2008 | EACH OCCURRENCE AGGREGATE | $ 15,000,000 $ 15,000,000 $ $ $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 2007054115010 | 10/15/2007 | 10/15/2008 | X WC STATU-TORY LIMITS OTH-ER E.L. EACH ACCIDENT E.L. DISEASE - EA EMPLOYEE E.L. DISEASE - POLICY LIMIT | $ 500,000 $ 500,000 $ 500,000 |
| A | | OTHER Commercial Property | 46UUNTB9553 | 10/15/2007 | 10/15/2008 | $55,134,787 Blanket Personal Property $20,000,000 Blanket BI&EE | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

It is agreed that Adeptio INPC Funding, LLC is included as an Additional Insured as respects to General Liability, Automobile Liability, and Excess Liability as required by contract.

Adeptio INPC Funding, LLC shown is named as Loss Payee as respects Property and Auto Physical Damage.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Adeptio INPC Funding, LLC c/o Versa Capital Management, Inc. Cira Centre 2929 Arch Street Philadelphia, PA 19104-2868 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)    Coll:2173981 Tpl:705921 Cert:9806658    © ACORD CORPORATION 1988

## IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

## FORM IR-3

### EVIDENCE OF DEBTOR IN POSSESSION BANK ACCOUNTS

The Debtors have complied with the

**ORDER PURSUANT TO 11 U.S.C. §§ 345, 363, 364, 1107, 1108 AND LOCAL RULE 2015-2 AUTHORIZING (I) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (II) MAINTENANCE OF EXISTING BANK ACCOUNTS, (III) CONTINUED USE OF EXISTING CHECKS AND BUSINESS FORMS, AND (IV) CONTINUED USE OF EXISTING INVESTMENT GUIDELINES, DATED NOVEMBER 9, 2007**

Accordingly, the Debtors have maintained their current bank accounts and adjusted their business forms consistent with the agreement with the Office of the United States Trustee.