## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 19th day of December, 2007, I caused a copy of the foregoing **Initial Monthly Operating Report** to be served upon the following party in the manner indicated:

**Via Hand Delivery**

Richard Shepacarter, Esquire
Office of the U.S. Trustee
844 N. King Street
Wilmington, DE 19801

                                               Mary E. Augustine (No. 4477)

{00710025;v1}