**EXHIBIT B**

## Exhibit B - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27116 | COMERICA CORPORATE HEADQUARTERS, ATTN: RALPH W BABB, JR, COMERICA TOWER AT DETROIT CENTER, 500 WOODWARD AVENUE, DETROIT, MI, 48226 | US Mail (1st Class) |
| 27116 | SILICON VALLEY BANK, ATTN: MANAGER, 8020 TOWERS CRESCENT DRIVE, SUITE 475, VIENNA, VA, 22182 | US Mail (1st Class) |
| 27116 | UBS FINANCIAL SERVICES (WASHINGTON, DC ), ATTN: ROBERT CLARK, 1501 K STREET NW, SUITE 1100, WASHINGTON, DC, 20005 | US Mail (1st Class) |

**Subtotal for this group: 3**