**EXHIBIT C**

**Exhibit C - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27117 | ADP, CORPORATE HEADQUARTERS, 1 ADP BLVD, ROSELAND, NJ, 07068 | US Mail (1st Class) |
| 27117 | CA SALES & USE TAX, STATE BOARD OF EQUALIZATION, PO BOX 942879, SACRAMENTO, CA, 94279-0001 | US Mail (1st Class) |
| 27117 | CA STATE INCOME TAX, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | US Mail (1st Class) |
| 27117 | CA STATE PAYROLL TAX, EMPLOYMENT DEVELOPMENT DEPT, PO BOX 826880, SACRAMENTO, CA, 94280-0001 | US Mail (1st Class) |
| 27117 | CA TAXPAYER SERVICE CENTERS, 1515 CLAY STREET, OAKLAND, CA, 94612-1432 | US Mail (1st Class) |
| 27117 | CA TAXPAYER SERVICE CENTERS, 3321 POWER INN ROAD, SACRAMENTO, CA, 95826 | US Mail (1st Class) |
| 27117 | CA TAXPAYER SERVICE CENTERS, 1550 WEST MAIN STREET, EL CENTRO, CA, 92243-2105 | US Mail (1st Class) |
| 27117 | CA TAXPAYER SERVICE CENTERS, 4820 MCGRATH STREET, VENTURA, CA, 93003 | US Mail (1st Class) |
| 27117 | CA TAXPAYER SERVICE CENTERS, 50 D STREET, SANTA ROSA, CA, 95404-4791 | US Mail (1st Class) |
| 27117 | CA TAXPAYER SERVICE CENTERS, 1800 30TH STREET, BAKERSFIELD, CA, 93301 | US Mail (1st Class) |
| 27117 | COLORADO DEPARTMENT OF REVENUE, EXECUTIVE DIRECTOR'S OFFICE, 1375 SHERMAN ST, RM 409, DENVER, CO, 80261 | US Mail (1st Class) |
| 27117 | COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION DIV, PO BOX 17405, BALTIMORE, MD, 21297 | US Mail (1st Class) |
| 27117 | CT DEPARTMENT OF REVENUE SERVICES, TAXPAYER SERVICES DIVISION, 25 SIGOURNEY STREET, HARTFORD, CT, 06106-5032 | US Mail (1st Class) |
| 27117 | DC TREASURER, OFFICE OF TAX AND REVENUE, PO BOX 96384, WASHINGTON, DC, 20090 | US Mail (1st Class) |
| 27117 | DISTRICT OF COLUMBIA, OFFICE OF TAX AND REVENUE, PO BOX 679, WASHINGTON, DC, 20044-0679 | US Mail (1st Class) |
| 27117 | DISTRICT OF COLUMBIA INCOME AND FRANCHISE TAX, OFFICE OF SALES AND USE TAX, PO BOX 556, WASHINGTON, DC, 20044-0556 | US Mail (1st Class) |
| 27117 | GEORGIA DEPARTMENT OF REVENUE, ATLANTA HEADQUARTERS, 1800 CENTURY CENTER BLVD NE, ATLANTA, GA, 30345-3205 | US Mail (1st Class) |
| 27117 | GEORGIA DEPARTMENT OF REVENUE, LOCAL GOVERNMENT SERVICES DIVISION, 4245 INTERNATIONAL PARKWAY, STE A, HAPEVILLE, GA, 30354-3918 | US Mail (1st Class) |
| 27117 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 11601 ROOSEVELT BLVD, MAIL DROP POINT N781, PHILADELPHIA, PA, 19154 | US Mail (1st Class) |
| 27117 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 21126, PHILADELPHIA, PA, 19114 | US Mail (1st Class) |
| 27117 | MARYLAND STATE DEPT OF ASSESMENT & TAXATION, 301 WEST PRESTON ST, BALTIMORE, MD, 21201-2395 | US Mail (1st Class) |
| 27117 | MARYLAND TAX PAYER SERVICES, 301 W PRESTON STREET, ROOM 206, BALTIMORE CITY, MD, 21201-2305 | US Mail (1st Class) |
| 27117 | MASSACHUSETTS DEPARTMENT OF REVENUE, LEGAL DIVISION, 100 CAMBRIDGE STREET, BOSTON, MA, 02114 | US Mail (1st Class) |
| 27117 | MASSACHUSETTS DEPT OF REVENUE, PO BOX 7039, BOSTON, MA, 02204 | US Mail (1st Class) |
| 27117 | MICHIGAN DEPARTMENT OF TREASURY, PO BOX 30199, LANSING, MI, 48909 | US Mail (1st Class) |
| 27117 | MICHIGAN DEPT OF TREASURY, DEPT 77003, DETROIT, MI, 48277 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 110 FOUNTAIN PARK DRIVE, STE F-1, BATTLEBORO, NC, 27809 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 3340 JAECKLE DRIVE, STE 202, WILMINGTON, NC, 28403 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 501 N WILMINGTON ST, REVENUE BLDG, 1ST FL SOUTH CORE, RALEIGH, NC, 27604 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 112 2ND ST PL SE, HICKORY, NC, 28602 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 2995 RADIO STATION RD, GREENVILLE, NC, 27834 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 5 CENTERVIEW DRIVE, LENOIR BUILDING, KOGER CENTER, GREENSBORO, NC, 27407 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 225 GREEN ST, STE 800, FAYETTEVILLE, NC, 28301 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 401 S GRIFFIN ST., STE 300, ELIZABETH CITY, NC, 27906 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 5111 NATIONS CROSSING RD, BLDG #8, STE 100, CHARLOTTE, NC, 28217 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 2800 HEART DRIVE, ASHEVILLE, NC, 28806 | US Mail (1st Class) |
| 27117 | NC DEPARTMENT OF REVENUE, 8025 NORTHPOINT BOULEVARD, STE 250, WINSTON-SALEM, NC, 27106 | US Mail (1st Class) |

**Exhibit C - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27117 | NEVADA DEPARTMENT OF TAXATION, GRANT SAWYER OFFICE BUILDING, STE 1300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 27117 | NEVADA DEPARTMENT OF TAXATION, 1010 RUBY VISTA DRIVE, STE 102, ELKO, NV, 89801 | US Mail (1st Class) |
| 27117 | NEVADA DEPARTMENT OF TAXATION, 4600 KIETZKE LANE, BUILDING L, ROOM 235, RENO, NV, 89502 | US Mail (1st Class) |
| 27117 | NEVADA DEPARTMENT OF TAXATION, 1550 COLLEGE PKWY, CARSON CITY, NV, 89706 | US Mail (1st Class) |
| 27117 | NEVADA DEPARTMENT OF TAXATION, 1550 E COLLEGE PKWY, STE 115, CARSON CITY, NV, 89706 | US Mail (1st Class) |
| 27117 | NEW YORK STATE AUDIT DIVISION, DIRECTOR OF TAX AUDITS, BUILDING 9, ROOM 302, W A HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 27117 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 27117 | NEW YORK STATE SALES TAX, JAF BUILDING, PO BOX 1205, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 27117 | NEW YORKDEPARTMENT OF TAXATION AND FINANCE, ATTN OFFICE OF COUNSEL, BUILDING 9, W A HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 27117 | NORTH CAROLINA DEPARTMENT OF REVENUE, 501 NORTH WILMINGTON STREET, RALEIGH, NC, 27604 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, ZANESVILLE TAXPAYER SERVICE CENTER, 601 UNDERWOOD STREET, ZANESVILLE, OH, 43701-3786 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, COLUMBUS TAXPAYER SERVICE CENTERS, 30 E BROAD STREET, 20TH FL, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, 4485 NORTHLAND RIDGE BLVD, COLUMBUS, OH, 43229 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, DAYTON TAXPAYER SERVICE CENTER, 40 S MAIN ST 5TH FL, DAYTON, OH, 45402-2162 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, YOUNGSTOWN TAXPAYER SERVICE CENTER, 242 FEDERAL PLAZA WEST, STE 403, YOUNGSTOWN, OH, 44503-1294 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, AKRON TAXPAYER SERVICE CENTER, 161 S HIGH STREET, STE 501, AKRON, OH, 44308-1600 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, TOLEDO TAXPAYER SERVICE CENTER, ONE GOVERNMENT CENTER, STE 1400, TOLEDO, OH, 43604-2232 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, CINCINNATI TAXPAYER SERVICE CENTER, 900 DALTON AVENUE AT W 8TH STREET, CINCINNATI, OH, 45203-1171 | US Mail (1st Class) |
| 27117 | OHIO DEPARTMENT OF TAXATION, CLEVELAND TAXPAYER SERVICE CENTER, CLEVELAND STATE OFFICE TOWER, 615 W SUPERIOR AVENUE, 5TH FLOOR, CLEVELAND, OH, 44113-1891 | US Mail (1st Class) |
| 27117 | PENNSYLVANIA DEPARTMENT OF REVENUE, BUREAU OF BUSINESS TRUST FUND TAXES, PO BOX 280901, HARRISBURG, PA, 17128-0901 | US Mail (1st Class) |
| 27117 | PENNSYLVANIA DEPARTMENT OF REVENUE, DISTRICT OFFICES, STRAWBERRY SQ, FOURTH AND WALNUT STS LOBBY, HARRISBURG, PA, 17128-0101 | US Mail (1st Class) |
| 27117 | PENNSYLVANIA DEPARTMENT OF REVENUE, DISTRICT OFFICES, STATE OFFICE BUILDING, 1400 SPRING GARDEN ST ROOM 201, PLILADELPHIA, PA, 19130-4007 | US Mail (1st Class) |
| 27117 | STATE BOARD OF EQUALIZATION, PO BOX 942879, SACRAMENTO, CA, 94279 | US Mail (1st Class) |
| 27117 | STATE OF NEW JERSEY, NEW JERSEY DIVISION OF TAXATION, PO BOX 281, TRENTON, NJ, 08695-0281 | US Mail (1st Class) |
| 27117 | STATE OF TEXAS, TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, CAPITOL STATION, POST OFFICE BOX 13528, AUSTIN, TX, 78711-3528 | US Mail (1st Class) |
| 27117 | STATE OF TEXAS, LYNDON B JOHNSON STATE OFFICE BUILDING, 111 EAST 17TH STREET, AUSTIN, TX, 78774 | US Mail (1st Class) |
| 27117 | STATE OF TEXAS, TAXPAYER SERVICES AND COLLECTIONS, 9221 LBJ FREEWAY, STE 100, DALLAS, TX, 75243-3429 | US Mail (1st Class) |
| 27117 | UTAH STATE TAX COMMISSION, 150 EAST CENTER #1300, PROVO, UT, 84606 | US Mail (1st Class) |
| 27117 | UTAH STATE TAX COMMISSION, 2540 WASHINGTON BLVD, OGDEN, UT, 84401 | US Mail (1st Class) |
| 27117 | UTAH STATE TAX COMMISSION, TAXPAYER SERVICES DIVISION, 100 SOUTH 5300 WEST, HURRICANE, UT, 84737 | US Mail (1st Class) |
| 27117 | UTAH STATE TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT, 84116 | US Mail (1st Class) |
| 27117 | VIRGINIA DEPARTMENT OF TAXATION, OFFICE OF CUSTOMER SERVICE, PO BOX 1115, RICHMOND, VA, 23218-1115 | US Mail (1st Class) |
| 27117 | VIRGINIA DEPARTMENT OF TAXATION, 3600 WEST BROAD ST, STE 160, RICHMOND, VA, 23230-4915 | US Mail (1st Class) |
| 27117 | VIRGINIA DEPT OF TAXATION, PO BOX 26626, RICHMOND, VA, 23261 | US Mail (1st Class) |

**Exhibit C - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27117 | WEST VIRGINIA DEPARTMENT OF REVENUE, PO BOX 2389, CHARLESTON, WV, 25328-2389 | US Mail (1st Class) |
| 27117 | WEST VIRGINIA DEPARTMENT OF REVENUE, LEGAL DIVISION, PO BOX 766, CHARLESTON, WV, 25323-0766 | US Mail (1st Class) |
| 27117 | WEST VIRGINIA DEPARTMENT OF REVENUE, LEGAL DIVISION, 1001 LEE ST, CHARLESTON, WV, 25301 | US Mail (1st Class) |

**Subtotal for this group: 74**