IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INPHONIC, INC., et al. | ) |
| | ) Case No. 07-11666 |
| | ) |
| Debtor(s). | ) |
| | ) |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

Please take notice that Amazon Services, LLC ("Amazon") is an interested party in the above-referenced case and, by and through its undersigned attorneys, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and e-mail address:

Marc Barreca
Kirkpatrick & Lockhart
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Facsimile:  (206) 623-7022
Telephone:  (206) 623-7580
Marc.Barreca@klgates.com
Bankruptcyecf@klgates.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Amazon's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Amazon is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date:   December 19, 2007.

                KIRKPATRICK & LOCKHART
                PRESTON GATES ELLIS LLP


                By:    /s/ Marc Barreca
                        Marc Barreca (WSBA #. 13412)
                        925 Fourth Avenue, Suite 2900
                        Seattle, WA  98104-1158
                        (206) 623-7580

Attorneys for Amazon Services, LLC

CERTIFICATE OF SERVICE

      I, Marc Barreca., an attorney with the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby certify that I served the within Notice of Entry of Appearance and Demand for Notices and Papers by causing to be sent a true and correct copy of the same by first-class mail to the persons listed below.

Date: December 19, 2007

      ./s/ Marc Barreca
      Marc Barreca

SERVICE LIST

**Eric Michael Sutty**
**Mary E. Augustine**
**Neil B. Glassman**
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, De 19899

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

K:\2969000\87016\20922_MLB\20922P240A