INPHONDE0010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: INPHONIC INCORPORATED         : CHAPTER: 11
                                     :
                                     :
                                     : BANKRUPTCY NO: 07-11666-KG

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:

>   **American Express Travel Related Svcs Co**
>   **Inc Corp Card**
>   **c/o Becket and Lee LLP**
>   **POB 3001**
>   **Malvern PA 19355-0701**

                By:    /s/Gilbert B. Weisman
                       _____
                       Gilbert B Weisman Esquire PA59872
                       Becket and Lee LLP Attorneys Agent
                       POB 3001
                       MALVERN PA 19355-0701
                       PHONE:   (610) 644-7800
                       FAX  :   (610) 993-8493
                       EMAIL:   notices@becket-lee.com

                       DATE: December 20, 2007

PET: 11/08/2007