# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** InPhonic, Inc.
**Case Number:** 07-11666-KG   **Chapter:** 11
**Date / Time / Room:** THURSDAY, DECEMBER 20, 2007 03:00 PM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** NICOLE SCHAEFER

### Matter:

OMNIBUS
**R / M #:** 272 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Order to be revised and sent to chambers for signature
#2 - No Ruling