**S I G N - I N - S H E E T**

| CASE NAME: | INPHONIC, INC. | COURTROOM LOCATION: 3 |
|---|---|---|
| CASE NO.: | 07-11666 - KG | DATE: 12/20/07 |

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jesse Cook-Dubin (Telephonic) | Vorys, Sater, Seymour & Pease | AOL America |
| Paul M. Rosenblatt (" ") | Kilpatrick Stockton | AT & T |
| David Agay    (    "    ) | Kirkland & Ellis | Adeptio INPC Funding |
| Jeremy R. Johnson | DLA Piper | InPhonic |
| Mark C. Smith | Dirk Pipet | InPhonic |
| Mary Augustine | The Bayard Firm | " |
| Robert S. Brady | Young Conaway | Adeptio INPC Funding |
| Jami Nimeroff | Skf | Alltel Communication |
| Kathy Miller | Brown Stone Nimeroff LLC | Microsoft |
| Jason M. Madron | Richards Layton + Finger PA | U.S. Cellular |
| Kevin Mangan | Womble Carlyle | T-Mobile |
| Thomas M. Horan | MORRIS JAMES LLP | Verizon Communications Sprint Nextel |
| Kevin Guerke | Seitz Van Ogtrop | Qualcomm |
| Peter Dullis | Bellanan Fryssell + Roney | Yellow Pge Authority |
| Kurt Gwynne | Reed Smith LLP | Creditors Committee |