Exhibit B

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

InPhonic, Inc.                                          December 21, 2007
File # 33006-00001- NBG

| Name | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| Neil B Glassman | Director | 725.00 | 52.80 | 38,280.00 |
| Charlene D Davis | Director | 600.00 | 0.80 | 480.00 |
| Eric M Sutty | Associate | 365.00 | 26.70 | 9,745.50 |
| Mary E Augustine | Associate | 310.00 | 49.90 | 15,469.00 |
| Justin Edelson | Associate | 215.00 | 30.70 | 6,600.50 |
| Walter Cavers | Paralegal | 205.00 | 37.90 | 7,769.50 |
| Tiffany N Matthews | Paralegal | 200.00 | 7.20 | 1,440.00 |
| Michelle M Dero | Paralegal | 200.00 | 1.30 | 260.00 |
| Edith Miranda | Paralegal | 190.00 | 24.10 | 4,579.00 |
| Lindsey Suprum | Paralegal | 125.00 | 1.30 | 162.50 |
| Jacqueline Lately | Case Management Asst | 125.00 | 3.30 | 412.50 |
| James B Sanderson | Billing Specialist | 100.00 | 0.50 | 50.00 |
| | Totals | | 236.50 | 85,248.50 |

# THE BAYARD FIRM

InPhonic, Inc.                                          December 21, 2007
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Asset Analysis and Recovery | 0.10 | 21.50 |
| Litigation/Adversary Proceeding | 16.30 | 9,103.00 |
| Business Operations | 1.80 | 377.00 |
| Case Administration | 76.00 | 18,753.00 |
| Court Hearings | 69.10 | 28,019.50 |
| Creditor Inquiries | 3.30 | 1,542.00 |
| Cash Collateral/DIP Financing | 9.70 | 3,949.50 |
| TBF Retention Application | 6.50 | 2,259.50 |
| Other Professional Retention Apps | 5.00 | 2,047.50 |
| Leases/Executory Contracts | 4.00 | 1,710.00 |
| TBF Fee Applications/Compensation | 1.10 | 520.00 |
| Other Professional Fee Apps | 1.30 | 399.50 |
| General Corporate Matters | 0.60 | 435.00 |
| Meetings of Creditors | 10.30 | 5,109.50 |
| Claims Analysis and Resolution | 5.10 | 2,368.00 |
| Plan | 0.10 | 72.50 |
| Use, Sale or Lease of Property | 14.50 | 5,295.00 |
| Trustee Reporting/Schedules | 10.50 | 3,007.00 |
| Utility Matters | 1.20 | 259.50 |
| | ----------- | ------------- |
| | 236.50 | 85,248.50 |
| | =========== | ============= |

# THE BAYARD FIRM

InPhonic, Inc.                                          December 21, 2007
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Computer Research | 410.44 |
| Copies | 925.40 |
| Delivery Charges | 258.00 |
| Electronic Filing Charges | 20.50 |
| Outside Copy Charges | 2,316.35 |
| Outside Fax Charges | 552.00 |
| Outside Phone Charges | 15.00 |
| Phone | 41.40 |
| Print Images | 384.30 |
| Support Staff Overtime | 486.01 |

Total Expenses        $      5,409.40

# THE BAYARD FIRM

InPhonic, Inc.                                                December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 11-07-07 | Support Staff Overtime | 43.26 |
| 11-08-07 | Support Staff Overtime | 49.38 |
| 11-08-07 | Support Staff Overtime | 212.33 |
| 11-08-07 | Support Staff Overtime | 43.26 |
| 11-08-07 | Support Staff Overtime | 43.26 |
| 11-09-07 | Print Images | 1.30 |
| 11-09-07 | Print Images | 0.10 |
| 11-09-07 | Print Images | 0.10 |
| 11-09-07 | Print Images | 0.20 |
| 11-09-07 | Print Images | 1.20 |
| 11-09-07 | Print Images | 1.60 |
| 11-09-07 | Print Images | 11.10 |
| 11-09-07 | Print Images | 3.20 |
| 11-09-07 | Print Images | 2.90 |
| 11-09-07 | Print Images | 3.30 |
| 11-09-07 | Print Images | 3.80 |
| 11-09-07 | Print Images | 0.20 |
| 11-09-07 | Print Images | 0.70 |
| 11-09-07 | Print Images | 0.80 |
| 11-09-07 | Print Images | 0.70 |
| 11-09-07 | Print Images | 18.10 |
| 11-09-07 | Print Images | 18.60 |
| 11-09-07 | Print Images | 0.90 |
| 11-09-07 | Phone | 0.60 |
| 11-09-07 | Phone | 0.40 |
| 11-09-07 | Phone | 0.40 |
| 11-09-07 | Phone | 2.20 |
| 11-09-07 | Phone | 0.80 |
| 11-09-07 | Phone | 0.80 |
| 11-09-07 | Phone | 1.00 |
| 11-09-07 | Phone | 0.40 |
| 11-09-07 | Phone | 0.20 |
| 11-09-07 | Phone | 0.60 |
| 11-09-07 | Phone | 0.40 |
| 11-09-07 | Phone | 1.20 |
| 11-09-07 | Phone | 0.20 |
| 11-09-07 | Phone | 0.60 |
| 11-09-07 | Copies | 0.10 |
| 11-09-07 | Copies | 1.90 |

# THE BAYARD FIRM

InPhonic, Inc.                                                December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 11-09-07 | Copies | 0.30 |
| 11-09-07 | Copies | 1.00 |
| 11-09-07 | Copies | 0.40 |
| 11-09-07 | Copies | 12.40 |
| 11-09-07 | Copies | 0.60 |
| 11-09-07 | Copies | 13.00 |
| 11-09-07 | Copies | 102.40 |
| 11-09-07 | Copies | 15.00 |
| 11-09-07 | Copies | 98.30 |
| 11-09-07 | Copies | 0.10 |
| 11-09-07 | Delivery Charges | 25.00 |
| 11-09-07 | Support Staff Overtime | 43.26 |
| 11-09-07 | Support Staff Overtime | 21.63 |
| 11-09-07 | Outside Copy Charges | 2,316.35 |
| 11-11-07 | Delivery Charges | 98.00 |
| 11-11-07 | Delivery Charges | 10.00 |
| 11-12-07 | Print Images | 1.20 |
| 11-12-07 | Print Images | 0.80 |
| 11-12-07 | Print Images | 0.80 |
| 11-12-07 | Print Images | 0.70 |
| 11-12-07 | Print Images | 0.90 |
| 11-12-07 | Print Images | 1.60 |
| 11-12-07 | Print Images | 4.60 |
| 11-12-07 | Print Images | 16.20 |
| 11-12-07 | Print Images | 1.20 |
| 11-12-07 | Print Images | 1.70 |
| 11-12-07 | Print Images | 1.10 |
| 11-12-07 | Print Images | 3.60 |
| 11-12-07 | Print Images | 1.00 |
| 11-12-07 | Print Images | 1.00 |
| 11-12-07 | Print Images | 1.40 |
| 11-12-07 | Print Images | 2.80 |
| 11-12-07 | Print Images | 3.00 |
| 11-12-07 | Print Images | 3.00 |
| 11-12-07 | Print Images | 1.80 |
| 11-12-07 | Print Images | 0.90 |
| 11-12-07 | Print Images | 3.70 |
| 11-12-07 | Print Images | 0.70 |
| 11-12-07 | Print Images | 1.00 |

# THE BAYARD FIRM

InPhonic, Inc.                                            December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 11-12-07 | Print Images | 1.20 |
| 11-12-07 | Print Images | 0.60 |
| 11-12-07 | Print Images | 2.80 |
| 11-12-07 | Print Images | 2.60 |
| 11-12-07 | Print Images | 2.80 |
| 11-12-07 | Print Images | 3.80 |
| 11-12-07 | Print Images | 0.60 |
| 11-12-07 | Phone | 0.20 |
| 11-12-07 | Phone | 0.20 |
| 11-12-07 | Phone | 0.40 |
| 11-12-07 | Phone | 1.80 |
| 11-12-07 | Copies | 6.50 |
| 11-13-07 | Print Images | 0.10 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.70 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.30 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.30 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 3.60 |
| 11-13-07 | Print Images | 2.70 |
| 11-13-07 | Print Images | 2.60 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.40 |
| 11-13-07 | Print Images | 2.80 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.40 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 1.00 |
| 11-13-07 | Print Images | 1.20 |
| 11-13-07 | Print Images | 0.60 |

# THE BAYARD FIRM

InPhonic, Inc.                                          December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|-------:|
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.30 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.80 |
| 11-13-07 | Print Images | 2.10 |
| 11-13-07 | Print Images | 1.70 |
| 11-13-07 | Print Images | 0.10 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 0.10 |
| 11-13-07 | Print Images | 0.10 |
| 11-13-07 | Print Images | 1.90 |
| 11-13-07 | Print Images | 0.30 |
| 11-13-07 | Print Images | 1.80 |
| 11-13-07 | Print Images | 1.90 |
| 11-13-07 | Print Images | 0.30 |
| 11-13-07 | Print Images | 0.90 |
| 11-13-07 | Print Images | 1.20 |
| 11-13-07 | Print Images | 1.90 |
| 11-13-07 | Print Images | 0.20 |
| 11-13-07 | Print Images | 2.10 |
| 11-13-07 | Print Images | 0.60 |
| 11-13-07 | Print Images | 0.60 |
| 11-13-07 | Print Images | 1.00 |
| 11-13-07 | Print Images | 1.90 |
| 11-13-07 | Phone | 2.20 |
| 11-13-07 | Phone | 0.60 |
| 11-13-07 | Phone | 0.40 |
| 11-13-07 | Phone | 1.60 |
| 11-13-07 | Phone | 0.20 |
| 11-13-07 | Phone | 0.20 |
| 11-13-07 | Phone | 0.20 |
| 11-13-07 | Phone | 2.20 |
| 11-13-07 | Copies | 11.90 |
| 11-13-07 | Copies | 0.40 |
| 11-13-07 | Copies | 139.30 |
| 11-13-07 | Delivery Charges | 25.00 |
| 11-13-07 | Computer Research | 356.14 |
| 11-13-07 | Support Staff Overtime | 29.63 |
| 11-14-07 | Print Images | 1.20 |

# THE BAYARD FIRM

InPhonic, Inc.                                              December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 11-14-07 | Print Images | 0.60 |
| 11-14-07 | Print Images | 0.20 |
| 11-14-07 | Print Images | 0.20 |
| 11-14-07 | Print Images | 0.40 |
| 11-14-07 | Print Images | 0.20 |
| 11-14-07 | Print Images | 1.10 |
| 11-14-07 | Print Images | 0.70 |
| 11-14-07 | Print Images | 0.70 |
| 11-14-07 | Print Images | 1.30 |
| 11-14-07 | Print Images | 1.40 |
| 11-14-07 | Print Images | 1.20 |
| 11-14-07 | Print Images | 1.20 |
| 11-14-07 | Phone | 2.00 |
| 11-14-07 | Phone | 0.80 |
| 11-14-07 | Phone | 0.20 |
| 11-14-07 | Phone | 1.20 |
| 11-14-07 | Phone | 1.00 |
| 11-14-07 | Copies | 35.30 |
| 11-14-07 | Copies | 33.10 |
| 11-14-07 | Delivery Charges | 25.00 |
| 11-15-07 | Print Images | 0.40 |
| 11-15-07 | Print Images | 0.20 |
| 11-15-07 | Print Images | 0.70 |
| 11-15-07 | Print Images | 1.00 |
| 11-15-07 | Print Images | 1.70 |
| 11-15-07 | Print Images | 5.50 |
| 11-15-07 | Print Images | 4.20 |
| 11-15-07 | Print Images | 1.70 |
| 11-15-07 | Print Images | 5.60 |
| 11-15-07 | Print Images | 0.20 |
| 11-15-07 | Print Images | 0.10 |
| 11-15-07 | Print Images | 0.20 |
| 11-15-07 | Print Images | 0.60 |
| 11-15-07 | Print Images | 0.20 |
| 11-15-07 | Print Images | 1.10 |
| 11-15-07 | Print Images | 1.70 |
| 11-15-07 | Phone | 0.40 |
| 11-15-07 | Copies | 133.00 |
| 11-15-07 | Delivery Charges | 30.00 |

# THE BAYARD FIRM

InPhonic, Inc.                                             December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 11-16-07 | Print Images | 0.10 |
| 11-16-07 | Print Images | 0.30 |
| 11-16-07 | Print Images | 0.10 |
| 11-16-07 | Print Images | 0.20 |
| 11-16-07 | Print Images | 2.00 |
| 11-16-07 | Phone | 0.20 |
| 11-16-07 | Phone | 0.20 |
| 11-16-07 | Copies | 25.00 |
| 11-18-07 | Delivery Charges | 10.00 |
| 11-19-07 | Print Images | 1.30 |
| 11-19-07 | Print Images | 6.00 |
| 11-19-07 | Print Images | 1.90 |
| 11-19-07 | Print Images | 1.90 |
| 11-19-07 | Print Images | 1.90 |
| 11-19-07 | Phone | 0.60 |
| 11-19-07 | Phone | 0.40 |
| 11-19-07 | Phone | 0.20 |
| 11-19-07 | Phone | 0.40 |
| 11-19-07 | Copies | 6.50 |
| 11-19-07 | Copies | 19.20 |
| 11-19-07 | Delivery Charges | 35.00 |
| 11-19-07 | Electronic Filing Charges | 20.50 |
| 11-20-07 | Print Images | 1.50 |
| 11-20-07 | Print Images | 1.20 |
| 11-20-07 | Print Images | 1.50 |
| 11-20-07 | Print Images | 0.70 |
| 11-20-07 | Print Images | 0.80 |
| 11-20-07 | Print Images | 0.30 |
| 11-20-07 | Print Images | 0.30 |
| 11-20-07 | Phone | 0.80 |
| 11-20-07 | Phone | 4.60 |
| 11-20-07 | Copies | 15.00 |
| 11-21-07 | Print Images | 0.60 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 2.30 |
| 11-21-07 | Print Images | 0.10 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 0.90 |

# THE BAYARD FIRM

InPhonic, Inc.                                              December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 11-21-07 | Print Images | 0.20 |
| 11-21-07 | Print Images | 1.00 |
| 11-21-07 | Print Images | 0.90 |
| 11-21-07 | Print Images | 0.60 |
| 11-21-07 | Print Images | 0.50 |
| 11-21-07 | Print Images | 1.00 |
| 11-21-07 | Print Images | 1.10 |
| 11-21-07 | Print Images | 0.20 |
| 11-21-07 | Print Images | 0.40 |
| 11-21-07 | Print Images | 0.80 |
| 11-21-07 | Print Images | 0.10 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 0.90 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 1.10 |
| 11-21-07 | Print Images | 1.00 |
| 11-21-07 | Print Images | 0.80 |
| 11-21-07 | Print Images | 0.10 |
| 11-21-07 | Print Images | 0.10 |
| 11-21-07 | Print Images | 0.70 |
| 11-21-07 | Print Images | 0.20 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 0.20 |
| 11-21-07 | Print Images | 0.30 |
| 11-21-07 | Print Images | 0.80 |
| 11-21-07 | Print Images | 0.80 |
| 11-21-07 | Phone | 0.20 |
| 11-21-07 | Phone | 0.20 |
| 11-21-07 | Phone | 1.20 |
| 11-21-07 | Copies | 11.40 |
| 11-21-07 | Computer Research | 54.30 |
| 11-25-07 | Outside Phone Charges | 15.00 |
| 11-26-07 | Phone | 0.60 |
| 11-26-07 | Phone | 0.40 |
| 11-26-07 | Phone | 0.20 |
| 11-26-07 | Copies | 9.00 |
| 11-26-07 | Copies | 0.90 |
| 11-26-07 | Copies | 89.90 |
| 11-26-07 | Print Images | 0.30 |

# THE BAYARD FIRM

InPhonic, Inc.                                                December 21, 2007
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 1.20 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 1.70 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.80 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.20 |
| 11-26-07 | Print Images | 0.20 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.20 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 1.50 |
| 11-26-07 | Print Images | 0.70 |
| 11-26-07 | Print Images | 0.20 |
| 11-26-07 | Print Images | 0.40 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.80 |
| 11-26-07 | Print Images | 0.20 |
| 11-26-07 | Print Images | 0.40 |
| 11-26-07 | Print Images | 0.20 |
| 11-26-07 | Print Images | 0.60 |
| 11-26-07 | Print Images | 0.60 |
| 11-26-07 | Print Images | 0.40 |
| 11-26-07 | Print Images | 1.10 |
| 11-26-07 | Print Images | 1.00 |
| 11-26-07 | Print Images | 0.80 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 0.30 |
| 11-26-07 | Print Images | 1.00 |
| 11-26-07 | Print Images | 0.30 |

# THE BAYARD FIRM

InPhonic, Inc.                                          December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 11-26-07 | Print Images | 0.10 |
| 11-27-07 | Print Images | 0.60 |
| 11-27-07 | Print Images | 0.80 |
| 11-27-07 | Print Images | 0.80 |
| 11-27-07 | Print Images | 0.40 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 0.40 |
| 11-27-07 | Print Images | 0.20 |
| 11-27-07 | Print Images | 3.90 |
| 11-27-07 | Print Images | 0.70 |
| 11-27-07 | Print Images | 3.90 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 3.90 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 3.90 |
| 11-27-07 | Print Images | 0.90 |
| 11-27-07 | Print Images | 3.90 |
| 11-27-07 | Print Images | 3.90 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 1.00 |
| 11-27-07 | Print Images | 0.20 |
| 11-27-07 | Print Images | 0.20 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 0.60 |
| 11-27-07 | Print Images | 0.10 |
| 11-27-07 | Print Images | 2.30 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 0.10 |
| 11-27-07 | Print Images | 0.30 |
| 11-27-07 | Print Images | 0.70 |
| 11-27-07 | Print Images | 0.40 |
| 11-27-07 | Print Images | 0.20 |
| 11-27-07 | Phone | 0.20 |
| 11-27-07 | Copies | 2.70 |
| 11-27-07 | Copies | 0.40 |
| 11-27-07 | Copies | 8.00 |
| 11-27-07 | Copies | 0.70 |
| 11-27-07 | Copies | 7.20 |
| 11-28-07 | Phone | 0.40 |

# THE BAYARD FIRM

InPhonic, Inc.                                                    December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 11-28-07 | Phone | 0.40 |
| 11-28-07 | Phone | 1.00 |
| 11-28-07 | Phone | 0.20 |
| 11-28-07 | Phone | 0.20 |
| 11-28-07 | Phone | 0.20 |
| 11-28-07 | Phone | 0.60 |
| 11-28-07 | Copies | 23.10 |
| 11-28-07 | Copies | 5.20 |
| 11-28-07 | Copies | 0.80 |
| 11-28-07 | Copies | 6.80 |
| 11-28-07 | Copies | 3.00 |
| 11-28-07 | Copies | 1.30 |
| 11-28-07 | Copies | 12.10 |
| 11-28-07 | Copies | 15.20 |
| 11-28-07 | Copies | 34.80 |
| 11-28-07 | Print Images | 3.20 |
| 11-28-07 | Print Images | 1.10 |
| 11-28-07 | Print Images | 2.70 |
| 11-28-07 | Print Images | 1.10 |
| 11-28-07 | Print Images | 1.90 |
| 11-28-07 | Print Images | 1.10 |
| 11-28-07 | Print Images | 2.70 |
| 11-28-07 | Print Images | 0.70 |
| 11-28-07 | Print Images | 1.40 |
| 11-28-07 | Print Images | 1.40 |
| 11-28-07 | Print Images | 1.40 |
| 11-28-07 | Print Images | 1.10 |
| 11-28-07 | Print Images | 2.90 |
| 11-28-07 | Print Images | 1.90 |
| 11-28-07 | Print Images | 2.70 |
| 11-28-07 | Print Images | 2.60 |
| 11-28-07 | Print Images | 2.80 |
| 11-28-07 | Print Images | 0.60 |
| 11-28-07 | Print Images | 1.40 |
| 11-28-07 | Print Images | 1.40 |
| 11-29-07 | Print Images | 1.50 |
| 11-29-07 | Print Images | 0.60 |
| 11-29-07 | Print Images | 9.90 |
| 11-29-07 | Print Images | 6.10 |

# THE BAYARD FIRM

InPhonic, Inc.                                        December 21, 2007
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 11-29-07 | Print Images | 0.60 |
| 11-29-07 | Print Images | 1.40 |
| 11-29-07 | Print Images | 1.40 |
| 11-29-07 | Print Images | 1.40 |
| 11-29-07 | Print Images | 1.70 |
| 11-29-07 | Print Images | 2.10 |
| 11-29-07 | Print Images | 1.00 |
| 11-29-07 | Print Images | 0.60 |
| 11-29-07 | Print Images | 0.90 |
| 11-29-07 | Print Images | 1.70 |
| 11-29-07 | Print Images | 0.90 |
| 11-29-07 | Print Images | 0.90 |
| 11-29-07 | Print Images | 1.40 |
| 11-29-07 | Print Images | 1.20 |
| 11-29-07 | Phone | 0.60 |
| 11-29-07 | Phone | 0.80 |
| 11-29-07 | Phone | 1.00 |
| 11-29-07 | Copies | 14.60 |
| 11-29-07 | Copies | 3.00 |
| 11-29-07 | Copies | 2.20 |
| 11-29-07 | Copies | 0.40 |
| 11-29-07 | Copies | 0.50 |
| 11-29-07 | Copies | 1.50 |
| 11-30-07 | Outside Fax Charges | 552.00 |

Total Disbursements    $   5,409.40