# Exhibit C

# Project Categories By Task Code

| | | |
|---|---|---|
| AA | - | Asset Analysis & Recovery |
| AP | - | Litigation & Adversary Proceedings |
| BO | - | Business Operations |
| CA | - | Case Administration |
| CH | - | Court Hearings |
| CI | - | Creditor Inquiries |
| CR | - | Cash Collateral & DIP Financing |
| DS | - | Disclosure Statement |
| EA1 | - | Employment Application of The Bayard Firm |
| EA2 | - | Employment Application of Other Professionals |
| EB | - | Employee Matters |
| EC | - | Lease & Executory Contract Issues |
| FA1 | - | Fee Application of The Bayard Firm |
| FA2 | - | Fee Application of Other Professionals |
| MA | - | General Corporate Matters |
| MC | - | Meetings of Creditors |
| MR | - | Stay Relief Matters |
| NT | - | Non-Working Travel |
| PC | - | Claims, Analysis, Objections & Resolutions |
| PL | - | Plan |
| SA | - | Use, Sale or Lease of Property |
| TR | - | Trustee Reporting & Schedules |
| UM | - | Utility Matters |