## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of December, 2007, I caused a copy of the **First Monthly Fee Statement of The Bayard Firm for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 8, 2007 Through November 30, 2007** to be served upon the Notice Parties listed on the attached service list *via* first class mail.

_____
Mary E. Augustine (No. 4477)

{00711127;v1} 672113-1

# INPHONIC INC.

## Service List

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York   NY   10020-1104
*Debtor*

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*

Kenneth D. Schwartz
InPhonic, Inc.
1010 Wisconsin Avenue
Ste. 600
Washington   D.C.   20007