IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Cases No. 07-11666 (KG) |
| | Jointly Administered |
| Debtors. | |
| | Objection Deadline: January 9, 2008 at 4:00 p.m. |
| | Hearing Date: Only if an objection is filed. |

## NOTICE OF APPLICATION

**TO:** All Parties Listed on the attached Certificate of Service

DLA Piper US LLP has filed the attached **First Monthly Fee Statement of DLA Piper US LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from November 8, 2007 Through November 30, 2007** (the "Application").

Responses or objections to the Application, if any, are to be filed on or before **January 9, 2008 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 26, 2007
Wilmington, Delaware

THE BAYARD FIRM

_/s/ signature_
Neil B. Glassman (No. 2087)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

Co-Counsel to the Debtors

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00711217;v1}