# EXHIBIT A

## Billing Instructions:

Matter # 356037-000019

Invoice # ******

T. Califano

Page: 2

November 30, 2007

Fees:

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/08/07 | Review and revise Form 8-K; telephone conversations regarding the same. | Harmon, Jason C. | 1.20 |
| 11/08/07 | Finalize documents, conference calls, attention to filing union SCS. | Califano, Thomas R. | 4.50 |
| 11/08/07 | Review and edit first-day motions and filing documents; edit first-day orders; multiple teleconferences with M. Augustine re: first-day order; filing status. | Johnson, Jeremy R. | 12.40 |
| 11/08/07 | Draft, format and revise various first-day motions for filing. | Smith, Mark C. | 6.70 |
| 11/08/07 | Collaborate with various parties to from bayard, BMC and DLA Piper Baltimore in order to collect needed exhibits, schedules and lists in order to complete appropriate service via BMC. | Smith, Mark C. | 3.50 |
| 11/08/07 | Draft Service Matrix for First Day Motions | Smith, Mark C. | 0.30 |
| 11/08/07 | Prepare and coordinate first day motions, petitions and filing of chapter 11 case. | Blaylock, Ashleigh Lauren | 9.80 |
| 11/08/07 | Assisting with preparation of documents; creating binders | Ware, Robert T. | 4.80 |
| 11/09/07 | Review Form 12b-25. | Harmon, Jason C. | 0.20 |
| 11/09/07 | Travel to Delaware, preparation for fist days, preparation of client, conference calls with UST, attendance at hearing, travel back from Delaware. | Califano, Thomas R. | 11.00 |
| 11/09/07 | Prepare for and attend hearing on first-day motions; multiple teleconferences with UST and lenders regarding same; edit first day orders and prepare outlines for first day hearings. | Johnson, Jeremy R. | 7.80 |
| 11/09/07 | Draft Form NT 10-Q for notification of late filing of the third quarter Form 10-Q | Edwards, Christopher B. | 1.20 |
| 11/09/07 | Research and draft correspondence re various issues involving hearing on first day motions. | Smith, Mark C. | 7.20 |
| 11/09/07 | Conduct research re: and provide notice to top 20 creditors. | Blaylock, Ashleigh Lauren | 5.60 |
| 11/09/07 | Researching contact information for creditors; preparing and pulling documents | Ware, Robert T. | 5.70 |
| 11/10/07 | E-mail A. Saxon regarding bankruptcy stay and notice. | Johnson, Jeremy R. | 0.20 |
| 11/10/07 | E-mail M. Ruark and M. Dougherty re: insurance premium financing. | Johnson, Jeremy R. | 0.20 |

## Billing Instructions:

T. Califano
Matter # 356037-000019
Invoice # ******
Page: 3
November 30, 2007

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 11/10/07 | E-mail M. Dougherty regarding APA schedules. | Johnson, Jeremy R. | 0.20 |
| 11/11/07 | Conference call with team re: next steps and status. | Califano, Thomas R. | 0.50 |
| 11/11/07 | Multiple e-mails with J. Cohen, D. O'Flanagan, A. Delsass, and B. Daniel regarding APA, schedules, bid procedures and related items. | Johnson, Jeremy R. | 0.90 |
| 11/11/07 | Edit To Do list. | Johnson, Jeremy R. | 0.40 |
| 11/11/07 | Teleconference with T. Califano, M. Smith and A. Blaylock re: open items and status. | Johnson, Jeremy R. | 0.40 |
| 11/11/07 | Call with T. Califano, J. Johnson and M. Smith regarding case status. | Blaylock, Ashleigh Lauren | 0.50 |
| 11/11/07 | Draft InPhonic to do list. | Blaylock, Ashleigh Lauren | 0.70 |
| 11/11/07 | Coordinate with local counsel re: notices of filing and filing APA Schedules and exhibits thereto. | Blaylock, Ashleigh Lauren | 0.50 |
| 11/12/07 | Review and revise press release to Form 10-Q. | Harmon, Jason C. | 0.70 |
| 11/12/07 | Teleconference with Cliff Katy attorney for creditor; review of confidential memorandum; review of proposed sec filings; revisions to "to do" list and memo; teleconference with Keaton regarding schedules; conference calls with clients; teleconference with creditors attorneys. | Califano, Thomas R. | 8.50 |
| 11/12/07 | E-mail M. Dougherty re: board resolutions. | Johnson, Jeremy R. | 0.20 |
| 11/12/07 | E-mail B. Daniels regarding procedures and status. | Johnson, Jeremy R. | 0.20 |
| 11/12/07 | Teleconference with BMC re: servicing issues. | Johnson, Jeremy R. | 0.40 |
| 11/12/07 | Teleconference with A. Torgove and J. Cohen regarding sale status. | Johnson, Jeremy R. | 0.60 |
| 11/12/07 | Multiple teleconferences with J. Edelson re: service and status. | Johnson, Jeremy R. | 0.30 |
| 11/12/07 | Edit bid procedures and related exhibits. | Johnson, Jeremy R. | 1.60 |
| 11/12/07 | Review and revised notice of commencement of cases. | Johnson, Jeremy R. | 0.40 |
| 11/12/07 | Review revised notices of second day hearings for first day motions; conference with J. Edelson regarding same. | Johnson, Jeremy R. | 0.90 |
| 11/12/07 | Review revised schedules to APA; review and edit notice of filing regarding same. | Johnson, Jeremy R. | 0.40 |
| 11/12/07 | E-mail A. Saxon re: notice of bankruptcy filing and petitions. | Johnson, Jeremy R. | 0.20 |
| 11/12/07 | Meet with Califano re: strategy (.3); meet with M. Smith regarding strategy (.3); research 363(b)(1)(A) issues (1.3); | Roldan, Vincent J. | 2.90 |

## Billing Instructions:

|  |  |
|--|--|

Matter # 356037-000019
Invoice # ******

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | research procedural issues (1.0). | | |
| 11/12/07 | Office conference with M. Dougherty; draft and revise certificates; calls; correspondence. | Mason, David A. | 3.20 |
| 11/12/07 | Draft Form 8-K for notification of delisting by NASDAQ | Edwards, Christopher B. | 1.80 |
| 11/12/07 | Coordinate and organize service of notice for various first day motions. | Smith, Mark C. | 8.30 |
| 11/12/07 | Conduct research re: and compile cure amounts for Material Contracts. | Blaylock, Ashleigh Lauren | 3.90 |
| 11/12/07 | Call with J.Johnson, M. Smith, and BMC regarding notices to be sent to creditors. | Blaylock, Ashleigh Lauren | 0.60 |
| 11/12/07 | Preparing Spreadsheet and comparing schedules for creditor information | Ware, Robert T. | 6.40 |
| 11/13/07 | Review Form 12b-25 and discuss same with Mr. Purcell. | Harmon, Jason C. | 0.30 |
| 11/13/07 | Meeting with AT, review and revise motion, teleconference with Walter Leach re: contract, conference call regarding leasing issue and notice to rebate party issues, meeting with Jeremy Johnson at AB regarding executory contracts, teleconference with attorney for ANC, teleconference with attorney for creditor, review of notices of all issues. | Califano, Thomas R. | 5.00 |
| 11/13/07 | Telephone call with Mr. Johnson regarding notice to D&O insurance carriers. Draft notice to D&O insurance carriers regarding potential claims against directors and officers. | Connuck, Eric S. | 3.50 |
| 11/13/07 | Teleconference with A. Saxon re: stay notices. | Johnson, Jeremy R. | 0.40 |
| 11/13/07 | Teleconference with BMC re: noticing requirements for first-day motions, orders and sale notices. | Johnson, Jeremy R. | 0.60 |
| 11/13/07 | Review and edit notice of commencement; e-mail comments to local counsel. | Johnson, Jeremy R. | 0.40 |
| 11/13/07 | Review and edit notices for first-day motions. | Johnson, Jeremy R. | 0.60 |
| 11/13/07 | Teleconference with W. Leetch and K. Evans regarding to do list and open items. | Johnson, Jeremy R. | 0.40 |
| 11/13/07 | Review and edit notices to creditors, executory contract holders, publication and bidders; multiple teleconferences with secured creditor counsel, BMC and local counsel. | Johnson, Jeremy R. | 2.90 |
| 11/13/07 | Review and edit supplement to sale motion. | Johnson, Jeremy R. | 0.30 |
| 11/13/07 | Review litigation reports and D&O insurance; e-mail E. Connuck regarding open items.. | Johnson, Jeremy R. | 0.80 |
| 11/13/07 | Revise supplemental motion re: sale (1.3), discuss strategy | Roldan, Vincent J. | 1.40 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 5
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | on same with M. Smith (.1) | | |
| 11/13/07 | Review and provide revisions to 12b-25 filing with the SEC for the third quarter 2007 | Edwards, Christopher B. | 0.60 |
| 11/13/07 | Draft and revise Supplement to Sale Motion requesting court move ahead with sale without appointing a consumer privacy ombudsman. | Smith, Mark C. | 3.20 |
| 11/13/07 | Coordinate and create exhibit A for Cure Notices. | Blaylock, Ashleigh Lauren | 2.10 |
| 11/13/07 | Preparing binders for MS (3.8); attempting to use and diagnose problems with e-room (2.2); meeting with JJ and e-mails with DF to try to obtain documents (.9) | Ware, Robert T. | 6.90 |
| 11/14/07 | Conference call with clients Layard, conference calls with K&E regarding APA issues; review of amended schedules, review of amended memo and affidavit. | Califano, Thomas R. | 5.00 |
| 11/14/07 | Continue to work on notice to D&O insurance carriers of potential claims against directors and officers. | Connuck, Eric S. | 5.70 |
| 11/14/07 | Teleconference with local counsel and BMC re; finalizing and serving executory contract, sale and other first-day motion notices. | Johnson, Jeremy R. | 1.80 |
| 11/14/07 | Teleconference with E. Sutty regarding noticing of rebate claimants. | Johnson, Jeremy R. | 0.30 |
| 11/14/07 | Teleconference with M. Dougherty and E. Knudsen re: APA schedules. | Johnson, Jeremy R. | 0.30 |
| 11/14/07 | Review and edit supplement to sale motion. | Johnson, Jeremy R. | 0.30 |
| 11/14/07 | Revise supplemental motion (.9); attend to procedure (.5); revise affidavits (2.0); revise supplemental motion (2.0); discuss motion with Kirkland (.5); discuss strategy with Califano (.5); discuss strategy with Smith (.5); attend to notice of hearing (.5) | Roldan, Vincent J. | 7.40 |
| 11/14/07 | Read UCC filings, Sprint & T Mobile contracts | Roldan, Vincent J. | 1.00 |
| 11/14/07 | Review local rules and docket, sale motion and sample motions and notices, draft notice of hearing, conversations with V. Roldan re same and re service issues. | Coleman, William H. | 2.50 |
| 11/14/07 | Advise M. Smith re filing off affidavit where notary seal does not appear. | Coleman, William H. | 0.30 |
| 11/14/07 | Access and download Inphonic due diligence materials: UCC's, Sprint and T-Mobile contracts. | Coleman, William H. | 3.50 |
| 11/14/07 | Draft and finalize, pursuant to InPhonic and K&E suggestions and comments: 1) Supplement to Sale Motion; 2) Schwarz affidavit; and 3) Affidavit of Mr. Torrey | Smith, Mark C. | 6.40 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 6
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | (InPhonic). | | |
| 11/14/07 | Coordinate and correspond with various parties at BMC in order to facilitate filing and service of notice for: 1) Cure Notice; 2) Notice of Interim Compensation Motion; and 3) the Supplement to Sale Motion. | Smith, Mark C. | 4.60 |
| 11/14/07 | Preparing exhibit to Notice; updating spreadsheet; pulling documents from e-room and searching for documents not listed | Ware, Robert T. | 5.20 |
| 11/15/07 | Travel to Washington, meeting with clients, conference calls re: APA schedules, review of T-Mobile documents. | Califano, Thomas R. | 11.00 |
| 11/15/07 | Continue to work on notice to D&O insurance carriers of potential claims against directors and officers. | Connuck, Eric S. | 1.50 |
| 11/15/07 | Phone calls with Jeremy Johnson regarding motion to preclude carrier set offs (.4); Conduct legal research and draft motion to preclude certain carriers from exercising set offs (5.9). | Audette, Brian | 6.30 |
| 11/15/07 | Review document requests from UST. | Johnson, Jeremy R. | 0.50 |
| 11/15/07 | Review documents from J. Purcell regarding proof of claim and preference demand. | Johnson, Jeremy R. | 0.30 |
| 11/15/07 | Review correspondence from UST re: initial reporting requirements and direct communications with the Debtor. | Johnson, Jeremy R. | 0.40 |
| 11/15/07 | Review executory contract lists; edit schedules regarding same. | Johnson, Jeremy R. | 0.40 |
| 11/15/07 | Review local rules re: monthly operating reports. | Johnson, Jeremy R. | 0.60 |
| 11/15/07 | Review quotes for publication notices; edit publication notice and e-mail A. Johnson and M. Augustine re: publication notice requirements. | Johnson, Jeremy R. | 0.70 |
| 11/15/07 | Review litigation reports and stay notices; e-mail A. Blaylock regarding same. | Johnson, Jeremy R. | 0.30 |
| 11/15/07 | Teleconference with B. Audette re: setoff motion; multiple e-mails with B. Audette and R. Ware regarding same. | Johnson, Jeremy R. | 0.40 |
| 11/15/07 | Multiple e-mails with client regarding payment of publication notices. | Johnson, Jeremy R. | 0.30 |
| 11/15/07 | Attend to Sprint and TMobile lien, UCC issues (.9); Discuss strategy on same with M. Smith (.2); discuss strategy on same with J Johnson (.3) | Roldan, Vincent J. | 1.30 |
| 11/15/07 | Coordinate and draft merger form in order to facilitate supplemental service of Cure Notice to 2750 parties to | Smith, Mark C. | 2.80 |

**Billing Instructions:**

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 7
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | executory contracts by BMC on friday morning. | | |
| 11/15/07 | Research general case law regarding set-off and recoupment across the petition date in preparation of drafting motion preventing such under InPhonic carrier contracts. | Smith, Mark C. | 1.70 |
| 11/15/07 | Pulling contracts and sending to B. Audette; pulling documents from e-room for TC and VR; trying to obtain UCC documents for VR; searching for US Trustee Guidelines; pulling schedules for MD; Searching for relevant litigation rules for AB | Ware, Robert T. | 6.80 |
| 11/16/07 | Meeting with Walter Leach, prepare for creditor meeting, travel from Washington DC to Delaware, meeting at Bayard firm, attendance at creditors meeting, conference calls re: completion of schedules and unfinished motions, teleconference with attorneys for committee, teleconference with Lazard. | Califano, Thomas R. | 10.40 |
| 11/16/07 | Continue to work on draft notice of potential claims to D&O insurance carriers. | Connuck, Eric S. | 2.30 |
| 11/16/07 | Multiple teleconferences with J. Purcell re: petition date and executory contracts status. | Johnson, Jeremy R. | 0.70 |
| 11/16/07 | E-mail J. Cohen regarding bidding process. | Johnson, Jeremy R. | 0.30 |
| 11/16/07 | E-mail E. Connuck re: status. | Johnson, Jeremy R. | 0.30 |
| 11/16/07 | Teleconference with J. Purcell and D. Carswell regarding Verizon stipulation. | Johnson, Jeremy R. | 0.50 |
| 11/16/07 | Attend to Sprint, T Mobile UCCs (.4); read contracts, read financing statements, research UCC law (3.0) | Roldan, Vincent J. | 3.40 |
| 11/16/07 | Discuss strategy with Califano | Roldan, Vincent J. | 0.30 |
| 11/16/07 | Correspond with Claims Agent BMC in an Attempt to Insure Proper Service of Notice for Supplement to Cure Notice for Executory Contracts. | Smith, Mark C. | 3.20 |
| 11/16/07 | Phone call with MS regarding possible travel to DC and schedule information | Ware, Robert T. | 0.40 |
| 11/17/07 | Edit set off motion. | Califano, Thomas R. | 0.40 |
| 11/17/07 | Review of litigation schedule. | Califano, Thomas R. | 0.40 |
| 11/17/07 | Review of sales status update. | Califano, Thomas R. | 0.30 |
| 11/17/07 | Review of executory contract and cure schedules. | Califano, Thomas R. | 0.50 |
| 11/18/07 | Conference call with Committee counsel. | Califano, Thomas R. | 1.00 |

**Billing Instructions:**

Matter # 356037-000019

Invoice # ******

T. Califano
Page: 8
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/18/07 | Follow up call with Lazard. | Califano, Thomas R. | 0.40 |
| 11/18/07 | Conference call with DLA Piper team. | Califano, Thomas R. | 0.50 |
| 11/18/07 | Conference call with Lazard team in preparation for committee call. | Califano, Thomas R. | 0.50 |
| 11/18/07 | Conference call with counsel for unsecured creditors committee and others. | Connuck, Eric S. | 1.20 |
| 11/18/07 | Participate in strategy conference call with Tom Califano, Jeremy Johnson, Vince Roldan and Mark Smith. | Audette, Brian | 0.30 |
| 11/18/07 | Review Verizon Agreement and amendments; draft stipulation concerning Amendment No. 3 and setoff. | Johnson, Jeremy R. | 1.40 |
| 11/18/07 | Review correspondence from UST re: interim and monthly operating reports; e-mail G. Coles regarding same. | Johnson, Jeremy R. | 0.60 |
| 11/18/07 | Teleconference with InPhonic team regarding status of open items; edit to do list re: open items. | Johnson, Jeremy R. | 0.50 |
| 11/18/07 | Review draft first day motions; e-mail V. Roldan regarding confidential information motions. | Johnson, Jeremy R. | 0.20 |
| 11/18/07 | Review Bayard Firm retention applications; e-mail M. Augustine and N. Glassman re: comments. | Johnson, Jeremy R. | 0.50 |
| 11/18/07 | E-mail B. Audette regarding rejection of Georgetown leases. | Johnson, Jeremy R. | 0.20 |
| 11/18/07 | Read Asset Purchase Agreement. | Roldan, Vincent J. | 0.50 |
| 11/18/07 | Phone call with Committee regarding strategy. | Roldan, Vincent J. | 1.00 |
| 11/18/07 | Phone call with team regarding strategy. | Roldan, Vincent J. | 0.40 |
| 11/18/07 | Draft motion regarding Committee providing confidential information. | Roldan, Vincent J. | 0.50 |
| 11/19/07 | Review and revise Form 8-K regarding delisting; review Nasdaq and OTC requirements. | Harmon, Jason C. | 0.80 |
| 11/19/07 | Correspondence with Mr. Purcell regarding HSR filing. | Morante, Paolo | 0.10 |
| 11/19/07 | Conference call with BMS re: service issues; teleconference with Frank Monaco regarding T-Mobile issues and contract. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Teleconference with Jason Cohen regarding committee call and other issues. | Califano, Thomas R. | 0.20 |
| 11/19/07 | Teleconference with Wendy Weinberg re: DC attorney general class action. | Califano, Thomas R. | 0.40 |
| 11/19/07 | Review and revise V2 stipulation. | Califano, Thomas R. | 0.40 |

**Billing Instructions:**

Matter # 356037-000019

Invoice # ******

T. Califano
Page: 9
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/19/07 | Teleconference with Megan Dougherty re: products of contract spreadsheet. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Teleconference with Scott Rosen regarding IKON claim. | Califano, Thomas R. | 0.40 |
| 11/19/07 | Teleconference with David Agay re: committee counsel and executory contract issues. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Teleconference with Rust inhouse counsel regarding conference call. | Califano, Thomas R. | 0.10 |
| 11/19/07 | Review of Amagon changes to NDA. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Conference call with Andy Torgrove and Jason Cohen. | Califano, Thomas R. | 0.20 |
| 11/19/07 | Review of 8-K. | Califano, Thomas R. | 0.10 |
| 11/19/07 | Review of to do list. | Califano, Thomas R. | 0.20 |
| 11/19/07 | Teleconference with Claudia Springer regarding creditor meeting. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Teleconference with Ken Schwarz re: status and executory contracts. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Teleconference with Claudia Springer re: dip objection and issues for secured creditor. | Califano, Thomas R. | 0.40 |
| 11/19/07 | Teleconference with Walter Leach regarding committee email and deliverables under APA. | Califano, Thomas R. | 0.30 |
| 11/19/07 | Consult with Mr. Johnson regarding D&O insurance issues. | Cornuck, Eric S. | 0.30 |
| 11/19/07 | Review Waterfront Center lease and related documents (.5); Draft motion to reject Waterfront Center lease (2). | Audette, Brian | 2.50 |
| 11/19/07 | Review NDA language from potential bidders; e-mail J. Cohen regarding same. | Johnson, Jeremy R. | 0.30 |
| 11/19/07 | Multiple e-mails with M. Augustine regarding operating report issues. | Johnson, Jeremy R. | 0.30 |
| 11/19/07 | E-mail D. Carswell and J. Purcell re: Verizon stipulation; edit same. | Johnson, Jeremy R. | 0.80 |
| 11/19/07 | Teleconference with A. Torgove and J. Cohen re: status. | Johnson, Jeremy R. | 0.20 |
| 11/19/07 | Teleconference with BMC regarding status. | Johnson, Jeremy R. | 0.20 |
| 11/19/07 | Review offer from liquidator; e-mail to J. Cohen. | Johnson, Jeremy R. | 0.20 |
| 11/19/07 | E-mail potential bidder re: auction notices and NDA. | Johnson, Jeremy R. | 0.20 |
| 11/19/07 | E-mail J. Purcell regarding deposit issues. | Johnson, Jeremy R. | 0.20 |
| 11/19/07 | Review and edit motion to reject Georgetown leases. | Johnson, Jeremy R. | 1.20 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/19/07 | Teleconference with J. Cohen re: status issues. | Johnson, Jeremy R. | 0.30 |
| 11/19/07 | Draft form notice, motion and order for case. | Johnson, Jeremy R. | 1.30 |
| 11/19/07 | Teleconference with E. Connuck re: D&O policies; review notice letter. | Johnson, Jeremy R. | 1.40 |
| 11/19/07 | Attend to motion re: confidential information (2.5); discuss T-Mobile with T. Califano (.1). | Roldan, Vincent J. | 2.60 |
| 11/19/07 | Conference calls with T. Califano and M. Smith regarding status and preparation of schedule required under Asset Purchase Agreement; e-mails to client regarding preparation of schedule and due diligence requests received from K&E; conference calls with K&E regarding status of same; e-mail to E. Arno regarding status of Virginia good standing certificate. | Dougherty, Meghan K. | 2.60 |
| 11/19/07 | Draft Form 8-K for the delisting of Company's common stock from NASDAQ. | Edwards, Christopher B. | 0.80 |
| 11/19/07 | Review docket, pleadings and orders re committee information and joint administration, prepare and email memo to V. Roldan re same; legal research re 17 CFR (securities regulation). | Coleman, William H. | 2.00 |
| 11/19/07 | Draft revise stipulation with committee to extend objection and response deadline. | Smith, Mark C. | 2.70 |
| 11/19/07 | Search and review documents in dataroom to verify and complete schedule 2.5 as required by the APA. | Smith, Mark C. | 3.10 |
| 11/19/07 | Research and review Sprint/Nextel Online Authorized Retailer contracts to determine if Sprint was given proper notice. | Smith, Mark C. | 0.30 |
| 11/19/07 | Searching schedules for entities for TC (1.1); Comparing AP Contract info to our lists and schedules (4.9); Cross-referencing information and case research (5.3). | Ware, Robert T. | 11.30 |
| 11/20/07 | Correspondence with Buyer's counsel regarding HSR filing and non-U.S. notification analysis; telephone calls and correspondence with Mr. Purcell regarding same; draft HSR form. | Morante, Paolo | 0.60 |
| 11/20/07 | Teleconference with Don Russell re: interest in assets; conference call with Rust Consulting and attorneys re: DC settlement administration, teleconference with Committee; calls with client, preparation of various documents. | Califano, Thomas R. | 7.50 |
| 11/20/07 | Work on notice letter to D&O insurers regarding potential claims. Telephone calls and emails to Messrs. Johnson and Cole regarding same. | Connuck, Eric S. | 1.00 |

## Billing Instructions:

T. Califano
Page: 11
November 30, 2007

Matter # 356037-000019
Invoice # ******

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/20/07 | Revise Waterfront Center lease rejection pleadings. | Audette, Brian | 1.20 |
| 11/20/07 | Teleconference with S. Bogortad re: Georgetown leases. | Johnson, Jeremy R. | 0.30 |
| 11/20/07 | Teleconference with E. Connuck re: D&O status; message to G. Coles re: D&O status; e-mail to W. Leach re: same. | Johnson, Jeremy R. | 0.30 |
| 11/20/07 | Teleconference with M. Augustine re: open issues and Infinite Computer Solutions. | Johnson, Jeremy R. | 0.40 |
| 11/20/07 | Review correspondence re: American Express reserve accounts and draft letter re: automatic stay; e-mail T. Califano re: same. | Johnson, Jeremy R. | 0.60 |
| 11/20/07 | Teleconference with K. Evans re: Amp'd Mobile, cure notices, and motion practice. | Johnson, Jeremy R. | 0.30 |
| 11/20/07 | Teleconference with Committee and professionals re: status; follow up teleconference with client. | Johnson, Jeremy R. | 1.10 |
| 11/20/07 | E-mail J. Purcell re: customer deposit issues. | Johnson, Jeremy R. | 0.20 |
| 11/20/07 | Edit form notice, motion and order for use in motion practice. | Johnson, Jeremy R. | 0.40 |
| 11/20/07 | Review and edit motion to reject Georgetown lease; e-mail K. Evans re: same. | Johnson, Jeremy R. | 0.60 |
| 11/20/07 | Review proof of claim for Amp'd Mobile; e-mail K. Evans and J. Purcell re: same. | Johnson, Jeremy R. | 0.40 |
| 11/20/07 | Draft and edit letter to W. Callahan re: automatic stay and Amp'd Mobile preference case. | Johnson, Jeremy R. | 0.40 |
| 11/20/07 | Research merchant agreements and the automatic stay. | Johnson, Jeremy R. | 0.50 |
| 11/20/07 | Attend to T Mobile contract (.2); revise motion re: privileged information (1.5); phone call with T. Califano re: T Mobile (.5); research reclamation issues, discuss strategy with Johnson (.7); discuss strategy with Califano, Johnson (.7); attend to sale, cure procedures, objection procedures (1.5). | Roldan, Vincent J. | 5.10 |
| 11/20/07 | Conference calls with K&E regarding due diligence requests relating to benefits documents; conference call with M. Smith regarding same; conference calls with K&E regarding schedule of executory contracts and unexpired leases required under the Asset Purchase Agreement; conference calls with T. Califano regarding same; attention to e-mails from client regarding benefits documents requested by K&E; review spreadsheet of contracts received from client; discuss same with T. Califano and M. Smith; e-mail to K&E enclosing same. | Dougherty, Meghan K. | 3.60 |

## Billing Instructions:

Matter # 356037-000019

Invoice # ******

T. Califano

Page: 12

November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/20/07 | Administer executory contract and assumption/assignment notice with BMC. | Smith, Mark C. | 3.70 |
| 11/20/07 | Draft and revise motion for assumption and assignment of OBGYN facilities, leases, equipment leases and services. | Smith, Mark C. | 6.70 |
| 11/20/07 | Calculating unsecured debt. | Ware, Robert T. | 0.40 |
| 11/20/07 | Searching for and pulling documents for VR and MS. | Ware, Robert T. | 0.60 |
| 11/20/07 | Calendaring all case information. | Ware, Robert T. | 0.40 |
| 11/20/07 | Pulling and printing documents. | Ware, Robert T. | 0.30 |
| 11/20/07 | Reviewing cure notice data spreadsheet. | Ware, Robert T. | 1.10 |
| 11/21/07 | Telephone call and correspondence with Mr. Purcell regarding merger notification analysis and HSR filing. | Morante, Paolo | 0.20 |
| 11/21/07 | Teleconference with Mark Nieberman, meeting with Torgove and Jason Cohen, conference call with client, review of objections and motions, conference call with court. | Califano, Thomas R. | 8.50 |
| 11/21/07 | E-mail J. Purcell re: Amp'd Mobile. | Johnson, Jeremy R. | 0.20 |
| 11/21/07 | Teleconference with M. Augustine re: status. | Johnson, Jeremy R. | 0.40 |
| 11/21/07 | Multiple teleconferences with client and professionals re: motion to dismiss and discovery motions. | Johnson, Jeremy R. | 1.60 |
| 11/21/07 | Multiple teleconferences with client and professionals re: motion to dismiss and discovery motions. | Johnson, Jeremy R. | 1.60 |
| 11/21/07 | Teleconference with D. Agay re: status. | Johnson, Jeremy R. | 0.20 |
| 11/21/07 | Review motion to dismiss, emergency motions to shorten time; motions for permission for expedited discovery and related document requests. | Johnson, Jeremy R. | 2.90 |
| 11/21/07 | Edit BMC FAQ; e-mail BMC re: same. | Johnson, Jeremy R. | 0.40 |
| 11/21/07 | Phone calls with creditors re: cure (.7); attend to cure FAQ (.3). | Roldan, Vincent J. | 1.00 |
| 11/21/07 | Appear by telephone at case management conference. | Saxon, Andrew E | 0.30 |
| 11/21/07 | Conference call with J. Faley of K&E regarding schedule of executory contracts and unexpired leases required under Asset Purchase Agreement; conference call with T. Califano regarding same; e-mails to E. Arno regarding Virginia Certificate of Good Standing; e-mail to K&E regarding same. | Dougherty, Meghan K. | 0.70 |
| 11/21/07 | Conference call regarding discovery objections; review | Kelley, O'Brien | 4.20 |

**Billing Instructions:**

Matter # 356037-000019

Invoice # ******

T. Califano

Page: 13

November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | pleadings filed by the Committee; draft responses to same. | | |
| 11/21/07 | Review Amp'd Mobile proof of claim, telephone conversation with Clerk re filing, advise J. Johnson. | Coleman, William H. | 0.50 |
| 11/21/07 | Administer cure notice and assumption and assignment process with claims agent in order to ensure clerical error is corrected and all relevant parties have received notice. | Smith, Mark C. | 3.60 |
| 11/21/07 | Research and review cases regarding effect of pre-petition floating lien on assets on post-petition reclamation claim; draft short summary on reclamation procedure in bankruptcy; conferences with Vincent Roldan regarding same. | Scariati, Rosemary | 4.50 |
| 11/21/07 | Phone call with creditor regarding cure notice information. | Ware, Robert T. | 0.40 |
| 11/21/07 | Cross-referencing spreadsheet information. | Ware, Robert T. | 1.30 |
| 11/23/07 | Conference call with Torgrove and Cohen; teleconference with Shyler Carroll; teleconference with Jeremy Johnson; conference call with John & O'Brien Kelley re: discovery issues; teleconference with David Agay re: position; teleconference with Kurt re: discovery; review of all objections and notes. | Califano, Thomas R. | 6.50 |
| 11/23/07 | Teleconference with S. Carroll re: status. | Johnson, Jeremy R. | 0.20 |
| 11/23/07 | Review motion to dismiss, objections to DIP and GAH retention motions, and prepare responses to same. | Johnson, Jeremy R. | 5.30 |
| 11/23/07 | Multiple teleconferences with T. Califano re: status. | Johnson, Jeremy R. | 0.90 |
| 11/23/07 | Review motion to dismiss, objections to DIP and GAH retention motions, and prepare responses to same. | Johnson, Jeremy R. | 1.60 |
| 11/23/07 | Review Committee's discovery demands for Debtors and GAH; draft responses to same. | Kelley, O'Brien | 1.10 |
| 11/24/07 | Teleconference with Claudia Springer, email to group, email to Springer, email to Agay, teleconference with Schyler Carool re: discovery issues. Conference call with Claudia Springer, David Agay and Bob Smith. | Califano, Thomas R. | 4.50 |
| 11/24/07 | Review Committee's discovery demands for Debtors and GAH; draft responses to same. | Kelley, O'Brien | 6.20 |
| 11/24/07 | Review docket to determine recent filings and/or objections, pull and print such and have delved to T. Califano via car service. | Smith, Mark C. | 1.60 |
| 11/24/07 | Draft e-mail to BMC and InPhonic requesting various parties be provided access to data room at the request of Reed Smith and K. Gwynne. | Smith, Mark C. | 0.30 |

## Billing Instructions:

Matter #  356037-000019

Invoice # ******

T. Califano
Page: 14
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/24/07 | Review Creditor Committee Motion to dismiss and research case law in preparation of drafting of Response. | Smith, Mark C. | 2.80 |
| 11/25/07 | Conference call with committee counsel, UST, debtors counsel re: discovery, prepare for discovery call; teleconference with Adeptor counsel; teleconference with Layard re: discovery issues; teleocnference with Jeremy Johnson and Mark Smith re: motions; teleconference with O'Brien Kelley re: discovery responses; review of draft discovery response. | Califano, Thomas R. | 4.50 |
| 11/25/07 | Research and draft objection to motion to dismiss and response to objections to first-day motions. | Johnson, Jeremy R. | 9.20 |
| 11/25/07 | Review Committee's discovery demands for Debtors and GAH; draft responses to same. | Kelley, O'Brien | 8.20 |
| 11/25/07 | Research definition of "rehabilitation" under 1112(b) of the Banruptcy Code in order to draft relevant section of Response. | Smith, Mark C. | 3.30 |
| 11/25/07 | Draft and revise objection to Committee's motion to Dismiss. | Smith, Mark C. | 13.70 |
| 11/26/07 | Correspondence with buyer's counsel regarding HSR filing; correspondence with Mr. Purcell regarding same. | Morante, Paolo | 0.30 |
| 11/26/07 | Preparation of reports for administration, review of stipulation, review of additional objection; meeting at clients re: executory contract issues; wind down issue, conference call with court re: discovery; various teleconference with Committee and Adeptor counsel; travel to DC. | Califano, Thomas R. | 8.50 |
| 11/26/07 | Phone call with Jeremy Johnson re: committee's motion to dismiss bankruptcy case (.1); Review committee's motion to dismiss and draft response to same, including legal research and analysis (4.5); Phone call with Mark Smith re: same (.6). | Audette, Brian | 5.20 |
| 11/26/07 | Review and edit omnibus reply to objections to first day motions; research issues re: same. | Johnson, Jeremy R. | 4.60 |
| 11/26/07 | Review and edit objection to motion to dismiss; multiple conferences with M. Smith re: same. | Johnson, Jeremy R. | 2.40 |
| 11/26/07 | Review draft of stipulated facts. | Johnson, Jeremy R. | 0.40 |
| 11/26/07 | E-mail P. Fairbanks re: sale notices. | Johnson, Jeremy R. | 0.20 |
| 11/26/07 | Review default notice from Adeptio. | Johnson, Jeremy R. | 0.30 |
| 11/26/07 | Review and edit settlement term sheet with Committee. | Johnson, Jeremy R. | 0.50 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/26/07 | E-mail D. Agay re: final DIP financing order; review interim order. | Johnson, Jeremy R. | 0.30 |
| 11/26/07 | Teleconference with A. Pille re: executory contract issues. | Johnson, Jeremy R. | 0.20 |
| 11/26/07 | Prepare for and attend telephonic conference with Court. | Johnson, Jeremy R. | 0.60 |
| 11/26/07 | Phone calls to creditors re: cure amounts (.6); attend to yellow pages (.3); phone calls with J. Purcell re: cures (.9); attend to reclamation issues (.5). | Roldan, Vincent J. | 2.30 |
| 11/26/07 | Telephone conference with J. Johnson regarding drafting objection to motion to reconsider bid procedures order; review motion; office conference with B. Audette regarding sample pleading, case status. | Bredin, Ann Marie | 0.30 |
| 11/26/07 | Telephone conference with Mr. Daniel at BMC regarding creditor matrices/service list issues. | Hardman, Jason W. | 0.10 |
| 11/26/07 | Read pleadings to prepare for hearing on Committee's motion to dismiss/convert and objection to interim order. | Yeung, Stacy E. | 0.90 |
| 11/26/07 | Conference calls with K&E regarding asset purchase agreement schedule; conference call and e-mail to T. Califano regarding same | Dougherty, Meghan K. | 1.00 |
| 11/26/07 | Conference with J. Johnson regarding research and objection tasks; begin legal research for objection. | Walker, Eric E. | 1.90 |
| 11/26/07 | Review and revise Debtors' discovery responses; review and revise proposed Stipulation of Facts. | Kelley, O'Brien | 10.20 |
| 11/26/07 | Attend to scheduling matters. | Coleman, William H. | 0.20 |
| 11/26/07 | Draft and revise Objection to Committee's Motion to Dismiss. | Smith, Mark C. | 10.60 |
| 11/26/07 | Administer Claims Objections and Executory Contracts process with BMC and V. Roldan. | Smith, Mark C. | 0.10 |
| 11/26/07 | Pulling and printing objections. | Ware, Robert T. | 0.40 |
| 11/26/07 | Meeting with JJ regarding binders; preparing for putting them together. | Ware, Robert T. | 0.60 |
| 11/27/07 | Compile information regarding executory contracts. | Chavez-Ruark, Maria Ellena | 0.50 |
| 11/27/07 | Review documents for responsiveness to HSR Act requirements; correspondence with Mr. Purcell regarding same. | Morante, Paolo | 0.50 |
| 11/27/07 | Meeting with client, review of revised stipulation; conference calls re: settlement; review of settlement proposal, review of stipulation; call with court; travel to DC, teleconference with attorney for Let's Talk; | Califano, Thomas R. | 10.50 |

## Billing Instructions:

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | teleconference with John Weiss, Teleconference with Jason Cohen, conference call with Andy Zeinfeld, revisions to settlement. | | |
| 11/27/07 | Conduct legal research re: committee's objection to proposed DIP financing. | Audette, Brian | 1.50 |
| 11/27/07 | Review and edit agenda and notices. | Johnson, Jeremy R. | 0.30 |
| 11/27/07 | Teleconference with J. Purcell and D. Carswell re: Verizon stipulation. | Johnson, Jeremy R. | 0.20 |
| 11/27/07 | Teleconference with K. Evans re: interim reports. | Johnson, Jeremy R. | 0.20 |
| 11/27/07 | Review and edit omnibus reply to objections. | Johnson, Jeremy R. | 4.80 |
| 11/27/07 | Review and edit objection to motion to dismiss. | Johnson, Jeremy R. | 2.10 |
| 11/27/07 | Teleconference with R. Kelbon re: Verizon stipulation and DIP order. | Johnson, Jeremy R. | 0.50 |
| 11/27/07 | Multiple e-mails with M. Berger re: class action litigation. | Johnson, Jeremy R. | 0.30 |
| 11/27/07 | Teleconference with N. Weisman and J. Cohen re: GAH retention order and objections. | Johnson, Jeremy R. | 0.40 |
| 11/27/07 | Teleconference with J. Purcell re: vendor contracts. | Johnson, Jeremy R. | 0.30 |
| 11/27/07 | Teleconference with G. Haze re: contract assumption. | Johnson, Jeremy R. | 0.20 |
| 11/27/07 | Prepare for and attend telephonic hearing on discovery issues. | Johnson, Jeremy R. | 0.40 |
| 11/27/07 | Prepare for and attend teleconference with Committee re: settlement. | Johnson, Jeremy R. | 0.70 |
| 11/27/07 | Prepare for and attend teleconference with client re: status of objection and reply. | Johnson, Jeremy R. | 0.50 |
| 11/27/07 | Multiple teleconferences and e-mails with G. Coles re: interim operating report and D&O policy. | Johnson, Jeremy R. | 0.60 |
| 11/27/07 | E-mail carrier counsel re: Final DIP Order. | Johnson, Jeremy R. | 0.40 |
| 11/27/07 | E-mail client and professionals re: omnibus reply to objections and motion to dismiss status. | Johnson, Jeremy R. | 0.30 |
| 11/27/07 | Phone call with J. Purcell re cure, phone call with J. Martin re Schedule F (.2); meeting with Smith, Ware re cure amounts (1.4); phone calls with contact parties (.5). | Roldan, Vincent J. | 2.10 |
| 11/27/07 | Attend to recently-filed pleadings (.3); read objection to sale motion (.20). | Roldan, Vincent J. | 0.50 |
| 11/27/07 | Research regarding Section 363(k), related issues; review Committee's motion to reconsider bid procedures motion | Bredin, Ann Marie | 1.30 |

# Billing Instructions:

Matter # 356037-000019                                                       T. Califano
Invoice # ******                                                              Page: 17
                                                                      November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | and related pleadings, orders; draft preliminary analysis regarding same; review Kirkland & Ellis analysis regarding same; coordinate with J. Johnson regarding same. | | |
| 11/27/07 | Telephone conference with Mr. Daniel at BMC regarding information requests (.1); electronic correspondence to/from Mr. Ware regarding executory contract/cure issues (.1); telephone conference with Mr. Smith regarding BMC issues (.2); telephone conference with Ms. Mannix regarding IT issues (.1). | Hardman, Jason W. | 0.50 |
| 11/27/07 | Conference calls with E. Knudsen regarding status of schedule of preparation of schedule of executory contracts and unexpired leases required under Asset Purchase Agreement; review of supplemental due diligence request; e-mails to client regarding same; conference calls with M. Smith regarding status. | Dougherty, Meghan K. | 2.30 |
| 11/27/07 | Perform legal research for response to objections; revise same. | Walker, Eric E. | 5.70 |
| 11/27/07 | Review and revise discovery requests; review Committee's objections to sale. | Kelley, O'Brien | 4.20 |
| 11/27/07 | Review Amp'd bar date notice, prepare filing copies of proof of claim and related papers; meeting with M. Griffin to arrange by-hand filing and expedited confirmation of same. | Coleman, William H. | 2.00 |
| 11/27/07 | Draft and revise Objection to Committee's Motion to Dismiss. | Smith, Mark C. | 2.60 |
| 11/27/07 | Draft and revise Objection to Committee Motion to Dismiss adding in comments from local counsel and K&E. | Smith, Mark C. | 3.10 |
| 11/27/07 | Administer cure notice and determine extent of incorrect mailings and cure amount notices resulting from BMC error. | Smith, Mark C. | 2.50 |
| 11/27/07 | Cross-referencing schedule information; checking on schedules; meeting with VR and MS about the same; trying to diagnose problems with cure amounts and service. | Ware, Robert T. | 5.60 |
| 11/27/07 | Reviewing creation of schedule G, checking for any possible problems with service of cure notice. | Ware, Robert T. | 2.80 |
| 11/28/07 | Review Form 8-K and discuss with Mr. Purcell. | Harmon, Jason C. | 0.20 |
| 11/28/07 | Telephone call with Buyer's counsel regarding HSR filing; correspondence with Ms. Dougherty regarding same; telephone call with Mr. Purcell. | Morante, Paolo | 0.50 |
| 11/28/07 | Teleconference with attorney for HG re: due diligence. | Califano, Thomas R. | 2.00 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 18
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | Revisions. | | |
| 11/28/07 | Conference call with Andy Torgove and Jason Cohen. | Califano, Thomas R. | 0.50 |
| 11/28/07 | Teleconference with Walter Leach re: number results. | Califano, Thomas R. | 0.40 |
| 11/28/07 | Conference call re: carriers. | Califano, Thomas R. | 1.20 |
| 11/28/07 | Teleconference with Greg Cole re: preparation. | Califano, Thomas R. | 0.30 |
| 11/28/07 | Review of D&O letter. | Califano, Thomas R. | 2.00 |
| 11/28/07 | Review of reply and direct to demand. | Califano, Thomas R. | 2.00 |
| 11/28/07 | Revisions to reply and demand.; teleconference with Layard re: production. | Califano, Thomas R. | 2.00 |
| 11/28/07 | Review of Yahoo agreement. | Califano, Thomas R. | 0.40 |
| 11/28/07 | Conference call with Keasha Evans and John Purcell. | Califano, Thomas R. | 0.50 |
| 11/28/07 | Teleconference with DC attorney general. | Califano, Thomas R. | 0.30 |
| 11/28/07 | Conference call with UST re: Layard. | Califano, Thomas R. | 0.50 |
| 11/28/07 | Review and comment on SEC filing. | Astiz, Peter M. | 0.30 |
| 11/28/07 | Telephone calls with Mr. Purcell regarding letter providing notice of potential claims to D&O carriers.  Emails regarding same. Review additional information regarding potential claims and revisions to draft letter to reflect same. Consult with Mr. Califano regarding same. | Connuck, Eric S. | 5.00 |
| 11/28/07 | Review notice regarding MDL status conference on November 30 (.1); telephone conference with M. Berger and J. Johnson regarding same (.5). | Folds, J. David | 0.60 |
| 11/28/07 | E-mail J. Purcell and E. Connuck re: notice of circumstances draft. | Johnson, Jeremy R. | 0.20 |
| 11/28/07 | Multiple teleconferences and e-mails with P. Rosenblatt and carrier counsel re: DIP order and language. | Johnson, Jeremy R. | 0.80 |
| 11/28/07 | Review, edit and finalize omnibus reply to objections to first day motions. | Johnson, Jeremy R. | 1.60 |
| 11/28/07 | Review, edit and finalize objection to motion to dismiss. | Johnson, Jeremy R. | 1.80 |
| 11/28/07 | Multiple teleconferences with M. Augustine re: omnibus reply to objections to first day motions and motion to dismiss. | Johnson, Jeremy R. | 0.40 |
| 11/28/07 | Teleconference with J. Pawlitz re: status. | Johnson, Jeremy R. | 0.30 |
| 11/28/07 | Teleconference with D. Folds and M. Berger re: MDL litigation. | Johnson, Jeremy R. | 0.50 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 19
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/28/07 | Telephone call with K. Evans, G. Moratis, BMC, R. Ware and M. Smith re cure notice (1.3); finalize motion re confidential info (.50); phone call re C. Springer re same (.30); phone call with Samsung, discuss strategy with Califano (.50); discuss cure notice with R. Ware (.20). | Roldan, Vincent J. | 2.80 |
| 11/28/07 | Research, draft and edit objection to Committee's motion to reconsider bid procedures order; review motion; research regarding Section 363(k), related issues; review select first day pleading and responsive pleadings. | Bredin, Ann Marie | 2.30 |
| 11/28/07 | Read and analyze pleadings to determine necessary facts and potential witness(es) for evidentiary hearing. | Yeung, Stacy E. | 1.40 |
| 11/28/07 | Meeting with Tom Califano and O'Brien Kelley regarding preparing witness for evidentiary hearing. | Yeung, Stacy E. | 0.40 |
| 11/28/07 | Draft witness outline of topics and questions for hearing. | Yeung, Stacy E. | 3.90 |
| 11/28/07 | Conference calls with M. Smith regarding status; e-mails to E. Knudsen regarding same. | Dougherty, Meghan K. | 0.60 |
| 11/28/07 | Research Debtors' schedules; conference with A. Bredin regarding same. | Walker, Eric E. | 0.20 |
| 11/28/07 | Review and revise witness outline; review Motion to Dismiss and Debtors' reply for same. | Kelley, O'Brien | 3.10 |
| 11/28/07 | Attend to cure amount figures and chart, conversation with R. Ware re same. | Coleman, William H. | 3.40 |
| 11/28/07 | Conference with Ann M. Bredin re: specific order (.1); review docket for same (.2). | Taylor, Nina H. | 0.30 |
| 11/28/07 | Draft and finalize last version of Objection to Motion to Dismiss for filing at 10:00 and review case law sent from K&E for insertion. | Smith, Mark C. | 2.60 |
| 11/28/07 | Preparing binders for hearing; sitting in on conference call; going through schedules and cross-referencing the information to create a spreadsheet on cure notice service. | Ware, Robert T. | 8.20 |
| 11/29/07 | Review documents for responsiveness to HSR Act requirements; draft HSR form and accompanying materials; telephone call and correspondence with Mr. Purcell regarding HSR filing; correspondence with buyer's counsel regarding same. | Morante, Paolo | 2.00 |
| 11/29/07 | Conference call regarding executing contracts; conference calls regarding settlement; Preparation of Inphonics outline for settlement; Review of reports. | Califano, Thomas R. | 6.50 |
| 11/29/07 | Revise and finalize letter to D&O insurers regarding notice of potential claims. Emails and telephone calls with Mr. | Connuck, Eric S. | 4.00 |

## Billing Instructions:

Matter # 356037-000019

Invoice # ******

T. Califano<br>Page: 20<br>November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | Purcell regarding same. | | |
| 11/29/07 | Telephone call from J. Sarvadi, counsel for MDL defendant, regarding MDL and bankruptcy status; review issues raised in call in advance of hearing before MDL; prepare for status conference in MDL litigation. | Folds, J. David | 0.50 |
| 11/29/07 | Review and edit witness outlines for Friday hearing. | Johnson, Jeremy R. | 1.40 |
| 11/29/07 | Multiple e-mails and teleconferences with carrier counsel re: DIP language. | Johnson, Jeremy R. | 0.60 |
| 11/29/07 | Review and edit objection to motion to reconsider bid procedures motion. | Johnson, Jeremy R. | 1.80 |
| 11/29/07 | Review and edit final DIP order. | Johnson, Jeremy R. | 1.10 |
| 11/29/07 | Attend to cure notice discrepancies, call parties who dispute notice (1.5); attend to Committee's comments to motion (.70); attend to Yanco contract (.40); phone call with Rosenblatt re AT&T (.50); attend to notice of possible assumption (.20); read correspondence from AT&T (.30); attend to Qwest correspondence (.20); phone call with Qwest (.30). | Roldan, Vincent J. | 4.10 |
| 11/29/07 | Review Committee's motion for reconsideration of bid procedures order; review various first day and responsive pleadings filed by Debtors; draft/edit Debtors' motion to Committee's reconsideration motion; research regarding same; telephone conferences with T. Califano, J. Johnson regarding same. | Bredin, Ann Marie | 5.70 |
| 11/29/07 | Conference calls with T. Califano regarding status; conference calls with K. Evans and K. Schwartz regarding schedule of contracts required to be delivered under Asset Purchase Agreement. | Dougherty, Meghan K. | 0.80 |
| 11/29/07 | Review and revise witness outline for Mr. Coles for use in Motion to Dismiss hearing. | Kelley, O'Brien | 3.20 |
| 11/29/07 | Email from T. Califano, download and forward filed letter to same. | Coleman, William H. | 0.30 |
| 11/29/07 | Correspond with BMC and local counsel and draft Exhibit A - showing all parties who have currently received cure notices - to Notice of Potential Assumption and Assignment. | Smith, Mark C. | 3.20 |
| 11/29/07 | Review American Express correspondence and contracts to determine any course of action we might have to prevent American Express from continuing reserve policy against debtor despite the fact the withholding of funds began repetition. | Smith, Mark C. | 1.90 |

## Billing Instructions:

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 21
November 30, 2007

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/29/07 | Review Committee's Response to Objection to Motion to Dismiss and research case law and related issues. | Smith, Mark C. | 1.70 |
| 11/29/07 | Preparing and updating binders and exhibits for witnesses and hearing. | Ware, Robert T. | 3.60 |
| 11/29/07 | Updating and revising spreadsheet; meeting with VR regarding appearance. | Ware, Robert T. | 4.80 |
| 11/30/07 | Correspondence with Mr. Purcell regarding HSR filing; draft HSR form and accompanying materials; correspondence with buyer's counsel regarding HSR filing. | Morante, Paolo | 0.80 |
| 11/30/07 | Travel to and from Wilmington, Delaware for Court appearance; appear for the Inphonic hearing. | Califano, Thomas R. | 7.50 |
| 11/30/07 | Attend status conference in U.S. District Court for the District of Columbia in MDL rebate litigation (2.0). | Folds, J. David | 2.00 |
| 11/30/07 | Prepare motion for authority to enter into contract with Overture, including the review of related documents and legal research. | Audette, Brian | 2.20 |
| 11/30/07 | Draft motion to authorize InPhonic to enter into agreement with Overture. | Audette, Brian | 0.70 |
| 11/30/07 | Multiple teleconferences and e-mails with J. Cohen re: wind down budget and future needs. | Johnson, Jeremy R. | 0.30 |
| 11/30/07 | Teleconference with D. Folds re: status conference. | Johnson, Jeremy R. | 0.20 |
| 11/30/07 | Review and edit objection to motion to reconsider bid procedures. | Johnson, Jeremy R. | 1.60 |
| 11/30/07 | E-mail corresp with G. Moratis re: lease rejection issues. | Roldan, Vincent J. | 0.50 |
| 11/30/07 | Attend to TMobile reclamation (.3); attend to Qwest correspondence (.2); ph call with W Leach re: Yahoo! (.3); attend to cure discrepancies, e-mail corresp with client re: same (.5); attend to AT&T stip (.2); Ph call to J Purcell re: cure (.1); ph call with Audette re: Yahoo (.1); read objection to NEA cure (.5). | Roldan, Vincent J. | 2.30 |
| 11/30/07 | Research regarding Section 363(k), related issues; edit objection to Committee's motion to reconsider bid procedures; telephone conferences with J. Johnson, local counsel regarding same; draft correspondence to local counsel, T. Califano, M. Smith, others regarding same, related issues. | Bredin, Ann Marie | 4.00 |
| 11/30/07 | Prepare documents for HSR filing. | Wilson, Nicole L. | 0.80 |
| 11/30/07 | Search for all cure notices and contracts relating to any verizon entity in order to respond to request of Darrell | Smith, Mark C. | 0.70 |

### Billing Instructions:

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | Clark for such. | | |
| 11/30/07 | Comparing BMC spreadsheet on service to our spreadsheet; revising and e-mail VR updated spreadsheet. | Ware, Robert T. | 1.30 |

| | | | |
|---|---|---|---|
| | **Total Hours** | | **688.40** |
| | **Total Fees** | | **$330,043.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Califano, Thomas R. | Partner | 141.00 | 720.00 | 101,520.00 |
| Astiz, Peter M. | Partner | 0.30 | 695.00 | 208.50 |
| Morante, Paolo | Partner | 5.00 | 530.00 | 2,650.00 |
| Harmon, Jason C. | Partner | 3.40 | 525.00 | 1,785.00 |
| Chavez-Ruark, Maria Ellena | Partner | 0.50 | 510.00 | 255.00 |
| Connuck, Eric S. | Of Counsel | 24.50 | 570.00 | 13,965.00 |
| Folds, J. David | Of Counsel | 3.10 | 550.00 | 1,705.00 |
| Kelley, O'Brien | Associate | 40.40 | 585.00 | 23,634.00 |
| Johnson, Jeremy R. | Associate | 116.80 | 575.00 | 67,160.00 |
| Roldan, Vincent J. | Associate | 43.40 | 575.00 | 24,955.00 |
| Dougherty, Meghan K. | Associate | 11.60 | 545.00 | 6,322.00 |
| Mason, David A. | Associate | 3.20 | 520.00 | 1,664.00 |
| Bredin, Ann Marie | Associate | 13.60 | 490.00 | 6,664.00 |
| Edwards, Christopher B. | Associate | 4.40 | 460.00 | 2,024.00 |
| Audette, Brian | Associate | 19.90 | 450.00 | 8,955.00 |
| Hardman, Jason W. | Associate | 0.60 | 420.00 | 252.00 |
| Yeung, Stacy E. | Associate | 6.60 | 420.00 | 2,772.00 |
| Saxon, Andrew E | Associate | 0.30 | 415.00 | 124.50 |
| Blaylock, Ashleigh Lauren | Associate | 23.70 | 330.00 | 7,821.00 |
| Walker, Eric E. | Associate | 7.80 | 300.00 | 2,340.00 |

## Billing Instructions:

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 23  
November 30, 2007

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman, William H. | Paralegal | 14.70 | 250.00 | 3,675.00 |
| Taylor, Nina H. | Paralegal | 0.30 | 230.00 | 69.00 |
| Wilson, Nicole L. | Paralegal | 0.80 | 215.00 | 172.00 |
| Smith, Mark C. | Law Clerk | 118.70 | 330.00 | 39,171.00 |
| Scariati, Rosemary | Contract Lawyer | 4.50 | 500.00 | 2,250.00 |
| Ware, Robert T. | Project Assist. | 79.30 | 100.00 | 7,930.00 |
| **Totals** | | **688.40** | | **330,043.00** |

## Disbursements:

| Date | Description | Amount |
|---|---|---|
| 11/12/07 | Westlaw Charges | 297.28 |
| 11/16/07 | Local Travel - VENDOR: NY PETTYCASH J. JOHNSON TRANSPORTATION 11/9,12 | 18.00 |
| 11/20/07 | Westlaw Charges | 308.80 |
| 11/20/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Robert Ware TO: Denise Scarangella//Cr editor//33 Clinton Street//SEA CLIFF//NY | 9.83 |
| 11/20/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Robert Ware TO: Intake//United States Bankruptcy Co//824 North Market Street, 6th Floo r//WILMINGTON//DE | 7.88 |
| 11/21/07 | Westlaw Charges | 333.12 |
| 11/21/07 | Lexis Charges | 471.01 |
| 11/24/07 | Lexis Charges | 2,907.59 |
| 11/24/07 | Westlaw Charges | 86.85 |
| 11/25/07 | Lexis Charges | 2,758.98 |
| 11/25/07 | Westlaw Charges | 1,460.05 |
| 11/25/07 | Westlaw Charges | 656.54 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 11/5 | 20.88 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/5 | 28.63 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. m. smith 11/6 | 199.09 |