# EXHIBIT B

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******  

T. Califano  
Page: 23  
November 30, 2007

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman, William H. | Paralegal | 14.70 | 250.00 | 3,675.00 |
| Taylor, Nina H. | Paralegal | 0.30 | 230.00 | 69.00 |
| Wilson, Nicole L. | Paralegal | 0.80 | 215.00 | 172.00 |
| Smith, Mark C. | Law Clerk | 118.70 | 330.00 | 39,171.00 |
| Scariati, Rosemary | Contract Lawyer | 4.50 | 500.00 | 2,250.00 |
| Ware, Robert T. | Project Assist. | 79.30 | 100.00 | 7,930.00 |
| **Totals** | | **688.40** | | **330,043.00** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 11/12/07 | Westlaw Charges | 297.28 |
| 11/16/07 | Local Travel - VENDOR: NY PETTYCASH J. JOHNSON TRANSPORTATION 11/9,12 | 18.00 |
| 11/20/07 | Westlaw Charges | 308.80 |
| 11/20/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Robert Ware TO: Denise Scarangella//Creditor//33 Clinton Street//SEA CLIFF//NY | 9.83 |
| 11/20/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Robert Ware TO: Intake//United States Bankruptcy Co//824 North Market Street, 6th Floor//WILMINGTON//DE | 7.88 |
| 11/21/07 | Westlaw Charges | 333.12 |
| 11/21/07 | Lexis Charges | 471.01 |
| 11/24/07 | Lexis Charges | 2,907.59 |
| 11/24/07 | Westlaw Charges | 86.85 |
| 11/25/07 | Lexis Charges | 2,758.98 |
| 11/25/07 | Westlaw Charges | 1,460.05 |
| 11/25/07 | Westlaw Charges | 656.54 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 11/5 | 20.88 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/5 | 28.63 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. m. smith 11/6 | 199.09 |

**Billing Instructions:**

| | | T. Califano |
|---|---|---|
| Matter # 356037-000019 | | Page: 24 |
| Invoice # ****** | | November 30, 2007 |

| Date | Description | Amount |
|---|---|---|
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/7 | 10.34 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/7 | 95.63 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. DOUGHERTY 11/8 | 19.21 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. K. GRACE 11/7 | 25.89 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. A. BLAYLOCK 11/7 | 10.34 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. R. WARE 11/6 | 43.52 |
| 11/26/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. R. WARE 11/7 | 10.33 |
| 11/26/07 | Lexis Charges | 1,592.61 |
| 11/26/07 | Lexis Charges | 165.13 |
| 11/26/07 | Westlaw Charges | 737.21 |
| 11/27/07 | Lexis Charges | 358.12 |
| 11/27/07 | Lexis Charges | 783.02 |
| 11/27/07 | Westlaw Charges | 1,078.70 |
| 11/27/07 | Westlaw Charges | 288.04 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. DOUGHERTY 11/12 | 15.98 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/12 | 27.57 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/13 | 18.73 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/18 | 19.80 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 11/12 | 27.57 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 11/14 | 16.48 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. WALSH 11/14 | 16.47 |
| 11/27/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 11/12 | 27.57 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 25  
November 30, 2007

| Date | Description | Amount |
|---|---|---:|
| 11/28/07 | Lexis Charges | 7.47 |
| 11/28/07 | Local Travel - VENDOR: NY PETTYCASH J. JOHNSON TAXI FARES 11/20,23 | 32.00 |
| 11/28/07 | Local Travel - VENDOR: NY PETTYCASH T. CALIFANO TRANSPORTATION 11//26 | 21.16 |
| 11/28/07 | Westlaw Charges | 440.57 |
| 11/28/07 | Westlaw Charges | 12.56 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. A BLAYLOCK 11/08/07 1251 6TH TO 501 E | 28.56 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. A BLAYLOCK 11/05/07 1251 6TH TO E 87TH | 28.56 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. R WARE 11/06/07 1251 6TH TO KEARNY NJ | 69.77 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. R WARE 11/13/07 1251 6TH TO KEARNY NJ | 67.63 |
| 11/29/07 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. S. Hall from the NY Office to 53 Leroy St 10/30/07 | 27.54 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. M DOUGHERTY 11/08/07 1251 6TH TO 86TH | 27.54 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. K GRACE 11/08/07 1251 6TH TO 561 10TH | 26.52 |
| 11/29/07 | Local Travel - VENDOR: COMMUNICAR, INC. A BLAYLOCK 10/11/07 1251 6TH TO E 86TH | 28.56 |
| 11/29/07 | Hotel - VENDOR: THOMAS R. CALIFANO -TRAVEL TO WASHINGTON DC, MEETING WITH WALTER LEACH----11/16/07 | 681.28 |
| 11/29/07 | Long Distance Telephone - VENDOR: THOMAS R. CALIFANO -TRAVEL TO WASHINGTON DC, MEETING WITH WALTER LEACH----11/16/07 | 8.00 |
| 11/29/07 | Meals - VENDOR: THOMAS R. CALIFANO -TRAVEL TO WASHINGTON DC, MEETING WITH WALTER LEACH----11/16/07 | 20.30 |
| 11/29/07 | Local Travel - VENDOR: DIAL CAR, INC. C MAYGLOTHLING 11/06/07 1251 6TH TO MASSAPEQUA | 129.03 |
| 11/30/07 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. A. BLAYLOCK 1251 6TH E. 87TH STREET 11/7 | 27.54 |
| 11/30/07 | Filing/Recording Fees - VENDOR: WHEELS OF JUSTICE, INC. FILING NOTICE OF STAY OF PROCEEDING/FILING CASE MANAGEMENT STATEMENT | 110.00 |
| 11/30/07 | Court Filings - VENDOR: WHEELS OF JUSTICE, INC. FILING CASE MANAGEMENT SETTLEMENT | 110.00 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 26  
November 30, 2007

| Date | Description | Amount |
|---|---|---:|
| 11/30/07 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. A. BLAYLOCK 1251 6TH === E. 87TH STREET 11/6 | 27.54 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. DOUGHERTY 11/19 | 15.98 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 11/20 | 38.05 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 11/23 | 48.08 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 11/19 | 28.34 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 11/20 | 38.05 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/19 | 28.34 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/24 | 26.77 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 11/25 | 19.58 |
| 11/30/07 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. R. WARE 11/19 | 28.35 |
| 11/30/07 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. J. BELFATTI 1251 6TH ===== ROCKVILLE CENTER PACKAGE FOR T. CALIFANO 11/04 | 110.67 |
| 11/30/07 | Lexis Charges | 111.16 |
| 11/30/07 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CALIFANO 1251 6TH ==== ROCKVILLE CENTER 11/5 | 91.29 |
| 11/30/07 | Delivery Services - VENDOR: FEDERAL EXPRESS CORPORATION TO DAVID FISHER BRIARCLIFF MANOR 10/26 | 32.08 |
|  | Duplicating | 822.90 |

**Total Disbursements**                        **$18,324.56**

**Total Current Charges**                        $   348,367.56