# EXHIBIT C

## Bankruptcy Task Codes
**Administration**
B110 Case Administration
B120 Asset Analysis and Recovery
B130 Asset Dispostion
B140 Relief from Stay/Adequate Protection Proceedings
B150 Meetings of and Communications w/ Creditors
B160 Fee/Employment Applications
B170 Fee/Employment Objections
B180 Avoidance Action Analysis
B190 Other Contested Matters
B195 Non-Working Travel
**Operations**
B210 Business Operations
B220 Employee Benefits/Pensions
B230 Financing/Cash Collections
B240 Tax Issues
B250 Real Estate
B260 Board of Directors Matters
**Claims and Plan**
B310 Claims Administration and Objections
B320 Plan and Disclosure Statement(including Business Plan)
**Bankruptcy-Related Advice**
B410 General Bankruptcy Advice/Opinions
B420 Restructurings
Enable

Time Recap Summary by UserDefined3 [356037-000019 - General Bankruptcy]
Client:356037 - InPhonic, Inc.   12/18/2007 10:32:30 AM

Page 1

| UserDefined3 | Work Hours | Work Amount | Bill Hours | Bill Amount |
|---|---|---|---|---|
| B110 | 442.30 | 212569.00 | 442.30 | 212569.00 |
| B120 | 12.20 | 3626.00 | 12.20 | 3626.00 |
| B130 | 38.60 | 18373.00 | 38.60 | 18373.00 |
| B140 | 4.30 | 2472.50 | 4.30 | 2472.50 |
| B160 | .90 | 517.50 | .90 | 517.50 |
| B185 | 17.80 | 8667.50 | 17.80 | 8667.50 |
| B190 | 132.30 | 63277.00 | 132.30 | 63277.00 |
| B210 | 1.50 | 862.50 | 1.50 | 862.50 |
| B230 | 4.80 | 2572.50 | 4.80 | 2572.50 |
| B260 | 18.10 | 9680.00 | 18.10 | 9680.00 |
| B310 | 10.40 | 4828.00 | 10.40 | 4828.00 |
| B320 | .50 | 287.50 | .50 | 287.50 |
| B410 | 4.70 | 2310.00 | 4.70 | 2310.00 |
| TOTAL | 688.40 | 330043.00 | 688.40 | 330043.00 |