UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2007 DEC 26 AM 10:07

In Re:

STAR NUMBER, INC.,

Case No. 07-11670 KG

Chapter 13

Honorable Kevin Gross

Debtor(s).

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

TO: Clerk of the Court
US Bankruptcy Court-DE-Wilmington
824 N Market St
Wilmington DE 19801

Neil Glassman
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Deborah Waldmeir, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

MICHAEL A. COX
Attorney General

/S/ Deborah Waldmeir   DBW
Deborah Waldmeir (P60869)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: December 13, 2007
AG# 2007025583A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

STAR NUMBER, INC.,

Case No. 07-11670 KG

Chapter 13

Honorable Kevin Gross

Debtor(s).

_____/

## PROOF OF SERVICE

The undersigned certifies that on December 13, 2007, a copy of Notice of Appearance and Request for Service of Notices, and Priority and Unsecured Proofs of Claim were served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

>Neil Glassman
>222 Delaware Avenue
>Suite 900
>Wilmington, DE 19801
>
>*/S/ Starkema T. Jackson*
>_____
>Starkema T. Jackson, Legal Secretary
>Department of Attorney General
>Cadillac Place
>3030 W. Grand Blvd., Suite 10-200
>Detroit, MI 48202
>Telephone: (313) 456-0140

Dated: December 13, 2007
AG# 2007025583A