IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : **Re: Docket No. 261** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS'
MOTION FOR AN ORDER: (I) APPROVING THE CONFORMED
TERM SHEET BY AND AMONG THE DEBTORS, ADEPTIO INPC
FUNDING, LLC AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND (II) AUTHORIZING THE
ABANDONMENT OF CERTAIN PREFERENCE CLAIMS
PURSUANT TO BANKRUPTCY CODE SECTION 544**

I, Mary E. Augustine, Esquire, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On December 17, 2007, the Debtors filed the Debtors' Motion for an Order: (I) Approving the Conformed Term Sheet by and among the Debtors, Adeptio Inpc Funding, LLC and the Official Committee of Unsecured Creditors and (II) Authorizing the Abandonment of Certain Preference Claims pursuant to Bankruptcy Code Section 544 [Docket No. 261] (the "9019 Motion").

2. On December 20, 2007, the Court heard the 9019 Motion on shortened notice (the "Hearing"). At the Hearing, the Official Committee of Unsecured Creditors (the "Committee") requested that the form of order granting the 9019 Motion incorporate

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00711010;v1}

a negative notice period to enable parties to raise objections to the waiver and abandonment of the Remaining Claims[2] because of the shortened notice period. The Debtors consented to the inclusion of a negative notice provision.

3. Accordingly, attached hereto as Exhibit A is a revised form of order (the "Order") granting the 9019 Motion. A blackline comparison of the Order to the form of order originally submitted with the 9019 Motion is attached hereto as Exhibit B.

4. The Committee has reviewed and consents to the entry of the Order.

WHEREFORE, the Debtors respectfully request the entry of the Order at the Court's earliest convenience.

Date: December 28, 2007
Wilmington, Delaware

Respectfully submitted,

**THE BAYARD FIRM**

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

and

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501
Counsel for Debtors and Debtors in Possession

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the 9019 Motion.