# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
|  | : Jointly Administered |
| Debtors. | : |
|  | : Re: Docket No. ——261 |

**ORDER (I) APPROVING CONFORMED TERM SHEET
SETTLING CONTROVERSIES, (II) AUTHORIZING THE
ABANDONMENT OF CERTAIN PREFERENCE CLAIMS
PURSUANT TO BANKRUPTCY CODE SECTION 544**

This matter coming before the Court on the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for an order (i) pursuant to rules 2002, 6004 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving a conformed term sheet settling certain litigation pending in this Court and providing for a plan of liquidation (the "Term Sheet") by and among the Debtors, Adeptio INPC Funding, LLC ("Adeptio") and the Official Committee of Unsecured Creditors (the "Committee", and collectively, the "Parties"), and (ii) pursuant to sections 105(a) and 554(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 6007(a) authorizing the abandonment of the Debtors' interest in certain preference claims under Bankruptcy Code section 547; and the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court on December 20, 2007 (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient under the circumstances, the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates, it is hereby;

**ORDERED** that the Motion is granted ~~in its entirety~~ as set forth herein; and it is further

**ORDERED** that the Motion is approved on an interim basis with respect to waiver and abandonment of the Remaining Claims. If no objection to the approval of the Motion with respect to the Remaining Claims is filed and served upon counsel for the Debtors: DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Thomas R. Califano and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899, Attn: Neil B. Glassman, and counsel for the Official Committee of Unsecured Creditors: Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne, so as to be received by January 7, 2008, the waiver and abandonment of the Remaining Claims are hereby approved on a final basis without the need for further notice, hearing or order of this Court; and it is further

**ORDERED** that pursuant to Bankruptcy Rule 9019(a), the Term Sheet attached hereto as Exhibit A, the interlineated version having been previously incorporated into the Court's Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment

2

{00710918;v2}

of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (the "Sale Order"), is hereby approved, as conformed; and it is further

**ORDERED** that pursuant to Bankruptcy Code section 554(a), the Debtors are authorized and are hereby deemed to have abandoned and waived all preference claims under Bankruptcy Code section 547 and all such claims are deemed irrevocably released upon the closing contemplated by the Sale Order.

Dated: December ____, 2007
   Wilmington, Delaware

                                                   _____
                                                   THE HONORABLE KEVIN GROSS
                                                   UNITED STATES BANKRUPTCY JUDGE

3

{00710918;v2}2