IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| InPhonic, Inc., et al.,[1] | ) | **Case No. 07-11666-KG** |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket        AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
No. 272       FOR HEARING 12/20/2007 [Re: Docket Nos. 13, 261 and 267]

I, Katya M. Belas, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On December 19, 2007, I caused the above referenced documents to be served on the parties as described below:

///

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A  [Re: Those parties who have filed requests for special notice and the Core Group together referenced as Service List 27136]

3. All parties were served via the modes of service indicated in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 24, 2007
El Segundo, California

Katya M. Belas

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on December 24, 2007, Katya M. Belas, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008