IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| InPhonic, Inc., et al.[1], | ) Case No. 07-11666-KG |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

AFFIDAVIT OF SERVICE RE:

Docket No. 261

NOTICE OF MOTION

DEBTORS' MOTION FOR AN ORDER: (I) APPROVING THE CONFORMED TERM SHEET BY AND AMONG THE DEBTORS, ADEPTIO INPC FUNDING, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PREFERENCE CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 544

[PROPOSED] ORDER (I) APPROVING CONFORMED TERM SHEET SETTLING CONTROVERSIES, (II) AUTHORIZING THE PURSUANT TO BANKRUPTCY CODE SECTION 544

Docket No. 262

DEBTORS' EMERGENCY MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER: (I) APPROVING THE TERM SHEET BY AND AMONG THE DEBTORS, ADEPTIO INPC FUNDING, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PREFERENCE CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 544 [Re: Docket No. 261]

[PROPOSED] ORDER GRANTING DEBTORS' EMERGENCY MOTION TO SHORTEN NOTICE WITH RSPECT TO DEBTORS' MOTION FOR AN ORDER: (I) APPROVING THE TERM SHEET BY AND AMONG THE DEBTORS, ADEPTIO INPC FUNDING, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) AUTHORIZING THE

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

## ABANDONMENT OF CERTAIN PREFERENCE CLAIMS
## PURSUANT TO BANKRUPTCY CODE SECTION 544

I, Katya M. Belas, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On December 17, 2007, I caused the above referenced documents to be served on the parties as described below:

Exhibit A   Service List regarding Docket No. 261 and 262
            [Re: those parties who have requested special notice and the Core Group]

3. All parties were served via the modes of service indicated in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 21, 2007
El Segundo, California

Katya M. Belas

State of California      )
                         ) ss
County of Los Angeles    )

Personally appeared before me on December 21, 2007, Katya M. Belas, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.


YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008