# EXHIBIT B

## Dkt 267 - Ntc Agenda of Matters Sched Hear
## for InPhonic, Inc.

Total number of parties: 58

### Exhibit B - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27147 | PAUL CATALDO ESQ, ASSISTANT GENERAL COUNSEL, (RE: GSI COMMERCE INC), CATALDOP@GSICOMMERCE.COM | E-mail |
| 27147 | GILBERT B WEISMAN, BECKET & LEE LLP, (RE: AMERICAN EXPRESS TRAVEL RLT SVCS CO), NOTICES@BECKET-LEE.COM | E-mail |
| 27147 | GILBERT B WEISMAN ESQ, BECKET AND LEE LLP, (RE: AMERICAN EXPRESS TRAVEL SVCS), NOTICES@BECKET-LEE.COM | E-mail |
| 27147 | LAWRENCE M SCHWAB ESQ, BIALSON BERGEN & SCHWAB, (RE: YAHOO! & OVERTURE SERVICES INC), LSCHWAB@BBSLAW.COM | E-mail |
| 27147 | PATRICK M COSTELLO ESQ, BIALSON BERGEN & SCHWAB, (RE: YAHOO! & OVERTURE SERVICES INC), PCOSTELLO@BBSLAW.COM | E-mail |
| 27147 | STEVEN WILAMOWSKY ESQ, BINGHAM MCCUTCHEN LLP, (RE: ACN COMMUNICATIONS SERVICES INC), STEVEN.WILAMOWSKY@BINGHAM.COM | E-mail |
| 27147 | BONNIE GLANTZ FATELL ESQ, BLANK ROME LLP, (RE: CELLCO PARTNERSHIP/VERIZON), FATELL@BLANKROME.COM | E-mail |
| 27147 | JOEL SHAPIRO ESQ, BLANK ROME LLP, (RE: GSI COMMERCE SOLUTIONS), SHAPIRO-JC@BLANKROME.COM | E-mail |
| 27147 | MICHAEL D DEBAECKE ESQ, BLANK ROME LLP, (RE: GSI COMMERCE SOLUTIONS), DEBAECKE@BLANKROME.COM | E-mail |
| 27147 | REGINA STANGO KELBON ESQ, BLANK ROME LLP, (RE: CELLCO PARTNERSHIP/VERIZON), KELBON@BLANKROME.COM | E-mail |
| 27147 | DAVID M LEMAY ESQ, CHADBOURNE & PARKE LLP, DLEMAY@CHADBOURNE.COM | E-mail |
| 27147 | SCOTT D ROSEN, COHN BIRNBAUM SHEA, SROSEN@CB-SHEA.COM | E-mail |
| 27147 | DELAWARE SECRETARY OF STATE, DOSDOC_WEB@STATE.DE.US | E-mail |
| 27147 | DIVISION OF UNEMPLOYMENT INS, DEPARTMENT OF LABOR, EMANUEL.MARINO@STATE.DE.US | E-mail |
| 27147 | JEREMY R JOHNSON, DLA PIPER US LLP, (RE: DEBTOR), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 27147 | MARIA ELLENA CHAVEZ-RUARK, DLA PIPER US LLP, (RE: DEBTOR), MARIA.RUARK@DLAPIPER.COM | E-mail |
| 27147 | THOMAS R CALIFANO, DLA PIPER US LLP, (RE: DEBTOR), THOMAS.CALIFANO@DLAPIPER.COM | E-mail |
| 27147 | MARK A SALZBERG ESQ, FOLEY & LARDNER LLP, (RE: ALLTEL COMMUNICATIONS), MSALZBERG@FOLEY.COM | E-mail |
| 27147 | ANDREW TORGOVE & JASON COHEN, GOLDSMITH LAZARD, JCOHEN@AGIO.COM | E-mail |
| 27147 | ANDREW TORGOVE & JASON COHEN, GOLDSMITH LAZARD, ATORGOVE@AGIO.COM | E-mail |
| 27147 | DERMOTT O'FLANAGAN, GOLDSMITH LAZARD, DOFLANAGAN@AGIO.COM | E-mail |
| 27147 | DIANE N RALLIS, HOLLAND & KNIGHT LLP, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27147 | JOHN J MONAGHAN ESQ, HOLLAND & KNIGHT LLP, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27147 | LYNNE B XERRAS, HOLLAND & KNIGHT LLP, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27147 | PAUL M ROSENBLATT ESQ, KILPATRICK STOCKTON LLP, (RE: AT&T), PROSENBLATT@KILPATRICKSTOCKTON.COM | E-mail |
| 27147 | TODD C MEYERS ESQ, KILPATRICK STOCKTON LLP, (RE: AT&T), TMEYERS@KILPATRICKSTOCKTON.COM | E-mail |
| 27147 | ANDREA JOHNSON, KIRKLAND & ELLIS LLP, (RE: ADEPTIO INPC FUNDING LLC), AFROST@KIRKLAND.COM | E-mail |
| 27147 | ANUP SATHY ESQ, KIRKLAND & ELLIS LLP, (RE: ADEPTIO INPC FUNDING LLC), ASATHY@KIRKLAND.COM | E-mail |
| 27147 | DAVID A AGAY & JOHN A SCHOENFELD, KIRKLAND & ELLIS LLP, (RE: ADEPTIO INPC FUNDING LLC), JSCHOENFELD@KIRKLAND.COM | E-mail |
| 27147 | DAVID A AGAY & JOHN A SCHOENFELD, KIRKLAND & ELLIS LLP, (RE: ADEPTIO INPC FUNDING LLC), DAGAY@KIRKLAND.COM | E-mail |
| 27147 | CHISTOPHER D LOIZIDES ESQ, LOIZIDES PA, (RE: AT&T), LOIZIDES@LOIZIDES.COM | E-mail |

**Exhibit B - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27147 | DAVID I SWAN ESQ, MCGUIRE WOODS LLP, (RE: SPRINT NEXTEL CORP), DSWAN@MCGUIREWOODS.COM | E-mail |
| 27147 | BRETT D FALLON ESQ, MORRIS JAMES LLP, (RE: SPRINT NEXTEL CORP), BFALLON@MORRISJAMES.COM | E-mail |
| 27147 | JOSEPH M GITTO, NIXON PEABODY LLP, (RE. COSMOCOM.COM), JGITTO@NIXONPEABODY.COM | E-mail |
| 27147 | RICHARD SCHEPACARTER, ESQ, OFFICE OF THE US TRUSTEE, RICHARD.SCHEPACARTER@USDOJ.GOV | E-mail |
| 27147 | CATHERINE M GUASTELLO ESQ, QUARLES & BRADY LLP, (RE: DFS SERVICES LLC), CGUASTEL@QUARLES.COM | E-mail |
| 27147 | CLAUDIA Z SPRINGER, REED SMITH LLC, (RE: COMMITTEE OF UNSECURED CREDITORS), CSPRINGER@REEDSMITH.COM | E-mail |
| 27147 | KURT F GWYNNE, REED SMITH LLC, (RE: COMMITTEE OF UNSECURED CREDITORS), KGWYNNE@REEDSMITH.COM | E-mail |
| 27147 | ROBERT P SIMONS ESQ, REED SMITH LLC, (RE: COMMITTEE OF UNSECURED CREDITORS), RSIMONS@REEDSMITH.COM | E-mail |
| 27147 | PATRICIA SCHRAGE, SECURITIES & EXCHANGE COMMISSION, SCHRAGEP@SEC.GOV | E-mail |
| 27147 | DIVISION OF CORPORATE FINANCE, SECURITIES AND EXCHANGE COMMISSION, CFLETTERS@SEC.GOV | E-mail |
| 27147 | ERIC M SUTTY, THE BAYARD FIRM, (RE: CO-COUNSEL TO DEBTOR), ESUTTY@BAYARDFIRM.COM | E-mail |
| 27147 | MARY E AUGUSTINE, THE BAYARD FIRM, (RE: CO-COUNSEL TO DEBTOR), MAUGUSTINE@BAYARDFIRM.COM | E-mail |
| 27147 | NEIL B GLASSMAN, THE BAYARD FIRM, (RE: CO-COUNSEL TO DEBTOR), NGLASSMAN@BAYARDFIRM.COM | E-mail |
| 27147 | ELLEN W SLIGHTS, ESQUIRE, US ATTORNEY'S OFFICE, ELLEN.SLIGHTS@USDOJ.GOV | E-mail |
| 27147 | GREG SEGALL & PAUL HALPERN, VERSA CAPITAL MANAGEMENT, INC., GLS@VERSAFUND.COM | E-mail |
| 27147 | GREG SEGALL & PAUL HALPERN, VERSA CAPITAL MANAGEMENT, INC., PHALPERN@VERSAFUND.COM | E-mail |
| 27147 | PAUL HALPERN & DAVID LORRY, VERSA CAPITAL MANAGEMENT, INC., DLORRY@VERSAFUND.COM | E-mail |
| 27147 | PAUL HALPERN & DAVID LORRY, VERSA CAPITAL MANAGEMENT, INC., PHALPERN@VERSAFUND.COM | E-mail |
| 27147 | TIFFANY STRELOW COBB ESQ, VORYS SATER SEYMOUR AND PEASE LLP, (RE: AOL LLC), TSCOBB@VSSP.COM | E-mail |
| 27147 | KEVIN WEINMAN, W B DONER & COMPANY, KWEINMAN@DONERUS.COM | E-mail |
| 27147 | DAVID H STEIN, WILENTZ GOLDMAN & SPITZER PA, (RE: SPANCO TELESYSTEMS & SOLUTIONS), DSTEIN@WILENTZ.COM | E-mail |
| 27147 | DAVID H STEIN ESQ, WILENTZ GOLDMAN & SPITZER PA, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), DSTEIN@WILENTZ.COM | E-mail |
| 27147 | FRANCIS A MONACO JR ESQ, WOMBLE CARLYLE SANDRIDGE & RICE, (RE: T-MOBILE USA), FMONACO@WCSR.COM | E-mail |
| 27147 | KEVIN J MANGAN ESQ, WOMBLE CARLYLE SANDRIDGE & RICE, (RE: T-MOBILE USA), KMANGAN@WCSR.COM | E-mail |
| 27147 | EDMON MORTON ESQ, YOUNG CONWAY STARGATT & TAYLOR, LLP, (RE: ADEPTIO INPC FUNDING LLC), EMORTON@YCST.COM | E-mail |
| 27147 | EDWARD J KOSMOWSKI, YOUNG CONWAY STARGATT & TAYLOR, LLP, (RE: ADEPTIO INPC FUNDING LLC), EKOSMOWSKI@YCST.COM | E-mail |
| 27147 | ROBERT S. BRADY, YOUNG CONWAY STARGATT & TAYLOR, LLP, (RE: ADEPTIO INPC FUNDING LLC), RBRADY@YCST.COM | E-mail |

**Subtotal for this group: 58**