# EXHIBIT A

# Ntc Assump w Exh A
# for InPhonic, Inc.

Total number of parties: 1

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27178 | COMMISSION RIVER INC, ATTN ADAM EDWARDS, PRESIDENT, 12401 SOUTH 450 EAST, SUITE D1, DRAPER, UT 84020 | DHL Overnight |

Subtotal for this group: 1