IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Cases No. 07-11666 (KG)<br>: Jointly Administered |
| Debtors. | :<br>: Objection Deadline: January 23, 2008 at 4:00 p.m.<br>: Hearing Date: Only if an objection is filed.<br>: RE: DOCKET NO. 276 |

## RE-NOTICE OF APPLICATION

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE that on December 21, 2007, Bayard filed the **First Monthly Fee Statement of The Bayard Firm for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 8, 2007 through November 30, 2007** (the "Application") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Chapter 7 Trustee on or before **January 23, 2008 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that requests for a copy of the Application should be directed to undersigned counsel at Bayard.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00715313;v1}

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or a hearing.

Dated: January 3, 2008  
       Wilmington, Delaware

BAYARD

_____  
Neil B. Glassman (No. 2087)  
Mary E. Augustine (No. 4477)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, Delaware 19899  
Telephone:   (302) 655-5000  
Facsimile:    (302) 658-6395

Co-Counsel to the Debtors