IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| InPhonic, Inc., et al.,[1] | ) | Case No. 07-11666-KG |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 277

NOTICE OF APPLICATION [Re: First Monthly Fee Statement of DLA Piper US LLP For Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from November 8, 2007 through November 30, 2007] [Notice Only]

I, Katya M. Belas, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On December 26, 2007, I caused the above referenced document to be served on the parties as described below:

///

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A    Docket No. 277 was served on:
- Those parties who have requested special notice and the Core Group are together referenced as Service List 27225

3. All parties were served via the mode of service indicated in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 02, 2008
El Segundo, California

*Katya M. Belas*

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on January 2, 2008, Katya M. Belas, an individual, proved to me upon satisfactory evidence to be the person who executed the foregoing instrument and acknowledged the same.

*James H. Myers*

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009