# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| INPHONIC, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
§ SS:
NEW CASTLE COUNTY §

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, attorneys for InPhonic, Inc. in the above-captioned case, and that on the 4th day of January, 2008, she caused a copy of the **Order (I) Approving Conformed Term Sheet Settling Controversies, (II) Authorizing the Abandonment of Certain Preference Claims Pursuant to Bankruptcy Code Section 544 [Docket No. 285]** to be served upon the parties on the attached service list *via* hand delivery.

*/s/ Edith Miranda*
Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: January 4, 2008

*/s/ Chantal N. Callahan*
Notary Public

CHANTAL N. CALLAHAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 15, 2010

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

# INPHONIC INC.

## Service List

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington   DE   19899-2046

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington   DE   19801
*Cellco Partnership, Verizon Wireless*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Marla R. Eskin, Esquire
Katheryn S. Keller, Esquire
Campbell & Levine LLC
800 North King Street, Ste. 300
Wilmington   DE   19801
*mForce Communications, Inc.*

Michael D. DeBaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Ste. 800
Wilmington   DE   19801
*GSI Commerce Solutions, Inc.*

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue,
Suite 1501
Wilmington   DE   19801
*T-Mobile USA, Inc.*

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Ste. 1200
Wilmington   DE   19801-1246
*Spanco Telesystems & Solutions*

Brett D. Fallon, Esq.
Thomas M. Horan, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington   DE   19899-2306
*Sprint Nextel Corporation; mForce Communications*

Kevini A. Guerke, Esq.
Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington   DE   19801
*Qualution Systems, Inc.*

# INPHONIC INC.

## Service List

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street
Suite 800
Wilmington   DE   19801
*AT&T*

Daniel K. Astin, Esq.
Anthony M. Saccullo, Esq.
Carl D. Neff, Esq.
Fox Rothschild LLP
Citizens Bank Center, Ste. 1300
919 N. Market Street
P.O. Box 2323
Wilmington   DE   19899-2323

William F. Taylor, Esq.
McCarter & English, LLP
405 N. King Street
8th Floor
Wilmington   DE   19801
*Verizon Business Global, LLC*

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 N. West Street, STe. 1410
Wilmington   DE   19801
*Yellow Page Authority, Ltd.*

Mark D. Collins, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington   DE   19801
*USCC Distribution Co., LLC*

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington   DE   19899