## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | Re: Docket No. 263 |
| | : | |

### CERTIFICATE OF NO OBJECTION TO
### APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY REED SMITH LLP, *NUNC PRO TUNC* AS OF NOVEMBER 16, 2007, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1103(a) AND 328(a) AND FED.R.BANKR.P. 2014

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007, as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1103(a) and 328(a), and Fed.R.Bankr.P. 2014 (the "Application"; D.I. 263) filed on December 17, 2007. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 2, 2008, at 4:00 p.m.

It is hereby respectfully requested that the proposed order substantially in the form as attached to the Application be entered at the earliest convenience of the Court.

Dated: January 4, 2008  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Gaston P. Loomis II  
Kurt F. Gwynne (No. 3951)  
Gaston P. Loomis II (No. 4812)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575

and

Robert P. Simons, Esquire  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063

and

Claudia Z. Springer, Esquire  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103-7301  
Telephone: 215-851-8100  
Facsimile: 215-851-1420

Proposed Counsel to the Official Committee of Unsecured Creditor