## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| INPHONIC, INC., *et al.,* | : | Case No. 07-11666 (KG) |
|  | : | Jointly Administered |
|  | : |  |
| Debtors. | : | Re: Docket No. 264 |
|  | : |  |

## CERTIFICATE OF NO OBJECTION TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO EMPLOY DELOITTE FINANCIAL ADVISORY SERVICES LLP *NUNC PRO TUNC* TO NOVEMBER 19, 2007 TO SERVE AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application of the Official Committee of Unsecured Creditors for Authorization to Employ Deloitte Financial Advisory Services LLP *Nunc Pro Tunc* to November 19, 2007 to Serve as Financial Advisors for the Official Committee of Unsecured Creditors (the "Application"; D.I. 264) filed on December 17, 2007. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 2, 2008, at 4:00 p.m.

It is hereby respectfully requested that the proposed order substantially in the form as attached to the Application be entered at the earliest convenience of the Court.

Dated: January 4, 2008
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  /s/ Gaston P. Loomis II
     Kurt F. Gwynne (No. 3951)
     Gaston P. Loomis II (No. 4812)
     1201 N. Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575

        and

     Robert P. Simons, Esquire
     435 Sixth Avenue
     Pittsburgh, PA 15219
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

        and

     Claudia Z. Springer, Esquire
     2500 One Liberty Place
     1650 Market Street
     Philadelphia, PA 19103-7301
     Telephone: 215-851-8100
     Facsimile: 215-851-1420

     Proposed Counsel to the Official Committee of
     Unsecured Creditor