IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07-11666 (KG) (Jointly Administered) |
| Debtors. | |

**NOTICE OF CONTRACTS TO BE HELD AND NOT REJECTED BY THE DEBTORS PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE PURSUANT TO (A) DECEMBER 13, 2007 ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (IV) GRANTING RELATED RELIEF AND (B) SECTION 2.5(B) OF THE ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE** that on November 8, 2007, InPhonic, Inc. and its wholly-owned subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors" or "Sellers") filed their Motion For an Order (A) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets, (B) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices, (C) Establishing Procedures Relating to Assumption and Assignment of Certain Contracts, Including Notice of Procured Cure Amounts, (D) Approving Expense Reimbursement Provision, and (E) Granting Related Relief (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). An order approving the Bid Procedures Motion (the "Bidding Procedures Order") was entered on November 9, 2007.

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on November 9, 2007, the Bankruptcy Court approved the Bid Procedures Motion and scheduled a hearing (the "Sale

[1] The Debtors are InPhonic, Inc., CAIS Acquisition LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

Hearing") to consider the Motion for an Order Pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Sale of Substantially All of Its Assets, (the "Asset Sale"), (B) Approving an Asset Purchase Agreement (the "Agreement"), Subject to Higher and Better Offers, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief; (the "Sale Motion"), for December 13, 2007 at 10:00 a.m. (prevailing Eastern Time). You may obtain a copy of the Agreement by making a written request to the undersigned counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that on December 13, 2007 the Bankruptcy Court entered an order approving the Sale Motion and the Agreement (the "Sale Order") and approving the assumption and assignment of certain "Designated Contracts" to Adeptio INPC Funding, LLC (the "Buyer").

**PLEASE TAKE FURTHER NOTICE** that on or about December 21, 2007, the Buyer assigned to Simplexity, LLC a Delaware limited liability company and a subsidiary of the Buyer ("Buyer's Subsidiary"), its rights to receive the Assets (as defined in the Agreement) from the Sellers under the Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Sale Order and section 2.5 of the Agreement provide that the Buyer shall have the right to specify any contracts or leases that are not Designated Contracts that shall be held by the Sellers and not rejected pursuant to section 365 of the Bankruptcy Code, during the time periods set forth in the Sale Order and the Agreement ("Held Contracts").

**PLEASE TAKE FURTHER NOTICE** that on December 31, 2007, pursuant to the Sale Order and the Agreement, Buyer's Subsidiary submitted to the Debtors the notice and attached

Annex A ("Notice of Held Contracts"), attached hereto as Exhibit A, setting forth the Held Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Buyer's Subsidiary, pursuant to section 2.5(b) of the Agreement, reserves the right to request the assumption and assignment of any Held Contract pursuant to section 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any parties seeking information regarding Held Contracts or the Asset Sale may contact Debtors' counsel at the phone number listed below.

Dated: Wilmington, Delaware
January 4, 2008

BAYARD, P.A.

By: ______________________

Neil B. Glassman (No. 2087)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

Thomas R. Califano
Vincent J. Roldan
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4569
Facsimile: (212) 884-8569

Counsel for Debtors
and Debtors in Possession