## Exhibit A

**Buyer's Subsidiary's Notice of Contracts to be Held and Not Rejected by the Debtors Pursuant to Section 365 of the Bankruptcy Code, Section 2.5 (b) of the Asset Purchase Agreement and Sale Order**

APA Sec. 2.5(b)  
Annex A - Held Contracts

| Vendor ID No. | Vendor Name / Contract Counter Party | Contract Effective Date | Brief Description |
|---|---|---|---|
| INTER02 | Internet Services Corporation | | Partner - Mktng Agt |
| 31075 | Randall Van Dyke & Associates Inc. | 1-Mar-07 | Partner - Mktng Agt |
| 30011 | Yellow Page Authority | 1-Mar-07 | Partner - VMC Ad Agt |
| 42426 | Yellow Page Authority | 1-Mar-07 | Partner - Ad Agt |
| 45599 | 12 Interactive LLC | 8-Feb-07 | Partner - CPA Agreement |
| 1-800COM | 1-800 Communications | | Partner - CPA Agreement |
| 30556 | 2Way Gadgets.com | | Partner - CPA Agreement |
| 30602 | A2ZCells.com | | Partner - CPA Agreement |
| 30561 | AJ Interactive | | Partner - CPA Agreement |
| 31164 | Alisa Peters (WorldMallTV) | | Partner - CPA Agreement |
| 30622 | ATC Agency Services, LLC | | Partner - CPA Agreement |
| 30611 | Brunson Tony | | Partner - CPA Agreement |
| 30557 | Cleveland 6 LLC | | Partner - CPA Agreement |
| 30710 | CMedia Philadelphia LLC | | Partner - CPA Agreement |
| 30555 | CMR Marketing | | Partner - CPA Agreement |
| 30603 | Codova | | Partner - CPA Agreement |
| 31013 | Comcast Spotlight | | Partner - CPA Agreement |
| COM00301 | Come from the Heart | | Partner - CPA Agreement |
| 30882 | Compare Wireless Rates | 7-Aug-01 | Partner - CPA Agreement |
| CWP00134 | CompareWirelessPhones | 7-Aug-01 | Partner - CPA Agreement |
| 37421 | Crazy Wireless Offers | 5-May-06 | Partner - CPA Agreement |
| 30604 | DC Cellular | | Partner - CPA Agreement |
| 30606 | Easy Call Communications | | Partner - CPA Agreement |
| 30600 | Edealworld, Inc. | | Partner - CPA Agreement |
| 30617 | English Carrier | | Partner - CPA Agreement |
| 30021 | EU Services Mailing Division | | Partner - CPA Agreement |
| 31146 | Euro RSCG Direct Response LLC | | Partner - CPA Agreement |
| EXCEL01 | Excel Callnet Private Limited | 11-May-04 | Partner - CPA Agreement |
| 45604 | Excess Revenue, Inc. | | Partner - CPA Agreement |
| 30560 | Faith Enterprises, LLC | | Partner - CPA Agreement |
| 30627 | FiveStar Advertising, Inc. | | Partner - CPA Agreement |
| FRE008501 | Free Stuff Central | | Partner - CPA Agreement |
| 32663 | How Stuff Works, Inc. | 30-Nov-05 | Partner - CPA Agreement |
| 30333 | Kandu Incorporated | | Partner - CPA Agreement |
| 30605 | KBK Marketing | | Partner - CPA Agreement |
| 31303 | LeadDrive LLC | | Partner - CPA Agreement |
| 30691 | Longevity Institute, LLC | | Partner - CPA Agreement |
| 30616 | Lowermypayment.com | | Partner - CPA Agreement |
| 30614 | My Brooklyn.com / EZ Wireless | | Partner - CPA Agreement |
| 33399 | Perks Group | 26-Apr-06 | Partner - CPA Agreement |
| 31245 | PriceGrabber.com, LLC | 26-May-05 | Partner - CPA Agreement |
| 30884 | Production West Inc. | | Partner - CPA Agreement |
| 30463 | QUEST Membership Services | 1-Jun-05 | Partner - CPA Agreement |
| 30223 | QuickPromo, LLC | | Partner - CPA Agreement |
| 30601 | Result Services 2000 | | Partner - CPA Agreement |
| 30550 | RMD Media Group | | Partner - CPA Agreement |
| 31084 | SAMM | | Partner - CPA Agreement |
| SIN00107 | Singular Solutions, Inc. | 26-Sep-03 | Partner - CPA Agreement |
| 30558 | SRK Investment (phoneSnow) | | Partner - CPA Agreement |
| 32659 | Strategic Promotions, Inc. | | Partner - CPA Agreement |
| 30643 | Tech Guru Inc | | Partner - CPA Agreement |
| 30906 | Tiburon Marketing Corp. | | Partner - CPA Agreement |
| 31006 | TigerDirect | 25-Jan-05 | Partner - CPA Agreement |
| 30674 | USB Plus | | Partner - CPA Agreement |
| 30945 | Vendare Media Corp. | | Partner - CPA Agreement |
| 42642 | VendareNetblue | | Partner - CPA Agreement |
| 30881 | Venture Mobile, LLC | | Partner - CPA Agreement |
| 30227 | Wireless Plans | | Partner - CPA Agreement |
| 31170 | Wireless Xcessories Group, Inc. | | Partner - CPA Agreement |
| ZERO01 | Zero Company Performance Marketing | 13-Apr-07 | Partner - CPA Agreement |
| 1-8000018 | 1-800Mobiles.com | 21-Nov-03 | Partner - CPA Agreement |
| 30675 | 5linx Enterprises, Inc. | 1-Jul-05 | Partner - CPA Agreement |
| 45661 | ACN Communications Services, Inc. | 27-Feb-07 | Partner - CPA Agreement |
| AME0051 | American Legion | | Partner - CPA Agreement |
| BES00001 | BestBuy | 1-Jul-06 | Partner - CPA Agreement |
| 31149 | Buy.com | 10-Jul-06 | Partner - CPA Agreement |
| 30077 | CellPhone Street | 13-Feb-06 | Partner - CPA Agreement |
| COG0001 | Cognigen | | Partner - CPA Agreement |
| 31147 | Cognigen Networks, Inc. | 14-Oct-03 | Partner - CPA Agreement |
| | Commission River | 23-May-07 | Partner - CPA Agreement |
| 30222 | Corporate Wireless Group, Inc | 9-Feb-04 | Partner - CPA Agreement |
| 40239 | Digital Communications Warehouse | 2-Aug-06 | Partner - CPA Agreement |
| 30579 | Dynamic Solution | 4/_/05 | Partner - CPA Agreement |
| 30679 | Escape International | 30-Jan-07 | Partner - CPA Agreement |
| 33396 | Fadatone | 5-May-06 | Partner - CPA Agreement |
| 43466 | Fortune High Tech Marketing | 29-Nov-06 | Partner - CPA Agreement |
| GTG00498 | Freecell-phone | 15-Nov-03 | Partner - CPA Agreement |
| GLOB001 | Global Resource Systems Corp. | | Partner - CPA Agreement |
| 30978 | Global Resource Systems, LLC | 1-Sep-05 | Partner - CPA Agreement |
| 44597 | GSI Commerce Solutions, Inc. | 10-Jan-06 | Partner - CPA Agreement |
| 30671 | Lightyear Networks | 7-Jul-05 | Partner - CPA Agreement |
| 30879 | LinkShare Corporation | 23-Jan-01 | Partner - CPA Agreement |
| 52032 | Market America Inc. | 18-Jul-07 | Partner - CPA Agreement |
| 52089 | MediaWhiz Holdings | | Partner - CPA Agreement |

| Vendor ID No. | Vendor Name / Contract Counter Party | Contract Effective Date | | Brief Description |
|---|---|---|---|---|
| MELAL01 | Melaleuca, Inc. | 23-Jun-04 | Partner - CPA Agreement | |
| 30905 | Memolink Inc. | 30-Jan-03 | Partner - CPA Agreement | |
| 38615 | mForce, Inc. | 26-May-06 | Partner - CPA Agreement | |
| 45234 | Moshi3 Limited (Moliledia) | 16-Dec-04 | Partner - CPA Agreement | |
| 30442 | Motorola | 4-Jan-05 | Partner - CPA Agreement | |
| | Motorola | 22-Feb-06 | Partner - CPA Agreement | |
| 42640 | My Dream Wireless | 2-Aug-06 | Partner - CPA Agreement | |
| 30686 | MyRatePlan.com, LLC | 13-Jan-06 | Partner - CPA Agreement | |
| 30559 | Natlco | 5-Apr-05 | Partner - CPA Agreement | |
| NEA00667 | NEA Member Benefits | 1-May-06 | Partner - CPA Agreement | |
| 30655 | OverStock.com, Inc. | 21-Jun-05 | Partner - CPA Agreement | |
| 31080 | Phone Dog | 16-Aug-05 | Partner - CPA Agreement | |
| QUI00773 | Quixtar Corp. | 1-Sep-01 | Partner - Mktng Agt | |
| 31148 | Quixtar Corp. | | Partner - Mktng Agt | |
| 31151 | Quixtar Inc. | | Partner - Mktng Agt | |
| 30125 | RadioShack | 19-Nov-04 | Partner - CPA Agreement | |
| SAL00839 | Sallie Mae | 10-Oct-01 | Partner - CPA Agreement | |
| 30748 | SC Kiosks, Inc. | 20-May-05 | Partner - CPA Agreement | |
| 52090 | Search Ignite | | Partner - CPA Agreement | |
| SCL00083 | SearchCactus, LLC | | Partner - CPA Agreement | |
| 30938 | SM Junction (Cymakk) | 20-Jul-05 | Partner - CPA Agreement | |
| SNT000209 | SourceNet Telecom | | Partner - CPA Agreement | |
| 32308 | Spectrawide Inc. | 8-Jan-06 | Partner - CPA Agreement | |
| 30039 | The Consumer Bridge | 7-Jun-04 | Partner - CPA Agreement | |
| TIG00044 | TigerDirect (SYX) | 25-Jan-05 | Partner - CPA Agreement | |
| 30886 | TMI WIRELESS (DANIEL HUNG) | 25-Feb-03 | Partner - CPA Agreement | |
| 30221 | You Never Call, Inc. | 25-Oct-04 | Partner - CPA Agreement | |
| 39215 | Geeks (PRT) | | Partner - CPA Agreement | |
| 30463 | QUEST Membership Services | | Partner - CPA Agreement | |
| | American Express Card Acceptance Agreement | | Billing Ops | Credit Card Processor Agreement |
| 31206 | Comerica Bank (Global Payments Agreement); | 5-Sep-06 | Billing Ops | Payment Processing |
| | Comerica Treasury Management Services Agreement; | 14-Nov-07 | Treasury | Banking services agreement |
| | Comerica Banking Services Agreement | 14-Nov-07 | Treasury | Banking services agreement |
| 30918 | CYBERSOURCE | 16-Aug-00 | Billing Ops | Gateway for Credit card Processors |
| | NCO | 24-Sep-02 | Billing Ops | Collections Agent Agreement |
| 45498 | Receivable Management Services Corp.(R*M | 27-Feb-07 | Billing Ops | Collection Agent Agreement |
| | Silicon Valley Bank | | Billing Ops | Credit Card Processor Agreement |
| | SKO Brenner | | Billing Ops | Collections Agent |
| | Trans First | 31-Jul-07 | Billing Ops | Payment Processing Agreement |
| ALLTE01 | ALLTEL Communications, Inc. or Alltel Communic | 22-Sep-00 | Carrier | Carrier Agreement |
| CIN00207 | Cingular Wireless | 1-Oct-06 | Carrier | Carrier Agreement |
| SPC0055 | Sprint PCS | 15-May-07 | Carrier | Carrier Agreement |
| | T-Mobile | 1-Jul-03 | Carrier | Carrier Agreement |
| USC0001 | US Cellular | 4-Nov-04 | Carrier | Carrier Agreement |
| VER000332 | Verizon Wireless | 20-Jan-03 | Carrier | Carrier Agreement |
| 33257 | Virgin Mobile USA, LLC | 15-Jun-06 | Carrier | Carrier Agreement |
| 31495 | Accurint | | C&A/Customer service | Services Agreement - Credit Checks |
| 30451 | Bevocal, Inc | 30-Oct-03 | C&A/Customer service | Services Agreement - Customer Service |
| 31010 | Experian (ACCT# TMD1-4516936) | | C&A/Customer service | Services Agreement - Credit Checks |
| 46086 | Experian Acct#TMD1-1941945 | | C&A/Customer service | Service Agreement - Credit Checks |
| 31033 | Expert Serv, Inc | 1-Jul-05 | C&A/Customer service | Service Agreement - Call Center |
| 31131 | Instant Service | 19-Sep-05 | C&A/Customer Service | Service Agreement - Mail and chat application |
| 30160 | Spanco Telesystems & Solutions, LTD | 1-Aug-05 | C&A/Customer service | Service Agreement - Customer Activation center |
| 46670 | SumTotal Systems, Inc. | | C&A/Customer service | Learning management tool |
| 32252 | TechRiver, LLC | | C&A/Customer service | |
| 30911 | Alban Tractor Co. Inc. | 1-Jan-07 | Facilities | Maintenance Agreement - Largo Generator |
| 40045 | American Security Programs, Inc. | | Facilities | Service Agreement - Largo Security |
| #N/A | General Electric Capital Corp - account 7352061-00( | 1-Feb-05 | Lease | Lease Agreement - Canon IR6570 and IR 3220 Copiers |
| | General Electric Capital Corp. - account 7352061-00 | 1-Feb-06 | Lease | Lease Agreement - 1 Canon IR5020 Copier; 1 Canon 5000 |
| | General Electric Capital Corp - account 7352061-00< | 2-Nov-05 | Lease | Lease Agreement - 2 Canon 710 Faxes; 2 IR6570 copiers; 1 |
| | General Electric Capital Corp - account 7352061-011 | 1-Mar-07 | Lease | Lease Agreement - Canon C3380 Copier |
| | General Electric Capital Corp - account 7352061-00! | 1-Mar-07 | Lease | Lease - Canon C5180 Copier |
| | General Electric Capital Corp - account 7352061-01: | 1-Jun-07 | Lease | Lease Agreement - Canon 3380 Copier |
| 30896 | McCall Handling Co. | 13-Jun-02 | Facilities | Forklift lease |
| 51608 | Office Movers, Inc. ( Kane Company ) | | Facilities | Service Agreement - Relocation Services |
| 30987 | Pitney Bowes #1833-4203-86-8 (GTOWN) | | Facilities | Service Agreement - Mail machines |
| 39069 | Pitney Bowes Global Fin.Services Acct#79 | | Facilities | Service Agreement - Mail machines |
| 38295 | Pitney Bowes Global Financial Services | | Facilities | Service Agreement - Mail machines |
| 39221 | Pitney Bowes,Inc(Supplies Invoice)Acct#2 | | Facilities | Service Agreement - Mail machines |
| 51332 | SIEMENS | | Facilities | Service Agreement - Reston Security |
| 31077 | Virginia Air & Facilities Services | | Facilities | IT Data room in Reston I |
| 33383 | Waste Management Of Maryland(WM) | Not dated | Facilities | Service Agreement - Largo Waste |
| 30917 | Citicorp Vendor Finance,Inc. Acct#200057 | 3-Oct-01 | Finance | Canon IR6000 copier |
| | Oracle Credit Corporation | | Finance | Software Agreement - Oracle Software |
| 33382 | Qlik Tech Inc. | | Finance | Software Agreement - Planning Dashboard |
| 30538 | Creative Logistics Solutions, Inc. | 29-Apr-05 | Fulfillment | |
| 30813 | FEDEX (Federal Express) | | Fulfillment | Service Agreement - Shipping Services |
| 30144 | ADP | | HR | Service Agreement - Payroll Processor |
| 30032 | Business Health Services | | HR | Employee Benefits |
| 31854 | CBIZ Benisource | 1-Oct-04 | HR | Employee Benefits - COBRA services & Flex spending |
| 30868 | Monster, Inc. | | HR | Service Agreement - Recruiting Website |

APA Sec. 2.5(b)  
Annex A - Held Contracts

Page 3 of 3  
31-December - 2007

| Vendor ID No. | Vendor Name / Contract Counter Party | Contract Effective Date | | Brief Description |
|---|---|---|---|---|
| 30432 | Vision Service Plan- (AT) | | HR | Employee Benefits - Vision |
| 30632 | Ambiron (Trustwave Holdings, Inc.) | | IT | Service Agreement - Credit Card Gateway |
| 30769 | AT&T Acct.#70866(Hosting) | | IT | Service Agreement - Telecommunications - MVNE |
| 30504 | BROECH Corp.d/b/a TUSC | | IT | Service Agreement - Consulting Services - MVNE |
| 34600 | CosmoCom, Inc. | 30-Jun-06 | IT | License and maintenance Agreements - IVR/PBX |
| 51991 | Dataprise | 24-Sep-07 | IT | Outsourced provider. |
| 46571 | De Lage Landen Financial Services, Inc. | 13-Jun-07 | IT | License Agreement - Financing Microsoft Enterprise |
| 30042 | DesertSoft | | IT | Service Agreement - Address Verification |
| | EMC Corporation | | IT | |
| 30806 | Global Crossing Telecommunications | 15-Mar-02 | IT | Service Agreement - Telecommunications |
| 44498 | Hewlett-Packard Company | 29-Mar-07 | IT | Software Agreement - IT monitoring |
| 46573 | InBoxer, Inc. | Shrinkwrap | IT | Software Agreement - Email archiving solution |
| 43468 | IronPort Systems | Shrinkwrap | IT | Software Agreement - SPAM front end |
| 30807 | MCI/Verizon<br>Account Numbers:<br>• 9150204443 x25 (VMC)<br>• 9150204443<br>• 000689116079 57Y<br>• 000127301216 91Y<br>• 05373541<br>• Billing ID 17795<br>• VN 93237978/79<br>• Billing ID 93176505<br>• VN93078565 /VN93279849 | 9/15/05<br>Amendment dated 2/28/07 | IT | Telecommunication Services - VMC |
| 30730 | Verizon Acct#000104655522;301883-0031 | | IT | Telecommunication Services - local service |
| 30737 | Verizon Acct.#000123259327Tel#3018830654 | | IT | Telecommunication Services - local service |
| | Melissa Data | | IT | Service Agreement - Address Verification - Fulfillment |
| 37767 | Microsoft Licensing, GP/Microsoft Dynamics | 11/31/01 | IT | Software License - Microsoft |
| 38287 | NEUSTAR,Inc.( Ultra Services ) | 24-Mar-04 | IT | UltraDNS - domain name hosting for domestic sites |
| | Numara | 26-Feb-07 | IT | Software License |
| 38922 | Oracle USA, Inc. | 1-Nov-05 | IT | Licenses for Oracle software update and support: |
| 31207 | Quest Software, Inc. | 26-Jul-00 | IT | Software License - Enterprise Management |
| 30876 | SAVVIS, Inc. | 26-Jul-00 | IT | Telecommunications - Hosting Services |
| | Teleconferencing | | | Telecommunications - Teleconferencing Services |
| 31415 | TRUSTe Renewal | 21-Dec-05 | IT | Netwrk certification |
| | Verisign | 28-Dec-06 | IT | License - Encryption Certificates |
| 51795 | Visual Sciences, Inc. | 28-Mar-07 | IT | Software License - Planning Dashboard Tool |
| 33253 | QWEST- ( Liberty ) | 15-May-03 | IT | Telecommunications - UC Business |
| | Webisphere | 31-Jan-07 | IT | Software License - MVNE |
| | BRG Properties, LTD Agent | 1-Jun-07 | Landlord | Service Agreement - Utilities, Reston Facility |
| 30017 | CareerBuilder, Inc. sublessee | 17-Nov-04 | Landlord | Operating Lease - Reston (I), VA Location |
| 30000 | Colvin Run Partners, LLC | 8-Aug-03 | Landlord | Operating Lease - VMC Great Falls, VA |
| #N/A | Inglewood Business Park III, LLC | | Landlord | Operating Lease - Largo MD Facility |
| | Inglewood Business Park IV, LLC | | | |
| 45444 | Sunrise Campus Investors, LLC | | Landlord | Operating Lease - Reston HQ, VA facility |
| 31271 | ePlus Group Inc. | | Lease | Capital Lease - IT Equipment on telephone system. |
| 31253 | Oce Financial Services Inc. | 29-Jun-05 | Lease | Capital Lease - High Speed Printers, Largo MD |
| #N/A | Bridgewater | 12-Aug-04 | MVNE | |
| 30562 | Brower, Doug | 31-Mar-06 | MVNE | Services Agreement - Consulting - MVNE |
| 43837 | LanTec Ventures ( Ken Landry ) | 1-Jan-07 | MVNE | Services Agreement - Consulting - MVNE |
| 30786 | Lynch, Peter | 10-Aug-04 | MVNE | Services Agreement - Consulting - MVNE |
| 31641 | mPortal, Inc. | 13-Jan-07 | MVNE | Data Platform |
| 30107 | OpenWave Systems, Inc. | 11-Oct-04 | MVNE | MVNE Contract |
| 33426 | Qualution Systems Inc.( Star/Liberty ) | 7-Oct-03 | MVNE | MVNE billing and CRM platform |
| #N/A | Sun Maintenance | 9-Nov-06 | MVNE | IT |
| #N/A | WDIG Mobile, LLC, Disney Mobile – terminates 12. | 5-Jan-06 | MVNE | MVNE Customer |
| | AT&T Corp | 24-Sep-04 | MVNE Customer | |
| | AT&T Corp - SMD Representative | | MVNE Customer | |
| | Buena Vista Internet Group | 6-Oct-05 | MVNE Customer | |
| MTS-CG/HT001 | Hawaiian Telcom Communications Inc. | 31-Dec-04 | MVNE Customer | MVNE Customer |
| | Hawaiian Telcom | | MVNE Customer | MVNE Customer |
| | Hawaiian Telcom Merger Sub, Inc. | | MVNE Customer | MVNE Customer |
| 30033 | Internap Network Services | 29-Apr-03 | VMC - IT | Server connection/ISP access |
| 30026 | OKS-Ameridial | | VMC Customer Care | |
| 30060 | BlackMesh Inc. | 3-Apr-07 | VMC IT | |
| 30114 | 1 Voice Worldwide | | VMC Partner | CPA Agreement |
| 30061 | Entertainment Publications Inc. | | VMC Partner | CPA Agreement |
| 30128 | Jaeter Corporation | | VMC Partner | CPA Agreement |
| 30083 | Perks Group | | VMC Partner | CPA Agreement |
| 30126 | Perkspot dba 12 Interactive LLC | | VMC Partner | CPA Agreement |
| 30053 | Cavalier Business Communications | | VMC Telco | Telecommunication Services - local service |
| AWS0099 | AWS Convergence (Weatherbug) | 10-Jan-05 | WAS Marketing | |
| 39404 | Blue Sky Factory, Inc. | | WAS Marketing | Services Agreement - email services - marketing emails |
| 30620 | NCOA (PARTNER) | | WAS Marketing | Warranty Provider |
| 51796 | NetNames USA | | WAS Marketing | Domain Host - International URLs |
| 30002 | UPS | | VMC | |
| 26 | Entertainment Book | 14-Mar-06 | VMC Partner | Great Alarms Partner |
| 1026 | TMI Wireless | 25-Aug-04 | VMC Partner | Great Alarms Partner |
| 1518 | Cognigen | 11-Jan-05 | VMC Partner | Great Alarms Partner |
| 118384 | Randall Van Dyke And Associates Inc. | 31-Oct-04 | VMC | . |