# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2008 AT 10:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

## UNCONTESTED MATTER GOING FORWARD:

1. Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007, as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Sections 103(a) and 328(a) and Fed.R.Bankr.P. 2014 [Filed 12/17/07, Docket No. 263]

    Response Deadline:

    January 2, 2008 at 4:00 p.m.

    Related Documents:

    (a) Certificate of No Objection Regarding Docket No. 263 [Filed 1/4/08, Docket No. 288]

    (b) Proposed Order Regarding Docket No. 263

    Response(s) Received:

    None at this time.

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Status:

A certificate of no objection has been filed. No hearing is necessary unless the court directs otherwise.

2. Application of the Official Committee of Unsecured Creditors for Authorization to Employ Deloitte Financial Advisory Services LLP *Nunc Pro Tunc* to November 19, 2007 to Serve as Financial Advisors for the Official Committee of Unsecured Creditors [Filed 12/17/07, Docket No. 264]

Response Deadline:

January 2, 2008 at 4:00 p.m.

Related Documents:

(a) Certificate of No Objection Regarding Docket No. 264 [Filed 1/4/08, Docket No. 289]

(b) Proposed Order Regarding Docket No. 264

Response(s) Received:

None at this time.

Status:

A certificate of no objection has been filed. No hearing is necessary unless the court directs otherwise.

Dated: Wilmington, Delaware
January 7, 2008

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

2

{00715199;v1}

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors
and Debtors in Possession