## <u>CERTIFICATE OF SERVICE</u>

I, Mary E. Augustine, hereby certify that on the 7th day of January, 2008, I caused a copy

of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on January 9, 2008 at**

**10:00 a.m.** to be served upon the parties listed on the attached service list *via* fax transmission.

Mary E. Augustine (No. 4477)

4

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE 19899-5130

A T T O R N E Y S

(302) 655-5000
FAX (302) 658-6395

WRITER'S DIRECT DIAL NUMBER

| File # | 330006-1 |
| --- | --- |
| File Name | INPHONIC INC. |

**Date**  Monday, January 7, 2008

**From**  Mary E. Augustine, Esq.

**# of Pages**

**Re:  InPhonic, Inc., Case No. 07-11666-KG**
**Notice of Agenda for Hearing on Jan. 9, 2008**
**at 10:00 a.m.**

| | Names | Company | Fax Numbers |
| --- | --- | --- | --- |
| **To** | Jeremy R. Johnson, Esquire | DLA Piper US LLP | 212-884-8562 |
| | Thomas Califano, Esquire | | |
| | Maria Ellena Chavez-Ruark, Esquire | | |
| **To** | | Delaware Secretary of State | 302-739-3811 |
| **To** | | Internal Revenue Service | 215-516-2015 |
| **To** | Randy Weller | State of Delaware | 302-577-8662 |
| **To** | | Secretary of the Treasury | 202-622-6415 |
| **To** | Patricia Schrage | Securities & Exchange Commission | 646-428-1978 |
| **To** | | Division of Unemployment Ins. | 302-761-6636 |
| **To** | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| **To** | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-573-6431 |
| **To** | | | (215) 609-3410 |
| | Paul Halpern | | |
| | David Lorry | | |
| **To** | Douglas C. Boggs | Patton Boggs LLP | (703) 744-8001 |
| **To** | Ron Herring | Alltel Communications, Inc. | (510) 905-8770 |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | Meghan Messenger | Next Jump, Inc. | (212) 685-7081 |
|----|------------------|-----------------|----------------|
| To | Lino Senio | Ask.com | (510) 985-7410 |
| To | Patrick M. Fagen | Yellow Page Authority | (708) 479-2619 |
| To | Ivan A. Schlager | Skadden Arps Slate Meagher & Flom LLP | (202) 661-8275 |
| To | Anup Sathy, Esquire<br>David A. Agay, Esquire<br>Andrea L. Johnson, Esquire | Kirkland & Ellis LLP | (312) 861-2200 |
| To | Robert S. Brady, Esquire<br>Edmon L. Morton, Esquire<br>Edward J. Kosmowski, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
| To | Allen R. Westergard<br>Bryan Walker<br>Mark French | KPMG | (703) 286-8005 |
| To | Kevin Weinman | W.B. Doner & Company | |
| To | Andrew Torgove<br>Jason Cohen<br>Dermott O'Flanagan | Goldsmith Lazard | (212) 758-3833 |
| To | Alan Dalsass<br>Brad Daniel | BMC Group | (212) 918-7905 |
| To | Randall Van Dyke | c/o JDS Professional Group | (303) 531-6693 |
| To | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| To | Todd C. Meyers, Esquire<br>Paul M. Rosenblatt, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
| To | Regina Stango Kelbon, Esquire | Blank Rome LLP | 215-832-5507 |
| To | Bonnie Glantz Fatell, Esquire | Blank Rome LLP | 302-425-6464 |
| To | Lawrence M. Schwab, Esquire<br>Patrick M. Costello, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
| To | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| To | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| To | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| To | Robert P. Simons, Esq. | Reed Smith LLP | 412-288-3063 |
| To | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| To | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| **To** | Katheryn S. Keller, Esquire | | |
| **To** | Joel C. Shapiro, Esquire | Blank Rome LLP | 215-832-5746 |
| **To** | Michael D. DeBaecke, Esquire | Blank Rome LLP | 302-425-6464 |
| **To** | Paul Cataldo, Esquire | GSI Commerce, Inc. | |
| **To** | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5050 |
| **To** | David H. Stein, Esquire | Wilentz Goldman & Spitzer, P.A. | 732-726-6570 |
| **To** | Francis A. Monaco, Jr., Esquire Kevin J. Mangan, Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
| **To** | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| **To** | Brett D. Fallon, Esq. Thomas M. Horan, Esq. | Morris James LLP | 302-571-1750 |
| **To** | Kevini A. Guerke, Esq. Patricia P. McGonigle, Esq. | Seitz, Van Ogtrop & Green, PA | 302-888-0606 |
| **To** | Catherine M. Guastello, Esquire | Quarles & Brady LLP | 602-229-5690 |
| **To** | John J. Monathan, Esquire Lynne B. Xerras, Esquire Diane N. Rallis, Esquire | Holland & Knight LLP | 212-385-9010 |
| **To** | Gilbert B. Weisman, Esquire | Backet and Lee LLP | 610-993-8493 |
| **To** | Christopher D. Loizides, Esquire | Loizides, P.A. | 302-654-0728 |
| **To** | Daniel K. Astin, Esq. Anthony M. Saccullo, Esq. Carl D. Neff, Esq. | Fox Rothschild LLP | 302-656-8920 |
| **To** | William F. Taylor, Esq. | McCarter & English, LLP | 302-984-2496 |
| **To** | Peter J. Duhig, Esq. | Buchanan Ingersoll & Rooney, P.C. | 302-552-4295 |
| **To** | William H. Schorling, Esq. | Buchanan Ingersoll & Rooney, P.C. | 215-567-2737 |
| **To** | Mark D. Collins, Esq. Jason M. Madron, Esq. | Richards, Layton & Finger, P.A. | 302-651-7701 |
| **To** | Stephen P. Fitzell, Esq. Bojan Guzina, Esq. | Sidley Austin LLP | 312-853-7036 |
| **To** | Lee Harrington, Esquire | Nixon Peabody LLP | 617-345-1300 |
| **To** | Kathleen M. Miller, Esquire | Smith Katzenstein & Furlow LLP | 302-652-8405 |
| **To** | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| **To** | Marc Barreca, Esquire | Kirkpatrick & Lockhart Preston Gates Ellis LLP | 206-623-7022 |
| **To** | Deborah Waldmeir, Esquire | Michael A. Cox | |
| **To** | Tanya M. Tan, Esquire | ValueClick, Inc. | 818-575-4505 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.