

PO BOX 4108
TOPEKA, KS 66604
– ◊ –
REBECCA@KANSASLOBBYIST.COM

PHONE: 785.271.5462
CELL: 785.617.0036

# REBECCA RICE
### ATTORNEY AT LAW

December 27, 2007

SKO Brenner American
40 Daniel Street
PO Box 230
Farmingdale, NY  11735

**COPY**

RE: Inphonic phone dispute
    Cell # 755.633.4946
    Bankruptcy Filing: Case No. Case No. 07-11666(KG)

I have been notified by SKO Brenner American, Inc. that InPhonic is attempting to collect an amount that they are not owed and are apparently attempting to collect it outside of the bankruptcy court and, therefore, possibly outside the knowledge of the court and the creditors' attorneys. The notice from SKO is without acknowledgement that InPhonic has been sold but remains under the protection of bankruptcy because of unsound and questionable business practices which apparently includes attempting to collect amounts they are not owed.

The dispute is as follows: I cancelled my account with AT&T in July, 2007 because they could not provide service in the area where I needed it despite advertising that they could. Consequently, they did not require me to pay an early termination fee but did require me to **return the phone** that I (inadvertently) purchased from Inphonic through Tiger Direct. AT&T **took possession of the phone**, cancelled my contract and told me I did not owe any amount for anything.

I talked to Inphonic several times. I was eventually told to have AT&T contact them to prove that my recitation of the cancellation circumstances was accurate. I convinced a nonplussed AT&T representative that Inphonic was indeed requiring an AT&T representative to call them to explain that – because AT&T took possession of the phone – Inphonic could not charge me any additional amount. **The contract terms had been met.**

The AT&T representative called me back and explained that everything had been resolved. He told me to call Inphonic again to be certain that their system showed that there was no amount owed. I did. I was told by the Inphonic representative that the amount owed had been removed.

Now I am wasting more of my time because Inphonic is apparently, remarkably incompetent – which is partially evidenced by the need to file for bankruptcy – or purposefully attempting to collect amounts it knows are not owed. I am hoping that someone can help me help Inphonic fix their records and stop harassing me for money that I do not owe.

I am extremely unhappy that this has been turned over to a collection agency. I assume SKO is going to be certain that this does not appear on my credit record. I believe SKO should notify me

in writing that they have removed any information provided to a credit reporting agency if they have prematurely sent such information. I have notified SKO by telephone this date that InPhonic is under bankruptcy protection and is being administered by the bankruptcy court.

Thanking you in advance for any assistance that any of you can provide.

*Original signed*

Rebecca Rice

Enclosure: SKO Demand Notice dated December 14, 2007

Cc:

AT&T, Inc.
Randall L. Stephenson, Chairman
175 E. Houston St.
P.O. Box 2933
San Antonio, TX 78299-2933

Kansas Corporation Commission
Office of Public Affairs and Consumer Protection
1500 S.W. Arrowhead Road
Topeka, KS 66604

BBB of Metro Washington DC
1411 K St. NW, 10th Floor
Washington, DC 20005-3404

InPhonic, Inc.
Andy Zeinfeld, President
10790 Parkridge Boulevard, Suite 100,
Reston, VA 20191

Inphonic
David Steinberg, Chairman
10790 Parkridge Boulevard, Suite 100
Reston, VA 20191

Tiger Direct
Customer Service
7795 W Flagler St. Suite 35
Miami, FL. 33144

InPhonic, Inc.
1010 Wisconsin Avenue, Suite 600
Washington, DC 20007

InPhonic, Inc.
Tripp Donnelly, SVP, Corporate Communications
10790 Parkridge Boulevard, Suite 100
Reston, VA 20191

Versa Capital Management
Gregory L. Segall, Managing Partner
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104-2868

✓ US Bankruptcy Court, District of Delaware
David D. Bird, Clerk of Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
   **Case No. 07-11666(KG)**

United States Bankruptcy Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035
   **Case No. 07-11666(KG)**

Reed Smith, LLP
Kurt F. Gwynne
1201 N. Market St, Suite 1500
Wilmington, DE 19801
   **Case No. 07-11666(KG)**

Reed Smith, LLP
Robert P. Simons, Esq.
435 Sixth Ave.
Pittsburgh, PA 15219
   **Case No. 07-11666(KG)**

## SKO BRENNER AMERICAN, INC.
### A Nationwide Collection Service.

P.O. Box 230
Frmngdale, NY 11735-0230

501823 00009731 114    47

1-866-281-3142

Please detach this portion and include with your response. An envelope is provided. Send to:



12237751404    00250001

December 14, 2007

SKO Brenner American
40 Daniel Street
P.O. Box 230
Frmngdale, NY 11735-0230

REBECCA RICE
408 SW WESTCHESTER RD
TOPEKA KS   66606-2250

Balance Due:  $250.00
Cli#:   434795931-E1

• Detach Here •    See reverse side to make credit card payment.    SK510000

===============================================================

## Simply Stating the Facts
## For Your Review

===============================================================

Creditor:   INPHONIC

Dear REBECCA RICE,

Your account with INPHONIC has been placed with us for immediate collection. This is because you did not meet the 181 day service requirement specified when you received the discount for your wireless phone purchase.

Here are the particulars of your order:

* Date ordered:        04/13/07
* CELL # 785-633-4946
* Ordered from:        TIGER WIRELESS
* Equipment type:      BLACKBERRY PEARL RED (MULTIMED
* Service Provider:  AT&T

The discount amount of $250.00 is now due, as per your order agreement. Once it is paid, your contractual obligation will be satisfied.

If you feel that you've already met your obligation due to payment or other reasons, please notify us as to the particulars. Otherwise, send a check or money order for $250.00 payable to INPHONIC by return mail.
Please enclose the top portion of this notice for proper identification of your account with your reponse.

Very Truly Yours,
SKO Brenner American

'This is an attempt to collect a debt. Any information obtained will be used for that purpose.'