# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2008 AT 10:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801

### **NO MATTERS ARE GOING FORWARD. THE HEARING HAS BEEN CANCELLED**

### UNCONTESTED MATTER GOING FORWARD:

1. Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007, as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Sections 103(a) and 328(a) and Fed.R.Bankr.P. 2014 [Filed 12/17/07, Docket No. 263]

   Response Deadline:

   January 2, 2008 at 4:00 p.m.

   Related Documents:

   (a) Certificate of No Objection Regarding Docket No. 263 [Filed 1/4/08, Docket No. 288]

   (b) Proposed Order Regarding Docket No. 263

   (c) **Order [Filed 1/7/08, Docket No. 292]**

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

[2] Amended items appear in bold.

{00716425;v1}

Response(s) Received:

None at this time.

Status:

**An order approving this matter has been entered. No hearing is required.**

2. Application of the Official Committee of Unsecured Creditors for Authorization to Employ Deloitte Financial Advisory Services LLP *Nunc Pro Tunc* to November 19, 2007 to Serve as Financial Advisors for the Official Committee of Unsecured Creditors [Filed 12/17/07, Docket No. 264]

Response Deadline:

January 2, 2008 at 4:00 p.m.

Related Documents:

(a) Certificate of No Objection Regarding Docket No. 264 [Filed 1/4/08, Docket No. 289]

(b) Proposed Order Regarding Docket No. 264

Response(s) Received:

None at this time.

Status:

**The court has advised that it will enter an order approving this matter. No hearing is required.**

Dated: Wilmington, Delaware
January 7, 2008

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

{00716425;v1}

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors
and Debtors in Possession