IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666-KG |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## NOTICE OF ASSUMPTION, SALE AND ASSIGNMENT
## OF EXECUTORY CONTRACT AND RELATED CURE COSTS

To:    DFS Servicer LLC f/k/a Discover Financial Services LLC
Discover Network
Senior Vice President, Network Operations
2500 Lake Cook Road
Riverwoods, IL 60015-3800

Catherine Guastello, Esq.
Quarles & Brady LLP
One Renaissance Center
Two North Central Avenue
Phoenix, AZ 85004-2391

**PLEASE TAKE NOTICE** that on November 8, 2007, InPhonic, Inc., and each

of its subsidiaries, the above-captioned debtors and debtors in possession (the "Debtors"),

filed their Motion For Order (I) Approving Bid Procedures Relating to Sale of

Substantially All of the Debtors' Assets; (II) Scheduling A Hearing to Consider the Sale

and Approving the Form and Matter of Notices; (III) Establishing Procedures Relating to

Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure

Amounts, (IV) Approving Expense Reimbursement Provision, and (V) Granting Related

Relief (the "Bid Procedures Motion") with the United States Bankruptcy Court for the

---

[1]    The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc.,
Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010
Interactive, LLC.

District of Delaware (the "Bankruptcy Court"). An order approving the Bid Procedures Motion (the "Bid Procedures Order") was entered on November 9, 2007.

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on November 9, 2007, the Bankruptcy Court scheduled a hearing to consider the Debtors' Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Sale of Substantially All of Their Assets; (II) Approving an Asset Purchase Agreement, Subject to Higher and Better Offers; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion"), for December 13, 2007 at 10:00 a.m. (Prevailing Eastern Time) (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that on December 13, 2007, the Bankruptcy Court entered an order approving the Sale Motion (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Debtors may assume, assign and sell certain of their unexpired leases, license agreements, and executory contracts (collectively referred to as the "Contracts") free and clear of all liens, claims, encumbrances, and interests upon satisfaction of the cure amounts required under section 365(b)(1)(A) of the Bankruptcy Code (the "Cure Costs").

**PLEASE TAKE FURTHER NOTICE** that on January 7, 2008, in connection with the Sale Motion, the Debtors filed a motion to assume and assign your contract (the "Assumption Motion") and assert that the Cure Costs are $0.00. A copy of the Assumption Motion may be obtained by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Assumption Motion, including the Cure Costs, must be (a) in writing, (b) comply with the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules, (c) be filed with the clerk of the United States Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **January 27, 2007** (the "Objection Deadline") and (d) be served so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on the same day, upon (i) InPhonic, Inc., 1010 Wisconsin Ave. NW, Suite 600, Washington, D.C. 20007, Attn: Gregory S. Cole; (ii) investment banker for the Debtors, Goldsmith-Agio-Helms/Lazard Middle Market, 11 West 42nd Street, 29th Floor, New York, New York 10036, Attn: Andrew Torgove; (iii) counsel for the Debtors, DLA Piper US LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Thomas R. Califano and Bayard, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899, Attn: Neil B. Glassman; (iv) Adeptio INPC Funding, LLC, c/o Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, Attn: David Lorry, with a copy to: Kirkland and Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, Attn: Anup Sathy and John Schoenfeld; and (v) counsel to the Official Committee of Unsecured Creditors, Reed Smith LLP, 1201 Market Street, Wilmington, DE 19801, Attn: Kurt F. Gwynne.

**PLEASE TAKE FURTHER NOTICE** that if you fail to file an objection on a timely basis, you shall (i) be forever barred from objecting to the Cure Costs and from asserting any additional cure or other amounts with respect to your unexpired lease, license agreement or executory contract and the Debtors shall be entitled to rely solely upon the Cure Costs; and (ii) be forever barred and estopped from asserting or claiming

against the Debtor or the purchaser of the Debtor's assets that any additional amounts are

due or defaults exist under your contract.

Dated: January 7, 2008
      Wilmington, Delaware

**BAYARD**

By: _____

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

    -and-

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors
and Debtors in Possession