## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 7th day of January, 2008, I caused a copy of the **Notice of Assumption, Sale and Assignment of Executory Contract and Related Cure Costs** to be served upon the parties listed below in the manner indicated.

| **VIA FIRST CLASS U.S. MAIL** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| DFS Servicer LLC f/k/a Discover Financial Services LLC<br>Discover Network<br>Senior Vice President, Network Operations<br>2500 Lake Cook Road<br>Riverwoods, IL 60015-3800 | Catherine Guastello, Esq.<br>Quarles & Brady LLP<br>One Renaissance Center<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 |

_____
Mary E. Augustine (No. 4477)

{00716470;v1}