IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Cases No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | **Objection Deadline: January 23, 2008 at 4:00 p.m.** <br> **Hearing Date: January 30, 2008 at 3:00 p.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 7, 2008, Bayard filed the **Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

19801 and served upon so as to actually be received by the undersigned counsel for the Chapter 7 Trustee on or before **January 23, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **January 30, 2008 at 3:00 p.m. (Eastern Time)**

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

Dated: January 7, 2008
      Wilmington, Delaware

BAYARD

_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4990
Facsimile:  (212) 884-8690

Counsel for Debtors
and Debtors in Possession