IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| InPhonic, Inc., et al.,[1] | )    **Case No. 07-11666-KG** |
| | )    **(Jointly Administered)** |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 290 | NOTICE OF CONTRACTS TO BE HELD AND NOT REJECTED BY THE DEBTORS PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE PURSUANT TO (A) DECEMBER 13, 2007 ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (IV) GRANTING RELATED RELIEF AND (B) SECTION 2.5(B) OF THE ASSET PURCHASE AGREEMENT |
| | ECF FILING CONFIRMATION |
| Docket No. 291 | NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2008 AT 10:00 A.M. 824 MARKET ST, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 263 and 264] |
| Docket No. 294 | NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULE FOR HEARING ON JANUARY 9, 2008 AT 10:00 A.M. 824 MARKET ST, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 263, 264 and 291] |
| | ECF FILING CONFIRMATION |

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

I, Katya M. Belas, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On January 7, 2008, I caused the above referenced documents to be served on the parties as described below:

Exhibit A    Docket No. 290 was served on
- Those parties who have requested special notice and the Core Group together referenced as Service List 27281
- Affected Parties referenced as Service List 27283

Exhibit B    Docket Nos. 291 and 294 were served on
- Those parties who have requested special notice and the Core Group together referenced as Service List 27284

3. All parties were served via the modes of service indicated in Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 07, 2008
El Segundo, California

_____
Katya M. Belas

State of California      )
                         )
County of Los Angeles    )

On January 8, 2008 before me, James H. Myers, Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

_____