# EXHIBIT A

# for InPhonic, Inc.
**Total number of parties: 340**

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 27283 | 12 INTERACTIVE LLC, 3501 N SOUTHPORT AVENUE, SUITE 144, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 27283 | 1-800 COMMUNICATIONS, 550 W OLD COUNTRY RD, SUITE 408, HICKSVILLE, NY, 11801 | US Mail (1st Class) |
| 27283 | 1-800MOBILES.COM, 264 W 40TH ST, 14TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 27283 | 2WAY GADGETS.COM, PO BOX 691422, TULSA, OK, 74169 | US Mail (1st Class) |
| 27283 | 5LINX ENTERPRISES, CRAIG JERABECK, PRESIDENT/CEO, 50 METHODIST HILL DRIVE, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 27283 | 5LINX ENTERPRISES INC, 50 METHODIST HILL DR, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 27283 | A2ZCELLS.COM, SOBY JOSEPH, 3102 GREEN GATE WAY, CONYERS, GA, 30013 | US Mail (1st Class) |
| 27283 | ACCURINT, PO BOX 7247-6157, ACCOUNTS RECEIVABLE, PHILADELPHIA, PA, 19170-6157 | US Mail (1st Class) |
| 27283 | ACN COMMUNICATIONS SERVICES, INC , ROBERT STUVANOSKI, CHAIRMAN, CO-FOUNDER, 32991 HAMILTON COURT, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 27283 | ACN COMMUNICATIONS SERVICES, INC., 32991 HAMILTON COURT, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 27283 | ADP, PO BOX 9001006, LOUISVILLE, KY, 40290-1006 | US Mail (1st Class) |
| 27283 | ADP, CORPORATE HEADQUARTERS, 1 ADP BLVD, ROSELAND, NJ, 07068 | US Mail (1st Class) |
| 27283 | AJ INTERACTIVE, ASK JEEVES INC, DEPT 33187, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 27283 | ALBAN TRACTOR CO. INC., PO BOX 64251, BALTIMORE, MD, 21264 | US Mail (1st Class) |
| 27283 | ALISA PETERS (WORLDMALLTV), 1528 W TUDOR ST, RIALTO, CA, 92377 | US Mail (1st Class) |
| 27283 | ALLTEL COMMUNICATIONS, INC., INDIRECT DISTRIBUTION CONTRACT ADMINISTRATOR, ONE ALLIED DRIVE, BLDG II, 5TH FLOOR, LITTLE ROCK, AR, 72202 | US Mail (1st Class) |
| 27283 | AMBIRON (TRUSTWAVE HOLDINGS, INC.), SUITE 1250, 120 N. LASALLE STREET, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 27283 | AMERICAN EXPRESS CORPORATE ACCOUNTS, 2975 WEST CORPORATE LAKES, CPC REMITTANCE PROCESSING, WESTON, FL, 33331-3626 | US Mail (1st Class) |
| 27283 | AMERICAN EXPRESS TRAVEL RELATED SVCS, LUKE GEBB, VP, NETWORKING CAMPAIGNS, 200 VESEY STREET, 33RD FLOOR, NEW YORK, NY, 10285 | US Mail (1st Class) |
| 27283 | AMERICAN EXPRESS TRS, POST OFFICE BOX 360001, FORT LAUDERDALE, FL, 33336-0001 | US Mail (1st Class) |
| 27283 | AMERICAN LEGION, ATTN: PAUL DUNN, 5745 LEE RD, INDIANAPOLIS, IN, 46216 | US Mail (1st Class) |
| 27283 | AMERICAN SECURITY PROGRAMS INC, 22900 SHAW RD, #101-4, DULLES, VA, 20166 | US Mail (1st Class) |
| 27281 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 27281 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 27281 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 27283 | AT&T, PO BOX 650516, DALLAS, TX, 75265-0516 | US Mail (1st Class) |
| 27283 | AT&T, PO BOX 8110, AURORA, IL, 60507-8110 | US Mail (1st Class) |
| 27283 | AT&T HOSTING, P O.BOX 13128, NEWARK, NJ, 07101-5628 | US Mail (1st Class) |
| 27283 | ATC AGENCY SERVICES LLC, ATTN: MICHELLE FALLON, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 27281 | ATTORNEY GENERAL, MICHAEL A COX, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 27283 | AWS CONVERGENCE (WEATHERBUG), 2-6 METROPOLITAN COURT, GAITHERSBURG, MD, 20878 | US Mail (1st Class) |
| 27281 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 27283 | BESTBUY, 5740 GREEN CIRCLE DR, MINNETONKA, MN, 55343 | US Mail (1st Class) |
| 27283 | BEVOCAL, INC., J D IRONWONGER, VP NETWORK OPERATIONS, 625 CLYDE AVENUE, MOUNTAIN VIEW, CA, 94043 | US Mail (1st Class) |
| 27283 | BEVOCAL, INC , DEPT. 0252, PO BOX 120252, DALLAS, TX, 75312 | US Mail (1st Class) |
| 27283 | BEVOCAL, INC., PO BOX 120252, DALLAS, TX, 75312-0252 | US Mail (1st Class) |

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27281 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27281 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE· YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27281 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27283 | BLACKMESH, INC , SUITE 720, 2465 J-17 CENTERVILLE ROAD, HERNDON, VA, 20171 | US Mail (1st Class) |
| 27281 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27281 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27283 | BLUE SKY FACTORY INC, 40 E CROSS ST, BALTIMORE, MD, 21230 | US Mail (1st Class) |
| 27281 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27281 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE: QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 27283 | BRG PROPERTIES LTD AGENT, SUITE 150, 770 TOWNSHIP LINE RD, YARDLEY, PA, 19067 | US Mail (1st Class) |
| 27283 | BROECH CORP D/B/A TUSC, BOX 5940, DEPARTMENT 20-1041, CAROL STREAM, IL, 60197-5940 | US Mail (1st Class) |
| 27283 | BROECH CORP, DBA TUSC, PO BOX 5940, CAROL STREAM, IL, 60197 | US Mail (1st Class) |
| 27283 | BRUNSON TONY, 3653 TIMBERGLEN RD, #334, DALLAS, TX, 75287 | US Mail (1st Class) |
| 27283 | BUCHANAN INGERSOLL & ROONEY PC, (RE: YELLOW PAGE AUTHORITY), PETER J DUHIG, THE BRANDYWINE BUILDING, 1000 WEST STREET, 14TH FLOOR, WILMINGTON, DE, 19801-1054 | US Mail (1st Class) |
| 27283 | BUENA VISTA INTERNET GROUP, C/O LAURENCE J SHAPRIO, EXEC. VP, 500 SOUTH BUENA VISTA STREET, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27283 | BUSINESS HEALTH SERVICES, STE 207, 711 WEST 40TH STREET, BALTIMORE, MD, 21211 | US Mail (1st Class) |
| 27283 | BUY.COM, 85 ENTERPRISE SUITE 100, DEPT: AR, ALISO VIEJO, CA, 92656 | US Mail (1st Class) |
| 27283 | BUY COM, 85 ENTERPRISE, SUITE 100, ALISO VIEJO, CA, 92656 | US Mail (1st Class) |
| 27283 | CAREERBUILDER INC SUBLESSEE, PARKRIDGE CENTER 1ST AND 2ND FLOORS, 10780-10790 PARKRIDGE BLVD, RESTON, VA, 20191 | US Mail (1st Class) |
| 27283 | CAVALIER BUSINESS COMMUNICATIONS, PO BOX 2950, RICHMOND, VA, 23228-9700 | US Mail (1st Class) |
| 27283 | CBIZ BENISOURCE, 310 FIRST STREET SUITE600, ROANOKE, VA, 24011 | U8 Mail (1st Class) |
| 27283 | CELLPHONE ST, 217 ILONA CT, STAFFORD, VA, 22554 | US Mail (1st Class) |
| 27283 | CELLPHONE STREET, 217 ILONA CT, STAFFORD, VA, 22554 | US Mail (1st Class) |
| 27281 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 27283 | CINGULAR WIRELESS, ATTN: DAVID HAIGHT, V P, SUITE 1700, 5565 GLENRIDGE CONNECTOR, ATLANTA, GA, 30342 | US Mail (1st Class) |
| 27283 | CINGULAR WIRELESS, PO BOX 17356, BALTIMORE, MD, 21297-1356 | US Mail (1st Class) |
| 27283 | CINGULAR WIRELESS, PO BOX 828435, PHILADELPHIA, PA, 19182-8435 | US Mail (1st Class) |
| 27283 | CITICORP VENDOR FINANCE,INC., PO BOX 7247-0371, PHILADELPHIA, PA, 19170-0371 | US Mail (1st Class) |
| 27283 | CLEVELAND 6 LLC, 1305 STONEY RUN TRAIL, CLEVELAND, OH, 44147 | US Mail (1st Class) |
| 27283 | CMEDIA PHILADELPHIA LLC, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 27283 | CMR MARKETING, PO BOX 3219, HUTCHINSON, KS, 67504 | US Mail (1st Class) |
| 27283 | CODOVA, 633 W ARROW HIGHWAY, SAN DIMAS, CA, 91773 | US Mail (1st Class) |
| 27283 | COGNIGEN, PO BOX 54957, SANTA CLARA, CA, 95054-1191 | US Mail (1st Class) |
| 27281 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 27283 | COLVIN RUN PARTNERS, LLC, PO BOX 994, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 27283 | COMCAST SPOTLIGHT, COMCAST SPOTLIGHT- SF BAY, 755 SANSOME ST 5TH FLOOR, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 27283 | COME FROM THE HEART, 798 VERDUN ST, CLARKSBURG, WV, 26301 | US Mail (1st Class) |
| 27283 | COMERICA, 333 WEST SANTA CLARA ST , SAN JOSE, CA, 95113 | US Mail (1st Class) |

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27283 | COMERICA CORPORATE HEADQUARTERS, ATTN: RALPH W BABB, JR, COMERICA TOWER AT DETROIT CENTER, 500 WOODWARD AVENUE, DETROIT, MI, 48226 | US Mail (1st Class) |
| 27283 | COMERICA MERCHANT SERVICES, C/O GLOBAL PAYMENTS DIRECT INC, 10 GLENLAKE PARKWAY NORTH TOWER, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 27283 | COMMISSION RIVER INC, ATTN ADAM EDWARDS, PRESIDENT, 12401 SOUTH 450 EAST, SUITE D1, DRAPER, UT, 84020 | US Mail (1st Class) |
| 27283 | COMPARE WIRELESS RATES, 2446 ELLIJAY DR, ATLANTA, GA, 30319 | US Mail (1st Class) |
| 27283 | COMPAREWIRELESSPHONES, 15952 CRESTROCK CIRCLE, PARKER, CO, 80134 | US Mail (1st Class) |
| 27283 | COMPAREWIRELESSRATES, LLC, ALLAN KEITER, 2446 ELLIJAY DRIVE, ATLANTA, GA, 30319 | US Mail (1st Class) |
| 27283 | CORPORATE WIRELESS GROUP, 1403 MARBLE CREST WAY, WINTER GARDEN, FL, 34787 | US Mail (1st Class) |
| 27283 | CORPORATE WIRELESS GROUP INC, 850 MEADOWVIEW CROSSING, SUITE 5, WEST CHICAGO, IL, 60185 | US Mail (1st Class) |
| 27283 | CORPORATE WIRELESS GROUP, INC., PRESIDENT/CEO, 850 MEADOWVIEW CROSSING, SUITE 5, WEST CHICAGO, IL, 60185 | US Mail (1st Class) |
| 27283 | COSMOCOM, INC., ROBERT BANWARTH, VICE PRESIDENT, 121 BROAD HOLLOW ROAD, MELVILLE, NY, 11747 | US Mail (1st Class) |
| 27283 | COSMOCOM, INC , PO BOX 9001006, LOUISVILLE, KY, 40290-1006 | US Mail (1st Class) |
| 27283 | COSMOCOM, INC , 121 BROADHOLLOW RD, MELVILLE, NY, 11747 | US Mail (1st Class) |
| 27283 | CRAZY WIRELESS OFFERS, 321 N CENTRAL EXPRESSWAY, SUITE 250, MCKINNEY, TX, 75070 | US Mail (1st Class) |
| 27283 | CRAZY WIRELESS OFFERS, ROBERT SMOTT, OWNER, 6150 ELDORADO PARKWAY, SUITE 160-155, MCKINNEY, TX, 75070 | US Mail (1st Class) |
| 27283 | CREATIVE LOGISTICS SOLUTIONS, INC, SUITE ONE, 2135 ESPEY COURT, CROFTON, MD, 21114-2442 | US Mail (1st Class) |
| 27283 | CYBERSOURCE, PO BOX 60000, FILE 74009, SAN FRANCISCO, CA, 94160 | US Mail (1st Class) |
| 27283 | DATAPRISE, 12250 ROCKVILLE PIKE 2ND FLOOR, ROCKVILLE, MD, 20852 | US Mail (1st Class) |
| 27283 | DC CELLULAR, 51 DOLPHIN COVE QUAY, STAMFORD, CT, 06902 | US Mail (1st Class) |
| 27283 | DE LAGE LANDEN FINANCIAL SERVICES, INC., HOLLIE NGO, SALES SUPPORT REP, 1111 OLD EAGLE SCHOOL ROAD, WAYNE, PA, 19087 | US Mail (1st Class) |
| 27281 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 27281 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 27283 | DESERTSOFT, SUITE #1-645, 16845 N 29TH AVE, PHOENIX, AZ, 85053 | US Mail (1st Class) |
| 27283 | DIGITAL COMMUNICATION WAREHOUSE, INC., STUART LACHEEN, PRESIDENT, 6186 RIDGE AVENUE, PHILADELPHIA, PA, 19128 | US Mail (1st Class) |
| 27283 | DIGITAL COMMUNICATIONS WAREHOUSE, 6186 RIDGE AVE, PHILADELPHIA, PA, 19128 | US Mail (1st Class) |
| 27281 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27281 | DLA PIPER US LLP, MARIA ELLENA CHAVEZ-RUARK, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27281 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27281 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27283 | DOUG BROWER, UNIT 201, 706 COPPERLINE DR, CHAPEL HILL, NC, 27516 | US Mail (1st Class) |
| 27283 | DOUG BROWER, SUITE 600, 1010 WISCONSIN AVENUE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 27283 | DYNAMIC SOLUTION, 735 SCHOOL RD, MCKINLEYVILLE, CA, 95519 | US Mail (1st Class) |
| 27283 | EASY CALL COMMUNICATIONS, PO BOX 11093, OLYMPIA, WA, 98508 | US Mail (1st Class) |
| 27283 | EDEALWORLD INC, 3607 S VILLAGE DR, AVENEL, NJ, 07001 | US Mail (1st Class) |
| 27283 | EMC CORPORATION, 4246 COLLECTIONS CENTER DR, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 27283 | ENGLISH CARRIER, 1614 PALACE COURT, VALRICO, FL, 33594 | US Mail (1st Class) |
| 27283 | EPLUS GROUP INC , PO BOX 8500-5270, PHILADELPHIA, PA, 19178 | US Mail (1st Class) |
| 27283 | ESCAPE INTERNATIONAL, 281 ENTERPRISE CT, SUITE 100, BLOOMFIELD TWP, MI, 48302 | US Mail (1st Class) |
| 27283 | ESCAPE INTERNATIONAL, LLC, 30200 TELEGRAPH ROAD, SUITE 130, BINGHAM FARMS, MI, 48025 | US Mail (1st Class) |
| 27283 | EU SERVICES MAILING DIVISION, PO BOX 17164, BALTIMORE, MD, 21297-1164 | US Mail (1st Class) |
| 27283 | EURO RSCG DIRECT RESPONSE LLC, 1808 ASTON AVE, SUITE 150, CARLSBAD, CA, 92008 | US Mail (1st Class) |

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27283 | EXCEL CALLNET PRIVATE LIMITED, 24/3 INDUSTRIAL AREA PHASE II, CHANDIGARH, 160002 INDIA | US Mail (1st Class) |
| 27283 | EXPERIAN, DEPARTMENT 1971, LOS ANGELES, CA, 90088-1971 | US Mail (1st Class) |
| 27283 | EXPERT SERV, INC., 39-40 30TH ST., LONG ISLAND, NY, 11101 | US Mail (1st Class) |
| 27283 | FADATONE, APT #324, 130 POST AVE, WESTBURY, NY, 11590 | US Mail (1st Class) |
| 27283 | FAITH ENTERPRISES LLC, 906 W BROADWAY, WEST PLAINS, MO, 65775 | US Mail (1st Class) |
| 27283 | FEDEX, PO BOX 371461, PITTSBURGH, PA, 15250-7461 | US Mail (1st Class) |
| 27283 | FIVESTAR ADVERTISING INC, 1600 NEW HIGHWAY, SUITE #2, FARMINGDALE, NY, 11735 | US Mail (1st Class) |
| 27281 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 27283 | FORTUNE HIGH TECH MARKETING, 800 POPPLEWELL LANE, DANVILLE, KY, 40422 | US Mail (1st Class) |
| 27283 | FREE STUFF CENTRAL, 8501 VOIGT, GOSS ILE, MI, 48138 | US Mail (1st Class) |
| 27283 | FREECELL-PHONE, 10872 AVENIDA SANTA ANA, BOCA RATON, FL, 33498 | US Mail (1st Class) |
| 27283 | GEEKS, 1890 ORD WAY, OCEANSIDE, CA, 92056 | US Mail (1st Class) |
| 27283 | GENERAL ELECTRIC CAPITAL CORP, 1961 HIRST DR, MOBERTY, MO, 65270 | US Mail (1st Class) |
| 27283 | GENERAL ELECTRIC CAPITAL CORP, PATTY POEL, 1010 THOMAS EDISON BLVD SW, CEDAR RAPIDS, IA, 52404 | US Mail (1st Class) |
| 27283 | GENERAL ELECTRIC CAPITAL CORP, PO BOX 64233, PITTSBURGH, PA, 15264 | US Mail (1st Class) |
| 27283 | GENERAL ELECTRIC CAPITAL CORP, 1961 HIRST DRIVE, MOBERLY, MO, 65270 | US Mail (1st Class) |
| 27283 | GLOBAL CROSSING TELECOMMUNICATIONS, PO BOX 741276, CINCINNATI, OH, 45274-1276 | US Mail (1st Class) |
| 27283 | GLOBAL RESOURCE SYSTEMS CORP, 150 S PINE ISLAND DR, SUITE 520, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 27283 | GLOBAL RESOURCE SYSTEMS LLC, 150 S PINE ISLAND RD, SUITE 520, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 27281 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27281 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27283 | GSI COMMERCE SOLUTIONS INC, LOCKBOX #827327, PO BOX 827327, PHILIADELPHIA, PA, 19182-7327 | US Mail (1st Class) |
| 27283 | HAWAIIAN TELCOM, C/O GENERAL COUNSEL, 1177 BISHOP STREET, HONOLULU, HI, 96813 | US Mail (1st Class) |
| 27283 | HAWAIIAN TELCOM, ATTN: MGR. CONTRACT ADMINISTRATION, PO BOX 2200, MAILCODE A6, HONOLULU, HI, 96841 | US Mail (1st Class) |
| 27283 | HAWAIIAN TELCOM MERGER SUB INC, C/O GENERAL COUNSEL CARLYLE GROUP, 1001 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20004 | US Mail (1st Class) |
| 27283 | HAWAIIAN TELCOM, INC., MGR. CONTRACT ADMINISTRATION, PO BOX 2200, MAILCODE A6, HONOLULU, HI, 96841 | US Mail (1st Class) |
| 27283 | HEWLETT-PACKARD COMPANY, PO BOX 1011149, ATHANTA, GA, 30392-1149 | US Mail (1st Class) |
| 27281 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27281 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27281 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27283 | HOW STUFF WORKS INC, 1 CAPITAL CITY PLAZA STE 1500, 3350 PEACHTREE RD, ATLANTA, GA, 30326 | US Mail (1st Class) |
| 27283 | INBOXER INC, 200 BAKER AVE, SUITE 101, CONCORD, MA, 01742 | US Mail (1st Class) |
| 27283 | INSTANT SERVICE, SUITE 401, 600 UNIVERSITY, SEATTLE, WA, 98101-1197 | US Mail (1st Class) |
| 27281 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 27283 | INTERNAP NETWORK SERVICES, BOX 200111, PITTSBURGH, PA, 15251-0111 | US Mail (1st Class) |
| 27283 | IRONPORT SYSTEMS, 950 ELM AVE, SAN BRUNO, CA, 94066 | US Mail (1st Class) |
| 27283 | KANDU INCORPORATED, 8357 NW 28TH ST, ANKENY, IA, 50021 | US Mail (1st Class) |
| 27283 | KBK MARKETING, 967 LINDEN LANE, TOLEDO, OH, 43615 | US Mail (1st Class) |
| 27281 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |

InPhonic, Inc.

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27281 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27281 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27281 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27281 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27281 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27281 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE. AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 27283 | KRIEG DEVAULT LLP, (RE: YELLOW PAGE AUTHORITY), JEFFREY M MONBERG, 5231 HOHMAN AVENUE, HAMMOND, IN, 46320 | US Mail (1st Class) |
| 27283 | LANTEC VENTURES, C/O KEN LANDRY, 105 WHITTSHIRE CT, CARY, NC, 27513 | US Mail (1st Class) |
| 27283 | LEADDRIVE LLC, 424 DISCOVERY CIRCLE, UNIT A, VIRGINIA BEACH, VA, 23451 | US Mail (1st Class) |
| 27283 | LIGHTYEAR NETWORKS, 1901 EASTPOINT PARKWAY, LOUISVILLE, KY, 40223 | US Mail (1st Class) |
| 27283 | LINKSHARE CORPORATION, HEIDI MESSR, PRESIDENT, 215 PARK AVENUE SOUTH, 8TH FLOOR, NEW YORK, NY, 10003 | US Mail (1st Class) |
| 27283 | LINKSHARE CORPORATION, PO BOX11362A, NEW YORK, NY, 10286-1362 | US Mail (1st Class) |
| 27283 | LINKSHARE CORPORATION, 215 PARK AVENUE SOUTH, NEW YORK, NY, 10003 | US Mail (1st Class) |
| 27281 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27283 | LONGEVITY INSTITUTE LLC, 14001 63RD WAY N, CLEARWATER, FL, 33760 | US Mail (1st Class) |
| 27283 | LOWERMYPAYMENT.COM, 48 AIKEN ST, SUITE L, NORWALK, CT, 06850 | US Mail (1st Class) |
| 27283 | MARKET AMERICA INC, 1302 PLEASANT RIDGE RD, GREENSBORO, NC, 27409 | US Mail (1st Class) |
| 27283 | MARKET AMERICA, INC., TODD LAIRE, DIRECTOR OF SALES, 1300 PLEASANT RIDGE ROAD, GREENSBORO, NC, 27409 | US Mail (1st Class) |
| 27283 | MCCALL HANDLING CO., 8801 WISE AVE., BALTIMORE, MD, 21222 | US Mail (1st Class) |
| 27281 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 27283 | MCI/VERIZON, PO BOX 371355, PITTSBURGH, PA, 15250-7355 | US Mail (1st Class) |
| 27283 | MEDIAWHIZ HOLDINGS, SUITE 520, 150 SOUTH PINE ISLAND ROAD, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 27283 | MELALEUCA, INC., GENERAL COUNSEL, 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 27283 | MELALEUCA, INC., 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 27283 | MELALEUCA, INC., VP OF BUSINESS DEVELOPMENT, 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 27283 | MEMOLINK INC, 2000 S COLORADO BLVD STE 7000, DENVER, CO, 80222-7938 | US Mail (1st Class) |
| 27283 | MEMOLINK INC., TOWER 1 SUITE 7000, 2000 S COLORADO BLVD, DENVER, CO, 80222 | US Mail (1st Class) |
| 27283 | MFORCE, INC., 1750 ROSALEIGH COURT, VIENNA, VA, 22182 | US Mail (1st Class) |
| 27283 | MICROSOFT LICENSING, GP, 1401 ELM ST., 5TH FLOOR, DEPT 842467, DALLAS, TX, 75202 | US Mail (1st Class) |
| 27283 | MICROSOFT LICENSING, GP, PO BOX 371956, PITTSBURGH, PA, 15250-7956 | US Mail (1st Class) |
| 27283 | MONSTER, INC , PO BOX 90364, CHICAGO, IL, 60696-0364 | US Mail (1st Class) |
| 27281 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 27281 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 27281 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 27283 | MOSHI3 LIMITED, 83 DES VOEUX ROAD, HONG KONG HEAD OFFICE, CENTRAL HONG KONG, HONG KONG | US Mail (1st Class) |
| 27283 | MOTOROLA, ATTN: SCOTT HOFFMAN, 117 S COOK ST. #334, BARRINGTON, IL, 60010 | US Mail (1st Class) |
| 27283 | MPORTAL INC, SUITE A530, 7900 WESTPARK DR, MCLEAN, VA, 22102 | US Mail (1st Class) |
| 27283 | MPORTAL INC., CHIEF EXECUTIVE OFFICER, 1950 OLD GALLOWS ROAD, SUITE 770, VIENNA, VA, 22182 | US Mail (1st Class) |

InPhonic, Inc.

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27283 | MY BROOKLYNCOM / EZ WIRELESS, 9730 SEAVIEW AVE, BROOKLYN, NY, 11236 | US Mail (1st Class) |
| 27283 | MY DREAM WIRELESS, 484 LEVERINGTON AVE, PHILADELPHIA, PA, 19128 | US Mail (1st Class) |
| 27283 | MYRATEPLANCOM LLC, 2446 ELLIJAY DR, ATLANTA, GA, 30319-3440 | US Mail (1st Class) |
| 27283 | NATLCO, 4350 OAKS RD, SUITE 512, DAVIE, FL, 33314 | US Mail (1st Class) |
| 27283 | NCOA, 21000 BOCA RIO RD, STE A-12, BOCA RATON, FL, 33433 | US Mail (1st Class) |
| 27283 | NEA MEMBER BENEFITS, ATTN: ACCONTS RECEIVABLES, 900 CLOPPER RD SUITE 300, GAITHERSBURG, MD, 20878-1356 | US Mail (1st Class) |
| 27283 | NEA MEMBER BENEFITS, ATTN: ACCOUNTS RECEIVABLES, 900 CLOPPER ROAD, SUITE 30, GAITHERSBURG, MD, 20878-1356 | US Mail (1st Class) |
| 27283 | NETNAMES USA, 13TH FLOOR, 55 BROAD STREET, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 27283 | NEUSTAR, INC. ( ULTRA SERVICES ), C/O BANK OF AMERICA, PO BOX 277833, ATLANTA, GA, 30353-7833 | US Mail (1st Class) |
| 27281 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27283 | NUMARA SOFTWARE, INC., P O.BOX 933754, ATLANTA, GA, 31193-3754 | US Mail (1st Class) |
| 27283 | OCE FINANCIAL SERVICES, INC., 13824 COLLECTIONS CENTER DR, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 27283 | OFFICE MOVERS, INC. ( KANE COMPANY ), 6500 KANE WAY, ELKRIDGE, MD, 21075 | US Mail (1st Class) |
| 27281 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27283 | OKS - AMERIDIAL, 4535 STRAUSSER ST. NW, NORTH CANTON, OH, 44720 | US Mail (1st Class) |
| 27283 | OKS-AMERIDIAL, INC., JAMES MASON, CHAIRMAN, 4535 STRAUSSER ROAD, NW, CANTON, OH, 44720 | US Mail (1st Class) |
| 27283 | OPENWAVE SYSTEMS INC., S PETERS, SR. V P & GEN COUNSEL, 1400 SEAPORT BOULEVARD, REDWOOD CITY, CA, 94063 | US Mail (1st Class) |
| 27283 | OPENWAVE SYSTEMS, INC., PO BOX 60000, SAN FRANCISCO, CA, 94160 | US Mail (1st Class) |
| 27283 | ORACLE USA, PO BOX 71028, CHICAGO, IL, 60694 | US Mail (1st Class) |
| 27283 | ORACLE USA, INC., PO BOX 71028, CHICAGO, IL, 60694 | US Mail (1st Class) |
| 27283 | OVERSTOCK COM, INC , BRETT KITSON, 6350 SOUTH 3000 EAST, SALT LAKE CITY, UT, 84121 | US Mail (1st Class) |
| 27283 | OVERSTOCK.COM, INC., 6350 SOUTH 3000 EAST, SALT LAKE CITY, UT, 84121 | US Mail (1st Class) |
| 27283 | OVERSTOCK.COM, INC., MARK J GRIFFIN, 6350 SOUTH 3000 EAST, SALT LAKE CITY, UT, 84121 | US Mail (1st Class) |
| 27283 | PERKS GROUP, 701 MARTINSVILLE RD, LIBERTY CORNER, NJ, 07938 | US Mail (1st Class) |
| 27283 | PETER LYNCH, 52 BEECHES RD, PO BOX 1299, PICTOU, NS, B0K1H0 CANADA | US Mail (1st Class) |
| 27283 | PHONE DOG, 1156 BOWMAN RD, SUITE 101, MT PLEASANT, SC, 29464 | US Mail (1st Class) |
| 27283 | PITNEY BOWES, PO BOX 856042, LOUISVILLE, KY, 40285-6042 | US Mail (1st Class) |
| 27283 | PITNEY BOWES GLOBAL FINANCIAL SERVICES, PO BOX 856460, LOUISVILLE, KY, 40285-6460 | US Mail (1st Class) |
| 27283 | PITNEY BOWES,INC., PO BOX 856390, LOUISVILLE, KY, 40285-6390 | US Mail (1st Class) |
| 27283 | PRICEGRABBER.COM, LLC, 11TH FLOOR, 10940 WILSHIRE BLVD, LOS ANGELES, CA, 90024 | US Mail (1st Class) |
| 27283 | PRICEGRABBER.COM, LLC, COLIN CASEY, SENIOR MANAGER, 10441 JEFFERSON BLVD, SUITE 200, CULVER CITY, CA, 90232 | US Mail (1st Class) |
| 27283 | PRODUCTION WEST INC, 2747 ENTEPRISE AVE, SUITE 5, BILLINGS, MT, 59102 | US Mail (1st Class) |
| 27283 | QLIK TECH INC, SUITE 107, 5400 TRINITY RD, RALEIGH, NC, 27607 | US Mail (1st Class) |
| 27281 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), RENAISSANCE ONE, 2 NORTH CENTRAL AVE, PHOENIX, AZ, 85004-2391 | US Mail (1st Class) |
| 27283 | QUEST MEMBERSHIP SERVICES, JOHN BRUNETTI, 182 FAIRCHILD AVENUE, PLAINVIEW, NY, 11803 | US Mail (1st Class) |
| 27283 | QUEST MEMBERSHIP SERVICES, 182 FAIRCHILD AVE , PLAINVIEW, NY, 11803 | US Mail (1st Class) |
| 27283 | QUEST SOFTWARE, INC., PO BOX 51739, LOS ANGELES, CA, 90051-6039 | US Mail (1st Class) |
| 27283 | QUICKPROMO LLC, 3901 CHANTILLY DR, SUITE W, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 27283 | QUIXTAR CORP, ATTN: NICOLE BORM, 375 EXETER RD, LONDON, ON, N5Y 5V6 CANADA | US Mail (1st Class) |
| 27283 | QUIXTAR INC., 5101 SPAULDING PLAZA, ADA, MI, 49355 | US Mail (1st Class) |
| 27283 | QUIXTAR, INC., MICHAEL SULLIVAN, 5101 SPAULDING PLAZA, ADA, MI, 49355 | US Mail (1st Class) |
| 27283 | QWEST - LIBERTY, 3175 LENOX PARK BLVD, MEMPHIS, TN, 38115-4260 | US Mail (1st Class) |
| 27283 | QWEST- ( LIBERTY ), 5101 INTERCHANGE WAY, LOUISVILLE, KY, 40229 | US Mail (1st Class) |
| 27283 | RADIOSHACK, RADIOSHACK CIRCLE, MAIL STOP EF4-218, FORT WORTH, TX, 76102-1964 | US Mail (1st Class) |

InPhonic, Inc.

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27283 | RANDALL VAN DYKE & ASSOCIATES, C/O JDS PROFESSIONAL GROUP, 5670 GREENWOOD, GREENWOOD VILLAGE, CO, 80111 | US Mail (1st Class) |
| 27283 | RANDALL VAN DYKE & ASSOCIATES D/B/A RNA, RANDALL VANDYKE, CEO, 9303 GILCREASE AVENUE, #1045, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 27283 | RANDALL VAN DYKE & ASSOCIATES INC., SUITE 200, 5670 GREENWOOD PLAZA BLVD, GREENWOOD VILLAGE, CO, 80111 | US Mail (1st Class) |
| 27283 | RECEIVABLE MANAGEMENT SERVICES, RMS BANKRUPTCY RECOVERY SERVICES, PO BOX 5126, TIMONIUM, MD, 21094 | US Mail (1st Class) |
| 27283 | RECEIVABLE MANAGEMENT SERVICES CORP, PO BOX 951762, CLEVELAND, OH, 44193 | US Mail (1st Class) |
| 27281 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 27281 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 27283 | RESULT SERVICES 2000, 15212 FLORIST CIRCLE, ST PAUL, MN, 55124 | US Mail (1st Class) |
| 27283 | RMD MEDIA GROUP, B3-1410 PARKWAY BLVD #16, COQUITLAM, BC, V3E 3J7 CANADA | US Mail (1st Class) |
| 27283 | SALLIE MAE, INC , ROBERT LAVET, SVP, 11600 SALLIE MAE DRIVE, RESTON, VA, 20193 | US Mail (1st Class) |
| 27283 | SALLIE MAE, INC., ROBERT JACKSON, MANAGING DIRECTOR, 11600 SALLIE MAE DRIVE, RESTON, VA, 20193 | US Mail (1st Class) |
| 27283 | SAMM, 13206 TUTTLEBEE CT, CHARLOTTE, NC, 28273 | US Mail (1st Class) |
| 27283 | SAVVIS, INC., 13339 COLLECTIONS CENTER DR, PORTAL RECEIVABLES, CHICAGO, IL, 60693-0133 | US Mail (1st Class) |
| 27283 | SAVVIS, INC., 13339 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 27283 | SC KIOSKS, INC., 300 RADIOSHACK CIRCLE, FORT WORTH, TX, 76102 | US Mail (1st Class) |
| 27283 | SC KIOSKS, INC , ANDY ZEINFIELD, PRESIDENT, 300 RADIOSHACK CIRCLE, FORT WORTH, TX, 76102 | US Mail (1st Class) |
| 27283 | SEARCH IGNITE, 6TH FLOOR, 28 WEST 23RD STREET, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 27283 | SEARCHCACTUS LLC, 3760 ROCHESTER RD, TROY, MI, 48083 | US Mail (1st Class) |
| 27281 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 27281 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 27281 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27283 | SIEMENS, C/O BANK OF AMERICA, 7850 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 27283 | SILICON VALLEY BANK, ATTN: MANAGER, 8020 TOWERS CRESCENT DRIVE, SUITE 475, VIENNA, VA, 22182 | US Mail (1st Class) |
| 27283 | SINGULAR SOLUTIONS, INC., 448 S SANTA ANITA AVE., PASADENA, CA, 91107 | US Mail (1st Class) |
| 27283 | SKO-BRENNER AMERICAN, 841 MERRICK ROAD CS9320, BALDWIN, NY, 11510-9320 | US Mail (1st Class) |
| 27283 | SM JUNCTION, 813 5TH AVE, NEW HYDE PARK, NY, 11040 | US Mail (1st Class) |
| 27283 | SOURCENET TELECOM, 411 NW FLANDERS, SUITE 706, PORTLAND, OR, 97209 | US Mail (1st Class) |
| 27283 | SPANCO TELESYSTEMS & SOLUTIONS, LTD, KRISHNA BHAVAN, B S DEOSHI MARG, DEONAR MUMBAI, 400 088 INDIA | US Mail (1st Class) |
| 27283 | SPANCO TELESYSTEMS & SOLUTIONS, LTD, 14088-F SULLY FIELD CIRCLE, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 27283 | SPECTRAWIDE, SRINIVAS THATICALLY, CEO, 816 KINWEST PARKWAY, #088, IRVING, TX, 75063 | US Mail (1st Class) |
| 27283 | SPECTRAWIDE INC, 1418 GARDENIA ST, IRVING, TX, 75063 | US Mail (1st Class) |
| 27283 | SPRINT PCS, STEVEN PRIESAND, MANAGER OF NATIONAL DISTRIBUTION, 6130 SPRINT PARKWAY 3B504, OVERLAND PARK, KS, 66251 | US Mail (1st Class) |
| 27283 | SRK INVESTMENT, 6925 E 5TH AVE, SUITE B, SCOTTSDALE, AZ, 85251 | US Mail (1st Class) |
| 27281 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27283 | STRATEGIC PROMOTIONS INC, 106 FOUR SEASONS, SUITE 101, ST LOUIS, MO, 63017 | US Mail (1st Class) |
| 27283 | SUMTOTAL SYSTEMS, INC., PO BOX 39000, DEPT: 33771, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 27283 | SUN MAINTENANCE, C/O TRIDENT COMPUTER RESOURCES, INC., 151 INDUSTRIAL WAY EAST, BLDG A, EATONTOWN, NJ, 07724 | US Mail (1st Class) |

InPhonic, Inc.

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27283 | SUNRISE CAMPUS INVESTORS, LLC, C/O BPG PROPERTIES, LTD, 11130 SUNRISE VALLEY DR , STE 100, RESTON, VA, 20191 | US Mail (1st Class) |
| 27283 | TECH GURU INC, 4728 HILLSIDE AVE, NORCO, CA, 92860 | US Mail (1st Class) |
| 27283 | TECHRIVER, LLC, 8300 BOONE BLVD, #500, VIENNA, VA, 22182 | US Mail (1st Class) |
| 27283 | TELECONFERENCING SERVICES,LLC, 5634 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 27281 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27281 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27281 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27283 | THE CONSUMER BRIDGE, 706 CHARCOAL AVE, MIDDLEBURY, CT, 06762 | US Mail (1st Class) |
| 27283 | TIBURON MARKETING CORP, 602 KILBURN RD, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 27283 | TIBURON MARKETING CORP, 602 KILBUM RD, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 27283 | TIGERDIRECT, C/O SYX SERVICES, PO BOX 449001, MIAMI, FL, 33144-9001 | US Mail (1st Class) |
| 27283 | TIGERDIRECT, 7795 W FLAGER ST, #35, MIAMI, FL, 33144 | US Mail (1st Class) |
| 27283 | TMI WIRELESS INC, C/O DANIEL HUNG, 4101 CHAIN BRIDGE RD , STE 304, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 27283 | TMI WIRELESS, INC , SUITE 304, 4101 CHAIN BRIDGE ROAD, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 27283 | T-MOBILE, 12920 SE 38TH ST, BELLEVUE, WA, 98006 | US Mail (1st Class) |
| 27283 | TRANSFIRST, FIFTH THIRD BANK, 38 FOUNTAIN SQUARE PLAZA, MD 10907E, CINCINNATI, OH, 45263 | US Mail (1st Class) |
| 27283 | TRUSTE RENEWAL, SUITE 270, 685 MARKET ST., SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 27283 | UPS, PO BOX 7247-0244, PHILADELPHIA, PA, 19170-0001 | US Mail (1st Class) |
| 27281 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 27283 | US CELLULAR, 12060 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 27283 | US CELLULAR, 8410 W BRYN MAWR AVENUE, CHICAGO, IL, 60631 | US Mail (1st Class) |
| 27283 | USB PLUS, 1530 S SW LOOP 323, SUITE 113, TYLER, TX, 75701 | US Mail (1st Class) |
| 27283 | VENDARENETBLUE, PO BOX 201984, DALLAS, TX, 75320-1984 | US Mail (1st Class) |
| 27283 | VENTURE MOBILE LLC, 15 FLAMINGO CIRCLE, WALPOLE, MA, 02081 | US Mail (1st Class) |
| 27283 | VERIZON, PO BOX 920041, DALLAS, TX, 75392-0041 | US Mail (1st Class) |
| 27283 | VERIZON, PO BOX 1, WORCHESTER, MA, 01654-0001 | US Mail (1st Class) |
| 27283 | VERIZON, PO BOX 660720, DALLAS, TX, 75266-0720 | US Mail (1st Class) |
| 27283 | VERIZON, 180 WASHINTON VALLEY RD, BEDMINSTER, NJ, 07921 | US Mail (1st Class) |
| 27283 | VERIZON, PO BOX 17577, BALTIMORE, MD, 21297-0513 | US Mail (1st Class) |
| 27283 | VERIZON, 180 WASHINTON VALLEY ROAD, BEDMINSTER, NJ, 07921 | US Mail (1st Class) |
| 27283 | VERIZON WIRELESS, PRESIDENT, 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ, 07921 | US Mail (1st Class) |
| 27283 | VERIZON WIRELESS, COUNSEL - SALES AND DISTRIBUTION, 30 INDEPENDENCE BOULEVARD, WARREN, NJ, 07059 | US Mail (1st Class) |
| 27283 | VERIZON WIRELESS, PO BOX 25505, LEHIGH VALLEY, PA, 18002-5505 | US Mail (1st Class) |
| 27283 | VERIZON WIRELESS, S F NO 152/1, KALPANA NAGAR, MARUTHAMALAI MAIN ROAD, VADAVALLI, COIMBATORE, 641 041 INDIA | US Mail (1st Class) |
| 27283 | VERIZON WIRELESS, PO BOX 790406, ST LOUIS, MO, 63179-0406 | US Mail (1st Class) |
| 27283 | VERIZON WIRELESS, PO BOX 17464, BALTIMORE, MD, 21297-1464 | US Mail (1st Class) |
| 27281 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27281 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27283 | VIRGIN MOBILE USA, LLC, 10 INDEPENDENCE BLVD, WARREN, NJ, 07059 | US Mail (1st Class) |
| 27283 | VIRGIN MOBILE USA, LLC, GENERAL COUNSEL, 10 INDEPENDENCE BOULEVARD, WARREN, NJ, 07059 | US Mail (1st Class) |
| 27283 | VIRGINIA AIR & FACILITIES SERVICES, PO BOX 5207, HERNDON, VA, 20170-5207 | US Mail (1st Class) |
| 27283 | VISION SERVICE PLAN, PO BOX 60000, FILE #73785, SAN FRANCISCO, CA, 94160-3785 | US Mail (1st Class) |

InPhonic, Inc.

## Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27283 | VISUAL SCIENCES, INC , PO BOX 122232, DEPT. 892232, DALLAS, TX, 75312-2232 | US Mail (1st Class) |
| 27281 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27281 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 27283 | WASTE MANAGEMENT OF MARYLAND, P O.BOX 13648, PHILADELPHIA, PA, 19101-3648 | US Mail (1st Class) |
| 27283 | WASTE MANAGEMENT OF MARYLAND (WM), PO BOX 13648, PHILADELPHIA, PA, 19101-3648 | US Mail (1st Class) |
| 27283 | WDIG MOBILE LLC, GENERAL MANAGER DISNEY MOBILE, 500 SOUTH BUENA VISTA STREET, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27283 | WDIG MOBILE LLC, GEORGE E GROBAR, SR VP, 500 SOUTH BUENA VISTA STREET, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27283 | WDIG MOBILE LLC, C/O GENERAL COUNSEL, 500 SOUTH BUENA VISTA ST, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27283 | WDIG MOBILE LLC, LAURENCE J SHAPRIO, EXEC. VP, 500 SOUTH BUENA VISTA STREET, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27281 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN, (RE: SPANCO TELESYSTEMS & SOLUTIONS), 90 WOODBRIDGE CNTR DR, STE 900, WOODBRIDGE, NJ, 07095 | US Mail (1st Class) |
| 27281 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 27283 | WIRELESS PLANS, 100 VIA KATRINA, THOUSAND OAKS, CA, 91320 | US Mail (1st Class) |
| 27283 | WIRELESS XCESSORIES GROUP INC, 1840 COUNTY LINE RD, #301, HUNTINGDON VALLEY, PA, 19006 | US Mail (1st Class) |
| 27281 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27283 | YELLOW PAGE AUTHORITY, 8940 WEST 192ND STREET, SUITE D, MOKENA, IL, 60448 | US Mail (1st Class) |
| 27283 | YOU NEVER CALL INC, 5967 W 3RD ST, #307, LOS ANGELES, CA, 90036 | US Mail (1st Class) |
| 27281 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27281 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27283 | ZERO COMPANY PERFORMANCE MARKETING, 620 CAMINO DE LOS MARES, #E459, SAN CLEMENTE, CA, 92673 | US Mail (1st Class) |
| 27283 | ZERO COMPANY PERFORMANCE MKTG., STEPHEN SAKACH, PRESIDENT, 34824 CALLE DEL SOL, CAPISTRANO BEACH, CA, 92624 | US Mail (1st Class) |

Subtotal for this group: 340

InPhonic, Inc.