# EXHIBIT A

# Dkt 290 - Ntc Contracts to be Held
# for InPhonic, Inc.

Total number of parties: 1

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27308 | INTERNET SERVICES CORPORATION, 1300 ALTURA RD, FT MILL, SC 29708 | US Mail (1st Class) |

Subtotal for this group: 1