IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| InPhonic, Inc., et al.,[1] ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

**AFFIDAVIT OF SERVICE RE:**

| | |
|---|---|
| Docket No. 295 | NOTICE OF ASSUMPTION, SALE AND ASSIGNMENT OF EXECUTORY CONTRACT AND RELATED CURE COSTS |
| Docket No. 296 | NOTICE OF MOTION |

OMNIBUS MOTION FOR ORDER APPROVING (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (B) PROCEDURES FOR FUTURE ASSUMPTION AND ASSIGENMENT OF CERTAIN HELD CONTRACTS PURSUANT TO THE DECEMBER 13, 2007 ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (IV) GRANTING RELATED RELIEF

I, Katya M. Belas, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On January 8, 2008, I caused the above referenced documents to be served on the parties as described below:

Exhibit A    Docket No. 295 was served on
- Those parties who have requested special notice and the Core Group together referenced as Service List 27291

Exhibit B    Docket No. 296 was served on
- Those parties who have requested special notice and the Core Group together referenced as Service List 27295
- Additional Designated Contract Parties referenced as Service Lists 27292 and 27310
- Held Contracts Parties referenced as Service List 27293
- Discovery Parties referenced as Service List 27294

3. All parties were served via 1st class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 09, 2008
El Segundo, California

Katya M. Belas

State of California    )
                              )
County of Los Angeles   )

On January 9, 2008 before me, Yvette Knopp, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008