IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INPHONIC, INC., et al.,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 07-11666 (KG) <br> : <br> : (Jointly Administered) <br> : <br> : **Hearing date: January 30, 2008 at 3:00 p.m.** <br> : **Objection deadline: January 23, 2008 at 4:00 p.m.** |

## DEBTORS' MOTION FOR APPROVAL OF NAME AND CAPTION CHANGE

The above-captioned debtors and debtors in possession, by and through their undersigned counsel, hereby move (the "Motion"), pursuant to Rule 9004-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), for an order changing the name and caption of these cases as set forth herein. In support of this Motion, the Debtors respectfully represent as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. The statutory predicates for the relief requested herein are Local Rule 9004-1 and

---

[1] InPhonic, Inc., ("InPhonic") together with its wholly-owned subsidiaries identified below, have each filed voluntary Chapter 11 petitions and a motion is pending pursuant to Federal Rule of Bankruptcy Procedure 1015 for joint administration. The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00718167;v1}

section 105(a) of the Bankruptcy Code.

## BACKGROUND

3. InPhonic, Inc. is a Delaware corporation ("InPhonic"), with the following wholly-owned corporate and limited liability company subsidiaries: (a) CAIS Acquisition, LLC, a Delaware limited liability company ("CAIS"); (b) CAIS Acquisition II, LLC, a Delaware limited liability company ("CAIS II"); (c) SimIPC Acquisition Corp., a Delaware corporation ("SimIPC"); (d) Star Number, Inc., a Delaware corporation ("Star Number"); (e) Mobile Technology Services, LLC, a Delaware limited liability company ("MTS"); (f) FON Acquisition, LLC, a Delaware limited liability company ("FON"); and (g) 1010 Interactive, LLC, a Delaware limited liability company ("1010 Interactive") (InPhonic, CAIS, CAIS II, SimIPC, Star Number, MTS, FON and 1010 Interactive, as debtors and debtors in possession under chapter 11 of the Bankruptcy Code, are referred to collectively as the "Debtors").

4. On November 8, 2007 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

5. On November 9, 2007, this Court approved the joint administration of these bankruptcy cases and the use of the above caption.

6. On November 16, 2007, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee").

7. The Debtors sold substantially all their assets to Adeptio INPC Funding, LLC ("Adeptio") at a sale which closed on December 21, 2007, pursuant to this Court's Order (I) Approving Asset Purchase Agreement an Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clears of all Liens,

Claims, And Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts an Unexpired Leases and (IV) Granting Related Relief (the "Sale Order"), dated December 13, 2007.

8. Section 5.6 of the Asset Purchase Agreement between the Debtors and Adeptio ("Agreement"), which was approved by the Sale Order provides:

> [A]t Closing, Sellers will deliver to Buyer a duly and properly authorized and executed evidence (in form and substance satisfactory to Buyer) as to the amendment of such Sellers' organizational documents (collectively, the "Organizational Amendments") changing each Seller's name to another name which does not include any of the following words "InPhonic", "CAIS", "SimIPC", "Mobile Technology", "FON", "1010 Interactive" and/or "Star Number." Upon the Closing, each Seller hereby irrevocably authorizes Buyer to file the Organizational Amendments with the applicable Secretary of State of each Seller's jurisdiction of formation and in each State in which each such Seller is qualified to do business on each such Seller's behalf. Furthermore, after the Closing, each Seller shall discontinue the use of its current name (and any other tradenames currently utilized by any of the Sellers) and shall not subsequently change its name to or otherwise use or employ any name which includes the words "InPhonic", "CAIS", "SimIPC", "Mobile Technology", "FON", "1010 Interactive" and/or "Star Number" without the prior written consent of the Buyer. From and after the Closing, each of the Sellers covenants and agrees not to use or otherwise employ any of the trade names, corporate names, dba's or similar Intellectual Property rights utilized by any of the Sellers in the conduct of the Business, which rights shall be included in the Assets purchased hereunder.

9. On December 21, 2007, the Debtors amended the Certificate of Incorporation of Star Number, Inc. to change the name of the corporation to "SN Liquidation, Inc."

## REQUESTED RELIEF

10. By this Motion, to comply with the Agreement, the Debtors ask that this Court approve the joint administration of these cases under the name of "SN Liquidation, Inc." using the below caption:

...

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN Liquidation, Inc., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

### BASIS FOR RELIEF

11. Local Rule 9004-1 sets forth the information required to be contained in the caption of all Bankruptcy Court filings. This information includes the name of the debtor. Del. Bankr. L. R. 9004-1. However, the Agreement requires the Debtors to discontinue the use of the "InPhonic" name and the names of the other Debtor entities. Using the current caption, the Debtors can no longer comply with Local Rule 9004-1 and the provisions of the Agreement.

12. Bankruptcy Code section 105(a) grants bankruptcy courts authority to enter "any order, process or judgment that is necessary or appropriate" to carry out the provisions of the Bankruptcy Code and does not preclude the Court from, "taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules." 11 U.S.C. § 105(a). The Debtors request that this Court approve the change of name and caption pursuant to Bankruptcy Code section 105(a) in order to comply with the Sale Order.

13. By approving the change of the name and caption in these cases pursuant to Bankruptcy Code section 105(a), the Court is entering an order necessary to implement the sale of the Debtors' assets under to Bankruptcy Code section 363. In addition, the Court is implementing the Sale Order, which approved the provision in the Agreement that required the Debtors to discontinue using "InPhonic."

14. In order to comply with Local Rule 9004-1 and the Agreement, and to implement

{00718167;v1}

the Agreement and Sale Order, the Debtors respectfully request approval of the caption and name change requested herein.

### STATEMENT PURSUANT TO LOCAL RULE 1001-1(B)

15. Pursuant to District Local Rule 7.1.2(a), incorporated by reference into Bankruptcy Local Rule 1001-1(b), the Debtors waive their right to file a brief in support of the Motion because there are no novel issues of law presented in this Motion.

### NOTICE

16. Notice of this Motion has been provided to: (a) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Richard Shepacarter); (b) counsel to Adeptio, n/k/a Simplexity, LLC: Young Conway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 (Attn.: Robert S. Brady) and Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn.: David A. Agay), (c) counsel to the Committee, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Kurt F. Gwynne) and (d) all parties having filed requests for notices in the Debtors' chapter 11 cases. The Debtors submit that such notice constitutes good and sufficient notice of this Motion and all proceedings to be held thereon, and that no other or further notice need be given.

### NO PRIOR REQUEST

17. No previous motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the relief requested herein and granting such other and further relief as this Court deems just and proper.

Date:  January 11, 2008
      Wilmington, Delaware

**BAYARD**

*/s/ M. Augustine*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

and

**DLA PIPER US LLP**

Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

Counsel for Debtors and Debtors in Possession

{00718167;v1}