IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INPHONIC, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11666 (KG) <br> Jointly Administered <br><br> Objection Deadline: February 6, 2008 at 4:00 p.m. <br> Hearing Date: Only if Objections are Filed |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF REED SMITH LLP,
COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD NOVEMBER 16, 2007 THROUGH NOVEMBER 30, 2007**

PLEASE TAKE NOTICE that on January 14, 2008, Reed Smith LLP filed the First Monthly Fee Application of Reed Smith LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 16, 2007 through November 30, 2007 (the "Application") seeking fees in the amount of $203,247.00 and reimbursement of expenses in the amount of $322.63 for the period November 16, 2007 through November 30, 2007. The Application was filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

The Application is submitted pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order"; D.I. 165).

You are required to file a response to the Application on or before **February 6, 2007 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by: (i) the Debtors, InPhonic, Inc., 1010 Wisconsin Avenue, Suite 600, Washington, DC 20007 (Attn: Kenneth D. Schwarz); (ii) counsel to Debtors, The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801 (Attn: Neil B. Glassman) and DLA Piper US LLP, The Marbury Building, 6225 Smith Avenue, Baltimore, MD 21209-3600 (Attn: Maria Ellena Chavez-Ruark); (iii) counsel for Adeptio, Young Conway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 (Attn: Robert S. Brady) and Kirkland & Ellis LLP, 2000 East Randolph Drive, Chicago, IL 60601 (Attn: David A. Agay); (iv) counsel to the Official Committee of Unsecured Creditors, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne and Gaston P. Loomis II); and (v) the Office of the United States Trustee, 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard Schepacarter).

IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER.

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

Dated: January 14, 2008  
   Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Gaston P. Loomis II  
Kurt F. Gwynne (No. 3951)  
Gaston P. Loomis II (No. 4812)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com  
        gloomis@reedsmith.com

and

Robert P. Simons, Esquire  
Joshua C. Lewis, Esquire  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063  
E-mail: rsimons@reedsmith.com  
      jlewis@reedsmith.com

and

Claudia Z. Springer, Esquire  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103-7301  
Telephone: 215-851-8100  
Facsimile: 215-851-1420  
E-mail: cspringer@reedsmith.com

Counsel to the Official Committee of Unsecured Creditors