# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| In-house Duplicating | | $51.60 |
| Outside Databases | PACER/LiveEdgar | $91.20 |
| Telephone | ChorusCall | $179.83 |
| **TOTAL** | | **$322.63** |

- 2 -

```
                          REED SMITH LLP
                          PO Box 7777-W4055
                       Philadelphia, PA  19175-4055
                          Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.                 Invoice Number     1642463
As Committee Chairperson on behalf of       Invoice Date      12/31/07
Infinite Computer Solutions, Inc.           Client Number      886922
10500 Sager Avenue, Suite G                 Matter Number       60001
Fairfax, VA 22030                           Page    1
```

===========================================================================

Re: (60001)  Official Committee of Unsecured Creditors

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 11/16/07 | LiveEdgar Database | 91.20 |
| 11/16/07 | Telephone - Outside<br>Chorus Call Inv No: 0319190 - CAMPOLI - | 2.39 |
| 11/16/07 | Telephone - Outside<br>Chorus Call Inv No: 0319190 - EASTGATE - | 6.67 |
| 11/24/07 | Telephone - Outside<br>Chorus Call Inv No: 0320477 - SPRINGER - | 4.28 |
| 11/26/07 | Telephone - Outside<br>Chorus Call Inv No: 0320472 - SIMONS - | 1.72 |
| 11/26/07 | Telephone - Outside<br>Chorus Call Inv No: 0320472 - SIMONS - | 1.20 |
| 11/26/07 | Telephone - Outside<br>Chorus Call Inv No: 0320477 - SPRINGER - | 5.39 |
| 11/26/07 | Telephone - Outside<br>Chorus Call Inv No: 0320477 - SPRINGER - | 19.86 |
| 11/26/07 | Telephone - Outside<br>Chorus Call Inv No: 0320480 - GWYNNE - | 100.75 |
| 11/27/07 | Telephone - Outside<br>Chorus Call Inv No: 0320472 - SIMONS - | 8.81 |
| 11/27/07 | Telephone - Outside<br>Chorus Call Inv No: 0320472 - SIMONS - | 28.16 |

- 3 -

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1642463
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors        Page    2
December 31, 2007

| Date | Description | Amount |
|---|---|---|
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3593; 260 COPIES | 39.00 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 84 COPIES | 12.60 |
| 11/30/07 | Telephone - Outside<br>Chorus Call Inv No: 0320472 - SIMONS - | .60 |
| | CURRENT EXPENSES | 322.63 |
| | TOTAL THIS MATTER | $322.63 |