IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Cases No. 07-11666 (KG) |
| Debtors. | : Jointly Administered |
| | : Objection Deadline: January 23, 2008 at 4:00 p.m. |
| | : Hearing Date: January 30, 2008 at 3:00 p.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 11, 2008, Bayard filed the **Debtors' Motion to Reject its Real Property Lease of Office Space at Waterfront Center** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Chapter 7 Trustee on or before **January 23, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **January 30, 2008 at 3:00 p.m. (Eastern Time)**

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00720990;v1}

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

Dated: January 14, 2008  
       Wilmington, Delaware

BAYARD, P.A.

*/s/ M. Augustine*

Neil B. Glassman (No. 2087)  
Mary E. Augustine (No. 4477)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, Delaware 19899  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**

Thomas R. Califano  
Vincent J. Roldan  
1251 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 335-4990  
Facsimile: (212) 884-8690

Counsel for Debtors  
and Debtors in Possession