# R B ASSOCIATES, INC.

July 21, 2006

InPhonic, Inc.  
1010 Wisconsin Avenue, N.W. Suite 600  
Washington, DC 20007  
Attention: Mr. David A. Steinberg, CEO

**Via Facsimile**  
@ 202.333.5775  
Hard copy to follow

RE:  Proposal - Lease Term Extension & Premises Expansion @ Waterfront Center

Dear David:

We thank you for Inphonic's recent expression of interest in expanding its premises and extending its lease term at the subject property. Therefore, R B Associates, Inc. (the "**Lessor**") hereby submits this proposal to Inphonic (the "**Lessee**") for a modification of its existing lease (the "**Modification**") at the subject building (the "**Building**"). This proposal is effective for five (5) days and if agreed to, shall serve as an outline of basic terms and conditions to be incorporated into the Modification.

**Premises:**  Commencing on September 1, 2006 the premises shall be expanded to include suites #100 and #200 (the "**Expansion Premises**") located on the first and second floors of the Dodge Warehouse portion of the Building (@ 1000 Wisconsin Avenue) and consisting of a total of 4,072 rentable square-feet of area, as further shown (generally) on Exhibit "A" attached hereto.

**Lease Term:**  The Lease Term shall be extended for one (1) year, commencing on December 1, 2008 and ending on November 30, 2009.

**Base Rent:**  (a) Expansion Premises: The initial base rent shall be $35.00/sf = $11,877.30/month (rounded-off) which shall be added to the Monthly Rent for the current Lease-Year as well as for Lease-Year Four (4) which commences on December 1, 2006. $12,351.86/month will be added to the Monthly Rent for Lease-Year Five (5) which commences on December 1, 2007.

(b) Entire Premises: Monthly Rent for the Lease-Year which commences on December 1, 2008 shall be $60,186.00.

**Utilities/Charges:**  (a) For the Expansion Premises, Lessee shall pay for its: i) electrical and gas consumption – such consumption recorded by meters; and ii) insurance. Lessor shall pay for: i) reasonable water consumption; and ii) cleaning after standard business hours.

InPhonic, Inc.
Lease Extension - Page 2
July 21, 2006

        (b) No change with respect to the original Premises.

**R.E. Taxes:** Starting with Lease-Year six (6), Lessee shall pay its pro-rata share of the increases in the Building's real estate taxes, over a base-year of Tax-Year 2007.

**Premises Improvements:** Lessee shall accept the Expansion Premises in "as-is" condition, however, the Lessor shall make those certain improvements to the Expansion Premises as identified on Exhibit "B" attached hereto.

**Deposit/Guarantee:** Lessee shall provide Lessor with full, current financial information and references; from which Lessor shall determine the additional security deposit/guarantee(s) required under the Lease.

**Broker:** Lessee represents and warrants to the Lessor, that it has not employed any person or other who may claim any commission relating to the Modification.

The parties hereto agree that this proposal is non-binding (except for "Broker" section) on its signatories and that only a fully executed Modification will obligate the parties thereto, to each other. If the foregoing meets with InPhonic's approval, please have this indicated with an authorized signature below and timely return to us along with the information specified above in the Deposit/Guarantee section. We look forward to working with you and InPhonic, and we are pleased to offer you with this opportunity.

By: R B Associates, Inc.

By: _____
    Theodore D/R. Vogel
    Vice President-Real Estate

Enclosures

cc: Allison Berry

Seen & Agreed to this ____ day of August 2006

Title:
Name:

Draft Date: July 21, 2006
C:\WORD DOCUMENTS\REALESTATE\9100Tenants\INPHON-9.pro.doc





## EXHIBIT "B"

### The "Expansion Improvements"

The work to be provided by Lessor to the Expansion Premises at no additional cost to Lessee (the **"Expansion Improvements"**) shall be as follows:

1. Install new carpet and base color (one (1) color for each) to be selected by the Lessee from Building Standard Selections.

2. Walls:

    a. Drywall walls, painted, with latex flat, in one (1) color to be selected by the Lessee from Building Standard Selections.

    b. Up to thirty linear feet (30') of new partition walls built pursuant to a plan and as mutually agreed upon between Lessor and Lessee.

3. Install new light fixtures to match plan, approximately one (1) fixture per 150 s.f. of area.

**Notes:** All Expansion Improvements shall be of Lessor's Building Standard unless otherwise noted.