

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| InPhonic, Inc., | ) |
| | ) Case No. 07-11666 |
| Debtor. | ) |
| | ) Judge Kevin Gross |
| | ) |

*    *    *

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF ALL PLEADINGS, PAPERS AND DOCUMENTS AND INCLUSION ON MASTER SERVICE LIST

Pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Continental Promotion Group, Inc. ("CPG"), a party-in-interest, by and through its attorney, hereby appears in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that CPG requests that all matters arising herein and service of all papers and documents filed herein, including but not limited to objections, orders, reports, pleadings, motions, applications, petitions, disclosure statements, plans or reorganization, answering and reply papers, including all notices required by the Bankruptcy Code and Bankruptcy Rules, be served upon:

SLK_TOL: #1489219v1

Shumaker, Loop & Kendrick, LLP
Attn: David J. Coyle
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43604-5573
Telephone:  419-241-9000
Facsimile:  419-241-6894

Attn: David J. Coyle

PLEASE TAKE FURTHER NOTICE that CPG does not intend this Notice of Appearance or any later appearance, pleading, claim or suit to waive: (1) its right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (2) it's right to receive service of any adversary proceeding against it by mail in accordance with the bankruptcy rules; or (3) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, actions, set-offs and recoupments are expressed reserved.

Respectfully submitted,

David J. Coyle (0039866)
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43604-5573
Telephone:  (419) 241-9000
Fax:        (419) 241-6894
E-Mail:     dcoyle@slk-law.com

Attorneys for Continental Promotion Group, Inc.

## CERTIFICATE OF SERVICE

I, David J. Coyle, hereby certify that on the 11th day of January, 2008, I caused a copy of the **Notice of Appearance, Request for Service of all Pleadings, Papers and Documents and Inclusion on Master Service List** to be served upon the parties listed on the attached service list *via* first class mail.

David J. Coyle (0039866)
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Continental Promotion
Group, Inc.

SLK_TOL: #1489219v1                    3

# INPHONIC INC.

## SERVICE LIST

Neil B. Glassman, Esq.
Eric M. Sutty, Esq.
Mary E. Augustine, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 21530
Wilmington, DE 19899

Randy Weller
State of Delaware
Division of Revenue,
Compliance Department
820 N. French Street
Wilmington, DE 19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington, DE 19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*Adeptio INPC Funding LLC*

Thomas R. Califano, sq.
Vincent J. Roldan, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Maria R. Eskin, Esquire
Katheryn S. Keller, Esquire
Campbell & Levine LLC
800 North King Street, Ste. 300
Wilmington, DE 19801
*mForce Communications, Inc.*

Michael D. DeBaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Ste. 800
Wilmington, DE 19801
*GSI Commerce Solutions, Inc.*

Francis A. Monaco, Jr., Esquire
Kevin J, Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
*T-Mobile USA, Inc.*

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801-1246
*Spanco Telesystems & Solutions*

Brett D. Fallon, Esq.
Thomas M. Horan, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Sprint Nextel Corporation; mForce Communications*

SLK_TOL: #1489219v1

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801
*Cellco Partnership, Verizon Wireless*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
*Counsel to the Creditors Committee*

Daniel K. Astin, Esq.
Anthony M. Saccullo, Esq.
Carl D. Neff, Esq.
Fox Rothschild LLP
Citizens Bank Center, Ste. 1300
919    N. Market Street
P.O. Box 2323
Wilmington, DE 19899-2323

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 N. West Street, STe. 1410
Wilmington, DE 19801
*Yellow Page Authority, Ltd.*

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Kevini A. Guerke, Esq.
Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington, DE 19801
*Quatutlon Systems, Inc.*

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
*AT&T*

William F. Taylor, Esq.
McCarter & English, LLP
405 N. King Street 8th Floor
Wilmington, DE 19801
*Verizon Business Global, LLC*

Mark D. Collins, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920    North King Street
Wilmington, DE 19801
*USCC Distribution Co., LLC*