# InPhonic Reorganization

On November 8, 2007, InPhonic, Inc. and its subsidiaries, filed a voluntary petition for reorganization under Chapter 11 of the U.S. Bankruptcy Code. The filings were made in the U.S. Bankruptcy Court for the District of Delaware. For further information, please visit http://www.bmcgroup.com/inphonic. You may also visit the Court's website at www.deb.uscourts.gov and search related to InPhonic, Inc. or contact the Clerk of the Court at:

Clerk's Office

David D. Bird, Clerk of Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801
(302) 252-2900

Mr. Bird,

I sent in my claim for a refund, (enclosed copy of E-mail dated 6/19/07) and was last told that I would be receiving a check for $50.00 (enclosed copy of E-mail dated 8/21/07). As of this letter I have not received this check. I believe they sent me a false e-mail telling me that the check was in the mail but in fact was not.

I am writing to you to inform you of this and to see if you could help me receive my monies due me on this rebate.

You may contact me at the below numbers or address

Kenneth Young
P.O. Box 515 Carlsborg, WA 98324-0515

Ken247365@aol.com

360-683-3197  Home Phone

360-808-2733  Cell Phone

Sincerely,

*Ken Young*

Ken Young


Cc: mydoc, version rebates

Subj: **Wireless Phone Rebate Mailed**
Date: 8/20/2007 2:15:09 P.M. Pacific Daylight Time
From: UnknownSender@UnknownDomain
To: KEN247365@AOL.COM

Rebate:             Customer Appreciation H17945
Rebate Amount:      $50.00
Rebate Claim ID:    36841895

Dear Kenneth Young,

Great News! Your mail-in rebate claim check was mailed today. You should be receiving it shortly.

Remember, if you have other rebates pending with us, all rebate claims are assessed separately.

If you have any questions, please logon to www.cellphonerebates.com or call us at (866) 607-9877.

We greatly appreciate your business and look forward to serving you again soon.

Please do not reply to this e-mail, this e-mail box is not monitored for replies.

Sincerely,

Rebate Processing Center Customer Care

*[handwritten: 1/11/08 never Received This Rebate]*

*[stamp: FILED 2008 JAN 16 AM 8:53 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE]*

Tuesday, August 21, 2007 America Online: Ken247365

**Your Rebate Support Center**

**Wireless**

Search Results:

| | |
|---|---|
| Promotion: | Customer Appreciation H17945 |
| Claim ID: | 36841895 |
| Customer Name: | KENNETH YOUNG |
| Address: | 242 MONTERRA DR |
| Product Name: | $50 Rebate Phone Agreement |
| Rebate Amount: | $50.00 |
| Claim Status: | Received, Submission is being processed |
| Submission Origin: | Standard Submission |

Claim approved. Payment pending, please allow 4-5 weeks for payment processing.

If you have any question or concerns please call (866) 607-9877.