IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | :| |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INPHONIC, INC., et al.,[1] | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AMONG
DEBTORS, SIMPLEXITY, ADEPTIO AND VERIZON WIRELESS FOR
ASSUMPTION, ASSIGNMENT, AND CURE OF CERTAIN AGREEMENTS**

I, Mary E. Augustine, counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certify and state as follows:

1. On November 8, 2007, the Debtors filed the Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Sale of Substantially All of Its Assets, (B) Approving an Asset Purchase Agreement (the "Agreement"), Subject to Higher and Better Offers, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief; (the "Sale Motion"). The Sale Motion sought entry of an order approving the Agreement between the Debtors and Adeptio INPC Funding, LLC ("Adeptio" or "Buyer").

2. On November 29, 2007, the Debtors filed with the Bankruptcy Court that certain Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (the "Cure Notice"). The Cure Notice sets forth the list of contracts that the Debtors may seek to assume, assign and sell and the corresponding Cure Costs.

---

[1] The Debtors are InPhonic, Inc., CAIS Acquisition LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

{00728624;v1}

3. On December 13, 2007, the Bankruptcy Court entered an order approving the Sale Motion and Agreement (the "Sale Order"). Pursuant to the Sale Order and Agreement, the Debtors may assume, sell and assign certain of their unexpired leases, license agreements, and executory contracts free and clear of all liens, claims, encumbrances, and interests upon satisfaction of the cure amounts ("Cure Costs") required under section 365(b)(1)(A) of title 11 of the United States Code (the "Bankruptcy Code").

4. On December 5, 2007, Cellco Partnership, a Delaware partnership, d/b/a Verizon Wireless ("Verizon Wireless") filed an objection to the Sale Motion (the "Verizon Wireless Objection").

5. On or around December 21, 2007, the Buyer assigned to Simplexity, LLC, a Delaware limited liability company and a subsidiary of the Buyer ("Simplexity"), its rights to receive the assets from the Debtors under the Agreement.

6. The Debtors, Simplexity, Adeptio and Verizon Wireless entered into a stipulation to resolve the Verizon Wireless Objection and to govern the assumption, assignment and cure of certain of Verizon Wireless' agreements with the Debtors, as amended in accordance with the stipulation (the "Stipulation"). A copy of the Stipulation is attached hereto as Exhibit A.

7. Attached hereto as Exhibit B is a proposed form of order (the "Order") approving the Stipulation. The Official Committee of Unsecured Creditors and the Office of the United States Trustee consent to the entry of the Order.

**WHEREFORE**, the Debtors respectfully request the entry of the Order approving the Stipulation at the Court's earliest convenience.

Dated: Wilmington, Delaware
January 18, 2008

**BAYARD, P.A.**

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000

-and-

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:    (212) 335-4569

Counsel for Debtors
and Debtors in Possession