## Exhibit A

## Schedule of Rejected Contracts

{00718222;v1}

EXHIBIT A

| Name | Address |
| --- | --- |
| 123 TALKFREE | |
| 1ST CHOICE US COMMUNICATIONS INC | 1000A CHUKKER RD, DELRAY BEACH, FL 33483 |
| 21ST CENTURY MARKETING | 1750 NEW HIGHWAY, FARMINGDALE, NY 11735 |
| 24/7 REAL MEDIA USA | 132 W 31ST ST, 9TH FLOOR, NEW YORK, NY 10001 |
| 247 MALLS | DORFSTRASSE 33, UNTERSIEBENBRUNN, UNTERSIEBENBRUNN A-2284, AUSTRIA |
| 3 TECH | 3003 ARAPAHOE SL STE 209, ATTN: ANGELA COLE, DENVER, CO 80205 |
| 302 MEDIA (MILESOURCE) | 302 5TH AVE, SUITE 800, NEW YORK, NY 10001 |
| 33 COMMUNICATIONS LLC | 433 W 14TH ST, SUITE 3R, NEW YORK, NY 10014 |
| 360 MEDIA PLANNERS | ATTN: ACCTS RECEIVABLE, 7700 CONGRESS AVE SUITE 3104, BOCA RATON, FL 33487 |
| 360 WIRELESS.COM | 620 US RT 26, BORDENTOWN, NJ 08505 |
| 360WIRELESS.COM | 107 MANLOVE AVE, BLDG B SUITE J, HIGHTSTOWN, NJ 08520 |
| 3GUPLOAD.COM | 3GUPLOADCOM, 3020 NORTH POST RD, INDIANAPOLIS, IN 46226 |
| 3XROI | PMB 32 2485 NOTRE DAME BLVD, SUITE 370, CHICO, CA 95928 |
| 411 WEB DIRECTORY INC | 10559 JEFFERSON BLVD, SUITE C, CULVER CITY, CA 90232 |
| AAA OHIO MOTORISTS ASSOCIATION | LORI GATTO, 5700 BRECKSVILLE RD, INDEPENDENCE, OH 44131 |
| AAAVIRTUAL | PO BOX 4744, CHERRY HILL, NJ 08034 |
| AARON RENTS INC | 309 E PACES FERRY RD NE, ATLANTA, GA 30305 |
| AARP SERVICES INC | PO BOX 6503, CAROL STREAM, IL 60197-6503 |
| ABACUS DIRECT CORPORATION | PO BOX 7247-7674, PHILADELPHIA, PA 19170-7674 |
| ABOUT.COM | ATTN: MIRA SHENTOU, 1440 BROADWAY 19TH FL, NEW YORK, NY 10018 |
| ABRAZOCOM INC | ATTN: ROBERT SMITH, 5002 NEW CASTLE LANE, SAN ANTONIO, TX 78249 |
| ACCESSORIES HUT | 20-33 38TH ST, ASTORIA, NY 11105-1631 |
| ACCESSORIESUSA | 139 22ND AVE E, SEATTLE, WA 98112 |
| ACTUALNAMES.COM | ACCOUNTING DEPT AT ACTUALNAME, 1627 POPHAM AVE, BRONX, NY 10453 |
| ACXIOM (JOBS ONLINE) | 4090 COLLECTIONS CENTER DR, CHICAGO, IL 60693 |
| ADAS WEB GROUP INC | PO BOX 76, WANTAGH, NY 11793 |
| ADDICTIVE MARKETING | ATTN: KEN KEYES, 4504 FAIRFIELD DR, BETHESDA, MD 20814 |
| ADEPT WIRELESS LLC | 313 HAMMONTON PL, SILVER SPRING, MD 20904 |
| ADNET INTERNATIONAL | 2059 FOREST AVE SUITE 7, CHICO, CA 95928 |
| ADSO MEDIA ASCHEBERGSGATAN 22 | ASCHEBERGSGATAN 22, 411 27 GOTHENBURG, SWEDEN |
| ADTEGRITYCOM INC | 3501 LAKE EASTBROOK BLVD SE, SUITE 100, GRAND RAPIDS, MI 49546 |
| ADTEL AMERICA | 1325 CAPITAL PARKWAY, SUITE 123, CARROLTON, TX 75006 |
| ADTERACTIVE | 303 SECOND ST STE 375, SOUTH TOWER, SAN FRANCISCO, CA 94107 |
| ADVERTISING.COM | PO BOX 630353, BALTIMORE, MD 21263-0353 |
| AFCO | 4501 COLLEGE BOULEVARD, SUITE 320, LEAWOOD, KS 66211 |
| AFFINITY CONNECT LLC | 1224 BOUCHER AVE, ANNAPOLIS, MD 21403 |
| AFFINITY DATA LLC | 7065 BAYOU WEST PL, PINELLAS PARK, FL 33782 |
| AFFINITY RESOURCES | 2901 RIDGE LAKE DR, SUITE #209, METAIRIE, LA 70002-4934 |
| AG | EDWIN DEMONS, PO BOX 15347, TALLAHASSEE, FL 32317 |
| ALL ACCESS MARKETING | 2500 QUANTUM LAKES DR, SUITE 203, BOYNTON BEACH, FL 33426 |
| ALLAN KEITER | |
| ALLIED INCENTIVES | 5501C AIRPORT BLVD, TAMPA, FL 33634 |
| ALLINES PLACEMENT FIRM | P O.BOX 7247-8341, PHILADELPHIA, PA 19170-8341 |
| AMACAI | SUITE 4010, 233 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| AMAZON.COM, INC. | SUITE 1200, 1200 12TH AVENUE SOUTH, SEATTLE, WA 98144 |
| AMAZONCOM INC | SUITE 1200, 1200 12TH AVENUE SOUTH, SEATTLE, WA 98144 |
| AMERICAN COMMUNICATIONS | 5508 ADDISON RD, CAPITOL HEIGHTS, MD 20743 |
| AMERICAN SPORTSMAN | 1 CREEKSIDE DR, GREENVILLE, TX 75402 |
| AMG | ATTN: BILL SUNESON, 30 WASHINGTON ST, WELLESLY HILLS, MA 02481 |
| AMS GLOBAL INC | 8122 W 4TH ST, LOS ANGELES, CA 90048 |
| ANDREA SEITH | 7454 WOODHAVEN DRIVE, LA PLATA, MD 20646 |
| ANDREW B ZEINFELD | SUITE 600, 1010 WISCONSIN AVE NW, WASHINGTON, DC 20007 |
| ANNE REICH TEMPELIS | #3, 111 DEER CROSSING, JOHNSON CREEK, WI 53038 |
| ANYTHING EMAIL INC | 4803 N DIXIE HWY, FT LAUDERDALE, FL 33334 |
| AOL | PO BOX 5696, NEW YORK, NY 10087-5695 |
| APEX SEARCH ENGINE MARKETING | 2760 MELROSE AVE, WOODSTOCK, MD 21163-1103 |
| APTIMUS INC | 2001 SIXTH AVE STE 3200, SEATTLE, WA 98121-2522 |
| ARBANGO (ENDAI) | 75 MAIDEN LANE, 4TH FLOOR, NEW YORK, NY 10038 |
| ARCAMAX | 860 OMNI BLVD, SUITE C, NEWPORT NEWS, VA 23606 |

EXHIBIT A

| Name | Address |
|---|---|
| ARCHIVES ONE, INC. | P O.BOX 27128, NEW YORK, NY  10087-7128 |
| AREA COMMUNICATIONS | 9741 TRAVILLE GATEWAY DR, ROCKVILLE, MD  20850 |
| ARINZE | ARINZE EZE, 47 MUSWELL RD, BEDFORD  MK429PH, UNITED KINGDOM |
| ASAMRAZAE274383PA10 | MAJID SHERAZ, 875 MASSON AVE., SAN BRUNO, CA  94066 |
| ASCENDANT MEDIA (EZ SWEEPS) | 810 DOMINICAN DR, NASHVILLE, TN  37228-1906 |
| ASHANIT TECHNOLOGY INC | ATTN DIONNE MUHAMMED, 3962 SWEETWATER PARKWAY, ELLENWOOD, GA  30294 |
| ASK.COM | FILE 30755, PO BOX 60000, SAN FRANCISCO, CA  94160 |
| AUTOMOTIVE.COM | 1901 E CAMEGIE #1Q, SANTA ANA, CA  92705 |
| AV WIRELESS INC | 40 W GUDE DR, SUITE 220, ROCKVILLE, MD  20850 |
| AVENUE A LLC | W501955, PO BOX 7777, PHILADELPHIA, PA  19175-1955 |
| AZOOGLEADS | 140 ALLSTATE PARKWAY, SUITE # 505, MARKHAM, ON  L3R 5Y8, CANADA |
| BARGAIN NETWORK INC | 326 BOLLAY DR, GOLETA, CA  93117 |
| BAYHAM WIRELESS | 6017 GUILD COURT, LAS VEGAS, NV  89131 |
| BEFREE | PO BOX 5600, 4353 PARK TERRACE DR, WESTLAKE VILLAGE, CA  91361 |
| BEILAIR COMMUNICATIONS | 4268 ERIE AVE, NAVARRE, OH  44662 |
| BEN MICHELSON | DAVID MIZRACHI 22, REHOVOT  76531, ISRAEL |
| BEN STEPHENSON | 14536 NEWTON ST, OVERLAND PARK, KS  66223-1114 |
| BEYOND ROI | 1250 E HALLANDALE BEACH BLVD, SUITE 604, HALLANDALE, FL  33009 |
| BIGFOOT INTERACTIVE | 263 9TH AVE, 10TH FLOOR, NY, NY  10001 |
| BIZ RATE.COM | 4053 REDWOOD AVE, LOS ANGELES, CA  90066 |
| BLASTRO | 823 CONGRESS AVE, #440, AUSTIN, TX  78701 |
| BLUE ORB | 2326 EWING ST, LOS ANGELES, CA  90039 |
| BRADFORD & REED | 48 W 37TH ST, 7TH FLOOR, NEW YORK, NY  10018 |
| BRANDSEED CUSTOMER CONNECT LLC | 3400 S CRATER RD, PETERSBURG, VA  23805 |
| BRENDA FURQUERON | 608 MEADOWLAKE DR, OZARK, AL  36360 |
| BRENDA KELLER | 715 N WAYNE ST APT 104, ARLINGTON, VA  22201 |
| BRIAN CURRAN | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| BRIAN WESTRICK | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| BROAD VISION GROUP | 2501 W HILLSBORO BLVD, SUITE 105, DEERFIELD BEACH, FL  33442 |
| BRONSON VENTURES LTD | ACCOUNTS RECEIVABLE, 153 E 32ND ST 9TH FLOOR, NY, NY  10016 |
| BULLZ-EYECOM LLC | ATTN GERARDO ORLANDO, 1496 WESTFORD CIRCLE #101, WESTLAKE, OH  44145 |
| BURST! MEDIA LLC | 8 NEW ENGLAND EXECUTIVE PARK, BURLINGTON, MA  01803 |
| BUSHRA`S BEST DEAL ON DISHTV | BUSHRA PERVEEN, 11 GREGORY RD, APT-J, NORWICH, CT  06360 |
| BUYERS UNITED INC | |
| CABLE CONNECTION LLC | C/O TELAMERICA MEDIA, 1435 WALNUT ST 4TH FL, PHILADELPHIA, PA  19102 |
| CAMCOOCAY LLC | 6932 GLEN ARBOR, FLORENCE, KY  41042 |
| CAMPUS DIMENSIONS INC | 1500 JFK BLVD, SUITE 800, PHILADELPHIA, PA  19102-1737 |
| CAPELINKS | PO BOX 403, SOUTH DENNIS, MA  02660 |
| CAPITAL MANAGEMENT INTERNATIONAL | 2522C N FAIRFAX DR, ARLINGTON, VA  22201 |
| CAPITOL OFFICE SOLUTIONS | PO BOX 277728, ATLANTA, GA  30384 |
| CASALE MEDIA | 126 RENAISSANCE COURT, VAUGHAN, ON  1417W4, CANADA |
| CATAPULT LIST MANAGEMENT SERVICES | 49 ADRIENNE LANE, GARRISON, NY  10524 |
| CCT MARKETING LLC | 401 HACKENSACK AVE, HACKENSACK, NJ  07601 |
| CDI ACCESS | 3573 KUMUKOA ST, HONOLULU, HI  96822 |
| CELL MADE SIMPLE | ONLINE LEAD GENERATION, CA |
| CELLPRO INC | 8024 OLD COUNTRY RD 54, NEW PORT RICHEY, FL  34653 |
| CELLULAR CHOICES | 16004 SW TUALATIN-SHERWOOD RD, #166, SHERWOOD, OR  97140 |
| CELLULAR ONE GROUP (WESTERN WIRELESS) | WESTERN WIRELESS CORPORATION, PO BOX 70870 CM122176, ST PAUL, MN  55170 |
| CELLULAR SEEKERS INC | 1600 W OAKLAND PARK BLVD, SUITE 200, FL LAUDERDALE, FL  33311 |
| CHAD MUSAK (MOBILE LOGIC INC) | 3859 WEKIA SPRINGS RD, SUITE 311, LONGWOOD, FL  32779 |
| CHARIWOOD EMARKETING | SUITE 2, 81 BRUNSWICK AVE, TORONTO, ON  M5S 2L8, CANADA |
| CHARLENE A BARNES | 17601 CLAGETT LANDING RD, UPPER MARLBORO, MD  20774 |
| CHARLES N CHIAZOR | 11700 OLD COLUMBIA PIKE #1818, SILVER SPRING, MD  20904 |
| CHAUNCIE CONSULTING GROUP | 28 W 36TH ST, SUITE 804, NEW YORK, NY  10018 |
| CHEAP FLIGHTS | 19803 AHWANEE LANE, NORTHRIDGE, CA  91326 |
| CHILDSAFE NETWORK LLC | 2 WISCONSIN CIRCLE, SUITE 700, CHEVY CHASE, MD  20815 |
| CHOICEPOINT (ITSIMAZING/TRIANA CORP) | 3801 WOODLAND HEIGHTS RD, SUITE 200 ATTN A/R, LITTLE ROCK, AR  72212 |
| CHOOSEYOURWIRELESS.COM | 320 WATTS ST, APT 3, MORGANTOWN, WV  26501 |

EXHIBIT A

| Name | Address |
|---|---|
| CHRIS DUBOVIK | 205 SCARBOROUGH ST, HARTFORD, CT 06105 |
| CHRISTIAN COALITION OF AMERICA | 8730 NORTHPARK BLVD, BLDG D SUITE C, SC 29962 |
| CIRCUIT CITY | 9950 MAYLAND DR, RICHMOND, VA 23233 |
| CITYWIDE COMMUNICATIONS | ATTN: VINCENT KENNEY, 61 1/2 E FRANKLIN ST, HAGERSTOWN, MD 21740 |
| CLASSMATES.COM | PO BOX 84821, SEATTLE, WA 98124-6121 |
| CLICKFORMAIL.COM | 9202 CEDAR CREST DR, SUITE 100, AUSTIN, TX 78750 |
| CLINT WHEELER | 511 JOHN MARSHAL DR, VIENNA, VA 22180 |
| CLINT WHEELER | 8320 WOLFTRAP RD, VIENNA, VA 22182 |
| CMS | 5095 MURPHY CANYON RD, SUITE 240, SAN DIEGO, CA 92123 |
| CNET NETWORKS INC | 235 SECOND ST, SAN FRANCISCO, CA 94105 |
| COACH ILLUSTRATED | 2525 GREEN TECH DR, SUITE B, STATE COLLEGE, PA 16803 |
| COFF & COFF 1 | |
| COLLEGE CELLULAR INC | 569 N MAIN ST, DOYLESTOWN, PA 18901 |
| COLLEGE PUBLISHER | 100 CITY HALL PLAZA, BOSTON, MA 02108 |
| COLLIERLAND | HERDIE COLLIER / HERDIE J COLLIER, JR, 7746 CLEMENTS RD, WYNCOTE, PA 19095 |
| COLONIZECOM INC | 213 N AURORA ST STE 1, ITHACA, NY 14850-4360 |
| COMMUNICATION CONSULTANTS | 3009 E 1ST ST, ST DULUTH, MN 55812 |
| COMMUNICATIONS DEPOT | 5015 S FLORIDA ST, SUITE 403, LAKELAND, FL 33813 |
| COMMUNITY CONNECT | ATTN: CALVIN WONG, 205 HUDSON ST 6TH FLOOR, NEW YORK, NY 10013 |
| COMPUGALAXY INC - DIRECTLYMOBILE.COM | ATTN MARK FRIEDMAN, 4201 WILSHIRE BLVD STE 522, LOS ANGELES, CA 90010 |
| CONNECTIFY NETWORKS INC | 1014 SCOTT ST, SAN FRANCISCO, CA 94115 |
| CONSUMER BASE LLC | 1007 CHURCH ST, SUITE #510, EVANSTON, IL 60201 |
| CONSUMER DATA GROUP | 1830 S INDIANA AVE, UNITG, CHICAGO, IL 60616 |
| CONSUMERBASE LLC | 1007 CHURCH ST, SUITE 510, EVANSTON, IL 60201 |
| CONTEXTUALNET | 71 W 23RD ST, SUITE 515, NEW YORK, NY 10010 |
| COOLSAVINGS INC | PO BOX 101452, ATLANTA, GA 30392-1452 |
| CORPORATE COMMUNICATIONS GROUP INC | 3389 SHERIDAN ST #175, HOLLYWOOD, FL 33021 |
| COUNCIL OF RESIDENTIAL SPECIALISTS | ERIC BERKLAND, 430 NORTH MICHIGAN AVE, CHICAGO, IL 60611 |
| COUPONS INC | 1301 SHOREWAY RD, BELMONT, CA 94002 |
| COVERCLICKS | 333 E 149TH ST, 3RD FLOOR, BRONX, NY 10451 |
| COWAN SERVICES | UONNA COWAN 2808 S 111TH E AVE TULSA, OK 74129, UONNA COWAN 2808 S 111TH E AVE TULS, OK 74129 |
| CPA2BIZ | 527 THIRD AVE, SUITE # 214, NEW YORK, NY 10016 |
| CURRAN & CONNORS | 140 ADAMS AVE STE C20, HAUPPAUGE, NY 11788-3618 |
| CUSTOMER KNOWLEDGE | 705 GREENWAY TRACE, WOODSTOCK, GA 30189 |
| CYBERADS INC | 1681 LOMA ROJA, SANTA ANA, CA 92705 |
| CYBERADS INC | ATTN: WALT TATUM, 1681 LOMA ROJA, SANTA ANA, CA 92705 |
| CYBERNET TECHMOLOGY | JJ FRESH, 233 YORNK, TOOBS, NJ 06776 |
| CYDOOR | 26 W 17TH ST, NEW YORK, NY 10011 |
| CYDOOR TECHNOLOGIES INC | 26 W 17 ST, NEW YORK, NY 10011 |
| CYPHER MARKETING INC | 1374 S BRENTWOOD DR, OLATHE, KS 66062 |
| CYPHER MARKETING INC | ATTN: DANIEL JACOB, 2009 E CHEROKEE PL, OLATHE, KS 66062 |
| DATA MARKETING | 699 BAY ESPLANADE, CLEARWATER, FL 33767 |
| DATADATECOM INC | 34700 COAST HWY, SUITE 104, CAPISTRANO BEACH, CA 92624 |
| DATRAN MEDIA | ATTN: JAY GREENWALD, 16 FAIRWAY COURT, CRESSKILL, NJ 07626 |
| DATRAN MEDIA | PO BOX 7247-9284, PHILADELPHIA, PA 19170-9284 |
| DAVID A STEINBERG | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| DCGHDFGH | SDFZXFG SFGSDFGSDFG, SDFSDFSDFGSDFG, SDFSDFSDFG, OK 23425 |
| DEALHELPERCOM INC | 15760 VENTURA BLVD, SUITE 2020, ENCINO, CA 91436 |
| DEFENDERS OF WILDLIFE | ATTN: CHARLES ORASIN, 1130 SEVENTEENTH ST NW, WASHINGTON, DC 20036-4604 |
| DELL PRODUCTS LP | 1 DELL WAY, ROUND ROCK, TX 78682 |
| DENNIS SHEPHERD | 20800 LAKE CHABOT RD 21D, CASTRO VALLEY, CA 94546 |
| DESKTOP PUBLISHERS (A MARTEL) | 2498-124B, SOUTH SURREY, BC V4A 3N6, CANADA |
| DEVO SERVICES | 85, AN AV YAACOUB EL MANSOUR, ET NASEH EDDINE 1ER ETAGE, APT 1, CASABLANCA, MOROCCO |
| DIALFREECALLS | 267 RT 46 E, DENVILLE, NJ 07834 |
| DIGITAL ARROW | 1730 S FEDERAL HWY, SUITE 116, DELRAY BEACH, FL 33483 |
| DIGITAL ROOT | 40 W 22ND ST, 6TH Flr, NEW YORK, NY 10010 |

EXHIBIT A

| Name | Address |
|---|---|
| DIRECTNET ADVERTISING | 9400 4TH ST N, #200, ST PETERSBURG, FL 33702 |
| DIRECTQLICK.COM | ATTN: MARCELA CORDOBA, 23436 MADERO SUITE 230, MISSION VIEJO, CA 92691 |
| DIRECTSTUFF.COM | PO BOX 16530, PITTSBURGH, PA 15242 |
| DISCOUNT TELECOM LLC | 41 ENNIS LANE, FAIRFIELD, CT 06824 |
| DISH MANAGEMENT GROUP INC | 599 W HARTSDALE AVE, SUITE 201, WHITE PLAINS, NY 10607 |
| DISH NETWORK | CRISTIN BADGLEY, 352 BRIGHTMOOR ST, TEMPERANCE, MI 48182 |
| DISH NETWORK | EAN WESTPHAL, RR 3 BOX 295, WESTVILLE, OK 74965 |
| DISH NETWORK | GILLES COUROUX, 344 RUE CENTENAIRE, EMBRUN, ON K0A1W0, CANADA |
| DISH NETWORK | H M, PLACERITA CYN RD, NEW HALL, CA 91321 |
| DISH NETWORK | JOE RODRIGUEZ, 1249 WEST STATE ST APT 1, FREMONT, OH 43420 |
| DISH NETWORK | RAMI AYOOB, VILLA 4 GATE 86 ROAD 36 BLOCK 522, BARBAR 00973, BAHRAIN |
| DISH NETWORK | RE: MOXIE INC, JEFF HOWARD, 2000 CORNERSTONE DR, KINGFISHER, OK 73750 |
| DISH NETWORK | STEPHEN DODGE, 7720 HAWTHORN DRIVE, PORT RICHEY, FL 34668 |
| DISHLIFE.COM | DFASFDS DSFASDFDA, 8722 COWERS WAY #5, SAN DIEGO, CA 92112 |
| DISHMAN | JOHN PHILLIPS, 153 COLLINS STREET, COLLINGWOOD, ON L9Y 4L7, CANADA |
| DNA-DIRECTNET ADVERTISING | 877 EXECUTIVE CENTER DR W, #300, ST PETERSBURG, FL 33702 |
| DO NOT USE (SEE FCCC) | ATTN DR LARRY TOY, 1102 Q ST 3RD FLOOR, SACRAMENTO, CA 95814 |
| DON MURRAY | 114 E 7200 S, MIDVALE, UT 84047 |
| DONKEYMAILS | TANVIR SS, 2604 CHEROKEE DRIVE, CALGARY, AB T2L 0X9, CANADA |
| DOTZOO.COM | 12624 SE 83RD CT, NEWCASTLE, WA 98056 |
| DR SOLUTIONS LLC | 4 RESEARCH DR, SUITE 402, SHELTON, CT 06484 |
| DREAM PAGES INC | 6005 DAVENPORT RD, DALLAS, TX 75248 |
| DREAMAM LTD | 18 E 41ST ST, NEW YORK, NY 10001 |
| E TRADE FINANCIAL | PO BOX 1542, MERRIFIELD, VA 22116-1542 |
| EARTHLINK | ATTN: ACCOUNTS RECEIVABLE - GP, 1375 PEACHTREE RD LEVEL A, ATLANTA, GA 30309 |
| EARTHLINK | KRISTI HALFORD, 1375 PEACHTREE RD-LEVEL A, ATLANTA, GA 30309 |
| EASTERN CELLULAR | 141 ARNOLD BLVD, HOWELL, NJ 07731 |
| EBATES.COM | DEPT 33055, PO BOX 39000, SAN FRANCISCO, CA 94139-3055 |
| ECOMMERCE HOSTING SOLUTIONS.COM | PO BOX 805, MIDWAY, UT 84049 |
| ECOMPANIES UNLIMITED INC | 50 E 18TH ST, SUITE B7, BROOKLYN, NY 11226 |
| ECUBE MEDIA INC | 216 E 29TH ST, #1E, NEW YORK, NY 10016 |
| EDUCATIONAL DIRECT | 7700 OLD GEORGETOWN RD, SUITE 600, BETHESDA, MD 20814 |
| EDYY322 RD | EDYY322 RD, EDYY3222@YAHOO.COM, BG, AK 20081 |
| EFAST ADVANCE | 10895 LOWELL, FIRST FLOOR, OVERLAND PARK, KS 66210 |
| E-LIST MARKETERS INC | 20283 STATE RD 7, SUITE 300, BOCA RATON, FL 33498 |
| ELITE MARKETING INC | C/O JAIME LAWHORNE, 83 ANCHOR LANE, SANTA ROSA BEACH, FL 32459 |
| EMAILRESULTSNET | 83 WASHINGTON ST, DOVER, NH 03820 |
| EMAZING | ATTN: A/R, 620 SOUTH THIRD ST, LOUISVILLE, KY 40202 |
| EMORY DAY WORLDWIDE LLC | 1121 ANNAPOLIS RD, SUITE 298, ODENTON, MD 21113 |
| EMSI | 200 CENTENNIAL AVE, SUITE 203, PISCATAWAY, NJ 08854 |
| ENDAI | ATTN: ACCOUNTS RECEIVABLE, 217 WATER ST 3RD FLOOR, NEW YORK, NY 10038 |
| ENERGYON | ATTN: KENNETH SOULE, 132 FAIRGROUNDS RD, WEST KINGSTON, RI 02892 |
| EPEAK MEDIA INC | 1808 ASTON AVE, SUITE 180, CARLSBAD, CA 92008 |
| EPIQ EDISCOVERY SOLUTIONS, INC. | PO BOX 120250, DEPT 0250, DALLAS, TX 75312-0250 |
| EQUIP CORPORATION | 18062 SW 33RD ST, MIRAMAR, FL 33029 |
| ERNST & YOUNG LLP | PO BOX 828135, PNC BANK- PHILADELPHIA 828135, PHILADELPHIA, PA 19182-8135 |
| ESAVINGSZONE.COM | 74-785 HIGHWAY 111, SUITE 103, INDIAN WELLS, CA 92210 |
| ETHINK EMAIL | 4800 N FEDERAL HIGHWAY, SUITE 301A, BOCA RATON, FL 33434 |
| EUNIVERSE | 6060 CENTER DR, SUITE 300, LOS ANGELES, CA 90045 |
| EUNK MEDIA INC | 537 CLEMATIS ST W, PALM BEACH, FL 33401 |
| EXACT ADVERTISING LLC | PMB 2392, 101 W 23RD ST, NEW YORK, NY 10011 |
| EXCITE NETWORK | GENERAL POST OFFICE, PO BOX 26893, NEW YORK, NY 10087-6893 |
| EXTREME WIRELESS | 1907 S COLLEGE ST, #105, AUBURN, AL 36832 |
| EZ PHONE INC | C/O INTERNET SOFT SOLUTION, PO BOX 465 STATION WEST HILL, SCARBOROUGH, ON M1E 4Y9, CANADA |

EXHIBIT A

| Name | Address |
|---|---|
| EZSWEEPS | C/O ADVISIO SOLUTIONS LLC, 7 REYNARD CT, LITTLE ROCK, AR  72227 |
| EZULA INC | 1550 BRYANT ST, SUITE 490, SAN FRANCISCO, CA  94103 |
| F5 NETWORKS, INC. | C/O BANK OF AMERICA, PO BOX 406097, ATLANTA, GA  30384 |
| FACEBOOK INC | ATTN: ACCOUNTS RECEIVABLE, 156 UNIVERSITY AVE, PALO ALTO, CA  94301 |
| FASTCLICK.COM | 360 OLIVE SL, SANTA BARBARA, CA  93101 |
| FATHUB (PERFECT PRESENCE) | 1334 LANCASTER AVE, READING, PA  19607 |
| FAYE`S MANAGEMENT (NO LIMIT WIRELESS) | 2753-30 S MENDENHALL, MEMPHIS, TN  38115 |
| FDADSA | JIXUAN ZHAO, NO534,BUNIMUTIANMING STR, LUZHOU  646000, CHINA |
| FINANCIAL MARKETING INC | 4481 LEGENDARY DR, SUITE 150, DESTIN, FL  32541 |
| FITSAVER | 1996 OVERSEAS HWY #14, MARATHON, FL  33050 |
| FLASHPOINT (FLASHTRACK) | ELITE ST, 1375 BROADWAY 6TH FLOOR, NEW YORK, NY  10018 |
| FLIPSWAP, INC. | SUITE 807, 2771 PLAZA DEL AMO, TORRANCE, CA  90503 |
| FOUNDATION CCC | ATTN: DR LARRY TOY, 140 MAYHEW WAY SUITE 704, PLEASANT HILL, CA  94523 |
| FOUNDATION FOR CALIFORNIA COMM COLLEGES | 1102 Q ST, 3RD FLOOR, SACRAMENTO, CA  95814 |
| FOUR STAR | 122 EXETER RD, MASSSAPEQUA, NY  11758 |
| FOUR STAR (SIGNATURE 21) | 122 EXETER RD, MASSAPEQUA, NY  11758 |
| FRANK C BENNETT | 1010 WISCONSIN AVE, SUITE 600, WASHINGTON, DC  20007 |
| FREEDOM STARR DBA AMERICAN FONE | 8730 SUNSET BLVD, SUITE 700, LOS ANGELES, CA  90069 |
| FREEZECOM LLC | 1900 MEDICAL ARTS AVE S, SARTELL, MN  56377-4646 |
| FSDF | TUANANH LANG, QUANGNINH, QUANGNINH, NY  10000 |
| FULFILLMENT PLUS INC | 39 GREEN ST, WALTHAM, MA  02451-1646 |
| FULL E-MEDIA MARKETING LLC | PO BOX 2021, CARLSBAD, CA  92018-2021 |
| FULLCIRCLE INTERACTIVE | PO BOX 164, NEW YORK, NY  10013 |
| FUNDRAISING DYNAMICS MINISTRY | PATRICK PATTON, 1702 E TROY AVE., INDIANAPOLIS, IN  46203 |
| GAIT MEDIA INC | 774 MAYS BLVD #10 PMB 261, INCLINE VILLAGE, NV  89451 |
| GARY J SMITH | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| GATTACA INC | 39 E 30TH ST, SUITE 3, NEW YORK, NY  10016 |
| GEAR SIX | 18 CROW CANYON COURT, SUITE #240, SAN RAMON, CA  94583 |
| GEOFFREY R MOTT | 599 PRIMUS COURT, FREDERICK, MD  21703 |
| GEORGE MORATIS | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| GERALD MASON (JAG CELLULAR) | 501 CEDAR AVE, WEST LONG BEACH, NJ  07764 |
| GETYOURWIRELESS.COM | 25 E ILLINOIS, CHICAGO, IL  60611 |
| GIANT REWARDS | 210 RTE 4E, SUITE 303, PARAMUS, NJ  07652 |
| GLOBALCOM SOLUTIONS LLC | 545 N 1624 RD, LAWRENCE, KS  66049 |
| GN NETCOM | HOUSE OF ADJUSTMENT, ATTN: MEL CHAIKEN, MAMARONECK, NY  10543 |
| GO PREPAID DEPOT | 11835 CARMEL MOUNTAIN, #1304-409, SAN DIEGO, CA  92128 |
| GOOD SAM CLUB | ATTN: GRETCHEN LEMASTER, 2575 VISTA DEL MAR DR, VENTURA, CA  93001 |
| GOODGUYS | ATTN: MICAH ELDREDGE, 120 SW ANKENY ST SUITE 420, PORTLAND, OR  97204 |
| GOOGLE INC | DEPARTMENT NO 33654, PO BOX 39000, SAN FRANCISCO, CA  94139-3181 |
| GOT DISH | JOEY PRIMEAUX, 1821 20TH ST, PORT HURON, MI  48060 |
| GOWIREIESS4LESS | |
| GOZING | 17207 VENTURA BLVD, SUITE 4, ENCINO, CA  91316 |
| GREATMEALS USA INC | 9683 PARKVIEW AVE, SUITE 100, BOCA RATON, FL  33428 |
| GREGORY S COLE | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| GROUP LOTTO | 1 BLUE HILL PLAZA, 5TH FLOOR PO BOX 1665, PEARL RIVER, NY  10965 |
| GROUP LOTTO | 1 BLUE HILL PLAZA, 5TH FLOOR PO BOX 1665, PEART RIVER, NY  10965 |
| GROVERCHEWS | GROVER C HEWS, 1 NEWHALL STREET, FAIRFIELD, ME  04937 |
| H20 MEDIA INCORPORATED | 5407 E CALLE TUBERIA, PHOENIX, AZ  85018 |
| HAMPTON & ASSOC | 2070 VALLEYDALE RD, SUITE 1, BIRMINGHAM, AL  35244 |
| HIGH FALLS MEDIA | 460 STATE ST, SUITE 302, ROCHESTER, NY  14608 |
| HIGH PERFORMANCE NETWORKS INC | 2655 29TH ST, ASTORIA, NY  11102 |
| HOME-LINK | ONE RESERVOIR CORP CENTER, 4 RESEARCH DR, SHELTON, CT  06484 |
| HOT WIRELESS | 1582 RL 9, UNIT #3, WAPPINGERS FALLS, NY  12590 |
| HSG/ATN | 80 PINON SHADOWS CIRCLE, SEDONA, AZ  86336 |
| I WON INC | PO BOX 26893, NEW YORK, NY  10087-6893 |
| ICC | 97 MARCUS BLVD, HAUPPAUGE, NY  11788 |
| ICON INTERNATIONAL INC | PO BOX 533191, ATLANTA, GA  30310-3191 |
| IKLAN | SAI FUL, ALUR, JAKARTA, AL  01546 |
| IMPULSE MARKETING GROUP | 5887 GLENRIDGE DR, SUITE 400, ATLANTA, GA  30328 |

EXHIBIT A

| Name | Address |
|---|---|
| IMUSTPLAY | C/O IMUSTLOTTO, 425 EAST COLORADO ST STE 500, GLENDALE, CA 91205-5118 |
| INFINITE MEDIA | 190 E POST RD, WHITE PLAINS, NY 10601 |
| INFO ADVANCE COMUNICATION OSIRIS CUETO 8NORTH MAIN | STATE CONTRACT NUMBER 0, CASET1, O, SOUTHAMPTON, NY 11968 |
| INFOTECH INTERNATIONAL | ATTN: STEVE LEE, 17032 MANZANITA ST #158, STIRLING CITY, CA 95978 |
| INMAR LLC | 16550 NW 10TH AVE, MIAMI, FL 33169 |
| INNOVATE IT | FABRIKSGATAN 10, 412 50 GOTEBORG 00412, SWEDEN |
| INNOVATION ADS INC | 116 W 23RD, SUITE 500, NEW YORK, NY 10011 |
| INSITE DIRECT INC | 60 E 8TH ST, 19TH FLOOR, NEW YORK, NY 10003 |
| INTEGRACLICK INC | 4114 CENTRAL SARASOTA PKWY, #1116, SARASOTA, FL 34238 |
| INTEIESIS | ATTN: BRYAN SEDWICK, 603 CANNE PL, CELEBRATION, FL 34747 |
| INTELENET WIRELESS | 299 DEO DR, #117, NEWARK, OH 43055 |
| INTERMARK MEDIA INC | 311 CROSSWAYS PARK DR, WOODBURY, NY 11797-2041 |
| INTERNET | MUHAMMAD NAZIM, 30 PENASCO CRT, SACRAMENTO, CA 95833 |
| INTERNET WIRE | 5757 CENTURY BLVD, 3RD FLOOR, LOS ANGELES, CA 90045 |
| INVICTA MEDIA GROUP | 12509 BEL RED RD, SUITE 200, BELLEVUE, WA 98005 |
| IRON TRAFFIC | 1375 BROADWAY, NEW YORK, NY 10018 |
| ISPYOFFERS INC | 1001 DOVE ST #275, NEWPORT BEACH, CA 92660 |
| ITN INC (FREE CLUB) | 17672-B COWAN AVE, SUITE 240, IRVINE, CA 92614 |
| IVILLAGE | 500 SEVENTH AVE - 14THFLR, NEW YORK, NY 10018 |
| J & R MUSIC WORLD- J & R COMPUTER WORLD- | J & R MUSIC AND COMPUTER WORLD, 23 PARK ROW, NEW YORK, NY 10038 |
| J LEWIS OF SATELLITE INDEPENDENT CONTRA | DEBORAH CLARKE, 16 ELDRIDGE PL, WILLINGBORO, NJ 08046-2271 |
| J&D WORLDWIDE CONNECTIONS | 7746 MIDFIELD AVE, LOS ANGELES, CA 90045-3236 |
| JACKPOT.COM | 15260 VENTURA BLVD STE 2000, SHERMAN OAKS, CA 91403 |
| JBR MEDIA VENTURES LLC | 2 WISCONSIN CIRCLE, SUITE 700, CHEVY CHASE, MD 20815 |
| JENNIFER JOHNSON | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| JOE MARULLO (ADVANCED WIRELESS) | 2615 BRIDGE AVE, POINT PLEASANT, NJ 08742 |
| JOHN D DARBY | 120 AMBERLEIGH DR, SILVER SPRING, MD 20905 |
| JOHN PURCELL | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| JUNO (UNITED ONLINE) | 1540 BROADWAY, 27TH FLOOR, NY, NY 10036 |
| JUNO ONLINE SERVICES | PO BOX 3009, THOUSAND OAKS, CA 91359-0009 |
| KALIN MANAGEMENT | 5925 CONWAY RD, BETHESDA, MD 20817 |
| KENNETH SCHWARZ | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| KESHA EVANS | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| KESSLER FINANCIAL SERVICES | 855 BOYLSTON ST, BOSTON, MA 02116 |
| KIWIBOX MEDIA INC | 330 W 38TH ST, SUITE 1602, NY, NY 10018 |
| KPR AND ASSOCIATES | 710 94TH AVE N, SUITE 308, ST PETERSBURG, FL 33702 |
| KTC KEANE TELECOM CONSULTING LLC | 542 CAVERLY DR, BRIGANTINE, NJ 08203 |
| LANGUAGE LINE SERVICES | PO BOX 16012, MONTEREY, CA 93942-6012 |
| LAST SECOND MEDIA | POURNELLE, FRANK R, 827 KENNY WAY, LAS VEGAS, NV 89107-4437 |
| LATHAM & WATKINS LLC | C/O JAMES ROGERS, 555 11TH ST NW, WASHINGTON, DC 20004 |
| LATIN-PAK | 141 CHESTERFIELD BUSINESS PKWY, CHESTERFIELD, MO 63005 |
| LAWRENCE WINKLER | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| LD DIRECT (MICROCORP) | 2856 JOHNSON FERRY RD, SUITE 200, MARIETTA, GA 30062 |
| LDWIZ | C/O LD WIZ, PO BOX 675, EASLEY, SC 29640 |
| LEAH BREWSTER | 1515 JUDD COURT, HERNDON, VA 20170 |
| LEAPFROG ONLINE | 807 GREENWOOD ST, EVANSTON, IL 60201 |
| LESHEN HOLDINGS LLC | 333 E 66TH ST SUITE 6B, NEW YORK, NY 10021 |
| LIQUIFIED CREATIVE | 2458 IVY LANDING WAY, ODENTON, MD 21113 |
| LIST SERVICES CORPORATION | 6 TROWBRIDGE DR, BETHEL, CT 06801 |
| LIVEWORLD INC (TALK CITY) | PO BOX 110040, CAMPBELL, CA 95011-0040 |
| LNTERNETFUELCOM INC | 9800 D TOPANGA BLVD #318, CHATSWORTH, CA 91311 |
| LOGIXWIRELESS | 6001 MOON #2224, ALBUQUERQUE, NM 87111 |
| LOWERMYBILLS.COM | 2401 COLORADO AVE, SUITE 200, SANTA MONICA, CA 90404 |
| M&A CELLULAR INC | 1965 CONEY ISLAND AVE, SUITE 2F, BROOKLYN, NY 11223 |
| MACKSTER | 297-101 KINDERKAMACK RD #300, ORADELL, NJ 07649 |
| MAGELLAN STRATEGIC MARKETING | 4424 MONTGOMERY AVE, STE 305, BETHESDA, MD 20814-4424 |
| MAILBITS MOBILE | |
| MAILCREATIONSCOM INC | 7200 CORPORATE CENTER DR, SUITE 303, MIAMI, FL 33126 |
| MAKANAN | DORA MONA, SAMIRONO CT 6/055, SLEMAN, TX 75204 |

EXHIBIT A

| Name | Address |
| --- | --- |
| MARKETING DIRECTIVES (PRIME ONE) | 220 W 19TH ST, #2A, NEW YORK, NY  10011 |
| MARKETS ON DEMAND | 57 W GRAND AVE, 2ND FLOOR, CHICAGO, IL  60610 |
| MASSIVE COMMUNICATIONS | 350 W ONTARIO ST, SUITE 1A, CHICAGO, IL  60610 |
| MATCHCRAFT INC | 520 BROADWAY SUITE 260, SANTA MONICA, CA  90401 |
| MAX MEDIA MARKETING INC | 333 N PALM DR #403, BEVERLY HILLS, CA  90210 |
| MAXBOXING LLC | 688 S SANTE FE, LOS ANGELES, CA  90021 |
| MAXMEDIASOURCE | 2962 MICHELSON DR, SUITE G161, IRVINE, CA  92612 |
| MAXWORLDWIDE | 400 COLUMBUS AVE, VALHALLA, NY  10595 |
| MBNA (GOMOBILEMBNA) | JENNIFER BLACKBURN MERCHANDIS, MAILSTOP: 0719, WILMINGTON, DE  19884 |
| MBNA (PLATIRTURTI PLUS) | BARRY DEVLIN, 1100 NORTH KING ST-IMS 0464, WILMINGTON, DE  19884-0464 |
| MEMBERDRIVECOM INC | 2751 PROSPERITY AVE, FOURTH FLOOR, FAIRFAX, VA  22031 |
| MERCURY MEDIA | 520 BROADWAY, SUITE 400, SANTA MONICA, CA  90401 |
| MERIDIAN PARTNERS | 1108 SOMERSET PL, LUTHERVILLE, MD  21093 |
| METAREWARD (NETFLIP INC) | 999 SKYWAY LANDING RD, SUITE 200, SAN CARLOS, CA  94070 |
| METROCALL | 6677 RICHMOND HWY, ALEXANDRIA, VA  22306 |
| MICHAEL WALDEN | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| MICHELLE CHORLTON | 1801 N INGLWOOD ST, ARLINGTON, VA  22205 |
| MICROTEL ASSOCIATES LLC | 104 LAFAYETTE AVE, SUFFERN, NY  10901 |
| MILITARY ADVANTAGE INC | ATTN: MARK MARKUNAS, 544 PACIFIC AVE SUITE 300, SAN FRANCISCO, CA  94113 |
| MINDSET INTERACTIVE INC | 5 CORPORATE PARK, SUITE 160, IRVINE, CA  92606 |
| MOBILE TECHNOLOGY OUTFITTER | 9593 GATEWAY DR, RENO, NV  89511 |
| MOBILE TECHNOLOGY SERVICES LLC | SUITE 600, 1010 WISCONSIN AVE NW, WASHINGTON, DC  20007 |
| MOHAMMED MOUKALLED | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| MOSAIC DATA SOLUTIONS (CUSTOM OFFERS) | 1880 OAK AVE, SUITE 250, EVANSTON, IL  60201-5937 |
| MOSC CORP (SYNAPSE) | 4 HIGH RIDGE PARK, STAMFORD, CT  06905 |
| MOTION TELECOM | 37 INVERNESS DR E STE 100, ENGLEWOOD, CO  80112-5412 |
| MPELL SOLUTIONS | PO BOX 230278, ENCINITAS, CA  92023 |
| MR NEAL C DELEO | 37 FRUEHAUF AVE, SNYDER, NY  14226 |
| MSN | LOCKBOX #847543, 1401 ELM ST 5TH FLOOR, DALLAS, TX  75202 |
| MUNA | RE: M H M MUNAWER, M HANIFFA, 112A, SECOND LANE, HILL CRESCENT, HILL S, DEHIWALA  10350, SRI LANKA |
| MUSICCOM INC | CORPORATE PARK 3, 580 HOWARD AVE, SOMERSET, NJ  08873 |
| MY BEAUTY CENTER | ATTN: ARI KASSMAN, 251 W 92ND ST SUITE 1D, NEW YORK, NY  10025 |
| MY FREE | 3400 DUNDEE RD, SUITE #236, NORTHBROOK, IL  60062 |
| MY FREE | 3400 DUNDEE RD, SUITE 236, NORTHBROOK, IL  60062 |
| MY POINTS | BOX 200333, PITTSBURGH, PA  15251-0333 |
| MYLEADS LLC (FORMERLY ROI NETWORK) | 14000 MILITARY TRAIL, SUITE 210, DELRAY BEACH, FL  33484 |
| MYPOINTS.COM, INC. | PO BOX #200333, PITTSBURGH, PA  15251-0333 |
| MYSPACE INC | FILE 50503, LOS ANGELES, CA  90074-0505 |
| NABC | PO BOX 698, PULASKI, TN  38478-0698 |
| NANDITA KALYAN | 5701 GOVERNORS POND CIRCLE, ALEXANDRIA, VA  22310 |
| NAVIANT | PO BOX 403235, ATLANTA, GA  30384-3235 |
| NAVISITE, INC. | PO BOX 10138, UNIONDALE, NY  11555-0138 |
| NEON NETWORK | PO BOX 750402, FOREST HILLS, NY  11375 |
| NET GLOBAL MARKETING (EPHONES) | ATTN: ALBERT AHDOOT, 6464 SUNSET BLVD SUITE 530, LOS ANGELES, CA  90028 |
| NET MARGIN | PO BOX 7247-6554, PHILIDELPHIA, PA  19170-6554 |
| NET2PHONE INC | 520 BROAD ST, 12TH FLOOR, NEWARK, NJ  07102 |
| NETBLUE | VENDARENETBLUE, PO BOX 201984, DALLAS, TX  75320-1984 |
| NETNATION COMMUNICATIONS INC | 550 BURRARD ST, BENTALL 5 SUITE200, VANCOUVER, BC  V6C 2B5, CANADA |
| NETSAT LLC | 1265 E GOLDSMITH, HIGHLANDS RANCH, CO  80126 |
| NETWORK60 | 487R CENTRAL AVE, CEDARHURST, NY  11516 |
| NETWORK60 LLC | 487R CENTRAL AVE, CEDARHURST, NY  11516 |
| NETWORKER2000.COM | 8315 1ST AVE N, BIRMINGHAM, AL  35206 |
| NEW DIRECTIONS DATA GROUP OF RL LLC | SUITE 303, 1459 STUART ENGALS BLVD, MT PLEASANT, SC  29464 |
| NEW PARADIGM | ROBERT HORTON, 58194 OAKWOOD DRIVE, THREE RIVERS, MI  49093 |
| NEXT JUMP INC | 261 FIFTH AVE, 8TH FLOOR, NEW YORK, NY  10016 |
| NEXT WEB MEDIA | 805 THIRD AVE 8TH FLOOR, NEW YORK, NY  10022 |
| NICHOLS + DUNCAN | 116 S FAYETTE ST, ALEXANDRIA, VA  22314 |

EXHIBIT A

| Name | Address |
|---|---|
| NIUTECH | PO BOX 890882, CHARLOTTE, NC 28289-0882 |
| NIVAL ENTERPRISES | 6335 HAMPTON DR N, SAINT PETERSBURG, FL 33710 |
| NUMBERPORTABILITY | 303 PARK AVE S, #1166, NEW YORK, NY 10010 |
| OFFERTIME PROMOTIONS LLC | 11921 FREEDOM DR, STE 550 PMB 5556, RESTON, VA 20190 |
| OFFICE MAX | ATTN: DAVID CUNNINGHAM, 3605 WARRENSVILLE CENTER RD, SHAKER HEIGHTS, OH 44122 |
| OMNIPOINTMARKETING | 6700 N ANDREWS AVE, 2ND FLOOR, FORT LAUDERDALE, FL 33309 |
| OMNIPRINT INC | 9700 PHILADELPHIA COURT, LANHAM, MD 20706 |
| ONADSOLUTIONS.COM | 124 ROXANNE LN, CORONA, CA 92882 |
| ONE TOUCH DIRECT LLC | 11234 HILLSBOROUGH AVE, TAMPA, FL 33635 |
| ONLINECHOICE.COM | 903 FOREST EDGE COURT, WEXFORD, PA 15090 |
| OPEN SOURCE DEVELOPMENT NETWORK | 47071 BAYSIDE PARKWAY, FREMONT, CA 94538 |
| OPT20PT INC | BOWLING GREEN STATION, PO BOX 232, NEW YORK, NY 10274 |
| OPT-IN INC | 2101 NW CORPORATE BLVD, SUITE 102, BOCA RATON, FL 33431 |
| OPT-IN SERVICES INC | 621 NW 53RD ST, SUITE 135, BOCA RATON, FL 33487 |
| OPTINSMART | 5365 HIATUS RD, SUNRISE, FL 33351 |
| ORBITZ | 500 W MADISON ST STE 1000, CHICAGO, IL 60661-2559 |
| OVERTURE SERVICES INC | 74 N PASADENA AVE, 3RD FLOOR, PASADENA, CA 91103 |
| PACIFIC MEDIA PROJECT LLC | 969 HILIGARD AVE, SUITE 606, LOS ANGELES, CA 90024 |
| PARKRIDGE FIVE ASSOCIATES L P | C/O WALKER AND COMPANY, 12007 SUNRISE VALLEY DR, STE 400, RESTON, VA 20191 |
| PARTNERSHIPS MVP | MOLLY GERHART, PO BOX 853, BUCYRUS, OH 44820 |
| PENNYWEB INC | 3333 WILSHIRE BLVD, SUITE 300, LOS ANGELES, CA 90010 |
| PEOPLESUPPORT, INC. | C/O KEITH ALAN, ESQUIRE, 5570 WINDSOR COURT, BUENA PARK, CA 90621-3952 |
| PLANET OF MUSIC WIRELESS | ATTN: SHERRY FARNSAY, 9045 A ETON AVE, CANOGA PARK, CA 91304 |
| PORTMYPHONENUMBER | 8757 KACHINA WAY, LONE TREE, CO 80124 |
| PRECISEEMAIL.COM | 17640 NW 67 AVE, SUITE 1307, MIAMI, FL 33015 |
| PRECISION TARGETING | INFINITE INNOVATIONS, PRECISION TARGETING, EDMONTON, AB T5K 2M3, CANADA |
| PREMIER TELECOMM (DIGITAL CELLUTIONS) | PO BOX 1995, ESTACADA, OR 97023 |
| PREPAID LEGAL | ONE PRE-PAID WAY, ADA, OK 74820 |
| PREPAIDDEALSNET | B.FRED YOON, 9322 WILLOW POND LANE, BURKE, VA 22015 |
| PRICEFLASH | O KALPH BUONGIOVANNI—, 463 QUENTIN RD, EASTLAKE, OH 44095 |
| PRICELINE.COM | ATTN: PATRICK DUGGAN, 800 CONNECTICUT AVE, NORWALK, CT 06854 |
| PRIMEQ SOLUTIONS INC | 32545 B GOLDEN LANTERN, #274, DANA POINT, CA 92629 |
| PRINCIPAL FINANCIAL CORP | PO BOX 2000, CONTRACT # 5-15943, MASON CITY, IA 50402 |
| PROCLAIM MEDIA | 212 TECHNOLOGY DR, SUITE P, IRVINE, CA 92618 |
| PROFFILIATES LLC | 50 CALIFORNIA ST, SUITE 1500, SAN FRANCISCO, CA 94111 |
| PROLINK COMMUNICATIONS, LLC | SUITE 250, 8521 LEESBURG PIKE, VIENNA, VA 22182 |
| PROMOTIONSCOM (WEBSTAKES) | 500 7TH AVE, 14TH FLOOR, NEW YORK, NY 10018 |
| PROPHET PARTNERS | PO BOX 580445, FLUSHING, NY 11358-0445 |
| PUBLISHERS CLEARING HOUSE | ATTN: DOUG KNEPPER, 382 CHANNEL DR, PORT WASHINGTON, NY 11050 |
| PUSH INTERACTIVE | 675B ATLANTIC BLVD, ATLANTIC BEACH, FL 32233 |
| R B ASSOCIATES INC | AGENT SUITE 1000, 1054 31ST ST NW, WASHINGTON, DC 20007 |
| R B ASSOCIATES INC | SUITE 1000, 1054 31ST ST NW, WASHINGTON, DC 20007 |
| RADIX GROUP | 49 ADRIENNE LANE, GARRISON, NY 10524 |
| RANKYOU.COM | 330 RANCHEROS DR, SUITE 236, SAN MARCOS, CA 92069 |
| RC&A GROUP | 4956 ORANGE GROVE WAY, PALM HARBOR, FL 34684 |
| RECYCLEFIRST LLC | 100 MAIN ST STE 222, DOVER, NH 03820 |
| RESICOM CORP INC | 350 S MAIN ST, DOYLESTOWN, PA 18901 |
| RESTORATION MEDIA | 3931 MACARTHUR BLVD, SUITE 204, NEWPORT BEACH, CA 92660 |
| RESUME CORNER INC | 45-11 SMART ST, FLUSHING, NY 11355 |
| REUNION.COM | 12200 OLYMPIC BLVD, SUITE 270, LOS ANGELES, CA 90064 |
| REVENIZE | 536 SILVER OAK GROVE, COLORADO SPRINGS, CO 80906 |
| RICH CLARK | 9000 W 69 ST, MERRIAM, KS 66204 |
| RISING RESULTS | 12 SIGNS RD, STATEN ISLAND, NY 10314 |
| ROBERT HANSEN | HANSEN MANAGEMENT, 323 G ST NE, WASHINGTON, DC 20002-4329 |
| ROBIN BONIFACE | 39432 MEADOWLARK DR, HAMILTON, VA 20191 |
| ROMANE CRISPIN | 1903 BEECHAM COURT, BOWIE, MD 20721 |
| ROUSE COMMERCIAL PROPERTIES INC | SUITE 302, 9200 BASIL COURT, LARGO, MD 20774 |

EXHIBIT A

| Name | Address |
|---|---|
| ROYAL BODY CARE INC | 2301 CROWN COURT, IRVING, TX 75038 |
| RUGLEY ENTERPRISES | 914 164TH ST SW, SUITE 1670, MILL CREEK, WA 98012 |
| RUSH COMMUNICATIONS | CRAIG MARSHALL, 512 7TH AVE, NEW YORK, NY 10018 |
| RUST CONSULTING, INC. | SUITE 880, 625 MARQUETTE AVE., MINNEAPOLIS, MN 55402-2469 |
| SALESHEADS | ATTN: TODD MILLER, 5909 NW EXPRESSWAY SUITE 480, OKLAHOMA, OK 73132 |
| SALUDA NETWORKS INCORPORATED | 782 NW 42ND AVE, SUITE 210, MIAMI, FL 33126 |
| SALVINO`S CANADA (ONE WIRELESS PLACE) | 81 LAKESHORE RD, EAST SUITE 7, MISSISSAUGA, ON L5G 4S7, CANADA |
| SANDBOX.COM | 1851 ALEXANDER BELL DR SUITE, RESTON, VA 22031 |
| SANG CHEUNG (CELLPHONESHOPNET) | 806 BUCHANAN BLVD, UNIT 115-041, BOULDER CITY, NV 89005 |
| SANTA MONICA NETWORKS | 227 BROADWAY, SUITE 304, SANTA MONICA, CA 90401 |
| SAPPHIRE TECHNOLOGIES, LLC | PO BOX 30727, HARTFORD, CT 06150 |
| SASP INC | 424 CHURCH ST, SUITE 1310, NASHVILLE, TN 37219 |
| SATELLITE CREW | ANDY DAVILA, 5521 S PIN OAK DR, TUCSON, AZ 85746 |
| SATSOL.COM | GW NAIL, PO BOX 1302, RICHMOND, TX 77406 |
| SAV-MART | PO BOX 2130, CUMMING, GA 30028 |
| SDASDSA | SHENQIA ZHONG, NO423,HUAXINYURUITI STR, BAOKAN 441600 |
| SDO ENTERPRISES INC | 5 PARK AVE, CHARLESTON, WV 25302 |
| SHANE FLOYD | 2231 HARMONY RD, ELBERTON, GA 30635 |
| SHECK MEDIA INC | 1736 E CHARLESTON RD, PMB112, LAS VEGAS, NV 89104 |
| SHOP.COM | 1 LOWER RAGSDALE DR BLDG 1, SUITE 210, MONTEREY, CA 93940 |
| SHOPPINGCOM INC | 8000 MARINA BLVD, FIFTH FLOOR, BRISBANE, CA 94005 |
| SHOWTIME COMPUTERS | 270 PARKSIDE COURT, COPIAGUE, NY 11726 |
| SIFY LIMITED | II FLOOR, TIDEL PARK NO 4 CANAL BANK ROAD, TARAMANI CHENNAI 600 113, INDIA |
| SILVERCARROT INC | 132 W 36TH ST, SUITE 401, NEW YORK, NY 10018 |
| SKEE MOBILE | 1443 N FULLER, #106, LOS ANGELES, CA 90046 |
| SKYHAWKE TECHNOLOGIES LLC | 274 COMMERCE PARK DR, SUITE D, RIDGELAND, MS 39157 |
| SKYVIEW COMMUNICATIONS | 316 MAIN ST, SUITE 300, GAITHERSBURG, MD 20878 |
| SMARTBRIEF INC HOOHSTNW | 1100 H ST NW, SUITE 1000, WASHINGTON, DC 20005 |
| SMARTER OFFERS | 3175 EVERGREEN EVE CROSSING, DACULA, GA 30010 |
| SMARTREMINDERS.COM | 1437 DONELSON PIKE, NASHVILLE, TN 37217 |
| SOHO DIGITAL INC | 121 W 27TH ST, #703, NEW YORK, NY 10001 |
| SOHO DIGITAL INC | PO BOX 9142, UNIONDALE, NY 11555 |
| SOLTECH INC | DBA DISCOUNT WIRELESS, 322 E MONROE AVE, HARLINGEN, TX 78550 |
| SOLUTION MARKETING LLC | 14001 63RD WAY N, CLEARWATER, FL 33760 |
| SONY ERICSSON | ATTN: TRICIA BOUZIGARD, 701 DEVELOPMENT DR, RESEARCH TRIANGLE PARK, NC 27709 |
| SPECIALTY OUTSOURCING SOLUTIONS LTD | SPECTRA WIDE INC, 1418 GARDENIA ST, IRVING, TX 75063 |
| SSLDKFI DK DFDFLK | XX YAZDAN, STREET2, US, NY 32513 |
| STANDARD INTERNET CORP | 303 LIPPINCOTT DR, MARLTON, NJ 08053 |
| STARUSA SERVICES INC | 5 LAURIE LANE, EDISON, NJ 08817 |
| STEVEN C MARINARO | 8463 CLOVER LEAF DR, MCLEAN, VA 22102 |
| STUDENT ADVANTAGE INC | 280 SUMMER ST, BOSTON, MA 02210 |
| STUDENTMARKETCOM INC | 371 MOODY ST, SUITE 104, WALTHAM, MA 02453 |
| SUBSCRIBERBASE | 3830 FOREST DR, SUITE 207, COLUMBIA, SC 29204 |
| SUNGIFT | 1935 S PLUM GROVE RD, PALATINE, IL 60067 |
| SURE CLICK PROMOTIONS | 1211 CONNECTICUT AVE NW, SUITE 608, WASHINGTON, DC 20036 |
| SWEEPSCLUBCOM ATTN: DANIEL WEBER | ATTN: DANIEL WEBER, 450 7TH AVE SUITE 1807, NY, NY 10123 |
| SYNERGEMAIL.COM | 16542 VENTURA BLVD STE 305, ENCINO, CA 91436 |
| TAHAS TECHNOLOGIES | 90 JOHN STREET, SUITE 404, NEW YORK, NY 10028 |
| TALK CITY INC | 10 TOWER OFFICE PARK, SUITE 315, WOBURN, MA 01801 |
| TARGET EMAIL DIRECT LC | 351 S CYPRESS ROAD, SUITE #404, POMPANO BEACH, FL 33060 |
| TEAM EFFORT INTERNATIONAL | 3000 DANVILLE BLVD, SUITE 186, ALAMO, CA 94507 |
| TECH-1 WIRELESS | 1 HUNTINGTON QUADRANGLE SUITE 3N05, MELVILLE, NY 11747 |
| TELECARE INC | 444 LAFAYETTE RD, NOBLESVILLE, IN 46060 |
| TELECOM MANAGEMENT INC | 583 WARREN AVE, PORTLAND, ME 04103 |
| TELESAVE COMMUNICATIONS CORP | 2161-10 ST PL, EAST MOLING, IL 61244 |
| TENOK DIGITAL MEDIA | 715 CREEK DR, CHATTANOOGA, TN 37415 |
| TERRA LYCOS (PARTNER) | MAIL STOP #511, 100 FIFTH AVE, WALTHAM, MA 02451 |
| TEST ACCOUNT | TESTER ALOT, 1 TESTER ROAD, CHANTILLY, VA 22066 |

EXHIBIT A

| Name | Address |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES | 2100 L ST NW, WASHINGTON, DC  20037 |
| THE OPTLN GROUPCOM INC | 6245 NW 9TH AVE, STE 213, FORT LAUDERDALE, FL  33309 |
| THE RETIRED OFFICERS ASSOCIATION | 201 N WASHINGTON ST, ALEXANDRIA, VA  22314 |
| THE UNITED FOOD AND COMMERICAL WORKERS U | 1774 K ST NW, WASHINGTON, DC  20006 |
| THE USEFUL | 6001 BROKEN SOUND PARKWAY, 2ND FLOOR, BOCA RATON, FL  33487 |
| THE USEFUL LLC | 6001 BROKEN SOUND PARKWAY, 2ND FLOOR, BOCA RATON, FL  33487 |
| THE VENDARE GROUP | 15260 VENTURA BLVD, SUITE 2000, SHERMAN OAKS, CA  91403 |
| THE WEATHER CHANNEL INTERACTIVE INC | PO BOX 101634, ATLANTA, GA  30392 |
| THEADMANAGER.COM | 17776 TOMBALL PARKWAY, HOUSTON, TX  77064 |
| TIMESHIFT | 775 E BLITHEDALE, SUITE 272, MILL VALLEY, CA  94941 |
| TOPICA.COM | 685 MARKET ST, SUITE 300, SAN FRANCISCO, CA  94105 |
| TOTAL SYSTEMS | ATTN: PRIME, 204 NORTH CENTER DR, NORTH BRUNSWICK, NJ  08902 |
| TOUCHDOWN MEDIA INC | 46 CABOT WAY, FRANKLIN PARK, NJ  08823 |
| TRACIE VOLDER GORCYS | #332, 12000 MARKET ST, RESTON, VA  20190 |
| TRACPOINT WIRELESS | 218 BOSTON ST, SUITE 206, TOPSFIELD, MA  01983 |
| TRAFFIC LOGIC | 23852 PACIFIC COAST HWY, #702, MALIBU, CA  90265 |
| TRAFFIC MARKETING PMB #302 | PMB #302, 17675 SW FARMINGTON, ALOHA, OR  97007 |
| TRAFFICMARKETPLACE.COM | C/O FIRST COMMUNITY FINANCIAL, PO BOX 16006, PHOENIX, AZ  85011 |
| TRANCOS INC | PO BOX 5806, REDWOOD CITY, CA  94063 |
| TRANSEND INC | 1 UNIVERSITY PLAZA, SUITE 307, HACKENSACK, NJ  07604 |
| TRANZACT MEDIA LLC | 232 W 36TH ST, 12TH FLOOR, NEW YORK, NY  10018 |
| TRAVERSENT LLC | 6 SUMMERVILLE RD, FOXBORO, MA  02035 |
| TRI MEDIA PARTNERS | 600 W HILLSBORO BLVD, SUITE 210, DEERFIELD BEACH, FL  33441 |
| UBID INC | 8725 W HIGGINS, 9TH FLOOR, CHICAGO, IL  60631 |
| ULTIMATE SPORTS (VENDARE) | ATTN: ACCOUNTS RECEIVABLE, 15260 VENTURA BLVD, SHERMAN OAKS, CA  91403 |
| ULTIMATE WIRELESS INC | 1817NELEICHNERRD, VANCOUVER, WA  98686 |
| UNDERTONE NETWORKS | 270 MADISON AVE, 19TH FLOOR, NEW YORK, NY  10016 |
| U-NIK PRESS | PRINTING AND COPY SERVICES, 900 NINETEENTH ST NW, WASHINGTON, DC  20006 |
| UNISOURCE - MARYLAND | 7472 COLLECTION CENTER DR, CHICAGO, IL  60693 |
| UNITED BUSINESS MACHINES | 9218 GAITHER ROAD, GAITHERSBURG, MD  20877 |
| UNITED MARKET GROUP INC | ATTN TRUDI GILARSKI, 929 N PLUM GROVE RD, SCHAUMBURG, IL  60173 |
| UNITED MOTORCOACH ASSOCIATION | ATTN: DANIELLE STAUDT, 113 SOUTH WEST ST 4TH FlR, ALEXANDRIA, VA  22314 |
| URBAN WORLD WIRELESS | 1601 SEPULVEDA BLVD, #932, MANHATTAN BEACH, CA  90266 |
| USA CREDIT LLC | ONE MILLENNIUM DR, UNIONTOWN, PA  15401 |
| USAA CREDIT CARD SERVICES | 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX  78288-0570 |
| USASIA CONNECT INC | 2450 HOPE LANE, EAST PALM BEACH GARDENS, FL  33410 |
| VALUECLICK | 805 THIRD ST, 10TH FLOOR, NEW YORK, NY  10022 |
| VAYAN MARKETING GROUP | ATTN: ACCOUNTING, 7700 W CAMINO REAL, BOCA RATON, FL  33433 |
| VENDOR PROMOTIONS LLC | 2880 JOHNSON FERRY RD, SUITE 100, MARIETTA, GA  30062 |
| VENTE INC | 14210 HILLSDALE CIRCLE, OMAHA, NE  68137 |
| VENTURE DIRECT WORLDWIDE | PO BOX 9484, UNIONDALE, NY  11555-9484 |
| VERIO INC | 8005 S CHESTER ST, SUITE 200, ENGLEWOOD, CO  80112 |
| VESPER MEDIA | 33 KENILWORTH RD, BINGHAMPTON, NY  13903 |
| VICI MARKETING (FREEDOM PHONES) | 14001 63RD WAY N, CLEARWATER, FL  33760 |
| VINNY OLMSTEAD (BROADBAND NATIONAL) | 1054 20TH PL, VERA BEACH, FL  32960 |
| VIRTUMUNDO | 4600 MADISON SUITE 500, KANSAS CITY, MO  64112 |
| VIRTUNET INC | 6300 CAITOGA AVE 15TH FLOOR, WOODLAND HILLS, CA  91367-8015 |
| VISION MARKETING INC | 429 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ  07632 |
| VIZONE ONE | 17360 COLIMA RD #341, ROWLAND HEIGHTS, CA  91748 |
| VMWARE, INC. | DEPT. CH 10806, PALATINE, IL  60055-0806 |
| VUICO LLC | 17314 STATE HIGHWAY 249, SUITE 112, HOUSTON, TX  77064 |
| WALKER MANAGEMENT INC AGENT | SUITE 400, 12007 SUNRISE VALLEY DR, RESTON, VA  20191 |
| WALTER LEACH | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| WALTER W LEACH III | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| WARD MEDIA INC | 28 W 36TH ST, SUITE 804, NEW YORK, NY  10018 |
| WATERFRONT CENTER | 1054 31ST ST, WASHINGTON, DC  20007 |

EXHIBIT A

| Name | Address |
|---|---|
| WATERFRONT CENTER LIMITED PARTNERSHIP | C/O R B ASSOCIATES INC, 1054 31ST ST NW SUITE 1000, WASHINGTON, DC 20007 |
| WCS CELLPHONES ONLINE INC | 8739 83RD AVE, EDMONTON, AB T6E 2B6, CANADA |
| WEBIZ INC | GARY PUCKETT, 25554 HIGH HAMPTON CIR, SORRENTO, FL 32776 |
| WEBMETHODS, INC. | DEPT. CH 10755, PALATINE, IL 60055-0755 |
| WESTRICK BRIAN | 4523 GLADWYNE DR, BETHESDA, MD 20814 |
| WHEREVER U | 51 PUTNAM ST, SAN FRANCISCO, CA 94110 |
| WILLIS OF TEXAS, INC. | PO BOX 730310, DALLAS, TX 75373-0310 |
| WIRED PLASTICS | 801 N 500 W, SUITE 102, WEST BOUNTIFUL, UT 84087 |
| WIRELESS GURU | 21 1/2 W MONTCALM, PONTIAC, MI 48342 |
| WORLD DATA NETWORK | 1489 W PALMETTO PARK RD, SUITE 480, BOCA RATON, FL 33486 |
| WWW.4DAILY.COM | OLE BOEI LUHBK, CEDERVEJ16, KOLDING 06000, DENMARK |
| WWWBAY9.COM | |
| WYND COMMUNICATIONS CORP | 75 HIGUERA ST, SUITE 240, SAN LUIS OBISPO, CA 93401-5424 |
| XACTMAIL | 60 MADISON AVE, NEW YORK, NY 10010 |
| XUPPA.COM | ATTN: KAY KOREN, 450 SEVENTH AVE SUITE 1605, NEW YORK, NY 10018 |
| YAHOO! INC | PO BOX 3003, CAROL STREAM, IL 60132-3003 |
| YAHOO! INC | YAHOO! ACCOUNTS RECEIVABLE, PO BOX 3003, CAROL STREAM, IL 60132-3003 |
| YAHOO! SEARCH MARKETING /OVERTURE | PO BOX 89-4147, LOS ANGELES, CA 90189-4147 |
| YELLOWPAGES.COM | 2460 PASEO VERDE PARKWAY, SUITE 135, HENDERSON, NV 89074 |
| YNR MARKETING | BOX 7735, LAGUNA NIGEL, CA 92607 |
| YOUTUBE INC | 1000 CHERRY AVE FL 2, SAN BRUNO, CA 94066-2315 |
| YUBCOM INC | 85 ENTERPRISE, SUITE 100 - DEPT AR, ALISO VIEJO, CA 92656 |
| ZED INTERACTIVE (MUSICCOM) | 5 LYONS MALL, #334, BASKING RIDGE, NJ 07920 |
| ZING WIRELESS | 17207 VENTURA BLVD, SUITE 4, ENCINO, CA 91376 |
| ZOOBA | SUMMER EXCHANGE BLDG, 101 ARCH STREET 4TH FLOOR, BOSTON, MA 02110 |