## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Re: Docket No. \_\_\_\_** |
| | : |

## ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

This matter coming before the Court on motion (the "Motion") seeking an order authorizing the Debtors to reject certain unexpired leases and executory contracts as provided herein, pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), and the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient, the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it is further

**ORDERED**, that all capitalized terms used, but not defined, herein shall have the meaning provided in the Motion; and it is further

---

[1] The Debtors are InPhonic, Inc., CAIS Acquisition LLC, SimIPC Acquisition Corp., SN Liquidation, Inc. (formerly "Star Number, Inc."), Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

**ORDERED**, that the Debtors are hereby authorized to reject the Rejected Contracts listed on Exhibit A attached hereto, pursuant to Bankruptcy Code section 365(a) effective as of December 21, 2007; and it is further

**ORDERED**, that upon entry of the Order the relief granted herein shall be effective immediately; and it is further

**ORDERED**, that the Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the rejection of contracts pursuant to the Order.

Dated: January _____, 2008
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{00718222;v1}

## Exhibit A

## Schedule of Rejected Contracts

EXHIBIT A

| Name | Address |
| --- | --- |
| 123 TALKFREE | |
| 1ST CHOICE US COMMUNICATIONS INC | 1000A CHUKKER RD, DELRAY BEACH, FL 33483 |
| 21ST CENTURY MARKETING | 1750 NEW HIGHWAY, FARMINGDALE, NY 11735 |
| 24/7 REAL MEDIA USA | 132 W 31ST ST, 9TH FLOOR, NEW YORK, NY 10001 |
| 247 MALLS | DORFSTRASSE 33, UNTERSIEBENBRUNN, UNTERSIEBENBRUNN A-2284, AUSTRIA |
| 3 TECH | 3003 ARAPAHOE SL STE 209, ATTN: ANGELA COLE, DENVER, CO 80205 |
| 302 MEDIA (MILESOURCE) | 302 5TH AVE, SUITE 800, NEW YORK, NY 10001 |
| 33 COMMUNICATIONS LLC | 433 W 14TH ST, SUITE 3R, NEW YORK, NY 10014 |
| 360 MEDIA PLANNERS | ATTN: ACCTS RECEIVABLE, 7700 CONGRESS AVE SUITE 3104, BOCA RATON, FL 33487 |
| 360 WIRELESS.COM | 620 US RT 26, BORDENTOWN, NJ 08505 |
| 360WIRELESS.COM | 107 MANLOVE AVE, BLDG B SUITE J, HIGHTSTOWN, NJ 08520 |
| 3GUPLOAD.COM | 3GUPLOADCOM, 3020 NORTH POST RD, INDIANAPOLIS, IN 46226 |
| 3XROI | PMB 32 2485 NOTRE DAME BLVD, SUITE 370, CHICO, CA 95928 |
| 411 WEB DIRECTORY INC | 10559 JEFFERSON BLVD, SUITE C, CULVER CITY, CA 90232 |
| AAA OHIO MOTORISTS ASSOCIATION | LORI GATTO, 5700 BRECKSVILLE RD, INDEPENDENCE, OH 44131 |
| AAAVIRTUAL | PO BOX 4744, CHERRY HILL, NJ 08034 |
| AARON RENTS INC | 309 E PACES FERRY RD NE, ATLANTA, GA 30305 |
| AARP SERVICES INC | PO BOX 6503, CAROL STREAM, IL 60197-6503 |
| ABACUS DIRECT CORPORATION | PO BOX 7247-7674, PHILADELPHIA, PA 19170-7674 |
| ABOUT.COM | ATTN: MIRA SHENTOU, 1440 BROADWAY 19TH FL, NEW YORK, NY 10018 |
| ABRAZOCOM INC | ATTN: ROBERT SMITH, 5002 NEW CASTLE LANE, SAN ANTONIO, TX 78249 |
| ACCESSORIES HUT | 20-33 38TH ST, ASTORIA, NY 11105-1631 |
| ACCESSORIESUSA | 139 22ND AVE E, SEATTLE, WA 98112 |
| ACTUALNAMES INC | ACCOUNTING DEPT AT ACTUALNAME, 1627 POPHAM AVE, BRONX, NY 10453 |
| ACXIOM (JOBS ONLINE) | 4090 COLLECTIONS CENTER DR, CHICAGO, IL 60693 |
| ADAS WEB GROUP INC | PO BOX 76, WANTAGH, NY 11793 |
| ADDICTIVE MARKETING | ATTN: KEN KEYES, 4504 FAIRFIELD DR, BETHESDA, MD 20814 |
| ADEPT WIRELESS LLC | 313 HAMMONTON PL, SILVER SPRING, MD 20904 |
| ADNET INTERNATIONAL | 2059 FOREST AVE SUITE 7, CHICO, CA 95928 |
| ADSO MEDIA ASCHEBERGSGATAN 22 | ASCHEBERGSGATAN 22, 411 27 GOTHENBURG, SWEDEN |
| ADTEGRITYCOM INC | 3501 LAKE EASTBROOK BLVD SE, SUITE 100, GRAND RAPIDS, MI 49546 |
| ADTEL AMERICA | 1325 CAPITAL PARKWAY, SUITE 123, CARROLTON, TX 75006 |
| ADTERACTIVE | 303 SECOND ST STE 375, SOUTH TOWER, SAN FRANCISCO, CA 94107 |
| ADVERTISING.COM | PO BOX 630353, BALTIMORE, MD 21263-0353 |
| AFCO | 4501 COLLEGE BOULEVARD, SUITE 320, LEAWOOD, KS 66211 |
| AFFINITY CONNECT LLC | 1224 BOUCHER AVE, ANNAPOLIS, MD 21403 |
| AFFINITY DATA LLC | 7065 BAYOU WEST PL, PINELLAS PARK, FL 33782 |
| AFFINITY RESOURCES | 2901 RIDGE LAKE DR, SUITE #209, METAIRIE, LA 70002-4934 |
| AG | EDWIN DEMONS, PO BOX 15347, TALLAHASSEE, FL 32317 |
| ALL ACCESS MARKETING | 2500 QUANTUM LAKES DR, SUITE 203, BOYNTON BEACH, FL 33426 |
| ALLAN KEITER | |
| ALLIED INCENTIVES | 5501C AIRPORT BLVD, TAMPA, FL 33634 |
| ALLINES PLACEMENT FIRM | P O.BOX 7247-8341, PHILADELPHIA, PA 19170-8341 |
| AMACAI | SUITE 4010, 233 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| AMAZON.COM, INC. | SUITE 1200, 1200 12TH AVENUE SOUTH, SEATTLE, WA 98144 |
| AMAZONCOM INC | SUITE 1200, 1200 12TH AVENUE SOUTH, SEATTLE, WA 98144 |
| AMERICAN COMMUNICATIONS | 5508 ADDISON RD, CAPITOL HEIGHTS, MD 20743 |
| AMERICAN SPORTSMAN | 1 CREEKSIDE DR, GREENVILLE, TX 75402 |
| AMG | ATTN: BILL SUNESON, 30 WASHINGTON ST, WELLESLY HILLS, MA 02481 |
| AMS GLOBAL INC | 8122 W 4TH ST, LOS ANGELES, CA 90048 |
| ANDREA SEITH | 7454 WOODHAVEN DRIVE, LA PLATA, MD 20646 |
| ANDREW B ZEINFELD | SUITE 600, 1010 WISCONSIN AVE NW, WASHINGTON, DC 20007 |
| ANNE REICH TEMPELIS | #3, 111 DEER CROSSING, JOHNSON CREEK, WI 53038 |
| ANYTHING EMAIL INC | 4803 N DIXIE HWY, FT LAUDERDALE, FL 33334 |
| AOL | PO BOX 5696, NEW YORK, NY 10087-5695 |
| APEX SEARCH ENGINE MARKETING | 2760 MELROSE AVE, WOODSTOCK, MD 21163-1103 |
| APTIMUS INC | 2001 SIXTH AVE STE 3200, SEATTLE, WA 98121-2522 |
| ARBANGO (ENDAI) | 75 MAIDEN LANE, 4TH FLOOR, NEW YORK, NY 10038 |
| ARCAMAX | 860 OMNI BLVD, SUITE C, NEWPORT NEWS, VA 23606 |

1

EXHIBIT A

| Name | Address |
|------|---------|
| ARCHIVES ONE, INC. | P O.BOX 27128, NEW YORK, NY 10087-7128 |
| AREA COMMUNICATIONS | 9741 TRAVILLE GATEWAY DR, ROCKVILLE, MD 20850 |
| ARINZE | ARINZE EZE, 47 MUSWELL RD, BEDFORD MK429PH, UNITED KINGDOM |
| ASAMRAZAE274383PA10 | MAJID SHERAZ, 875 MASSON AVE., SAN BRUNO, CA 94066 |
| ASCENDANT MEDIA (EZ SWEEPS) | 810 DOMINICAN DR, NASHVILLE, TN 37228-1906 |
| ASHANIT TECHNOLOGY INC | ATTN DIONNE MUHAMMED, 3962 SWEETWATER PARKWAY, ELLENWOOD, GA 30294 |
| ASK.COM | FILE 30755, PO BOX 60000, SAN FRANCISCO, CA 94160 |
| AUTOMOTIVE.COM | 1901 E CAMEGIE #1Q, SANTA ANA, CA 92705 |
| AV WIRELESS INC | 40 W GUDE DR, SUITE 220, ROCKVILLE, MD 20850 |
| AVENUE A LLC | W501955, PO BOX 7777, PHILADELPHIA, PA 19175-1955 |
| AZOOGLEADS | 140 ALLSTATE PARKWAY, SUITE # 505, MARKHAM, ON L3R 5Y8, CANADA |
| BARGAIN NETWORK INC | 326 BOLLAY DR, GOLETA, CA 93117 |
| BAYHAM WIRELESS | 6017 GUILD COURT, LAS VEGAS, NV 89131 |
| BEFREE | PO BOX 5600, 4353 PARK TERRACE DR, WESTLAKE VILLAGE, CA 91361 |
| BEILAIR COMMUNICATIONS | 4268 ERIE AVE, NAVARRE, OH 44662 |
| BEN MICHELSON | DAVID MIZRACHI 22, REHOVOT 76531, ISRAEL |
| BEN STEPHENSON | 14536 NEWTON ST, OVERLAND PARK, KS 66223-1114 |
| BEYOND ROI | 1250 E HALLANDALE BEACH BLVD, SUITE 604, HALLANDALE, FL 33009 |
| BIGFOOT INTERACTIVE | 263 9TH AVE, 10TH FLOOR, NY, NY 10001 |
| BIZ RATE.COM | 4053 REDWOOD AVE, LOS ANGELES, CA 90066 |
| BLASTRO | 823 CONGRESS AVE, #440, AUSTIN, TX 78701 |
| BLUE ORB | 2326 EWING ST, LOS ANGELES, CA 90039 |
| BRADFORD & REED | 48 W 37TH ST, 7TH FLOOR, NEW YORK, NY 10018 |
| BRANDSEED CUSTOMER CONNECT LLC | 3400 S CRATER RD, PETERSBURG, VA 23805 |
| BRENDA FURQUERON | 608 MEADOWLAKE DR, OZARK, AL 36360 |
| BRENDA KELLER | 715 N WAYNE ST APT 104, ARLINGTON, VA 22201 |
| BRIAN CURRAN | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| BRIAN WESTRICK | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| BROAD VISION GROUP | 2501 W HILLSBORO BLVD, SUITE 105, DEERFIELD BEACH, FL 33442 |
| BRONSON VENTURES LTD | ACCOUNTS RECEIVABLE, 153 E 32ND ST 9TH FLOOR, NY, NY 10016 |
| BULLZ-EYECOM LLC | ATTN GERARDO ORLANDO, 1496 WESTFORD CIRCLE #101, WESTLAKE, OH 44145 |
| BURST! MEDIA LLC | 8 NEW ENGLAND EXECUTIVE PARK, BURLINGTON, MA 01803 |
| BUSHRA'S BEST DEAL ON DISHTV | BUSHRA PERVEEN, 11 GREGORY RD, APT-J, NORWICH, CT 06360 |
| BUYERS UNITED INC | |
| CABLE CONNECTION LLC | C/O TELAMERICA MEDIA, 1435 WALNUT ST 4TH FL, PHILADELPHIA, PA 19102 |
| CAMCOOCAY LLC | 6932 GLEN ARBOR, FLORENCE, KY 41042 |
| CAMPUS DIMENSIONS INC | 1500 JFK BLVD, SUITE 800, PHILADELPHIA, PA 19102-1737 |
| CAPELINKS | PO BOX 403, SOUTH DENNIS, MA 02660 |
| CAPITAL MANAGEMENT INTERNATIONAL | 2522C N FAIRFAX DR, ARLINGTON, VA 22201 |
| CAPITOL OFFICE SOLUTIONS | PO BOX 277728, ATLANTA, GA 30384 |
| CASALE MEDIA | 126 RENAISSANCE COURT, VAUGHAN, ON 1417W4, CANADA |
| CATAPULT LIST MANAGEMENT SERVICES | 49 ADRIENNE LANE, GARRISON, NY 10524 |
| CCT MARKETING LLC | 401 HACKENSACK AVE, HACKENSACK, NJ 07601 |
| CDI ACCESS | 3573 KUMUKOA ST, HONOLULU, HI 96822 |
| CELL MADE SIMPLE | ONLINE LEAD GENERATION, CA |
| CELLPRO INC | 8024 OLD COUNTRY RD 54, NEW PORT RICHEY, FL 34653 |
| CELLULAR CHOICES | 16004 SW TUALATIN-SHERWOOD RD, #166, SHERWOOD, OR 97140 |
| CELLULAR ONE GROUP (WESTERN WIRELESS) | WESTERN WIRELESS CORPORATION, PO BOX 70870 CM122176, ST PAUL, MN 55170 |
| CELLULAR SEEKERS INC | 1600 W OAKLAND PARK BLVD, SUITE 200, FL LAUDERDALE, FL 33311 |
| CHAD MUSAK (MOBILE LOGIC INC) | 3859 WEKIA SPRINGS RD, SUITE 311, LONGWOOD, FL 32779 |
| CHARIWOOD EMARKETING | SUITE 2, 81 BRUNSWICK AVE, TORONTO, ON M5S 2L8, CANADA |
| CHARLENE A BARNES | 17601 CLAGETT LANDING RD, UPPER MARLBORO, MD 20774 |
| CHARLES N CHIAZOR | 11700 OLD COLUMBIA PIKE #1818, SILVER SPRING, MD 20904 |
| CHAUNCIE CONSULTING GROUP | 28 W 36TH ST, SUITE 804, NEW YORK, NY 10018 |
| CHEAP FLIGHTS | 19803 AHWANEE LANE, NORTHRIDGE, CA 91326 |
| CHILDSAFE NETWORK LLC | 2 WISCONSIN CIRCLE, SUITE 700, CHEVY CHASE, MD 20815 |
| CHOICEPOINT (ITSIMAZING/TRIANA CORP] | 3801 WOODLAND HEIGHTS RD, SUITE 200 ATTN A/R, LITTLE ROCK, AR 72212 |
| CHOOSEYOURWIRELESS.COM | 320 WATTS ST, APT 3, MORGANTOWN, WV 26501 |

EXHIBIT A

| Name | Address |
|---|---|
| CHRIS DUBOVIK | 205 SCARBOROUGH ST, HARTFORD, CT  06105 |
| CHRISTIAN COALITION OF AMERICA | 8730 NORTHPARK BLVD, BLDG D SUITE C, SC  29962 |
| CIRCUIT CITY | 9950 MAYLAND DR, RICHMOND, VA  23233 |
| CITYWIDE COMMUNICATIONS | ATTN: VINCENT KENNEY, 61 1/2 E FRANKLIN ST, HAGERSTOWN, MD  21740 |
| CLASSMATES.COM | PO BOX 84821, SEATTLE, WA  98124-6121 |
| CLICKFORMAIL.COM | 9202 CEDAR CREST DR, SUITE 100, AUSTIN, TX  78750 |
| CLINT WHEELER | 511 JOHN MARSHAL DR, VIENNA, VA  22180 |
| CLINT WHEELER | 8320 WOLFTRAP RD, VIENNA, VA  22182 |
| CMS | 5095 MURPHY CANYON RD, SUITE 240, SAN DIEGO, CA  92123 |
| CNET NETWORKS INC | 235 SECOND ST, SAN FRANCISCO, CA  94105 |
| COACH ILLUSTRATED | 2525 GREEN TECH DR, SUITE B, STATE COLLEGE, PA  16803 |
| COFF & COFF 1 | |
| COLLEGE CELLULAR INC | 569 N MAIN ST, DOYLESTOWN, PA  18901 |
| COLLEGE PUBLISHER | 100 CITY HALL PLAZA, BOSTON, MA  02108 |
| COLLIERLAND | HERDIE COLLIER / HERDIE J COLLIER, JR, 7746 CLEMENTS RD, WYNCOTE, PA  19095 |
| COLONIZECOM INC | 213 N AURORA ST STE 1, ITHACA, NY  14850-4360 |
| COMMUNICATION CONSULTANTS | 3009 E 1ST ST, ST DULUTH, MN  55812 |
| COMMUNICATIONS DEPOT | 5015 S FLORIDA ST, SUITE 403, LAKELAND, FL  33813 |
| COMMUNITY CONNECT | ATTN: CALVIN WONG, 205 HUDSON ST 6TH FLOOR, NEW YORK, NY  10013 |
| COMPUGALAXY INC - DIRECTLYMOBILE.COM | ATTN MARK FRIEDMAN, 4201 WILSHIRE BLVD STE 522, LOS ANGELES, CA  90010 |
| CONNECTIFY NETWORKS INC | 1014 SCOTT ST, SAN FRANCISCO, CA  94115 |
| CONSUMER BASE LLC | 1007 CHURCH ST, SUITE #510, EVANSTON, IL  60201 |
| CONSUMER DATA GROUP | 1830 S INDIANA AVE, UNITG, CHICAGO, IL  60616 |
| CONSUMERBASE LLC | 1007 CHURCH ST, SUITE 510, EVANSTON, IL  60201 |
| CONTEXTUALNET | 71 W 23RD ST, SUITE 515, NEW YORK, NY  10010 |
| COOLSAVINGS INC | PO BOX 101452, ATLANTA, GA  30392-1452 |
| CORPORATE COMMUNICATIONS GROUP INC | 3389 SHERIDAN ST #175, HOLLYWOOD, FL  33021 |
| COUNCIL OF RESIDENTIAL SPECIALISTS | ERIC BERKLAND, 430 NORTH MICHIGAN AVE, CHICAGO, IL  60611 |
| COUPONS INC | 1301 SHOREWAY RD, BELMONT, CA  94002 |
| COVERCLICKS | 333 E 149TH ST, 3RD FLOOR, BRONX, NY  10451 |
| COWAN SERVICES | UONNA COWAN 2808 S 111TH E AVE TULSA, OK 74129, UONNA COWAN 2808 S 111TH E AVE TULS, OK  74129 |
| CPA2BIZ | 527 THIRD AVE, SUITE #214, NEW YORK, NY  10016 |
| CURRAN & CONNORS | 140 ADAMS AVE STE C20, HAUPPAUGE, NY  11788-3618 |
| CUSTOMER KNOWLEDGE | 705 GREENWAY TRACE, WOODSTOCK, GA  30189 |
| CYBERADS INC | 1681 LOMA ROJA, SANTA ANA, CA  92705 |
| CYBERADS INC | ATTN: WALT TATUM, 1681 LOMA ROJA, SANTA ANA, CA  92705 |
| CYBERNET TECHMOLOGY | JJ FRESH, 233 YORNK, TOOBS, NJ  06776 |
| CYDOOR | 26 W 17TH ST, NEW YORK, NY  10011 |
| CYDOOR TECHNOLOGIES INC | 26 W 17 ST, NEW YORK, NY  10011 |
| CYPHER MARKETING INC | 1374 S BRENTWOOD DR, OLATHE, KS  66062 |
| CYPHER MARKETING INC | ATTN: DANIEL JACOB, 2009 E CHEROKEE PL, OLATHE, KS  66062 |
| DATA MARKETING | 699 BAY ESPLANADE, CLEARWATER, FL  33767 |
| DATADATECOM INC | 34700 COAST HWY, SUITE 104, CAPISTRANO BEACH, CA  92624 |
| DATRAN MEDIA | ATTN: JAY GREENWALD, 16 FAIRWAY COURT, CRESSKILL, NJ  07626 |
| DATRAN MEDIA | PO BOX 7247-9284, PHILADELPHIA, PA  19170-9284 |
| DAVID A STEINBERG | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| DCGHDFGH | SDFZXFG SFGSDFGSDFG, SDFSDFSDFGSDFG, SDFSDFSDFG, OK  23425 |
| DEALHELPERCOM INC | 15760 VENTURA BLVD, SUITE 2020, ENCINO, CA  91436 |
| DEFENDERS OF WILDLIFE | ATTN: CHARLES ORASIN, 1130 SEVENTEENTH ST NW, WASHINGTON, DC  20036-4604 |
| DELL PRODUCTS LP | 1 DELL WAY, ROUND ROCK, TX  78682 |
| DENNIS SHEPHERD | 20800 LAKE CHABOT RD 21D, CASTRO VALLEY, CA  94546 |
| DESKTOP PUBLISHERS (A MARTEL) | 2498-124B, SOUTH SURREY, BC  V4A 3N6, CANADA |
| DEVO SERVICES | 85, AN AV YAACOUB EL MANSOUR, ET NASEH EDDINE 1ER ETAGE, APT 1, CASABLANCA, MOROCCO |
| DIALFREECALLS | 267 RT 46 E, DENVILLE, NJ  07834 |
| DIGITAL ARROW | 1730 S FEDERAL HWY, SUITE 116, DELRAY BEACH, FL  33483 |
| DIGITAL ROOT | 40 W 22ND ST, 6TH FIR, NEW YORK, NY  10010 |

3

EXHIBIT A

| Name | Address |
|---|---|
| DIRECTNET ADVERTISING | 9400 4TH ST N, #200, ST PETERSBURG, FL  33702 |
| DIRECTQLICK.COM | ATTN: MARCELA CORDOBA, 23436 MADERO SUITE 230, MISSION VIEJO, CA  92691 |
| DIRECTSTUFF.COM | PO BOX 16530, PITTSBURGH, PA  15242 |
| DISCOUNT TELECOM LLC | 41 ENNIS LANE, FAIRFIELD, CT  06824 |
| DISH MANAGEMENT GROUP INC | 599 W HARTSDALE AVE, SUITE 201, WHITE PLAINS, NY  10607 |
| DISH NETWORK | CRISTIN BADGLEY, 352 BRIGHTMOOR ST, TEMPERANCE, MI  48182 |
| DISH NETWORK | EAN WESTPHAL, RR 3 BOX 295, WESTVILLE, OK  74965 |
| DISH NETWORK | GILLES COUROUX, 344 RUE CENTENAIRE, EMBRUN, ON  K0A1W0, CANADA |
| DISH NETWORK | H M, PLACERITA CYN RD, NEW HALL, CA  91321 |
| DISH NETWORK | JOE RODRIGUEZ, 1249 WEST STATE ST APT 1, FREMONT, OH  43420 |
| DISH NETWORK | RAMI AYOOB, VILLA 4 GATE 86 ROAD 36 BLOCK 522, BARBAR  00973, BAHRAIN |
| DISH NETWORK | RE: MOXIE INC, JEFF HOWARD, 2000 CORNERSTONE DR, KINGFISHER, OK  73750 |
| DISH NETWORK | STEPHEN DODGE, 7720 HAWTHORN DRIVE, PORT RICHEY, FL  34668 |
| DISHLIFE.COM | DFASFDS DSFASDFDA, 8722 COWERS WAY #5, SAN DIEGO, CA  92112 |
| DISHMAN | JOHN PHILLIPS, 153 COLLINS STREET, COLLINGWOOD, ON  L9Y 4L7, CANADA |
| DNA-DIRECTNET ADVERTISING | 877 EXECUTIVE CENTER DR W, #300, ST PETERSBURG, FL  33702 |
| DO NOT USE (SEE FCCC) | ATTN DR LARRY TOY, 1102 Q ST 3RD FLOOR, SACRAMENTO, CA  95814 |
| DON MURRAY | 114 E 7200 S, MIDVALE, UT  84047 |
| DONKEYMAILS | TANVIR SS, 2604 CHEROKEE DRIVE, CALGARY, AB  T2L 0X9, CANADA |
| DOTZOO.COM | 12624 SE 83RD CT, NEWCASTLE, WA  98056 |
| DR SOLUTIONS LLC | 4 RESEARCH DR, SUITE 402, SHELTON, CT  06484 |
| DREAM PAGES INC | 6005 DAVENPORT RD, DALLAS, TX  75248 |
| DREAMAM LTD | 18 E 41ST ST, NEW YORK, NY  10001 |
| E TRADE FINANCIAL | PO BOX 1542, MERRIFIELD, VA  22116-1542 |
| EARTHLINK | ATTN: ACCOUNTS RECEIVABLE - GP, 1375 PEACHTREE RD LEVEL A, ATLANTA, GA  30309 |
| EARTHLINK | KRISTI HALFORD, 1375 PEACHTREE RD-LEVEL A, ATLANTA, GA  30309 |
| EASTERN CELLULAR | 141 ARNOLD BLVD, HOWELL, NJ  07731 |
| EBATES.COM | DEPT 33055, PO BOX 39000, SAN FRANCISCO, CA  94139-3055 |
| ECOMMERCE HOSTING SOLUTIONS.COM | PO BOX 805, MIDWAY, UT  84049 |
| ECOMPANIES UNLIMITED INC | 50 E 18TH ST, SUITE B7, BROOKLYN, NY  11226 |
| ECUBE MEDIA INC | 216 E 29TH ST, #1E, NEW YORK, NY  10016 |
| EDUCATIONAL DIRECT | 7700 OLD GEORGETOWN RD, SUITE 600, BETHESDA, MD  20814 |
| EDYY322 RD | EDYY322 RD, EDYY3222@YAHOO.COM, BG, AK  20081 |
| EFAST ADVANCE | 10895 LOWELL, FIRST FLOOR, OVERLAND PARK, KS  66210 |
| E-LIST MARKETERS INC | 20283 STATE RD 7, SUITE 300, BOCA RATON, FL  33498 |
| ELITE MARKETING INC | C/O JAIME LAWHORNE, 83 ANCHOR LANE, SANTA ROSA BEACH, FL  32459 |
| EMAILRESULTSNET | 83 WASHINGTON ST, DOVER, NH  03820 |
| EMAZING | ATTN: A/R, 620 SOUTH THIRD ST, LOUISVILLE, KY  40202 |
| EMORY DAY WORLDWIDE LLC | 1121 ANNAPOLIS RD, SUITE 298, ODENTON, MD  21113 |
| EMSI | 200 CENTENNIAL AVE, SUITE 203, PISCATAWAY, NJ  08854 |
| ENDAI | ATTN: ACCOUNTS RECEIVABLE, 217 WATER ST 3RD FLOOR, NEW YORK, NY  10038 |
| ENERGYON | ATTN: KENNETH SOULE, 132 FAIRGROUNDS RD, WEST KINGSTON, RI  02892 |
| EPEAK MEDIA INC | 1808 ASTON AVE, SUITE 180, CARLSBAD, CA  92008 |
| EPIQ EDISCOVERY SOLUTIONS, INC. | PO BOX 120250, DEPT 0250, DALLAS, TX  75312-0250 |
| EQUIP CORPORATION | 18062 SW 33RD ST, MIRAMAR, FL  33029 |
| ERNST & YOUNG LLP | PO BOX 828135, PNC BANK- PHILADELPHIA 828135, PHILADELPHIA, PA  19182-8135 |
| ESAVINGSZONE.COM | 74-785 HIGHWAY 111, SUITE 103, INDIAN WELLS, CA  92210 |
| ETHINK EMAIL | 4800 N FEDERAL HIGHWAY, SUITE 301A, BOCA RATON, FL  33434 |
| EUNIVERSE | 6060 CENTER DR, SUITE 300, LOS ANGELES, CA  90045 |
| EUNK MEDIA INC | 537 CLEMATIS ST W, PALM BEACH, FL  33401 |
| EXACT ADVERTISING LLC | PMB 2392, 101 W 23RD ST, NEW YORK, NY  10011 |
| EXCITE NETWORK | GENERAL POST OFFICE, PO BOX 26893, NEW YORK, NY  10087-6893 |
| EXTREME WIRELESS | 1907 S COLLEGE ST, #105, AUBURN, AL  36832 |
| EZ PHONE INC | C/O INTERNET SOFT SOLUTION, PO BOX 465 STATION WEST HILL, SCARBOROUGH, ON  M1E 4Y9, CANADA |

4

EXHIBIT A

| Name | Address |
|---|---|
| EZSWEEPS | C/O ADVISIO SOLUTIONS LLC, 7 REYNARD CT, LITTLE ROCK, AR 72227 |
| EZULA INC | 1550 BRYANT ST, SUITE 490, SAN FRANCISCO, CA 94103 |
| F5 NETWORKS, INC. | C/O BANK OF AMERICA, PO BOX 406097, ATLANTA, GA 30384 |
| FACEBOOK INC | ATTN: ACCOUNTS RECEIVABLE, 156 UNIVERSITY AVE, PALO ALTO, CA 94301 |
| FASTCLICK.COM | 360 OLIVE SL, SANTA BARBARA, CA 93101 |
| FATHUB (PERFECT PRESENCE) | 1334 LANCASTER AVE, READING, PA 19607 |
| FAYE`S MANAGEMENT (NO LIMIT WIRELESS) | 2753-30 S MENDENHALL, MEMPHIS, TN 38115 |
| FDADSA | JIXUAN ZHAO, NO534,BUNIMUTIANMING STR, LUZHOU 646000, CHINA |
| FINANCIAL MARKETING INC | 4481 LEGENDARY DR, SUITE 150, DESTIN, FL 32541 |
| FITSAVER | 1996 OVERSEAS HWY #14, MARATHON, FL 33050 |
| FLASHPOINT (FLASHTRACK) | ELITE ST, 1375 BROADWAY 6TH FLOOR, NEW YORK, NY 10018 |
| FLIPSWAP, INC. | SUITE 807, 2771 PLAZA DEL AMO, TORRANCE, CA 90503 |
| FOUNDATION CCC | ATTN: DR LARRY TOY, 140 MAYHEW WAY SUITE 704, PLEASANT HILL, CA 94523 |
| FOUNDATION FOR CALIFORNIA COMM COLLEGES | 1102 Q ST, 3RD FLOOR, SACRAMENTO, CA 95814 |
| FOUR STAR | 122 EXETER RD, MASSSAPEQUA, NY 11758 |
| FOUR STAR (SIGNATURE 21) | 122 EXETER RD, MASSAPEQUA, NY 11758 |
| FRANK C BENNETT | 1010 WISCONSIN AVE, SUITE 600, WASHINGTON, DC 20007 |
| FREEDOM STARR DBA AMERICAN FONE | 8730 SUNSET BLVD, SUITE 700, LOS ANGELES, CA 90069 |
| FREEZECOM LLC | 1900 MEDICAL ARTS AVE S, SARTELL, MN 56377-4646 |
| FSDF | TUANANH LANG, QUANGNINH, QUANGNINH, NY 10000 |
| FULFILLMENT PLUS INC | 39 GREEN ST, WALTHAM, MA 02451-1646 |
| FULL E-MEDIA MARKETING LLC | PO BOX 2021, CARLSBAD, CA 92018-2021 |
| FULLCIRCLE INTERACTIVE | PO BOX 164, NEW YORK, NY 10013 |
| FUNDRAISING DYNAMICS MINISTRY | PATRICK PATTON, 1702 E TROY AVE., INDIANAPOLIS, IN 46203 |
| GAIT MEDIA INC | 774 MAYS BLVD #10 PMB 261, INCLINE VILLAGE, NV 89451 |
| GARY J SMITH | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| GATTACA INC | 39 E 30TH ST, SUITE 3, NEW YORK, NY 10016 |
| GEAR SIX | 18 CROW CANYON COURT, SUITE #240, SAN RAMON, CA 94583 |
| GEOFFREY R MOTT | 599 PRIMUS COURT, FREDERICK, MD 21703 |
| GEORGE MORATIS | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| GERALD MASON (JAG CELLULAR) | 501 CEDAR AVE, WEST LONG BEACH, NJ 07764 |
| GETYOURWIRELESS.COM | 25 E ILLINOIS, CHICAGO, IL 60611 |
| GIANT REWARDS | 210 RTE 4E, SUITE 303, PARAMUS, NJ 07652 |
| GLOBALCOM SOLUTIONS LLC | 545 N 1624 RD, LAWRENCE, KS 66049 |
| GN NETCOM | HOUSE OF ADJUSTMENT, ATTN: MEL CHAIKEN, MAMARONECK, NY 10543 |
| GO PREPAID DEPOT | 11835 CARMEL MOUNTAIN, #1304-409, SAN DIEGO, CA 92128 |
| GOOD SAM CLUB | ATTN: GRETCHEN LEMASTER, 2575 VISTA DEL MAR DR, VENTURA, CA 93001 |
| GOODGUYS | ATTN: MICAH ELDREDGE, 120 SW ANKENY ST SUITE 420, PORTLAND, OR 97204 |
| GOOGLE INC | DEPARTMENT NO 33654, PO BOX 39000, SAN FRANCISCO, CA 94139-3181 |
| GOT DISH | JOEY PRIMEAUX, 1821 20TH ST, PORT HURON, MI 48060 |
| GOWIRELESS4LESS | |
| GOZING | 17207 VENTURA BLVD, SUITE 4, ENCINO, CA 91316 |
| GREATMEALS USA INC | 9683 PARKVIEW AVE, SUITE 100, BOCA RATON, FL 33428 |
| GREGORY S COLE | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC 20007 |
| GROUP LOTTO | 1 BLUE HILL PLAZA, 5TH FLOOR PO BOX 1665, PEARL RIVER, NY 10965 |
| GROUP LOTTO | 1 BLUE HILL PLAZA, 5TH FLOOR PO BOX 1665, PEART RIVER, NY 10965 |
| GROVERCHEWS | GROVER C HEWS, 1 NEWHALL STREET, FAIRFIELD, ME 04937 |
| H20 MEDIA INCORPORATED | 5407 E CALLE TUBERIA, PHOENIX, AZ 85018 |
| HAMPTON & ASSOC | 2070 VALLEYDALE RD, SUITE 1, BIRMINGHAM, AL 35244 |
| HIGH FALLS MEDIA | 460 STATE ST, SUITE 302, ROCHESTER, NY 14608 |
| HIGH PERFORMANCE NETWORKS INC | 2655 29TH ST, ASTORIA, NY 11102 |
| HOME-LINK | ONE RESERVOIR CORP CENTER, 4 RESEARCH DR, SHELTON, CT 06484 |
| HOT WIRELESS | 1582 RL 9, UNIT #3, WAPPINGERS FALLS, NY 12590 |
| HSG/ATN | 80 PINON SHADOWS CIRCLE, SEDONA, AZ 86336 |
| I WON INC | PO BOX 26893, NEW YORK, NY 10087-6893 |
| ICC | 97 MARCUS BLVD, HAUPPAUGE, NY 11788 |
| ICON INTERNATIONAL INC | PO BOX 533191, ATLANTA, GA 30310-3191 |
| IKLAN | SAI FUL, ALUR, JAKARTA, AL 01546 |
| IMPULSE MARKETING GROUP | 5887 GLENRIDGE DR, SUITE 400, ATLANTA, GA 30328 |

5

EXHIBIT A

| Name | Address |
|---|---|
| IMUSTPLAY | C/O IMUSTLOTTO, 425 EAST COLORADO ST STE 500, GLENDALE, CA  91205-5118 |
| INFINITE MEDIA | 190 E POST RD, WHITE PLAINS, NY  10601 |
| INFO ADVANCE COMUNICATION OSIRIS CUETO 8NORTH MAIN | STATE CONTRACT NUMBER 0, CASET1, O, SOUTHAMPTON, NY  11968 |
| INFOTECH INTERNATIONAL | ATTN: STEVE LEE, 17032 MANZANITA ST #158, STIRLING CITY, CA  95978 |
| INMAR LLC | 16550 NW 10TH AVE, MIAMI, FL  33169 |
| INNOVATE IT | FABRIKSGATAN 10, 412 50 GOTEBORG  00412, SWEDEN |
| INNOVATION ADS INC | 116 W 23RD, SUITE 500, NEW YORK, NY  10011 |
| INSITE DIRECT INC | 60 E 8TH ST, 19TH FLOOR, NEW YORK, NY  10003 |
| INTEGRACLICK INC | 4114 CENTRAL SARASOTA PKWY, #1116, SARASOTA, FL  34238 |
| INTEIESIS | ATTN: BRYAN SEDWICK, 603 CANNE PL, CELEBRATION, FL  34747 |
| INTELENET WIRELESS | 299 DEO DR, #117, NEWARK, OH  43055 |
| INTERMARK MEDIA INC | 311 CROSSWAYS PARK DR, WOODBURY, NY  11797-2041 |
| INTERNET | MUHAMMAD NAZIM, 30 PENASCO CRT, SACRAMENTO, CA  95833 |
| INTERNET WIRE | 5757 CENTURY BLVD, 3RD FLOOR, LOS ANGELES, CA  90045 |
| INVICTA MEDIA GROUP | 12509 BEL RED RD, SUITE 200, BELLEVUE, WA  98005 |
| IRON TRAFFIC | 1375 BROADWAY, NEW YORK, NY  10018 |
| ISPYOFFERS INC | 1001 DOVE ST #275, NEWPORT BEACH, CA  92660 |
| ITN INC (FREE CLUB) | 17672-B COWAN AVE, SUITE 240, IRVINE, CA  92614 |
| IVILLAGE | 500 SEVENTH AVE - 14THFLR, NEW YORK, NY  10018 |
| J & R MUSIC WORLD- J & R COMPUTER WORLD- | J & R MUSIC AND COMPUTER WORLD, 23 PARK ROW, NEW YORK, NY  10038 |
| J LEWIS OF SATELLITE INDEPENDENT CONTRA | DEBORAH CLARKE, 16 ELDRIDGE PL, WILLINGBORO, NJ  08046-2271 |
| J&D WORLDWIDE CONNECTIONS | 7746 MIDFIELD AVE, LOS ANGELES, CA  90045-3236 |
| JACKPOT.COM | 15260 VENTURA BLVD STE 2000, SHERMAN OAKS, CA  91403 |
| JBR MEDIA VENTURES LLC | 2 WISCONSIN CIRCLE, SUITE 700, CHEVY CHASE, MD  20815 |
| JENNIFER JOHNSON | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| JOE MARULLO (ADVANCED WIRELESS) | 2615 BRIDGE AVE, POINT PLEASANT, NJ  08742 |
| JOHN D DARBY | 120 AMBERLEIGH DR, SILVER SPRING, MD  20905 |
| JOHN PURCELL | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| JUNO (UNITED ONLINE) | 1540 BROADWAY, 27TH FLOOR, NY, NY  10036 |
| JUNO ONLINE SERVICES | PO BOX 3009, THOUSAND OAKS, CA  91359-0009 |
| KALIN MANAGEMENT | 5925 CONWAY RD, BETHESDA, MD  20817 |
| KENNETH SCHWARZ | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| KESHA EVANS | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| KESSLER FINANCIAL SERVICES | 855 BOYLSTON ST, BOSTON, MA  02116 |
| KIWIBOX MEDIA INC | 330 W 38TH ST, SUITE 1602, NY, NY  10018 |
| KPR AND ASSOCIATES | 710 94TH AVE N, SUITE 308, ST PETERSBURG, FL  33702 |
| KTC KEANE TELECOM CONSULTING LLC | 542 CAVERLY DR, BRIGANTINE, NJ  08203 |
| LANGUAGE LINE SERVICES | PO BOX 16012, MONTEREY, CA  93942-6012 |
| LAST SECOND MEDIA | POURNELLE, FRANK R, 827 KENNY WAY, LAS VEGAS, NV  89107-4437 |
| LATHAM & WATKINS LLC | C/O JAMES ROGERS, 555 11TH ST NW, WASHINGTON, DC  20004 |
| LATIN-PAK | 141 CHESTERFIELD BUSINESS PKWY, CHESTERFIELD, MO  63005 |
| LAWRENCE WINKLER | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| LD DIRECT (MICROCORP) | 2856 JOHNSON FERRY RD, SUITE 200, MARIETTA, GA  30062 |
| LDWIZ | C/O LD WIZ, PO BOX 675, EASLEY, SC  29640 |
| LEAH BREWSTER | 1515 JUDD COURT, HERNDON, VA  20170 |
| LEAPFROG ONLINE | 807 GREENWOOD ST, EVANSTON, IL  60201 |
| LESHEN HOLDINGS LLC | 333 E 66TH ST SUITE 6B, NEW YORK, NY  10021 |
| LIQUIFIED CREATIVE | 2458 IVY LANDING WAY, ODENTON, MD  21113 |
| LIST SERVICES CORPORATION | 6 TROWBRIDGE DR, BETHEL, CT  06801 |
| LIVEWORLD INC (TALK CITY) | PO BOX 110040, CAMPBELL, CA  95011-0040 |
| LNTERNETFUELCOM INC | 9800 D TOPANGA BLVD #318, CHATSWORTH, CA  91311 |
| LOGIXWIRELESS | 6001 MOON #2224, ALBUQUERQUE, NM  87111 |
| LOWERMYBILLS.COM | 2401 COLORADO AVE, SUITE 200, SANTA MONICA, CA  90404 |
| M&A CELLULAR INC | 1965 CONEY ISLAND AVE, SUITE 2F, BROOKLYN, NY  11223 |
| MACKSTER | 297-101 KINDERKAMACK RD #300, ORADELL, NJ  07649 |
| MAGELLAN STRATEGIC MARKETING | 4424 MONTGOMERY AVE, STE 305, BETHESDA, MD  20814-4424 |
| MAILBITS MOBILE | |
| MAILCREATIONSCOM INC | 7200 CORPORATE CENTER DR, SUITE 303, MIAMI, FL  33126 |
| MAKANAN | DORA MONA, SAMIRONO CT 6/055, SLEMAN, TX  75204 |

6

EXHIBIT A

| Name | Address |
|------|---------|
| MARKETING DIRECTIVES (PRIME ONE) | 220 W 19TH ST, #2A, NEW YORK, NY  10011 |
| MARKETS ON DEMAND | 57 W GRAND AVE, 2ND FLOOR, CHICAGO, IL  60610 |
| MASSIVE COMMUNICATIONS | 350 W ONTARIO ST, SUITE 1A, CHICAGO, IL  60610 |
| MATCHCRAFT INC | 520 BROADWAY SUITE 260, SANTA MONICA, CA  90401 |
| MAX MEDIA MARKETING INC | 333 N PALM DR #403, BEVERLY HILLS, CA  90210 |
| MAXBOXING LLC | 688 S SANTE FE, LOS ANGELES, CA  90021 |
| MAXMEDIASOURCE | 2962 MICHELSON DR, SUITE G161, IRVINE, CA  92612 |
| MAXWORLDWIDE | 400 COLUMBUS AVE, VALHALLA, NY  10595 |
| MBNA (GOMOBILEMBNA) | JENNIFER BLACKBURN MERCHANDIS, MAILSTOP: 0719, WILMINGTON, DE  19884 |
| MBNA (PLATIRTURTI PLUS) | BARRY DEVLIN, 1100 NORTH KING ST-IMS 0464, WILMINGTON, DE  19884-0464 |
| MEMBERDRIVECOM INC | 2751 PROSPERITY AVE, FOURTH FLOOR, FAIRFAX, VA  22031 |
| MERCURY MEDIA | 520 BROADWAY, SUITE 400, SANTA MONICA, CA  90401 |
| MERIDIAN PARTNERS | 1108 SOMERSET PL, LUTHERVILLE, MD  21093 |
| METAREWARD (NETFLIP INC) | 999 SKYWAY LANDING RD, SUITE 200, SAN CARLOS, CA  94070 |
| METROCALL | 6677 RICHMOND HWY, ALEXANDRIA, VA  22306 |
| MICHAEL WALDEN | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| MICHELLE CHORLTON | 1801 N INGLWOOD ST, ARLINGTON, VA  22205 |
| MICROTEL ASSOCIATES LLC | 104 LAFAYETTE AVE, SUFFERN, NY  10901 |
| MILITARY ADVANTAGE INC | ATTN: MARK MARKUNAS, 544 PACIFIC AVE SUITE 300, SAN FRANCISCO, CA  94113 |
| MINDSET INTERACTIVE INC | 5 CORPORATE PARK, SUITE 160, IRVINE, CA  92606 |
| MOBILE TECHNOLOGY OUTFITTER | 9593 GATEWAY DR, RENO, NV  89511 |
| MOBILE TECHNOLOGY SERVICES LLC | SUITE 600, 1010 WISCONSIN AVE NW, WASHINGTON, DC  20007 |
| MOHAMMED MOUKALLED | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| MOSAIC DATA SOLUTIONS (CUSTOM OFFERS) | 1880 OAK AVE, SUITE 250, EVANSTON, IL  60201-5937 |
| MOSC CORP (SYNAPSE) | 4 HIGH RIDGE PARK, STAMFORD, CT  06905 |
| MOTION TELECOM | 37 INVERNESS DR E STE 100, ENGLEWOOD, CO  80112-5412 |
| MPELL SOLUTIONS | PO BOX 230278, ENCINITAS, CA  92023 |
| MR NEAL C DELEO | 37 FRUEHAUF AVE, SNYDER, NY  14226 |
| MSN | LOCKBOX #847543, 1401 ELM ST 5TH FLOOR, DALLAS, TX  75202 |
| MUNA | RE: M H M MUNAWER, M HANIFFA, 112A, SECOND LANE, HILL CRESCENT, HILL S, DEHIWALA  10350, SRI LANKA |
| MUSICCOM INC | CORPORATE PARK 3, 580 HOWARD AVE, SOMERSET, NJ  08873 |
| MY BEAUTY CENTER | ATTN: ARI KASSMAN, 251 W 92ND ST SUITE 1D, NEW YORK, NY  10025 |
| MY FREE | 3400 DUNDEE RD, SUITE #236, NORTHBROOK, IL  60062 |
| MY FREE | 3400 DUNDEE RD, SUITE 236, NORTHBROOK, IL  60062 |
| MY POINTS | BOX 200333, PITTSBURGH, PA  15251-0333 |
| MYLEADS LLC (FORMERLY ROI NETWORK) | 14000 MILITARY TRAIL, SUITE 210, DELRAY BEACH, FL  33484 |
| MYPOINTS.COM, INC. | PO BOX #200333, PITTSBURGH, PA  15251-0333 |
| MYSPACE INC | FILE 50503, LOS ANGELES, CA  90074-0505 |
| NABC | PO BOX 698, PULASKI, TN  38478-0698 |
| NANDITA KALYAN | 5701 GOVERNORS POND CIRCLE, ALEXANDRIA, VA  22310 |
| NAVIANT | PO BOX 403235, ATLANTA, GA  30384-3235 |
| NAVISITE,INC. | PO BOX 10138, UNIONDALE, NY  11555-0138 |
| NEON NETWORK | PO BOX 750402, FOREST HILLS, NY  11375 |
| NET GLOBAL MARKETING (EPHONES) | ATTN: ALBERT AHDOOT, 6464 SUNSET BLVD SUITE 530, LOS ANGELES, CA  90028 |
| NET MARGIN | PO BOX 7247-6554, PHILIDELPHIA, PA  19170-6554 |
| NET2PHONE INC | 520 BROAD ST, 12TH FLOOR, NEWARK, NJ  07102 |
| NETBLUE | VENDARENETBLUE, PO BOX 201984, DALLAS, TX  75320-1984 |
| NETNATION COMMUNICATIONS INC | 550 BURRARD ST, BENTALL 5 SUITE200, VANCOUVER, BC  V6C 2B5, CANADA |
| NETSAT LLC | 1265 E GOLDSMITH, HIGHLANDS RANCH, CO  80126 |
| NETWORK60 | 487R CENTRAL AVE, CEDARHURST, NY  11516 |
| NETWORK60 LLC | 487R CENTRAL AVE, CEDARHURST, NY  11516 |
| NETWORKER2000.COM | 8315 1ST AVE N, BIRMINGHAM, AL  35206 |
| NEW DIRECTIONS DATA GROUP OF RL LLC | SUITE 303, 1459 STUART ENGALS BLVD, MT PLEASANT, SC  29464 |
| NEW PARADIGM | ROBERT HORTON, 58194 OAKWOOD DRIVE, THREE RIVERS, MI  49093 |
| NEXT JUMP INC | 261 FIFTH AVE, 8TH FLOOR, NEW YORK, NY  10016 |
| NEXT WEB MEDIA | 805 THIRD AVE 8TH FLOOR, NEW YORK, NY  10022 |
| NICHOLS + DUNCAN | 116 S FAYETTE ST, ALEXANDRIA, VA  22314 |

EXHIBIT A

| Name | Address |
| --- | --- |
| NIUTECH | PO BOX 890882, CHARLOTTE, NC 28289-0882 |
| NIVAL ENTERPRISES | 6335 HAMPTON DR N, SAINT PETERSBURG, FL 33710 |
| NUMBERPORTABILITY | 303 PARK AVE S, #1166, NEW YORK, NY 10010 |
| OFFERTIME PROMOTIONS LLC | 11921 FREEDOM DR, STE 550 PMB 5556, RESTON, VA 20190 |
| OFFICE MAX | ATTN: DAVID CUNNINGHAM, 3605 WARRENSVILLE CENTER RD, SHAKER HEIGHTS, OH 44122 |
| OMNIPOINTMARKETING | 6700 N ANDREWS AVE, 2ND FLOOR, FORT LAUDERDALE, FL 33309 |
| OMNIPRINT INC | 9700 PHILADELPHIA COURT, LANHAM, MD 20706 |
| ONADSOLUTIONS.COM | 124 ROXANNE LN, CORONA, CA 92882 |
| ONE TOUCH DIRECT LLC | 11234 HILLSBOROUGH AVE, TAMPA, FL 33635 |
| ONLINECHOICE.COM | 903 FOREST EDGE COURT, WEXFORD, PA 15090 |
| OPEN SOURCE DEVELOPMENT NETWORK | 47071 BAYSIDE PARKWAY, FREMONT, CA 94538 |
| OPT20PT INC | BOWLING GREEN STATION, PO BOX 232, NEW YORK, NY 10274 |
| OPT-IN INC | 2101 NW CORPORATE BLVD, SUITE 102, BOCA RATON, FL 33431 |
| OPT-IN SERVICES INC | 621 NW 53RD ST, SUITE 135, BOCA RATON, FL 33487 |
| OPTINSMART | 5365 HIATUS RD, SUNRISE, FL 33351 |
| ORBITZ | 500 W MADISON ST STE 1000, CHICAGO, IL 60661-2559 |
| OVERTURE SERVICES INC | 74 N PASADENA AVE, 3RD FLOOR, PASADENA, CA 91103 |
| PACIFIC MEDIA PROJECT LLC | 969 HILIGARD AVE, SUITE 606, LOS ANGELES, CA 90024 |
| PARKRIDGE FIVE ASSOCIATES L P | C/O WALKER AND COMPANY, 12007 SUNRISE VALLEY DR , STE 400, RESTON, VA 20191 |
| PARTNERSHIPS MVP | MOLLY GERHART, PO BOX 853, BUCYRUS, OH 44820 |
| PENNYWEB INC | 3333 WILSHIRE BLVD, SUITE 300, LOS ANGELES, CA 90010 |
| PEOPLESUPPORT, INC. | C/O KEITH ALAN, ESQUIRE, 5570 WINDSOR COURT, BUENA PARK, CA 90621-3952 |
| PLANET OF MUSIC WIRELESS | ATTN: SHERRY FARNSAY, 9045 A ETON AVE, CANOGA PARK, CA 91304 |
| PORTMYPHONENUMBER | 8757 KACHINA WAY, LONE TREE, CO 80124 |
| PRECISEEMAIL.COM | 17640 NW 67 AVE, SUITE 1307, MIAMI, FL 33015 |
| PRECISION TARGETING | INFINITE INNOVATIONS, PRECISION TARGETING, EDMONTON, AB T5K 2M3, CANADA |
| PREMIER TELECOMM (DIGITAL CELLUTIONS) | PO BOX 1995, ESTACADA, OR 97023 |
| PREPAID LEGAL | ONE PRE-PAID WAY, ADA, OK 74820 |
| PREPAIDDEALSNET | B.FRED YOON, 9322 WILLOW POND LANE, BURKE, VA 22015 |
| PRICEFLASH | O KALPH BUONGIOVANNI—, 463 QUENTIN RD, EASTLAKE, OH 44095 |
| PRICELINE.COM | ATTN: PATRICK DUGGAN, 800 CONNECTICUT AVE, NORWALK, CT 06854 |
| PRIMEQ SOLUTIONS INC | 32545 B GOLDEN LANTERN, #274, DANA POINT, CA 92629 |
| PRINCIPAL FINANCIAL CORP | PO BOX 2000, CONTRACT # 5-15943, MASON CITY, IA 50402 |
| PROCLAIM MEDIA | 212 TECHNOLOGY DR, SUITE P, IRVINE, CA 92618 |
| PROFFILIATES LLC | 50 CALIFORNIA ST, SUITE 1500, SAN FRANCISCO, CA 94111 |
| PROLINK COMMUNICATIONS, LLC | SUITE 250, 8521 LEESBURG PIKE, VIENNA, VA 22182 |
| PROMOTIONSCOM (WEBSTAKES) | 500 7TH AVE, 14TH FLOOR, NEW YORK, NY 10018 |
| PROPHET PARTNERS | PO BOX 580445, FLUSHING, NY 11358-0445 |
| PUBLISHERS CLEARING HOUSE | ATTN: DOUG KNEPPER, 382 CHANNEL DR, PORT WASHINGTON, NY 11050 |
| PUSH INTERACTIVE | 675B ATLANTIC BLVD, ATLANTIC BEACH, FL 32233 |
| R B ASSOCIATES INC | AGENT SUITE 1000, 1054 31ST ST NW, WASHINGTON, DC 20007 |
| R B ASSOCIATES INC | SUITE 1000, 1054 31ST ST NW, WASHINGTON, DC 20007 |
| RADIX GROUP | 49 ADRIENNE LANE, GARRISON, NY 10524 |
| RANKYOU.COM | 330 RANCHEROS DR, SUITE 236, SAN MARCOS, CA 92069 |
| RC&A GROUP | 4956 ORANGE GROVE WAY, PALM HARBOR, FL 34684 |
| RECYCLEFIRST LLC | 100 MAIN ST STE 222, DOVER, NH 03820 |
| RESICOM CORP INC | 350 S MAIN ST, DOYLESTOWN, PA 18901 |
| RESTORATION MEDIA | 3931 MACARTHUR BLVD, SUITE 204, NEWPORT BEACH, CA 92660 |
| RESUME CORNER INC | 45-11 SMART ST, FLUSHING, NY 11355 |
| REUNION.COM | 12200 OLYMPIC BLVD, SUITE 270, LOS ANGELES, CA 90064 |
| REVENIZE | 536 SILVER OAK GROVE, COLORADO SPRINGS, CO 80906 |
| RICH CLARK | 9000 W 69 ST, MERRIAM, KS 66204 |
| RISING RESULTS | 12 SIGNS RD, STATEN ISLAND, NY 10314 |
| ROBERT HANSEN | HANSEN MANAGEMENT, 323 G ST NE, WASHINGTON, DC 20002-4329 |
| ROBIN BONIFACE | 39432 MEADOWLARK DR, HAMILTON, VA 20191 |
| ROMANE CRISPIN | 1903 BEECHAM COURT, BOWIE, MD 20721 |
| ROUSE COMMERCIAL PROPERTIES INC | SUITE 302, 9200 BASIL COURT, LARGO, MD 20774 |

EXHIBIT A

| Name | Address |
|---|---|
| ROYAL BODY CARE INC | 2301 CROWN COURT, IRVING, TX 75038 |
| RUGLEY ENTERPRISES | 914 164TH ST SW, SUITE 1670, MILL CREEK, WA 98012 |
| RUSH COMMUNICATIONS | CRAIG MARSHALL, 512 7TH AVE, NEW YORK, NY 10018 |
| RUST CONSULTING, INC. | SUITE 880, 625 MARQUETTE AVE., MINNEAPOLIS, MN 55402-2469 |
| SALESHEADS | ATTN: TODD MILLER, 5909 NW EXPRESSWAY SUITE 480, OKLAHOMA, OK 73132 |
| SALUDA NETWORKS INCORPORATED | 782 NW 42ND AVE, SUITE 210, MIAMI, FL 33126 |
| SALVINO'S CANADA (ONE WIRELESS PLACE) | 81 LAKESHORE RD, EAST SUITE 7, MISSISSAUGA, ON  L5G 4S7, CANADA |
| SANDBOX.COM | 1851 ALEXANDER BELL DR SUITE, RESTON, VA 22031 |
| SANG CHEUNG (CELLPHONESHOPNET) | 806 BUCHANAN BLVD, UNIT 115-041, BOULDER CITY, NV 89005 |
| SANTA MONICA NETWORKS | 227 BROADWAY, SUITE 304, SANTA MONICA, CA 90401 |
| SAPPHIRE TECHNOLOGIES, LLC | PO BOX 30727, HARTFORD, CT 06150 |
| SASP INC | 424 CHURCH ST, SUITE 1310, NASHVILLE, TN 37219 |
| SATELLITE CREW | ANDY DAVILA, 5521 S PIN OAK DR, TUCSON, AZ 85746 |
| SATSOL.COM | GW NAIL, PO BOX 1302, RICHMOND, TX 77406 |
| SAV-MART | PO BOX 2130, CUMMING, GA 30028 |
| SDASDSA | SHENQIA ZHONG, NO423,HUAXINYURUITI STR, BAOKAN 441600 |
| SDO ENTERPRISES INC | 5 PARK AVE, CHARLESTON, WV 25302 |
| SHANE FLOYD | 2231 HARMONY RD, ELBERTON, GA 30635 |
| SHECK MEDIA INC | 1736 E CHARLESTON RD, PMB112, LAS VEGAS, NV 89104 |
| SHOP.COM | 1 LOWER RAGSDALE DR BLDG 1, SUITE 210, MONTEREY, CA 93940 |
| SHOPPINGCOM INC | 8000 MARINA BLVD, FIFTH FLOOR, BRISBANE, CA 94005 |
| SHOWTIME COMPUTERS | 270 PARKSIDE COURT, COPIAGUE, NY 11726 |
| SIFY LIMITED | II FLOOR, TIDEL PARK NO 4 CANAL BANK ROAD, TARAMANI CHENNAI 600 113, INDIA |
| SILVERCARROT INC | 132 W 36TH ST, SUITE 401, NEW YORK, NY 10018 |
| SKEE MOBILE | 1443 N FULLER, #106, LOS ANGELES, CA 90046 |
| SKYHAWKE TECHNOLOGIES LLC | 274 COMMERCE PARK DR, SUITE D, RIDGELAND, MS 39157 |
| SKYVIEW COMMUNICATIONS | 316 MAIN ST, SUITE 300, GAITHERSBURG, MD 20878 |
| SMARTBRIEF INC HOOHSTNW | 1100 H ST NW, SUITE 1000, WASHINGTON, DC 20005 |
| SMARTER OFFERS | 3175 EVERGREEN EVE CROSSING, DACULA, GA 30010 |
| SMARTREMINDERS.COM | 1437 DONELSON PIKE, NASHVILLE, TN 37217 |
| SOHO DIGITAL INC | 121 W 27TH ST, #703, NEW YORK, NY 10001 |
| SOHO DIGITAL INC | PO BOX 9142, UNIONDALE, NY 11555 |
| SOLTECH INC | DBA DISCOUNT WIRELESS, 322 E MONROE AVE, HARLINGEN, TX 78550 |
| SOLUTION MARKETING LLC | 14001 63RD WAY N, CLEARWATER, FL 33760 |
| SONY ERICSSON | ATTN: TRICIA BOUZIGARD, 701 DEVELOPMENT DR, RESEARCH TRIANGLE PARK, NC 27709 |
| SPECIALTY OUTSOURCING SOLUTIONS LTD | SPECTRA WIDE INC, 1418 GARDENIA ST, IRVING, TX 75063 |
| SSLDKFI DK DFDFLK | XX YAZDAN, STREET2, US, NY 32513 |
| STANDARD INTERNET CORP | 303 LIPPINCOTT DR, MARLTON, NJ 08053 |
| STARUSA SERVICES INC | 5 LAURIE LANE, EDISON, NJ 08817 |
| STEVEN C MARINARO | 8463 CLOVER LEAF DR, MCLEAN, VA 22102 |
| STUDENT ADVANTAGE INC | 280 SUMMER ST, BOSTON, MA 02210 |
| STUDENTMARKETCOM INC | 371 MOODY ST, SUITE 104, WALTHAM, MA 02453 |
| SUBSCRIBERBASE | 3830 FOREST DR, SUITE 207, COLUMBIA, SC 29204 |
| SUNGIFT | 1935 S PLUM GROVE RD, PALATINE, IL 60067 |
| SURE CLICK PROMOTIONS | 1211 CONNECTICUT AVE NW, SUITE 608, WASHINGTON, DC 20036 |
| SWEEPSCLUBCOM ATTN: DANIEL WEBER | ATTN: DANIEL WEBER, 450 7TH AVE SUITE 1807, NY, NY 10123 |
| SYNERGEMAIL.COM | 16542 VENTURA BLVD STE 305, ENCINO, CA 91436 |
| TAHAS TECHNOLOGIES | 90 JOHN STREET, SUITE 404, NEW YORK, NY 10028 |
| TALK CITY INC | 10 TOWER OFFICE PARK, SUITE 315, WOBURN, MA 01801 |
| TARGET EMAIL DIRECT LC | 351 S CYPRESS ROAD, SUITE #404, POMPANO BEACH, FL 33060 |
| TEAM EFFORT INTERNATIONAL | 3000 DANVILLE BLVD, SUITE 186, ALAMO, CA 94507 |
| TECH-1 WIRELESS | 1 HUNTINGTON QUADRANGLE SUITE 3N05, MELVILLE, NY 11747 |
| TELECARE INC | 444 LAFAYETTE RD, NOBLESVILLE, IN 46060 |
| TELECOM MANAGEMENT INC | 583 WARREN AVE, PORTLAND, ME 04103 |
| TELESAVE COMMUNICATIONS CORP | 2161-10 ST PL, EAST MOLING, IL 61244 |
| TENOK DIGITAL MEDIA | 715 CREEK DR, CHATTANOOGA, TN 37415 |
| TERRA LYCOS (PARTNER) | MAIL STOP #511, 100 FIFTH AVE, WALTHAM, MA 02451 |
| TEST ACCOUNT | TESTER ALOT, 1 TESTER ROAD, CHANTILLY, VA 22066 |

9

EXHIBIT A

| Name | Address |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES | 2100 L ST NW, WASHINGTON, DC  20037 |
| THE OPTLN GROUPCOM INC | 6245 NW 9TH AVE, STE 213, FORT LAUDERDALE, FL  33309 |
| THE RETIRED OFFICERS ASSOCIATION | 201 N WASHINGTON ST, ALEXANDRIA, VA  22314 |
| THE UNITED FOOD AND COMMERICAL WORKERS U | 1774 K ST NW, WASHINGTON, DC  20006 |
| THE USEFUL | 6001 BROKEN SOUND PARKWAY, 2ND FLOOR, BOCA RATON, FL  33487 |
| THE USEFUL LLC | 6001 BROKEN SOUND PARKWAY, 2ND FLOOR, BOCA RATON, FL  33487 |
| THE VENDARE GROUP | 15260 VENTURA BLVD, SUITE 2000, SHERMAN OAKS, CA  91403 |
| THE WEATHER CHANNEL INTERACTIVE INC | PO BOX 101634, ATLANTA, GA  30392 |
| THEADMANAGER.COM | 17776 TOMBALL PARKWAY, HOUSTON, TX  77064 |
| TIMESHIFT | 775 E BLITHEDALE, SUITE 272, MILL VALLEY, CA  94941 |
| TOPICA.COM | 685 MARKET ST, SUITE 300, SAN FRANCISCO, CA  94105 |
| TOTAL SYSTEMS | ATTN: PRIME, 204 NORTH CENTER DR, NORTH BRUNSWICK, NJ  08902 |
| TOUCHDOWN MEDIA INC | 46 CABOT WAY, FRANKLIN PARK, NJ  08823 |
| TRACIE VOLDER GORCYS | #332, 12000 MARKET ST, RESTON, VA  20190 |
| TRACPOINT WIRELESS | 218 BOSTON ST, SUITE 206, TOPSFIELD, MA  01983 |
| TRAFFIC LOGIC | 23852 PACIFIC COAST HWY, #702, MALIBU, CA  90265 |
| TRAFFIC MARKETING PMB #302 | PMB #302, 17675 SW FARMINGTON, ALOHA, OR  97007 |
| TRAFFICMARKETPLACE.COM | C/O FIRST COMMUNITY FINANCIAL, PO BOX 16006, PHOENIX, AZ  85011 |
| TRANCOS INC | PO BOX 5806, REDWOOD CITY, CA  94063 |
| TRANSEND INC | 1 UNIVERSITY PLAZA, SUITE 307, HACKENSACK, NJ  07604 |
| TRANZACT MEDIA LLC | 232 W 36TH ST, 12TH FLOOR, NEW YORK, NY  10018 |
| TRAVERSENT LLC | 6 SUMMERVILLE RD, FOXBORO, MA  02035 |
| TRI MEDIA PARTNERS | 600 W HILLSBORO BLVD, SUITE 210, DEERFIELD BEACH, FL  33441 |
| UBID INC | 8725 W HIGGINS, 9TH FLOOR, CHICAGO, IL  60631 |
| ULTIMATE SPORTS (VENDARE) | ATTN: ACCOUNTS RECEIVABLE, 15260 VENTURA BLVD, SHERMAN OAKS, CA  91403 |
| ULTIMATE WIRELESS INC | 1817NELEICHNERRD, VANCOUVER, WA  98686 |
| UNDERTONE NETWORKS | 270 MADISON AVE, 19TH FLOOR, NEW YORK, NY  10016 |
| U-NIK PRESS | PRINTING AND COPY SERVICES, 900 NINETEENTH ST NW, WASHINGTON, DC  20006 |
| UNISOURCE - MARYLAND | 7472 COLLECTION CENTER DR, CHICAGO, IL  60693 |
| UNITED BUSINESS MACHINES | 9218 GAITHER ROAD, GAITHERSBURG, MD  20877 |
| UNITED MARKET GROUP INC | ATTN TRUDI GILARSKI, 929 N PLUM GROVE RD, SCHAUMBURG, IL  60173 |
| UNITED MOTORCOACH ASSOCIATION | ATTN: DANIELLE STAUDT, 113 SOUTH WEST ST 4TH FIR, ALEXANDRIA, VA  22314 |
| URBAN WORLD WIRELESS | 1601 SEPULVEDA BLVD, #932, MANHATTAN BEACH, CA  90266 |
| USA CREDIT LLC | ONE MILLENNIUM DR, UNIONTOWN, PA  15401 |
| USAA CREDIT CARD SERVICES | 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX  78288-0570 |
| USASIA CONNECT INC | 2450 HOPE LANE, EAST PALM BEACH GARDENS, FL  33410 |
| VALUECLICK | 805 THIRD ST, 10TH FLOOR, NEW YORK, NY  10022 |
| VAYAN MARKETING GROUP | ATTN: ACCOUNTING, 7700 W CAMINO REAL, BOCA RATON, FL  33433 |
| VENDOR PROMOTIONS LLC | 2880 JOHNSON FERRY RD, SUITE 100, MARIETTA, GA  30062 |
| VENTE INC | 14210 HILLSDALE CIRCLE, OMAHA, NE  68137 |
| VENTURE DIRECT WORLDWIDE | PO BOX 9484, UNIONDALE, NY  11555-9484 |
| VERIO INC | 8005 S CHESTER ST, SUITE 200, ENGLEWOOD, CO  80112 |
| VESPER MEDIA | 33 KENILWORTH RD, BINGHAMPTON, NY  13903 |
| VICI MARKETING (FREEDOM PHONES) | 14001 63RD WAY N, CLEARWATER, FL  33760 |
| VINNY OLMSTEAD (BROADBAND NATIONAL) | 1054 20TH PL, VERA BEACH, FL  32960 |
| VIRTUMUNDO | 4600 MADISON SUITE 500, KANSAS CITY, MO  64112 |
| VIRTUNET INC | 6300 CAITOGA AVE 15TH FLOOR, WOODLAND HILLS, CA  91367-8015 |
| VISION MARKETING INC | 429 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ  07632 |
| VIZONE ONE | 17360 COLIMA RD #341, ROWLAND HEIGHTS, CA  91748 |
| VMWARE, INC. | DEPT. CH 10806, PALATINE, IL  60055-0806 |
| VUICO LLC | 17314 STATE HIGHWAY 249, SUITE 112, HOUSTON, TX  77064 |
| WALKER MANAGEMENT INC AGENT | SUITE 400, 12007 SUNRISE VALLEY DR, RESTON, VA  20191 |
| WALTER LEACH | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| WALTER W LEACH III | SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC  20007 |
| WARD MEDIA INC | 28 W 36TH ST, SUITE 804, NEW YORK, NY  10018 |
| WATERFRONT CENTER | 1054 31ST ST, WASHINGTON, DC  20007 |

EXHIBIT A

| Name | Address |
|---|---|
| WATERFRONT CENTER LIMITED PARTNERSHIP | C/O R B ASSOCIATES INC, 1054 31ST ST NW SUITE 1000, WASHINGTON, DC  20007 |
| WCS CELLPHONES ONLINE INC | 8739 83RD AVE, EDMONTON, AB  T6E 2B6, CANADA |
| WEBIZ INC | GARY PUCKETT, 25554 HIGH HAMPTON CIR, SORRENTO, FL  32776 |
| WEBMETHODS, INC. | DEPT. CH 10755, PALATINE, IL  60055-0755 |
| WESTRICK BRIAN | 4523 GLADWYNE DR, BETHESDA, MD  20814 |
| WHEREVER U | 51 PUTNAM ST, SAN FRANCISCO, CA  94110 |
| WILLIS OF TEXAS, INC. | PO BOX 730310, DALLAS, TX  75373-0310 |
| WIRED PLASTICS | 801 N 500 W, SUITE 102, WEST BOUNTIFUL, UT  84087 |
| WIRELESS GURU | 21 1/2 W MONTCALM, PONTIAC, MI  48342 |
| WORLD DATA NETWORK | 1489 W PALMETTO PARK RD, SUITE 480, BOCA RATON, FL  33486 |
| WWW.4DAILY.COM | OLE BOEI LUHBK, CEDERVEJ16, KOLDING  06000, DENMARK |
| WWWBAY9.COM | |
| WYND COMMUNICATIONS CORP | 75 HIGUERA ST, SUITE 240, SAN LUIS OBISPO, CA  93401-5424 |
| XACTMAIL | 60 MADISON AVE, NEW YORK, NY  10010 |
| XUPPA.COM | ATTN: KAY KOREN, 450 SEVENTH AVE SUITE 1605, NEW YORK, NY  10018 |
| YAHOO! INC | PO BOX 3003, CAROL STREAM, IL  60132-3003 |
| YAHOO! INC | YAHOO! ACCOUNTS RECEIVABLE, PO BOX 3003, CAROL STREAM, IL  60132-3003 |
| YAHOO! SEARCH MARKETING /OVERTURE | PO BOX 89-4147, LOS ANGELES, CA  90189-4147 |
| YELLOWPAGES.COM | 2460 PASEO VERDE PARKWAY, SUITE 135, HENDERSON, NV  89074 |
| YNR MARKETING | BOX 7735, LAGUNA NIGEL, CA  92607 |
| YOUTUBE INC | 1000 CHERRY AVE FL 2, SAN BRUNO, CA  94066-2315 |
| YUBCOM INC | 85 ENTERPRISE, SUITE 100 - DEPT AR, ALISO VIEJO, CA  92656 |
| ZED INTERACTIVE (MUSICCOM) | 5 LYONS MALL, #334, BASKING RIDGE, NJ  07920 |
| ZING WIRELESS | 17207 VENTURA BLVD, SUITE 4, ENCINO, CA  91376 |
| ZOOBA | SUMMER EXCHANGE BLDG, 101 ARCH STREET 4TH FLOOR, BOSTON, MA  02110 |