# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| INPHONIC, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : **Hearing Date: Not Applicable** |
| | : **Objection Deadline: Not Applicable** |

## MOTION TO SHORTEN NOTICE REGARDING MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

The above-captioned debtors and debtors in possession (the "Debtors"), by and through undersigned counsel, hereby file this motion to shorten notice (the "Motion to Shorten") pursuant to section 102 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to shorten the notice period under Rule 9006-1(c) of the Local Rules and Rule 2002(a) of Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") with respect to the Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts pursuant to Section 365(a) of the Bankruptcy Code (the "Rejection Motion"). In support of this Motion to Shorten, the Debtors respectfully represent as follows:

1.      The Debtors seek to shorten the period for notice of the hearing on the Rejection

---

[1] The Debtors and the last four digits of each Debtors' federal tax identification numbers are: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Motion required by Bankruptcy Rule 2002(a) so that this Court may consider the Rejection Motion at the hearing on January 30, 2007 at 3:00 p.m. The Debtors also respectfully request a corresponding objection deadline of January 25, 2007 at 4:00 p.m.

2. In support of this Motion to Shorten, the Debtors assert that a prompt hearing on the Rejection Motion is appropriate. As described in the Rejection Motion, the Debtors request the entry of an order under Bankruptcy Code section 105(a) and 365(a) authorizing the Debtors to reject certain executory contracts and unexpired leases on a *nunc pro tunc* basis. These Rejected Contracts[2] have been neither assumed and assigned to Adeptio or Simplexity nor designated as Designated Contracts, Additional Designated Contracts, or Held Contracts. The Debtors have determined that neither they nor their estates receive any benefit from the Rejected Contracts. The Debtors have sold substantially all of their business assets to Simplexity and have no need for the Rejected Contracts. Therefore, the Debtors request consideration of the Rejection Motion on shortened notice to reduce any liability incurred by the estates from delay in rejection of the Rejected Contracts. The relief requested herein and in the Rejection Motion will minimize administrative expense and maximize distribution to the Debtors' unsecured creditors. If this Motion to Shorten is not granted, the Debtors are at risk for the continuing accrual of liability for the Rejected Contracts until a further hearing date can be scheduled.

3. The shortened notice period will not prejudice any party in interest. The Debtors are serving this Motion to Shorten and the Rejection Motion by overnight mail on counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, counsel to Simplexity and Adeptio, all parties to the Rejected Contracts, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

4. Under these circumstances, the Debtors seek relief from this Court, pursuant to

2

{00724077;v1}

Bankruptcy Rule 2002 and Local Rule 9006-1(e), to have the Application heard on shortened notice.

**WHEREFORE**, the Debtors respectfully request that this Court approve the relief requested in the Motion to Shorten.

Date:  January 18, 2008
       Wilmington, Delaware

**BAYARD, P.A.**

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:   (302) 658-6395

and

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501

Counsel for Debtors
and Debtors in Possession

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Rejection Motion.