## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2008, a copy of **OBJECTION OF QUALUTION SYSTEMS, INC. TO OMNIBUS MOTION FOR AN ORDER APPROVING (A) ASSUMPTIONS AND ASSIGNMENTS OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (B) PROCEDURES FOR FUTURE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS PURSUANT TO THE DECEMBER 13, 2007 ORDER, ETC.** *(the "Motion")* was served upon the following counsel in accordance with the Notice of Motion in the manner indicated and upon those parties upon on the CM/ECF Notice:

| | |
|---|---|
| DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>*Attn:* Thomas R. Califano<br>Vincent J. Roldan | *Via Facsimile (212) 884-8690<br>and U.S. First Class Mail* |
| The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>*Attn:* Neil B. Glassman<br>Mary E. Augustine | *Via Hand Delivery* |

/s/ *Patricia P. McGonigle*
_____
PATRICIA P. MCGONIGLE (ID #3126)

62312 v1