## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| InPhonic, Inc., et al.,[1] | ) **Case No. 07-11666-KG** |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE RE:

Docket No. 305

NOTICE OF MOTION

DEBTORS' MOTION TO REJECT ITS REAL PROPERTY LEASE OF OFFICE SPACE AT WATERFRONT CENTER

[PROPOSED] ORDER REJECTING DEBTORS' REAL PROPERTY LEASE FOR OFFICE SPACE AT WATERFRONT CENTER

Docket No. 307

NOTICE OF MOTION

MOTION OF DEBTORS FOR AN ORDER (I) ESTABLISHING FEBRUARY 28, 2008 AS THE GENERAL BAR DATE FOR FILING GENERAL CLAIMS AGAINST THE DEBTORS,
(II) ESTABLISHING A BAR DATE RELATING TO REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
(III) ESTABLISHING MAY 6, 2008 AS THE BAR DATE FOR GOVERNMENTAL UNITS AND (IV) APPROVING SCOPE AND MANNER OF NOTICE OF BAR DATES

[PROPOSED] ORDER (I) ESTABLISHING MARCH 9, 2008 AT 4:00 P.M. EASTERN TIME AS THE GENERAL BAR DATE FOR FILING GENERAL CLAIMS AGAINST THE DEBTORS,
(II) ESTABLISHING A BAR DATE RELATING TO REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND
(III) APPROVING SCOPE AND MANNER OF NOTICE OF BAR DATES

I, James H. Myers, state as follows:

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.  On January 14, 2008, I caused the above referenced documents to be served on the parties as described below:

Exhibit A    Service List regarding Docket Nos. 305 and 307
             [Re: those parties who have requested special notice and the Core Group]

Exhibit B    Service List regarding Docket No. 305
             - The Affected Party is referenced in Service List 27427
             - The landlord is referenced in Service List 27428

3.  All parties were served via the modes of service indicated in Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 18, 2008
El Segundo, California

_____
James H. Myers

State of California    )
                       )
County of Los Angeles  )

On January 18, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP NOV 13, 2008