# EXHIBIT B

## Exhibit B - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27427 | HOLLAND & KNIGHT LLP, ATTN. NELSON F MIGDAL, ESQ, 2099 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20037 | DHL Overnight |
| 27428 | R B ASSOCIATES, INC., 1054 31ST STREET NW, SUITE 1000, WASHINGTON, DC, 20007 | Certified Mail |

Subtotal for this group: 2