# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| **InPhonic, Inc., et al.**[1], | )    **Case No. 07-11666-KG** |
| | )    **(Jointly Administered)** |
|            Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 312 | CERTIFICATION OF COUNSEL REGARDING STIPULATION AMONG DEBTORS, SIMPLEXITY, ADEPTIO AND VERIZON WIRELESS FOR ASSUMPTION, ASSIGNMENT, AND CURE OF CERTAIN AGREEMENTS |
| Docket No. 314 | NOTICE OF MOTION<br><br>MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE<br><br>[PROPOSED] ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES |
| Docket No. 315 | MOTION TO SHORTEN NOTICE REGARDING MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE [Re: Docket No. 314]<br><br>[PROPOSED] ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE [Re: Docket No. 314] |

       I, Katya M. Belas, state as follows:

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On January 18, 2008, I caused the above referenced documents to be served on the parties as described below:

Exhibit A    Docket No. 312 was served on
- Those parties who have requested special notice and the Core Group together referenced as Service List 27474

Exhibit B    Docket No. 314 and 315 were served on
- Those parties who have requested special notice and the Core Group together referenced as Service List 27482
- The Affected Parties referenced as Service List 27475

3. All parties were served via the modes of service indicated in Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 21, 2008
El Segundo, California

Katya M. Belas

State of California    )
                       )
County of Los Angeles  )

On January 21, 2008 before me, James H. Myers, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009