# EXHIBIT A

## Dkt No. 213 - Ntc Assump Sale - Supplemental for InPhonic, Inc.

Total number of parties: 1

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27485 | HELLOMOBILE.COM, 10965 BLUFFSIDE DR, SUITE 254, STUDIO CITY, CA 91604 | DHL Overnight |

Subtotal for this group: 1