# EXHIBIT A

Case 07-11666-KG    Doc 322-1    Filed 01/22/08    Page 2 of 2

Page 4 of 4

## for InPhonic, Inc.
Total number of parties: 39

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27372 | 123GREETINGSCOM INC, 1674 BROADWAY, SUITE 403, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 27372 | ALTERNATIVE MARKETING & MANAGEMENT INC, 1545 BAYFIELD COURT, TRINITY, FL, 34655 | US Mail (1st Class) |
| 27372 | BELCARO GROUP, INC., SUITE 208, 7100 E BELLEVIEW AVENUE, GREENWOOD VILLAGE, CO, 80111 | US Mail (1st Class) |
| 27372 | CARE FIRST, 10455 MILLS RUN CIRCLE, OWINGS MILLS, MD, 21117 | US Mail (1st Class) |
| 27372 | CGETC INC. DBA ACCESSORYGEEKS.COM, INC, 260 PASEO TESORO, WALNUT, CA, 91789 | US Mail (1st Class) |
| 27372 | CITIBANK – 'THANK YOU NEW YORK', ATTN CAROLYN GORMALEY, CITICORP CREDIT SERVICES, INC., ONE COURT SQUARE, LONG ISLAND CITY, NY, 11120 | US Mail (1st Class) |
| 27372 | EVOLTE PRIVATE LIMITED, 295 TILAK NAGAR MAIN, 1ST FLOOR GM HOUSE, INDORE, 452018 INDIA | US Mail (1st Class) |
| 27372 | FRONTLINE DIRECT INC, 2658 DEL MAR HEIGHTS RD, SUITE # 203, DEL MAR, CA, 92014 | US Mail (1st Class) |
| 27372 | GADGATEER, 8581 DOBBS CEMETERY RD, COLUMBUS, IN, 47201 | US Mail (1st Class) |
| 27372 | GLOBAL MARKETING STRATEGIES LLC, 1163 S 920 E, OGDEN, UT, 84404 | US Mail (1st Class) |
| 27372 | GOSOLUTIONS, INC., SUITE 100, 10701 DANKA WAY N, ST. PETERSBURG, FL, 33716 | US Mail (1st Class) |
| 27372 | I-METHOD COM, 1814 NE MIAMI GARDENS DR, #203, MIAMI, FL, 33179 | US Mail (1st Class) |
| 27372 | LIMBO INC, 270 EAST LANE, SUITE # 1, BURLINGAME, CA, 94010 | US Mail (1st Class) |
| 27372 | LOSTMYPHONE COM, PO BOX 40601, ARLINGTON, VA, 22204 | US Mail (1st Class) |
| 27372 | METLIFE SBC, PO BOX 804466, KANSAS CITY, MO, 64180-4466 | US Mail (1st Class) |
| 27372 | MOBILE TRACKER, 14917 GLASGOW COURT, TAMPA, FL, 33624 | US Mail (1st Class) |
| 27372 | NATIONAL CELLULAR OWNERS ASSOCIATION #3, 21000 BOCA RIO RD, STE A-12, BOCA RATON, FL, 33433 | US Mail (1st Class) |
| 27372 | OFFICE DEPOT, 2200 OLD GERMANTOWN ROAD, DELRAY BEACH, FL, 33445 | US Mail (1st Class) |
| 27372 | ONE TECHNOLOGIES LTD, 2211 COMMERCE ST, SUITE 200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 27372 | PLATINUM WORLDWIDE INC, PO BOX 297278, BROOKLYN, NY, 11229-7278 | US Mail (1st Class) |
| 27372 | POCKET SOLUTIONS INC, 95 B HOFFMAN LANE, ISLANDIA, NY, 11749 | US Mail (1st Class) |
| 27372 | PROSYS TECHNOLOGIES INC, 11877 DOUGLAS RD, SUITE 102-175, ALPHARETTA, GA, 30005 | US Mail (1st Class) |
| 27372 | REALBIZ SOLUTIONS, 13396 ROSARIO RD, ANACORTES, WA, 98211 | US Mail (1st Class) |
| 27372 | RMS COMMUNICATIONS, 4551 NW 44TH AVE, OCALA, FL, 34486 | US Mail (1st Class) |
| 27372 | ROCK WIRELESS INC, 160 JOAN DR, COLLEGEVILLE, PA, 19426 | US Mail (1st Class) |
| 27372 | ROTARY INTERNATIONAL, 1560 SHERMAN AVE, EVANSTON, IL, 60201 | US Mail (1st Class) |
| 27372 | SAMSUNG, 1301 E LOOKOUT DRIVE, RICHARDSON, TX, 75082 | US Mail (1st Class) |
| 27372 | SELECT ONE WIRELESS, IMRAN BAJWA, 832 PARKSIDE BLVD, CLAYMONT, DE, 19703 | US Mail (1st Class) |
| 27372 | SIVAKUMAR SHANMUGASUNDARAM, 15 PLANT ST, CUMBERLAND, RI, 02864 | US Mail (1st Class) |
| 27372 | STAPLES, ATTN JESSICA FORZESE, 500 STAPLES DR, FRAMINGHAM, MA, 01702 | US Mail (1st Class) |
| 27372 | TELECOM BEACON (SHANE FLOYD), 2231 HARMONY RD, ELBERTON, GA, 30635 | US Mail (1st Class) |
| 27372 | TELECOM BROKERAGE, 836 RAND RD, STE 264, ARLINGTON HEIGHTS, IL, 60004 | US Mail (1st Class) |
| 27372 | THE ELEPHANT GROUP INC, 901 HADLEY RD, SOUTH PLAINFIELD, NJ, 07080 | US Mail (1st Class) |
| 27372 | USA OPTIN.COM, 399 KNOLLWOOD RD, SUITE 300, WHITE PLAINS, NY, 10603 | US Mail (1st Class) |
| 27372 | VERSALY, 555 116TH AVE NE, SUITE 232, BELLEVUE, WA, 98004 | US Mail (1st Class) |
| 27372 | W M UNLIMITED, 19415 GRAN CIMA, SAN ANTONIO, TX, 78258 | US Mail (1st Class) |
| 27372 | WEATHERBUG, 2-5 METROPOLITAN COURT, GAITHERSBURG, MD, 20878 | US Mail (1st Class) |
| 27372 | WORLD TELECOM INC, 22761 PACIFIC COAST HIGHWAY, SUITE # 101, MALIBU, CA, 90265 | US Mail (1st Class) |
| 27372 | ZALMAR, 63 FLUSHING AVE, UNIT 353, BROOKLYN, NY, 11205 | US Mail (1st Class) |

Subtotal for this group: 39