# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **InPhonic, Inc., et al.[1],** | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE RE:

Docket
No. 302

NOTICE OF MOTION

DEBTORS' MOTION FOR APPROVAL OF NAME AND CAPTION
CHANGE

[PROPOSED] ORDER CHANGING DEBTORS' NAME AND
CAPTION

I, James H. Myers, state as follows:

1.      I am over eighteen years of age and I believe the statements contained
herein are true based on my personal knowledge.   My business address is c/o BMC
Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.      On January 11, 2008, I caused the above referenced documents to be
served on the parties as described below via first-class mail and deposited with the United
States Postal Service with postage thereon fully prepaid:

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as
follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a
Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware
limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation,
Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile
Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON
Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive,
LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A    Service List regarding Docket No. 302
[Re: those parties who have requested special notice and the Core Group]


I declare under penalty of perjury that the foregoing is true and correct.

DATED: January _15_, 2008
El Segundo, California

James H. Myers

State of California    )
                       )
County of Los Angeles  )

On January _15_, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov. 13, 2008