ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| INPHONIC, INC., et al.,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. 315 |
| | : | |

ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO MOTION FOR AN
ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES
AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE
BANKRUPTCY CODE

Upon the motion dated January 18, 2008 (the "Motion to Shorten"), of the above-captioned debtors and debtors in possession (the "Debtors") for authority, pursuant to section 102 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to shorten the notice period under Rule 9006-1(c) of the Local Rules and Rule 2002(a) of Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") with respect to the Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts pursuant to Section 365(a) of the Bankruptcy Code (the "Rejection Motion") all as more fully set forth in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that Court will consider the Rejection Motion at a hearing scheduled for January 30, 2008 at 3:00 p.m. Prevailing Eastern Time; and it is further

---

[1] The Debtors are InPhonic, Inc., CAIS Acquisition LLC, SimIPC Acquisition Corp., SN Liquidation, Inc. (formerly "Star Number, Inc."), Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

{00724077;v1}

ORDERED that all objections, if any, to the relief sought in the Rejection Motion must be in writing and filed with the Court and served on counsel to the Debtors, counsel to the secured lender, counsel to the Official Committee of Unsecured Creditors, and counsel for the Office of the United States Trustee so as to be actually received by such parties no later than January 25, 2008 at 4:00 p.m. Prevailing Eastern Time; and is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 22, 2008
       Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{00724077;v1}