IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*, ) | Case No.: 07-11666-KG |
| ) | Jointly Administered |
| Debtors. ) | **Re: 296 and 316** |
| ) | Hearing Date: 1/30/08 @ 3:00 p.m. |

**JOINDER OF ALLTEL COMMUNICATIONS, LLC TO OBJECTION OF QUALUTION SYSTEMS, INC. TO OMNIBUS MOTION FOR ORDER APPROVING (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (B) PROCEDURES FOR FUTURE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS PURSUANT TO THE DECEMBER 13, 2007 ORDER, ETC.**

Alltel Communications, LLC f/k/a Alltel Communications, Inc. ("Alltel Communications"), by and through undersigned counsel, hereby joins in the arguments set forth in paragraph 7 of Qualution Systems, Inc.'s *Objection To Omnibus Motion For Order Approving (A) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (B) Procedures For Future Assumption And Assignment Of Certain Held Contracts Pursuant To The December 13, 2007 Order, Etc.* filed on January 21, 2008 (the "Objection", Docket No. 316).

*(Remainder of page left blank)*

WHEREFORE, Alltel Communications respectfully requests that this Court amend the proposed procedures governing the future assumption and assignment of Held Contracts[1] as requested in paragraph 7 of the Objection.

1/23/08

SMITH, KATZENSTEIN & FURLOW, LLP

By: /s/ Kathleen M. Miller
Kathleen M. Miller (2898)
The Corporate Plaza
800 Delaware Avenue
PO Box 410
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-8400
Fax: (302) 652-8405
Email: KMiller@skfdelaware.com

and

Mark A. Salzberg (*pro hac vice*)
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5101
Telephone: 202.672.5300
Facsimile: 202.672.5399

Attorneys for Alltel Communications

---

[1] All capitalized terms used herein shall have the meaning ascribed to them in the *Omnibus Motion For Order Approving (A) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (B) Procedures For Future Assumption And Assignment Of Certain Held Contracts Pursuant To The December 13, 2007 Order, Etc.* (Docket No. 296).