## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January 2008, a copy of the JOINDER OF ALLTEL COMMUNICATIONS, LLC TO OBJECTION OF QUALUTION SYSTEMS, INC. TO OMNIBUS MOTION FOR ORDER APPROVING (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (B) PROCEDURES FOR FUTURE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS PURSUANT TO THE DECEMBER 13, 2007 ORDER, ETC. was served on the following in the manner indicated:

**BY FAX**
DLA Piper US LLP
Attn: Thomas R. Califano
1251 Avenue of the Americas
New York, NY 10020
fax: 212-884-8690

**BY HAND**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Attn: Neil B. Glassman
Email: *bankserve@bayardfirm.com*

/s/ Kathleen M. Miller