***Dominic J. Rita***
***73 Chatham Place***
***Southampton, N.J. 08088***
***609-859-9583—Fax 609-859-9584***

January 14, 2008

David Bird-Court Clerk
824 N. Market Street
3rd Fl.
Wilmington, Del. 19801

07-11666

Mr. Bird:

Please advise the status of my rebates from inphonic inc., due to their reorganization as of 11/8/2007.
Enclosed are copies of my claims from them.
You can either call me or fax me.
Your prompt attention to this matter is greatly acknowledged.


Very Truly Yours,

_____
Dominic J. Rita

**From:** RebateProcessingCenterCustomerCare
**To:** DOMRITA@COMCAST.NET
**Subject:** Wireless Phone Rebate Confirmation
**Date:** Tuesday, October 02, 2007 3:03:35 PM

Dear Dominic Rita,

Thank you for your recent wireless purchase. We have received and are processing the following rebate claim submission:

Rebate: Customer Loyalty H37946
Rebate Amount: $40.00
Rebate Claim ID: 40903793

To check the status of this rebate submission, please log onto our rebate information website
www.cellphonerebates.com and use the Rebate Claim ID above. Note that if you have submitted
other rebate claims, they will be assigned a different Rebate Claim ID and will be assessed separately.

Please allow 60 days to process your rebate claim submission. Keep all copies of your rebate claim submission until your rebate claim is finalized.

If you have questions about the rebate claims process or wish to e-mail us, please logon to www.whereismyorder.com.

Thank you again for shopping with us.

Please do not reply to this e-mail, this e-mail box is not monitored for replies.

Sincerely,

Rebate Processing Center Customer Care

**From:** RebateProcessingCenterCustomerCare
**To:** DOMRITA@COMCAST.NET
**Subject:** Wireless Phone Rebate Confirmation
**Date:** Tuesday, October 02, 2007 3:02:20 PM

Dear Dominic Rita,

Thank you for your recent wireless purchase. We have received and are processing the following rebate claim submission:

Rebate:             Customer Loyalty H37946
Rebate Amount:  $40.00
Rebate Claim ID: 40903794

To check the status of this rebate submission, please log onto our rebate information website
www.cellphonerebates.com and use the Rebate Claim ID above. Note that if you have submitted
other rebate claims, they will be assigned a different Rebate Claim ID and will be assessed separately.

Please allow 60 days to process your rebate claim submission. Keep all copies of your rebate claim submission until your rebate claim is finalized.

If you have questions about the rebate claims process or wish to e-mail us, please logon to www.whereismyorder.com.

Thank you again for shopping with us.

Please do not reply to this e-mail, this e-mail box is not monitored for replies.

Sincerely,

Rebate Processing Center Customer Care

**From:** RebateProcessingCenterCustomerCare
**To:** DOMRITA@COMCAST.NET
**Subject:** Wireless Phone Rebate Confirmation
**Date:** Tuesday, October 02, 2007 3:02:21 PM

Dear Dominic Rita,

Thank you for your recent wireless purchase. We have received and are processing the following rebate claim submission:

Rebate: Customer Loyalty H37946
Rebate Amount: $50.00
Rebate Claim ID: 40903795

To check the status of this rebate submission, please log onto our rebate information website
www.cellphonerebates.com and use the Rebate Claim ID above. Note that if you have submitted
other rebate claims, they will be assigned a different Rebate Claim ID and will be assessed separately.

Please allow 60 days to process your rebate claim submission. Keep all copies of your rebate claim submission until your rebate claim is finalized.

If you have questions about the rebate claims process or wish to e-mail us, please logon to www.whereismyorder.com.

Thank you again for shopping with us.

Please do not reply to this e-mail, this e-mail box is not monitored for replies.

Sincerely,

Rebate Processing Center Customer Care