IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| InPhonic, Inc., et al., | ) | |
| | ) | Case No. 07-11666 (KG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE      :
                      : SS:
NEW CASTLE COUNTY      :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 23, 2008, I caused service of the following:

**Objection and Joinder of MForce, Inc. to Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, r Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief**

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   January 23, 2008

_____
Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 23rd of January, 2008.

_____
NOTARY

My commission expires:_____
S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

CXL/1673953

**VIA HAND DELIVERY**

Neil B. Glassman, Esq.

The Bayard Firm

222 Delaware Avenue, Suite 900

P.O. Box 25130

Wilmington, DE 19899

**VIA FACSIMILE & FIRST CLASS MAIL**

Thomas R. Califano, Esq.

DLA Piper US LLP

1251 Avenue of the Americas

New York, NY 10020

Facsimile: (212) 884-8690

[Counsel for the Debtors]