IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC INC., *et. al.*, | ) | Case No. 07-11666 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **RE: DOCKET NOS. 296 AND 316** |
| | ) | **Hearing Date: 1/30/08 at 3:00 p.m.** |

**JOINDER OF NEA'S MEMBER BENEFITS CORPORATION TO OBJECTION OF QUALUTION SYSTEMS, INC. TO OMNIBUS MOTION FOR ORDER APPROVING (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (B) PROCEDURES FOR FUTURE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS PURSUANT TO THE <u>DECEMBER 13, 2007 ORDER, ETC.</u>**

NEA's Member Benefits Corporation ("NEA MBC"), by and through their undersigned counsel, hereby joins in the arguments set forth in paragraph 7 of Qualution Systems, Inc.'s *Objection to Omnibus Motion For Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures For Future Assumption And Assignment Of Certain Held Contracts Pursuant To The December 13, 2007 Order, Etc.* filed on January 21, 2008 (the "Objection", Docket No. 316).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Error! Unknown document property name.**

WHEREFORE, NEA MBC respectfully requests that this Court amend the proposed procedures governing the future assumption and assignment of Held Contracts as requested in paragraph 7 of the Objection.

Dated: January 23, 2008
      Wilmington, Delaware       **FOX ROTHSCHILD LLP**

By:   /s/ Carl D. Neff
     Sheldon K. Rennie (Bar No. 3772)
     Carl D. Neff (Bar No. 4895)
     Citizens Bank Center, Suite 1300
     919 N. Market Street, P.O. Box 2323
     Wilmington, Delaware 19899-2323
     Tel (302) 654-7444/Fax (302) 656-892

*Attorneys for NEA's Member Benefits Corporation*

**Error! Unknown document property name.**