InPhonic Re Organization

Clerk office

DAVID D. BIRD   Clerk of Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801
(302) 252-2900

Mr. Bird

I sent in my claim for a refund and after 5 or more months I email them about the status of my rebate (July 9, 2007) email enclosed.

On 7/20/2007 I received d email from a M. Athanash (Rebate Operation Dept.) stating my rebates have been approved but till this date I have not received one of my two rebates.

I believe I was sent a false email and would like to know if you can help me recover my rebate.

Rebate # 37588552    $25.00    Recieved
Rebate # 37579243    $75.00 .  Not Recieved

They should have been paid at same time since they are for same product

If you need to contact me please do.

Antonio Rodriguez
3025 SE Darien Road
Port St. Lucie, FL 34952
(772) 370-6388
81Hillerp@comcast.net

Sincerely

*Antonio Rodriguez* (signature)

Antonio Rodriguez

☆ Also enclosed is Official form 10 but not sure if I need to fill this out and if it's all correctly filled.
Also can you please notify me by phone or email that you recieved this.

Thank you!

From: FIN REB Rebate Status <rebatestatus@inphonic.com>
To: tony rodriguez <81hillers@adelphia.net>
Subject: RE: $75.00 and $25.00 (#8675-77648912-3146)
Date: Friday, July 20, 2007 5:06:53 PM

Dear Antonio Rodriguez,

We have received your most recent inquiry regarding your rebates.

After review of your account, your rebate has been approved for payment of $75.00, $25.00 and is in the final check approval process.

Your check will be mailed shortly. Please visit us at www.cellphonerebates.com for status updates. Your check information including mailed date will be displayed as soon as your check is processed.

We thank you for your patience while we work diligently to complete this process. Should you need further assistance in the interim, please feel free to contact us by replying to this email.

Sincerely,
M. Alhanash
Rebate Operations Department


-----Original Message-----
From: tony rodriguez (81hillers@adelphia.net)
Sent: Jul 9, 2007 11:31:43 PM
Subject: $75.00 and $25.00

← My email

Can you please tell me the status of my rebate claim # 37579243 and claim # 37588552