January 16, 2008

FILED
2008 JAN 23 AM 10: 16
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

6900 W.E. Oler Road
Williamsburg, IN 47393

David D. Bird, Clerk of Court
Clerk of Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

RE: InPhonic Chapter 11 Case

Dear Mr. Bird:

I am writing to you, sir, because I have tried everyone else. I have a complaint to file with the InPhonic Company that should be included in this Chapter 11 case. There are links to go to and download a form to send into the court. I could not get them to come up. I have been lied to (on numerous occasions) by InPhonic employees as well as employees from my telephone company. Please send the necessary documents for filing to this address:

Linda Opel
6900 W.E. Oler Road
Williamsburg, In 47393
Joleneo765@aol.com
765-886-5211

Any information you can provide would be most appreciative. Thank you in advance for your assistance in this matter.

Sincerely yours,

*Linda Opel*

Linda Opel