# **EXHIBIT A**

**LIMITED OBJECTION BY QUIXTAR INC. AND QUIXTAR CANADA CORPORATION TO DEBTORS' OMNIBUS MOTION FOR ORDER APPROVING (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (B) PROCEDURES FOR FUTURE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS PURSUANT TO THE DECEMBER 13, 2007 ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS OF DEBTOR OUTSIDE THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND, (IV) GRANTING RELATED RELIEF**

## QUIXTAR CANADA CORPORATION

**IBOCS 252340        INPHONIC  Liberty Wireless**

| Inv Date | Inv Amount | manual | returns | TOTAL | Pmt Date | PMT | exchange | Total | difference | batch # |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/07 | 4865.77 | | -19.27 | $ 4,846.50 | 7-Nov | wire | | $ 5,004.33 | -157.83 | 24751575 |
| 12/07 | 4805.63 | 27.75 | -4.80 | $ 4,828.58 | | | | | | |
| | | | | $ 9,675.08 | | | | $ 5,004.33 | | |
| **Total Outstanding** | | | | **$ 4,670.75** | | | | | | |

# QUIXTAR INC.

| Document | Doc Type | Invoice Date | Reference | Pay Open Amount | Batch Num | As If Open Gross Amount |
|---|---|---|---|---|---|---|
| 516847 | R3 | 8/10/2007 | 200707MANUALSALE | A | 430.5 | 22709435 | 757 |
| 528746 | R3 | 9/10/2007 | 200708RETURN | A | -9,990.00 | 23279475 | -9,990.00 |
| 528747 | R3 | 9/10/2007 | 200708SALE | A | 105,076.00 | 23279475 | 105,076.00 |
| 528748 | R3 | 9/10/2007 | 200708MANUALSALE | A | 2,105.50 | 23279475 | 2,180.50 |
| 544691 | R3 | 10/10/2007 | 200709RETURN | A | -11,910.00 | 23912177 | -11,910.00 |
| 544692 | R3 | 10/10/2007 | 200709SALE | A | 85,766.50 | 23912177 | 85,766.50 |
| 544693 | R3 | 10/10/2007 | 200709MANUALSALE | A | 1,140.00 | 23912177 | 1,140.00 |
| 544694 | R3 | 10/10/2007 | 200709MANUALRETURN | A | -120 | 23912177 | -120 |
| 557168 | R3 | 11/10/2007 | 200710RETURN | A | -16,110.00 | 24479336 | -16,110.00 |
| 557169 | R3 | 11/10/2007 | 200710SALE | A | 64,479.10 | 24479336 | 64,479.10 |
| 557170 | R3 | 11/10/2007 | 200710MANUALSALE | A | 1,050.00 | 24479336 | 1,050.00 |
| 557171 | R3 | 11/10/2007 | 200710MANUALRETURN | A | -75 | 24479336 | -75 |
| 568669 | R3 | 12/10/2007 | 200711RETURN (prior to Nov. 9th) | A | -12,615.00 | 25005014 | -12,615.00 |
| 568670 | R3 | 12/10/2007 | 200711SALE   Nov 1-8th | A | 23,468.90 | 25005014 | 65,308.00 full file |
| 568671 | R3 | 12/10/2007 | 200711MANUALSALE | A | 1,160.00 | 25005014 | 1,160.00 |
| 568672 | R3 | 12/10/2007 | 200711MANUALRETURN | A | -165 | 25005014 | -165 |
| 503737 | RI | 7/31/2007 | JULY BANNER | A | 1,000.00 | 22114183 | 2,000.00 |
| 503737 | RI | 7/31/2007 | JULY BANNER | A | 2,000.00 | 22114183 | 2,000.00 |
| 503737 | RI | 7/31/2007 | AUG BANNER | A | 2,000.00 | 22114183 | 2,000.00 |
| 503737 | RI | 7/31/2007 | AUG BANNER | A | 3,000.00 | 22114183 | 3,000.00 |
| 503737 | RI | 7/31/2007 | SEPT BANNER | A | 3,000.00 | 22114183 | 3,000.00 |
| 503737 | RI | 7/31/2007 | SEPT BANNER | A | 3,000.00 | 22114183 | 3,000.00 |
| 533482 | RI | 10/10/2007 | OCT BANNER | A | 3,000.00 | 23481757 | 3,000.00 |
| 533482 | RI | 10/10/2007 | OCT BANNER | A | 3,000.00 | 23481757 | 3,000.00 |
| 533482 | RI | 10/10/2007 | NOV BANNER AD | A | 3,000.00 | 23481757 | 3,000.00 |
| 533482 | RI | 10/10/2007 | NOV BANNER AD | A | 3,000.00 | 23481757 | 3,000.00 |
| 533482 | RI | 10/10/2007 | DEC 07 BANNER AD | A | 3,000.00 | 23481757 | 3,000.00 |
| 13148 | RM | 11/30/2007 | DEC 07 BANNER AD REVERSAL | A | -3,000.00 | 24551857 | -3,000.00 |

|  |  |  |
|---|---|---|
| WIRELESS PRIOR TO NOV 9TH | $ | 259,691.50 |
| IBOCS PRIOR TO NOV. 9TH | $ | 79,802.93 |
| TOTAL PRE-PETITION | $ | 339,494.43 |

250,057.10