## CERTIFICATE OF SERVICE

I, William A. Hazeltine, certify that I am not less than 18 years of age, and that I caused service of the *Limited Objection by Quixtar Inc. and Quixtar Canada Corporation to Debtors' Omnibus Motion for Order approving (a) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (b) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (i) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (ii) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (iii) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases, and (iv) Granting Related Relief* on January 24, 2008, upon the following in the manner indicated:

**Hand Delivery**
Neil B. Glassman
Mary E. Augustine
Bayard
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

**First Class Mail and Facsimile**
Thomas R. Califano
Vincent J. Roldan
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Fax: (212) 335-4501

Dated: January 24, 2008

*/s/ William A. Hazeltine*
William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

1500971