IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>INPHONIC, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 07-11666 (KG)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket No.: 307**<br>) |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR AN ORDER (I) ESTABLISHING FEBRUARY 28, 2008 AS THE GENERAL BAR DATE FOR FILING GENERAL CLAIMS AGAINST THE DEBTORS, (II) ESTABLISHING A BAR DATE RELATING TO REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (III) ESTABLISHING MAY 6, 2008 AS THE BAR DATE FOR GOVERNMENTAL UNITS AND (IV) APPROVING SCOPE AND MANNER OF NOTICE OF BAR DATES [DOCKET NO. 307]**

The undersigned hereby certifies that, as of the date hereof, the she has received no answer, objection or other responsive pleading to the **Motion of Debtors for an Order (I) Establishing February 28, 2008 as the General Bar Date for Filing General Claims against the Debtors, (II) Establishing a Bar Date Relating to Rejection of Executory Contracts and Unexpired Leases, (III) Establishing May 6, 2008 as the Bar Date for Governmental Units and (IV) Approving Scope and Manner of Notice of Bar Dates** (the "Motion") [Docket No. 307] filed on January 14, 2008. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00729524;v1}

Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 23, 2008.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: January 25, 2008

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Kathryn D. Sallie (No. 4600)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Proposed Counsel for Debtors and
Debtors in Possession

{00729524;v1}