**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INPHONIC INC., *et. al.*, | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Valerie Frew, certify that I am a paralegal employed by the law firm of Fox Rothschild LLP, that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that true and correct copies of the following document(s) were served on the parties on the attached service list via first class U.S. Mail, postage prepaid, on January 23, 2008:

1. Objection of NEA's Member Benefits Corporation to Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [Docket No. 329].

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

Dated:  January 25, 2008        By:    /s/ *Valerie Frew*
                                                 Valerie Frew

Sworn to and subscribed before
me this 25th day of January, 2008.

*/s/ Mary Rutkowski*, Notary Public
My commission expires:  August 21, 2011

WM1A 655159v1 01/25/08

SERVICE LIST

Gregory Cole
InPhonic, Inc.
1010 Wisconsin Avenue
Suite 600
Washington, DC 20007

Adeptio, c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19014
Attn: David Lorry
Facsimile: 215-609-3499

Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020
Thomas.califano@dlapiper.com

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com

Goldsmith-Agio-Helms/
Lazard Middle Market
11 West 42nd Street, 29th Floor
New York, New York 10036
Attn: Andrew Torgove
atorgove@agio.com

Anup Sathy, Esquire
John Schoenfeld, Esquire
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
asathy@kirkland.com
jschoenfeld@kirkland.com

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899
bankserve@bayardfirm.com

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Libert Place
1650 Market Street
Wilmington, DE 19801
cspringer@reedsmith.com