## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| INPHONIC, INC., et al.,[1] | : | Case No. 07-11666 (KG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 30, 2008, AT 3:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801

### UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION FILED:

1.    Debtors' Motion for Approval of Name and Caption Change [Filed 1/11/08, Docket No. 302]

Response Deadline:

January 23, 2008, at 4:00 p.m.

Related Documents:

(a)    Certification of No Objection Regarding Docket No. 302 [Filed 1/25/08, Docket No. 334]

(b)    Proposed Order Regarding Docket No. 302

Response(s) Received:

None at this time.

---

[1]    The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows:  (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00717445;v1}

Status:

    A certification of no objection has been filed.  No hearing is required unless otherwise required by the Court.

2.    Debtors' Motion to Reject its Real Property Lease of Office Space at Waterfront Center [Filed 1/14/08, Docket No. 305]

Response Deadline:

    January 23, 2008, at 4:00 p.m.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 305 [Filed 1/25/08, Docket No. 335]

    (b)    Proposed Order Regarding Docket No. 305

Response(s) Received:

    None at this time.

Status:

    A certification of no objection has been filed.  No hearing is required unless otherwise required by the Court.

**UNCONTESTED MATTER GOING FORWARD:**

3.    Motion of Debtors for an Order (I) Establishing February 28, 2008 as the General Bar Date for Filing General Claims against the Debtors, (II) Establishing a Bar Date Relating to Rejection of Executory Contracts and Unexpired Leases, (III) Establishing May 6, 2008 as the Bar Date for Governmental Units and (IV) Approving Scope and Manner of Notice of Bar Dates [Filed 1/14/08, Docket No. 307]

Response Deadline:

    January 23, 2008, at 4:00 p.m.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 307 [Filed 1/25/08, Docket No. 336]

{00717445;v1}

Response(s) Received:

    None at this time.

Status:

    This matter will go forward. The Debtors intend to file a revised form of order prior to the hearing.

4.    Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 1/18/08, Docket No. 314]

Response Deadline:

    January 25, 2008, at 4:00 p.m.

Related Documents:

    (a)    Motion to Shorten Notice Regarding Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 1/18/08, Docket No. 315]

    (b)    Order Shortening Notice Period with Respect to Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 1/22/08, Docket No. 324]

Response(s) Received:

    None at this time.

Status:

    This matter will go forward. The Debtors intend to submit a revised form of order at the hearing in which the executory contracts of RB Associates, Inc., Afco and Icon International, Inc. are removed.

{00717445;v1}

**CONTESTED MATTER GOING FORWARD:**

5.     Omnibus Motion for Order Approving (A) Assumption and Assignment of
Certain Executory Contracts and Unexpired Leases; and (B) Procedures for
Future Assumption and Assignment of Certain Held Contracts Pursuant to the
December 13, 2007 Order (I) Approving Asset Purchase Agreement and
Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of
Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims,
Encumbrances and Interests, (III) Authorizing the Assumption and Sale and
Assignment of Certain Executory Contracts and Unexpired Leases and (IV)
Granting Related Relief [Filed 1/7/08, Docket No. 296]

Response Deadline:

January 23, 2008, at 4:00 p.m.

Related Documents:

(a)     Notice of Contracts to be Held and Not Rejected by the Debtors Pursuant
to Section 365 of the Bankruptcy Code Pursuant to (A) December 13,
2007 Order (I) Approving Asset Purchase Agreement and Authorizing the
Sale of Assets of Debtor Outside the Ordinary Course of Business, (II)
Authorizing the Sale of Assets Free and Clear of All Liens, Claims,
Encumbrances and Interests, (III) Authorizing the Assumption and Sale
and Assignment of Certain Executory Contracts and Unexpired Leases
and (IV) Granting Related Relief and (B)O Section 2.5(B) of the Asset
Purchase Agreement [Filed 1/4/08, Docket No. 290]

(b)     Notice of Assumption, Sale and Assignment of Executory Contract and
Related Cure Costs [Filed 1/7/08, Docket No. 295]

Response(s) Received:

(a)     Objection of Qualtion Systems, Inc. to Omnibus Motion for Order
Approving (A) Assumption and Assignment of Certain Executory
Contracts and Unexpired Leases; and (B) Procedures for Future
Assumption and Assignment of Certain Held Contracts Pursuant to the
December 13, 2007 Order, etc. [Filed 1/21/08, Docket No. 316]

(b)     Joinder of Alltel Communications, LLC to Objection of Qualtion
Systems, Inc. to Omnibus Motion for Order Approving (A) Assumption
and Assignment of Certain Executory Contracts and Unexpired Leases;
and (B) Procedures for Future Assumption and Assignment of Certain
Held Contracts Pursuant to the December 13, 2007 Order, etc. [Filed
1/23/08, Docket No. 325]

4

(c)   Objection of Verizon Business Global, LLC to Debtors' Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside of the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [Filed 1/23/08, Docket No. 326]

(d)   Objection and Joinder of mForce, Inc. to Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [Filed 1/23/08, Docket No. 328]

(e)   Joinder of NEA's Member Benefits Corporation to Objection of Qualution Systems, Inc. to Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order, etc. [Filed 1/23/08, Docket No. 329]

(f)   Limited Objection by Quixtar, Inc. and Quixtar Canada Corporation to Debtors' Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and, (IV) Granting Related Relief [Filed 1/24/08, Docket No. 332]

5

Status:

This matter will go forward.

Dated: Wilmington, Delaware
January 28, 2008

BAYARD, P.A.

By: _____

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Kathryn D. Sallie (No. 4600)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:     (302) 655-5000
Facsimile:     (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:     (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors
and Debtors in Possession

6

{00717445;v1}