UNITED STATES BANKRUPTCY COURT
FOR THE DISTICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-11666(KG) |
| INPHONIC, INC., et al.[1] ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Re: Docket No. 307 |
| ) | |

## NOTICE OF AMENDED PROPOSED ORDER

**PLEASE TAKE NOTICE** that on January 14, 2008, the above-captioned debtors and debtors in possession (the "Debtors"), filed the **Motion of Debtors for an Order (I) Establishing February 28, 2008 as the General Bar Date for Filing General Claims Against the Debtors, (II) Establishing a Bar Date Relating to Rejection of Executory Contracts and Unexpired Leases, (III) Establishing May 6, 2008 as the Bar Date for Governmental Units and (IV) Approving Scope and Manner of Notice of Bar Dates** [Docket No. 307] (the "Motion"). A copy of the Motion may be obtained by contacting undersigned Counsel for the Debtors or at www.bmcgroup.com/inphonic.

**PLEASE TAKE FURTHER NOTICE** that a revised form of order granting the Motion is attached hereto as Exhibit 1 (the "Order").

**PLEASE TAKE FURTHER NOTICE** that a blackline comparison of the Order to the form of order originally submitted with the Motion is attached hereto as Exhibit 2.

---

[1] The Debtors and the last four digits of each of the Debtor's federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed Tax Id. No. 9384; (b) CAIS Acquisition, LLC a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) StN Liquidation, Inc. f/k/a Star Number, Inc. a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00731630;v1}

Dated: January 29, 2008          BAYARD, P.A.

By: _____
Neil B. Glassman, Esquire (No. 2087)
Mary E. Augustine, Esquire (No. 4477
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

-and-

DLA PIPER US LLP
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession

2

{00731630;v1}