IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al.,[1] | Case No. 07-11666-KG |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 305 |

**ORDER REJECTING DEBTORS' REAL PROPERTY LEASE
FOR OFFICE SPACE AT WATERFRONT CENTER**

This matter coming before the Court on the *Debtors' Motion to Reject its Real Property Lease for Office Space at Waterfront Center* (the "Motion")[2] filed by InPhonic, Inc. ("InPhonic"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having reviewed and heard the Motion; the Court finding that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to one or more subsections of 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient under the circumstances; the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates;

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

{00718158;v1}

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Lease shall be deemed rejected nunc pro tunc to January 14, 2008.

3. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. This Court will retain jurisdiction to address all disputes related to the interpretation or enforcement of this Order.

Date: January 29, 2008
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings provided in the Motion.

{00718158;v1}