CASE NAME: INPHONIC, INC.
CASE NO.: 07-11666 - KG

SIGN-IN-SHEET

COURTROOM LOCATION: 3
DATE: 1/30/08

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark A. Salzberg (Telephone Appearance) | Foley Lardner | Alltel Communications |
| David Agay | " | Adept to INPC Funding |
| Eve Wolfe | Kirkland + Ellis | Alltel Communications |
| Mac Phillips | Smith Katzenstein & Furlow LLP | RB Associates |
| Thomas M. Horan | Connolly Bove Lodge & Hutz | inForce, elnc. |
| Jason M. Madron | Morris James LLP | U.S. Cellular |
| Edmon Morton | Richards Layton & Finger | Adepto |
| Peter DeLuis | Yours Conway | Yellow Page Authority |
| Carl Falgowski | Buchanan Ingersoll Rooney | Creditors' Committee |
| Patricia McGonigle | Reed Smith | Qualcomm Systems, Inc. |
| Mary Augustine | Seth Vandotrop + Green | Debtors |
| | The Bayard Firm | TMobile |
| | Womble Carlyle | |