# EXHIBIT A

# for InPhonic, Inc.

Total number of parties: 126

### Exhibit A - InPhonic

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27634 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | DHL Overnight |
| 27636 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 27635 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), CATALDOP@GSICOMMERCE.COM | E-mail |
| 27636 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 27635 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), TTAN@VALUECLICK COM | E-mail |
| 27634 | ATTORNEY GENERAL, MICHAEL A COX, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | DHL Overnight |
| 27636 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 27635 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), NOTICES@BECKET-LEE.COM | E-mail |
| 27636 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27635 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), LSCHWAB@BBSLAW COM | E-mail |
| 27636 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27635 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), PCOSTELLO@BBSLAW.COM | E-mail |
| 27635 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE ACN COMMUNICATIONS SERVICES INC), STEVEN.WILAMOWSKY@BINGHAM.COM | E-mail |
| 27636 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27636 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), FATELL@BLANKROME.COM | E-mail |
| 27635 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), SHAPIRO-JC@BLANKROME COM | E-mail |
| 27636 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27636 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), DEBAECKE@BLANKROME COM | E-mail |
| 27635 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), KELBON@BLANKROME.COM | E-mail |
| 27636 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27634 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | DHL Overnight |
| 27634 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE: QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | DHL Overnight |
| 27636 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 27635 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, DLEMAY@CHADBOURNE.COM | E-mail |
| 27635 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, SROSEN@CB-SHEA.COM | E-mail |
| 27636 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27636 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 27635 | DELAWARE SECRETARY OF STATE, DOSDOC_WEB@STATE.DE.US | E-mail |
| 27636 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 27635 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, EMANUEL.MARINO@STATE.DE.US | E-mail |
| 27636 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27635 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 27635 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), THOMAS.CALIFANO@DLAPIPER.COM | E-mail |
| 27636 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27635 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), VINCENT.ROLDAN@DLAPIPER.COM | E-mail |
| 27636 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27635 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), MSALZBERG@FOLEY.COM | E-mail |
| 27636 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 27636 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27635 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, JCOHEN@AGIO.COM | E-mail |
| 27635 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, ATORGOVE@AGIO.COM | E-mail |
| 27636 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27635 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, DOFLANAGAN@AGIO.COM | E-mail |
| 27636 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27635 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27636 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27635 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27635 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27636 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27634 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | DHL Overnight |
| 27634 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | DHL Overnight |
| 27634 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | DHL Overnight |
| 27635 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), PROSENBLATT@KILPATRICKSTOCKTON.COM | E-mail |
| 27636 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27636 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27635 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), TMEYERS@KILPATRICKSTOCKTON.COM | E-mail |
| 27635 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), ASATHY@KIRKLAND.COM | E-mail |
| 27636 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27635 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), DAGAY@KIRKLAND.COM | E-mail |
| 27635 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), JSCHOENFELD@KIRKLAND.COM | E-mail |

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27636 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE. ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27635 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), BANKRUPTCYECF@KLGATES COM | E-mail |
| 27635 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE  AMAZON SERVICES LLC), MARC.BARRECA@KLGATES.COM | E-mail |
| 27636 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE· AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 27635 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE. AT&T), LOIZIDES@LOIZIDES COM | E-mail |
| 27636 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE· SPRINT NEXTEL CORP), DSWAN@MCGUIREWOODS.COM | E-mail |
| 27636 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 27634 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE. MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | DHL Overnight |
| 27636 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE. SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 27635 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), BFALLON@MORRISJAMES COM | E-mail |
| 27634 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | DHL Overnight |
| 27636 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE· COSMOCOM.COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27635 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE· COSMOCOM COM), JGITTO@NIXONPEABODY COM | E-mail |
| 27636 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, RICHARD SCHEPACARTER@USDOJ GOV | E-mail |
| 27636 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), RENAISSANCE ONE, 2 NORTH CENTRAL AVE, PHOENIX, AZ, 85004-2391 | US Mail (1st Class) |
| 27635 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), CGUASTEL@QUARLES COM | E-mail |
| 27635 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE· COMMITTEE OF UNSECURED CREDITORS), CSPRINGER@REEDSMITH.COM | E-mail |
| 27636 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 27636 | REED SMITH LLC, KURT F GWYNNE, (RE. COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), KGWYNNE@REEDSMITH.COM | E-mail |
| 27636 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE· COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 27635 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE  COMMITTEE OF UNSECURED CREDITORS), RSIMONS@REEDSMITH COM | E-mail |
| 27635 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, SCHRAGEP@SEC.GOV | E-mail |
| 27636 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 27636 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 27635 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, CFLETTERS@SEC.GOV | E-mail |
| 27634 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE. QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | USPS Express Mail |
| 27635 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), DCOYLE@SLK-LAW COM | E-mail |
| 27636 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |

INPHONIC INC

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27635 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), KMILLER@SKFDELAWARE COM | E-mail |
| 27636 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE. ALLTEL COMMUNICATIONS), 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE, 19889 | US Mail (1st Class) |
| 27634 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | DHL Overnight |
| 27636 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27635 | THE BAYARD FIRM, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), ESUTTY@BAYARDFIRM.COM | E-mail |
| 27635 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE. CO-COUNSEL TO DEBTOR), MAUGUSTINE@BAYARDFIRM COM | E-mail |
| 27636 | THE BAYARD FIRM, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27635 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE. CO-COUNSEL TO DEBTOR), NGLASSMAN@BAYARDFIRM COM | E-mail |
| 27636 | THE BAYARD FIRM, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27635 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, ELLEN.SLIGHTS@USDOJ.GOV | E-mail |
| 27636 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 27636 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27635 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, PHALPERN@VERSAFUND.COM | E-mail |
| 27635 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, GLS@VERSAFUND COM | E-mail |
| 27636 | VERSA CAPITAL MANAGEMENT, INC , PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27635 | VERSA CAPITAL MANAGEMENT, INC , PAUL HALPERN & DAVID LORRY, PHALPERN@VERSAFUND COM | E-mail |
| 27635 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, DLORRY@VERSAFUND COM | E-mail |
| 27636 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE. AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27635 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE. AOL LLC), TSCOBB@VSSP.COM | E-mail |
| 27635 | W B DONER & COMPANY, KEVIN WEINMAN, KWEINMAN@DONERUS.COM | E-mail |
| 27636 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 27635 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), DSTEIN@WILENTZ COM | E-mail |
| 27636 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 27636 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), FMONACO@WCSR.COM | E-mail |
| 27636 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), KMANGAN@WCSR.COM | E-mail |
| 27636 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), EMORTON@YCST.COM | E-mail |
| 27636 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), EKOSMOWSKI@YCST COM | E-mail |

INPHONIC INC

**Exhibit A - InPhonic**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27636 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27635 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S BRADY, (RE. ADEPTIO INPC FUNDING LLC), RBRADY@YCST COM | E-mail |

Subtotal for this group: 126