## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN Liquidation, Inc., *et al.*,[1] | : | Cases No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

### FIRST SUPPLEMENTAL DECLARATION OF NEIL B. GLASSMAN
### IN CONNECTION WITH THE RETENTION
### OF BAYARD, P.A. AS CO-COUNSEL FOR THE DEBTORS

Neil B. Glassman makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1.      I am a director of Bayard, P.A., formerly known as The Bayard Firm ("Bayard" or the "Firm"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 900, Wilmington, DE 19801.  I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware and in the United States District Court for the District of Delaware.

2.      I submit this supplemental declaration on behalf of Bayard pursuant to Section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows:  (a) InPhonic, Inc., a Delaware corporation, Fed. Tax Id. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

connection with the Firm's retention as co-counsel for Inphonic, Inc. ("Inphonic") and its affiliated debtors (collectively, the "Debtors").

3.    Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth.

## BAYARD'S RETENTION

4.    On December 13, 2007, the Court authorized Bayard's retention as co-counsel for the Debtors in these cases pursuant to the Order Pursuant to 11 U.S.C. § 327(a) Authorizing Employment and Retention of The Bayard Firm as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date.  Attached to Bayard's retention application, dated November 19, 2007, was the supporting declaration of Neil B. Glassman, signed on November 19, 2007 (the "Initial Glassman Declaration").

5.    In connection with its retention by the Debtors in these cases, Bayard has been and will continue to monitor its connections with the Debtors, their creditors and other parties in interest, as well as their respective attorneys and accountants.

## SUPPLEMENTAL DISCLOSURE

6.    Schedules A and B (the "Schedules") attached to the Initial Glassman Declaration set forth entities that may have an interest in these cases and indicates that such entities: (i) may be or may have been represented by Bayard, or (ii) are adverse to entities that Bayard represents or has represented in the past.

7.    Bayard currently represents Cognigen Networks, Inc. ("Cognigen") in matters unrelated to these chapter 11 cases.  Cognigen is a creditor of VMC Satellite, which is not a debtor in the above-captioned cases and is a wholly-owned subsidiary of CAIS Acquisition II, LLC, a debtor in the above-captioned cases.

2

{00729850;v1}

8.    Bayard does not believe its representation of Cognigen is a conflict. Nevertheless, out of an abundance of caution, Bayard will provide no advice to the Debtors relative to Cognigen and will provide only ministerial services to the Debtors relative to Cognigen such as the electronic filing of pleadings.

I declare under penalty or perjury that the foregoing is true and correct.

Dated: ~~January~~ February 1 , 2008

Neil B. Glassman (No. 2087)

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2010

3

{00729850;v1}