IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN Liquidation, Inc., *et al.*, | : Cases No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### NOTICE OF FIRM NAME CHANGE

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that effective January 1, 2008, The Bayard Firm, P.A., changed its name to Bayard, P.A.

Dated:   February 1, 2008
          Wilmington, Delaware          BAYARD, P.A.

                                        By: _____
                                        Neil B. Glassman (No. 2087)
                                        Mary E. Augustine (No. 4477)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 655-5000

{00733646;v1}