## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| SN Liquidation, Inc., et al.¹, | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE RE:

Docket      ORDER APPROVING STIPULATION AMONG DEBTORS,
No. 346     SIMPLEXITY, AND T-MOBILE FOR ASSUMPTION,
            ASSIGNMENT, AND CURE OF CERTAIN AGREEMENTS

Docket      ORDER APPROVING (A) THE ASSUMPTION AND ASSIGNMENT
No. 347     OF ADDITIONAL DESIGNATED CONTRACTS; AND
            (B) PROCEDURES FOR FUTURE ASSUMPTION AND
            ASSIGNMENT OF CERTAIN HELD CONTRACTS
            [Re: Docket No. 296]

Docket      ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN
No. 348     EXECUTORY CONTRACTS AND UNEXPIRED LEASES
            [Re: Docket No. 314]

Docket      AMENDED ORDER (I) ESTABLISHING MARCH 21, 2008 AS THE
No. 349     GENERAL BAR DATE FOR FILING GENERAL CLAIMS AGAINST
            THE DEBTORS, (II) ESTABLISHING A BAR DATE RELATING TO
            REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED
            LEASES, (III) ESTABLISHING MAY 6, 2008 AS THE BAR DATE
            FOR GOVERNMENTAL UNITS, AND (IV) APPROVING SCOPE
            AND MANNER OF NOTICE OF BAR DATES [Re: Docket No. 307]

I, James H. Myers, state as follows:

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.      On January 31, 2008, I caused the above referenced documents to be served on the parties as described below:

Exhibit A      Service List regarding Docket Nos. 346 through 349
- those parties who have requested special notice and the Core Group are together referenced in Service List 27656
- the Affected Parties are referenced in Service List 27661

3.      All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February  /  , 2008
El Segundo, California

James H. Myers

State of California          )
                             )
County of Los Angeles        )

On February  /  , 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov. 13, 2008