IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN Liquidation, Inc., *et al.*, | : Cases No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

I, Mary E. Augustine, Esquire of Bayard, P.A., counsel for the above-captioned Debtors, hereby certify the following:

1.  Counsel to the Debtors, through communication with the Chambers of the Honorable Kevin Gross, obtained the dates listed on the attached order as omnibus hearing dates in the above-captioned cases.

2.  It is therefore respectfully requested that the attached Order Scheduling Omnibus Hearing Dates be entered at the Court's earliest convenience.

Dated: Wilmington, Delaware
       February 4, 2008

BAYARD, P.A.

By: /s/ M. Augustine
Neil B. Glassman (No. 2078)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

{00733721;v1}

Thomas R. Califano
Vincent J. Roldan
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN Liquidation, Inc., *et al.*, | : Cases No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned case.

February 26, 2008 at 3:00 p.m.

March 28, 2008 at 10:00 a.m.


Dated: February ___, 2008
       Wilmington, Delaware


                                    _____
                                    The Honorable Kevin Gross
                                    Chief United States Bankruptcy Judge

{00733721;v1}