IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SN LIQUIDATION, INC., et al., | § | Case No: 07-11666-KG |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND REQUEST TO THE CLERK TO BE ADDED TO THE
MAILING MATRIX**

**PLEASE TAKE NOTICE** that Advertising.com, Inc., a creditor and party in interest, through counsel, Tiffany Strelow Cobb of Vorys, Sater, Seymour and Pease LLP appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

>Tiffany Strelow Cobb, Esq.
>Vorys, Sater, Seymour and Pease LLP
>52 East Gay Street
>Columbus, Ohio 43215
>Telephone: 614-464-8322
>Facsimile:  614-719-4663
>E-mail: tscobb@vorys.com

The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP


/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vorys.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 5th day of February, 2008, upon the parties listed below via regular U.S. mail, and by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Mary E. Augustine, Esq.
Neil Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
*Attorneys for Debtors*

Thomas R. Califano, Esq.
Jeremy R. Johnson, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
*Attorneys for Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE  19801
*Attorneys for Official Committee of Unsecured Creditors*


/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq.