IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SN LIQUIDATION, INC., et al., | § | Case No: 07-11666-KG |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE BANKRUPTCY CODE

Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby files this Verified Statement.

1.      Name and address of creditors/parties in interest represented:

AOL LLC and its subsidiaries and affiliates, including but not limited to
Advertising.com, Inc. (collectively, the "AOL Entities")
22000 AOL Way
Dulles, VA 20166

2.      Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

A.      The AOL Entities may be asserting claims in this Chapter 11 case with an amount that has not yet been determined.  Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

3.      A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

The Vorys Firm has represented the AOL Entities as creditors/parties in interest for a number of years on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

4.      With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof.

This is not applicable to the Vorys Firm.

Dated:  February 5, 2008                    Respectfully submitted,
       Columbus, Ohio

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vorys.com

## VERIFICATION

I, Tiffany Strelow Cobb, of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb

STATE OF OHIO            )
                  )      ss.
COUNTY OF FRANKLIN    )

SWORN TO AND SUBSCRIBED TO in my presence, this 5th of February, 2008.

/s/ Elissa P. Litfin
Elissa P. Litfin
Notary Public, State of Ohio
My commission expires on March 27, 2008.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 5th day of February, 2008, upon the parties listed below via regular U.S. mail, and by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Mary E. Augustine, Esq.
Neil Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
*Attorneys for Debtors*

Thomas R. Califano, Esq.
Jeremy R. Johnson, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
*Attorneys for Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, 15th Floor
Wilmington, DE  19801
*Attorneys for Official Committee of Unsecured Creditors*

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq.