# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Case Administration – 60002 | 12.80 | $3,432.00 |
| Creditor Meetings/Committees - 60005 | 30.90 | $14,821.00 |
| Non-Working Travel – 60006 | 1.80 | $1,053.00 |
| Preparation of Fee Statement/Application – 60007 | 5.60 | $1,232.00 |
| Insurance – 60012 | 12.20 | $5,799.50 |
| Miscellaneous Motions -60013 | 28.70 | $15,005.00 |
| Retention of Professionals – 60015 | 19.70 | $6,528.50 |
| Asset Disposition – 60016 | 53.20 | $20,363.00 |
| Secured Claims – 60017 | 71.10 | $37,937.50 |
| Plan Review and Litigation -60021 | 2.70 | $850.50 |
| D&O Claims – 60026 | 13.40 | $6,981.50 |
| Investigation re: Lenders – 60027 | 29.20 | $12,373.00 |
| Attendance at Hearings - 60029 | 39.20 | $20,615.50 |
| **TOTAL:** | **320.50** | **$146,992.00** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
RENDERING SERVICES FROM DECEMBER 1, 2007
THROUGH DECEMBER 31, 2007**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Claudia Z. Springer | Partner. Joined firm as partner in 2002. Member of PA bar since 1981. Member of DC bar since 1980. | $585.00 | 49.70 | $29,074.50 |
| Robert P. Simons | Joined firm as partner in 2001. Member of WV bar since 1982. Member of PA bar since 1986. | $530.00 | 87.20 | $46,216.00 |
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. | $530.00 | 60.90 | $32,277.00 |
| Amy M. Tonti | Joined firm as partner in 2001. Member of PA bar since 1980. Member of NY bar since 2003. | $510.00 | 13.50 | $6,885.00 |
| Jay M. Levin | Joined firm as counsel in 2005. Member of PA bar since 1981 | $480.00 | 10.50 | $5,040.00 |
| Douglas R. Widin | Joined firm as partner in 2005. Member of PA bar since 1983. Member of NJ bar since 1985. | $480.00 | 2.60 | $1,248.00 |
| Gregory L. Taddonio | Partner. Joined firm as associate in 2001. Member of OH bar since 1996 and PA bar since 2002. | $385.00 | 0.20 | $77.00 |
| Gaston P. Loomis II | Joined firm as associate in 2005. Member of GA bar since 2001. Member of DE bar since 2006. | $330.00 | 5.80 | $1,914.00 |
| Joshua C. Lewis | Joined firm as associate in 2005. Member of PA bar since 2004. Member of NY bar since 2003. | $315.00 | 45.70 | $14,395.50 |
| Jennifer P. Knox | Joined firm as new associate in 2007. | $250.00 | 1.40 | $350.00 |
| Jeanne S. Lofgren | Joined firm as associate in 2005. Member of PA bar since 2002. | $315.00 | 9.20 | $2,898.00 |
| John B. Lord | Joined firm as paralegal in 2000. Paralegal for fifteen years. | $220.00 | 26.00 | $5,720.00 |
| Lisa A. Lankford | Joined firm in 2000. Practice Group Specialist since 2003. | $115.00 | 7.80 | $897.00 |
| Grand Total: | | | **320.50** | **$146,992.00** |
| Blended Rate: | | | | $458.63 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $489.62 |

```
                    REED SMITH LLP
                   PO Box 7777-W4055
                Philadelphia, PA  19175-4055
                   Tax ID# 25-0749630
```

c/o Timothy J. McGary, Esq.                 Summary of Invoice #  1652438
As Committee Chairperson on behalf of            For Period Ending
Infinite Computer Solutions, Inc.                DECEMBER 31, 2007
10500 Sager Avenue, Suite G
Fairfax, VA 22030

886922  Official Committee of Unsecured Creditors for InPhonic Inc.
and Its Debtor-Affiliates

| MATTER | MATTER NAME | SERVICES | EXPENSES | TOTAL |
|---|---|---|---|---|
| 60001 | Official Committee of Unsecured C | 0.00 | 21,481.49 | 21,481.49 |
| 60002 | Case Administration | 3,432.00 | 0.00 | 3,432.00 |
| 60005 | Creditor Meetings/Committees | 14,821.00 | 0.00 | 14,821.00 |
| 60006 | Nonworking Travel | 1,053.00 | 0.00 | 1,053.00 |
| 60007 | Preparation of Fee Statement/Appl | 1,232.00 | 0.00 | 1,232.00 |
| 60012 | Insurance | 5,799.50 | 0.00 | 5,799.50 |
| 60013 | Miscellaneous Motions | 15,005.00 | 0.00 | 15,005.00 |
| 60015 | Retention of Professionals | 6,528.50 | 0.00 | 6,528.50 |
| 60016 | Asset Disposition | 20,363.00 | 0.00 | 20,363.00 |
| 60017 | Secured Claims | 37,937.50 | 0.00 | 37,937.50 |
| 60021 | Plan Review and Litigation | 850.50 | 0.00 | 850.50 |
| 60026 | D&O Claims | 6,981.50 | 0.00 | 6,981.50 |
| 60027 | Investigation re: Lenders | 12,373.00 | 0.00 | 12,373.00 |
| 60029 | Attendance at Hearings | 20,615.50 | 0.00 | 20,615.50 |

TOTAL BALANCE DUE
UPON RECEIPT                    $146,992.00   $21,481.49   $168,473.49

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number      1652438 |
| As Committee Chairperson on behalf of | Invoice Date    01/29/08 |
| Infinite Computer Solutions, Inc. | Client Number       886922 |
| 10500 Sager Avenue, Suite G | Matter Number        60002 |
| Fairfax, VA 22030 | Page    9 |


========================================================================

Re: (60002)  Case Administration

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 11/27/07 | Taddonio | Review case options and Strategy for pending issues. | .20 |
| 12/03/07 | Lankford | E-mail correspondence from K. Gwynne regarding 12/5 hearing (.1); e-mail correspondence from/to/from J. Lord regarding same (.2). | .30 |
| 12/03/07 | Lankford | Coordinate receipt of  hearing transcript from 11/9 hearing per R. Simons. | .30 |
| 12/03/07 | Lewis | Email correspondence with court reporter re transcript of Nov. 21 hearing re expedited discovery (.2). | .20 |
| 12/03/07 | Lord | Coordinate with L.Lankford re: committee issues with telephonic appearance at 12/5 hearing. | .20 |
| 12/03/07 | Simons | Review 12/5 hearing agenda. | .30 |
| 12/03/07 | Simons | Receipt and review of first day hearing transcripts. | 1.50 |
| 12/04/07 | Lankford | Weekly Update of Critical Deadline Chart. | 1.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60002  Case Administration                           Page   10
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/04/07 | Simons | Review Debtors email re: administrative solvency and other case issues. | .30 |
| 12/05/07 | Lord | E-mails with J.Lewis re: information from creditor matrix (.2). | .20 |
| 12/05/07 | Lord | Communicate with Lisa Lankford re: telephonic attendence at continued hearing. | .20 |
| 12/06/07 | Lord | Research docket and update 2002 service list. | .20 |
| 12/07/07 | Lankford | Coordinate telephonic appearance for Committee members and RS personnel. | 1.40 |
| 12/07/07 | Simons | Review of 12/11 hearing agenda. | .10 |
| 12/08/07 | Simons | 9:00 p.m. call with Kurt Gwynne to coordinate/divide labor. | .20 |
| 12/10/07 | Lankford | E-mail correspondence with Committee Members regarding telephonic appearance at 12/11/07 hearing (.3); coordinate same with CourtCall for Patrick Costello (Yahoo - Counsel) (.2); phone call from CourtCall regarding approval (.1). | .60 |
| 12/11/07 | Lankford | Weekly Update to Critical Deadline Chart. | .90 |
| 12/11/07 | Lord | Communicate with Debtors' counsel re: hearing dates (.2); communicate with outside counsel re: telephonic appearance for today's hearing (.1); coordinate transcript requests for recent hearing per KGwynne (.4); | .70 |
| 12/12/07 | Lankford | Coordinate and set-up telephonic appearances for Committee Members and RS attorney's for 12/13 @10 hearing (.7); update to Critical Deadline Chart (.6); e-mail correspondence regarding same | 1.70 |

- 11 -

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60002  Case Administration                         Page  11
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| | | (.2); coordinate telephonic appearance for Mr. Hurley @Deloitte (.2). | |
| 12/12/07 | Simons | Review 12/13 hearing agenda. | .10 |
| 12/12/07 | Simons | 7:00 a.m. call with Kurt Gwynne to discuss status and division of labor today. | .10 |
| 12/14/07 | Lord | Communicate with Debtors re: hearing dates (.1); update 2002 service list (.1). | .20 |
| 12/18/07 | Lankford | Weekly Update to Critical Deadline Chart. | .50 |
| 12/18/07 | Simons | Receipt and review of notice of 12/20 hearing agenda. | .20 |
| 12/18/07 | Simons | Receipt and review of omnibus hearing schedule. | .20 |
| 12/18/07 | Springer | Confer with Gwynne and Simons on plan drafting; sale closing and other issues (.5). | .50 |
| 12/19/07 | Simons | Review 12/20 hearing agenda and amended agenda. | .20 |
| 12/20/07 | Simons | Email to Springer, Gwynne re: whether Committee should be represented at closing and today's hearing. | .20 |
| 12/20/07 | Simons | Call to David Agay (Adeptio lawyer) re: closing, litigation trust structure, etc. | .10 |

```
                                                   ------
                                  TOTAL HOURS       12.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Robert P. Simons | 3.50 | at $ | 530.00 | = | 1,855.00 |
| Claudia Z. Springer | 0.50 | at $ | 585.00 | = | 292.50 |
| Gregory L. Taddonio | 0.20 | at $ | 385.00 | = | 77.00 |
| Joshua C. Lewis | 0.20 | at $ | 315.00 | = | 63.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60002  Case Administration                          Page  12
January 29, 2008


```
        John B. Lord           1.70  at  $  220.00  =     374.00
        Lisa Lankford          6.70  at  $  115.00  =     770.50

                        CURRENT FEES                    3,432.00


                        TOTAL THIS MATTER            $3,432.00
                                                     =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| c/o Timothy J. McGary, Esq. | Invoice Number | 1652438 |
|---|---|---|
| As Committee Chairperson on behalf of | Invoice Date | 01/29/08 |
| Infinite Computer Solutions, Inc. | Client Number | 886922 |
| 10500 Sager Avenue, Suite G | Matter Number | 60005 |
| Fairfax, VA 22030 | Page  13 | |

==========================================================================

Re: (60005)  Creditor Meetings/Committees

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|---|---|---|---|
| 12/01/07 | Knox | Telephone conference with potential unsecured creditor, U. bin Amin, re case status. | .30 |
| 12/01/07 | Simons | Email report to Committee on settlement negotiations, no need for Committee call tonight and setting call for tomorrow. | .50 |
| 12/02/07 | Simons | Email from Yahoo counsel re: status of Term Sheet. | .10 |
| 12/02/07 | Simons | 4:00 p.m. Committee call. | .80 |
| 12/02/07 | Simons | Email report to committee, set up 4 p.m. call. | .50 |
| 12/03/07 | Knox | Draft e-mail to potential unsecured creditor U. bin Amin re case status. | .30 |
| 12/03/07 | Lewis | Respond to creditor inquiries from R.Flom, U.Amin, K.Tomlinson, and M.Reed (.9). | .90 |
| 12/03/07 | Simons | 12:00 noon call with Deloitte to prepare for 1:00 p.m. call with Committee. | 1.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page  14
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/03/07 | Simons | 1:00 p.m. committee call regarding status of litigation and settlement. | 1.10 |
| 12/03/07 | Simons | Email cancelling 6:00 p.m. Committee call because Term Sheet not received. | .10 |
| 12/04/07 | Knox | Telephone conference with potential unsecured creditor re case status. | .10 |
| 12/04/07 | Lewis | Respond to creditor inquiries from W.Holmes and others(.8). | .80 |
| 12/04/07 | Loomis | Communicate to and from Various Creditors regarding Status of Case | .60 |
| 12/04/07 | Simons | 1:00 p.m. call with Committee re: settlement offer/negotiations. | .60 |
| 12/04/07 | Simons | Email to Committee transmitting and summarizing Adeptio (Debtor settlement term sheet). | .40 |
| 12/04/07 | Simons | 4:00 p.m. call with Committee re: settlement proposals. | .80 |
| 12/04/07 | Simons | Email to Committee re: availability during tomorrow's hearing; Committee reply re: bidding procedures, status of settlement. | .40 |
| 12/04/07 | Simons | Email to Committee re: receipt of term sheet postponing call to 1:00 p.m. | .20 |
| 12/04/07 | Simons | One of three Committee conference calls to go over Adeptio settlement proposal and consider options. | .80 |
| 12/04/07 | Springer | Calls with Creditors Committee (1.00) and with Debtors' counsel in an effort to negotiate settlement. | 1.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page  15
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/05/07 | Lewis | Telephone call with creditor J.Holmes (.2); review creditor matrix to locate contact information for creditor inquiry that did not leave a telephone number (.4); respond to various creditor inquiries (.6). | 1.20 |
| 12/05/07 | Simons | Receipt and review of email from Yahoo counsel regarding settlement position. | .20 |
| 12/05/07 | Simons | Email report to Committee as to hearing outcome. | .80 |
| 12/05/07 | Simons | Committee conference call to discuss hearing and possible counterproposal. | .80 |
| 12/06/07 | Knox | Telephone conference with potential unsecured creditor re case status. | .10 |
| 12/06/07 | Loomis | COMMUNICATE WITH VARIOUS CREDITORS REGARDING STATUS OF INPHONIC BANKRUPTCY CASE | .40 |
| 12/06/07 | Simons | 2:00 p.m. Committee call to discuss term sheet for possible counter-offer. | 1.00 |
| 12/06/07 | Simons | 4:00 p.m. Committee call to resume discussion of term sheet for possible counterproposal. | 1.00 |
| 12/07/07 | Gwynne | Conference with Yahoo!'s counsel re: settlement term sheet | .10 |
| 12/07/07 | Lewis | Respond to creditor inquiries by D.Sutz, A.Weiner and R.DeVaney (.7). | .70 |
| 12/07/07 | Simons | Email memo to Committee transmitting final Committee proposal and requesting vote. | .40 |
| 12/07/07 | Simons | Receipt and review of comments from Committee on new settlement proposal by Committee. | .70 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page   16
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/07/07 | Simons | Email from ICS re: position/vote on settlement proposal. | .10 |
| 12/07/07 | Simons | Email to Committee re: change to Term Shjeet (as to preferences) from prior draft. | .20 |
| 12/07/07 | Simons | Email from ACN re: position/vote on latest settlement. | .10 |
| 12/07/07 | Simons | Email from Google re: latest settlement proposal position/vote. | .10 |
| 12/07/07 | Simons | Email from Yahoo re: position on latest settlement proposal. | .20 |
| 12/08/07 | Simons | Email report on settlement conference call schedule; possible committee call. | .20 |
| 12/08/07 | Simons | Email memo to Committee reporting on rejection of yesterday's term sheet that Committee proposed. | .50 |
| 12/09/07 | Simons | Email memo cancelling 3:00 p.m. Committee call today and status of settlement. | .20 |
| 12/10/07 | Knox | Telephone conference with potential unsecured creditor re case status. | .10 |
| 12/10/07 | Lewis | Email correspondence with Cte re proposed filing of motion to postpone sale (.3). | .30 |
| 12/10/07 | Simons | 3:00 p.m. Committee conference call. | 1.20 |
| 12/10/07 | Simons | Email from ACN re: comment/vote on settlement. | .10 |
| 12/10/07 | Simons | Email from ICS re: comment/vote on settlement. | .10 |
| 12/10/07 | Simons | 2:30 p.m. call with Deloitte to prepare for 3:00 p.m. call with Committee. | .50 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page   17
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/10/07 | Simons | Email to Yahoo re: status of settlement and reply to not having Adeptio on 3:00 p.m. call | .10 |
| 12/10/07 | Simons | Email from Brent Shaw providing comment/vote on settlement. | .10 |
| 12/10/07 | Simons | Email from Yahoo questioning need to have Adeptio and Debtor on 3:00 p.m. call. | .20 |
| 12/11/07 | Lewis | Respond to creditor inquiries (C.Endicott) (.3). | .30 |
| 12/11/07 | Simons | Email to set up Committee call tomorrow to discuss settlement. | .10 |
| 12/12/07 | Knox | Telephone conference with M. Zola re case status (.1); check electronic docket re case status (.1). | .20 |
| 12/12/07 | Simons | Email vote from Yahoo. | .10 |
| 12/12/07 | Simons | Email report/memo to Committee re: 6:30 p.m. settlement call with Debtors/Adeptio, terms in dispute/requesting vote. | .90 |
| 12/12/07 | Simons | 12:30 p.m. call with Deloitte to prepare for 1:00 p.m. conference call. | .50 |
| 12/12/07 | Simons | Email vote from ICS. | .10 |
| 12/12/07 | Simons | Email vote from ACN. | .10 |
| 12/12/07 | Simons | 1:00 p.m. conference call with Committee. | 1.00 |
| 12/13/07 | Simons | 11:45 Committee call to go over settlement scenarios. | .60 |
| 12/13/07 | Simons | First Committee call to discuss settlement options. | .80 |
| 12/13/07 | Simons | 3rd Committee call (3:30) for final vote on settlement. | .90 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page  18
January 29, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/17/07 | Lewis | Respond to creditor emails and telephone calls from S.Madden and C.Ferdinand. | .80 |
| 12/17/07 | Simons | Forward final settlement stipulation to Committee with comment. | .40 |
| 12/18/07 | Simons | Email from Yahoo counsel regarding closing date. | .10 |
| 12/18/07 | Simons | Email to Committee regarding closing date. | .10 |
| 12/19/07 | Simons | Email transmitting/explaining sale order and attached settlement term sheet to Committee. | .30 |
| 12/20/07 | Simons | Email to committee re: status, including status of closing. | .10 |
| 12/27/07 | Knox | Telephone conference with M. Zola re case status. | .10 |
| 12/27/07 | Simons | Email to Committee re: closing. | .10 |
| 12/27/07 | Simons | Email to Committee members re: closing. | .30 |

```
                                              ------
                                  TOTAL HOURS   30.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Robert P. Simons | 22.60 | at $ | 530.00 | = | 11,978.00 |
| Kurt F. Gwynne | 0.10 | at $ | 530.00 | = | 53.00 |
| Claudia Z. Springer | 1.00 | at $ | 585.00 | = | 585.00 |
| Joshua C. Lewis | 5.00 | at $ | 315.00 | = | 1,575.00 |
| Gaston P. Loomis | 1.00 | at $ | 330.00 | = | 330.00 |
| Jennifer P. Knox | 1.20 | at $ | 250.00 | = | 300.00 |

```
              CURRENT FEES                     14,821.00

              TOTAL THIS MATTER                $14,821.00
                                               ============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number       1652438
As Committee Chairperson on behalf of          Invoice Date        01/29/08
Infinite Computer Solutions, Inc.              Client Number         886922
10500 Sager Avenue, Suite G                    Matter Number          60006
Fairfax, VA 22030                              Page  19



=============================================================================

   Re: (60006)  Nonworking Travel

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 24, 2008

      Date   Name                                                 Hours
      ------ -----------                                          -----

   12/05/07 Springer        Travel to  and from Wilmington for     1.00
                            hearing (time reduced by 50%).

   12/13/07 Springer        Travel to and from DE for hearing       .80
                            (time reduced by 50%).

                                                                  ------
                                              TOTAL HOURS           1.80


   TIME SUMMARY              Hours        Rate          Value
   ---------------------    -----------   ------------  -------
   Claudia Z. Springer       1.80  at  $  585.00   =   1,053.00

                    CURRENT FEES                       1,053.00


                    TOTAL THIS MATTER                 $1,053.00
                                                      =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                     Invoice Number       1652438
As Committee Chairperson on behalf of           Invoice Date       01/29/08
Infinite Computer Solutions, Inc.               Client Number        886922
10500 Sager Avenue, Suite G                     Matter Number         60007
Fairfax, VA 22030                               Page   20


==============================================================================

Re: (60007)  Preparation of Fee Statement/Application

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 12/06/07 | Lord | Review and revise November DBR for preparation of first fee application. | 2.20 |
| 12/07/07 | Lord | Continue to review and revise DBR in preparation for fee application. | 1.00 |
| 12/27/07 | Lord | Continue to review and revise November invoice for fee application (.6); discuss same with K.Gwynne (.1); draft RS monthly fee application (1.2) | 1.90 |
| 12/28/07 | Lord | Continue to prepare monthly fee application and revisions to invoice (.5). | .50 |

                                                          ------
                                       TOTAL HOURS          5.60


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| John B. Lord | 5.60 at $ 220.00 = | | 1,232.00 |

                    CURRENT FEES                         1,232.00


                    TOTAL THIS MATTER                   $1,232.00
                                                     =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                  Invoice Number      1652438
As Committee Chairperson on behalf of        Invoice Date      01/29/08
Infinite Computer Solutions, Inc.            Client Number        886922
10500 Sager Avenue, Suite G                  Matter Number         60012
Fairfax, VA 22030                            Page   21


========================================================================

   Re: (60012)  Insurance

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

   Date    Name                                              Hours
   ------- -----------                                       -----

   12/20/07 Lewis          Participate in conference call     1.10
                           with R.Simons and J.Levin re
                           insurance implications for
                           litigation trust (.9); confer with
                           R.Simons re same (.2).

   12/28/07 Levin          Begin to review case law on        3.40
                           assignments to creditors and
                           whether insured vs. insured
                           exclusion applies to cases brought
                           in those situations.

   12/28/07 Simons         Preliminary review of Huffy form    .80
                           material from Jay Levin (insurance
                           recovery attorney) re: structure
                           for Litigation Trust to preserve
                           benefits of O&D insurance coverage.

   12/31/07 Levin          Finish review of cases located     3.00
                           through preliminary research and
                           analyze their applicability to the
                           InPhonic situation (3.0);

   12/31/07 Levin          Continue drafting analysis of how  2.20
                           to structure litigation trust and
                           D & O claims (2.2).

   12/31/07 Simons         Call to Jay Levin re: case law      .50
                           (.2); review case (re: insurance
                           coverage) (.3).

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60012  Insurance                                    Page  22
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/31/07 | Simons | Coordinate and review with Jay Levin re: review of O& D policy and effect on litigation trust structure. | 1.20 |
| | | TOTAL HOURS | 12.20 |

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|--------|---|--------|
| Robert P. Simons | 2.50 | at | $ 530.00 | = | 1,325.00 |
| Jay M. Levin | 8.60 | at | $ 480.00 | = | 4,128.00 |
| Joshua C. Lewis | 1.10 | at | $ 315.00 | = | 346.50 |

CURRENT FEES                                        5,799.50


TOTAL THIS MATTER                                   $5,799.50
                                                    =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number        1652438
As Committee Chairperson on behalf of          Invoice Date         01/29/08
Infinite Computer Solutions, Inc.              Client Number          886922
10500 Sager Avenue, Suite G                    Matter Number           60013
Fairfax, VA 22030                              Page   23


===========================================================================

Re: (60013)  Miscellaneous Motions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 12/01/07 | Gwynne | Reviewed exhibits for hearing on motion to dismiss (2.3); prepared outline of legal issues and supporting case law (1.0) | 3.30 |
| 12/02/07 | Tonti | Legal research on avoidance issues and review of SEC filings in connection with discovery regarding sale and other issues. | 3.00 |
| 12/03/07 | Gwynne | Reviewed sale motion and agreement for hearing on motion to dismiss | 1.00 |
| 12/03/07 | Gwynne | Prepared portion of outline of issues for hearing on motion to dismiss | 1.30 |
| 12/04/07 | Gwynne | Prepared notes for cross-examination of debtors' representatives | .20 |
| 12/04/07 | Gwynne | Prepared notes for direct examination of Dan Polsky of Deloitte (0.2) and discussed areas of inquiry with Dan Polsky (0.1) | .30 |
| 12/04/07 | Gwynne | Prepared opening statement (2.1) with citations to relevant facts for hearing on motion to dismiss cases and portion of closing argument (1.3) | 3.40 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60013  Miscellaneous Motions                        Page  24
January 29, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 12/04/07 | Gwynne | Reviewed cases relied upon by debtors and adeptio regarding Section 1112(b) and 363 issues | 2.00 |
| 12/06/07 | Gwynne | Reviewed first day hearings for statements to use at hearing on motion to dismiss | .50 |
| 12/06/07 | Lewis | Telephone call with R.Simons re various discovery issues (.1). | .10 |
| 12/07/07 | Gwynne | Reviewed debtors' draft motion and order re: rebate claims and precluding objections thereto | .10 |
| 12/07/07 | Gwynne | Prepared for hearing on continued motion to dismiss | 1.70 |
| 12/08/07 | Gwynne | Email re: TWA and related cases relied upon by Adeptio and the debtors | .20 |
| 12/09/07 | Gwynne | Email to T. Califano re: discovery conference on 12/7 and outstanding issues (0.4); email from/to D. Agay re: same as to Adeptio (0.2) | .60 |
| 12/10/07 | Gwynne | Reviewed APA and Interim DIP order re: scopes of releases and claims to be purchased by Adeptio | 1.00 |
| 12/10/07 | Gwynne | Supplemented outline of direct examination of D. Polsky | .10 |
| 12/10/07 | Gwynne | Reviewed additional cases re: dismissal and lack of value for unsecured creditors and inability to confirm a plan | 2.20 |
| 12/10/07 | Gwynne | Drafted portion of/modified opening statement (0.6) and closing argument (2.0) | 2.60 |
| 12/11/07 | Gwynne | Reviewed outline of opening/closing in preparation for hearing on motion to dismiss | .60 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60013  Miscellaneous Motions                            Page  25
January 29, 2008

| Date | Name | | Hours |
|------|------|---|------|

| 12/11/07 | Gwynne | Reviewed additional exhibits for hearing on motion to dismiss and incorporated same into hearing presentation | .30 |
| 12/11/07 | Lankford | Prepare information and binders for use at motion to dismiss hearing per K Gwynne. | .30 |
| 12/12/07 | Gwynne | Prepared portion of closing argument with additional case references and modified argument regarding debtors' "deal" with Adeptio (1.5) and supplemented draft direct examination re: Adeptio (0.8) | 2.30 |
| 12/13/07 | Gwynne | Final preparation for hearing re: expected evidentiary issues (hearsay and best evidence issues) | 1.10 |
| 12/13/07 | Gwynne | Reviewed outline of opening and oral argument in preparation for hearing on motion to dismiss | .50 |

TOTAL HOURS    28.70

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Kurt F. Gwynne | 25.30 | at | $ | 530.00 | = | 13,409.00 |
| Amy M. Tonti | 3.00 | at | $ | 510.00 | = | 1,530.00 |
| Joshua C. Lewis | 0.10 | at | $ | 315.00 | = | 31.50 |
| Lisa Lankford | 0.30 | at | $ | 115.00 | = | 34.50 |

CURRENT FEES                                    15,005.00


TOTAL THIS MATTER                           $15,005.00
                                            =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.              Invoice Number        1652438
As Committee Chairperson on behalf of    Invoice Date       01/29/08
Infinite Computer Solutions, Inc.        Client Number        886922
10500 Sager Avenue, Suite G              Matter Number         60015
Fairfax, VA 22030                        Page   26

==========================================================================

Re: (60015)  Retention of Professionals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/03/07 | Lord | E-mail to G.Loomis re: disclosure for 2014 application. | .10 |
| 12/05/07 | Lord | Discuss RS 2014 application with G. Loomis (.1). | .10 |
| 12/06/07 | Gwynne | Reviewed/modified draft application to retain Reed Smith | 1.00 |
| 12/06/07 | Lord | Review and revise RS 2014 application. | .40 |
| 12/12/07 | Gwynne | Reviewed portion of computer report re: "connections" with creditors and other parties in interest for Rule 2014 disclosure chart | 1.60 |
| 12/12/07 | Lord | Review and revise RS retention application (.4); review and revise Deloitte retention application (1.2); communicate with Deloitte and KGwynne re: same (.3). | 1.90 |
| 12/14/07 | Gwynne | Final modifications to application to employ Reed Smith and proposed order | .50 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60015  Retention of Professionals                    Page  27
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/14/07 | Gwynne | Reviewed/modified application to employ Reed Smith LLP and proposed order | .80 |
| 12/14/07 | Gwynne | Reviewed/modified draft declaration and Rule 2014 chart regarding disclosure of "connections" with creditors | 1.20 |
| 12/14/07 | Loomis | Prepare and Draft Reed Smith's Application to Employ and the Application to Employ the Financial Advisor for the Committee | 4.80 |
| 12/14/07 | Lord | Communications with KGwynne and GLoomis re: Committee retention applications (.5); review and revise Reed Smith's retention application and accompanying declaration (2.2); communicate with Committee re: same (.3); communicate with Deloitte re: retention application (.2); additional revisions to same (.3); draft order for same (.3). | 3.80 |
| 12/17/07 | Lewis | Email correspondence with Committee re Reed Smith retention application (.4); telephone call and email correspondence with Committee chairperson re signature for same (.3); email correspondence with K.Gwynne and J.Lord re same (.2). | .90 |
| 12/17/07 | Lord | Communicate with KGwynne, J. Lewis, Deloitte and Committee Chair re: committee retention applications (.7); review and revise RS and Deloitte retention applications (1.5); e-file and perfect service of same (.4). | 2.60 |

TOTAL HOURS    19.70

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60015  Retention of Professionals                        Page   28
January 29, 2008

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|---|---------|
| Kurt F. Gwynne | 5.10 | at $ | 530.00 | = | 2,703.00 |
| Joshua C. Lewis | 0.90 | at $ | 315.00 | = | 283.50 |
| Gaston P. Loomis | 4.80 | at $ | 330.00 | = | 1,584.00 |
| John B. Lord | 8.90 | at $ | 220.00 | = | 1,958.00 |

                    CURRENT FEES                          6,528.50


                  TOTAL THIS MATTER                      $6,528.50
                                                         =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1652438 |
| Invoice Date | 01/29/08 |
| Client Number | 886922 |
| Matter Number | 60016 |
| Page | 29 |

=========================================================================

Re: (60016)  Asset Disposition

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 12/03/07 | Gwynne | Reviewed/modified sale objection | .60 |
| 12/03/07 | Lord | Review and revise sale objection (.2); assist L.Lankford with service of same (.1). | .30 |
| 12/03/07 | Simons | Review cure objection of MForce to sale motion. | .20 |
| 12/03/07 | Simons | Receipt and review of final draft committee objection to sale for filing. | .50 |
| 12/03/07 | Simons | Receipt and review of Limited Objection of Microsoft Licensing to Sale. | .30 |
| 12/03/07 | Simons | Receipt and review of HIG expression of interest to acquire company. | .60 |
| 12/03/07 | Simons | Receipt and review of Limited objection of Sprint Nextel to sale. | .30 |
| 12/03/07 | Simons | Coordinate filing of Committee's objection to sale. | .50 |
| 12/03/07 | Simons | Email to C. Springer regarding possible extension of sale objection deadline. | .10 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60016  Asset Disposition                        Page   30
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/03/07 | Simons | Review of draft Committee objection to sale for consistency with other objections and related comments. | 1.40 |
| 12/03/07 | Tonti | Legal research on issues related to sale motion and finalize objection to sale. | 3.00 |
| 12/04/07 | Lofgren | Review Debtors' response to Motion to Reconsider Bid Procedures (1.30); draft, revise and finalize reply to same (7.9). | 9.20 |
| 12/04/07 | Lord | Communicate with R.Simons and J. Lofgren re: reply to Debtors' objection to motion for reconsideration of bid procedures (.2); review and revise reply to objection (.6); e-file and perfect service for same (.2); communicate with KGwynne and RSimons re: court review of of reply prior to hearing (.3); e-mail with Debtors' counsel re: same (.1). | 1.40 |
| 12/04/07 | Simons | Review information on potential bidder (Letstalk) | 1.20 |
| 12/04/07 | Simons | Review Radnor opinion and related email to A. Tonti and J. Lofgren re: argument in Committee reply. | .40 |
| 12/04/07 | Simons | Work on and coordinate Committee reply to Debtor's objection to motion to reconsider bidding procedures. | 1.50 |
| 12/04/07 | Simons | Review Debtor's objections to Committee motion for reconsideration of bid procedures and plan reply. | 1.00 |
| 12/05/07 | Lord | Draft and e-file COS to reply to motion for reconsideration of bid procedures order. | .30 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60016  Asset Disposition                           Page   31
January 29, 2008

| Date | Name | | Hours |
|------|------|--|------|
| 12/05/07 | Simons | Prepare for telephonic hearing on motion to reconsider bidding procedures (review related pleadings, Radnor decision, first day hearing transcript). | 1.50 |
| 12/06/07 | Lewis | Telephone call with K.Gwynne re timing of sale (.3); consider strategies for responding to same (.4); review Debtor's motion to schedule sale hearing and bid procedures motion (.8). | 1.50 |
| 12/07/07 | Lewis | Begin drafting motion to postpone sale (3.2); review exhibits and supporting documents for inclusion and justification of same (1.8). | 5.00 |
| 12/07/07 | Tonti | Review information on web regarding Liberty, AP InPhonics, and InPhonics trying to do due diligence on "insiders" (2.5); report to and discuss with Simons and Gwynne (.5). | 3.00 |
| 12/08/07 | Gwynne | Emails to/from and call with P. Rosenblatt re: status of sale objection (and motion to dismiss) | .10 |
| 12/09/07 | Lewis | Draft and revise motion to postpone sale and extend Cte's investigation period (5.2); email correspondence with K.Gwynne re same (.2). | 5.40 |
| 12/09/07 | Tonti | Continue due diligence on public filings and web information (1.0); and limited legal research regarding issues with SEC filings and Sale (.7); correspond with Simons and Gwynne regarding same (.3). | 2.00 |
| 12/10/07 | Lewis | Draft motion for expedited hearing re motion to postpone sale (3.7); revise motion to postpone sale and extend investigation period per comments from K.Gwynne (1.4); proofread both motions and prepare for filing same (1.8). | 6.90 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60016  Asset Disposition                          Page  32
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 12/10/07 | Lord | Review, revise and supplement motion to postpone sale hearing/extend investigation and related motion to shorten notice (1.4); prepare exhibits for motion to postpone (.3); draft letter to court re: motion to shorten notice (.2); communicate with KGwynne and JLewis re: motion to postpone hearing (.2); e-file and perfect service of motions (.4). | 2.50 |
| 12/11/07 | Lewis | Review debtors' and Adeptio's responses to motion to postpone sale (1.2). | 1.20 |
| 12/14/07 | Simons | Review sale order and marked up term sheet. | .60 |
| 12/18/07 | Simons | 11:30 call to coordinate closing of case. | .40 |
| 12/18/07 | Simons | Email to and from D. Agay re: 12/20 hearing on stipulation; closing date; litigation trust. | .20 |
| 12/20/07 | Simons | Call from Dave Agay re: 2:30 call; closing. | .10 |

TOTAL HOURS    53.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Robert P. Simons | 10.80 | at $ | 530.00 | = | 5,724.00 |
| Kurt F. Gwynne | 0.70 | at $ | 530.00 | = | 371.00 |
| Amy M. Tonti | 8.00 | at $ | 510.00 | = | 4,080.00 |
| Jeanne S. Lofgren | 9.20 | at $ | 315.00 | = | 2,898.00 |
| Joshua C. Lewis | 20.00 | at $ | 315.00 | = | 6,300.00 |
| John B. Lord | 4.50 | at $ | 220.00 | = | 990.00 |

CURRENT FEES                          20,363.00

TOTAL THIS MATTER                    $20,363.00
                                     =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
    As Committee Chairperson on behalf of
    Infinite Computer Solutions, Inc.
    10500 Sager Avenue, Suite G
    Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1652438 |
| Invoice Date | 01/29/08 |
| Client Number | 886922 |
| Matter Number | 60017 |
| Page  33 | |

===========================================================================

Re: (60017)  Secured Claims

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 12/01/07 | Simons | Receipt, review and evaluate of Lazard's carve-out analysis. | 1.60 |
| 12/01/07 | Simons | Email from Debtors' advisors re: 6:00 pm call re: settlement . | .10 |
| 12/01/07 | Simons | 6:00 p.m. call with Debtor's advisors to go over wind down budget, settlement. | 1.20 |
| 12/01/07 | Simons | Email memo to Reed Smith/Deloitte Team re: possible reactions to Adeptio's position on settlement. | .40 |
| 12/01/07 | Simons | Email from Jason Cohen re: their call with Kirkland & Ellis and setting 10 a.m. call tomorrow. | .20 |
| 12/01/07 | Simons | Formulate settlement strategy as to possible note from Litigation trust, other funding mechanisms, terms of litigation trust. | 1.40 |
| 12/02/07 | Simons | 10 a.m. call with Debtors' advisors re: settlement structure, results of call with Adeptio, etc. | 1.20 |
| 12/02/07 | Simons | 11:00 a.m. call with Deloitte to go over their ideas as to settlement structure. | .60 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60017  Secured Claims                              Page  34
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/02/07 | Simons | 6:00 p.m. conference call with Debtors' advisors re:settlement. | 1.20 |
| 12/02/07 | Simons | Email to D. Polsky suggesting he provide Committee's feedback to Lazard as to proposal. | .10 |
| 12/02/07 | Springer | Participate in negotiations on potential settlement of Objection to DIP Loan and Motion to Dismiss. | 3.00 |
| 12/03/07 | Tonti | Review issues regarding settlement and language in Asset Purchase Agreement. | .50 |
| 12/04/07 | Gwynne | Emails to/from T. Califano re: alleged "understanding" with Adeptio re: post-sale funding | .10 |
| 12/04/07 | Simons | 9:00 p.m. email rejecting Adeptio's proposal. | .10 |
| 12/04/07 | Simons | Call with Dan Polsky (Deloitte) re: settlement scenarios. | .50 |
| 12/04/07 | Simons | Receipt, review and validate Adeptio's settlement term sheet. | 1.40 |
| 12/04/07 | Simons | Conference call with Deloitte Team/C. Springer re: Adeptio term sheet for settlement. | .80 |
| 12/04/07 | Simons | 1:30 call with Debtors and Adeptio re: settlement negotiations. | .70 |
| 12/04/07 | Springer | Review settlement proposal from Adeptio (1.00). | 1.00 |
| 12/05/07 | Simons | Conference call with Deloitte to discuss formulation of counter proposal. | .60 |
| 12/06/07 | Gwynne | Modified draft term sheet for proposed settlement | .70 |
| 12/06/07 | Simons | Review Deloitte proposed settlement term sheet and transmit to Committee. | .80 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60017  Secured Claims                                    Page  35
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/06/07 | Simons | Email from T. Califano re: status of term sheet. | .10 |
| 12/06/07 | Simons | Email to Califano re: committee deliberations on term sheet. | .10 |
| 12/06/07 | Springer | Attempts to negotiate a settlement of cash collateral/dip and motion to dismiss. | 3.50 |
| 12/06/07 | Tonti | Review proposed settlement outline. | .40 |
| 12/07/07 | Gwynne | Emails and conference re: revisions to proposed term sheet | .20 |
| 12/07/07 | Simons | Receipt at 6:28 p.m. and review of Debtor's Term Sheet with different structure than proposed by Committee. | .60 |
| 12/07/07 | Simons | 4:45 p.m. settlement conference call with Debtor and Lazard | .80 |
| 12/07/07 | Simons | Work on revising/restructuring Committee final settlement proposal. | 1.80 |
| 12/07/07 | Simons | Receipt and review of Kurt Gwynne's redline comments to Term Sheet. | .30 |
| 12/07/07 | Simons | 10 a.m. call with Deloitte re: new settlement structure. | .50 |
| 12/07/07 | Springer | Negotiate potential settlement of case (2.5); prepare term sheet for review by other side (1.5). | 4.00 |
| 12/07/07 | Tonti | Review term sheets (.8); provide comments to Simons and Gwynne regarding same (.4). | 1.20 |
| 12/08/07 | Simons | Call with Deloitte Team to discuss settlement options/call with Adeptio and Debtor. | .60 |
| 12/08/07 | Simons | Email to Deloitte (Dan Polsky) re: Adeptios' $2.7 milllion budget and Lazard's fee making up 60%. | .50 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60017  Secured Claims                              Page  36
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/08/07 | Simons | Email from Adeptio attorney (David Agay) rejecting framework of Committee Term Sheet. | .10 |
| 12/08/07 | Simons | Email to Adeptio attorney (David Agay) transmitting and explaining Committee Term Sheet that presented to Debtor yesterday. | .20 |
| 12/08/07 | Simons | Settlement conference call with Debtor's and Adeptio. | 1.00 |
| 12/09/07 | Simons | Emails with Deloitte/Springer re: whether need to have 3:00 p.m. call, status of settlement. | .30 |
| 12/09/07 | Springer | Phone calls and emails regarding potential settlement of case. | 2.00 |
| 12/10/07 | Simons | Review and comment on C. Springer's re-draft of Adeptio's term sheet. | .80 |
| 12/10/07 | Simons | Review Deloitte's "last ditch effort" settlement spreadsheet. | .70 |
| 12/10/07 | Simons | 9:30 p.m. settlement call with Adeptio and Debtor. | .80 |
| 12/10/07 | Springer | Negotiate potential settlement (3.0). | 3.00 |
| 12/10/07 | Springer | Review documents and confer with creditors committee on potential settlement alternatives. | 2.00 |
| 12/10/07 | Tonti | Discuss issues with J. Lewis for discussion points with Debtor. | .40 |
| 12/11/07 | Gwynne | Post-hearing settlement meeting at N. Glassman's offices (3.0); conference with B. Simons re: status and follow up with Committee (0.2) | 3.20 |
| 12/11/07 | Simons | Call with Kurt Gwynne and Dan Polsky re: settlement options after our call with Debtor and Adeptio. | .30 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60017  Secured Claims                          Page  37
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/11/07 | Simons | Settlement conference call with Adeptio and Debtor. | .90 |
| 12/11/07 | Springer | Settlement of motion to dismiss;(3.5) confer with Committee re: settlement (1.5). | 5.00 |
| 12/12/07 | Gwynne | Emails re: terms of proposed settlement offers | .40 |
| 12/12/07 | Simons | Call with Kurt Gwynne re: scope of release in settlement. | .20 |
| 12/12/07 | Simons | Review Deloitte's comparison chart of deal terms. | .30 |
| 12/12/07 | Simons | Email from Dan Polsky re: his discussions with Lazard. | .10 |
| 12/12/07 | Simons | 6:30 p.m. settlement conference call with Debtor/Adeptio. | .70 |
| 12/12/07 | Simons | Review latest summary of Committee's 8 point settlement position. | .30 |
| 12/12/07 | Simons | Email from Lazard identifying deal terms that are in dispute. | .20 |
| 12/12/07 | Simons | Email to Debtor regarding committee standing by settlement position. | .10 |
| 12/12/07 | Springer | Negotiate potential settlement. | 1.50 |
| 12/13/07 | Lewis | Email correspondence with B.Simons re draft of settlement term sheet (.1); begin drafting same (.5). | .60 |
| 12/13/07 | Lord | Assist C.Springer and KGwynne with information to be used in settlement negotiations. | 1.50 |
| 12/13/07 | Simons | 9:00 a.m. settlement conference call with Adeptio and Debtor. | .70 |
| 12/13/07 | Simons | Separate settlement conference call with Adeptio attorneys. | 1.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60017  Secured Claims                              Page  38
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/13/07 | Simons | Review and evaluate settlement options, including those provided by Deloitte in order to communicate with Committee. | 1.60 |
| 12/14/07 | Gwynne | Reviewed redline of term sheet from D. Agay reflecting changes from court hearing | .20 |
| 12/17/07 | Lewis | Review and compare conformed settlement termsheet to original marked version from the hearing (.7); email correspondence with K.Gwynne and R.Simons re differences (.2). | .90 |
| 12/17/07 | Lord | Assist Bob Simons with information for use in review and revisions to 9019 settlement motion. | .50 |
| 12/17/07 | Simons | Coordinate signatures of settlement stipulation. | .80 |
| 12/17/07 | Simons | Review conformed draft version of settlement term sheet. | .90 |
| 12/17/07 | Simons | Review draft motion for 9019 settlement and provide comments to Debtor's counsel. | 1.20 |
| 12/17/07 | Simons | Review sale order which attaches marked-up term sheet to compare with conformed version and discuss with Gwynne as to accuracy. | .70 |
| 12/18/07 | Lewis | Email correspondence with J.Johnson re discrepancies between conformed term sheet and marked term sheet (.2); review revised conformed term sheet to insure that it conformed to original (.4); email correspondence with K.Gwynne and R.Simons re same (.2). | .80 |
| 12/18/07 | Simons | Review J. Lewis changes to term sheet. | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60017  Secured Claims                              Page  39
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/18/07 | Simons | Review filed version of Rule 9019 motion to approve conformed term sheet. | .40 |
| 12/18/07 | Simons | Review new draft conformed settlement term sheet. | .40 |
| 12/18/07 | Springer | Review of emails about term sheet on settlement between Committee and Adeptio. | .80 |
| 12/19/07 | Simons | Review Rule 9019 motion draft provided by Debtor. | .20 |
| 12/19/07 | Simons | Reply to David Agay's email regarding shortened notice for approval of settlement term sheet. | .10 |
| 12/20/07 | Simons | Review email from Kurt Gwynne to Debtors' counsel re: comment to order approving stipulation. | .10 |
| 12/21/07 | Simons | Receipt from Debtor and review revised form of order approving 9019 motion. | .20 |

```
                                              ------
                          TOTAL HOURS           71.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Robert P. Simons | 33.70 | at $ | 530.00 | = | 17,861.00 |
| Kurt F. Gwynne | 4.80 | at $ | 530.00 | = | 2,544.00 |
| Claudia Z. Springer | 25.80 | at $ | 585.00 | = | 15,093.00 |
| Amy M. Tonti | 2.50 | at $ | 510.00 | = | 1,275.00 |
| Joshua C. Lewis | 2.30 | at $ | 315.00 | = | 724.50 |
| John B. Lord | 2.00 | at $ | 220.00 | = | 440.00 |

```
              CURRENT FEES                      37,937.50


              TOTAL THIS MATTER                $37,937.50
                                               =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number       1652438
As Committee Chairperson on behalf of          Invoice Date        01/29/08
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60021
Fairfax, VA 22030                              Page  40


==============================================================================

  Re: (60021)  Plan Review and Litigation

  FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

     Date   Name                                                   Hours
   -------- -----------                                            -----

   12/19/07 Lewis            Email correspondence with R.Simons      .20
                             re draft litigation trust
                             agreement (.2).

   12/27/07 Lewis            Begin drafting litigation trust        2.50
                             agreement (2.5).

                                                                   ------
                                                  TOTAL HOURS        2.70


   TIME SUMMARY              Hours        Rate          Value
   ------------------------  ----------------------    -------
   Joshua C. Lewis            2.70  at  $  315.00  =    850.50

            CURRENT FEES                                              850.50


            TOTAL THIS MATTER                                       $850.50
                                                              =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number      1652438
As Committee Chairperson on behalf of          Invoice Date     01/29/08
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60026
Fairfax, VA 22030                              Page   41

================================================================================

Re: (60026)  D&O Claims

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/17/07 | Springer | Emails regarding investigation of d&o claims. | .60 |
| 12/19/07 | Simons | Review O&D policy and notice of claims to prepare for call. | .70 |
| 12/19/07 | Simons | Email memo to Cameron/Levin (RS Insurance Recovery) with attached O&D policy and notice of claims to provide background on claims for tomorrow's call. | .40 |
| 12/20/07 | Levin | Review D&O policies and notice letters to prepare for conference call (.7); Participate in conference call with Deloitte, Kirkland & Ellis, and firm attorneys regarding investigating potential case against directors and officers (.8); Post-conference call analysis of issues with firm attorneys Simon and Widin (.4). | 1.90 |
| 12/20/07 | Simons | Email from Doug Widin (insurance recovery attorney) re: suggestion as to approach for Litigation Trust Structure and D&O claims. | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60026  D&O Claims                                    Page  42
January 29, 2008

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 12/20/07 | Simons | Review of email from Dan Polsky (Deloitte) re: SEC 8K providing high level summary. | .40 |
| 12/20/07 | Simons | Additional emails from Sean O'Neal (RHI re: other items needed to "Close" extension agreements. | .20 |
| 12/20/07 | Simons | 2:30 call with Hackney/Agay of Adeptio re: evaluation of claims for litigation trust, stock redemption/D&O issues, notice letter | 1.00 |
| 12/20/07 | Simons | Email 11/30 notice letter to Dan Polsky of Deloitte. | .10 |
| 12/20/07 | Simons | 10:00 a.m. call with Deloitte to go over agenda for 2:30 p.m. call with Adeptio. | .50 |
| 12/20/07 | Simons | Prepare for 10:00 a.m. call with Deloitte to go over agenda for 2:30 call with Adeptio regarding claim recoveries (review 11/29 notice of claims letter, 11/30 stock redemption letter, 8Ks) | .60 |
| 12/20/07 | Widin | Receive and review notice letter to D&O carriers outlining potential anticipated claims and bases therefor (1.0); participate in telephone conference with Deloitte giving further background on potential claims and results of investigation to date regarding financing and stock repurchase program  (.9); follow-up assessment call with R. Simon and J.M. Levin (.3); discussion with J.M. Levin re: potential tactic by certain creditors to control claims (.3); memo to R. Simon re: same (.1) | 2.60 |
| 12/21/07 | Simons | Receipt from Deloitte and review of document request for stock-based benefit plans. | 1.10 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60026  D&O Claims                                    Page  43
January 29, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 12/24/07 | Simons | Email to David Agay (Adeptio counsel) regarding closing and stock repurchase information request. | .20 |
| 12/26/07 | Simons | Email from David Agay re: stock redemption document request. | .10 |
| 12/28/07 | Simons | Conference call with PNC Team regarding notices of default/ExIm Bank, etc. | .50 |
| 12/28/07 | Simons | Prepare for call with PNC Team (review provisions of key documents.) | .80 |
| 12/28/07 | Simons | Emails from Chris Kohler (Huntington Bank) and Peter Toth (Wells Fargo) confirming approval of default letter. | .20 |
| 12/31/07 | Springer | Review recent emails and confer with Jay Levin about potential d and o litigation. | 1.30 |

```
                                                      ------
                                      TOTAL HOURS     13.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Robert P. Simons | 7.00 | at $ | 530.00 | = | 3,710.00 |
| Claudia Z. Springer | 1.90 | at $ | 585.00 | = | 1,111.50 |
| Jay M. Levin | 1.90 | at $ | 480.00 | = | 912.00 |
| Douglas R. Widin | 2.60 | at $ | 480.00 | = | 1,248.00 |

```
                CURRENT FEES                          6,981.50


                TOTAL THIS MATTER                     $6,981.50
                                                      =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1652438
As Committee Chairperson on behalf of          Invoice Date      01/29/08
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60027
Fairfax, VA 22030                              Page   44



==========================================================================

    Re: (60027)  Investigation re: Lenders

    FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

      Date    Name                                             Hours
    --------  -----------                                      -----

    12/03/07  Simons          Email from K. Gwynne listing       .20
                              questions to secured lender
                              perfection review to date.

    12/03/07  Simons          Review email from A. Tonti re: 8K  .50
                              information regarding restatement
                              of consolidated returns.

    12/03/07  Simons          Email memo from A. Tonti providing .80
                              status of perfection of secured
                              loan review and information
                              reported in SEC 8K so that I may
                              report to the Committee.

    12/04/07  Gwynne          Emails re: document requests for   .20
                              investigation of lender's claim
                              and objections thereto

    12/04/07  Simons          Review J. Walsh transcript re: 506 .20
                              (c) waiver.

    12/06/07  Gwynne          Reviewed Adeptio's response to     .50
                              discovery requests

    12/06/07  Gwynne          Emails to/from Adeptio's counsel   .30
                              re: issues with Adeptio's
                              discovery responses and objections

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60027  Investigation re: Lenders                    Page  45
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/06/07 | Gwynne | Reviewed/analyzed remainder of lien investigation re: Adeptio's liens | 1.40 |
| 12/06/07 | Lewis | Review Debtor's and Adeptio's discovery responses (1.4); email correspondence with K.Gwynne re same (.3). | 1.70 |
| 12/07/07 | Gwynne | Conference with J. Staib re: MLN transcript and Judge Walsh's statements re: 506(c) waivers; reviewed transcript | .10 |
| 12/07/07 | Gwynne | Notes/outline of discovery issues for hearing/further negotiations | .20 |
| 12/07/07 | Gwynne | Emails (0.1) and conferences (0.4) with Adeptio's counsel re: discovery issues in investigation of lenders' claims | .50 |
| 12/07/07 | Gwynne | Conference with T. Califano re: lender investigation discovery issues (0.3) and email re: outstanding issues (0.3) | .60 |
| 12/07/07 | Gwynne | Reviewed materials from A. Tonti re: prior lender named "AP InPhonic Holdings" (0.5); conference with A. Tonti re: same (0.1) | .60 |
| 12/07/07 | Gwynne | Conference with J. Lewis re: motion to continue sale hearing and extend investigation period | .10 |
| 12/07/07 | Simons | Email to K. Gwynne re: interview of Debtor's representative (Mr. Leech) as part of investigation. | .10 |
| 12/07/07 | Simons | Review email from K. Gwynne to Tom Califano (Debtor's attorney) re: investigation. | .30 |
| 12/09/07 | Gwynne | Supplemented/modified motion to extend investigation period and motion to continue sale hearing and proposed order | 1.80 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60027  Investigation re: Lenders                        Page  46
January 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/10/07 | Gwynne | Modified draft motion to extend investigation period re: claims against Adeptio (and sale hearing) and draft order | 3.60 |
| 12/10/07 | Gwynne | Email re: discovery issues/dispute with debtors re: investigation of lender claims | .10 |
| 12/10/07 | Gwynne | Reviewed motion to shorten notice/draft order re: hearing on motion to extend investigation period | .20 |
| 12/10/07 | Gwynne | Reviewed and analyzed lien investigation results and analyzed results regarding late perfection in 1010 Interactive and deposit accounts and apparent lack of security interest in commercial tort claims and effect of those issues in light of interim DIP order | 1.80 |
| 12/10/07 | Lankford | Research BMC website to see if Adeptio filed a claim. | .20 |
| 12/10/07 | Lewis | Telephone call with K.Gwynne re letter agreement with T.Califano re topics for examination of Debtors' representative (.2); draft letter agreement (.6); draft list of investigation topics for interview of debtors' representative (1.2); telephone call with A.Tonti re same (.2). | 2.20 |
| 12/11/07 | Gwynne | Reviewed debtors' (0.4) and adeptio's (0.3) responses to committee's motion to extend investigation period (and continue sale hearing) and prepared notes re: misstatements therein for hearing (0.4) | 1.10 |
| 12/12/07 | Lewis | Review documents in debtor's document production re: investigation (4.7). | 4.70 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60027  Investigation re: Lenders                        Page  47
January 29, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 12/13/07 | Knox | Review definition of collateral in security agreement (.1); telephone conference with K. Gwynne re same (.1). | .20 |
| 12/13/07 | Lankford | Research claims agent regarding Adeptio claim. | .20 |
| 12/13/07 | Lewis | Review debtors' documents produced in connection with investigation | 4.80 |

                                                       ------
                                        TOTAL HOURS    29.20


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Robert P. Simons | 2.10 | at | $ 530.00 | = | 1,113.00 |
| Kurt F. Gwynne | 13.10 | at | $ 530.00 | = | 6,943.00 |
| Joshua C. Lewis | 13.40 | at | $ 315.00 | = | 4,221.00 |
| Jennifer P. Knox | 0.20 | at | $ 250.00 | = | 50.00 |
| Lisa Lankford | 0.40 | at | $ 115.00 | = | 46.00 |

                CURRENT FEES                            12,373.00


                TOTAL THIS MATTER                      $12,373.00
                                                       =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number      1652438
As Committee Chairperson on behalf of          Invoice Date      01/29/08
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60029
    Fairfax, VA 22030                              Page  48

=============================================================================

    Re: (60029)  Attendance at Hearings

    FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

    Date    Name                                              Hours
    ------- -----------                                       -----

    12/04/07 Lord            Assist KGwynne and CSpringer with    .70
                             preparation of information for
                             tomorrow's hearing.

    12/04/07 Springer        Prepare for hearing on DIP          3.00
                             Financing by reviewing pleadings
                             and relevant caselaw.

    12/05/07 Gwynne          Attended hearing on committee's     3.00
                             motion to dismiss, debtor's motion
                             for DIP loan, and committee's
                             motion to reconsider bid procedures

    12/05/07 Simons          Attend telephonic hearing for       2.00
                             motion to reconsider bidding
                             procedures order.

    12/05/07 Springer        Prepare for and attend hearing on   4.00
                             DIP financing and other matters.

    12/10/07 Springer        Prepare for tomorrow's contested    2.00
                             DIP Hearing.

    12/11/07 Gwynne          Attended hearing on motion to       2.30
                             dismiss and final DIP order

    12/11/07 Lord            Assist KGwynne and CSpringer with   2.60
                             preparation of documents and
                             information for hearing.

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60029  Attendance at Hearings                          Page  49
January 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/12/07 | Springer | Prepare for sale hearing and motion to dismiss case and DIP hearing. | 1.50 |
| 12/13/07 | Gwynne | Attended hearing re: committee's motion to dismiss, debtors' DIP financing motion, committee's motion to reconsider bid procedures, and other related motions | 6.50 |
| 12/13/07 | Lankford | Confer with K. Gwynne regarding docket numbers for specific pleadings for use at hearing (.1); research and e-mail to K. Gwynne regarding same (.2). | .30 |
| 12/13/07 | Simons | Monitor/attend by phone 1:00 p.m. court hearing of Motion to Dismiss for settlement developments/to handle bidding procedures issues and to keep Committee informed (on call for 5 hours - only charged 50%). | 2.50 |
| 12/13/07 | Springer | Attend and participate in hearing on sale of assets, dip financing and dismissal of case. | 8.20 |
| 12/18/07 | Lankford | Communicate with K. Gwynne regarding 12/20 hearing and information needed. | .10 |
| 12/19/07 | Simons | Email to K. Gwynne regarding issues for his hearing coverage tomorrow. | .50 |

                                         TOTAL HOURS    39.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Robert P. Simons | 5.00 | at $ | 530.00 | = | 2,650.00 |
| Kurt F. Gwynne | 11.80 | at $ | 530.00 | = | 6,254.00 |
| Claudia Z. Springer | 18.70 | at $ | 585.00 | = | 10,939.50 |
| John B. Lord | 3.30 | at $ | 220.00 | = | 726.00 |
| Lisa Lankford | 0.40 | at $ | 115.00 | = | 46.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60029  Attendance at Hearings                          Page  50
January 29, 2008


      CURRENT FEES                              20,615.50


      TOTAL THIS MATTER                        $20,615.50
                             =============