# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying | IKON | $19,810.20 |
| In-House Duplicating | | $346.20 |
| Subpoena Service Costs | | $286.50 |
| Telephone - Outside | ChorusCall | $394.70 |
| Telephone Expense | | $4.65 |
| Legal Research | Westlaw/Lexis | $19.02 |
| Transcript Expense | | $553.45 |
| Courier Service - Outside | UPS/Parcels | $66.77 |
| **TOTAL** | | **$21,481.49** |

```
                          REED SMITH LLP
                          PO Box 7777-W4055
                       Philadelphia, PA  19175-4055
                          Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.                  Invoice Number      1652438
As Committee Chairperson on behalf of        Invoice Date       01/29/08
Infinite Computer Solutions, Inc.            Client Number       886922
10500 Sager Avenue, Suite G                  Matter Number        60001
Fairfax, VA  22030                           Page    1
```

================================================================================

Re: (60001)  Official Committee of Unsecured Creditors

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/19/07 | Duplicating/Printing/Scanning ATTY# 3984; 8 COPIES | .80 |
| 11/19/07 | Duplicating/Printing/Scanning ATTY# 3984; 1 COPY | .10 |
| 11/19/07 | Duplicating/Printing/Scanning ATTY# 3984; 1 COPY | .10 |
| 11/19/07 | Duplicating/Printing/Scanning ATTY# 3984; 1 COPY | .10 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY# 3984; 4 COPIES | .40 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY# 3984; 12 COPIES | 1.20 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY# 3984; 5 COPIES | .50 |
| 11/27/07 | Duplicating/Printing/Scanning ATTY# 3984; 180 COPIES | 18.00 |
| 11/27/07 | Duplicating/Printing/Scanning ATTY# 3984; 63 COPIES | 6.30 |
| 11/27/07 | Duplicating/Printing/Scanning ATTY# 3984; 4 COPIES | .40 |
| 11/28/07 | Duplicating/Printing/Scanning ATTY# 3984; 12 COPIES | 1.20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors           Page    2
January 29, 2008

| Date | Description | Amount |
|---|---|---|
| 11/28/07 | Duplicating/Printing/Scanning AATY# 3984; 8 COPIES | .80 |
| 11/28/07 | Duplicating/Printing/Scanning ATTY# 3987; COPIES 4 | .40 |
| 11/30/07 | Duplicating/Printing/Scanning ATTY# 3984; 14 COPIES | 1.40 |
| 11/30/07 | Duplicating/Printing/Scanning Atty# 3984; 15 COPIES | 1.50 |
| 12/03/07 | Telephone Expense 212-706-4888/NEW YORK, NY/3 | .15 |
| 12/03/07 | Duplicating/Printing/Scanning ATTY # 3984; 48 COPIES | 4.80 |
| 12/03/07 | Duplicating/Printing/Scanning ATTY # 3984; 56 COPIES | 5.60 |
| 12/03/07 | Duplicating/Printing/Scanning ATTY # 3984; 220 COPIES | 22.00 |
| 12/03/07 | Duplicating/Printing/Scanning ATTY # 3593; 93 COPIES | 9.30 |
| 12/03/07 | Duplicating/Printing/Scanning ATTY # 3984; 100 COPIES | 10.00 |
| 12/03/07 | Lexis Lexis | .65 |
| 12/03/07 | Lexis Lexis | 18.37 |
| 12/03/07 | Telephone - Outside Chorus Call Inv No: 0321160 -  SIMONS - | 17.72 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 2967: 32 COPIES | 3.20 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 2967: 10 COPIES | 1.00 |
| 12/04/07 | Telephone - Outside Chorus Call Inv No: 0321160 -  SIMONS - | 7.53 |
| 12/04/07 | Telephone - Outside Chorus Call Inv No: 0321160 -  SIMONS - | 14.38 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    3
January 29, 2008

| Date | Description | Amount |
|---|---|---|
| 12/04/07 | Telephone - Outside<br>Chorus Call Inv No: 0321160 - SIMONS - | 45.19 |
| 12/05/07 | Transcript Expense - - VENDOR: JENNIFER RYAN ENSLEN -  TRANSCRIPT OF 11/09/07 HEARING | 362.25 |
| 12/05/07 | Telephone Expense<br>917-687-1714/NEW YORK, NY/4 | .15 |
| 12/05/07 | Duplicating/Printing/Scanning<br>ATTY # 7399; 124 COPIES | 12.40 |
| 12/05/07 | Duplicating/Printing/Scanning<br>ATTY # 3984; 238 COPIES | 23.80 |
| 12/05/07 | Duplicating/Printing/Scanning<br>ATTY # 3984; 351 COPIES | 35.10 |
| 12/05/07 | Duplicating/Printing/Scanning<br>ATTY # 5253; 4 COPIES | .40 |
| 12/05/07 | Telephone - Outside<br>Chorus Call Inv No: 0321160 - SIMONS - | 12.07 |
| 12/06/07 | Telephone Expense<br>302-345-7996/WILMINGTON, DE/17 | .85 |
| 12/06/07 | Telephone - Outside<br>Chorus Call Inv No: 0321160 - SIMONS - | 72.68 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 67.45 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 132.14 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 29.61 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.   COPYING | 410.00 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.  COPYING | 215.25 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 190.45 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 124.67 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    4
January 29, 2008

| Date | Description | Amount |
|---|---|---|
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. -   COPYING | 16.81 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. -   COPYING | 19.62 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.-   COPYING | 84.05 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.   COPYING | 19.55 |
| 12/07/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.   COPYING | 92.88 |
| 12/07/07 | Telephone Expense 302-351-9357/WILMINGTON, DE/9 | .45 |
| 12/07/07 | Telephone Expense 212-436-5668/NEW YORK, NY/7 | .30 |
| 12/07/07 | Telephone Expense 818-438-8373/VAN NUYS, CA/3 | .10 |
| 12/07/07 | Telephone Expense 212-436-5668/NEW YORK, NY/20 | 1.00 |
| 12/07/07 | Telephone Expense 704-370-4967/CHARLOTTE, NC/3 | .15 |
| 12/07/07 | Telephone Expense 703-352-4985/VIENNA, VA/3 | .15 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 0718; 8 COPIES | .80 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 3583: 3 COPIES | .30 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 3583: 3 COPIES | .30 |
| 12/07/07 | Telephone - Outside Chorus Call Inv No: 0321160 -   SIMONS - | 17.63 |
| 12/10/07 | Subpoena Service Costs - - VENDOR: DENNIS RICHMAN'S SERVICES   FOR SUBPOENA TO ADEPTIO INPC FUNDING | 49.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    5
January 29, 2008

| Date | Description | Amount |
|---|---|---:|
| 12/10/07 | Subpoena Service Costs - - VENDOR: SERVING BY IRVING, INC. SUPBOENA ON GOLDSMITH, AGIO, HELMS SECURITIES | 237.50 |
| 12/10/07 | Telephone Expense 302-345-7996/WILMINGTON, DE/6 | .30 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 7399; 77 COPIES | 7.70 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 0718; 77 COPIES | 7.70 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 0718; 251 COPIES | 25.10 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 0718; 52 COPIES | 5.20 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 5253; 54 COPIES | 5.40 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 5253: 13 COPIES | 1.30 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 5253: 12 COPIES | 1.20 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 3583: 3 COPIES | .30 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 5253: 1 COPIES | .10 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 5253: 2 COPIES | .20 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 5253: 1 COPIES | .10 |
| 12/10/07 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from KURT GWYNNE REED SMITH to DAVID LORR ADEPTIO (PHILADELPHIA PA 191042)   1ZA71V382210085984 | 7.77 |
| 12/10/07 | Telephone - Outside Chorus Call Inv No: 0321815 -  SIMONS - | 72.25 |
| 12/11/07 | Duplicating/Printing/Scanning ATTY # 7399; 227 COPIES | 22.70 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    6
January 29, 2008

| Date | Description | Amount |
|---|---|---|
| 12/11/07 | Duplicating/Printing/Scanning ATTY # 3984; 2 COPIES | .20 |
| 12/11/07 | Duplicating/Printing/Scanning ATTY # 3593; 16 COPIES | 1.60 |
| 12/12/07 | Telephone - Outside Chorus Call Inv No: 0321815 - SIMONS - | 44.17 |
| 12/13/07 | Telephone Expense 215-896-3775/LANSDALE, PA/18 | .85 |
| 12/13/07 | Duplicating/Printing/Scanning ATTY # 3593; 21 COPIES | 2.10 |
| 12/13/07 | Duplicating/Printing/Scanning ATTY # 3593; 100 COPIES | 10.00 |
| 12/13/07 | Duplicating/Printing/Scanning ATTY # 3593; 20 COPIES | 2.00 |
| 12/13/07 | Duplicating/Printing/Scanning ATTY # 5253: 4 COPIES | .40 |
| 12/13/07 | Telephone - Outside Chorus Call Inv No: 0321815 - SIMONS - | 33.90 |
| 12/13/07 | Telephone - Outside Chorus Call Inv No: 0321815 - SIMONS - | 20.37 |
| 12/13/07 | Telephone - Outside Chorus Call Inv No: 0321815 - SIMONS - | 11.81 |
| 12/14/07 | Courier Service - Outside - - VENDOR: PARCELS, INC. - HAND DELIVERY | 7.50 |
| 12/14/07 | Courier Service - Outside - - VENDOR: PARCELS, INC. - HAND DELIVERY | 12.50 |
| 12/14/07 | Courier Service - Outside - - VENDOR: PARCELS, INC. - HAND DELIVERY | 39.00 |
| 12/17/07 | Telephone Expense 703-352-4985/VIENNA, VA/2 | .10 |
| 12/17/07 | Duplicating/Printing/Scanning ATTY # 0718; 34 COPIES | 3.40 |
| 12/17/07 | Duplicating/Printing/Scanning ATTY # 0718; 74 COPIES | 7.40 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors           Page   7
January 29, 2008

| Date | Description | Amount |
|---|---|---:|
| 12/18/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. -   **[COPYING SERVICE OF MOTION TO DISMISS ON ALL CREDITORS]** | 16701.77 |
| 12/18/07 | Duplicating/Printing/Scanning ATTY # 3583: 3 COPIES | .30 |
| 12/19/07 | Duplicating/Printing/Scanning ATTY # 2531; 4 COPIES | .40 |
| 12/20/07 | Duplicating/Printing/Scanning ATTY # 3583: 2 COPIES | .20 |
| 12/20/07 | Telephone Expense 312-861-2341/CHICAGO, IL/2 | .10 |
| 12/20/07 | Duplicating/Printing/Scanning ATTY # 0718; 33 COPIES | 3.30 |
| 12/21/07 | Duplicating/Printing/Scanning ATTY # 7399; 152 COPIES | 15.20 |
| 12/21/07 | Duplicating/Printing/Scanning ATTY # 7399; 50 COPIES | 5.00 |
| 12/21/07 | Duplicating/Printing/Scanning ATTY # 7399; 100 COPIES | 10.00 |
| 12/21/07 | Duplicating/Printing/Scanning ATTY # 7399; 51 COPIES | 5.10 |
| 12/21/07 | Duplicating/Printing/Scanning ATTY # 7399; 25 COPIES | 2.50 |
| 12/27/07 | Duplicating/Printing/Scanning ATTY # 0718; 12 COPIES | 1.20 |
| 12/28/07 | Transcript Expense - - VENDOR: POWERS, GARRISON & HUGHES -    ATTENDANCE FEE AND TRANSCRIPT EXPENSE FOR HEARING | 191.20 |
| 12/28/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.   COPYING | 392.00 |
| 12/28/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS,  INC. COPYING | 65.25 |
| 12/28/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.    COPYING | 671.00 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1652438
and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors        Page    8
January 29, 2008
```

| Date | Description | Amount |
|---|---|---|
| 12/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 36 COPIES | 3.60 |
| 12/28/07 | Duplicating/Printing/Scanning<br>Scanning: ATTY # 8604 93 Pages | 9.30 |
| 12/28/07 | Duplicating/Printing/Scanning<br>Scanning: ATTY # 8604 31 Pages | 3.10 |
| 12/28/07 | Duplicating/Printing/Scanning<br>Scanning: ATTY # 8604 49 Pages | 4.90 |
| 12/28/07 | Duplicating/Printing/Scanning<br>Scanning: ATTY # 8604 47 Pages | 4.70 |
| 12/28/07 | Duplicating/Printing/Scanning<br>Scanning: ATTY # 8604 106 Pages | 10.60 |
| 12/30/07 | Duplicating/Printing/Scanning<br>ATTY # 5088: 2 COPIES | .20 |
| 12/31/07 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. -   COPYING | 577.70 |
| 12/31/07 | Telephone - Outside - telephonic court<br>appearance - VENDOR: CourtCall, LLC | 25.00 |
| 12/31/07 | Duplicating/Printing/Scanning<br>ATTY # 5088: 3 COPIES | .30 |
| | CURRENT EXPENSES | 21,481.49 |
| | TOTAL THIS MATTER | $21,481.49 |