IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: February 19, 2008 at 4:00 p.m. |
| | : | Hearing Date: February 26, 2008 at 3:00 p.m. |

## NOTICE OF MOTION

TO:   ALL PARTIES ON THE ATTACHED LIST

PLEASE TAKE NOTICE that the **Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)** ("Motion") was filed on **February 8, 2008**, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed with the Court on or before **February 19, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel so that it is received by the undersigned counsel on or before **February 19, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court, on **February 26, 2008 at 3:00 p.m.**

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 8, 2008         CONNOLLY BOVE LODGE & HUTZ LLP

_____
Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

-and-

2

Stephen A. Bogorad
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Telephone: (202) 955-3000
*Attorneys for Waterfront Center Limited Partnership*

#589113v1