IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket No. _____** |

ORDER GRANTING MOTION OF WATERFRONT CENTER
LIMITED PARTNERSHIP FOR ENTRY OF AN ORDER THAT
DIRECTS AND COMPELS PAYMENT OF POST-PETITION
RENT OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3)

Upon consideration of the *Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned debtors ("Debtors") are hereby directed to pay Waterfront Center Limited Partnership the amount of $95,974.00, plus reasonable attorneys' fees and costs of $_____, within five (5) business days of the date of this Order.

Dated: _____, 2008    _____
       Wilmington, Delaware    United States Bankruptcy Judge

#589110v1