## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on this 8th day of February, 2008, I caused a true and correct copy of the foregoing **Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3)** to be served upon the individuals set forth on the attached list in the manner indicated on the attached list.

_____
Marc J. Phillips (#4445)

590017v1

Eric M Sutty, Esquire
Mary E Augustine, Esquire
Neil B Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Internal Revenue Service
844 King Street
Wilmington, DE 19801

Office of the US Trustee
Richard Schepacarter, Esquire
844 King Street, Room 2207
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
1201 Market Street, Suite 1500
Wilmington, DE 19801

State of Delaware
Randy Weller
Division of Revenue, Compliance Dept.
820 N. French Street
Wilmington, DE 19801

Young Conway Stargatt & Taylor, LLP
Edmon Morton Esquire
Edward J. Kosmowski, Esquire
Robert S. Brady, Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Blank Rome LLP
Bonnie Glantz Fatell, Esquire
Michael D Debaecke, Esquire
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice
Francis A Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Smith Katzenstein & Furlow LLP
Kathleen M. Miller, Esquire
800 Delaware Avenue
Post Office Box 410
Wilmington, DE 19801

Seitz Van Ogtrop & Green PA
Kevin A. Guerke, Esquire
Patricia P. McGonigle Esquire
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

| | |
|---|---|
| Morris James LLP<br>Brett D. Fallon, Esquire<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | Loizides PA<br>Christopher D. Loizides, Esquire<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 |
| Kathryn S. Keller, Esquire<br>Marla R. Eskin, Esquire<br>800 North King Street, Suite 300<br>Wilmington, DE 19801 | U. S. Attorney's Office<br>Ellen W. Slights, Esquire<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19801 |
| Department of Labor<br>Division of Unemployment Insurance<br>4425 North Market Street<br>Wilmington, DE 19802 | BMC Group<br>Alan Dalsass & Brad Daniel<br>875 Third Avenue, 5th Floor<br>New York, NY 10022 |
| Delaware Secretary of State<br>Franchise Tax Division<br>P. O. Box 898-F<br>Dover, DE 19903 | DLA Piper UU LLP<br>Jeremy R Johnson, Esquire<br>Thomas R Califano, Esquire<br>Vincent J Roldan, Esquire<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Goldsmith Lazard, Esquire<br>Dermott O'Flanagan, Esquire<br>Andrew Torgove & Jason Cohen<br>11 West 42nd Street, 29th Floor<br>New York, NY 10036 | Internal Revenue Service<br>Bankruptcy Section<br>Special Procedures Section<br>31 Hopkins Plaza, Room 1120<br>Baltimore, MD 21201 |

David A. Agay, Esquire
John A. Schoenfeld, Esquire
Anup Sathy Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Reed Smith LLC
Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Robert P Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219

Securities and Exchange Commission
Division of Corporate Finance
100 F Street, NE
Washington, DC 20549

Versa Capital Management, Inc.
Greg Segall & Paul Halpern
The Circa Centre
2929 Arch Street, 27th Floor
Philadelphia, PA 19104

W. B. Doner & Company
Kevin Weinman
25900 Northwestern Highway
Southfield, MI 48075

Assistant Attorney General
Deborah Waldmeir, Esquire
Michael a Cox, Esquire
Cadillac Place
3030 W. Grand Boulevard, Suite 10-200
Detroit, MI 48202

Paul Cataldo, Esquire
935 First Avenue
King of Prussia, PA 19406

Assistant General Counsel
Tanya M. Tan, Esquire
30699 Russell Ranch Road, Suite 250
Westlake Village, CA 91362

Becket and Lee LLP
Gilbert B. Weisman, Esquire
P. O. Box 3001
Malvern, PA 19355-0701

Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Bingham McCutchen LLP
Steven Wilamowsky, Esquire
399 Park Avenue
New York, NY 10022

Regina Stango Kelbon, Esquire
Joel Shapiro Esquire
Blank Rome
One Logan Square
Philadelphia, PA 19103

Bovitz & Spitzer
J. Scott Bovitz, Esquire
880 W First Street, Suite 502
Los Angeles, CA 90012-2430

Chadbourne & Parke LLP
David M. Lemay, Esquire
30 Rockefeller Plaza
New York, NY 10112

Cohn Birnbaum Shea
Scott D, Rosen, Esquire
100 Pearl Street
Hartford, CT 06103-4500

Foley & Lardner LLP
Mark A. Salzberg, Esquire
3000 K Street, NW, Suite 500
Washington, DC 20007-5101

Halperin Battaglia Raicht LLP
Christopher J. Battaglia, Esquire
Elizabeth L. Rose, Esquire
555 Madison Avenue, 9th Floor
New York, NY 10022

Holland & Knight LLP
Diane N. Rallis, Esquire
John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
10 St James Avenue
Boston, MA 02116

Kent County
(Re: Delaware Dept of Revenue)
Thomas Collins Building
540 S. Dupont Highway
Dover, DE 19901

Kilpatrick Stockton LLP
Paul M. Rosenblatt, Esquire
Todd C. Meyers, Esquire
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4530

Marc Barreca, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Mcguire Woods LLP
David I. Swan, Esquire
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Nixon Peabody LLP
Joseph M Gitto, Esquire
437 Madison Avenue
New York, NY 10022

Quarles & Brady LLP
Catherine M. Guastello, Esquire
Renaissance One
2 North Central Avenue
Phoenix, AZ 85004-2391

Securities & Exchange Commission
Patricia Schrage, Esquire
3 World Financial Center, Suite 400
New York, NY 10281-1022

Shumaker Loop & Kendrick LLP
David J. Coyle, Esquire
North Courthouse Square
1000 Jackson Street
Toledo, OH 43604-5573

Vorys Sater Seymour & Pease LLP
Tiffany Strelow Cobb, Esquire
92 East Gay Street
Columbus, OH 43215

Wilentz Goldman & Spitzer PA
David H. Stein, Esquire
90 Woodbridge Center Drive, Suite 900
Box 10
Woodbridge, NJ 07095-0958