Feb. 4, 2008

from: Steven W. Baker
112 Ironwood Ct.
Hamilton, MT  59840
justmoondog@hotmail.com
941-544-7677
406-381-3973

**FILED**

2008 FEB -8  AM 10: 36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

to: Mr. David A. Bird, Clerk of Court
United States Bankruptcy Court - District of Delaware
824 N. Market St., 3rd Floor
Wilmington, DE  19801

CASE NUMBER
07-11666-07-11673

cc: BMC
Attn: InPhonic, Inc. Bankruptcy Claims Agent
1330 E. Franklin Av.
El Segundo, CA  90245

Dear Sir:

I am writing in regards to the InPhonic, Inc. bankruptcy (or fraud, if you want to know what I think). According to the many, many articles on the internet, this company owes more than four times the worth of the company just to the people to whom they owe promised rebates. Yet they are still in business, still selling, still ripping people off, and I still get emails from they trying to sell me telephones. Amazing!

Anyway, I dutifully applied for two rebates last year ($40 and $50) and was told on the phone prior to the bankruptcy that they had been approved and that "the check was in the mail" (if not literally, as good as).

But I have received no check. When I inquire, I get this email (below) which features a link to a defunct website. I have never heard from the court as I was promised. I am enclosing proof of my claim, and I still have copies of all the paperwork I submitted to InPhonic, Inc. My original wirefly.com order number was: 308240289.

Can you please do what you can to insure that myself and the other deserving people receive the rebates that we were promised?

If possible, I would also like to see these people at InPhonic, Inc. prosecuted and sent to jail, as they deserve. There is no way they ever intended to pay these rebates, or I would have had mine long ago. They stalled and stalled, then regeged.

Thank you very much.

Steven W Baker

Steven W. Baker

P.S. In case you have trouble reading the "auto-reply" email, I have duplicated it below:

"AUTO-REPLY: RE: Wireless Phone Rebate Confirmation (#8675-92837158-4391)

From: Rebate Inquiry (autoreply@ms1b.instantservice.com)
Sent: Sun 2/03/08 1:32 PM
To:  Steven Baker (justmoondog@hotmail.com)

Thank you for contacting the Rebate Team.

We have received your recent inquiry regarding your rebates.

On November 8, 2007, the sponsor of this rebate, INPC, Inc. (formerly InPhonic, Inc). filed a voluntary petition for reorganization under Chapter 11 of the U.S. Bankruptcy Code. The filings were made in the U.S. Bankruptcy Court for the District of Delaware. If you ordered a wireless device from INPC or one of INPC's affiliates before November 8, 2007 and your order included rebates with a submission address of White Bear Lake, MN, you will be receiving communication(s) pursuant to the procedures of the US Bankruptcy Court regarding any approved rebate claims.  For more information regarding INPC's reorganization, please visit http://www.inphonic.com/reorg.

Sincerely,
Rebate Team

This is an automatically generated email, please do not respond. Rebate Team will not respond to any reply to the above message."