## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| SN LIQUIDATION, INC., et al., : | Case No. 07-11666 (KG) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | Hearing date: February 26, 2008 at 3:00 p.m. EST |
| : | Objection deadline: February 19, 2008 at 4:00 p.m. EST |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 8, 2008, Bayard, P.A. filed the **Debtors' Motion for Entry of an Order Limiting Notice Required to be Given to Certain Rebate Creditors** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Debtors on or before **February 19, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **February 26, 2008 at 3:00 p.m. (Eastern Time)**.

{00737159;v1}

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

Dated: February 8, 2008
      Wilmington, Delaware

**BAYARD, P.A.**

_/s/ M. Augustine_

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4990
Facsimile:  (212) 884-8690

Counsel for Debtors
and Debtors in Possession