In re **InPhonic, Inc.**                                      Case No. _____**07-11666-KG**_____
                  Debtor                                                                (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Vendor No.  70183488  s9169 | | | | | | | |
| HEARN, OSCEOLA 2007 STEARNS AVE APT 3 KALAMAZOO, MI 49008-1863 | | | REBATE CLAIM | | | | $50.00 |
| Vendor No.  70183940  s21961 | | | | | | | |
| HEARN, OSCEOLA 2007 STEARNS AVE APT 3 KALAMAZOO, MI 49008-1863 | | | REBATE CLAIM | | | | $50.00 |
| Vendor No.  38652948  s4756 | | | | | | | |
| HEARNS, MORRISON 2216 WOODLAWN DR TALLAHASSEE, FL 32303 | | | REBATE CLAIM | | | | $50.00 |
| Vendor No.  71203981  s11857 | | | | | | | |
| HEARST, TIM 1100 IRVINE BLVD # 435 TUSTIN, CA 92780-3529 | | | REBATE CLAIM | | | | $30.00 |
| Vendor No.  67622552  s15996 | | | | | | | |
| HEATH, JAMES 2050 EMERSON ST DENVER, CO 80205-5125 | | | REBATE CLAIM | | | | $100.00 |
| Vendor No.  38551578  s14071 | | | | | | | |
| HEAWECK, JEFF 1311 CHAPMANS RETREAT DR SPRING HILL, TN 37174 | | | REBATE CLAIM | | | | $30.00 |
| Vendor No.  40251145  s6350 | | | | | | | |
| HEBERT, CARIE 3 HAMPTON DR CENTER MORICHES, NY 11934 | | | REBATE CLAIM | | | | $75.00 |
| Vendor No.  40242825  s20296 | | | | | | | |
| HEBERT, CARIE 3 HAMPTON DR CENTER MORICHES, NY 11934 | | | REBATE CLAIM | | | | $25.00 |
| Vendor No.  71529098  s6747 | | | | | | | |
| HEBERT, SUZANNE PO BOX 3785 DILLON, CO 80435-3785 | | | REBATE CLAIM | | | | $125.00 |

Sheet no. 1001 of 284  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                    Case No. _____ **07-11666-KG**
_____                                          _____
          Debtor                                                           (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 41057962 s7639 <br> HEBISHY, HISHAM <br> 1302 AZALEA DR <br> NORTH BRUNSWICK, NJ 08902 | | REBATE CLAIM | | $40.00 |
| Vendor No. 71997893 s11674 <br> HECKINGER, LEASA <br> 318 SANGAMON ST <br> PARK FOREST, IL 60466-2224 | | REBATE CLAIM | | $50.00 |
| Vendor No. 40422001 s6312 <br> HEDDINGS, ALAN <br> 13515 259TH AVE SE <br> MONROE, WA 98272 | | REBATE CLAIM | | $70.00 |
| Vendor No. 40422109 s26500 <br> HEDDINGS, ALAN <br> 13515 259TH AVE SE <br> MONROE, WA 98272 | | REBATE CLAIM | | $70.00 |
| Vendor No. 40559813 s6820 <br> HEDLIN, CHARLES <br> 4701 CAP ROCK DR <br> AUSTIN, TX 78735 | | REBATE CLAIM | | $50.00 |
| Vendor No. 41529153 s21680 <br> HEDLIN, CHARLES <br> 4701 CAP ROCK DR <br> AUSTIN, TX 78735 | | REBATE CLAIM | | $60.00 |
| Vendor No. 40559814 s24831 <br> HEDLIN, CHARLES <br> 4701 CAP ROCK DR <br> AUSTIN, TX 78735 | | REBATE CLAIM | | $40.00 |
| Vendor No. 38370324 s1666 <br> HEE, DAVEN <br> 1177 QUEEN ST APT 3703 <br> HONOLULU, HI 96814 | | REBATE CLAIM | | $75.00 |
| Vendor No. 38406841 s26195 <br> HEE, DAVEN <br> 1177 QUEEN ST APT 3703 <br> HONOLULU, HI 96814 | | REBATE CLAIM | | $25.00 |

Sheet no. 1002 of 284  sheets attached to Schedule of
                       Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                                    Case No.    **07-11666-KG**
_____                                                        _____
Debtor                                                                        (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Vendor No.  40445423  s15574  HEERINGA, DAVID  PO BOX 57  SUMAS, WA 98295 | | REBATE CLAIM | | | | $50.00 |
| Vendor No.  39851435  s23835  HEERINGA, DAVID  PO BOX 57  SUMAS, WA 98295 | | REBATE CLAIM | | | | $30.00 |
| Vendor No.  40953701  s15190  HEFFERNAN, MAI  4310 GLENMORE AVE  BALTIMORE, MD 21206 | | REBATE CLAIM | | | | $70.00 |
| Vendor No.  38468995  s13328  HEFFERNAN, RICHARD  4 GRIFFEN ST  POUGHQUAG, NY 12570 | | REBATE CLAIM | | | | $20.00 |
| Vendor No.  39815649  s5253  HEFKE, ERIC  2861 AUGUSTA DR  COMMERCE TOWNSHIP, MI 48382 | | REBATE CLAIM | | | | $75.00 |
| Vendor No.  39867078  s2852  HEFTER, RICHARD  4636 WILSON BLVD  ARLINGTON, VA 22203 | | REBATE CLAIM | | | | $75.00 |
| Vendor No.  68870783  s17484  HEGDE, SUBRAY  725 LAKE ST NE APT 311  HOPKINS, MN 55343-8158 | | REBATE CLAIM | | | | $100.00 |
| Vendor No.  68967791  s25777  HEGDE, SUBRAY  725 LAKE ST NE APT 311  HOPKINS, MN 55343-8158 | | REBATE CLAIM | | | | $100.00 |
| Vendor No.  71110736  s16103  HEGE, SANDY  10203 CALIBURN CT  FISHERS, IN 46038-8676 | | REBATE CLAIM | | | | $150.00 |

Sheet no. 1003 of 284  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                             Case No. **07-11666-KG**
_____                                     _____
                Debtor                                                      (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Vendor No. 70857307  s9704<br>HEGNER, RONALD<br>4715 S LAKE SARAH DR<br>MAPLE PLAIN, MN 55359-8728 | | REBATE CLAIM | | | | $125.00 |
| Vendor No. 70857306  s22127<br>HEGNER, RONALD<br>4715 S LAKE SARAH DR<br>MAPLE PLAIN, MN 55359-8728 | | REBATE CLAIM | | | | $125.00 |
| Vendor No. 70857305  s22128<br>HEGNER, RONALD<br>4715 S LAKE SARAH DR<br>MAPLE PLAIN, MN 55359-8728 | | REBATE CLAIM | | | | $125.00 |
| Vendor No. 70857620  s22129<br>HEGNER, RONALD<br>4715 S LAKE SARAH DR<br>MAPLE PLAIN, MN 55359-8728 | | REBATE CLAIM | | | | $25.00 |
| Vendor No. 70844115  s17522<br>HEGYI, LES<br>PO BOX S<br>MC LEAN, VA 22101-0865 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 39932405  s3054<br>HEIBERGER, JENNIFER<br>3507 SCHOTT RD<br>JEFFERSON CITY, MO 65101 | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 39932406  s19320<br>HEIBERGER, JENNIFER<br>3507 SCHOTT RD<br>JEFFERSON CITY, MO 65101 | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 41313404  s8410<br>HEIERMANN, MARIANA<br>1647 VETERAN AVE APT C<br>LOS ANGELES, CA 90024 | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 40144082  s6286<br>HEIGES, DONALD<br>5 MONTASERE CT<br>DILLSBURG, PA 17019 | | REBATE CLAIM | | | | $70.00 |

In re **InPhonic, Inc.**                                   Case No.    **07-11666-KG**
_____                                    _____
Debtor                                                              (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 40261314 s6219<br>HEILIG, JASON<br>166 CO RD 6499<br>DAYTON, TX 77535 | | REBATE CLAIM | | $70.00 |
| Vendor No. 40720848 s6903<br>HEIM, EDWARD<br>11106 EASTWOOD DR<br>HAGERSTOWN, MD 21742 | | REBATE CLAIM | | $50.00 |
| Vendor No. 40637137 s7076<br>HEIMBACH, BONNIE<br>27123 NOSTALGIA DR<br>LEESBURG, FL 34748 | | REBATE CLAIM | | $30.00 |
| Vendor No. 71373108 s17015<br>HEINE, RON<br>6600 N WLLINGTON<br>CHICAGO, IL 60634 | | REBATE CLAIM | | $100.00 |
| Vendor No. 71455556 s11178<br>HEINE, RON<br>6600 W WELLINGTON AVE<br>CHICAGO, IL 60634-4914 | | REBATE CLAIM | | $50.00 |
| Vendor No. 39964662 s3290<br>HEIRONIMUS, GARY<br>3802 HALIFAX CT<br>ARLINGTON, TX 76013 | | REBATE CLAIM | | $25.00 |
| Vendor No. 41680657 s15660<br>HEISLER, WINSTON<br>620 S 72ND AVE<br>PENSACOLA, FL 32506 | | REBATE CLAIM | | $50.00 |
| Vendor No. 69916765 s10836<br>HELLE, SUSAN<br>457 E WILSON AVE<br>GIRARD, OH 44420-2706 | | REBATE CLAIM | | $50.00 |
| Vendor No. 39848251 s2985<br>HELLER, JAIME<br>1238 SHERIDAN CT<br>FORT WAYNE, IN 46807 | | REBATE CLAIM | | $60.00 |

In re **InPhonic, Inc.**                                      Case No. _____ **07-11666-KG**
_____                                    (If known)
                    Debtor

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 40396691  s5861 <br> HELLERMAN, JOHN <br> 5335 WISCONSIN AVE NW STE 950 <br> WASHINGTON, DC 20015 | | REBATE CLAIM | | $50.00 |
| Vendor No. 40396693  s20540 <br> HELLERMAN, JOHN <br> 5335 WISCONSIN AVE NW STE 950 <br> WASHINGTON, DC 20015 | | REBATE CLAIM | | $50.00 |
| Vendor No. 40733259  s7122 <br> HELLMAN, BURT <br> 5025 COLLINS AVE APT 2106 <br> MIAMI BEACH, FL 33140 | | REBATE CLAIM | | $30.00 |
| Vendor No. 41396542  s25141 <br> HELLMAN, BURT <br> 5025 COLLINS AVE APT 2106 <br> MIAMI BEACH, FL 33140 | | REBATE CLAIM | | $70.00 |
| Vendor No. 40565745  s7047 <br> HELLMAN, DAVID <br> 3808 ATWOOD DR <br> MODESTO, CA 95355 | | REBATE CLAIM | | $30.00 |
| Vendor No. 38283716  s13688 <br> HELMAN, MATT <br> 7250 HIDDEN LAKE RD <br> FORESTVILLE, CA 95436 | | REBATE CLAIM | | $20.00 |
| Vendor No. 38283767  s23934 <br> HELMAN, MATT <br> 7250 HIDDEN LAKE RD <br> FORESTVILLE, CA 95436 | | REBATE CLAIM | | $20.00 |
| Vendor No. 71052521  s17528 <br> HELMAN, MICHAEL <br> 5 COLONIAL CIR <br> PLYMOUTH, MN 55441-4907 | | REBATE CLAIM | | $125.00 |
| Vendor No. 71455279  s26089 <br> HELMAN, MICHAEL <br> 5 COLONIAL CIR <br> PLYMOUTH, MN 55441-4907 | | REBATE CLAIM | | $125.00 |

Sheet no. 1006 of 284  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                        Case No. **07-11666-KG**
_____                                    _____
Debtor                                                              (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Vendor No. 40151949 s5492 | | | | | | | | |
| HELMANDI, DAWOOD 4024 NEWCASTLE RD SCHENECTADY, NY 12303 | | | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 40151950 s20331 | | | | | | | | |
| HELMANDI, DAWOOD 4024 NEWCASTLE RD SCHENECTADY, NY 12303 | | | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 40166835 s14552 | | | | | | | | |
| HELMS, DAVID 2959 ALDERWOOD CT NAPA, CA 94558 | | | | REBATE CLAIM | | | | $35.00 |
| Vendor No. 40166838 s20476 | | | | | | | | |
| HELMS, DAVID 2959 ALDERWOOD CT NAPA, CA 94558 | | | | REBATE CLAIM | | | | $35.00 |
| Vendor No. 71256492 s16727 | | | | | | | | |
| HELMUTH, CHRISTINE 908 JANIE ST AUBURN, IN 46706-1530 | | | | REBATE CLAIM | | | | $100.00 |
| Vendor No. 71256676 s25722 | | | | | | | | |
| HELMUTH, CHRISTINE 908 JANIE ST AUBURN, IN 46706-1530 | | | | REBATE CLAIM | | | | $100.00 |
| Vendor No. 40271731 s5770 | | | | | | | | |
| HELOU, CAROLINE 8483 SW HEMLOCK ST APT C TIGARD, OR 97223 | | | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 68238514 s11884 | | | | | | | | |
| HELZER, JACQUELYN 1636 E VANETTA LN SPOKANE, WA 99217-5516 | | | | REBATE CLAIM | | | | $200.00 |
| Vendor No. 41398879 s8947 | | | | | | | | |
| HEMBY, TRACY 5 AMY DR TEXARKANA, TX 75503 | | | | REBATE CLAIM | | | | $25.00 |

Sheet no. 1007 of 284   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                    Case No. _____ **07-11666-KG**
_____                                                (If known)
          Debtor

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Vendor No. 40759118 s7671<br>HEMMERT, LARRY<br>13580 LELAND RD<br>OREGON CITY, OR 97045 | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 41285221 s15560<br>HENDERSON JR, RICHARD<br>24 PIERCE RD<br>ASTON, PA 19014 | | REBATE CLAIM | | | | $60.00 |
| Vendor No. 38369931 s23629<br>HENDERSON JR, RICHARD<br>24 PIERCE RD<br>ASTON, PA 19014 | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 70066824 s11493<br>HENDERSON, CECILIA<br>9901 SILVER MOUNTAIN DR<br>AUSTIN, TX 78737-3130 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 40596319 s8292<br>HENDERSON, CHRIS<br>2005 GLENMERE DR<br>ALLEN, TX 75013 | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 39851417 s19350<br>HENDERSON, CHRIS<br>2005 GLENMERE DR<br>ALLEN, TX 75013 | | REBATE CLAIM | | | | $25.00 |
| Vendor No. 40619298 s25088<br>HENDERSON, CHRIS<br>2005 GLENMERE DR<br>ALLEN, TX 75013 | | REBATE CLAIM | | | | $75.00 |
| Vendor No. 71998202 s11433<br>HENDERSON, CLINT<br>419 E 114TH ST APT 2FE<br>NEW YORK, NY 10029-2329 | | REBATE CLAIM | | | | $90.00 |
| Vendor No. 39448382 s18017<br>HENDERSON, JACK<br>14063 STATE ROUTE 534<br>SALEM, OH 44460 | | REBATE CLAIM | | | | $30.00 |

Sheet no. 1008 of 284  sheets attached to Schedule of
          Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                      Case No. ___**07-11666-KG**___
_____                                      _____
                Debtor                                                        (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 40720823 s6679 <br> HENDERSON, JACK <br> 14063 STATE RT 534 <br> SALEM, OH 44460 | | REBATE CLAIM | | $70.00 |
| Vendor No. 40684013 s7161 <br> HENDERSON, JEFFERY <br> 6621 BIANCA AVE <br> VAN NUYS, CA 91406 | | REBATE CLAIM | | $25.00 |
| Vendor No. 71372231 s9804 <br> HENDERSON, JERRY <br> 2304 CHESTNUT LN NW <br> CLEVELAND, TN 37312-2100 | | REBATE CLAIM | | $50.00 |
| Vendor No. 71380375 s22156 <br> HENDERSON, JERRY <br> 2304 CHESTNUT LN NW <br> CLEVELAND, TN 37312-2100 | | REBATE CLAIM | | $50.00 |
| Vendor No. 69635889 s10073 <br> HENDERSON, JODI <br> 78454 BARNES RD <br> MILLINGTON, MI 48746 | | REBATE CLAIM | | $200.00 |
| Vendor No. 41740418 s8547 <br> HENDERSON, MELISSA <br> 2438 CEDAR SPRINGS RD <br> RURAL RETREAT, VA 24368 | | REBATE CLAIM | | $50.00 |
| Vendor No. 71946040 s16790 <br> HENDERSON, STEVEN <br> 145 6TH AVE APT 3 <br> WOONSOCKET, RI 02895-4024 | | REBATE CLAIM | | $125.00 |
| Vendor No. 40152107 s18192 <br> HENDIRCKS, ANTOINE <br> 1633 FREDERICK AVE <br> BALTIMORE, MD 21223 | | REBATE CLAIM | | $40.00 |
| Vendor No. 38644129 s5016 <br> HENDRAWATI, RATNA <br> 522 S ALHAMBRA AVE APT C <br> MONTEREY PARK, CA 91755 | | REBATE CLAIM | | $70.00 |

Sheet no. 1009 of 284  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**
_____
Debtor

Case No. _____ **07-11666-KG**
(If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 38644153 s24305<br>HENDRAWATI, RATNA<br>522 S ALHAMBRA AVE APT C<br>MONTEREY PARK, CA 91755 | | REBATE CLAIM | | $70.00 |
| Vendor No. 40152023 s5566<br>HENDRICK, MATTHEW<br>733 TRAILS END CIR<br>HURST, TX 76054 | | REBATE CLAIM | | $30.00 |
| Vendor No. 40152071 s21116<br>HENDRICK, MATTHEW<br>733 TRAILS END CIR<br>HURST, TX 76054 | | REBATE CLAIM | | $30.00 |
| Vendor No. 40722031 s21573<br>HENDRICK, MATTHEW<br>733 TRAILS END CIR<br>HURST, TX 76054 | | REBATE CLAIM | | $70.00 |
| Vendor No. 70197245 s10069<br>HENDRICKS, ADA<br>18302 E 27TH TER S<br>INDEPENDENCE, MO 64057-1522 | | REBATE CLAIM | | $140.00 |
| Vendor No. 41119942 s15213<br>HENDRICKS, ANTOINE<br>1633 FREDERICK AVE<br>BALTIMORE, MD 21223 | | REBATE CLAIM | | $60.00 |
| Vendor No. 70843751 s16136<br>HENDRICKS, CHRISTOPHER<br>91 122 AKEKEE PL<br>EWA BEACH, HI 96706-3920 | | REBATE CLAIM | | $150.00 |
| Vendor No. 38473692 s17655<br>HENNE, TRICIA<br>805 STATE ST APT 6<br>HAMBURG, PA 19526 | | REBATE CLAIM | | $70.00 |
| Vendor No. 70357812 s17158<br>HENNINGER, MICHELLE<br>18 BEAVER ST<br>NASHUA, NH 03063-3127 | | REBATE CLAIM | | $70.00 |

Sheet no. 1010 of 284  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                          Case No. _____ **07-11666-KG**
_____
        Debtor                                                              (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Vendor No. 70357810  s25933<br>HENNINGER, MICHELLE<br>18 BEAVER ST<br>NASHUA, NH  03063-3127 | | REBATE CLAIM | | | | $70.00 |
| Vendor No. 70357811  s25934<br>HENNINGER, MICHELLE<br>18 BEAVER ST<br>NASHUA, NH  03063-3127 | | REBATE CLAIM | | | | $100.00 |
| Vendor No. 70357813  s25935<br>HENNINGER, MICHELLE<br>18 BEAVER ST<br>NASHUA, NH  03063-3127 | | REBATE CLAIM | | | | $100.00 |
| Vendor No. 71320586  s9643<br>HENRY, AARON<br>2904 CARONE DR<br>JEFFERSON, MD  21755-8027 | | REBATE CLAIM | | | | $180.00 |
| Vendor No. 71448159  s16515<br>HENRY, JULIE<br>7064 MARMOTA ST<br>VENTURA, CA  93003-6843 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 70643459  s12310<br>HENRY, KEVIN<br>6607 N MAY AVE<br>OKLAHOMA CITY, OK  73116-3401 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71529489  s6736<br>HENSHAW, FRITZ<br>2 NEVA CT<br>DANVILLE, CA  94526-4120 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71529488  s20998<br>HENSHAW, FRITZ<br>2 NEVA CT<br>DANVILLE, CA  94526-4120 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71744498  s16488<br>HENSLER, DAVID<br>4054 N HERMITAGE AVE # 1N<br>CHICAGO, IL  60613-2510 | | REBATE CLAIM | | | | $130.00 |

Sheet no. 1011 of 284   sheets attached to Schedule of
            Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                    Case No. _____ **07-11666-KG**
_____
              Debtor                                                    (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Vendor No. 40866604 s18311 HENSLEY, CHRIS 34825 SHAWN DR NORTH RIDGEVILLE, OH 44039 | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 71353144 s9591 HENSLEY, GAIL 105 KATHERINE ST KINGSPORT, TN 37660-2113 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71371232 s22086 HENSLEY, GAIL 105 KATHERINE ST KINGSPORT, TN 37660-2113 | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71815164 s16746 HENSON, EDGAR 15003 AVON CT VICTORVILLE, CA 92394-1035 | | REBATE CLAIM | | | | $75.00 |
| Vendor No. 70843835 s9441 HEPLER, CAROL 1629 SEAYES RD SW MABLETON, GA 30126-1150 | | REBATE CLAIM | | | | $90.00 |
| Vendor No. 70843837 s22030 HEPLER, CAROL 1629 SEAYES RD SW MABLETON, GA 30126-1150 | | REBATE CLAIM | | | | $90.00 |
| Vendor No. 40596237 s15120 HEPPARD, DAVID 1781 HERMES ST SAN DIEGO, CA 92154 | | REBATE CLAIM | | | | $20.00 |
| Vendor No. 40821824 s15148 HEPPENSTALL, JENNIFER 13515 SPINNING WHEEL DR GERMANTOWN, MD 20874 | | REBATE CLAIM | | | | $75.00 |
| Vendor No. 38619601 s24096 HEPPENSTALL, JENNIFER 13515 SPINNING WHEEL DR GERMANTOWN, MD 20874 | | REBATE CLAIM | | | | $25.00 |

Sheet no. 1012 of 284  sheets attached to Schedule of
                         Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**                                    Case No. _____**07-11666-KG**_____
_____                                    (If known)
                Debtor

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Vendor No. 71745322 s16276 <br> HER, CHAN <br> 11663 DRUMCASTLE TER <br> GERMANTOWN, MD 20876-5638 | | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71256802 s10322 <br> HERALA, CHARLES <br> 4 ESTUARY CT <br> SALEM, SC 29676-4008 | | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71316319 s22362 <br> HERALA, CHARLES <br> 4 ESTUARY CT <br> SALEM, SC 29676-4008 | | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 39964745 s13496 <br> HERAUX, KIMBERLEY <br> 3314 BIG CLOUD CIR <br> THOUSAND OAKS, CA 91360 | | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 39964746 s23805 <br> HERAUX, KIMBERLEY <br> 3314 BIG CLOUD CIR <br> THOUSAND OAKS, CA 91360 | | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 40722169 s8682 <br> HERB, MYRNA <br> 10 HIGH ST <br> FORT PLAIN, NY 13339 | | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 39955140 s20918 <br> HERB, MYRNA <br> 10 HIGH ST <br> FORT PLAIN, NY 13339 | | | REBATE CLAIM | | | | $70.00 |
| Vendor No. 41680724 s18343 <br> HERBERS, DEANNA <br> 18017 FERTILE MEADOW CT <br> GAITHERSBURG, MD 20877 | | | REBATE CLAIM | | | | $75.00 |
| Vendor No. 39932378 s13543 <br> HERBISON, DANIEL <br> 284 OLD HWY 47 <br> CHARLOTTE, TN 37036 | | | REBATE CLAIM | | | | $30.00 |

Sheet no. 1013 of 284   sheets attached to Schedule of
                Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**
_____
Debtor

Case No. _____**07-11666-KG**_____
(If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Vendor No. | 40252376 | s7879 | | | | | | | |
| HERBOTT-BROWN, DEBORAH PO BOX 243 SAINT JAMES CITY, FL 33956 | | | | | REBATE CLAIM | | | | $20.00 |
| Vendor No. | 40242761 | s21485 | | | | | | | |
| HERBOTT-BROWN, DEBORAH PO BOX 243 SAINT JAMES CITY, FL 33956 | | | | | REBATE CLAIM | | | | $20.00 |
| Vendor No. | 70068444 | s11455 | | | | | | | |
| HERBST, RYAN 20204 OLD FORGE RD HAGERSTOWN, MD 21742-4842 | | | | | REBATE CLAIM | | | | $140.00 |
| Vendor No. | 39323997 | s4191 | | | | | | | |
| HEREDIA, DIANA 3210 E KEARNEY ST LAREDO, TX 78043 | | | | | REBATE CLAIM | | | | $20.00 |
| Vendor No. | 40923606 | s7365 | | | | | | | |
| HERLOFSKY, RYAN 2853 ULYSSES ST NE MINNEAPOLIS, MN 55418 | | | | | REBATE CLAIM | | | | $70.00 |
| Vendor No. | 41740551 | s8560 | | | | | | | |
| HERMAN, BARRY 4 LINDEN AVE ATHERTON, CA 94027 | | | | | REBATE CLAIM | | | | $50.00 |
| Vendor No. | 41695121 | s15468 | | | | | | | |
| HERMAN, BARRY 45 LINDEN AVE ATHERTON, CA 94027 | | | | | REBATE CLAIM | | | | $75.00 |
| Vendor No. | 40422121 | s5447 | | | | | | | |
| HERMAN, JOYCE 15007 NE 11TH PL BELLEVUE, WA 98007 | | | | | REBATE CLAIM | | | | $25.00 |
| Vendor No. | 40396680 | s20807 | | | | | | | |
| HERMAN, JOYCE 15007 NE 11TH PL BELLEVUE, WA 98007 | | | | | REBATE CLAIM | | | | $75.00 |

Sheet no. 1014 of 284   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **InPhonic, Inc.**

Debtor

Case No. **07-11666-KG**

(If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Vendor No. 71997832 | s12059 | | | | | | |
| HERMAN, NANCY 223 BURNING TREE RD TIMONIUM, MD 21093-3004 | | | REBATE CLAIM | | | | $180.00 |
| Vendor No. 71189742 | s9622 | | | | | | |
| HERMANTO, ULRICH 2518 A SOUTH BLVD HOUSTON, TX 77098-5112 | | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 71189743 | s22096 | | | | | | |
| HERMANTO, ULRICH 2518 A SOUTH BLVD HOUSTON, TX 77098-5112 | | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 38369005 | s17892 | | | | | | |
| HERMILLER, CRAIG 3508 WELLS PL S RENTON, WA 98055 | | | REBATE CLAIM | | | | $30.00 |
| Vendor No. 67276171 | s9212 | | | | | | |
| HERMIZ, RAMIN 2510 ROBERTS RD TURLOCK, CA 95382-9507 | | | REBATE CLAIM | | | | $100.00 |
| Vendor No. 67276170 | s21973 | | | | | | |
| HERMIZ, RAMIN 2510 ROBERTS RD TURLOCK, CA 95382-9507 | | | REBATE CLAIM | | | | $110.00 |
| Vendor No. 70858760 | s12645 | | | | | | |
| HERMOSILLO, ART 217 W BERMUDA DUNES ST ONTARIO, CA 91762-6604 | | | REBATE CLAIM | | | | $150.00 |
| Vendor No. 70830647 | s25906 | | | | | | |
| HERMOSILLO, ART 217 W BERMUDA DUNES ST ONTARIO, CA 91762-6604 | | | REBATE CLAIM | | | | $50.00 |
| Vendor No. 41060494 | s7789 | | | | | | |
| HERMS, JUAN 28292 JOHNSON RD GEORGETOWN, DE 19947 | | | REBATE CLAIM | | | | $30.00 |

Sheet no. 1015 of 284  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims