IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| SN Liquidation, Inc., et al.,[1] | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

| | |
|---|---|
| NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AGAINST DEBTORS | Attached hereto as Exhibit 1 |
| PROOF OF CLAIM FORM [generic] | Attached hereto as Exhibit 2 |
| PROOF OF CL.AIM FORM [custom—with scheduled amount] | Sample attached hereto as Exhibit 3 |
| PROOF OF CL.AIM FORM [custom—name and address only] | Sample attached hereto as Exhibit 4 |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. I caused the above referenced documents to be served on the parties as described below. Service commenced on February 5, 2008 and concluded on February 6, 2008.

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

| | |
|---|---|
| Exhibit A | Exhibits 1 and 2 were served on the Equity Holders (InPhonic, Inc. CUSIP No. 45772G105 DTC), via Broker Participants, in Service List 27696. |
| Exhibit B | Exhibits 1 and 3 were served on the Affected Parties referenced in Service Lists 27659, 27688, and any Additional Notice Parties thereto, in Service List 27697 (and in such case, with the related Affected Party identified). |
| Exhibit C | Exhibits 1 and 4 were served on the Affected Parties referenced in Service Lists 27660, 27690, and any Additional Notice Parties thereto, in Service List 27698 (and in such case, with the related Affected Party identified). |

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 11, 2008
El Segundo, California

*[signature]*
James H. Myers

State of California    )
                       )
County of Los Angeles  )

On February 11, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[signature]*

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2009