**EXHIBIT A**

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 6074

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27696 | DAREN GILLMAN, A.G. EDWARDS & SONS, INC. (201), 2801 CLARK STREET, ST. LOUIS, MO, 63103 | US Mail (1st Class) |
| 27696 | REBECCA STRAND, AMERICAN ENTERPRISE INVESTMENT SERVICES, INC (216), 2178 AXP FINANCIAL CENTER, MINNEAPOLIS, MN, 55474 | US Mail (1st Class) |
| 27696 | ISSUER SERVICES, AMERITRADE, INC. (188), C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 27696 | SARA R. BLANKENHEIM, BAIRD (ROBERT W.) & CO. INCORPORATED (547), 777 E WISCONSIN AVE., MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 27696 | JAMES MONAHAN, BANC OF AMERICA SECURITIES LLC/BANK (2147), 100 W 33RD STREET, 3RD FLOOR, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 27696 | LORRAINE LAROCCA, BANCA IMI SECURITIES CORP (0136), 245 PARK AVE 35TH, NEW YORK, NY, 10167 | US Mail (1st Class) |
| 27696 | JAMES MONAHAN, BANK OF AMERICA SECURITIES LLC (773), 100 W 33RD STREET, 3RD FLOOR, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 27696 | CARLA V. BROOKS, BANK OF AMERICA, NATIONAL ASSOC (955), 411 N. AKARD, 5TH FLOOR, DALLAS, TX, 75201 | US Mail (1st Class) |
| 27696 | JOHN CLIFFORD, BARCLAYS CAPITAL INC. (5101), 222 BROADWAY, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 27696 | VINCENT MARZELLA, BEAR, STEARNS SECURITIES CORP. (352), ONE METROTECH CENTER NORTH, 4TH FLOOR, BROOKLYN, NY, 11201-3862 | US Mail (1st Class) |
| 27696 | CLIENT SERVICES, BLACKMONT CAPITAL INC  (5025), C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 27696 | LOUISE TORANGEAU, BMO NESBITT BURNS INC. (5043), 1 FIRST CANADIAN PLACE, 13TH FLOOR, TORONTO, ON, M5X 1H3 CANADA | US Mail (1st Class) |
| 27696 | HELEN KELLY, BNP PARIBAS SECURITIES CORP. (049), 555 CROTON ROAD, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 27696 | CECILE LAMARCO, BNY/CHARLES STALNEY AND COMPANY, LIM (2336), ONE WALL STREET, NEW YORK, NY, 10286 | US Mail (1st Class) |
| 27696 | JENNIFER PAYEA, BROWN BROTHERS HARRIMAN & CO. (010), 525 WASHINGTON BLVD, NEW PORT TOWERS, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 27696 | SHELDON BROUTMAN, ANALYST, BROWN BROTHERS HARRIMAN & CO./ETF (0109), 140 BROADWAY, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 27696 | ALMA GOCA, CANACORD CAPITAL CORPORATION (5046), P.O. BOX 10337, PACIFIC CENTER, 2200-609 GRANSVILLE STREET, VANCOUVER, BC, V7Y 1H2 CANADA | US Mail (1st Class) |
| 27696 | RONNIE FUIAVA, CHARLES SCHWAB & CO., INC. (164), ATTN PROXY DEPARTMENT, 211 MAIN STREET, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 27696 | ROBERT J PUTNAM, CIBC WORLD MARKETS CORP. (438), 425 LEXINGTON AVENUE, 5TH FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 27696 | JERRY NICASTRO, DIRECTOR, CIBC WORLD MARKETS INC   (5030), 161 BAY STREET, 10TH FLOOR, TORONTO, ON, M5J 2S8 CANADA | US Mail (1st Class) |
| 27696 | MARCIA BANKS, CITADEL TRADING GROUP, LLC (0775), 101 S DEARBORN ST, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 27696 | CAROLYN TREBUS, CITIBANK, N.A. (908), 3800 CITIBANK CENTER B3-12, TAMPA, FL, 33610 | US Mail (1st Class) |
| 27696 | PAT HALLER, CITIGROUP GLOBAL MARKETS INC. (418), 333 W 34TH STREET, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 27696 | TIM MADIGAN, COMERICA BANK (2108), 411 WEST LAFAYETTE, MAIL CODE 3404, DETROIT, MI, 48226 | US Mail (1st Class) |
| 27696 | ISSUER SERVICES, CREDIT SUISSE SECURITES (USA) LLC (355), C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 27696 | GEORGE LEWIS, CROWELL, WEEDON & CO (574), 624 S. GRAND AVENUE, 25TH FLOOR, LOS ANGELES, CA, 90017 | US Mail (1st Class) |
| 27696 | EAMON TWONEY, CURIAN CLEARING LLC (300), 7601 TECHNOLOGY WAY, DENVER, CO, 80237 | US Mail (1st Class) |
| 27696 | CUSTODIAL TRUST COMPANY, 101 CARNEGIE CENTER, PRINCETON, NJ, 08540 | US Mail (1st Class) |
| 27696 | GERHARDT, FRANK, DAVID LERNER ASSOCIATES, INC (5144), 477 JERICHO TURNPIKE, P.O. BOX 9006, SYOSSET, NY, 11791-9006 | US Mail (1st Class) |

**Exhibit A - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27696 | KARLA DIAZ FOR MATERIALS, DESJARDINS SECURITIES INC. (5028), VALEURS MOBILIARES DESJARDINS, 2 COMPLEXE DESJARDINS TOUR EST NIVEAU 62 E1-22, MONTREAL, QC, H5B 1J2 CANADA | US Mail (1st Class) |
| 27696 | LOU PAGNOTTA, DEUTSCHE BANK SECURITIES, INC. (573), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 27696 | ISSUER SERVICES, DRESDNER KLEINWORT/EQUITY FINANCE, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 27696 | BRIAN LEMARGIE, E TRADE CLEARING LLC (385), 10951 WHITE ROCK ROAD, RANCHO CORDOVA, CA, 95670 | US Mail (1st Class) |
| 27696 | CHERYL BOSEMAN, EDWARD D. JONES & CO. (057), 700 MARYVILLE CENTER DRIVE, ST. LOUIS, MO, 63141 | US Mail (1st Class) |
| 27696 | GAIL TIGGLE, MANAGER, FERRIS, BAKER WATTS, INCORPORATED (039), 8403 COLESVILLE ROAD, SUITE 900, SILVER SPRING, MD, 20910 | US Mail (1st Class) |
| 27696 | STEPHEN M. MORAN, FIDUCIARY SSB (987), 225 FRANKLIN STREET, MAO-3, BOSTON, MA, 02110 | US Mail (1st Class) |
| 27696 | LANCE WELLS, FIFTH THIRD BANK (THE) (2116), 38 FOUNTAIN SQUARE PLAZA, MAIL DROP 1090F1, CINCINNATI, OH, 45263 | US Mail (1st Class) |
| 27696 | PAMELA SINER, AVP, FIRST CLEARING, LLC (141), 10700 WHEAT FIRST DRIVE, WS 1024, GLEN ALLEN, VA, 23060 | US Mail (1st Class) |
| 27696 | JAMES FURINO, FIRST SOUTHWEST COMPANY (309), 1700 PACIFIC AVE, SUITE 500, DALLAS, TX, 75201 | US Mail (1st Class) |
| 27696 | LA VONNE VESPOLI, SUPERVISOR, FISERV TRUST COMPANY/IA SERVICES (5998), 717-17TH STREET, SUITE 2600, DENVER, CO, 80202 | US Mail (1st Class) |
| 27696 | JIM DETWILER, MANAGER, FOLIO (FN) INVESTMENTS, INC (728), 800 TOWERS CRESENT DRIVE, VIENNA, VA, 22182 | US Mail (1st Class) |
| 27696 | BOB NAZARIO, GENESIS SECURITIES, LLC (118), 50 BROAD STREET, 2ND FLOOR, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 27696 | ANTHONY BRUNO, GOLDMAN SACHS EXECUTION & CLEARING, L.P. (501), 30 HUDSON STREET, JERSEY CITY, NJ, 07302-4699 | US Mail (1st Class) |
| 27696 | GLORIA LIO, VP, GOLDMAN SACHS INTERNATIONAL 5208), 30 HUDSON STREET, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 27696 | GLORIA LIO, GOLDMAN, SACHS & CO. (005), 30 HUDSON STREET, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 27696 | MIKE KOHLER, H&R BLOCK FINANCIAL ADVISORS, INC. (756), 751 GRISWOLD STREET, DETROIT, MI, 48226 | US Mail (1st Class) |
| 27696 | JAEGAR BARRYMORE, HSBC SECURITIES (CANADA) INC (5048), 105 ADELAIDE ST., WEST, SUITE 1200, TORONTO, ON, M5H 1P9 CANADA | US Mail (1st Class) |
| 27696 | DOMINICK ANDREASSI, VP, HSBC SECURITIES (USA) INC (816), 452 5TH AVENUE, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 27696 | RIA BOLTON, HUNTINGTON NATIONAL BANK (2305), 7 EASTON OVAL-EA4 E78, COLUMBUS, OH, 43219 | US Mail (1st Class) |
| 27696 | ALEX ITSKOVICH, INTERACTIVE BROKERS RETAIL EQUITY CLEARING (534), TWO PICKWICK PLAZA, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 27696 | REGINA LUTZ, JANNEY MONTGOMERY SCOTT, LLC (374), 1801 MARKET STREET, 9TH FLOOR, PHILADELPHIA, PA, 19103-1675 | US Mail (1st Class) |
| 27696 | CHARLES ERRIGO, JEFFERIES & COMPANY, INC. (019), HARBORSIDE FINANCIAL CENTER, 705 PLAZA 3, JERSEY CITY, NJ, 07311 | US Mail (1st Class) |
| 27696 | PROXY SERVICES, JP MORGAN CHASE BANK (902), 14201 DALLAS PKWY STE 121, DALLAS, TX, 75254 | US Mail (1st Class) |
| 27696 | ARTHUR DANIEL, JP MORGAN CHASE BANK/IA (2357), 14201 DALLAS PKWY STE 121, DALLAS, TX, 75254 | US Mail (1st Class) |
| 27696 | CHRIS BANK, JPMORGAN CHASE BANK/PUBLIC EMPL (2975), 340 SOUTH BLDG 350, COLUMBUS, OH, 43081 | US Mail (1st Class) |
| 27696 | RICHARD WEISBERG, LAZARD CAPITAL MARKETS LLS (308), 30 ROCKEFLLER PLAZA, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 27696 | SHAWN BROWN, LEGENT CLEARING LLC (052), 9300 UNDERWOOD AVENUE, SUITE 400, OMAHA, NE, 68114 | US Mail (1st Class) |
| 27696 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) - PRIME, BROKER (LBI) (079);, MARYANN CORPENING, 70 HUDSON STREET, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 27696 | JIM GARDINER - REORG, LEHMAN BROTHERS, INC. (074), 70 HUDSON, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 27696 | DANIEL HANUKA, LEK SECURITIES CORP (512), 140 BROADWAY, 29TH FLR, NEW YORK, NY, 10005 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27696 | ROSANN TANNER, LINSCO/PRIVATE LEDGER CORP. (075), 9785 TOWNE CTR DRIVE, SAN DIEGO, CA, 92121-1968 | US Mail (1st Class) |
| 27696 | ISSUER SERVICES, M&I MARSHALL & ILSLEY (992), C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 27696 | KAREN JACOBSEN, CEO, MARSCO INVESTMENT CO (287), 101 EISENHOWER PKWY, ROSELAND, NJ, 07068 | US Mail (1st Class) |
| 27696 | MELISSA TARASOVICH, MELLON TRUST OF NEW ENGLAND, NA (954), 525 WILLIAM PENN PLACE, SUITE 3418, PITTSBURGH, PA, 15259 | US Mail (1st Class) |
| 27696 | GAIL CORTESE, MESIROW FINANCIAL, INC. (727), 350 N. CLARK STREET, 2ND FLOOR, CHICAGO, IL, 60610 | US Mail (1st Class) |
| 27696 | VERONICA E. O'NEILL, ML SFKPG (5198), 101 HUDSON ST, 8TH FLOOR, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 27696 | MICHELLE FORD, MORGAN STANLEY & CO., INCORPORATED (050), 901 SOUTH BOND ST, 6TH FL, BALTIMORE, MD, 21231 | US Mail (1st Class) |
| 27696 | JOHN STAHLMAN, VP, MORGAN STANLEY DW INC. (015), HARBORSIDE FINANCIAL CENTER, PLAZA 3, 4TH FLOOR, JERSEY CITY, NJ, 07311 | US Mail (1st Class) |
| 27696 | CAROL ANTLEY, MORGAN, KEEGAN & COMPANY, INC. (780), 50 NORTH FRONT STREET, MEMPHIS, TN, 38103 | US Mail (1st Class) |
| 27696 | DAN SPADACCINI, MS SECURITIES SERVICES, 901 SOUTH BOND ST, 6TH FLR, BALTIMORE, MD, 21231 | US Mail (1st Class) |
| 27696 | HALLE STASKEY, NATIONAL CITY BANK (2316), 4100 WEST 150TH STREET, CLEVELAND, OH, 44135 | US Mail (1st Class) |
| 27696 | LOU TREZZA, NATIONAL FINANCIAL SERVICES, LLC (226), 200 LIBERTY STREET, NEW YORK CITY, NY, 10281 | US Mail (1st Class) |
| 27696 | DANIEL NTAP, NBCN INC.   (5008), 1010 RUE DE LA GAUCHETIERE ST WEST, SUITE 1925, MONTREAL, QC, H3B 5J2 CANADA | US Mail (1st Class) |
| 27696 | PATRICIA LYNCH, NOMURA INTERNATIONAL TRUST COMPANY (2951), 2 WORLD FINANCIAL CENTER, BULIDING B, 18TH FLOOR, NEW YORK, NY, 10281 | US Mail (1st Class) |
| 27696 | APRIL MEADE, NORTH AMERICAN CLEARING, INC. (297), 1385 WEST STATE ROAD 434, LONGWOOD, FL, 32750 | US Mail (1st Class) |
| 27696 | JOE SWANSON, VP, NORTHERN TRUST COMPANY, THE (2669), 801 S. CANAL C-IN, CHICAGO, IL, 60607 | US Mail (1st Class) |
| 27696 | OSCAR MAZARIO, OPPENHEIMER & CO., INC. (571), 125 BROAD STREET, 15TH FLOOR, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 27696 | SCOTT JOHNSON, OPTIONXPRESS, INC. (338), 311 W MONROE STREET, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 27696 | ROBERT MCPHEARSON, MANAGER, PENSON FINANCIAL SERVICES, INC. (5063), 330 BAY ST, SUITE 711, TORONTO, ON, M5H 2S8 CANADA | US Mail (1st Class) |
| 27696 | JAMES MCGRATH, PENSON FINANCIAL SERVICES, LLC (234), 1700 PACIFIC AVENUE, SUITE 1400, DALLAS, TX, 75201 | US Mail (1st Class) |
| 27696 | AL HERNANDEZ, PERSHING LLC (443), SECURITIES CORPORATION, 1 PERSHING PLAZA, JERSEY CITY, NJ, 07399 | US Mail (1st Class) |
| 27696 | STEPHEN KYLLO, PIPER JAFFRAY & CO, 800 NICOLLET MALL, J2012087, RECON CTL, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 27696 | ROB HALLOWELL, SUPERVISOR, PNC BANK, NA (2616), 8800 TINICUM BLVDT, MS F6-F266-02-2, PHILADELPHIA, PA, 19153 | US Mail (1st Class) |
| 27696 | MIKE DILLARD, RAYMOND, JAMES & ASSOCIATES, INC. (725), 880 CARILION PARKWAY, P.O. BOX 12749, ST. PETERSBURG, FL, 33716 | US Mail (1st Class) |
| 27696 | MICHAEL FROMMER, MANAGER, RBC CAPITAL MARKETS CORPORATION (0569), CLASS ACTION & BANKRUPTCY, 1 LIBERTY PLAZA, NEW YORK, NY, 10006-1404 | US Mail (1st Class) |
| 27696 | STEVE SCHAFER SR, RBC DAIN RAUSCHER INC. (235), 510 MARQUETTE AVE SOUTH, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 27696 | KAREN OLIVERES, RBC DOMINION SECURITIES, INC.   (5002), 200 BAY STREET, 6TH FLOOR, ROYAL BANK PLAZA, NORTH TOWER, TORONTO, ON, M5J 2W7 CANADA | US Mail (1st Class) |
| 27696 | LINDA BURCHFIELD, REGIONS BANK (971), 250 RIVERCHASE PARKWAY, EAST BIRMINGHAM, AL, 35244 | US Mail (1st Class) |
| 27696 | KATHY GUILLOU, RIDGE CLEARING (158), 55 WATER STREET, 32ND FLOOR, NEW YORK, NY, 10041 | US Mail (1st Class) |
| 27696 | CARMINE CARRELLA, DIRECTOR, SANFORD C. BERNSTEIN & CO., LLC (013), ONE NORTH LEXINGTON AVE, WHITE PLAINS, NY, 10601 | US Mail (1st Class) |
| 27696 | NORMITA RAMIREZ, SCOTIA CAPITAL INC (5011), P.O. BOX 4085, STATION `A`, TORONTO, ON, M5W 2X6 CANADA | US Mail (1st Class) |

**Exhibit A - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27696 | LINDA MILLER, VP, SCOTT & SPRINGFELLOW, INC (702), 7401 BEAUFONT SPRINGS DRIVE, SUITE 401, RICHMOND, VA, 23225 | US Mail (1st Class) |
| 27696 | ISSUER SERVICES, SCOTTRADE, INC. (705), C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 27696 | DAN CWALINA, SEI PRIVATE TRUST COMPANY (2039), ONE FREEDOM VALLEY DRIVE, OAKS, PA, 19456 | US Mail (1st Class) |
| 27696 | PETE SCAVONE, SG AMERICAS SECURITIES, LLC (286), 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 27696 | CHRISTINA FINZEN, SOUTHWEST SECURITIES, INC. (279), 1201 ELM STREET, SUITE 3700, DALLAS, TX, 75270 | US Mail (1st Class) |
| 27696 | ED CHANEY, VP, SSB - TRUST CUSTODY (2319), 1200 CROWN COLONY DRIVE, QUINCY, MA, 02169 | US Mail (1st Class) |
| 27696 | TOM BRODERICK, DIRECTOR, SSB-IBT/BGI (2767), 1776 HERITAGE DR., NORTH QUINCY, MA, 02171 | US Mail (1st Class) |
| 27696 | TOM BRODERICK, SSBT / INVESTORS BANK & TRST - IC (2132), 1776 HERITAGE DR., NORTH QUINCY, MA, 02171 | US Mail (1st Class) |
| 27696 | TOM BRODERICK, DIRECTOR, STATE STREET BANK & TRUST CO/IBT (2212), 1776 HERITAGE DR., NORTH QUINCY, MA, 02171 | US Mail (1st Class) |
| 27696 | PAUL DESHARNAIS, MANAGER, STATE STREET BANK & TRUST COMPANY, 1776 HERITAGE DR., NORTH QUINCY, MA, 02171 | US Mail (1st Class) |
| 27696 | MARIBETH WILLIAMS, STERNE, AGEE & LEACH, INC (750), 813 SHADES CREEK PARKWAY, SUITE 100-B, BIRMINGHAM, AL, 35242 | US Mail (1st Class) |
| 27696 | CHRIS WIEGAND, STIFEL, NICOLAUS & COMPANY, INCORPORATED (793), 501 N BROADWAY 7TH FL, STOCK RECORD DEPT, ST. LOUIS, MO, 63102 | US Mail (1st Class) |
| 27696 | JANICA BRINK, SWISS AMERICAN SECURITIES INC. (012), 12 EAST 49TH STREET, 41ST FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 27696 | BEVERLY ADAMS, TD WATERHOUSE CANADA INC. (5036), 60 NORTH WINDPLACE, SCARBOROUGH, ON, M1S 5L4 CANADA | US Mail (1st Class) |
| 27696 | RAY BURLEY, TERRA NOVA FINANCIAL, LLC (364), 100 S. WACKER DRIVE, SUITE 1550, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 27696 | MITCHEL SOBOL, THE BANK OF NEW YORK (901), ONE WALL STREET, 6TH FL, NEW YORK, NY, 10286 | US Mail (1st Class) |
| 27696 | CECILE LAMARCO, THE BANK OF NEW YORK-MID CAP SPDRS (2209), ONE WALL STREET, NEW YORK, NY, 10286 | US Mail (1st Class) |
| 27696 | BRIAN DARBY, TRADESTATION SECURITIES, INC (271), 8050 SW 10TH STREET, SUITE 2000, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 27696 | JACK BALL, TRUSTMARK NATIONAL BANK (2852), 248 EAST CAPITOL ST, ROOM 580, JACKSON, MS, 39201 | US Mail (1st Class) |
| 27696 | TIM KELLER, U.S. BANK, N.A. (2803), ATTN: SECURITIES CONTROL, 1555 N RIVERCENTER DR STE 302, MILWAUKEE, WI, 53212 | US Mail (1st Class) |
| 27696 | WILLIAM ROME/CARLOS LEDE, UBS AG STAMFORD BRANCH/AS CUSTODIAN (2507), 677 WASHINGTON BLVD, 9TH FLOOR, STAMFORD, CT, 06901 | US Mail (1st Class) |
| 27696 | JANE FLOOD, UBS FINANCIAL SERVICES LLC (221), 1200 HARBOR BLVD, WEEHAWKEN, NJ, 07086 | US Mail (1st Class) |
| 27696 | JEFF SCOTT, UBS SECURITIES LLC (642), 677 WASHINGTON BLVD, 9TH FLOOR, STAMFORD, CT, 06901 | US Mail (1st Class) |
| 27696 | JOSEPH SOMMER, UBS SECURITIES LLC/SECURITIES LENDIN (5248), 677 WASHINGTON BLVD, STAMFORD, CT, 06902 | US Mail (1st Class) |
| 27696 | MARY KAY MORRISON, UNION BANK OF CALIFORNIA, N.A. (2145), 530 B STREET, SUITE 242, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 27696 | EILEEN FRENCH, ASST VP, UNITED STATES TRUST COMPANY, NA (931), PROXY DEPARTMENT, 7TH FLOOR, 499 WASHINGTON BLVD, JERSEY CITY, NJ, 07310 | US Mail (1st Class) |
| 27696 | KATHY DABRUZZI, SUPERVISOR, US BANCORP INVESTMENTS, INC. (280), 60 LIVINGSTON AVE, EP-MN-WN2H, ST PAUL, MN, 55107-1419 | US Mail (1st Class) |
| 27696 | JOYCE WILSON MANAGER, USAA INVESTMENT MANAGEMENT COMPANY (367), PO BOX 659453, SAN ANTONIO, TX, 78265 | US Mail (1st Class) |
| 27696 | VICTORIA STEWART, WACHOVIA BANK N.A. (929), 1525 W. WT HARRIS BLVD, CHARLOTTE, NC, 28262-8522 | US Mail (1st Class) |
| 27696 | ALICIA GONZALES, WEDBUSH MORGAN SECURITIES, INC. (103), 1000 WILSHIRE BLVD, LOS ANGELES, CA, 90017 | US Mail (1st Class) |
| 27696 | LACEY PETERSON,TRUST OPERATIONS OFFICER, WELLS FARGO BANK, NA (2027), 733 MARQUETTE AVENUE, 5TH FLOOR, MAC N9306-057, MINNEAPOLIS, MN, 55479 | US Mail (1st Class) |

**Exhibit A - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27696 | MARGARET KLASEN, WELLS FARGO INVESTMENTS, LLC (733), 625 MARQUETTE AVENUE, 13TH FLOOR, MINNEAPOLIS, MN, 55402-2308 | US Mail (1st Class) |
| 27696 | CAROLYN NELSON, WILMINGTON TRUST COMPANY (2215), 1100 NORTH MARKET STREET, WILMINGTON, DE, 19890-2212 | US Mail (1st Class) |

**Subtotal for this group: 124**