UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| INPHONIC, INC., et al., | ) Case No. 07-11666-KG |
|  | ) |
| Debtors. | ) |
|  | ) |

**CERTIFICATE OF SERVICE**

    I, Frank F. McGinn, hereby certify that on February 12, 2008, the Notice of Appearance and Request for Service of Papers on behalf of Iron Mountain Information Management, Inc. was electronically filed. I further certify that true and correct copies have been served on February 12, 2008 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Dated: February 12, 2008        /s/ Frank F. McGinn
                                                   Frank F. McGinn
                                                 ffm@bostonbusinesslaw.com
                                               Bartlett Hackett Feinberg P.C.
                                               155 Federal Street, 9th Floor
                                               Boston, MA  02110
                                               Tel. (617) 422-0200
                                               Fax. (617) 422-0383