IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | Re: Docket No. 303 |

**NO ORDER REQUIRED**
**CERTIFICATE OF NO OBJECTION TO FIRST MONTHLY FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2007 THROUGH NOVEMBER 30, 2007**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Monthly Fee Application of Reed Smith LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 16, 2008 through November 30, 2007 (the "Application"; D.I. 303) filed on January 14, 2008. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 6, 2008 at 4:00 p.m.

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order"; D.I. 165), the Debtors are authorized upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application to pay Reed Smith LLP the total amount of $162,597.60, which amount represents eighty percent (80%)

of the total fees of $203,247.00 and the total amount of $305.43,[1] which amount represents one hundred percent (100%) of the total expenses requested in the Application for a grand total amount of $162,903.03.

Dated: February 12, 2008　　　　　　　　Respectfully submitted,
  Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　REED SMITH LLP


　　　　　　　　　　　　　　　　　　By: /s/ Gaston P. Loomis II
　　　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)
　　　　　　　　　　　　　　　　　　　　Gaston P. Loomis II (No. 4812)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-7500
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 778-7575

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Robert P. Simons, Esquire
　　　　　　　　　　　　　　　　　　　　435 Sixth Avenue
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Telephone:  (412) 288-3131
　　　　　　　　　　　　　　　　　　　　Facsimile:  (412) 288-3063

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Claudia Z. Springer, Esquire
　　　　　　　　　　　　　　　　　　　　2500 One Liberty Place
　　　　　　　　　　　　　　　　　　　　1650 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7301
　　　　　　　　　　　　　　　　　　　　Telephone: 215-851-8100
　　　　　　　　　　　　　　　　　　　　Facsimile: 215-851-1420

　　　　　　　　　　　　　　　　　　　　Counsel to the Official Committee of Unsecured
　　　　　　　　　　　　　　　　　　　　Creditors

---

[1] Reed Smith LLP has voluntarily reduced the total requested expenses in the Application from $322.63 to $305.43. In-house copies were inadvertently billed at a rate of $0.15 per copy rather than $0.10 per copy.