IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Gaston P. Loomis II, Esquire, hereby certify that I am over 18 years of age and that on the 12th day of February 2008, I caused a true and correct copy of the **NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO FIRST MONTHLY FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2007 THROUGH NOVEMBER 30, 2007** to be served on the attached service list in the manner indicated.

By: /s/ Gaston P. Loomis II
Gaston P. Loomis II (No. 4812)

SN LIQUIDATION, INC., *et al.*
Fee Application Service List
Case No. 07-11666 (KG)

**VIA FIRST CLASS MAIL**
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

**VIA HAND DELIVERY**
Neil B. Glassman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**VIA HAND DELIVERY**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
David A. Agay, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**VIA FIRST CLASS MAIL**
SN Liquidation, Inc. f/k/a InPhonic, Inc.
Attn: Kenneth D. Schwarz
1010 Wisconsin Avenue, Suite 600
Washington, DC 20007