IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | Objection deadline: March 4, 2008 at 4:00 p.m. |
| | Hearing date: Only if objections are filed. |

## NOTICE OF APPLICATION

**TO:**   All Parties Listed on the attached Certificate of Service

DLA Piper US LLP has filed the attached **Second Monthly Fee Statement of DLA Piper US LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from December 1, 2007 Through December 31, 2007** (the "Application").

Responses or objections to the Application, if any, are to be filed on or before **March 4, 2008 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 13, 2007
      Wilmington, Delaware

BAYARD, P.A.

_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

-and-

{00711217;v1}

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors
and Debtors in Possession