## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>SN Liquidation, Inc., et al., )<br>)<br>Debtors. )<br>) | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |
| SN Liquidation, Inc., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ICON INTERNATIONAL., INC., )<br>)<br>Defendant. )<br>) | Adv. Proc. No. _____ |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Neil B. Glassman, Esquire
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

{00739147;v1}

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| United States Bankruptcy Court for the District of Delaware 824 East Market Street Wilmington, DE 19801 | 6th Floor Courtroom No. 3 |
|---|---|
| | Date and Time **March 28, 2008 at 10:00 a.m.** |



**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*