## CERTIFICATE OF SERVICE

I, Mary E. Augustine, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 15, 2008 by:

[X]  Mail Service: U.S. First Class Mail, postage fully pre-paid addressed to:

> Icon International, Inc.
> c/o Scott D. Rosen, Esquire
> Cohn Birnbaum & Shea, P.C.
> 100 Pearl Street
> Hartford, CT 06103

[ ]  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]  Residence Service: By leaving the process with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [Describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

February 15, 2008
Date                            Signature

| Print Name: | Mary E. Augustine, Esquire |
|---|---|
| Business Address: | Bayard, P.A.<br>222 Delaware Avenue, Suite 900 |
| City: Wilmington | State: DE    Zip: 19801 |

{00739147;v1}