# EXHIBIT A

# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
Total number of parties: 22

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27744 | ABAO, ABUNDIO, 1145 EUCLID AVE, BEAUMONT, CA, 92223 | US Mail (1st Class) |
| 27744 | ANDERSON, PAUL, 18121 NORTH TIMBER RIDGE DR, SURPRISE, AZ, 85374 | US Mail (1st Class) |
| 27744 | BHAGAT, NALINI, 16031 PIONEER BLVD, APT F7, NORWALK, CA, 90650 | US Mail (1st Class) |
| 27744 | BOYER, WANDA, 15372 ROSEMARY DR, FONTANA, CA, 92335 | US Mail (1st Class) |
| 27744 | CHUBENKO, MARY, 3013 PELLAS PLACE, MURFREESBORO, TN, 37127 | US Mail (1st Class) |
| 27744 | DERKS, ALEXANDRIA, 545 LEAVENWORTH ST. #8, SAN FRANCISCO, CA, 94109 | US Mail (1st Class) |
| 27744 | GADDAM, KRISHNA, 165 A PLEASANTVIEW DR, PISCATAWAY, NJ, 08854-3407 | US Mail (1st Class) |
| 27744 | KALRA, AMIT, 8803 DARBY AVENUE, APT 301, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 27744 | KANNAN, ANAND, 10935 SE 211TH PLACE, APT# 1221, KENT, WA, 98031 | US Mail (1st Class) |
| 27744 | KHUNTIA, PURNA, 1607 PARKSIDE CT, FREEPORT, IL, 61032 | US Mail (1st Class) |
| 27744 | KIM, NOEL, 47 CEDAR STREET, APT 6, SOMERVILLE, MA, 02143 | US Mail (1st Class) |
| 27744 | LEWIS, JEFF, 7308 YORK LOOP RD, MEBANE, NC, 27302 | US Mail (1st Class) |
| 27744 | MURRAY, ROSANNE G, 6175 SPRING KNOLL DR, HARRISBURG, PA, 17111 | US Mail (1st Class) |
| 27744 | MUTHU, RAJU, GEOPRESENT INC, 905 PHEASANT RUN, MONMOUTH JUNCTION, NJ, 08852 | US Mail (1st Class) |
| 27744 | RICHARDSON, URSEL, 923 DANA DR, SUITE 6, REDDING, CA, 96003 | US Mail (1st Class) |
| 27744 | ROKNI, ROYA, 131 WESTIN LANE, HENDERSON, NV, 89002 | US Mail (1st Class) |
| 27744 | ROPER, MICHELLE, 3305 WINDING WAY, ROUND ROCK, TX, 78664 | US Mail (1st Class) |
| 27744 | SCHECKEL, TRAVIS, 1505 VINECREST LANE, ALLEN, TX, 75002 | US Mail (1st Class) |
| 27744 | SCHIEFFER, JEFF & TERESA, 2806 WESTLUND DRIVE NE, HAM LAKE, MN, 55304 | US Mail (1st Class) |
| 27744 | TORRES, JOLEEN, PO BOX 187, HONDO, TX, 78861 | US Mail (1st Class) |
| 27744 | VASIC, JULIA LAUREN, 1003 48TH AVE, #3C, LONG ISLAND CITY, NY, 11101 | US Mail (1st Class) |
| 27744 | WATANABE, CHRISTINE, ALOHA RECRUITING, 66-341 KAAMOOLOA RD #D, WAIALUA, HI, 96791 | US Mail (1st Class) |

Subtotal for this group: 22