Mason Kessner
4509 Bentley Dr.
Plano, TX 75093
972-596-9980
masonkessner@verizon.net

Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, DE 19801

Dear Clerk of the Court:

I am writing in reference to the Chapter 11 Reorganization of InPhonic, Inc. I was to receive several rebates on phones that I purchased. I wanted to make sure that my address on record was correct, as we did move since the phones were received. My order number was 475250543. The phones were ordered under the "previous" address, but I believe the rebate forms were filled out with the "current" address.

My previous address was:
Mason Kessner
4804 Bull Run Dr.
Plano, TX 75093

My current address is:
Mason Kessner
4509 Bentley Dr.
Plano, TX 75093

I hope I'm not too late to receive any of the rebates that are due. If any have been mailed is it possible to see if the checks have been cashed and if not to reissue them to the new mailing address? Thank you for your assistance in this matter.

Sincerely,

Mason Kessner