## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of February, 2008, I caused a copy of **Debtors' Objection to Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. Section 365(d)(3)** to be served upon the parties listed below in the manner indicated, and upon the parties listed on the attached service list *via* hand delivery:

**Via Hand Delivery**

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Via Overnight Mail**

Stephen A. Bogorad, Esquire
Holland & Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006

Mary E. Augustine (No. 4477)

{00739794;v1}

# INPHONIC INC.

## Service List

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington   DE   19899-2046

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington   DE   19801
*Cellco Partnership, Verizon Wireless*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Marla R. Eskin, Esquire
Katheryn S. Keller, Esquire
Campbell & Levine LLC
800 North King Street, Ste. 300
Wilmington   DE   19801
*mForce Communications, Inc.*

Michael D. DeBaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Ste. 800
Wilmington   DE   19801
*GSI Commerce Solutions, Inc.*

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue,
Suite 1501
Wilmington   DE   19801
*T-Mobile USA, Inc.*

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Ste. 1200
Wilmington   DE   19801-1246
*Spanco Telesystems & Solutions*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington   DE   19899-2306
*Sprint Nextel Corporation*

Kevini A. Guerke, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington   DE   19801

# INPHONIC INC.

## Service List

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street
Suite 800
Wilmington   DE   19801
*AT&T*

Kathleen M. Miller, Esquire
Smith Ktzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE   19899
*Alltel Communications, Inc.*

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Fox Rothschild LLP
Citizens Bank Center, Ste. 1300
919 N. Market Street
P.O. Box 2323
Wilmington   DE   19899-2323

William F. Taylor, Esquire
McCarter & English LLP
405 N. King Street
8th Floor
Wilmington   DE   19801

Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 N. West Street, Ste. 1410
Wilmington   DE   19801

Mark D. Collins, Esquire
Jason M. Madron, Esquire
Richards Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington   DE   19801
*USCC Distribution Co., LLC*