IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| INPHONIC, INC., et al.[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Adeptio INPC Funding, LLC in the within captioned matter, and that on February 20, 2008, she caused a copy of the following pleading(s):

**Adeptio's Limited Response and Reservation of Rights Regarding Waterfront's Motion for Payment of Post-Petition Rent**

to be served, in the manner indicated, to the parties on the service list attached hereto.

Michelle E. Smith
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 20th day of February, 2008.

Kimberly A. Beck
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

[1] The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

**SERVICE LIST**
**InPhonic, Inc.**
**2/20/2008**

Thomas R. Califano, Esq.
Vincent J. Roldan, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(Counsel for Debtors)
***Federal Express***

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)
***Hand Delivery***

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
***Hand Delivery***

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(Counsel for the Official Committee of Unsecured Creditors)
***Federal Express***

Stephen A. Bogorad, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, DC 20006
(Counsel for Waterfront Center Limited Partnership)
***Federal Express***

Neil B. Glassman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Counsel for Debtors
***Hand Delivery***

Anup Sathy, Esq
David A. Agay, Esq.
Andrea L. Johnson, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel for Adeptio INPC Funding, LLC)
***Federal Express***

Robert P. Simons, Esq
Reed Smith LLP
453 Sixth Avenue
Pittsburgh, PA 15219
(Counsel for the Official Committee of Unsecured Creditors)
***Federal Express***

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(Counsel for Waterfront Center Limited Partnership)
***Hand Delivery***