IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SN LIQUIDATION, INC., *et al.*, ) | Case No. 07-11666 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Hearing Date: March 7, 2008 at 11:00 a.m. |
| ) | Objection Deadline: February 29, 2008 at 4:00 p.m. |
| ) | |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on February 20, 2008, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Debtors' Motion Pursuant to 11 U.S.C. § 365(d)(4) for Extension of Time Period Within Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and served upon and received by the undersigned counsel on or before **February 29, 2008 at 4:00 p.m.** (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedures, a hearing on the Motion will be held on **March 7, 2008 at 11:00 a.m.** (Prevailing Eastern Time) before the Honorable Kevin Gross at the Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, DE 19801. Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 20, 2008

**BAYARD, P.A.**

By: *Daniel A. O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

and

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York  10020
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{00740324;v1}