IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| SN LIQUIDATION, INC., *et al.*, ) | Case No. 07-11666 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No. \_\_\_\_\_** |
| ) | |

### ORDER GRANTING DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 365(d)(4) FOR EXTENSION OF TIME PERIOD WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF <u>NONRESIDENTIAL REAL PROPERTY</u>

Upon the motion, dated February 20, 2008 (the "Motion")[1], of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code") extending the time period within which the Debtors may assume or reject unexpired leases of nonresidential real property; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to section 365(d)(4) of the Bankruptcy Code, the time period during which the Debtors may assume or reject unexpired leases of

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

10

{00739512;v3}

nonresidential real property is hereby extended to and including June 5, 2008; and it is further

ORDERED that this Order is without prejudice to the right of the Debtors to request additional extensions of time within which to assume or reject unexpired leases of nonresidential real property pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated:   Wilmington, Delaware
         March ____, 2008

                                              _____
                                              The Honorable Kevin Gross
                                              United States Bankruptcy Judge