# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE REQUIRED TO BE GIVEN TO CERTAIN REBATE CREDITORS [DOCKET NO. 367]

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the **Debtors' Motion for Entry of an Order Limiting Notice Required to be Given to Certain Rebate Creditors** (the "Motion") [Docket No. 367] filed on February 8, 2008. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 19, 2008.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: February 21, 2008

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:     (302) 658-6395

- and -

{00740348;v1}

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{00740348;v1}