Exhibit B

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 19, 2008
File # 33006-00001- NBG

|                    |                       | Rate   | Hours  | Amount     |
|--------------------|-----------------------|--------|--------|------------|
| Neil B Glassman    | Director              | 725.00 | 59.50  | 43,137.50  |
| Eric M Sutty       | Associate             | 365.00 | 2.20   | 803.00     |
| Mary E Augustine   | Associate             | 310.00 | 68.20  | 21,142.00  |
| Justin Edelson     | Associate             | 215.00 | 2.20   | 473.00     |
| Walter Cavers      | Paralegal             | 205.00 | 27.70  | 5,678.50   |
| Tiffany N Matthews | Paralegal             | 200.00 | 1.00   | 200.00     |
| Edith Miranda      | Paralegal             | 190.00 | 64.60  | 12,274.00  |
| Lindsey Suprum     | Paralegal             | 125.00 | 3.00   | 375.00     |
| Jacqueline Lately  | Case Management Asst  | 125.00 | 3.90   | 487.50     |
| James B Sanderson  | Billing Specialist    | 100.00 | 7.30   | 730.00     |
|                    |                 Totals|        | 239.60 | 85,300.50  |

CHECKS MAY BE PAYABLE TO THE BAYARD FIRM. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 19, 2008
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 21.70 | 13,142.00 |
| Business Operations | 1.00 | 642.00 |
| Case Administration | 54.10 | 13,944.50 |
| Court Hearings | 100.60 | 34,570.00 |
| Creditor Inquiries | 0.90 | 279.00 |
| Cash Collateral/DIP Financing | 0.20 | 103.50 |
| TBF Retention Application | 0.60 | 274.50 |
| Other Professional Retention Apps | 0.50 | 362.50 |
| Leases/Executory Contracts | 7.20 | 3,903.00 |
| TBF Fee Applications/Compensation | 11.50 | 2,940.50 |
| Other Professional Fee Apps | 2.50 | 731.00 |
| Meetings of Creditors | 0.90 | 279.00 |
| Stay Relief Matters | 0.10 | 31.00 |
| Claims Analysis and Resolution | 2.80 | 985.00 |
| Plan | 4.40 | 3,190.00 |
| Use, Sale or Lease of Property | 28.50 | 8,881.00 |
| Trustee Reporting/Schedules | 1.90 | 897.00 |
| Utility Matters | 0.20 | 145.00 |
| | 239.60 | 85,300.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)  February 19, 2008
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies | 463.60 |
| CourtCall Charges | 132.50 |
| Delivery Charges | 276.00 |
| Depositions & Transcripts | 831.00 |
| Filing Fees | 25.00 |
| Meals/Meetings | 1,205.65 |
| Outside Copy Charges | 26.82 |
| Outside Fax Charges | 1,004.32 |
| Pacer Document Downloads | 501.04 |
| Postage | 58.34 |
| Print Images | 471.10 |
| Support Staff Overtime | 235.03 |
| Telecopier/Fax Charges | 14.00 |
| Travel Costs | 120.35 |
| **Total Expenses** | **$ 5,364.75** |

# THE BAYARD FIRM

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 11-30-07 | Pacer Document Downloads | 210.96 |
| 12-01-07 | CourtCall Charges; 11/26/07 - Neil B. Glassman - Courtroom - Honorable Kevin Gross | 38.00 |
| 12-01-07 | CourtCall Charges; 11/26/07 - Mary Augustine - Courtroom - Honorable Kevin Gross | 44.50 |
| 12-01-07 | CourtCall Charges; 11/27/07 - Neil Glassman - Courtroom - Honorable Kevin Gross | 25.00 |
| 12-01-07 | CourtCall Charges; 11/27/07 - Mary Augustine - Courtroom - Honorable Kevin Gross | 25.00 |
| 12-01-07 | Pacer Document Downloads | 290.08 |
| 12-02-07 | Delivery Charges | 35.00 |
| 12-03-07 | Print Images | 1.10 |
| 12-03-07 | Print Images | 1.10 |
| 12-03-07 | Print Images | 0.50 |
| 12-03-07 | Print Images | 0.50 |
| 12-03-07 | Print Images | 3.60 |
| 12-03-07 | Print Images | 3.60 |
| 12-03-07 | Print Images | 2.70 |
| 12-03-07 | Print Images | 2.70 |
| 12-03-07 | Print Images | 2.60 |
| 12-03-07 | Print Images | 2.60 |
| 12-03-07 | Print Images | 2.80 |
| 12-03-07 | Print Images | 2.80 |
| 12-03-07 | Print Images | 2.90 |
| 12-03-07 | Print Images | 2.90 |
| 12-03-07 | Print Images | 4.00 |
| 12-03-07 | Print Images | 4.00 |
| 12-03-07 | Print Images | 0.70 |
| 12-03-07 | Print Images | 2.70 |
| 12-03-07 | Print Images | 0.70 |
| 12-03-07 | Print Images | 2.70 |
| 12-03-07 | Print Images | 1.70 |
| 12-03-07 | Print Images | 1.70 |
| 12-03-07 | Print Images | 0.90 |
| 12-03-07 | Print Images | 0.90 |
| 12-03-07 | Print Images | 0.50 |
| 12-03-07 | Print Images | 0.50 |
| 12-03-07 | Print Images | 0.70 |
| 12-03-07 | Print Images | 0.70 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 12-03-07 | Print Images | 0.90 |
| 12-03-07 | Print Images | 0.90 |
| 12-03-07 | Print Images | 1.00 |
| 12-03-07 | Print Images | 1.00 |
| 12-03-07 | Print Images | 2.20 |
| 12-03-07 | Print Images | 2.20 |
| 12-03-07 | Print Images | 0.80 |
| 12-03-07 | Print Images | 0.80 |
| 12-03-07 | Print Images | 2.20 |
| 12-03-07 | Print Images | 2.20 |
| 12-03-07 | Print Images | 1.00 |
| 12-03-07 | Print Images | 1.00 |
| 12-04-07 | Print Images | 1.00 |
| 12-04-07 | Print Images | 1.00 |
| 12-04-07 | Print Images | 1.00 |
| 12-04-07 | Print Images | 1.00 |
| 12-04-07 | Print Images | 0.80 |
| 12-04-07 | Print Images | 0.80 |
| 12-04-07 | Print Images | 0.60 |
| 12-04-07 | Print Images | 0.60 |
| 12-04-07 | Print Images | 0.60 |
| 12-04-07 | Print Images | 0.60 |
| 12-04-07 | Print Images | 1.10 |
| 12-04-07 | Print Images | 1.10 |
| 12-04-07 | Telecopier/Fax Charges | 2.00 |
| 12-05-07 | Print Images | 0.90 |
| 12-05-07 | Print Images | 0.90 |
| 12-05-07 | Print Images | 0.60 |
| 12-05-07 | Print Images | 0.60 |
| 12-05-07 | Print Images | 3.00 |
| 12-05-07 | Print Images | 3.00 |
| 12-05-07 | Print Images | 1.40 |
| 12-05-07 | Print Images | 1.40 |
| 12-05-07 | Print Images | 3.70 |
| 12-05-07 | Print Images | 3.70 |
| 12-05-07 | Print Images | 3.70 |
| 12-05-07 | Print Images | 3.70 |
| 12-05-07 | Print Images | 3.00 |
| 12-05-07 | Print Images | 3.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                          February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 12-05-07 | Print Images | 1.40 |
| 12-05-07 | Print Images | 1.40 |
| 12-05-07 | Print Images | 3.10 |
| 12-05-07 | Print Images | 3.10 |
| 12-05-07 | Print Images | 0.60 |
| 12-05-07 | Print Images | 0.60 |
| 12-05-07 | Print Images | 1.30 |
| 12-05-07 | Print Images | 1.30 |
| 12-05-07 | Print Images | 0.50 |
| 12-05-07 | Print Images | 0.50 |
| 12-05-07 | Print Images | 0.70 |
| 12-05-07 | Print Images | 0.70 |
| 12-05-07 | Print Images | 2.40 |
| 12-05-07 | Print Images | 2.40 |
| 12-05-07 | Print Images | 0.50 |
| 12-05-07 | Print Images | 0.50 |
| 12-05-07 | Print Images | 0.90 |
| 12-05-07 | Print Images | 0.90 |
| 12-05-07 | Print Images | 1.70 |
| 12-05-07 | Print Images | 1.70 |
| 12-05-07 | Print Images | 1.00 |
| 12-05-07 | Print Images | 1.00 |
| 12-05-07 | Print Images | 1.90 |
| 12-05-07 | Print Images | 1.90 |
| 12-05-07 | Print Images | 0.50 |
| 12-05-07 | Print Images | 0.50 |
| 12-05-07 | Print Images | 0.70 |
| 12-05-07 | Print Images | 0.70 |
| 12-05-07 | Telecopier/Fax Charges | 2.00 |
| 12-06-07 | Depositions & Transcripts; Transcript fee for hearing held on 11/9/07; Veritext/New York Reporting Co. | 402.30 |
| 12-06-07 | Meals/Meetings; Mary Augustine Dinner | 18.00 |
| 12-06-07 | Print Images | 0.80 |
| 12-06-07 | Print Images | 0.80 |
| 12-06-07 | Print Images | 1.90 |
| 12-06-07 | Print Images | 1.90 |
| 12-06-07 | Print Images | 1.90 |
| 12-06-07 | Print Images | 1.00 |

# THE BAYARD FIRM

```
SN Liquidation, Inc. (fka InPhonic, Inc.)              February 19, 2008
File # 33006-00001- NBG
                         Detailed Disbursement Description


   Date        Disbursement Description                         Amount

   12-06-07    Print Images                                        1.90
   12-06-07    Print Images                                        1.00
   12-06-07    Print Images                                        0.80
   12-06-07    Print Images                                        0.80
   12-06-07    Print Images                                        0.50
   12-06-07    Print Images                                        0.50
   12-06-07    Print Images                                        0.50
   12-06-07    Print Images                                        0.50
   12-06-07    Print Images                                        0.80
   12-06-07    Print Images                                        0.80
   12-06-07    Print Images                                        0.50
   12-06-07    Print Images                                        0.50
   12-06-07    Print Images                                        2.00
   12-06-07    Print Images                                        2.00
   12-07-07    Print Images                                        0.50
   12-07-07    Print Images                                        0.50
   12-07-07    Print Images                                        0.50
   12-07-07    Print Images                                        0.50
   12-07-07    Print Images                                        0.50
   12-07-07    Print Images                                        0.50
   12-07-07    Print Images                                        1.30
   12-07-07    Print Images                                        1.30
   12-07-07    Telecopier/Fax Charges                              6.00
   12-10-07    Postage                                             0.41
   12-10-07    Copies                                            226.80
   12-10-07    Print Images                                        0.70
   12-10-07    Print Images                                        0.70
   12-10-07    Print Images                                        0.50
   12-10-07    Print Images                                        0.50
   12-10-07    Print Images                                        0.70
   12-10-07    Print Images                                        0.70
   12-10-07    Print Images                                        1.30
   12-10-07    Print Images                                        1.30
   12-10-07    Print Images                                        0.60
   12-10-07    Print Images                                        0.60
   12-10-07    Print Images                                        1.10
   12-10-07    Print Images                                        1.10
   12-10-07    Print Images                                        2.60
   12-10-07    Print Images                                        0.50
```

THE BAYARD FIRM

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 12-10-07 | Print Images | 2.60 |
| 12-10-07 | Print Images | 0.50 |
| 12-10-07 | Print Images | 1.00 |
| 12-10-07 | Print Images | 1.00 |
| 12-11-07 | Delivery Charges | 5.00 |
| 12-11-07 | Copies | 56.90 |
| 12-11-07 | Copies | 66.60 |
| 12-11-07 | Print Images | 1.40 |
| 12-11-07 | Print Images | 1.40 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 0.80 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 0.80 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 4.50 |
| 12-11-07 | Print Images | 4.50 |
| 12-11-07 | Print Images | 4.80 |
| 12-11-07 | Print Images | 3.90 |
| 12-11-07 | Print Images | 3.90 |
| 12-11-07 | Print Images | 4.80 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 3.70 |
| 12-11-07 | Print Images | 3.70 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 3.10 |
| 12-11-07 | Print Images | 3.10 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 3.10 |
| 12-11-07 | Print Images | 3.10 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 0.70 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---:|
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 0.70 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 0.60 |
| 12-11-07 | Print Images | 1.90 |
| 12-11-07 | Print Images | 0.60 |
| 12-11-07 | Print Images | 1.90 |
| 12-11-07 | Print Images | 1.90 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 1.90 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 1.90 |
| 12-11-07 | Print Images | 1.90 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 1.70 |
| 12-11-07 | Print Images | 1.50 |
| 12-11-07 | Print Images | 1.70 |
| 12-11-07 | Print Images | 1.50 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 0.50 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 10.00 |
| 12-11-07 | Print Images | 10.00 |
| 12-11-07 | Print Images | 10.00 |
| 12-11-07 | Print Images | 10.00 |
| 12-11-07 | Print Images | 10.70 |
| 12-11-07 | Print Images | 10.70 |
| 12-11-07 | Print Images | 1.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 1.50 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 0.90 |
| 12-11-07 | Print Images | 2.10 |
| 12-11-07 | Print Images | 3.50 |
| 12-11-07 | Print Images | 3.50 |
| 12-11-07 | Print Images | 0.60 |
| 12-11-07 | Print Images | 0.60 |
| 12-11-07 | Print Images | 6.30 |
| 12-11-07 | Print Images | 6.30 |
| 12-11-07 | Print Images | 5.70 |
| 12-11-07 | Print Images | 5.70 |
| 12-11-07 | Outside Fax Charges | 190.00 |
| 12-11-07 | Support Staff Overtime | 128.00 |
| 12-12-07 | Meals/Meetings; Inv 143317; Movable Feast 17 Lunches on 11/9/07 | 303.55 |
| 12-12-07 | Depositions & Transcripts; Transcript of hearing held 11/30/07; Jennifer Ryan Enslen | 63.05 |
| 12-12-07 | Meals/Meetings; reimb for working lunch for MEA; Tami L. Wilson | 11.00 |
| 12-12-07 | Print Images | 1.40 |
| 12-12-07 | Print Images | 1.40 |
| 12-12-07 | Print Images | 0.50 |
| 12-12-07 | Print Images | 0.50 |
| 12-12-07 | Print Images | 1.20 |
| 12-12-07 | Print Images | 1.20 |
| 12-12-07 | Print Images | 0.70 |
| 12-12-07 | Print Images | 0.70 |
| 12-12-07 | Print Images | 0.50 |
| 12-12-07 | Print Images | 0.50 |
| 12-12-07 | Print Images | 1.60 |
| 12-12-07 | Print Images | 1.60 |
| 12-12-07 | Print Images | 2.40 |
| 12-12-07 | Print Images | 2.40 |
| 12-12-07 | Print Images | 1.70 |
| 12-12-07 | Print Images | 1.70 |
| 12-12-07 | Print Images | 1.60 |
| 12-12-07 | Print Images | 1.60 |
| 12-12-07 | Print Images | 0.60 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                                February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 12-12-07 | Print Images | 0.60 |
| 12-12-07 | Print Images | 1.60 |
| 12-12-07 | Print Images | 1.60 |
| 12-12-07 | Print Images | 0.60 |
| 12-12-07 | Print Images | 0.60 |
| 12-12-07 | Print Images | 4.30 |
| 12-12-07 | Print Images | 4.30 |
| 12-12-07 | Print Images | 2.20 |
| 12-12-07 | Print Images | 2.20 |
| 12-12-07 | Telecopier/Fax Charges | 2.00 |
| 12-13-07 | Filing Fees; Pro Hac Vice Admission for Vincent J. Roldan; U.S. District Court | 25.00 |
| 12-13-07 | Copies | 43.40 |
| 12-13-07 | Print Images | 1.20 |
| 12-13-07 | Support Staff Overtime | 63.77 |
| 12-13-07 | Support Staff Overtime | 43.26 |
| 12-14-07 | Telecopier/Fax Charges | 2.00 |
| 12-17-07 | Inv's 3143, 3165, 3177, 3193; Sugarfoot | 124.70 |
| |     6 Breakfasts on 11/16/07   $45.00 | |
| |     2 Lunches on 11/13/07     $15.20 | |
| |     1 Lunch on 11/21/07       $10.50 | |
| |     6 Breakfasts on 11/30/07  $54.00 | |
| 12-17-07 | Meals/Meetings; 12/11/07 lunch reimb for EM & SC; Mary Augustine | 22.00 |
| 12-17-07 | Meals/Meetings; Reimb working dinner for MEA & TLW; Tami L. Wilson | 34.00 |
| 12-17-07 | Meals/Meetings; Check: 253469; Gallucio's 6 Dinners on 11/8/07 | 125.35 |
| 12-17-07 | Print Images | 0.90 |
| 12-17-07 | Print Images | 1.50 |
| 12-17-07 | Print Images | 1.50 |
| 12-18-07 | Postage | 0.41 |
| 12-18-07 | Copies | 69.90 |
| 12-18-07 | Print Images | 1.00 |
| 12-18-07 | Print Images | 1.50 |
| 12-18-07 | Print Images | 0.80 |
| 12-18-07 | Print Images | 1.80 |
| 12-20-07 | Meals/Meetings; 12/9/07 Statement - Neil B. Glassman; American Express Dinner | 28.00 |
| 12-20-07 | Depositions & Transcripts; Transcript of hearing held 12/11/07; Jennifer Ryan Enslen | 237.65 |
| 12-20-07 | Travel Costs; Inv 100768-12; Roadrunner Express, Inc. | 120.35 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 19, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 12-20-07 | Meals/Meetings; Pizza by Elizabeths Dinner for MEA | 11.25 |
| 12-20-07 | Print Images | 0.60 |
| 12-20-07 | Print Images | 1.40 |
| 12-20-07 | Delivery Charges | 5.00 |
| 12-20-07 | Delivery Charges | 216.00 |
| 12-20-07 | Outside Copy Charges | 26.82 |
| 12-21-07 | Meals/Meetings; Inv's 139, 140; Cavanaugh's Restaurant | 527.80 |
| | 20 lunches on 12/13/07 $283.00 | |
| | 17 lunches on 12/11/07 $244.80 | |
| 12-21-07 | Depositions & Transcripts; Hearing Transcript # 113438; Powers, Garrison & Hughes | 128.00 |
| 12-21-07 | Postage | 0.41 |
| 12-21-07 | Postage | 0.41 |
| 12-21-07 | Postage | 36.80 |
| 12-21-07 | Print Images | 1.10 |
| 12-21-07 | Print Images | 6.10 |
| 12-21-07 | Print Images | 1.40 |
| 12-21-07 | Print Images | 0.60 |
| 12-26-07 | Postage | 19.90 |
| 12-27-07 | Delivery Charges | 10.00 |
| 12-28-07 | Delivery Charges | 5.00 |
| 12-31-07 | Print Images | 0.90 |
| 12-31-07 | Outside Fax Charges | 814.32 |
| | Total Disbursements | $ 5,364.75 |