## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRIEDMAN'S INC., | : | Case No. 08-10161 (CSS) |
| a Delaware corporation, <u>et al.</u>,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Objection Deadline: March 10, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 20, 2008 at 11:30 a.m.** |

### NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on February 21, 2008, the Official Committee of Unsecured Creditors in the above-captioned cases filed the **Application for Order Pursuant to 11 U.S.C. Section 328(a), 1103(a) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of Consensus Advisors as Financial Advisors to the Official Committee of Unsecured Creditors** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application are to be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon, so as to be actually received by the undersigned counsel, no later than **March 10, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application will be held before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 20, 2008 at 11:30 a.m. (Eastern Time)**.

---

[1]    The debtors consist of the following entities: Friedman's Inc. (EIN: 58-2058362) and Crescent Jewelers (EIN: 94-1639920).

{00740548;v1}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER

NOTICE OR HEARING.

Dated: February 21, 2008
       Wilmington, Delaware

BAYARD, P.A.

By: _____
Charlene D. Davis, Esq. (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, 9th Floor
Wilmington, Delaware  19801
Phone: (302) 655-5000

- and -

MOSES & SINGER LLP
Lawrence L. Ginsburg, Esq. (LG-6370)
Christopher J. Caruso, Esq. (CC-8005)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Phone:  (212) 554-7800

Proposed Co-Counsel for the Official
Committee of Unsecured Creditors

{00740548;v1}