IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
FRIEDMAN'S INC.,                                    :     Case No. 08-10161 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :     Jointly Administered
                    Debtors.                        :
---------------------------------------------------------------X    Re: Docket No. ____

**ORDER UNDER 11 U.S.C. §§ 328(a), 1103(a) AND
FED. R. BANKR. P. 2014 AUTHORIZING
EMPLOYMENT AND RETENTION OF CONSENSUS ADVISORS AS
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS**

Upon consideration of the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") to the above-captioned debtors (the "Debtors") for the entry of an Order, pursuant to sections 328(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to employ Consensus Advisors ("Consensus") as their financial advisors in these cases effective as of February 4, 2008; and upon the affidavit of Michael O'Hara, president of Consensus, sworn to on February 21, 2008 (the "O'Hara Affidavit"); and notice of the Application having been given to the Office of the United States Trustee, counsel for the Debtors, the largest twenty (20) unsecured creditors of each Debtor and all parties having filed a notice of appearance in these cases; and no other or further notice being necessary; and the Court being satisfied based on the representations made in the Application and the O'Hara Affidavit that Consensus neither holds nor represents any interest adverse to

---

[1] The debtors consist of the following entities: Friedman's Inc. (EIN: 58-2058362) and Crescent Jewelers (EIN: 94-1639920).

{00740495;v1}

the Debtors' estates, that it is a "disinterested person" as that term is defined by section 101(14) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the Committee and unsecured creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Committee is authorized pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code to retain Consensus as its financial advisors effective as of February 4, 2008, pursuant to the terms set forth in the Retention Agreement; and it is further

ORDERED that Consensus shall be compensated on the terms set forth in the Application and the O'Hara Affidavit in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the local rules of this Court, and such other procedures as have been or may be fixed by orders of this Court.

Dated:_____, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

{00740495;v1}