## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 21st day of February, 2008, I caused a copy of the **Application for Order Pursuant to 11 U.S.C. Section 328(a), 1103(a) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of Consensus Advisors as Financial Advisors to the Official Committee of Unsecured Creditors** to be served upon the attached 2002 service list via First Class United States Mail.

_____
Mary E. Augustine (No. 4477)

| | | |
|---|---|---|
| Lawrence L. Ginsburg, Esquire<br>Alan E. Gamza, Esquire<br>Christopher J. Caruso, Esquire<br>MOSES & SINGER LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Friedman's Inc.<br>4550 Excel Parkway, Suite 100<br>Addison, TX 75001 |
| Paul Winston-Eurostar LLC<br>151 West 46th Street<br>New York, NY 10036 | Jay Gems, Inc. d/b/a Jewelmark<br>590 Fifth Avenue<br>New York, NY 10036 | Simply Diamonds Inc.<br>590 Fifth Avenue<br>New York, NY 10036 |
| Rosy Blue, Inc.<br>529 Fifth Avenue<br>New York, NY 10017 | Rosy Blue Jewelry Inc.<br>529 Fifth Avenue<br>New York, NY 10017 | Mona A. Parikh<br>Cross & Simon, LLC<br>913 N. Market St.<br>11th Floor<br>Wilmington, DE 19801 |
| Athanasios E. Agelakopoulos, Esquire<br>Kilpatrick Stockton LLP<br>Suite 2800<br>1100 Peachtree Street, NE<br>Atlanta, GA 30309 | Stephen M. Miller, Esquire<br>Thomas M. Horan, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306 | Craig V. Rasile, Esquire<br>Kevin M. Eckhardt, Esquire<br>Hunton & Williams LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 |
| Bruce W. Moorhead, Jr., Esq.<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, NY 10166 | Andrew S. Conway, Esquire<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304 | Samuel B. Garber, Esquire<br>Kristen N. Pate, Esquire<br>General Growth Management, Inc., as Agent<br>110 N. Wacker<br>Chicago, IL 60606 |
| Mitchell J. Devack, Esquire<br>Thomas Yanega, Esquire<br>Law Offices of Mitchell J. Devack, PLLC<br>The Financial Center at Mitchell Field<br>919 Merrick Avenue, Suite 500<br>East Meadow, NY 11554 | Christopher P. Simon, Esquire<br>Mona A. Parikh, Esquire<br>Cross & Simon LLC<br>913 North Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 | Ian Connor Bifferato, Esquire<br>Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 |
| Jonathan B. Alter, Esquire<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 | E.P. Keiffer, Esquire<br>Wright Ginsberg Brusilow P.C.<br>The Elm Place Building<br>1401 Elm Street, Suite 4750<br>Dallas, TX 75202 | Kevin M. Newman, Esquire<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204 |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esquire<br>225 West Washington Street<br>Indianapolis, IN 46204 | John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | Russell R. Johnson, III, Esquire<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 |
| Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn: Lawrence V. Gelber, Esq. | Ira S. Greene, Esquire<br>Dena Copulsky Kaufman, Esquire<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Laura Davis Jones, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 |

Robert L. LeHane, Esquire
Robert Friedman, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

William F. Taylor, Esquire
McCarter & English, LLP
Renaissance Centre, 8th Floor
405 N. King Street
Wilmington, DE 19801

Richard C. Pedone, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Kevin T. White
Ivie & Associates, Inc.
601 Silveron Boulevard, Suite 200
Flower Mound, TX 75028

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Todd Strain, Esquire
Arden Fair
1689 Arden Way, Suite 1167
Sacramento, CA 95815

Peter J. Antoszyk, Esquire
Jesse I. Redlener, Esquire
Proskauer Rose LLP
One International Place
Boston, MA 02210-2600

Jeffrey Kurtzman, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 S. Broad Street
Philadelphia, PA 19102

Niclas A. Ferland, Esquire
Ilan Markus, Esquire
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
New Haven, CT 06509-0906

Robert Goodrich, Esquire
Stites & Harbison PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219

Scott M. Shaw, Esquire
Husch & Epppenberger, LLC
2030 Hamilton Place Blvd., Suite 210
Chattanooga, TN 37421

Andrea Sheehan, Esquire
Lewisville Independent School District
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205

Michael Reed, Esquire
McCreary, Veselka, Bragg, and Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Victor W. Newmark, Esquire
Wiles and Wiles
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060

Richard T. Davis, Esquire
The Cafaro Company
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Ste. 300
San Antonio, TX 78205

Thomas J. Leanse, Esquire
Brian D. Huben, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Heather D. Dawson, Esquire
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305

Jason M. Madron, Esquire
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Ronald E. Gold, Esquire
Kyle R. Grubbs, Esquire
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

Steven H. Felderstein, Esquire
Paul J. Pascuzzi, Esquire
Joan S. Huh, Esquire
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814