**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2008, AT 3:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:**

1. Debtors' Motion for Entry of an Order Limiting Notice Required to be Given to Certain Rebate Creditors [Filed 2/8/08, Docket No. 367]

Response Deadline:

February 19, 2008, at 4:00 p.m.

Related Documents:

(a) Certification of No Objection Regarding Docket No. 367 [Filed 2/21/08, Docket No. 391]

(b) Proposed Order Regarding Docket No. 367

Response(s) Received:

None at this time.

Status:

A certification of no objection has been filed. No hearing is required unless otherwise required by the Court.

**CONTESTED MATTER GOING FORWARD**

2. Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. Section 365(d)(3) [Filed 2/8/08, Docket No. 365]

Response Deadline:

February 19, 2008, at 4:00 p.m., extended to February 20, 2008 at 4:00 p.m.

Response(s) Received:

(a) Debtors' Objection to Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3) [Filed 2/20/08, Docket No. 387]

(b) Adeptio's Limited Response and Reservation of Rights Regarding Waterfront's Motion for Payment of Post-Petition Rent [Filed 2/20/08, Docket No. 388]

Status:

This matter will go forward.

Dated: Wilmington, Delaware
February 22, 2008

**BAYARD, P.A.**

By: ______________________

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and



{00737319;v1}

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession