IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | Re: Docket No. 392 |

## ORDER APPROVING STIPULATION AMONG DEBTORS, SIMPLEXITY, LLC, ADEPTIO INPC HOLDINGS, LLC AND ALLTEL COMMUNICATIONS, INC. FOR ASSUMPTION, ASSIGNMENT, AND CURE OF CERTAIN AGREEMENTS

Upon the request of the above-captioned debtors and debtors in possession (the "Debtors") for approval of the stipulation annexed hereto as Exhibit A (the "Stipulation") between the Debtors, Simplexity, LLC ("Simplexity"), Adeptio INPC Funding, LLC ("Adeptio") and Alltel Communications, Inc. ("Alltel"); and upon consideration of the Stipulation and the agreement of the parties thereto; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice was sufficient under the circumstances; the Court having determined that the relief granted herein is in the best interest of the Debtors and their estates; it is hereby

**ORDERED**, that the Stipulation is approved; and it is further

**ORDERED**, that the agreement between Alltel and the Debtors referenced in the Stipulation is amended, assumed and assigned pursuant to the terms of the Stipulation; and it is further

{00733010;v1}

**ORDERED**, that the Court shall retain jurisdiction to hear any and all disputes arising from the Stipulation or this Order; and it is further

**ORDERED**, that the provisions of this Order are effective immediately upon entry.

Dated: February 22, 2008
Wilmington, Delaware

/s/ Kevin Gross
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{00733010;v1}