**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., <u>et al</u>. | : | Case No. 07-11666 (KG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Obj. Deadline: March 18, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 28, 2008 @ 10:00 a.m.** |
| | : | |

## NOTICE OF MOTION OF QUALUTION SYSTEMS, INC. TO COMPEL PAYMENT OF MONTHLY LEASE OBLIGATIONS DUE UNDER LICENSE AGREEMENT OR FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)

To:   Persons Identified on Attached Service List

Qualution Systems, Inc. filed, on February 25, 2008 a Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. §503(b) (the "Motion"), which sought the following relief: payment of certain Post-Petition Defaults (as defined in the Motion).

You are required to file a response/objection to the Motion by: March 18, 2008 **by 4:00 p.m.**

At the same time, you must also serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Patricia P. McGonigle, Esq. | J. Scott Bovitz, Esquire |
| SEITZ, VAN OGTROP & GREEN, P.A. | Bovitz & Spitzer |
| 222 Delaware Avenue, Suite 1500 | 880 West First Street, Suite 502 |
| P. O. Box 68 | Los Angeles, CA 90012-2445 |
| Wilmington, DE 19899 (Courier 19801) | (213) 620-1811 (fax) |
| (302) 888-0606 (fax) | |

HEARING ON THE MOTION WILL BE HELD:  **March 28, 2008 at 10:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

63576v1

Dated: February 25, 2008

    SEITZ, VAN OGTROP & GREEN, P.A.

    /s/ Patricia P. McGonigle
    _____
    Patricia P. McGonigle (DE 3126)
    pmcgonigle@svglaw.com
    Kevin A. Guerke (DE4096)
    kguerke@svglaw.com
    222 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    Tel: 302.888.0600
    Fax: 302.888.0606
    -and-

    J. Scott Bovitz
    Bovitz & Spitzer
    880 West First Street, Suite 502
    Los Angeles, CA 90012-2445

    Counsel to: Qualution Systems, Inc.