Exhibit "2"

# Invoice

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

| Date | Invoice # |
|---|---|
| 2/15/2008 | 1055 |

| Bill To |
|---|
| InPhonic Debtors-In-Possession<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Due on receipt | 2/15/2008 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 2/1/2008 | Contractual Minimum Billing Fee AT&T | | 5,000.00 | 5,000.00 |

**Total** $5,000.00

Qualution Systems Inc.

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2007 | 1012 |

| Bill To |
|---|
| InPhonic Debtos-In-Possession<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Due on receipt | 12/3/2007 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | Contractual Minimum Billing Fee Hawaiian Telcom 12/01/2007 - 12/31/2007 | 1 | 5,000.00 | 5,000.00 |
|  | Contractual Minimum Billing Fee ATT 12/01/2007 - 12/31/2007 | 1 | 5,000.00 | 5,000.00 |

**Total** $10,000.00

**Qualution Systems Inc.**

28720 Roadside Dr Ste 290
Agoura Hills, CA 91301
818.889.4488
www.qualution.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/3/2008 | 1030 |

| Bill To |
|---|
| InPhonic Debtors-In-Possession<br>Attn: Accounts Receivable<br>9301 Peppercorn Place<br>Largo, MD 20774 |

| Terms | Due Date |
|---|---|
| Due on receipt | 1/3/2008 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1/2/2008 | Minimum Billing Fee ATT 01/01/2008 - 01/31/2008 | 1 | 5,000.00 | 5,000.00 |
| 1/2/2008 | Minimum Billing Fee Hawaiian 01/01/2008 - 01/31/2008 | 1 | 5,000.00 | 5,000.00 |

**Total** $10,000.00