**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., <u>et al</u>. | : | Case No. 07-11666 (KG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **RE: DOCKET NO. _____** |
| | : | |

**ORDER GRANTING QUALUTION SYSTEMS, INC.'S MOTION TO COMPEL PAYMENT OF MONTHLY LEASE OBLIGATIONS DUE UNDER LICENSE AGREEMENT OR FOR ORDER ALLOWING ADMINSTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)**

Upon consideration of *Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)* (the "Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned debtors ("Debtors") are hereby directed to pay Qualution Systems, Inc. the amount of $25,000.00 within five (5) business days of the date of this Order.

Dated:  March ____, 2008        _____
                                United States Bankruptcy Judge