## *CERTIFICATE OF SERVICE*

      The undersigned hereby certifies that on February 25, 2008, a copy of *Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)* was served upon the individuals set forth on the attached service list and upon those parties appearing on the CM/ECF Notice:

      /s/ *Patricia P. McGonigle*

      _____
      PATRICIA P. MCGONIGLE (ID #3126)

62312 v1