Eric M Sutty, Esquire
Mary E Augustine, Esquire
Neil B Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Internal Revenue Service
844 King Street
Wilmington, DE 19801

Office of the US Trustee
Richard Schepacarter, Esquire
844 King Street, Room 2207
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
1201 Market Street, Suite 1500
Wilmington, DE 19801

State of Delaware
Randy Weller
Division of Revenue, Compliance Dept.
820 N. French Street
Wilmington, DE 19801

Young Conway Stargatt & Taylor, LLP
Edmon Morton Esquire
Edward J. Kosmowski, Esquire
Robert S. Brady, Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Blank Rome LLP
Bonnie Glantz Fatell, Esquire
Michael D Debaecke, Esquire
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Womble Carlyle Sandridge & Rice
Francis A Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Smith Katzenstein & Furlow LLP
Kathleen M. Miller, Esquire
800 Delaware Avenue
Post Office Box 410
Wilmington, DE 19801

Seitz Van Ogtrop & Green PA
Kevin A. Guerke, Esquire
Patricia P. McGonigle Esquire
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Morris James LLP
Brett D. Fallon, Esquire
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Loizides PA
Christopher D. Loizides, Esquire
1225 King Street, Suite 800
Wilmington, DE 19801

Kathryn S. Keller, Esquire
Marla R. Eskin, Esquire
800 North King Street, Suite 300
Wilmington, DE 19801

U. S. Attorney's Office
Ellen W. Slights, Esquire
1007 Orange Street, Suite 700
Wilmington, DE 19801

Department of Labor
Division of Unemployment Insurance
4425 North Market Street
Wilmington, DE 19802

BMC Group
Alan Dalsass & Brad Daniel
875 Third Avenue, 5th Floor
New York, NY 10022

Delaware Secretary of State
Franchise Tax Division
P. O. Box 898-F
Dover, DE 19903

DLA Piper UU LLP
Jeremy R Johnson, Esquire
Thomas R Califano, Esquire
Vincent J Roldan, Esquire
1251 Avenue of the Americas
New York, NY 10020-1104

Goldsmith Lazard, Esquire
Dermott O'Flanagan, Esquire
Andrew Torgove & Jason Cohen
11 West 42nd Street, 29th Floor
New York, NY 10036

Internal Revenue Service
Bankruptcy Section
Special Procedures Section
31 Hopkins Plaza, Room 1120
Baltimore, MD 21201

David A. Agay, Esquire
John A. Schoenfeld, Esquire
Anup Sathy Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Reed Smith LLC
Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Robert P Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219

Securities and Exchange Commission
Division of Corporate Finance
100 F Street, NE
Washington, DC 20549

Versa Capital Management, Inc.
Greg Segall & Paul Halpern
The Circa Centre
2929 Arch Street, 27th Floor
Philadelphia, PA 19104

W. B. Doner & Company
Kevin Weinman
25900 Northwestern Highway
Southfield, MI 48075

Assistant Attorney General
Deborah Waldmeir, Esquire
Michael a Cox, Esquire
Cadillac Place
3030 W. Grand Boulevard, Suite 10-200
Detroit, MI 48202

Paul Cataldo, Esquire
935 First Avenue
King of Prussia, PA 19406

Assistant General Counsel
Tanya M. Tan, Esquire
30699 Russell Ranch Road, Suite 250
Westlake Village, CA 91362

Becket and Lee LLP
Gilbert B. Weisman, Esquire
P. O. Box 3001
Malvern, PA 19355-0701

| | |
|---|---|
| Lawrence M. Schwab, Esquire<br>Patrick M. Costello, Esquire<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 | Bingham McCutchen LLP<br>Steven Wilamowsky, Esquire<br>399 Park Avenue<br>New York, NY 10022 |
| Regina Stango Kelbon, Esquire<br>Joel Shapiro Esquire<br>Blank Rome<br>One Logan Square<br>Philadelphia, PA 19103 | Bovitz & Spitzer<br>J. Scott Bovitz, Esquire<br>880 W First Street, Suite 502<br>Los Angeles, CA 90012-2430 |
| Chadbourne & Parke LLP<br>David M. Lemay, Esquire<br>30 Rockefeller Plaza<br>New York, NY 10112 | Cohn Birnbaum Shea<br>Scott D, Rosen, Esquire<br>100 Pearl Street<br>Hartford, CT 06103-4500 |
| Foley & Lardner LLP<br>Mark A. Salzberg, Esquire<br>3000 K Street, NW, Suite 500<br>Washington, DC 20007-5101 | Halperin Battaglia Raicht LLP<br>Christopher J. Battaglia, Esquire<br>Elizabeth L. Rose, Esquire<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022 |
| Holland & Knight LLP<br>Diane N. Rallis, Esquire<br>John J. Monaghan, Esquire<br>Lynne B. Xerras, Esquire<br>10 St James Avenue<br>Boston, MA 02116 | Kent County<br>(Re: Delaware Dept of Revenue)<br>Thomas Collins Building<br>540 S. Dupont Highway<br>Dover, DE 19901 |

Kilpatrick Stockton LLP
Paul M. Rosenblatt, Esquire
Todd C. Meyers, Esquire
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4530

Marc Barreca, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Mcguire Woods LLP
David I. Swan, Esquire
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Nixon Peabody LLP
Joseph M Gitto, Esquire
437 Madison Avenue
New York, NY 10022

Quarles & Brady LLP
Catherine M. Guastello, Esquire
Renaissance One
2 North Central Avenue
Phoenix, AZ 85004-2391

Securities & Exchange Commission
Patricia Schrage, Esquire
3 World Financial Center, Suite 400
New York, NY 10281-1022

Shumaker Loop & Kendrick LLP
David J. Coyle, Esquire
North Courthouse Square
1000 Jackson Street
Toledo, OH 43604-5573

Vorys Sater Seymour & Pease LLP
Tiffany Strelow Cobb, Esquire
92 East Gay Street
Columbus, OH 43215

Wilentz Goldman & Spitzer PA
David H. Stein, Esquire
90 Woodbridge Center Drive, Suite 900
Box 10
Woodbridge, NJ 07095-0958