**Exhibit A**

**Schedule of Rejected Contracts**

{00743371;v1}

Simplexity, LLC
11130 Sunrise Valley Drive
Suite 300
Reston, VA 20191

January 30, 2008

To the Sellers (as such term is defined in the Purchase Agreement)

| | |
|---|---|
| c/o InPhonic, Inc. | DLA Piper USA |
| 1010 Wisconsin Avenue, Suite 600 | 1251 Avenue of the Americas |
| Washington, DC 20007 | New York, NY 10020-1104 |
| Attention: General Counsel | Attn:  Thomas R. Califano, Esquire |
| | Vincent Roldan, Esquire |

Dear Sellers:

We are delivering this notice (this "Notice") to you pursuant to Section 2.5(b) of that certain Asset Purchase Agreement, dated November 8, 2007 (as may be amended, modified and/or supplemented from time to time, the "Purchase Agreement"), by and among Adeptio INPC Funding, LLC, a Delaware limited liability company and subsequently renamed as Adeptio INPC Holdings, LLC ("Adeptio" or "Parent"), InPhonic, Inc., a Delaware corporation (the "Company" and a "Seller"), and each of the Company's direct and indirect Subsidiaries listed on the signature pages thereto (individually, a "Seller" and, together with the Company, the "Sellers"). Any capitalized term used in this Notice which is not otherwise defined herein shall have the meaning assigned to such term in the Purchase Agreement. Reference is hereby also made to that certain notice letter, dated as of December 21, 2007, by Parent to the Sellers notifying the Sellers that Parent assigned to Simplexity, LLC, a Delaware limited liability company and a Subsidiary of Buyer ("Buyer Subsidiary"), its rights to receive the Assets from the Sellers under the Purchase Agreement (including Buyer's rights under Section 2.5 with respect to the Designated Contracts, Excluded Contracts and Held Contracts).

In accordance with Section 2.5(b) of the Purchase Agreement, Simplexity delivered its notice dated December 31, 2007 (the "Held Contracts Notice") designating certain contracts as "Held Contracts" and further designating certain contracts for the Sellers to assume and assign to it. By delivery of this notice, Simplexity supplements the Held Contracts Notice and the undersigned acknowledge and agree that:

(a) the Contracts listed on the attached Annex A shall be designated for assumption with this Notice constituting an "Assumption Notice" with respect to those Contracts and leases;

(b) the Contracts and leases listed on the attached Annex B shall be removed from the list of "Held Contracts" and designated for rejection, with this Notice constituting Simplexity's authorization for the Sellers to reject such Contracts; and

(c) this notice shall not change the status of the remainder of the Contracts and leases set forth in the Held Contracts Notice (and not set forth on Annex A or Annex B

attached hereto) which shall remain as "Held Contracts" pursuant to the terms of the Purchase Agreement and the Held Contracts Notice.

All other rights of Buyer and Buyer Subsidiary are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Simplexity, LLC

By: *[signature]*
Name: Gregory Cole
Title: EVP, CFO

Adeptio INPC Holdings, LLC

By: *[signature]*
Name: David S Lorry
Title: Authorized Signatory

Agreed and Accepted as of JAN 31, 2008:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By: *[signature]*
Its: Authorized Signatory

cc: Thomas R. Califano, Esq. (DLA Piper US LLP)
Anup Sathy, P.C. (Kirkland & Ellis, LLP)
John A. Schoenfeld, P.C. (Kirkland & Ellis, LLP)

| Vendor Name / Contract Counter Party | Contract Effective Date | Brief Description |
|---|---|---|
| SKO Brenner | | Collections Agent |
| Office Movers, Inc. ( Kane Company ) | | Service Agreement - Relocation Services |
| Pitney Bowes #1833-4203-86-8 (GTOWN) | | Service Agreement - Mail machines |
| Pitney Bowes Global Fin.Services Acct#7964514-001 | | Service Agreement - Mail machines |
| Pitney Bowes Global Financial Services - A/c 8478647-001 | | Service Agreement - Mail machines |
| Pitney Bowes,Inc(Supplies Invoice)Acct#2 | | Service Agreement - Mail machines |
| Virginia Air & Facilities Services | | IT Data room in Reston I |
| Creative Logistics Solutions, Inc. | 29-Apr-05 | Logistics software |
| DesertSoft | | Service Agreement - Address Verification |
| Ambiron (Trustwave Holdings, Inc.) | | Service Agreement - Credit Card Gateway |
| De Lage Landen Financial Services, Inc. | 13-Jun-07 | License Agreement - Financing Microsoft Enterprise |
| Microsoft Licensing, GP | 30-Nov-01 | Software License - Microsoft |
| Dataprise | 24-Sep-07 | Outsourced provider. |
| Verisign | 28-Dec-06 | License - Encryption Certificates |
| Verizon (Acct#000953231154;Tel#202-337-0923) | | Telecommunication Services - local service |
| Verizon Acct#000104655522;301883-0031 | | Telecommunication Services - local service |
| Verizon Acct.#000123259327Tel#3018830654 | | Telecommunication Services - local service |
| US Cellular | 4-Nov-04 | Carrier Agreement |
| Accurint | | Services Agreement - Credit Checks |
| BROECH Corp.d/b/a TUSC | | Service Agreement - Consulting Services - MVNE |
| Experian (ACCT# TMD1-4516936) | | Service Agreement - Credit Checks |
| Experian Acct#TMD1-1941945 | | Service Agreement - Credit Checks |
| Qualution Systems Inc.( Star/Liberty ) | 7-Oct-03 | MVNE billing and CRM platform |
| Sun Maintenance | 9-Nov-06 | IT |
| Bridgewater | 12-Aug-04 | |
| Brower, Doug | 31-Mar-06 | Services Agreement - Consulting - MVNE |
| LanTec Ventures ( Ken Landry ) | 1-Jan-07 | Services Agreement - Consulting - MVNE |
| Buena Vista Internet Group | 6-Oct-05 | |
| Lynch, Peter | 10-Aug-04 | Services Agreement - Consulting - MVNE |
| UPS | | |
| Yellow Page Authority | 1-Mar-07 | VMC Ad agent |
| Yellow Page Authority | 1-Mar-07 | WAS AD Agent |
| Internet Services Corporation | | Marketing Agreement |
| 2Way Gadgets.com | | CPA Agreement |
| A2ZCells.com | | CPA Agreement |
| AJ Interactive | | CPA Agreement |
| Alisa Peters (WorldMallTV) | | CPA Agreement |
| ATC Agency Services, LLC | | CPA Agreement |
| Brunson Tony | | CPA Agreement |
| CellPhone Street | 13-Feb-06 | CPA Agreement |
| Cleveland 6 LLC | | CPA Agreement |
| CMedia Philadelphia LLC | | CPA Agreement |
| CMR Marketing | | CPA Agreement |
| Codova | | CPA Agreement |
| Comcast Spotlight | | CPA Agreement |
| DC Cellular | | CPA Agreement |
| Easy Call Communications | | CPA Agreement |
| Edealworld, Inc. | | CPA Agreement |
| English Carrier | | CPA Agreement |
| EU Services Mailing Division | | CPA Agreement |
| Euro RSCG Direct Response LLC | | CPA Agreement |
| Excess Revenue, Inc. | | CPA Agreement |
| Faith Enterprises, LLC | | CPA Agreement |
| FiveStar Advertising, Inc. | | CPA Agreement |
| Free Stuff Central | | CPA Agreement |
| Geeks | | CPA Agreement |
| Kandu Incorporated | | CPA Agreement |
| KBK Marketing | | CPA Agreement |
| LeadDrive LLC | | CPA Agreement |
| LinkShare Corporation | 23-Jan-01 | CPA Agreement |

| Vendor Name / Contract Counter Party | Contract Effective Date | Brief Description |
|---|---|---|
| Longevity Institute, LLC | | CPA Agreement |
| Lowermypayment.com | | CPA Agreement |
| My Brooklyn.com / EZ Wireless | | CPA Agreement |
| Production West Inc. | | CPA Agreement |
| QuickPromo, LLC | | CPA Agreement |
| Result Services 2000 | | CPA Agreement |
| RMD Media Group | | CPA Agreement |
| SAMM | | CPA Agreement |
| Spectrawide Inc. | 8-Jan-06 | CPA Agreement |
| SRK Investment (phoneSnow) | | CPA Agreement |
| Strategic Promotions, Inc. | | CPA Agreement |
| Tech Guru Inc | | CPA Agreement |
| The Consumer Bridge | 7-Jun-04 | CPA Agreement |
| Tiburon Marketing Corp | | CPA Agreement |
| TigerDirect - 1 | 25-Jan-05 | CPA Agreement |
| TigerDirect - 2 | 25-Jan-05 | CPA Agreement |
| USB Plus | | CPA Agreement |
| Vendare Media Corp. | | CPA Agreement |
| VendareNetblue | | CPA Agreement |
| Venture Mobile, LLC | | CPA Agreement |
| Wireless Plans | | CPA Agreement |

Simplexity, LLC
11130 Sunrise Valley Drive
Suite 300
Reston, VA 20191

February 15, 2008

To the Sellers (as such term is defined in the Purchase Agreement)

c/o InPhonic, Inc.
1010 Wisconsin Avenue, Suite 600
Washington, DC 20007
Attention: General Counsel

DLA Piper USA
1251 Avenue of the Americas
New York, NY 10020-1104
Attn: Thomas R. Califano, Esquire
Vincent Roldan, Esquire

Dear Sellers:

    We are delivering this further notice (this "Notice") to you pursuant to Section 2.5(b) of that certain Asset Purchase Agreement, dated November 8, 2007 (as may be amended, modified and/or supplemented from time to time, the "Purchase Agreement"), by and among Adeptio INPC Funding, LLC, a Delaware limited liability company and subsequently renamed as Adeptio INPC Holdings, LLC ("Adeptio" or "Parent"), InPhonic, Inc., a Delaware corporation (the "Company" and a "Seller"), and each of the Company's direct and indirect Subsidiaries listed on the signature pages thereto (individually, a "Seller" and, together with the Company, the "Sellers"). Any capitalized term used in this Notice which is not otherwise defined herein shall have the meaning assigned to such term in the Purchase Agreement. Reference is hereby also made to that certain notice letter, dated as of December 21, 2007, by Parent to the Sellers notifying the Sellers that Parent assigned to Simplexity, LLC, a Delaware limited liability company and a Subsidiary of Buyer ("Buyer Subsidiary"), its rights to receive the Assets from the Sellers under the Purchase Agreement (including Buyer's rights under Section 2.5 with respect to the Designated Contracts, Excluded Contracts and Held Contracts).

    In accordance with Section 2.5(b) of the Purchase Agreement, Simplexity delivered its notice dated December 31, 2007 (the "Initial Held Contracts Notice") designating certain contracts as "Held Contracts" and further designating certain contracts for the Sellers to assume and assign to it. The Initial Held Contracts Notice was supplemented by a further notice delivered January 30, 2008 (together with the Initial Held Contracts Notice, the "Held Contracts Notice."). By delivery of this notice, Simplexity supplements the Held Contracts Notice and the undersigned acknowledge and agree that:

    (a) the Contracts listed on the attached Annex A shall be designated for assumption with this Notice constituting an "Assumption Notice" with respect to those Contracts and leases;

    (b) the Contracts and leases listed on the attached Annex B shall be removed from the list of "Held Contracts" and designated for rejection, with this Notice constituting Simplexity's authorization for the Sellers to reject such Contracts; and

(c) this notice shall not change the status of the remainder of the Contracts and leases set forth in the Held Contracts Notice (and not set forth on Annex A or Annex B attached hereto) which shall remain as "Held Contracts" pursuant to the terms of the Purchase Agreement and the Held Contracts Notice.

All other rights of Buyer and Buyer Subsidiary are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Simplexity, LLC                          Adeptio INPC Holdings, LLC

By:_____                 By: /s/ David S. Lorry
Name:                                    Name:   David Lorry
Title:                                   Title:  Authorized Signatory

Agreed and Accepted as of February 20, 2008:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By:  /s/
Its: Authorized Signatory

cc: Thomas R. Califano, Esq. (DLA Piper US LLP)
    Anup Sathy, P.C. (Kirkland & Ellis, LLP)
    John A. Schoenfeld, P.C. (Kirkland & Ellis, LLP)

(c) this notice shall not change the status of the remainder of the Contracts and leases set forth in the Held Contracts Notice (and not set forth on <u>Annex A</u> or <u>Annex B</u> attached hereto) which shall remain as "Held Contracts" pursuant to the terms of the Purchase Agreement and the Held Contracts Notice.

All other rights of Buyer and Buyer Subsidiary are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Simplexity, LLC

By: *[signature]*
Name: Gregory Cole
Title: EVP, CFO

Adeptio INPC Holdings, LLC

By: *[signature]*
Name: David Lorry
Title: Authorized Signatory

Agreed and Accepted as of Feb 25, 2008:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By: _____
Its:   Authorized Signatory

cc:   Thomas R. Califano, Esq. (DLA Piper US LLP)
      Anup Sathy, P.C. (Kirkland & Ellis, LLP)
      John A. Schoenfeld, P.C. (Kirkland & Ellis, LLP)

APA Sec. 2.5(b)
Annex B - Rejection Notice

Page 1 of 1
February 15, 2008

| Vendor Name / Contract Counter Party | Contract Effective Date | Brief Description |
|---|---|---|
| 1-800 Communications | | CPA Agreement |
| 1-800Mobiles.com | 21-Nov-03 | CPA Agreement |
| Slinx Enterprises, Inc. | 1-Jul-05 | CPA Agreement |
| Corporate Wireless Group, Inc | 9-Feb-04 | CPA Agreement |
| Crazy Wireless Offers | 5-May-06 | CPA Agreement |
| How Stuff Works, Inc. | 30-Nov-05 | CPA Agreement |
| You Never Call, Inc. | 25-Oct-04 | CPA Agreement |
| CareerBuilder, Inc. sublessee | 17-Nov-04 | Operating Lease - Reston (I), VA Location |
| Waste Management Of Maryland(WM) | Not dated | Service Agreement - Largo Waste |
| AT&T Acct.#70866(Hosting) | | Service Agreement - Telecommunications - MVNE |
| Websphere | 31-Jan-07 | Software License - Disney Platform - MVNE |