IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NO. 394

PLEASE TAKE NOTICE that on February 21, 2008, the **Application for Order Pursuant to 11 U.S.C. Sections 328(a), 1103(a) and Fed. R. Bankr. P. 2014 Authorizing Employment and Retention of Consensus Advisors as Financial Advisors to the Official Committee of Unsecured Creditors [Docket No. 394]** (the "Application") was inadvertently filed in this case.

PLEASE TAKE FURTHER NOTICE that the Application is hereby withdrawn.

Date: February 26, 2008
Wilmington, Delaware

BAYARD, P.A.

_/s/ Mary E. Augustine_
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

{00744674;v1}