**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC. et. al., fka INPHONIC, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 07-11666-KG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

QUARLES & BRADY LLP, as attorneys for DFS SERVICES LLC f/k/a DISCOVER FINANCIAL SERVICES LLC ("DFS"), hereby notices its withdrawal of appearance and requests that it no longer receive notice of all proceedings in these matters, including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following name be removed from the master mailing list:

>	Catherine M. Guastello, Esq.
>	QUARLES & BRADY LLP
>	Renaissance One
>	Two North Central Avenue
>	Phoenix, Arizona  85004-2391
>	(602) 229-5200 (phone)
>	(602) 229-5690 (fax)
>	cguastel@quarles.com (e-mail)

DATED this 26th day of February, 2008.

>	QUARLES & BRADY LLP
>	Renaissance One
>	Two North Central Avenue
>	Phoenix, AZ  85004-2391
>
>
>	By /s/ Catherine M. Guastello
>	　　　Catherine M. Guastello
>
>	Attorneys for DFS SERVICES LLC

QBACTIVE\143898.00393\6107659.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2008, a true and correct copy of the foregoing "Notice Of Withdrawal Of Appearance" was forwarded via United States mail, postage prepaid, to the following:

| | |
|---|---|
| Attorneys for Debtor: | Eric Michael Sutty, Esq.<br>Mary E. Augustine, Esq.<br>Neil B. Glassman, Esq.<br>Daniel A. O'Brien, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 |
| United States Trustee: | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 |
| Official Committee Of<br>Unsecured Creditors: | Kurt F. Gwynne, Esq.<br>Gaston Plantiff Loomis, II, Esq.<br>Reed Smith LLP<br>1201 Market Street, 15th Floor<br>Wilmington, DE  19801 |

/s/ Pamela Buckley
Pamela Buckley

QBACTIVE\143898.00393\6107659.1