# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 13

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27843 | CAIN, DENNIS, PO BOX 388, WHITEHOUSE, TX, 75791 | US Mail (1st Class) |
| 27843 | DEDIONISIO, TRACY, 1421 WEST 36TH STREET, ERIE, PA, 16508 | US Mail (1st Class) |
| 27843 | HALLERBACH, MICHAEL J, 507 JANICE LANE, PLACENTIA, CA, 92870 | US Mail (1st Class) |
| 27843 | HARRIS, TERESA H, 500G MANANAI PL, HONOLULU, HI, 96818 | US Mail (1st Class) |
| 27843 | ISAACS, MADELYN L, 12555 GRANDEZZA CIRCLE, ESTERO, FL, 33928 | US Mail (1st Class) |
| 27843 | JAMES, ROBERT, 2209 SANCHEZ DRIVE, CAMARILLO, CA, 93010 | US Mail (1st Class) |
| 27843 | LOVE, JOEL, 238 COUNTRY ROAD 263, HEADLAND, AL, 36301 | US Mail (1st Class) |
| 27843 | MANDANI, KAMYAR, 201 COGGINS DRIVE, APT B115, PLEASANT HILL, CA, 94523 | US Mail (1st Class) |
| 27843 | RADECKY, MALGORZATA, 2615 ANTHONY COURT, EASTON, PA, 18045 | US Mail (1st Class) |
| 27843 | SWITALSKI, JENNIFER, 2408 N 111TH ST, #7, WAUWATOSA, WI, 53226 | US Mail (1st Class) |
| 27843 | TARINA, ANA, 2555 N CLARK ST, APT 1209, CHICAGO, IL, 60614 | US Mail (1st Class) |
| 27843 | WESTPHAL, SHAWN, 6211 E WAVERLY ST, INVERNESS, FL, 34452 | US Mail (1st Class) |
| 27843 | YOUNG, DANIELLE, 1658 JOHN ANDERSON DRIVE, ORMOND BEACH, FL, 32176 | US Mail (1st Class) |

Subtotal for this group: 13