# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 158

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27845 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 27845 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 27845 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 27845 | ATTORNEY GENERAL, MICHAEL A COX, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 27845 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE: IRON MOUNTAIN INFORMATION MGT INC), 155 FEDERAL ST, 9TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 27845 | BAYARD PA, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27845 | BAYARD PA, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27845 | BAYARD PA, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27845 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 27845 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27845 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27845 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27845 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27845 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27845 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27845 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE: QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 27845 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 27845 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 27845 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 27845 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 27845 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE: DDR SE WENDOVER & DULUTH REYNOLDS), 3300 ENTERPRISE PKWY, PO BOX 228042, BEACHWOOD, OH, 44122 | US Mail (1st Class) |
| 27845 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27845 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |

**Exhibit A - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27845 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27845 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 27845 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27845 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27845 | HALPERIN BATTAGLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27845 | HALPERIN BATTAGLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27845 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27845 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27845 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27845 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 27845 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 27845 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27845 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27845 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27845 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27845 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 27845 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 27845 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 27845 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 27845 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 27845 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27845 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), RENAISSANCE ONE, 2 NORTH CENTRAL AVE, PHOENIX, AZ, 85004-2391 | US Mail (1st Class) |
| 27845 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 27845 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 27845 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 27845 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27845 | SEITZ VAN OGTROP & GREEN PA, KEVIN A GUERKE, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 27845 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |
| 27845 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE, 19889 | US Mail (1st Class) |
| 27845 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 27845 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27845 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27845 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: ADVERTISING.COM), 92 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27845 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27845 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 27845 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 27845 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27845 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 74**