# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| SN Liquidation, Inc., et al.[1], | ) Case No. 07-11666-KG |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 395 | NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2008, AT 3:00 P.M. 824 MARKET STREET, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 365 and 367] |
| Docket No. 396 | ORDER APPROVING STIPULATION AMONG DEBTORS, SIMPLEXITY, LLC, ADEPTIO INPC HOLDINGS, LLC AND ALLTEL COMMUNICATIONS, INC. FOR ASSUMPTION, ASSIGNMENT, AND CURE OF CERTAIN AGREEMENTS [Re: Docket No. 392] |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. On February 22, 2008, I caused the above referenced documents to be served on the parties as described below:

///

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A    Service List regarding Docket No. 395
             [Re: those parties who have requested special notice and the Core Group]

Exhibit B    Service List regarding Docket No. 396
             [Re: those parties who have requested special notice and the Core Group]

3.   All parties were served via the modes of service indicated in Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 26, 2008
El Segundo, California

*James H. Myers*

State of California    )
                       )
County of Los Angeles  )

On February 26, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008