IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.,**[1] | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 400
NOTICE OF SECOND AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2008, AT 3:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON. DELAWARE 19801
[Re: Docket Nos. 365 and 367]

Docket No. 401
NOTICE OF DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (11) DEEMING THAT THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT

Docket No. 402
NOTICE OF MOTION

SECOND MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

I, Alex Cedeño, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

2. On February 25, 2008, I caused the above referenced documents to be served on the parties as described below:

Exhibit A   Service List regarding Docket No. 400
[Re: those parties who have requested special notice and the Core Group]

Exhibit B   Service List regarding Docket No. 401 and 402
[Re: those parties who have requested special notice and the Core Group]

Exhibit C   Service List regarding Docket No. 401
- The Affected Parties are referenced in Service List 27903

Exhibit D   Service List regarding Docket No. 402
- The Affected Parties are referenced in Service Lists 27902

3. All parties were served via the modes of service indicated in Exhibits A through D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 27, 2008
El Segundo, California

*Alex Cedeño*
Alex Cedeño

State of California   )
                      )
County of Los Angeles )

On February 27, 2008 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

*James H. Myers*

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

**EXHIBIT A**

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 67

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27899 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), CATALDOP@GSICOMMERCE.COM | E-mail |
| 27899 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE. VALUECLICK INC), TTAN@VALUECLICK.COM | E-mail |
| 27899 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE: IRON MOUNTAIN INFORMATION MGT INC), FFM@BOSTONBUSINESSLAW.COM | E-mail |
| 27899 | BAYARD PA, ERIC M SUTTY, (RE· CO-COUNSEL TO DEBTOR), ESUTTY@BAYARDFIRM.COM | E-mail |
| 27899 | BAYARD PA, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), MAUGUSTINE@BAYARDFIRM.COM | E-mail |
| 27899 | BAYARD PA, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), NGLASSMAN@BAYARDFIRM.COM | E-mail |
| 27899 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), NOTICES@BECKET-LEE.COM | E-mail |
| 27899 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), LSCHWAB@BBSLAW.COM | E-mail |
| 27899 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), PCOSTELLO@BBSLAW.COM | E-mail |
| 27899 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), STEVEN.WILAMOWSKY@BINGHAM.COM | E-mail |
| 27899 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), FATELL@BLANKROME COM | E-mail |
| 27899 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE. GSI COMMERCE SOLUTIONS), SHAPIRO-JC@BLANKROME.COM | E-mail |
| 27899 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), DEBAECKE@BLANKROME COM | E-mail |
| 27899 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE· CELLCO PARTNERSHIP/VERIZON), KELBON@BLANKROME.COM | E-mail |
| 27899 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), KKELLER@CAMLEV.COM | E-mail |
| 27899 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), MESKIN@CAMLEV.COM | E-mail |
| 27899 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, DLEMAY@CHADBOURNE.COM | E-mail |
| 27899 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, SROSEN@CB-SHEA.COM | E-mail |
| 27899 | DELAWARE SECRETARY OF STATE, DOSDOC_WEB@STATE.DE US | E-mail |
| 27899 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, EMANUEL MARINO@STATE.DE.US | E-mail |
| 27899 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE: DDR SE WENDOVER & DULUTH REYNOLDS), ECOTTON@DDRC COM | E-mail |
| 27899 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE· DEBTOR), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 27899 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), THOMAS.CALIFANO@DLAPIPER.COM | E-mail |
| 27899 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), VINCENT.ROLDAN@DLAPIPER.COM | E-mail |
| 27899 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), MSALZBERG@FOLEY COM | E-mail |
| 27899 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, ATORGOVE@AGIO.COM | E-mail |
| 27899 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, JCOHEN@AGIO COM | E-mail |
| 27899 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, DOFLANAGAN@AGIO.COM | E-mail |
| 27899 | HALPERIN BATTAGLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE. MFORCE COMMUNICATIONS INC), CBATTAGLIA@HALPERINLAW.NET | E-mail |
| 27899 | HALPERIN BATTAGLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS INC), EROSE@HALPERINLAW.NET | E-mail |
| 27899 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE· MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27899 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27899 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 27899 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), PROSENBLATT@KILPATRICKSTOCKTON.COM | E-mail |
| 27899 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), TMEYERS@KILPATRICKSTOCKTON.COM | E-mail |
| 27899 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), ASATHY@KIRKLAND.COM | E-mail |
| 27899 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), JSCHOENFELD@KIRKLAND COM | E-mail |
| 27899 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE. ADEPTIO INPC FUNDING LLC), DAGAY@KIRKLAND.COM | E-mail |
| 27899 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), BANKRUPTCYECF@KLGATES.COM | E-mail |
| 27899 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE. AMAZON SERVICES LLC), MARC BARRECA@KLGATES COM | E-mail |
| 27899 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), LOIZIDES@LOIZIDES.COM | E-mail |
| 27899 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), DSWAN@MCGUIREWOODS.COM | E-mail |
| 27899 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), BFALLON@MORRISJAMES.COM | E-mail |
| 27899 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), JGITTO@NIXONPEABODY.COM | E-mail |
| 27899 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, RICHARD.SCHEPACARTER@USDOJ.GOV | E-mail |
| 27899 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), CGUASTEL@QUARLES.COM | E-mail |
| 27899 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), CSPRINGER@REEDSMITH.COM | E-mail |
| 27899 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), KGWYNNE@REEDSMITH.COM | E-mail |
| 27899 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), RSIMONS@REEDSMITH.COM | E-mail |
| 27899 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, SCHRAGEP@SEC.GOV | E-mail |
| 27899 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, CFLETTERS@SEC.GOV | E-mail |
| 27899 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), DCOYLE@SLK-LAW.COM | E-mail |
| 27899 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), KMILLER@SKFDELAWARE.COM | E-mail |
| 27899 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, ELLEN.SLIGHTS@USDOJ GOV | E-mail |
| 27899 | VERSA CAPITAL MANAGEMENT, INC, GREG SEGALL & PAUL HALPERN, PHALPERN@VERSAFUND COM | E-mail |
| 27899 | VERSA CAPITAL MANAGEMENT, INC, GREG SEGALL & PAUL HALPERN, GLS@VERSAFUND.COM | E-mail |
| 27899 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, PHALPERN@VERSAFUND.COM | E-mail |
| 27899 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, DLORRY@VERSAFUND.COM | E-mail |
| 27899 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: ADVERTISING COM), TSCOBB@VORYS.COM | E-mail |
| 27899 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), TSCOBB@VSSP.COM | E-mail |
| 27899 | W B DONER & COMPANY, KEVIN WEINMAN, KWEINMAN@DONERUS.COM | E-mail |
| 27899 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), DSTEIN@WILENTZ.COM | E-mail |
| 27899 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), FMONACO@WCSR.COM | E-mail |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27899 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), KMANGAN@WCSR.COM | E-mail |
| 27899 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), EMORTON@YCST.COM | E-mail |
| 27899 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), EKOSMOWSKI@YCST.COM | E-mail |
| 27899 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), RBRADY@YCST.COM | E-mail |

**Subtotal for this group: 67**

**EXHIBIT B**

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 49

### Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27900 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 27900 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE. GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 27900 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 27900 | ATTORNEY GENERAL, MICHAEL A COX, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 27900 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE. IRON MOUNTAIN INFORMATION MGT INC), 155 FEDERAL ST, 9TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 27900 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 27900 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27900 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 27900 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE· ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27900 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE· GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27900 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 27900 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27900 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE: QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 27900 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 27900 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 27900 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 27900 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE: DDR SE WENDOVER & DULUTH REYNOLDS), 3300 ENTERPRISE PKWY, PO BOX 228042, BEACHWOOD, OH, 44122 | US Mail (1st Class) |
| 27900 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27900 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE· DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27900 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 27900 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 27900 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27900 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 27900 | HALPERIN BATTABLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27900 | HALPERIN BATTABLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27900 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27900 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE· MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27900 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 27900 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 27900 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 27900 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27900 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 27900 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27900 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 27900 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 27900 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 27900 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 27900 | QUARLES & BRADY LLP, CATHERINE M GUASTELLO ESQ, (RE: DFS SERVICES LLC), RENAISSANCE ONE, 2 NORTH CENTRAL AVE, PHOENIX, AZ, 85004-2391 | US Mail (1st Class) |
| 27900 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 27900 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 27900 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 27900 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 27900 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |
| 27900 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27900 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 27900 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: ADVERTISING COM), 92 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27900 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 27900 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 27900 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |

**Subtotal for this group: 49**

# EXHIBIT C

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
**Total number of parties: 18**

### Exhibit C - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27903 | ALBAN TRACTOR CO. INC., PO BOX 64251, BALTIMORE, MD, 21264 | US Mail (1st Class) |
| 27903 | AWS CONVERGENCE (WEATHERBUG), 2-6 METROPOLITAN COURT, GAITHERSBURG, MD, 20878 | US Mail (1st Class) |
| 27903 | BEVOCAL, INC., PO BOX 120252, DALLAS, TX, 75312-0252 | US Mail (1st Class) |
| 27903 | BRG PROPERTIES LTD AGENT, SUITE 150, 770 TOWNSHIP LINE RD, YARDLEY, PA, 19067 | US Mail (1st Class) |
| 27903 | CBIZ BENISOURCE, 310 FIRST STREET SUITE600, ROANOKE, VA, 24011 | US Mail (1st Class) |
| 27903 | COLVIN RUN PARTNERS, LLC, PO BOX 994, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 27903 | COMERICA MERCHANT SERVICES, C/O GLOBAL PAYMENTS DIRECT INC, 10 GLENLAKE PARKWAY NORTH TOWER, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 27903 | INBOXER INC, 200 BAKER AVE, SUITE 101, CONCORD, MA, 01742 | US Mail (1st Class) |
| 27903 | INSTANT SERVICE, SUITE 401, 600 UNIVERSITY, SEATTLE, WA, 98101-1197 | US Mail (1st Class) |
| 27903 | INTERNAP NETWORK SERVICES, BOX 200111, PITTSBURGH, PA, 15251-0111 | US Mail (1st Class) |
| 27903 | IRONPORT SYSTEMS, 950 ELM AVE, SAN BRUNO, CA, 94066 | US Mail (1st Class) |
| 27903 | NEW BOSTON MANAGEMENT SERVICES, INC, JILL CHAIRES, PROPERTY MANAGER, 1801 MCCORMICK DRIVE, UPPER MARLBORO, MD, 20774 | US Mail (1st Class) |
| 27903 | QUEST SOFTWARE, INC , PO BOX 51739, LOS ANGELES, CA, 90051-6039 | US Mail (1st Class) |
| 27903 | RECEIVABLE MANAGEMENT SERVICES CORP, PO BOX 951762, CLEVELAND, OH, 44193 | US Mail (1st Class) |
| 27903 | SUMTOTAL SYSTEMS, INC , PO BOX 39000, DEPT: 33771, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 27903 | SUNRISE CAMPUS INVESTORS, LLC, C/O BPG PROPERTIES, LTD, 11130 SUNRISE VALLEY DR , STE 100, RESTON, VA, 20191 | US Mail (1st Class) |
| 27903 | TRUSTE RENEWAL, SUITE 270, 685 MARKET ST., SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 27903 | VISION SERVICE PLAN, PO BOX 60000, FILE #73785, SAN FRANCISCO, CA, 94160-3785 | US Mail (1st Class) |

**Subtotal for this group: 18**

**EXHIBIT D**

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 79

### Exhibit D - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27902 | 1-800 COMMUNICATIONS, 550 W OLD COUNTRY RD, SUITE 408, HICKSVILLE, NY, 11801 | US Mail (1st Class) |
| 27902 | 1-800MOBILES.COM, 264 W 40TH ST, 14TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 27902 | 2WAY GADGETS COM, PO BOX 691422, TULSA, OK, 74169 | US Mail (1st Class) |
| 27902 | 5LINX ENTERPRISES INC, 50 METHODIST HILL DR, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 27902 | A2ZCELLS.COM, SOBY JOSEPH, 3102 GREEN GATE WAY, CONYERS, GA, 30013 | US Mail (1st Class) |
| 27902 | ACCURINT, PO BOX 7247-6157, ACCOUNTS RECEIVABLE, PHILADELPHIA, PA, 19170-6157 | US Mail (1st Class) |
| 27902 | AJ INTERACTIVE, ASK JEEVES INC, DEPT 33187, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 27902 | ALISA PETERS (WORLDMALLTV), 1528 W TUDOR ST, RIALTO, CA, 92377 | US Mail (1st Class) |
| 27902 | ATC AGENCY SERVICES LLC, ATTN: MICHELLE FALLON, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 27902 | BROECH CORP D/B/A TUSC, BOX 5940, DEPARTMENT 20-1041, CAROL STREAM, IL, 60197-5940 | US Mail (1st Class) |
| 27902 | BRUNSON TONY, 3653 TIMBERGLEN RD, #334, DALLAS, TX, 75287 | US Mail (1st Class) |
| 27902 | BUCHANAN INGERSOLL & ROONEY PC, (RE: YELLOW PAGE AUTHORITY), PETER J DUHIG, THE BRANDYWINE BUILDING, 1000 N WEST STREET, STE 1410, WILMINGTON, DE, 19801-1054 | US Mail (1st Class) |
| 27902 | BUENA VISTA INTERNET GROUP, C/O LAURENCE J SHAPRIO EXEC VP, 500 SOUTH BUENA VISTA ST, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27902 | CAREERBUILDER INC SUBLESSEE, PARKRIDGE CENTER 1ST AND 2ND FLOORS, 10780-10790 PARKRIDGE BLVD, RESTON, VA, 20191 | US Mail (1st Class) |
| 27902 | CELLPHONE STREET, 217 ILONA CT, STAFFORD, VA, 22554 | US Mail (1st Class) |
| 27902 | CLEVELAND 6 LLC, 1305 STONEY RUN TRAIL, CLEVELAND, OH, 44147 | US Mail (1st Class) |
| 27902 | CMEDIA PHILADELPHIA LLC, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 27902 | CMR MARKETING, PO BOX 3219, HUTCHINSON, KS, 67504 | US Mail (1st Class) |
| 27902 | CODOVA, 633 W ARROW HIGHWAY, SAN DIMAS, CA, 91773 | US Mail (1st Class) |
| 27902 | COMCAST SPOTLIGHT, COMCAST SPOTLIGHT- SF BAY, 755 SANSOME ST 5TH FLOOR, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 27902 | CORPORATE WIRELESS GROUP INC, 850 MEADOWVIEW CROSSING, SUITE 5, WEST CHICAGO, IL, 60185 | US Mail (1st Class) |
| 27902 | CRAZY WIRELESS OFFERS, 321 N CENTRAL EXPRESSWAY, SUITE 250, MCKINNEY, TX, 75070 | US Mail (1st Class) |
| 27902 | CREATIVE LOGISTICS SOLUTIONS, INC, SUITE ONE, 2135 ESPEY COURT, CROFTON, MD, 21114-2442 | US Mail (1st Class) |
| 27902 | DC CELLULAR, 51 DOLPHIN COVE QUAY, STAMFORD, CT, 06902 | US Mail (1st Class) |
| 27902 | DELAGE LANDEN FINANCIAL SERVICES INC, 1111 OLD EAGLE SCHOOL RD, WAYNE, PA, 19087 | US Mail (1st Class) |
| 27902 | DESERTSOFT, SUITE #1-645, 16845 N 29TH AVE, PHOENIX, AZ, 85053 | US Mail (1st Class) |
| 27902 | DOUG BROWER, UNIT 201, 706 COPPERLINE DRIVE, CHAPEL HILL, NC, 27516 | US Mail (1st Class) |
| 27902 | DOUG BROWER, SUITE 600, 1010 WISCONSIN AVENUE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 27902 | EASY CALL COMMUNICATIONS, PO BOX 11093, OLYMPIA, WA, 98508 | US Mail (1st Class) |
| 27902 | EDEALWORLD INC, 3607 S VILLAGE DR, AVENEL, NJ, 07001 | US Mail (1st Class) |
| 27902 | ENGLISH CARRIER, 1614 PALACE COURT, VALRICO, FL, 33594 | US Mail (1st Class) |
| 27902 | EU SERVICES MAILING DIVISION, PO BOX 17164, BALTIMORE, MD, 21297-1164 | US Mail (1st Class) |
| 27902 | EURO RSCG DIRECT RESPONSE LLC, 1808 ASTON AVE, SUITE 150, CARLSBAD, CA, 92008 | US Mail (1st Class) |
| 27902 | EXCESS REVENUE INC, 4547 26TH AVE SW, CALGARY, AB, T3E 0P8 CANADA | US Mail (1st Class) |
| 27902 | EXPERIAN, DEPARTMENT 1971, LOS ANGELES, CA, 90088-1971 | US Mail (1st Class) |
| 27902 | FAITH ENTERPRISES LLC, 906 W BROADWAY, WEST PLAINS, MO, 65775 | US Mail (1st Class) |
| 27902 | FIVESTAR ADVERTISING INC, 1600 NEW HIGHWAY, SUITE #2, FARMINGDALE, NY, 11735 | US Mail (1st Class) |
| 27902 | FREE STUFF CENTRAL, 8501 VOIGT, GOSS ILE, MI, 48138 | US Mail (1st Class) |
| 27902 | GEEKS, 1890 ORD WAY, OCEANSIDE, CA, 92056 | US Mail (1st Class) |

## Exhibit D - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27902 | HOW STUFF WORKS INC, 1 CAPITAL CITY PLAZA STE 1500, 3350 PEACHTREE RD, ATLANTA, GA, 30326 | US Mail (1st Class) |
| 27902 | INTERNET SERVICES CORPORATION, 1300 ALTURA RD, FT MILL, SC, 29708 | US Mail (1st Class) |
| 27902 | KANDU INCORPORATED, 8357 NW 28TH ST, ANKENY, IA, 50021 | US Mail (1st Class) |
| 27902 | KBK MARKETING, 967 LINDEN LANE, TOLEDO, OH, 43615 | US Mail (1st Class) |
| 27902 | KENNETH LANDRY, SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 27902 | KRIEG DEVAULT LLP, (RE: YELLOW PAGE AUTHORITY), JEFFREY M MONBERG, 5231 HOHMAN AVENUE, HAMMOND, IN, 46320 | US Mail (1st Class) |
| 27902 | LEADDRIVE LLC, 424 DISCOVERY CIRCLE, UNIT A, VIRGINIA BEACH, VA, 23451 | US Mail (1st Class) |
| 27902 | LINKSHARE CORPORATION, 215 PARK AVE S, NEW YORK, NY, 10003 | US Mail (1st Class) |
| 27902 | LONGEVITY INSTITUTE LLC, 14001 63RD WAY N, CLEARWATER, FL, 33760 | US Mail (1st Class) |
| 27902 | LOWERMYPAYMENT.COM, 48 AIKEN ST, SUITE L, NORWALK, CT, 06850 | US Mail (1st Class) |
| 27902 | MICROSOFT LICENSING, GP, DEPT. 842467, 1401 ELM ST, 5TH FLOOR, DALLAS, TX, 75202 | US Mail (1st Class) |
| 27902 | MY BROOKLYNCOM / EZ WIRELESS, 9730 SEAVIEW AVE, BROOKLYN, NY, 11236 | US Mail (1st Class) |
| 27902 | PETER LYNCH, 52 BEECHES ROAD, PO BOX 1299, PICTOU, NS, B0K 1H0 CANADA | US Mail (1st Class) |
| 27902 | PRODUCTION WEST INC, 2747 ENTEPRISE AVE, SUITE 5, BILLINGS, MT, 59102 | US Mail (1st Class) |
| 27902 | QUALUTION SYSTEMS INC, SUITE 290, 28720 ROADSIDE DR, AGOURA HILLS, CA, 91301 | US Mail (1st Class) |
| 27902 | QUICKPROMO LLC, 3901 CHANTILLY DR, SUITE W, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 27902 | RESULT SERVICES 2000, 15212 FLORIST CIRCLE, ST PAUL, MN, 55124 | US Mail (1st Class) |
| 27902 | RMD MEDIA GROUP, B3-1410 PARKWAY BLVD #16, COQUITLAM, BC, V3E 3J7 CANADA | US Mail (1st Class) |
| 27902 | SAMM, 13206 TUTTLEBEE CT, CHARLOTTE, NC, 28273 | US Mail (1st Class) |
| 27902 | SKO-BRENNER AMERICAN, 841 MERRICK ROAD CS9320, BALDWIN, NY, 11510-9320 | US Mail (1st Class) |
| 27902 | SPECTRAWIDE INC, 1418 GARDENIA ST, IRVING, TX, 75063 | US Mail (1st Class) |
| 27902 | SRK INVESTMENT, 6925 E 5TH AVE, SUITE B, SCOTTSDALE, AZ, 85251 | US Mail (1st Class) |
| 27902 | STRATEGIC PROMOTIONS INC, 106 FOUR SEASONS, SUITE 101, ST LOUIS, MO, 63017 | US Mail (1st Class) |
| 27902 | SUN MAINTENANCE, C/O TRIDENT COMPUTER RESOURCES, INC., 151 INDUSTRIAL WAY EAST, BLDG A, EATONTOWN, NJ, 07724 | US Mail (1st Class) |
| 27902 | TECH GURU INC, 4728 HILLSIDE AVE, NORCO, CA, 92860 | US Mail (1st Class) |
| 27902 | THE CONSUMER BRIDGE, 706 CHARCOAL AVE, MIDDLEBURY, CT, 06762 | US Mail (1st Class) |
| 27902 | TIBURON MARKETING CORP, 602 KILBURN RD, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 27902 | TIGERDIRECT, C/O SYX SERVICES, PO BOX 449001, MIAMI, FL, 33144-9001 | US Mail (1st Class) |
| 27902 | US CELLULAR, 8410 W BRYN MAWR AVE, CHICAGO, IL, 60631 | US Mail (1st Class) |
| 27902 | USB PLUS, 1530 S SW LOOP 323, SUITE 113, TYLER, TX, 75701 | US Mail (1st Class) |
| 27902 | VENDARE MEDIA CORP, C/O FIRST COMMUNITY FINANCIAL CORP, PHOENIX, AZ, 85011-6006 | US Mail (1st Class) |
| 27902 | VENDARENETBLUE, PO BOX 201984, DALLAS, TX, 75320-1984 | US Mail (1st Class) |
| 27902 | VENTURE MOBILE LLC, 15 FLAMINGO CIRCLE, WALPOLE, MA, 02081 | US Mail (1st Class) |
| 27902 | VERIZON, PO BOX 920041, DALLAS, TX, 75392-0041 | US Mail (1st Class) |
| 27902 | VERIZON, 180 WASHINTON VALLEY RD, BEDMINSTER, NJ, 07921 | US Mail (1st Class) |
| 27902 | VIRGINIA AIR & FACILITIES SERVICES, PO BOX 5207, HERNDON, VA, 20170-5207 | US Mail (1st Class) |
| 27902 | WASTE MANAGEMENT OF MARYLAND, P O.BOX 13648, PHILADELPHIA, PA, 19101-3648 | US Mail (1st Class) |
| 27902 | WIRELESS PLANS, 100 VIA KATRINA, THOUSAND OAKS, CA, 91320 | US Mail (1st Class) |
| 27902 | YELLOW PAGE AUTHORITY, 8940 W 192ND ST, SUITE D, MOKENA, IL, 60448 | US Mail (1st Class) |
| 27902 | YOU NEVER CALL INC, 5967 W 3RD ST, #307, LOS ANGELES, CA, 90036 | US Mail (1st Class) |

**Subtotal for this group: 79**