# EXHIBIT C

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Total number of parties: 18**

## Exhibit C - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27903 | ALBAN TRACTOR CO. INC., PO BOX 64251, BALTIMORE, MD, 21264 | US Mail (1st Class) |
| 27903 | AWS CONVERGENCE (WEATHERBUG), 2-6 METROPOLITAN COURT, GAITHERSBURG, MD, 20878 | US Mail (1st Class) |
| 27903 | BEVOCAL, INC., PO BOX 120252, DALLAS, TX, 75312-0252 | US Mail (1st Class) |
| 27903 | BRG PROPERTIES LTD AGENT, SUITE 150, 770 TOWNSHIP LINE RD, YARDLEY, PA, 19067 | US Mail (1st Class) |
| 27903 | CBIZ BENISOURCE, 310 FIRST STREET SUITE600, ROANOKE, VA, 24011 | US Mail (1st Class) |
| 27903 | COLVIN RUN PARTNERS, LLC, PO BOX 994, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 27903 | COMERICA MERCHANT SERVICES, C/O GLOBAL PAYMENTS DIRECT INC, 10 GLENLAKE PARKWAY NORTH TOWER, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 27903 | INBOXER INC, 200 BAKER AVE, SUITE 101, CONCORD, MA, 01742 | US Mail (1st Class) |
| 27903 | INSTANT SERVICE, SUITE 401, 600 UNIVERSITY, SEATTLE, WA, 98101-1197 | US Mail (1st Class) |
| 27903 | INTERNAP NETWORK SERVICES, BOX 200111, PITTSBURGH, PA, 15251-0111 | US Mail (1st Class) |
| 27903 | IRONPORT SYSTEMS, 950 ELM AVE, SAN BRUNO, CA, 94066 | US Mail (1st Class) |
| 27903 | NEW BOSTON MANAGEMENT SERVICES, INC, JILL CHAIRES, PROPERTY MANAGER, 1801 MCCORMICK DRIVE, UPPER MARLBORO, MD, 20774 | US Mail (1st Class) |
| 27903 | QUEST SOFTWARE, INC , PO BOX 51739, LOS ANGELES, CA, 90051-6039 | US Mail (1st Class) |
| 27903 | RECEIVABLE MANAGEMENT SERVICES CORP, PO BOX 951762, CLEVELAND, OH, 44193 | US Mail (1st Class) |
| 27903 | SUMTOTAL SYSTEMS, INC , PO BOX 39000, DEPT: 33771, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 27903 | SUNRISE CAMPUS INVESTORS, LLC, C/O BPG PROPERTIES, LTD, 11130 SUNRISE VALLEY DR , STE 100, RESTON, VA, 20191 | US Mail (1st Class) |
| 27903 | TRUSTE RENEWAL, SUITE 270, 685 MARKET ST., SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 27903 | VISION SERVICE PLAN, PO BOX 60000, FILE #73785, SAN FRANCISCO, CA, 94160-3785 | US Mail (1st Class) |

**Subtotal for this group: 18**