# EXHIBIT D

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 79

### Exhibit D - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27902 | 1-800 COMMUNICATIONS, 550 W OLD COUNTRY RD, SUITE 408, HICKSVILLE, NY, 11801 | US Mail (1st Class) |
| 27902 | 1-800MOBILES.COM, 264 W 40TH ST, 14TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 27902 | 2WAY GADGETS COM, PO BOX 691422, TULSA, OK, 74169 | US Mail (1st Class) |
| 27902 | 5LINX ENTERPRISES INC, 50 METHODIST HILL DR, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 27902 | A2ZCELLS.COM, SOBY JOSEPH, 3102 GREEN GATE WAY, CONYERS, GA, 30013 | US Mail (1st Class) |
| 27902 | ACCURINT, PO BOX 7247-6157, ACCOUNTS RECEIVABLE, PHILADELPHIA, PA, 19170-6157 | US Mail (1st Class) |
| 27902 | AJ INTERACTIVE, ASK JEEVES INC, DEPT 33187, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 27902 | ALISA PETERS (WORLDMALLTV), 1528 W TUDOR ST, RIALTO, CA, 92377 | US Mail (1st Class) |
| 27902 | ATC AGENCY SERVICES LLC, ATTN: MICHELLE FALLON, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 27902 | BROECH CORP D/B/A TUSC, BOX 5940, DEPARTMENT 20-1041, CAROL STREAM, IL, 60197-5940 | US Mail (1st Class) |
| 27902 | BRUNSON TONY, 3653 TIMBERGLEN RD, #334, DALLAS, TX, 75287 | US Mail (1st Class) |
| 27902 | BUCHANAN INGERSOLL & ROONEY PC, (RE: YELLOW PAGE AUTHORITY), PETER J DUHIG, THE BRANDYWINE BUILDING, 1000 N WEST STREET, STE 1410, WILMINGTON, DE, 19801-1054 | US Mail (1st Class) |
| 27902 | BUENA VISTA INTERNET GROUP, C/O LAURENCE J SHAPRIO EXEC VP, 500 SOUTH BUENA VISTA ST, BURBANK, CA, 91521 | US Mail (1st Class) |
| 27902 | CAREERBUILDER INC SUBLESSEE, PARKRIDGE CENTER 1ST AND 2ND FLOORS, 10780-10790 PARKRIDGE BLVD, RESTON, VA, 20191 | US Mail (1st Class) |
| 27902 | CELLPHONE STREET, 217 ILONA CT, STAFFORD, VA, 22554 | US Mail (1st Class) |
| 27902 | CLEVELAND 6 LLC, 1305 STONEY RUN TRAIL, CLEVELAND, OH, 44147 | US Mail (1st Class) |
| 27902 | CMEDIA PHILADELPHIA LLC, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 27902 | CMR MARKETING, PO BOX 3219, HUTCHINSON, KS, 67504 | US Mail (1st Class) |
| 27902 | CODOVA, 633 W ARROW HIGHWAY, SAN DIMAS, CA, 91773 | US Mail (1st Class) |
| 27902 | COMCAST SPOTLIGHT, COMCAST SPOTLIGHT- SF BAY, 755 SANSOME ST 5TH FLOOR, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 27902 | CORPORATE WIRELESS GROUP INC, 850 MEADOWVIEW CROSSING, SUITE 5, WEST CHICAGO, IL, 60185 | US Mail (1st Class) |
| 27902 | CRAZY WIRELESS OFFERS, 321 N CENTRAL EXPRESSWAY, SUITE 250, MCKINNEY, TX, 75070 | US Mail (1st Class) |
| 27902 | CREATIVE LOGISTICS SOLUTIONS, INC, SUITE ONE, 2135 ESPEY COURT, CROFTON, MD, 21114-2442 | US Mail (1st Class) |
| 27902 | DC CELLULAR, 51 DOLPHIN COVE QUAY, STAMFORD, CT, 06902 | US Mail (1st Class) |
| 27902 | DELAGE LANDEN FINANCIAL SERVICES INC, 1111 OLD EAGLE SCHOOL RD, WAYNE, PA, 19087 | US Mail (1st Class) |
| 27902 | DESERTSOFT, SUITE #1-645, 16845 N 29TH AVE, PHOENIX, AZ, 85053 | US Mail (1st Class) |
| 27902 | DOUG BROWER, UNIT 201, 706 COPPERLINE DRIVE, CHAPEL HILL, NC, 27516 | US Mail (1st Class) |
| 27902 | DOUG BROWER, SUITE 600, 1010 WISCONSIN AVENUE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 27902 | EASY CALL COMMUNICATIONS, PO BOX 11093, OLYMPIA, WA, 98508 | US Mail (1st Class) |
| 27902 | EDEALWORLD INC, 3607 S VILLAGE DR, AVENEL, NJ, 07001 | US Mail (1st Class) |
| 27902 | ENGLISH CARRIER, 1614 PALACE COURT, VALRICO, FL, 33594 | US Mail (1st Class) |
| 27902 | EU SERVICES MAILING DIVISION, PO BOX 17164, BALTIMORE, MD, 21297-1164 | US Mail (1st Class) |
| 27902 | EURO RSCG DIRECT RESPONSE LLC, 1808 ASTON AVE, SUITE 150, CARLSBAD, CA, 92008 | US Mail (1st Class) |
| 27902 | EXCESS REVENUE INC, 4547 26TH AVE SW, CALGARY, AB, T3E 0P8 CANADA | US Mail (1st Class) |
| 27902 | EXPERIAN, DEPARTMENT 1971, LOS ANGELES, CA, 90088-1971 | US Mail (1st Class) |
| 27902 | FAITH ENTERPRISES LLC, 906 W BROADWAY, WEST PLAINS, MO, 65775 | US Mail (1st Class) |
| 27902 | FIVESTAR ADVERTISING INC, 1600 NEW HIGHWAY, SUITE #2, FARMINGDALE, NY, 11735 | US Mail (1st Class) |
| 27902 | FREE STUFF CENTRAL, 8501 VOIGT, GOSS ILE, MI, 48138 | US Mail (1st Class) |
| 27902 | GEEKS, 1890 ORD WAY, OCEANSIDE, CA, 92056 | US Mail (1st Class) |

**Exhibit D - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27902 | HOW STUFF WORKS INC, 1 CAPITAL CITY PLAZA STE 1500, 3350 PEACHTREE RD, ATLANTA, GA, 30326 | US Mail (1st Class) |
| 27902 | INTERNET SERVICES CORPORATION, 1300 ALTURA RD, FT MILL, SC, 29708 | US Mail (1st Class) |
| 27902 | KANDU INCORPORATED, 8357 NW 28TH ST, ANKENY, IA, 50021 | US Mail (1st Class) |
| 27902 | KBK MARKETING, 967 LINDEN LANE, TOLEDO, OH, 43615 | US Mail (1st Class) |
| 27902 | KENNETH LANDRY, SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 27902 | KRIEG DEVAULT LLP, (RE: YELLOW PAGE AUTHORITY), JEFFREY M MONBERG, 5231 HOHMAN AVENUE, HAMMOND, IN, 46320 | US Mail (1st Class) |
| 27902 | LEADDRIVE LLC, 424 DISCOVERY CIRCLE, UNIT A, VIRGINIA BEACH, VA, 23451 | US Mail (1st Class) |
| 27902 | LINKSHARE CORPORATION, 215 PARK AVE S, NEW YORK, NY, 10003 | US Mail (1st Class) |
| 27902 | LONGEVITY INSTITUTE LLC, 14001 63RD WAY N, CLEARWATER, FL, 33760 | US Mail (1st Class) |
| 27902 | LOWERMYPAYMENT.COM, 48 AIKEN ST, SUITE L, NORWALK, CT, 06850 | US Mail (1st Class) |
| 27902 | MICROSOFT LICENSING, GP, DEPT. 842467, 1401 ELM ST, 5TH FLOOR, DALLAS, TX, 75202 | US Mail (1st Class) |
| 27902 | MY BROOKLYNCOM / EZ WIRELESS, 9730 SEAVIEW AVE, BROOKLYN, NY, 11236 | US Mail (1st Class) |
| 27902 | PETER LYNCH, 52 BEECHES ROAD, PO BOX 1299, PICTOU, NS, B0K 1H0 CANADA | US Mail (1st Class) |
| 27902 | PRODUCTION WEST INC, 2747 ENTEPRISE AVE, SUITE 5, BILLINGS, MT, 59102 | US Mail (1st Class) |
| 27902 | QUALUTION SYSTEMS INC, SUITE 290, 28720 ROADSIDE DR, AGOURA HILLS, CA, 91301 | US Mail (1st Class) |
| 27902 | QUICKPROMO LLC, 3901 CHANTILLY DR, SUITE W, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 27902 | RESULT SERVICES 2000, 15212 FLORIST CIRCLE, ST PAUL, MN, 55124 | US Mail (1st Class) |
| 27902 | RMD MEDIA GROUP, B3-1410 PARKWAY BLVD #16, COQUITLAM, BC, V3E 3J7 CANADA | US Mail (1st Class) |
| 27902 | SAMM, 13206 TUTTLEBEE CT, CHARLOTTE, NC, 28273 | US Mail (1st Class) |
| 27902 | SKO-BRENNER AMERICAN, 841 MERRICK ROAD CS9320, BALDWIN, NY, 11510-9320 | US Mail (1st Class) |
| 27902 | SPECTRAWIDE INC, 1418 GARDENIA ST, IRVING, TX, 75063 | US Mail (1st Class) |
| 27902 | SRK INVESTMENT, 6925 E 5TH AVE, SUITE B, SCOTTSDALE, AZ, 85251 | US Mail (1st Class) |
| 27902 | STRATEGIC PROMOTIONS INC, 106 FOUR SEASONS, SUITE 101, ST LOUIS, MO, 63017 | US Mail (1st Class) |
| 27902 | SUN MAINTENANCE, C/O TRIDENT COMPUTER RESOURCES, INC., 151 INDUSTRIAL WAY EAST, BLDG A, EATONTOWN, NJ, 07724 | US Mail (1st Class) |
| 27902 | TECH GURU INC, 4728 HILLSIDE AVE, NORCO, CA, 92860 | US Mail (1st Class) |
| 27902 | THE CONSUMER BRIDGE, 706 CHARCOAL AVE, MIDDLEBURY, CT, 06762 | US Mail (1st Class) |
| 27902 | TIBURON MARKETING CORP, 602 KILBURN RD, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 27902 | TIGERDIRECT, C/O SYX SERVICES, PO BOX 449001, MIAMI, FL, 33144-9001 | US Mail (1st Class) |
| 27902 | US CELLULAR, 8410 W BRYN MAWR AVE, CHICAGO, IL, 60631 | US Mail (1st Class) |
| 27902 | USB PLUS, 1530 S SW LOOP 323, SUITE 113, TYLER, TX, 75701 | US Mail (1st Class) |
| 27902 | VENDARE MEDIA CORP, C/O FIRST COMMUNITY FINANCIAL CORP, PHOENIX, AZ, 85011-6006 | US Mail (1st Class) |
| 27902 | VENDARENETBLUE, PO BOX 201984, DALLAS, TX, 75320-1984 | US Mail (1st Class) |
| 27902 | VENTURE MOBILE LLC, 15 FLAMINGO CIRCLE, WALPOLE, MA, 02081 | US Mail (1st Class) |
| 27902 | VERIZON, PO BOX 920041, DALLAS, TX, 75392-0041 | US Mail (1st Class) |
| 27902 | VERIZON, 180 WASHINTON VALLEY RD, BEDMINSTER, NJ, 07921 | US Mail (1st Class) |
| 27902 | VIRGINIA AIR & FACILITIES SERVICES, PO BOX 5207, HERNDON, VA, 20170-5207 | US Mail (1st Class) |
| 27902 | WASTE MANAGEMENT OF MARYLAND, P O.BOX 13648, PHILADELPHIA, PA, 19101-3648 | US Mail (1st Class) |
| 27902 | WIRELESS PLANS, 100 VIA KATRINA, THOUSAND OAKS, CA, 91320 | US Mail (1st Class) |
| 27902 | YELLOW PAGE AUTHORITY, 8940 W 192ND ST, SUITE D, MOKENA, IL, 60448 | US Mail (1st Class) |
| 27902 | YOU NEVER CALL INC, 5967 W 3RD ST, #307, LOS ANGELES, CA, 90036 | US Mail (1st Class) |

**Subtotal for this group: 79**