UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In Re:

STAR NUMBER, INC.,

Case No. 07-11670 KG

Chapter 13

Honorable Kevin Gross

Debtor(s).

_____/

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

1. The undersigned, whose address is Cadillac Place, 3030 W. Grand Blvd., Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2. The debtor herein, subsequent to the time of the filing of the petition initiating this case, has become indebted to this claimant in the sum of **$335.03**. The amount claimed is net of all payments, if any, made to date of the attached Sworn Summary of Claims. Interest and penalties continue to accrue pursuant to MCL 205.23(2).

3. The consideration for this debt is as follows: Withholding Tax liability(ies) due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4. This is a request for payment of administrative expenses entitled to priority under 11 USC 507(a)(1).

MICHAEL A. COX
Attorney General

/S/ Deborah Waldmeir
Deborah Waldmeir (P60869)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: February 20, 2008
AG# 2007025583A

Please send payments to:
Department of Treasury/Revenue/AG
P.O. Box 30456
Lansing, MI 48909-7955

| Michigan Department of Treasury<br>4265 (11-04)<br>**Sworn Summary**<br>Issued under federal code, Title XI<br>**Type of Claim: Administrative** | 28905823 | **Case Number:**<br>07-11670 KG<br>**Taxpayer Identification:**<br>5549 | *Page 1 of 1*<br>3206572<br>**Attorney General:**<br>ATTORNEY DETROIT |
|---|---|---|---|
| STAR NUMBER, INC.<br>1010 WISCONSIN AVENUE NW<br>SUITE 600<br>WASHINGTON, DC. 20007 | | **Other Identification:**<br>F   6690   F   5549 | |

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| P697311 | WTH | 01/11/08 | 6690 | 11/8/2007 - 11/30/2007 | * | $317.40 | $15.87 | $1.76 |
| **Debt Codes:**<br>WTH - WITHHOLDING TAX | | | | | | $317.40 | $15.87 | $1.76 |
| | | | | | | **TOTAL CLAIM** | | $335.03 |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature                                                                                                   Date:   01/09/08