# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INPHONIC, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Please take notice that Pennsylvania Manufacturing Indemnity Company and Manufacturing Alliance Insurance Company are creditors or parties-in-interest in the above referenced case and hereby appears by their counsel, Archer & Greiner, A Professional Corporation.  Archer & Greiner enters its appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Archer & Greiner requests that it be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address:

| | |
|---|---|
| John V. Fiorella, Esquire (ID #4330) | Suzanna E. Ellefsen, Esquire |
| Archer & Greiner, P.C. | The PMA Insurance Group |
| 300 Delaware Ave., Suite 1370 | 380 Sentry Parkway |
| Wilmington, DE  19801 | Blue Bell, PA 19422 |
| Telephone No. (302) 777-4350 | Telephone No. (610) 397-5170 |
| Facsimile No. (302) 777-4352 | Facsimile No. (610) 397-5045 |
| E-mail:  jfiorella@archerlaw.com | Suzanna_Ellefsen@pmagroup.com |

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion,

petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceedings referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Pennsylvania Manufacturing Indemnity Company and Manufacturing Alliance Insurance Company's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which Pennsylvania Manufacturing Indemnity Company and Manufacturing Alliance Insurance Company are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 28, 2008

By: /s/ John V. Fiorella
John V. Fiorella, Esquire (No. 4330)
ARCHER & GREINER
A Professional Corporation
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone No. (302) 777-4350
Facsimile No. (302) 777-4352
E-mail: jfiorella@archerlaw.com

## CERTIFICATION OF SERVICE

**PLEASE TAKE NOTICE** that on February 28, 2008, a copy of the Notice of Appearance and Request for Special Notice was served by regular mail upon the following parties:

| | |
|---|---|
| United States Trustee | Daniel A. O'Brien, Esquire |
| 844 King Street | Bayard, P.A. |
| Room 2207 | 222 Delaware Ave., Suite 900 |
| Lockbox No. 35 | Wilmington, DE 19801 |
| Wilmington, DE 19899-0035 | Attorneys for Debtor |

                                                /s/   John V. Fiorella
                                                JOHN V. FIORELLA

3147766v1