## *CERTIFICATE OF SERVICE*

      The undersigned hereby certifies that on February 29, 2008, a copy of *Qualution Systems, Inc.'s Objection to Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code* was served upon the following individuals set forth below upon those parties appearing on the CM/ECF Notice:

<u>Via U.S. First Class Mail</u>
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas R. Califano, Esquire
Vincent J. Roldan, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

                                            /s/ *Patricia P. McGonigle*
                                            _____
                                            PATRICIA P. MCGONIGLE (ID #3126)

62312 v1