## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.* | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline: March 21, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 28, 2008 at 10:00 a.m.** |

### NOTICE OF MOTION

TO:    ALL PARTIES ON THE ATTACHED LIST

PLEASE TAKE NOTICE that the **Motion of Waterfront Center Limited Partnership for Relief From the Automatic Stay to Permit it to Exercise its Right of Setoff** ("Motion") was filed on **February 29, 2008**, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **March 28, 2008 at 10:00 a.m.** before the Honorable Kevin Gross at the Court.

PLEASE TAKE FURTHER NOTICE that you are required to file a response to the Motion on or before **March 21, 2008 at 4:00 p.m.** with the Court.

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by this Court.

PLEASE TAKE FURTHER NOTICE that the attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 29, 2008          CONNOLLY BOVE LODGE & HUTZ LLP

Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

-and-

Stephen A. Bogorad
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Telephone: (202) 955-3000
*Attorneys for Waterfront Center Limited Partnership*

#589111v1