IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket No. _____** |

ORDER GRANTING MOTION OF WATERFRONT CENTER
LIMITED PARTNERSHIP FOR RELIEF FROM THE AUTOMATIC
STAY TO PERMIT IT TO EXERCISE ITS RIGHT OF SETOFF

Upon consideration of the *Motion of Waterfront Center Limited Partnership for Relief From the Automatic Stay to Permit it to Exercise its Right of Setoff* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Waterfront Center Limited Partnership is granted relief from the automatic stay set forth in section 362(a) of the Bankruptcy Code in order to permit it to setoff the Security Deposit[1] against any and all pre-petition claims that it may have against the Debtors under the Lease, including rejection damages.

Dated: _____, 2008          _____
　　　　 Wilmington, Delaware                     United States Bankruptcy Judge

#589107v1

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.