# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

### DECLARATION OF JOSEPH MYERS IN SUPPORT OF MOTION FOR ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE: (I) AUTHORIZING THE EMPLOYMENT OF CLEAR THINKING GROUP LLC AND JOSEPH MYERS AS CHIEF WIND-DOWN OFFICER FOR THE DEBTORS *NUNC PRO TUNC* TO FEBRUARY 21, 2008, AND (II) APPROVING THE APPOINTMENT OF JOSEPH PARDO

Joseph Myers makes this Declaration under 28 U.S.C. § 1746, and states:

1.      I am a Managing Director of Clear Thinking Group LLC ("CTG"), which maintains offices at 401 Towne Centre Dr., Hillsborough, NJ 08844.[1] CTG specializes in, among other things, supplying senior executives on an interim basis to financially troubled companies.

2.      I submit this declaration in support of the Debtors' Motion (the "Motion") for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group LLC and Joseph Myers as Chief Wind-Down Officer for the Debtors *Nunc Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo.[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify competently thereto.

3.      To the best of my knowledge, information and belief, insofar as I have

---

[1] All references in this Motion to the employment and compensation of Mr. Myers are in Mr. Myers' capacity as a Managing Director of CTG as designated by CTG and not in a personal capacity.

[2] The Motion is filed out of an abundance of caution in the event Court approval is required for the Debtors' employment of CTG and Mr. Myers or of the appointment of Mr. Pardo. The Motion should not be construed as an admission that Court approval is required for such employment, appointment or compensation.

{00743031;v1}

been able to ascertain after reasonable inquiry, other than in connection with these cases, neither I, nor CTG, nor any of their managing directors, employees, agents or affiliates, have any connection with the Debtors, their creditors, the United States Trustee, or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants, except as set forth below:

      (a)    CTG is not employed by, and has not been employed by, any entity other than the Debtors in matters related to these chapter 11 cases.

      (b)    From time to time, CTG has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.

      (c)    CTG provides services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases. These unrelated matters involve numerous attorneys, financial advisors and creditors, some of which may be claimants or parties with actual or potential interests in these cases, or may represent such parties.

      (d)    CTG's personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of its business, CTG may engage or be engaged by counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other interested parties in these cases.

      4.    CTG has completed a recent search of its client database for a period including the past five years to determine whether it has had or has any relationships with the following entities (collectively, the "Interested Parties"):

2

(a)    the Debtors and their affiliates;

(b)    the Debtors' directors and officers and certain of their most significant business affiliations, as provided to CTG by the Debtors;

(c)    the Debtors' largest secured creditors, as provided to CTG by the Debtors;

(d)    the Debtors' largest unsecured creditors, as provided to CTG by the Debtors; and

(e)    various other potential parties-in-interest, as identified by the Debtors.

5.    Based on this search, CTG knows of no fact or situation that would represent a conflict of interest for CTG with regard to the Debtors.

6.    CTG submits that it holds no adverse interest as to the matters for which it has been employed by the Debtors. Certain individuals affiliated with CTG may render crisis and interim management services to the Debtors on a part-time basis, while others have been and/or will continue to be engaged full-time. To the extent such individuals are employed on a part-time basis, CTG submits that there are no simultaneous or prospective engagements existing which would constitute a conflict or adverse interest as to the matters for which it has been employed by the Debtors.

7.    CTG is an advisor and crisis manager providing services and advice specifically in the areas of restructuring and distressed debt, including the wind-down of the affairs of Chapter 11 debtors and post-confirmation trusts after the sale of substantially all the debtors' assets. As a result, CTG has performed and may in the future perform services for certain Interested Parties in matters wholly unrelated to these

3

chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders.

      8.    Despite the efforts described above to identify and disclose CTG's connections with parties-in-interest in these cases, because the Debtors have numerous creditors and other relationships, CTG is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if CTG discovers additional information that requires disclosure, CTG will file a supplemental disclosure with the Court.

      9.    CTG reserves the right to supplement this Declaration in the event that CTG discovers any facts bearing on matters described in this Declaration regarding CTG's employment by the Debtors.

      10.    I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

                    Joseph Myers
                    Managing Director

4

{00743031;v1}