# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 12

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27940 | COMERICA BANKING SERVICES AGREEMENT, COMERICA CORPORATE HEADQUARTERS, COMERICA BANK TOWER, 1717 MAIN STREET, DALLAS, TX, 75201 | DHL Overnight |
| 27940 | COMERICA TREASURY MANAGEMENT SVCS, COMERICA CORPORATE HEADQUARTERS, COMERICA BANK TOWER, 1717 MAIN STREET, DALLAS, TX, 75201 | DHL Overnight |

Subtotal for this group: 2