# EXHIBIT B

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27941 | DATAPRISE, 12250 ROCKVILLE PIKE, 2ND FLOOR, ROCKVILLE, MD, 20852 | DHL Overnight |
| 27941 | OFFICE MOVERS, INC ( KANE COMPANY ), 6500 KANE WAY, ELKRIDGE, MD, 21075 | DHL Overnight |
| 27941 | PITNEY BOWES #1833-4203-86-8(GTOWN), WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | DHL Overnight |
| 27941 | PITNEY BOWES GLOBAL FIN SERVICES, ACCT#79, WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | DHL Overnight |
| 27941 | PITNEY BOWES GLOBAL FINANCIAL SVCS, WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | DHL Overnight |
| 27941 | PITNEY BOWES,INC(SUPPLIES INVOICE), ACCT#2, WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | DHL Overnight |
| 27941 | UPS, CORPORATE HEADQUARTERS, 55 GLENLAKE PARKWAY, ATLANTA, GA, 30328 | DHL Overnight |
| 27941 | VERISIGN, WORLDWIDE HEADQUARTERS, 487 MIDDLEFIELD ROAD, MOUNTAIN VIEW, CA, 94043 | DHL Overnight |
| 27941 | VERIZON, VERIZON COMMUNICATIONS, (ACT#000953231154;TEL202-337-0923), 140 WEST STREET, NEW YORK, NY, 10007 | DHL Overnight |
| 27941 | WEBISPHERE, P.O. BOX 352, DILDO, NL, A0B 1P0 CANADA | USPS Express Mail |

Subtotal for this group: 10