# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 21

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27926 | ANDREW BLACK, 6201 WINDHAVEN PKWY, #711, PLANO, TX, 75093 | US Mail (1st Class) |
| 27926 | BARBARA MUNAWEERA, 5911 PAR CIRCLE, HUNTINGTON BEACH, CA, 92649 | US Mail (1st Class) |
| 27926 | DAVID D MOORE, PO BOX 774, PEWEE VALLEY, KY, 40056 | US Mail (1st Class) |
| 27926 | DEBORAH BALDWIN, 635 WILDWOOD LANE, PALO ALTO, CA, 94303 | US Mail (1st Class) |
| 27926 | DEBORAH STAMPER, 2685 CLAY CREEK WAY, ASHLAND, OR, 97520 | US Mail (1st Class) |
| 27926 | GARY DUBAS, 13694 N 78TH AVENUE, PEORIA, AZ, 85381 | US Mail (1st Class) |
| 27926 | GERMAIN, BARBARA, 118 N PRITCHARD, FULLERTON, CA, 92833 | US Mail (1st Class) |
| 27926 | HIARM HALL, PO BOX 1143, FOLSOM, LA, 70437 | US Mail (1st Class) |
| 27926 | KENNETH E BROWN, 2014 E GREENBRIAR LANE, BLOOMINGTON, IN, 47401 | US Mail (1st Class) |
| 27926 | KIMBERLY MILLER, 705 E 1ST STREET, HUNTINGBURG, IN, 47542 | US Mail (1st Class) |
| 27926 | LIHUA MING, 501 BOWER HILL RD, PITTSBURGH, PA, 15228 | US Mail (1st Class) |
| 27926 | MALGORZATA RADECKY, 2615 ANTHONY COURT, EASTON, PA, 18045 | US Mail (1st Class) |
| 27926 | RENA BELLOWS, 218 AZALEA DR, ATOKA, TN, 38004 | US Mail (1st Class) |
| 27926 | ROBERT JAMES, 2209 SANCHEZ DRIVE, CAMARILLO, CA, 93010 | US Mail (1st Class) |
| 27926 | ROBERT TESORO, 14620 DICKENS ST, #26, SHERMAN OAKS, CA, 91403 | US Mail (1st Class) |
| 27926 | RODERICK OLPS, 314 E 7THSTREET, MOSCOW, ID, 83843 | US Mail (1st Class) |
| 27926 | SHARON BURDEN, 54619 OLD BEDFORD TRAIL, MISHAWAKA, IN, 46545 | US Mail (1st Class) |
| 27926 | SONIYA DANIEL, 13870 SW 90TH AVENUE, APT MM 204, MIAMI, FL, 33176 | US Mail (1st Class) |
| 27926 | SUNEETHA MUTHU, 905 PHEASANT RUN, MONMOUTH JUNCTION, NJ, 08852 | US Mail (1st Class) |
| 27926 | SWETHA PURMANDLA, OLD DOMINION UNIVERSITY, 1055 W 48TH STREET, APT #30, NORFOLK, VA, 23508 | US Mail (1st Class) |
| 27926 | WILLIAM AARON JANSON, 555 ROLFE RD, MAOSN, MI, 48854 | US Mail (1st Class) |

Subtotal for this group: 21