U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware  19801
Tel. (302) 573-6491          Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: American LaFrance, LCC

CASE NUMBER: 08-10178 (BLS)

DATE PETITION FILED:1/28/08

TIME OF MEETING: 1:30pm

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 5209, Wilmington, DE 19801

ORIGINAL 341 (a) DATE: 3/3/2008

ADJOURNED 341 (a) DATE: N/A

DEBTORS ATTORNEY (APPEARING): Chris Ward, Esquire, Klehr Harrison

COUNSEL/CRED/COMM. (APPEARING): James Carignan, Esquire
FIRM NAME: Pepper Hamilton

WITNESS (NAME & TITLE): William K. Snyder, CRO

SCHEDULES FILED:    DATE:  2/5/08                              NO (  )

WHY HAVE SCHEDULES NOT BEEN FILED:  N/A

WHEN WILL SCHEDULES BE FILED:  N/A

HAS DEBTOR FILED INTERIM REPORTS:      YES (X )              NO (X )

IF NO, WHY NOT:                 N/A

WERE QUARTERLY FEES EXPLAINED:        YES (X )              NO (X )

/s/ Richard L. Schepacarter
*Richard L. Schepacarter*
Trial Attorney

DATED: March 3, 2008            **CONCLUDED (X )     CONTINUED ( )**

MEETING CONTINUED TO OPEN DATE ( )
MEETING CONTINUED TO SET DATE: N/A