February 26, 2008

Joanna J. Rudisill
329 Main Street
Akron, PA 17501

Dear Clerk of the Court,

I am writing to you in response to the rebates (4) that I submitted which were returned to me last week with the following message:

> "Return to Sender
> Not deliverable as addressed
> Unable to forward"

I went on line to find your address for InPhonics. It said that they have filed a Chapter 11 Bankruptcy claim and this was done in November 2007 and customers would be notified as to what to do for rebates that are owed to them. We have received nothing. I am asking that you direct us as to who will be handling the rebates for the cell phones we purchased. Actually, I thought at the time that we were purchasing the phones directly from AT&T but that is obviously not the case. Please help!!

The address we had instructions to send in the rebates to was:
> "Customer Loyalty mail-in Rebate
> Dept# H37946
> P.O. Box 100542
> White Bear Lake, MN 55110-0542

You can reach me at the address above or e-mail me at strider@dcjazzd.com or telephone 717-859-5647.

Thank you in advance for your help.

Sincerely,

Joanna J. Rudisill