IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION
PURSUANT TO 11 U.S.C. SECTION 365(d)(4) FOR EXTENSION OF TIME PERIOD
WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES
OF NONRESIDENTIAL REAL PROPERTY [DOCKET NO. 389]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to 11 U.S.C. Section 365(d)(4) for Extension of Time Period Within Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property** (the "Motion") [Docket No. 389] filed on February 20, 2008. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 29, 2008.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: March 4, 2008

BAYARD, P.A.

By: /s/ Daniel O'Brien
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

{00752029;v1}

- and -

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:     (212) 335-4500
Facsimile:      (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{00752029;v1}