IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:**

1. Debtors' Motion Pursuant to 11 U.S.C. Section 365(d)(4) for Extension of Time Period Within Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 2/20/08, Docket No. 389]

    Response Deadline:

    February 29, 2008, at 4:00 p.m.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 389 [Filed 3/4/08, Docket No. 421]

    (b) Proposed Order Regarding Docket No. 389

    Response(s) Received:

    None at this time.

{00752025;v1}

Status:

    A certification of no objection has been filed. No hearing is required unless otherwise required by the Court.

Dated: Wilmington, Delaware
March 5, 2008

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

and

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

Counsel for Debtors and Debtors in Possession

2

{00752025;v1}