RICHARD L. RUSHING
115 Deer Path Lane
Paducah, Ky., 42001

U.S. Bankruptcy Court
RECEIVED
MAR 03 2008
Judge_____

SN Liquidation, Inc., etal. F/k/a InPhonic,Inc., etal     February 25, 2008
Care Of BMC Group
P.O. Box 978
El Segundo, CA 90245-0978

Attn: Rebate Dept.

Attached are copies of two original rebate forms I submitted on two cell phones I purchased from WIREFLY on May 9, 2006. The claims were later forwarded to InPhonic and I received correspondence that they had been received at White Bear Lake, MN and were being processed there.

After several months, I followed up on numerous occasions and was told the claim would be paid very soon. I found out late last year that InPhonic had filed for bankruptcy but that the claim would eventually be paid. After speaking to a representative of InPhonic today he told me to visit a certain web site and after viewing that site, I find my name is not on the list of creditors, therefore the reason for writing you.

Please review my claim and let me know if you need additional information. While the form states the claim was filed on May 11, it was actually filed on November 6, 2006.

Please keep me informed as to the progress of these claims. Total due me is $80.00 since two phones were purchased.

Sincerely,

Richard T. Rushing

(270) 442-6367

CC: Honorable Kevin Gross
    US Bankruptcy Court, Dist. Of Delaware
    824 Market St., 3rd Floor, Courtroom 3
    Wilmington, DE, 19801

    Mr. Reed Smith, LLP
    Kurt F. Gwynne
    1201 N. Market St., Suite 1500
    Wilmington, DE., 19801