## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

### NOTICE OF FILING OF AFFIDAVIT OF PUBLICATION

Attached hereto is the Affidavit of Publication of Alison Kauker dated March 3, 2008 (the "Affidavit") regarding the publication of the Notice of Bar Date for Filing Proofs of Claim Against Debtors (the "Notice"). The Notice was filed in the following publications, as indicated in the Affidavit:

1.    The New York Times on February 18, 2008; and

2.    RCR Wireless News on February 18, 2008.

Dated: March 5, 2008

BAYARD, P.A.

By:  _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{00752122;v1}