# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al. | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ____** |

## ORDER APPROVING THE THIRD MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

This matter coming before the Court on the third motion (the "Motion") for an order authorizing the Debtors to reject certain unexpired leases and executory contracts, as provided herein, pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), and the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient, the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it is further

**ORDERED**, that all capitalized terms used, but not defined, herein shall have the meaning provided in the Motion; and it is further

**ORDERED**, that the Debtors are hereby authorized to reject the Rejected

{00751819;v1}

Contracts pursuant to Bankruptcy Code section 365(a) effective as of December 21, 2007; and it is further

**ORDERED**, that upon entry of the Order the relief granted herein shall be effective immediately; and it is further

**ORDERED**, that the Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the rejection of contracts pursuant to the Order.

Dated: March ___, 2008
       Wilmington, Delaware

                                                  The Honorable Kevin Gross
                                                  United States Bankruptcy Judge