IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**\*\*NO MATTERS ARE GOING FORWARD. THE HEARING HAS BEEN CANCELLED\*\***

UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:

1.  Debtors' Motion Pursuant to 11 U.S.C. Section 365(d)(4) for Extension of Time Period Within Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed 2/20/08, Docket No. 389]

    Response Deadline:

    February 29, 2008, at 4:00 p.m.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 389 [Filed 3/4/08, Docket No. 421]

    (b) Proposed Order Regarding Docket No. 389

    **(c) Order [Filed 3/5/08, Docket No. 427]**

    Response(s) Received:

    None at this time.

---

[1] Amended items appear in bold.

{00753475;v1}

Status:

**An order approving this matter has been entered.  No hearing is required.**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 5, 2008 | **BAYARD, P.A.**<br><br>By: *Daniel O'Brien*<br>Neil B. Glassman (No. 2087)<br>Mary E. Augustine (No. 4477)<br>Daniel A. O'Brien (No. 4897)<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>Telephone:    (302) 655-5000<br>Facsimile:     (302) 658-6395<br><br>and<br><br>**DLA PIPER US LLP**<br>Thomas R. Califano<br>Jeremy R. Johnson<br>1251 Avenue of the Americas<br>New York, New York  10020-1104<br>Telephone:    (212) 335-4500<br>Facsimile:     (212) 335-4501<br><br>Counsel for Debtors and Debtors in Possession |