**EXHIBIT A**

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 3

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27969 | AMBIRON TRUSTWARE HOLDINGS, INC., CORPORATE HEADQUARTERS, 70 WEST MADISON STREET, SUITE 1050, CHICAGO, IL, 60602 | DHL Overnight |
| 27969 | AT&T, 1 AT&T WAY, SUITE 412, BEDMINSTER, NJ, 07927 | DHL Overnight |
| 27969 | BRIDGEWATER, ONE GLENDINNING PLACE, WESTPORT, CT, 06880 | DHL Overnight |

Subtotal for this group: 3