## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 7th day of March, 2008, I caused a copy of the **Debtors' Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code Extending the Exclusive Time Periods During which Debtors May File a Chapter 11 Plan or Plans of Reorganization and Solicit Acceptances Thereof** to be served upon the parties listed on the attached service list *via* hand delivery.

*Daniel O'Brien*
Daniel A. O'Brien (No. 4897)

{00755076;v1}

# INPHONIC INC.

## Service List

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington  DE  19801

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington  DE  19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington  DE  19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington  DE  19899-2046

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington  DE  19801
*Adeptio INPC Funding LLC*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington  DE  19801
*Cellco Partnership, Verizon Wireless*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington  DE  19801
*Counsel to the Creditors Committee*

Marla R. Eskin, Esquire
Katheryn S. Keller, Esquire
Campbell & Levine LLC
800 North King Street, Ste. 300
Wilmington  DE  19801
*mForce Communications, Inc.*

Michael D. DeBaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Ste. 800
Wilmington  DE  19801
*GSI Commerce Solutions, Inc.*

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue,
Suite 1501
Wilmington  DE  19801
*T-Mobile USA, Inc.*

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Ste. 1200
Wilmington  DE  19801-1246
*Spanco Telesystems & Solutions*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington  DE  19899-2306
*Sprint Nextel Corporation*

Kevini A. Guerke, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington  DE  19801

# INPHONIC INC.

## Service List

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street
Suite 800
Wilmington   DE   19801
*AT&T*

Kathleen M. Miller, Esquire
Smith Ktzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE   19899
*Alltel Communications, Inc.*

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Fox Rothschild LLP
Citizens Bank Center, Ste. 1300
919 N. Market Street
P.O. Box 2323
Wilmington   DE   19899-2323

William F. Taylor, Esquire
McCarter & English LLP
405 N. King Street
8th Floor
Wilmington   DE   19801

Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 N. West Street, Ste. 1410
Wilmington   DE   19801

Mark D. Collins, Esquire
Jason M. Madron, Esquire
Richards Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington   DE   19801
*USCC Distribution Co., LLC*