# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
Total number of parties: 17

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28000 | ANAND DEVATHA, 2600 LAZY HOLLOW DR, #1206, HOUSTON, TX, 77063 | US Mail (1st Class) |
| 28000 | ANGELA M FIELDS, 4713 RIVER CREST COURT, FREDERICKSBURG, VA, 22408 | US Mail (1st Class) |
| 28000 | CAROLYN R DEHART, 108 RENEE STREET, WEST MONROE, LA, 71292 | US Mail (1st Class) |
| 28000 | CASEY ERICKSON, 4400 TERRY LEE CR, BANNING, CA, 92220 | US Mail (1st Class) |
| 28000 | DANIEL SCALF, 3608 ELLEN DRIVE, INDIANAPOLIS, IN, 46224 | US Mail (1st Class) |
| 28000 | DOREL CATARAMA, 412 JUSTINA, HINSDALE, IL, 60521 | US Mail (1st Class) |
| 28000 | JILL JAHELKA, PO BOX 406, GUALALA, CA, 95445 | US Mail (1st Class) |
| 28000 | JOHN HUFNAGLE, 2 SOUTH BRISA FRESCA DR, SANTA FE, NM, 87506-0101 | US Mail (1st Class) |
| 28000 | LESTER FELDMAN, 5835 NOTTINGHAM DRIVE, OAKLAND, CA, 94611 | US Mail (1st Class) |
| 28000 | LYNDA WILLIAMS, 1 HANSOM DRIVE, MERRIMAC, MA, 01860 | US Mail (1st Class) |
| 28000 | LYNNA CRABB, 467 MURRAY DRIVE, CHOCTAW, OK, 73020 | US Mail (1st Class) |
| 28000 | NANCY HASTINGS, 169 QUINCY ST, BROOKLYN, NY, 11216 | US Mail (1st Class) |
| 28000 | NICOLETTE OFFUTT, 6704 FLYFISH CT, CLINTON, MD, 20735 | US Mail (1st Class) |
| 28000 | VARUN BHALLA, 2086 QUAIL CREEK ROAD, BETHLEHEM, PA, 18017 | US Mail (1st Class) |
| 28000 | VIMAL H VADALIA, 7 DOTHAN CT, GREENVILLE, SC, 29607 | US Mail (1st Class) |
| 28000 | YUHUAN ZHONG, 65-04 175TH STREET, FLUSHING, NY, 11365 | US Mail (1st Class) |
| 28000 | ZHENXIAN PHOMMACHANH, 72 BRIDLE PATH RD, WEST SPRINGFIELD, MA, 01089 | US Mail (1st Class) |

Subtotal for this group: 17