IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline: March 21, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 28, 2008 at 10:00 a.m.** |

## NOTICE OF MOTION

TO:   ALL PARTIES ON THE ATTACHED LIST

PLEASE TAKE NOTICE that the **Motion of RadioShack Corporation for an Order Extending the Deadline by Which Parties Must File Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing** ("Motion") was filed on **March 10, 2008**, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed with the Court on or before **March 21, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel so that it is received by the undersigned counsel on or before **March 21, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court, on **March 28, 2008 at 10:00 a.m.**

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 10, 2008                              CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ signature*
Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

#597286v1                                                 Attorneys for RadioShack Corporation