# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

### AFFIDAVIT OF JAMES B. SPISAK, ESQUIRE

STATE OF TEXAS       )
                     ) SS.
COUNTY OF TARRANT    )

I, James B. Spisak, Esquire, being duly sworn according to law, do hereby depose and say:

1. I am a senior litigation attorney with RadioShack Corporation ("RadioShack"), and have held this position for approximately three years. I am licensed to practice law in the State of Texas.

2. I make this Affidavit in support of RadioShack's Motion for an Order Extending the Deadline by Which Parties Must File Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing ("Motion"). The statements I have made herein are based upon my personal knowledge.

3. Pursuant to the Agreement (as defined in the Motion), the proper address for service upon RadioShack is: 300 RadioShack Circle, Mail Stop EF4-218, Fort Worth, Texas 76102.

4. Neither I nor anyone at RadioShack ever received the Cure Notice (as defined in the Motion). Upon information and belief, the Debtors may have mailed the Cure Notice to RadioShack at RadioShack Circle, Mail Stop EF4-218, Fort Worth, Texas 76102, however, it never arrived at 300 RadioShack Circle. I have searched RadioShack's legal department records including the files related to Inphonic and have not found the Cure Notice. The mail room forwards all legal notices to the legal department where they are reviewed by the lead litigation assistant who then forwards them to the handling attorney. Likewise, other departments in the company who obtain legal notices forward them to the lead litigation assistant who then forwards them to the handling attorney. I have been designated as the handling attorney for all matters relating to the Debtors, and I never saw a copy of the Cure Notice before February 27, 2008. In addition, since February 27, 2008, I have searched all of the legal department's files in order to determine if any such files contained a copy of the Cure Notice, and I was not able to locate a copy of the Cure Notice within all of the legal department's files regarding the Debtors.

5. I first became aware of the Cure Notice when counsel that RadioShack retained on or about February 26, 2008 informed me of the existence of the Cure Notice on or about February 27, 2008.

6. According to RadioShack's books and records, as of March 1, 2008, the Debtors owe RadioShack $556,191.52 under the Agreement.

7. RadioShack did receive a copy of the Held Contracts Notice (as defined in the Motion) on or about January 23, 2008. Upon information and belief, the Held Contracts Notice was also sent to RadioShack Circle, Mail Stop EF4-218, Fort Worth, Texas 76102, and it was mailed by the Debtors on or about January 7, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2008

_____
James B. Spisak

SWORN TO AND SUBSCRIBED before me on the day and year above mentioned.

_____
Notary Public
Printed Name Kimberly M. Bullard
My Commission Expires 12/12/09

KIMBERLY M. BULLARD
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/12/2009

#596364v1

2