IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket No.** _____ |

### ORDER GRANTING MOTION OF RADIOSHACK CORPORATION EXTENDING THE DEADLINE BY WHICH PARTIES MUST FILE OBJECTIONS TO CURE AMOUNTS LISTED IN THE NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING

Upon consideration of the *Motion of RadioShack Corporation for an Order Extending the Deadline by Which Parties Must File Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Cure Deadline[1] is extended in order to allow RadioShack to file its Cure Objection. RadioShack shall file its Cure Objection no later than 4:00 p.m. on _____, 2008, and if RadioShack complies with the foregoing deadline, no parties may object to such Cure Objection on the grounds that it is untimely or has been filed late.

Dated:_____          _____
#597296v1                                    United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Motion.