IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )   **Chapter 11** |
| SN Liquidation, Inc., et al.,[1] | )   **Case No. 07-11666-KG** |
| | )   (Jointly Administered) |
| Debtors. | ) |
| | ) |

**AFFIDAVIT OF SERVICE RE:**

| | |
|---|---|
| Docket No. 422 | NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket No. 389]<br><br>NOTICE OF ELECTRONIC FILING |
| Docket No. 425 | NOTICE (SECOND) OF DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (II) DEEMING THAT THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT<br><br>NOTICE OF ELECTRONIC FILING |
| Docket No. 426 | NOTICE OF MOTION<br><br>THIRD MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE<br><br>[PROPOSED] ORDER APPROVING THE THIRD MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE |

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

NOTICE OF ELECTRONIC FILING

| | |
|---|---|
| Docket No. 427 | ORDER GRANTING DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 365(d)(4) FOR EXTENSION OF TIME PERIOD WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY [Re: Docket No. 389] |
| Docket No. 428 | NOTICE OF *AMENDED* AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR, WILMINGTON, DELAWARE 19801 [Re: Docket Nos. 389 and 422] |

NOTICE OF ELECTRONIC FILING

I, Yvette Knopp, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2. I caused the above referenced documents to be served on the parties as described below. Except as noted in Exhibit D, all parties were served on March 5, 2008:

| | |
|---|---|
| Exhibit A | Docket Nos. 422 and 428 were served on<br>• Those parties who have requested special notice and the Core Group together referenced as Service Lists 28011 and 28037<br>• The Affected Parties referenced in Service List 28012 |
| Exhibit B | Docket Nos. 425, 426 and 427 were served on<br>• Those parties who have requested special notice and the Core Group together referenced as Service List 28027 |
| Exhibit C | Contracted Parties Service List regarding Docket No. 425 |
| Exhibit D | Counter Contracted Parties Service Lists regarding Docket No. 426 |

3.  All parties were served via the modes indicated in Exhibits A through D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 10, 2008
El Segundo, California

_Yvette Knopp_

State of California    )
                       )
County of Los Angeles  )

On March 10, 2008 before me, James H. Myers, a Notary Public, personally appeared Yvette Knopp, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_James H. Myers_

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009