# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 170

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28037 | ARCHER & GREINER PC, JOHN V FIORELLA ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), 300 DELAWARE AVE, STE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28011 | ARCHER & GREINER PC, JOHN V FIORELLA ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), JFIORELLA@ACHERLAW.COM  *E-mail failed* | E-mail |
| 28011 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), CATALDOP@GSICOMMERCE.COM | E-mail |
| 28011 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), TTAN@VALUECLICK.COM | E-mail |
| 28011 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE: IRON MOUNTAIN INFORMATION MGT INC), FFM@BOSTONBUSINESSLAW.COM | E-mail |
| 28011 | BAYARD PA, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), ESUTTY@BAYARDFIRM.COM | E-mail |
| 28011 | BAYARD PA, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), MAUGUSTINE@BAYARDFIRM.COM | E-mail |
| 28011 | BAYARD PA, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), NGLASSMAN@BAYARDFIRM.COM | E-mail |
| 28011 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), NOTICES@BECKET-LEE.COM | E-mail |
| 28011 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), LSCHWAB@BBSLAW.COM | E-mail |
| 28011 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), PCOSTELLO@BBSLAW.COM | E-mail |
| 28011 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), STEVEN.WILAMOWSKY@BINGHAM.COM | E-mail |
| 28011 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), FATELL@BLANKROME.COM | E-mail |
| 28011 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), SHAPIRO-JC@BLANKROME.COM | E-mail |
| 28011 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), DEBAECKE@BLANKROME.COM | E-mail |
| 28011 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), KELBON@BLANKROME.COM | E-mail |
| 28011 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), KKELLER@CAMLEV.COM | E-mail |
| 28011 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), MESKIN@CAMLEV.COM | E-mail |
| 28011 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, DLEMAY@CHADBOURNE.COM | E-mail |
| 28011 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, SROSEN@CB-SHEA.COM | E-mail |
| 28012 | COLVIN RUN PARTNERS LLC, 10201 COLVIN RUN ROAD, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 28012 | COLVIN RUN PARTNERS, LLC, PO BOX 994, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 28011 | DELAWARE SECRETARY OF STATE, DOSDOC_WEB@STATE.DE.US | E-mail |
| 28011 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, EMANUEL.MARINO@STATE.DE.US | E-mail |
| 28011 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE: DDR SE WENDOVER & DULUTH REYNOLDS), ECOTTON@DDRC.COM | E-mail |
| 28011 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 28011 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), THOMAS.CALIFANO@DLAPIPER.COM | E-mail |
| 28011 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), VINCENT.ROLDAN@DLAPIPER.COM | E-mail |
| 28011 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), MSALZBERG@FOLEY.COM | E-mail |
| 28011 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, JCOHEN@AGIO.COM | E-mail |
| 28011 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, ATORGOVE@AGIO.COM | E-mail |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28011 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, DOFLANAGAN@AGIO.COM | E-mail |
| 28011 | HALPERIN BATTABLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE: MFORCE COMMUNICATIONS INC), CBATTAGLIA@HALPERINLAW.NET | E-mail |
| 28011 | HALPERIN BATTABLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS INC), EROSE@HALPERINLAW.NET | E-mail |
| 28011 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 28011 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 28011 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), BOS-BANKRUPTCY@HKLAW.COM | E-mail |
| 28012 | INGLEWOOD BUSINESS PARK III LLC, INGLEWOOD BUSINESS PARK IV LLC, C/O MTM BUILDER/DEVELOPER, INC., 8800 PENNSYLVANIA AVE, UPPER MARLBORO, MD, 20772 | US Mail (1st Class) |
| 28012 | INGLEWOOD BUSINESS PARK III LLC, INGLEWOOD BUSINESS PARK IV LLC, 9301 PEPPERCORN PLACE, LARGO  LARGO, MD, 20774 | US Mail (1st Class) |
| 28011 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), PROSENBLATT@KILPATRICKSTOCKTON.COM | E-mail |
| 28011 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), TMEYERS@KILPATRICKSTOCKTON.COM | E-mail |
| 28011 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), ASATHY@KIRKLAND.COM | E-mail |
| 28011 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), JSCHOENFELD@KIRKLAND.COM | E-mail |
| 28011 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), DAGAY@KIRKLAND.COM | E-mail |
| 28011 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), MARC.BARRECA@KLGATES.COM | E-mail |
| 28011 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), BANKRUPTCYECF@KLGATES.COM | E-mail |
| 28011 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), LOIZIDES@LOIZIDES.COM | E-mail |
| 28011 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), DSWAN@MCGUIREWOODS.COM | E-mail |
| 28011 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), BFALLON@MORRISJAMES.COM | E-mail |
| 28012 | NEW BOSTON MANAGEMENT SERVICES, INC, JILL CHAIRES, PROPERTY MANAGER, 1801 MCCORMICK DRIVE, UPPER MARLBORO, MD, 20774 | US Mail (1st Class) |
| 28011 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), JGITTO@NIXONPEABODY.COM | E-mail |
| 28011 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, RICHARD.SCHEPACARTER@USDOJ.GOV | E-mail |
| 28011 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), CSPRINGER@REEDSMITH.COM | E-mail |
| 28011 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), KGWYNNE@REEDSMITH.COM | E-mail |
| 28011 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), RSIMONS@REEDSMITH.COM | E-mail |
| 28011 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, SCHRAGEP@SEC.GOV | E-mail |
| 28011 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, CFLETTERS@SEC.GOV | E-mail |
| 28011 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), DCOYLE@SLK-LAW.COM | E-mail |
| 28011 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), KMILLER@SKFDELAWARE.COM | E-mail |
| 28012 | SUNRISE CAMPUS INVESTORS, LLC, C/O BPG PROPERTIES, LTD, 11130 SUNRISE VALLEY DR, STE 100, RESTON, VA, 20191 | US Mail (1st Class) |
| 28011 | THE PMA INSURANCE GROUP, SUZANNA E ELLEFSEN ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), SUZANNA_ELLEFSEN@PMAGROUP.COM | E-mail |
| 28011 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, ELLEN.SLIGHTS@USDOJ.GOV | E-mail |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28011 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, PHALPERN@VERSAFUND.COM | E-mail |
| 28037 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 28011 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, GLS@VERSAFUND.COM | E-mail |
| 28011 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, PHALPERN@VERSAFUND.COM | E-mail |
| 28011 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, DLORRY@VERSAFUND.COM  *E-mail failed* | E-mail |
| 28011 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: ADVERTISING.COM), TSCOBB@VORYS.COM | E-mail |
| 28011 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), TSCOBB@VSSP.COM | E-mail |
| 28011 | W B DONER & COMPANY, KEVIN WEINMAN, KWEINMAN@DONERUS.COM | E-mail |
| 28011 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), DSTEIN@WILENTZ.COM | E-mail |
| 28011 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), FMONACO@WCSR.COM | E-mail |
| 28011 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), KMANGAN@WCSR.COM | E-mail |
| 28011 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), EMORTON@YCST.COM | E-mail |
| 28011 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), EKOSMOWSKI@YCST.COM | E-mail |
| 28011 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), RBRADY@YCST COM | E-mail |

Subtotal for this group: 76