# EXHIBIT C

**Exhibit C - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28028 | NCO CORPORATE OFFICE, 704 PARKER ROAD, WYLIE, TX, 75098 | US Mail (1st Class) |
| 28028 | OKS - AMERIDIAL, 4535 STRAUSSER ST. NW, NORTH CANTON, OH, 44720 | US Mail (1st Class) |
| 28028 | SILICON VALLEY BANK, ATTN: MANAGER, 8020 TOWERS CRESCENT DRIVE, SUITE 475, VIENNA, VA, 22182 | US Mail (1st Class) |

**Subtotal for this group: 3**