# EXHIBIT D

## Exhibit D - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28029 | ADP RESOURCE, 10200 SUNSET DRIVE, MIAMI, FL, 33173 | US Mail (1st Class) |
| 28029 | BLUE SKY FACTORY, INC., 40 EAST CROSS STREET, BALTIMORE, MD, 21230 | US Mail (1st Class) |
| 28029 | COGNIGEN, PO BOX 54957, SANTA CLARA, CA, 95054-1191 | US Mail (1st Class) |
| 28029 | COGNIGEN NETWORKS, INC., PO BOX 54957, SANTA CLARA, CA, 95054-1191 | US Mail (1st Class) |
| 28029 | COMMISSION RIVER INC, ATTN ADAM EDWARDS, PRESIDENT, 12401 SOUTH 450 EAST, SUITE D1, DRAPER, UT, 84020 | US Mail (1st Class) |
| 28029 | EXPERT SERV, INC., 39-40 30TH ST., LONG ISLAND, NY, 11101 | US Mail (1st Class) |
| 28029 | MELISSA DATA CORP, 22382 AVENIDA EMPRESA, RANCHO SANTA MARGARITA, CA, 92688-2112 | US Mail (1st Class) |
| 28038 | MONSTER, 5 CLOCK TOWER PLACE, MAYNARD, MA, 01754<br>*Served on 03/06/2008* | US Mail (1st Class) |
| 28038 | MONSTER WORLDWIDE, INC., 622 THIRD AVENUE, 39TH FLOOR, NEW YORK, NY, 10017<br>*Served on 03/06/2008* | US Mail (1st Class) |
| 28029 | MOTOROLA, ATTN: SCOTT HOFFMAN, 117 S COOK ST. #334, BARRINGTON, IL, 60010 | US Mail (1st Class) |
| 28029 | MPORTAL INC, SUITE A530, 7900 WESTPARK DR, MCLEAN, VA, 22102 | US Mail (1st Class) |
| 28029 | OPENWAVE SYSTEMS, INC., PO BOX 60000, SAN FRANCISCO, CA, 94160 | US Mail (1st Class) |
| 28029 | PHONE DOG, 1156 BOWMAN RD, SUITE 101, MT PLEASANT, SC, 29464 | US Mail (1st Class) |
| 28029 | TECHRIVER, LLC, 8300 BOONE BLVD, #500, VIENNA, VA, 22182 | US Mail (1st Class) |
| 28029 | TELECONFERENCING SERVICES, LLC, 4066 CHANCERY CT, NW, WASHINGTON, DC, 20007-2142 | US Mail (1st Class) |
| 28029 | TMI WIRELESS INC, C/O DANIEL HUNG, 4101 CHAIN BRIDGE RD, STE 304, FAIRFAX, VA, 22030 | US Mail (1st Class) |

**Subtotal for this group: 16**