## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )     **Chapter 11** |
| **SN Liquidation, Inc., et al.¹,** | )     **Case No. 07-11666-KG** |
| | )     **(Jointly Administered)** |
| **Debtors.** | ) |
| | ) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE RE:

Exhibit 1      CUSTOMER REBATE NOTICE [Re: Docket No. 367]

I, Katya M. Belas, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.      I caused the above referenced document to be served on the parties as described below on March 6, 2008.

///

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924; (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A    Affected Parties Service List regarding Exhibit 1


3.    All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.


I declare under penalty of perjury that the foregoing is true and correct.

DATED: March ⅠⅠ , 2008
El Segundo, California

Katya M. Belas

State of California        )
                          )
County of Los Angeles      )

On March ⅠⅠ , 2008 before me, Yvette Knopp, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP Nov. 13, 2008