# EXHIBIT 1

```
SN Liquidation, Inc. et al., f/k/a InPhonic, Inc., et al.
c/o BMC Group
PO Box 978
El Segundo, CA  90245


            IMPORTANT LEGAL NOTICE
    PLEASE READ REVERSE SIDE OF CARD CAREFULLY
                CITY, STATE ZIP

                     NAME
                STREET ADDRESS
```

*SAMPLE*

---

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:                                                  :    Chapter 11
    SN Liquidation, Inc., et al.,         :    Case No. 07-11666 (KG)
        Debtors.                     :    Jointly Administered

**Please take notice that** on November 8, 2007, InPhonic, Inc. ("InPhonic") and of its subsidiaries filed for bankruptcy protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). These proceedings are currently being jointly administered under the above referenced lead case.

**Please take further notice that** InPhonic's records reveal that you hold a general unsecured nonpriority claim against InPhonic's bankruptcy estates ("Claim"). To review the amount of your Claim, please go to the following website of InPhonic's claims and noticing agent at www.bmcgroup.com/inphonic. The Claim constitutes an allowed claim against InPhonic's bankruptcy estate and you are *not* required to take any further action to preserve your Claim. Please note, however, that you may or may not receive any distribution from InPhonic's bankruptcy estate on account of your Claim.

**Please take further notice that** you will not receive any further notices from InPhonic regarding the bankruptcy cases. If you wish to challenge the amount of your Claim or pursue your rights in the Bankruptcy Court, you can obtain further information by visiting the Bankruptcy Court's website at www.deb.uscourts.gov, or the website for InPhonic's claims and noticing agent at www.bmcgroup.com/inphonic. You may also contact InPhonic's noticing and claims agent by phone at 1-888-909-0100. You should consult your own attorney for legal advice.

NEWYI\8194012.3