# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 5

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28042 | BLESSY VARGHESE, 4717 MARITIME CV, GARLAND, TX, 75043 | US Mail (1st Class) |
| 28042 | MANISH PANTVAIDYA, 4889 CENTRAL AVE, APT #123, FREMONT, CA, 94536 | US Mail (1st Class) |
| 28042 | MICHAEL A JONES, 613 URQUHART DRIVE, BEECH ISLAND, SC, 29842 | US Mail (1st Class) |
| 28042 | TARAS KLINCHIK, 159 SKILLMAN TERRACE, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 28042 | TERWILLIGER, PAUL, 3670 CARMEL VIEW RD, SAN DIEGO, CA, 92130 | US Mail (1st Class) |

Subtotal for this group: 5