IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007 [Docket No. 393]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Second Monthly Fee Statement of Bayard, P.A. for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from December 1, 2007 through December 31, 2007** (the "Application"), filed on February 21, 2008. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 12, 2008 at 4:00 p.m.

{00760393;v1}

Pursuant to the Interim Compensation and Reimbursement Order entered in these cases on December 3, 2007, no further order is required and Bayard, P.A. ("Bayard") is entitled to receive 80% of its fees and 100% of its expenses. To compensate Bayard for the amounts sought in this Application, Bayard will apply $73,605.15 of its retainer.

Dated: March 13, 2008　　　　　　　　　BAYARD, P.A.

By: _/s/ Daniel O'Brien_
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:　(302) 655-5000
Facsimile:　(302) 658-6395

and

Thomas R. Califano
Jeremy R. Johnson
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:　(212) 335-4500
Facsimile:　(212) 335-4501

Counsel for Debtors and Debtors in Possession