# EXHIBIT A

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 2  
March 5, 2008

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/02/08 | Call with Mr. Califano regarding SEC document request issues (.2); email with Ms. Mirza and Ms. Magill regarding Wilmer interview notes for creditors (.2). | Meshulam, Deborah | 0.40 |
| 01/02/08 | Review of correspondence with Microsoft (1.0); teleconference with Jeremy Johnson (.5); conference call with Johnson, Smith and Walter Leach re: cod., motions etc. (.5); meeting re: plan (1.0). | Califano, Thomas R. | 3.00 |
| 01/02/08 | Teleconference with Meshulem re: SEC issues; email exchange with Mark Smith. | Califano, Thomas R. | 0.60 |
| 01/02/08 | Review transcript of sale hearing. | Johnson, Jeremy R. | 0.50 |
| 01/02/08 | E-mail F. Williams re: rebate status. | Johnson, Jeremy R. | 0.20 |
| 01/02/08 | E-mail R. Serrette re: employee questions and call center script. | Johnson, Jeremy R. | 0.40 |
| 01/02/08 | Multiple e-mails with W. Leach re: wind down status call; teleconference with W. Leach re: same. | Johnson, Jeremy R. | 0.80 |
| 01/02/08 | Review and edit bar date motion. | Johnson, Jeremy R. | 0.70 |
| 01/02/08 | Review schedule of held and assumed contracts; notice of assumption of same. | Johnson, Jeremy R. | 0.50 |
| 01/02/08 | Review Committee document request re: stock issues. | Johnson, Jeremy R. | 0.60 |
| 01/02/08 | Read notice of contracts to be assumed (0.5); read notice of held contract, correspondence from MSN, prepare for meeting (0.5); read correspondence from Discover (0.2); telephone calls to DFS, Randall Van Dyke (3.0). | Roldan, Vincent J. | 4.20 |
| 01/02/08 | Review summary memoranda of Wilmer Hale internal investigation interviews. | Magill, Alix | 0.20 |
| 01/02/08 | Compile notes on WilmerHale interview memoranda; conference with D. Meshulam and A. Magill re same. | Mirza, Syma | 0.30 |
| 01/02/08 | Cross-Checking binder for held contracts. | Ware, Robert T. | 1.80 |
| 01/02/08 | Draft and revise Disclosure Statement and research factual background. | Smith, Mark C. | 3.50 |
| 01/02/08 | Draft and finalize Notice of Held Contracts and Supplemental Notice of Designated Contracts by Buyer's Subsidiary, Simplexity, LLC. | Smith, Mark C. | 2.40 |
| 01/02/08 | Research law and factual background re plan of reorganization in preparation of drafting. | Smith, Mark C. | 1.90 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 3  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/02/08 | Scan H&K Letter re Microsoft and send e-mail with contracts attached to W. Leach requesting conference call to discuss same. | Smith, Mark C. | 0.30 |
| 01/03/08 | Emails with Ms. Mirza, Ms. Magill and Mr. Califano regarding Wilmer Hale interview memo notes for creditors. | Meshulam, Deborah | 0.40 |
| 01/03/08 | Conference call re: winddown issues (.6); review of bar date order (.4); teleconference with David Agay re: assumption procedure and review of APA order (.6); review of AT&T stipulation and teleconference with Vincent Roldan re: same (.4); teleconference with Kurt re: investigation issues (.4); teleconference with Deborah Meshulem re: SEC issues (.4). | Califano, Thomas R. | 2.80 |
| 01/03/08 | Review of UST email (.4); Teleconference with client re: complaint (.3); review of investigation documents (.8); teleconference with Walter Leach re: open items (.5). | Califano, Thomas R. | 2.00 |
| 01/03/08 | Review and edit bar date motion; conference with M. Smith re: same. | Johnson, Jeremy R. | 0.90 |
| 01/03/08 | Research termination of Disney Mobile contract and review same; e-mail W. Leach re: same. | Johnson, Jeremy R. | 0.70 |
| 01/03/08 | Teleconference with W. Leach re: Disney termination letter; research automatic stay issues and e-mail W. Leach re: language for responsive letter. | Johnson, Jeremy R. | 0.50 |
| 01/03/08 | E-mail J. Ohleiser re: status. | Johnson, Jeremy R. | 0.20 |
| 01/03/08 | Review correspondence from A. Rice re: consumer complaint. | Johnson, Jeremy R. | 0.30 |
| 01/03/08 | Multiple e-mails with M. Smith re: name change motion. | Johnson, Jeremy R. | 0.20 |
| 01/03/08 | Discuss strategy with Califano, M. Smith regarding rejection (1.0); telephone conferences with contract parties - Qualution, DFS (0.3); telephone conference with M. Augustine regarding procedure on assumption (0.7); read AT&T stipulations (0.5) telephone conferences with M. Augustine regarding strategy (0.7); read notice of held contracts (0.3). | Roldan, Vincent J. | 3.50 |
| 01/03/08 | Review summary memoranda of Wilmer Hale internal investigation interviews. | Magill, Alix | 2.30 |
| 01/03/08 | Review and edit notes by T. Bolden on WilmerHale interview notes; edit notes on WilmerHale interview memorandum for Z. Butterfield. | Mirza, Syma | 1.20 |
| 01/03/08 | Attention to name change. | Dougherty, Meghan K. | 0.40 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 4  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/03/08 | Pulling contracts for M.S. | Ware, Robert T. | 0.70 |
| 01/03/08 | Pulling Order for VR. | Ware, Robert T. | 0.30 |
| 01/03/08 | Answering Held contract questions for VR. | Ware, Robert T. | 0.60 |
| 01/03/08 | Reviewing Held Contract Lists, cross-referencing lists for VR. | Ware, Robert T. | 2.10 |
| 01/03/08 | Searh BMC Data Room for Micrososft Contract mentioned in December 20, 2007 letter from Holland & Knight for Software. | Smith, Mark C. | 0.40 |
| 01/03/08 | Coordinate with BMC in order to obtain schedules of all Assumed, Held, and Rejected Contracts as Defined Under the Asset Purchase Agreement. | Smith, Mark C. | 1.20 |
| 01/03/08 | Respond to yesterdays email from Transfirst re the executory contract and 1MM reserve of the estate currently held by Transfirst. | Smith, Mark C. | 2.10 |
| 01/03/08 | Draft and finalize Held Contract Motion with V. Roldan Comments and Supplemental Notice of Designated Contracts. | Smith, Mark C. | 1.30 |
| 01/03/08 | Draft and revise Notic eof Additional Contracts and Notiec of Order for Approval of Additional Contracts as Designated under Sale Order and APA. | Smith, Mark C. | 1.70 |
| 01/04/08 | Teleconference with FTC attorney; review of letter to FTC. | Califano, Thomas R. | 0.70 |
| 01/04/08 | Preparation of Walter Leach agreement. | Califano, Thomas R. | 1.60 |
| 01/04/08 | Teleconference with attorney for ACN. | Califano, Thomas R. | 0.30 |
| 01/04/08 | Review of filing re: held contracts. | Califano, Thomas R. | 0.50 |
| 01/04/08 | Conference with M. Smith re: name change motion. | Johnson, Jeremy R. | 0.30 |
| 01/04/08 | Revise notice of help contract, discuss strategy (0.8); read executive summary (0.5); telephone calls with vendors (0.2); telephone conference with Owen regarding contract (0.2). | Roldan, Vincent J. | 1.70 |
| 01/04/08 | Preparing connection write up. | Ware, Robert T. | 1.80 |
| 01/04/08 | Sending Documents to JF. | Ware, Robert T. | 0.60 |
| 01/04/08 | Search BMC Data room to determine if Microsoft contracts at issue in Dec. 21 letter have been renegotiated. | Smith, Mark C. | 0.80 |
| 01/04/08 | Teleconference with Local Counsel regarding drafting of name change motion and appropriate caption; request draft by Monday. | Smith, Mark C. | 0.50 |

## Billing Instructions:

Matter # 356037-000019  
Invoice # ******  

T. Califano  
Page: 5  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/04/08 | Cross reference cure list with sale list and designated contract lists to verify that no designated parties have objected to Sale Motion. | Smith, Mark C. | 1.20 |
| 01/04/08 | Draft and revise Motion and Order for: 1) Assumption and Assignment of New Designated Contracts; and 2) Subsequent Assumption and Assignment of held Contracts. | Smith, Mark C. | 3.90 |
| 01/04/08 | Continue drafting disclosure statement and plan of reorganization. | Smith, Mark C. | 2.30 |
| 01/05/08 | Revise motion to assume contracts. | Roldan, Vincent J. | 0.30 |
| 01/06/08 | Email to team re: next steps. | Califano, Thomas R. | 0.20 |
| 01/06/08 | Review notice of withdrawal re: MDL litigation; e-mail D. Folds re: same. | Johnson, Jeremy R. | 0.30 |
| 01/06/08 | E-mail W. Leach re: open items. | Johnson, Jeremy R. | 0.30 |
| 01/06/08 | Revise motion to assume. | Roldan, Vincent J. | 1.00 |
| 01/06/08 | Draft and Research Plan of Reorganization; research issues related to liquidation, litigation trusts and substantive consolidation for drafting. | Smith, Mark C. | 5.60 |
| 01/07/08 | Review of Adelphia motions and case law re: D&O rejection issues; teleconference with John and Mark Smith re: D&O rejection issues. | Califano, Thomas R. | 2.00 |
| 01/07/08 | Review agenda. | Johnson, Jeremy R. | 0.20 |
| 01/07/08 | Multiple e-mails with M. Augustine re: status, agenda and scheduling. | Johnson, Jeremy R. | 0.20 |
| 01/07/08 | E-mail W. Leach re: Georgetown rejection motion. | Johnson, Jeremy R. | 0.30 |
| 01/07/08 | Review notice of assumption of executory contracts. | Johnson, Jeremy R. | 0.40 |
| 01/07/08 | Research indemnification issues re: directors and officers. | Johnson, Jeremy R. | 1.90 |
| 01/07/08 | Review notice of assumption of executory contract and motion to assume executory contracts and process. | Johnson, Jeremy R. | 0.50 |
| 01/07/08 | Revise motion to assume, reject (0.4); draft notice of assumption of Discover agreement, telephone conference with Discover counsel (0.6); finalize notice, motion to assume, telephone conference with Discover regarding strategy (1.2). | Roldan, Vincent J. | 2.50 |
| 01/07/08 | Draft Disclosure Statements and Plan. | Smith, Mark C. | 1.40 |
| 01/07/08 | Draft and revise Omnibus Motion to ... | Smith, Mark C. | 4.40 |
| 01/07/08 | Continue drafting and revising Disclosure statement and | Smith, Mark C. | 6.90 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 6  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| | plan of liquidation for InPhonic. | | |
| 01/07/08 | Research the ability of prior management of debtors ability to recieve payments from estate to cover legal fees. | Smith, Mark C. | 0.90 |
| 01/07/08 | BMC and issues with designated, addtional designated and held K list; draft email to D. Agay re same. | Smith, Mark C. | 0.10 |
| 01/07/08 | Field questions from several Rebate Customers who did not recieve Cure Notice and advise them of theuir rights and how to fila a proof of claim. | Smith, Mark C. | 0.10 |
| 01/07/08 | Draft and revise Motion seeking authority to Reject Executory Contracts and unexpired leases. | Smith, Mark C. | 0.50 |
| 01/08/08 | Meeting. | Califano, Thomas R. | 1.00 |
| 01/08/08 | Review of Agreement. | Califano, Thomas R. | 0.60 |
| 01/08/08 | Telephone conversation with US Trustee regarding fee issues. | Califano, Thomas R. | 0.40 |
| 01/08/08 | Telephone conversation with JJ regarding D&O and other documents. | Califano, Thomas R. | 0.40 |
| 01/08/08 | Telephone conversation regarding assignment issues. | Califano, Thomas R. | 0.30 |
| 01/08/08 | Teleconference with S. Borogard re: lease rejection. | Johnson, Jeremy R. | 0.40 |
| 01/08/08 | Review and edit liquidating plan. | Johnson, Jeremy R. | 2.90 |
| 01/08/08 | Review and edit motion to reject indemnification agreements; research same issues. | Johnson, Jeremy R. | 2.40 |
| 01/08/08 | Review and edit motion to reject Georgetown leases. | Johnson, Jeremy R. | 0.50 |
| 01/08/08 | Review cash budget; e-mail G. Coles re: draft monthly operating reports. | Johnson, Jeremy R. | 0.40 |
| 01/08/08 | Review correspondence from A. Oeding re: premium financing; e-mail same to W. Leach and G. Cole. | Johnson, Jeremy R. | 0.30 |
| 01/08/08 | Continue drafting and revising Disclosure statement and plan of liquidation for InPhonic. | Smith, Mark C. | 1.30 |
| 01/08/08 | Draft and Revise First Plan. | Smith, Mark C. | 6.00 |
| 01/08/08 | Draft and revise Rejection Motion with V. Roldan's comments. | Smith, Mark C. | 0.40 |
| 01/08/08 | Research rejection of bylaws to prevent indemnification of Directors and Officers; pull Adeplhpia materials. | Smith, Mark C. | 2.60 |
| 01/08/08 | Field questions from Rebate Customers of InPhonic and direct them to BMC. | Smith, Mark C. | 0.30 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 7  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/08/08 | Review Walt Leach's comments to Georgetown lease rejection motion (.2); Revise Georgetown lease rejection motion (1.6); Conduct legal research re: same (.2). | Audette, Brian | 2.00 |
| 01/09/08 | Review and edit draft letter to Mobile Technology Services; e-mail W. Leach re: same. | Johnson, Jeremy R. | 0.30 |
| 01/09/08 | E-mail/ correspondence regarding core costs, US Cell, Alltel, AT&T (0.2); telephone conference with Marshall Turner (GE) regarding leases (0.2). | Roldan, Vincent J. | 0.40 |
| 01/09/08 | Continue Drafting and revising Disclosure statement and Plan. | Smith, Mark C. | 1.90 |
| 01/09/08 | Research further the Adelphia case and others involving the rejection of directors' and officers' insurance policies to determine procedural issues involved with bringing motion to reject bylaws; compile research packet for T. Califano. | Smith, Mark C. | 2.40 |
| 01/10/08 | Review of memo, changes to motion. | Califano, Thomas R. | 0.50 |
| 01/10/08 | Conference with Jeremy Johnson and Mark Smith. | Califano, Thomas R. | 0.30 |
| 01/10/08 | Review motion to reject Georgetown leases; e-mail B. Audette re: same. | Johnson, Jeremy R. | 0.30 |
| 01/10/08 | Review and finalize motion to change case named; e-mail same to Committee and D. Agay. | Johnson, Jeremy R. | 0.60 |
| 01/10/08 | Revise rejection motion, send to Agay. | Roldan, Vincent J. | 0.50 |
| 01/10/08 | Revising and sending connection write up. | Ware, Robert T. | 0.40 |
| 01/10/08 | Draft and Revise Plan of Reorganization. | Smith, Mark C. | 1.50 |
| 01/10/08 | Correspondence to local counsel re: Georgetown lease rejection motion. | Audette, Brian | 0.20 |
| 01/11/08 | Teleconference with Walter Leach, conference call, review of KL letter. | Califano, Thomas R. | 0.60 |
| 01/11/08 | Multiple e-mails with M. Augustine re: service requirements and deadlines. | Johnson, Jeremy R. | 0.60 |
| 01/11/08 | Review comments to name change motion; edit same. | Johnson, Jeremy R. | 0.60 |
| 01/11/08 | Teleconference with D. Agay re: carrier stipulations process; teleconference with M. Augustine re: same. | Johnson, Jeremy R. | 0.60 |
| 01/11/08 | E-mail W. Leach re: motion to limit notice. | Johnson, Jeremy R. | 0.30 |
| 01/11/08 | E-mail R. Finkel re: case status. | Johnson, Jeremy R. | 0.30 |
| 01/11/08 | Review comments to motion to assume Georgetown leases; e-mail B. Audette re: same. | Johnson, Jeremy R. | 0.40 |

## Billing Instructions:

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 8  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/11/08 | Telephone conference with B. Daniel (0.5); e-mail with D. Agay regarding cure (0.5); telephone conference with K. Evans regarding motion (0.2); read B. Daniel's e-mail regarding cure, discuss same with B. Daniel (0.4). | Roldan, Vincent J. | 1.60 |
| 01/11/08 | Meet with T. Califano; begin research related to TRO motion and complaint. | Thomson, Christopher R. | 6.50 |
| 01/11/08 | Revise time records. | Coleman, William H. | 0.30 |
| 01/12/08 | Review and edit notice of approval of AT&T stipulation; e-mail comments to V. Roldan. | Johnson, Jeremy R. | 0.60 |
| 01/12/08 | Draft notice of presentment of motion to approve AT&T stipulation. | Roldan, Vincent J. | 1.00 |
| 01/13/08 | Review correspondence from PA Dept of Revenue; e-mail W. Leach re: same. | Johnson, Jeremy R. | 0.30 |
| 01/13/08 | Review claims response from XL re: reservation of rights. | Johnson, Jeremy R. | 0.50 |
| 01/14/08 | Teleconference with local counsel, mark up and review stipulation. | Califano, Thomas R. | 0.40 |
| 01/14/08 | Review letter from XL in response to notice of insurance claims. Meet with Messrs. Califano and Johnson regarding same. | Connuck, Eric S. | 1.00 |
| 01/14/08 | Teleconference with S. Reswell re: Web Mason contract. | Johnson, Jeremy R. | 0.20 |
| 01/14/08 | Teleconference with M. Augustine re: status of motions. | Johnson, Jeremy R. | 0.20 |
| 01/14/08 | E-mail W. Leach re: PA Dept of Revenue documents; consumer complaints; operating reports; and motion to limit notice. | Johnson, Jeremy R. | 0.60 |
| 01/14/08 | Review and edit bar date motion. | Johnson, Jeremy R. | 0.80 |
| 01/14/08 | Telephone conference with M. Augustine regarding strategy (0.2); attend to AT&T stipulation and certification of counsel, telephone conference with M. Augustine (0.5); attend to proposed answer on AT&T stipulation (0.3); attend to Committee's comments (0.2); telephone conference with Augustine regarding service issues (0.2); read Discover's comments on motion to assume (0.3). | Roldan, Vincent J. | 1.70 |
| 01/14/08 | Research law related to TRO motion and complaint; draft motion and complaint. | Thomson, Christopher R. | 9.50 |
| 01/14/08 | Pulling documents for TC. | Ware, Robert T. | 0.30 |
| 01/14/08 | Reviewing time and sending corrections to accounting. | Ware, Robert T. | 0.60 |
| 01/14/08 | Make J. Johnsons revisions to disclosure statement. | Smith, Mark C. | 3.00 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 9  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/14/08 | Bar Date Motion revisions from Committee. | Smith, Mark C. | 0.60 |
| 01/14/08 | Phone conversation with J. Fitzgerald regarding filing of proof of claim and distribution process; advised to contact BMC. | Smith, Mark C. | 0.30 |
| 01/14/08 | Phone conversation with J. Wyman regarding filing proof of claim, executory contract, notice and distribution process; advised to contact BMC. | Smith, Mark C. | 0.40 |
| 01/14/08 | Teleconference with R. Sorret from BMC regarding Rejection of Lease and Notice Provisions and Service. | Smith, Mark C. | 0.30 |
| 01/14/08 | Research whether directors and officers insurance is property of the estate. | Smith, Mark C. | 3.00 |
| 01/15/08 | Review of various assumption stipulations. | Califano, Thomas R. | 0.80 |
| 01/15/08 | Review of complaint to stay stay. | Califano, Thomas R. | 0.60 |
| 01/15/08 | Conference with Jeremy Johnson re: schedule to complaint. | Califano, Thomas R. | 0.20 |
| 01/15/08 | Teleconference with attorney for director. | Califano, Thomas R. | 0.30 |
| 01/15/08 | Review correspondence from M. Berger re: MDL litigation and D&O amendment. | Johnson, Jeremy R. | 0.30 |
| 01/15/08 | Review and edit amended bar date order. | Johnson, Jeremy R. | 0.40 |
| 01/15/08 | Teleconference with M. Gardner re: postpetition payments. | Johnson, Jeremy R. | 0.30 |
| 01/15/08 | Conference with C. Thomson re: TRO and stay extension. | Johnson, Jeremy R. | 0.70 |
| 01/15/08 | Review draft operating report information. | Johnson, Jeremy R. | 0.40 |
| 01/15/08 | Conference with E. Connuck and T. Califano re: D&O policies and property of the estate. | Johnson, Jeremy R. | 0.40 |
| 01/15/08 | Attend to AT&T stipulation, coordinate filing of cert. of counsel (0.7); telephone conference with M. Augustine regarding motion to shorten notice (0.3); telephone conference with D. Agay regarding contract (0.3). | Roldan, Vincent J. | 1.30 |
| 01/15/08 | Finalize TRO motion; draft related documents. | Thomson, Christopher R. | 6.50 |
| 01/15/08 | Coordinate with BMC and Local Counsel regarding the Rejection Motion and service thereof via teleconference. | Smith, Mark C. | 0.70 |
| 01/15/08 | Research Stenburg's official title and capacity at InPhonic. | Smith, Mark C. | 0.10 |
| 01/15/08 | Research and finalize research memorandum regarding Directors' and Officers' insurance policy proceed ownership focusing on the 3rd Circuit. | Smith, Mark C. | 3.40 |
| 01/16/08 | Call with Mr. Wilson (Wilmer) regarding SEC information request. | Meshulam, Deborah | 0.20 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 10  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 01/16/08 | Review of complaint re: motion to stay Icon suit. | Califano, Thomas R. | 1.00 |
| 01/16/08 | Review of memo on D&O issues and reservation of rights letter. | Califano, Thomas R. | 0.80 |
| 01/16/08 | Teleconference with attorney for directors and officers. | Califano, Thomas R. | 0.40 |
| 01/16/08 | Teleconference with Mitch re: class etc. | Califano, Thomas R. | 0.40 |
| 01/16/08 | Conference call with BMC re: issues. | Califano, Thomas R. | 0.50 |
| 01/16/08 | Review memo from Mr. Smith regarding D&O policies as property of estate (.5). Review InPhonic D&O policies (.5). Telephone call with Mr. Smith regarding analysis (.5). | Connuck, Eric S. | 1.50 |
| 01/16/08 | Telephone conference with T. Califano and J. Johnson regarding regarding status conference in MDL litigation on Jan. 18. | Folds, J. David | 0.20 |
| 01/16/08 | Multiple e-mails with W. Leach and AFCO termination. | Johnson, Jeremy R. | 0.30 |
| 01/16/08 | Multiple teleconferences and e-mails with W. Leach re: wind down issues; motions; and operating reports. | Johnson, Jeremy R. | 1.80 |
| 01/16/08 | Attend to cure issues. | Roldan, Vincent J. | 0.20 |
| 01/16/08 | Revise motion on TRO; legal research. | Thomson, Christopher R. | 6.70 |
| 01/16/08 | Draft and revise Bar Date Motion per Committee's new comments. | Smith, Mark C. | 0.40 |
| 01/16/08 | Review directors and officers policies for provisions that may have implications in bankruptcy and impact ownership of proceeds of policy. | Smith, Mark C. | 0.60 |
| 01/16/08 | Conference call with BMC regarding rejection motion administration and Court Clerks name and number on BMC website. | Smith, Mark C. | 0.60 |
| 01/16/08 | Draft memo incorporating review of directors' and officers' policies and relevant case law and send to E. Corruk via e-mail. | Smith, Mark C. | 0.40 |
| 01/16/08 | Draft and revise Plan of Reorganization. | Smith, Mark C. | 1.30 |
| 01/16/08 | Research provisions in directors and officers policy and their enforceability where they: 1) provide for automatic lift of stay (.7); and 2) give D&O's priority over blanket AIG and CNA policies (.4). | Smith, Mark C. | 1.10 |
| 01/17/08 | Conference call with Committee. | Califano, Thomas R. | 0.50 |
| 01/17/08 | Review status reports filed by plaintiffs and other defendant in preparation for hearing on January 18; telephone conference with M. Guiffre at Patton Boggs regarding | Folds, J. David | 0.50 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 11  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| | status conference. | | |
| 01/17/08 | E-mail W. Leach re: AFCO insurance matter; assumed insurance policies. | Johnson, Jeremy R. | 0.30 |
| 01/17/08 | Review automatic stay and contract termination issues; review same. | Johnson, Jeremy R. | 0.40 |
| 01/17/08 | Review and edit amended bar date order and notice. | Johnson, Jeremy R. | 0.80 |
| 01/17/08 | Review and edit motion for TRO and preliminary injunction re: ICON litigation. | Johnson, Jeremy R. | 1.80 |
| 01/17/08 | Teleconference with J. Ginther re: rebate claims. | Johnson, Jeremy R. | 0.20 |
| 01/17/08 | Teleconference with M. Gardner re: status and administrative claims. | Johnson, Jeremy R. | 0.20 |
| 01/17/08 | Teleconference with W. Leach re: automatic stay and termination issues. | Johnson, Jeremy R. | 0.40 |
| 01/17/08 | Teleconference with R. Kelbon re: plan status. | Johnson, Jeremy R. | 0.30 |
| 01/17/08 | Teleconference with M. Augustine re: case status. | Johnson, Jeremy R. | 0.30 |
| 01/17/08 | Read Verizon stipulation, draft cert. of counsel (1.5); attend to rejected contracts (0.2); coordinate filing of Verizon stipulation (0.4); finalize motion to reject contracts (0.3). | Roldan, Vincent J. | 2.40 |
| 01/17/08 | Legal research (3.4); revise motion and complaint (3.7); review issues related to documents in possession of WilmerHale (1.3). | Thomson, Christopher R. | 8.40 |
| 01/17/08 | Searching for names on schedules for MS. | Ware, Robert T. | 1.10 |
| 01/17/08 | Searching for and pulling Cellco documents for VR. | Ware, Robert T. | 0.70 |
| 01/17/08 | Draft email to Kurtis Gwynn, BMC and local counsel regarding comments to revised Bar Date Order and Notice. | Smith, Mark C. | 0.30 |
| 01/17/08 | Draft email to M. Augustine requesting finished version of rejected list to be sent to BMC. | Smith, Mark C. | 0.10 |
| 01/17/08 | Teleconference with R. Sorrette from BMC regarding bar date order and mailing to employees on suppressed original schedules. | Smith, Mark C. | 0.30 |
| 01/17/08 | Set up 9:00 a.m. conference call and draft email with dial-in information, relevant correspondence and revised list. | Smith, Mark C. | 0.30 |
| 01/17/08 | Draft and revise plan of reorganization. | Smith, Mark C. | 1.60 |
| 01/17/08 | Draft and revise Amended Bar Date Notice. | Smith, Mark C. | 0.60 |
| 01/17/08 | Draft email to D. Agay requesting comments on revised Bar Date Order and Notice. | Smith, Mark C. | 0.20 |

## Billing Instructions:

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 12  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/17/08 | Further review D&O policy to determine issues regarding process in BR and Debtors' rights in relation to sections 19 and 22. | Smith, Mark C. | 1.80 |
| 01/17/08 | Draft and revise Notice of Amended Proposed Order. | Smith, Mark C. | 0.50 |
| 01/17/08 | Administer finalization of rejection list with BMC, David Larry, David Agay and review scheduling to confirm accuracy of BMC lists. | Smith, Mark C. | 1.30 |
| 01/17/08 | Review BMC response to D. Lorry email and compare with rejects contracts list to verify accuracy. | Smith, Mark C. | 2.70 |
| 01/17/08 | Set up conference call with D. Agay, D. Lorry, BMC, V. Roldan and M. Smith to work out issues with rejected contacts list. | Smith, Mark C. | 0.30 |
| 01/18/08 | Teleconference with attorney for directors. | Califano, Thomas R. | 0.30 |
| 01/18/08 | Review of Icon complaint. | Califano, Thomas R. | 0.80 |
| 01/18/08 | Meeting re: D&O issues. | Califano, Thomas R. | 1.50 |
| 01/18/08 | Teleconference with US attorney re: SEC action. | Califano, Thomas R. | 0.50 |
| 01/18/08 | Teleconference with Walter Leach re: winddown and SEC issues. | Califano, Thomas R. | 0.30 |
| 01/18/08 | Meeting re: turnover of documents. | Califano, Thomas R. | 0.80 |
| 01/18/08 | Meeting re: TRO of ICON action. | Califano, Thomas R. | 1.00 |
| 01/18/08 | Review case law cited in plaintiff's status report (.5); attend status conference in MDL litigation in U.S. District Court for the District of Columbia (2.5); prepare and send summary of status conference (.2). | Folds, J. David | 3.20 |
| 01/18/08 | Multiple e-mails with W. Leach re: automatic stay and contract issues; analyze Disney contracts and related documents. | Johnson, Jeremy R. | 1.60 |
| 01/18/08 | E-mail Roxie re: rebate claims. | Johnson, Jeremy R. | 0.20 |
| 01/18/08 | Review correspondence from multiple rebate creditors re: claims status. | Johnson, Jeremy R. | 0.40 |
| 01/18/08 | Multiple e-mails with W. Leach re: automatic stay and contract issues; analyze Disney contracts and related documents. | Johnson, Jeremy R. | 1.60 |
| 01/18/08 | Teleconference with D. Folds re: case status and MDL case. | Johnson, Jeremy R. | 0.30 |
| 01/18/08 | Review and finalize motion to reject leases. | Johnson, Jeremy R. | 0.60 |
| 01/18/08 | Attend to contract rejection issues. | Roldan, Vincent J. | 0.20 |

## Billing Instructions:

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 13  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/18/08 | Draft turnover motion (2.6); research relevant law (1.2); review case history (1.0). | Thomson, Christopher R. | 4.80 |
| 01/18/08 | Teleconference with K. Evans regarding finalization of rejection list for filing. | Smith, Mark C. | 0.20 |
| 01/18/08 | Draft letter to Ken Young regarding his potential claims status and requesting that he contact BMC in order to file POC. | Smith, Mark C. | 0.70 |
| 01/18/08 | Draft email to D. Agay regarding U.S. Cellular rejection contract in order to clarify why carrier was not on rejected contracts list. | Smith, Mark C. | 0.20 |
| 01/18/08 | Teleconference with D. Agay regarding finalization of rejection list for filing. | Smith, Mark C. | 0.20 |
| 01/20/08 | Review and edit liquidating plan. | Johnson, Jeremy R. | 0.10 |
| 01/20/08 | Review and edit liquidating plan. | Johnson, Jeremy R. | 3.40 |
| 01/21/08 | Revisions to draft liquidating plan (1.5); revision to motion to stay ICON lawsuit (1.3); conference call with Deloitte and Reed Smith (.6); follow up on next steps (.3). | Califano, Thomas R. | 3.70 |
| 01/21/08 | Review research re: D&O policies and proceeds. | Johnson, Jeremy R. | 0.20 |
| 01/21/08 | Teleconference with Committee counsel re: wind down issues. | Johnson, Jeremy R. | 0.30 |
| 01/21/08 | Read Qualutian objection. | Roldan, Vincent J. | 0.30 |
| 01/21/08 | Finalize D&O records research and policy review; draft e-mail summarizing findings after further research on stay issues. | Smith, Mark C. | 1.30 |
| 01/22/08 | Teleconference with Icon, review of emails, letters. Conference with Chris Thomson. | Califano, Thomas R. | 1.00 |
| 01/22/08 | E-mail W. Leach re: releases. | Johnson, Jeremy R. | 0.20 |
| 01/22/08 | Review motion to limit notice to rebate creditors and backup documentation. | Johnson, Jeremy R. | 0.40 |
| 01/22/08 | Review and edit motion for TRO against ICON re: D&O litigation. | Johnson, Jeremy R. | 0.80 |
| 01/22/08 | Read Icon contract, discuss strategy (1.0); draft e-mail to W. Leach regarding Icon (0.2); draft e-mail to D. Larry regarding contract to be assumed (0.2). | Roldan, Vincent J. | 1.40 |
| 01/22/08 | Update and revise TRO motion (2.1); additional research regarding procedural issues (5.1). | Thomson, Christopher R. | 7.20 |
| 01/22/08 | Pulling fee order and other related documents for VR. | Ware, Robert T. | 0.60 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 14  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/22/08 | Searching for and pulling Icon contracts for VR. | Ware, Robert T. | 0.40 |
| 01/22/08 | Communicating with accounting; obtaining time entries. | Ware, Robert T. | 0.80 |
| 01/22/08 | Reviewing December time entries; highlighting blocked time. | Ware, Robert T. | 1.20 |
| 01/23/08 | E-mail M. Augustine re: Disney issues and automatic stay. | Johnson, Jeremy R. | 0.30 |
| 01/23/08 | Multiple e-mails with BMC re: contract issues. | Johnson, Jeremy R. | 0.20 |
| 01/23/08 | Attend to Circuit City contract, read recently-filed pleading (0.2); read recently-filed objection to motion to assume (1.0); discuss issues with D. AgAy (0.4); telephone call to Verizon Wireless (0.3); attend to proposed order (0.3); review order and comments by carriers (0.5); telephone conference with Icon (0.2), Verizon (0.1). | Roldan, Vincent J. | 2.80 |
| 01/23/08 | Pulling resolution for VR. | Ware, Robert T. | 0.20 |
| 01/23/08 | Finishing going through time entries to unblock time, sending time entries to other individuals which need to do the same. | Ware, Robert T. | 0.60 |
| 01/23/08 | Teleconference with M. Agustine regarding lease rejection motion and potential stipulation or amendment of order to prevent motion practice. | Smith, Mark C. | 0.50 |
| 01/23/08 | Draft email to M. Agustine and V. Roldan regarding lease rejection motion and potential stipulation or amendment of order to prevent motion practice. | Smith, Mark C. | 0.20 |
| 01/23/08 | Obtain Sale Order and Term Sheet per V. Roldan's request. | Smith, Mark C. | 0.10 |
| 01/23/08 | Locate and forward reservation of rights letter from XC Insurance. | Smith, Mark C. | 0.30 |
| 01/23/08 | Call from A. Ford regarding rebate claim. | Smith, Mark C. | 0.50 |
| 01/23/08 | Field call from R. hayes regarding assumption and assignment of contract with VMC. | Smith, Mark C. | 0.40 |
| 01/24/08 | Review correspondence from several creditors re: rebate claims. | Johnson, Jeremy R. | 0.40 |
| 01/24/08 | Review and edit turnover motion. | Johnson, Jeremy R. | 0.50 |
| 01/24/08 | Revise proposed order on assumption, send to objecting parties (1.3); read Icon, Afco agreement (0.3); draft correspondence regarding motion to assume, objections (0.4); telephone conference with CNET regarding status (0.2); read recently filed objection (0.2). | Roldan, Vincent J. | 2.40 |
| 01/24/08 | Revise turnover motion. | Thomson, Christopher R. | 0.30 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 15  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/24/08 | Looking through cure notice info for MS trying to find names of creditors. | Ware, Robert T. | 1.90 |
| 01/24/08 | Draft and revise disclosure statement including language regarding rejection of bylaws and substantive consolidation. | Smith, Mark C. | 3.70 |
| 01/24/08 | Teleconference with E. Sutty regarding waterfront lease and Afco removal from rejection order. | Smith, Mark C. | 0.30 |
| 01/24/08 | Draft and revise Bar Date Motion incorporating new comments from BMC and the Committee. | Smith, Mark C. | 0.50 |
| 01/24/08 | Review Afco Financing Agreement to determine is it should be removed from rejection list. | Smith, Mark C. | 0.20 |
| 01/24/08 | Draft email to Committee responding to comments to Bar Date amendment. | Smith, Mark C. | 0.20 |
| 01/24/08 | Draft letter responding to Dominic Rila letter (Doc No. 327) regarding rebate status and results of bankruptcy. | Smith, Mark C. | 0.40 |
| 01/24/08 | Draft email to JJ attaching revised Bar Date Motion for his review in anticipation of filing on 1/25/08. | Smith, Mark C. | 0.20 |
| 01/24/08 | Draft email to E. Sutty and M. Agustine requesting the following parties to be removed from rejected list: (1) I con; (2) Afco; (3) LL to waterfront lease. | Smith, Mark C. | 0.20 |
| 01/25/08 | Call with Mr. Califano regarding SEC information request. | Meshulam, Deborah | 0.20 |
| 01/25/08 | Teleconference with David Wilson re: Epic and database. | Califano, Thomas R. | 0.40 |
| 01/25/08 | Teleconference with Ed Dole re: indemnification. | Califano, Thomas R. | 0.40 |
| 01/25/08 | Teleconference with Bob Sims re: indemnification plan. | Califano, Thomas R. | 0.50 |
| 01/25/08 | Teleconference with Walter Leach re: turnover status. | Califano, Thomas R. | 0.40 |
| 01/25/08 | Teleconference with Chris Thomson re: motions and turnaround. | Califano, Thomas R. | 0.30 |
| 01/25/08 | Revise assumption order (0.3); attend to cure objections (0.2); attend to service documents regarding Quixtar (0.2); attend to Committee's comments to sale order (0.5); telephone conference with Quixtar counsel (0.5). | Roldan, Vincent J. | 1.70 |
| 01/25/08 | Draft letter to WilmerHale regarding turnover of documents. | Thomson, Christopher R. | 1.20 |
| 01/25/08 | Reviewing motion and procedures for filing for CT; discussing drafting of proposed order for the same. | Ware, Robert T. | 0.70 |
| 01/25/08 | Draft and revise disclosure statement. | Smith, Mark C. | 4.60 |
| 01/25/08 | Research ability to reject bylaws in plan of reorganization | Smith, Mark C. | 1.30 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 16  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| | where are an executory contract. | | |
| 01/25/08 | Research substantive consolidation where certain creditors where given limited notice or no notice via court order. | Smith, Mark C. | 1.40 |
| 01/26/08 | Finalize motion and proposed order. | Thomson, Christopher R. | 1.50 |
| 01/28/08 | Review of D&O memo; review of Qualati objection. | Califano, Thomas R. | 0.60 |
| 01/28/08 | Review and edit agenda. | Johnson, Jeremy R. | 0.20 |
| 01/28/08 | Review document request; e-mail J. Lewis re: status. | Johnson, Jeremy R. | 0.40 |
| 01/28/08 | Review bar date notices and publication proofs. | Johnson, Jeremy R. | 0.40 |
| 01/28/08 | Review cure objections and proposed order. | Johnson, Jeremy R. | 1.40 |
| 01/28/08 | Read T Mobile stipulation (0.3); telephone calls to contact parties (0.7); Telephone conferences with Alltel, Quixtar (0.8); telephone conference with Gulutian regarding proposed order (0.3); finalize proposed order (0.7). | Roldan, Vincent J. | 2.80 |
| 01/28/08 | Reviewing time, beginning drafting of December fee statement. | Ware, Robert T. | 1.70 |
| 01/28/08 | Draft and revise letter to various rebate creditors explaining their position and rates in terms of a potential closing. | Smith, Mark C. | 0.70 |
| 01/28/08 | Draft email with revised Bar Date Order to Committee for approval and responding to their various questions. | Smith, Mark C. | 0.30 |
| 01/28/08 | Draft email with Revised Bar Date Order to BMC for approval and responding to their various questions. | Smith, Mark C. | 0.30 |
| 01/28/08 | Teleconference with _____ regarding filing of Bar Date Order and Notice. | Smith, Mark C. | 0.20 |
| 01/29/08 | Call with Mr. Califano regarding SEC information request and emails with Ms. Magill, Ms. Mirza and Ms. Bolden regarding same. | Meshulam, Deborah | 0.30 |
| 01/29/08 | Teleconference with Deborah Meshulah re: Epic Database. | Califano, Thomas R. | 0.30 |
| 01/29/08 | Teleconference with David Agay re: Walt Leach fees. | Califano, Thomas R. | 1.50 |
| 01/29/08 | Review and edit amended bar date order and bar date notice. | Johnson, Jeremy R. | 0.90 |
| 01/29/08 | Review and edit liquidating plan of reorganization; e-mail same to client, local counsel and the Committee. | Johnson, Jeremy R. | 2.60 |
| 01/29/08 | Review and edit motion to turnover documents. | Johnson, Jeremy R. | 0.70 |
| 01/29/08 | Review and edit motion for turnover of documents. | Johnson, Jeremy R. | 0.60 |
| 01/29/08 | E-mail R. Zimmer re: litigation settlement. | Johnson, Jeremy R. | 0.30 |

**Billing Instructions:**

Matter # 356037-000019
Invoice # ******

T. Califano
Page: 17
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/29/08 | Attend to comments from creditors regarding order (0.3); telephone conference with M. Salzberg, revise language (0.4); discuss order with J. Lewis (0.7); read Sprint & T. Mobile stipulations, certification of counsel (1.0); discuss stipulations with J. Lewis of Committee (0.2); finalize proposed order (0.3). | Roldan, Vincent J. | 2.50 |
| 01/29/08 | Review contents of Epiq database with S. Mirza; draft summary e-mail to D. Meshulam describing content of Epiq database. | Magill, Alix | 0.50 |
| 01/29/08 | Conference with A. Magill re access to and contents of Epiq database; draft summary of same for D. Meshulam. | Mirza, Syma | 0.50 |
| 01/29/08 | Reviewing and updating service list. | Ware, Robert T. | 0.40 |
| 01/29/08 | Draft email to M. Agustine regarding rejection motion revisions to schedules and removing various parties. | Smith, Mark C. | 0.30 |
| 01/29/08 | Call S. Ordaz in order to obtain submission deadline information for publication notice. | Smith, Mark C. | 0.30 |
| 01/29/08 | Determine status of D&O claims, if any, and request POCs from BMC. | Smith, Mark C. | 0.50 |
| 01/29/08 | Teleconference with B. Daniels (BMC) regarding DTC letter; draft email to S. Ordaz outlining email for K. Evans regarding same. | Smith, Mark C. | 0.20 |
| 01/29/08 | Draft and revise publication notice. | Smith, Mark C. | 0.20 |
| 01/29/08 | Draft and revise Disclosure Statement based on revised Plan. | Smith, Mark C. | 0.70 |
| 01/29/08 | Finalize Amended Bar Date Order and sent to local counsel for filing. | Smith, Mark C. | 0.30 |
| 01/30/08 | Emails to Mr. Califano regarding SEC information request issues. | Meshulam, Deborah | 0.20 |
| 01/30/08 | Telephone conversation with David Agay. | Califano, Thomas R. | 0.30 |
| 01/30/08 | Multiple teleconferences with M. Augustine re: motion calendar and hearing. | Johnson, Jeremy R. | 1.30 |
| 01/30/08 | E-mail L. Johnson re: status. | Johnson, Jeremy R. | 0.20 |
| 01/30/08 | Telephone conference with M. Augustine regarding strategy. | Roldan, Vincent J. | 0.30 |
| 01/30/08 | File maintenance and document organization of Journal Entry and Closing binders received from the client. | Bolden, Trinette A. | 2.00 |
| 01/30/08 | Draft and revise motion to limit notice to rebate customers. | Smith, Mark C. | 0.70 |

## Billing Instructions:

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 18  
March 5, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/30/08 | Teleconference with S. Ordez re Amended Bar Date order service to confirm proper notice. | Smith, Mark C. | 0.30 |
| 01/30/08 | Teleconference with B. Daniels re amended exhibits to rejection of contracts motion. | Smith, Mark C. | 0.30 |
| 01/30/08 | Teleconference with M. Augustine re exhibits for rejection motion. | Smith, Mark C. | 0.20 |
| 01/31/08 | E-mail R. Zimmer re: prepetition litigation. | Johnson, Jeremy R. | 0.20 |
| 01/31/08 | Read Alltell stip (.2); ph call with M Turner re: GE lease (.2); read Sprint stip (.3). | Roldan, Vincent J. | 0.70 |
| 01/31/08 | Draft and revise disclosure statement; format disclosure statement. | Smith, Mark C. | 6.30 |
| 01/31/08 | Draft e-mail to AK. Evans requesting updated list of rebate customers and for guidance as to current list interpretation. | Smith, Mark C. | 0.20 |

**Total Hours** 336.40

**Total Fees** $170,879.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Califano, Thomas R. | Partner | 38.30 | 800.00 | 30,640.00 |
| Meshulam, Deborah | Partner | 1.70 | 740.00 | 1,258.00 |
| Connuck, Eric S. | Of Counsel | 2.50 | 630.00 | 1,575.00 |
| Folds, J. David | Of Counsel | 3.90 | 595.00 | 2,320.50 |
| Johnson, Jeremy R. | Associate | 55.00 | 630.00 | 34,650.00 |
| Roldan, Vincent J. | Associate | 37.40 | 630.00 | 23,562.00 |
| Dougherty, Meghan K. | Associate | 0.40 | 610.00 | 244.00 |
| Thomson, Christopher R. | Associate | 52.60 | 535.00 | 28,141.00 |
| Audette, Brian | Associate | 2.20 | 495.00 | 1,089.00 |
| Magill, Alix | Associate | 3.00 | 360.00 | 1,080.00 |
| Mirza, Syma | Associate | 2.00 | 360.00 | 720.00 |
| Coleman, William H. | Paralegal | 0.30 | 280.00 | 84.00 |