# EXHIBIT B

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 19  
March 5, 2008

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Bolden, Trinette A. | Paralegal | 2.00 | 240.00 | 480.00 |
| Ware, Robert T. | Paralegal | 19.50 | 205.00 | 3,997.50 |
| Smith, Mark C. | Law Clerk | 115.60 | 355.00 | 41,038.00 |
| Totals | | 336.40 | | 170,879.00 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 01/03/08 | Westlaw Charges | 238.70 |
| 01/07/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. L. ACOSTA 12/20 | 11.65 |
| 01/07/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 12/17 | 32.50 |
| 01/07/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 12/19 | 13.38 |
| 01/07/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 12/17 | 25.24 |
| 01/07/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. R. WARE 12/21 | 39.37 |
| 01/07/08 | Lexis Charges | 193.29 |
| 01/08/08 | Lexis Charges | 908.02 |
| 01/08/08 | Lexis Charges | 229.05 |
| 01/08/08 | Westlaw Charges | 454.99 |
| 01/08/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CALIFANO 1251 6TH ==== ROVKVILLE CENTER 12/6 | 118.83 |
| 01/08/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. O'BRIEN KELLEY 1251 6TH ==== E. 65TH ST 12/16 | 27.54 |
| 01/09/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. M. SMITH 1251 6TH ==== E. 28TH STREET 12/11 | 27.54 |
| 01/09/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. V. ROLDAN 1251 6TH ==== E. 84TH STREET 12/3 | 28.56 |

**Billing Instructions:**

| | T. Califano |
|---|---|
| Matter # 356037-000019 | Page: 20 |
| Invoice # ****** | March 5, 2008 |

| Date | Description | Amount |
|---|---|---|
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. ACOSTA, L 1/2 | 8.15 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/2 | 21.79 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 1/3 | 24.27 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/2 | 21.79 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/3 | 22.79 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/5 | 14.77 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/5 | 20.89 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/6 | 18.17 |
| 01/10/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/6 | 19.55 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: SIMIPC ACQUISITION CORP; 12/26/07 | 314.00 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: MOBILE TECHNOLOGY SERVICES, INC; 12/26/07 | 285.00 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: INPHONIC, INC; 12/26/07 | 328.00 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: CAIS ACQUISITION LLC; 12/26/07 | 285.00 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: CAIS ACQUISITION II, LLC; 12/26/07 | 285.00 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: FON ACQUISITION, LLC; 12/26/07 | 285.00 |
| 01/10/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE; RE: 1010 INTERACTIVE, LLC; 12/26/07 | 285.00 |
| 01/11/08 | Local Travel - VENDOR: NY PETTYCASH J. JOHNSON TAXIS 1/3 | 28.00 |
| 01/11/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. V. ROLDAN 1251 6TH===== E. 84TH STREET | 28.56 |
| 01/12/08 | Filing/Recording Fees - VENDOR: COURT SUPPORT INC. EPIQ BANKRUPTCY SOLUTIONS @ 757 #RD AVE. FILED PROOF OF CLAIM IN RE: AMP'D MOBILE INC, INDEX NO 07/10739, COMPLETED 11/27/07 AND RETURNED STAMPED COPIES TO CLIENT | 115.00 |
| 01/13/08 | Local Travel - VENDOR: COMMUNICAR, INC. M SMITH 12/09 E 82ND TO 1251 6TH | 27.54 |
| 01/14/08 | Lexis Charges | 252.84 |

**Billing Instructions:**

|  |  | T. Califano |
|---|---|---|
| Matter # 356037-000019 | | Page: 21 |
| Invoice # ****** | | March 5, 2008 |

| Date | Description | Amount |
|---|---|---|
| 01/14/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. V. ROLDAN 1251 6TH ==== E. 84TH STREET 12/13 | 28.56 |
| 01/15/08 | Delivery Services - VENDOR: EAGLE MESSENGER & COURIER SERV TO FEDERAL TRADE COMM. 12/6/07 | 86.84 |
| 01/15/08 | Delivery Services - VENDOR: EAGLE MESSENGER & COURIER SERV TO DLA PIPER FKROM FEDERAL TRADE COM. 12/6/07 | 60.84 |
| 01/15/08 | Delivery Services - VENDOR: EAGLE MESSENGER & COURIER SERV TO U.S. JUSTICE DEPT. 12/6/07 | 86.84 |
| 01/15/08 | Delivery Services - VENDOR: EAGLE MESSENGER & COURIER SERV TO DLA PIPER 12/6/07 | 105.59 |
| 01/15/08 | Lexis Charges | 74.31 |
| 01/15/08 | Lexis Charges | 9.35 |
| 01/16/08 | Lexis Charges | 110.53 |
| 01/16/08 | Local Travel - VENDOR: NY PETTYCASH J. JOHNSON TRANSPORTATION 1/11,14 | 19.00 |
| 01/17/08 | Lexis Charges | 1,405.15 |
| 01/17/08 | Delivery Services - VENDOR: FEDERAL EXPRESS CORPORATION TO JOHN PURCELL /INPHONIC 12/7 | 14.14 |
| 01/17/08 | Delivery Services - VENDOR: FEDERAL EXPRESS CORPORATION TO KURT GWYNNE/REED SMITH 12/10 | 8.00 |
| 01/18/08 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS R; TRAVEL TO WASHINGTON, D.C. AND DELAWARE; FOR MEETINGS 11/15/07-11/16/07 | 250.00 |
| 01/18/08 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS R; TRAVEL TO D.C. FOR MEETING WITH CLIENTS 11/26/07 | 271.28 |
| 01/18/08 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS R; RETURN TRAVEL 11/27/07 | 271.28 |
| 01/18/08 | Out-of-Town Travel - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS R; TRAVEL TO WILMINGTON, DELAWARE; ATTEND HEARING 11/09/07 | 268.00 |
| 01/18/08 | Out-of-Town Travel - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS R; TRAVEL TO WILMINGTON, DELAWARE FOR COURT APPEARANCE; APPEAR FOR THE INPHONIC HEARING 11/30/07 | 268.00 |
| 01/18/08 | Out-of-Town Travel - VENDOR: AMERICAN EXPRESS JOHNSON/JEREMY R; PREPARE FOR AND ATTEND HEARING ON FIRST DAY OF MOTIONS; TRAVEL TO WILMINGTON, DE 11/09/07 | 268.00 |
| 01/18/08 | Lexis Charges | 130.65 |
| 01/22/08 | Lexis Charges | 1,032.50 |

**Billing Instructions:**

| | | T. Califano |
|---|---|---|
| Matter # 356037-000019 | | Page: 22 |
| Invoice # ****** | | March 5, 2008 |

| Date | Description | Amount |
|---|---|---|
| 01/23/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/7 | 20.60 |
| 01/23/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/8 | 33.75 |
| 01/23/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/11 | 23.60 |
| 01/23/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/7 | 18.99 |
| 01/24/08 | Delivery Services - VENDOR: FEDERAL EXPRESS CORPORATION TO THOMAS CALIFANO ,ROCKVILLE CTR 12/14 | 25.27 |
| 01/24/08 | Lexis Charges | 9.34 |
| 01/25/08 | Corporate/LLC/Partnership Filings - VENDOR: CSC* DOMESTIC FILING IN DE RE: STAR NUMBER, INC - 1/3/08 | 325.30 |
| 01/25/08 | Meals - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-CLIENT LUNCH-12/11/07 | 183.00 |
| 01/25/08 | Hotel - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-TRAVEL TO WILMINGTON, DE TO ATTEND HEARING-12/4-5/07 | 262.90 |
| 01/25/08 | Meals - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-TRAVEL TO WILMINGTON, DE TO ATTEND HEARING-12/4-5/07 | 669.58 |
| 01/25/08 | Filing/Recording Fees - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-FILING FEES | 436.87 |
| 01/25/08 | Meals - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-MEETING WITH LAZARD GROUP-12/6/07 | 37.00 |
| 01/25/08 | Mileage Allowance/Parking - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-ATTENDANCE AT MEETING-12/12/07 | 40.20 |
| 01/25/08 | Meals - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-MEETING WITH GROUP RE:STATUS-12/12/07 | 143.24 |
| 01/25/08 | Meals - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-LUNCH MEETING WITH CLIENT-12/17/07 | 13.28 |
| 01/25/08 | Out-of-Town Travel - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-TRAVEL FOR CLIENT-RELATED BUSINESS-12/3/07 | 32.00 |
| 01/25/08 | Meals - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-MEETING WITH ANDREW TORGOVE AND JASON COHEN-12/8/07 | 90.00 |
| 01/25/08 | Out-of-Town Travel - VENDOR: AMERICAN EXPRESS THOMAS CALIFANO-CLIENT MEETING-12/11/07 | 33.50 |
| 01/25/08 | Lexis Charges | 64.05 |
| 01/26/08 | Lexis Charges | 323.37 |

**Billing Instructions:**

|  |  | T. Califano |
|---|---|---|
| Matter # 356037-000019 | | Page: 23 |
| Invoice # ****** | | March 5, 2008 |
| **Date** | **Description** | **Amount** |
| 01/27/08 | Lexis Charges | 18.67 |
| 01/28/08 | Lexis Charges | 64.04 |
| 01/28/08 | Corporate/LLC/Partnership Filings - VENDOR: NATIONAL CORPORATE RESEARCH, LTD AMENDMENT FILING DELAWARE DEPARTMENT OF STATE - SIMPLEXITY, LLC | 1,215.00 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/14 | 23.37 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/16 | 31.37 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 1/17 | 16.82 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 1/17 | 16.82 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/14 | 23.37 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/15 | 32.25 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/17 | 16.82 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/18 | 25.50 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/14 | 23.36 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/15 | 32.25 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/16 | 31.37 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/17 | 16.82 |
| 01/28/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/18 | 17.47 |
| 01/30/08 | Delivery Services - VENDOR: FEDERAL EXPRESS CORPORATION TO THOMAS CALIFANO ROCKVILLE CENTRE 12/20 | 19.26 |
| 01/30/08 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO 12/17 50TH & 7TH TO 131 DUANE ST | 31.62 |
| 01/30/08 | Local Travel - VENDOR: DIAL CAR, INC. M SMITH 1/15 1251 6TH TO 121 W 104ST | 34.68 |

**Billing Instructions:**

Matter # 356037-000019  
Invoice # ******

T. Califano  
Page: 24  
March 5, 2008

| Date | Description | Amount |
|---|---|---|
| 01/30/08 | Local Travel - VENDOR: DIAL CAR, INC. M SMITH 01/07 1251 6TH TO WEST 104TH | 32.64 |
| 01/30/08 | Local Travel - VENDOR: DIAL CAR, INC. M SMITH 01/06 1251 6TH TO 121 W 104TH | 32.64 |
| 01/30/08 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO 12/14 24 E 81ST TO ROCKVILLE | 120.87 |
| 01/30/08 | Local Travel - VENDOR: DIAL CAR, INC. M SMITH 12/16 121 W 104TH TO 1251 6TH | 32.64 |
| 01/31/08 | Local Travel - VENDOR: COMMUNICAR, INC. CALIFANO 12/21 1251 6TH TO ROCKVILLE | 89.25 |
| 01/31/08 | Local Travel - VENDOR: NY PETTYCASH T. CALIFANO TAXI 1/18 | 5.50 |
| 01/31/08 | Local Travel - VENDOR: NY PETTYCASH C. THOMSON TAXIS 1/14,17,18,22 | 47.80 |
| 01/31/08 | Local Travel - VENDOR: COMMUNICAR, INC. M SMITH 12/10 1251 6TH TO E 28TH | 34.68 |
| 01/31/08 | Out-of-Town Travel - VENDOR: MARK SMITH 12/21/07 AMTRAK TO WILMINGTON, DE FOR ATTENDANCE AT HEARING | 64.00 |
| 01/31/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 1/24 | 11.48 |
| 01/31/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 1/23 | 27.73 |
| 01/31/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. M. SMITH 1/23 | 27.73 |
| 01/31/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/25 | 9.47 |
| 01/31/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/23 | 27.73 |
| 01/31/08 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. C. THOMSON 1/22 | 14.48 |
| 01/31/08 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. M. SMITH 1251 6TH ---- W. 104TH STREET 1/2 | 29.58 |
|  | Duplicating | 3.75 |

**Total Disbursements**   $14,897.30

**Total Current Charges**   $   185,776.30