# EXHIBIT C

## Bankruptcy Task Codes
**Administration**
B110 Case Administration
B120 Asset Analysis and Recovery
B130 Asset Dispostion
B140 Relief from Stay/Adequate Protection Proceedings
B150 Meetings of and Communications w/ Creditors
B160 Fee/Employment Applications
B170 Fee/Employment Objections
B180 Avoidance Action Analysis
B190 Other Contested Matters
B195 Non-Working Travel
**Operations**
B210 Business Operations
B220 Employee Benefits/Pensions
B230 Financing/Cash Collections
B240 Tax Issues
B250 Real Estate
B260 Board of Directors Matters
**Claims and Plan**
B310 Claims Administration and Objections
B320 Plan and Disclosure Statement(including Business Plan)
**Bankruptcy-Related Advice**
B410 General Bankruptcy Advice/Opinions
B420 Restructurings
Enable

Time Recap Summary by Matter And UserDefined3 [356037-000019 - General Bankruptcy]  
Client:356037 - InPhonic, Inc.   3/5/2008 10:46:55 AM

Page 1

| Matter | UserDefined3 | Work Hours | Work Amount | Bill Hours | Bill Amount | Description |
|---|---|---|---|---|---|---|
| 356037-000019 | B110 | 124.50 | 69052.50 | 124.50 | 69052.50 | General Bankruptcy |
| 356037-000019 | B140 | 5.00 | 3150.00 | 5.00 | 3150.00 | General Bankruptcy |
| 356037-000019 | B150 | 3.30 | 2079.00 | 3.30 | 2079.00 | General Bankruptcy |
| 356037-000019 | B160 | 5.20 | 1088.50 | 5.20 | 1088.50 | General Bankruptcy |
| 356037-000019 | B185 | 56.40 | 32540.00 | 56.40 | 32540.00 | General Bankruptcy |
| 356037-000019 | B190 | 84.70 | 36496.00 | 84.70 | 36496.00 | General Bankruptcy |
| 356037-000019 | B210 | .50 | 315.00 | .50 | 315.00 | General Bankruptcy |
| 356037-000019 | B230 | .40 | 252.00 | .40 | 252.00 | General Bankruptcy |
| 356037-000019 | B260 | 8.90 | 5029.50 | 8.90 | 5029.50 | General Bankruptcy |
| 356037-000019 | B310 | 2.00 | 710.00 | 2.00 | 710.00 | General Bankruptcy |
| 356037-000019 | B320 | 33.60 | 14403.00 | 33.60 | 14403.00 | General Bankruptcy |
| 356037-000019 | B400 | 5.20 | 2138.00 | 5.20 | 2138.00 | General Bankruptcy |
| 356037-000019 | B410 | .20 | 148.00 | .20 | 148.00 | General Bankruptcy |
| 356037-000019 | B420 | 6.50 | 3477.50 | 6.50 | 3477.50 | General Bankruptcy |
| Subtotal 356037-000 | | 336.40 | 170879.00 | 336.40 | 170879.00 | General Bankruptcy |
| TOTAL | | 336.40 | 170879.00 | 336.40 | 170879.00 | |