## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 13th day of March, 2008, I caused a copy of the **Third Monthly Fee Statement of DLA Piper US LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from January 1, 2008 Through January 31, 2008** to be served upon the Notice Parties listed on the attached service list *via* first class mail.

_____
Daniel A. O'Brien (No. 4897)

{00760748;v1}

# INPHONIC INC.

## Service List

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York   NY   10020-1104
*Debtor*

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*

Kenneth D. Schwartz
InPhonic, Inc.
1010 Wisconsin Avenue
Ste. 600
Washington   D.C.   20007