# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Case Administration – 60002 | 7.80 | $2,881.50 |
| Business Operations - 60003 | 1.40 | $812.00 |
| Creditor Meetings/Committees - 60005 | 2.70 | $1,389.00 |
| Preparation of Fee Statement/Application – 60007 | 20.50 | $4,782.00 |
| Employee Matters - 60011 | 1.90 | $1,102.00 |
| Insurance – 60012 | 6.60 | $3,498.00 |
| Miscellaneous Motions -60013 | 6.50 | $2,552.00 |
| Assumption/Rejection of Leases - 60014 | 13.60 | $5,467.50 |
| Retention of Professionals – 60015 | 2.00 | $470.00 |
| Plan Review and Litigation -60021 | 9.60 | $3,981.00 |
| D&O Claims – 60026 | 2.20 | $1,048.00 |
| Investigation re: Lenders – 60027 | 0.80 | $380.00 |
| **TOTAL:** | **75.60** | **$28,363.00** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND
PARAPROFESSIONALS RENDERING SERVICES FROM JANUARY 1, 2008
THROUGH JANUARY 31, 2008**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Claudia Z. Springer | Partner. Joined firm as partner in 2002. Member of PA bar since 1981. Member of DC bar since 1980. | $645.00 | 1.10 | $709.50 |
| Robert P. Simons | Joined firm as partner in 2001. Member of WV bar since 1982. Member of PA bar since 1986. | $530.00 (2007) $580.00 (2008) | 0.60 10.80 | $318.00 $6,264.00 |
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. | $560.00 | 3.20 | $1,792.00 |
| Jay M. Levin | Joined firm as counsel in 2005. Member of PA bar since 1981 | $530.00 | 6.60 | $3,498.00 |
| Gaston P. Loomis II | Joined firm as associate in 2005. Member of GA bar since 2001. Member of DE bar since 2006. | $385.00 | 0.20 | $77.00 |
| Joshua C. Lewis | Joined firm as associate in 2005. Member of PA bar since 2004. Member of NY bar since 2003. | $370.00 | 26.60 | $9,842.00 |
| J. Cory Falgowski | Joined firm as associate in 2004. Member of DE bar since 2004. | $325.00 | 0.70 | $227.50 |
| John B. Lord | Joined firm as paralegal in 2000. Paralegal for fifteen years. | $235.00 | 21.60 | $5,076.00 |
| Lisa A. Lankford | Joined firm in 2000. Practice Group Specialist since 2003. | $115.00 (2007) $135.00 (2008) | 0.40 3.80 | $46.00 $513.00 |
| Grand Total: | | | **75.60** | **$28,363.00** |
| Blended Rate: | | | | $375.18 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $456.39 |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Summary of Invoice #  1661098
As Committee Chairperson on behalf of                For Period Ending
Infinite Computer Solutions, Inc.                    JANUARY 31, 2008
10500 Sager Avenue, Suite G
Fairfax, VA 22030

886922  Official Committee of Unsecured Creditors for InPhonic Inc.
        and Its Debtor-Affiliates

| MATTER | MATTER NAME | SERVICES | EXPENSES | TOTAL |
|--------|-------------|---------:|---------:|------:|
| 60001 | Official Committee of Unsecured C | 0.00 | 1,434.37 | 1,434.37 |
| 60002 | Case Administration | 2,881.50 | 0.00 | 2,881.50 |
| 60003 | Business Operations | 812.00 | 0.00 | 812.00 |
| 60005 | Creditor Meetings/Committees | 1,389.00 | 0.00 | 1,389.00 |
| 60007 | Preparation of Fee Statement/Appl | 4,782.00 | 0.00 | 4,782.00 |
| 60011 | Employee Matters | 1,102.00 | 0.00 | 1,102.00 |
| 60012 | Insurance | 3,498.00 | 0.00 | 3,498.00 |
| 60013 | Miscellaneous Motions | 2,552.00 | 0.00 | 2,552.00 |
| 60014 | Assumption/REjection of Leases | 5,467.50 | 0.00 | 5,467.50 |
| 60015 | Retention of Professionals | 470.00 | 0.00 | 470.00 |
| 60021 | Plan Review and Litigation | 3,981.00 | 0.00 | 3,981.00 |
| 60026 | D&O Claims | 1,048.00 | 0.00 | 1,048.00 |
| 60027 | Investigation re: Lenders | 380.00 | 0.00 | 380.00 |

TOTAL BALANCE DUE
    UPON RECEIPT                       $28,363.00    $1,434.37    $29,797.37

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1661098 |
| As Committee Chairperson on behalf of | Invoice Date    02/18/08 |
| Infinite Computer Solutions, Inc. | Client Number    886922 |
| 10500 Sager Avenue, Suite G | Matter Number    60002 |
| Fairfax, VA 22030 | Page   5 |

==========================================================================

Re: (60002)  Case Administration

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/11/07 | Lankford | Confer with J. Lord regarding GE Capital telephonic appearance for 12/11 hearing (.1); confer with S. Scaruzzi in Judge Gross's chambers regarding same (.1) | .20 |
| 12/11/07 | Lankford | Confer with J. Lord regarding GE Capital telephonic appearance confer with J. Lord regarding telephonic appearance for 12/13 sale hearing (.1); e-mail to K. Gwynne regarding same (.1). | .20 |
| 01/02/08 | Lankford | Weekly Update to Critical Deadline Chart. | .60 |
| 01/02/08 | Lewis | Review chart of critical deadlines for upcoming events (.2); email correspondence with B.Simons re same (.1). | .30 |
| 01/02/08 | Simons | Email to T. Califano re: status and possible call to discuss action items. | .10 |
| 01/02/08 | Simons | Email to D. Agay re: status and possible call. | .10 |
| 01/03/08 | Lord | Research docket and update 2002 service list. | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
      and Its Debtor-Affiliates
60002  Case Administration                          Page   6
February 18, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 01/08/08 | Lankford | Weekly Update to Critical Deadline Chart. | .90 |
| 01/08/08 | Lewis | Review docket and critical deadline chart for recent activity (.8); email correspondence with R.Simons re same (.2). | 1.00 |
| 01/11/08 | Simons | Review email from T. Califano re: Walter Leach employment to shepherd wind-down. | .20 |
| 01/14/08 | Simons | VCall with P. Agay and Deloitte (Dan Polsky) re: information request and Litigation Trust. | .40 |
| 01/17/08 | Simons | Email to Debtors' counsel listing discussion points and seeking to set status call. | .40 |
| 01/18/08 | Simons | Emails with parties to schedule status call with Debtors. | .20 |
| 01/18/08 | Simons | Email memo to T. Califano (Debtor's attorney) re: agenda for call to wind-up estate, e.g., Litigation Trust Agreement, plan timetable, etc. | .20 |
| 01/21/08 | Simons | Prepare for status call with Debtors (develop checklist; Leach employment; rejection of indemnification agreement; plan; litigation trust agreement). | .70 |
| 01/22/08 | Lankford | Weekly Update to Critical Deadline Chart. | .40 |
| 01/23/08 | Simons | Call with Tom Califano re: status of plan, Walter Leach employment; etc. | .20 |
| 01/24/08 | Springer | Confer with Bob Simons on status of case and handling of litigation. | .50 |
| 01/25/08 | Simons | Call with Tom Califano re: O & D actions; Walter Leach; Steinberg lawyer, plan draft. | .30 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
     and Its Debtor-Affiliates
60002  Case Administration                              Page    7
February 18, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/29/08 | Lankford | Weekly Update to Critical Deadline Chart. | .60 |
| 01/30/08 | Lord | Update 2002 service list. | .10 |

                                                         TOTAL HOURS    7.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Robert P. Simons | 2.80 | at | $ 580.00 | = | 1,624.00 |
| Claudia Z. Springer | 0.50 | at | $ 645.00 | = | 322.50 |
| Joshua C. Lewis | 1.30 | at | $ 370.00 | = | 481.00 |
| John B. Lord | 0.30 | at | $ 235.00 | = | 70.50 |
| Lisa Lankford | 0.40 | at | $ 115.00 | = | 46.00 |
| Lisa Lankford | 2.50 | at | $ 135.00 | = | 337.50 |

               CURRENT FEES                      2,881.50


               TOTAL THIS MATTER                 $2,881.50
                                       =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1661098 |
| As Committee Chairperson on behalf of | Invoice Date    02/18/08 |
| Infinite Computer Solutions, Inc. | Client Number    886922 |
| 10500 Sager Avenue, Suite G | Matter Number    60003 |
| Fairfax, VA 22030 | Page   8 |


================================================================================

Re: (60003)  Business Operations

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 01/03/08 | Simons | Email to P. Polsky re: re-scheduling call with parties to discuss wind-down. | .10 |
| 01/15/08 | Simons | Email to Debtor's counsel re: meeting to discuss wind down. | .10 |
| 01/17/08 | Simons | Review file/emails for open items to develop checklists for discussion with Debtors to wind down case. | .60 |
| 01/21/08 | Simons | Status call with Debtors and Deloitte Teams regarding checklist to wind down case. | .60 |

TOTAL HOURS    1.40

| TIME SUMMARY | Hours | Rate | Value |
|-------------|-------|------|-------|
| Robert P. Simons | 1.40 at $ 580.00 = | | 812.00 |

CURRENT FEES                                812.00


TOTAL THIS MATTER                         $812.00
=============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1661098 |
| Invoice Date | 02/18/08 |
| Client Number | 886922 |
| Matter Number | 60005 |
| Page   9 | |

==========================================================================

Re: (60005)  Creditor Meetings/Committees

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/08 | Simons | Email from Colleen Jones (Committee member) re: Icon lawsuit. | .10 |
| 01/03/08 | Lewis | Telephone call with creditor V.Dibatuba (.4). | .40 |
| 01/04/08 | Simons | Receipt of assumed contracts list and arrange for transmission to Committee. | .10 |
| 01/18/08 | Simons | Email memo to Committee re: status and moving 1/21 meeting to 1/24. | .40 |
| 01/22/08 | Lewis | Respond to creditor inquiry from A.Bielas (.2). | .20 |
| 01/23/08 | Simons | Email memo to Committee re: agenda for tomorrow's status call. | .70 |
| 01/24/08 | Gwynne | Conference with committee call re: update re: plan, Deloitte claims investigation, bar date motion, and Icon claim against directors | .60 |
| 01/24/08 | Loomis | Communicate with Creditor on Outstanding Balance Due/Claims Process | .20 |

                                     ------
                            TOTAL HOURS     2.70

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber 1661098
      and Its Debtor-Affiliates
60005 Creditor Meetings/Committees                    Page  10
February 18, 2008

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Robert P. Simons | 1.30 | at | $ | 580.00 | = | 754.00 |
| Kurt F. Gwynne | 0.60 | at | $ | 560.00 | = | 336.00 |
| Joshua C. Lewis | 0.60 | at | $ | 370.00 | = | 222.00 |
| Gaston P. Loomis | 0.20 | at | $ | 385.00 | = | 77.00 |

CURRENT FEES                                          1,389.00


TOTAL THIS MATTER                                 $1,389.00
                                                  =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1661098
As Committee Chairperson on behalf of          Invoice Date      02/18/08
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60007
Fairfax, VA 22030                              Page  11


====================================================================

Re: (60007)  Preparation of Fee Statement/Application

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/03/08 | Lord | Continue to prepare RS November monthly fee application. | 2.50 |
| 01/04/08 | Lord | Continue to work on RS 1st monthly fee application (1.0); review December DBR for preparation of 2nd monthly fee application (.5) | 1.50 |
| 01/07/08 | Lord | Continue to draft RS November fee application and revise related invoices. | 2.00 |
| 01/08/08 | Lord | Continue to draft RS November fee application and revisions to related invoice. | 3.00 |
| 01/09/08 | Lankford | Review and revise RS's 1st Monthly Fee Application and calculations regarding same. | 1.30 |
| 01/09/08 | Lord | E-mail to team re: RS monthly fee application (.1); review and revise fee application (.3) | .40 |
| 01/11/08 | Lord | Review DBR for preparation of RS December fee application. | .70 |
| 01/14/08 | Lewis | Review and revise fist interim fee application (.5). | .50 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
      and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application        Page  12
February 18, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/14/08 | Lord | Revise, e-file and perfect service of RS first monthly fee application (.8); continue work on RS December DBR (.6). | 1.40 |
| 01/15/08 | Lord | Continue to review December DBR for preparation of monthly fee application (1.2). | 1.20 |
| 01/22/08 | Lord | Prepare RS December monthly fee application (.7). | .70 |
| 01/24/08 | Lord | Continue work on RS December monthly fee application (.4). | .40 |
| 01/25/08 | Lord | Continue work on RS December monthly fee application (.7) | .70 |
| 01/28/08 | Lewis | Review various fee application issues raised by J.Lord (.1); email correspondence with same re same (.1). | .20 |
| 01/28/08 | Lord | Continue work on RS December monthly fee application. | 1.40 |
| 01/29/08 | Lord | Continue work on RS December monthly fee application | 1.20 |
| 01/30/08 | Lord | Continue to draft RS December monthly fee application. | 1.40 |

                                                    ------
                                    TOTAL HOURS   20.50

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Joshua C. Lewis | 0.70 | at $ | 370.00 | = | 259.00 |
| John B. Lord | 18.50 | at $ | 235.00 | = | 4,347.50 |
| Lisa Lankford | 1.30 | at $ | 135.00 | = | 175.50 |

                 CURRENT FEES                  4,782.00

                 TOTAL THIS MATTER           $4,782.00
                                            ==============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number      1661098 |
| As Committee Chairperson on behalf of | Invoice Date    02/18/08 |
| Infinite Computer Solutions, Inc. | Client Number      886922 |
| 10500 Sager Avenue, Suite G | Matter Number       60011 |
| Fairfax, VA 22030 | Page  13 |

================================================================================

Re: (60011)  Employee Matters

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 01/16/08 | Simons | Review proposed Leach employment agreement. | 1.00 |
| 01/17/08 | Simons | Email memo re: Leach Employment Agreement. | .40 |
| 01/25/08 | Simons | Email to D. Agay re: status of employment of Walter Leach. | .20 |
| 01/25/08 | Simons | Email from D. Agay re: employment of Walter leach. | .10 |
| 01/25/08 | Simons | Email to T. Califano re: possible call status of W. Leach employment. | .20 |

```
                                          ------
                            TOTAL HOURS     1.90
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Robert P. Simons | 1.90 at $ 580.00 = | | 1,102.00 |

```
                         CURRENT FEES                      1,102.00


                         TOTAL THIS MATTER              $1,102.00
                                                        =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number      1661098 |
| As Committee Chairperson on behalf of | Invoice Date     02/18/08 |
| Infinite Computer Solutions, Inc. | Client Number       886922 |
| 10500 Sager Avenue, Suite G | Matter Number        60012 |
| Fairfax, VA 22030 | Page  14 |

===========================================================================

Re: (60012)  Insurance

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 12, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/08 | Levin | Review Level 3 case and continue drafting analysis of potential applicability of insured versus insured exclusions in AIG and XL policies. | 4.70 |
| 01/03/08 | Levin | Revise and supplement memo regarding "insured versus insured" exclusion issues. | .70 |
| 01/09/08 | Levin | Continue to revise and supplement analysis of "insured versus insured" exclusion. | .40 |
| 01/10/08 | Levin | Finish "insured versus insured" analysis and e-mail to firm attorneys Simons and Springer. | .80 |

```
                                                    ------
                                  TOTAL HOURS      6.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Jay M. Levin | 6.60 at | $  530.00  = | 3,498.00 |

CURRENT FEES                                      3,498.00

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
      and Its Debtor-Affiliates
60012  Insurance                                    Page  15
February 18, 2008

                      TOTAL THIS MATTER            $3,498.00
                                           =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1661098 |
| As Committee Chairperson on behalf of | Invoice Date    02/18/08 |
| Infinite Computer Solutions, Inc. | Client Number    886922 |
| 10500 Sager Avenue, Suite G | Matter Number    60013 |
| Fairfax, VA 22030 | Page  16 |

================================================================================

Re: (60013)  Miscellaneous Motions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/09/08 | Lewis | Begin drafting motion re turnover of certain records that belong to debtor's estate (2.8). | 2.80 |
| 01/11/08 | Lewis | Review motion to set a bar date (.6); email correspondence with K.Gwynne and R.Simons re same (.2). | .80 |
| 01/14/08 | Lewis | Review and comment on draft Bar Date Motion (1.2); email correspondence with M.Smith re same (.2). | 1.40 |
| 01/14/08 | Simons | Review Bar Date Motion and provide comments to Debtor's counsel. | .50 |
| 01/18/08 | Lewis | Review revised Bar Date Motion and provide comments to Debtors' counsel (.6); email correspondence with B.Simons re same (.1). | .70 |
| 01/18/08 | Simons | Review comments to amended bar date notice. | .20 |
| 01/28/08 | Lewis | Email correspondence with J.Johnson re certain professional turnover motion (.1). | .10 |

                                                          ------
                                        TOTAL HOURS    6.50

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
     and Its Debtor-Affiliates
60013  Miscellaneous Motions                   Page  17
February 18, 2008

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Robert P. Simons | 0.70 at $ 580.00 = | | 406.00 |
| Joshua C. Lewis | 5.80 at $ 370.00 = | | 2,146.00 |
| | CURRENT FEES | | 2,552.00 |
| | TOTAL THIS MATTER | | $2,552.00 |
| | | | ============= |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1661098 |
| As Committee Chairperson on behalf of | Invoice Date    02/18/08 |
| Infinite Computer Solutions, Inc. | Client Number    886922 |
| 10500 Sager Avenue, Suite G | Matter Number    60014 |
| Fairfax, VA 22030 | Page  18 |

================================================================================

Re: (60014)  Assumption/REjection of Leases

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| -------- | ----------- | | ----- |
| 01/02/08 | Simons | Email from ACN re: final list of assumed executory contracts. | .10 |
| 01/03/08 | Gwynne | Email re: list of contracts to be assumed | .10 |
| 01/04/08 | Lewis | Email correspondence with Debtor's counsel re assumed contracts (.2); telephone call with K.Gwynne re same (.2); review same and respond to creditor inquiry re same (.2); email correspondence with M.Katz re same (.1). | .70 |
| 01/04/08 | Lord | Communicate with KGwynne re: assumed contracts from sale (.2); review and compile certain information from same per KGwynne (.6). | .80 |
| 01/09/08 | Lewis | Attention to status of assumed and rejected contracts (.6); review sale order re same (.8); email correspondence with Debtor's counsel re same (.1); telephone call and email correspondence with K.Gwynne re same (.2). | 1.70 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
      and Its Debtor-Affiliates
60014  Assumption/REjection of Leases              Page  19
February 18, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/15/08 | Gwynne | Emails from D.Agay and contract party's counsel re: assumption/assignment stipulations | .20 |
| 01/16/08 | Gwynne | Reviewed assumption/assignment stipulations with telecom carriers | .50 |
| 01/17/08 | Lewis | Review docket re motion to reject indemnification agreements (.4); email correspondence with D. Polsky re same (.1). | .50 |
| 01/17/08 | Simons | Review AT&T Stipulation. | .50 |
| 01/17/08 | Simons | Call with Agay re: AT&T Wireless Stipulation and related review of stipulation. | .40 |
| 01/18/08 | Simons | Review approved Verizon Stipulation order. | .20 |
| 01/25/08 | Lewis | Review and revise proposed order re motion to assume various executory contracts (1.8); email correspondence with K.Gwynne and V.Roland re same (.6); review revised draft circulated by debtors' counsel (.4). | 2.80 |
| 01/28/08 | Lewis | Review and comment on proposed stipulations with T-Mobile and Sprint (1.6); email correspondence with R.Simons and K.Gwynne re same (.3). | 1.90 |
| 01/29/08 | Falgowski | Review of Debtor's Motion to Reject Leases in preparation for hearing (.3); communications with K. Gwynne and J. Lewis regarding same (.1) | .40 |
| 01/29/08 | Gwynne | Conference with D. Agay re: draft T-Mobile and Sprint stipulations | .20 |
| 01/29/08 | Gwynne | Reviewed Sprint and T-Mobile draft stipulations re: reservation of claims against the estate | .70 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
       and Its Debtor-Affiliates
60014  Assumption/REjection of Leases                    Page   20
February 18, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/30/08 | Falgowski | Review Stipulations and Committee revisions to release language in stipulations and phone call with J. Lewis regarding revisions (.3). | .30 |
| 01/30/08 | Lewis | Various email correspondence and telephone call with D.Agay and K.Gwynne re stipulations with T-Mobile and Sprint (.8); review revised order relating to assumption motion (.4); email correspondence with V.Roland re same (.3); telephone call with same re comments to same (.1). | 1.60 |

```
                                              ------
                                  TOTAL HOURS   13.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Robert P. Simons | 1.20 | at $ | 580.00 | = | 696.00 |
| Kurt F. Gwynne | 1.70 | at $ | 560.00 | = | 952.00 |
| J. Cory Falgowski | 0.70 | at $ | 325.00 | = | 227.50 |
| Joshua C. Lewis | 9.20 | at $ | 370.00 | = | 3,404.00 |
| John B. Lord | 0.80 | at $ | 235.00 | = | 188.00 |

```
                       CURRENT FEES                       5,467.50


                       TOTAL THIS MATTER                 $5,467.50
                                                         =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

```
c/o Timothy J. McGary, Esq.                   Invoice Number      1661098
As Committee Chairperson on behalf of         Invoice Date       02/18/08
Infinite Computer Solutions, Inc.             Client Number        886922
10500 Sager Avenue, Suite G                   Matter Number         60015
Fairfax, VA 22030                             Page  21
```

================================================================================

Re: (60015)  Retention of Professionals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/08 | Lord | E-mails to RSimons and Deloitte retention applications (.2). | .20 |
| 01/03/08 | Lord | Research docket and draft CNO for RS and Deloitte retention applications. | .70 |
| 01/04/08 | Lord | Revise, e-file and perfect service of CNO for RS and Deloitte's 2014 applications (.6); communicate with KGwynne and Deloitte re: same (.2); telephone call with Debtors re: CNOs for upcoming hearing (.1). | .90 |
| 01/08/08 | Lord | Research docket and e-mail to RSimons and Deloitte re: retention orders. | .20 |

```
                                                  ------
                                  TOTAL HOURS       2.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| John B. Lord | 2.00 at $ 235.00 = | | 470.00 |

```
                        CURRENT FEES                        470.00
```

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
       and Its Debtor-Affiliates
60015  Retention of Professionals                    Page  22
February 18, 2008


                        TOTAL THIS MATTER                    $470.00
                                                        ==============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                          Invoice Number      1661098
As Committee Chairperson on behalf of                Invoice Date       02/18/08
Infinite Computer Solutions, Inc.                    Client Number        886922
10500 Sager Avenue, Suite G                          Matter Number         60021
Fairfax, VA 22030                                    Page   23


================================================================================

Re: (60021)  Plan Review and Litigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/19/07 | Simons | Coordinate with Adeptio attorney and Deloitte for tomorrow's 2:30 conference call on claims recovery. | .30 |
| 12/19/07 | Simons | Call from David Agay re: litigation of claims (no cost). | .10 |
| 12/19/07 | Simons | Call from David Agay (Adeptio) regarding conference call with Deloitte re: claims assessment. | .20 |
| 01/03/08 | Lewis | Review caselaw re insurance issues in assignment of claims to liquidating trust (.8); email correspondence with B.Simons re same (.1). | .90 |
| 01/14/08 | Simons | Call from D. Agay re: first cut of Litigation Trust Agreement and claim information. | .20 |
| 01/14/08 | Simons | Conference call with Dan Polsky re: claims investigation. | .30 |
| 01/18/08 | Lewis | Draft portions of liquidating trust agreement (2.1). | 2.10 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
       and Its Debtor-Affiliates
60021  Plan Review and Litigation                     Page  24
February 18, 2008

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 01/21/08 | Lewis | Participate in conference call with R.Simons and T.Califano re status and next steps to confirmation (.6); confer with R.Simons re same and assignments (.1). | .70 |
| 01/22/08 | Lewis | Draft portions of liquidating trust agreement (1.7); review term sheet with Versa and Debtors re same (.1). | 1.80 |
| 01/24/08 | Simons | Email from T. Califano re: litigation trustee. | .10 |
| 01/24/08 | Simons | Email to and from T. Califano re: status of plan draft. | .20 |
| 01/25/08 | Lewis | Draft portions of liquidating trust agreement (2.1). | 2.10 |
| 01/29/08 | Springer | Confer with Gwynne about plan and litigation trust agreement. | .60 |

                                       ------
                          TOTAL HOURS   9.60

| TIME SUMMARY | Hours | | Rate | | Value |
| ------------------------ | ------ | | --------------- | | ------- |
| Robert P. Simons | 1.40 | at $ | 558.57 | = | 782.00 |
| Claudia Z. Springer | 0.60 | at $ | 645.00 | = | 387.00 |
| Joshua C. Lewis | 7.60 | at $ | 370.00 | = | 2,812.00 |

                 CURRENT FEES                          3,981.00


                 TOTAL THIS MATTER                    $3,981.00
                                                      =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number      1661098
As Committee Chairperson on behalf of          Invoice Date      02/18/08
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60026
Fairfax, VA 22030                              Page  25

================================================================================

Re: (60026)  D&O Claims

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 01/02/08 | Simons | Confer with Jay Levin on impact of Icon lawsuit against Officers and Directors. | .20 |
| 01/02/08 | Simons | Email to Colleen Jones (Committee member) re: impact on Icon lawsuit against Officers and Directors. | .10 |
| 01/30/08 | Gwynne | Reviewed documents from Deloitte re: stock redemption claims | .20 |
| 01/30/08 | Gwynne | Conference call with Deloitte reps re: stock redemption claims | .70 |
| 01/30/08 | Lewis | Telephone conference with Deloitte team and K.Gwynne re review of Debtors' stock redemption plan (.7); review Deloitte analysis re same (.3). | 1.00 |

                                               ------
                              TOTAL HOURS        2.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Robert P. Simons | 0.30 | at $ | 580.00 | = | 174.00 |
| Kurt F. Gwynne | 0.90 | at $ | 560.00 | = | 504.00 |
| Joshua C. Lewis | 1.00 | at $ | 370.00 | = | 370.00 |

                    CURRENT FEES                        1,048.00

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
       and Its Debtor-Affiliates
60026  D&O Claims                                    Page  26
February 18, 2008


                        TOTAL THIS MATTER              $1,048.00
                                                      =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                  Invoice Number      1661098
As Committee Chairperson on behalf of        Invoice Date      02/18/08
Infinite Computer Solutions, Inc.            Client Number       886922
10500 Sager Avenue, Suite G                  Matter Number        60027
Fairfax, VA 22030                            Page  27


=========================================================================

Re: (60027)  Investigation re: Lenders

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|------|
| 01/02/08 | Lewis | Email correspondence with R.Simons re Deloitte document request to Debtors and Adeptio (.2); review same (.2). | .40 |
| 01/02/08 | Simons | Email to D. Agay re: information requests. | .10 |
| 01/11/08 | Simons | Email to David Agay (Adeptio) re: status of responses to information request. | .20 |
| 01/11/08 | Simons | Email from Josh Lewis re: motion for turnover for Wilmer Cutler investigation materials. | .10 |

                                       ------
                        TOTAL HOURS      .80


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Robert P. Simons | 0.40  at  $  580.00  = | | 232.00 |
| Joshua C. Lewis  | 0.40  at  $  370.00  = | | 148.00 |

                   CURRENT FEES                      380.00


                   TOTAL THIS MATTER               $380.00
                                             =============