# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying | IKON | $203.94 |
| In-House Duplicating | | $201.60 |
| Outside Databases | Parcels | $48.32 |
| Outside Databases | LivEdgar | $140.93 |
| Telephone - Outside | ChorusCall/ CourtCall | $233.43 |
| Telephone Expense | | $1.05 |
| CSC Search Expense | CSC | $269.60 |
| Telephonic Hearing Expense | CourtCall | $218.00 |
| Courier Service - Outside | UPS/Parcels | $7.50 |
| Taxi Expense | | $110.00 |
| **TOTAL** | | **$1,434.37** |

- 2 -

```
                        REED SMITH LLP
                        PO Box 7777-W4055
                     Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.              Invoice Number      1661098
As Committee Chairperson on behalf of    Invoice Date       02/18/08
Infinite Computer Solutions, Inc.        Client Number        886922
10500 Sager Avenue, Suite G              Matter Number         60001
Fairfax, VA 22030                        Page   1
```

==============================================================================

Re: (60001)  Official Committee of Unsecured Creditors

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/26/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 7 COPIES | .70 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 47 COPIES | 4.70 |
| 12/09/07 | LiveEdgar Database | 104.03 |
| 12/12/07 | PACER | 2.16 |
| 12/12/07 | PACER | 1.60 |
| 12/14/07 | PACER | 5.68 |
| 12/18/07 | Telephone - Outside<br>Chorus Call Inv No: 0322583 - SIMONS - | 9.16 |
| 12/18/07 | PACER | 1.28 |
| 12/20/07 | Telephone - Outside<br>Chorus Call Inv No: 0322583 - SIMONS - | 9.93 |
| 12/21/07 | PACER | 37.60 |
| 12/27/07 | LiveEdgar Database | 36.90 |
| 01/02/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 4 COPIES | .40 |
| 01/02/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 5 COPIES | .50 |

- 3 -

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1661098
     and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    2
February 18, 2008

| Date | Description | Amount |
|---|---|---|
| 01/02/08 | Telephone - Outside<br>Chorus Call Inv No: 0323350 - SIMONS - | 6.84 |
| 01/03/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 10 COPIES | 1.00 |
| 01/03/08 | Telephone Expense<br>718-975-7445/BKLYN NYC, NY/5 | .25 |
| 01/03/08 | Telephone Expense<br>718-975-7445/BKLYN NYC, NY/6 | .25 |
| 01/04/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 10 COPIES | 1.00 |
| 01/04/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 20 COPIES | 2.00 |
| 01/04/08 | Telephone - Outside<br>Chorus Call Inv No: 0323355 - SPRINGER - | 3.68 |
| 01/08/08 | Duplicating/Printing/Scanning<br>ATTY # 3593; 998 COPIES | 99.80 |
| 01/09/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 11 COPIES | 1.10 |
| 01/10/08 | CSC Search Expense - - VENDOR: CSC - SEARCH EXPENSES | 269.60 |
| 01/10/08 | Transcript Expense - - VENDOR: COURTCALL LLC -<br>TELEPHONIC HEARING EXPENSE | 44.50 |
| 01/10/08 | Transcript Expense - - VENDOR: COURTCALL LLC<br>TELEPHONIC HEARING EXPENSE | 25.00 |
| 01/10/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 33 COPIES | 3.30 |
| 01/10/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 16 COPIES | 1.60 |
| 01/10/08 | Duplicating/Printing/Scanning<br>ATTY # 005088: 11 COPIES | 1.10 |
| 01/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 83 COPIES | 8.30 |
| 01/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 169 COPIES | 16.90 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1661098
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors        Page   3
February 18, 2008
```

| Date | Description | Amount |
|---|---|---|
| 01/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 146 COPIES | 14.60 |
| 01/14/08 | Duplicating/Printing/Scanning<br>ATTY # 3593; 5 COPIES | .50 |
| 01/14/08 | Telephone Expense<br>312-861-2342/CHICAGO, IL/9 | .45 |
| 01/14/08 | Telephone - Outside<br>Chorus Call Inv No: 0324668 - SIMONS - | 10.01 |
| 01/14/08 | Telephone - Outside<br>Chorus Call Inv No: 0324668 - SIMONS - | 6.76 |
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 0887; 53 COPIES | 5.30 |
| 01/17/08 | Courier Service - Outside - - VENDOR: PARCELS, INC.    HAND DELIVERY | 7.50 |
| 01/17/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPYING | 123.24 |
| 01/17/08 | Telephone Expense<br>215-569-5507/PHILA, PA/2 | .10 |
| 01/17/08 | Telephone - Outside<br>Chorus Call Inv No: 0324668 - SIMONS - | 8.05 |
| 01/21/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 111 COPIES | 11.10 |
| 01/23/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 33 COPIES | 3.30 |
| 01/26/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 132 COPIES | 13.20 |
| 01/28/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 32 COPIES | 3.20 |
| 01/28/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 32 COPIES | 3.20 |
| 01/29/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPYING | 80.70 |
| 01/29/08 | Telephone - Outside - - VENDOR: COURTCALL LLC<br>12/11/07  HEARING  ASHOKA  TANKALA | 44.50 |

- 5 -

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1661098
    and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    4
February 18, 2008

| Date | Description | Amount |
|---|---|---:|
| 01/29/08 | Telephone - Outside - - VENDOR: COURTCALL LLC<br>12/11/07  HEARING JAMES F MULCAHY | 70.50 |
| 01/29/08 | Telephone - Outside - - VENDOR: COURTCALL LLC<br>12/11/07  HEARING COLLEEN JONES | 64.00 |
| 01/29/08 | General Expense - - VENDOR: COURTCALL LLC<br>TELEPHONIC HEARING EXPENSE | 148.50 |
| 01/31/08 | Taxi Expense - - VENDOR: QUAKER CITY CAB, INC.<br>TAKEN ON 12/13/07 FROM WILMINGTON TO GWYNEDD VALLEY (C. SPRINGER) | 110.00 |
| 01/31/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 48 COPIES | 4.80 |

                              CURRENT EXPENSES       1,434.37

                              TOTAL THIS MATTER      $1,434.37
                                                      =============