# EXHIBIT D

## VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Joshua C. Lewis, Esquire, verify as follows:

1. I am an associate with the applicant firm, Reed Smith LLP ("Reed Smith"), and have been admitted to the bars of New York (2003) and Pennsylvania (2004). Reed Smith has rendered professional services in these Chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2. I have read the foregoing application of Reed Smith for compensation and reimbursement of expenses (the "Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR.2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2008

By: /s/ Joshua C. Lewis
Joshua C. Lewis