IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Objection Deadline: April 7, 2008 at 4:00 p.m.<br>Hearing Date: TBD |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2007 THROUGH JANUARY 31, 2008**

TO:   The Debtors, counsel to the Debtors, counsel for Adeptio, the Office of the United States Trustee, and all parties requesting notice pursuant to Fed.R.Bankr.P. 2002

PLEASE TAKE NOTICE that on March 14, 2008, Reed Smith LLP filed the First Interim Fee Application of Reed Smith LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 16, 2007 Through January 31, 2008 (the "Application"). The Application was filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). In the Application, Reed Smith LLP seeks interim allowance of compensation for actual and necessary professional services performed as counsel for the Committee in the total amount of $378,602.00, as well as reimbursement for actual and necessary out-of-pocket expenses incurred in the total amount of $23,221.29 for the covered period, and payment according to the procedures set forth in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order"; D.I. 165).

You are required to file a response to the Application on or before **April 7, 2008 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by: (i) the Debtors, SN Liquidation, Inc. f/k/a InPhonic, Inc., 1010 Wisconsin Avenue, Suite 600, Washington, DC 20007 (Attn: Kenneth D. Schwarz); (ii) counsel to Debtors, Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801 (Attn: Neil B. Glassman) and DLA Piper US LLP, The Marbury Building, 6225 Smith Avenue, Baltimore, MD 21209-3600 (Attn: Maria Ellena Chavez-Ruark); (iii) counsel for Adeptio, Young Conway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 (Attn: Robert S. Brady) and Kirkland & Ellis LLP, 2000 East Randolph Drive, Chicago, IL 60601 (Attn: David A. Agay); (iv) counsel to the Official Committee of Unsecured Creditors, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne and Gaston P. Loomis II); and (v) the Office of the United States Trustee, 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard Schepacarter).

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801 ON A DATE TO BE DETERMINED BY THE COURT.

Dated: March 14, 2008  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Gaston P. Loomis II  
Kurt F. Gwynne (No. 3951)  
Gaston P. Loomis II (No. 4812)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com  
        gloomis@reedsmith.com

and

Robert P. Simons, Esquire  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063  
E-mail: rsimons@reedsmith.com

and

Claudia Z. Springer, Esquire  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103-7301  
Telephone: 215-851-8100  
Facsimile: 215-851-1420  
E-mail: cspringer@reedsmith.com

Counsel to the Official Committee of Unsecured Creditors