IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG)<br>Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on the 14th day of March 2008, I caused a true and correct copy of the **NOTICE OF FIRST INTERIM FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2007 THROUGH JANUARY 31, 2008** to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

**SN Liquidation, Inc. f/k/a InPhonic, Inc.**
Case No. 07-11666(KG)
2002 Service List

**VIA HAND DELIVERY**
BAYARD, P.A.
Attn: NEIL B. GLASSMAN
Attn: MARY E. AUGUSTINE
222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899

**VIA HAND DELIVERY**
OFFICE OF THE US TRUSTEE
Attn: RICHARD SHEPACARTER
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
YOUNG CONWAY STARGATT & TAYLOR, LLP
Attn: ROBERT S. BRADY
Attn: EDMUN MORTON
Attn: EDWARD J KOSMOWSKI
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
BLANK ROME LLP
Attn: BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
DELAWARE SECRETARY OF STATE
FRANCHISE TAX DIVISION
PO BOX 898-F
DOVER, DE 19903

**VIA FIRST CLASS MAIL**
DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
4425 N MARKET STREET
WILMINGTON, DE 19802

**VIA FIRST CLASS MAIL**
DLA PIPER US LLP
Attn: THOMAS CALIFANO
Attn: JEREMY R JOHNSON
Attn: MARIA ELLENA CHAVEZ-RUARK
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

**VIA FIRST CLASS MAIL**
GOLDSMITH LAZARD
Attn: DERMOTT O'FLANAGAN
11 WEST 42ND STREET, 29TH FL
NEW YORK, NY 10036

**VIA FIRST CLASS MAIL**
GOLDSMITH AGIO HELMS
Attn: ANDREW TORGOVE
Attn: JASON COHEN
225 SOUTH SIXTH ST
46TH FL
MINNEAPOLIS, MN 55402

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
Attn: BANKRUPTCY SECTION
SPECIAL PROCEDURES SECTION
31 HOPKINS PLAZA, ROOM 1120
BALTIMORE, MD 21202

**VIA FIRST CLASS MAIL**
KIRKLAND & ELLIS LLP
Attn: ANUP SATHY ESQ
Attn: DAVID A AGAY
Attn: JOHN A SCHOENFELD
Attn: ANDREA JOHNSON
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

**VIA FIRST CLASS MAIL**
STATE OF DELAWARE
Attn: RANDY WELLER
DIV OF REVENUE, COMPLIANCE DEPT
820 N FRENCH STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
KPMG
ALLEN R. WESTERGARD
1660 INTERNATIONAL DRIVE,
2ND FLOOR
MCLEAN, VA 22102

**VIA FIRST CLASS MAIL**
KPMG
BRYAN WALKER & MARK FRENCH
1660 INTERNATIONAL DRIVE, 2ND FLOOR
MCLEAN, VA 22102

**VIA FIRST CLASS MAIL**
A C N COMMUNICATIONS SERVICES
Attn: JAMES F MULCAHY
13620 REESE BLVD E
BUILDING XII STE 400
HUNTERSVILLE, NC 28078

**VIA FIRST CLASS MAIL**
SECURITIES & EXCHANGE COMMISSION
Attn: PATRICIA SCHRAGE
233 BROADWAY
NEW YORK, NY 10279

**VIA FIRST CLASS MAIL**
SECURITIES AND EXCHANGE COMMISSION
15TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20020

**VIA FIRST CLASS MAIL**
SECURITIES OF THE TREASURY
15TH AND PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20020

**VIA FIRST CLASS MAIL**
US ATTORNEY'S OFFICE
Attn: ELLEN W SLIGHTS, ESQUIRE
1007 ORANGE STREET, STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046

**VIA FIRST CLASS MAIL**
VERSA CAPITAL MANAGEMENT, INC.
Attn: GREG SEGALL
Attn: PAUL HALPERN
Attn: DAVID LORRY
THE CIRCA CENTRE
2929 ARCH STREET, 27TH FL
PHILADELPHIA, PA 19104

**VIA FIRST CLASS MAIL**
BIALSON BERGEN & SCHWAB
Attn: LAWRENCE M SCHWAB
Attn: PATRICK M COSTELLO
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

**VIA FIRST CLASS MAIL**
W B DONER & COMPANY
Attn: KEVIN WEINMAN
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48075

**VIA FIRST CLASS MAIL**
YAHOO!
Attn: TERESA SIMMS-JOHNSON
701 FIRST AVE
SUNNYVALE, CA 94089

**VIA FIRST CLASS MAIL**
BLANK ROME LLP
Attn: REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

**VIA FIRST CLASS MAIL**
CHADBOURNE & PARKE LLP
Attn; DAVID M LEMAY
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS MAIL**
COHN BIRNBAUM SHEA
Attn: SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

**VIA FIRST CLASS MAIL**
GOOGLE INC
Attn: STACEY L WEXLER
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

**VIA FIRST CLASS MAIL**
INFINITE COMPUTER SOLUTIONS
Attn: TIMOTHY J MCGARY
10500 SAGER AVE
STE G
FAIRFAX, VA 22030

**VIA FIRST CLASS MAIL**
JBR MEDIA VENTURES LLC
Attn: JOHN BRENTON SHAW
2 WISCONSIN CIRCLE
STE 700
CHEVY CHASE, MD 20815

**VIA FIRST CLASS MAIL**
DELAWARE DEPT OF REVENUE
THOMAS COLLINS BUILDING
540 S DUPONT HIGHWAY
DOVER, DE 19901

**VIA FIRST CLASS MAIL**
KILPATRICK STOCKTON LLP
Attn: PAUL M ROSENBLATT
Attn: TODD C MEYERS
1100 PEACHTREE ST NE
SUITE 2800
ATLANTA, GA 30309-4530

**VIA FIRST CLASS MAIL**
BMC GROUP
Attn: ALAN DALSASS
Attn: BRAD DANIEL
875 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022

**VIA FIRST CLASS MAIL**
SPRINT NEXTEL CORP
Attn: GREG MALAKOF
200 EDMUND HALLEY DR
RESTON, VA 20191

**VIA FIRST CLASS MAIL**
VORYS SATER SEYMOUR AND PEASE LLP
Attn: TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215

**VIA HAND DELIVERY**
Brett D. Fallon
Thomas M. Horan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
David I. Swan
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

**VIA FIRST CLASS MAIL**
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
David H. Stein
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958

**VIA HAND DELIVERY**
Francis A. Monaco, Jr.
Kevin J. Mangan
Womble Carlye Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
John J. Monaghan, Esq.
Lynne B. Xerras, Esq.
Diane N. Rallis, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

**VIA FIRST CLASS MAIL**
Gilbert B. Weisman, Esq.
Becket and Lee LLP
Attorneys Agent 3001
P.O. Box 3001
Malvern, PA 19355-0701

**VIA HAND DELIVERY**
Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**VIA FIRST CLASS MAIL**
J. Scout Bovitz, Esquire
Bovitz & Spitzer
880 West First Street, Suite 502
Los Angeles, CA 90012-2430

**VIA HAND DELIVERY**
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Joseph M. Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Marc Barreca, Esquire
Kirkpatrick & Lockhart Preston
  Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

**VIA FIRST CLASS MAIL**
American Express Travel Related Svcs Co
c/o Gilbert B. Weisman, Esquire
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**VIA FIRST CLASS MAIL**
Deborah Waldmeir, Esquire
Asst. Attorney General
State of Michigan, Dept. of Treasury
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

**VIA FIRST CLASS MAIL**
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215