IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Re: Docket No. ___ |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2007 THROUGH JANUARY 31, 2008**

Upon consideration of the First Interim Fee Application of Reed Smith LLP ("Reed Smith"), Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 16, 2007 Through January 31, 2008 (the "First Interim Fee Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule 2016-2; the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members and notice of the First Interim Fee Application being adequate and sufficient and in accordance with the; and upon the Court's review of the First Interim Fee Application; and considering objections to the First Interim Fee Application, if any; and good cause appearing therefor; it is hereby

ORDERED, that the First Interim Fee Application is granted on an interim basis; and it is further

ORDERED, that to the extent that any of the following amounts have not already been paid, the Debtors shall pay Reed Smith the amount of $378,602.00 as compensation for services rendered and the amount of $23,221.29 as reimbursement for expenses.

Dated _____, 2008
    Wilmington, Delaware

 

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE