# EXHIBIT 1

## AGED RECEIVABLES AS OF 11/19/07

| CMR - CLIENT | PARTY NAME | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO120 | OVER120 |
|---|---|---|---|---|---|---|
| (0304) - (2005) | INPHONIC | | | | | |
| LOU PROVOST | 10803 PARK RIDGE BLVD SUITE 100  RESTON, VA 20191 | | | | | 703-638-4760 |
| 08/31/07 | Invoice #34039 | | | 180,453.90 | | |
| 09/30/07 | Invoice #34346 | | 156,964.43 | | | |
| BALANCE DUE: | 337,418.33 | | 156,964.43 | 180,453.90 | | |

───────── AR PAST DUE REPORT TOTALS ─────────

| | | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER120 |
|---|---|---|---|---|---|---|
| REPORT TOTAL: | 337,418.33 | | 156,964.43 | 180,453.90 | | |

J A-S   291,634$^{84}$

Total   629,053.$^{27}$

## AGED RECEIVABLES AS OF 11/19/07

| CMR - CLIENT | PARTY NAME | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER 120 |
|---|---|---|---|---|---|---|
| (0304) - (2004) | (L) WAS (WAS) | | | | | |
| BRIAN WESTRICK | 10803 PARKRIDGE BLVD SUITE 100  RESTON, VA  20191 | | | | | (703)-636-4760 |
| 07/31/07 | Invoice #33729 | | | | 47,913.81 | |
| 08/31/07 | Invoice #34037 | | | 73,725.60 | | |
| 09/30/07 | Invoice #34343 | | 160,999.40 | | | |
| 07/16/07 | Invoice #951794 | | | | | 3,535.30 |
| 08/17/07 | Invoice #951893 | | | | 2,608.15 | |
| 09/21/07 | Invoice #951991 | | 2,852.68 | | | |
| BALANCE DUE: | | 291,634.94 | 163,852.08 | 73,725.60 | 50,521.96 | 3,535.30 |

─────────── AR PAST DUE REPORT TOTALS ───────────

| | | CURRENT | 31 TO 60 | 61 TO 90 | 91 TO 120 | OVER120 |
|---|---|---|---|---|---|---|
| REPORT TOTAL: | 291,634.94 | | 163,852.08 | 73,725.60 | 50,521.96 | 3,535.30 |

YELLOW PAGE AUTHORITY

INVOICED TO:
INPHONIC, INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| DATE: | SEP 21, 2007 | INVOICE NO: | 951991 |
|---|---|---|---|
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800-466-7427    Fax: 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| | LATE FEE | | 2,852.68 | | 2,852.68 |
| Other Charges | | | | | |

TOTAL AMOUNT DUE: $2,852.68

Page 1

INVOICED TO:

INPHONIC INC.
BRYAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| DATE: | JUL 31, 2007 | INVOICE NO: | 33729 |
|---|---|---|---|
| ACCOUNT: | 2004-WA9 | | |
| TERMS: | Due upon receipt | | |

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800-466-7427   Fax 708-478-2619

**STATE/DIRECTORY**
*Current Directory Charges*

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10253B3(YBC) AR  Jonesboro | | 10-07 | 645.00 | | 645.00 |
| 10012122(YBC) CA  Camarillo-Oxnrd-Vntr | | 10-07 | 990.00 | | 990.00 |
| 10253X(YBC) CA  San Diego N Co Cstl | | 11-07 | 1,055.00 | | 1,055.00 |
| 10491(YBC) CO  Denver Metro | | 10-07 | 3,570.00 | | 3,570.00 |
| 10493652(YBC) CO  Ft Collins | | 10-07 | 792.00 | | 792.00 |
| 00893X(YBC) FL  Sarasota-Bradenton | | 10-07 | 1,152.00 | | 1,152.00 |
| 01225(YBC) GA  Gwinnett County | | 10-07 | 729.00 | | 729.00 |
| 10396X(YBC) GA  North Fulton | | 10-02 | 1,779.00 | | 1,779.00 |
| 0131713(YBC) GA | | 10-07 | 1,020.00 | | 1,020.00 |
| 0254489(YBC) IA  Des Moines | | 10-07 | 1,242.00 | | 1,242.00 |
| 02593X(YBC) IA  Iowa City-Coralville | | 10-07 | 864.00 | | 864.00 |
| 10513B(YBC) ID  Coeur D'alene | | 10-07 | 800.00 | | 800.00 |
| 1032177(YBC) IL  Carbondale-Marion | | 09-07 | 1,770.00 | | 1,770.00 |
| 01918X(YBC) IL  DeKalb-Sauk Valley | | 10-07 | 1,200.00 | | 1,200.00 |
| 02193(YBC) IN  Lake County | | 10-07 | 998.00 | | 998.00 |
| 02259(YBC) IN  Lafayette | | 10-07 | 1,880.00 | | 1,880.00 |
| 10150(YBC) KS  Northeast Kansas | | 10-07 | 1,020.00 | | 1,020.00 |
| 03423X(YBC) MI  Benton Harbor | | 10-07 | 972.00 | | 972.00 |
| 0530877(YBC) MI  Flint-Lapeer | | 10-07 | 1,426.00 | | 1,426.00 |
| 03526X(YBC) MI | | 10-07 | 975.00 | | 975.00 |
| 10159(YBC) NC  Ashville Area | | 10-07 | 1,920.00 | | 1,920.00 |
| 0476211(YBC) NJ  Bergen County North | | 10-07 | 3,300.00 | | 3,300.00 |
| 0516174(YBC) NY  Oneida County & Vcty | | 10-07 | 1,344.00 | | 1,344.00 |
| 052828(YBC) NY  Staten Island | | 10-07 | 1,008.00 | | 1,008.00 |
| 1000144(YBC) OR  Portland Metro | | 10-07 | 1,452.00 | | 1,452.00 |
| 082277(YBC) PA  Reading-Berks County | | 10-07 | 975.00 | | 975.00 |
| 0816617(YBC) TN  Chattanooga | | 10-07 | 1,050.00 | | 1,050.00 |
| 08852(YBC) TN  Knoxville Area | | 10-07 | 1,008.00 | | 1,008.00 |
| 07142(YBC) TX  Killeen Greater | | 10-07 | 1,452.00 | | 1,452.00 |
| 07415(YBC) UT  Ogden-Bountiful | | 10-07 | 975.00 | | 975.00 |
| 1005327(YBC) WA  Seattle Greater | | 10-07 | 1,050.00 | | 1,050.00 |
| 080338(YBC) WI  Green Bay-De Pere | | 09-07 | 7,020.00 | | 7,020.00 |
| | | | 1,176.00 | | 1,176.00 |

Page 1

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
16803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| | |
|---|---|
| DATE: | JUL 31, 2007 |
| ACCOUNT: | 2004-WAS |
| TERMS: | Due upon receipt |

INVOICE NO:    33729

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448

800 466-7427    Fax 708-478-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 101825(YBG) WI Milwaukee | | 10-07 | 2,310.00 | | 2,310.00 |
| 104006(YBC) WV Tri-State-Greater | | 10-07 | 1,080.00 | | 1,080.00 |
| **Other Charges** | | | | | |
| 105049(ATT) OK Broken Arrow | Tax From Publisher Bill | 06-07 | 83.81 | | 83.81 |
| **Credit Adjustments** | | | | | |
| 104005(ATT) NC Charlotte Companion | Credit from order edit | 09-07 | -260.00 | | -260.00 |

TOTAL AMOUNT DUE:    $47,913.81

Page 1

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448

800-466-7427    Fax 708-479-2819

| DATE: | AUG 31, 2007 | INVOICE NO: | 34037 |
|---|---|---|---|
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

STATED/DIRECTORY
Current Directory Charges

| | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10406(YBC) | AL Mobile | 11-07 | 2,016.00 | | 2,016.00 |
| 06507Z(YBC) | CA Antelope Valley | 11-07 | 1,152.00 | | 1,152.00 |
| 10305(YBC) | CA Bakersfield Greater | 11-07 | 2,664.00 | | 2,664.00 |
| 06683(YBC) | CA North Orange County | 11-07 | 1,680.00 | | 1,680.00 |
| 006743(YBC) | CA Palm Springs | 09-07 | 1,470.00 | | 1,470.00 |
| 00728B(YBC) | CA South Bay | 10-07 | 2,208.00 | | 2,208.00 |
| 00318(YBC) | CO Colorado Springs | 11-07 | 2,640.00 | | 2,640.00 |
| 001135(YBC) | DC District Of Columbia | 11-07 | 3,600.00 | | 3,600.00 |
| 01270(YBC) | FL Punta Gorda | 11-07 | 996.00 | | 996.00 |
| 01991Z(YBC) | IL Bloomington-Normal | 11-07 | 1,632.00 | | 1,632.00 |
| 102020(YBC) | IL Fax Valley | 11-07 | 2,124.00 | | 2,124.00 |
| 02163A(YBC) | IL Springfield | 11-07 | 1,620.00 | | 1,620.00 |
| 100017(YBC) | IN Northwest Indiana | 11-07 | 1,056.00 | | 1,056.00 |
| 02464Z(YBC) | IN Terre Haute | 11-07 | 2,340.00 | | 2,340.00 |
| 02718B(YBC) | KS Johnson County | 11-07 | 2,832.00 | | 2,832.00 |
| 02985B(YBC) | KS Wichita Area | 11-07 | 1,638.00 | | 1,638.00 |
| 03072B(YBC) | LA Northeast Louisiana | 11-07 | 1,152.00 | | 1,152.00 |
| 001936(YBC) | MD Southern Maryland | 11-07 | 1,560.00 | | 1,560.00 |
| 104232(YBC) | MI Jackson-Albion | 11-07 | 402.00 | | 402.00 |
| 03840B(YBC) | MN Mankato | 11-07 | 600.00 | | 600.00 |
| 03865B(YBC) | MN South Metro | 10-07 | 1,950.00 | | 1,950.00 |
| 04053D(YBC) | MO Ft Leonard Wood | 11-07 | 900.00 | | 900.00 |
| 04199B(YBC) | MO St Joseph | 10-07 | 1,188.00 | | 1,188.00 |
| 10315B(YBC) | NC Charlotte | 11-07 | 2,602.00 | | 2,602.00 |
| 05227T(YBC) | NJ Fargo | 11-07 | 1,800.00 | | 1,800.00 |
| 04713A(YBC) | NJ Burlgln Co-Nthcamdn | 11-07 | 3,150.00 | | 3,150.00 |
| 10144(YBC) | NJ Ocean County | 11-07 | 2,520.00 | | 2,520.00 |
| 10244(YBC) | NJ Suburban Passaic Co | 10-07 | 1,085.00 | | 1,085.00 |
| 04305Z(YBC) | NM Albuquerque Metro | 10-07 | 2,682.00 | 162.60 | 2,844.60 |
| 10447A(YBC) | NV Henderson-Bouldr Cty | 10-07 | 1,620.00 | | 1,620.00 |

**YELLOW PAGE AUTHORITY**

INVOICED TO:
INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St, Suite D
Mokena, IL 60448

DATE:       AUG 31, 2007          INVOICE NO:   34037
ACCOUNT:    2004-WAS
TERMS:      Due upon receipt

800-466-7427     Fax 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10011161(YBC) NY Rockland County | | 11-07 | 1,500.00 | | 1,500.00 |
| 05857(YBC) OH Cincinnati Greater | | 11-07 | 2,070.00 | | 2,070.00 |
| 05762(YBC) OH Lorain County Area | | 10-07 | 2,160.00 | | 2,160.00 |
| 09280(YBC) PA Eastern Montgomery | | 10-07 | 1,575.00 | | 1,575.00 |
| 062704(YBC) PA Wilkes Barre-Dallas | | 10-07 | 3,300.00 | | 3,300.00 |
| 08475(YBC) TN Jackson Area Wide | | 10-07 | 945.00 | | 945.00 |
| 10958(YBC) TN Nashville Area Wide | | 10-07 | 3,360.00 | | 3,360.00 |
| 07256(YBC) FL Wrld Greater | | 10-07 | 1,620.00 | | 1,620.00 |
| 073345(YBC) TX Tyler-Smith County | | 10-07 | 1,058.00 | | 1,058.00 |
| 07553(YBC) WI Eau Claire | | 11-07 | 1,176.00 | | 1,176.00 |

TOTAL AMOUNT DUE:     $73,725.60

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: AUG 31, 2007    INVOICE NO:    34039

ACCOUNT:    2006-INPHONIC

TERMS:    Due upon receipt

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 465-7427 · Fax 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| **Current Directory Charges** | | | | | |
| 10403E(YBC) AL Mobile | | 11-07 | 1,733.00 | | 1,733.00 |
| 10495B(IAR) AZ Phoenix-North Valley | | 02-08 | 523.20 | | 523.20 |
| 10496B(IAR) AZ Phoenix-South Valley | | 02-08 | 321.60 | | 321.60 |
| 0037E63(ATT) AZ Sun Cty-Sun Cty West | | 11-07 | 1,536.00 | | 1,536.00 |
| 00809B(IAR) CA Antelope Valley | | 11-07 | 920.40 | | 920.40 |
| 0260072(YBC) CA Antelope Valley | | 11-07 | 519.00 | | 519.00 |
| 10405B(IAR) CA Antelope Vly Cmp(Y) | | 11-07 | 177.60 | | 177.60 |
| 10373T(IAG) CA Antelope Vly Spt(Y)S | | 11-07 | 856.80 | | 856.80 |
| 10505TV(YG) CA Bakersfield Greater | | 11-07 | 816.00 | | 816.00 |
| 0039E48(ATT) CA Bakersfield Greater | | 11-07 | 1,556.00 | | 1,556.00 |
| 00582E(IAR) CA Fairfield-Dixon | | 11-07 | 1,622.25 | | 1,622.25 |
| 0040B04(IAR) CA High Desert | | 12-07 | 228.80 | | 228.80 |
| 10490E(IAR) CA High Desert Comp(Y) | | 12-07 | 1,165.20 | | 1,165.20 |
| 102977(UAR) CA Indio C | | 12-07 | 1,391.20 | | 1,391.20 |
| 00525B(ATT) CA Indio-Spartsn(Y)S | | 12-07 | 1,391.20 | | 1,391.20 |
| 0030E0A(ATT) CA Inland Empire North | | 12-07 | 1,728.00 | | 1,728.00 |
| 00649E(ATT) CA Los Angeles Co(B) | | 11-07 | 1,824.00 | | 1,824.00 |
| 00695E(YBG) CA Monterey | | 11-07 | 1,632.00 | | 1,632.00 |
| 00695C(YBG) CA North Orange County | | 11-07 | 672.00 | | 672.00 |
| 0040B64(ATT) CA Ontario-Mojn-Pomona | | 12-07 | 1,512.00 | | 1,512.00 |
| 10414Z(ATT) CA Ontario-Montclair Sp | | 12-07 | 1,440.00 | | 1,440.00 |
| 00668Z(ATT) CA Orange Co Inkcars C | | 12-07 | 1,296.00 | | 1,296.00 |
| 00667T(ATT) CA Orange Co Na Cqns C | | 12-07 | 1,080.00 | | 1,080.00 |
| 00697B(ATT) CA Orange Co-Indemnb(B) | | 12-07 | 1,608.00 | | 1,608.00 |
| 0027A9(YBG) CA Palm Springs | | 09-07 | 441.00 | | 441.00 |
| 0027361(ATT) CA Palm Springs C | | 12-07 | 1,159.20 | | 1,159.20 |
| 102E97(IAR) CA Palm Springs Spar(y)s | | 12-07 | 1,593.20 | | 1,593.20 |
| 0069A0(ATT) CA San Diego East Co C | | 11-07 | 1,891.20 | | 1,891.20 |
| 00697A(ATT) CA San Diego South Co C | | 11-07 | 2,112.00 | | 2,112.00 |
| 00091T(ATT) CA San Francisco | | 11-07 | 864.00 | | 864.00 |
| 10450B(ATT) CA San Francisco Mini | | 12-07 | 1,872.00 | | 1,872.00 |

**INVOICED TO:**

INPHONIC
LOU PROVOST
10903 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

| DATE: | AUG. 31, 2007 | INVOICE NO: | 34039 |
|---|---|---|---|
| ACCOUNT: | 2005-INPHONIC | | |
| TERMS: | Due upon receipt | | |

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 466-7427   Fax 708-479-2619

Page 2

| STATE/DIRECTORY | | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|
| 00726(YAR) | CA | San Jose-Santa Clara | | 11-07 | 1,373.40 | | 1,373.40 |
| 10063(YBC) | CA | San Luis Obispo Co | | 10-07 | 573.00 | | 573.00 |
| 00728(YBC) | CA | South Bay | | 10-07 | 888.00 | | 888.00 |
| 00747S(ATT) | CA | Vallejo | | 12-07 | 1,032.00 | | 1,032.00 |
| 08004(YBC) | CO | Aspen | | 10-07 | 393.00 | | 393.00 |
| 00919(YBC) | CO | Colorado Springs | | 11-07 | 1,137.00 | | 1,137.00 |
| 00914(ATT) | CT | Gr New Haven | | 12-07 | 2,640.00 | | 2,640.00 |
| 0113B(YBC) | DC | District Of Columbia | | 11-07 | 1,272.00 | | 1,272.00 |
| 01333(ATT) | FL | Greater Pensacola A | | 11-07 | 1,438.40 | | 1,438.40 |
| 01314(YBC) | FL | Lake City-Live Oak | | 11-07 | 495.00 | | 495.00 |
| 0104S(ATT) | FL | Pensacola Companion | | 11-07 | 135.25 | | 135.25 |
| 01277(0YBC) | FL | Punta Gorda | | 11-07 | 912.00 | | 912.00 |
| 01275(RHD) | FL | Punta Gorda Plus | | 11-07 | 1,704.00 | | 1,704.00 |
| 01279(RHD) | FL | Punta Gorda-Port Cha | | 11-07 | 479.00 | | 479.00 |
| 10394A(IAR) | FL | St Augustine | | 12-07 | 1,440.00 | | 1,440.00 |
| 01289(RHD) | FL | Tallahassee | | 12-07 | | | |
| 10523B(RHD) | FL | Tallahassee Plus | | 12-07 | | | |
| 10362(IVAR) | FL | Treasure Coast | | 11-07 | 1,150.00 | | 1,150.00 |
| 01316(ATT) | GA | Atlanta Companion | | 12-02 | 568.40 | | 568.40 |
| 01315(0(ATT) | GA | Atlanta Ga, Yr | | 05-08 | 3,751.20 | | 3,761.20 |
| 01378(0(ATT) | GA | Columbus-Hamilton | | 11-07 | 1,462.00 | | 1,462.00 |
| 10512S(ATT) | GA | Columbus-Hamilton Comp | | 11-07 | 243.60 | | 243.60 |
| 10254(AYBC) | GA | Statesboro | | 11-07 | 465.00 | | 465.00 |
| 02521(0YBC) | GA | Burlington | | 11-07 | 684.00 | | 684.00 |
| 02548(2(RHD) | IA | Des Moines | | 11-07 | 3,036.00 | | 3,036.00 |
| 10445(1(RHD) | IA | Des Moines Plus | | 11-07 | 1,344.00 | | 1,344.00 |
| 02593(3(RHD) | IA | Iowa City | | 11-07 | 684.00 | | 684.00 |
| 01912(YBC) | IL | Bloomington-Normal | | 10-07 | 1,338.00 | | 1,338.00 |
| 10202(0YBC) | IL | Fox Valley | | 11-07 | 537.00 | | 537.00 |
| 02041(8(YBC) | IL | Mariton-Charleston | | 10-07 | 1,680.00 | | 1,680.00 |
| 02124(2(RHD) | IL | Quad Cities Area | | 11-07 | 423.00 | | 423.00 |
| 10057(0YBC) | IL | Quincy | | 11-07 | | | |

**INVOICED TO:**
INPHONIC
LOU PROVOST
10003 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

| | |
|---|---|
| DATE: | AUG 31, 2007 |
| | INVOICE NO: 34039 |
| ACCOUNT: | 2005-INPHONIC |
| TERMS: | Due upon receipt |

**PLEASE REMIT PAYMENT TO:**
YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448
800 465-7427   Fax: 708-479-2818

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 021634(YBC) IL Springfield | | 10-07 | 912.00 | | 912.00 |
| 103290(YBC) IN Columbus | | 11-07 | 783.00 | | 783.00 |
| 023372(ATT) IN Indianapolis Sub E. | | 11-07 | 912.00 | | 912.00 |
| 023376(ATT) IN Indianapolis Sub So | | 11-07 | 2,256.00 | | 2,256.00 |
| 023378(ATT) IN Indianapolis Sub W | | 11-07 | 840.00 | | 840.00 |
| 100017(YBC) IN Northwest Indiana | | 11-07 | 1,338.00 | | 1,338.00 |
| 024642(YBC) IN Terre Haute | | 12-07 | 1,050.00 | | 1,050.00 |
| 024664(YBC) IN Terre Haute | | 12-07 | 2,812.40 | | 2,812.40 |
| 027506(YBC) IN Terre Haute | | 12-07 | 328.80 | | 328.80 |
| 027189(YBC) IN Terre Haute Comp | | 12-07 | 843.00 | | 843.00 |
| 027199(YBC) KS Johnson County | | 11-07 | 1,047.00 | | 1,047.00 |
| 028856(YBC) KS Wichita Area | | 12-07 | 469.20 | | 469.20 |
| 029335(VAR) KY Bowling Grn-Glasgow | | 11-07 | 1,329.60 | | 1,329.60 |
| 028896(VAR) KY Eastern Kentucky Reg | | 10-07 | 720.00 | | 720.00 |
| 030728(YBC) LA Northeast Louisiana | | 01-08 | | | |
| 104850(VAR) MA Boston Comparison(Y) | | 01-08 | 3,351.60 | | 3,351.60 |
| 030560(VAR) MA Boston-City Edition | | 01-08 | 2,381.40 | | 2,381.40 |
| 033464(VAR) MA Medfair C | | 01-08 | 2,858.40 | | 2,858.40 |
| 033861(VAR) MA Woburn C | | 12-07 | 1,915.20 | | 1,915.20 |
| 032644(VAR) MD Charles-Surgery Cpn(Y) | | 12-07 | 189.60 | | 189.60 |
| 104598(VAR) MD Charles-Surgery Cpn(Y) | | 12-07 | 1,864.80 | | 1,864.80 |
| 032505(VAR) MD Frederick | | 11-07 | 606.00 | | 606.00 |
| 034217(ATT) MD Southern Maryland | | 11-07 | 912.00 | | 912.00 |
| 104224(YBC) MI Battle Creek Area | | 11-07 | 462.00 | | 462.00 |
| 035958(ATT) MI Jackson-Albica | | 11-07 | 720.00 | | 720.00 |
| 036326(ATT) MI Livingston County | | 10-07 | 1,848.00 | | 1,848.00 |
| 036328(YBC) MI Monroe County | | 11-07 | 597.00 | | 597.00 |
| 036202(YBC) MI Monroe County | | 11-07 | 549.00 | | 549.00 |
| 038406(YBC) MN Crow River Area | | 11-07 | 576.00 | | 576.00 |
| 038408(YBC) MN Mankato | | 11-07 | 792.00 | | 792.00 |
| 038580(YBC) MN South Metro | | 10-07 | 903.00 | | 903.00 |
| 040630(YBC) MN | | 10-07 | 702.00 | | 702.00 |
| 041698(YBC) MO St Joseph | | | | | |

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: AUG 31, 2007    INVOICE NO: 34039

ACCOUNT: 2005-INPHONIC

TERMS: Due upon receipt

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St, Suite D
Mokena, IL 60448

800 488-7427    Fax 708-479-2619

| STATE | DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 10451E(ATT) | MO St.Louis Companion | | 12-07 | 1,476.00 | | 1,476.00 |
| 04714(ATT) | MO St.Louis(Y) | | 12-07 | 1,898.40 | | 1,898.40 |
| 03960E(ATT) | MS Ms Gulf Coast C | | 11-07 | 314.40 | | 314.40 |
| 10405(ATT) | MS Ms Gulf Coast Comp | | 11-07 | 393.00 | | 393.00 |
| 03983S(YBC) | MS Sw Mississippi | | 11-07 | 552.00 | | 552.00 |
| 03987E(YBC) | MS Tupelo | | 11-07 | 1,740.00 | | 1,740.00 |
| 10198(YBC) | NC Charlotte | | 11-07 | 1,313.40 | | 1,313.40 |
| 05334(IOAR) | NC Durham | | 11-07 | 1,442.40 | | 1,442.40 |
| 04413R(IoAR) | NC Raleigh | | 12-07 | 777.00 | | 777.00 |
| 05627(YBC) | ND Fargo | | 11-07 | 1,203.00 | | 1,203.00 |
| 04713R(YBC) | NJ Burngin Co-Nthcamdn | | 11-07 | 2,482.80 | | 2,482.80 |
| 04713O(IAR) | NJ Camden | | 02-08 | 429.80 | | 429.80 |
| 10462S(IAR) | NJ Camden Co.Comp(Y) | | 02-08 | 1,466.80 | | 1,466.80 |
| 04798.2(IAR) | NJ Gloucester Co Area | | 12-07 | 278.40 | | 278.40 |
| 10460T(IAR) | NJ Gloucester Comp(Y) | | 11-07 | 798.00 | | 798.00 |
| 10144.6Y(BC) | NJ Ocean County | | 11-07 | 804.00 | | 804.00 |
| 10244.0Y(BC) | NJ Suburban Parssic Co | | 10-07 | 501.00 | | 501.00 |
| 02144.1(YBC) | NJ Sussex County-No Wr | | 10-07 | 1,431.00 | 86.75 | 1,517.75 |
| 04062(YBC) | NM Albuquerque Metro | | 10-07 | 930.00 | | 930.00 |
| 10447R(YBC) | NY Henderson-Buldr Cty | | 11-07 | 720.00 | | 720.00 |
| 10502(YBC) | NY Northern Orange Co | | 11-07 | 1,323.00 | | 1,323.00 |
| 10011.15(YBC) | NY Rockland County | | 01-08 | 816.00 | | 816.00 |
| 10449(0YBC) | NY Southern Orange Co | | 11-07 | 145.20 | | 145.20 |
| 10465B(IAR) | NY Staten Is Comp(Y) | | 11-07 | 1,465.40 | | 1,465.40 |
| 05226T(0AR) | NY Staten Island | | 11-07 | 1,146.00 | | 1,146.00 |
| 05557.26(YBC) | OH Cincinnati Greater | | 11-07 | 1,152.00 | | 1,152.00 |
| 05946R(ATT) | OH Greater-Sanusvy | | 11-07 | 729.00 | | 729.00 |
| 05762(YBC) | OH Lorain County Area | | 11-07 | 1,728.00 | | 1,728.00 |
| 05778(RHD) | OH Richland-Ashland Reg | | 11-07 | 1,080.00 | | 1,080.00 |
| 05597.4(ATT) | OK Lawton Regional | | 12-07 | 2,054.40 | | 2,054.40 |
| 08253(YBC) | PA Chestie-So Dlwr Co C | | 10-07 | 600.00 | | 600.00 |
| 10022(7YBC) | PA Downington-Exton | | | | | |

Page 4

INVOICED TO:
INPHONIC
LOU PROVOST
10003 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

| DATE: | AUG 31, 2007 | INVOICE NO: | 34039 |
| ACCOUNT: | 2006-INPHONIC | | |
| TERMS: | Due upon receipt | | |

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St Suite D
Mokena, IL 60448
800-460-7427   Fax 708-479-2619

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 0026159(YBC) | PA Eastern Montgomery | | 10-07 | 1,155.00 | | 1,155.00 |
| 0533177(AR) | PA Lancaster CompY | | 12-07 | 2,167.26 | | 2,167.26 |
| 104691(IAR) | PA Lancaster CompY | | 12-07 | 453.60 | | 453.60 |
| 0635774(AR) | PA Lower Bucks Co | | 01-08 | 2,394.00 | | 2,394.00 |
| 104683(YAR) | PA Lower Bucks CompY | | 01-08 | 403.20 | | 403.20 |
| 100229(YBC) | PA Main Line | | 10-07 | 918.00 | | 918.00 |
| 103744(AR) | PA No Allegheny-Butler | | 11-07 | 1,399.20 | | 1,399.20 |
| 0641937(AR) | PA Scranton Metro | | 11-07 | 1,814.40 | | 1,814.40 |
| 062541(YBC) | PA West Chester-Kennett Sq | | 10-07 | 600.00 | | 600.00 |
| 094691(VGA) | PA Western Delaware Co C | | 12-07 | 2,102.40 | | 2,102.40 |
| 062704(VGA) | PA Wilkes-Barre-Dallas | | 10-07 | 1,215.00 | | 1,215.00 |
| 064729(AR) | PA Wyoming Valley | | 10-07 | 2,079.60 | | 2,079.60 |
| 103520(YBC) | TN Greeneville-Jeffcity | | 10-07 | 585.00 | | 585.00 |
| 0884785(YBC) | TN Jackson Area Wide | | 10-07 | 768.00 | | 768.00 |
| 103596(YBB) | TN Nashville Area Wide | | 10-07 | 1,515.00 | | 1,515.00 |
| 103115(IAR) | TX Austin | | 11-07 | 2,885.26 | | 2,885.26 |
| 0593177(YBC) | TX Baytown Greater | | 12-07 | 584.00 | | 584.00 |
| 104555(IAR) | TX Bryan-Clgsm Comp | | 12-07 | 302.40 | | 302.40 |
| 0593804(AR) | TX Bryan-College Stn | | 11-07 | 2,004.00 | | 2,004.00 |
| 0596567(YBC) | TX Clear Lake-Greater | | 12-07 | 444.00 | | 444.00 |
| 0705667(YBC) | TX Ft Worth Greater | | 12-07 | 1,398.00 | | 1,398.00 |
| 0716180(ATT) | TX Lubbock | | 12-07 | 1,224.00 | | 1,224.00 |
| 10920(IAR) | TX No Collin Co. Comp | | 12-07 | 139.20 | | 139.20 |
| 105059(IAR) | TX North Collin County | | 10-07 | 888.00 | | 888.00 |
| 073545(YBC) | TX Tyler-Smith County | | 12-07 | 906.00 | | 906.00 |
| 076185(RHD) | VA Charlottesville | | 12-07 | 2,400.00 | | 2,400.00 |
| 105220(RHD) | VA Charlottesville Plus | | 12-07 | 1,137.00 | | 1,137.00 |
| 0772826(IAR) | WA Eastside | | 12-07 | 2,022.60 | | 2,022.60 |
| 104072(IAR) | WA Seattle(Y) | | 12-07 | 1,027.20 | | 1,027.20 |
| 0735591(AR) | WA Smoking-Seattle | | 10-07 | 1,074.00 | | 1,074.00 |
| 0735591(VGC) | WI Eau Claire | | 11-07 | 2,424.00 | | 2,424.00 |
| 079537(ATT) | WI Gr Ozaukee County | | 11-07 | | | |

**YELLOW PAGE AUTHORITY**

INVOICED TO:

INPHONIC
LOU PROVOST
10903 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

| | | |
|---|---|---|
| DATE: | AUG. 31, 2007 | INVOICE NO: 34039 |
| ACCOUNT: | 2006-INPHONIC | |
| TERMS: | Due upon receipt | |

| STATE/DIRECTORY | | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|
| 082016(ATT) | WI | Gr.Washington County | | 11-07 | 1,440.00 | | 1,440.00 |
| 082038(ATT) | WI | Gr.Waukesha County | | 12-07 | 1,320.00 | | 1,320.00 |
| 080626(YBC) | WI | Janesville-Beloit | | 11-07 | 828.00 | | 828.00 |
| 103101(IQAR) | WI | LaCrosse&Coulee Reg | | 12-07 | 952.00 | | 952.00 |
| 082156R(YBC) | WI | Sheboygan County | | 11-07 | 459.00 | | 459.00 |
| *Credit Adjustments* | | | | | | | |
| 009122(ATT) | CT | Ne.Hartford | Credit from order edit | 10-07 | -684.00 | | -684.00 |
| 040838(ATT) | MO | Tri-State | Credit from order edit | 10-07 | -360.00 | | -360.00 |
| 051133(UAR) | NY | Orange Co Plus | Credit from order edit | 10-07 | -435.00 | | -435.00 |
| 068214(ATT) | OH | Lake And Geauga Cnty | Credit from order edit | 10-07 | -708.00 | | -708.00 |
| 039620(ATT) | OK | Western Oklahoma Reg | Credit from order edit | 09-07 | -108.00 | | -108.00 |
| 039620(ATT) | OK | Western Oklahoma Reg | Credit from order edit | 09-07 | -120.00 | | -120.00 |
| 071946(ATT) | TX | Midland | Credit from order edit | 10-07 | -300.00 | | -300.00 |

TOTAL AMOUNT DUE:    $180,453.90

INVOICED TO:

INPHONIC INC.
BRIAN WESTRICK
10083 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
8840 W 192nd St, Suite D
Mokena, IL 60448

800.466.7427   Fax: 708-479-2619

| | |
|---|---|
| DATE: | SEP 30, 2007 |
| ACCOUNT: | 2004-WAS |
| TERMS: | Due upon receipt |
| INVOICE NO: | 34343 |

Page 1

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| *Current Directory Charges* | | | | | |
| 1914181(YBC) AL Wiregrass Area | | 11-07 | 1,080.00 | | 1,080.00 |
| 0847493(ATT) AR Rogers | | 12-07 | 408.00 | | 408.00 |
| 005320(ATT) AR | | 01-08 | 1,320.00 | | 1,320.00 |
| 0355550(AR) CA Contra Costa Cocil C | | 01-08 | 3,908.00 | | 3,908.00 |
| CA Downey-Norwalk | | 12-07 | 788.00 | | 766.00 |
| 10470GI(AR) CA Downey-Nrwlk Comp(Y) | | 12-07 | 806.40 | | 806.40 |
| 10476GI(AR) CA Long Bch Cstlcomp(Y) | | 12-07 | 3,919.20 | | 3,919.20 |
| 09525GI(AR) CA Long Beach Coastal C | | 12-07 | 1,344.60 | | 1,344.80 |
| 09525GI(AR) CA Long Beach-Lakwd C | | 12-07 | 278.40 | | 278.40 |
| 10470GI(AR) CA Longbch-Lkwdcomp(Y) | | 12-07 | 1,656.00 | | 1,656.00 |
| 009501(YBC) CA Riverside-Corona | | 12-07 | 2,381.40 | | 2,381.40 |
| 0071161(AR) CA Santa Barbara C | | 01-08 | 493.20 | | 493.20 |
| 10470GI(AR) CA Santa Barbaracomp(Y) | | 01-08 | 3,741.60 | | 3,741.60 |
| 0085551(AR) CA South Bay | | 12-07 | 758.40 | | 758.40 |
| 104712I(AR) CA South Bay Comp(Y) | | 12-07 | 535.20 | | 535.20 |
| 005806G(AR) CA Torrance-Lomita-Harb | | 12-07 | 5,436.00 | | 5,436.00 |
| 002078(YBC) CO Denver(Y) | | 12-07 | 3,096.00 | | 3,096.00 |
| 0169206(RHD) FL Bocarn-Dry&Bynkcit | | 02-08 | 1,114.80 | | 1,114.80 |
| 01680B(AR) FL Lakeland | | 12-07 | 2,160.00 | | 2,160.00 |
| 10470G(YBC) FL Melbourne-Vero Beach | | 12-07 | 688.00 | | 688.00 |
| 01262G(YBC) FL Naples-Marco Island | | 11-07 | 2,880.00 | | 2,880.00 |
| 012804(YBC) FL St Petersburg | | 11-07 | 177.60 | | 177.60 |
| 10470G4(ATT) GA Henry County Area | | 12-07 | 936.00 | | 936.00 |
| 014842(YBC) GA Macon Area Greater | | 01-08 | 2,124.00 | | 2,124.00 |
| 017712(RHD) ID Boise | | 12-07 | 672.00 | | 672.00 |
| 104778(RHD) IL Barrington Area | | 12-07 | 3,060.00 | | 3,060.00 |
| 048770(RHD) IL Champaign | | 11-07 | 3,672.00 | | 3,672.00 |
| 102714(YBC) IL Chicago | | 12-07 | 2,844.00 | | 2,844.00 |
| 104784(RHD) IL Schaumburg Area | | 12-07 | 4,080.00 | | 4,080.00 |
| 021652(RHD) IL Springfield | | 12-07 | 1,530.00 | | 1,530.00 |
| 023975(YBC) IN Anderson-Muncie | | | | | |

INVOICED TO:
INPHONIC INC.
BRIAN WESTRICK
10603 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

| | | | | |
|---|---|---|---|
| DATE: | SEP 30, 2007 | INVOICE NO: | 34343 |
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 101632(YBC) MA Boston Greater | | 12-07 | 3,654.00 | | 3,654.00 |
| 10388S(YBC) MA So.Massachusetts | | 11-07 | 2,250.00 | | 2,250.00 |
| 10214S(YBC) MD Baltimore City Corp | | 03-08 | 3,024.00 | | 3,024.00 |
| 10214S(ATT) MD Baltimore Cyccomp(Y) | | 03-08 | 529.20 | | 529.20 |
| 10461S(UAR) MD Baltimore E Comp(Y) | | 03-08 | 453.60 | | 453.60 |
| 10461S(UAR) MD Baltimore E Comp(Y) | | 03-08 | 2,748.00 | | 2,748.00 |
| 032190(IAR) MD Baltimore Sub E Cons | | 03-06 | 2,628.00 | | 2,628.00 |
| 032235(IAR) MD Baltimore Sub W-Cons | | 03-08 | 453.60 | | 453.60 |
| 10462(UAR) MD Baltimore W Comp(Y) | | 03-08 | 936.00 | | 936.00 |
| 10193(YBC) MD Harford County | | 12-08 | 3,120.00 | | 3,120.00 |
| 034923(ATT) MI Del Metro East Area | | 01-08 | 858.00 | | 858.00 |
| 10624(ATT) MI Detiroit/areastarea/comp | | 01-08 | 2,400.00 | | 2,400.00 |
| 034823(ATT) MI Detroit | | 01-06 | 884.00 | | 884.00 |
| 10524(ATT) MI Grand Rapids Area | | 12-07 | 2,808.00 | | 2,808.00 |
| 035348(ATT) MI Grand Rapids Area | | 11-03 | 1,584.00 | | 1,584.00 |
| 04047(YBC) MO Columbia | | 12-07 | 1,740.00 | | 1,740.00 |
| 034740(ATT) NV Nevada Bell-Reno | | 02-08 | 2,911.20 | | 2,911.20 |
| 04904(UAR) NY Albany-G | | 02-08 | 781.20 | | 781.20 |
| 049302(IAR) NY Bay Ridge | | 12-07 | 2,088.00 | | 2,088.00 |
| 04904(YBC) NY Binghamton | | 02-08 | 1,953.00 | | 1,953.00 |
| 04938(IAR) NY Brooklyn Heights Dist | | 02-08 | 14,950.80 | | 14,950.80 |
| 04936(IAR) NY Brooklyn(Y) | | 02-08 | 2,349.60 | | 2,349.60 |
| 05208(IAR) NY Schenectady-C | | 11-07 | 1,704.00 | | 1,704.00 |
| 10163S(YBC) NY Westchesteruptnamco | | 12-07 | 2,844.00 | | 2,844.00 |
| 10182(YBC) OH Dayton,Greater | | 12-07 | 1,500.00 | | 1,500.00 |
| 060831(ATT) OK Greater Tulsa | | 02-08 | 5,089.40 | | 5,089.40 |
| 10002S(YBC) OK Oklahoma City Area | | 12-07 | 1,500.00 | | 1,500.00 |
| 061930(IAR) OR Washington County | | 12-07 | 1,512.00 | | 1,512.00 |
| 08242E(RHD) PA Butler Countywide | | 11-07 | 1,476.00 | | 1,476.00 |
| 10252T(YBC) PA North Pittsborgh | | 12-07 | 3,120.00 | | 3,120.00 |
| 06932S(ATT) TX Austin | | 12-07 | | | |
| 06932S(ATT) TX Beaumont | | 12-07 | 600.00 | | 600.00 |
| 10008(YBC) TX San Antonio | | 12-07 | 5,790.00 | | 5,790.00 |

**INVOICED TO:**

INPHONIC INC.
BRIAN WESTBROOK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St, Suite D
Mokena, IL 60448

800 466-7427    Fax 708-479-2619

| DATE: | SEP 30, 2007 | INVOICE NO: | 34343 |
|---|---|---|---|
| ACCOUNT: | 2004-WAS | | |
| TERMS: | Due upon receipt | | |

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 074726(RHD) UT Provo-Orem And Surro | | 12-07 | 780.00 | | 780.00 |
| 091887(YBC) VA Northern Virginia | | 12-07 | 1,920.00 | | 1,920.00 |
| 076990(AR) VA Prince William Reg | | 02-08 | 2,956.20 | | 2,956.20 |
| 104633(AR) VA Prince Wm Comp(Y) | | 02-08 | 529.20 | | 529.20 |
| 104684(AR) VA Richmond Gr Comp(Y) | | 01-08 | 680.40 | | 680.40 |
| 078714(AR) VA Richmond Greater(Y) | | 01-08 | 4,044.80 | | 4,044.80 |
| 078546(RHD) VA Clark County | | 12-07 | 4,536.00 | | 4,536.00 |
| 073389(YBC) WA Kitsap Peninsula | | 12-07 | 1,416.00 | | 1,416.00 |
| 105445(AR) WA Tri Cities Comp(Y) | | 02-08 | 463.50 | | 463.50 |
| 077828(AR) WA Tri-Cities | | 02-08 | 2,457.00 | | 2,457.00 |
| 080336(ATT) WI Green Bay | | 12-07 | 1,548.00 | | 1,548.00 |

**TOTAL AMOUNT DUE:** $160,999.40

DATE:     SEP 30, 2007     INVOICE NO:    34346

ACCOUNT:    2005-INPHONIC

TERMS:    Due upon receipt

**INVOICED TO:**

INPHONIC
LOU PROVOST
10003 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800.466.7427    Fax 708.479.2619

**STATE/DIRECTORY**

Current Directory Charges

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 00156z(ATT) AL  Huntsville | | 12-07 | 1,738.80 | | 1,738.80 |
| 10379S(ATT) AL  Huntsville Companion | | 12-07 | 173.90 | | 173.90 |
| 10141BY(BC) AL  Milegrass Area | | 11-07 | 507.00 | | 507.00 |
| 00930D(ATT) AL  Fayetteville | | 12-07 | 1,500.00 | | 1,500.00 |
| 00783Q(ATT) AR  Rogers | | 12-07 | 816.00 | | 816.00 |
| 10268D(YBC) AZ  Casa Grande | | 11-07 | 231.00 | | 231.00 |
| 00532D(ATT) CA  Contra Costa Co E C | | 01-08 | 1,752.00 | | 1,752.00 |
| 00532Q(ATT) CA  Contra Costa Cpdt C | | 12-07 | 616.60 | | 616.60 |
| 00532Q(ATT) CA  Contra Costa Cpdt C | | 12-07 | 2,343.60 | | 2,343.60 |
| 00556S(AR) CA  Downey-Norwalk | | 12-07 | 2,760.00 | | 2,760.00 |
| 12973S(AR) CA  Downey-Nrwk Span(Y)S | | 12-07 | 314.40 | | 314.40 |
| 10470S(AR) CA  Downey-Nrwk Comp(Y) | | 12-07 | 535.20 | | 535.20 |
| 00578S(AR) CA  Gardena-Hawthn-Lwndi | | 12-07 | 688.40 | | 688.40 |
| 00582I(AR) CA  Hermosa-Manhattan | | 12-07 | 3,378.80 | | 3,378.80 |
| 10287B(AR) CA  Long Bch Cell Spt(Y)S | | 12-07 | 403.20 | | 403.20 |
| 10470S(AR) CA  Long Bch Cell Comp(Y) | | 12-07 | 1,959.60 | | 1,959.60 |
| 00623S(AR) CA  Long Beach Coastal C | | 12-07 | 1,341.60 | | 1,341.60 |
| 00628D(AR) CA  Long Beach-Lakewd C | | 12-07 | 278.40 | | 278.40 |
| 10470S(AR) CA  Longbch-Lkwdcomp(Y) | | 02-08 | 2,104.80 | | 2,104.80 |
| 00847Q(AR) CA  Los Angeles E Blng! | | 12-07 | 885.00 | | 885.00 |
| 00590I(YBC) CA  Riverside-Corona | | 01-08 | 1,597.60 | | 1,597.60 |
| 00711S(AR) CA  Santa Barbara C | | 01-08 | 328.80 | | 328.80 |
| 10470S(AR) CA  Santa Barbaracomp(Y) | | 01-08 | 228.00 | | 228.00 |
| 10471Q(AR) CA  Santa Maria Comp(Y) | | 12-07 | 927.00 | | 927.00 |
| 10268I(AR) CA  Santa Maria Span(Y)S | | 01-08 | 1,021.20 | | 1,021.20 |
| 00715S(AR) CA  Santmaria-Sctes C | | 12-07 | 1,870.80 | | 1,870.80 |
| 00590S(AR) CA  South Bay C | | 12-07 | 379.20 | | 379.20 |
| 10471Q(AR) CA  South Bay Comp(Y) | | 12-07 | 535.20 | | 535.20 |
| 00580D(AR) CA  Torrance-Lomita-Harb | | 12-07 | 2,718.00 | | 2,718.00 |
| 00826Q(RHD) CO  Denver(Y) | | 12-07 | 618.00 | | 618.00 |
| 10234T(YBC) CT  New London Greater | | 12-07 | | | |

Page 1

INVOICED TO:

INPHONIC
LOU PROVOST
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:

YELLOW PAGE AUTHORITY
9940 W 192nd St Suite D
Mokena, IL 60448

800 468-7427   Fax 708-479-2618

| DATE: | SEP 30, 2007 | INVOICE NO: | 34346 |
|---|---|---|---|
| ACCOUNT: | 2005-INPHONIC | | |
| TERMS: | Due upon receipt | | |

Page 2

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 10359(YBC)  CT  Norwich Greater | | 12-07 | 576.00 | | 576.00 |
| 0091B8(ATT)  CT  Waterbury | | 12-07 | 2,172.00 | | 2,172.00 |
| 012076(YBC)  FL  Bocarrto-DaysByInch | | 12-07 | 1,347.00 | | 1,347.00 |
| 104486(YBC)  FL  Citrus County | | 12-07 | 946.00 | | 946.00 |
| 012331(AR)  FL  Haines City | | 11-07 | 688.40 | | 688.40 |
| 012400(ATT)  FL  Homestead | | 02-08 | 1,478.40 | | 1,478.40 |
| 012630(AR)  FL  Lakeland | | 02-08 | 1,154.80 | | 1,154.80 |
| 104764(AR)  FL  Lakeland Comp(Y) | | 12-07 | 183.00 | | 183.00 |
| 105036(YBC)  FL  Melbourne-Vero Beach | | 02-08 | 1,005.60 | | 1,005.60 |
| 012623(YBC)  FL  Naples-Marco Island | | 12-07 | 1,071.60 | | 1,071.60 |
| 012737(AR)  FL  Plant City | | 12-07 | 920.40 | | 920.40 |
| 012804(YBC)  FL  St Petersburg | | 02-08 | 1,530.00 | | 1,530.00 |
| 012980(AR)  FL  Winter Haven | | 02-08 | 882.80 | | 882.80 |
| 105084(AR)  FL  Winter Haven Comp | | 02-08 | 139.20 | | 139.20 |
| 012995(PAR)  FL  Zephyrhills | | 12-07 | 598.80 | | 598.80 |
| 013170(ATT)  GA  Athens | | 11-07 | 1,436.40 | | 1,436.40 |
| 013252(YBC)  GA  Coosa Valley | | 11-07 | 717.00 | | 717.00 |
| 104074(ATT)  GA  Henry County Area | | 12-07 | 383.10 | | 383.10 |
| 015733(YBC)  GA  Houston & Peach Co | | 12-07 | 579.00 | | 579.00 |
| 014642(YBC)  GA  Macon Area Greater | | 12-07 | 636.00 | | 636.00 |
| 104783(RHD)  IL  Arlington Hts Area | | 12-07 | 1,212.00 | | 1,212.00 |
| 104782(RHD)  IL  Barrington Area | | 12-07 | 1,344.00 | | 1,344.00 |
| 018770(RHD)  IL  Champaign | | 12-07 | 1,020.00 | | 1,020.00 |
| 102114(YBC)  IL  Chicago | | 11-07 | 2,097.00 | | 2,097.00 |
| 105074(RHD)  IL  Near West Cicero | | 11-07 | 1,968.00 | | 1,968.00 |
| 105072(RHD)  IL  Near West-Lagrange | | 11-07 | 1,008.00 | | 1,008.00 |
| 105073(RHD)  IL  Nearwest Oak Park | | 11-07 | 1,860.00 | | 1,860.00 |
| 025632(RHD)  IL  Schaumburg Area | | 12-07 | 1,896.00 | | 1,896.00 |
| 023632(RHD)  IL  Springfield | | 12-07 | 1,020.00 | | 1,020.00 |
| 023976(YBC)  IN  Anderson-Muncie | | 12-07 | 993.00 | | 993.00 |
| 023217(AR)  IN  Greensburg | | 01-08 | 938.80 | | 938.80 |
| 023400(AR)  IN  Hoosier Sw Regional | | 01-08 | 1,102.80 | | 1,102.80 |

INVOICED TO:
INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE: SEP 30, 2007   INVOICE NO: 34346

ACCOUNT: 2005-INPHONIC

TERMS: Due upon receipt

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St, Suite D
Mokena, IL 60448

600 465-7427   Fax: 708-479-2619

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 0244680(AR) | IN Seymour-North Vernon | | 01-08 | 978.80 | | 978.80 |
| 100084(YBC) | KY Gateway-Area | | 11-07 | 477.00 | | 477.00 |
| 101632(YBC) | MA Boston Greater | | 12-07 | 2,054.00 | | 2,054.00 |
| 03888Y(YBC) | MA Se Massachusetts | | 11-07 | 1,275.00 | | 1,275.00 |
| 104619(AR) | MD Baltimore E Comp(Y) | | 03-08 | 302.40 | | 302.40 |
| 032190(AR) | MD Baltimore Sub E-Cone | | 03-08 | 2,626.20 | | 2,626.20 |
| 032350(AR) | MD Baltimore Sub W Cons | | 03-08 | 2,004.00 | | 2,004.00 |
| 104620(AR) | MD Baltimore W Comp(Y) | | 03-08 | 352.80 | | 352.80 |
| 031939(YBC) | MD Hartford County | | 12-07 | 537.00 | | 537.00 |
| 032421(AR) | MD Harford Sub Area | | 01-08 | 1,296.00 | | 1,296.00 |
| 032428(AR) | MD Delmalcoeastareacomp | | 01-08 | 442.00 | | 442.00 |
| 034423(ATT) | MI Detroit | | 01-09 | 3,012.00 | | 3,012.00 |
| 100248(AR) | MI Detroit Companion | | 01-08 | 442.00 | | 442.00 |
| 037325(ATT) | MI Detroit-Se Mi(D) | | 01-09 | 3,840.00 | | 3,840.00 |
| 035348(ATT) | MI Grand Rapids Area | | 12-07 | 1,104.00 | | 1,104.00 |
| 035722(ATT) | MI Greater-Jackson Cnty | | 11-07 | 2,112.00 | | 2,112.00 |
| 035673(YBC) | MN Elk River | | 12-07 | 654.00 | | 654.00 |
| 040474(YBC) | MO Columbia | | 11-07 | 1,068.00 | | 1,068.00 |
| 040375(YBC) | MO Farmington-Park Hts. | | 12-07 | 765.00 | | 765.00 |
| 040613(YBC) | MO North East K6 City | | 11-07 | 534.00 | | 534.00 |
| 038958(ATT) | MS Pine Belt Area | | 01-08 | 2,167.20 | | 2,167.20 |
| 046235(AR) | NH Concord | | 01-08 | 1,626.00 | | 1,626.00 |
| 104538(AR) | NH Concord Companion(Y) | | 12-07 | 228.00 | | 228.00 |
| 048282(YBC) | NM East Mountain | | 12-07 | 336.30 | 20.37 | 356.37 |
| 049046(AR) | NY Albany C | | 02-08 | 3,124.80 | | 3,124.80 |
| 049392(AR) | NY Bay Ridge | | 02-08 | 781.20 | | 781.20 |
| 049494(YBC) | NY Binghamton | | 12-07 | 1,209.00 | | 1,209.00 |
| 049389(AR) | NY Brooklyn Heights Dnt | | 02-08 | 781.20 | | 781.20 |
| 049500(AR) | NY Canarsie | | 02-08 | 781.20 | | 781.20 |
| 049501(AR) | NY Capital Dist Comp | | 02-08 | 592.80 | | 592.80 |
| 048051(AR) | NY Capital Dist No Com | | 02-03 | 870.00 | | 870.00 |
| 048806(AR) | NY Colonie | | 02-08 | 1,008.00 | | 1,008.00 |

INVOICED TO:

INPHONIC
LOU PROVOST
10003 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

DATE:  SEP 30, 2007    INVOICE NO:  34346

ACCOUNT:  2005-INPHONIC

TERMS:  Due upon receipt

**PLEASE REMIT PAYMENT TO:**

YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800.466-7427    Fax: 708-479-2619

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 050108(IAR) | NY Midwood | | 02-08 | 805.40 | | 805.40 |
| 103032(YBC) | NY Olsego & Delaware Cos | | 11-07 | 708.00 | | 708.00 |
| 052008(IAR) | NY Schenectady C | | 02-08 | 2,570.40 | | 2,570.40 |
| 052126(IAR) | NY Sheepshead Bay | | 02-08 | 781.20 | | 781.20 |
| 052431(IAR) | NY Troy C | | 02-08 | 1,990.80 | | 1,990.80 |
| 101698(YBC) | NY Westchester/putuamco | | 12-07 | 1,941.00 | | 1,941.00 |
| 050332(IAR) | NY Brookville | | 01-08 | 1,738.80 | | 1,738.80 |
| 101033(YBC) | OH Dayton Greater | | 11-07 | 1,695.00 | | 1,695.00 |
| 101033(YBC) | OH Dayton Greater | | 12-07 | 1,896.00 | | 1,896.00 |
| 069061(ATT) | OK Greater Tulsa | | 12-07 | 1,260.00 | | 1,260.00 |
| 100023(YBC) | OK Oklahoma City Area | | 12-07 | 369.90 | | 369.90 |
| 061742(YBC) | OR Roseburg | | 12-07 | 1,512.00 | | 1,512.00 |
| 062425(RHD) | PA Butler Countywide | | 12-07 | 483.00 | | 483.00 |
| 106033(YBC) | PA Greene-Fayette Cos | | 12-07 | 1,248.00 | | 1,248.00 |
| 093038(IAR) | PA Greensburg G | | 12-07 | 633.00 | | 633.00 |
| 101006(YBC) | PA Mon Valley | | 11-07 | 825.00 | | 825.00 |
| 102527(YBC) | PA North Pittsburgh | | 12-07 | 1,764.00 | | 1,764.00 |
| 069739(ATT) | SC Spartanburg | | 12-07 | 252.00 | | 252.00 |
| 103315(ATT) | SC Spartanburg Sc Comp | | 12-07 | 501.00 | | 501.00 |
| 069889(ATT) | SC York | | 12-07 | 1,088.80 | | 1,088.80 |
| 069175(ATT) | TN Anderson-Roane | | 11-07 | 1,303.20 | | 1,303.20 |
| 069328(ATT) | TN Clarksville | | 12-07 | 1,632.00 | | 1,632.00 |
| 073070(YBC) | TX Beaumont | | 11-07 | 456.00 | | 456.00 |
| 100003(YBC) | TX Galveston | | 12-07 | 1,983.00 | | 1,983.00 |
| 073683(YBC) | TX San Antonio | | 12-07 | 831.00 | | 831.00 |
| 074726(RHD) | UT Provo-Orem And Surro | | 12-07 | 1,500.00 | | 1,500.00 |
| 111807(YBC) | VA Northern Virginia | | 12-07 | 1,503.00 | | 1,503.00 |
| 104633(IAR) | VA Peninsula Comp | | 02-08 | 328.80 | | 328.80 |
| 075642(IAR) | VA Peninsula Consumer C | | 02-08 | 2,760.00 | | 2,760.00 |
| 075225(IAR) | VT Brattleboro | | 01-08 | 1,280.00 | | 1,280.00 |
| 103505(YBC) | WA Bonney L-Enumclaw P | | 12-07 | 309.00 | | 309.00 |
| 077848(RHD) | WA Clark County | | 12-07 | 2,268.00 | | 2,268.00 |

**YELLOW PAGE AUTHORITY**

INVOICED TO:
INPHONIC
LOU PROVOST
10803 PARK RIDGE BLVD SUITE 100
RESTON, VA 20191

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St, Suite D
Mokena, IL 60448
800 495-7427   Fax 708-479-2619

| DATE: | SEP 30, 2007 | INVOICE NO: | 34346 |
|---|---|---|---|
| ACCOUNT: | 2006-INPHONIC | | |
| TERMS: | Due upon receipt | | |

| STATE/DIRECTORY | | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 07728A(AR) | WA Enumclaw | | 02-08 | 416.40 | | 416.40 |
| 10817(YBG) | WA Everett & Vicinity | | 11-07 | 1,266.00 | | 1,266.00 |
| 07738A(YBG) | WA Kitsap Peninsula | | 12-07 | 666.00 | | 666.00 |
| 07771A(AR) | WA Skagit County | | 01-08 | 1,693.20 | | 1,693.20 |
| 10823A(AR) | WA Skagit-Sanjuancomp | | 01-08 | 278.40 | | 278.40 |
| 10544S(AR) | WA Tri Cities Comp(Y) | | 02-08 | 302.40 | | 302.40 |
| 07762A(AR) | WA Tri-Cities | | 02-08 | 1,638.00 | | 1,638.00 |
| 08033S(ATT) | WI Green Bay | | 12-07 | 1,728.00 | | 1,728.00 |
| 10400S(YBG) | WV Beckley Greater | | 12-07 | 309.00 | | 309.00 |
| *Other Charges* | | | | | | |
| 06018A(ATT) | OK Oklahoma City | Tax From Publisher Bill | 09-07 | 213.05 | | 213.05 |

| TOTAL AMOUNT DUE: | $156,984.43 |
|---|---|

YELLOW PAGE
AUTHORITY

INVOICED TO:
INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

DATE:        JUL 16, 2007           INVOICE NO:        95T794

ACCOUNT:     2004-WAS

TERMS:       Due upon receipt

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St  Suite D
Mokena, IL 60448

800 466-7427    Fax: 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| Other Charges | LATE FEE | | 3,535.30 | | 3,535.30 |

TOTAL AMOUNT DUE:          $3,535.30

Page 1



YELLOW PAGE AUTHORITY

INVOICED TO:
INPHONIC INC.
BRIAN WESTRICK
10803 PARKRIDGE BLVD SUITE 100
RESTON, VA 20191

| | |
|---|---|
| DATE: | AUG 17, 2007 |
| INVOICE NO: | 951893 |
| ACCOUNT: | 2004-WAS |
| TERMS: | Due upon receipt |

PLEASE REMIT PAYMENT TO:
YELLOW PAGE AUTHORITY
8940 W 192nd St. Suite D
Mokena, IL 60448

800 495-7427    Fax 708-479-2619

| STATE/DIRECTORY | REFERENCE | ISSUE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| | LATE FEE | | 2,608.15 | | 2,608.15 |
| Other Charges | | | | | |

TOTAL AMOUNT DUE: $2,608.15

Page 1