# EXHIBIT 2

<-----/>
<-----/>
<-----/>
<-----/>
<-----/>

```
             UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF DELAWARE


IN RE:                           . Case No. 07-11666 (KG)
                                 .
                                 .
   INPHONIC, INC., et al.,       . 824 Market Street
                                 . Wilmington, Delaware  19801
              Debtors.           .
                                 . December 13, 2007
. . . . . . . . . . . . . . . . . 4:15 p.m.

              TRANSCRIPT OF MOTIONS HEARING
              BEFORE HONORABLE KEVIN GROSS
              UNITED STATES BANKRUPTCY COURT


APPEARANCES:

For the Debtors:              DLA Piper US LLP
                              By: THOMAS CALIFANO, ESQ.
                              1251 Avenue of the Americas
                              New York, NY  10020

For Adeptio:                  Kirkland & Ellis
                              By: DAVID AGAY, ESQ.
                                  ANUP SATHY, ESQ.
                              Aon Center
                              200 East Randolph Drive
                              Chicago, IL  60601

For the U.S. Trustee:         Office of the U.S. Trustee
                              By: RICHARD SCHEPACARTER, ESQ.
                              J. Caleb Boggs Federal Building
                              844 King Street
                              Suite 2313
                              Lockbox 35
                              Wilmington, DE  19801



Audio Operator:               Nicole Schaefer

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No.  (609) 587-3599

33

1  Debtors counsel this afternoon, and it is my understanding
2  that, just so the record is clear, so that the other unsecured
3  creditors known as well, that Adeptio under the APA is agreeing
4  to pay all of the administrative carrying costs, that is the
5  operating costs, for both the post petition period and post
6  closing up until the date that a contract is accepted, or
7  rejected, by the Debtor, which is really accepted or rejected
8  for the benefit of Adeptio.
9      So, they're responsible, if we do work at all,
10 they're responsible for that cost, Adeptio is, all the way
11 through until they actually give us notice of rejection.  I
12 think that's the understanding, but it was unclear to me in
13 both my discussions and my reading of the documents.
14     THE COURT:  Maybe we can get some clarification.
15     MR. CALIFANO:  That is my understanding.
16     THE COURT:  Mr. Agay?
17     MR. AGAY:  Yes.
18     THE COURT:  You're the man of the moment here.
19     MR. AGAY:  Your Honor, it is correct that we're
20 picking up the carrying costs of these contracts, post closing
21 and that we're assuming post petition trade payables.  Counsel
22 was a little bit liberal with the language he was using, we are
23 assuming liabilities as defined in the APA and that definition
24 of liability is pretty broad.  Counsel can take a look at it,
25 so I think it would encompass the types of things he's

```
 1  concerned about, Your Honor.
 2          THE COURT:  Thank you.  Thank you, Mr. Agay.  Mr.
 3  McGary, does that satisfy your issue?
 4          MR. McGARY:  Well, Your Honor, I had discussions with
 5  counsel and it is my understanding -- I guess more globally, I
 6  was worried about the other creditors, I'm worried about my
 7  client --
 8          THE COURT:  Of course.
 9          MR. McGARY:  -- and that is, my understanding is, if
10  my client performs services, they have been continuing to
11  perform services post petition, but if they provide services
12  post closing, they will get paid for those and if that is the
13  case, then I think that somewhat moots my motion to accept or
14  reject the executory contracts, which is really some of the
15  same issues as we've had on the objection to sale.  And, I
16  guess that's my understanding.  Mr. Agay is nodding his head in
17  agreement, so I think that's --
18          THE COURT:  I think -- Mr. Agay?
19          UNIDENTIFIED MALE SPEAKER:  We have the nod on the
20  record.
21          MR. AGAY:  Getting a lot of exercise today, Your
22  Honor.  That's correct.
23          THE COURT:  Very well.  Thank you.
24          MR. McGARY:  Very good, Your Honor.  And, that would
25  also take care of one other docket item, which is my motion to
```