# EXHIBIT A

YPA Summary Pre/Post Invoices

| Division | Invoice # | Pre | Post | Total |
|---|---|---|---|---|
| Wireless | 33729 | $47,168.31 | $745.50 | $47,913.81 |
| Wireless | 34343 | 3,470.67 | 157,528.73 | 160,999.40 |
| Wireless | 34037 | 39,790.80 | 33,934.80 | 73,725.60 |
| Satellite | 34039 | 42,103.65 | 138,350.25 | 180,453.90 |
| Satellite | 34346 | 6,133.17 | 150,831.26 | 156,964.43 |
| | Total | 138,666.60 | 481,390.54 | 620,057.14 |
| | | | | |
| 8/12 Late Fee | | 2,852.68 | | 2,852.68 |
| 8/21 Late Fee | | 2,508.15 | | 2,508.15 |
| 7/18 Late Fee | | 3,635.30 | | 3,635.30 |
| | | 8,996.13 | | 8,996.13 |
| Total Owed | | $147,663 | $481,391 | $629,053 |

**Wireless - invoice 33729**

| CLIENT CODE | DIRECTORY | DESCRIPTION | ISSUE | GROSS | ADJUSTMENT | TAX | NET |
|---|---|---|---|---|---|---|---|
| 0304-2004 | 102532 CA SAN DIEGO N CO CSTL | Initial Billing | November-07 | $745.50 | $0.00 | $0.00 | $745.50 |
| | | | | $745.50 | $0.00 | $0.00 | $745.50 |

**Wireless - invoice 34343**

| CLIENT CODE | DIRECTORY | DESCRIPTION | ISSUE | GROSS | ADJUSTMENT | TAX | NET |
|---|---|---|---|---|---|---|---|
| 0304-2004 | 018770 IL CHAMPAIGN | Initial Billing | November-07 | $2,142.00 | $0.00 | $0.00 | $2,142.00 |
| 0304-2004 | 045740 NV NEVADA BELL-RENO | Initial Billing | November-07 | $1,218.00 | $0.00 | $0.00 | $1,218.00 |
| 0304-2004 | 101418 AL WIREGRASS AREA | Initial Billing | November-07 | $731.61 | $0.00 | $0.00 | $731.61 |
| 0304-2004 | 101629 OH DAYTON GREATER | Initial Billing | November-07 | $1,192.80 | $0.00 | $0.00 | $1,192.80 |
| 0304-2004 | 102527 PA NORTH PITTSBURGH | Initial Billing | November-07 | $1,033.20 | $0.00 | $0.00 | $1,033.20 |
| 0304-2004 | 103885 MA SE MASSACHUSETTS | Initial Billing | November-07 | $1,575.00 | $0.00 | $0.00 | $1,575.00 |
| 0304-2004 | 104074 GA HENRY COUNTY AREA | Initial Billing | November-07 | $124.32 | $0.00 | $0.00 | $124.32 |
| 0304-2004 | 004793 AR ROGERS | Initial Billing | December-07 | $408.00 | $0.00 | $0.00 | $408.00 |
| 0304-2004 | 005555 CA DOWNEY-NORWALK | Initial Billing | December-07 | $3,906.00 | $0.00 | $0.00 | $3,906.00 |
| 0304-2004 | 005806 CA TORRANCE-LOMITA-HARB | Initial Billing | December-07 | $535.20 | $0.00 | $0.00 | $535.20 |
| 0304-2004 | 005901 CA RIVERSIDE-CORONA | Initial Billing | December-07 | $1,656.00 | $0.00 | $0.00 | $1,656.00 |
| 0304-2004 | 006235 CA LONG BEACH COASTAL C | Initial Billing | December-07 | $3,919.20 | $0.00 | $0.00 | $3,919.20 |
| 0304-2004 | 006238 CA LONG BEACH-LAKEWD C | Initial Billing | December-07 | $1,341.60 | $0.00 | $0.00 | $1,341.60 |
| 0304-2004 | 006855 CA SOUTH BAY | Initial Billing | December-07 | $3,741.60 | $0.00 | $0.00 | $3,741.60 |
| 0304-2004 | 008260 CO DENVER(Y) | Initial Billing | December-07 | $5,436.00 | $0.00 | $0.00 | $5,436.00 |
| 0304-2004 | 011887 VA NORTHERN VIRGINIA | Initial Billing | December-07 | $1,920.00 | $0.00 | $0.00 | $1,920.00 |
| 0304-2004 | 012078 FL BOCARTN-DLRY&BYTNBCH | Initial Billing | December-07 | $3,096.00 | $0.00 | $0.00 | $3,096.00 |
| 0304-2004 | 012623 FL NAPLES-MARCO ISLAND | Initial Billing | December-07 | $588.00 | $0.00 | $0.00 | $588.00 |
| 0304-2004 | 012804 FL ST PETERSBURG | Initial Billing | December-07 | $2,880.00 | $0.00 | $0.00 | $2,880.00 |
| 0304-2004 | 014842 GA MACON AREA GREATER | Initial Billing | December-07 | $936.00 | $0.00 | $0.00 | $936.00 |
| 0304-2004 | 021632 IL SPRINGFIELD | Initial Billing | December-07 | $4,080.00 | $0.00 | $0.00 | $4,080.00 |
| 0304-2004 | 023975 IN ANDERSON-MUNCIE | Initial Billing | December-07 | $1,530.00 | $0.00 | $0.00 | $1,530.00 |
| 0304-2004 | 035348 MI GRAND RAPIDS AREA | Initial Billing | December-07 | $2,208.00 | $0.00 | $0.00 | $2,208.00 |
| 0304-2004 | 040476 MO COLUMBIA | Initial Billing | December-07 | $1,584.00 | $0.00 | $0.00 | $1,584.00 |
| 0304-2004 | 049404 NY BINGHAMTON | Initial Billing | December-07 | $2,088.00 | $0.00 | $0.00 | $2,088.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0304-2004 | 060631 OK GREATER TULSA | Initial Billing | December-07 | $2,844.00 | $0.00 | $0.00 | $2,844.00 |
| 0304-2004 | 062426 PA BUTLER COUNTYWIDE | Initial Billing | December-07 | $1,512.00 | $0.00 | $0.00 | $1,512.00 |
| 0304-2004 | 069233 TX AUSTIN | Initial Billing | December-07 | $3,120.00 | $0.00 | $0.00 | $3,120.00 |
| 0304-2004 | 069328 TX BEAUMONT | Initial Billing | December-07 | $600.00 | $0.00 | $0.00 | $600.00 |
| 0304-2004 | 074726 UT PROVO-OREM AND SURRO | Initial Billing | December-07 | $780.00 | $0.00 | $0.00 | $780.00 |
| 0304-2004 | 077389 WA KITSAP PENINSULA | Initial Billing | December-07 | $1,416.00 | $0.00 | $0.00 | $1,416.00 |
| 0304-2004 | 077846 WA CLARK COUNTY | Initial Billing | December-07 | $4,536.00 | $0.00 | $0.00 | $4,536.00 |
| 0304-2004 | 080336 WI GREEN BAY | Initial Billing | December-07 | $1,548.00 | $0.00 | $0.00 | $1,548.00 |
| 0304-2004 | 100003 TX SAN ANTONIO | Initial Billing | December-07 | $5,790.00 | $0.00 | $0.00 | $5,790.00 |
| 0304-2004 | 100025 OK OKLAHOMA CITY AREA | Initial Billing | December-07 | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| 0304-2004 | 101632 MA BOSTON GREATER | Initial Billing | December-07 | $3,654.00 | $0.00 | $0.00 | $3,654.00 |
| 0304-2004 | 101633 NY WESTCHESTERPUTNAMCO | Initial Billing | December-07 | $3,744.00 | $0.00 | $0.00 | $3,744.00 |
| 0304-2004 | 101938 MD HARFORD COUNTY | Initial Billing | December-07 | $936.00 | $0.00 | $0.00 | $936.00 |
| 0304-2004 | 102114 IL CHICAGO | Initial Billing | December-07 | $3,672.00 | $0.00 | $0.00 | $3,672.00 |
| 0304-2004 | 104703 CA DOWNEY-NRWLK COMP(Y) | Initial Billing | December-07 | $786.00 | $0.00 | $0.00 | $786.00 |
| 0304-2004 | 104705 CA LONGBCH-LKWDCOMP(Y) | Initial Billing | December-07 | $278.40 | $0.00 | $0.00 | $278.40 |
| 0304-2004 | 104706 CA LONG BCH CSTLCOMP(Y) | Initial Billing | December-07 | $806.40 | $0.00 | $0.00 | $806.40 |
| 0304-2004 | 104712 CA SOUTH BAY COMP(Y) | Initial Billing | December-07 | $758.40 | $0.00 | $0.00 | $758.40 |
| 0304-2004 | 104782 IL BARRINGTON AREA | Initial Billing | December-07 | $672.00 | $0.00 | $0.00 | $672.00 |
| 0304-2004 | 104784 IL SCHAUMBURG AREA | Initial Billing | December-07 | $2,844.00 | $0.00 | $0.00 | $2,844.00 |
| 0304-2004 | 105036 FL MELBOURNE-VERO BEACH | Initial Billing | December-07 | $2,160.00 | $0.00 | $0.00 | $2,160.00 |
| 0304-2004 | 005320 CA CONTRA COSTA COCTL C | Initial Billing | January-08 | $1,320.00 | $0.00 | $0.00 | $1,320.00 |
| 0304-2004 | 007115 CA SANTA BARBARA C | Initial Billing | January-08 | $2,381.40 | $0.00 | $0.00 | $2,381.40 |
| 0304-2004 | 017122 ID BOISE | Initial Billing | January-08 | $2,124.00 | $0.00 | $0.00 | $2,124.00 |
| 0304-2004 | 034829 MI DETROIT | Initial Billing | January-08 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 0304-2004 | 034923 MI DET METRO EAST AREA | Initial Billing | January-08 | $3,120.00 | $0.00 | $0.00 | $3,120.00 |
| 0304-2004 | 076714 VA RICHMOND GREATER(Y) | Initial Billing | January-08 | $4,044.60 | $0.00 | $0.00 | $4,044.60 |
| 0304-2004 | 104634 VA RICHMOND GR COMP(Y) | Initial Billing | January-08 | $680.40 | $0.00 | $0.00 | $680.40 |
| 0304-2004 | 104709 CA SANTA BARBARACOMP(Y) | Initial Billing | January-08 | $493.20 | $0.00 | $0.00 | $493.20 |
| 0304-2004 | 106248 MI DETROIT COMPANION | Initial Billing | January-08 | $884.00 | $0.00 | $0.00 | $884.00 |
| 0304-2004 | 106249 MI DETMETROEASTAREACOMP | Initial Billing | January-08 | $858.00 | $0.00 | $0.00 | $858.00 |
| 0304-2004 | 012503 FL LAKELAND | Initial Billing | February-08 | $1,114.80 | $0.00 | $0.00 | $1,114.80 |
| 0304-2004 | 049046 NY ALBANY C | Initial Billing | February-08 | $2,911.20 | $0.00 | $0.00 | $2,911.20 |
| 0304-2004 | 049302 NY BAY RIDGE | Initial Billing | February-08 | $781.20 | $0.00 | $0.00 | $781.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0304-2004 | 049398 NY BROOKLYN(Y) | Initial Billing | February-08 | $14,950.80 | $0.00 | $0.00 | $14,950.80 |
| 0304-2004 | 049399 NY BROOKLYN HEIGHTS DNT | Initial Billing | February-08 | $1,953.00 | $0.00 | $0.00 | $1,953.00 |
| 0304-2004 | 052089 NY SCHENECTADY C | Initial Billing | February-08 | $2,349.60 | $0.00 | $0.00 | $2,349.60 |
| 0304-2004 | 061930 OR WASHINGTON COUNTY | Initial Billing | February-08 | $5,090.40 | $0.00 | $0.00 | $5,090.40 |
| 0304-2004 | 076660 VA PRINCE WILLIAM REG | Initial Billing | February-08 | $2,968.20 | $0.00 | $0.00 | $2,968.20 |
| 0304-2004 | 077828 WA TRI-CITIES | Initial Billing | February-08 | $2,457.00 | $0.00 | $0.00 | $2,457.00 |
| 0304-2004 | 104633 VA PRINCE WLM COMP(Y) | Initial Billing | February-08 | $529.20 | $0.00 | $0.00 | $529.20 |
| 0304-2004 | 105445 WA TRI CITIES COMP(Y) | Initial Billing | February-08 | $453.60 | $0.00 | $0.00 | $453.60 |
| 0304-2004 | 032145 MD BALTIMORE CITY CONS | Initial Billing | March-08 | $3,024.00 | $0.00 | $0.00 | $3,024.00 |
| 0304-2004 | 032190 MD BALTIMORE SUB E CONS | Initial Billing | March-08 | $2,748.00 | $0.00 | $0.00 | $2,748.00 |
| 0304-2004 | 032235 MD BALTIMORE SUB W CONS | Initial Billing | March-08 | $2,628.00 | $0.00 | $0.00 | $2,628.00 |
| 0304-2004 | 104618 MD BALTIMORE CTYCOMP(Y) | Initial Billing | March-08 | $529.20 | $0.00 | $0.00 | $529.20 |
| 0304-2004 | 104619 MD BALTIMORE E COMP(Y) | Initial Billing | March-08 | $453.60 | $0.00 | $0.00 | $453.60 |
| 0304-2004 | 104620 MD BALTIMORE W COMP(Y) | Initial Billing | March-08 | $453.60 | $0.00 | $0.00 | $453.60 |
| | | | | $157,528.73 | $0.00 | $0.00 | $157,528.73 |

**Wireless - invoice 34343**

| CLIENT CODE | DIRECTORY | DESCRIPTION | ISSUE | GROSS | ADJUSTMENT | TAX | NET |
|---|---|---|---|---|---|---|---|
| 0304-2004 | 005072 CA ANTELOPE VALLEY | Initial Billing | November-07 | $806.40 | $0.00 | $0.00 | $806.40 |
| 0304-2004 | 006663 CA NORTH ORANGE COUNTY | Initial Billing | November-07 | $1,176.00 | $0.00 | $0.00 | $1,176.00 |
| 0304-2004 | 008198 CO COLORADO SPRINGS | Initial Billing | November-07 | $1,848.00 | $0.00 | $0.00 | $1,848.00 |
| 0304-2004 | 011361 DC DISTRICT OF COLUMBIA | Initial Billing | November-07 | $2,520.00 | $0.00 | $0.00 | $2,520.00 |
| 0304-2004 | 012770 FL PUNTA GORDA | Initial Billing | November-07 | $697.20 | $0.00 | $0.00 | $697.20 |
| 0304-2004 | 024642 IN TERRE HAUTE | Initial Billing | November-07 | $739.20 | $0.00 | $0.00 | $739.20 |
| 0304-2004 | 027189 KS JOHNSON COUNTY | Initial Billing | November-07 | $1,638.00 | $0.00 | $0.00 | $1,638.00 |
| 0304-2004 | 028856 KS WICHITA AREA | Initial Billing | November-07 | $1,146.60 | $0.00 | $0.00 | $1,146.60 |
| 0304-2004 | 038408 MN MANKATO | Initial Billing | November-07 | $420.00 | $0.00 | $0.00 | $420.00 |
| 0304-2004 | 040630 MO FT LEONARD WOOD | Initial Billing | November-07 | $630.00 | $0.00 | $0.00 | $630.00 |
| 0304-2004 | 047136 NJ BURLNGTN CO-NTHCAMDN | Initial Billing | November-07 | $2,205.00 | $0.00 | $0.00 | $2,205.00 |
| 0304-2004 | 048052 NM ALBUQUERQUE METRO | Initial Billing | November-07 | $1,877.40 | $0.00 | $162.60 | $2,040.00 |
| 0304-2004 | 055271 ND FARGO | Initial Billing | November-07 | $1,260.00 | $0.00 | $0.00 | $1,260.00 |
| 0304-2004 | 056576 OH CINCINNATI GREATER | Initial Billing | November-07 | $1,449.00 | $0.00 | $0.00 | $1,449.00 |
| 0304-2004 | 070566 TX FT WORTH GREATER | Initial Billing | November-07 | $1,134.00 | $0.00 | $0.00 | $1,134.00 |
| 0304-2004 | 079593 WI EAU CLAIRE | Initial Billing | November-07 | $1,822.80 | $0.00 | $0.00 | $1,822.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0304-2004 | 100017 IN NORTHWEST INDIANA | Initial Billing | November-07 | $1,982.40 | $0.00 | $0.00 | $1,982.40 |
| 0304-2004 | 100115 NY ROCKLAND COUNTY | Initial Billing | November-07 | $1,050.00 | $0.00 | $0.00 | $1,050.00 |
| 0304-2004 | 101446 NJ OCEAN COUNTY | Initial Billing | November-07 | $1,764.00 | $0.00 | $0.00 | $1,764.00 |
| 0304-2004 | 101939 MD SOUTHERN MARYLAND | Initial Billing | November-07 | $1,092.00 | $0.00 | $0.00 | $1,092.00 |
| 0304-2004 | 101996 NC CHARLOTTE | Initial Billing | November-07 | $1,751.40 | $0.00 | $0.00 | $1,751.40 |
| 0304-2004 | 102020 IL FOX VALLEY | Initial Billing | November-07 | $1,486.80 | $0.00 | $0.00 | $1,486.80 |
| 0304-2004 | 103050 CA BAKERSFIELD GREATER | Initial Billing | November-07 | $1,864.80 | $0.00 | $0.00 | $1,864.80 |
| 0304-2004 | 104036 AL MOBILE | Initial Billing | November-07 | $1,411.20 | $0.00 | $0.00 | $1,411.20 |
| | | | | $33,772.20 | $0.00 | $162.60 | $33,934.80 |

**Satellite Invoice No. 34346**

| CODE | MONTH | AMOUNT |
|---|---|---|
| 101418 | November-07 | $ 354.90 |
| 102690 | November-07 | $ 161.70 |
| 012400 | November-07 | $ 1,034.88 |
| 015252 | November-07 | $ 501.90 |
| 104074 | November-07 | $ 268.17 |
| 018770 | November-07 | $ 714.00 |
| 105074 | November-07 | $ 1,377.60 |
| 105072 | November-07 | $ 705.60 |
| 105073 | November-07 | $ 1,302.00 |
| 100084 | November-07 | $ 333.90 |
| 103885 | November-07 | $ 892.50 |
| 038673 | November-07 | $ 457.80 |
| 040675 | November-07 | $ 535.50 |
| 040686 | November-07 | $ 373.80 |
| 103032 | November-07 | $ 495.60 |
| 101629 | November-07 | $ 1,165.50 |
| 101006 | November-07 | $ 443.10 |
| 102527 | November-07 | $ 577.50 |
| 068175 | November-07 | $ 912.24 |
| 073070 | November-07 | $ 319.20 |
| 106171 | November-07 | $ 886.20 |
| 001562 | December-07 | $ 1,738.80 |

| | | |
|---|---|---|
| 103796 | December-07 | $ 173.90 |
| 004300 | December-07 | $ 1,500.00 |
| 004793 | December-07 | $ 816.00 |
| 005555 | December-07 | $ 2,343.60 |
| 102973 | December-07 | $ 2,760.00 |
| 104703 | December-07 | $ 314.40 |
| 005736 | December-07 | $ 535.20 |
| 005821 | December-07 | $ 686.40 |
| 102978 | December-07 | $ 3,376.80 |
| 104706 | December-07 | $ 403.20 |
| 006235 | December-07 | $ 1,959.60 |
| 006238 | December-07 | $ 1,341.60 |
| 104705 | December-07 | $ 278.40 |
| 005901 | December-07 | $ 885.00 |
| 006855 | December-07 | $ 1,870.80 |
| 104712 | December-07 | $ 379.20 |
| 005806 | December-07 | $ 535.20 |
| 008260 | December-07 | $ 2,718.00 |
| 102347 | December-07 | $ 618.00 |
| 103591 | December-07 | $ 576.00 |
| 009185 | December-07 | $ 2,172.00 |
| 012078 | December-07 | $ 1,347.00 |
| 104489 | December-07 | $ 945.00 |
| 105036 | December-07 | $ 1,005.00 |
| 012623 | December-07 | $ 1,071.00 |
| 012804 | December-07 | $ 1,530.00 |
| 013170 | December-07 | $ 1,436.40 |
| 015733 | December-07 | $ 579.00 |
| 014842 | December-07 | $ 636.00 |
| 104783 | December-07 | $ 1,212.00 |
| 104782 | December-07 | $ 1,344.00 |
| 102114 | December-07 | $ 2,097.00 |
| 104784 | December-07 | $ 1,896.00 |
| 021632 | December-07 | $ 1,020.00 |

| | | |
|---|---|---|
| 023975 | December-07 | $ 993.00 |
| 101632 | December-07 | $ 2,064.00 |
| 101938 | December-07 | $ 537.00 |
| 035348 | December-07 | $ 1,104.00 |
| 035722 | December-07 | $ 2,112.00 |
| 040476 | December-07 | $ 1,068.00 |
| 039356 | December-07 | $ 2,167.20 |
| 048262 | December-07 | $ 356.37 |
| 049404 | December-07 | $ 1,209.00 |
| 101633 | December-07 | $ 1,641.00 |
| 060631 | December-07 | $ 1,896.00 |
| 100025 | December-07 | $ 1,260.00 |
| 061742 | December-07 | $ 369.00 |
| 062426 | December-07 | $ 1,512.00 |
| 105033 | December-07 | $ 453.00 |
| 063038 | December-07 | $ 1,248.00 |
| 066793 | December-07 | $ 1,764.00 |
| 105318 | December-07 | $ 252.00 |
| 066958 | December-07 | $ 1,088.80 |
| 068028 | December-07 | $ 501.00 |
| 069328 | December-07 | $ 1,632.00 |
| 100003 | December-07 | $ 1,983.00 |
| 073639 | December-07 | $ 831.00 |
| 074726 | December-07 | $ 1,560.00 |
| 011887 | December-07 | $ 1,503.00 |
| 103505 | December-07 | $ 309.00 |
| 077846 | December-07 | $ 2,268.00 |
| 077389 | December-07 | $ 666.00 |
| 080336 | December-07 | $ 1,728.00 |
| 104008 | December-07 | $ 309.00 |
| 005322 | January-08 | $ 816.00 |
| 005320 | January-08 | $ 1,752.00 |
| 007115 | January-08 | $ 1,587.60 |
| 104709 | January-08 | $ 328.80 |

| | | |
|---|---|---|
| 104710 | January-08 | $ 228.00 |
| 102993 | January-08 | $ 927.00 |
| 007155 | January-08 | $ 1,021.20 |
| 012331 | January-08 | $ 688.40 |
| 012503 | January-08 | $ 1,154.80 |
| 104697 | January-08 | $ 163.20 |
| 012737 | January-08 | $ 920.40 |
| 012980 | January-08 | $ 982.80 |
| 105384 | January-08 | $ 139.20 |
| 012995 | January-08 | $ 598.80 |
| 023217 | January-08 | $ 988.80 |
| 023400 | January-08 | $ 1,102.80 |
| 024460 | January-08 | $ 976.80 |
| 034923 | January-08 | $ 1,296.00 |
| 106249 | January-08 | $ 442.00 |
| 034829 | January-08 | $ 3,012.00 |
| 106248 | January-08 | $ 442.00 |
| 037326 | January-08 | $ 3,840.00 |
| 046235 | January-08 | $ 1,626.00 |
| 104538 | January-08 | $ 228.00 |
| 056332 | January-08 | $ 1,738.80 |
| 075225 | January-08 | $ 1,260.00 |
| 077714 | January-08 | $ 1,669.20 |
| 105323 | January-08 | $ 278.40 |
| 006474 | February-08 | $ 2,104.80 |
| 049046 | February-08 | $ 3,124.80 |
| 049302 | February-08 | $ 781.20 |
| 049399 | February-08 | $ 781.20 |
| 049500 | February-08 | $ 781.20 |
| 104659 | February-08 | $ 592.80 |
| 049561 | February-08 | $ 870.00 |
| 049806 | February-08 | $ 1,008.00 |
| 050193 | February-08 | $ 806.40 |
| 052089 | February-08 | $ 2,570.40 |



| | | |
|---|---|---|
| 052126 | February-08 | $ 781.20 |
| 052431 | February-08 | $ 1,990.80 |
| 104632 | February-08 | $ 328.80 |
| 076642 | February-08 | $ 2,760.00 |
| 077283 | February-08 | $ 416.40 |
| 105445 | February-08 | $ 302.40 |
| 077828 | February-08 | $ 1,638.00 |
| 104619 | March-08 | $ 302.40 |
| 032190 | March-08 | $ 2,026.20 |
| 032235 | March-08 | $ 2,004.00 |
| 104620 | March-08 | $ 352.80 |
| | | $ 150,831.26 |

**Satellite Invoice No. 34039**

| CODE | MONTH | AMOUNT |
|---|---|---|
| 104036 | November-07 | $ 821.10 |
| 104959 | November-07 | $ 366.24 |
| 104960 | November-07 | $ 225.12 |
| 003763 | November-07 | $ 1,075.20 |
| 006095 | November-07 | $ 644.28 |
| 005072 | November-07 | $ 363.30 |
| 104605 | November-07 | $ 124.32 |
| 103737 | November-07 | $ 599.76 |
| 103050 | November-07 | $ 571.20 |
| 005495 | November-07 | $ 1,159.20 |
| 005825 | November-07 | $ 1,135.58 |
| 104604 | November-07 | $ 158.76 |
| 006495 | November-07 | $ 1,142.40 |
| 006663 | November-07 | $ 470.40 |
| 006990 | November-07 | $ 1,478.40 |
| 006997 | November-07 | $ 604.80 |
| 007305 | November-07 | $ 961.38 |
| 008198 | November-07 | $ 795.90 |
| 011361 | November-07 | $ 890.40 |

| | | |
|---|---|---|
| 012328 | November-07 | $ 1,005.48 |
| 104051 | November-07 | $ 94.68 |
| 012770 | November-07 | $ 638.40 |
| 105333 | November-07 | $ - |
| 012767 | November-07 | $ 1,192.80 |
| 103944 | November-07 | $ 335.30 |
| 103862 | November-07 | $ 805.00 |
| 013780 | November-07 | $ 1,023.40 |
| 105125 | November-07 | $ 170.52 |
| 102454 | November-07 | $ 325.50 |
| 025213 | November-07 | $ 478.80 |
| 025482 | November-07 | $ 2,125.20 |
| 104451 | November-07 | $ - |
| 025933 | November-07 | $ 940.80 |
| 102020 | November-07 | $ 936.60 |
| 021242 | November-07 | $ 1,176.00 |
| 100570 | November-07 | $ 296.10 |
| 103290 | November-07 | $ 548.10 |
| 023372 | November-07 | $ 638.40 |
| 023376 | November-07 | $ 1,579.20 |
| 023378 | November-07 | $ 588.00 |
| 100017 | November-07 | $ 936.60 |
| 024642 | November-07 | $ 735.00 |
| 027189 | November-07 | $ 590.10 |
| 028856 | November-07 | $ 732.90 |
| 101939 | November-07 | $ 424.20 |
| 035968 | November-07 | $ 504.00 |
| 036328 | November-07 | $ 417.90 |
| 038202 | November-07 | $ 384.30 |
| 038408 | November-07 | $ 403.20 |
| 040630 | November-07 | $ 632.10 |
| 039606 | November-07 | $ 1,320.48 |
| 104050 | November-07 | $ 220.08 |
| 039835 | November-07 | $ 275.10 |

| | | | |
|---|---|---|---|
| 039879 | November-07 | $ | 386.40 |
| 101996 | November-07 | $ | 1,218.00 |
| 055271 | November-07 | $ | 543.90 |
| 047136 | November-07 | $ | 842.10 |
| 101446 | November-07 | $ | 558.60 |
| 048052 | November-07 | $ | 1,062.43 |
| 105302 | November-07 | $ | 504.00 |
| 100115 | November-07 | $ | 926.10 |
| 104490 | November-07 | $ | 430.50 |
| 056576 | November-07 | $ | 802.20 |
| 058469 | November-07 | $ | 806.40 |
| 057738 | November-07 | $ | 1,209.60 |
| 059874 | November-07 | $ | 756.00 |
| 064193 | November-07 | $ | 1,270.08 |
| 103115 | November-07 | $ | 2,005.68 |
| 069829 | November-07 | $ | 310.80 |
| 070566 | November-07 | $ | 978.60 |
| 079593 | November-07 | $ | 751.80 |
| 079537 | November-07 | $ | 1,696.80 |
| 082815 | November-07 | $ | 1,008.00 |
| 080626 | November-07 | $ | 579.60 |
| 082156 | November-07 | $ | 321.30 |
| 005895 | December-07 | $ | 1,165.20 |
| 102977 | December-07 | $ | 1,891.20 |
| 005295 | December-07 | $ | 1,728.00 |
| 006303 | December-07 | $ | 1,824.00 |
| 006654 | December-07 | $ | 1,512.00 |
| 104142 | December-07 | $ | 1,440.00 |
| 006682 | December-07 | $ | 1,296.00 |
| 006677 | December-07 | $ | 1,080.00 |
| 006676 | December-07 | $ | 1,608.00 |
| 006735 | December-07 | $ | 1,159.20 |
| 102987 | December-07 | $ | 1,891.20 |
| 006981 | December-07 | $ | 1,872.00 |

| | | |
|---|---|---|
| 104509 | December-07 | $ - |
| 007475 | December-07 | $ 1,032.00 |
| 009149 | December-07 | $ 2,640.00 |
| 012869 | December-07 | $ 1,440.00 |
| 105238 | December-07 | $ - |
| 013190 | December-07 | $ 3,751.20 |
| 024640 | December-07 | $ 2,812.40 |
| 105206 | December-07 | $ 328.80 |
| 029335 | December-07 | $ 469.20 |
| 029395 | December-07 | $ 1,329.60 |
| 032644 | December-07 | $ 1,915.20 |
| 104598 | December-07 | $ 189.60 |
| 032505 | December-07 | $ 1,864.80 |
| 034217 | December-07 | $ 912.00 |
| 104516 | December-07 | $ - |
| 041714 | December-07 | $ 1,476.00 |
| 053342 | December-07 | $ 1,313.40 |
| 104158 | December-07 | $ 1,442.40 |
| 047982 | December-07 | $ 1,486.80 |
| 104607 | December-07 | $ 278.40 |
| 062537 | December-07 | $ 2,054.40 |
| 063377 | December-07 | $ 2,167.20 |
| 104591 | December-07 | $ 453.60 |
| 064691 | December-07 | $ 2,102.40 |
| 064728 | December-07 | $ 2,079.60 |
| 104563 | December-07 | $ 302.40 |
| 069580 | December-07 | $ 2,004.00 |
| 071680 | December-07 | $ 1,224.00 |
| 105209 | December-07 | $ 139.20 |
| 105099 | December-07 | $ 888.00 |
| 076186 | December-07 | $ 2,400.00 |
| 105230 | December-07 | $ - |
| 077260 | December-07 | $ 1,137.00 |
| 104073 | December-07 | $ 2,022.60 |

| | | |
|---|---|---|
| 077733 | December-07 | $ 1,027.20 |
| 082696 | December-07 | $ 1,320.00 |
| 103101 | December-07 | $ 952.00 |
| 104855 | January-08 | $ - |
| 033090 | January-08 | $ 3,351.60 |
| 033454 | January-08 | $ 2,381.40 |
| 033891 | January-08 | $ 2,858.40 |
| 047130 | January-08 | $ 2,482.80 |
| 104625 | January-08 | $ 429.60 |
| 104658 | January-08 | $ 145.20 |
| 052267 | January-08 | $ 1,485.40 |
| 063574 | January-08 | $ 2,394.00 |
| 104630 | January-08 | $ 403.20 |
| 103744 | January-08 | $ 1,399.20 |
| 104048 | May-08 | $ 566.40 |
| | | $ 138,350.25 |
| | | $481,390.54 |

# EXHIBIT B