IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INPHONIC, INC., *et al.*,1 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF
### MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

I, Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on March 14, 2008. I certify further that the service of the following:

**OBJECTION TO DEBTORS' MOTION FOR ORDER
AUTHORIZING RETROACTIVE REJECTION OF CERTAIN
UNEXPIRED LEASES AND EXECUTORY CONTRACTS [RE: D.I. 402]**

**DECLARATION IN SUPPORT OF OBJECTION TO
DEBTORS' MOTION FOR ORDER
AUTHORIZING RETROACTIVE REJECTION OF CERTAIN
UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

was made on the following parties on the attached list via First Class Mail and Hand Delivery on (Wilmington, DE addresses only)

_____
Melissa N. Flores

SWORN AND SUBSCRIBED before me this 14th day of March 2008.

_____
NOTARY

---

1 The Debtors are Inphonic, Inc., CAIS Acquisition, LLC, CAIS Acquisition II, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, FON Acquisition, LLC and 1010 Interactive, LLC.

#1009859-v1

**VIA HAND DELIVERY**
Neil B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA FIRST CLASS MAIL**

Thomas R. Califano
Vincent J. Roldan
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020

David Lorry
Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA  19104

Anup Sathy
John Schoenfeld
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601