IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| INPHONIC, INC., et al.[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                    ) SS
NEW CASTLE COUNTY   )

   Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Adeptio INPC Funding, LLC in the within captioned matter, and that on March 14, 2008, she caused a copy of the following pleading(s):

**Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Post-Petition Payments**

to be served, in the manner indicated, to the parties on the service list attached hereto.

            _Michelle E. Smith_
            Michelle Smith

SWORN TO AND SUBSCRIBED before me this 14 day of March, 2008.

            _Debbie Laskin_
            Notary Public
            DEBBIE E. LASKIN
            NOTARY PUBLIC
            STATE OF DELAWARE
            My Commission Expires Dec. 21, 2008

---

[1] The Debtors are InPhonic, Inc, CAIS Acquisition, LLC, SimIPC Acquisition Corp., Star Number, Inc., Mobile Technology Services, LLC, CAIS Acquisition II, LLC, FON Acquisition, LLC, and 1010 Interactive, LLC.

## CORE GROUP SERVICE LIST
### InPhonic, Inc.
### 3/14/2008

Thomas R. Califano, Esq.
Vincent J. Roldan, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(Counsel for Debtors)
*First Class Mail*

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)
*Hand Delivery*

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(Counsel for the Official Committee of Unsecured Creditors)
*First Class Mail*

J. Scott Bovitz, Esq.
Botitz & Spitzer
880 West First Street, Suite 502
Los Angeles, CA 90012-2445
(Counsel for Qualution Systems, Inc.)
*First Class Mail*

Neil B. Glassman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Counsel for Debtors
*Hand Delivery*

Anup Sathy, Esq
David A. Agay, Esq.
Andrea L. Johnson, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel for Adeptio INPC Funding, LLC)
*First Class Mail*

Robert P. Simons, Esq
Reed Smith LLP
453 Sixth Avenue
Pittsburgh, PA 15219
(Counsel for the Official Committee of Unsecured Creditors)
*First Class Mail*

Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel for Qualution Systems, Inc.)
*Hand Delivery*