IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket Nos. 398, 402, 412 and 449 |

**JOINDER OF DEBTORS TO ADEPTIO'S (A) REPLY TO QUALUTION'S OBJECTION TO THE DEBTORS' SECOND MOTION TO REJECT CERTAIN CONTRACTS AND LEASES AND (B) OBJECTION TO QUALUTION'S MOTION FOR POST-PETITION PAYMENTS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby joins in Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Post-Petition Payments (the "Objection and Reply") filed on March 14, 2008 [Docket No. 449].

WHEREFORE, for the reasons set forth in the Objection and Reply, the Debtors respectfully request that the Court grant the relief requested in the Debtors' Second Motion to Reject Certain Contracts and Leases [Docket No. 402], deny Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due under License Agreement or for Order Allowing Administrative Expense Claim pursuant to 11 U.S.C. § 503(b) [Docket No. 398], and grant such other and further relief as the Court deems just and proper.

{00766730;v1}

Dated: March 14, 2008

By:

**BAYARD, P.A.**

/s/ *illegible signature*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

- and -

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and
Debtors in Possession