IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG)<br>Jointly Administered |
| Debtors. | |

## DECLARATION CERTIFICATION OF DANIEL POLSKY

I, Daniel Polsky, make this declaration and state as follows:

1. I am a Director of the firm of Deloitte Financial Advisory Services LLP ("Deloitte FAS"), which maintains offices at, among other locations, One World Financial Center, New York, New York 10281.

2. This declaration is submitted pursuant to Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016 in connection with and in support of Deloitte FAS' First Fee Application (the "First Monthly Fee Application") for first allowance compensation and reimbursement of expenses incurred for services rendered as Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of InPhonic, Inc., et al. (the "Debtors") for the period from November 19, 2007 through December 31, 2007 (the "Compensation Period").

3. I have read the Application and the facts contained therein are true and correct to the best of my knowledge, information and belief.

4. I believe that the Application is in substantial compliance with the US Trustee Guidelines (as defined in the Application).

5. The First Monthly Fee Application respectfully requests that this Court (a) approve compensation in the aggregate amount of $68,022.50 in fees for services rendered on behalf of the Committee, and $1,494.32 for the reimbursement of expenses

incurred in connection with the rendition of such services and (b) pursuant to the Administrative Order, direct payment of compensation in the amount of $54,418.00 (80% of $68,022.50), and reimbursement of 100% of $1,494.32 expenses incurred in connection with the rendition of such services for a total amount of $55,912.32.

6. No agreement or understanding exists between Deloitte FAS and any nonaffiliated persons or parties to share in any compensation received in connection with this case.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 14, 2008

Deloitte Financial Advisory Services LLP

BY: /s/ <u>Daniel Polsky</u>
Daniel Polsky
Director