# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-10961 (CSS) Jointly Administered |
| Debtors. | |

## DECLARATION CERTIFICATION OF DANIEL POLSKY

I, Daniel Polsky, make this declaration and state as follows:

1. I am a Director of the firm of Deloitte Financial Advisory Services LLP ("Deloitte FAS"), which maintains offices at, among other locations, One World Financial Center, New York, New York 10281.

2. This declaration is submitted pursuant to Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016 in connection with and in support of Deloitte FAS' Second Monthly Fee Application (the "Second Monthly Fee Application") for allowance of compensation of expenses incurred for services rendered as Financial Advisor to the Official Committee of Unsecured Creditors of InPhonic, Inc., et al. (the "Debtors") for the period from January 1, 2008 through January 31, 2008 (the "Compensation Period").

3. I have read the Application and the facts contained therein are true and correct to the best of my knowledge, information and belief.

4. I believe that the Application is in substantial compliance with the US Trustee Guidelines (as defined in the Application).

5. The Application respectfully requests that this Court (a) an approval of compensation in the aggregate amounts of $12,967.50 in fees for services rendered on behalf of the Committee and (b) pursuant to the Administrative Order, payment of

compensation in the amount of $10,374.00 (80% of $12,967.50) in connection with the rendition of such services. There were no expenses incurred during the Compensation Period.

6. No agreement or understanding exists between Deloitte FAS and any nonaffiliated persons or parties to share in any compensation received in connection with this case.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 14, 2008

Deloitte Financial Advisory Services LLP

BY: /s/ Daniel Polsky
Daniel Polsky
Director