# EXHIBIT A

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT A – SUMMARY OF COMPENSATION

| In RE: | CHAPTER 11 | | | Fees Previously Requested | $68,022.50 | | NAME OF APPLICANT: |
|---|---|---|---|---|---|---|---|
| Inphonic Inc, et al | Case No. 07-11666 (KG) | | | Fees Previously Awarded | $0.00 | | Deloitte Financial Advisory Services, LLP |
| | (Jointly Administered) | | | | | | |
| | | | | Expenses Previously Requested | $1,494.32 | | ROLE IN CASE: |
| Debtors | | | | Expenses Previously Awarded | $0.00 | | Financial Advisor to Committee |

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | TITLE | CURRENT APPLICATION | RATE | TOTAL |
|---|---|---|---|---|
| Polsky, Daniel S | Director | 10.0 | 325 | 3,250.00 |
| Shea, Kevin A | Senior Manager | 4.3 | 325 | 1,397.50 |
| Shrestha, Ashish A | Manager | 25.6 | 325 | 8,320.00 |
| **Total Fees Incurred** | | 39.9 | | **$12,967.50** |
| Total Fees Incurred @ 80% | | | @ 80% | $10,374.00 |
| Total Expenses | | | | 0.00 |
| **Total Monthly Fees and Expenses Sought** | | | | **$10,374.00** |

Fee Cap Analysis:

| | | 1/1/08 – 1/31/08 |
|---|---|---|
| Hours | | 39.9 |
| Fee Cap * | $ | 50,000.00 |
| Fees Incurred at $325 Blended Rate | $ | 12,967.50 |
| Monthly Carryforward | $ | 37,032.50 |
| Cumulative Carryforward | $ | 37,032.50 |

* The monthly fee caps are: $75,000 for services provided from 11/19/07 to 12/18/07, and $50,000 per month thereafter.

# EXHIBIT B

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT B - CATEGORY TIME SUMMARY**

| CATEGORY CODE | CATEGORY DESCRIPTION | HOURS |
|:---:|---|---:|
| 1 | Asset Sale Proposals/ Competitive Bids/ Valuation | 0.2 |
| 2 | Conflict Check Process/ Firm Retention | 0.2 |
| 3 | Fee Applications and Monthly Fee Statements | 4.0 |
| 4 | Other general diligence activities; review/prepare correspondence; prepare information request | 0.5 |
| 5 | Potential Avoidance Actions; Insider/Related Party Transactions | 28.1 |
| 6 | Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties | 6.9 |
| | | **39.9** |

# EXHIBIT C

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C - CHRONOLOGICAL TIME DETAIL

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 01/04/2008 | Polsky, Daniel S | Director | 1 | Review final list of approved contracts in connection with sale | 0.2 |
| 01/04/2008 | Polsky, Daniel S | Director | 2 | Review CNO's in connection with Deloitte FAS/Reed Smith retentions | 0.2 |
| 01/04/2008 | Polsky, Daniel S | Director | 5 | Review open requests in connection with preliminary investigation into stock repurchases and other potential causes of action in advance of call with Debtor/Versa representatives. | 0.6 |
| 01/09/2008 | Shrestha, Ashish A | Manager | 3 | Downloaded, analyzed and summarized the time and expense data, and reviewed Administrative Order for Interim Compensation and Expense Reimbursement | 1.5 |
| 01/11/2008 | Polsky, Daniel S | Director | 3 | Review and edit time detail through 12/31/07 | 0.5 |
| 01/11/2008 | Polsky, Daniel S | Director | 5 | Conversation with counsel re: update on status of information requests and solvency assessment | 0.5 |
| 01/12/2008 | Polsky, Daniel S | Director | 4 | Review draft proposed employment agreement re: W. Leach | 0.3 |
| 01/12/2008 | Polsky, Daniel S | Director | 4 | Review bar date motion | 0.2 |
| 01/14/2008 | Polsky, Daniel S | Director | 6 | Prepare for and participate in call with Committee and Versa counsel to discuss litigation claims and open items subject to investigation and data needs | 0.5 |
| 01/16/2008 | Polsky, Daniel S | Director | 5 | Discussed InPhonic project requirements with K. Shea and A. Shrestha | 0.2 |
| 01/16/2008 | Shea, Kevin A | Senior Manager | 5 | Discussed InPhonic project requirements with D. Polsky and A. Shrestha | 0.2 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 3 | Prepared first monthly fee statement for 11/19/07 to 12/31/07 | 2.0 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Discussed InPhonic project requirements with K. Shea and D. Polsky | 0.2 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Researched share repurchase plans and compiled SEC disclosures, press releases on share repurchases | 2.8 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Created a share repurchase rollforward | 1.0 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Created a timeline of share repurchase | 0.5 |
| 01/17/2008 | Polsky, Daniel S | Director | 6 | Various communications to coordinate conference call with counsel to discuss open issues | 0.2 |
| 01/17/2008 | Shea, Kevin A | Senior Manager | 5 | Reviewed InPhonic Share repurchase research, financial statements and financial models and discussed same with A. Shrestha. | 1.4 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Added comments to the share repurchase Rollforward | 1.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Researched insolvency tests | 0.5 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Downloaded InPhonic historical financial statements | 0.5 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Researched financial restatements, quantified the impact of restatements on leverage and liquidity ratios | 2.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Calculated ratios and analyzed the effects on solvency | 1.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Meeting with K. Shea on share repurchases and insolvency analysis | 0.7 |
| 01/18/2008 | Polsky, Daniel S | Director | 5 | Review historic financial statements and other information in connection with analysis of insolvency and timing | 1.8 |
| 01/18/2008 | Polsky, Daniel S | Director | 6 | Prepare for and participate in call with Committee counsel to discuss litigation claims and open items subject to investigation and data needs | 0.5 |
| 01/18/2008 | Shrestha, Ashish A | Manager | 5 | Prepared analysis and supporting documents on share repurchases and sent to D. Polsky for review | 1.0 |
| 01/18/2008 | Shrestha, Ashish A | Manager | 5 | Drafted an e-mail to D. Polsky on insolvency analysis | 0.3 |
| 01/21/2008 | Polsky, Daniel S | Director | 6 | Participate on conference call with Committee and debtor professionals | 0.5 |
| 01/21/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in conference call with committee and debtor professionals | 0.5 |
| 01/24/2008 | Polsky, Daniel S | Director | 6 | Prepared for and participated in conference call with Committee members on case update | 1.0 |
| 01/24/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in UCC call re: case update | 0.8 |
| 01/25/2008 | Polsky, Daniel S | Director | 5 | Call with K. Shea and A. Shrestha re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Prepare for and attend call with D. Polsky and A. Shrestha re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Review analysis including public filings and supporting documentation as provided by A. Shrestha | 0.5 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Discuss case status and next steps with A. Shrestha | 0.3 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C - CHRONOLOGICAL TIME DETAIL

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Prepared for and participated in call with D. Polsky and K. Shea re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Prepared a summary of share repurchase analysis for call with D. Polsky and K. Shea | 0.6 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Downloaded the Insider Trading data | 0.9 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Researched and reviewed the stock-based incentive plans and discussed next steps with K. Shea | 1.7 |
| 01/28/2008 | Polsky, Daniel S | Director | 5 | Prepare for and participate on team call re: stock repurchase programs and analyses performed | 0.6 |
| 01/28/2008 | Shea, Kevin A | Senior Manager | 5 | Prepare for and participate in conference call with D. Polsky & A. Shrestha re: stock repurchase analysis. | 0.6 |
| 01/28/2008 | Shrestha, Ashish A | Manager | 5 | Prepare for and participate in conference call with D. Polsky & K. Shea re: stock repurchase analysis. | 0.6 |
| 01/28/2008 | Shrestha, Ashish A | Manager | 5 | Created various pivot summaries of the insider trading data | 1.2 |
| 01/29/2008 | Polsky, Daniel S | Director | 5 | Review insider trading summary | 0.5 |
| 01/30/2008 | Polsky, Daniel S | Director | 5 | Review Delaware code re: insolvency statute | 0.3 |
| 01/30/2008 | Polsky, Daniel S | Director | 6 | Prepared for and participated in a conference call with K. Gwynne and team re: insider trading analysis, share repurchase program, legal standards and next steps | 1.0 |
| 01/30/2008 | Shea, Kevin A | Senior Manager | 6 | Prepare for and participate in conference call with D. Polsky & A. Shrestha and Reed Smith re: stock repurchase model and results; insolvency; next steps. | 0.9 |
| 01/30/2008 | Shrestha, Ashish A | Manager | 5 | Performed analysis re: comparison of insider trading vs. share repurchase, non-program insider trading, timing of insider tradings | 2.9 |
| 01/30/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in a conference call with K. Gwynne re: insider trading analysis and share repurchase program | 1.0 |

Total                                                                                                                    39.9

# jblord

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF COMPENSATION**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C1 - Asset Sale Proposals/ Competitive Bids/ Valuation**

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/04/2008 | Polsky, Daniel S | Director | 1 | Review final list of approved contracts in connection with sale | 0.2 |
| | | | | | 0.2 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C2 - Conflict Check Process/ Firm Retention**

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/04/2008 | Polsky, Daniel S | Director | 2 | Review CNO's in connection with Deloitte FAS/Reed Smith retentions | 0.2 |
| | | | | | 0.2 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C3 - Fee Applications and Monthly Fee Statements

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/09/2008 | Shrestha, Ashish A | Manager | 3 | Downloaded, analyzed and summarized the time and expense data, and reviewed Administrative Order for Interim Compensation and Expense Reimbursement | 1.5 |
| 01/11/2008 | Polsky, Daniel S | Director | 3 | Review and edit time detail through 12/31/07 | 0.5 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 3 | Prepared first monthly fee statement for 11/19/07 to 12/31/07 | 2.0 |
| | | | | | 4.0 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C4 - Other general diligence activities; review/prepare correspondence; prepare information request

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/12/2008 | Polsky, Daniel S | Director | 4 | Review draft proposed employment agreement re: W. Leach | 0.3 |
| 01/12/2008 | Polsky, Daniel S | Director | 4 | Review bar date motion | 0.2 |
| | | | | | 0.5 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C5 - Potential Avoidance Actions; Insider/Related Party Transactions

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 01/04/2008 | Polsky, Daniel S | Director | 5 | Review open requests in connection with preliminary investigation into stock repurchases and other potential causes of action in advance of call with Debtor/Vesta representatives. | 0.6 |
| 01/11/2008 | Polsky, Daniel S | Director | 5 | Conversation with counsel re: update on status of information requests and solvency assessment | 0.5 |
| 01/16/2008 | Polsky, Daniel S | Director | 5 | Discussed InPhonic project requirements with K. Shea and A. Shrestha | 0.2 |
| 01/16/2008 | Shea, Kevin A | Senior Manager | 5 | Discussed InPhonic project requirements with D. Polsky and A. Shrestha | 0.2 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Discussed InPhonic project requirements with K. Shea and D. Polsky | 0.2 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Researched share repurchase plans and compiled SEC disclosures, press releases on share repurchases | 2.8 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Created a share repurchase rollforward | 1.0 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Created a timeline of share repurchase | 0.5 |
| 01/17/2008 | Shea, Kevin A | Senior Manager | 5 | Reviewed InPhonic Share repurchase research, financial statements and financial models and discussed same with A. Shrestha. | 1.4 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Added comments to the share repurchase Rollforward | 1.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Researched insolvency tests | 0.5 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Downloaded InPhonic historical financial statements | 0.5 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Researched financial restatements, quantified the impact of restatements on leverage and liquidity ratios | 2.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Calculated ratios and analyzed the effects on solvency | 1.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Meeting with K. Shea on share repurchases and insolvency analysis | 0.7 |
| 01/18/2008 | Polsky, Daniel S | Director | 5 | Review historic financial statements and other information in connection with analysis of insolvency and timing | 1.8 |
| 01/18/2008 | Shrestha, Ashish A | Manager | 5 | Prepared analysis and supporting documents on share repurchases and sent to D. Polsky for review | 1.0 |
| 01/18/2008 | Shrestha, Ashish A | Manager | 5 | Drafted an e-mail to D. Polsky on insolvency analysis | 0.3 |
| 01/25/2008 | Polsky, Daniel S | Director | 5 | Call with K. Shea and A. Shrestha re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Prepare for and attend call with D. Polsky and A. Shrestha re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Review analysis including public filings and supporting documentation as provided by A. Shrestha | 0.5 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Discuss case status and next steps with A. Shrestha | 0.4 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Prepared for and participated in call with D. Polsky and K. Shea re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Prepared analysis and supporting analysis for call with D. Polsky and K. Shea | 0.6 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Downloaded the Insider Trading data | 0.9 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Researched and reviewed the stock-based incentive plans and discussed next steps with K. Shea | 1.7 |
| 01/28/2008 | Polsky, Daniel S | Director | 5 | Prepare for and participate on team call re: stock repurchase programs and analysis performed | 0.6 |
| 01/28/2008 | Shea, Kevin A | Senior Manager | 5 | Prepare for and participate in conference call with D. Polsky & A. Shrestha re: stock repurchase analysis. | 0.6 |
| 01/28/2008 | Shrestha, Ashish A | Manager | 5 | Prepare for and participate in conference call with D. Polsky & K. Shea re: stock repurchase analysis. | 0.6 |
| 01/28/2008 | Shrestha, Ashish A | Manager | 5 | Created various pivot summaries of the insider trading data | 1.2 |
| 01/29/2008 | Polsky, Daniel S | Director | 5 | Review insider trading summary | 0.5 |
| 01/30/2008 | Polsky, Daniel S | Director | 5 | Review Delaware code re: insolvency statute | 0.3 |
| 01/30/2008 | Shrestha, Ashish A | Manager | 5 | Performed analysis re: comparison of insider trading vs. share repurchase, non-program insider trading, timing of insider tradings | 2.9 |

28.1

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C6 - Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/14/2008 | Polsky, Daniel S | Director | 6 | Prepare for and participate in call with Committee and Versa counsel to discuss litigation claims and open items subject to investigation and data needs | 0.5 |
| 01/17/2008 | Polsky, Daniel S | Director | 6 | Various communications to coordinate conference call with counsel to discuss open issues | 0.2 |
| 01/18/2008 | Polsky, Daniel S | Director | 6 | Prepare for and participate in call with Committee counsel to discuss litigation claims and open items subject to investigation and data needs | 0.5 |
| 01/21/2008 | Polsky, Daniel S | Director | 6 | Participate on conference call with Committee and debtor professionals | 0.5 |
| 01/21/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in conference call with committee and debtor professionals | 0.5 |
| 01/24/2008 | Polsky, Daniel S | Director | 6 | Prepared for and participated in conference call with Committee members on case update | 1.0 |
| 01/24/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in UCC call re: case update | 0.8 |
| 01/30/2008 | Polsky, Daniel S | Director | 6 | Prepared for and participated in a conference call with K. Gwynne and team re: insider trading analysis, share repurchase programs, legal standards and next steps | 1.0 |
| 01/30/2008 | Shea, Kevin A | Senior Manager | 6 | Prepare for and participate in conference call with D. Polsky & A. Shrestha and Reed Smith re: stock repurchase model and results; insolvency; next steps. | 0.9 |
| 01/30/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in a conference call with K. Gwynne re: insider trading analysis and share repurchase program | 1.0 |
| | | | | | 6.9 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C1 - Asset Sale Proposals/ Competitive Bids/ Valuation

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|---------------------|-------|---------------|------------------------|-------|
| 01/04/2008 | Polsky, Daniel S | Director | 1 | Review final list of approved contracts in connection with sale | 0.2 |
| | | | | | 0.2 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C2 - Conflict Check Process/ Firm Retention**

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|---------------------|-------|---------------|------------------------|-------|
| 01/04/2008 | Polsky, Daniel S | Director | 2 | Review CNO's in connection with Deloitte FAS/Reed Smith retentions | 0.2 |
| | | | | | 0.2 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C3 - Fee Applications and Monthly Fee Statements**

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/09/2008 | Shrestha, Ashish A | Manager | 3 | Downloaded, analyzed and summarized the time and expense data, and reviewed Administrative Order for Interim Compensation and Expense Reimbursement | 1.5 |
| 01/11/2008 | Polsky, Daniel S | Director | 3 | Review and edit time detail through 12/31/07 | 0.5 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 3 | Prepared first monthly fee statement for 11/19/07 to 12/31/07 | 2.0 |
| | | | | | 4.0 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C4 - Other general diligence activities; review/prepare correspondence; prepare information request

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|------|----------------------|-------|---------------|-------------------------|-------|
| 01/12/2008 | Polsky, Daniel S | Director | 4 | Review draft proposed employment agreement re: W. Leach | 0.3 |
| 01/12/2008 | Polsky, Daniel S | Director | 4 | Review bar date motion | 0.2 |
| | | | | | 0.5 |

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C5 - Potential Avoidance Actions; Insider/Related Party Transactions

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 01/04/2008 | Polsky, Daniel S | Director | 5 | Review open requests in connection with preliminary investigation into stock repurchases and other potential causes of action in advance of call with Debtor/Versa representatives | 0.6 |
| 01/11/2008 | Polsky, Daniel S | Director | 5 | Conversation with counsel re: update on status of information requests and solvency assessment | 0.5 |
| 01/16/2008 | Polsky, Daniel S | Director | 5 | Discussed InPhonic project requirements with K. Shea and A. Shrestha | 0.2 |
| 01/16/2008 | Shea, Kevin A | Senior Manager | 5 | Discussed InPhonic project requirements with D. Polsky and A. Shrestha | 0.2 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Discussed InPhonic project requirements with K. Shea and D. Polsky | 0.2 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Researched share repurchase plans and compiled SEC disclosures, press releases on share repurchases | 2.8 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Created a share repurchase rollforward | 1.0 |
| 01/16/2008 | Shrestha, Ashish A | Manager | 5 | Created a timeline of share repurchase | 0.5 |
| 01/17/2008 | Shea, Kevin A | Senior Manager | 5 | Reviewed InPhonic Share repurchase research, financial statements and financial models and discussed same with A. Shrestha. | 1.4 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Added comments to the share repurchase Rollforward | 1.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Researched insolvency tests | 0.5 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Downloaded InPhonic historical financial statements | 0.5 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Researched financial restatements, quantified the impact of restatements on leverage and liquidity ratios | 2.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Calculated ratios and analyzed the effects on solvency | 1.0 |
| 01/17/2008 | Shrestha, Ashish A | Manager | 5 | Meeting with K. Shea on share repurchases and insolvency analysis | 0.7 |
| 01/18/2008 | Polsky, Daniel S | Director | 5 | Review historic financial statements and other information in connection with analysis of insolvency and timing | 1.8 |
| 01/18/2008 | Shrestha, Ashish A | Manager | 5 | Prepared analysis and supporting documents on share repurchases and sent to D. Polsky for review | 1.0 |
| 01/18/2008 | Shrestha, Ashish A | Manager | 5 | Drafted an e-mail to D. Polsky on insolvency analysis | 0.3 |
| 01/25/2008 | Polsky, Daniel S | Director | 5 | Call with K. Shea and A. Shrestha re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Prepare for and attend call with D. Polsky and A. Shrestha re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Review analysis including public filings and supporting documentation as provided by A. Shrestha | 0.5 |
| 01/25/2008 | Shea, Kevin A | Senior Manager | 5 | Discuss case status and next steps with A. Shrestha | 0.3 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Prepared for and participated in call with D. Polsky and K. Shea re: follow-up and communications with debtor | 0.4 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Prepared a summary of share repurchase analysis for call with D. Polsky and K. Shea | 0.6 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Downloaded the Insider Trading data | 0.9 |
| 01/25/2008 | Shrestha, Ashish A | Manager | 5 | Researched and reviewed the stock-based incentive plans and discussed next steps with K. Shea | 1.7 |
| 01/28/2008 | Polsky, Daniel S | Director | 5 | Prepare for and participate on team call re: stock repurchase programs and analyses performed | 0.6 |
| 01/28/2008 | Shea, Kevin A | Senior Manager | 5 | Prepare for and participate in conference call with D  Polsky & A. Shrestha re: stock repurchase analysis. | 0.6 |
| 01/28/2008 | Shrestha, Ashish A | Manager | 5 | Prepared for and participate in conference call with D. Polsky & K. Shea re: stock repurchase analysis. | 0.6 |
| 01/28/2008 | Shrestha, Ashish A | Manager | 5 | Created various pivot summaries of the insider trading data | 1.2 |
| 01/29/2008 | Polsky, Daniel S | Director | 5 | Review insider trading summary | 0.5 |
| 01/30/2008 | Polsky, Daniel S | Director | 5 | Review Delaware code re: insolvency statute | 0.3 |
| 01/30/2008 | Shrestha, Ashish A | Manager | 5 | Performed analysis re: comparison of insider trading vs. share repurchase, non-program insider trading, timing of insider tradings | 2.9 |

28.1

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008
SECOND MONTHLY FEE APPLICATION

EXHIBIT C6 - Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 01/14/2008 | Polsky, Daniel S | Director | 6 | Prepare for and participate in call with Committee and Versa counsel to discuss litigation claims and open items subject to investigation and data needs | 0.5 |
| 01/17/2008 | Polsky, Daniel S | Director | 6 | Various communications to coordinate conference call with counsel to discuss open issues | 0.2 |
| 01/18/2008 | Polsky, Daniel S | Director | 6 | Prepare for and participate in call with Committee counsel to discuss litigation claims and open items subject to investigation and data needs | 0.5 |
| 01/21/2008 | Polsky, Daniel S | Director | 6 | Participate on conference call with Committee and debtor professionals | 0.5 |
| 01/21/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in conference call with committee and debtor professionals | 0.5 |
| 01/24/2008 | Polsky, Daniel S | Director | 6 | Prepared for and participated in conference call with Committee members on case update | 1.0 |
| 01/24/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in UCC call re: case update | 0.8 |
| 01/30/2008 | Polsky, Daniel S | Director | 6 | Prepared for and participated in a conference call with K. Gwynne and team re: insider trading analysis, share repurchase programs, legal standards and next steps | 1.0 |
| 01/30/2008 | Shea, Kevin A | Senior Manager | 6 | Prepare for and participate in conference call with D. Polsky & A. Shrestha and Reed Smith re: stock repurchase model and results; insolvency, next steps. | 0.9 |
| 01/30/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and participated in a conference call with K. Gwynne re: insider trading analysis and share repurchase program | 1.0 |
| | | | | | 6.9 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF COMPENSATION**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C1 - Asset Sale Proposals/ Competitive Bids/ Valuation**

| NAME OF PROFESSIONAL | 03/26/86 | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 0.2 |
| | | 0.2 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C2 - Conflict Check Process/ Firm Retention**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 0.2 |
| | | 0.2 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C3 - Fee Applications and Monthly Fee Statements**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 0.5 |
| Shrestha, Ashish A | Manager | 3.5 |
| | | 4.0 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C4 - Other general diligence activities; review/prepare correspondence; prepare information request**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 0.5 |
| | | 0.5 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C5 - Potential Avoidance Actions; Insider/Related Party Transactions**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 4.9 |
| Shea, Kevin A | Senior Manager | 3.4 |
| Shrestha, Ashish A | Manager | 19.8 |
| | | 28.1 |

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF HOURS CHARGED BY CATEGORY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT C6 - Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 3.7 |
| Shea, Kevin A | Senior Manager | 0.9 |
| Shrestha, Ashish A | Manager | 2.3 |
| | | 6.9 |

# EXHIBIT D

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**SUMMARY OF COMPENSATION**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**
**SECOND MONTHLY FEE APPLICATION**

**EXHIBIT D - EXPENSES**

| NAME | DATE | EXPENSE DESCRIPTION | TOTAL | TYPE |
|------|------|---------------------|-------|------|
|      |      | None                |       |      |
|      |      |                     | -     |      |

# EXHIBIT E

**INPHONIC INC., et al**
**CHAPTER 11 CASE NO. 07-11666 (KG)**
**DELOITTE FINANCIAL ADVISORY SERVICES**
**SECOND MONTHLY FEE APPLICATION**

## EXHIBIT E – NARRATIVE DESCRIPTION OF PROFESSIONAL SERVICES

This narrative describes the major areas addressed by Deloitte FAS during the period of this application on behalf of the Debtors during these Chapter 11 proceedings.

**Asset Sale Proposals/ Competitive Bids/ Valuation**
Deloitte FAS reviewed the final list of contracts assumed in connection with the sale.

**Conflict Check Process/ Firm Retention**
Deloitte FAS reviewed the retention documents.

**Fee Applications and Monthly Fee Statements**
Includes time related to the summarizing and reporting of hours worked and expenses incurred for the period November 19, 2007 to December 31, 2007; preparation of Deloitte FAS's first monthly fee application.

**Other General Diligence Activities; Review/Prepare Correspondence; Prepare Information Request**
Deloitte FAS reviewed proposed draft employment agreement and reviewed bar date motion.

**Potential Avoidance Actions; Insider/Related Party Transactions**
Deloitte FAS performed analysis of stock repurchases, reviewed insider trading for potential avoidance actions and performed analysis of insolvency and timing thereon.

**Preparation participation in Meetings/ Conference Calls with Debtors' Management & Advisors, Committee & Committee Counsel, Other Parties**
Deloitte FAS prepared for and participated in various calls with the Committee, and Committee's counsel regarding case issues, insolvency period, share repurchase, and insider trading analyses performed.