# EXHIBIT A

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD NOVEMBER 19, 2007 THROUGH JANUARY 31, 2008
FIRST INTERIM FEE APPLICATION

| In RE: | CHAPTER 11 | | Fees Previously Requested | $80,990.00 | NAME OF APPLICANT: |
|---|---|---|---|---|---|
| Inphonic Inc., et al | Case No. 07-11666 (KG) | | Fees Previously Awarded | $0.00 | Deloitte Financial Advisory Services, LLP |
| | (Jointly Administered) | | | | |
| | | | Expenses Previously Requested | $1,494.32 | ROLE IN CASE: |
| Debtors | | | Expenses Previously Awarded | $0.00 | Financial Advisor to Committee |

EXHIBIT A - SUMMARY OF COMPENSATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | TITLE | Initial Month 11/19/07 - 12/18/2007 | 12/19/07 - 1/18/2008 | 1/19/08 - 1/31/08 | CURRENT APPLICATION | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| Hurley, Timothy R | Principal | | | | 25.9 | $ 325 | $ 8,417.50 |
| Polsky, Daniel S | Director | | | | 120.5 | 325 | 39,162.50 |
| Shea, Kevin A | Senior Manager | | | | 47.0 | 325 | 15,275.00 |
| Shrestha, Ashish A | Manager | | | | 55.8 | 325 | 18,135.00 |
| **Total Fees Incurred** | | | | | **249.2** | | **$80,990.00** |
| Total Expenses | | | | | | | 1,494.32 |
| **Total Fees and Expenses** | | | | | | | **$82,484.32** |
| Total Fees & Expense sought | Fees @ 20% | | | | | | $16,198.00 |

Fee Cap Analysis:

| | Initial Month 11/19/07 - 12/18/2007 | 12/19/07 - 1/18/2008 | 1/19/08 - 1/31/08 | Total |
|---|---|---|---|---|
| Hours | 198.6 | 33.0 | 17.6 | 249.2 |
| Fee Cap * | $ 75,000.00 | $ 50,000.00 | $ 20,967.74 | $ 145,967.74 |
| Fees Incurred at $325 Blended Rate | $ 64,545.00 | $ 10,725.00 | $ 5,720.00 | $ 80,990.00 |
| Monthly Carryforward | $ 10,455.00 | $ 39,275.00 | $ 15,247.74 | |
| Cumulative Carryforward | $ 10,455.00 | $ 49,730.00 | $ 64,977.74 | |

* The monthly fee caps are: $75,000 for services provided from 11/19/07 to 12/18/07, and $50,000 per month thereafter. Fee cap prorated for 13 days from 1/19/08 to 1/31/08 is $20,967.74.