# EXHIBIT D

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF EXPENSES
FOR THE PERIOD NOVEMBER 19, 2007 THROUGH JANUARY 31, 2008
FIRST INTERIM FEE APPLICATION

EXHIBIT D - EXPENSES

| NAME | DATE | EXPENSE DESCRIPTION | TOTAL | TYPE |
|---|---|---|---|---|
| Hurley, Timothy R | 11/26/2007 | Local parking | 30.00 | Parking- Local-In Town |
| Polsky, Daniel S | 12/5/2007 | Taxi to Amtrak rail station from court hearing in Wilmington, DE | 8.00 | Taxi (Only) |
| Polsky, Daniel S | 12/5/2007 | Taxi to court hearing - Wilmington, DE | 9.00 | Taxi (Only) |
| Polsky, Daniel S | 12/5/2007 | Amtrak: attend court hearing in Wilmington, DE | 49.00 | Amtrak (NY to Wilmington, DE) |
| Polsky, Daniel S | 12/5/2007 | Amtrak: attend court hearing in Wilmington, DE | 85.00 | Amtrak (Wilmington, DE to NY) |
| Polsky, Daniel S | 12/11/2007 | Taxi to court hearing - Wilmington, DE | 8.00 | Taxi (Only) |
| Polsky, Daniel S | 12/11/2007 | Amtrak: attend court hearing in Wilmington, DE | 113.00 | Amtrak (NY to Wilmington, DE) |
| Polsky, Daniel S | 12/11/2007 | Amtrak: attend court hearing in Wilmington, DE | 99.00 | Amtrak (Wilmington, DE to NY) |
| Polsky, Daniel S | 12/12/2007 | Car service to LaGuardia from Scarsdale, NY | 100.00 | Car Service/Limo Service |
| Polsky, Daniel S | 12/12/2007 | Dinner in Airport (return from Reston, VA) | 10.25 | Meals-Travel |
| Polsky, Daniel S | 12/12/2007 | Taxi to InPhonic office (Reston, VA) from National Airport | 52.00 | Taxi (Only) |
| Polsky, Daniel S | 12/12/2007 | Car service to Scarsdale, NY from LaGuardia | 107.10 | Car Service/Limo Service |
| Polsky, Daniel S | 12/12/2007 | Airfare to NY from Washington, DC (Dulles) | 307.00 | Airfare-Business Travl |
| Polsky, Daniel S | 12/12/2007 | Airfare to Washington, DC (National) | 152.97 | Airfare-Business Travl |
| Polsky, Daniel S | 12/13/2007 | Taxi to court hearing - Wilmington, DE | 8.00 | Taxi (Only) |
| Polsky, Daniel S | 12/13/2007 | Amtrak: attend court hearing in Wilmington, DE | 346.00 | Amtrak (NY / Wilmington, DE) |
| Hurley, Timothy R | 12/13/2007 | Taxi from office to boat- Working late for client | 10.00 | Taxi (Only) |
| | | | **1,494.32** | |