# EXHIBIT E

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
DELOITTE FINANCIAL ADVISORY SERVICES
FIRST MONTHLY FEE APPLICATION

## EXHIBIT E – NARRATIVE DESCRIPTION OF PROFESSIONAL SERVICES

This narrative describes the major areas addressed by Deloitte FAS during the period November 19, 2007 through December 31, 2007 on behalf of the Committee during these Chapter 11 proceedings.

### Asset Sale Proposals/ Competitive Bids/ Valuation
Deloitte FAS reviewed numerous proposals and settlement offers, negotiated term sheets on behalf of the Committee, worked with Committee counsel in preparing objections and counter-offers. Deloitte FAS prepared waterfall analyses to facilitate negotiations and to assist in the determination of a settlement that would achieve Committee objectives. Deloitte FAS also prepared various alternatives for counter-offers and participated in numerous conference calls related to settlement.

### Bankruptcy SOFA's/Statements
Deloitte FAS reviewed Schedules of Assets and Liabilities and SOFA's.

### Claims/Damages Analysis/Reconciliation/Estimation; Inter-company Claims
Deloitte FAS prepared and reviewed analyses of unsecured claims and inter-company receivables and payables. Deloitte FAS began analysis of potential claims related to Debtor's insiders and in connection with potential claims against the debtors' D&O liability policy.

### Conflict Check Process/ Firm Retention
Deloitte FAS prepared and revised the retention documents.

### Expert Testimony; Litigation Support; Preparation and Participation in Court Hearings
Deloitte FAS prepared for and attended various hearings related to case dismissal/conversion, DIP financing, sale process and settlement discussions.

### Fee Applications and Monthly Fee Statements
Includes time related to the summarizing and reporting of hours worked and expenses incurred and in the preparation of Deloitte FAS's first monthly fee statement for the period November 19, 2007 to December 31, 2007.

### Other General Diligence Activities; Review/Prepare Correspondence; Prepare Information Requests
Deloitte FAS reviewed BOD Minutes, various documents from the data room and financial information provided by the Debtors and investment bankers. Deloitte FAS also engaged in numerous meetings and calls, prepared various analyses and interacted with

INPHONIC INC., et al
CHAPTER 11 CASE NO. 07-11666 (KG)
DELOITTE FINANCIAL ADVISORY SERVICES
FIRST MONTHLY FEE APPLICATION

Committee counsel on case strategy, information requirements, preliminary investigations, potential litigation claims and prepared document requests in connection with the Committee's investigations.

### Potential Avoidance Actions; Insider/Related Party Transactions
Deloitte FAS performed preliminary analyses on stock repurchases, use of loan proceeds from Goldman Sachs' 2006 re-financing, payments and stock awards to insiders and other potential avoidance actions.

### Preparation participation in Meetings/ Conference Calls with Debtors' Management & Advisors, Committee & Committee Counsel, Other Parties
Deloitte FAS prepared for and participated in various calls with the Committee and Committee's counsel regarding case issues, negotiations, settlement structures, counter-proposals, strategies and the final settlement. Deloitte FAS also prepared for and participated in various calls with Debtor's and Adeptio's professionals on negotiations, potential claims, wind down budget, and investigations.

### Project Planning, Supervision & Assignment of Tasks
Deloitte FAS was engaged in various project planning tasks including reviewing financial statements, 10K's and 8K's related to restatement, and bankruptcy filing documents.