IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: April 17, 2008 @ 11:00 a.m.** |
| Debtors. | : | **Objection Deadline: April 10, 2008 @ 4:00 p.m.** |

**UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISMISSING
OR CONVERTING THE CHAPTER 11 CASE TO A CHAPTER 7 CASE**

**PLEASE TAKE NOTICE** that on March 17, 2008, Kelly Beaudin Stapleton, the United States Trustee for Region Three ("UST"), filed the accompanying Motion for Entry of an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case ("Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held no later than **April 17, 2008 at 11:00 a.m.**, before the Honorable Kevin Gross, Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Court Room #3, 6th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Fourth Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. on April 10, 2008.**

                         **KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE**

                         **BY:** /s/Richard L. Schepacarter
                             Richard L. Schepacarter, Esquire
                             U. S. Department of Justice
                             Trial Attorney
                             J. Caleb Boggs Federal Building
                             844 King Street, Suite 2207, Lockbox 35
                             Wilmington, DE 19801
                             (302) 573-6491
                             (302) 573-6497 (Fax)

Dated: March 17, 2008