IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Cases No. 07-11666 (KG) |
| Debtors. | : Jointly Administered |
| | : **Objection Deadline: April 7, 2008 at 4:00 p.m.** |
| | : **Hearing Date: Only if an objection is filed.** |

## NOTICE OF APPLICATION

TO:   All Parties Listed on the Attached Certificate of Service

The Bayard Firm has filed the attached **Third Monthly Fee Statement of Bayard, P.A. for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from January 1, 2008 Through January 31, 2008** (the "Application").

Responses or objections to the Application, if any, are to be filed on or before **April 7, 2008 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 18, 2008
Wilmington, Delaware

BAYARD, P.A.

_/s/ M. Augustine_
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

Co-Counsel to the Debtors

{00768693;v1}