# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>(Jointly Administered)<br><br>Re: Docket Nos. 398 and 449 |

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN ADEPTIO'S (A) REPLY TO QUALUTION'S OBJECTION TO THE DEBTORS' SECOND MOTION TO REJECT CERTAIN CONTRACTS AND LEASES AND (B) OBJECTION TO QUALUTION'S MOTION FOR POST-PETITION PAYMENTS

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby objects to Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement of For Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Motion"; D.I. 398) by joining in Adeptio's (A) Reply To Qualution's Objection To The Debtors' Second Motion to Reject Certain Contracts and Leases, And (B) Objection To Qualution's Motion For Post-Petition Payments (the "Objection"; D.I. 449), filed on March 14, 2008.

WHEREFORE, for the reasons set forth in the Objection, the Committee respectfully requests that the Court deny Qualution's Motion, and grant such other and further relief as the Court deems just and proper.

Dated: March 18, 2008  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne  
    Kurt F. Gwynne (No. 3951)  
    1201 N. Market Street, Suite 1500  
    Wilmington, DE 19801  
    Telephone: (302) 778-7500  
    Facsimile: (302) 778-7575

and

Robert P. Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:  (412) 288-3131

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100

Counsel to the Official Committee of Unsecured Creditors