IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-10961 (CSS) Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Gaston P. Loomis II, Esquire, do hereby certify that, on this 18th day of March 2008, I caused a true and correct copy of the *Joinder Of The Official Committee Of Unsecured Creditors In Adeptio's (A) Reply To Qualution's Objection To The Debtors' Second Motion To Reject Certain Contracts And Leases And (B) Objection To Qualution's Motion For Post-Petition Payments* to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Gaston P. Loomis II
Gaston P. Loomis II (No. 4812)

Service List
Case No. 07-11666 (KG)

**VIA E-MAIL IN PDF**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com/
jeremy.johnson@dlapiper.com

**VIA -MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-mail: nglassman@bayardlaw.com/
maugustine@bayardlaw.com

**VIA E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

**VIA E-MAIL IN PDF**
Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com/ emorton@ycst.com

**VIA E-MAIL IN PDF**
Anup Sathy, Esquire
David A. Agay, Esquire
Jeffrey D. Pawlitz
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
E-mail: asathy@kirkland.com/ dagay.com/
jpawlitz@kirkland.com

**VIA E-MAIL IN PDF AND FACSIMILE**
J. Scott Bovitz, Esquire
Bovitz & Spitzer
880 W. First Street, Suite 502
Los Angeles, CA 90012-2445
E-mail: bovitz@bovitz-spitzer.com
Fax: (213) 620-1811

**VIA E-MAIL IN PDF AND FACSIMILE**
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
E-mail: pmcgonigle@svglaw.com
Fax: (302) 888-0606