IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE: (I) AUTHORIZING THE EMPLOYMENT OF CLEAR THINKING GROUP LLC AND JOSEPH MYERS AS CHIEF WIND-DOWN OFFICER FOR THE DEBTORS *NUNC PRO TUNC* TO FEBRUARY 21, 2008, AND (II) APPROVING THE APPOINTMENT OF JOSEPH PARDO [DOCKET NO. 415]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group LLC and Joseph Myers as Chief Wind-Down Officer for the Debtors *Nunc Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo** (the "Motion") [Docket No. 415] filed on February 29, 2008. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 18, 2008.

{00777906;v1}

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: March 24, 2008

By: *Daniel O'Brien*

**BAYARD, P.A.**
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

- and -

**DLA PIPER US LLP**
Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{00777906;v1}