IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10961 (CSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Gaston P. Loomis II, Esquire, do hereby certify that, on this 25th day of March 2008, I caused a true and correct copy of the *Limited Objection Of Official Committee Of Unsecured Creditors To Debtors' Motion To Extend Exclusivity Period For Filing A Chapter 11 Plan And Disclosure Statement And Solicit Acceptances Thereof* to be served upon the addressees on the attached service list in the manner indicated.

**VIA HAND DELIVERY**
**AND E-MAIL IN PDF**
Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
Daniel A. O'Brien, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**AND E-MAIL IN PDF**
Thomas R. Califano, Esquire
Vincent J. Roldan, Esquire
DLA PIPER USA LLP
1251 Avenue of the Americas
New York, NY 10020

By: /s/ Gaston P. Loomis II
      Gaston P. Loomis II (No. 4812)