IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION
FOR ENTRY OF AN ORDER AUTHORIZING INPHONIC, INC. TO ENTER
INTO POSTPETITION CONTRACTS WITH OVERTURE SERVICES, INC.
AND SUBSEQUENTLY ASSIGN POSTPETITION CONTRACT TO
SIMPLEXITY, INC. [DOCKET NO. 381]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Debtors' Motion for Entry of an Order Authorizing InPhonic, Inc. to Enter into Postpetition Contract with Overture Services, Inc. and Subsequently Assign Postpetition Contract to Simplexity, Inc.** (the "Motion") [Docket No. 318] filed on February 14, 2008. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 21, 2008.

{00777908;v1}

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: March 25, 2008

By: *Daniel O'Brien*

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:   (302) 658-6395

- and -

**DLA PIPER US LLP**

Thomas R. Califano
Jeremy R. Johnson
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{00777908;v1}