IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : Chapter 11 |  |
| : |  |
| SN LIQUIDATION, INC., et al., : Case No. 07-11666 (KG) |  |
| : |  |
| Debtors. : (Jointly Administered) |  |
| : |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 28, 2008, AT 10:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**CONTINUED/RESOLVED MATTER:**

1.  Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. Section 365(d)(3) [Filed 2/8/08, Docket No. 365]

    Response Deadline:

    February 19, 2008, at 4:00 p.m., extended to February 20, 2008 at 4:00 p.m.

    Response(s) Received:

    (a) Debtors' Objection to Motion of Waterfront Center Limited Partnership for Entry of an Order that Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3) [Filed 2/20/08, Docket No. 387]

    (b) Adeptio's Limited Response and Reservation of Rights Regarding Waterfront's Motion for Payment of Post-Petition Rent [Filed 2/20/08, Docket No. 388]

    Status:

    The parties have resolved the Motion and intend to submit a stipulation at a later date.

2.  Motion of Waterfront Center Limited Partnership for Relief from the Automatic Stay to Permit it to Exercise its Right of Setoff [Filed 2/29/08, Docket No. 413]

Response Deadline:

March 21, 2008, at 4:00 p.m.; extended until March 27, 2008 at 4:00 p.m. for Debtors, Adeptio and the Committee.

Related Documents:

None as of this date and time.

Response(s) Received:

None as of this date and time.

Status:

The parties have resolved the Motion and intend to submit a stipulation at a later date.

## UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:

3.  Debtors' Motion for Entry of an Order Authorizing InPhonic, Inc. to Enter into Postpetition Contract with Overture Services, Inc. and Subsequently Assign Postpetition Contract to Simplexity, Inc. [Filed 2/14/08, Docket No. 381]

    Response Deadline:

    March 21, 2008, at 4:00 p.m.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 381 [Filed 3/25/08, Docket No. 469]

    (b) Proposed Order Regarding Docket No. 381

    Response(s) Received:

    None as of this date and time.

    Status:

    A certification of no objection has been filed. No hearing is required unless otherwise required by the Court.

4.  Motion for an order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group LLC and Joseph Myers as Chief Wind-Down Officer for the Debtors *Nunc Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo [Filed 2/29/08, Docket No. 415]

    Response Deadline:

    March 18, 2008, at 4:00 p.m.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 415 [Filed 3/24/08, Docket No. 463]

    (b) Proposed Order Regarding Docket No. 415

    Response(s) Received:

    None as of this date and time.

    Status:

    A certification of no objection has been filed. No hearing is required unless otherwise required by the Court.

5.  Third Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/5/08, Docket No. 426]

    Response Deadline:

    March 21, 2008, at 4:00 p.m.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 426 [Filed 3/25/08, Docket No. 468]

    (b) Proposed Order Regarding Docket No. 426

    Response(s) Received:

    None at this time.

    Status:

{00755301;v1}

A certification of no objection has been filed. No hearing is required unless otherwise required by the Court.

**CONTESTED MATTERS GOING FORWARD:**

6. Motion of Qualution Systems, Inc. to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b) [Filed 2/25/08, Docket No. 398]

   Response Deadline:

   March 18, 2008, at 4:00 p.m.

   Related Documents:

   (a) Qualution Systems, Inc.'s Objection to Debtors' Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/29/08, Docket No. 412]

   Response(s) Received:

   (a) Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Post-Petition Payments [Filed 3/14/08, Docket No. 449]

   (b) Joinder of Debtors to Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/14/08, Docket No. 450]

   (c) Joinder of the Official Committee of Unsecured Creditors in Adeptio's (A) Reply to Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/18/08, Docket No. 456]

   Status:

   This matter will go forward.

{00755301;v1}

7.    Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/25/08, Docket No. 402]

Response Deadline:

March 14, 2008, at 4:00 p.m.

Related Documents:

(a)    Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Post-Petition Payments [Filed 3/14/08, Docket No. 449]

(b)    Joinder of Debtors to Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/14/08, Docket No. 450]

(c)    Joinder of the Official Committee of Unsecured Creditors in Adeptio's (A) Reply to Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/18/08, Docket No. 456]

Response(s) Received:

(a)    Qualution Systems, Inc.'s Objection to Debtors' Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/29/08, Docket No. 412]

(b)    Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 446]

(c)    Declaration in Support of Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 447]

Status:

This matter is adjourned to the April 17, 2008 at 11:00 a.m. hearing as to Yellow Page Authority, Ltd. only. This matter will go forward for all other parties.

{00755301;v1}

8. Debtors' Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code Extending the Exclusive Time Periods During which Debtors May File a Chapter 11 Plan or Plans of Reorganization and Solicit Acceptances Thereof [Filed 3/7/08, Docket No. 433]

   Response Deadline:

   March 21, 2008, at 4:00 p.m.; extended to March 25, 2008 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

   Response(s) Received:

   (a) Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and Solicit Acceptances Thereof [Filed 3/25/08, Docket No. 467]

   Status:

   This matter will go forward.

9. Motion of RadioShack Corporation for an Order Extending the Deadline by which parties must file Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale hearing [Filed 3/10/08, Docket No. 435]

   Response Deadline:

   March 21, 2008, at 4:00 p.m.; extended until March 26, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

   Related Documents:

   (a) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

   Response(s) Received:

   None at this time.

   Status:

   This matter will go forward.

{00755301;v1}

**ADVERSARY PROCEEDING:**

10. *SN Liquidation, Inc., et al., v. Icon International, Inc.*, Adversary Proceeding No. 08-50288-KG

    Response Deadline:

    March 17, 2008 at 4:00 p.m., extended to March 24, 2008 at 4:00 p.m.

    Related Documents:

    (a) Complaint *for Declaratory and Injunctive Relief* [Filed 2/15/08, Docket No. 1]

    (b) Motion for Preliminary Injunction [Filed 2/15/08, Docket No. 2]

    (c) Summons and Notice of Pretrial Conference Served on Defendant Icon International, Inc [Filed 2/15/08, Docket No. 3]

    (d) Memorandum of Law *in Support of Debtors' Motion for Preliminary Injunction* [Filed 2/15/08, Docket No. 4]

    (e) Order Granting Stipulation Extending Time to Respond [Filed 3/19/08, Docket No. 10]

    Response(s) Received:

    (a) Answer and Affirmative Defenses [Filed 3/24/08, Docket No. 11]

    (b) Memorandum of Law in Opposition to Plaintiff/Debtor's Motion for Preliminary Injunction [Filed 3/24/08, Docket No. 12]

    Status:

    By the consent of the parties, this matter is continued.

Dated: Wilmington, Delaware
March 26, 2008

**BAYARD, P.A.**

By: */s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:   (302) 658-6395

and

-7-

{00755301;v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession