## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 26th day of March, 2008, I caused a copy

of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on March 28, 2008, at**

**10:00 a.m.** to be served upon the parties on the attached service list *via* fax transmission.


_____

Daniel A. O'Brien (No. 4897)

{00755301;v1}

# THE BAYARD FIRM

222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

A T T O R N E Y S

(302) 655-5000
Fax (302) 658-6395

Writer's Direct Dial Number

| File # | 330006-1 |
|---|---|
| File Name | INPHONIC INC. |

Date

# of Pages

From    Mary E. Augustine, Esq.

Re:

| | Names | Company | Fax Numbers |
|---|---|---|---|
| To | Jeremy R. Johnson, Esquire | DLA Piper US LLP | 212-884-8562 |
| | Thomas Califano, Esquire | | |
| | Maria Ellena Chavez-Ruark, Esquire | | |
| To | | Delaware Secretary of State | 302-739-3811 |
| To | | Internal Revenue Service | 215-516-2015 |
| To | Randy Weller | State of Delaware | 302-577-8662 |
| To | | Secretary of the Treasury | 202-622-6415 |
| To | Patricia Schrage | Securities & Exchange Commission | 646-428-1978 |
| To | | Division of Unemployment Ins. | 302-761-6636 |
| To | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| To | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-573-6431 |
| To | | | (215) 609-3410 |
| | Paul Halpern | | |
| | David Lorry | | |
| To | Douglas C. Boggs | Patton Boggs LLP | (703) 744-8001 |
| To | Ron Herring | Alltel Communications, Inc. | (510) 905-8770 |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | Meghan Messenger | Next Jump, Inc. | (212) 685-7081 |
|---|---|---|---|
| To | Lino Senio | Ask.com | (510) 985-7410 |
| To | Patrick M. Fagen | Yellow Page Authority | (708) 479-2619 |
| To | Ivan A. Schlager | Skadden Arps Slate Meagher & Flom LLP | (202) 661-8275 |
| To | Anup Sathy, Esquire David A. Agay, Esquire Andrea L. Johnson, Esquire | Kirkland & Ellis LLP | (312) 861-2200 |
| To | Robert S. Brady, Esquire Edmon L. Morton, Esquire Edward J. Kosmowski, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
| To | Allen R. Westergard Bryan Walker Mark French | KPMG | (703) 286-8005 |
| To | Kevin Weinman | W.B. Doner & Company | |
| To | Andrew Torgove Jason Cohen Dermott O'Flanagan | Goldsmith Lazard | (212) 758-3833 |
| To | Alan Dalsass Brad Daniel | BMC Group | (212) 918-7905 |
| To | Randall Van Dyke | c/o JDS Professional Group | (303) 531-6693 |
| To | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| To | Todd C. Meyers, Esquire Paul M. Rosenblatt, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
| To | Regina Stango Kelbon, Esquire | Blank Rome LLP | 215-832-5507 |
| To | Bonnie Glantz Fatell, Esquire | Blank Rome LLP | 302-425-6464 |
| To | Lawrence M. Schwab, Esquire Patrick M. Costello, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
| To | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| To | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| To | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| To | Robert P. Simons, Esq. | Reed Smith LLP | 412-288-3063 |
| To | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| To | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| To | Maria R. Eskin, Esquire | Campbell & Levine LLC | 302-426-9947 |
| | Katheryn S. Keller, Esquire | | |
| To | Joel C. Shapiro, Esquire | Blank Rome LLP | 215-832-5746 |
| To | Michael D. DeBaecke, Esquire | Blank Rome LLP | 302-425-6464 |
| To | Paul Cataldo, Esquire | GSI Commerce, Inc. | |
| To | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5050 |
| To | David H. Stein, Esquire | Wilentz Goldman & Spitzer, P.A. | 732-726-6570 |
| To | Francis A. Monaco, Jr., Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
| | Kevin J. Mangan, Esquire | | |
| To | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| To | Brett D. Fallon, Esq. | Morris James LLP | 302-571-1750 |
| | Thomas M. Horan, Esq. | | |
| To | Kevini A. Guerke, Esq. | Seitz, Van Ogtrop & Green, PA | 302-888-0606 |
| | Patricia P. McGonigle, Esq. | | |
| To | Catherine M. Guastello, Esquire | Quarles & Brady LLP | 602-229-5690 |
| To | John J. Monathan, Esquire | Holland & Knight LLP | 212-385-9010 |
| | Lynne B. Xerras, Esquire | | |
| | Diane N. Rallis, Esquire | | |
| To | Gilbert B. Weisman, Esquire | Backet and Lee LLP | 610-993-8493 |
| To | Christopher D. Loizides, Esquire | Loizides, P.A. | 302-654-0728 |
| To | Daniel K. Astin, Esq. | Fox Rothschild LLP | 302-656-8920 |
| | Anthony M. Saccullo, Esq. | | |
| | Carl D. Neff, Esq. | | |
| To | William F. Taylor, Esq. | McCarter & English, LLP | 302-984-2496 |
| To | Peter J. Duhig, Esq. | Buchanan Ingersoll & Rooney, P.C. | 302-552-4295 |
| To | William H. Schorling, Esq. | Buchanan Ingersoll & Rooney, P.C. | 215-567-2737 |
| To | Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7701 |
| | Jason M. Madron, Esq. | | |
| To | Stephen P. Fitzell, Esq. | Sidley Austin LLP | 312-853-7036 |
| | Bojan Guzina, Esq. | | |
| To | Lee Harrington, Esquire | Nixon Peabody LLP | 617-345-1300 |
| To | Kathleen M. Miller, Esquire | Smith Katzenstein & Furlow LLP | 302-652-8405 |
| To | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| To | Marc Barreca, Esquire | Kirkpatrick & Lockhart Preston Gates & Ellis LLP | 206-623-7022 |
| To | Deborah Waldmeir, Esquire | Michael A. Cox | |
| To | Tanya M. Tan, Esquire | ValueClick, Inc. | 818-575-4505 |
| To | David J. Coyle, Esquire | Shumaker Loop & Kendrick, LLP | 419-241-6894 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.