# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 28, 2008 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

1) OMNIBUS
   **R / M #:**   471 / 0

2) **ADV: 1-08-50288**
   **SN Liquidation, Inc. et., al., vs Icon International, Inc.**
   Pretrial Conference
   **R / M #:**   13 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Resolved
#2 - Resolved
#3 - CNO Filed and Order Signed
#4 - CNO Filed and Order Signed
#5 - CNO Filed and Order Signed
#6 - ORDER SIGNED
#7 - ORDER SIGNED
#8 - ORDER SIGNED
#9 - Adjourned to 4/17/08 @ 11:00 a.m.
# 10 - A08-50288 Continued