**S I G N - I N - S H E E T**

CASE NAME:    SN LIQUIDATION, INC.

CASE NO.:    07-11666 - KG

COURTROOM LOCATION: 3

DATE:    3/28/08

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Agay (Telephonic Appearance) | Kirkland + Ellis | Adeptio INPa Funding |
| Dorene Robotti | Bayard Law Firm | Liquidating Agent |
| Tiffany Cobb " | Vorys, Sater, Seymour + Pease | AOL LLC f/k/a America Online, Inc /Advertising.com Inc. |
| Mary Augustine " | The Bayard Firm | Debtor |
| Neil Glassman | Bayard | " |
| Don O'Brien | " | " |
| Patricia McGonigle | Seitz Van Ogtrop + Green | Questor Systems, Inc. |
| Justin Loomis | Reed Smith | Official Committee of Unsecured Creditors |
| Ellenor Morton | Terry Coreys | Singer, Ty |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |