ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | Re: Docket No. 433 |

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE TIME PERIODS DURING WHICH DEBTORS MAY FILE A CHAPTER 11 PLAN OR PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion, dated March 7, 2008 (the "Motion"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code[1] seeking an extension of the Exclusive Periods during which Debtors may propose chapter 11 plans and solicit acceptances thereof; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period is extended to and including September 3, 2008; and it is further

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

{00748990;v1}

2

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended to and including and November 2, 2008; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' right to request further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: Wilmington, Delaware
    March 28, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE