ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al. | Case No. 07-11666 (KG)<br>(Jointly Administered) |
| Debtors. | RE: DOCKET NO. 398, 402 and 412 |

**AGREED ORDER RESOLVING (1) QUALUTION SYSTEMS, INC.'S MOTION TO COMPEL PAYMENT OF MONTHLY LEASE OBLIGATIONS DUE UNDER LICENSE AGREEMENT OR FOR ORDER ALLOWING ADMINSTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b) AND (2) QUALUTION SYSTEM, INC'S OBJECTION TO THE DEBTORS SECOND MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE**

SN LIQUIDATION, INC., et al. (the "Debtors"), Qualution Systems, Inc. ("Qualution"), and Adeptio INPC Funding LLC ("Adeptio"), by and through their respective undersigned attorneys, hereby agree in resolution of *Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)* (the "Motion to Compel") (D.I. 398), and *Qualution Systems, Inc.'s Objection to Debtors' Second Motion for an order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code* (the "Objection") (D.I. 412) as follows:

1. The Motion to Compel is denied, provided, however, that within five (5) days of entry of this Order, Adeptio will provide to counsel for Qualution a sworn statement from Simplexity confirming: (a) that the production platform used to run Qualution Catalyst software for all InPhonic MVNO clients has been completely disabled and all Qualution software has been removed; (b) that the Production Oracle database, all ordering and billing connectivity with

{00796453;v1}

Sprint and AT&T, all payment processor interfaces, and all userid's on the platform have been completely disabled; and (c) that the system is no longer capable of executing any of the transactions on behalf of MVNO clients that were processed under the License Agreement.[1]

2.  The Objection is overruled; provided, however, that the License Agreement shall be deemed rejected *nunc pro tunc* to December 31, 2007. Qualution shall have thirty (30) days to file any claim for damages arising from rejection of the License Agreement.

3.  The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the terms of this Order.

*(the remainder of this page left blank intentionally)*

---

[1] All capitalized terms used, but not defined, herein shall the meaning provided in the Motion to Compel.

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONWAY STARGATT & TAYLOR LLP |
| /s/ M. Augustine | /s/ |
| Neil B. Glassman (No. 2087) | Robert S. Brady (No. 2847 |
| Mary E. Augustine (No. 4477) | Edmon L. Morton (No. 3856) |
| 222 Delaware Avenue, Suite 900 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: 302-655-5000 | Tel: 302-571-6600 |
| Counsel for Debtors | Counsel for Adeptio INPC Funding LLC |

SEITZ, VAN OGTROP & GREEN, P.A.

_____
Patricia P. McGonigle (DE 3126)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: 302.888.0600
Counsel for Qualution Systems, Inc.


Dated: March ____, 2008      _____
                              United States Bankruptcy Judge

| BAYARD, P.A. | YOUNG CONWAY STARGATT & TAYLOR LLP |
|---|---|
| Neil B. Glassman (No. 2087)<br>Mary E. Augustine (No. 4477)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Tel: 302-655-5000<br>Counsel for Debtors | Robert S. Brady (No. 2847<br>Edmon L. Morton (No. 3856)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: 302-571-6600<br>Counsel for Adeptio INPC Funding LLC |

SEITZ VAN OGTROP & GREEN, P.A.

_/s/ Patricia M._
Patricia P. McGonigle (DE 3126)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: 302.888.0600
Counsel for Qualution Systems, Inc.

Dated: March 28, 2008

_/s/ Kevin Gross_
United States Bankruptcy Judge

{00796453;v1} 3