# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 381 |

## ORDER AUTHORIZING INPHONIC, INC. TO ENTER INTO POSTPETITION CONTRACT WITH OVERTURE SERVICES, INC. AND SUBSEQUENTLY ASSIGN POSTPETITION CONTRACT TO SIMPLEXITY, INC

This matter coming before the Court on the Debtors' Motion for Entry of an Order Authorizing InPhonic, Inc. to Enter into Postpetition Contract with Overture Services, Inc. and Subsequently Assign Postpetition Contract to Simplexity, Inc. (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby

**ORDERED** that the Motion is granted in its entirety; and it is further

**ORDERED** that InPhonic, Inc. is authorized to execute and enter into the Postpetition Agreement, a copy of which is attached hereto as Exhibit A; and it is further

---

[1] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings provided in the Motion.

{00738391;v1}

**ORDERED** that the Postpetition Agreement is assumed by the Debtors and assigned to Simplexity, LLC, and there are no claims against the Debtors or the estate on account of such contract; and it is further

**ORDERED** that the Postpetition Agreement is deemed a "Designated Contract" for all purposes under the Agreement and the Sale Order; and it is further

**ORDERED** that the Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED** that the relief authorized herein shall be effective immediately upon entry of this Order; and it is further

**ORDERED** that this Court will retain jurisdiction to address all disputes arising from and related to the interpretation or enforcement of this Order.

Dated: March 27, 2008
Wilmington, Delaware

/s/ Kevin Gross
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE