Clear Thinking Group, LLC
Client T&E by Employee

Page    1

## Selection Criteria

Slip.Date       2/21/2008 - 3/27/2008
Clie.Selection  Include: InPhonics

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Employee / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 29065  TIME<br>2/26/2008<br>WIP<br>General paperwork of case - review document list from DLA Piper, put consent letters in files, email w/DR re same | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 29108  TIME<br>2/27/2008<br>WIP<br>General paperwork of case - review 1099 files, emails w/DR and Debtor for information, begin inputting payees | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 3.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 640.00 |
| 29186  TIME<br>2/28/2008<br>WIP<br>General paperwork of case - review Qualution motion/contract, emails w/DR re same | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 29185  TIME<br>2/28/2008<br>WIP<br>General paperwork of case - prepare 1099s for Inphonics company | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 5.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1100.00 |
| 29282  TIME<br>2/29/2008<br>WIP<br>General paperwork of case - call w/DR and attorneys re case issues | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 29283  TIME<br>2/29/2008<br>WIP<br>General paperwork of case - review docket and files for case issues | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 29281  TIME<br>2/29/2008<br>WIP<br>General paperwork of case -continue work on | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 3.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 780.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    2

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1099 files, emails w/debtors re same | | | | |
| 29578              TIME<br>3/3/2008<br>WIP<br>General paperwork of case - research name changes, emails and call with Meg A and DR re same | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 160.00 |
| 29635              TIME<br>3/4/2008<br>WIP<br>General paperwork of case - finish, print and mail 1099s to recipients, print and mail red copies plue 1096 forms to Joe Prado for signature | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 7.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1400.00 |
| 30012              TIME<br>3/7/2008<br>WIP<br>General paperwork of case - call to vendor re 1099 received | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 30016              TIME<br>3/7/2008<br>WIP<br>General paperwork of case - prepare for and participate in two conference calls re document requests, several emails re same | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 1.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 380.00 |
| 30237              TIME<br>3/10/2008<br>WIP<br>General paperwork of case - calls and emails w/1099 recipients | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 30295              TIME<br>3/11/2008<br>WIP<br>General paperwork of case - calls and emails w/1099 recipients | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 30367              TIME<br>3/12/2008<br>WIP<br>General paperwork of case - emails re 1099 recipients | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 30471              TIME<br>3/13/2008<br>WIP<br>General paperwork of case - conference call | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| w/counsel and Simplexity re document requests, update email to DR re same | | | | |
| 30470            TIME<br>3/13/2008<br>WIP<br>General paperwork of case - call w/ 1099 recipient, prepare and mail corrected 1099 | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 30682            TIME<br>3/17/2008<br>WIP<br>General paperwork of case - two conference calls - 1) re mail received, 2) re tax return extension, review documents received from Debtors for Preparation of MORS, prepare form 7004 tax return extension and mail | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 3.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 680.00 |
| 30778            TIME<br>3/18/2008<br>WIP<br>General paperwork of case - send info for UST to Meg Augustine | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 30779            TIME<br>3/18/2008<br>WIP<br>General paperwork of case - call w/George Moratis re document requests | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 30780            TIME<br>3/18/2008<br>WIP<br>General paperwork of case - call w/Meg Augustine and DR re: document requests for UST | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 30781            TIME<br>3/18/2008<br>WIP<br>General paperwork of case - review new mail recieved, email to DR re same | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 200.00 |
| 30782            TIME<br>3/18/2008<br>WIP<br>General paperwork of case - review info sent by Simplexity, numerous emails re same, begin preparation of MORs | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 5.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1180.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page 4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 30863<br>3/19/2008<br>WIP<br>General paperwork of case - continued work on MORs for UST, numerous calls and emails w/Simplexity re same | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 6.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1240.00 |
| 30862<br>3/19/2008<br>WIP<br>General paperwork of case - emails re 1099 information, prepare and mail 2 corrected 1099s | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 140.00 |
| 30861<br>3/19/2008<br>WIP<br>General paperwork of case - review mail w/DR, respond to collection agency, send mail to DR for handling w/counsel | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 200.00 |
| 30910<br>3/20/2008<br>WIP<br>General paperwork of case - continued work on MORs, emails w/Simplexity re same | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 7.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1580.00 |
| 31129<br>3/24/2008<br>WIP<br>General paperwork of case - calls w/1099 recipients | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 31128<br>3/24/2008<br>WIP<br>General paperwork of case - continued work on MORs | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 6.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1200.00 |
| 31185<br>3/25/2008<br>WIP<br>General paperwork of case - continued work on MORs, call w/1099 recipient, prepare 1099 and email | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 8.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1760.00 |
| 31249<br>3/26/2008<br>WIP<br>General paperwork of case - prepare for, call w/DR and Meg Augustine re MOR for November, send completed files to Meg | TIME<br>Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 31250    TIME<br>3/26/2008<br>WIP<br>General paperwork of case - finish November MOR | Engelhardt, D<br>Case Admin<br>InPhonics<br>GA | 5.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1040.00 |

Total: Denise Engelhardt

|  | Billable<br>Unbillable<br>Total | 73.80<br>0.00<br>73.80 |  | 14760.00<br>0.00<br>14760.00 |
|---|---|---|---|---|
| 28662    TIME<br>2/21/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - followup re: information request | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |
| 28728    TIME<br>2/22/2008<br>WIP<br>General paperwork of case - revise CTG/CWO engagement letter; various communications with counsel and JEM re: terms of engagement; followup re: inquiries from Simplexity. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 28738    TIME<br>2/22/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - call with KEvans of Simplexity re: outstanding issues; followup re: INP mail, document request; forward Assumption Notice. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 28966    TIME<br>2/25/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging re: document request status | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.10<br>0.00<br>0.00<br>0.10 | 400.00<br>T@9 | 40.00 |
| 28895    TIME<br>2/25/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - followup email to counsel re: document requests | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |

Clear Thinking Group, LLC
Client T&E by Employee                                                    Page    6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 28971  TIME<br>2/26/2008<br>WIP<br>General paperwork of case - review/discuss document inventory forwarded by JJohnson; various emails re: supplemental information. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 29048  TIME<br>2/26/2008<br>WIP<br>General paperwork of case - review/followup re: 1099 files | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 29100  TIME<br>2/27/2008<br>WIP<br>General paperwork of case - review retention application; various emails re: 1099 files/followup. Emails with counsel re: EIN status, additional files. Analysis of doument inventory. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |
| 29241  TIME<br>2/28/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - t/c MAugustine re: various pending issues, e.g., retention application, Qualution motion, rejection/assumption notices protocol. | Robotti, D<br>Correspondance<br>InPhonics<br>NY | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 29242  TIME<br>2/28/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - various calls with DE re: 1099s, Qualution motion | Robotti, D<br>Correspondance<br>InPhonics<br>NY | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 29243  TIME<br>2/28/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - various emails with counsel re: funding, rejections/assumption notices; Followup with JEM re: retention application. | Robotti, D<br>Correspondance<br>InPhonics<br>NY | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 29257  TIME<br>2/29/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging re: 1099 information | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 29254 TIME<br>2/29/2008<br>WIP<br>Conference call w/ MAugustine, NGlassman, DECT re: corporate governance issues, Qualution motion; followup. | Robotti, D<br>Conference Call<br>InPhonics | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 29253 TIME<br>2/29/2008<br>WIP<br>General paperwork of case - review revised retention applications/ various calls with JEM re: same | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 29255 TIME<br>2/29/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging re: retention applications, corporate governance issues. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 29504 TIME<br>3/3/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging w/ MAugustine of Bayard re: board consents. Various emails with Bayard/JPardo re: Notices. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 29513 TIME<br>3/3/2008<br>WIP<br>Conference call w/ counsel (Bayard) and committee counsel (Reed Smith) re: pending issues.. | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 29621 TIME<br>3/3/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging re: corporate entities structure, EIN assignments, name change filings; followup re: 1099 issues. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 29623 TIME<br>3/4/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - t/c JPardo re: 2/29 Notice and 1099 mailing | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 29625    TIME<br>3/4/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging with JJohnson re: status of document request. Various emails re: 1099s, corporate records. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 29730    TIME<br>3/5/2008<br>WIP<br>General paperwork of case - various emails with counsel/ JPardo re: Notice, 1099s; followup DE re: same. Review Qualution status; followup re: corporate entities issues. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 29776    TIME<br>3/6/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging with Pardo re 1099s | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 29824    TIME<br>3/6/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - various commuications with JPardo and counsel re: 1099s, MORs, open matters. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 29960    TIME<br>3/7/2008<br>WIP<br>General paperwork of case - various emails/communications with counsel and DE re: open issues (information request, plan, fees, MORs). Followup re: MORs. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 29973    TIME<br>3/7/2008<br>WIP<br>Conference call with counsel (Bayard) and DAgay (K&E), DE re: open issues | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 0.50<br>0.00<br>0.42<br>0.08 | 400.00<br>T@9 | 200.00 |
| 29957    TIME<br>3/7/2008<br>WIP<br>Conference call with counsel (Bayard) and DE re open issues. | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 0.60<br>0.00<br>0.58<br>0.02 | 400.00<br>T@9 | 240.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 30689          TIME<br>3/10/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - emails with JJ re: BMC/followup | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 30652          TIME<br>3/10/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - f/u with JPardo re: 1009 documents; various emails re: same. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 30653          TIME<br>3/12/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - various emails/discussions re: document requests, MORs, 1099s | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 30654          TIME<br>3/13/2008<br>WIP<br>Review proposed settlement re: Waterfront Center; varous emails/discussions re: winddown funds, projected payables. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 30655          TIME<br>3/14/2008<br>WIP<br>General paperwork of case - review draft Litigation Trust, Qualution motion; followup call to MAugustine; various internal analyses re: cases status/timeline; review Director consents. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.30<br>0.00<br>1.25<br>0.05 | 400.00<br>T@9 | 520.00 |
| 30593          TIME<br>3/15/2008<br>WIP<br>Conference call with NGlassman, CSpringer, KGwynne re: case status. | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 30594          TIME<br>3/15/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging re: conference call | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 30664          TIME<br>3/17/2008<br>WIP | Robotti, D<br>Conference Call<br>InPhonics | 0.20<br>0.00<br>0.17 | 400.00<br>T@9 | 80.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page 10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Conference call w/MAugustine/DEngelhardt re: tax returns | CT | 0.03 | | |
| 30657  TIME<br>3/17/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - various emails/discussions re: status of 2007 tax extension/ MOR information request/ 1099 followup. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 30663  TIME<br>3/17/2008<br>WIP<br>Conference call w/MMalda/DEngelhardt re: SN mail | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 30687  TIME<br>3/17/2008<br>WIP<br>General paperwork of case - review UST Motion/followup re: UST fees/MOR information/timeline | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 30721  TIME  8:29 AM<br>3/18/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging re: MOR timeline, UST fees, document request, tax liabilities, 3/28 hearing, insurance premium refund check;. followup calls/emails re: Notice execution. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 1.30<br>0.00<br>1.25<br>0.05 | 400.00<br>T@9 | 520.00 |
| 30803  TIME<br>3/18/2008<br>WIP<br>Conference call with MAugustine/DE re: UST information request/MORs | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 30804  TIME<br>3/18/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - call with LA consumer agency | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 30805  TIME<br>3/18/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - call with FCC | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page    11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| re:subpoena | | | | |
| 30841　　　　　TIME<br>3/19/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - call with JPardo re: Notice/followup emails. | Robotti, D<br>Correspondance<br>InPhonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 30844　　　　　TIME<br>3/19/2008<br>WIP<br>General paperwork of case - various calls/emailsCT re: MORs, 1099 issues, Notice, mail. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 2.50<br>0.00<br>2.50<br>0.00 | 400.00<br>T@9 | 1000.00 |
| 31175　　　　　TIME<br>3/25/2008<br>WIP<br>General paperwork of case- various emails/discussions re: MORs, followup from Simplexity, UST call. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 31240　　　　　TIME<br>3/26/2008<br>WIP<br>Conference call with MAugustine/DE re: MORs/followup | Robotti, D<br>Conference Call<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 31241　　　　　TIME<br>3/26/2008<br>WIP<br>General paperwork of case - review/comment draft MOR; various emails re: case timeline | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 31320　　　　　TIME<br>3/27/2008<br>WIP<br>General paperwork of case - multiple calls/emails re: MORs, retention, rebate complaints; Review mail from Simplexity, followup re: rebate issues. | Robotti, D<br>Case Admin<br>InPhonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |

Total: Dorene Robotti

| | Billable<br>Unbillable<br>Total | 27.80<br>0.00<br>27.80 | | 11120.00<br>0.00<br>11120.00 |
|---|---|---|---|---|
| 29005　　　　　TIME<br>2/26/2008<br>WIP<br>General paperwork of case. Review, sign and | Myers, J<br>Case Admin<br>InPhonics<br>NJ | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@7 | 200.00 |

Clear Thinking Group, LLC
Client T&E by Employee

Page   12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| send engagement letter | | | | |
| **Total: Joseph Myers** | | | | |
| | Billable | 0.50 | | 200.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.50 | | 200.00 |
| **Total: Time** | | | | |
| | Billable | 102.10 | | 26080.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 102.10 | | 26080.00 |
| <u>Slip Type: Expense</u> | | | | |
| 29883         EXP<br>2/29/2008<br>WIP<br>Print/Scan/Copy Charges - Feb 08 | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPhonics<br>NJ | 44 | 0.18 | 7.92 |
| **Total: Copy/Print/Scan Charges** | | | | |
| | Billable | 0.00 | | 7.92 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 7.92 |
| 30020         EXP<br>3/7/2008<br>WIP<br>Supplies bought for client - Office Max - 1099<br>software, forms, envelopes and labels to process<br>1099s for two companies | Engelhardt, D<br>Supplies<br>InPhonics<br>GA | 1 | 263.99 | 263.99 |
| 30019         EXP<br>3/7/2008<br>WIP<br>Postage - to mail 1099s to recipients, red copies<br>and 1096 to Joe Pardo for signature and to IRS<br>for INP and CAIS II | Engelhardt, D<br>Postage<br>InPhonics<br>GA | 1 | 115.30 | 115.30 |
| 30551         EXP<br>3/14/2008<br>WIP<br>Postage -for week ending 3/14/08 - | Engelhardt, D<br>Postage<br>InPhonics<br>GA | 1 | 0.41 | 0.41 |
| 30916         EXP<br>3/20/2008<br>WIP<br>Postage - for week ending 3/21/08, includes<br>certified mailing of Form 7004 federal tax return<br>extension | Engelhardt, D<br>Postage<br>InPhonics<br>GA | 1 | 6.29 | 6.29 |

Clear Thinking Group, LLC
Client T&E by Employee

Page 13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Total: Denise Engelhardt | | | | |
| | Billable | 0.00 | | 385.99 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 385.99 |
| Total: Expense | | | | |
| | Billable | 0.00 | | 393.91 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 393.91 |
| Grand Total | | | | |
| | Billable | 102.10 | | 26473.91 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 102.10 | | 26473.91 |