# Exhibit A

## Schedule of Rejected Contracts

Simplexity, LLC
11130 Sunrise Valley Drive
Suite 300
Reston, VA 20191

March 31, 2008

To the Sellers (as such term is defined in the Purchase Agreement)

c/o InPhonic, Inc.
1010 Wisconsin Avenue, Suite 600
Washington, DC 20007
Attention: General Counsel

DLA Piper USA
1251 Avenue of the Americas
New York, NY 10020-1104
Attn:   Thomas R. Califano, Esquire
        Vincent Roldan, Esquire

c/o Dorene Robotti
Managing Director
Clear Thinking Group
401 Towne Centre Drive
Hillsborough, NJ 08844

Dear Sellers:

We are delivering this further notice (this "Notice") to you pursuant to Section 2.5(b) of that certain Asset Purchase Agreement, dated November 8, 2007 (as may be amended, modified and/or supplemented from time to time, the "Purchase Agreement"), by and among Adeptio INPC Funding, LLC, a Delaware limited liability company and subsequently renamed as Adeptio INPC Holdings, LLC ("Adeptio" or "Parent"), InPhonic, Inc., a Delaware corporation (the "Company" and a "Seller"), and each of the Company's direct and indirect Subsidiaries listed on the signature pages thereto (individually, a "Seller" and, together with the Company, the "Sellers"). Any capitalized term used in this Notice which is not otherwise defined herein shall have the meaning assigned to such term in the Purchase Agreement. Reference is hereby also made to that certain notice letter, dated as of December 21, 2007, by Parent to the Sellers notifying the Sellers that Parent assigned to Simplexity, LLC, a Delaware limited liability company and a Subsidiary of Buyer ("Buyer Subsidiary"), its rights to receive the Assets from the Sellers under the Purchase Agreement (including Buyer's rights under Section 2.5 with respect to the Designated Contracts, Excluded Contracts and Held Contracts).

In accordance with Section 2.5(b) of the Purchase Agreement, Simplexity delivered its notice dated December 31, 2007 (the "Initial Held Contracts Notice") designating certain contracts as "Held Contracts" and further designating certain contracts for the Sellers to assume and assign to it. The Initial Held Contracts Notice was supplemented by further notices delivered January 30, 2008, February 15, 2008, February 29, 2008 and March 14, 2008 (together with the Initial Held Contracts Notice, the "Held Contracts Notice."). By delivery of this notice, Simplexity supplements the Held Contracts Notice and the undersigned acknowledge and agree that:

(a) the Contracts listed on the attached Annex A shall be designated for assumption with this Notice constituting an "Assumption Notice" with respect to those Contracts and leases;

(b) the Contracts and leases listed on the attached Annex B shall be removed from the list of "Held Contracts" and designated for rejection, with this Notice constituting Simplexity's authorization for the Sellers to reject such Contracts; and

(c) this notice shall not change the status of the remainder of the Contracts and leases set forth in the Held Contracts Notice (and not set forth on Annex A or Annex B attached hereto) which shall remain as "Held Contracts" pursuant to the terms of the Purchase Agreement and the Held Contracts Notice.

All other rights of Buyer and Buyer Subsidiary are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Simplexity, LLC

By: _____
Name: David Mow
Title: VP Finance & Accounting

Adeptio INPC Holdings, LLC

By: _____
Name:
Title: David Lorry
Authorized Signatory

Agreed and Accepted as of _____, 2008:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By: _____
Its: Authorized Signatory

cc: Thomas R. Califano, Esq. (DLA Piper US LLP)
Anup Sathy, P.C. (Kirkland & Ellis, LLP)
David Agay, Esquire (Kirkland & Ellis, LLP)
John A. Schoenfeld, P.C. (Kirkland & Ellis, LLP)

APA Sec. 2.5(b)  
Annex B - Rejection Notice

Page 1 of 1  
March 31, 2008

APA Sec. 2.5(b)  
Annex B - Rejection Notice

Page 1 of 1  
March 31, 2008

| Vendor Name / Contract Counter Party | Contract Effective Date | Brief Description | |
|---|---|---|---|
| Business Health Services | | Employee Benefits | |
| Come from the Heart | | CPA Agreement | |
| CompareWirelessPhones | 7-Aug-01 | CPA Agreement | |
| Digital Communications Warehouse | 2-Aug-06 | CPA Agreement | |
| Dynamic Solution | 4//2005 | CPA Agreement | |
| Excel Callnet Private Limited | 11-May-04 | CPA Agreement | |
| Freecell-phone | 15-Nov-03 | CPA Agreement | |
| General Electric Capital Corp - account 7352061-006 | 1-Feb-05 | Lease Agreement - Canon IR6570 and IR 3220 Copiers | |
| General Electric Capital Corp. - account 7352061-007 | 1-Feb-06 | Lease Agreement - 1 Canon IR5020 Copier; 1 Canon 5000 Copier; 3 Kyocera Mita 5035 Copiers | |
| Hewlett-Packard Company | 29-Mar-07 | Software Agreement - IT monitoring | |
| Memolink Inc. | 30-Jan-03 | CPA Agreement | |
| Oracle Credit Corporation | | Software Agreement - Oracle Software | |
| Oracle USA, Inc. | 1-Nov-05 | Software licenses - Oracle Software | |
| Search Ignite | | CPA Agreement | |
| Singular Solutions, Inc. | 26-Sep-03 | CPA Agreement | (2) |
| SourceNet Telecom | | CPA Agreement | (2) |
| TigerDirect (SYX) | 25-Jan-05 | | |
| TMI Wireless | 25-Aug-04 | VMC - CPA Agreement | |

(2) Contracts may have been listed twice on "Hold List". Contracts previously designated for assumption or rejection and are listed here for rejection to eliminate duplicates.