**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| SN Liquidation, Inc., et al.¹, | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket
No. 474

ORDER APPROVING SECOND MOTION FOR AN ORDER
AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED
LEASES AND EXECUTORY CONTRACTS [Re: Docket No. 402]

Docket
No. 475

ORDER GRANTING DEBTORS' MOTION FOR AN ORDER
EXTENDING THE EXCLUSIVE TIME PERIODS DURING WHICH
DEBTORS MAY FILE A CHAPTER 11 PLAN OR PLANS OF
REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF
[Re: Docket No. 433]

Docket
No. 476

AGREED ORDER RESOLVING (1) QUALUTION SYSTEMS, INC.'S
MOTION TO COMPEL PAYMENT OF MONTHLY LEASE
OBLIGATIONS DUE UNDER LICENSE AGREEMENT OR FOR
ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO 11 U.S.C. §503(b) AND (2) QUALUTION SYSTEM,
INC'S OBJECTION TO THE DEBTORS SECOND MOTION FOR AN
ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN
UNEXPIRED LEASES AND EXECUTORY CONTRACTS
PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE
[Re: Docket Nos. 398, 402 and 412]

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as
follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a
Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware
limited liability company, Fed. Tax Id. No. 3695; (d) SimIPC Acquisition Corp., a Delaware corporation,
Fed. Tax Id. No. 4924; (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax
Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id.
No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and
(h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

| Docket No. 477 | ORDER APPROVING THE THIRD MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE [Re: Docket No. 426] |
|---|---|
| Docket No. 478 | ORDER (I) AUTHORIZING THE EMPLOYMENT OF CLEAR THINKING GROUP LLC AND JOSEPH MEYERS AS CHIEF WIND-DOWN OFFICER FOR THE DEBTORS NUNC PRO TUNC TO FEBRUARY 21, 2008 AND (II) APPROVING THE APPOINTMENT OF JOSEPH PARDO [Re: Docket No. 415] |
| Docket No. 479 | ORDER AUTHORIZING INPHONIC, INC. TO ENTER INTO POSTPETITION CONTRACT WITH OVERTURE SERVICES, INC. AND SUBSEQUENTLY ASSIGN POSTPETITION CONTRACT TO SIMPLEXITY, INC. [Re: Docket No. 381] |

I, Katya M. Belas, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.    My business address is c/o BMC Group, Inc., 1330 East Franklin Avenue, El Segundo, California 90245.

2.    On March 28, 2008, I caused the above referenced documents to be served on the parties as described below:

| Exhibit A | Service List regarding Docket Nos. 474 through 479 [Re: those parties who have requested special notice and the Core Group] |
|---|---|
| Exhibit B | Affected Parties Service List regarding Docket No. 474 |

///

Exhibit C        Affected Parties Service List regarding Docket No. 477

3.        All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April *02* .2008
El Segundo, California

_____
Katya M. Belas

State of California            )
                               )
County of Los Angeles          )

    On April *2* , 2008 before me, Yvette Knopp, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

    I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

    WITNESS my hand and official seal.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008

**EXHIBIT A**

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Total number of parties: 183**

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28355 | ARCHER & GREINER PC, JOHN V FIORELLA ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), 300 DELAWARE AVE, STE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 28355 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 28355 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 28355 | ATTORNEY GENERAL, MICHAEL A COX, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 28355 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE  IRON MOUNTAIN INFORMATION MGT INC), 155 FEDERAL ST, 9TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 28355 | BAYARD PA, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28355 | BAYARD PA, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28355 | BAYARD PA, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28355 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE· AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 28355 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 28355 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 28355 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28355 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 28355 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 28355 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28355 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE: QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 28355 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE· MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 28355 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 28355 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 28355 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 28355 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE: DDR SE WENDOVER & DULUTH REYNOLDS), 3300 ENTERPRISE PKWY, PO BOX 228042, BEACHWOOD, OH, 44122 | US Mail (1st Class) |
| 28355 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE· DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 28355 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 28355 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 28355 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 28355 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 28355 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 28355 | HALPERIN BATTAGLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28355 | HALPERIN BATTAGLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28355 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 28355 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 28355 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 28355 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 28355 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 28355 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 28355 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 28355 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 28355 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 28355 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 28355 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 28355 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 28355 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 28355 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 28355 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28355 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 28355 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 28355 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 28355 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28355 | SEITZ VAN OGTROP & GREEN PA, KEVIN A GUERKE, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28355 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |
| 28355 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE, 19889 | US Mail (1st Class) |
| 28355 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | THE PMA INSURANCE GROUP, SUZANNA E ELLEFSEN ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), 380 SENTRY PKWY, BLUE BELL, PA, 19422 | US Mail (1st Class) |
| 28355 | US ATTORNEY`S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 28355 | VERSA CAPITAL MANAGEMENT, INC , GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 28355 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 28355 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: ADVERTISING.COM), 92 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 28355 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 28355 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 28355 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 28355 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28355 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

Subtotal for this group: 75

**EXHIBIT B**

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28362 | 1-800 COMMUNICATIONS, 550 W OLD COUNTRY RD, SUITE 408, HICKSVILLE, NY, 11801 | US Mail (1st Class) |
| 28362 | 1-800MOBILES.COM, 264 W 40TH ST, 14TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28362 | 2WAY GADGETS.COM, PO BOX 691422, TULSA, OK, 74169 | US Mail (1st Class) |
| 28362 | 5LINX ENTERPRISES INC, 50 METHODIST HILL DR, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 28362 | A2ZCELLS COM, SOBY JOSEPH, 3102 GREEN GATE WAY, CONYERS, GA, 30013 | US Mail (1st Class) |
| 28362 | ACCURINT, PO BOX 7247-6157, ACCOUNTS RECEIVABLE, PHILADELPHIA, PA, 19170-6157 | US Mail (1st Class) |
| 28362 | AJ INTERACTIVE, ASK JEEVES INC, DEPT 33187, SAN FRANCISCO, CA, 94139 | US Mail (1st Class) |
| 28362 | ALISA PETERS (WORLDMALLTV), 1528 W TUDOR ST, RIALTO, CA, 92377 | US Mail (1st Class) |
| 28362 | AMBIRON TRUSTWARE HOLDINGS, INC , CORPORATE HEADQUARTERS, 70 WEST MADISON STREET, SUITE 1050, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 28362 | AT&T, 1 AT&T WAY, SUITE 412, BEDMINSTER, NJ, 07927 | US Mail (1st Class) |
| 28362 | ATC AGENCY SERVICES LLC, ATTN· MICHELLE FALLON, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 28362 | BRIDGEWATER, ONE GLENDINNING PLACE, WESTPORT, CT, 06880 | US Mail (1st Class) |
| 28362 | BROECH CORP D/B/A TUSC, BOX 5940, DEPARTMENT 20-1041, CAROL STREAM, IL, 60197-5940 | US Mail (1st Class) |
| 28362 | BRUNSON TONY, 3653 TIMBERGLEN RD, #334, DALLAS, TX, 75287 | US Mail (1st Class) |
| 28362 | BUCHANAN INGERSOLL & ROONEY PC, (RE· YELLOW PAGE AUTHORITY), PETER J DUHIG, THE BRANDYWINE BUILDING, 1000 N WEST STREET, STE 1410, WILMINGTON, DE, 19801-1054 | US Mail (1st Class) |
| 28362 | BUENA VISTA INTERNET GROUP, C/O LAURENCE J SHAPRIO EXEC VP, 500 SOUTH BUENA VISTA ST, BURBANK, CA, 91521 | US Mail (1st Class) |
| 28362 | CAREERBUILDER INC SUBLESSEE, PARKRIDGE CENTER 1ST AND 2ND FLOORS, 10780-10790 PARKRIDGE BLVD, RESTON, VA, 20191 | US Mail (1st Class) |
| 28362 | CELLPHONE STREET, 217 ILONA CT, STAFFORD, VA, 22554 | US Mail (1st Class) |
| 28362 | CLEVELAND 6 LLC, 1305 STONEY RUN TRAIL, CLEVELAND, OH, 44147 | US Mail (1st Class) |
| 28362 | CMEDIA PHILADELPHIA LLC, 224 VALLEY CREEK BLVD STE 310, EXTON, PA, 19341-2300 | US Mail (1st Class) |
| 28362 | CMR MARKETING, PO BOX 3219, HUTCHINSON, KS, 67504 | US Mail (1st Class) |
| 28362 | CODOVA, 633 W ARROW HIGHWAY, SAN DIMAS, CA, 91773 | US Mail (1st Class) |
| 28362 | COMCAST SPOTLIGHT, COMCAST SPOTLIGHT- SF BAY, 755 SANSOME ST 5TH FLOOR, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 28362 | CORPORATE WIRELESS GROUP INC, 850 MEADOWVIEW CROSSING, SUITE 5, WEST CHICAGO, IL, 60185 | US Mail (1st Class) |
| 28362 | CRAZY WIRELESS OFFERS, 321 N CENTRAL EXPRESSWAY, SUITE 250, MCKINNEY, TX, 75070 | US Mail (1st Class) |
| 28362 | CREATIVE LOGISTICS SOLUTIONS, INC, SUITE ONE, 2135 ESPEY COURT, CROFTON, MD, 21114-2442 | US Mail (1st Class) |
| 28362 | DATAPRISE, 12250 ROCKVILLE PIKE, 2ND FLOOR, ROCKVILLE, MD, 20852 | US Mail (1st Class) |
| 28362 | DC CELLULAR, 51 DOLPHIN COVE QUAY, STAMFORD, CT, 06902 | US Mail (1st Class) |
| 28362 | DELAGE LANDEN FINANCIAL SERVICES INC, 1111 OLD EAGLE SCHOOL RD, WAYNE, PA, 19087 | US Mail (1st Class) |
| 28362 | DESERTSOFT, SUITE #1-645, 16845 N 29TH AVE, PHOENIX, AZ, 85053 | US Mail (1st Class) |
| 28362 | DOUG BROWER, UNIT 201, 706 COPPERLINE DRIVE, CHAPEL HILL, NC, 27516 | US Mail (1st Class) |
| 28362 | DOUG BROWER, SUITE 600, 1010 WISCONSIN AVENUE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 28362 | EASY CALL COMMUNICATIONS, PO BOX 11093, OLYMPIA, WA, 98508 | US Mail (1st Class) |
| 28362 | EDEALWORLD INC, 3607 S VILLAGE DR, AVENEL, NJ, 07001 | US Mail (1st Class) |
| 28362 | ENGLISH CARRIER, 1614 PALACE COURT, VALRICO, FL, 33594 | US Mail (1st Class) |
| 28362 | EU SERVICES MAILING DIVISION, PO BOX 17164, BALTIMORE, MD, 21297-1164 | US Mail (1st Class) |
| 28362 | EURO RSCG DIRECT RESPONSE LLC, 1808 ASTON AVE, SUITE 150, CARLSBAD, CA, 92008 | US Mail (1st Class) |
| 28362 | EXCESS REVENUE INC, 4547 26TH AVE SW, CALGARY, AB, T3E 0P8 CANADA | US Mail (1st Class) |
| 28362 | EXPERIAN, DEPARTMENT 1971, LOS ANGELES, CA, 90088-1971 | US Mail (1st Class) |
| 28362 | FAITH ENTERPRISES LLC, 906 W BROADWAY, WEST PLAINS, MO, 65775 | US Mail (1st Class) |
| 28362 | FIVESTAR ADVERTISING INC, 1600 NEW HIGHWAY, SUITE #2, FARMINGDALE, NY, 11735 | US Mail (1st Class) |
| 28362 | FREE STUFF CENTRAL, 8501 VOIGT, GOSS ILE, MI, 48138 | US Mail (1st Class) |
| 28362 | GEEKS, 1890 ORD WAY, OCEANSIDE, CA, 92056 | US Mail (1st Class) |
| 28362 | HOW STUFF WORKS INC, 1 CAPITAL CITY PLAZA STE 1500, 3350 PEACHTREE RD, ATLANTA, GA, 30326 | US Mail (1st Class) |

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28362 | INTERNET SERVICES CORPORATION, 1300 ALTURA RD, FT MILL, SC, 29708 | US Mail (1st Class) |
| 28362 | KANDU INCORPORATED, 8357 NW 28TH ST, ANKENY, IA, 50021 | US Mail (1st Class) |
| 28362 | KBK MARKETING, 967 LINDEN LANE, TOLEDO, OH, 43615 | US Mail (1st Class) |
| 28362 | KENNETH LANDRY, SUITE 600, 1010 WISCONSIN AVE, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 28362 | KRIEG DEVAULT LLP, (RE: YELLOW PAGE AUTHORITY), JEFFREY M MONBERG, 5231 HOHMAN AVENUE, HAMMOND, IN, 46320 | US Mail (1st Class) |
| 28362 | LEADDRIVE LLC, 424 DISCOVERY CIRCLE, UNIT A, VIRGINIA BEACH, VA, 23451 | US Mail (1st Class) |
| 28362 | LINKSHARE CORPORATION, 215 PARK AVE S, NEW YORK, NY, 10003 | US Mail (1st Class) |
| 28362 | LONGEVITY INSTITUTE LLC, 14001 63RD WAY N, CLEARWATER, FL, 33760 | US Mail (1st Class) |
| 28362 | LOWERMYPAYMENT.COM, 48 AIKEN ST, SUITE 1, NORWALK, CT, 06850 | US Mail (1st Class) |
| 28362 | MICROSOFT LICENSING, GP, DEPT 842467, 1401 ELM ST, 5TH FLOOR, DALLAS, TX, 75202 | US Mail (1st Class) |
| 28362 | MY BROOKLYNCOM / EZ WIRELESS, 9730 SEAVIEW AVE, BROOKLYN, NY, 11236 | US Mail (1st Class) |
| 28362 | OFFICE MOVERS, INC ( KANE COMPANY ), 6500 KANE WAY, ELKRIDGE, MD, 21075 | US Mail (1st Class) |
| 28362 | PETER LYNCH, 52 BEECHES ROAD, PO BOX 1299, PICTOU, NS, B0K 1H0 CANADA | US Mail (1st Class) |
| 28362 | PITNEY BOWES #1833-4203-86-8(GTOWN), WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | US Mail (1st Class) |
| 28362 | PITNEY BOWES GLOBAL FIN SERVICES, ACCT#79, WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | US Mail (1st Class) |
| 28362 | PITNEY BOWES GLOBAL FINANCIAL SVCS, WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | US Mail (1st Class) |
| 28362 | PITNEY BOWES,INC(SUPPLIES INVOICE), ACCT#2, WORLD HEADQUARTERS, 1 ELMCROFT ROAD, STAMFORD, CT, 06926-0700 | US Mail (1st Class) |
| 28362 | PRODUCTION WEST INC, 2747 ENTEPRISE AVE, SUITE 5, BILLINGS, MT, 59102 | US Mail (1st Class) |
| 28362 | QUALUTION SYSTEMS INC, SUITE 290, 28720 ROADSIDE DR, AGOURA HILLS, CA, 91301 | US Mail (1st Class) |
| 28362 | QUICKPROMO LLC, 3901 CHANTILLY DR, SUITE W, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 28362 | RESULT SERVICES 2000, 15212 FLORIST CIRCLE, ST PAUL, MN, 55124 | US Mail (1st Class) |
| 28362 | RMD MEDIA GROUP, B3-1410 PARKWAY BLVD #16, COQUITLAM, BC, V3E 3J7 CANADA | US Mail (1st Class) |
| 28362 | SAMM, 13206 TUTTLEBEE CT, CHARLOTTE, NC, 28273 | US Mail (1st Class) |
| 28362 | SKO-BRENNER AMERICAN, 841 MERRICK ROAD CS9320, BALDWIN, NY, 11510-9320 | US Mail (1st Class) |
| 28362 | SPECTRAWIDE INC , 1418 GARDENIA ST, IRVING, TX, 75063 | US Mail (1st Class) |
| 28362 | SRK INVESTMENT, 6925 E 5TH AVE, SUITE B, SCOTTSDALE, AZ, 85251 | US Mail (1st Class) |
| 28362 | STRATEGIC PROMOTIONS INC, 106 FOUR SEASONS, SUITE 101, ST LOUIS, MO, 63017 | US Mail (1st Class) |
| 28362 | SUN MAINTENANCE, C/O TRIDENT COMPUTER RESOURCES, INC., 151 INDUSTRIAL WAY EAST, BLDG A, EATONTOWN, NJ, 07724 | US Mail (1st Class) |
| 28362 | TECH GURU INC, 4728 HILLSIDE AVE, NORCO, CA, 92860 | US Mail (1st Class) |
| 28362 | THE CONSUMER BRIDGE, 706 CHARCOAL AVE, MIDDLEBURY, CT, 06762 | US Mail (1st Class) |
| 28362 | TIBURON MARKETING CORP, 602 KILBURN RD, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 28362 | TIGERDIRECT, C/O SYX SERVICES, PO BOX 449001, MIAMI, FL, 33144-9001 | US Mail (1st Class) |
| 28362 | UPS, CORPORATE HEADQUARTERS, 55 GLENLAKE PARKWAY, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 28362 | US CELLULAR, 8410 W BRYN MAWR AVE, CHICAGO, IL, 60631 | US Mail (1st Class) |
| 28362 | USB PLUS, 1530 S SW LOOP 323, SUITE 113, TYLER, TX, 75701 | US Mail (1st Class) |
| 28362 | VENDARE MEDIA CORP, C/O FIRST COMMUNITY FINANCIAL CORP, PHOENIX, AZ, 85011-6006 | US Mail (1st Class) |
| 28362 | VENDARENETBLUE, PO BOX 201984, DALLAS, TX, 75320-1984 | US Mail (1st Class) |
| 28362 | VENTURE MOBILE LLC, 15 FLAMINGO CIRCLE, WALPOLE, MA, 02081 | US Mail (1st Class) |
| 28362 | VERISIGN, WORLDWIDE HEADQUARTERS, 487 MIDDLEFIELD ROAD, MOUNTAIN VIEW, CA, 94043 | US Mail (1st Class) |
| 28362 | VERIZON, PO BOX 920041, DALLAS, TX, 75392-0041 | US Mail (1st Class) |
| 28362 | VERIZON, 180 WASHINTON VALLEY RD, BEDMINSTER, NJ, 07921 | US Mail (1st Class) |
| 28362 | VERIZON, VERIZON COMMUNICATIONS, (ACT#000953231154;TEL202-337-0923), 140 WEST STREET, NEW YORK, NY, 10007 | US Mail (1st Class) |
| 28362 | VIRGINIA AIR & FACILITIES SERVICES, PO BOX 5207, HERNDON, VA, 20170-5207 | US Mail (1st Class) |
| 28362 | WASTE MANAGEMENT OF MARYLAND, P O.BOX 13648, PHILADELPHIA, PA, 19101-3648 | US Mail (1st Class) |
| 28362 | WEBISPHERE, P O. BOX 352, DILDO, NL, A0B 1P0 CANADA | US Mail (1st Class) |

**Exhibit B - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 28362 | WIRELESS PLANS, 100 VIA KATRINA, THOUSAND OAKS, CA, 91320 | US Mail (1st Class) |
| 28362 | YELLOW PAGE AUTHORITY, 8940 W 192ND ST, SUITE D, MOKENA, IL, 60448 | US Mail (1st Class) |
| 28362 | YOU NEVER CALL INC, 5967 W 3RD ST, #307, LOS ANGELES, CA, 90036 | US Mail (1st Class) |

**Subtotal for this group: 92**

# EXHIBIT C

## Exhibit C - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28361 | ADP RESOURCE, 10200 SUNSET DRIVE, MIAMI, FL, 33173 | US Mail (1st Class) |
| 28361 | BLUE SKY FACTORY, INC., 40 EAST CROSS STREET, BALTIMORE, MD, 21230 | US Mail (1st Class) |
| 28361 | COGNIGEN, PO BOX 54957, SANTA CLARA, CA, 95054-1191 | US Mail (1st Class) |
| 28361 | COGNIGEN NETWORKS, INC., PO BOX 54957, SANTA CLARA, CA, 95054-1191 | US Mail (1st Class) |
| 28361 | COMMISSION RIVER INC, ATTN ADAM EDWARDS, PRESIDENT, 12401 SOUTH 450 EAST, SUITE D1, DRAPER, UT, 84020 | US Mail (1st Class) |
| 28361 | EXPERT SERV, INC , 39-40 30TH ST., LONG ISLAND, NY, 11101 | US Mail (1st Class) |
| 28361 | MELISSA DATA CORP, 22382 AVENIDA EMPRESA, RANCHO SANTA MARGARITA, CA, 92688-2112 | US Mail (1st Class) |
| 28361 | MONSTER, 5 CLOCK TOWER PLACE, MAYNARD, MA, 01754 | US Mail (1st Class) |
| 28361 | MONSTER WORLDWIDE, INC., 622 THIRD AVENUE, 39TH FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 28361 | MOTOROLA, ATTN: SCOTT HOFFMAN, 117 S COOK ST. #334, BARRINGTON, IL, 60010 | US Mail (1st Class) |
| 28361 | MPORTAL INC, SUITE A530, 7900 WESTPARK DR, MCLEAN, VA, 22102 | US Mail (1st Class) |
| 28361 | OPENWAVE SYSTEMS, INC., PO BOX 60000, SAN FRANCISCO, CA, 94160 | US Mail (1st Class) |
| 28361 | PHONE DOG, 1156 BOWMAN RD, SUITE 101, MT PLEASANT, SC, 29464 | US Mail (1st Class) |
| 28361 | TECHRIVER, LLC, 8300 BOONE BLVD, #500, VIENNA, VA, 22182 | US Mail (1st Class) |
| 28361 | TELECONFERENCING SERVICES, LLC, 4066 CHANCERY CT, NW, WASHINGTON, DC, 20007-2142 | US Mail (1st Class) |
| 28361 | TMI WIRELESS INC, C/O DANIEL HUNG, 4101 CHAIN BRIDGE RD , STE 304, FAIRFAX, VA, 22030 | US Mail (1st Class) |

Subtotal for this group: 16