IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    § SS:
NEW CASTLE COUNTY   §

    Edith Miranda, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., attorneys for SN Liquidation, Inc. in the above-captioned case, and that on the 4th day of April 2008, she caused a copy of the **Order Scheduling Omnibus Hearing Dates [Docket No. 486]** to be served upon the parties on the attached service list *via* U.S. First Class Mail.

_____
Edith Miranda

    SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: April 4, 2008

_____
Notary Public
SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2010

{00823270;v1}

Bayard PA
(RE: Co-Counsel to Debtor)
Eric M Sutty
222 Delaware Ave Ste 900
Wilmington, DE 19899

BMC Group
Alan Dalsass & Brad Daniel
875 Third Avenue, 5th Floor
New York, NY 10022

Delaware Secretary of State
Franchise Tax Division
PO Box 898-F
Dover, DE 19903

Department of Labor
Division of Unemployment Ins
4425 N Market Street
Wilmington, DE 19802

DLA Piper US LLP
(RE: Debtor)
Jeremy R Johnson
1251 Avenue of the Americas
New York, NY 10020-1104

DLA Piper US LLP
(RE: Debtor)
Thomas R Califano
1251 Avenue of the Americas
New York, NY 10020-1104

DLA Piper US LLP
(RE: Debtor)
Vincent J Roldan Esq
1251 Avenue of the Americas
New York, NY 10020-1104

Goldsmith Lazard
Andrew Torgove & Jason Cohen
11 West 42nd Street, 29th Fl
New York, NY 10036

Goldsmith Lazard
Andrew Torgove & Jason Cohen
11 West 42nd Street, 29th Fl
New York, NY 10036

Goldsmith Lazard
Dermott O'Flanagan
11 West 42nd Street, 29th Fl
New York, NY 10036

Internal Revenue Service
844 King Street
Wilmington, DE 19801

Internal Revenue Service
Bankruptcy Section
Special Procedures Section
31 Hopkins Plaza, Room 1120
Baltimore, MD 21201

Kirkland & Ellis LLP
(RE: Adeptio INPC Funding LLC)
Anup Sathy Esq
200 East Randolph Drive
Chicago, IL 60601

Kirkland & Ellis LLP
(RE: Adeptio INPC Funding LLC)
David A Agay & John A Schoenfeld
200 East Randolph Drive
Chicago, IL 60601

Kirkland & Ellis LLP
(RE: Adeptio INPC Funding LLC)
David A Agay & John A Schoenfeld
200 East Randolph Drive
Chicago, IL 60601

Office of the US Trustee
Richard Schepacarter, Esq
844 King Street RM 2207
Wilmington, DE 19801

Reed Smith LLC
(RE: Committee of Unsecured Creditors)
Claudia Z Springer
2500 One Liberty Place
1650 Market St
Philadelphia, PA 19103-7301

Reed Smith LLC
(RE: Committee of Unsecured Creditors)
Kurt F Gwynne
1201 Market St Ste 1500
Wilmington, DE 19801

Reed Smith LLC
(RE: Committee of Unsecured Creditors)
Robert P Simons Esq
435 Sixth Ave
Pittsburgh, PA 15219

Securities and Exchange Commission
Division of Corporate Finance
100 F Street, NE
Washington, DC 20549

State of Delaware
Randy Weller
Div of Revenue, Compliance Dept
820 N French Street
Wilmington, DE 19801

US Attorney's Office
Ellen W Slights, Esquire
1007 Orange Street, Ste 700
PO Box 2046
Wilmington, DE 19899-2046

Versa Capital Management, Inc.
Greg Segall & Paul Halpern
The Circa Centre
2929 Arch Street, 27th FL
Philadelphia, PA 19104

Versa Capital Management, Inc.
Greg Segall & Paul Halpern
The Circa Centre
2929 Arch Street, 27th FL
Philadelphia, PA 19104

Versa Capital Management, Inc.
Paul Halpern & David Lorry
The Circa Centre
2929 Arch Street, 27th FL
Philadelphia, PA 19104

W B Doner & Company
Kevin Weinman
25900 Northwestern Highway
Southfield, MI 48075

Young Conway Stargatt & Taylor, LLP
(RE: Adeptio INPC Funding LLC)
Edmon Morton Esq
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Young Conway Stargatt & Taylor, LLP
(RE: Adeptio INPC Funding LLC)
Edward J Kosmowski
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Young Conway Stargatt & Taylor, LLP
(RE: Adeptio INPC Funding LLC)
Robert S. Brady
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

ARCHER & GREINER PC
(RE: PENNSYLVANIA MFG INDEMNITY CO ET AL)
JOHN V FIORELLA ESQ
300 DELAWARE AVE
STE 1370
WILMINGTON, DE 19801

ASSISTANT ATTORNEY GENERAL
(RE: STATE OF MICHIGAN)
DEBORAH WALDMEIR
CADILLAC PL
3030 W GRAND BLVD, STE 10-200
DETROIT, MI 48202

ASSISTANT GENERAL COUNSEL
(RE: GSI COMMERCE INC)
PAUL CATALDO ESQ
935 FIRST AVE
KING OF PRUSSIA, PA 19406

ASSISTANT GENERAL COUNSEL
(RE: VALUECLICK INC)
TANYA M TAN ESQ
30699 RUSSELL RANCH RD
STE 250
WESTLAKE VILLAGE, CA 91362

ATTORNEY GENERAL
(RE: STATE OF MICHIGAN)
MICHAEL A COX
CADILLAC PL
3030 W GRAND BLVD, STE 10-200
DETROIT, MI 48202

BARTLETT HACKETT FEINBERG PC
(RE: IRON MOUNTAIN INFORMATION MGT INC)
FRANK F MCGINN
155 FEDERAL ST
9TH FLR
BOSTON, MA 02110

BECKET AND LEE LLP
(RE: AMERICAN EXPRESS TRAVEL SVCS)
GILBERT B WEISMAN ESQ
PO BOX 3001
MALVERN, PA 19355-0701

BIALSON BERGEN & SCHWAB
(RE: YAHOO! & OVERTURE SERVICES INC)
LAWRENCE M SCHWAB ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

BIALSON BERGEN & SCHWAB
(RE: YAHOO! & OVERTURE SERVICES INC)
PATRICK M COSTELLO ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

BINGHAM MCCUTCHEN LLP
(RE: ACN COMMUNICATIONS SERVICES INC)
STEVEN WILAMOWSKY ESQ
399 PARK AVE
NEW YORK, NY 10022

BLANK ROME LLP
(RE: CELLCO PARTNERSHIP/VERIZON)
BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(RE: CELLCO PARTNERSHIP/VERIZON)
REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLANK ROME LLP
(RE: GSI COMMERCE SOLUTIONS)
JOEL SHAPIRO ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLANK ROME LLP
(RE: GSI COMMERCE SOLUTIONS)
MICHAEL D DeBAECKE ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BOVITZ & SPITZER
(RE: QUALUTION SYSTEMS INC)
J SCOTT BOVITZ ESQ
880 W FIRST ST
STE 502
LOS ANGELES, CA 90012-2430

CAMPBELL & LEVINE LLC
(RE: MFORCE COMMUNICATIONS)
KATHRYN S KELLER ESQ
800 NORTH KING ST STE 300
WILMINGTON, DE 19801

CAMPBELL & LEVINE LLC
(RE: MFORCE COMMUNICATIONS)
MARLA R ESKIN
800 NORTH KING ST STE 300
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP
DAVID M LeMAY ESQ
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

COHN BIRNBAUM SHEA
SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

DEVELOPERS DIVERSIFIED REALTY CORP
(RE: DDR SE WENDOVER & DULUTH REYNOLDS)
ERIC C COTTON ESQ
3300 ENTERPRISE PKWY
PO BOX 228042
BEACHWOOD, OH 44122

FOLEY & LARDNER LLP
(RE: ALLTEL COMMUNICATIONS)
MARK A SALZBERG ESQ
3000 K ST NW STE 500
WASHINGTON, DC 20007-5101

HALPERIN BATTABLIA RAICHT LLP
(RE: MFORCE COMMUNICATIONS INC)
CHRISTOPHER J BATTAGLIA ESQ
555 MADISON AVE
9TH FLR
NEW YORK, NY 10022

HALPERIN BATTABLIA RAICHT LLP
(RE: MFORCE COMMUNICATIONS INC)
ELIZABETH L ROSE ESQ
555 MADISON AVE
9TH FLR
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
DIANE N RALLIS
10 ST JAMES AVE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
JOHN J MONAGHAN ESQ
10 ST JAMES AVE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
LYNNE B XERRAS
10 ST JAMES AVE
BOSTON, MA 02116

Kent County
(RE: Delaware Dept of Revenue)
Thomas Collins Building
540 S Dupont Highway
Dover, DE 19901

KILPATRICK STOCKTON LLP
(RE: AT&T)
PAUL M ROSENBLATT ESQ
1100 PEACHTREE ST NE
SET 2800
ATLANTA, GA 30309-4530

KILPATRICK STOCKTON LLP
(RE: AT&T)
TODD C MEYERS ESQ
1100 PEACHTREE ST NE
SET 2800
ATLANTA, GA 30309-4530

KIRKPATRICK & LOCKHART
(RE: AMAZON SERVICES LLC)
MARC BARRECA
PRESTON GATES & ELLIS LLP
925 FOURTH AVE, STE 2900
SEATTLE, WA 98104-1158

KIRKPATRICK & LOCKHART
(RE: AMAZON SERVICES LLC)
MARC BARRECA
PRESTON GATES & ELLIS LLP
925 FOURTH AVE, STE 2900
SEATTLE, WA 98104-1158

| | | |
|---|---|---|
| LOIZIDES PA<br>(RE: AT&T)<br>CHISTOPHER D LOIZIDES ESQ<br>1225 KING ST<br>STE 800<br>WILMINGTON, DE 19801 | McGUIRE WOODS LLP<br>(RE: SPRINT NEXTEL CORP)<br>DAVID I SWAN ESQ<br>1750 TYSONS BLVD<br>STE 1800<br>McLEAN, VA 22102-4215 | MORRIS JAMES LLP<br>(RE: MFORCE COMMUNICATIONS INC)<br>BRETT D FALLON ESQ<br>500 DELAWARE AVE<br>STE 1500<br>WILMINGTON, DE 19801-1494 |
| MORRIS JAMES LLP<br>(RE: MFORCE COMMUNICATIONS INC)<br>THOMAS M HORAN ESQ<br>500 DELAWARE AVE<br>STE 1500<br>WILMINGTON, DE 19801-1494 | MORRIS JAMES LLP<br>(RE: SPRINT NEXTEL CORP)<br>BRETT D FALLON ESQ<br>500 DELAWARE AVE STE 1500<br>PO BOX 2306<br>WILMINGTON, DE 19899-2306 | NIXON PEABODY LLP<br>(RE: COSMOCOM.COM)<br>JOSEPH M GITTO<br>437 MADISON AVE<br>NEW YORK, NY 10022 |
| Securities & Exchange Commission<br>Patricia Schrage<br>3 World Financial Center<br>Suite 400<br>New York, NY 10281-1022 | SEITZ VAN OGTROP & GREEN PA<br>(RE: QUALUTION SYSTEMS INC)<br>KEVIN A GUERKE<br>222 DELAWARE AVE<br>STE 1500<br>WILMINGTON, DE 19801 | SEITZ VAN OGTROP & GREEN PA<br>(RE: QUALUTION SYSTEMS INC)<br>PATRICIA P MCGONIGLE ESQ<br>222 DELAWARE AVE, STE 1500<br>PO BOX 68<br>WILMINGTON, DE 19899 |
| SHUMAKER LOOP & KENDRICK LLP<br>(RE: CONTINENTAL PROMOTION GROUP)<br>DAVID J COYLE<br>NORTH COURTHOUSE SQ<br>1000 JACKSON ST<br>TOLEDO, OH 43604-5573 | SMITH KATZENSTEIN & FURLOW LLP<br>(RE: ALLTEL COMMUNICATIONS)<br>KATHLEEN M MILLER ESQ<br>800 DELAWARE AVE<br>PO BOX 410<br>WILMINGTON, DE 19889 | THE PMA INSURANCE GROUP<br>(RE: PENNSYLVANIA MFG INDEMNITY CO ET AL)<br>SUZANNA E ELLEFSEN ESQ<br>380 SENTRY PKWY<br>BLUE BELL, PA 19422 |
| VORYS SATER SEYMOUR & PEASE LLP<br>(RE: ADVERTISING.COM)<br>TIFFANY STRELOW COBB ESQ<br>92 EAST GAY ST<br>COLUMBUS, OH 43215 | VORYS SATER SEYMOUR AND PEASE LLP<br>(RE: AOL LLC)<br>TIFFANY STRELOW COBB ESQ<br>52 EAST GAY ST<br>COLUMBUS, OH 43215 | WILENTZ GOLDMAN & SPITZER PA<br>(RE: SPANCO TELESYSTEMS & SOLUTIONS LTD)<br>DAVID H STEIN ESQ<br>90 WOODBRIDGE CENTER DR<br>STE 900, BOX 10<br>WOODRIDGE, NJ 07095-0958 |
| WOMBLE CARLYLE SANDRIDGE & RICE<br>(RE: T-MOBILE USA)<br>FRANCIS A MONACO JR ESQ<br>222 DELAWARE AVE<br>STE 1501<br>WILMINGTON, DE 19801 | WOMBLE CARLYLE SANDRIDGE & RICE<br>(RE: T-MOBILE USA)<br>KEVIN J MANGAN ESQ<br>222 DELAWARE AVE<br>STE 1501<br>WILMINGTON, DE 19801 | |