# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 07-11666 (KG)<br>:<br>: (Jointly Administered)<br>:<br>: **Objection Deadline: April 28, 2008 at 4:00 p.m.**<br>: **Hearing Date: To be determined.** |

## FIRST INTERIM FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 8, 2007 THROUGH JANUARY 31, 2008

Name of Applicant:                                        Bayard, P.A.

Authorized to Provide Professional Services to:  SN Liquidation Inc., et al.

Date of Retention:                                        Order entered December 13, 2007 [Docket No. 245] *nunc pro tunc* to November 8, 2007

Application Period:                                       November 8, 2007 through January 31, 2008

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 1/3/08 [284] | 11/8/07 through 11/30/07 | $85,248.50 | $5,409.40 | 1/25/08 [333] | $68,198.80 | $5,409.40 | $17,049.70 |
| 2/21/08 [393] | 12/1/07 through 12/31/07 | $85,300.50 | $5,364.75 | 3/14/08 [441] | $68,240.40 | $5,364.75 | $17,060.10 |
| 3/18/08 [455] | 1/1/08 through 1/31/08 | $49,642.50 | $4,427.80 | Objection Deadline 4/7/08 | $39,714.00 | $4,427.80 | $9,928.50 |
| Totals | 11/8/07 through 1/31/08 | $220,191.50 | $15,201.95 | n/a | $176,153.20 | $15,201.95 | $44,038.30 |

This is an: X interim ___ final application.

{00783970;v1}

## Timekeeper Summary

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neil B. Glassman | Director | Director since 1988. Joined firm in 1986. Member of DE Bar since 1982. Areas of Expertise: Bankruptcy and Commercial Law. | $725.00 | 137.9 | $99,977.50 |
| Charlene D. Davis | Director | Director since 1993. Joined firm in 1988. Member of DE Bar since 1984. Areas of Expertise: Bankruptcy and Commercial Litigation. | $600.00 | 0.8 | $480.00 |
| Eric M. Sutty | Associate | Associate since 2000. Member of DE Bar since 2000. Areas of Expertise: Bankruptcy and Creditors' Rights. | $365.00 | 32.7 | $11,935.50 |
| Mary E. Augustine | Associate | Associate since 2003. Member of DE Bar since 2004. Areas of Expertise: Bankruptcy and Litigation. | $310.0 | 182.6 | $56,606.00 |
| Kathryn D. Sallie | Associate | Associate since 2004. Member of DE Bar since in 2004. Area of Expertise: Bankruptcy. | $290.00 | 0.8 | $232.00 |
| Justin Edelson | Associate | Associate since 2007. Member of DE Bar since 2008. Areas of Expertise: Bankruptcy and Litigation. | $215.00 | 42.0 | $9,030.00 |
| Daniel A. O'Brien | Associate | Joined firm as Associate in 2007. Member of DE Bar since 2006. | $240.00 | 6.1 | $1,464.00 |
| Walter Cavers | Paralegal | No longer employed by Firm. | $205.00 | 65.6 | $13,448.00 |
| Tiffany Matthews | Paralegal | Paralegal; joined firm in 2001. Area of Expertise: Bankruptcy. | $200.00 | 10.7 | $2,140.00 |
| Michelle Dero | Paralegal | Paralegal; joined firm in 2005. Area of Expertise: Bankruptcy. | $200.00 | 1.3 | $260.00 |
| Edith Miranda | Paralegal | Paralegal; joined firm in 2007. Area of Expertise: Bankruptcy. | $190.00<br>$205.00 | 88.7<br>24.4 | $16,853.00<br>$5,002.00 |
| Lindsey Suprum | Paralegal | Paralegal; joined firm in 2007. Area of Expertise: Bankruptcy. | $125.00<br>$185.00 | 4.3<br>1.1 | $537.50<br>$203.50 |
| Jacqueline Lately | Case Management Assistant | Case Management Assistant; joined firm in 2003. | $125.00 | 9.3 | $1,162.50 |
| James Sanderson | Fee Application Specialist | Fee Application Specialist since 2003; joined firm in 1995. | $100.00 | 8.6 | $860.00 |
| | | | Totals | 616.9 | $220,191.50 |

Blended Rate:   $356.94

2

## Project Category Summary by Task Code

| Project Category | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (AA) | 0.1 | $21.50 |
| Litigation/Adversary Proceeding (AP) | 38.3 | $22,421.00 |
| Business Operations (BO) | 2.8 | $1,019.00 |
| Case Administration (CA) | 158.5 | $41,356.00 |
| Court Hearings (CH) | 195.1 | $69,926.50 |
| Creditor Inquiries (CI) | 6.5 | $2,692.00 |
| Cash Collateral/DIP Financing CR) | 10.0 | $4,084.00 |
| TBF Retention Application (EA1) | 10.3 | $3,940.00 |
| Other Professionals' Retention Applications (EA2) | 5.6 | $2,482.50 |
| Leases/Executory Contracts (EC) | 53.6 | $21,200.00 |
| TBF Fee Applications/Compensation (FA1) | 15.9 | $4,792.00 |
| Other Professionals Fee Apps (FA2) | 5.1 | $1,595.00 |
| General Corporate Matters (MA) | 0.6 | $435.00 |
| Meetings of Creditors (MC) | 11.2 | $5,388.50 |
| Stay Relief Matters (MR) | 15.1 | $5,404.00 |
| Claims Analysis and Resolution (PC) | 21.4 | $8,239.50 |
| Plan (PL) | 7.5 | $5,354.50 |
| Use, Sale or Lease of Property (SA) | 43.3 | $14,352.00 |
| Trustee Reporting/Schedules (TR) | 14.6 | $5,084.00 |
| Utility Matters (UM) | 1.4 | $404.50 |
| Totals | 616.9 | $220,191.50 |

{00783970;v1}

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| Computer Research | $410.44 |
| Copies (10 cents per page) | $1,685.90 |
| CourtCall Charges | $132.50 |
| Delivery Charges | $1,017.00 |
| Depositions & Transcripts | $1,142.00 |
| Electronic Filing Charges | $20.50 |
| Federal Express | $37.06 |
| Filing Fees | $25.00 |
| Meals & Meetings | $1,486.75 |
| Outside Copy Charges | $4,659.52 |
| Outside Fax Charges | $1,834.48 |
| Outside Phone Charges | $15.00 |
| PACER Document Downloads | $664.08 |
| Phone | $41.40 |
| Postage | $65.71 |
| Print Images | $919.20 |
| Support Staff Overtime | $911.06 |
| Telecopier/Fax Charges | $14.00 |
| Travel Costs | $120.35 |
| Totals | $15,201.95 |

4

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Compensation Order") entered by this Court on November 30, 2007 [Docket No. 165], Bayard, P.A. ("Bayard") submits this first interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the periods covering November 8, 2007 through January 31, 2008 (collectively, the "Fee Applications")[1], and (ii) authorization for SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") to pay the full amounts requested in the Fee Applications, including the 20% holdback of fees as provided for in the Compensation Order. Notice of this Application has been provided in accordance with the Compensation Order. The Debtors submit that no other or further notice need be provided.

WHEREFORE, Bayard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

Dated: April 8, 2008
　　　　Wilmington, Delaware

BAYARD, P.A.

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:　(302) 655-5000
Facsimile:　(302) 658-6395

Counsel to the Debtors

---

[1]　Each of the Fee Applications is incorporated by reference as if set forth herein.

5

{00783970;v1}