IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| SN LIQUIDATION, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. ____ |

**ORDER APPROVING BAYARD'S FIRST INTERIM**
**FEE APPLICATION AS CO-COUNSEL TO THE DEBTORS**

Bayard, P.A. ("Bayard"), counsel to the above-captioned debtors and debtors in possession, having filed its first interim fee application in the above-captioned cases for allowance of compensation and reimbursement of expenses (the "Application") for the period from November 8, 2007 through January 31, 2008 (the "Application Period"); and parties in interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and that Bayard is allowed compensation in the amount of $220,191.50 for services rendered and $15,201.95 as reimbursement for actual necessary expenses incurred during the Application Period.

ORDERED that the Debtors are hereby authorized and directed to pay to Bayard the difference between $235,393.45 and any payments that have already been made towards Bayard's first interim fees and expenses.

Dated: _____         _____
                               The Honorable Kevin Gross
                               United States Bankruptcy Judge