IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Re: Docket No. 462 |
|  | : |

ORDER (THIRD) (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF CERTAIN HELD CONTRACTS, AND (II) DEEMING THOSE
HELD CONTRACTS TO BE "DESIGNATED CONTRACTS" FOR ALL
PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND
RELATED ASSET PURCHASE AGREEMENT

This matter coming before the Court on the Notice (the "Notice") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking (a) the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (b) Approval of Procedures for Future Assumption and Assignment of Certain Contracts to be Held by the Debtors and this Courts Order Approving (a) the Assumption and Assignment of Additional Designated Contracts; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts (the "Procedures Order"), dated January 30, 2008, whereby, after receipt of any Assumption Notice the Debtors are required to file with the Court a proposed order (i) authorizing the assumption and assignment of certain Held Contracts[2] for which the Debtors received an Assumption Notice, and (ii) deeming that those Held Contracts listed on the Assumption Notice are to be Designated Contracts for all purposes under the December 13, 2007 Sale Order and related Agreement, and the Court finding that (a) the Court has jurisdiction over

---

[2] Unless otherwise indicated, all undefined capitalized terms used herein shall have the meaning ascribed to them in the Procedures Order.

{00771229;v1}

this matter pursuant to 28 U.S.C. §§157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. §157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §1408 and 1409, and (d) notice of filing of the Order was sufficient, the Court having determined that the legal and factual bases set forth in the Assumption Order and at the hearings on this matter, if any, establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby

**ORDERED**, that the Held Contracts listed on the attached Exhibit A ("<u>Assumption Contracts</u>") are hereby assumed by the Debtors and assigned to Simplexity as contemplated by the Sale Order and Procedures Order; and it is further

**ORDERED**, that, upon entry of this Order, the Assumption Contracts are deemed "Designated Contracts" for all purposes under the Agreement and Sale Order; and it is further

**ORDERED**, that the Debtors provided parties to the Assumption Contracts notice pursuant to the procedures provided in the Procedures Motion and such notice was sufficient and proper; and it is further

**ORDERED**, that the relief authorized herein shall be effective immediately upon entry of this Order; and it is further

**ORDERED**, that the Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the relief authorized herein or the Order.

Date: April 9, 2008
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

2

{00771229;v1}