# United States Bankruptcy Court
## FOR THE DISTRICT OF DELAWARE

In re:                                              :

INPHONIC, INC.                              :          Case No. 07-11666
                                                              (Chapter 11)
                        Debtor              :

## **WITHDRAWAL OF CLAIM**

COMES NOW Infinite Computer Solutions, Inc., and hereby withdraws the claim(s) previously filed in this matter.

_____
Timothy J. McGary
Authorized Agent
10500 Sager Avenue, Suite G
Fairfax, Virginia 22030
(703) 352-4985