## **CERTIFICATE OF SERVICE**

I, Kevin A. Guerke, that on this 10th day of April, 2008, I caused the foregoing Withdrawal of Claim to be served CM-ECF on the following attached service list(s):

/s/ Kevin A. Guerke_____
KEVIN A. GUERKE (DE #4096)

62123 v1