IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) <br> Jointly Administered |
| Debtors. | |
| | Re: Docket No. 451 |

**NO ORDER REQUIRED**
**CERTIFICATE OF NO OBJECTION TO FIRST MONTHLY FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 19, 2007 THROUGH DECEMBER 31, 2007**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Monthly Fee Application of Deloitte Financial Advisory Services LLP, Financial Advisors to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 19, 2007 through December 31, 2007 (the "Application"; D.I. 451) filed on March 14, 2008. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 7, 2008 at 4:00 p.m.

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order"; D.I. 165), the Debtors are authorized upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application to pay Deloitte Financial Advisory Services LLP the total amount of $54,418.00 which amount represents eighty percent (80%) of the total fees of $68,022.50 and the total amount of

$1,494.32, which amount represents one hundred percent (100%) of the total expenses requested in the Application for a grand total amount of $55,912.32.

Dated: April 11, 2008  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Gaston P. Loomis II  
Kurt F. Gwynne (No. 3951)  
Gaston P. Loomis II (No. 4812)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575

and

Robert P. Simons, Esquire  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063

and

Claudia Z. Springer, Esquire  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103-7301  
Telephone: 215-851-8100  
Facsimile: 215-851-1420

Counsel to the Official Committee of Unsecured Creditors