## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 14th day of April, 2008, I caused a copy of the **Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc.** *et al.* **Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008** to be served upon the parties listed on the attached service list *via* First Class U.S. Mail.

*/s/ Daniel O'Brien*
Daniel A. O'Brien (No. 4897)

{00829217;v1}

# SN Liquidation, Inc.

## Service List

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York   NY   10020-1104
*Debtor*

Delaware Secretary of State
Franchise Tax Division
P.O. Box 898-F
Dover   DE   19903

Internal Revenue Service
Attn: Bankruptcy Section
Special Procedures Section
31 Hopkins Plaza, Room 1120
Baltimore   MD   21202

Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington   DC   20020

Patricia Schrage
Securities & Exchange Commission
Division of Corporate Finance
3 World Financial Center
Suite 400
New York   NY   10281-1022

Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington   DE   19899-2046

Greg Segall, Esquire
Paul Halpern, Esquire
David Lorry, Esquire
Versa Capital Management, Inc.
The Circa Centre
2929 Arch Street, 27th Floor
Philadelphia   PA   19104

Anup Sathy, Esquire
David A. Agay, Esquire
John A. Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Kevin Weinman
W.B. Doner & Company
25900 Northwestern Highway
Southfield   MI   48075

Andrew Torgove, Esquire
Jason Cohen, Esquire
Dermott O'Flanagan, Esquire
Goldsmith Lazard
11 West 42nd Street
Twenty-Ninth Floor
New York   NY   10036

# SN Liquidation, Inc.

## Service List

Alan Dalsass
Brad Daniel
BMC Group
875 Third Avenue
5th Floor
New York   NY   10022


Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus   OH   43215
*AOL, LLC and Avertising.com, Inc.*


Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta   GA   30309-4530
*AT&T*


Regina Stango Kelbon, Esquire
Joel Shapiro, Esquire
Blank Rome LLP
One Logan Square
Philadelphia   PA   19103
*Cellco Partnership, Verizon Wireless*


Bonnie Glantz Fatell, Esquire
Michael D. Debaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington   DE   19801
*Cellco Partnership, Verizon Wireless*


Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto   CA   94306
*Yahoo!, Inc. and Overture Services, Inc.*


Scott D. Rosen, Esquire
Cohn Birnbaum Shea
100 Pearl Street
Hartford   CT   06103-4500


David M LeMay, Esq.
Chadbourne and Parke LLP
30 Rockfeller Plaza
New York   NY   10112


Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*


Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*


Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York   NY   10022
*ACN Communications Services, Inc.*


David I. Swan, Esquire
McGuire Woods LLP
1750 Tysons Boulevard, Ste. 1800
McLean   VA   22102-4215
*Sprint Nextel Corporation*


Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue,
Suite 1501
Wilmington   DE   19801
*T-Mobile USA, Inc.*

# SN Liquidation, Inc.

## Service List

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Ste. 1200
Wilmington   DE   19801-1246
*Spanco Telesystems & Solutions*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington   DE   19899-2306
*Sprint Nextel Corporation*

Kevini A. Guerke, Esq.
Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington   DE   19801

John J. Monathan, Esquire
Lynne B. Xerras, Esquire
Diane N. Rallis, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston   MA   02116
*Microsoft Corporation*

Gilbert B. Weisman, Esquire
Backet and Lee LLP
P.O. Box 3001
Malvern   PA   19355-07
*American Express Travel Related Services Co, Inc. Corp. Card*

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street
Suite 800
Wilmington   DE   19801
*AT&T*

Kathleen M. Miller, Esquire
Smith Ktzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE   19899
*Alltel Communications, Inc.*

Marc Barreca, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle   WA   98104-1158
*Amazon Services, LLC*

Suzanna E. Ellefsen, Esqire
The PMA Insurance Group
380 Sentry Parkway
Blue Bell   PA   19422
*Pennsylvania Manufacturing Indemnity Company and Manufacturing Alliance Insurance Company*

Internal Revenue Service
844 King Street
Wilmington   DE   19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue
Ste. 1370
Wilmington   DE   19801

Deborah Waldmeir, Esquire
Michael A. Cox, Esquire
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd.
Suite 10-200
Detroit   MI   48202
*State of Michigan*

Paul Cataldo, Esquire
Assistant General Counsel
935 First Avenue
King of Prussia   PA   19406
*GSI Commerce Inc.*

# SN Liquidation, Inc.

## Service List

Tanya M. Tan, Esquire
Assistant General Counsel
30699 Russell Ranch Road
Suite 250
Westlake Village   CA   92362
*ValueClick, Inc.*

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street
9th Floor
Boston   MA   02110
*Iron Mountain Information Mgt Inc.*

J. Scott Bovitz, Esquire
Bovitz & Spitzer
880 W First Street
Suite 502
Los Angeles   CA   90012-2430

Eric C. Cotton, Esquire
Developers Diversified Realty Corp.
3300 Enterprise Parkway
P.O. Box 228042
Beachwood   OH   44122
*DDR SE WEndover & Duluth Reynolds*

Mark A. Salzberg, Esquire
Foley & Lardner LLP
3000 K Street NW
Suite 500
Washington   DC   20007-5101
*Alltel Communications*

Delaware Department of Revenue
Kent County
Thomas Collins Building
540 S. Dupont Highway
Dover   DE   19901

Joseph M. Gitto, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York   NY   10022
*Cosmocom.com*

David J. Coyle, Esquire
Shumaker Loop & Kendrick LLP
North Courthouse Square
1000 Jackson Street
Toledo   OH   43604-5573
*Continental Promotion Group*