IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 17, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

## CONTINUED/RESOLVED MATTERS:

1.  Motion of RadioShack Corporation for an Order Extending the Deadline by which parties must file Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale hearing [Filed 3/10/08, Docket No. 435]

    Response Deadline:

    March 21, 2008, at 4:00 p.m.; extended until April 25, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

    Related Documents:

    (a) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

    Response(s) Received:

    None at this time.

    Status:

    The parties have agreed to continue this matter to the May 2, 2008 at 10:00 a.m. omnibus hearing.

{00809225;v1}

2.     United States Trustee's Motion for an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case [Filed 3/17/08, Docket No. 454]

    Response Deadline:

        April 10, 2008 at 4:00 p.m.; extended until April 25, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

    Response(s) Received:

        None as of this date and time.

    Status:

        The parties have agreed to continue this matter to the May 2, 2008 at 10:00 a.m. omnibus hearing.

3.     Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/25/08, Docket No. 402]

    Response Deadline:

        March 14, 2008, at 4:00 p.m.

    Related Documents:

        (a)     Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Post-Petition Payments [Filed 3/14/08, Docket No. 449]

        (b)     Joinder of Debtors to Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/14/08, Docket No. 450]

        (c)     Joinder of the Official Committee of Unsecured Creditors in Adeptio's (A) Reply to Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/18/08, Docket No. 456]

        (d)     Order Approving the Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/28/08, Docket No. 474]

(e) Agreed Order Resolving (I) Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b) and (2) Qualution System, Inc.'s Objection to the Debtors Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/28/08, Docket No. 476]

Response(s) Received:

(a) Qualution Systems, Inc.'s Objection to Debtors' Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/29/08, Docket No. 412]

(b) Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 446]

(c) Declaration in Support of Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 447]

Status:

Orders have been entered with respect to the Motion. The parties have agreed to continue this matter to the June 13, 2008 at 11:00 a.m. omnibus hearing with respect to Yellow Page Authority, Ltd. only.

## UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:

4. Fourth Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/19/08, Docket No. 461]

Response Deadline:

April 10, 2008 at 4:00 p.m.

Related Documents:

(a) Certification of No Objection Regarding Docket No. 461 [Filed 4/14/08, Docket No. 503]

(b) Proposed Order Regarding Docket No. 461

Response(s) Received:

None as of this date and time.

Status:

A certification of no objection has been filed. No hearing is requested unless otherwise required by the Court.

**ADVERSARY PROCEEDING:**

5. *SN Liquidation, Inc., et al., v. Icon International, Inc.*, Adversary Proceeding No. 08-50288-KG

    Response Deadline:

    March 17, 2008 at 4:00 p.m., extended to March 24, 2008 at 4:00 p.m.

    Related Documents:

    (a)  Complaint *for Declaratory and Injunctive Relief* [Filed 2/15/08, Docket No. 1]

    (b)  Motion for Preliminary Injunction [Filed 2/15/08, Docket No. 2]

    (c)  Summons and Notice of Pretrial Conference Served on Defendant Icon International, Inc [Filed 2/15/08, Docket No. 3]

    (d)  Memorandum of Law *in Support of Debtors' Motion for Preliminary Injunction* [Filed 2/15/08, Docket No. 4]

    (e)  Order Granting Stipulation Extending Time to Reply [Filed 3/19/08, Docket No. 10]

    (f)  Order Granting Stipulation Extending Time to Reply [Filed 4/1/08, Docket No. 16]

    (g)  Order Granting Stipulation Extending Time to Reply [Filed 4/9/08, Docket No. 19]

{00809225;v1}

Response(s) Received:

(a) Answer and Affirmative Defenses [Filed 3/24/08, Docket No. 11]

(b) Memorandum of Law in Opposition to Plaintiff/Debtor's Motion for Preliminary Injunction [Filed 3/24/08, Docket No. 12]

Status:

This matter will go forward as an initial scheduling conference.

Dated: Wilmington, Delaware
April 15, 2008

**BAYARD, P.A.**

By: _/s/ M. Augustine_
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

and

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession

-5-