UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

FILED
2008 APR 15 AM 9: 41
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

STAR NUMBER, INC.,

Debtor(s).

Case No. 07-11670 KG

Chapter 13   07 - 11666 Lead

Honorable Kevin Gross

## AMENDED ADMINISTRATIVE EXPENSE PROOF OF CLAIM
**This claim is filed as an Amended Administrative Expense Claim and amends Claim Number 00 dated February 26, 2008, in the amount of $335.03.**

1. The undersigned, whose address is Cadillac Place, Ste. 10-200, 3030 W. Grand Blvd., Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2. The debtor herein, subsequent to the time of the filing of the petition initiating this case, has become indebted to this claimant in the sum of **$1,233.29**. The amount claimed is net of all payments, if any, made up to the date of the attached Sworn Summary of Claims. Interest and penalties continue to accrue pursuant to MCL 205.23(2).

3. The consideration for this debt is as follows: Withholding Tax liability(ies) due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4. This is a request for payment of administrative expenses entitled to priority under 11 USC 507(a)(1).

MICHAEL A. COX
Attorney General

/s/ Deborah B Waldmeir
Deborah B Waldmeir (P60869)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: April 10, 2008

**Please send payments to:
Department of Treasury/Revenue/AG
P.O. Box 30456
Lansing, MI 48909-7955**

**Payable to: State of MI-CD**

| Michigan Department of Treasury<br>4265 (11-04)<br>**Sworn Summary**<br>Issued under federal code, Title XI<br>**Type of Claim:** Administrative<br>Amended 4 | 29461678 | **Case Number:**<br>07-11670 KG<br>**Taxpayer Identification:**<br>5549 | *Page 1 of 1*<br>6605330<br>**Attorney General:**<br>ATTORNEY DETROIT |
|---|---|---|---|

STAR NUMBER, INC.
INPHONIC, INC., ET AL
1010 WISCONSIN AVENUE NW
SUITE 600
WASHINGTON, DC. 20007

**Other Identification:**
6690

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| P861800 | WTH | 03/14/08 | 6690 | JANUARY 2008 | * | $414.00 | $20.70 | $2.60 |
| P697311 | WTH | 01/11/08 | 6690 | 11/1/2007 - 11/30/2007 | * | $317.40 | $31.74 | $6.63 |
| P767085 | WTH | 02/08/08 | 6690 | DECEMBER 2007 | * | $414.00 | $20.70 | $5.52 |
| | | | | | | $1,145.40 | $73.14 | $14.75 |
| | | | | | **TOTAL CLAIM** | | $1,233.29 | |

**Debt Codes:**
WTH - WITHHOLDING TAX

* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature                                                                                              Date: 03/14/08

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                              Case No. 07-11670 KG

STAR NUMBER, INC.,                                  Chapter 13

                    Debtor(s).                     Honorable Kevin Gross
_____/

## PROOF OF SERVICE

The undersigned certifies that on April 10, 2008, a copy of the Amended Administrative Expense Proof of Claim, were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Neil Glassman
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington DE  19801

                                /s/ Starkema T. Jackson
                                Starkema T. Jackson
                                Legal Secretary
                                Cadillac Place, Ste. 10-200
                                3030 W. Grand Blvd.
                                Detroit, MI 48202
                                Telephone: (313) 456-0140

Dated:  April 10, 2008