**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 483 |

**LIMITED OBJECTION OF GENERAL ELECTRIC CAPITAL CORPORATION TO ASSUMPTION AND ASSIGNMENT OF LEASES PURSUANT TO NOTICE (FOURTH) OF DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (II) DEEMING THAT THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT**

COMES NOW General Electric Capital Corporation ("GE Capital"), and for its Limited Objection to the assumption and assignment of certain leases to Simplexity, LLC ("Simplexity"), states as follows:

**FACTS AND ARGUMENT**

1. On April 3, 2008, the Debtors filed the Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement (the "Assumption/Assignment Notice").

2. Pursuant to the Assumption/Assignment Notice, the Debtors seek to, among other things, assume and assign the following GE Capital copier leases (the "GE Leases") to Simplexity:

| Contract Number | Cure Amount |
|---|---|
| 7352061-004 | $4,651.34 |
| 7352061-011 | $1,278.64 |
| 7352061-009 | $1,924.20 |
| 7352061-013 | $1,214.74 |
| **TOTAL** | **$9,068.92** |

3. It is axiomatic that to assume and assign an executory contract pursuant to section 365 of the Bankruptcy Code, a debtor must, among other things, cure all prepetition and postpetition defaults associated with the contract it seeks to assume and assign.

4. The cure amounts listed by the Debtors in the Assumption/Assignment Notice are incorrect. Below is a table that identifies both the prepetition and postpetition defaults under the GE Leases.

| Contract Number | Prepetition Arrearage | Postpetition Arrearage | Aggregate Cure Amount |
|---|---|---|---|
| 7352061-004 | $3,898.85 | $4,335.43 | $8,234.28 |
| 7352061-011 | $623.98 | $1,699.56 | $2,323.54 |
| 7352061-009 | $1,307.44 | $3,754.44 | $5,061.88 |
| 7352061-013 | $1,060.30 | $1,237.78 | $2,298.08 |
| **TOTAL CURE** | | | **$17,917.78** |

5. Accordingly, if the Debtors want to assume and assign the GE Leases to Simplexity they must make cure payments in the aggregate amount of $17,917.78 (the

"Total Cure Amount").  Backup data supporting the Total Cure Amount is attached as Exhibit A hereto.

WHEREFORE GE Capital respectfully requests that the Court deny entry of the Proposed Order authorizing the assumption and assignment of the GE Copier leases unless the Total Cure Amounts identified herein are paid to GE Capital; and for such other and further relief as is just and equitable.

> /s/Daniel K. Hogan_____ _
> Daniel K. Hogan (DE #2814)
> **THE HOGAN FIRM**
> 1311 Delaware Avenue
> Wilmington, Delaware 19806
> Attorney for General Electric Capital Corporation