# EXHIBIT A

ACCOUNT NAME:           INPHONIC INC
ACCOUNT SCHEDULE        7352061-004   BALANCE DUE SUMMARY
By:                     Patty Poel
Case:                   38231
Petition Date:          11/8/2007

**A. OPEN/ACCRUED ITEMS:**

| | | | | |
|---|---|---|---|---|
| # Months Billed | 10/1/2007, 11/1/2007, 12/1/2007, 4 5/1/2008 | | | |
| Next Unbilled Payment Due Date: | 6/1/2008 | | | |
| | Monthly Unit Cost | | No. Months | Aggregate |
| 1) REGULAR PAYMENT | 1,770.19 | X | 1 | 1,770.19 |
| | 1,858.70 | X | 1 | 1,858.70 |
| 2) SALES/USE TAX | 88.51 | X | 1 | 88.51 |
| | 92.94 | X | 1 | 92.94 |
| 3) LATE CHARGES | 88.51 | X | 1 | 88.51 |
| | PRE-PETITION DUE | | | 3,898.85 |
| 1) REGULAR PAYMENT | 1,858.70 | X | 2 | 3,717.40 |
| 2) SALES/USE TAX | 92.94 | X | 2 | 185.88 |
| 3) LATE CHARGES | 92.94 | X | 4 | 371.76 |
| 4) L/C -PROP TAX | 3.90 | X | 1 | 3.90 |
| | 23.22 | X | 1 | 23.22 |
| | 33.27 | X | 1 | 33.27 |
| | POST-PETITION DUE | | | 4,335.43 |

**B. PROPERTY TAX CHARGES:**

| Unit Cost | No. Months | Aggregate |
|---|---|---|
| | | 0.00 |

**C. REMAINING AMOUNTS DUE:**

# Months Remaining after Past due :
$1,858.70   X   5

| | |
|---|---|
| 1. Remaining Payments Equipment Rental Charges: | |
| 2. Remaining Payments Sales Tax: | 842.05 |
| 3. Rental Stream Present Value @ 6% from Remaining Payments: | 9,155.71 |
| 4. Residual: | 7,685.19 |
| 5. Guaranteed Purchase Option: | 0.00 |
| **TOTAL REMAINING PAYMENTS/PETITION:** | 17,682.95 |

**D. TOTAL TRANSACTION TERMS:**

| Months | 36 | Planned End Date: | 10/1/2008 |
|---|---|---|---|

**D. Equipment**
| | |
|---|---|
| 1. Gross Equipment Sale Proceeds: | 0.00 |
| 2. Letter of credit cashed: | 0.00 |
| 3. Repossession/Resale Expenses: | 0.00 |
| **GRAND TOTAL INCLUDING RESIDUAL** | 25,917.23 |

(This total does not include applicable legal fees which will be charged to the lessee)

Equipment description:
                        **SEE DOCS**

```
ACCOUNT NAME:            INPHONIC INC
ACCOUNT SCHEDULE         7352061-009   BALANCE DUE SUMMARY
By:                      Patty Poel
Case:                    38231
Petition Date:           11/8/2007
```

### A. OPEN/ACCRUED ITEMS:

|  |  |  |  |  |
|---|---|---|---|---|
| | 10/24/2007, | | | |
| | 11/24/2007, | | | |
| | 4/24/2008, | | | |
| # Months Billed | 4  5/24/2008 | | | |
| Next Unbilled Payment Due Date: | 6/24/2008 | | | |
| | Monthly Unit Cost | | No. Months | Aggregate |
| 1) REGULAR PAYMENT | 1,130.00 | X | 1 | 1,130.00 |
| 2) SALES/USE TAX | 64.98 | X | 1 | 64.98 |
| 3) LATE CHARGES | 56.50 | X | 1 | 56.50 |
| 4) L/C -PROP TAX | 55.96 | X | 1 | 55.96 |
| | PRE-PETITION DUE | | | 1,307.44 |
| 1) REGULAR PAYMENT | 1,130.00 | X | 3 | 3,390.00 |
| 2) SALES/USE TAX | 64.98 | X | 3 | 194.94 |
| 3) LATE CHARGES | 56.50 | X | 3 | 169.50 |
| | POST-PETITION DUE | | | 3,754.44 |

### B. PROPERTY TAX CHARGES:

| Unit Cost | No. Months | Aggregate |
|---|---|---|
| | | 0.00 |

### C. REMAINING AMOUNTS DUE:

# Months Remaining after Past due :

$1,130.00   X   18

| | |
|---|---|
| 1. Remaining Payments Equipment Rental Charges: | |
| 2. Remaining Payments Sales Tax: | 1,391.45 |
| 3. Rental Stream Present Value @ 6% from Remaining Payments: | 19,405.23 |
| 4. Residual: | 4,793.94 |
| 5. Guaranteed Purchase Option: | 0.00 |
| **TOTAL REMAINING PAYMENTS/PETITION:** | 25,590.62 |

### D. TOTAL TRANSACTION TERMS:

| Months | 36 | Planned End Date: | 11/24/2009 |
|---|---|---|---|

### D. Equipment

| | |
|---|---|
| 1. Gross Equipment Sale Proceeds: | 0.00 |
| 2. Letter of credit cashed: | 0.00 |
| 3. Repossession/Resale Expenses: | 0.00 |
| **GRAND TOTAL INCLUDING RESIDUAL** | 30,652.50 |

(This total does not include applicable legal fees which will be charged to the lessee)

Equipment description:   **SEE DOCS**

```
ACCOUNT NAME:              INPHONIC INC
ACCOUNT SCHEDULE           7352061-011   BALANCE DUE SUMMARY
By:                        Patty Poel
Case:                      38231
Petition Date:             11/8/2007
```

**A. OPEN/ACCRUED ITEMS:**

|  |  | 10/28/2007, 11/28/2007, 4/28/2008, |  |  |
|---|---|---|---|---|
| # Months Billed | | 4  5/28/2008 | | |
| Next Unbilled Payment Due Date: | 6/28/2008 | | | |
| | Monthly Unit Cost | | No. Months | Aggregate |
| 1) REGULAR PAYMENT | 511.53 | X | 1 | 511.53 |
| 2) SALES/USE TAX | 29.41 | X | 1 | 29.41 |
| 3) LATE CHARGES | 25.58 | X | 2 | 51.16 |
| 4) L/C -PROP TAX | 24.88 | X | 1 | 24.88 |
| 5) PPTX ADMIN FEE | 7.00 | X | 1 | 7.00 |
| | PRE-PETITION DUE | | | 623.98 |
| 1) REGULAR PAYMENT | 511.53 | X | 3 | 1,534.59 |
| 2) SALES/USE TAX | 29.41 | X | 3 | 88.23 |
| 3) LATE CHARGES | 25.58 | X | 3 | 76.74 |
| | POST-PETITION DUE | | | 1,699.56 |

**B. PROPERTY TAX CHARGES:**

| | Unit Cost | | No. Months | Aggregate |
|---|---|---|---|---|
| 1) PROPERTY TAX | 497.64 | X | 1 | 497.64 |
| | | | | 497.64 |

**C. REMAINING AMOUNTS DUE:**

# Months Remaining after Past due :
$511.53   X   21

1. Remaining Payments Equipment Rental Charges:
2. Remaining Payments Sales Tax:                                708.08
3. Rental Stream Present Value @ 6% from Remaining Payments:   10,173.30
4. Residual:                                                    2,141.15
5. Guaranteed Purchase Option:                                      0.00
**TOTAL REMAINING PAYMENTS/PETITION:**                         13,022.53

**D. TOTAL TRANSACTION TERMS:**

Months                    36           Planned End Date:       2/28/2010

**D. Equipment**
1. Gross Equipment Sale Proceeds:                                   0.00
2. Letter of credit cashed:                                         0.00
3. Repossession/Resale Expenses:                                    0.00

               **GRAND TOTAL INCLUDING RESIDUAL**           15,843.71

(This total does not include applicable legal fees which will be charged to the lessee)

Equipment description:
              **SEE DOCS**

| | | |
|---|---|---|
| ACCOUNT NAME: | INPHONIC INC | |
| ACCOUNT SCHEDULE | 7352061-013  BALANCE DUE SUMMARY | |
| By: | Patty Poel | |
| Case: | 38231 | |
| Petition Date: | 11/8/2007 | |

**A. OPEN/ACCRUED ITEMS:**

|  | | | | |
|---|---|---|---|---|
| # Months Billed | 11/28/2007, 9/28/2007, 10/28/2007, 4 4/28/2008 | | | |
| Next Unbilled Payment Due Date: | 5/28/2008 | | | |
|  | Monthly Unit Cost | | No. Months | Aggregate |
| 1) REGULAR PAYMENT | 461.00 | X | 2 | 922.00 |
| 2) SALES/USE TAX | 23.05 | X | 2 | 46.10 |
| 3) LATE CHARGES | 23.05 | X | 4 | 92.20 |
|  | PRE-PETITION DUE | | | 1,060.30 |
| 1) REGULAR PAYMENT | 169.03 | X | 1 | 169.03 |
|  | 461.00 | X | 2 | 922.00 |
| 2) SALES/USE TAX | 8.45 | X | 1 | 8.45 |
|  | 23.05 | X | 2 | 46.10 |
| 3) LATE CHARGES | 23.05 | X | 4 | 92.20 |
|  | POST-PETITION DUE | | | 1,237.78 |

**B. PROPERTY TAX CHARGES:**

| Unit Cost | No. Months | Aggregate |
|---|---|---|
| | | 0.00 |

**C. REMAINING AMOUNTS DUE:**

# Months Remaining after Past due :
$461.00   X   26

| | |
|---|---|
| 1. Remaining Payments Equipment Rental Charges: | |
| 2. Remaining Payments Sales Tax: | 658.46 |
| 3. Rental Stream Present Value @ 6% from Remaining Payments: | 11,213.37 |
| 4. Residual: | 1,955.76 |
| 5. Guaranteed Purchase Option: | 0.00 |
| **TOTAL REMAINING PAYMENTS/PETITION:** | 13,827.59 |

**D. TOTAL TRANSACTION TERMS:**

| Months | 36 | Planned End Date: | 6/28/2010 |
|---|---|---|---|

**D. Equipment**

| | |
|---|---|
| 1. Gross Equipment Sale Proceeds: | 0.00 |
| 2. Letter of credit cashed: | 0.00 |
| 3. Repossession/Resale Expenses: | 0.00 |
| **GRAND TOTAL INCLUDING RESIDUAL** | 16,125.67 |

(This total does not include applicable legal fees which will be charged to the lessee)

Equipment description:     **SEE DOCS**