## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by: (i) Notice of Electronic Filing to all parties designated in the CM/ECF system on this 16th day of April, 2008 ; and (ii) federal express on the parties listed below on the 17th day of April, 2008:

SN Liquidation Inc.,
f/k/a InPhonic, Inc.,
1010 Wisconsin Ave NW, Suite 600
Washington, D.C. 2007
Attn: Joseph Meyers

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Thomas Califano

Bayard, P.A.
222 Delaware Avenue, Suite 600
P.O. Box 25130
Wilmington, DE 19899
Attn: Neil B. Glassman

Goldsmith-Agio-Helms/Lazard
Middle Market
11 West 42nd Street, 29th Floor
New York, NY 10036
Attn: Andrew Torgrove

Simplexity LLC
c/o Circa Center 2929 Arch Street
Philadelphia, PA 19104
Attn: David Lorry

Kirkland and Ellis LLP
2000 East Randolph Drive
Chicago, IL 60601
Attn: Anup Sathy

Reed Smith LLP
1201 Market Street
Wilmington Delaware 19801
Attn: Kurt Gwynne

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)