# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 17, 2008 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matters:*

1) Omnibus
   **R / M #:**   506 / 0

2) **ADV: 1-08-50288**
   **SN Liquidation, Inc. et., al., vs Icon International, Inc.**
   Scheduling Conference
   **R / M #:**   21 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 5/2/08 @ 10:00 a.m.
#2 - Continued to 5/2/08 @ 10:00 a.m.
#3 - The Yellow Page Authority, Ltd. is continued to 6/13/08
#4 - CNO Filed and Order Signed
#5 - Adv. 08-50288 - Date Set: 5/8/08 @ 2:00 pm - Oral Argument, Icon Preliminary Injunction motion, order to be submitted as stipulation.