# SIGN-IN-SHEET

**CASE NAME:** SN LIQUIDATION, INC.     **COURTROOM LOCATION:** 3
**CASE NO.:** 07-11666 - KG     **DATE:** 4/17/08

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Pawlitz (Telephonic Appearance) | | |
| David Agay (Telephonic Appearance) | | |
| Mary Augustine | Kirkland & Ellis | Adeptio INPC Funding |
| Guido Cogni | Bayard | The Debtors |
| Jim Decker | Cozen Smith | The Committee |
| | Cohen & Green | Seen |