IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |

**OBJECTION OF THE MICHIGAN DEPARTMENT OF TREASURY
TO THE JOINT PLAN OF LIQUIDATION
OF SN LIQUIDATION, INC., *ET AL.***

**NOW COMES** the State of Michigan, Department of Treasury by and through its attorneys, Michael A. Cox, Attorney General and Deborah Benedict Waldmeir, Assistant Attorney General and objects to the Joint Plan of Liquidation and Disclosure Statement of SN Liquidation, Inc. as follows:

1. The debtors filed their petition for bankruptcy under Chapter 11 of the Bankruptcy Code on November 8, 2007.

2. The business activities of the debtors resulted in liabilities to Treasury for withholding taxes pursuant to 1967 PA 281 and use taxes pursuant to 1937 PA 94.

3. Treasury filed administrative, priority and general unsecured tax claims against Debtors in the respective amounts of $1,233.29, $16,291.26, and $3,488.46.

4. The Debtors' plan does not provide for the payment of interest on Treasury's Administrative and Priority Tax Claims in the event that Administrative and Priority Tax Claims are not paid on the Distribution Date.

1

5.      Section 511 from the Bankruptcy Abuse Prevention and Consumer Protection Act, 11 USC § 511 determines the rate of interest on tax claims. Section 511 states:

> "If any provision of this title requires the payment of interest on a tax claim or on an administrative tax, or the payment of interest to enable a creditor to receive the present value of the allowed amount of a tax claim, the rate of interest shall be the rate determined under applicable nonbankruptcy law."

Treasury's current interest rate for bankruptcy tax claims is 9 %.

Notwithstanding 11 USC § 511 which requires the rate determined under applicable nonbankruptcy law, pursuant to 11 USC § 1129(a) (9) (C) interest on priority and secured tax claims must be paid at a rate determined by the "prevailing market rate for a loan of a term equal to the payout period, with due consideration of the quality of the security and the risk of subsequent default." See *In re Camino Real landscape Maintenance Contractors*, 818 F2d 1503, 1505 (9th Cir. 1987).

**WHEREFORE**, it is prayed that this Court deny confirmation of the Joint Plan of Liquidation of Debtors and grant the Michigan Department of Treasury such relief as is just and proper.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/Deborah Benedict Waldmeir
Deborah Benedict Waldmeir (P60869)
Assistant Attorney General
3030 W. Grand Blvd
Ste 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
Fax: (313) 456-0141

Dated: April 22, 2008

2