## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                        :
In re:                                  :           Chapter 11
                                        :
SN LIQUIDATION, INC., et al.,           :           Case No. 07-11666 (KG)
                                        :
          Debtors.                      :           (Jointly Administered)
                                        :
_____:

## PROOF OF SERVICE

STATE OF MICHIGAN )
                  ) ss.
COUNTY OF WAYNE  )

The undersigned certifies that on April 22, 2008, a copy of the Objection of the Michigan
Department of Treasury to the Joint Plan of Liquidation of SN Liquidation, Inc., et al.
was served upon the following parties either electronically or by depositing said copies in
the U.S. Mail, postage prepaid:

DLA PIPER US LLP                        BAYARD P.A.
Thomas R. Califano                      Neil B. Glassmann (No. 2087)
Jeremy R. Johnson                       Mary E. Augustine (No. 4477)
1251 Avenue of the Americas             222 Delaware Avenue, Suite 900
New York, New York 10020                Wilmington, Delaware 19899

REED SMITH LLP
Kurt F. Gwynne (No. 3951)               Robert P. Simons (admitted in PA)
1201 Market street, Suite 1500          Claudia Z. Springer  (admitted in PA)
Wilmington, DW 19801                    Joshua C. Lewis (admitted in PA)


                                        /S/ Deborah Benedict Waldmeir
                                        Deborah Benedict Waldmeir
                                        Assistant Attorney General
                                        Department of Attorney General
                                        3030 W. Grand Boulevard
                                        Suite 10-200
                                        Detroit, MI  48202
                                        (313)  456-0140