# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 10, 2008
Re: Chapter 11 Representation                                 Invoice #977024
File # 33006-00001- NBG                                              Page 50

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02-05-08 | Review bar date notice for publication | MEA | 0.20 | 62.00 |
| 02-05-08 | Telephone call with S. Ordany re: bar date publication notices | MEA | 0.30 | 93.00 |
| 02-06-08 | Review Sallie Mae withdrawal of claim and email to claims agent regarding same | NBG | 0.10 | 72.50 |
| 02-07-08 | Email regarding rebate claims from M. Augustine and review motion to limit notice to rebate claimants prepared by DLA and email from Mark Smith regarding same | NBG | 0.20 | 145.00 |
| 02-07-08 | Email to Working Group re: DS3 administrative claim | MEA | 0.20 | 62.00 |
| 02-08-08 | Review N. Glassman email regarding rebate claims motion and office conferences with M. Augustine regarding same | CDD | 0.30 | 180.00 |
| 02-08-08 | Review motion regarding rebate claims and add language | CDD | 0.20 | 120.00 |
| 02-08-08 | Review M. Augustine email to co-counsel regarding motion on rebate claims | CDD | 0.10 | 60.00 |
| 02-08-08 | Office conference with M. Augustine regarding deadline to object to allowed rebate claims | CDD | 0.10 | 60.00 |
| 02-08-08 | TC - Califano regarding issues with bar date notice (.1) and email to BMC (Brad Daniel) regarding same | NBG | 0.20 | 145.00 |
| 02-08-08 | More emails with Brad Daniel, Jeremy Johnson, Meg Augustine, Rosemarie Scrette | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                               Invoice #977024
File # 33006-00001- NBG                                           Page 51

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | regarding serving rebate claimants with notice of bar date and email to M. Augustine regarding possible need for supplemental order; TC - Meg regarding same | NBG | 0.30 | 217.50 |
| 02-08-08 | Read Waterfront's Motion to Compel Rent Payment and exhibit and proposed order and note to M. Augustine regarding same; emails from M. Augustine regarding response and to her | NBG | 0.20 | 145.00 |
| 02-08-08 | Review/comment on motion to limit notice and emails from and to M. Augustine regarding same and to J. Johnson regarding same | NBG | 0.30 | 217.50 |
| 02-08-08 | Email instructions to BMC regarding service of notice to rebate creditors (.1) and email to M. Augustine regarding same and from her regarding revised Schedule F (.1) | NBG | 0.20 | 145.00 |
| 02-08-08 | Letter from rebate claimant and email to M. Augustine regarding response | NBG | 0.10 | 72.50 |
| 02-08-08 | More emails regarding revisions to motion to limit notice to rebate claimants (with M. Augustine and to Mark Smith) | NBG | 0.20 | 145.00 |
| 02-08-08 | Telephone call with N. Glassman re: bar date notice | MEA | 0.10 | 31.00 |
| 02-08-08 | Emails to claims agent re: service on rebate creditors | MEA | 0.10 | 31.00 |
| 02-08-08 | Attention to filing and service of motion to limit | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                                Invoice #977024
File # 33006-00001- NBG                                      Page 52

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|          | notice | MEA | 0.20 | 62.00 |
| 02-08-08 | Email exchanges with BMC re: service to rebate creditors | MEA | 0.30 | 93.00 |
| 02-08-08 | Email exchange re: bar date notice with BMC | MEA | 0.30 | 93.00 |
| 02-08-08 | Finalize/review/revise motion to limit notice | MEA | 1.10 | 341.00 |
| 02-10-08 | Emails from J. Johnson and M. Augustine regarding motion to compel payment of administrative claim by Waterfront landlord and emails to M. Augustine regarding same | NBG | 0.20 | 145.00 |
| 02-11-08 | Review N. Glassman and M. Augustine email exchanges related to motion by WC Ltd for administrative claim | CDD | 0.20 | 120.00 |
| 02-11-08 | Correspondence with M. Augustine regarding DS3 admin. claim | NBG | 0.10 | 72.50 |
| 02-11-08 | Office conference with J. Edelson regarding Waterfront objection | MEA | 0.20 | 62.00 |
| 02-11-08 | Review APA and hearing transcript regarding waterfront claim | MEA | 0.60 | 186.00 |
| 02-13-08 | Attention to objection re months rent requested. | JKE | 0.20 | 43.00 |
| 02-13-08 | Research re 365 and 503. | JKE | 0.60 | 129.00 |
| 02-13-08 | Meeting with MEA re objection and research. | JKE | 0.40 | 86.00 |
| 02-14-08 | Review letter from rebate claimant (Alysha Troxell) and email from Shepacarter and to M. Augustine regarding same | NBG | 0.10 | 72.50 |
| 02-15-08 | Draft objection to waterfront motion | JKE | 0.70 | 150.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 10, 2008
Re: Chapter 11 Representation                           Invoice #977024
File # 33006-00001- NBG                                      Page 53

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02-15-08 | Email to D. Agay regarding position regarding Waterfront lease | MEA | 0.20 | 62.00 |
| 02-18-08 | Telephone call with V. Roldan to S. Bogorad re: Waterfront objection | MEA | 0.10 | 31.00 |
| 02-18-08 | Telephone call with V. Roldan and D.Agary re: Waterfront objection | MEA | 0.20 | 62.00 |
| 02-18-08 | Telephone call with J. Edelson re: Waterfront objection | MEA | 0.20 | 62.00 |
| 02-18-08 | Telephone call with V. Roldan and J. Johnson re: Waterfront objection | MEA | 0.50 | 155.00 |
| 02-18-08 | Re-work Waterfront objection | MEA | 1.20 | 372.00 |
| 02-18-08 | Revise Waterfront objection | MEA | 1.60 | 496.00 |
| 02-18-08 | Further revise J. Edelson draft of Waterfront objection | MEA | 2.00 | 620.00 |
| 02-19-08 | Discussion with M. Augustine; Search proofs of claim for Waterfront and RB Associates in BMC Group website | EM | 0.20 | 41.00 |
| 02-19-08 | Correspondence with Agay and Augustine and emails to Bogorad (Waterfront landlord's counsel) regarding settlement talks and review correspondence from Leach and RB Properties regarding office move and discuss with Meg | NBG | 0.30 | 217.50 |
| 02-19-08 | Work on objection to motion to compel payment of 365(d)(3) claim | NBG | 0.20 | 145.00 |
| 02-19-08 | Correspondence to and from Dorene regarding her | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                                Invoice #977024
File # 33006-00001- NBG                                      Page 54

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | comments on draft objection to lease | NBG | 0.10 | 72.50 |
| 02-19-08 | Confer with M. Augustine regarding settlement approach to Waterfront landlord admin. claim (.2); follow up email to landlord's counsel regarding extension of deadline to object to motion to compel (.1) | NBG | 0.30 | 217.50 |
| 02-19-08 | Email from Evan MacQueen regarding rebate claims and instructions regarding response; draft email to claims agent | NBG | 0.20 | 145.00 |
| 02-19-08 | TC - Robotti regarding Waterfront lease admin claim (.1) and review and comment on draft objection (.3) | NBG | 0.40 | 290.00 |
| 02-19-08 | Further revise Waterfront objection and circulate to group | MEA | 0.50 | 155.00 |
| 02-19-08 | Circulate Waterfront objection for further comment | MEA | 0.10 | 31.00 |
| 02-19-08 | Email exchange with N. Glassman regarding Waterfront objection | MEA | 0.20 | 62.00 |
| 02-19-08 | Office conference with J. Edelson regarding Waterfront objection | MEA | 0.20 | 62.00 |
| 02-19-08 | Further revise Waterfront objection | MEA | 0.90 | 279.00 |
| 02-19-08 | Call with N. Glassman regarding Waterfront objection | MEA | 0.20 | 62.00 |
| 02-19-08 | Call to L. Suprum regarding case law for Waterfront | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                               Invoice #977024
File # 33006-00001- NBG                                            Page 55

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | objection | MEA | 0.20 | 62.00 |
| 02-19-08 | Calls to S. Bogorad regarding Waterfront objection | MEA | 0.30 | 93.00 |
| 02-19-08 | Email exchanges with V. Roldan regarding Waterfront objection | MEA | 0.20 | 62.00 |
| 02-19-08 | Email exchange with S. Bogorad regarding settlement call | MEA | 0.30 | 93.00 |
| 02-19-08 | Research regarding defense to Waterfront motion | MEA | 1.30 | 403.00 |
| 02-19-08 | Waterfront settlement conference call | MEA | 0.50 | 155.00 |
| 02-19-08 | Call to N. Glassman regarding Waterfront settlement | MEA | 0.10 | 31.00 |
| 02-19-08 | Call to K. Gwynne regarding Waterfront settlement | MEA | 0.10 | 31.00 |
| 02-20-08 | Review Adeptio's Response to Motion to Compel | NBG | 0.20 | 145.00 |
| 02-20-08 | Correspondence to Comm. counsel regarding possible settlement of Waterfront landlord's admin. claim and instructions to M. Augustine regarding same | NBG | 0.10 | 72.50 |
| 02-20-08 | Correspondence with Claudia Springer regarding Waterfront 11 claim, possible settlement and review M. Augustine email to Claudia | NBG | 0.10 | 72.50 |
| 02-20-08 | Telephone call with C. Springer regarding Waterfront motion and email exchange regarding same | MEA | 0.30 | 93.00 |
| 02-20-08 | Email to S. Bogorad regarding Waterfront lease | MEA | 0.10 | 31.00 |

# The Bayard Firm

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 10, 2008
Re: Chapter 11 Representation                            Invoice #977024
File # 33006-00001- NBG                                         Page 56

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02-20-08 | Telephone call to C. Springer regarding Waterfront lease | MEA | 0.10 | 31.00 |
| 02-20-08 | Revise Waterfront objection and attention to filing and service of same | MEA | 0.70 | 217.00 |
| 02-21-08 | Call with S. Bogard regarding Waterfront claim | MEA | 0.20 | 62.00 |
| 02-21-08 | More correspondence with Augustine and Roldan regarding Waterfront 11 claim | NBG | 0.10 | 72.50 |
| 02-22-08 | Emails from Agay and to Bogorad and Bifferato regarding Waterfront 11 claim | NBG | 0.10 | 72.50 |
| 02-22-08 | Telephone call with S. Bogard regarding Waterfront claim | MEA | 0.20 | 62.00 |
| 02-22-08 | Email to D. Agay regarding Waterfront settlement | MEA | 0.10 | 31.00 |
| 02-25-08 | Emails from Agay regarding Waterfront landlord claim and email to M. Augustine regarding same; emails to Agay regarding same; TC - Meg | NBG | 0.50 | 362.50 |
| 02-25-08 | Review Qualution motion to compel payment of admin. expense claims and note to Meg regarding response to same and review exhibits | NBG | 0.30 | 217.50 |
| 02-25-08 | Telephone call with N. Glassman regarding Waterfront claim | MEA | 0.10 | 31.00 |
| 02-25-08 | Email exchange with S. Bogorad regarding continuing Waterfront hearing | MEA | 0.20 | 62.00 |
| 02-25-08 | Email exchange with N. | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 10, 2008
Re: Chapter 11 Representation                                 Invoice #977024
File # 33006-00001- NBG                                              Page 57

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Glassman regarding Waterfront claim | MEA | 0.20 | 62.00 |
| 02-25-08 | Review N. Glassman email exchanges regarding Waterfront claim | MEA | 0.30 | 93.00 |
| 02-25-08 | Email to D. Agay regarding December base rent | MEA | 0.10 | 31.00 |
| 02-25-08 | Email to C. Springer regarding Waterfront settlement | MEA | 0.10 | 31.00 |
| 02-26-08 | Review and respond to several e-mails from BMC Group regarding postcard mailing to rebate creditors | EM | 0.20 | 41.00 |
| 02-27-08 | Confer with M. Augustine regarding Qualution Systems and Waterfront 11's admin. claims | NBG | 0.20 | 145.00 |
| 02-27-08 | Telephone call to  K. Gwynne regarding Waterfront resolution | MEA | 0.10 | 31.00 |
| 02-27-08 | Telephone call to K. Gwynne re: Waterfront issue | MEA | 0.10 | 31.00 |
| 02-28-08 | Review proof of claim and forward to BMC re State of New Jersey Division of Taxation | EM | 0.20 | 41.00 |
| 02-28-08 | Review POC and forward to BMC Group | EM | 0.20 | 41.00 |
| 02-28-08 | More correspondence with Agay and Augustine regarding Waterfront 11 rent claim (.1); TC - Joe Myers regarding same (.1) | NBG | 0.20 | 145.00 |
| 02-28-08 | Review motion for payment of admin. claim filed by State of Michigan | NBG | 0.10 | 72.50 |
| 02-28-08 | Correspondence with Robotti regarding Qualution admin. | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                             Invoice #977024
File # 33006-00001- NBG                                          Page 58

| | Date | Description of Services | Atty | Hours | Amount |
|---|------|------------------------|------|-------|--------|
| | | claim | NBG | 0.10 | 72.50 |
| | 02-28-08 | Transmit qualution administration motion to D. Robotti | MEA | 0.10 | 31.00 |
| | 02-29-08 | Correspondence with Englehardt and Robotti regarding Qualution claim/possible resolution | NBG | 0.10 | 72.50 |
| | 02-29-08 | TC - Robotti regarding Qualution claim | NBG | 0.10 | 72.50 |
| | 02-29-08 | Letter from Global Crossing regarding its post-petition claim and email to Agay regarding same | NBG | 0.10 | 72.50 |
| | 02-29-08 | Emails with Gwynne and Califano regarding payment of certain administrative claims | NBG | 0.20 | 145.00 |
| PL | Plan | | | | |
| | 02-04-08 | Office conference with N. Glassman regarding plan going forward in InPhonic | MEA | 0.30 | 93.00 |
| | 02-05-08 | Call to Dorene regarding case status, plan process and email to her regarding omnibus hearing dates and critical dates | NBG | 0.60 | 435.00 |
| | 02-06-08 | Email from and to D. Robotti regarding meeting today with creditors committee counsel, issues to be raised (including plan confirmation process) | NBG | 0.20 | 145.00 |
| | 02-06-08 | Review/comment on draft plan | NBG | 0.50 | 362.50 |
| | 02-06-08 | OC - C. Davis regarding assisting with Plan confirmation process | NBG | 0.10 | 72.50 |
| | 02-07-08 | Emails to and from Robotti | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 10, 2008
Re: Chapter 11 Representation                              Invoice #977024
File # 33006-00001- NBG                                          Page 59

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | regarding draft plan and emails to and from Califano regarding meeting with Myers and Robotti regarding confirmation and winddown process | NBG | 0.20 | 145.00 |
| 02-07-08 | Review D. Robotti and N. Glassman email regarding meeting with DLA and plan/disclosure statement | CDD | 0.10 | 60.00 |
| 02-07-08 | Email to and from Califano regarding conference call tomorrow on plan and corp. gov. issues | NBG | 0.10 | 72.50 |
| 02-08-08 | Discuss motion to extend exclusivity with M. Augustine | CDD | 0.10 | 60.00 |
| 02-08-08 | TC - Califano regarding plan process/access to information from Simplexity issues, creditor trust, solicitation, noticing rebate claimants | NBG | 0.30 | 217.50 |
| 02-08-08 | Calendar deadline to file exclusivity extension motion | MEA | 0.10 | 31.00 |
| 02-08-08 | Calendar deadline re: 365(d)(4) motion | MEA | 0.10 | 31.00 |
| 02-08-08 | Research re: timing for filing of exclusivity extension motion | MEA | 0.30 | 93.00 |
| 02-13-08 | Correspondence with Robotti, Myers and Augustine regarding setting up meeting or call among Clear Thinking Group, DLA and Bayard (.2); review and comment on draft plan (.8); email to M. Augustine regarding same (.2) | NBG | 1.20 | 870.00 |

# The Bayard Firm

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 10, 2008
Re: Chapter 11 Representation                                 Invoice #977024
File # 33006-00001- NBG                                       Page 60

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 02-14-08 | Discuss exclusivity motion with MEA | DAO | 0.10 | 24.00 |
| 02-15-08 | Working group call with Califano, Johnson, Augustine, Edelson, Myers, Robotti regarding all winddown issues, confirmation process, info sharing with Simplexity, funding from Simplexity, director and officer litigation | NBG | 1.00 | 725.00 |
| 02-15-08 | Discuss exclusivity with MEA | DAO | 0.10 | 24.00 |
| 02-18-08 | Work on revising information request and emails from and to Denise Englehart regarding same; email instructions to Edelson and Augustine | NBG | 0.60 | 435.00 |
| 02-19-08 | Email to Dorene and Meg regarding status of information request and response | NBG | 0.10 | 72.50 |
| 02-20-08 | Emails from Robotti and to Johnson regarding information requests directed to Simplexity and suggest additions to list | NBG | 0.20 | 145.00 |
| 02-21-08 | Correspondence from Dorene to Jeremy regarding information/doc. request directed to Simplexity and response | NBG | 0.10 | 72.50 |
| 02-22-08 | Email from Myers regarding information sharing protocol and call from Leach regarding same and email to Robotti and Augustine regarding same | NBG | 0.20 | 145.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                                Invoice #977024
File # 33006-00001- NBG                                      Page 61

|  | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
|  | 02-29-08 | Draft exclusivity motion | DAO | 2.00 | 480.00 |
| SA | | Use, Sale or Lease of Property | | | |
|  | 02-04-08 | Emails to and from Cohen and Califano regarding meeting in March | NBG | 0.10 | 72.50 |
|  | 02-05-08 | Review M. Augustine email to Robotti and attachments and email to them regarding 13 week budget, source and use of funds | NBG | 0.20 | 145.00 |
|  | 02-06-08 | Review e-mail from  M. Augustine; Retrieve from docket and forward to M. Augustine Order Approving Sale | EM | 0.10 | 20.50 |
|  | 02-12-08 | Email from J. Johnson regarding winddown stip. and call to him regarding same; review revised draft; call to Califano regarding same | NBG | 0.20 | 145.00 |
|  | 02-13-08 | Email from Roldan regarding Overture contract motion and review Agreement for Post-Petition Services being assumed and assigned as amended Overture Services Agreement | NBG | 0.20 | 145.00 |
|  | 02-19-08 | Research re 365d3 and unexpired leases. | JKE | 1.50 | 322.50 |
| TR | | Trustee Reporting/Schedules | | | |
|  | 02-08-08 | Call to Shepacarter (left message) and email to M. Augustine regarding same | NBG | 0.10 | 72.50 |
|  | 02-08-08 | Email sample notice to M. Smith re: amendments to schedules | MEA | 0.10 | 31.00 |
|  | 02-08-08 | Telephone calls with M. | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 10, 2008
Re: Chapter 11 Representation                            Invoice #977024
File # 33006-00001- NBG                                  Page 62

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Smith re: amendments to schedules | MEA | 0.30 | 93.00 |
| 02-08-08 | Attention to filing of amended Schedule F | MEA | 0.30 | 93.00 |
| 02-11-08 | Call to Shepacarter and correspondence with DR regarding prep of MOR's and email to M. Augustine regarding setting up meeting with DLA to transfer information | NBG | 0.20 | 145.00 |
| 02-12-08 | TC - Shepacarter regarding corporate governance and winddown issues (.2); call to Califano regarding same and leave voicemail message (.1) | NBG | 0.30 | 217.50 |
| 02-12-08 | Emails from and to Miranda, Serrette, Augustine regarding filing amended schedules and instructions regarding timing of same; confirm paralegal availability | NBG | 0.10 | 72.50 |
| 02-12-08 | Email exchange regarding filing of revised schedules | MEA | 0.10 | 31.00 |
| 02-13-08 | Review revised bankruptcy schedules we filed today and email to and from M. Augustine regarding same | NBG | 0.20 | ´145.00 |
| 02-13-08 | Discussion with M. Augustine; Prepare notice of filing amended schedule F, part 2; Attention to scanning remainder of amendments to Schedule F; E-file amendment to schedule F; Send e-mail to BMC regarding same | EM | 1.20 | 246.00 |

# The Bayard Firm

---

| | |
|---|---|
| SN Liquidation, Inc. (fka InPhonic, Inc.) | April 10, 2008 |
| Re: Chapter 11 Representation | Invoice #977024 |
| File # 33006-00001- NBG | Page 63 |

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-14-08 | Attention to emails regarding filing corrected page to amended schedules from BMC and M. Augustine | NBG | 0.10 | 72.50 |
| 02-15-08 | Review emails regarding UST correspondence and Clear Thinking from N. Glassman | MEA | 0.20 | 62.00 |

**UM   Utility Matters**

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-29-08 | Forward Utility correspondence to D. Agay | MEA | 0.10 | 31.00 |

```
                                                 ------------
```

|  | | | |
|---|---|---|---|
| Total Fees | | $ | 79,629.50 |

##### ***** Fee Recap by Activity Code *****

| | Hours | Rate | Amount |
|---|---|---|---|
| **AP   Litigation/Adversary Proceedin** | | | |
| Neil B Glassman | 4.90 | 725.00 | 3,552.50 |
| Charlene D Davis | 0.40 | 600.00 | 240.00 |
| Ashley B Stitzer | 13.60 | 440.00 | 5,984.00 |
| Mary E Augustine | 11.60 | 310.00 | 3,596.00 |
| Edith Miranda | 1.50 | 205.00 | 307.50 |
| | | | |
| Subtotal | | $ | 13,680.00 |
| **BO   Business Operations** | | | |
| Neil B Glassman | 0.40 | 725.00 | 290.00 |
| Mary E Augustine | 0.50 | 310.00 | 155.00 |
| | | | |
| Subtotal | | $ | 445.00 |
| **CA   Case Administration** | | | |
| Neil B Glassman | 3.40 | 725.00 | 2,465.00 |
| Charlene D Davis | 0.20 | 600.00 | 120.00 |
| Mary E Augustine | 7.80 | 310.00 | 2,418.00 |
| Justin Edelson | 1.20 | 215.00 | 258.00 |
| Daniel A. O'Brien | 2.60 | 240.00 | 624.00 |
| Tiffany N Matthews | 0.50 | 200.00 | 100.00 |
| Edith Miranda | 15.20 | 205.00 | 3,116.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                          Invoice #977024
File # 33006-00001- NBG                                Page 64

### ***** Fee Recap by Activity Code *****

|  | Hours | Rate |  | Amount |
|---|---|---|---|---|
| Lindsey Suprum | 0.70 | 185.00 |  | 129.50 |
| Jacqueline Lately | 1.70 | 125.00 |  | 212.50 |
| James B Sanderson | 0.10 | 100.00 |  | 10.00 |
|  | Subtotal |  | $ | 9,453.00 |
| **CH    Court Hearings** |  |  |  |  |
| Neil B Glassman | 0.80 | 725.00 |  | 580.00 |
| Eric M Sutty | 0.60 | 365.00 |  | 219.00 |
| Mary E Augustine | 1.90 | 310.00 |  | 589.00 |
| Daniel A. O'Brien | 0.20 | 240.00 |  | 48.00 |
| Tiffany N Matthews | 0.30 | 200.00 |  | 60.00 |
| Edith Miranda | 3.60 | 205.00 |  | 738.00 |
|  | Subtotal |  | $ | 2,234.00 |
| **CI    Creditor Inquiries** |  |  |  |  |
| Mary E Augustine | 0.40 | 310.00 |  | 124.00 |
| Daniel A. O'Brien | 1.70 | 240.00 |  | 408.00 |
|  | Subtotal |  | $ | 532.00 |
| **CR    Cash Collateral/DIP Financing** |  |  |  |  |
| Neil B Glassman | 1.00 | 725.00 |  | 725.00 |
| Edith Miranda | 0.20 | 205.00 |  | 41.00 |
|  | Subtotal |  | $ | 766.00 |
| **EA1    TBF Retention Application** |  |  |  |  |
| Neil B Glassman | 0.20 | 725.00 |  | 145.00 |
| Mary E Augustine | 0.20 | 310.00 |  | 62.00 |
|  | Subtotal |  | $ | 207.00 |
| **EA2    Other Professional Retention A** |  |  |  |  |
| Neil B Glassman | 4.40 | 725.00 |  | 3,190.00 |
| Mary E Augustine | 10.50 | 310.00 |  | 3,255.00 |
| Lindsey Suprum | 0.50 | 185.00 |  | 92.50 |
|  | Subtotal |  | $ | 6,537.50 |
| **EC    Leases/Executory Contracts** |  |  |  |  |
| Neil B Glassman | 7.00 | 725.00 |  | 5,075.00 |
| Mary E Augustine | 21.00 | 310.00 |  | 6,510.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)       April 10, 2008
Re: Chapter 11 Representation             Invoice #977024
File # 33006-00001- NBG                 Page 65

### ***** Fee Recap by Activity Code *****

|  | Hours | Rate | Amount |
|---|---|---|---|
| Justin Edelson | 0.60 | 215.00 | 129.00 |
| Daniel A. O'Brien | 10.50 | 240.00 | 2,520.00 |
| Edith Miranda | 2.10 | 205.00 | 430.50 |
|  | Subtotal | $ | 14,664.50 |
| **FA1  TBF Fee Applications/Compensat** |  |  |  |
| Neil B Glassman | 0.90 | 725.00 | 652.50 |
| Mary E Augustine | 2.50 | 310.00 | 775.00 |
| Lindsey Suprum | 0.50 | 185.00 | 92.50 |
| James B Sanderson | 4.30 | 100.00 | 430.00 |
|  | Subtotal | $ | 1,950.00 |
| **FA2  Other Professional Fee Apps** |  |  |  |
| Neil B Glassman | 0.70 | 725.00 | 507.50 |
| Mary E Augustine | 0.40 | 310.00 | 124.00 |
| Edith Miranda | 0.60 | 205.00 | 123.00 |
|  | Subtotal | $ | 754.50 |
| **MA   General Corporate Matters** |  |  |  |
| Neil B Glassman | 6.30 | 725.00 | 4,567.50 |
| Charlene D Davis | 0.50 | 600.00 | 300.00 |
| Mary E Augustine | 3.20 | 310.00 | 992.00 |
| Justin Edelson | 0.30 | 215.00 | 64.50 |
| Kara Swasey | 2.20 | 215.00 | 473.00 |
| Jacqueline Lately | 0.20 | 125.00 | 25.00 |
|  | Subtotal | $ | 6,422.00 |
| **MR   Stay Relief Matters** |  |  |  |
| Neil B Glassman | 2.30 | 725.00 | 1,667.50 |
| Mary E Augustine | 2.60 | 310.00 | 806.00 |
| Justin Edelson | 5.70 | 215.00 | 1,225.50 |
|  | Subtotal | $ | 3,699.00 |
| **PC   Claims Analysis and Resolution** |  |  |  |
| Neil B Glassman | 6.30 | 725.00 | 4,567.50 |
| Charlene D Davis | 0.90 | 600.00 | 540.00 |
| Mary E Augustine | 18.10 | 310.00 | 5,611.00 |
| Justin Edelson | 1.90 | 215.00 | 408.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
Re: Chapter 11 Representation                                Invoice #977024
File # 33006-00001- NBG                                      Page 66


### ***** Fee Recap by Activity Code *****

|                        | Hours | Rate   |    | Amount     |
|------------------------|-------|--------|----|------------|
| Edith Miranda          | 0.90  | 205.00 |    | 184.50     |
|                        |       |        |    |            |
|                        | Subtotal |     | $  | 11,311.50  |
| **PL    Plan**         |       |        |    |            |
| Neil B Glassman        | 5.40  | 725.00 |    | 3,915.00   |
| Charlene D Davis       | 0.20  | 600.00 |    | 120.00     |
| Mary E Augustine       | 0.80  | 310.00 |    | 248.00     |
| Daniel A. O'Brien      | 2.20  | 240.00 |    | 528.00     |
|                        |       |        |    |            |
|                        | Subtotal |     | $  | 4,811.00   |
| **SA    Use, Sale or Lease of Property** | | |  |            |
| Neil B Glassman        | 0.70  | 725.00 |    | 507.50     |
| Justin Edelson         | 1.50  | 215.00 |    | 322.50     |
| Edith Miranda          | 0.10  | 205.00 |    | 20.50      |
|                        |       |        |    |            |
|                        | Subtotal |     | $  | 850.50     |
| **TR    Trustee Reporting/Schedules** | |  |    |            |
| Neil B Glassman        | 1.00  | 725.00 |    | 725.00     |
| Mary E Augustine       | 1.00  | 310.00 |    | 310.00     |
| Edith Miranda          | 1.20  | 205.00 |    | 246.00     |
|                        |       |        |    |            |
|                        | Subtotal |     | $  | 1,281.00   |
| **UM    Utility Matters** | |  |    |            |
| Mary E Augustine       | 0.10  | 310.00 |    | 31.00      |
|                        |       |        |    |            |
|                        | Subtotal |     | $  | 31.00      |
|                        |       |        |    | ------------ |
|                        | Total Fees |   | $  | 79,629.50  |


| Disbursement Description |           | Amount   |
|--------------------------|-----------|----------|
| Copies                   |           | 1,248.70 |
| Delivery Charges         |           | 722.00   |
| Depositions & Transcripts|           | 63.05    |
| Telecopier/Fax Charges   |           | 7.00     |
| Federal Express          |           | 18.28    |
| Filing Fees              |           | 328.00   |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)       April 10, 2008
Re: Chapter 11 Representation              Invoice #977024
File # 33006-00001- NBG                Page 67

| Disbursement Description | Amount |
|---|---|
| Meals/Meetings | 115.00 |
| Outside Copy Charges | 9.03 |
| Outside Fax Charges | 132.84 |
| Pacer Document Downloads | 89.04 |
| Postage | 15.92 |
| Print Images | 378.30 |
| Support Staff Overtime | 426.09 |
| Total Disbursements $ | 3,553.25 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 10, 2008
Re: Chapter 11 Representation                                Invoice #977024
File # 33006-00001- NBG                                       Page 68

### Monthly Summary of Professional Fees

| Attorney | 02-08 | Total |
|---|---|---|
| Glassman, Neil B | 33132.50 | 33132.50 |
| Davis, Charlene D | 1320.00 | 1320.00 |
| Sutty, Eric M | 219.00 | 219.00 |
| Stitzer, Ashley B | 5984.00 | 5984.00 |
| Augustine, Mary E | 25606.00 | 25606.00 |
| Edelson, Justin | 2408.00 | 2408.00 |
| Swasey, Kara | 473.00 | 473.00 |
| O'Brien, Daniel A. | 4128.00 | 4128.00 |
| Matthews, Tiffany N | 160.00 | 160.00 |
| Sanderson, James B | 440.00 | 440.00 |
| Lately, Jacqueline | 237.50 | 237.50 |
| Miranda, Edith | 5207.00 | 5207.00 |
| Suprum, Lindsey | 314.50 | 314.50 |
| | | |
| Total Fees | 79629.50 | 79629.50 |

### Monthly Summary of Fees

| Description | 02-08 | Total |
|---|---|---|
| Litigation/Adversary Pr | 13680.00 | 13680.00 |
| Business Operations | 445.00 | 445.00 |
| Case Administration | 9453.00 | 9453.00 |
| Court Hearings | 2234.00 | 2234.00 |
| Creditor Inquiries | 532.00 | 532.00 |
| Cash Collateral/DIP Fin | 766.00 | 766.00 |
| TBF Retention Applicati | 207.00 | 207.00 |
| Other Professional Rete | 6537.50 | 6537.50 |
| Leases/Executory Contra | 14664.50 | 14664.50 |
| TBF Fee Applications/Co | 1950.00 | 1950.00 |
| Other Professional Fee | 754.50 | 754.50 |
| General Corporate Matte | 6422.00 | 6422.00 |
| Stay Relief Matters | 3699.00 | 3699.00 |
| Claims Analysis and Res | 11311.50 | 11311.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 10, 2008
Re: Chapter 11 Representation                                 Invoice #977024
File # 33006-00001- NBG                                       Page 69

### Monthly Summary of Fees

| Description | 02-08 | Total |
|---|---|---|
| Plan | 4811.00 | 4811.00 |
| Use, Sale or Lease of P | 850.50 | 850.50 |
| Trustee Reporting/Sched | 1281.00 | 1281.00 |
| Utility Matters | 31.00 | 31.00 |
| Total Fees | 79629.50 | 79629.50 |

Exhibit B

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 10, 2008
File # 33006-00001- NBG

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| Neil B Glassman | Director | 725.00 | 45.70 | 33,132.50 |
| Charlene D Davis | Director | 600.00 | 2.20 | 1,320.00 |
| Ashley B Stitzer | Director | 440.00 | 13.60 | 5,984.00 |
| Eric M Sutty | Associate | 365.00 | 0.60 | 219.00 |
| Mary E Augustine | Associate | 310.00 | 82.60 | 25,606.00 |
| Justin Edelson | Associate | 215.00 | 11.20 | 2,408.00 |
| Daniel A. O'Brien | Associate | 240.00 | 17.20 | 4,128.00 |
| Kara Swasey | Associate | 215.00 | 2.20 | 473.00 |
| Tiffany N Matthews | Paralegal | 200.00 | 0.80 | 160.00 |
| Edith Miranda | Paralegal | 205.00 | 25.40 | 5,207.00 |
| Lindsey Suprum | Paralegal | 185.00 | 1.70 | 314.50 |
| Jacqueline Lately | Case Management Asst | 125.00 | 1.90 | 237.50 |
| James B Sanderson | Billing Specialist | 100.00 | 4.40 | 440.00 |
| | Totals | | 209.50 | 79,629.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 10, 2008
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 32.00 | 13,680.00 |
| Business Operations | 0.90 | 445.00 |
| Case Administration | 33.40 | 9,453.00 |
| Court Hearings | 7.40 | 2,234.00 |
| Creditor Inquiries | 2.10 | 532.00 |
| Cash Collateral/DIP Financing | 1.20 | 766.00 |
| TBF Retention Application | 0.40 | 207.00 |
| Other Professional Retention Apps | 15.40 | 6,537.50 |
| Leases/Executory Contracts | 41.20 | 14,664.50 |
| TBF Fee Applications/Compensation | 8.20 | 1,950.00 |
| Other Professional Fee Apps | 1.70 | 754.50 |
| General Corporate Matters | 12.70 | 6,422.00 |
| Stay Relief Matters | 10.60 | 3,699.00 |
| Claims Analysis and Resolution | 28.10 | 11,311.50 |
| Plan | 8.60 | 4,811.00 |
| Use, Sale or Lease of Property | 2.30 | 850.50 |
| Trustee Reporting/Schedules | 3.20 | 1,281.00 |
| Utility Matters | 0.10 | 31.00 |
| | ----------- | ------------- |
| | 209.50 | 79,629.50 |
| | =========== | ============= |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                  April 10, 2008
File # 33006-00001- NBG

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | 1,248.70 |
| Delivery Charges | 722.00 |
| Depositions & Transcripts | 63.05 |
| Federal Express | 18.28 |
| Filing Fees | 328.00 |
| Meals/Meetings | 115.00 |
| Outside Copy Charges | 9.03 |
| Outside Fax Charges | 132.84 |
| Pacer Document Downloads | 89.04 |
| Postage | 15.92 |
| Print Images | 378.30 |
| Support Staff Overtime | 426.09 |
| Telecopier/Fax Charges | 7.00 |

Total Expenses            $    3,553.25

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 02-01-08 | Print Images | 1.20 |
| 02-01-08 | Copies;  Start Meter = 161064 | 0.60 |
| 02-01-08 | Copies;  Start Meter = 161076 | 10.70 |
| 02-01-08 | Print Images | 1.60 |
| 02-04-08 | Copies;  Start Meter = 38220 | 2.40 |
| 02-04-08 | Copies;  Start Meter = 162963 | 0.50 |
| 02-04-08 | Delivery Charges | 5.00 |
| 02-05-08 | Telecopier/Fax Charges | 2.00 |
| 02-06-08 | Print Images | 0.80 |
| 02-06-08 | Print Images | 0.90 |
| 02-06-08 | Print Images | 1.30 |
| 02-06-08 | Print Images | 2.20 |
| 02-06-08 | Print Images | 6.40 |
| 02-06-08 | Copies | 13.60 |
| 02-06-08 | Print Images | 1.40 |
| 02-06-08 | Print Images | 1.00 |
| 02-06-08 | Print Images | 4.60 |
| 02-06-08 | Print Images | 1.30 |
| 02-06-08 | Print Images | 0.70 |
| 02-08-08 | Print Images | 1.10 |
| 02-08-08 | Print Images | 1.00 |
| 02-08-08 | Print Images | 1.00 |
| 02-08-08 | Print Images | 284.30 |
| 02-08-08 | Print Images | 1.00 |
| 02-08-08 | Print Images | 1.00 |
| 02-08-08 | Filing Fees | 26.00 |
| 02-08-08 | Support Staff Overtime | 144.53 |
| 02-09-08 | Copies;  Start Meter = 182347 | 394.00 |
| 02-11-08 | Print Images | 0.60 |
| 02-11-08 | Print Images | 1.20 |
| 02-11-08 | Print Images | 1.10 |
| 02-11-08 | Print Images | 5.80 |
| 02-11-08 | Delivery Charges | 5.00 |
| 02-12-08 | Print Images | 1.30 |
| 02-12-08 | Print Images | 1.10 |
| 02-13-08 | Depositions & Transcripts; Transcript fee for hearing held 1/30/08; Elaine M. Ryan | 63.05 |
| 02-13-08 | Meals/Meetings; Reimb for dinner for T. Matthews & T. Wilson on 2/8/08; Tami L. Wilson | 52.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                           April 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 02-13-08 | Copies | 0.40 |
| 02-13-08 | Copies;  Start Meter = 200720 | 33.60 |
| 02-13-08 | Copies;  Start Meter = 201056 | 8.60 |
| 02-13-08 | Copies;  Start Meter = 201056 | 8.60 |
| 02-13-08 | Filing Fees | 26.00 |
| 02-13-08 | Postage | 15.92 |
| 02-15-08 | Copies;  Start Meter = 41254 | 0.60 |
| 02-15-08 | Copies;  Start Meter = 41265 | 2.50 |
| 02-15-08 | Print Images | 1.80 |
| 02-15-08 | Print Images | 1.50 |
| 02-15-08 | Print Images | 1.50 |
| 02-15-08 | Print Images | 1.50 |
| 02-15-08 | Copies;  Start Meter = 37799 | 3.40 |
| 02-15-08 | Copies;  Start Meter = 37833 | 3.20 |
| 02-15-08 | Support Staff Overtime | 148.79 |
| 02-18-08 | Meals/Meetings; working dinner for TLW, MEA & EM; Tami L. Wilson | 63.00 |
| 02-18-08 | Copies;  Start Meter = 203155 | 24.90 |
| 02-18-08 | Copies;  Start Meter = 201815 | 3.40 |
| 02-18-08 | Copies;  Start Meter = 41426 | 1.50 |
| 02-18-08 | Copies;  Start Meter = 41441 | 2.20 |
| 02-19-08 | Print Images | 1.10 |
| 02-19-08 | Print Images | 1.10 |
| 02-19-08 | Copies;  Start Meter = 203404 | 0.60 |
| 02-19-08 | Print Images | 0.80 |
| 02-19-08 | Print Images | 0.80 |
| 02-19-08 | Print Images | 1.20 |
| 02-19-08 | Print Images | 1.10 |
| 02-19-08 | Print Images | 5.80 |
| 02-19-08 | Print Images | 0.60 |
| 02-19-08 | Support Staff Overtime | 34.01 |
| 02-20-08 | Copies;  Start Meter = 204110 | 35.40 |
| 02-20-08 | Copies;  Start Meter = 204464 | 0.30 |
| 02-20-08 | Print Images | 0.90 |
| 02-20-08 | Copies;  Start Meter = 205241 | 415.90 |
| 02-20-08 | Copies;  Start Meter = 206017 | 26.70 |
| 02-20-08 | Federal Express | 18.28 |
| 02-20-08 | Delivery Charges | 100.00 |
| 02-20-08 | Delivery Charges | 195.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 02-21-08 | Copies;  Start Meter = 42026 | 0.20 |
| 02-21-08 | Copies;  Start Meter = 42028 | 18.90 |
| 02-21-08 | Print Images | 1.30 |
| 02-21-08 | Print Images | 1.40 |
| 02-21-08 | Print Images | 1.50 |
| 02-21-08 | Copies;  Start Meter = 206525 | 9.20 |
| 02-21-08 | Filing Fees | 26.00 |
| 02-21-08 | Filing Fees | 250.00 |
| 02-22-08 | Telecopier/Fax Charges | 5.00 |
| 02-22-08 | Print Images | 1.30 |
| 02-22-08 | Copies;  Start Meter = 225697 | 121.50 |
| 02-22-08 | Print Images | 1.20 |
| 02-22-08 | Print Images | 4.40 |
| 02-22-08 | Delivery Charges | 73.00 |
| 02-22-08 | Support Staff Overtime | 98.76 |
| 02-25-08 | Copies;  Start Meter = 220676 | 1.90 |
| 02-25-08 | Print Images | 3.00 |
| 02-25-08 | Print Images | 3.00 |
| 02-25-08 | Copies | 0.90 |
| 02-25-08 | Print Images | 4.50 |
| 02-25-08 | Print Images | 5.00 |
| 02-25-08 | Copies;  Start Meter = 224334 | 0.30 |
| 02-25-08 | Copies;  Start Meter = 224337 | 0.30 |
| 02-25-08 | Print Images | 2.70 |
| 02-25-08 | Print Images | 0.60 |
| 02-25-08 | Copies;  Start Meter = 226294 | 76.60 |
| 02-25-08 | Delivery Charges | 95.00 |
| 02-26-08 | Copies;  Start Meter = 244627 | 22.10 |
| 02-27-08 | Outside Copy Charges | 9.03 |
| 02-27-08 | Delivery Charges | 154.00 |
| 02-28-08 | Print Images | 0.90 |
| 02-28-08 | Print Images | 0.90 |
| 02-29-08 | Print Images | 3.00 |
| 02-29-08 | Copies;  Start Meter = 43452 | 3.20 |
| 02-29-08 | Delivery Charges | 95.00 |
| 02-29-08 | Outside Fax Charges | 86.64 |
| 02-29-08 | Outside Fax Charges | 46.20 |
| 02-29-08 | Pacer Document Downloads | 89.04 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 10, 2008
File # 33006-00001- NBG

                                          Total Disbursements    $   3,553.25

Exhibit C

## Project Categories By Task Code

| | | |
|---|---|---|
| AA | - | Asset Analysis & Recovery |
| AP | - | Litigation & Adversary Proceedings |
| BO | - | Business Operations |
| CA | - | Case Administration |
| CH | - | Court Hearings |
| CI | - | Creditor Inquiries |
| CR | - | Cash Collateral & DIP Financing |
| DS | - | Disclosure Statement |
| EA1 | - | Employment Application of The Bayard Firm |
| EA2 | - | Employment Application of Other Professionals |
| EB | - | Employee Matters |
| EC | - | Lease & Executory Contract Issues |
| FA1 | - | Fee Application of The Bayard Firm |
| FA2 | - | Fee Application of Other Professionals |
| MA | - | General Corporate Matters |
| MC | - | Meetings of Creditors |
| MR | - | Stay Relief Matters |
| NT | - | Non-Working Travel |
| PC | - | Claims, Analysis, Objections & Resolutions |
| PL | - | Plan |
| SA | - | Use, Sale or Lease of Property |
| TR | - | Trustee Reporting & Schedules |
| UM | - | Utility Matters |