IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: **May 15, 2008 at 4:00 p.m.**<br>Hearing Date: **To be determined.** |

**FIRST INTERIM FEE APPLICATION OF DLA PIPER US LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM NOVEMBER 8, 2007 THROUGH JANUARY 31, 2008**

Name of Applicant:                                   DLA Piper US LLP

Authorized to Provide Professional Services to:   SN Liquidation Inc., et al.

Date of Retention:                                   Order entered December 3, 2007 [Docket No. 166] *nunc pro tunc* to November 8, 2007

Application Period:                                  November 8, 2007 through January 31, 2008

| Date | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 12/20/07 | 11/08/2007 Through 11/30/2007 | $264,034.40 | $18,324.56 | 1/14/2008 306 | $264,034.40 | $18,324.56 | $66,008.60 |
| 2/13/08 | 12/01/2007 Though 12/31/2007 | $195,670.00 | $17,870.90 | 3/11/2008 438 | $195,670.00 | $17,870.90 | $48,917.50 |
| 3/12/08 | 1/01/2008 Through 1/31/2008 | $136,703.20 | $14,897.30 | 4/9/2008 497 | 136,703.20 | 14,897.30 | 34,175.80 |
| Total: | 11/8/2007 Through 1/31/2008 | $784,636.00 | $52,136.46 | N/A | N/A | N/A | N/A |

This is an: X interim ___ final application.

## Timekeeper Summary

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Deborah Meshulam | Partner | 740 | 1.70 | 1,258.00 |
| Thomas R. Califano | Partner | 720 | 288.90 | 211,072.00 |
| Peter M. Astiz | Partner | 695 | 0.30 | 208.50 |
| Paolo Morante | Partner | 530 | 6.50 | 3,445.00 |
| Jason C. Harmon | Partner | 525 | 3.60 | 1,890.00 |
| Maria Ellena Chavez-Ruark | Partner | 510 | .50 | 255.00 |
| Eric S. Connuck | Of Counsel | 570 | 30.00 | 17,250.00 |
| David J. Folds | Of Counsel | 550 | 7.00 | 4,025.50 |
| E. O'Brien Kelley | Associate | 585 | 69.00 | 40,365.00 |
| Jeremy R. Johnson | Associate | 575 | 294.50 | 172,362.50 |
| Vincent J. Roldan | Associate | 575 | 154.60 | 90,952.00 |
| Meghan K. Dougherty | Associate | 545 | 35.30 | 19,264.50 |
| Christopher R. Thomson | Associate | 535 | 52.60 | 28,141.00 |
| David A. Mason | Associate | 520 | 3.20 | 1,664.00 |
| Ann Marie Bredin | Associate | 490 | 15.10 | 7,399.00 |
| Christopher B. Edwards | Associate | 460 | 5.40 | 2,484.00 |
| Brian Audette | Associate | 450 | 44.40 | 20,079.00 |
| Jason W. Hardman | Associate | 420 | 0.60 | 252.00 |
| Stacy E. Yeung | Associate | 420 | 6.60 | 2,772.00 |
| Andrew E. Saxon | Associate | 415 | 0.30 | 124.50 |

{00861188;v1}

| Name | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Steven L. Smith | Associate | 380 | 21.20 | 8,056.00 |
| Alix Magill | Associate | 360 | 3.00 | 1,080.00 |
| Syma Mirza | Associate | 360 | 2.00 | 720.00 |
| Ashleigh Lauren Blaylock | Associate | 330 | 23.70 | 7,821.00 |
| Eric E. Walker | Associate | 300 | 25.80 | 7,740.00 |
| William H. Coleman | Paralegal | 250 | 21.20 | 5,309.00 |
| Elizabeth Arno | Paralegal | 250 | 1.90 | 475.00 |
| Trinette A. Bolden | Paralegal | 240 | 2.00 | 480.00 |
| Nina H. Taylor | Paralegal | 230 | 0.30 | 69.00 |
| Melissa Merlo | Paralegal | 225 | 2.00 | 450.00 |
| Nicole L. Wilson | Paralegal | 215 | 0.80 | 172.00 |
| Mark C. Smith | Law Clerk | 330 | 321.10 | 108,853.00 |
| Rosemary Scariati | Contract Lawyer | 500 | 4.50 | 2,250.00 |
| Robert T. Ware | Project Assistant | 115 | 138.50 | 15,897.50 |
| | | **Totals** | **1,588.10** | **784,636.00** |

Blended Rate:   $494.07

{00861188;v1}

## Project Category Summary by Task Code

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration (B110) | 569.50 | 265,842.00 |
| Asset Analysis and Recovery (B120) | 29.00 | 18,457.50 |
| Asset Disposition (B130) | 95.30 | 49,122.00 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 16.80 | 9,211.00 |
| Meetings of and Communications w/ Creditors (B150) | 64.90 | 45,894.50 |
| Fee/Employment Applications (B160) | 22.10 | 5,736.00 |
| Fee/Employment Objections (B170) | 3.40 | 1,955.00 |
| Assumption/Rejection of Leases and Contracts (B185) | 163.60 | 88,498.00 |
| Other Contested Matters (B190) | 404.50 | 200,473.00 |
| Business Operations (B210) | 22.50 | 8,882.50 |
| Financing/Cash Collections (B230) | 18.10 | 8,614.50 |
| Board of Directors Matters (B260) | 48.40 | 23,304.00 |
| Claims Administration and Objections (B310) | 14.60 | 6,792.00 |
| Plan and Disclosure Statement (B320) | 97.40 | 43,170.50 |
| Bankruptcy Related Advice (B400) | 5.20 | 2,138.00 |
| General Bankruptcy Advice (B410) | 6.40 | 3,068.00 |
| Restructurings (B420) | 6.50 | 3,477.50 |
| | | |
| **Totals** | **1,588.10** | **784,636.00** |

{00861188;v1}

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| Out-of-Town Travel | 1340.50 |
| Filing/Recording Fees | 8863.87 |
| Delivery Services | 484.22 |
| Local Travel | 4491.62 |
| Meals | 4339.57 |
| Long Distance Telephone | 22.40 |
| Lexis Charges | 14983.65 |
| Westlaw Charges | 9019.84 |
| Duplicating | 873.30 |
| Hotel | 2030.55 |
| Mileage Allowance/Parking | 228.65 |
| Air Fare | 792.56 |
| Supplies | 58.41 |
| Document Retrieval | 748.50 |
| Court Costs | 31.52 |
| Court Filings | 220.00 |
| Court Fees | 3607.30 |
|  |  |
| **Totals** | **52,136.46** |

{00861188;v1}

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Compensation Order") entered by this Court on November 30, 2007 [Docket No. 165], DLA Piper US LLP ("DLA Piper") submits this first interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the periods covering November 8, 2007 through January 31, 2008 (collectively, the "Fee Applications")[1], and (ii) authorization for SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") to pay the full amounts requested in the Fee Applications, including the 20% holdback of fees as provided for in the Compensation Order. Notice of this Application has been provided in accordance with the Compensation Order. The Debtors submit that no other or further notice need be provided.

WHEREFORE, DLA Piper respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

Dated: New York, New York
       April 25, 2008

**DLA PIPER US LLP**

By:   /s/ Thomas R. Califano
      Thomas R. Califano
      1251 Avenue of the Americas
      New York, New York 10020
      (212) 335-4616

      **Attorneys for InPhonic, Inc.
      Debtor and Debtor in Possession**

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.