IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., et al.,<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 07-11666 (KG)<br>:<br>: (Jointly Administered)<br>:<br>: Re: Docket No. _____ |

### ORDER APPROVING DLA PIPER US LLP'S FIRST INTERIM FEE APPLICATION AS COUNSEL TO THE DEBTORS

DLA Piper US LLP ("DLA Piper"), counsel to the above-captioned debtors and debtors in possession, having filed its first interim fee application in the above-captioned cases for allowance of compensation and reimbursement of expenses (the "Application") for the period from November 8, 2007 through January 31, 2008 (the "Application Period"); and parties in interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and that DLA Piper is allowed compensation in the amount of $784,636.00 for services rendered and $52,136.46 as reimbursement for actual necessary expenses incurred during the Application Period.

ORDERED that the Debtors are hereby authorized and directed to pay to DLA Piper the difference between $784,636.00 and any payments that have already been made towards DLA Piper's first interim fees and expenses.

Dated: _____

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

{00861188;v1}