**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

**CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 483**

I, Daniel A. O'Brien, Esquire, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1.      On January 30, 2008, the Court entered the Order Approving (a) the Assumption and Assignment of Additional Designated Contracts; and (b) Procedures for Future Assumption and Assignment of Certain Held Contracts (the "Procedures Order").

2.      On April 3, 2008, pursuant to the procedures established in the Procedures Order, the Debtors served notice (the "Notice") of their filing of the Order (Fourth) (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement (the "Proposed Assumption Order").

3.      The Proposed Assumption Order sought the assumption and assignment of the following six contracts and leases: (i) an ACN Communications Services, Inc. ("ACN") contract (the "ACN Contract"), (ii) a Visual Sciences, Inc. ("Visual Sciences") lease (the "Visual Sciences Lease") and (iii) four General Electric Capital Corporation ("GE") leases (the "GE Leases").

4.      Pursuant to the Procedures Order, the Notice required that an objection to the Proposed Assumption Order be filed within ten business days of a party's receipt of the Notice (the "Objection Deadline"), unless the party previously filed a cure objection in these cases with respect to the contract or lease sought to be assumed and assigned (a "Prior Cure Objection").

5.      On April 16, 2008, GE filed a limited objection to the Proposed Assumption Order.

6.      Neither ACN nor Visual Sciences filed a Prior Cure Objection or an objection to the Proposed Assumption Order.  The Debtors seek to have the Proposed Assumption Order approved to the extent that it assumes and assigns only the ACN Contract and the Visual Sciences Lease.  Attached hereto as Exhibit A is a revised order that seeks only the assumption and assignment of the ACN Contract and the Visual Sciences Lease, and not the GE Leases (the "Order").

WHEREFORE,  the Debtors respectfully request that this Court enter the Order at its earliest convenience.

Dated: April 28, 2008          BAYARD, P.A.
       Wilmington, Delaware

       _____
       Neil B. Glassman (No. 2087)
       Mary E. Augustine (No. 4477)
       Daniel A. O'Brien (No. 4897)
       222 Delaware Avenue, Suite 900
       Wilmington, Delaware  19801
       Telephone:  (302) 655-5000
       Facsimile:  (302) 658-6395

                    -and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

*Counsel for Debtors and*
*Debtors in Possession*