**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2008, AT 10:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**CONTINUED/RESOLVED MATTERS:**

1. Motion of RadioShack Corporation for an Order Extending the Deadline by which parties must file Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale hearing [Filed 3/10/08, Docket No. 435]

Response Deadline:

March 21, 2008, at 4:00 p.m.; extended until June 6, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

Related Documents:

(a) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

Response(s) Received:

None at this time.

Status:

The parties have agreed to continue this matter to the omnibus hearing scheduled for June 13, 2008 at 11:00 a.m.

2. United States Trustee's Motion for an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case [Filed 3/17/08, Docket No. 454]

Response Deadline:

April 10, 2008 at 4:00 p.m.; extended until June 6, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

Response(s) Received:

None as of this date and time.

Status:

The parties have agreed to continue this matter to the omnibus hearing scheduled for June 13, 2008 at 11:00 a.m.

3. Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/25/08, Docket No. 402]

Response Deadline:

March 14, 2008, at 4:00 p.m.

Related Documents:

(a) Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Post-Petition Payments [Filed 3/14/08, Docket No. 449]

(b) Joinder of Debtors to Adeptio's (A) Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/14/08, Docket No. 450]

(c) Joinder of the Official Committee of Unsecured Creditors in Adeptio's (A) Reply to Reply to Qualution's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualution's Motion for Pre-petition Payments [Filed 3/18/08, Docket No. 456]

(d) Order Approving the Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/28/08, Docket No. 474]

(e) Agreed Order Resolving (I) Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b) and (2) Qualution System, Inc.'s Objection to the Debtors Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/28/08, Docket No. 476]

Response(s) Received:

(a) Qualution Systems, Inc.'s Objection to Debtors' Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/29/08, Docket No. 412]

(b) Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 446]

(c) Declaration in Support of Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 447]

Status:

Orders have been entered with respect to the Motion. The parties have agreed to continue this matter to the omnibus hearing scheduled for June 13, 2008 at 11:00 a.m. with respect to Yellow Page Authority, Ltd. only.

**UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION FILED:**

4. Fifth Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 4/3/08, Docket No. 482]

Response Deadline:

April 25, 2008 at 4:00 p.m.

Related Documents:

(a) Certificate of No Objection Regarding Docket No. 482 [Filed 4/29/08, Docket No. 519]

(b) Proposed Order Regarding Docket No. 482

Response(s) Received:

None as of this date and time.

Status:

A certification of no objection has been filed. No hearing is requested unless otherwise required by the Court.

Dated: Wilmington, Delaware
April 30, 2008

**BAYARD, P.A.**

By: ______________________
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession