## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 30th day of April, 2008, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on May 2, 2008, at 10:00 a.m.** to be served upon the parties on the attached service list *via* fax transmission.

Mary E. Augustine (No. 4477)

-5-

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE 19899-5130

A T T O R N E Y S

(302) 655-5000
FAX (302) 658-6895

WRITER'S DIRECT DIAL NUMBER

| File # | 330006-1 |
|---|---|
| File Name | SN Liquidation, Inc. |

| Date | Wednesday, April 30, 2008 | # of Pages |
|---|---|---|
| From | Mary E. Augustine, Esq. | |

Re: SN Liquidation, Inc., Case No. 07-11666-KG
Notice of Amended Agenda for May 2, 2008 at
10:00 a.m.

| | Names | Company | Fax Numbers |
|---|---|---|---|
| To | Jeremy R. Johnson, Esquire | DLA Piper US LLP | 212-884-8562 |
| | Thomas Califano, Esquire | | |
| | Maria Ellena Chavez-Ruark, Esquire | | |
| To | | Delaware Secretary of State | 302-739-3811 |
| To | | Internal Revenue Service | 410-962-9955 |
| To | Randy Weller | State of Delaware | 302-577-8662 |
| To | | Secretary of the Treasury | 202-622-6415 |
| To | Patricia Schrage | Securities & Exchange Commission | 212-336-1348 |
| To | | Division of Unemployment Ins. | 302-761-6636 |
| To | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| To | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-577-8662 |
| To | | | (215) 609-3410 |
| | Paul Halpern, Esquire | | |
| | David Lorry, Esquire | | |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

|    |    |    |    |
|----|----|----|----|
|    | David A. Agay, Esquire | | |
|    | John A. Schoenfeld, Esquire | | |
| **To** | Robert S. Brady, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
|    | Edmon L. Morton, Esquire | | |
|    | Edward J. Kosmowski, Esquire | | |
| **To** | Kevin Weinman | W.B. Doner & Company | |
| **To** | Andrew Torgove, Esquire | Goldsmith Lazard | (212) 758-3833 |
|    | Jason Cohen, Esquire | | |
|    | Dermott O'Flanagan, Esquire | | |
| **To** | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| **To** | Todd C. Meyers, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
|    | Paul M. Rosenblatt, Esquire | | |
| **To** | Regina Stango Kelbon, Esquire | Blank Rome LLP | 215-832-5507 |
|    | Joel Shapiro, Esquire | | |
| **To** | Bonnie Glantz Fatell, Esquire | Blank Rome LLP | 302-425-6464 |
|    | Michael D. Debaecke, Esquire | | |
| **To** | Lawrence M. Schwab, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
|    | Patrick M. Costello, Esquire | | |
| **To** | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| **To** | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| **To** | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| **To** | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| **To** | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |
| **To** | Christopher J. Battaglia, Esquire | Halperin Battaglia Raicht LLP | 212-765-0964 |
|    | Elizabeth L. Rose, Esquire | | |
| **To** | Marla R. Eskin, Esquire | Campbell & Levine LLC | 302-426-9947 |
|    | Katheryn S. Keller, Esquire | | |
| **To** | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5246 |
| **To** | David H. Stein, Esquire | Wilentz Goldman & Spitzer, P.A. | 732-726-6570 |
| **To** | Francis A. Monaco, Jr., Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
|    | Kevin J. Mangan, Esquire | | |
| **To** | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| **To** | Brett D. Fallon, Esq. | Morris James LLP | 302-571-1750 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| To | Kevini A. Goase, Esq. | | |
| | Patricia P. McGonigle, Esq. | | |
| To | John J. Monathan, Esquire | Holland & Knight LLP | |
| | Lynne B. Xerras, Esquire | | |
| | Diane N. Rallis, Esquire | | |
| To | Gilbert B. Weisman, Esquire | Backet and Lee LLP | 610-993-8493 |
| To | Christopher D. Loizides, Esquire | Loizides, P.A. | 302-654-0728 |
| To | Kathleen M. Miller, Esquire | Smith Ktzenstein & Furlow LLP | 302-652-8405 |
| To | Marc Barreca, Esquire | Preston Gates & Ellis LLP | 206-623-7022 |
| To | Suzanna E. Ellefsen, Esqire | The PMA Insurance Group | 610-397-5045 |
| To | James F. Harker, Esquire | Cohen Seglias Pallas Greenhall & Furman, P.C. | 302-727-0361 |
| To | | Internal Revenue Service | 215-516-2015 |
| To | John V. Fiorella, Esquire | Archer & Greiner, P.C. | 302-777-4352 |
| To | Deborah Waldmeir, Esquire | Assistant Attorney General | |
| | Michael A. Cox, Esquire | | |
| To | Paul Cataldo, Esquire | Assistant General Counsel | 610-265-2866 |
| To | Tanya M. Tan, Esquire | Assistant General Counsel | 818-575-4505 |
| To | Frank F. McGinn, Esquire | Bartlett Hackett Feinberg PC | 617-422-0383 |
| To | J. Scott Bovitz, Esquire | Bovitz & Spitzer | 213-620-1811 |
| To | Eric C. Cotton, Esquire | Developers Diversified Realty Corp. | 216-755-1678 |
| To | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |
| To | | Delaware Department of Revenue | 302-744-1095 |
| To | Joseph M. Gitto, Esquire | Nixon Peabody LLP | 866-887-1961 |
| To | David J. Coyle, Esquire | Shumaker Loop & Kendrick LLP | 419-241-6894 |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.