## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | :   Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | :   Case No. 07-11666 (KG) |
| | :   (Jointly Administered) |
| Debtors. | : |
| | :   **Objection deadline: May 18, 2008 at 4:00 p.m.** |
| | :   **Hearing date: June 13, 2008 at 11:00 a.m.** |

### NOTICE OF MOTION

**TO:**   All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE that on April 30, 2008, Bayard, P.A. filed the **Sixth Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Debtors on or before **May 18, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **June 13, 2008 at 11:00 a.m. (Eastern Time)**.

{00865471;v1}

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion

is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may

enter an order granting the relief sought in the Motion without further notice or a hearing.


Dated: April 30, 2008                           **BAYARD, P.A.**
       Wilmington, Delaware

_Daniel O Brien_
_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395


-and-


**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors
and Debtors in Possession


{00865471;v1}