**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : **Re: Docket No. ____** |
|  | : |

**ORDER APPROVING THE SIXTH MOTION FOR AN ORDER AUTHORIZING
DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY
CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE**

This matter coming before the Court on the sixth motion (the "Motion") for an

order authorizing the Debtors to reject certain unexpired leases and executory contracts,

as provided herein, pursuant to section 365(a) of title 11 of the United States Code (the

"Bankruptcy Code"), and the Court having reviewed the Motion and having heard the

statements of counsel regarding the relief requested in the Motion at a hearing (the

"Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. §

157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409, and (d) notice of the Motion and the Hearing was sufficient, the Court

having determined that the legal and factual bases set forth in the Motion and at the

Hearing establish just cause for the relief granted herein and it appearing that the relief

requested is in the best interest of the Debtors and their estates; it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it is further

**ORDERED**, that all capitalized terms used, but not defined, herein shall have the

meaning provided in the Motion; and it is further

**ORDERED**, that the Debtors are hereby authorized to reject the Rejected

Contracts listed on attached Exhibit A pursuant to Bankruptcy Code section 365(a) effective as of April 30, 2008; and it is further

**ORDERED**, that upon entry of the Order the relief granted herein shall be effective immediately; and it is further

**ORDERED**, that the Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the rejection of contracts pursuant to the Order.

Dated: June _____, 2008
        Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

**Exhibit A**

**Schedule of Rejected Contracts**

Simplexity, LLC
11130 Sunrise Valley Drive
Suite 300
Reston, VA 20191

April 25, 2008

To the Sellers (as such term is defined in the Purchase Agreement)

c/o InPhonic, Inc.                          DLA Piper USA
1010 Wisconsin Avenue, Suite 600            1251 Avenue of the Americas
Washington, DC 20007                        New York, NY  10020-1104
Attention: General Counsel                  Attn:   Thomas R. Califano, Esquire
                                                    Vincent Roldan, Esquire

c/o Dorene Robotti
Managing Director
Clear Thinking Group
401 Towne Centre Drive
Hillsborough, NJ 08844

Dear Sellers:

We are delivering this further notice (this "Notice") to you pursuant to Section 2.5(b) of that certain Asset Purchase Agreement, dated November 8, 2007 (as may be amended, modified and/or supplemented from time to time, the "Purchase Agreement"), by and among Adeptio INPC Funding, LLC, a Delaware limited liability company and subsequently renamed as Adeptio INPC Holdings, LLC ("Adeptio" or "Parent"), InPhonic, Inc., a Delaware corporation (the "Company" and a "Seller"), and each of the Company's direct and indirect Subsidiaries listed on the signature pages thereto (individually, a "Seller" and, together with the Company, the "Sellers"). Any capitalized term used in this Notice which is not otherwise defined herein shall have the meaning assigned to such term in the Purchase Agreement. Reference is hereby also made to that certain notice letter, dated as of December 21, 2007, by Parent to the Sellers notifying the Sellers that Parent assigned to Simplexity, LLC, a Delaware limited liability company and a Subsidiary of Buyer ("Buyer Subsidiary"), its rights to receive the Assets from the Sellers under the Purchase Agreement (including Buyer's rights under Section 2.5 with respect to the Designated Contracts, Excluded Contracts and Held Contracts).

In accordance with Section 2.5(b) of the Purchase Agreement, Simplexity delivered its notice dated December 31, 2007 (the "Initial Held Contracts Notice") designating certain contracts as "Held Contracts" and further designating certain contracts for the Sellers to assume and assign to it. The Initial Held Contracts Notice was supplemented by further notices delivered January 30, 2008, February 15, 2008, February 29, 2008, March 14, 2008 and March 31, 2008 (together with the Initial Held Contracts Notice, the "Held Contracts Notice."). By delivery of this notice, Simplexity supplements the Held Contracts Notice and the undersigned acknowledge and agree that:

(a) the Contracts listed on the attached <u>Annex A</u> shall be designated for assumption with this Notice constituting an "Assumption Notice" with respect to those Contracts and leases;

(b) the Contracts and leases listed on the attached <u>Annex B</u> shall be removed from the list of "Held Contracts" and designated for rejection, with this Notice constituting Simplexity's authorization for the Sellers to reject such Contracts; and

(c) this notice shall not change the status of the remainder of the Contracts and leases set forth in the Held Contracts Notice (and not set forth on <u>Annex A</u> or <u>Annex B</u> attached hereto) which shall remain as "Held Contracts" pursuant to the terms of the Purchase Agreement and the Held Contracts Notice.

All other rights of Buyer and Buyer Subsidiary are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Simplexity, LLC                                   Adeptio INPC Holdings, LLC

By: _____              By: _____
Name: KENNETH SCHWENKE                    Name: David S Lowy
Title: PRESIDENT                          Title: Authorized Signatory

Agreed and Accepted as of _____, 2008:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By: _____
Its: Authorized Signatory

cc:    Thomas R. Califano, Esq. (DLA Piper US LLP)
       Anup Sathy, P.C. (Kirkland & Ellis, LLP)
       David Agay, Esquire (Kirkland & Ellis, LLP)
       Meg Augustine, Esquire (Bayard)

| Vendor Name Contract Counter Party | Contract Effective Date | Brief Description |
|---|---|---|
| American Legion | | CPA Agreement |
| American Security Programs, Inc. | | Service Agreement - Largo Security |
| Escape International | 30-Jan-07 | CPA Agreement |
| OverStock.com, Inc. | 21-Jun-05 | CPA Agreement |
| Global Crossing Telecommunications | 15-May-02 | Service Agreement - Telecommunications |
| Global Resource Systems Corp. | | CPA Agreement |
| Global Resource Systems, LLC | 1-Sep-05 | CPA Agreement |
| MediaWhiz Holdings | | CPA Agreement |
| Spanco Telesystems & Solutions, LTD | 1-Aug-05 | Service Agreement - Customer Activation center |
| Motorola | 1-Apr-05 | CPA Agreement |
| Savvis, Inc. | | Telecommunications Hosting Agreement |