Exhibit A

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

April 29, 2008

SN Liquidation, Inc. (fka InPhonic, Inc.)
1010 Wisconsin Avenue NW
Suite 600
Washington, DC 20007

Re: Chapter 11 Representation                    Invoice #    977287
File # 33006-00001 - NBG

For Services Rendered Through  March 31, 2008

|  |  |
|---|---|
| Previous Balance Forward | $  162,781.38 |
| Current Fees | 76,899.50 |
| Current Disbursements | 2,407.34 |
| Total Amount Due | $  242,088.22 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                               Invoice #977287
File # 33006-00001- NBG                                           Page 2

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| AA | | Asset Analysis and Recovery | | | |
| | 03-04-08 | Further review and revise setoff letter to Waterfront | MEA | 0.20 | 62.00 |
| | 03-04-08 | Review and revise Waterfront setoff letter | MEA | 0.10 | 31.00 |
| | 03-11-08 | Letter to D. Robotti enclosing check | MEA | 0.10 | 31.00 |
| | 03-13-08 | Telephone call with N. Glassman regarding 200 K winddown fund | MEA | 0.30 | 93.00 |
| | 03-14-08 | Email to D. Agay regarding disbursement procedure | MEA | 0.20 | 62.00 |
| | 03-18-08 | Review D. Robotti and M. Augustine email exchange regarding insurance refund and email to N. Glassman and M. Augustine regarding refund | CDD | 0.10 | 60.00 |
| | 03-18-08 | Review N. Glassman email regarding refund | CDD | 0.10 | 60.00 |
| | 03-18-08 | Email exchange with D. Robotti regarding insurance refund check | MEA | 0.20 | 62.00 |
| AP | | Litigation/Adversary Proceeding | | | |
| | 03-03-08 | Retrieve and distribute stipulation extending time on adversary proceeding | EM | 0.10 | 20.50 |
| | 03-03-08 | Add A. Stitzer to receive notices on adversary proceeding matter. | EM | 0.10 | 20.50 |
| | 03-03-08 | Email to M. Augustine regarding Icon briefing and check docket. | ABS | 0.10 | 44.00 |
| | 03-03-08 | Email exchange with A. Stitzer regarding stipulation extending Icon deadlines | MEA | 0.20 | 62.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                       April 29, 2008
Re: Chapter 11 Representation                             Invoice #977287
File # 33006-00001- NBG                                          Page 3

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-07-08 | Office conference with D. O'Brien regarding State Court Litigation | MEA | 0.20 | 62.00 |
| 03-13-08 | Review stipulation regarding Icon briefing and calendar same. | ABS | 0.10 | 44.00 |
| 03-14-08 | Telephone call with K. Boot regarding WDIG | MEA | 0.10 | 31.00 |
| 03-17-08 | Email to M. Augustine regarding Icon briefing. | ABS | 0.10 | 44.00 |
| 03-17-08 | Emails with M. Augustine regarding Icon stipulation. | ABS | 0.10 | 44.00 |
| 03-17-08 | Telephone call with A. Stitzer regarding Icon adversary response | MEA | 0.10 | 31.00 |
| 03-17-08 | Email exchange with C. Thomson regarding Icon extension stipulation | MEA | 0.20 | 62.00 |
| 03-17-08 | Telephone call and emails with Icon counsel regarding extension stipulation | MEA | 0.20 | 62.00 |
| 03-17-08 | Email to A. Stitzer regarding Icon extension stipulation | MEA | 0.10 | 31.00 |
| 03-17-08 | Review, revise and execute Icon stipulation | MEA | 0.20 | 62.00 |
| 03-17-08 | Email to J. Harker regarding filing stipulations under COC | MEA | 0.10 | 31.00 |
| 03-18-08 | Review stipulation to extend time to respond to PI motion and complaint versus Icon | CDD | 0.10 | 60.00 |
| 03-18-08 | Review stipulation regarding Icon briefing schedule and calendar same. | ABS | 0.10 | 44.00 |
| 03-18-08 | Telephone call with J. Lewis regarding status of objections to be filed | MEA | 0.30 | 93.00 |
| 03-18-08 | Telephone call with J. | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                         Page 4

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Pawlitz regarding status of objections to be filed | MEA | 0.30 | 93.00 |
| 03-19-08 | Telephone call with J. Pawlitz regarding upcoming objection deadlines | MEA | 0.40 | 124.00 |
| 03-20-08 | Telephone call with J. Pawlitz regarding objections due prior to hearing | MEA | 0.40 | 124.00 |
| 03-20-08 | Telephone call with J. Lewis regarding outstanding objections | MEA | 0.20 | 62.00 |
| 03-24-08 | Email to co-counsel regarding answer in Icon proceeding. | ABS | 0.10 | 44.00 |
| 03-24-08 | Review Local Rules and exchange emails with C. Thomson regarding Icon briefing and hearing. | ABS | 0.20 | 88.00 |
| 03-24-08 | Review answer of Icon International and note to A. Stitzer regarding same | NBG | 0.20 | 145.00 |
| 03-25-08 | Email to co-counsel regarding answering brief regarding Icon. | ABS | 0.10 | 44.00 |
| 03-25-08 | Email from D. O'Brien regarding 3/28 hearing. | ABS | 0.10 | 44.00 |
| 03-25-08 | Review Icon brief and A. Stitzer email to Thomson regarding same | NBG | 0.20 | 145.00 |
| 03-25-08 | OC - A. Stitzer regarding coordinating DLA and Reed Smith to handle Icon litigation | NBG | 0.10 | 72.50 |
| 03-25-08 | E-mail C. Thomson regarding Icon adversary status | DAO | 0.10 | 24.00 |
| 03-26-08 | Various emails regarding Icon pretrial conference. | ABS | 0.10 | 44.00 |
| 03-26-08 | Further emails from M. Augustine and C. Thomson | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                        Page 5

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | regarding Icon pretrial conference. | ABS | 0.10 | 44.00 |
| 03-26-08 | Emails to C. Thomson re: continuance of adversary pretrial | MEA | 0.30 | 93.00 |
| 03-26-08 | Call with Chambers regarding Icon adversary agenda | DAO | 0.10 | 24.00 |
| 03-28-08 | Email to M. Augustine regarding Icon reply brief. | ABS | 0.10 | 44.00 |
| 03-28-08 | Correspondence with Stitzer regarding reply brief in Icon International adversary proceeding | NBG | 0.10 | 72.50 |
| 03-28-08 | Email exchanges regarding Icon extension | MEA | 0.30 | 93.00 |
| 03-31-08 | Attention to filing of stipulation regarding Icon adversary | MEA | 0.20 | 62.00 |
| 03-31-08 | Telephone call with C. Thomson regarding Icon stipulation | MEA | 0.10 | 31.00 |
| 03-31-08 | Revise Icon stipulation | MEA | 0.20 | 62.00 |
| 03-31-08 | Review and revise COC regarding Icon stipulation | MEA | 0.30 | 93.00 |
| 03-31-08 | E-file certification of counsel regarding stipulation extending time to reply regarding adversary proceeding; Prepare for service upon Judge Gross | EM | 0.30 | 61.50 |
| 03-31-08 | Draft COC for Icon adversary proceeding stipulation | DAO | 0.60 | 144.00 |
| 03-31-08 | Revise COC | DAO | 0.20 | 48.00 |
| 03-31-08 | Attention to filing | DAO | 0.10 | 24.00 |

BO    Business Operations

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-10-08 | Emails with Robotti and to Pardo regarding 1099's | NBG | 0.10 | 72.50 |
| 03-11-08 | Emails from Dorene and Joe | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                          April 29, 2008
Re: Chapter 11 Representation                                    Invoice #977287
File # 33006-00001- NBG                                               Page 6

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | Pardo regarding 1099's | NBG | 0.10 | 72.50 |
| | 03-17-08 | Review N. Glassman email regarding ClearThinking proposal | CDD | 0.10 | 60.00 |
| | 03-17-08 | Review D. Robotti email regarding extensions for tax returns and discuss with M. Augustine | CDD | 0.10 | 60.00 |
| | 03-17-08 | Telephone call with D. Robotti regarding tax issue | MEA | 0.40 | 124.00 |
| | 03-17-08 | Emails with M. Augustine and Robotti regarding obtaining extensions of deadlines to file tax returns | NBG | 0.10 | 72.50 |
| | 03-18-08 | Review D. Engelhart and M. Augustine email exchange regarding extension of time to file tax return with IRS | CDD | 0.10 | 60.00 |
| | 03-18-08 | Review e-filings and docket update and emails with Robotti and Davis regarding tax refunds | NBG | 0.20 | 145.00 |
| | 03-19-08 | Telephone call with D. Robotti regarding status of bank account issue | MEA | 0.20 | 62.00 |
| CA | Case Administration | | | | |
| | 03-03-08 | Update critical dates memo | EM | 0.60 | 123.00 |
| | 03-03-08 | Telephone conversation with Rose of BMC Group regarding publication notice from RCR Wireless news | EM | 0.20 | 41.00 |
| | 03-03-08 | Attention to incoming pleadings | EM | 0.10 | 20.50 |
| | 03-03-08 | Review e-filings, docket update for today and prior two days | NBG | 0.10 | 72.50 |
| | 03-03-08 | Conference call with Gwynne, Springer, Johnson, Polsky, | | | |

# THE BAYARD FIRM

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                         Invoice #977287
File # 33006-00001- NBG                                        Page 7

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Robotti, Augustine, O'Brien regarding all case matters (plan, claims, winddown funding and expense issues) | NBG | 0.60 | 435.00 |
| 03-03-08 | Attention to distribution of electronic filings re: docket number 6 | JL | 0.10 | 12.50 |
| 03-03-08 | Email exchange with E. Miranda regarding critical dates | MEA | 0.30 | 93.00 |
| 03-03-08 | Emails regarding distribution of work | MEA | 0.30 | 93.00 |
| 03-03-08 | Email exchanges with E. Miranda regarding critical dates | MEA | 0.40 | 124.00 |
| 03-03-08 | Conference call regarding case status | MEA | 0.60 | 186.00 |
| 03-03-08 | Attention to e-mails regarding conference call | DAO | 0.20 | 48.00 |
| 03-03-08 | Discuss with MEA status of work | DAO | 0.30 | 72.00 |
| 03-04-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-04-08 | Monitor docket for new filings | EM | 0.10 | 20.50 |
| 03-04-08 | Finalize critical dates memorandum | EM | 0.20 | 41.00 |
| 03-04-08 | Circulate critical dates memorandum | EM | 0.10 | 20.50 |
| 03-04-08 | Discuss status of pleadings to be filed today with MEA | TM | 0.10 | 20.00 |
| 03-04-08 | Attention to notice of filing affidavit of publication | TM | 0.20 | 40.00 |
| 03-04-08 | Discuss status of pleadings to be filed today with DAO | TM | 0.10 | 20.00 |
| 03-04-08 | Attention to preparation of electronic filings | TM | 0.10 | 20.00 |
| 03-04-08 | Attention to distribution of | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                        Invoice #977287
File # 33006-00001- NBG                                   Page 8

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | electronic filings re: docket number 418,420 | JL | 0.20 | 25.00 |
| 03-04-08 | Update the Bankruptcy Calendar with objection deadlines and hearing dates | JL | 0.10 | 12.50 |
| 03-04-08 | Email to E. Miranda regarding critical dates | MEA | 0.10 | 31.00 |
| 03-04-08 | Attention to agenda and certification of counsel revisions | DAO | 0.20 | 48.00 |
| 03-05-08 | E-mail to BMC Agenda for service | EM | 0.10 | 20.50 |
| 03-05-08 | E-mail filed agenda to co-counsel | EM | 0.10 | 20.50 |
| 03-05-08 | E-file notice of publication of notice of bar date | EM | 0.20 | 41.00 |
| 03-05-08 | E-file Second Notice of Debtors' filing of proposed order | EM | 0.20 | 41.00 |
| 03-05-08 | E-file Third Motion for an order authorizing debtors to reject to certain unexpired leases/executory contracts | EM | 0.20 | 41.00 |
| 03-05-08 | Send order to BMC Group for service | EM | 0.10 | 20.50 |
| 03-05-08 | TC - Califano regarding call with Kurt Gwynne and Robotti and Polsky regarding all case issues | NBG | 0.10 | 72.50 |
| 03-05-08 | Email to N. Glassman regarding case administration | MEA | 0.10 | 31.00 |
| 03-05-08 | Conference call with client, MEA, CTG re: case issues | DAO | 0.80 | 192.00 |
| 03-06-08 | E-file affidavits of service of BMC Group regarding customer rebate notice, second motion authorizing rejection of claims, and | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)          April 29, 2008
Re: Chapter 11 Representation                    Invoice #977287
File # 33006-00001- NBG                                 Page 9

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | motion to retain Clear Thinking Group and Joseph Pardo | EM | 0.60 | 123.00 |
| 03-06-08 | Review for relevance/overview recently served pleadings/notices/orders | NBG | 0.10 | 72.50 |
| 03-06-08 | Instructions to K. Mirto to make sure T. Califano has call in information regarding tomorrow's conference call | NBG | 0.10 | 72.50 |
| 03-06-08 | Email to Agay and Gwynne regarding conference call | NBG | 0.10 | 72.50 |
| 03-06-08 | Attention to distribution of electronic filings re: docket number 427,426,432 | JL | 0.20 | 25.00 |
| 03-06-08 | Email AOS to E. Miranda for filing | MEA | 0.10 | 31.00 |
| 03-06-08 | Forward dial in information for tomorrow's conference | MEA | 0.10 | 31.00 |
| 03-06-08 | Email to D. O'Brien regarding correcting service issues | MEA | 0.10 | 31.00 |
| 03-06-08 | Email to D. O'Brien regarding service issue | MEA | 0.10 | 31.00 |
| 03-07-08 | Monitor docket for new filings | EM | 0.10 | 20.50 |
| 03-07-08 | Prepare notice and COS regarding motion to extend exclusivity period | EM | 0.20 | 41.00 |
| 03-07-08 | Attention to preparation of electronic filings and electronic filing of motion to extend exclusivity period | EM | 0.20 | 41.00 |
| 03-07-08 | Attention to distribution of electronic filing of motion to extend exclusivity period to BMC Group for service and | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                       Page 10

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | co-counsel | EM | 0.20 | 41.00 |
| 03-07-08 | Review e-filings and docket update; emails with Robotti regarding having team call this morning to discuss UST position; review recently served pleadings, notices | NBG | 0.20 | 145.00 |
| 03-07-08 | Correspondence with Gwynne and Agay regarding conference call meeting today | NBG | 0.10 | 72.50 |
| 03-07-08 | Conference call with Gwynne, Robotti, Polsky, Augustine, O'Brien regarding all case issues | NBG | 0.50 | 362.50 |
| 03-07-08 | Attention to setting up conference call | DAO | 0.20 | 48.00 |
| 03-07-08 | Conference call with NBG, MEA, D. Robotti and co-counsel | DAO | 0.50 | 120.00 |
| 03-07-08 | Calendar critical dates | DAO | 0.20 | 48.00 |
| 03-10-08 | Attention to preparation of electronic filing of BMC Group's affidavit of supplemental service regarding notice of bar date | EM | 0.20 | 41.00 |
| 03-10-08 | Review recently filed pleadings for relevance | EM | 0.10 | 20.50 |
| 03-10-08 | Revise critical dates regarding incoming pleadings. | EM | 0.40 | 82.00 |
| 03-10-08 | Attention to preparation of electronic filing of certification of no objection regarding DLA's 2nd monthly fee application. | EM | 0.20 | 41.00 |
| 03-10-08 | Docket retrieval and distribution of motion by RadioShack Corp. regarding | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                      Page 11

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | extending deadline to file objection to cure amounts; Calendar objection and hearing deadlines | EM | 0.20 | 41.00 |
| 03-10-08 | Review e-filings, docket update for today and prior 2 days and email from Johnson | NBG | 0.10 | 72.50 |
| 03-10-08 | Attention to distribution of electronic filings re: docket number 7 | JL | 0.10 | 12.50 |
| 03-10-08 | Discussion with EM regarding calendaring critical dates | DAO | 0.20 | 48.00 |
| 03-11-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-11-08 | Docket retrieval and calendar new deadline to file answering brief regarding preliminary injunction motion | EM | 0.20 | 41.00 |
| 03-11-08 | Review affidavit of service from BMC regarding debtors' motion to extend exclusive periods, notice of agenda, second notice of filing proposed order and third motion authorizing debtor to reject certain leases; E-file same | EM | 0.20 | 41.00 |
| 03-11-08 | Docket retrieval and distribution of electronically filed documents | EM | 0.10 | 20.50 |
| 03-11-08 | Attention to distribution of electronic filings re: docket number 435 | JL | 0.10 | 12.50 |
| 03-11-08 | Attention to conference call e-mails | DAO | 0.60 | 144.00 |
| 03-12-08 | Attention to preparation of electronic filing of BMC | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                           Page 12

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | Group's affidavit of service and affidavit of supplemental service | EM | 0.20 | 41.00 |
| 03-12-08 | Revise critical dates regarding incoming pleadings. | EM | 0.20 | 41.00 |
| 03-12-08 | Circulate critical dates memo for review | EM | 0.10 | 20.50 |
| 03-12-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-13-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-13-08 | Email to E. Miranda and D. O'Brien regarding two Certificates of No Objection that need to be filed | NBG | 0.10 | 72.50 |
| 03-13-08 | Email to D. O'Brien regarding critical dates | MEA | 0.10 | 31.00 |
| 03-13-08 | Attention to obtaining background documents for C. Davis | MEA | 0.30 | 93.00 |
| 03-13-08 | Telephone call with J. Pawlitz regarding upcoming objection deadlines | MEA | 0.40 | 124.00 |
| 03-13-08 | Office conference with D. O'Brien regarding CNO's to file | MEA | 0.20 | 62.00 |
| 03-13-08 | Review critical dates | DAO | 0.50 | 120.00 |
| 03-13-08 | Review incoming pleadings and correspondence. | EM | 0.10 | 20.50 |
| 03-13-08 | Calendar certification of no objection deadline regarding notice (second) of fiing proposed form order | EM | 0.10 | 20.50 |
| 03-13-08 | Attention to preparation of electronic filings of certificate of no objection of notice of debtors filing proposed order | EM | 0.20 | 41.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                          Page 13

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-13-08 | Prepare certification of no objection regarding notice of filing proposed order | EM | 0.20 | 41.00 |
| 03-14-08 | Email to Melissa Flores re InPhonic service list. | JKE | 0.20 | 43.00 |
| 03-14-08 | Review incoming pleadings and correspondence. | EM | 0.10 | 20.50 |
| 03-14-08 | Prepare joinder to Adeptio's response | EM | 0.50 | 102.50 |
| 03-14-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-14-08 | Attention to distribution of electronic filings re: docket number 445,449,446,447 | JL | 0.30 | 37.50 |
| 03-14-08 | Attention to preparation of electronic filings | TM | 0.10 | 20.00 |
| 03-14-08 | Discuss status of pleadings to be filed today with MEA | TM | 0.10 | 20.00 |
| 03-14-08 | Email exchange with J. Pawlitz regarding motion  to reject reply deadline | MEA | 0.20 | 62.00 |
| 03-15-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-17-08 | Email exchange with M. Augustine regarding voicemail messages from N. Glassman on case status | CDD | 0.10 | 60.00 |
| 03-17-08 | Review T. Wilson email regarding call from K. Gwynne and return phone call-leave voicemail regarding BMC | CDD | 0.10 | 60.00 |
| 03-17-08 | Email exchange with N. Glassman and M. Augustine regarding BMC | CDD | 0.10 | 60.00 |
| 03-17-08 | Email exchange with N. Glassman and M. Augustine regarding motion to convert | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                            Invoice #977287
File # 33006-00001- NBG                                          Page 14

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | by UST | CDD | 0.10 | 60.00 |
| 03-17-08 | Telephone call with K. Gwynne and M. Augustine regarding motion to convert BMC, ClearThinking and Waterfront | CDD | 0.40 | 240.00 |
| 03-17-08 | Email to N. Glassman and M. Augustine regarding telephone call with K. Gwynne and review reply | CDD | 0.10 | 60.00 |
| 03-17-08 | Email to N. Glassman and M. Augustine regarding telephone call to UST and review reply | CDD | 0.10 | 60.00 |
| 03-17-08 | Monitor docket | EM | 0.10 | 20.50 |
| 03-17-08 | Discuss status of pleadings to be filed today with JKE | TM | 0.10 | 20.00 |
| 03-17-08 | Attention to distribution of electronic filings re: docket number 451,452,453,454 | JL | 0.40 | 50.00 |
| 03-17-08 | Update the Bankruptcy Calendar with objection deadlines and hearing dates | JL | 0.10 | 12.50 |
| 03-17-08 | Attention to calendaring of new deadlines | MEA | 0.20 | 62.00 |
| 03-17-08 | Return telephone call to W. Leach | MEA | 0.10 | 31.00 |
| 03-18-08 | Discussion with M. Augustine; Retrieve solicitation motions and orders from dockets | EM | 0.60 | 123.00 |
| 03-18-08 | Review incoming pleadings and correspondence. | EM | 0.10 | 20.50 |
| 03-18-08 | Attention to preparation of electronic filing of notice (second) of filing proposed order | EM | 0.20 | 41.00 |
| 03-18-08 | Email exchanges with M. | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

April 29, 2008
Invoice #977287
Page 15

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Augustine and N. Glassman regarding BMC data | CDD | 0.20 | 120.00 |
| 03-18-08 | Attention to distribution of electronic filings re: docket number 456 | JL | 0.10 | 12.50 |
| 03-18-08 | Update the Bankruptcy Calendar with objection deadlines and hearing dates | JL | 0.20 | 25.00 |
| 03-18-08 | Telephone call with W. Leach regarding motion to convert | MEA | 0.10 | 31.00 |
| 03-19-08 | Prepare notice and certificate of service regarding Fourth Motion Authorizing Debtors to Reject  Certain Leases/Contracts | EM | 0.20 | 41.00 |
| 03-19-08 | Prepare certificate of service regarding Third Notice of Filing Proposed Order | EM | 0.10 | 20.50 |
| 03-19-08 | Attention to preparation of electronic filing of affidavit of service and affidavit of supplement service of BMC Group, Inc. | EM | 0.30 | 61.50 |
| 03-19-08 | Attention to distribution of electronic filings re: docket number 9,10 | JL | 0.10 | 12.50 |
| 03-19-08 | Scan and electronically file Notice of Filing Proposed Assumption Order.  Email to BMC Group for Service. | LS | 0.30 | 55.50 |
| 03-19-08 | Scan and electronically file Fourth Motion regarding Rejection of Leases/Contracts.  Email to BMC group for service. | LS | 0.40 | 74.00 |
| 03-19-08 | Review e-filings and docket update | NBG | 0.10 | 72.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                            Invoice #977287
File # 33006-00001- NBG                                        Page 16

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-19-08 | Discuss with M. Augustine upcoming assignments | DAO | 0.50 | 120.00 |
| 03-19-08 | Emails to Adeptio and Committee regarding extension to objection deadlines | MEA | 0.20 | 62.00 |
| 03-20-08 | Review e-filings and docket update | NBG | 0.10 | 72.50 |
| 03-20-08 | Office conference with C. Davis regarding upcoming deadlines | MEA | 0.30 | 93.00 |
| 03-21-08 | Docket retrieval and distribution documents requested by M. Augustine | EM | 0.20 | 41.00 |
| 03-21-08 | Calendar new critical dates and update critical dates memo | EM | 0.60 | 123.00 |
| 03-21-08 | Prepare certification of no objection regarding motion to authorize SN Liquidation to enter into postpetition contracts with Overture Services. | EM | 0.20 | 41.00 |
| 03-21-08 | Prepare certification of no ojbection regarding motion authorizing retention of Clear Thinking Group and Joseph Pardo | EM | 0.20 | 41.00 |
| 03-21-08 | Prepare certificate of no objection regarding Third motion authorizing debtors to reject to certain leases/contracts | EM | 0.20 | 41.00 |
| 03-21-08 | Prepare certification of no objection regarding motion to extend exclusivity period | EM | 0.20 | 41.00 |
| 03-24-08 | Update and circulate critical dates memo for review | EM | 1.20 | 246.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                             Invoice #977287
File # 33006-00001- NBG                                          Page 17

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-24-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-24-08 | Review updated critical date schedule and email to and from paralegal (Miranda) regarding same and regarding agenda revisions necessitated by new pleadings | NBG | 0.20 | 145.00 |
| 03-24-08 | Attention to distribution of electronic filings re: docket number 11 | JL | 0.10 | 12.50 |
| 03-25-08 | Retrieve orders and forward to BMC for service | EM | 0.20 | 41.00 |
| 03-25-08 | Attention to preparation of electronic filing of BMC Group's affidavit of service | EM | 0.10 | 20.50 |
| 03-25-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-25-08 | Instructions regarding updating working group list to DAO and EM | NBG | 0.10 | 72.50 |
| 03-25-08 | Attention to distribution of electronic filings re: docket number 464,465,461,12 | JL | 0.30 | 37.50 |
| 03-25-08 | E-mail MEA updated status of issues (hearing and schedules) | DAO | 0.20 | 48.00 |
| 03-26-08 | Input information into database regarding service lists, etc. that were removed from FileMaker Pro | EM | 1.20 | 246.00 |
| 03-26-08 | Review efilings, docket update | NBG | 0.10 | 72.50 |
| 03-26-08 | Telephone call with D. O'Brien re: case status | MEA | 0.20 | 62.00 |
| 03-26-08 | Call with M. Augustine regarding status of SN issues | DAO | 0.20 | 48.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)        April 29, 2008
Re: Chapter 11 Representation        Invoice #977287
File # 33006-00001- NBG        Page 18

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-27-08 | Review efilings, docket update | NBG | 0.10 | 72.50 |
| 03-27-08 | Discuss status of pleadings to be filed today with DAO | TM | 0.10 | 20.00 |
| 03-28-08 | Draft critical dates memo and circulate | EM | 0.80 | 164.00 |
| 03-28-08 | Review incoming pleadings and correspondence. | EM | 0.10 | 20.50 |
| 03-28-08 | Prepare certificate of service regarding monthly operating report | EM | 0.10 | 20.50 |
| 03-28-08 | Attention to preparation of electronic filing and service of monthly operating report for November 2007 | EM | 0.30 | 61.50 |
| 03-28-08 | Review e-filings, docket update | NBG | 0.10 | 72.50 |
| 03-28-08 | Review/revise updated critical date memo | NBG | 0.10 | 72.50 |
| 03-28-08 | Attention to distribution of electronic filings re: docket number 474,475,476,475,477,478,479 | JL | 0.60 | 75.00 |
| 03-31-08 | Review e-filings; docket updates | NBG | 0.10 | 72.50 |

CH Court Hearings

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-03-08 | Emails with M. Augustine and to E. Miranda regarding revisions to critical date schedule and agenda for next hearing date | NBG | 0.10 | 72.50 |
| 03-04-08 | Prepre draft agenda for 3/7/08 hearing | EM | 0.30 | 61.50 |
| 03-04-08 | Discussions with D. O'Brien regarding revisions to CNO and Agenda | EM | 0.20 | 41.00 |
| 03-04-08 | Email to E. Miranda regarding draft agenda | MEA | 0.10 | 31.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                        Page 19

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-04-08 | Email to E. Miranda regarding filing of agenda | MEA | 0.10 | 31.00 |
| 03-04-08 | Discuss agenda for hearing with MEA | DAO | 0.10 | 24.00 |
| 03-04-08 | Review hearing agenda | DAO | 0.40 | 96.00 |
| 03-05-08 | Finalize agenda and hearing binder | EM | 0.30 | 61.50 |
| 03-05-08 | E-file and serve notice of agenda and binder | EM | 0.20 | 41.00 |
| 03-05-08 | Prepare notice of amended agenda cancelling hearing | EM | 0.30 | 61.50 |
| 03-05-08 | E-file and prepare for service notice of amended agenda cancelling hearing | EM | 0.20 | 41.00 |
| 03-05-08 | Review agenda we filed for upcoming hearing | NBG | 0.10 | 72.50 |
| 03-05-08 | Attention to service of hearing agenda | MEA | 0.10 | 31.00 |
| 03-05-08 | E-mail EM regarding binder/hearing agenda | DAO | 0.10 | 24.00 |
| 03-05-08 | Attention to reviewing and revising amended agenda for 3/7 hearing | DAO | 0.20 | 48.00 |
| 03-05-08 | Review agenda/binder | DAO | 0.30 | 72.00 |
| 03-05-08 | Attention to filing hearing agenda | DAO | 0.30 | 72.00 |
| 03-10-08 | Prepare draft agenda for March 28 hearing | EM | 0.40 | 82.00 |
| 03-11-08 | Check status of binders | DAO | 0.20 | 48.00 |
| 03-11-08 | E-mail Ted Berkowitz regarding hearing call in | DAO | 0.10 | 24.00 |
| 03-13-08 | Update the Bankruptcy Calendar with objection deadlines and hearing dates | JL | 0.10 | 12.50 |
| 03-14-08 | Docket retrieval of e-filed documents and add to draft agenda and critical dates memorandum | EM | 1.20 | 246.00 |
| 03-17-08 | Continue drafting agenda for | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                        Page 20

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | March 28th hearing | EM | 1.20 | 246.00 |
| 03-17-08 | Prepare 3/18 amended agenda letter | TM | 0.20 | 40.00 |
| 03-17-08 | Emails to D. O'Brien and E. Miranda regarding filing of agenda | MEA | 0.30 | 93.00 |
| 03-17-08 | Attention to scheduling telephone appearance for D. Robotti | MEA | 0.10 | 31.00 |
| 03-18-08 | Schedule telephonic appearance for D. Robotti of Clear Thinking Group for hearing scheduled for 3/28/08 | EM | 0.20 | 41.00 |
| 03-18-08 | Email to D. Robotti regarding telephonic appearance | MEA | 0.10 | 31.00 |
| 03-19-08 | Review docket and instruct D'OBrien on preparation of agenda and status of items | MEA | 0.70 | 217.00 |
| 03-20-08 | Discuss with M. Augustine agenda for upcoming hearings | NBG | 0.10 | 72.50 |
| 03-20-08 | Email to K. Bifferato regarding Radioshack extension | MEA | 0.10 | 31.00 |
| 03-20-08 | Telephone call with K. Bifferato regarding Radioshack extension | MEA | 0.10 | 31.00 |
| 03-21-08 | Continue revisions of draft agenda for 3/28/08 hearing and add new filings to same | EM | 1.20 | 246.00 |
| 03-24-08 | Review M. Augustine and J. Pawlitz email exchange regarding continuing hearing on Yellow Pages motion | CDD | 0.10 | 60.00 |
| 03-24-08 | Attention to preparation of electronic filing of certificate of no objection regarding 363 motion | EM | 0.20 | 41.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                       Page 21

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-24-08 | Emails from Qualution's counsel regarding continuing hearing on admin. claim dispute and to O'Brien regarding same | NBG | 0.10 | 72.50 |
| 03-24-08 | Review agenda for 3/28 hearing and docket | DAO | 0.70 | 168.00 |
| 03-24-08 | E-mail C. Thomson at DLA regarding agenda | DAO | 0.10 | 24.00 |
| 03-24-08 | E-mail C. Thomson regarding hearing | DAO | 0.10 | 24.00 |
| 03-24-08 | Attention to e-mails regarding agenda comments | DAO | 0.20 | 48.00 |
| 03-24-08 | Revise agenda | DAO | 0.40 | 96.00 |
| 03-25-08 | Update agenda with certificates of no objection filed March 24th | EM | 0.10 | 20.50 |
| 03-25-08 | Emails with Miranda regarding adding orders to amended agenda and updating/filing same | NBG | 0.10 | 72.50 |
| 03-25-08 | Email from Radioshack's counsel regarding continuing hearing | NBG | 0.10 | 72.50 |
| 03-25-08 | Review M. Augustine email to K. Bifferato regarding Radio Shack position on continuing objection and hearing dates and reply | CDD | 0.10 | 60.00 |
| 03-25-08 | E-mail draft agenda to ABS and C. Thomson | DAO | 0.10 | 24.00 |
| 03-25-08 | OC with Edith to review agenda/binder progress for the 3/28 hearing | DAO | 0.40 | 96.00 |
| 03-26-08 | Prepare agenda binders | EM | 0.20 | 41.00 |
| 03-26-08 | Discussion with D. O'Brien and review e-mails from M. Augustine re: agenda | EM | 0.20 | 41.00 |
| 03-26-08 | E-file and prepare for | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                        Page 22

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | service notice of agenda for March 28th hearing; E-mail to BMC for service and upload to Broadcast fax for service | EM | 0.40 | 82.00 |
| 03-26-08 | Instructions regarding revisions to agenda for upcoming hearings | NBG | 0.10 | 72.50 |
| 03-26-08 | Review agenda for 3/28 hearings as we filed it today and correspondence with M. Augustine regarding who will cover hearings and "contested" exclusivity motion | NBG | 0.30 | 217.50 |
| 03-26-08 | Email to Radioshack's counsel regarding continuing hearing and instructions regarding second amended agenda | NBG | 0.10 | 72.50 |
| 03-26-08 | Email exchanges with M. Augustine regarding resolved and unresolved matters up for 3/28 hearings; email from Radio Shack's counsel regarding status of settlement discussions | NBG | 0.30 | 217.50 |
| 03-26-08 | Telephone call with E. Miranda re: amended agenda | MEA | 0.10 | 31.00 |
| 03-26-08 | Email to K. Bifferato re: Radioshack continuance | MEA | 0.10 | 31.00 |
| 03-26-08 | Email to E. Miranda re: status of items on amended agenda | MEA | 0.20 | 62.00 |
| 03-26-08 | Emails to N. Glassman re: upcoming hearing | MEA | 0.20 | 62.00 |
| 03-26-08 | Email to N. Glassman re: matters on SN agenda and new status | MEA | 0.30 | 93.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)               April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                        Page 23

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-26-08 | Review/revise agenda and email to E. Miranda and D. O'Brien re: same | MEA | 0.30 | 93.00 |
| 03-26-08 | Email M. Augustine about hearing agenda | DAO | 0.10 | 24.00 |
| 03-26-08 | Review binder for March 28, 2008 hearing | DAO | 0.40 | 96.00 |
| 03-26-08 | Review agenda for March 28, 2008 hearing | DAO | 0.60 | 144.00 |
| 03-26-08 | Attention to filing agenda | DAO | 0.10 | 24.00 |
| 03-27-08 | Emails with Robotti and Augustine regarding tomorrow's hearing and prepare for same | NBG | 0.30 | 217.50 |
| 03-27-08 | Confer with M. Augustine regarding open issues/matters to be presented at tomorrow's hearing and prepare for hearing | NBG | 0.50 | 362.50 |
| 03-27-08 | Review amended agenda | DAO | 0.40 | 96.00 |
| 03-27-08 | Call with M. Augustine regarding binder and agenda preparation | DAO | 0.20 | 48.00 |
| 03-27-08 | Call T. Matthews and parcels regarding binder | DAO | 0.10 | 24.00 |
| 03-27-08 | Email correspondence with M. Augustine regarding orders for binders | DAO | 0.20 | 48.00 |
| 03-27-08 | Get orders finalized for binders | DAO | 0.50 | 120.00 |
| 03-27-08 | Review binder for March 28, 2008 hearing | DAO | 0.40 | 96.00 |
| 03-27-08 | Review e-mail from M. Augustine regarding drafting amended agenda; Draft amended agenda; Pull orders for hearing. | EM | 0.50 | 102.50 |
| 03-27-08 | Email to E. Miranda re: | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                            Page 24

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | orders for hearing | MEA | 0.10 | 31.00 |
| 03-27-08 | Email to D. O'Brien re: orders for hearing | MEA | 0.10 | 31.00 |
| 03-27-08 | Telephone call to D. O'Brien re: amended agenda | MEA | 0.30 | 93.00 |
| 03-27-08 | Telephone call with N. Glassman re: tomorrow's hearing | MEA | 0.40 | 124.00 |
| 03-27-08 | Preparation for hearing | MEA | 1.10 | 341.00 |
| 03-28-08 | Docket retrieval and distribution of all orders entered today (6); Forward to BMC Group for service | EM | 0.40 | 82.00 |
| 03-28-08 | Travel to and from Court and represent Debtors at omnibus hearing (1.1); review orders entered after hearing (.1) | NBG | 1.20 | 870.00 |
| 03-28-08 | Email to Califano regarding today's hearings | NBG | 0.10 | 72.50 |
| 03-28-08 | Telephone call to D. O'Brien regarding forms of order for today's hearing | MEA | 0.10 | 31.00 |
| 03-28-08 | Attend hearing | MEA | 0.60 | 186.00 |
| 03-28-08 | Revise orders for hearing per comments | DAO | 0.60 | 144.00 |
| 03-28-08 | Get together blacklines for orders | DAO | 0.40 | 96.00 |
| 03-28-08 | Review final hearing binder | DAO | 0.50 | 120.00 |
| 03-28-08 | Attend court hearing | DAO | 1.00 | 240.00 |
| CI | Creditor Inquiries | | | |
| 03-03-08 | Attention to creditor inquiry | DAO | 0.10 | 24.00 |
| 03-04-08 | Return creditor inquiry calls | DAO | 0.20 | 48.00 |
| 03-05-08 | Letter from Richard Rushing regarding rebate claim | NBG | 0.10 | 72.50 |
| 03-05-08 | Attention to creditor inquiries | DAO | 0.20 | 48.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                        Page 25

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-06-08 | Attention to creditor inquiries | DAO | 0.20 | 48.00 |
| 03-07-08 | Email to and from Robotti regarding PBGC inquiry | NBG | 0.10 | 72.50 |
| 03-07-08 | Read e-mail from pension plan (PBGC) | DAO | 0.10 | 24.00 |
| 03-07-08 | TC to PBGC about their pension plan inquiry | DAO | 0.10 | 24.00 |
| 03-11-08 | Call counsel for pension plan | DAO | 0.10 | 24.00 |
| 03-11-08 | E-mail Walt Leach regarding pension plan claim | DAO | 0.20 | 48.00 |
| 03-11-08 | E-mail MEA regarding pension plan inquiry | DAO | 0.10 | 24.00 |
| 03-11-08 | Attention to creditor inquiries | DAO | 0.20 | 48.00 |
| 03-11-08 | Email to B. Wood regarding status of contract | MEA | 0.10 | 31.00 |
| 03-12-08 | Draft letters to creditors | DAO | 0.50 | 120.00 |
| 03-13-08 | Attention to creditor inquiries | DAO | 0.20 | 48.00 |
| 03-14-08 | Return telephone call to K. LaMaina regarding Proof of Claim | MEA | 0.20 | 62.00 |
| 03-14-08 | Attention to creditor inquiry | DAO | 0.10 | 24.00 |
| 03-17-08 | Draft letters to multiple creditors addressing inquiries | DAO | 0.50 | 120.00 |
| 03-19-08 | Attention to creditor inquiry | DAO | 0.10 | 24.00 |
| 03-19-08 | Office conference with D. O'Brien regrading PBGC inquiry | MEA | 0.10 | 31.00 |
| 03-19-08 | Telephone call with K. LaMaina regarding Skadden proof of claim | MEA | 0.20 | 62.00 |
| 03-20-08 | Emails from and to Todd and Amy Fansler regarding status | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 29, 2008
Re: Chapter 11 Representation                                 Invoice #977287
File # 33006-00001- NBG                                            Page 26

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | and treatment of rebate claims and to M. Augustine, Gwynne and from him regarding same | NBG | 0.20 | 145.00 |
| 03-26-08 | Forward rebate creditor inquiry to D. O'Brien | MEA | 0.10 | 31.00 |
| 03-26-08 | Return call to D. King after review of docket re: DS3 status | MEA | 0.30 | 93.00 |
| 03-28-08 | Telephone call to S. Spence regarding scheduling order | MEA | 0.10 | 31.00 |
| 03-28-08 | Return telephone call to D. King | MEA | 0.20 | 62.00 |

DS  Disclosure Statement

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-07-08 | Discussion with Committee professionals and Johnson regarding disclosure statement and finalizing same | NBG | 0.20 | 145.00 |
| 03-10-08 | Work on draft disclosure statement and email to Gwynne regarding same | NBG | 0.80 | 580.00 |
| 03-13-08 | Voicemail message from and call to Gwynne regarding disclosure statement (.3) and emails with Charlene Davis and Meg Augustine regarding review and comment on same (.1) | NBG | 0.40 | 290.00 |
| 03-13-08 | TC - M. Augustine regarding work still needed on disclosure statement | NBG | 0.20 | 145.00 |
| 03-15-08 | Review/revise draft disclosure statement and notes to C. Davis and M. Augustine regarding same and email to them regarding same | NBG | 2.00 | 1,450.00 |
| 03-17-08 | Review (cursory) of draft | | | |

# THE BAYARD FIRM

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                               Invoice #977287
File # 33006-00001- NBG                                          Page 27

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | disclosure statement | MEA | 0.40 | 124.00 |
| | 03-20-08 | Discuss M. Augustine's comments/revisions with M. Augustine and motion to approve solilcitation procedures | NBG | 0.20 | 145.00 |
| | 03-20-08 | Review and revise Disclosure Statement | MEA | 3.10 | 961.00 |
| | 03-26-08 | Review/revise draft disclosure statement and litigation trust agreement | NBG | 1.20 | 870.00 |
| | 03-29-08 | Review/revise solicitation procedures motion and motion to approve disclosure statement and email to DAO regarding ballots and to M. Augustine regarding revisions to motion, plan and disclosure statement; revisions to disclosure statement order and solicitation procedures order | NBG | 1.40 | 1,015.00 |
| | 03-31-08 | Revise disclosure statement | NBG | 0.50 | 362.50 |
| | 03-31-08 | More attention to disclosure statement | NBG | 0.40 | 290.00 |
| | 03-31-08 | Review and revise Disclosure Statement | MEA | 0.80 | 248.00 |
| EA1 | TBF Retention Application | | | | |
| | 03-18-08 | More correspondence with Robotti regarding hearing on CTG retention | NBG | 0.10 | 72.50 |
| EA2 | Other Professional Retention Apps | | | | |
| | 03-01-08 | Emails with Pardo and Augustine regarding CTG retention pleadings | NBG | 0.10 | 72.50 |
| | 03-03-08 | TC - Shepacarter regarding | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                         Page 28

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | CTG/Pardo retention papers and email to Robotti, Myers and Augustine regarding same | NBG | 0.50 | 362.50 |
| 03-14-08 | Review M. Augustine email to K. Gwynne regarding Clear Thinking and email to D. Robotti | CDD | 0.10 | 60.00 |
| 03-14-08 | Confer with M. Augustine and CTG and emails to Reed Smith | NBG | 0.20 | 145.00 |
| 03-14-08 | Telephone call with N. Glassman to J. Pardo regarding retention status | MEA | 0.10 | 31.00 |
| 03-14-08 | Telephone call to A. Dalsass regarding BMC retention issues | MEA | 0.10 | 31.00 |
| 03-14-08 | Telephone call with D. Robotti regarding CTG retention | MEA | 0.20 | 62.00 |
| 03-14-08 | Email exchanges with D. Robotti regarding retention issues | MEA | 0.20 | 62.00 |
| 03-14-08 | Telephone call and email to K. Gwynne regarding CTG retention issues | MEA | 0.30 | 93.00 |
| 03-17-08 | Review BMC retention papers | CDD | 0.10 | 60.00 |
| 03-17-08 | Email to D. Robotti regarding committee consent to CTG retention terms | MEA | 0.10 | 31.00 |
| 03-18-08 | Review M. Augustine email regarding hearing on CTG retention and tickle calendar | CDD | 0.10 | 60.00 |
| 03-18-08 | Email to Robotti regarding hearing on CTG retention | NBG | 0.10 | 72.50 |
| 03-28-08 | Email to D. Robotti regarding approved retention | MEA | 0.10 | 31.00 |
| 03-28-08 | Email CTG order to CTG and J. Pardo | MEA | 0.20 | 62.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                               Invoice #977287
File # 33006-00001- NBG                                           Page 29

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| EC | | Leases/Executory Contracts | | | |
| | 03-01-08 | Email from Robotti and to Pardo regarding notice of assumption and rejection | NBG | 0.10 | 72.50 |
| | 03-03-08 | Update contracts binder for M. Augustine | EM | 0.40 | 82.00 |
| | 03-03-08 | Office conference with D. O'Brien regarding preparation of motions to reject executory contracts | MEA | 0.20 | 62.00 |
| | 03-03-08 | Office conference with D. O'Brien regarding notice of assumption and assignment of executory contracts | MEA | 0.20 | 62.00 |
| | 03-03-08 | Review Qualution Objection to Motion to Reject Executory Contract | MEA | 0.20 | 62.00 |
| | 03-03-08 | Email to D. Agay regarding Simplexity's position on the Qualution claim | MEA | 0.20 | 62.00 |
| | 03-03-08 | Draft motion to reject leases/notice of assumption | DAO | 1.70 | 408.00 |
| | 03-04-08 | Review CNO we filed regarding 365(d)(4) motion and email to M. Augustine regarding same | NBG | 0.10 | 72.50 |
| | 03-04-08 | Prepare certificates of no objection regarding motion to extend time period within which Debtors may assume/reject unexpired leases of nonresidential real property | EM | 0.20 | 41.00 |
| | 03-04-08 | File certificate of no objection re: motion to assume or reject leases | TM | 0.10 | 20.00 |
| | 03-04-08 | Email exchange regarding notice of assumption and assignment | MEA | 0.20 | 62.00 |

# THE BAYARD FIRM

---

```
SN Liquidation, Inc. (fka InPhonic, Inc.)              April 29, 2008
Re: Chapter 11 Representation                        Invoice #977287
File # 33006-00001- NBG                                      Page 30
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-04-08 | Email exchange with D. O'Brien regarding rejection motion | MEA | 0.20 | 62.00 |
| 03-04-08 | Review and revise executory contract rejection motion | MEA | 0.30 | 93.00 |
| 03-04-08 | Review and revise assumption and assignment motion | MEA | 0.30 | 93.00 |
| 03-04-08 | Office conference with D. O'Brien regarding (third) rejection motion | MEA | 0.10 | 31.00 |
| 03-04-08 | Office conference with D. O'Brien regarding notice of assumption and assignment | MEA | 0.10 | 31.00 |
| 03-04-08 | Review motion to reject (third) leases/contracts and assumption notice | DAO | 0.50 | 120.00 |
| 03-04-08 | Draft e-mail to DLA regarding their role in rejection motion and circulate | DAO | 0.60 | 144.00 |
| 03-05-08 | Email from Pardo regarding notice of assumption and email to M. Augustine regarding follow through on same; emails from and to Dorene regarding same; TC - M. Augustine regarding same | NBG | 0.30 | 217.50 |
| 03-05-08 | Review motion to reject, assume leases we filed today and notice of assumption of "held" contracts and correspondence to Robotti and Augustine regarding same | NBG | 0.20 | 145.00 |
| 03-05-08 | Email to D. O'Brien regarding CIT contract inquiry | MEA | 0.10 | 31.00 |
| 03-05-08 | Attention to filing notice and motion | DAO | 0.20 | 48.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                        Page 31

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-05-08 | Draft notice for motion to reject | DAO | 0.20 | 48.00 |
| 03-05-08 | Draft certificate of service regarding notice of assumption/assignment | DAO | 0.20 | 48.00 |
| 03-05-08 | Attention to preparing notice of assumption for filing | DAO | 0.30 | 72.00 |
| 03-05-08 | Attention to preparing motion to reject contracts for filing | DAO | 0.30 | 72.00 |
| 03-05-08 | Draft notice of assumption/assignment of contracts | DAO | 0.30 | 72.00 |
| 03-06-08 | Corresp. with DAO and Bridgewater's counsel regarding contract being rejected and email to Agay regarding same | NBG | 0.10 | 72.50 |
| 03-06-08 | Forward Bridgewater inquiry to D. Agay | MEA | 0.10 | 31.00 |
| 03-06-08 | Look into status of Bridgewater contract | DAO | 0.20 | 48.00 |
| 03-06-08 | Attention to service of motion/notice filed yesterday (formal address of company to serve/e-mail BMC) | DAO | 0.40 | 96.00 |
| 03-06-08 | Review asset purchase agreement/sale order for periods buyer can assume/reject contracts | DAO | 0.60 | 144.00 |
| 03-10-08 | Review Radioshack's motion to extend deadline to file cure objection and email to M. Augustine regarding same; review exhibits to motion | NBG | 0.20 | 145.00 |
| 03-13-08 | Review email exchanges regarding Waterfront Center | CDD | 0.10 | 60.00 |
| 03-13-08 | TC - Walt Leach regarding | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                          April 29, 2008
Re: Chapter 11 Representation                                   Invoice #977287
File # 33006-00001- NBG                                              Page 32

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | Disney contract settlement and instructions to M. Augustine and discuss with M. Augustine | NBG | 0.20 | 145.00 |
| 03-13-08 | Call from Disney's counsel regarding executory contract and email to M. Augustine and C. Davis to respond | NBG | 0.10 | 72.50 |
| 03-13-08 | Prepare certification of no objection for assumption/assignment notice | DAO | 0.70 | 168.00 |
| 03-14-08 | TC - Disney's counsel; OC - M. Augustine | NBG | 0.20 | 145.00 |
| 03-14-08 | Review Yellow Page Authority objection to motion to reject and supporting declaration; OC - M. Augustine regarding same | NBG | 0.20 | 145.00 |
| 03-14-08 | Read Adeptio's response to Qualtion objection to motion to reject and review declaration of Frank Bennett | NBG | 0.10 | 72.50 |
| 03-14-08 | File and serve joinder re: reply and objections re: 2nd motion to reject leases and motion for post-petition payments | TM | 0.20 | 40.00 |
| 03-14-08 | Forward notice from Adeptio to J. Pardo | MEA | 0.10 | 31.00 |
| 03-14-08 | Instruct D. O'Brien regarding preparation of notices and rejection motion | MEA | 0.10 | 31.00 |
| 03-14-08 | Follow up with Brian Wood regarding the CTI contract rejection | DAO | 0.30 | 72.00 |
| 03-17-08 | Draft rejection motion | DAO | 0.20 | 48.00 |
| 03-17-08 | Draft assumption notice | DAO | 0.20 | 48.00 |
| 03-17-08 | Research CIT contract (information, existence and | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                  April 29, 2008
Re: Chapter 11 Representation                         Invoice #977287
File # 33006-00001- NBG                                      Page 33

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | outcome) | DAO | 0.90 | 216.00 |
| 03-17-08 | Draft e-mail to Brian Wood regarding CIT contract | DAO | 0.30 | 72.00 |
| 03-18-08 | Review M. Augustine email to J. Pardo regarding March 14, 2008 notice to sellers regarding contracts | CDD | 0.10 | 60.00 |
| 03-18-08 | Emails from M. Augustine and to Pardo regarding notice of assumption | NBG | 0.10 | 72.50 |
| 03-18-08 | E-mail regarding status of Oracle contract | DAO | 0.30 | 72.00 |
| 03-18-08 | Research status of Oracle contract | DAO | 0.20 | 48.00 |
| 03-18-08 | Review docket for contract parties with prior cure objections regarding assumption notice | DAO | 0.20 | 48.00 |
| 03-18-08 | Review and revise certification of no objection for assumption notice | DAO | 0.20 | 48.00 |
| 03-19-08 | Review D. Robotti email regarding notice of rejection | CDD | 0.10 | 60.00 |
| 03-19-08 | Review D. Robotti second email regarding notice of rejection | CDD | 0.10 | 60.00 |
| 03-19-08 | Review motion to reject leases and executory contracts we filed today with exhibits and order | NBG | 0.20 | 145.00 |
| 03-19-08 | Draft notice to assume contracts | DAO | 0.30 | 72.00 |
| 03-19-08 | Draft motion to reject leases | DAO | 0.30 | 72.00 |
| 03-19-08 | Revise notice/motion to reject lease and prepare for filing | DAO | 0.60 | 144.00 |

# THE BAYARD FIRM

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                             Invoice #977287
File # 33006-00001- NBG                                         Page 34

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-19-08 | Revise assumption notice/order and prepare for filing | DAO | 0.50 | 120.00 |
| 03-19-08 | Revise COS regarding 3rd assumption notice | DAO | 0.10 | 24.00 |
| 03-19-08 | Attention to filing rejection motion and assumption notice | DAO | 0.10 | 24.00 |
| 03-19-08 | Email to D. O'Brien regarding notices of assumption and assignment | MEA | 0.20 | 62.00 |
| 03-19-08 | Office conference with D. O'Brien regarding rejection motion and notice of assumption and assignment to be filed | MEA | 0.20 | 62.00 |
| 03-20-08 | Emails to and from O'Brien, E. Miranda and from M. Augustine regarding joinder to Adeption response to Yellow Pages' objection to motion to reject | NBG | 0.10 | 72.50 |
| 03-20-08 | Email to D. O'Brien regarding need to file joinder to Yellow Pages reply | MEA | 0.10 | 31.00 |
| 03-21-08 | Review M. Augustine and N. Glassman email exchange regarding joinder to objection to Yellow Pages motion | CDD | 0.10 | 60.00 |
| 03-21-08 | Review M. Augustine and P. McGonigle email exchange regarding Qualution offer | CDD | 0.10 | 60.00 |
| 03-21-08 | Review M. Augustine email to K. Bifferato regarding RadioShack extention of time to respond to motion to extend time for cure | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                           Page 35

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | objection | CDD | 0.10 | 60.00 |
| 03-24-08 | Review/revise certifications of no objection | DAO | 0.30 | 72.00 |
| 03-25-08 | Review CNO's we filed regarding notice of assumption and regarding motion to assume amended agreement with Overture Services | NBG | 0.10 | 72.50 |
| 03-28-08 | Review first and second orders authorizing assumption/assignment of designate contracts | CDD | 0.10 | 60.00 |
| 03-28-08 | Email from M. Augustine and review revised order resolving Qualution objections; review further revised orders for today's hearings | NBG | 0.20 | 145.00 |
| 03-28-08 | Telephone call with D. King regarding DS3 service | MEA | 0.10 | 31.00 |

FA1    TBF Fee Applications/Compensation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-03-08 | Conference call re: InPhonic fees | DAO | 0.50 | 120.00 |
| 03-04-08 | Review time entires for clarity and privilege to prepare fee application | MEA | 0.90 | 279.00 |
| 03-05-08 | Prepare fee application summary chart per MEA request. | JBS | 0.50 | 50.00 |
| 03-05-08 | Correspondence with Gwynne and M. Augustine regarding scheduled/unscheduled claims and total admin. claims to date for professionals; instructions to M. Augustine to prepare chart of Bayard fees, expenses; email from | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                             Invoice #977287
File # 33006-00001- NBG                                        Page 36

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | her regarding same; review chart of Reed Smith fees/expenses through Feb. and email to Califano and Johnson regarding same and TC – Califano regarding same | NBG | 0.20 | 145.00 |
| 03-05-08 | Attention to preparation of fee estimate | MEA | 0.10 | 31.00 |
| 03-05-08 | Email exchange with N. Glassman regarding fee estimate needed for committee | MEA | 0.20 | 62.00 |
| 03-06-08 | Revise exhibits to Bayard's January monthly fee application per MEA instructions. | JBS | 1.10 | 110.00 |
| 03-07-08 | Email retainer amount to D. Polsky | MEA | 0.10 | 31.00 |
| 03-07-08 | Review charts of Deloitte and DLA's fees through February | NBG | 0.10 | 72.50 |
| 03-07-08 | Instructions to M. Augustine and to E. Miranda regarding filing CNO for second monthly fee application of retainer and TC – M. Augustine regarding same | NBG | 0.10 | 72.50 |
| 03-10-08 | Begin preparing fee application binders | EM | 1.80 | 369.00 |
| 03-10-08 | Instructions to K. Mirto and M. Augustine regarding interim statement | NBG | 0.10 | 72.50 |
| 03-11-08 | Prepare first version of Bayard's January monthly fee application for MEA review. | JBS | 1.50 | 150.00 |
| 03-11-08 | Begin drafting Summary of Fees and Expenses for First interim fee application due March 17th | EM | 1.20 | 246.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                   April 29, 2008
Re: Chapter 11 Representation                            Invoice #977287
File # 33006-00001- NBG                                          Page 37

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-13-08 | Attention to preparing certification of no objection re: Bayard 2nd monthly fee statement | DAO | 0.40 | 96.00 |
| 03-13-08 | Locate retainer information and revise certification of no objection | DAO | 0.30 | 72.00 |
| 03-13-08 | Attention to preparation of electronic filings of Second monthly fee statement of Bayard, P.A. | EM | 0.20 | 41.00 |
| 03-13-08 | Prepare certification of no objection regarding Bayard's second monthly fee application | EM | 0.20 | 41.00 |
| 03-17-08 | Review and revise January fee application | MEA | 0.50 | 155.00 |
| 03-17-08 | Emails to Sanderson regarding January interim and quarterly interim application | NBG | 0.10 | 72.50 |
| 03-18-08 | Prepare first version of exhibits to Bayard's February monthly fee application for MEA review. | JBS | 0.10 | 10.00 |
| 03-18-08 | E-mails with MEA regarding preparation of Bayard's first quarterly fee application. | JBS | 0.10 | 10.00 |
| 03-18-08 | Revise the exhibits to Bayard's January monthly fee application per MEA instructions. | JBS | 0.10 | 10.00 |
| 03-18-08 | Prepare notice and certificate of service regarding Bayard's Third Monthly Fee Application | EM | 0.30 | 61.50 |
| 03-18-08 | Review M. Augustine email to J. Sanderson regarding fee | | | |