# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                          Page 38

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | applications | CDD | 0.10 | 60.00 |
| | 03-18-08 | Attention to filing and service of January fee application | MEA | 0.20 | 62.00 |
| | 03-18-08 | Review January interim as filed | NBG | 0.20 | 145.00 |
| | 03-20-08 | E-mails with MEA regarding preparation of Bayard's first quarterly fee application. | JBS | 0.10 | 10.00 |
| | 03-24-08 | Prepare first version of Bayard's first quarterly fee application for MEA review. | JBS | 1.50 | 150.00 |
| | 03-24-08 | Attention to interim statement | NBG | 0.20 | 145.00 |
| | 03-26-08 | Prepare first version of exhibits to Bayard's February monthly fee application for MEA review. | JBS | 0.20 | 20.00 |
| | 03-28-08 | Email to D. Robotti regarding statement of fees and staffing | MEA | 0.10 | 31.00 |
| FA2 | Other Professional Fee Apps | | | | |
| | 03-05-08 | Email exchange with R. Ware regarding CNO to fee statement | MEA | 0.20 | 62.00 |
| | 03-07-08 | Email to J. Johnson regarding fee application CNO | MEA | 0.10 | 31.00 |
| | 03-07-08 | Email to Jeremy Johnson regarding CNO; instructions regarding filing CNO for other firms and emails and TC - M. Augustine regarding same | NBG | 0.10 | 72.50 |
| | 03-10-08 | Attention to filing of DLA CNO to fee application | MEA | 0.10 | 31.00 |
| | 03-11-08 | E-file certification of no | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                        Page 39

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | objection to DLA's second monthly fee statement | EM | 0.20 | 41.00 |
| 03-11-08 | Review certification of no objection for DLA fees | DAO | 0.20 | 48.00 |
| 03-11-08 | Revise certification of no objection and circulate to DLA for authorization | DAO | 0.30 | 72.00 |
| 03-11-08 | Attention to filing certification of no objection re: DLA fee application | DAO | 0.10 | 24.00 |
| 03-13-08 | Office conference with D. O'Brien regarding DLA fee application | MEA | 0.10 | 31.00 |
| 03-13-08 | Attention to preparing DLA's fee application for filing/review of application | DAO | 2.00 | 480.00 |
| 03-13-08 | Attention to preparation of electronic filings of Third monthly fee statement of DLA Piper US LLP; Prepare for service | EM | 0.60 | 123.00 |
| 03-14-08 | Review Reed Smith Third Monthly Application | NBG | 0.20 | 145.00 |
| 03-14-08 | Review Deloitte monthly application and exhibits and quarterly application | NBG | 0.20 | 145.00 |
| 03-19-08 | Discuss BMC payments with M. Augustine | CDD | 0.10 | 60.00 |
| 03-21-08 | Review M. Augustine email exchange regarding invoices from BMC | CDD | 0.10 | 60.00 |
| 03-28-08 | Review CTG invoice and emails with M. Augustine and D. Robotti regarding same | NBG | 0.10 | 72.50 |
| 03-31-08 | Correspondence with D. Robotti and M. Augustine regarding CTG invoice and service of time records | NBG | 0.10 | 72.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                        April 29, 2008
Re: Chapter 11 Representation                                    Invoice #977287
File # 33006-00001- NBG                                          Page 40

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | 03-31-08 | Email to D. Robotti regarding fee report | MEA | 0.10 | 31.00 |
| | 03-31-08 | Email to D. Polsky regarding professional fee disbursements | MEA | 0.10 | 31.00 |
| | 03-31-08 | Email to D. Robotti regarding proof for summary | MEA | 0.10 | 31.00 |
| MA | | General Corporate Matters | | | |
| | 03-03-08 | Emails regarding by-laws and operating agreements for debtors with M. Augustine and J. Johnson and with Robotti regarding corporate family chart and review same | NBG | 0.20 | 145.00 |
| | 03-03-08 | Review chart of name changes/tax ID numbers and correspondence with Robotti and Augustine regarding same | NBG | 0.10 | 72.50 |
| | 03-03-08 | Email to J. Johnson requesting corporate documents | MEA | 0.10 | 31.00 |
| | 03-03-08 | Email to W. Leach regarding bylaws and operating agreements | MEA | 0.10 | 31.00 |
| | 03-03-08 | Telephone call with D. Englehardt regarding entities for 1099 statement | MEA | 0.20 | 62.00 |
| | 03-03-08 | Prepare name change chart for client | MEA | 0.20 | 62.00 |
| | 03-05-08 | Attention to written consents of shareholders and members of subsidiary entities. | KMS | 0.50 | 107.50 |
| | 03-05-08 | Revise written consents of shareholders and members of subsidiary entities. | KMS | 0.30 | 64.50 |
| | 03-05-08 | Attention to finalization of written consents of | | | |

# THE BAYARD FIRM

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                        Page 41

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | shareholders and members of subsidiary entities. | KMS | 0.10 | 21.50 |
| 03-05-08 | More attention to appointment consents for Pardo to be authorized representative of subsidiary Debtors and emails from and to and TC - Meg regarding same | NBG | 0.20 | 145.00 |
| 03-05-08 | Email exchanges with N. Glassman regarding Corporate Governance issues | MEA | 0.40 | 124.00 |
| 03-06-08 | Revise shareholder and member consents. | KMS | 0.20 | 43.00 |
| 03-06-08 | Review/revise Actions of Sole Stockholders and Sole Member and Sole Directors for all Debtors to effectuate appointment of Myers and Pardo and email comments to M.  Augustine and D. O'Brien | NBG | 0.30 | 217.50 |
| 03-06-08 | Email from N. Glassman regarding draft consents | MEA | 0.10 | 31.00 |
| 03-07-08 | Draft and revise resolutions for INP entities. | KMS | 1.00 | 215.00 |
| 03-07-08 | Email exchange with K. Swasey regarding consents | MEA | 0.10 | 31.00 |
| 03-14-08 | Revise corporate consents. | KMS | 0.30 | 64.50 |
| 03-14-08 | Review/revise consents and OC - Swasey regarding changes (.3); call to Pardo regarding corp. governance matters (.1) | NBG | 0.40 | 290.00 |
| 03-14-08 | Email to Pardo and review enclosures | NBG | 0.10 | 72.50 |
| 03-14-08 | Email consents to J. Pardo | MEA | 0.10 | 31.00 |
| 03-19-08 | Emails with M. Augustine regarding Pardo signing | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                            Invoice #977287
File # 33006-00001- NBG                                        Page 42

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | consents and following up regarding same | NBG | 0.10 | 72.50 |
| | 03-19-08 | Email exchange with J. Pardo regarding signing of consents | MEA | 0.20 | 62.00 |
| | 03-20-08 | Email to Pardo regarding consents | NBG | 0.10 | 72.50 |
| | 03-24-08 | Correspondence with Pardo and from Augustine regarding consents | NBG | 0.10 | 72.50 |
| MR | Stay Relief Matters | | | | |
| | 03-03-08 | Research regarding possible setoff of security deposit against administrative claim; emails to M. Augustine and D. O'Brien regarding set off; emails with Kurt regarding same | NBG | 0.60 | 435.00 |
| | 03-03-08 | Review Waterfront stay relief motion | MEA | 0.20 | 62.00 |
| | 03-19-08 | Email to S. Borgorad regarding stay relief motion extension and settlement | MEA | 0.30 | 93.00 |
| PC | Claims Analysis and Resolution | | | | |
| | 03-01-08 | Email exchange with M. Augustine regarding Waterfront claim and discussing same with Gwynne | NBG | 0.10 | 72.50 |
| | 03-03-08 | Prepare notice of filing of certification of publication regarding notice of bar date | EM | 0.40 | 82.00 |
| | 03-03-08 | E-file notice of filing of certification of publication | EM | 0.20 | 41.00 |
| | 03-03-08 | Attention to e-filing affidavits of supplemental service of BMC Group | EM | 0.30 | 61.50 |
| | 03-03-08 | Email to Agay regarding | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                        April 29, 2008
Re: Chapter 11 Representation                                  Invoice #977287
File # 33006-00001- NBG                                              Page 43

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | Qualution admin. claim motion and with Gwynne regarding Waterfront II claim | NBG | 0.10 | 72.50 |
| 03-03-08 | Email to A. Bogorad regarding status of Waterfront issue | MEA | 0.10 | 31.00 |
| 03-03-08 | Office conference with D. O'Brien regarding 358 setoff | MEA | 0.20 | 62.00 |
| 03-03-08 | Revise/draft letter to Waterfront regarding 558 set-off | DAO | 0.30 | 72.00 |
| 03-04-08 | Review/revise letter to Waterfront counsel offsetting security deposit and emails to D. O'Brien and M. Augustine regarding same | NBG | 0.30 | 217.50 |
| 03-04-08 | Research regarding section 558 | DAO | 1.00 | 240.00 |
| 03-04-08 | Review Waterfront claims | DAO | 0.30 | 72.00 |
| 03-04-08 | Initial draft of letter to Waterfront re: 558 set off | DAO | 1.00 | 240.00 |
| 03-04-08 | First revision to draft of Waterfront letter | DAO | 0.60 | 144.00 |
| 03-04-08 | Review cites in letter for accuracy and sheppardize | DAO | 0.50 | 120.00 |
| 03-04-08 | Revise Waterfront letter per MEA comments | DAO | 0.50 | 120.00 |
| 03-04-08 | Call BMC for information re: Waterfront claims | DAO | 0.10 | 24.00 |
| 03-04-08 | Draft e-mail to NBG regarding Waterfront 558 set-off and circulate | DAO | 0.20 | 48.00 |
| 03-05-08 | Telephone call with J. Pawlitz regarding administrative claim | MEA | 0.20 | 62.00 |
| 03-05-08 | Email to group regarding J. Pawlitz view of claim | MEA | 0.20 | 62.00 |
| 03-05-08 | Email to D. O'Brien | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                          Page 44

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|          | regarding setoff letter | MEA | 0.10 | 31.00 |
| 03-05-08 | Telephone call with M. Smith regarding issues with claims agent's website | MEA | 0.30 | 93.00 |
| 03-05-08 | Email exchange with BMC regarding responding to creditor inquiries | MEA | 0.30 | 93.00 |
| 03-05-08 | Attention to e-mails regarding comments to Waterfront letter | DAO | 0.10 | 24.00 |
| 03-05-08 | Draft e-mail regarding procedure to finish draft Waterfront letter and circulate | DAO | 0.10 | 24.00 |
| 03-05-08 | TC with Rose at BMC re: creditor inquiries | DAO | 0.10 | 24.00 |
| 03-05-08 | Final revisions to Waterfront letter | DAO | 0.50 | 120.00 |
| 03-06-08 | Emails with Meg Augustine regarding possible resolution of Waterfront II admin | NBG | 0.20 | 145.00 |
| 03-06-08 | More emails from and to Agay regarding Waterfront claim and to M. Augustine regarding approach | NBG | 0.10 | 72.50 |
| 03-06-08 | Email from Jean Breen of PBGC regarding whether defendants have any defined benefit plans and email from Johnson regarding same and email instructions to M. Augustine regarding response; check records we have | NBG | 0.20 | 145.00 |
| 03-06-08 | Review order from Washington state court regarding Amazon Services litigation and instructions to M. Augustine | NBG | 0.10 | 72.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)            April 29, 2008
Re: Chapter 11 Representation                      Invoice #977287
File # 33006-00001- NBG                                 Page 45

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-06-08 | Draft email to K. Gwynne regarding Waterfront resolution | MEA | 0.10 | 31.00 |
| 03-06-08 | Review email from D. Agay regarding Waterfront proposal | MEA | 0.10 | 31.00 |
| 03-06-08 | Email to N. Glassman regarding Waterfront issue | MEA | 0.10 | 31.00 |
| 03-06-08 | Email exchanges with N. Glassman regarding Waterfront resolution | MEA | 0.20 | 62.00 |
| 03-06-08 | Draft email to D. Agay regarding Waterfront resolution | MEA | 0.30 | 93.00 |
| 03-06-08 | Attention to e-mails regarding claim out of Washington state (Amazon) | DAO | 0.20 | 48.00 |
| 03-07-08 | TC - Agay regarding Waterfront  landlord claim issue | NBG | 0.10 | 72.50 |
| 03-11-08 | Review M. Augustine letter to Bogorad regarding set off of security deposit and email from M. Augustine to him regarding same, settlement proposal | NBG | 0.10 | 72.50 |
| 03-11-08 | Correspondence with landlord's counsel regarding administrative claim and with M. Augustine | NBG | 0.10 | 72.50 |
| 03-11-08 | Letter to S. Bogorad regarding setoff | MEA | 0.20 | 62.00 |
| 03-11-08 | Draft email to S. Bogorad regarding settlement and forward letter regarding setoff | MEA | 0.40 | 124.00 |
| 03-13-08 | Confer with Meg regarding Qualtion claims and Waterfront claims and | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

April 29, 2008
Invoice #977287
Page 46

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | certain winddown costs | NBG | 0.20 | 145.00 |
| 03-13-08 | Emails to and from Robotti regarding counterproposal to admin claimant and regarding winddown costs being paid by Simplexity | NBG | 0.20 | 145.00 |
| 03-13-08 | More correspondence with M. Augustine regarding admin. claim disputes | NBG | 0.20 | 145.00 |
| 03-13-08 | Email to K. Gwynne regarding Waterfront settlement | MEA | 0.40 | 124.00 |
| 03-14-08 | Review Adeptio objection to Qualation motion for administrative claim | CDD | 0.10 | 60.00 |
| 03-14-08 | Review M. Augustine email to counsel for Waterfront Center regarding setoff | CDD | 0.10 | 60.00 |
| 03-14-08 | Review joinder we filed to Adeptio response to Qualution claim and finish reading Adeptio response | NBG | 0.10 | 72.50 |
| 03-14-08 | Telephone call with J. Pawlitz regarding scheduling of Qualution filings | MEA | 0.20 | 62.00 |
| 03-14-08 | Review Adepto pleadings regarding Qualution | MEA | 0.20 | 62.00 |
| 03-14-08 | Revise and attention to filing of joinder to Qualution pleadings | MEA | 0.40 | 124.00 |
| 03-17-08 | Review M. Augustine email to K. Gwynne regarding Waterfront settlement negotiations and reply | CDD | 0.10 | 60.00 |
| 03-17-08 | Telephone call with S. Bogorad regarding payment of administrative claims under plan | MEA | 0.20 | 62.00 |
| 03-17-08 | Telephone call with J. Pawlitz regarding Qualution |  |  |  |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                          Page 47

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|          | resolution | MEA | 0.20 | 62.00 |
| 03-17-08 | Telephone call to P. McGonigle regarding Qualution resolution | MEA | 0.10 | 31.00 |
| 03-17-08 | Review BMC invoice summary | MEA | 0.10 | 31.00 |
| 03-17-08 | Correspondence from and to Gwynne and Augustine regarding Waterfront claim | NBG | 0.10 | 72.50 |
| 03-18-08 | E-file affidavit of supplemental service of BMC Group regarding notice of bar date | EM | 0.20 | 41.00 |
| 03-18-08 | Telephone call with P. McGonigle regarding Qualution administration claim | MEA | 0.20 | 62.00 |
| 03-18-08 | Telephone call with A. Dalsass regarding fees and expenses | MEA | 0.30 | 93.00 |
| 03-18-08 | Review Committee's joinder to objection to Qualution claim | NBG | 0.10 | 72.50 |
| 03-19-08 | Review Committee joinder in Adeptio's objection to Qualtron administrative claim | CDD | 0.10 | 60.00 |
| 03-19-08 | Review M. Augustine email exchange with counsel for Waterfront and email to M. Augustine regarding terms | CDD | 0.20 | 120.00 |
| 03-19-08 | Review M. Augustine email regarding Qualtrution offer | CDD | 0.10 | 60.00 |
| 03-19-08 | Correspondence with Bogorad regarding settlement of Waterfront claim | NBG | 0.10 | 72.50 |
| 03-19-08 | Correspondence with Pawlitz regarding Qualution claim | NBG | 0.10 | 72.50 |
| 03-19-08 | Attention to follow-up email regarding potential pension | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                         April 29, 2008
Re: Chapter 11 Representation                                   Invoice #977287
File # 33006-00001- NBG                                              Page 48

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | plan claim | DAO | 0.20 | 48.00 |
| 03-19-08 | Call W. Leach regarding pension plan claim inquiry | DAO | 0.10 | 24.00 |
| 03-19-08 | Call J. Breen at Pension Benefit Guaranty Corp. regarding debtors' lack of pension plans | DAO | 0.10 | 24.00 |
| 03-19-08 | Email to P. McGonigle regarding further evidence of Qualution claim | MEA | 0.10 | 31.00 |
| 03-19-08 | Email to J. Lewis regarding Qualution settlement | MEA | 0.10 | 31.00 |
| 03-19-08 | Telephone call with P. McGonigle regarding Qualution settlement | MEA | 0.30 | 93.00 |
| 03-19-08 | Email to J. Pawlitz regarding Qualution settlement | MEA | 0.30 | 93.00 |
| 03-20-08 | Review N. Glassman email regarding rebate claim | CDD | 0.10 | 60.00 |
| 03-20-08 | Emails from M. Augustine and McGonigle regarding status of negotiations on Qualution claim and Radioshack's cure claim and email to K. Bifferato regarding same | NBG | 0.20 | 145.00 |
| 03-20-08 | Review BMC invoices | MEA | 0.10 | 31.00 |
| 03-20-08 | Second telephone call with J. Pawlitz regarding Qualution issue | MEA | 0.30 | 93.00 |
| 03-20-08 | Email to P. McGonigle regarding Adeptio and Debtors' position on Qualution motion to compel and request for further information | MEA | 0.20 | 62.00 |
| 03-24-08 | Review M. Augustine email regarding BMC invoices | CDD | 0.10 | 60.00 |
| 03-24-08 | Review N. Glassman and D. | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                         Page 49

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Polsky email exchange regarding BMC invoices and administrative claims generally | CDD | 0.10 | 60.00 |
| 03-24-08 | Review M. Augustine and K. Bifferato email exchange regarding continuing Radio Shack motion | CDD | 0.10 | 60.00 |
| 03-24-08 | Email to and from RadioShack's counsel regarding deadline to respond to RS objection to rejection | NBG | 0.10 | 72.50 |
| 03-24-08 | Review revised BMC fee chart and email to Committee professionals regarding same | NBG | 0.10 | 72.50 |
| 03-24-08 | Correspondence with Polsky regarding amount of admin. and priority claims | NBG | 0.20 | 145.00 |
| 03-26-08 | Review M. Augustine and K. Bifferato email exchange regarding Radio Shack motion | CDD | 0.10 | 60.00 |
| 03-26-08 | Email to Pawlitz regarding Qualution claim dismissal/confirmation of non-use | NBG | 0.10 | 72.50 |
| 03-26-08 | Email to J. Pawlitz re: Qualution settlement | MEA | 0.10 | 31.00 |
| 03-26-08 | Telephone call with P. McGonigle re: Qualution resolution | MEA | 0.20 | 62.00 |
| 03-27-08 | Email from and to Dorene regarding rebate claims | NBG | 0.10 | 72.50 |
| 03-27-08 | Emails from and to M. Augustine and Pawlitz regarding proposed Qualution order and review same | NBG | 0.10 | 72.50 |
| 03-27-08 | Review M. Augustine email to Bogorad and attached | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                         Page 50

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | stipulation resolving Waterfront landlord admin. claim | NBG | 0.10 | 72.50 |
| 03-27-08 | More emails regarding Qualution claim with Augustine, McGonigle and Pawlitz | NBG | 0.10 | 72.50 |
| 03-27-08 | Emails to P. McGonigle re: status of resolution of Qualution | MEA | 0.20 | 62.00 |
| 03-27-08 | Telephone call with S. Bogorad re: Waterfront resolution | MEA | 0.20 | 62.00 |
| 03-27-08 | Telephone call to Marc Phillips and K. Bifferato re: Waterfront resolution | MEA | 0.20 | 62.00 |
| 03-27-08 | Revise proposed order re: Qualution claim and forward to B. Pawlitz | MEA | 0.20 | 62.00 |
| 03-27-08 | Email to S. Bogorad re: Waterfront claims | MEA | 0.30 | 93.00 |
| 03-27-08 | Telephone calls/emails with P. McGonigle re: Qualution order | MEA | 0.90 | 279.00 |
| 03-27-08 | Draft stipulation re: Waterfront claims | MEA | 1.20 | 372.00 |
| 03-27-08 | Telephone calls/emails with J. Pawlitz re: Qualution order | MEA | 1.30 | 403.00 |
| 03-28-08 | Correspondence with Bifferato regarding form of stipulation to resolve Waterfront landlord claim and emails with M. Augustine regarding same | NBG | 0.10 | 72.50 |
| 03-28-08 | Email to J. Lewis regarding Qualution form of order | MEA | 0.10 | 31.00 |
| 03-31-08 | Correspondence with D. Robotti regarding updated | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                       Page 51

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | invoice and related admin claim | NBG | 0.10 | 72.50 |
| | 03-31-08 | Correspondence to Polsky regarding accumulated professional and other administrative claim fees and with Serette of BMC regarding scheduled/filed claim total and with M. Augustine regarding same | NBG | 0.20 | 145.00 |
| | 03-31-08 | Review claim and email to BMC regarding confidential information attached to claim | MEA | 0.20 | 62.00 |
| PL | Plan | | | | |
| | 03-03-08 | Research on 1121(d) cases for Waterfront letter | DAO | 0.90 | 216.00 |
| | 03-03-08 | Review exclusivity motions in other cases | DAO | 0.60 | 144.00 |
| | 03-03-08 | Formulate argument for exclusivity motion | DAO | 0.80 | 192.00 |
| | 03-03-08 | Additional research on 1121 and review circumstances of DE cases granting extension | DAO | 0.50 | 120.00 |
| | 03-04-08 | Review Gwynne revisions to confidentiality agreement proposed by Adeptio and email from Gwynne regarding same | NBG | 0.20 | 145.00 |
| | 03-04-08 | Call from and to Gwynne regarding plan structure | NBG | 0.20 | 145.00 |
| | 03-04-08 | Draft exclusivity motion | DAO | 0.30 | 72.00 |
| | 03-05-08 | Email to Califano regarding issues with Adeptio regarding wind-down funding and Gwynne's concerns regarding use of creditor trust structure; email from | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                                Invoice #977287
File # 33006-00001- NBG                                            Page 52

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | Califano regarding same | NBG | 0.20 | 145.00 |
| 03-05-08 | Email to Califano and Johnson regarding confidentiality agreement between CC and Simplexity and review same; email to Califano and Johnson regarding information request | NBG | 0.20 | 145.00 |
| 03-05-08 | Westlaw research on exclusivity motion | DAO | 0.30 | 72.00 |
| 03-05-08 | Sheppardize exclusivity motion case law | DAO | 0.50 | 120.00 |
| 03-05-08 | First draft of exclusivity motion | DAO | 1.80 | 432.00 |
| 03-05-08 | First draft of exclusivity order | DAO | 0.90 | 216.00 |
| 03-06-08 | Review/revise motion to extend exclusivity and correspondence with M. Augustine and KG regarding same | NBG | 0.60 | 435.00 |
| 03-06-08 | Correspondence with D. O'Brien regarding exclusivity motion and to Mark Smith and Vince Roldan | NBG | 0.20 | 145.00 |
| 03-06-08 | Email exchanges regarding exclusivity motion | MEA | 0.20 | 62.00 |
| 03-06-08 | Office conference with D. O'Brien regarding exclusivity motion | MEA | 0.20 | 62.00 |
| 03-06-08 | Review and revise exclusivity motion | MEA | 0.30 | 93.00 |
| 03-06-08 | Revise exclusivity motion per NBG's comments | DAO | 0.30 | 72.00 |
| 03-06-08 | Revise draft exclusivity motion and e-mail same to NBG | DAO | 0.30 | 72.00 |
| 03-06-08 | Attention to e-mail | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                         Invoice #977287
File # 33006-00001- NBG                                      Page 53

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | regarding exclusivity motion | DAO | 0.60 | 144.00 |
| 03-06-08 | Prepare e-mail and circulate draft exclusivity motion | DAO | 0.60 | 144.00 |
| 03-06-08 | Westlaw research on exclusivity extensions | DAO | 1.00 | 240.00 |
| 03-06-08 | Second draft of exclusivity motion | DAO | 0.90 | 216.00 |
| 03-06-08 | Second draft of exclusivity order | DAO | 0.30 | 72.00 |
| 03-06-08 | Revisions to exclusivity motion per MEA comments | DAO | 0.70 | 168.00 |
| 03-06-08 | Revisions to exclusivity order per MEA comments | DAO | 0.40 | 96.00 |
| 03-07-08 | Teleconference with Committee and CTG regarding plan issues | MEA | 0.60 | 186.00 |
| 03-07-08 | Office conference with D. O'Brien regarding exclusivity motion | MEA | 0.10 | 31.00 |
| 03-07-08 | Email to Robotti regarding my proposed approach to obtain necessary funding data to get to confirmation and come into compliance with filing requirements and UST requirements (.2); conference call with Robotti, Augustine, Englehardt and O'Brien regarding same (.7); email from and to Robotti regarding exclusivity motion and instructions to M. Augustine regarding same (.2) | NBG | 1.10 | 797.50 |
| 03-07-08 | TC - Robotti and Augustine regarding exclusivity motion, proposed extension | NBG | 0.10 | 72.50 |
| 03-07-08 | Emails to Agay regarding | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                           Invoice #977287
File # 33006-00001- NBG                                         Page 54

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | data request and scheduling call later with Committee counsel and from him and to and from Robotti regarding same; emails with Englehardt regarding data requests | NBG | 0.30 | 217.50 |
| 03-07-08 | Emails with Califano regarding implementation of settlement agreement | NBG | 0.20 | 145.00 |
| 03-07-08 | Reread Settlement Agreement | NBG | 0.20 | 145.00 |
| 03-07-08 | Instructions to M. Augustine regarding filing exclusivity motion and confer with her regarding process for solicitation and approval of disclosure statement | NBG | 0.20 | 145.00 |
| 03-07-08 | Review motion to extend as filed | NBG | 0.10 | 72.50 |
| 03-07-08 | Revise exclusivity motion | DAO | 0.20 | 48.00 |
| 03-07-08 | Conference call with NBG, MEA and D. Robotti re: Trustee reporting requirements | DAO | 1.00 | 240.00 |
| 03-07-08 | Finalize exclusivity motion | DAO | 0.60 | 144.00 |
| 03-07-08 | Draft e-mail and resend draft exclusivity motion | DAO | 0.20 | 48.00 |
| 03-07-08 | Correspondence with DLA regarding their involvement | DAO | 0.20 | 48.00 |
| 03-07-08 | Review notice and certificate of service for exclusivity motion | DAO | 0.20 | 48.00 |
| 03-07-08 | Revise 1121 motion to extend exclusivity | DAO | 0.30 | 72.00 |
| 03-07-08 | Prepare exclusivity motion for filing | DAO | 0.10 | 24.00 |
| 03-07-08 | Attention to filing exclusivity motion | DAO | 0.20 | 48.00 |
| 03-08-08 | Emails with Califano re: exclusivity | NBG | 0.20 | 145.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                  April 29, 2008
Re: Chapter 11 Representation                              Invoice #977287
File # 33006-00001- NBG                                    Page 55

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-13-08 | Email exchange with N. Glassman and M. Augustine regarding teleconference on plan and disclosure statement | CDD | 0.10 | 60.00 |
| 03-13-08 | Telephone call with N. Glassman and M. Augustine regarding status of case, plan and disclosure statement | CDD | 0.50 | 300.00 |
| 03-13-08 | Call with C. Davis and M. Augustine regarding plan and disclosure statement | NBG | 0.40 | 290.00 |
| 03-13-08 | More correspondence with Califano and Gwynne regarding plan issues | NBG | 0.30 | 217.50 |
| 03-13-08 | Telephone call with C. Davis and N. Glassman regarding case and plan | MEA | 0.60 | 186.00 |
| 03-14-08 | Correspondence with Califano regarding litigation trust | NBG | 0.10 | 72.50 |
| 03-14-08 | TC - Califano re: litigation trust | NBG | 0.20 | 145.00 |
| 03-14-08 | Email to Gwynne regarding problems with selection of trustee for creditor trust and to Califano regarding same | NBG | 0.20 | 145.00 |
| 03-15-08 | Review D. Robotti and C. Springer email exchange regarding telephone call to discuss trust/plan | CDD | 0.10 | 60.00 |
| 03-15-08 | Review N. Glassman and T. Califano email exchange regarding trust | CDD | 0.10 | 60.00 |
| 03-15-08 | Review N. Glassman and D. Robotti email exchange regarding telephone call with Reed Smith on trust | CDD | 0.10 | 60.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                         April 29, 2008
Re: Chapter 11 Representation                                  Invoice #977287
File # 33006-00001- NBG                                              Page 56

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-15-08 | Review C. Springer, D. Robotti and N. Glassman email regarding telephone call on trust | CDD | 0.10 | 60.00 |
| 03-15-08 | Review N. Glassman email regarding mark-up of trust | CDD | 0.10 | 60.00 |
| 03-15-08 | Emails with Robotti, Califano and from Claudia Springer regarding litigation trust issues; emails to M. Augustine and C. Davis regarding same | NBG | 0.30 | 217.50 |
| 03-15-08 | More emails with Robotti and Springer and Davis regarding plan/confirmation matters (.1); review/revise litigation trust agreement (.9); revise plan (.6) | NBG | 1.60 | 1,160.00 |
| 03-15-08 | Conference call with Dorene and N. Glassman, K. Gwynne and C. Springer regarding plan and case strategy, admin. claim issues (.7); follow up voicemails to C. Davis and M. Augustine (.1) | NBG | 0.80 | 580.00 |
| 03-16-08 | Review two voicemail messages from N. Glassman regarding liquidating trustee and administrative claims | CDD | 0.20 | 120.00 |
| 03-16-08 | Email from and to Robotti regarding plan, selection of litigation trustee | NBG | 0.10 | 72.50 |
| 03-17-08 | Office conferences with C. Davis regarding administration claims and plan issues | MEA | 0.50 | 155.00 |
| 03-17-08 | Telephone call with K. Gwynne regarding plan issues | MEA | 0.30 | 93.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                        April 29, 2008
Re: Chapter 11 Representation                                Invoice #977287
File # 33006-00001- NBG                                          Page 57

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-17-08 | Correspondence with Robotti and to Califano and to Davis and Augustine | NBG | 0.20 | 145.00 |
| 03-17-08 | Correspondence with C. Davis regarding CTG's proposal and with M. Augustine | NBG | 0.20 | 145.00 |
| 03-18-08 | Email exchange with M. Augustine regarding equity and unsecured debt | CDD | 0.10 | 60.00 |
| 03-18-08 | Correspondence with M.. Augustine and C. Davis regarding BMC's willingness to allow its admin. claim to be paid over time under plan | NBG | 0.10 | 72.50 |
| 03-19-08 | Discuss motion to approve solicitation procedures with M. Augustine | CDD | 0.10 | 60.00 |
| 03-19-08 | Review, revise and draft notices for classes deliniated in plan/disclosure statement and ballots for class entitled to note under the plan | DAO | 3.20 | 768.00 |
| 03-19-08 | Prepare solicitation order | MEA | 0.20 | 62.00 |
| 03-19-08 | Prepare solicitation procedures motion | MEA | 0.80 | 248.00 |
| 03-20-08 | Office conference with M. Augustine regarding status of plan documents | CDD | 0.30 | 180.00 |
| 03-20-08 | Legal research on definition of LIBOR; email to M. Augustine re: examples of definition of LIBOR | JWV | 1.20 | 360.00 |
| 03-20-08 | Telephone call to J. Venskus regarding LIBOR definitions | MEA | 0.10 | 31.00 |
| 03-20-08 | Review and revise Plan | MEA | 1.70 | 527.00 |
| 03-20-08 | Review and revise Litigation Trust Agreement | MEA | 0.80 | 248.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                          Invoice #977287
File # 33006-00001- NBG                                       Page 58

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-20-08 | Review and revise solicitation procedures motion | MEA | 0.60 | 186.00 |
| 03-24-08 | Review S. Camp email circulating revised plan and disclosure statement | CDD | 0.10 | 60.00 |
| 03-24-08 | Review S. Camp email circulating motion regarding solicitation procedures | CDD | 0.10 | 60.00 |
| 03-25-08 | Read Committee's objection to motion to extend exclusivity and email exchange with Califano regarding same | NBG | 0.20 | 145.00 |
| 03-28-08 | Correspondence with Gwynne regarding plan | NBG | 0.10 | 72.50 |
| 03-31-08 | Email to DAO regarding ballots and from him and M. Augustine regarding same | NBG | 0.10 | 72.50 |
| 03-31-08 | Review and revise Trust Agreement | MEA | 0.30 | 93.00 |
| 03-31-08 | Review and revise Plan | MEA | 0.60 | 186.00 |
| 03-31-08 | Office conference with D. O'Brien regarding Plan notices and ballots | MEA | 0.20 | 62.00 |
| 03-31-08 | Email exchange with N. Glassman regarding Plan documents | MEA | 0.20 | 62.00 |
| 03-31-08 | Review and revise solicitation procedure motion | MEA | 0.40 | 124.00 |
| 03-31-08 | Email to M. Augustine regarding ballots and notices | DAO | 0.10 | 24.00 |
| 03-31-08 | Meet with M. Augustine regarding ballots and notices, plan and disclosure statements and soliciation motion | DAO | 0.60 | 144.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                         Invoice #977287
File # 33006-00001- NBG                                      Page 59

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | 03-31-08 | Second draft of ballots and notice for plan/disclosure statement | DAO | 1.90 | 456.00 |
| SA | | Use, Sale or Lease of Property | | | |
| | 03-18-08 | Email exchange regarding tax liability assumed in sale | MEA | 0.20 | 62.00 |
| TR | | Trustee Reporting/Schedules | | | |
| | 03-03-08 | Call with MEA regarding conference call, monthly operating reports, notice, etc. | DAO | 0.20 | 48.00 |
| | 03-06-08 | Email from Shepacarter regarding MOR's, UST fees, possible motion to convert and email to Califano and Johnson regarding same | NBG | 0.20 | 145.00 |
| | 03-06-08 | TC - Shepacarter regarding MOR's motion to convert by USTand admin. matters | NBG | 0.10 | 72.50 |
| | 03-06-08 | Emails to and from Robotti regarding my call with Shepacarter and email to Califano and Johnson regarding same; more emails regarding data needed to prepare MOR | NBG | 0.20 | 145.00 |
| | 03-06-08 | Correspondence with Califano regarding action to take as a result of UST's statements regarding compliance with UST regulations and alternatives to obtain data and funding | NBG | 0.20 | 145.00 |
| | 03-06-08 | Email to Robotti regarding communications with UST | NBG | 0.10 | 72.50 |
| | 03-06-08 | Email exchanges with N. Glassman regarding MORs and | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                         Invoice #977287
File # 33006-00001- NBG                                      Page 60

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | fees | MEA | 0.20 | 62.00 |
| 03-06-08 | Email exchanges with CTG regarding MOR issues | MEA | 0.40 | 124.00 |
| 03-07-08 | Email to CTG regarding MOR status | MEA | 0.10 | 31.00 |
| 03-07-08 | Email to D. Agay regarding MOR status | MEA | 0.10 | 31.00 |
| 03-07-08 | Conference call with D. Agay regarding MOR information request | MEA | 0.30 | 93.00 |
| 03-07-08 | Telephone call with N. Glassman regarding telephone call with D. Agay | MEA | 0.20 | 62.00 |
| 03-07-08 | Telephone call from D. Agay regarding response to information request | MEA | 0.10 | 31.00 |
| 03-07-08 | Email to D. Agay regarding document requests | MEA | 0.10 | 31.00 |
| 03-07-08 | Work on UST request for insurance certif. and research need to obtain order exempting Debtors from requirement; review Rules regarding insurance regulations of Trustee/DIP and email to Robotti, D. O'Brien and M. Augustine regarding same | NBG | 0.30 | 217.50 |
| 03-07-08 | Confer with M. Augustine regarding UST MOR's and IDI and her conversation with Agay | NBG | 0.20 | 145.00 |
| 03-07-08 | Emails to Agay and Englehardt regarding working on MOR's and from Englehardt and M. Augustine regarding same | NBG | 0.20 | 145.00 |
| 03-12-08 | Emails from and to Agay and Robotti regarding completion | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                                Invoice #977287
File # 33006-00001- NBG                                           Page 61

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | of MOR's, assistance from Simplexity; email to Agay from Englehardt | NBG | 0.20 | 145.00 |
| 03-12-08 | Email exchanges regarding conference call with Adeptio | MEA | 0.20 | 62.00 |
| 03-13-08 | Confer with M. Augustine regarding call with Agay regarding completion of MOR's and payment of winddown costs and emails with Robotti regarding same | NBG | 0.20 | 145.00 |
| 03-13-08 | Telephone call with D. Englehardt and D. Agay regarding MORs | MEA | 0.60 | 186.00 |
| 03-14-08 | Review N. Glassman and T. Califano email regarding MOR's | CDD | 0.10 | 60.00 |
| 03-17-08 | Review UST motion to convert | MEA | 0.20 | 62.00 |
| 03-17-08 | Telephone call with R. Schepacarter regarding motion to convert | MEA | 0.20 | 62.00 |
| 03-17-08 | Email to D. Robotti regarding motion to convert | MEA | 0.10 | 31.00 |
| 03-17-08 | Email exchanges with D. Engelhardt regarding tax issues | MEA | 0.20 | 62.00 |
| 03-17-08 | Email exchanges with N. Glassman regarding UST issues | MEA | 0.40 | 124.00 |
| 03-17-08 | Review UST's motion to dismiss or convert case and correspondence with C. Davis and M. Augustine regarding response, remedial action and preparation of MOR's | NBG | 0.40 | 290.00 |
| 03-17-08 | Correspondence with Englehardt and Robotti and Augustine regarding information requested by UST | NBG | 0.10 | 72.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 29, 2008
Re: Chapter 11 Representation                               Invoice #977287
File # 33006-00001- NBG                                            Page 62

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-18-08 | Review M. Augustine email to R. Shepacarter regarding UST estimated fees | CDD | 0.10 | 60.00 |
| 03-18-08 | Review M. Augustine email to D. Robotti and D. Engelhart regarding motion to convert and MOR's/UST fees | CDD | 0.10 | 60.00 |
| 03-18-08 | Review D. Engelhart email to M. Augustine regarding disbursements and estimate of UST fees | CDD | 0.10 | 60.00 |
| 03-18-08 | Review D. Robotti email regarding records to calculate UST fees | CDD | 0.10 | 60.00 |
| 03-18-08 | Review D. Robotti email regarding UST fees and M. Augustine reply | CDD | 0.10 | 60.00 |
| 03-18-08 | Review M. Augustine email to UST regarding MOR's and review response | CDD | 0.10 | 60.00 |
| 03-18-08 | Email from D. Robotti regarding target date for MORs | MEA | 0.10 | 31.00 |
| 03-18-08 | Email to UST regarding target date for filing MORs | MEA | 0.10 | 31.00 |
| 03-18-08 | Draft letter to UST re: IDI | MEA | 0.20 | 62.00 |
| 03-18-08 | Telephone call with D. Robotti regarding information to be provided to the UST | MEA | 0.40 | 124.00 |
| 03-18-08 | Review information received to provide to UST and make list of questions | MEA | 1.10 | 341.00 |
| 03-18-08 | Emails from Robotti and to M. Augustine and Shepacarter regarding completion of MOR's and UST fees | NBG | 0.20 | 145.00 |
| 03-18-08 | More emails from and to Shepacarter and Davis | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                            Invoice #977287
File # 33006-00001- NBG                                        Page 63

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | regarding UST fees | NBG | 0.10 | 72.50 |
| 03-18-08 | More correspondence with Davis and Augustine regarding compliance with UST reporting requirements | NBG | 0.10 | 72.50 |
| 03-19-08 | Review M. Augustine email exchange with D. Agay regarding payment of UST fees | CDD | 0.10 | 60.00 |
| 03-19-08 | Emails with Agay and Augustine regarding UST fees | NBG | 0.10 | 72.50 |
| 03-19-08 | Emails to D. Agay regarding UST fees | MEA | 0.30 | 93.00 |
| 03-19-08 | Email exchanges regarding quarterly fees due | MEA | 0.30 | 93.00 |
| 03-24-08 | Instructions to bookkeeping regarding funds received from Simplexity to pay UST fees and dictate letter to Shepacarter | NBG | 0.10 | 72.50 |
| 03-24-08 | Brief conference with Shepacarter regarding UST fees | NBG | 0.10 | 72.50 |
| 03-25-08 | Correspondence with Robotti and West regarding UST's request for conference call to discuss initial debtor interview information and instructions to O'Brien regarding same | NBG | 0.20 | 145.00 |
| 03-25-08 | Attention to sending and receiving e-mails regarding initial debtor interview conference call | DAO | 0.20 | 48.00 |
| 03-26-08 | Review N. Glassman and S. Camp email exchange regarding check to pay UST fees | CDD | 0.10 | 60.00 |
| 03-26-08 | Emails with Robotti, | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 29, 2008
Re: Chapter 11 Representation                        Invoice #977287
File # 33006-00001- NBG                                     Page 64

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Englehardt, Augustine, O'Brien regarding completing UST reports and payment of UST fees today; review draft MOR | NBG | 0.30 | 217.50 |
| 03-26-08 | Emails from and to M. Augustine regarding timeline for completing MOR's, sending some now to Pardo for execution | NBG | 0.10 | 72.50 |
| 03-26-08 | Review/revise letter to Shepacarter regarding UST fees and email exchange with D. O'Brien regarding same (.1); emails with M. Augustine regarding setting up meeting with UST and regarding response to UST motion to dismiss or convert (.1) | NBG | 0.20 | 145.00 |
| 03-26-08 | Review MOR for Nov. and exhibits as transmitted to Pardo and email to Pardo regarding same | NBG | 0.30 | 217.50 |
| 03-26-08 | Telephone call to J. Pardo re: execution of MORs | MEA | 0.10 | 31.00 |
| 03-26-08 | Email to N. Glassman re: status of MOR | MEA | 0.10 | 31.00 |
| 03-26-08 | Emails to J. Pardo re: execution of MORs | MEA | 0.20 | 62.00 |
| 03-26-08 | Telephone call with D. Englehart and D. Robotti re: MORS | MEA | 0.50 | 155.00 |
| 03-26-08 | Review MOR with forms required | MEA | 0.60 | 186.00 |
| 03-26-08 | Draft transmittal letter for UST fees | DAO | 0.20 | 48.00 |
| 03-26-08 | Email correspondence with N. Glassman and M. Augustine | | | |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                               Invoice #977287
File # 33006-00001- NBG                                          Page 65

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | regarding UST fees | DAO | 0.10 | 24.00 |
| 03-26-08 | Call UST regarding fees | DAO | 0.10 | 24.00 |
| 03-26-08 | Revise UST letter and sent to N. Glassman for review | DAO | 0.10 | 24.00 |
| 03-27-08 | Review M. Augustine 3/19 letter to Shepacarter with enclosed final statements, payroll statements, chart of accounts, organizational chart, general ledger, trial balances | NBG | 0.10 | 72.50 |
| 03-27-08 | More emails with Engelhardt regarding UST compliance | NBG | 0.10 | 72.50 |
| 03-27-08 | Telephone call to J. Pardo re: MORs and signatures | MEA | 0.20 | 62.00 |
| 03-27-08 | Attention to filing of MOR and revising same | MEA | 0.80 | 248.00 |
| 03-28-08 | Emails with Robotti regarding disbursements/calculation of UST fees | NBG | 0.10 | 72.50 |
| 03-28-08 | Telephone call with D. O'Brien regarding UST call today | MEA | 0.10 | 31.00 |
| 03-28-08 | Attention to reimaging MOR | MEA | 0.30 | 93.00 |
| 03-28-08 | Conference call with UST, CTG and M. Augustine | DAO | 0.50 | 120.00 |
| 03-31-08 | Correspondence with Robotti and Augustine regarding Dec. MOR | NBG | 0.20 | 145.00 |
| 03-31-08 | Email exchange with D. Englehardt regarding December MOR | MEA | 0.20 | 62.00 |
| 03-31-08 | Email to N. Glassman regarding December MOR | MEA | 0.10 | 31.00 |
| 03-31-08 | Email to D. Englehardt regarding MORs | MEA | 0.10 | 31.00 |

UC    Unsecured Creditors Committee

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)          April 29, 2008
Re: Chapter 11 Representation                       Invoice #977287
File # 33006-00001- NBG                                     Page 66

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-01-08 | Correspondence with M. Augustine regarding agenda for 3/3/08 teleconference with Committee counsel | NBG | 0.10 | 72.50 |
| 03-02-08 | Email from Johnson regarding telecon tomorrow with Creditors Committee counsel and to him regarding same | NBG | 0.10 | 72.50 |
| 03-03-08 | Emails to and from Gwynne, Augustine and Johnson regarding meeting of professionals for Ds' and Cred. Comm; email to Califano and Robotti and from her regarding same; prepare agenda; email to O'Brien | NBG | 0.30 | 217.50 |
| 03-06-08 | Email from Agay regarding confidentiality agreement with Committee and email to Gwynne regarding setting up call with Agay tomorrow | NBG | 0.20 | 145.00 |
| 03-06-08 | Telephone call to T. Califano regarding committee conference call | MEA | 0.10 | 31.00 |

```
                            Total Fees        $      76,899.50
```

***** Fee Recap by Activity Code *****

| | Hours | Rate | Amount |
|---|-------|------|--------|
| AA    Asset Analysis and Recovery | | | |
| Charlene D Davis | 0.20 | 600.00 | 120.00 |
| Mary E Augustine | 1.10 | 310.00 | 341.00 |
| Subtotal | | $ | 461.00 |
| AP    Litigation/Adversary Proceedin | | | |
| Neil B Glassman | 0.60 | 725.00 | 435.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                                Invoice #977287
File # 33006-00001- NBG                                       Page 67

***** Fee Recap by Activity Code *****

|  | | Hours | Rate | Amount |
|---|---|---|---|---|
| | Charlene D Davis | 0.10 | 600.00 | 60.00 |
| | Ashley B Stitzer | 1.30 | 440.00 | 572.00 |
| | Mary E Augustine | 4.40 | 310.00 | 1,364.00 |
| | Daniel A. O'Brien | 1.10 | 240.00 | 264.00 |
| | Edith Miranda | 0.50 | 205.00 | 102.50 |
| | Subtotal | | $ | 2,797.50 |
| BO | Business Operations | | | |
| | Neil B Glassman | 0.50 | 725.00 | 362.50 |
| | Charlene D Davis | 0.30 | 600.00 | 180.00 |
| | Mary E Augustine | 0.60 | 310.00 | 186.00 |
| | Subtotal | | $ | 728.50 |
| CA | Case Administration | | | |
| | Neil B Glassman | 3.90 | 725.00 | 2,827.50 |
| | Charlene D Davis | 1.20 | 600.00 | 720.00 |
| | Mary E Augustine | 4.50 | 310.00 | 1,395.00 |
| | Justin Edelson | 0.20 | 215.00 | 43.00 |
| | Daniel A. O'Brien | 4.60 | 240.00 | 1,104.00 |
| | Tiffany N Matthews | 0.90 | 200.00 | 180.00 |
| | Edith Miranda | 14.00 | 205.00 | 2,870.00 |
| | Lindsey Suprum | 0.70 | 185.00 | 129.50 |
| | Jacqueline Lately | 3.00 | 125.00 | 375.00 |
| | Subtotal | | $ | 9,644.00 |
| CH | Court Hearings | | | |
| | Neil B Glassman | 3.50 | 725.00 | 2,537.50 |
| | Charlene D Davis | 0.20 | 600.00 | 120.00 |
| | Mary E Augustine | 5.60 | 310.00 | 1,736.00 |
| | Daniel A. O'Brien | 9.20 | 240.00 | 2,208.00 |
| | Tiffany N Matthews | 0.20 | 200.00 | 40.00 |
| | Edith Miranda | 7.70 | 205.00 | 1,578.50 |
| | Jacqueline Lately | 0.10 | 125.00 | 12.50 |
| | Subtotal | | $ | 8,232.50 |
| CI | Creditor Inquiries | | | |
| | Neil B Glassman | 0.40 | 725.00 | 290.00 |
| | Mary E Augustine | 1.30 | 310.00 | 403.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

April 29, 2008
Invoice #977287
Page 68

##### ***** Fee Recap by Activity Code *****

|  | Hours | Rate | Amount |
|---|---|---|---|
| Daniel A. O'Brien | 2.90 | 240.00 | 696.00 |
|  | Subtotal | $ | 1,389.00 |
| **DS   Disclosure Statement** |  |  |  |
| Neil B Glassman | 7.30 | 725.00 | 5,292.50 |
| Mary E Augustine | 4.30 | 310.00 | 1,333.00 |
|  | Subtotal | $ | 6,625.50 |
| **EA1   TBF Retention Application** |  |  |  |
| Neil B Glassman | 0.10 | 725.00 | 72.50 |
|  | Subtotal | $ | 72.50 |
| **EA2   Other Professional Retention A** |  |  |  |
| Neil B Glassman | 0.90 | 725.00 | 652.50 |
| Charlene D Davis | 0.30 | 600.00 | 180.00 |
| Mary E Augustine | 1.30 | 310.00 | 403.00 |
|  | Subtotal | $ | 1,235.50 |
| **EC   Leases/Executory Contracts** |  |  |  |
| Neil B Glassman | 2.50 | 725.00 | 1,812.50 |
| Charlene D Davis | 0.80 | 600.00 | 480.00 |
| Mary E Augustine | 3.00 | 310.00 | 930.00 |
| Daniel A. O'Brien | 11.20 | 240.00 | 2,688.00 |
| Tiffany N Matthews | 0.30 | 200.00 | 60.00 |
| Edith Miranda | 0.60 | 205.00 | 123.00 |
|  | Subtotal | $ | 6,093.50 |
| **FA1   TBF Fee Applications/Compensat** |  |  |  |
| Neil B Glassman | 1.00 | 725.00 | 725.00 |
| Charlene D Davis | 0.10 | 600.00 | 60.00 |
| Mary E Augustine | 2.10 | 310.00 | 651.00 |
| Daniel A. O'Brien | 1.20 | 240.00 | 288.00 |
| Edith Miranda | 3.70 | 205.00 | 758.50 |
| James B Sanderson | 5.20 | 100.00 | 520.00 |
|  | Subtotal | $ | 3,002.50 |
| **FA2   Other Professional Fee Apps** |  |  |  |
| Neil B Glassman | 0.70 | 725.00 | 507.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                                Invoice #977287
File # 33006-00001- NBG                                      Page 69

### ***** Fee Recap by Activity Code *****

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
|  | Charlene D Davis | 0.20 | 600.00 | 120.00 |
|  | Mary E Augustine | 0.80 | 310.00 | 248.00 |
|  | Daniel A. O'Brien | 2.60 | 240.00 | 624.00 |
|  | Edith Miranda | 0.80 | 205.00 | 164.00 |
|  |  | Subtotal | $ | 1,663.50 |
| MA | General Corporate Matters |  |  |  |
|  | Neil B Glassman | 1.60 | 725.00 | 1,160.00 |
|  | Mary E Augustine | 1.50 | 310.00 | 465.00 |
|  | Kara Swasey | 2.40 | 215.00 | 516.00 |
|  |  | Subtotal | $ | 2,141.00 |
| MR | Stay Relief Matters |  |  |  |
|  | Neil B Glassman | 0.60 | 725.00 | 435.00 |
|  | Mary E Augustine | 0.50 | 310.00 | 155.00 |
|  |  | Subtotal | $ | 590.00 |
| PC | Claims Analysis and Resolution |  |  |  |
|  | Neil B Glassman | 4.00 | 725.00 | 2,900.00 |
|  | Charlene D Davis | 1.20 | 600.00 | 720.00 |
|  | Mary E Augustine | 11.60 | 310.00 | 3,596.00 |
|  | Daniel A. O'Brien | 5.90 | 240.00 | 1,416.00 |
|  | Edith Miranda | 1.10 | 205.00 | 225.50 |
|  |  | Subtotal | $ | 8,857.50 |
| PL | Plan |  |  |  |
|  | Neil B Glassman | 8.90 | 725.00 | 6,452.50 |
|  | Charlene D Davis | 2.00 | 600.00 | 1,200.00 |
|  | Mary E Augustine | 8.70 | 310.00 | 2,697.00 |
|  | John W. Venskus | 1.20 | 300.00 | 360.00 |
|  | Daniel A. O'Brien | 20.50 | 240.00 | 4,920.00 |
|  |  | Subtotal | $ | 15,629.50 |
| SA | Use, Sale or Lease of Property |  |  |  |
|  | Mary E Augustine | 0.20 | 310.00 | 62.00 |
|  |  | Subtotal | $ | 62.00 |
| TR | Trustee Reporting/Schedules |  |  |  |
|  | Neil B Glassman | 4.70 | 725.00 | 3,407.50 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 29, 2008
Re: Chapter 11 Representation                                 Invoice #977287
File # 33006-00001- NBG                                       Page 70


##### ***** Fee Recap by Activity Code *****

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
|  | Charlene D Davis | 0.90 | 600.00 | 540.00 |
|  | Mary E Augustine | 9.20 | 310.00 | 2,852.00 |
|  | Daniel A. O'Brien | 1.40 | 240.00 | 336.00 |
|  |  |  |  |  |
|  | Subtotal |  | $ | 7,135.50 |
| UC | Unsecured Creditors Committee |  |  |  |
|  | Neil B Glassman | 0.70 | 725.00 | 507.50 |
|  | Mary E Augustine | 0.10 | 310.00 | 31.00 |
|  |  |  |  |  |
|  | Subtotal |  | $ | 538.50 |
|  | Total Fees |  | $ | 76,899.50 |

| Disbursement Description | Amount |
|---|---|
| Conference Call Services | 22.37 |
| Copies | 428.10 |
| Delivery Charges | 354.00 |
| Federal Express | 19.32 |
| Filing Fees | 47.00 |
| Meals/Meetings | 171.30 |
| Outside Fax Charges | 612.24 |
| Pacer Document Downloads | 34.80 |
| Postage | 430.03 |
| Print Images | 206.80 |
| Support Staff Overtime | 81.38 |
| Total Disbursements     $ | 2,407.34 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)           April 29, 2008
Re: Chapter 11 Representation                       Invoice #977287
File # 33006-00001- NBG                             Page 71

## Monthly Summary of Professional Fees

| Attorney | 03-08 | Total |
|---|---|---|
| Glassman, Neil B | 30377.50 | 30377.50 |
| Davis, Charlene D | 4500.00 | 4500.00 |
| Stitzer, Ashley B | 572.00 | 572.00 |
| Augustine, Mary E | 18848.00 | 18848.00 |
| Edelson, Justin | 43.00 | 43.00 |
| Swasey, Kara | 516.00 | 516.00 |
| Venskus, John W. | 360.00 | 360.00 |
| O'Brien, Daniel A. | 14544.00 | 14544.00 |
| Matthews, Tiffany N | 280.00 | 280.00 |
| Sanderson, James B | 520.00 | 520.00 |
| Lately, Jacqueline | 387.50 | 387.50 |
| Miranda, Edith | 5822.00 | 5822.00 |
| Suprum, Lindsey | 129.50 | 129.50 |
| | | |
| Total Fees | 76899.50 | 76899.50 |

## Monthly Summary of Fees

| Description | 03-08 | Total |
|---|---|---|
| Asset Analysis and Reco | 461.00 | 461.00 |
| Litigation/Adversary Pr | 2797.50 | 2797.50 |
| Business Operations | 728.50 | 728.50 |
| Case Administration | 9644.00 | 9644.00 |
| Court Hearings | 8232.50 | 8232.50 |
| Creditor Inquiries | 1389.00 | 1389.00 |
| Disclosure Statement | 6625.50 | 6625.50 |
| TBF Retention Applicati | 72.50 | 72.50 |
| Other Professional Rete | 1235.50 | 1235.50 |
| Leases/Executory Contra | 6093.50 | 6093.50 |
| TBF Fee Applications/Co | 3002.50 | 3002.50 |
| Other Professional Fee | 1663.50 | 1663.50 |
| General Corporate Matte | 2141.00 | 2141.00 |
| Stay Relief Matters | 590.00 | 590.00 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
Re: Chapter 11 Representation                                Invoice #977287
File # 33006-00001- NBG                                      Page 72

### Monthly Summary of Fees

| Description | 03-08 | Total |
|---|---|---|
| Claims Analysis and Res | 8857.50 | 8857.50 |
| Plan | 15629.50 | 15629.50 |
| Use, Sale or Lease of P | 62.00 | 62.00 |
| Trustee Reporting/Sched | 7135.50 | 7135.50 |
| Unsecured Creditors Com | 538.50 | 538.50 |
| Total Fees | 76899.50 | 76899.50 |