Exhibit B

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 29, 2008
File # 33006-00001- NBG

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| Neil B Glassman | Director | 725.00 | 41.90 | 30,377.50 |
| Charlene D Davis | Director | 600.00 | 7.50 | 4,500.00 |
| Ashley B Stitzer | Director | 440.00 | 1.30 | 572.00 |
| Mary E Augustine | Associate | 310.00 | 60.80 | 18,848.00 |
| John W. Venskus | Associate | 300.00 | 1.20 | 360.00 |
| Justin Edelson | Associate | 215.00 | 0.20 | 43.00 |
| Daniel A. O'Brien | Associate | 240.00 | 60.60 | 14,544.00 |
| Kara Swasey | Associate | 215.00 | 2.40 | 516.00 |
| Tiffany N Matthews | Paralegal | 200.00 | 1.40 | 280.00 |
| Edith Miranda | Paralegal | 205.00 | 28.40 | 5,822.00 |
| Lindsey Suprum | Paralegal | 185.00 | 0.70 | 129.50 |
| Jacqueline Lately | Case Management Asst | 125.00 | 3.10 | 387.50 |
| James B Sanderson | Billing Specialist | 100.00 | 5.20 | 520.00 |
| | Totals | | 214.70 | 76,899.50 |

CHECKS MAY BE PAYABLE TO **THE BAYARD FIRM**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Asset Analysis and Recovery | 1.30 | 461.00 |
| Litigation/Adversary Proceeding | 8.00 | 2,797.50 |
| Business Operations | 1.40 | 728.50 |
| Case Administration | 33.00 | 9,644.00 |
| Court Hearings | 26.50 | 8,232.50 |
| Creditor Inquiries | 4.60 | 1,389.00 |
| Disclosure Statement | 11.60 | 6,625.50 |
| TBF Retention Application | 0.10 | 72.50 |
| Other Professional Retention Apps | 2.50 | 1,235.50 |
| Leases/Executory Contracts | 18.40 | 6,093.50 |
| TBF Fee Applications/Compensation | 13.30 | 3,002.50 |
| Other Professional Fee Apps | 5.10 | 1,663.50 |
| General Corporate Matters | 5.50 | 2,141.00 |
| Stay Relief Matters | 1.10 | 590.00 |
| Claims Analysis and Resolution | 23.80 | 8,857.50 |
| Plan | 41.30 | 15,629.50 |
| Use, Sale or Lease of Property | 0.20 | 62.00 |
| Trustee Reporting/Schedules | 16.20 | 7,135.50 |
| Unsecured Creditors Committee | 0.80 | 538.50 |
| | ----------- | ------------- |
| | 214.70 | 76,899.50 |
| | =========== | ============= |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Conference Call Services | 22.37 |
| Copies | 428.10 |
| Delivery Charges | 354.00 |
| Federal Express | 19.32 |
| Filing Fees | 47.00 |
| Meals/Meetings | 171.30 |
| Outside Fax Charges | 612.24 |
| Pacer Document Downloads | 34.80 |
| Postage | 430.03 |
| Print Images | 206.80 |
| Support Staff Overtime | 81.38 |

Total Expenses     $     2,407.34

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 03-01-08 | Conference Call Services; Conference Call 2/08/2008 | 14.09 |
| 03-01-08 | Conference Call Services; Conference Call 2/19/2008 | 8.28 |
| 03-03-08 | Copies;  Start Meter = 44195 | 0.80 |
| 03-03-08 | Delivery Charges | 37.00 |
| 03-04-08 | Print Images | 0.60 |
| 03-04-08 | Print Images | 0.60 |
| 03-04-08 | Print Images | 1.00 |
| 03-04-08 | Print Images | 0.70 |
| 03-04-08 | Copies;  Start Meter = 44408 | 8.50 |
| 03-04-08 | Copies;  Start Meter = 44493 | 11.90 |
| 03-05-08 | Print Images | 0.70 |
| 03-05-08 | Copies;  Start Meter = 44783 | 0.20 |
| 03-05-08 | Copies;  Start Meter = 264106 | 2.30 |
| 03-05-08 | Print Images | 2.40 |
| 03-05-08 | Print Images | 2.30 |
| 03-05-08 | Copies;  Start Meter = 44822 | 0.70 |
| 03-05-08 | Print Images | 1.40 |
| 03-05-08 | Print Images | 1.80 |
| 03-05-08 | Copies;  Start Meter = 265203 | 54.70 |
| 03-05-08 | Copies;  Start Meter = 265750 | 1.90 |
| 03-05-08 | Delivery Charges | 40.00 |
| 03-06-08 | Print Images | 4.80 |
| 03-06-08 | Print Images | 0.70 |
| 03-06-08 | Print Images | 6.10 |
| 03-07-08 | Print Images | 6.50 |
| 03-07-08 | Copies;  Start Meter = 258584 | 3.70 |
| 03-07-08 | Copies;  Start Meter = 259671 | 0.30 |
| 03-07-08 | Delivery Charges | 95.00 |
| 03-10-08 | Meals/Meetings; Pure Bread Deli | 59.50 |
| 03-10-08 | Print Images | 0.60 |
| 03-10-08 | Delivery Charges | 5.00 |
| 03-11-08 | Copies;  Start Meter = 45569 | 11.90 |
| 03-11-08 | Print Images | 0.90 |
| 03-11-08 | Print Images | 1.10 |
| 03-11-08 | Print Images | 4.90 |
| 03-11-08 | Copies;  Start Meter = 46084 | 0.30 |
| 03-11-08 | Copies;  Start Meter = 46087 | 0.10 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 03-12-08 | Print Images | 0.70 |
| 03-13-08 | Print Images | 7.50 |
| 03-13-08 | Print Images | 5.60 |
| 03-13-08 | Print Images | 6.80 |
| 03-13-08 | Print Images | 5.00 |
| 03-13-08 | Print Images | 5.60 |
| 03-13-08 | Print Images | 7.50 |
| 03-13-08 | Copies;  Start Meter = 47686 | 13.10 |
| 03-13-08 | Copies;  Start Meter = 282061 | 37.90 |
| 03-13-08 | Delivery Charges | 15.00 |
| 03-13-08 | Postage | 9.95 |
| 03-14-08 | Print Images | 0.60 |
| 03-14-08 | Print Images | 4.40 |
| 03-14-08 | Print Images | 5.00 |
| 03-14-08 | Print Images | 5.10 |
| 03-14-08 | Print Images | 1.20 |
| 03-14-08 | Print Images | 2.80 |
| 03-14-08 | Print Images | 1.20 |
| 03-14-08 | Print Images | 6.80 |
| 03-14-08 | Print Images | 1.40 |
| 03-14-08 | Print Images | 2.70 |
| 03-14-08 | Print Images | 0.60 |
| 03-14-08 | Print Images | 0.60 |
| 03-14-08 | Print Images | 0.60 |
| 03-14-08 | Print Images | 1.00 |
| 03-14-08 | Print Images | 1.20 |
| 03-14-08 | Print Images | 2.40 |
| 03-14-08 | Print Images | 1.50 |
| 03-14-08 | Print Images | 3.60 |
| 03-14-08 | Print Images | 1.00 |
| 03-14-08 | Print Images | 1.20 |
| 03-14-08 | Print Images | 2.40 |
| 03-16-08 | Delivery Charges | 18.00 |
| 03-17-08 | Print Images | 0.80 |
| 03-17-08 | Print Images | 4.00 |
| 03-17-08 | Print Images | 0.60 |
| 03-17-08 | Print Images | 0.60 |
| 03-17-08 | Print Images | 3.00 |
| 03-17-08 | Print Images | 0.80 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 29, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 03-17-08 | Print Images | 1.00 |
| 03-17-08 | Print Images | 3.70 |
| 03-17-08 | Print Images | 0.60 |
| 03-17-08 | Copies;  Start Meter = 48734 | 2.00 |
| 03-17-08 | Copies;  Start Meter = 48983 | 0.20 |
| 03-17-08 | Federal Express | 19.32 |
| 03-18-08 | Filing Fees; Pulled plain copy of Certificate of Amendment for INP Liquidation Corp. on 3/3/08; Delaware Corporation Agency | 47.00 |
| 03-18-08 | Print Images | 0.70 |
| 03-18-08 | Print Images | 7.00 |
| 03-18-08 | Print Images | 0.60 |
| 03-18-08 | Copies;  Start Meter = 292916 | 72.50 |
| 03-18-08 | Copies;  Start Meter = 49156 | 0.10 |
| 03-18-08 | Postage | 14.56 |
| 03-19-08 | Copies;  Start Meter = 312596 | 61.20 |
| 03-19-08 | Copies;  Start Meter = 300701 | 0.40 |
| 03-19-08 | Copies;  Start Meter = 49827 | 0.10 |
| 03-20-08 | Copies;  Start Meter = 54028 | 15.90 |
| 03-20-08 | Copies;  Start Meter = 301419 | 5.00 |
| 03-20-08 | Copies | 9.00 |
| 03-20-08 | Copies | 3.20 |
| 03-20-08 | Support Staff Overtime | 49.38 |
| 03-21-08 | Meals/Meetings; 11/30/07 catering; Brew Ha Ha | 111.80 |
| 03-21-08 | Copies;  Start Meter = 50261 | 2.40 |
| 03-21-08 | Print Images | 1.00 |
| 03-21-08 | Print Images | 2.30 |
| 03-21-08 | Print Images | 5.10 |
| 03-21-08 | Postage | 405.52 |
| 03-21-08 | Delivery Charges | 35.00 |
| 03-24-08 | Print Images | 2.50 |
| 03-24-08 | Print Images | 0.60 |
| 03-24-08 | Print Images | 6.50 |
| 03-24-08 | Print Images | 5.10 |
| 03-24-08 | Print Images | 7.00 |
| 03-24-08 | Print Images | 2.30 |
| 03-24-08 | Print Images | 2.60 |
| 03-24-08 | Print Images | 1.00 |
| 03-24-08 | Print Images | 1.20 |

# THE BAYARD FIRM

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 29, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 03-24-08 | Delivery Charges | 35.00 |
| 03-24-08 | Delivery Charges | 25.00 |
| 03-24-08 | Delivery Charges | 29.00 |
| 03-25-08 | Print Images | 1.50 |
| 03-25-08 | Print Images | 1.10 |
| 03-25-08 | Copies; Start Meter = 315436 | 0.60 |
| 03-26-08 | Copies; Start Meter = 50942 | 2.30 |
| 03-26-08 | Copies; Start Meter = 50965 | 0.10 |
| 03-26-08 | Copies; Start Meter = 51004 | 1.60 |
| 03-26-08 | Print Images | 0.60 |
| 03-26-08 | Copies; Start Meter = 331279 | 53.60 |
| 03-26-08 | Print Images | 7.00 |
| 03-26-08 | Copies; Start Meter = 315995 | 0.20 |
| 03-27-08 | Print Images | 0.80 |
| 03-27-08 | Print Images | 3.30 |
| 03-27-08 | Copies; Start Meter = 51892 | 13.20 |
| 03-27-08 | Copies; Start Meter = 52108 | 1.80 |
| 03-27-08 | Copies; Start Meter = 52335 | 1.60 |
| 03-27-08 | Copies; Start Meter = 321333 | 1.30 |
| 03-27-08 | Copies; Start Meter = 321333 | 1.30 |
| 03-27-08 | Delivery Charges | 5.00 |
| 03-28-08 | Copies; Start Meter = 52351 | 2.20 |
| 03-28-08 | Print Images | 0.90 |
| 03-28-08 | Print Images | 0.90 |
| 03-28-08 | Copies; Start Meter = 337778 | 26.50 |
| 03-28-08 | Delivery Charges | 10.00 |
| 03-31-08 | Print Images | 7.00 |
| 03-31-08 | Copies; Start Meter = 52864 | 1.50 |
| 03-31-08 | Delivery Charges | 5.00 |
| 03-31-08 | Support Staff Overtime | 32.00 |
| 03-31-08 | Outside Fax Charges | 612.24 |
| 03-31-08 | Pacer Document Downloads | 34.80 |

Total Disbursements    $   2,407.34