IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 ) ) Case No. 07-11666 (KG) |
| SN LIQUIDATION, INC., *et al.*, | ) ) Jointly Administered |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION OF DEBTORS, ADEPTIO INPC FUNDING LLC AND WATERFRONT CENTER LIMITED PARTNERSHIP REGARDING: (I) MOTION OF WATERFRONT CENTER LIMITED PARTNERSHIP FOR ENTRY OF AN ORDER THAT DIRECTS AND COMPELS PAYMENT OF POST-PETITION RENT OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3) AND (II) MOTION FOR RELIEF FROM STAY TO PERMIT WATERFRONT CENTER LIMITED PARTNERSHIP TO EXERCISE ITS RIGHT OF SETOFF**

I, Daniel A. O'Brien, Esquire, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On February 8, 2008, Waterfront Center Limited Partnership ("Waterfront") filed the Motion to Compel Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3) (the "365(d)(3) Motion") seeking immediate payment of post-petition rent for the months of December 2007 and January 2008, plus attorney's fees and costs.

2. On February 20, 2008, the Debtors objected to the 365(d)(3) Motion and Adeptio INPC Funding LLC ("Adeptio") filed a limited response and reservation of rights regarding the 365(d)(3) Motion.

3. On February 28, 2008, Waterfront filed proof of claim number 589 asserting a secured claim in the amount of $48,568.00 plus accrued interest and a non-priority general unsecured claim in the amount of $581,319.55 (collectively, the "Waterfront Claims").

{00865725;v1}

4.  On February 29, 2008, Waterfront filed the Motion for Relief from Stay to Permit Waterfront Center Limited Partnership to Exercise Its Right of Setoff (the "Stay Relief Motion").

5.  Waterfront, Adeptio, and the Debtors (collectively, the "Parties") have engaged in discussions in an effort to resolve the 365(d)(3) Motion, the Stay Relief Motion, and the Waterfront Claims. As a result of such discussions, the Parties reached compromises and agreed upon the terms reflected in the stipulation (the "Stipulation") attached hereto as Exhibit A.

6.  The proposed form of order (the "Order") approving the Stipulation is attached hereto as Exhibit B.

7.  Waterfront, Adeptio, and the Debtors support the entry of the Order. The United States Trustee and the Official Committee of Unsecured Creditors do not object to the entry of the Order.

WHEREFORE, the Debtors respectfully request that the Order be entered at the Court's earliest convenience.

Dated: May 5, 2008
Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

{00865725;v1}

{00865725;v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501

*Counsel for Debtors and
Debtors in Possession*