## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 5$^h$ day of May, 2008, I caused a true and correct copy of the **Certification of Counsel Regarding Stipulation of Debtors, Adeptio INPC Funding LLC and Waterfront Center Limited Partnership Regarding: (I) Motion of Waterfront Center Limited Partnership for Entry of an Order That Directs and Compels Payment of Post-Petition Rent Obligations Pursuant to 1 U.S.C. § 365(d)(3) and (II) Motion for Relief From Stay to Permit Waterfront Center Limited Partnership to Exercise its Right of Setoff** to be served upon the attached service list *via* First Class United States Mail and to the parties listed below in the manner indicated.

### *VIA* FIRST CLASS U.S. MAIL

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Counsel for Waterfront*

Stephen A. Bogorad, Esquire
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
*Counsel for Waterfront*

/s/ Daniel O'Brien
Daniel A. O'Brien (No. 4897)

{00872354;v1}

# INPHONIC INC.

## Service List

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York   NY   10020-1104
*Debtor*

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*

Kenneth D. Schwarz, Esquire
InPhonic, Inc.
1010 Wisconsin Avenue
Suite 600
Washington   DC   20007
*Debtor*

David A. Agay, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*