# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 8, 2008, AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801

### ADVERSARY PROCEEDING:

1. *SN Liquidation, Inc., et al., v. Icon International, Inc.*, Adversary Proceeding No. 08-50288-KG

    Response Deadline:

    March 17, 2008 at 4:00 p.m., extended to March 24, 2008 at 4:00 p.m.

    Related Documents:

    (a) Complaint *for Declaratory and Injunctive Relief* [Filed 2/15/08, Docket No. 1]

    (b) Motion for Preliminary Injunction [Filed 2/15/08, Docket No. 2]

    (c) Summons and Notice of Pretrial Conference Served on Defendant Icon International, Inc [Filed 2/15/08, Docket No. 3]

    (d) Memorandum of Law *in Support of Debtors' Motion for Preliminary Injunction* [Filed 2/15/08, Docket No. 4]

    (e) Order Granting Stipulation Extending Time to Reply [Filed 3/19/08, Docket No. 10]

    (f) Order Granting Stipulation Extending Time to Reply [Filed 4/1/08, Docket No. 16]

    (g) Order Granting Stipulation Extending Time to Reply [Filed 4/9/08, Docket No. 19]

    (h) Stipulated Order Regarding Hearing on Preliminary Injunction Motion [Filed 4/23/08, Docket No. 24]

(i) Icon International, Inc. v. David A. Steinberg, Andrew Zeinfeld and Kenneth D. Schwarz, United States District Court, District of Columbia, Case No. 07-02342 – Complaint [Filed 12/31/07, Docket No. 1]

(j) Insurance Policy Documents

Response(s) Received:

(a) Answer and Affirmative Defenses [Filed 3/24/08, Docket No. 11]

(b) Memorandum of Law in Opposition to Plaintiff/Debtor's Motion for Preliminary Injunction [Filed 3/24/08, Docket No. 12]

Status:

This matter will go forward.

Dated: Wilmington, Delaware
May 6, 2008

**BAYARD, P.A.**

By: /s/ Daniel O'Brien

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession