## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 6th day of May, 2008, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on May 8, 2008, at 2:00 p.m.** to be served upon the parties on the attached service list *via* fax transmission.

*Daniel O'Brien*
Daniel A. O'Brien (No. 4897)

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE 19899-5130

A T T O R N E Y S

(302) 655-5000
FAX (302) 658-6395

WRITER'S DIRECT DIAL NUMBER

File #     330006-1
File Name  SN Liquidation, Inc.

Date  Tuesday, May 6, 2008                     # of Pages

From  Mary E. Augustine, Esquire              Re:  SN Liquidation, Inc., et al. v. Icon International, Inc.
                                                    Adv. Proc. No. 08-50288 (KG)

| | Names | Company | Fax Numbers |
|---|---|---|---|
| To | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| To | James F. Harker, Esquire | Cohen Seglias Pallas Greenhall & Furman, P.C. | 302-727-0361 |
| To | Scott D. Rosen, Esquire | Cohn Birnbaum & Shea, P.C. | 860-727-0361 |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.