IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | Re: Docket Nos. 365, 413 |

**ORDER GRANTING STIPULATION OF DEBTORS, ADEPTIO INPC FUNDING LLC AND WATERFRONT CENTER LIMITED PARTNERSHIP REGARDING: (I) MOTION OF WATERFRONT CENTER LIMITED PARTNERSHIP FOR ENTRY OF AN ORDER THAT DIRECTS AND COMPELS PAYMENT OF POST-PETITION RENT OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3) AND (II) MOTION FOR RELIEF FROM STAY TO PERMIT WATERFRONT CENTER LIMITED PARTNERSHIP TO EXERCISE ITS RIGHT OF SETOFF**

Upon the request of the above-captioned debtors and debtors in possession (the "Debtors") for approval of the stipulation annexed hereto as Exhibit 1 (the "Stipulation") between the Debtors, Adeptio INPC Funding, LLC ("Adeptio") and Waterfront Center Limited Partnership ("Waterfront"); and upon consideration of the Stipulation and the agreement of the parties thereto; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice was sufficient under the circumstances; the Court having determined that the relief granted herein is in the best interest of the Debtors and their estates; it is hereby

**ORDERED,** that the Stipulation is approved; and it is further

**ORDERED,** that the Court shall retain jurisdiction to hear any and all disputes arising from the Stipulation or this Order; and it is further

{00872132;v1}

       **ORDERED,** that the provisions of this Order are effective immediately upon entry.

Dated: May 6, 2008  
       Wilmington, Delaware

                                              HONORABLE KEVIN GROSS  
                                              UNITED STATES BANKRUPTCY JUDGE