# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al.,[1] | : | Case No. 07-11666(KG) |
| | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The United States of America hereby appears on behalf of the Federal Communications Commission and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon its attorney, Seth B. Shapiro, at the addresses (including his electronic mail address) and telephone numbers set forth below:

If served by regular mail:

> Seth B. Shapiro
> Trial Attorney
> U.S. Department of Justice - Civil Division
> Commercial Litigation Branch
> P.O. Box 875
> Ben Franklin Station
> Washington, D.C.  20044
> Tel:  (202) 514-7464
> Fax: (202) 307-0494
> **seth.shapiro@usdoj.gov**

---

[1] The Debtors and debtors in possession are INP Liquidation Corp., f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/ka CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/ka Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

If served by hand delivery or overnight mail:

> Seth B. Shapiro
> Trial Attorney
> U.S. Department of Justice - Civil Division
> Commercial Litigation Branch
> 1100 L Street, N.W., Room 10012
> Washington, D.C. 20005
> Tel: (202) 514-7164
> Fax: (202) 307-0494
> **seth.shapiro@usdoj.gov**

Date: May 7, 2008                                   Respectfully submitted:

> **JEFFREY S. BUCHOLTZ**
> Assistant Attorney General
>
> **COLM F. CONNOLLY**
> United States Attorney
>
> **ELLEN W. SLIGHTS**
> Assistant United States Attorney
>
>   /s/ Seth B. Shapiro
> **J. CHRISTOPHER KOHN**
> **TRACY J. WHITAKER**
> **SETH B. SHAPIRO**
> Attorneys
> Commercial Litigation Branch - Civil Division
> U.S. Department of Justice
> P.O. Box 875
> Ben Franklin Station
> Washington, DC 20044
> Tel: (202) 514-7164
> Fax: (202) 307-0494
>
> Attorneys for the Federal Communications Commission