# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., |
| **Case Number:** | 07-11666-KG         **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 08, 2008 02:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matters:*

1) Icon International, Inc. Motion A-08-50288
   **R / M #:**   531 / 0

2) **ADV: 1-08-50288**
   **SN Liquidation, Inc. et., al., vs Icon International, Inc.**
   Oral Argument - Preliminary Injunction Motion
   **R / M #:**   28 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adv. 80-50288
Judge - will issue a written opinion.