# SIGN-IN-SHEET

CASE NAME: SN LIQUIDATION, INC.  
CASE NO.: 07-11666 - KG

COURTROOM LOCATION: 3  
DATE: 5/8/08

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JAMES E HARTZER | COHEN SEGLIAS | Icon Int'l |
| Scott D. Rosen | Cohn Birnbaum Shea | Icon International |
| ASHLEY STITZER | BAYARD | DEBTOR |
| MARIA CHAVEZ-RUARK | DLA PIPER | " |
| Kurt F Gwynne | Reed Smith | creditors' committee |