IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE**, that effective April 21, 2008, BMC Group, the Official Claims, Noticing and Voting Agent in the above case, has moved to its new location as follows:

BMC Group
444 N. Nash Street
El Segundo, CA 90245
Telephone: (310) 321-5555
Toll Free: (888) 909-0100
Fax: (310) 640-8071

**PLEASE TAKE FURTHER NOTICE** that all future correspondence, notices, pleadings and other documents should be directed to the address listed above.

DATED: May 9, 2008.

BY: _Tinamarie Feil_
Tinamarie Feil,
BMC Group
444 N. Nash Street
El Segundo, CA 90245
Telephone: (310) 321-5555
Official Claims and Noticing Agent