IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.**,[1] ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket     NOTICE OF CHANGE OF ADDRESS [Re: BMC Group, Inc.]
No. 536

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2. On May 12, 2008, I caused the above referenced document to be served on the parties as described below:

///

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id No. 3695, (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924, (e) SN Liquidation, Inc f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549, (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426, (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807, and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit A        Service List regarding Docket No. 536
                 [Re: those parties who have requested special notice and the Core Group]

3.      All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 13, 2008
El Segundo, California

James H. Myers

State of California      )
                         )
County of Los Angeles    )

On May 13, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526834
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008

# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
Total number of parties: 76

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28873 | ARCHER & GREINER PC, JOHN V FIORELLA ESQ, (RE PENNSYLVANIA MFG INDEMNITY CO ET AL), 300 DELAWARE AVE, STE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 28873 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 28873 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 28873 | ATTORNEY GENERAL, MICHAEL A COX, (RE STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 28873 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE IRON MOUNTAIN INFORMATION MGT INC), 155 FEDERAL ST, 9TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 28873 | BAYARD PA, ERIC M SUTTY, (RE CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28873 | BAYARD PA, MARY E AUGUSTINE, (RE CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28873 | BAYARD PA, NEIL B GLASSMAN, (RE CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28873 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 28873 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 28873 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 28873 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28873 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 28873 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 28873 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28873 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 28873 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 28873 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 28873 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 28873 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 28873 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE DDR SE WENDOVER & DULUTH REYNOLDS), 3300 ENTERPRISE PKWY, PO BOX 228042, BEACHWOOD, OH, 44122 | US Mail (1st Class) |
| 28873 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28873 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 28873 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 28873 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 28873 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 28873 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 28873 | HALPERIN BATTABLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28873 | HALPERIN BATTABLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28873 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 28873 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 28873 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 28873 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 28873 | KENT COUNTY, (RE DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 28873 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 28873 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 28873 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 28873 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 28873 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 28873 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 28873 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 28873 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 28873 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 28873 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE COSMOCOM COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 28873 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 28873 | REED SMITH LLC, KURT F GWYNNE, (RE COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 28873 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 28873 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28873 | SEITZ VAN OGTROP & GREEN PA, KEVIN A GUERKE, (RE QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28873 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |
| 28873 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 28873 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | THE PMA INSURANCE GROUP, SUZANNA E ELLEFSEN ESQ, (RE PENNSYLVANIA MFG INDEMNITY CO ET AL), 380 SENTRY PKWY, BLUE BELL, PA, 19422 | US Mail (1st Class) |
| 28873 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 28873 | US DEPT OF JUSTICE CIVIL DIV, SETH B SHAPIRO, (RE: FEDERAL COMMUNICATIONS COMM), COMMERCIAL LITIGATION BRANCH, 1100 L ST NW RM 10012, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 28873 | VERSA CAPITAL MANAGEMENT, INC, GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 28873 | VERSA CAPITAL MANAGEMENT, INC, PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 28873 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE ADVERTISING COM), 92 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 28873 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 28873 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 28873 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 28873 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 28873 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S BRADY, (RE ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group  76**