## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 15th day of May, 2008, I caused a copy of the **Debtors-In-Possession Monthly Operating Report for April, 2008** to be served upon the parties listed on the attached service list *via* U.S. First Class Mail.

*Daniel O'Brien*
Daniel A. O'Brien (No. 4897)

{Bay00817111v1}

| SN Liquidation, Inc. |
|---|

## Service List

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Anup Sathy, Esquire
David A. Agay, Esquire
John A. Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*