# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD MARCH 28, 2008 TO APRIL 30, 2008

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period March 28, 2008 to April 30, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: May 15, 2008
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

-and-

{00810642;v1}

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors

| 5/6/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 10:42 AM | Client T&E by Employee | | Page  1 |

## Selection Criteria

| Slip.Date | 3/28/2008 - 4/30/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 31414        TIME<br>3/28/2008<br>WIP<br>General paperwork of case - update 1099 files as per creditor inquiry, email to Simplexity requesting additional info for 1099 creditor | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 31413        TIME<br>3/28/2008<br>WIP<br>General paperwork of case - conference call w/UST re MORs and reporting | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 31412        TIME<br>3/28/2008<br>WIP<br>General paperwork of case - work on December MOR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 2.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 580.00 |
| 31411        TIME<br>3/28/2008<br>WIP<br>General paperwork of case - work on December MOR - work from 3/27 posted to 3/28 - billing closed for bill as of 3:00 PM 3/27 | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 6.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1200.00 |
| 31623        TIME<br>3/31/2008<br>WIP<br>General paperwork of case - continued work on December MOR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 6.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1220.00 |
| 31695        TIME<br>4/1/2008<br>WIP<br>General paperwork of case - call w/UST office re MOR, finish December report and send to counsel | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 3.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 620.00 |
| 31797        TIME<br>4/2/2008<br>WIP | Engelhardt, D<br>Case Admin<br>InPHonics | 1.90<br>0.00<br>0.00 | 200.00<br>T@7 | 380.00 |

| 5/6/2008<br>10:42 AM | | Clear Thinking Group, LLC<br>Client T&E by Employee | | | Page 2 |
|---|---|---|---|---|---|
| **Slip ID**<br>Dates and Time<br>Posting Status<br>Description | | **Employee**<br>Activity<br>Client<br>Reference | **Units**<br>DNB Time<br>Est. Time<br>Variance | **Rate**<br>Rate Info<br>Bill Status | **Slip Value** |
| | General paperwork of case - finish MORs for January, February and March, calculate UST fees for 1st quarter | GA | 0.00 | | |
| 32171<br>4/7/2008<br>WIP | TIME<br>General paperwork of case - conference call w/Bayard, Deloitte, Reed Smith and BMC re professional fees, email to DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 160.00 |
| 32285<br>4/8/2008<br>WIP | TIME<br>General paperwork of case - review professional fees paid per request of Meg Augustine, email to Meg re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 32358<br>4/9/2008<br>WIP | TIME<br>General paperwork of case - work on new mail received | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 260.00 |
| 32520<br>4/11/2008<br>WIP | TIME<br>General paperwork of case - two calls to 1099 recipients | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 32714<br>4/14/2008<br>WIP | TIME<br>General paperwork of case - new mail | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 280.00 |
| 32820<br>4/15/2008<br>WIP | TIME<br>General paperwork of case - 1099 inquires | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 32821<br>4/15/2008<br>WIP | TIME<br>General paperwork of case - email to George M and Kathleen Hathcock re Michigan tax claim | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 33016<br>4/16/2008<br>WIP | TIME<br>General paperwork of case - calls and emails re Michigan tax issue | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |

5/6/2008                                  Clear Thinking Group, LLC
10:42 AM                                   Client T&E by Employee                              Page     3

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 33015    TIME<br>4/16/2008<br>WIP<br>General paperwork of case - prepare corrected 1099 for Jennifer Johnson, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |
| 33146    TIME<br>4/17/2008<br>WIP<br>General paperwork of case - research and emails re: UST fees | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 33151    TIME<br>4/17/2008<br>WIP<br>General paperwork of case -calls w/ADP re Michigan tax issue | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 33164    TIME<br>4/18/2008<br>WIP<br>General paperwork of case - emails w/UST re fee adjustment | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 33470    TIME<br>4/23/2008<br>WIP<br>General paperwork of case - follow up w/ADP re requested info, prepare letter for DR's approveal on Michigan tax claim | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 33503    TIME<br>4/24/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - call w/1099 recipient | Engelhardt, D<br>Correspondance<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 33877    TIME<br>4/28/2008<br>WIP<br>General paperwork of case - handle new mail | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 260.00 |
| 33956    TIME<br>4/29/2008<br>WIP<br>General paperwork of case - handle new mail | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 2.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 580.00 |
| 34017    TIME<br>4/30/2008<br>WIP<br>General paperwork of case - respond to BBB, Attorney General and cocumer rebate complaints | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 6.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1380.00 |

5/6/2008  
10:42 AM

Clear Thinking Group, LLC  
Client T&E by Employee

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Total: Denise Engelhardt** | Billable<br>Unbillable<br>Total | 39.20<br>0.00<br>39.20 | | 7840.00<br>0.00<br>7840.00 |
| 31403    TIME<br>3/28/2008<br>WIP<br>Conference call with counsel (Bayard), UST Office re: MORs, case history | Robotti, D<br>Conference Call<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 31404    TIME<br>3/28/2008<br>WIP<br>General paperwork of case - various emails/discussions re: MORs, disbursemernts, hearing. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.70<br>0.00<br>0.67<br>0.03 | 400.00<br>T@9 | 280.00 |
| 31551    TIME<br>3/31/2008<br>WIP<br>General paperwork of case - various communications re: MORs status, retention, new mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 32425    TIME<br>4/1/2008<br>WIP<br>General paperwork of case - review MORs, Notice; Various emails re: mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 32622    TIME<br>4/2/2008<br>WIP<br>General paperwork of case - review MORs, BMCCT analysis; various emails re: outstanding matters. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 32427    TIME<br>4/10/2008<br>WIP<br>General paperwork of case - review professionals fee analysis/windown budget. Review draft plan document, solicitation materials. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 32426    TIME<br>4/10/2008<br>WIP<br>General paperwork of case - review new mail; various emails re: BOD fee. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |

5/6/2008  
10:42 AM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page     5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 32649          TIME<br>4/11/2008<br>WIP<br>General paperwork of case - review filings, various communications re: mail, rebate claims, tax issues | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 32650          TIME<br>4/11/2008<br>WIP<br>General paperwork of case - review filings, various communications re: mail, rebate claims, tax issues | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 32712          TIME<br>4/14/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - calls with counsel re: pending litigation. | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 32694          TIME<br>4/14/2008<br>WIP<br>General paperwork of case - various mails re: outstanding matters; review new mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 32740          TIME<br>4/15/2008<br>WIP<br>General paperwork of case - various emails re: 1099s, admin claim, followup re: pending matters. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.70<br>0.00<br>0.67<br>0.03 | 400.00<br>T@9 | 280.00 |
| 32961          TIME<br>4/16/2008<br>WIP<br>General paperwork of case - various communications re: admin claim; review proposed filing. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 33110          TIME<br>4/17/2008<br>WIP<br>General paperwork of case - review proposed order; multiple communications re: UST fees; followup re: rebate claims. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 33242          TIME<br>4/21/2008<br>WIP<br>General paperwork of case - attend to case | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |

5/6/2008  
10:42 AM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page     6

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| administration; followup re: winddown fees, various communications re: rebate claims | | | | |
| 33343          TIME<br>4/22/2008<br>WIP<br>General paperwork of case - various communications re: rebate issues/source materials. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 33452          TIME<br>4/23/2008<br>WIP<br>General paperwork of case - various communications re: administrative claims;; misc. followup | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 34010          TIME<br>4/24/2008<br>WIP<br>General paperwork of case - various anlaysis/communications re: MI adminstrative claim. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 33813          TIME<br>4/25/2008<br>WIP<br>General paperwork of case - various commuications re:administrative claim/rebate issues. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.70<br>0.00<br>0.67<br>0.03 | 400.00<br>T@9 | 280.00 |
| 33839          TIME<br>4/28/2008<br>WIP<br>General paperwork of case - review mail, various communications re: open issues. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 33909          TIME<br>4/29/2008<br>WIP<br>General paperwork of case - review/discuss MI administrative claim, draft/edit response. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 34002          TIME<br>4/30/2008<br>WIP<br>General paperwork of case - various communications re: rebate issues, creditor inquiries. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |

5/6/2008  
10:42 AM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page     7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Total: Dorene Robotti** | Billable<br>Unbillable<br>Total | 13.30<br>0.00<br>13.30 | | 5320.00<br>0.00<br>5320.00 |
| 32778              TIME<br>4/3/2008<br>WIP<br>  Preparation of client invoices - Mar 08 | Marchese, J<br>Billing<br>InPHonics<br>NJ | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@2 | 100.00 |
| **Total: Joseph Marchese** | Billable<br>Unbillable<br>Total | 0.50<br>0.00<br>0.50 | | 100.00<br>0.00<br>100.00 |
| **Total: Time** | Billable<br>Unbillable<br>Total | 53.00<br>0.00<br>53.00 | | 13260.00<br>0.00<br>13260.00 |
| **Slip Type: Expense**<br>31593             EXP<br>3/31/2008<br>WIP<br>  Print/Scan/Copy Charges/Denises | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 354 | 0.18 | 63.72 |
| 31769             EXP<br>3/31/2008<br>WIP<br>  Print/Scan/Copy Charges - Mar 08 | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 378 | 0.18 | 68.04 |
| 34250             EXP<br>4/30/2008<br>WIP<br>  Print/Scan/Copy Charges - April 08 | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 115 | 0.18 | 20.70 |
| **Total: Copy/Print/Scan Charges** | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 152.46<br>0.00<br>152.46 |
| 31410             EXP<br>3/28/2008<br>WIP<br>  Postage for week ending 3/28/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 0.41 | 0.41 |

```
5/6/2008                              Clear Thinking Group, LLC
10:42 AM                              Client T&E by Employee                              Page     8
```

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 31929<br>4/4/2008<br>WIP<br>Postage for week ending 4/5/08 | EXP | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 0.41 | 0.41 |
| 32558<br>4/12/2008<br>WIP<br>Postage - for week ending 4/14/08 | EXP | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 0.82 | 0.82 |

Total: Denise Engelhardt

|  | Billable | 0.00 | 1.64 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 0.00 | 1.64 |

| 33786<br>4/21/2008<br>WIP<br>Postage - package of mail to DE | EXP | Robotti, D<br>Postage<br>InPHonics<br>CT | 1 | 8.25 | 8.25 |
|---|---|---|---|---|---|

Total: Dorene Robotti

|  | Billable | 0.00 | 8.25 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 0.00 | 8.25 |

| 33076<br>4/17/2008<br>WIP<br>FedEx Charges/Delivery 3/31/08 | EXP | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 18.69 | 18.69 |
|---|---|---|---|---|---|
| 33075<br>4/17/2008<br>WIP<br>FedEx Charges/Delivery 3/17/08 | EXP | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 18.69 | 18.69 |
| 33074<br>4/17/2008<br>WIP<br>FedEx Charges/Delivery 3/17/08 | EXP | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 11.61 | 11.61 |

Total: Maria Malda

|  | Billable | 0.00 | 48.99 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 0.00 | 48.99 |

Total: Expense

|  | Billable | 0.00 | 211.34 |
|---|---|---|---|

| 5/6/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 10:42 AM | Client T&E by Employee | | Page    9 |

| Slip ID | Employee | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 211.34 |

Grand Total

| | Billable | 53.00 | | 13471.34 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 53.00 | | 13471.34 |