**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 523** |

**CERTIFICATION OF NO OBJECTION REGARDING NOTICE (FIFTH) OF
DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (II) DEEMING THAT
THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR
ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED
ASSET PURCHASE AGREEMENT [DOCKET NO. 523]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Notice (Fifth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement** (the "Notice") [Docket No. 523] filed on April 30, 2008. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice, objections to the Notice were to be filed and served no later than ten (10) business days after the party's receipt of the Notice.

{00953308;v1}

It is hereby respectfully requested that the Order attached to the Notice be entered at the

Court's earliest convenience.

Dated: May 16, 2008

**BAYARD, P.A.**

By: _Daniel O'Brien_

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and
Debtors in Possession