## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN Liquidation, Inc., *et al.*, | : Cases No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

I, Mary E. Augustine, Esquire of Bayard, P.A., counsel for the above-captioned

Debtors, hereby certify the following:

1.      Counsel to the Debtors, through communication with the Chambers of the

Honorable Kevin Gross, obtained the dates listed on the attached order as omnibus

hearing dates in the above-captioned cases.

2.      It is therefore respectfully requested that the attached Order Scheduling

Omnibus Hearing Dates be entered  at the Court's earliest convenience.

Dated:  Wilmington, Delaware
        May 19, 2008

                     **BAYARD, P.A.**

                     By:_____
                     Neil B. Glassman (No. 2078)
                     Mary E. Augustine (No. 4477)
                     Daniel A. O'Brien (No. 4897)
                     222 Delaware Avenue, Suite 900
                     P.O. Box 25130
                     Wilmington, DE 19899
                     Telephone:    (302) 655-5000
                     Facsimile:    (302) 658-6395

                         -and-

{00960879;v1}

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors
and Debtors in Possession

{00960879;v1}