# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Objection deadline: June 6, 2008 at 4:00 p.m. |
| | Hearing date: June 13, 2008 at 11:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 19, 2008, Bayard, P.A. filed the **Motion Pursuant to Section 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing** [Docket No. 542] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Copies of the Motion are available by contacting the Debtors' claims and noticing agent in writing at SN Liquidation Inc., *et al.* f/k/a InPhonic, Inc., *et al.*, c/o BMC Group, Inc., P.O. Box 978, El Segundo, CA 90245-2822. Copies of the Motion are also available online through the internet website of the Bankruptcy Court, www.deb.uscourts.gov or through BMC Group, Inc. at www.bmcgroup.com/Inphonic.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Debtors on or before **June 6, 2008 at 4:00 p.m. (Eastern Time)**.

{00970753;v1}

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **June 13, 2008 at 11:00 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

Dated: May 19, 2008
Wilmington, Delaware

**BAYARD, P.A.**

/s/ Mary E. Augustine
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020

Counsel for Debtors
and Debtors in Possession

{00970753;v1}