### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN Liquidation, Inc., *et al.*, | : | Cases No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned case.

July 15, 2008 at 11:00 a.m.

August 20, 2008 at 2:00 p.m.

Dated: May 20, 2008
Wilmington, Delaware

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

{00960879;v1}