## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |

**Objection Deadline: June 13, 2008 at 4:00 p.m.**
**Hearing Date: Only if Objections are Filed**

## FOURTH MONTHLY FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 7, 2008, *nunc pro tunc* to November 16, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through April 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $55,361.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,789.45 |
| This is a: | Monthly Fee Application |

The total time expended for preparation of this application is approximately 7.0 hours, and the corresponding compensation is not included herein, but will be requested in a future application of Reed Smith LLP for compensation and reimbursement of expenses.

Summary of Monthly Fee Applications Filed:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| January 14, 2008 | November 16, 2007 - November 30, 2007 | $203,247.00 | $305.43[1] | $162,597.60 | $305.43 |
| February 6, 2008 | December 1, 2007 – December 31, 2007 | $146,992.00 | $21,481.49 | $117,593.60 | $21,481.49 |
| March 14, 2008 | January 1, 2008 – January 31, 2008 | $28,363.00 | $1,434.37 | $22,690.40 | $1,434.37 |

---

[1]   Reed Smith LLP voluntarily reduced the total requested expenses in its November 2007 monthly fee application (D.I. 303) from $322.63 to $305.43.  In-house copies were inadvertently billed at a rate of $0.15 per copy rather than $0.10 per copy.

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND
PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2008
THROUGH APRIL 30, 2008**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Claudia Z. Springer | Partner. Joined firm as partner in 2002. Member of PA bar since 1981. Member of DC bar since 1980. | $645.00 | 1.00 | $645.00 |
| Robert P. Simons | Joined firm as partner in 2001. Member of WV bar since 1982. Member of PA bar since 1986. | $580.00 | 3.60 | $2,088.00 |
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. | $560.00 | 31.10 | $17,416.00 |
| Kimberly E. C, Lawson | Joined firm as associate in 2002. Member of DE bar since 2000. Member of the MD bar since 2001. | $430.00 | .20 | $86.00 |
| Gaston P. Loomis II | Joined firm as associate in 2005. Member of GA bar since 2001. Member of DE bar since 2006. | $385.00 | 10.00 | $3,503.50 |
| Joshua C. Lewis | Joined firm as associate in 2005. Member of PA bar since 2004. Member of NY bar since 2003. | $370.00 | 67.70 | $25,382.00 |
| J. Cory Falgowski | Joined firm as associate in 2004. Member of DE bar since 2004. | $325.00 | .90 | $292.50 |
| John B. Lord | Joined firm as paralegal in 2000. Paralegal for fifteen years. | $235.00 | 20.20 | $4,747.00 |
| Lisa A. Lankford | Joined firm in 2000. Practice Group Specialist since 2003. | $135.00 | 8.90 | $1,201.50 |
| Grand Total: | | | **143.60** | **$55,361.50** |
| Blended Rate: | | | | $385.52 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $431.55 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Case Administration – 60002 | 17.10 | $4,952.50 |
| Business Operations - 60003 | .70 | $406.00 |
| Creditor Meetings/Committees - 60005 | 17.10 | $6,730.00 |
| Preparation of Fee Statement/Application – 60007 | 18.80 | $4,376.00 |
| Miscellaneous Motions -60013 | 3.20 | $1,148.00 |
| Assumption/Rejection of Leases - 60014 | 10.80 | $3,876.00 |
| Retention of Professionals – 60015 | .40 | $148.00 |
| Asset Disposition – 60016 | 1.40 | $784.00 |
| Plan Review and Litigation -60021 | 57.00 | $25,554.50 |
| Automatic Stay, Relief Actions – 60023 | .20 | $74.00 |
| D&O Claims – 60026 | 9.80 | $4,559.00 |
| Attendance at Hearing – 600029 | 5.70 | $2,140.50 |
| Claims Review and Objections – 60030 | 1.40 | $613.00 |
| **TOTAL:** | **143.60** | **$55,361.50** |

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying | IKON | $368.00 |
| In-House Duplicating | | $117.40 |
| Outside Databases | PACER | $78.00 |
| Courier | Parcels | $500.51 |
| Legal Research | WestLaw | $91.80 |
| Telephone - Outside | ChorusCall/ CourtCall | $155.17 |
| Travel (Taxi, Rail, Mileage, Parking, Tolls, etc.) | | $325.80 |
| Meal Expenses | | $152.77 |
| **TOTAL** | | **$1,789.45** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG)<br>Jointly Administered |
| Debtors. | **Objection Deadline: June 13, 2008 at 4:00 p.m.**<br>**Hearing Date: Only if Objections are Filed** |

## FOURTH MONTHLY FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

Reed Smith LLP ("Reed Smith") hereby submits this Fourth Monthly Fee Application of Reed Smith LLP, Counsel to the Official Committee of Unsecured Creditors (the "Committee"), for Compensation and Reimbursement of Expenses for the Period February 1, 2008 through April 30, 2008 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Del.Bankr.LR. 2016-2, the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order"; D.I. 165) and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A). By this Application, Reed Smith, as counsel to the Committee in these cases, seeks interim approval and payment of compensation for legal services performed and expenses incurred during the period commencing February 1, 2008 through April 30, 2008 (the "Compensation Period"). In support hereof, Reed Smith respectfully represents the following:

## I.  FACTUAL BACKGROUND

1.      On November 8, 2007 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code"). Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to operate their

business and manage their properties as debtors-in-possession. By order dated November 9,

2007, the Court approved the joint administration of these cases for procedural purposes only.

2.    On November 16, 2007, the United States Trustee for Region 3 (the "U.S.

Trustee") conducted a formational meeting of the Debtors' unsecured creditors for the purpose of

forming an official committee of unsecured creditors (the "Formational Meeting").

3.    At the Formational Meeting, the U.S. Trustee appointed the following five

(5) entities to the Committee pursuant to Section 1102(a)(1) of the Bankruptcy Code: (i) JBR

Media Ventures, LLC; (ii) Google, Inc.; (iii) Infinite Computer Solutions, Inc.; (iv) Yahoo!, Inc.;

and (v) ACN Communications Services, Inc. Upon formation, the Committee selected Reed

Smith as its counsel.

4.    The Committee selected Reed Smith because its attorneys have a great deal of

experience representing creditors' committees in cases and proceedings under the Bankruptcy

Code, and the Committee has confidence in Reed Smith's ability to provide superior legal

services during these bankruptcy cases.

5.    On January 7, 2008, the Bankruptcy Court approved the Committee's retention of

Reed Smith as counsel. A copy of the Order Approving Application of the Official Committee

of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007,

as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1103(a)

and 328(a) and Fed.R.Bankr.P. 2014 (the "Retention Order"; D.I. 292) is attached as Exhibit A.

## II.    COMPENSATION AND REIMBURSEMENT OF EXPENSES

6.    Reed Smith submits this Application to the Bankruptcy Court for the allowance of

reasonable compensation for actual and necessary professional services provided to the

Committee as its counsel in these cases and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Committee during the Compensation Period. All included services and costs for which Reed Smith seeks compensation were performed for, or on behalf of, the Committer during the Compensation Period.

6.      Reed Smith billed a total of $55,361.50 in fees and disbursed $1,789.45 in expenses in its efforts performed on behalf of the Committee during the Compensation Period.

7.      By this Application, Reed Smith thus seeks: (a) allowance of compensation in the amount of $55,361.50 for legal services rendered during the Compensation Period, and reimbursement in the amount of $1,789.45 for expenses incurred and disbursed during the Compensation Period and (b) pursuant to the Administrative Order, payment of compensation in the amount of $44,289.20 (80% of the compensation requested) and reimbursement of expenses incurred by Reed Smith during the Compensation Period in the amount of $1,789.45 (100% of the expenses incurred) at this time.

8.      For the Bankruptcy Court's review, a summary containing the names of each Reed Smith professional and paraprofessional rendering services to the Committee during the Compensation Period, their customary billing rates, the time expended by each professional and paraprofessional, and the total value of time incurred by each professional and paraprofessional is attached as Exhibit B.

9.      In addition, Exhibit B contains computer-printouts reflecting the time recorded for services rendered on a daily basis during the Compensation Period and descriptions of the services provided, identified by project task categories.

10.     Exhibit C contains a breakdown of expenses incurred and disbursed by Reed Smith during the Compensation Period. Reed Smith has incurred out-of-pocket expenses during

13.     With respect to the time and labor expended by Reed Smith in this case, as set forth in <u>Exhibit B,</u> during the Compensation Period, Reed Smith rendered professional services in the aggregate amount of $55,361.50.  Reed Smith believes it is appropriate for it to be compensated for the time spent in connection with these matters, and sets forth a brief narrative description of the services rendered, for or on behalf of, the Debtor and the time expended, organized by project task categories, as follows:

## A.     CASE ADMINISTRATION (60002)

During the Compensation Period, Reed Smith reviewed all case pleadings and other materials for case development and strategy.  Reed Smith conferred internally regarding case strategy and its delegation of labor for assignments.  Reed Smith conferred with the Debtors and other counsel in interest regarding numerous case issues.  Reed Smith reviewed the docket and updated the Committee's Rule 2002 service list, as well as the Committee's chart of critical case deadlines.  Further, Reed Smith reviewed and negotiated issues relating to outstanding professional fees and the administrative fee cap, as well as the financial status of the case.  Reed Smith seeks compensation for 17.10 hours of reasonable and necessary legal expenses incurred for Case Administration during the Compensation Period in the total amount of $4,952.50.

## B.     BUSINESS OPERATIONS (60003)

During the Compensation Period, Reed Smith conferred with the Debtors concerning Versa and Walter Leach issues.  Reed Smith seeks compensation for .70 hours of reasonable and necessary legal expenses incurred for Business Operations during the Compensation Period in the total amount of $406.00.

### C.   **CREDITOR MEETINGS/COMMITTEES (60005)**

During the Compensation Period, Reed Smith prepared for and attended Committee meetings and telephone conferences regarding case issues and strategy. Reed Smith fielded and responded to numerous telephone inquiries from the Debtors' unsecured creditors regarding rebates, the bar date and other matters. Reed Smith seeks compensation for 17.10 hours of reasonable and necessary legal expenses incurred for Creditor Meetings/Committees during the Compensation Period in the total amount of $6,730.00.

### D.   **PREPARATION OF FEE STATEMENT/APPLICATION (60007)**

During the Compensation Period, Reed Smith revised, filed and served its December monthly fee application. Reed Smith drafted, filed and served its January monthly fee application and its first quarterly fee application. Reed Smith drafted, filed and served certificates of no objection to its first, second and third monthly fee applications. Reed Smith revised, filed and served the first monthly fee application, the second monthly fee application and the first quarterly fee application of the Committee's financial advisors. Reed Smith seeks compensation for 18.80 hours of reasonable and necessary legal expenses incurred for Preparation of Fee Statement/Application during the Compensation Period in the total amount of $4,376.00.

### E.   **MISCELLANEOUS MOTIONS (60013)**

During the Compensation Period, Reed Smith reviewed and discussed the United States Trustee's motion to convert, the Debtors' motion to rebate creditors and the draft stipulation on Icon's preliminary injunction motion. Reed Smith reviewed all motions filed in these cases in order to make recommendations to the Committee regarding same. Reed Smith seeks

compensation for 3.20 hours of reasonable and necessary legal expenses incurred for

Miscellaneous Motions during the Compensation Period in the total amount of $1,148.00.

### F.    ASSUMPTION/REJECTION OF LEASES (60014)

During the Compensation Period, Reed Smith reviewed and discussed issues regarding

the Debtors' assumption and rejection of executory contracts.  Further, Reed Smith reviewed and

commented on stipulations regarding assumption and assignment of leases and contracts among

the Debtors, Adeptio, and various contract holders.  Reed Smith also filed and served a joinder to

Adeptio's response to Qualution's objection to Debtors' motion for post-petition payments.

Reed Smith seeks compensation for 10.80 hours of reasonable and necessary legal expenses

incurred for Assumption/Rejection of Leases during the Compensation Period in the total amount

of $3,876.00.

### G.    RETENTION OF PROFESSIONALS (60015)

During the Compensation Period, Reed Smith reviewed the Clear Thinking Group's

retention agreement and corresponded with the Debtors regarding the same.  Reed Smith seeks

compensation for .40 hours of reasonable and necessary legal expenses incurred for Retention of

Professionals during the Compensation Period in the total amount of $148.00.

### H.    ASSET DISPOSITION (60016)

During the Compensation Period, Reed Smith reviewed the sale order , the asset purchase

agreement and other documents relative to the Debtors' appointment of the estate representative

following the Debtors' sale and the Committee's duty to cooperate and provide information

regarding the same.. Reed Smith seeks compensation for 1.40 hours of reasonable and necessary

legal expenses incurred for Asset Disposition during the Compensation Period in the total

amount of $784.00.

**I.**   **PLAN REVIEW AND LITIGATION (60021)**

During the Compensation Period, Reed Smith reviewed and negotiated revisions to the

Debtors' draft plan, disclosure statement and liquidating trust agreement.  Reed Smith drafted,

filed and served an objection to the Debtors' exclusivity motion.  Reed Smith seeks

compensation for 57.00 hours of reasonable and necessary legal expenses incurred for Plan

Review and Litigation during the Compensation Period in the total amount of $25,554.50.

**J.**   **AUTOMATIC STAY, RELIEF ACTIONS (60023)**

During the Compensation Period, Reed Smith seeks compensation for .20 hours of

reasonable and necessary legal expenses incurred in connection with possible turnover actions

for recovery of assets of the estates during the Compensation Period in the total amount of

$74.00.

**K.**   **D&O CLAIMS (60026)**

During the Compensation Period, Reed Smith requested and reviewed various stock

redemption and discovery documents and continued the Committee's investigation of possible

D&O claims.  Reed Smith conferred with the Debtors and Committee's financial advisor

regarding discovery issues and information needed in connection with the Committee's

investigation.  Reed Smith seeks compensation for 9.80 hours of reasonable and necessary legal

expenses incurred for D&O Claims during the Compensation Period in the total amount of

$4,559.00.

**L.**   **ATTENDANCE AT HEARINGS (60029)**

During the Compensation Period, Reed Smith prepared for court hearing on January 30,

2008, March 28, 2008 and April 17, 2008.  Mr. Falgowski's time for attending the January

20008 hearing has not been previously submitted in Reed Smith fee application.  Reed Smith

seeks compensation for 5.70 hours of reasonable and necessary legal expenses incurred for Attendance at Hearings during the Compensation Period in the total amount of $2,140.50.

### M.    CLAIMS REVIEW AND OBJECTIONS (60030)

During the Compensation Period, Reed Smith conferred with the Debtors and the Committee's financial advisor regarding Waterfront's administrative claims and other outstanding administrative claims. Reed Smith seeks compensation for 1.40 hours of reasonable and necessary legal expenses incurred for Claims Review and Objections during the Compensation Period in the total amount of $613.00.

14    Reed Smith charged and now requests those fees that are customary and charged by most counsel in this marketplace for similar Chapter 11 cases. Billing rates set forth in Reed Smith's Summary of Professionals and Paraprofessionals Rendering Services from February 1, 2008 through April 30, 2008 represent customary rates routinely billed to the firm's many clients. (See Exhibit B). Moreover, Reed Smith stated in the Application of the Official Committee of Unsecured Creditors for Authorization to Employ Reed Smith LLP, *Nunc Pro Tunc*, as of November 16, 2007, as Counsel to the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1103(a) and 328(a) and Fed.R.Bankr.P. 2014 (D.I. 263) ("Retention Application") and the accompanying Unsworn Declaration of Kurt F. Gwynne in Support of the Retention Application that it would be compensated on an hourly basis, plus reimbursement of actual, reasonable and necessary out-of-pocket expenses incurred by the firm. Here, the compensation requested does not exceed the reasonable value of the services rendered. Reed Smith's standard hourly rates for work of this nature are set at a level designed to fairly compensate Reed Smith for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

15. In addition, as set forth in its Retention Application, the Committee believed that the retention of Reed Smith as its counsel would be cost-effective and efficient.

16. Further, the Committee sought to retain Reed Smith as its counsel due to its extensive experience and knowledge in the field of debtors' and creditors' rights, and because of its expertise, experience and knowledge practicing before the Bankruptcy Court in matters that were likely to arise in this case before this court. The Committee also believed that the retention of Reed Smith was necessary for the Committee to properly and adequately discharge its fiduciary duties to creditors in these cases, and that Reed Smith would provide distinct benefits to the Committee and enhance the administration of these bankruptcy cases.

17. This Application covers the period from February 1, 2008 through April 30, 2008. Although every effort was made to include all fees and expenses from the Compensation Period in this Application, some fees and/or expenses from the Compensation Period might not be included in this Application due to delays in processing time and receipt of invoices for expenses and/or for preparation of the instant application subsequent to the Compensation Period. Accordingly, Reed Smith reserves the right to make further applications to the Bankruptcy Court for allowance of fees and expenses not included herein.

18. Reed Smith believes that the Application and the description of services set forth herein for work performed are in compliance with the requirements of Del.Bankr.L.R. 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees. A true and correct copy of the Verification of Joshua C. Lewis is attached hereto as Exhibit D.

WHEREFORE, Reed Smith respectfully requests monthly interim allowance of compensation for professional services rendered in the amount of $55,361.50 and reimbursement of expenses in the amount of $1,789.45 for the period February 1, 2008 through April 30, 2008 and payment according to the procedures set forth in the Administrative Order.

Dated: May 21, 2008  
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Gaston P. Loomis II _____  
    Kurt F. Gwynne (No. 3951)  
    Gaston P. Loomis II (No. 4812)  
    1201 N. Market Street, Suite 1500  
    Wilmington, DE 19801  
    Telephone: (302) 778-7500  
    Facsimile: (302) 778-7575

and

Robert P. Simons, Esquire  
Joshua C. Lewis, Esquire  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063

and

Claudia Z. Springer, Esquire  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103-7301  
Telephone: 215-851-8100  
Facsimile: 215-851-1420

Counsel to the Official Committee of Unsecured Creditors