# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Case Administration – 60002 | 17.10 | $4,952.50 |
| Business Operations - 60003 | .70 | $406.00 |
| Creditor Meetings/Committees - 60005 | 17.10 | $6,730.00 |
| Preparation of Fee Statement/Application – 60007 | 18.80 | $4,376.00 |
| Miscellaneous Motions -60013 | 3.20 | $1,148.00 |
| Assumption/Rejection of Leases - 60014 | 10.80 | $3,876.00 |
| Retention of Professionals – 60015 | .40 | $148.00 |
| Asset Disposition – 60016 | 1.40 | $784.00 |
| Plan Review and Litigation -60021 | 57.00 | $25,554.50 |
| Automatic Stay, Relief Actions – 60023 | .20 | $74.00 |
| D&O Claims – 60026 | 9.80 | $4,559.00 |
| Attendance at Hearing – 600029 | 5.70 | $2,140.50 |
| Claims Review and Objections – 60030 | 1.40 | $613.00 |
| **TOTAL:** | **143.60** | **$55,361.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND
PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2008
THROUGH APRIL 30, 2008**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Claudia Z. Springer | Partner. Joined firm as partner in 2002. Member of PA bar since 1981. Member of DC bar since 1980. | $645.00 | 1.00 | $645.00 |
| Robert P. Simons | Joined firm as partner in 2001. Member of WV bar since 1982. Member of PA bar since 1986. | $580.00 | 3.60 | $2,088.00 |
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. | $560.00 | 31.10 | $17,416.00 |
| Kimberly E. C. Lawson | Joined firm as associate in 2002. Member of DE bar since 2000. Member of the MD bar since 2001. | $430.00 | .20 | $86.00 |
| Gaston P. Loomis II | Joined firm as associate in 2005. Member of GA bar since 2001. Member of DE bar since 2006. | $385.00 | 10.00 | $3,503.50 |
| Joshua C. Lewis | Joined firm as associate in 2005. Member of PA bar since 2004. Member of NY bar since 2003. | $370.00 | 67.70 | $25,382.00 |
| J. Cory Falgowski | Joined firm as associate in 2004. Member of DE bar since 2004. | $325.00 | .90 | $292.50 |
| John B. Lord | Joined firm as paralegal in 2000. Paralegal for fifteen years. | $235.00 | 20.20 | $4,747.00 |
| Lisa A. Lankford | Joined firm in 2000. Practice Group Specialist since 2003. | $135.00 | 8.90 | $1,201.50 |
| Grand Total: | | | **143.60** | **$55,361.50** |
| Blended Rate: | | | | $385.52 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $431.55 |

```
                          REED SMITH LLP
                        PO Box 7777-W4055
                     Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.              Summary of Invoice #  1698261
As Committee Chairperson on behalf of    For Period Ending
Infinite Computer Solutions, Inc.        APRIL 30, 2008
10500 Sager Avenue, Suite G
Fairfax, VA 22030
```

886922  Official Committee of Unsecured Creditors for InPhonic Inc.
        and Its Debtor-Affiliates

| MATTER | MATTER NAME | SERVICES | EXPENSES | TOTAL |
|--------|-------------|---------:|---------:|------:|
| 60001 | Official Committee of Unsecured C | 0.00 | 1,789.45 | 1,789.45 |
| 60002 | Case Administration | 4,952.50 | 0.00 | 4,952.50 |
| 60003 | Business Operations | 406.00 | 0.00 | 406.00 |
| 60005 | Creditor Meetings/Committees | 6,730.00 | 0.00 | 6,730.00 |
| 60007 | Preparation of Fee Statement/Appl | 4,376.00 | 0.00 | 4,376.00 |
| 60013 | Miscellaneous Motions | 1,148.00 | 0.00 | 1,148.00 |
| 60014 | Assumption/REjection of Leases | 3,876.00 | 0.00 | 3,876.00 |
| 60015 | Retention of Professionals | 148.00 | 0.00 | 148.00 |
| 60016 | Asset Disposition | 784.00 | 0.00 | 784.00 |
| 60021 | Plan Review and Litigation | 25,554.50 | 0.00 | 25,554.50 |
| 60023 | Automatic Stay, Relief Actions | 74.00 | 0.00 | 74.00 |
| 60026 | D&O Claims | 4,559.00 | 0.00 | 4,559.00 |
| 60029 | Attendance at Hearings | 2,140.50 | 0.00 | 2,140.50 |
| 60030 | Claims Review and Objections | 613.00 | 0.00 | 613.00 |

```
TOTAL BALANCE DUE
   UPON RECEIPT            $55,361.50    $1,789.45    $57,150.95
                          ===========   ==========   ===========
```

5/15/08 10:21 AM

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1698261 |
| As Committee Chairperson on behalf of | Invoice Date    05/14/08 |
| Infinite Computer Solutions, Inc. | Client Number    886922 |
| 10500 Sager Avenue, Suite G | Matter Number    60002 |
| Fairfax, VA 22030 | Page   6 |

================================================================================

Re: (60002)  Case Administration

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/29/08 | Lewis | Telephone call with C.Falgowski re matters up for tomorrow's hearing (.2). | .20 |
| 02/05/08 | Lankford | Weekly Update to Critical Deadline Chart (.6); confer with K. Gwynne regarding changes to same (.2). | .80 |
| 02/07/08 | Lord | Update 2002 Service List. | .10 |
| 02/12/08 | Lord | Update 2002 service list. | .10 |
| 02/15/08 | Lewis | Review recent docket activity (.5). | .50 |
| 02/22/08 | Simons | Review hearing agenda. | .20 |
| 02/25/08 | Lawson | Conference w/ K. Gwynne re: hearing (0.1). Review agenda letter, amended agenda letter and 2nd amended agenda letter (0.1). | .20 |
| 02/26/08 | Lankford | Update to Critical Deadline Chart. | .70 |
| 02/26/08 | Lewis | Email correspondence with K.Gwynne re creditor inquiries and recent docket activity (.3). | .30 |
| 02/29/08 | Lankford | Drafting Professionals Fee Chart per J. Lord. | 1.10 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60002  Case Administration                          Page   7
May 14, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 02/29/08 | Lord | Discussion with KGwynne re: professional fee cap and strategy. | .20 |
| 03/03/08 | Gwynne | Conference regarding unsecured claims, professional fees, and plan confirmation issues | .50 |
| 03/03/08 | Lord | Assist KGwynne with preparation of chart of fees re: cap from term sheet. | .80 |
| 03/04/08 | Lord | Review and revise fee spreadsheet for further negotiations on fee cap in settlement term sheet (.6); contact Deloitte re: information for same (.1). | .70 |
| 03/04/08 | Simons | Review status memo from K. Gwynne to Committee. | .80 |
| 03/05/08 | Lankford | Weekly Update to Critical Deadline Chart. | .80 |
| 03/07/08 | Lewis | Email correspondence with K.Gwynne re fee applications (.1); participate in conference call with Debtors's and Committee's professionals re financial status of case (.7); review and summarize outstanding fees by professionals (.8). | 1.60 |
| 03/13/08 | Lankford | Weekly Update to Critical Deadline Chart. | .80 |
| 03/13/08 | Lewis | Review critical deadline chart circulated by L.Lankford (.1). | .10 |
| 03/14/08 | Lewis | Review docket activity and recently-filed entries (.6). | .60 |
| 03/17/08 | Lewis | Various email correspondence with D.Polsky and J.Johnson re administrative claims and professional fees (.5). | .50 |
| 03/18/08 | Lankford | Weekly Update to Critical Deadline Chart. | .80 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
     and Its Debtor-Affiliates
60002  Case Administration                              Page   8
May 14, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 03/25/08 | Lankford | Weekly Update to Critical Deadline Chart. | .50 |
| 03/25/08 | Simons | Review status memo, including limited objection by Committee to exclusivity extension. | .30 |
| 03/28/08 | Loomis | Draft and Revise Summary of Hearing (.2); Communicate with K. Gwynne regarding same (.2) | .40 |
| 04/02/08 | Lankford | Weekly Update to Critical Deadline Chart. | .50 |
| 04/10/08 | Lankford | Phone call regarding fee application notice per J. Lord. | .40 |
| 04/11/08 | Lewis | Review docket for recent activity and deadlines (.4). | .40 |
| 04/11/08 | Lewis | Review analysis of outstanding professional fees prepared by Deloitte (.6); email correspondence with K.Gwynne, D.Polsky and Debtor re same (.1). | .70 |
| 04/16/08 | Lewis | Email correspondence with K.Gwynne re tomorrow's hearing (.1). | .10 |
| 04/17/08 | Lewis | Review recent docket activity, motions filed, etc. (1.4). | 1.40 |

```
                                      ------
                         TOTAL HOURS   17.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Robert P. Simons | 1.30 | at $ | 580.00 | = | 754.00 |
| Kurt F. Gwynne | 0.50 | at $ | 560.00 | = | 280.00 |
| Kimberly E. Lawson | 0.20 | at $ | 430.00 | = | 86.00 |
| Joshua C. Lewis | 6.40 | at $ | 370.00 | = | 2,368.00 |
| Gaston P. Loomis | 0.40 | at $ | 385.00 | = | 154.00 |
| John B. Lord | 1.90 | at $ | 235.00 | = | 446.50 |
| Lisa Lankford | 6.40 | at $ | 135.00 | = | 864.00 |

             CURRENT FEES                        4,952.50

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60002  Case Administration                          Page    9
May 14, 2008

                        TOTAL THIS MATTER              $4,952.50
                                                     =============

```
                          REED SMITH LLP
                        PO Box 7777-W4055
                      Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1698261 |
| As Committee Chairperson on behalf of | Invoice Date   05/14/08 |
| Infinite Computer Solutions, Inc. | Client Number    886922 |
| 10500 Sager Avenue, Suite G | Matter Number     60003 |
| Fairfax, VA 22030 | Page  10 |

===============================================================================

Re: (60003)  Business Operations

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/08 | Simons | Call with T. Califano re: "crisis" of Versa not allowing Walt Leach to stay on B.O.C. | .50 |
| 02/03/08 | Simons | Email to T. Califano re: protocol fees obtaining information from Buyer/Walter Leach. | .20 |

TOTAL HOURS    .70

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Robert P. Simons | 0.70 at $ 580.00 = | | 406.00 |

CURRENT FEES                              406.00


TOTAL THIS MATTER                       $406.00
                                   =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number    1698261
As Committee Chairperson on behalf of          Invoice Date      05/14/08
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60005
Fairfax, VA 22030                              Page  11

===============================================================================

Re: (60005)  Creditor Meetings/Committees

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/11/08 | Loomis | Communicate with creditor regarding rebate claim/proof of claim | .20 |
| 02/13/08 | Loomis | Communicate with various creditors on proof of claims/rebate claims | .30 |
| 02/13/08 | Lord | Respond to telephone call from creditor re: rebate. | .20 |
| 02/15/08 | Lewis | Respond to creditor inquiries by R.Cysthemum, W.Lamb, J.Priobi, S.Muhammad, G.Duhas, B.Kim, and A.Troxell (1.9). | 1.90 |
| 02/19/08 | Lewis | Respond to creditor inquiries by S.Shelton, Nat. Bank Financial, T.Owens, A.Mowery, E.MacQueen (1.8). | 1.80 |
| 02/20/08 | Lewis | Telephone call with creditor Nat. Bank Financial re debtors' CUSIP numbers (.1); research CUSIP numbers for same (.5). | .60 |
| 02/22/08 | Lewis | Respond to creditor inquiries from D.Sawyer, W.Lamb, and H.Coulter (1.2). | 1.20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
    and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page  12
May 14, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 02/22/08 | Loomis | Communicate with Various Rebate Holders on Process for Filing Claim | .40 |
| 02/26/08 | Loomis | Communicate with Rebate Creditors on Claims Process | .20 |
| 03/03/08 | Gwynne | Email update to committee re: investigation, plan, proposed trustee/estate rep, and bar date reminder | .50 |
| 03/04/08 | Lewis | Respond to creidtor inquiries from G.Maloney, J.Harris, A.Malory, T.Andrews, J.Williams, M.Hallerback, and E.Anderson (1.4). | 1.40 |
| 03/10/08 | Lord | Research and draft e-mail to Committee per KGwynne re: filing of POCs (.5). | .50 |
| 03/10/08 | Simons | Review and evaluate status report to Committee from K. Gwynne and related review of attachments and related file material. | 1.10 |
| 03/12/08 | Lewis | Review facsimile communications from creditor A. Troxell (.1); telephone call with same and her accountant B.Kerico re claim and bar date (.2). | .30 |
| 03/13/08 | Lewis | Review and revise draft email to Committee per K.Gwynne (.5); email correspondence with same re same (.1). | .60 |
| 03/17/08 | Lewis | Telephone call with creditor P.Kruper re bar date and status (.2). | .20 |
| 03/25/08 | Lewis | Draft detailed email memorandum to committee re status of case, exclusivity objection, and other matters (.9); email correspondence with K.Gwynne re same (.1). | 1.00 |
| 03/25/08 | Loomis | Communicate with Various Claimants on Claim Process for Rebate Refund | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page  13
May 14, 2008


|    Date    Name    |    Hours    |
|--------------------|-------------|

| Date | Name | | Hours |
|------|------|---|------|
| 03/26/08 | Lewis | Various email correspondence with K.Gwynne and committee members re scheduling committee meeting (.2). | .20 |
| 03/31/08 | Lewis | Draft email to committee re committee meeting (.2); draft agenda for same (.3). | .50 |
| 04/02/08 | Gwynne | Conference call with committee members re: financial status of case and approval of draft chapter 11 plan and disclosure statement | .80 |
| 04/02/08 | Lewis | Prepare for and participate in Committee meeting conference call re draft Plan and DS (2.2); email correspondence with D.Polsky and K.Gwynne re same (.5); email to committee re details of call (.2); email correspondence with absent committee members re result of call (.1). | 3.00 |

                                                  ------
                                   TOTAL HOURS     17.10


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Robert P. Simons | 1.10 | at $ | 580.00 | = | 638.00 |
| Kurt F. Gwynne | 1.30 | at $ | 560.00 | = | 728.00 |
| Joshua C. Lewis | 12.70 | at $ | 370.00 | = | 4,699.00 |
| Gaston P. Loomis | 1.30 | at $ | 385.00 | = | 500.50 |
| John B. Lord | 0.70 | at $ | 235.00 | = | 164.50 |

                    CURRENT FEES                          6,730.00


                    TOTAL THIS MATTER                    $6,730.00
                                                         =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1698261
As Committee Chairperson on behalf of          Invoice Date      05/14/08
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60007
Fairfax, VA 22030                              Page  14


===============================================================================

Re: (60007)  Preparation of Fee Statement/Application

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 01/30/08 | Lankford | Review and supplement RS's 2nd Monthly Fee Application. | 1.30 |
| 02/05/08 | Lewis | Review and revise draft December fee application (.6). | .60 |
| 02/06/08 | Lord | Revise, e-file and perfect service of RS Second monthly fee application. | .70 |
| 02/07/08 | Gwynne | Reviewed draft fee stip. from D. Agay; email re: same | .10 |
| 02/07/08 | Lord | Review January DBR for preparation of RS monthly fee application. | .70 |
| 02/07/08 | Lord | Research docket and draft CNO for RS first monthly fee application. | .30 |
| 02/12/08 | Lord | Revise, e-file and perfect service of CNO to RS first monthly fee application. (.3); e-mails with KGwynne re: same (.2). | .50 |
| 02/13/08 | Lord | E-mail to PGH office re: additional information on certain expenses for January invoice in fee application (.2) | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
       and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application          Page  15
May 14, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 02/13/08 | Lord | Review and revise January DBR for preparation of RS fee application (.6). | .60 |
| 02/15/08 | Lord | Continue to revise January invoice and prepare monthly fee application (.4). | .40 |
| 02/18/08 | Lord | Continue to work on RS January monthly fee application. | 1.70 |
| 02/20/08 | Lord | Continue work on January fee application. | .50 |
| 02/22/08 | Lord | Continue work on RS January monthly fee application. | .70 |
| 02/26/08 | Lord | Continue work on RS January fee application. | .70 |
| 02/27/08 | Lankford | Review, revise and calculations regarding RS's 3rd Monthly Fee Application. | 1.20 |
| 02/27/08 | Lord | Research docket and draft CNO for RS December monthly fee application. | .30 |
| 02/28/08 | Lord | E-file and perfect service of RS CNO to second monthly fee application (.3); discussion with KGwynne and e-mail to Deloitte re: fee appilcation issues (.2). | .50 |
| 02/29/08 | Lord | Draft RS first quarterly fee application. | 1.00 |
| 03/10/08 | Lord | Review and revise February monthly DBR (.5). | .50 |
| 03/12/08 | Lord | Discussion with KGwynne re: Debtors' CNO to December fee application. | .20 |
| 03/13/08 | Lewis | Review and revise January 2008 draft fee application (.5); email correspondence with J.Lord re same (.1). | .60 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
    and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application          Page  16
May 14, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/13/08 | Lord | Communicate with Deloitte re: monthly and quarterly fee application inquiries (.4); communicate with J. Lewis re: RS January monthly (.1); prepare RS january monthly and first quarterly fee application for e-filing and service (1.0). | 1.50 |
| 03/14/08 | Lord | Communicate with Deloitte re: monthly/quarterly fee apps. (.3); revise Deloitte First/Second monthly fee applications and first quarterly fee application (1.0); e-file and perfect service of RS 3rd monthly fee application (.3); revise, e-file and perfect service of RS first quarterly fee application (.5); e-file Deloitte first quarterly fee application (.2). | 2.30 |
| 03/21/08 | Lord | E-mails to Deloitte regarding fee application issues. | .30 |
| 04/08/08 | Lewis | Email correspondence with J.Lord re fee application time entry questions (.1). | .10 |
| 04/08/08 | Lord | Review and revise RS DBR for upcoming fee application (.5); e-mail to J. Lewis regarding same (.1) | .60 |
| 04/11/08 | Lord | Draft and e-file CNOs for RS and Deloitee monthly fee applications (.6); discuss same with KGwynne (.1). | .70 |

                                                   ------
                                    TOTAL HOURS    18.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Kurt F. Gwynne | 0.10 | at $ | 560.00 | = | 56.00 |
| Joshua C. Lewis | 1.30 | at $ | 370.00 | = | 481.00 |
| John B. Lord | 14.90 | at $ | 235.00 | = | 3,501.50 |
| Lisa Lankford | 2.50 | at $ | 135.00 | = | 337.50 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application          Page  17
May 14, 2008


                              CURRENT FEES                    4,376.00


                              TOTAL THIS MATTER             $4,376.00
                                                           =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                      Invoice Number      1698261
As Committee Chairperson on behalf of            Invoice Date       05/14/08
Infinite Computer Solutions, Inc.                Client Number        886922
10500 Sager Avenue, Suite G                      Matter Number         60013
Fairfax, VA 22030                                Page  18

==============================================================================

Re: (60013)  Miscellaneous Motions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 02/07/08 | Lewis | Review debtor's draft motion re rebate creditors (1.1). | 1.10 |
| 02/18/08 | Lewis | Email correspondence with J.Johnson re access to e-room issues and motion for turnover (.5). | .50 |
| 03/03/08 | Lewis | Review pending fee applications (.3); telephone call with K.Gwynne re same (.2). | .50 |
| 03/24/08 | Lewis | Email correspondence with M.Augustine re status of Radio Shack objection (.1). | .10 |
| 03/25/08 | Lewis | Email correspondence with M.Augustine re status of objection deadline extension on Radio Shack motion (.1). | .10 |
| 04/09/08 | Lewis | Email correspondence with M.Augustine re position on UST's motion to convert (.2). | .20 |
| 04/10/08 | Lewis | Email correspondence with M.Augustine re status of Radio Shack motion (.1). | .10 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
        and Its Debtor-Affiliates
60013  Miscellaneous Motions                        Page  19
May 14, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 04/10/08 | Lord | Research and correspond with J.Lewis and KGwynne re: UST's motion to convert and professional fee issues. | .30 |
| 04/18/08 | Loomis | Review Stipulation on Preliminary Injunction Motion (.1); Communicate with Debtor's counsel regarding same (.1) | .20 |
| 04/21/08 | Loomis | Communicate with J.Lord regarding Stipulation and Certificate of Counsel | .10 |

                                        TOTAL HOURS    3.20

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|--|-------|
| Joshua C. Lewis | 2.60 at | $ 370.00 | = | 962.00 |
| Gaston P. Loomis | 0.30 at | $ 385.00 | = | 115.50 |
| John B. Lord | 0.30 at | $ 235.00 | = | 70.50 |

                CURRENT FEES                      1,148.00


                TOTAL THIS MATTER               $1,148.00
                                                ==============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number        1698261
As Committee Chairperson on behalf of          Invoice Date       05/14/08
Infinite Computer Solutions, Inc.              Client Number         886922
10500 Sager Avenue, Suite G                    Matter Number          60014
Fairfax, VA 22030                              Page   20

================================================================================

Re: (60014)  Assumption/REjection of Leases

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/29/08 | Lewis | Review and comment on draft stipulations with Sprint and T-Mobile (1.7); email correspondence with telephone call with V.Roland re same (.6); review and revise comments from Qualution (.4); review and revise motion to assume and proposed order re same (.9); participate in telephone conference with D.Agay and K.Gwynne re terms of Sprint and T-Mobile stipulations (.5); review revised drafts of same circulated by D.Agay (.4). | 4.50 |
| 01/31/08 | Lewis | Review finalized lease assumption stipulations circulated by D.Agay (.1). | .10 |
| 02/11/08 | Lewis | Review motion to assume and assign Overture contract (.6). | .60 |
| 02/18/08 | Lewis | Review AllTell stipulation (.3). | .30 |
| 02/20/08 | Lewis | Review motion to assume and assign Overture lease (.8); telephone call with K.Gwynne re same (.2). | 1.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
    and Its Debtor-Affiliates
60014  Assumption/REjection of Leases                    Page  21
May 14, 2008

| Date | Name | | Hours |
|------|------|---|------|

| 03/18/08 | Lewis | Review Qualution motion and respond to same (.7); draft joinder to same (.8); telephone call with M. Augustine re: same (.1); telephone call with M. Augustine re: pending matters (.2). | 1.80 |
| 03/18/08 | Lord | Revise, e-file and perfect service of Joinder to Adeptio's response to Qualution's objection to Debtor's motion for post-petition payments. | .90 |
| 03/28/08 | Lewis | Email correspondence with MAugustine re status of Qualution motion (.1); email correspondence with G.Loomis re same and hearing on same (.1). | .20 |
| 03/28/08 | Loomis | Review Form of Order Resolving Issue with Qualation Systems (.1) | .10 |
| 04/25/08 | Lewis | Review proposed stipulation with Waterfront re settlement (.6); various email correspondence with M.Augustine re comments to same (.2). | .80 |
| 04/28/08 | Lewis | Telephone call and email correspondence with M.Augustine re draft Waterfront settlement (.2). | .20 |
| 04/29/08 | Lewis | Telephone call and email correspondence with M.Augustine re Waterfront settlement (.1); review revised proposed settlement stipulation (.2). | .30 |

```
                                            ------
                          TOTAL HOURS    10.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Joshua C. Lewis | 9.80 | at | $ 370.00 | = | 3,626.00 |
| Gaston P. Loomis | 0.10 | at | $ 385.00 | = | 38.50 |
| John B. Lord | 0.90 | at | $ 235.00 | = | 211.50 |

                CURRENT FEES                              3,876.00

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60014  Assumption/REjection of Leases                    Page  22
May 14, 2008


                              TOTAL THIS MATTER                $3,876.00
                                                            =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number      1698261
As Committee Chairperson on behalf of          Invoice Date      05/14/08
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60015
Fairfax, VA 22030                              Page   23

================================================================================

Re: (60015)  Retention of Professionals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/10/08 | Lewis | Email correspondence with K.Gwynne re Clear Thinking retention (.1). | .10 |
| 03/20/08 | Lewis | Review retention application for Clear Thinking group (.2); email correspondence with M.Augustine and K.Gwynne re same (.1). | .30 |

```
                                                ------
                                  TOTAL HOURS      .40
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Joshua C. Lewis | 0.40 at $ 370.00 = | | 148.00 |

```
                    CURRENT FEES                      148.00


                    TOTAL THIS MATTER                $148.00
                                                 =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                 Invoice Number      1698261
As Committee Chairperson on behalf of       Invoice Date      05/14/08
Infinite Computer Solutions, Inc.           Client Number       886922
10500 Sager Avenue, Suite G                 Matter Number        60016
Fairfax, VA 22030                           Page   24

==============================================================================

Re: (60016)  Asset Disposition

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/04/08 | Gwynne | Reviewed and analyzed draft stipulation prepared by Adeptio and compared it to Term Sheet approved by the court (0.5); conference with D. Agay re: same (0.2); conference with T. Califano re: stipulation and appointment of estate representative (0.2) | .90 |
| 02/05/08 | Gwynne | Reviewed sale order, APA, and Term Sheet re: duty to cooperate and provide information (0.4); email from/to D. Agay re: same (0.1) | .50 |

                                            ------
                         TOTAL HOURS    1.40

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Kurt F. Gwynne | 1.40 at $ 560.00 = | | 784.00 |

                    CURRENT FEES                        784.00


                    TOTAL THIS MATTER                  $784.00
                                              =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1698261 |
| Invoice Date | 05/14/08 |
| Client Number | 886922 |
| Matter Number | 60021 |
| Page   25 | |

===========================================================================

Re: (60021)  Plan Review and Litigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/29/08 | Lewis | Review and revise draft liquidating trust agreement (2.4). | 2.40 |
| 02/07/08 | Springer | Review of plan. | 1.00 |
| 03/08/08 | Gwynne | Modified draft plan of reorganization | 2.30 |
| 03/10/08 | Gwynne | Modified draft plan of liquidation | 3.40 |
| 03/10/08 | Gwynne | Modified draft disclosure statement | 4.80 |
| 03/12/08 | Gwynne | Revised plan and disclosure statement (5.1); email memo to committee re: same (0.2); called to M. Branzburg, proposed litigation (0.1) | 5.40 |
| 03/12/08 | Loomis | Research Caselaw on Retention of Postconfirmation Jurisdiction for Preconfirmation Causes of Action | 2.20 |
| 03/12/08 | Simons | Brief review of email with attachments transmitting draft plan. | .40 |
| 03/13/08 | Gwynne | Modified draft litigation trust agreement (3.2); modified plan and disclosure statement per litigation trustee's comments (0.7); email memo to committee re: | 4.40 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
    and Its Debtor-Affiliates
60021  Plan Review and Litigation                        Page  26
May 14, 2008

| Date | Name | | Hours |
|------|------|---|------|
| | | plan documents (0.5) | |
| 03/13/08 | Lewis | Review draft litigation trust agreement (.4). | .40 |
| 03/20/08 | Lewis | Conference call with M.Augustine re open matters and motions scheduled for hearing on March 28th (.2); telephone call with K.Gwynne re debtors' exclusivity motion (.1). | .30 |
| 03/20/08 | Lord | Communicate with J. Lewis re: exclusivity objection (.1); prepare service for same (.1). | .20 |
| 03/21/08 | Lewis | E-mail correspondence with M. Augustine re: exclusivity motion (.1); begin drafting objection to debtor's motion for extended exclusivity (2.5); online research re same (.9); email correspondence with J.Lord re filing same (.1). | 3.60 |
| 03/21/08 | Lord | E-mails with J. Lewis regarding objection to exclusivity motion. | .20 |
| 03/24/08 | Lewis | Finalize draft objection to debtor's exclusivity motion (1.6); review citations in same (.5); email correspondence with K.Gwynne re same (.1); email correspondence with M.Augustine re extension of time to respond (.1). | 2.30 |
| 03/24/08 | Lord | Review and revise exclusivity objection (.3); e-mails with J. Lewis re: same (.1). | .40 |
| 03/25/08 | Lord | Revise, e-file and perfect service of exclusivity objection (.7). | .70 |
| 03/28/08 | Lewis | Review M.Branzburg comments to Litigation Trust Agreement (.2). | .20 |
| 03/28/08 | Lewis | Telephone call with K.Gwynne re results of today's hearing and exclusivity (.1); email correspondence with G.Loomis re same (.1). | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
     and Its Debtor-Affiliates
60021  Plan Review and Litigation                    Page  27
May 14, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| | | | |

| Date | Name | | Hours |
|------|------|---|-------|
| 03/28/08 | Lewis | Email correspondence with K.Gwynne re status of draft Plan and Disclosure Statement (.1). | .10 |
| 04/01/08 | Lewis | Email correspondence with M.Augustine re draft Plan and DS (.1); review Plan and Term Sheet re release provisions (.6). | .70 |
| 04/02/08 | Lewis | Review and consider Debtors' comments to Plan, Liquidating Trust Agreement, and Disclosure Statement (2.0). | 2.00 |
| 04/03/08 | Lewis | Review and revise draft Litigation Trust Agreement (.7); email correspondence with Debtors' counsel and M.Branzburg re same (.2); review draft plan and e/c K.Gwynne re Debtors' comments to same (1.3); email correspondence with D.Pacitti re trustee's comments to Trust Agreement (.2); email correspondence with M.Augustine and K.Gwynne re BMC's position re proposed Plan (.2); revise draft Trust Agreement per comments from D.Pacitti (.4). | 3.00 |
| 04/04/08 | Lewis | Review Litigation Trust Agreement per email comments from M.Augustine (.5); email correspondence with same re same (.2). | .70 |
| 04/07/08 | Lewis | Various email correspondence with K.Gwynne, D.Polsky, and M.Augustine re conference call with BMC (.3); participate in conference call with BMC re structure of Plan and next steps in case (.4). | .70 |
| 04/09/08 | Lewis | Review Disclosure Statement and consider how to condense it for service on class 5 creditors (1.2). | 1.20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
       and Its Debtor-Affiliates
60021  Plan Review and Litigation                    Page  28
May 14, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 04/10/08 | Lewis | Draft summary/abbreviated DS for circulation to unsecured creditors (3.1); email correspondence with K.Gwynne re same (.1). | 3.20 |
| 04/11/08 | Lewis | Email correspondence with K.Gwynne and A.Tankala re signatures for Plan and Disclosure Statement (.2). | .20 |
| 04/14/08 | Gwynne | Modified shortened disclosure statement | 1.30 |
| 04/14/08 | Lewis | Review and revise final drafts of the Plan and Litigation Trust Agreement (3.8); various email correspondence and telephone calls with K.Gwynne and M.Augustine re same (.8); various telephone calls and email correspondence with A.Tankala re signatures to the Plan and DS (.5). | 5.10 |
| 04/14/08 | Lewis | Review and revise final drafts of the Disclosure Statement (1.9); various email correspondence and telephone calls with K.Gwynne and M.Augustine re same (.2). | 2.10 |
| 04/15/08 | Lewis | Various email correspondence with Cte Chair re signature to Plan and Disclosure statement (.1); email correspondence with Chair's counsel re same (.1). | .20 |
| 04/16/08 | Gwynne | Conference call re: Ichon litigation (0.2) and reviewed briefs re: same (0.7) | .90 |
| 04/17/08 | Lewis | Email correspondence with T.McRary re T.Ankala's signature on Plan and Disclosure Statement (.2); telephone call with M.Augustine re terms of settlement with BMC (.1); telephone call with M.Branzburg re same (.2); email correspondence with K.Gwynne re same (.1). | .60 |
| 04/30/08 | Lewis | Email correspondence with K.Gwynne re BMC's settlement terms (.2). | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
      and Its Debtor-Affiliates
60021  Plan Review and Litigation                          Page  29
May 14, 2008

```
                                                    ------
                                       TOTAL HOURS    57.00


     TIME SUMMARY              Hours          Rate           Value
     ----------------------    ---------------------       -------
     Robert P. Simons           0.40  at  $  580.00  =       232.00
     Kurt F. Gwynne            22.50  at  $  560.00  =    12,600.00
     Claudia Z. Springer        1.00  at  $  645.00  =       645.00
     Joshua C. Lewis           29.40  at  $  370.00  =    10,878.00
     Gaston P. Loomis           2.20  at  $  385.00  =       847.00
     John B. Lord               1.50  at  $  235.00  =       352.50

                              CURRENT FEES                          25,554.50


                              TOTAL THIS MATTER                    $25,554.50
                                                                  =============
```

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1698261 |
| As Committee Chairperson on behalf of | Invoice Date    05/14/08 |
| Infinite Computer Solutions, Inc. | Client Number     886922 |
| 10500 Sager Avenue, Suite G | Matter Number      60023 |
| Fairfax, VA 22030 | Page  30 |

=============================================================================

Re: (60023)  Automatic Stay, Relief Actions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 01/29/08 | Lewis | Email correspondence with J.Johnson re potential turnover actions (.2). | .20 |
| | | TOTAL HOURS | .20 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Joshua C. Lewis | 0.20 at $ 370.00 = | | 74.00 |
| | CURRENT FEES | | 74.00 |
| | TOTAL THIS MATTER | | $74.00 |
| | | | ============= |

- 31 -

```
                            REED SMITH LLP
                           PO Box 7777-W4055
                         Philadelphia, PA  19175-4055
                            Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.              Invoice Number      1698261
As Committee Chairperson on behalf of    Invoice Date       05/14/08
Infinite Computer Solutions, Inc.        Client Number        886922
10500 Sager Avenue, Suite G              Matter Number         60026
Fairfax, VA 22030                        Page  31
```

===========================================================================

Re: (60026)  D&O Claims

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/31/08 | Lewis | Various email correspondence with T.Califano following-up on Deloitte's information requests and meeting request regarding stock repurchases (.5); email correspondence and telephone call with K.Gwynne re same (.2); telephone call with T.Califano re same (.1). | .80 |
| 02/01/08 | Lewis | Telephone call with T.Califano re Deloitte due diligence request for Debtors' records (.1); email correspondence with K.Gwynne, R.Simons, and C.Springer re same (.2). | .30 |
| 02/03/08 | Lewis | Email correspondence with T.Califano and B.Simons re Debtors' staffing issues (.1). | .10 |
| 02/04/08 | Lewis | Email correspondence with D.Polsky re information requests to Debtors and Adeptio (.1); various email correspondence and telephone calls with K.Gwynne and D.Polsky re stock repurchase issues (.3). | .40 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
  and Its Debtor-Affiliates
60026  D&O Claims         Page  32
May 14, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 02/04/08 | Simons | Review email from K. Gwynne to Financial Advisor (Dan Polsky) re: list of needed documents for meeting. | .10 |
| 02/05/08 | Gwynne | Calls to Deloitte folks re: due diligence requests | .10 |
| 02/05/08 | Gwynne | Conference with D. Polsky re: documents needed from Simplexity | .20 |
| 02/05/08 | Gwynne | Emails to/from D. Agay re: document production/Deloitte investigation | .10 |
| 02/05/08 | Gwynne | Conference with D. Agay re: document production, stipulation, and lists | .20 |
| 02/05/08 | Gwynne | Emails to/from D. Agay re: documents to be produced as part of committee examination | .20 |
| 02/05/08 | Gwynne | Modified draft fee stipulation from Versa | .30 |
| 02/05/08 | Lewis | Telephone call with K.Gwynne re due diligence requests for documents from Adeptio and the Debtors (.5); various email correspondence with K.Gwynne, D.Agay, and T.Califano re same (.2). | .70 |
| 02/06/08 | Gwynne | Reviewed document request list from D. Polsky (0.1); conference re: same (0.4) | .50 |
| 02/06/08 | Gwynne | Reviewed income statement (revised) from Deloitte as part of claims investigation | .30 |
| 02/06/08 | Lewis | Participate in conference call with Deloitte team and K.Gwynne re stock repurchase issues (.9). | .90 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60026  D&O Claims                                    Page  33
May 14, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 02/08/08 | Gwynne | Call with Deloitte reps regarding document review and info. needed from debtor/Simplexity as part of claims investigation | .50 |
| 02/08/08 | Lewis | Email correspondence with Deloitte team re information request (.1); participate in conference call with Deloitte team and K.Gwynne re stock repurchase information requests (.9); review charts prepared by Deloitte re same (.3). | 1.30 |
| 02/11/08 | Lewis | Email correspondence with J.Johnson re Deloitte's information request re stock repurchase issues (.2). | .20 |
| 02/20/08 | Gwynne | Conference with J. Johnson re: Adeptio issues/discovery | .10 |
| 02/24/08 | Gwynne | Emails re: board minutes | .10 |
| 02/24/08 | Gwynne | Email from D. Agay re: NDA and committee investigation (0.1); prepared/modified response to same (0.3); email to Dan Polsky re: same (0.1) | .50 |
| 03/03/08 | Gwynne | Reviewed/modified proposed confidentiality agreement from Adeptio | 1.70 |
| 03/04/08 | Lewis | Email correspondence with K.Gwynne re investigation by Deloitte (.2). | .20 |

                                        ------
                          TOTAL HOURS    9.80

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|------|------|------|------|
| Robert P. Simons | 0.10 | at $ | 580.00 | = | 58.00 |
| Kurt F. Gwynne | 4.80 | at $ | 560.00 | = | 2,688.00 |
| Joshua C. Lewis | 4.90 | at $ | 370.00 | = | 1,813.00 |

                 CURRENT FEES                        4,559.00

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
     and Its Debtor-Affiliates
60026  D&O Claims                      Page  34
May 14, 2008

                  TOTAL THIS MATTER              $4,559.00
                                           =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                    Invoice Number      1698261
As Committee Chairperson on behalf of          Invoice Date       05/14/08
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60029
Fairfax, VA 22030                              Page   35

==============================================================================

Re: (60029)  Attendance at Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/30/08 | Falgowski | Attend hearing in bankruptcy court (.9) | .90 |
| 03/26/08 | Loomis | Communicate with J.Lewis regarding Upcoming Hearing on Debtor's Exclusivity Period and Dispute with Qualation System (.2); Review relevant pleadings (.2) | .40 |
| 03/27/08 | Loomis | Prepare for Hearing on Debtor's Exclusivity Period and Qualation Systems' Request for Postpetition Payments | 1.80 |
| 03/28/08 | Loomis | Attend Hearing on Debtors Motion to Extend Exclusivity Period; Agreement with Qualation Systems (.8) | .80 |
| 04/16/08 | Loomis | Prepare for Hearing on Motion for Preliminary Injunction | .60 |
| 04/17/08 | Loomis | Prepare for Hearing on Preliminary Injunction (.7); Attend Hearing regarding same (.5) | 1.20 |

```
                                        ------
                        TOTAL HOURS      5.70
```

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
       and Its Debtor-Affiliates
60029  Attendance at Hearings                          Page  36
May 14, 2008

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| J. Cory Falgowski | 0.90 at $ 325.00 = | | 292.50 |
| Gaston P. Loomis | 4.80 at $ 385.00 = | | 1,848.00 |
| | CURRENT FEES | | 2,140.50 |
| | TOTAL THIS MATTER | | $2,140.50 |
| | | | ============= |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                 Invoice Number      1698261
As Committee Chairperson on behalf of       Invoice Date       05/14/08
Infinite Computer Solutions, Inc.           Client Number        886922
10500 Sager Avenue, Suite G                 Matter Number         60030
Fairfax, VA 22030                           Page   37

================================================================================

Re: (60030)  Claims Review and Objections

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/13/08 | Gwynne | Reviewed email and correspondence from M. Augustine re: Waterfront's administrative claim (0.1); email memo to committee re: settlement proposal on Waterfront's administrative expense claim (0.4) | .50 |
| 04/09/08 | Lewis | Email correspondence with D.Polsky, K.Gwynne, M.Augustine, and N.Glassman re administrative claims (.4). | .40 |
| 04/10/08 | Lewis | Email correspondence with D.Polsky, J.Lord, K.Gwynne, and M.Augustine re total outstanding administrative claims (.5). | .50 |

```
                                        ------
                             TOTAL HOURS   1.40
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Kurt F. Gwynne | 0.50 at $ 560.00 = | | 280.00 |
| Joshua C. Lewis | 0.90 at $ 370.00 = | | 333.00 |

CURRENT FEES                                                613.00

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60030  Claims Review and Objections                    Page  38
May 14, 2008

                      TOTAL THIS MATTER                    $613.00
                                                       ==============