# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying | IKON | $368.00 |
| In-House Duplicating | | $117.40 |
| Outside Databases | PACER | $78.00 |
| Courier | Parcels | $500.51 |
| Legal Research | WestLaw | $91.80 |
| Telephone - Outside | ChorusCall/ CourtCall | $155.17 |
| Travel (Taxi, Rail, Mileage, Parking, Tolls, etc.) | | $325.80 |
| Meal Expenses | | $152.77 |
| **TOTAL** | | **$1,789.45** |

-2-

```
                    REED SMITH LLP
                    PO Box 7777-W4055
                 Philadelphia, PA  19175-4055
                    Tax ID# 25-0749630
```

| | |
|---|---|
| c/o Timothy J. McGary, Esq.<br>As Committee Chairperson on behalf of<br>Infinite Computer Solutions, Inc.<br>10500 Sager Avenue, Suite G<br>Fairfax, VA 22030 | Invoice Number        1698261<br>Invoice Date          05/14/08<br>Client Number          886922<br>Matter Number           60001<br>Page   1 |

========================================================================

Re: (60001)  Official Committee of Unsecured Creditors

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/04/08 | PACER | 20.32 |
| 01/14/08 | PACER | 8.00 |
| 01/18/08 | PACER | 11.68 |
| 01/21/08 | Telephone - Outside<br>Chorus Call Inv No: 0325279 - SIMONS - | 10.28 |
| 01/29/08 | PACER | 1.60 |
| 01/29/08 | PACER | 4.00 |
| 01/30/08 | Telephone - Outside<br>Chorus Call Inv No: 0326055 - LEWIS - | 15.58 |
| 02/01/08 | Telephone Expense<br>212-335-4990/NEW YORK, NY/8 | .40 |
| 02/04/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 147 COPIES | 14.70 |
| 02/05/08 | Telephone Expense<br>212-436-5668/NEW YORK, NY/2 | .10 |
| 02/05/08 | Telephone Expense<br>617-437-2000/BOSTON, MA/4 | .15 |
| 02/05/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 2 COPIES | .20 |
| 02/06/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 81 COPIES | 8.10 |

- 3 -

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
    and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors           Page    2
May 14, 2008

| Date | Description | Amount |
|---|---|---:|
| 02/06/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 33 COPIES | 3.30 |
| 02/06/08 | Telephone - Outside<br>Chorus Call Inv No: 0326669 - LEWIS - | 8.56 |
| 02/07/08 | Telephone - Outside - - VENDOR: COURTCALL LLC - COURT CONFERENCE | 44.50 |
| 02/08/08 | Telephone - Outside<br>Chorus Call Inv No: 0326669 - LEWIS - | 8.56 |
| 02/11/08 | Rail Travel Expense - - VENDOR: CLAUDIA Z. SPRINGER TO HEARING ON 12/11/07. | 72.00 |
| 02/11/08 | Taxi Expense - - VENDOR: CLAUDIA Z. SPRINGER TO HEARING ON 12/11/07. | 10.00 |
| 02/11/08 | Meal Expense - - VENDOR: CLAUDIA Z. SPRINGER TO HEARING ON 12/13/07. | 13.77 |
| 02/11/08 | Rail Travel Expense - - VENDOR: CLAUDIA Z. SPRINGER FROM HEARING ON 12/11/2007. | 50.00 |
| 02/11/08 | Taxi Expense - - VENDOR: CLAUDIA Z. SPRINGER TO HEARING ON 12/13/07. | 10.00 |
| 02/11/08 | Rail Travel Expense - - VENDOR: CLAUDIA Z. SPRINGER TO HEARING ON 12/13/07. | 106.00 |
| 02/11/08 | Duplicating/Printing/Scanning<br>ATTY # 2755; 189 COPIES | 18.90 |
| 02/12/08 | Meal Expense - - VENDOR: CLAUDIA Z. SPRINGER TVL TO WLM FOR HEARING ON 12/05/07 WITH FIVE (5) OTHERS. | 139.00 |
| 02/12/08 | Mileage Expense - - VENDOR: CLAUDIA Z. SPRINGER TVL TO WLM FOR HEARING ON 12/05/07. | 38.80 |
| 02/12/08 | Parking/Tolls/Other Transportation - - VENDOR: CLAUDIA Z. SPRINGER TVL TO WLM FOR HEARING | 39.00 |
| 02/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 64 COPIES | 6.40 |
| 02/19/08 | Telephone Expense<br>636-388-1446/UNION, MO/3 | .15 |
| 02/19/08 | Telephone Expense<br>405-330-0630/EDMOND, OK/7 | .35 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1698261
       and Its Debtor-Affiliates
 60001 Official Committee of Unsecured Creditors         Page    3
May 14, 2008
```

| Date | Description | Amount |
|---|---|---:|
| 02/19/08 | Telephone Expense<br>205-248-1043/TUSCALOOSA, AL/7 | .35 |
| 02/20/08 | Duplicating/Printing/Scanning<br>ATTY # 3593; 24 COPIES | 2.40 |
| 02/20/08 | Telephone Expense<br>212-335-4762/NEW YORK, NY/7 | .30 |
| 02/21/08 | Telephone Expense<br>514-875-3800/MONTREAL, QC/2 | .20 |
| 02/21/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 45 COPIES | 4.50 |
| 02/25/08 | Telephone - Outside<br>Chorus Call Inv No: 0329189 -   GWYNNE - | 6.76 |
| 02/26/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. -   COPYING | 25.32 |
| 02/26/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. -   COPYING | 78.90 |
| 02/29/08 | PACER | 11.92 |
| 02/29/08 | PACER | 1.60 |
| 03/01/08 | PACER | 15.92 |
| 03/01/08 | PACER | 2.96 |
| 03/03/08 | Telephone - Outside<br>Chorus Call Inv No: 0330168 -   InPhonic - | 19.18 |
| 03/04/08 | Telephone Expense<br>205-248-1043/TUSCALOOSA, AL/3 | .15 |
| 03/04/08 | Telephone Expense<br>219-844-0464/HAMMOND, IN/2 | .10 |
| 03/04/08 | Telephone Expense<br>313-522-0817/DETROIT, MI/2 | .10 |
| 03/07/08 | Telephone - Outside<br>Chorus Call Inv No: 0330168 -   InPhonic - | 18.75 |
| 03/12/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 41 COPIES | 4.10 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page    4
May 14, 2008
```

| Date | Description | Amount |
|---|---|---|
| 03/12/08 | Telephone Expense<br>215-928-0223/PHILA, PA/3 | .15 |
| 03/12/08 | Duplicating/Printing/Scanning<br>ATTY # 3593; 24 COPIES | 2.40 |
| 03/12/08 | Duplicating/Printing/Scanning<br>ATTY # 007399: 8 COPIES | .80 |
| 03/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 10 COPIES | 1.00 |
| 03/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 84 COPIES | 8.40 |
| 03/18/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 22.41 |
| 03/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 10 COPIES | 1.00 |
| 03/18/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 5 COPIES | .50 |
| 03/19/08 | Telephone Expense<br>414-737-0499/MILWAUKEE, WI/4 | .20 |
| 03/20/08 | Telephone Expense<br>610-361-0533/CHESTERHTS, PA/6 | .30 |
| 03/21/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 158 COPIES | 15.80 |
| 03/24/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. - DELIVERY | 15.00 |
| 03/24/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 5 COPIES | .50 |
| 03/24/08 | Westlaw<br>Westlaw | 91.80 |
| 03/27/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 114.86 |
| 03/27/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 68.82 |
| 03/27/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 57.69 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1698261
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors        Page    5
May 14, 2008
```

| Date | Description | Amount |
|---|---|---|
| 03/31/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. SERVICE | 292.50 |
| 03/31/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. DELIVERY | 7.50 |
| 04/02/08 | Telephone Expense<br>302-429-4261/WILMINGTON, DE/7 | .35 |
| 04/02/08 | Telephone - Outside<br>Chorus Call Inv No: 0333196 -  LEWIS - | 18.75 |
| 04/09/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 70 COPIES | 7.00 |
| 04/09/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 48 COPIES | 4.80 |
| 04/09/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 70 COPIES | 7.00 |
| 04/09/08 | Duplicating/Printing/Scanning<br>ATTY # 7399; 48 COPIES | 4.80 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 8 COPIES | .80 |
| 04/11/08 | Courier Service - Outside - - VENDOR: PARCELS, INC.<br>SERVICE VIA MAIL AND HAND | 95.51 |
| 04/11/08 | Courier Service - Outside - - VENDOR: PARCELS, INC.<br>E-FILE AND SERVE | 90.00 |
| 04/14/08 | Telephone Expense<br>302-429-4261/WILMINGTON, DE/11 | .55 |
| 04/14/08 | Telephone Expense<br>302-429-4261/WILMINGTON, DE/4 | .20 |
| 04/18/08 | Telephone Expense<br>215-568-6060/PHILA, PA/3 | .15 |
| | CURRENT EXPENSES | 1,789.45 |
| | TOTAL THIS MATTER | $1,789.45 |