# EXHIBIT A

05/12/08

DLA PIPER

Page 1 (1)

PROFORMA AS OF 02/29/08

PROF #

BILL ATTY: 11684 Califano, Thomas R.
MATTER NUMBER: 356037-000019

```
*------ CLIENT INFORMATION -------*                    **------ INVOICE MATTER DESCRIPTION ------**
356037                                                  BILLING ATTORNEY:      11684  Califano, Thomas R.
InPhonic, Inc.                                          OFFICE LOCATION:       New York

**------ MATTER DESCRIPTION ------**                   **------ MATTER ADDRESS ------**
General Bankruptcy                                      InPhonic, Inc.

**------ CLIENT ADDRESS ------**
InPhonic, Inc.
11130 Sunrise Valley Drive
Suite 300
Reston, Virginia 20191

*------ BILLING INSTRUCTIONS ------*

DATE OPENED:   Nov  8, 2007          TO DATE TOTALS:              TIME CARD FORMAT: TF5
DATE CLOSED:                         TRSUMMARY:       TS1         COST CARD FORMAT: CF4
LAST BILL DATE: 04/09/08             SHOW A/R ON INVOICES N       BILLING FREQUENCY: M
```

|                                    |                           |
|------------------------------------|---------------------------|
| TOTAL FEES                         | $63,402.00                |
| TOTAL DISBURSEMENTS AND OTHER CHARGES | $3,283.44              |
| TOTAL INVOICE BALANCE              | $66,685.44                |
| PREVIOUS AMOUNTS PAST DUE FOR ALL MATTERS ON THIS PROFORMA | |
| TOTAL ACCOUNT BALANCE              |                           |

BILLING INSTRUCTIONS
( ) BILL COSTS AND FEES       ( ) WRITE OFF FEES AND COSTS    ( ) HOLD
( ) BILL FEES ONLY            ( ) WRITE OFF FEES ONLY         ( ) CLOSE FILE
( ) BILL COSTS ONLY           ( ) WRITE OFF COSTS ONLY        ( ) FINAL BILL

THERE IS  $0.00  IN UNAPPLIED FUNDS ON THIS MATTER. PLEASE INITIAL HERE IF YOU
WOULD LIKE US TO APPLY IT TO THIS INVOICE REDUCING THE AMOUNT DUE ON THIS BILL ____

```
05/12/08                                      DLA PIPER                                    Page 2 (2)
BILL ATTY: 11684 Califano, Thomas R.           PROFORMA AS OF 02/29/08
MATTER NUMBER: 356037-000019                                                               PROP #

BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . .    329306.68
   LESS PAYMENT(S)  . . . . . . . . . . . . . . . . . . . . . . . . .         0.00
                                                                        -----------
BALANCE FORWARD  . . . . . . . . . . . . . . . . . . . . . . . . . .     329306.68

   TIMECARD SUB-TOTAL ( 138.50)  . . . . . . . . . . . . . . .  63402.00
   DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . . . . . . . .  3283.44
SUBTOTAL CURRENT PERIOD  . . . . . . . . . . . . . . . . . . . 66685.44
TOTAL DUE  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     395992.12

   TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . . . . .      11877.00
   COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . . . . .        781.93

*------------------TRUST ACCOUNT SUMMARY---------------------------------------*
TRUST ACCOUNT: 004                 New York - IOLA account
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . . .           .00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . . . . . . .      214411.36
DISBURSEMENT(S):
11/20/07  DLA PIPER US LLP (TRC11684)                          214411.36
                                                              -----------
LESS TOTAL DISBURSEMENTS . . . . . . . . . . . . . . . . . . . . . .     214411.36(
                                                                         -----------
CURRENT BALANCE  . . . . . . . . . . . . . . . . . . . . . . . . . .         0.00

TRUST ACCOUNT: 1050                CA - General Trust Account
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . . .           .00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . . . . . . .      100000.00
DISBURSEMENT(S):
12/03/07  DLA PIPER US LLP (PA13195)                           100000.00
                                                              -----------
LESS TOTAL DISBURSEMENTS . . . . . . . . . . . . . . . . . . . . . .     100000.00(
                                                                         -----------
CURRENT BALANCE  . . . . . . . . . . . . . . . . . . . . . . . . . .         0.00

INCEPTION-TO-DATE BILLING:
         HOURS:   1,748.00    FEES:   $852,988.50   COSTS:   $58,677.14

LEDGER SUMMARY:  ALL OPEN INVOICES AND INVOICES SINCE 01/01/1996

INVOICE    DATE       FEES     COSTS    OTHER   PAYMENT DATE        FEES     COSTS  OTHER  BALANCE
2080029  11/20/07  131372.00   515.68     .00   UAFEES  11/21/07  18112.32     .00    .00
                                                UAFEES  11/21/07  49484.32   515.68   .00
                                                UAFEES  12/03/07  63775.36     .00    .00
                                                UAFEES  11/21/07 131987.69     .00    .00     .00
2090022  12/04/07  224545.00  19119.90    .00
```

05/12/08                                    DLA PIPER                                    Page 3 (3)
                                    PROFORMA AS OF 02/29/08

BILL ATTY: 11684 Califano, Thomas R.
MATTER NUMBER: 356037-000019
                                                                                                    PROP #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2108881 | 02/29/08 | 253946.00 | 18261.58 | UAFEES | 12/03/07 | 18104.74 | 18119.90 | .00 | .00 |
| 2128202 | 03/17/08 | 236521.00 | 18552.74 | UAFEES | 02/19/08 | 74552.58 | .00 | .00 | .00 |
| 2138642 | 04/09/08 | 6604.50  | 3227.24  | UAFEES | 02/19/08 | 189544.80 | 18261.58 | .00 | .00 |
|         |          |           | .00      |        |          | .00       | .00      | .00 | 64401.20 |
|         |          |           | .00      |        |          | .00       | .00      | .00 | 255073.74 |
|         |          |           | .00      |        |          | .00       | .00      | .00 | 9831.74 |

```
05/12/08                                      DIA PIPER                                        Page 5 (5)
                                         PROFORMA AS OF 02/29/08
BILL ATTY: 11684 Califano, Thomas R.
MATTER NUMBER: 356037-000019                                                               PROP #  (    )
```

| PROP # | TK | DATE | B | TIMEKEEPER | HOURS | AMOUNT | | TASK | CUM AMT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 42144795 | MCS 18772 | 02/01/08 | B | Smith, Mark C. | 1.80 | 639.00 | ACT: | 1.80 TASK: B110 | 639.00 | Field calls and draft responses to various rebate creditors seeking information on chapter 11 cases and status of their rebate. |
| 41960136 | CRT 30456 | 02/01/08 | B | Thomson, Christopher R. | 6.70 | 3,584.50 | ACT: | 6.70 TASK: B110 | 3,584.50 | Review and revise proposed complaint and motion related to TRO; speak to local counsel; mark up document pursuant to local rules; Speak to Wilmer Hale regarding InPhonic documents; analyze claims of Epiq. |
| 42051224 | RTW 19639 | 02/01/08 | B | Ware, Robert T. | 2.80 | 574.00 | ACT: | 2.80 TASK: B160 | $6,979.50 | Going through time entries and working with accounting to update issues; preparing and revising fee statement with the same. |
| 42154418 | TRC 11684 | 02/04/08 | B | Califano, Thomas R. | 0.30 | 240.00 | ACT: | 0.30 TASK: B110 | $11,378.00 | Teleconference with David Agay re: discovery issues. |
| 42154903 | TRC 11684 | 02/04/08 | B | Califano, Thomas R. | 0.30 | 240.00 | ACT: | 0.30 TASK: B110 | $11,618.00 | Teleconference with UST re: SEC investigation. |
| 42155335 | TRC 11684 | 02/04/08 | B | Califano, Thomas R. | 0.30 | 240.00 | ACT: | 0.30 TASK: B110 | $11,858.00 | Teleconference with Kurt Greyove re: document production. |
| 42155398 | TRC 11684 | 02/04/08 | B | Califano, Thomas R. | 0.30 | 240.00 | ACT: | 0.30 TASK: B110 | $12,098.00 | Teleconference with Neal Rubloom and Meg Auguestine re: fee stipulation. |
| 42045918 | WC 11738 | 02/04/08 | B | Coleman, William H. | 1.50 | 420.00 | ACT: | 1.50 TASK: B185 | $12,518.00 | Review e-room documents re Circuit City contracts, conversation with R. Ware, advise V. Roldan. |
| 42043611 | JRJ 11688 | 02/04/08 | B | Johnson, Jeremy R. | 0.60 | 378.00 | ACT: | 0.60 TASK: B170 | $12,896.00 | Review and edit fee stipulation; e-mail D. Agay re: same. |
| 42043614 | JRJ 11688 | 02/04/08 | B | Johnson, Jeremy R. | 0.40 | 252.00 | ACT: | 0.40 TASK: B170 | $13,148.00 | Teleconference with K. Gwynne re: fee stipulation. |
| 42043615 | JRJ 11688 | 02/04/08 | B | Johnson, Jeremy R. | 0.30 | 189.00 | ACT: | 0.30 TASK: B170 | $13,337.00 | Teleconference with N. Glassman re: fee stipulation; e-mail same. |
| 42128041 | VJR 12095 | 02/04/08 | B | Roldan, Vincent J. | 0.10 | 63.00 | ACT: | 0.10 TASK: B110 | $13,400.00 | Phone call with Circuit Center regarding contract. |
| 42128049 | VJR 12095 | 02/04/08 | B | Roldan, Vincent J. | 0.30 | 189.00 | ACT: | 0.30 TASK: B110 | $13,589.00 | Attend to Yahoo contract, Quixtar (cure amount). |
| 42037029 | KJR 30487 | 02/04/08 | B | Rosella, Kristin J. | 3.50 | 1,435.00 | ACT: | 3.50 TASK: B110 | $15,024.00 | Prepare and rise motion for preliminary injunction and memorandum in support. |
| 42144407 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.50 | 177.50 | ACT: | 0.50 TASK: B110 | $15,201.50 | Review list of electronic database for previous internal investigation in preparation for negotiating with Epiq and requesting turnover |

```
05/12/08                                    DIA PIPER                                    Page 6 (6)
BILL ATTY: 11684 Califano, Thomas R.         PROFORMA AS OF 02/29/08
MATTER NUMBER: 356037-000019                                                             PROP #    (       )
```

| Index | Atty | Date | Type | Name | Hours | Amount | Task | Hours | Task | Amount | Running Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42144417 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.40 | 142.00 | ACT: | 0.40 | TASK: B110 | 142.00 | $15,343.50 | Teleconference with L. Schofield from Epiq regarding the turnover of documents and SEC investigation. |
| 42144428 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.60 | 213.00 | ACT: | 0.60 | TASK: B110 | 213.00 | $15,556.50 | Various teleconferences with B. Daniels and S. Ordez from BMC regarding payment for publication and revisions to proposed publication notice. |
| 42144442 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.50 | 177.50 | ACT: | 0.50 | TASK: B110 | 177.50 | $15,734.00 | Draft and revise publication bar date notice and send to BMC for review. |
| 42144470 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.40 | 142.00 | ACT: | 0.40 | TASK: B110 | 142.00 | $15,876.00 | Teleconference with M. Augustine from Bayard regarding bar date notice final draft. |
| 42144475 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 1.50 | 532.50 | ACT: | 1.50 | TASK: B185 | 532.50 | $16,408.50 | Draft and revise Overture/Yahoo motion for assumption and assignment of executory contracts. |
| 42144484 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.40 | 142.00 | ACT: | 0.40 | TASK: B110 | 142.00 | $16,550.50 | Draft and send electronic correspondence to D. Agay requesting payment of publication costs for Bar Date Notice by end of day tomorrow. |
| 42144495 | MCS 18772 | 02/04/08 | B | Smith, Mark C. | 0.60 | 213.00 | ACT: | 0.60 | TASK: B310 | 213.00 | $16,763.50 | Review all exhibits for secured claims form notice filing. |
| 41962227 | CRT 30456 | 02/04/08 | B | Thomson, Christopher R. | 3.80 | 2,033.00 | ACT: | 3.80 | TASK: B110 | 2,033.00 | $18,796.50 | Speak to opposing counsel; speak to local counsel; redraft motion to remove request for TRO pursuant to above conversations. |
| 42172468 | TRC 11684 | 02/05/08 | B | Califano, Thomas R. | 0.40 | 320.00 | ACT: | 0.40 | TASK: B110 | 320.00 | $19,116.50 | Teleconference with Joe Myers re: CRO role. |
| 42172513 | TRC 11684 | 02/05/08 | B | Califano, Thomas R. | 0.40 | 320.00 | ACT: | 0.40 | TASK: B110 | 320.00 | $19,436.50 | Revisions to engagement letter. |
| 42172586 | TRC 11684 | 02/05/08 | B | Califano, Thomas R. | 0.30 | 240.00 | ACT: | 0.30 | TASK: B110 | 240.00 | $19,676.50 | Teleconference with client re: stipulation and protocol. |
| 42173291 | TRC 11684 | 02/05/08 | B | Califano, Thomas R. | 0.40 | 320.00 | ACT: | 0.40 | TASK: B110 | 320.00 | $19,996.50 | Teleconference with Neal Glassman re: fee stipulation. |
| 42173464 | TRC 11684 | 02/05/08 | B | Califano, Thomas R. | 1.00 | 800.00 | ACT: | 1.00 | TASK: B110 | 800.00 | $20,796.50 | Review and revise disclosure statement. |
| 42045927 | WC 11738 | 02/05/08 | B | Coleman, William H. | 1.00 | 280.00 | ACT: | 1.00 | TASK: B140 | 280.00 | $21,076.50 | Forms research re consent motion to modify stay. |
| 42145980 | JRJ 11600 | 02/05/08 | B | Johnson, Jeremy R. | 0.20 | 126.00 | ACT: | 0.20 | TASK: B110 | 126.00 | $21,202.50 | E-mail D. Agay re: class action litigation. |

05/12/08                                    DIA PIPER                                    Page 7 (7)
                                    PROFORMA AS OF 02/29/08

BILL ATTY: 11684 Califano, Thomas R.                                                     PROF #    (        )
MATTER NUMBER: 356037-000019

| ID | Atty | Date | Type | Name | Hours | Amount | Task | Hours | Amount | Code | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42037039 | KJR | 02/05/08 | B | Rosella, Kristin J. | 2.40 | 984.00 | ACT: | 2.40 | 984.00 | TASK: B110 | $22,186.50 | Revise motion for preliminary injunction and memorandum in support. |
| 42144528 | MCS | 02/05/08 | B | Smith, Mark C. | 0.50 | 177.50 | ACT: | 0.50 | 177.50 | TASK: B110 | $22,364.00 | Teleconference with C. Thomson and Epiq re document room and obtaining backups. |
| 42144554 | MCS | 02/05/08 | B | Smith, Mark C. | 0.90 | 319.50 | ACT: | 0.90 | 319.50 | TASK: B110 | $22,683.50 | Review disclosure statement and revise per T. Califano's suggestions; review T. Califano's revisions. |
| 42144580 | MCS | 02/05/08 | B | Smith, Mark C. | 0.60 | 213.00 | ACT: | 0.60 | 213.00 | TASK: B110 | $22,896.50 | Conference call with M. Augustine at Bayard regarding insurance policies, coverage and issues to property of the estate; forward memo regarding same. |
| 42144596 | MCS | 02/05/08 | B | Smith, Mark C. | 0.30 | 106.50 | ACT: | 0.30 | 106.50 | TASK: B110 | $23,003.00 | Series if e-mail correspondence re finalizing Bar Date Publication with S. Ordez and M. Augistine. |
| 41970123 | CRT | 02/05/08 | B | Thomson, Christopher R. | 3.20 | 1,712.00 | ACT: | 3.20 | 1,712.00 | TASK: B110 | $24,715.00 | Speak to opposing counsel; speak to Epiq Vice President regarding turnover of documents; review and send to local counsel papers related to adversary action against Icon. |
| 42180343 | TRC | 02/06/08 | B | Califano, Thomas R. | 0.60 | 480.00 | ACT: | 0.60 | 480.00 | TASK: B110 | $25,195.00 | Teleconference with Agay re: document retention policy. |
| 42146263 | JRJ | 02/06/08 | B | Johnson, Jeremy R. | 0.30 | 189.00 | ACT: | 0.30 | 189.00 | TASK: B110 | $25,384.00 | Multiple e-mails with T. Califano and D. Agay re: document request. |
| 42146272 | JRJ | 02/06/08 | B | Johnson, Jeremy R. | 0.30 | 189.00 | ACT: | 0.30 | 189.00 | TASK: B110 | $25,573.00 | Review fee stipulation; e-mail K. Gwynne re: status. |
| 42228331 | VJR | 02/06/08 | B | Roldan, Vincent J. | 1.00 | 630.00 | ACT: | 1.00 | 630.00 | TASK: B110 | $26,203.00 | Revise motion to enter into Yahoo contract. |
| 42150580 | MCS | 02/06/08 | B | Smith, Mark C. | 1.40 | 497.00 | ACT: | 1.40 | 497.00 | TASK: B320 | $26,700.00 | Draft and revise disclosure statement; interoffice conference with T. Califano regarding same. |
| 42150872 | MCS | 02/06/08 | B | Smith, Mark C. | 1.20 | 426.00 | ACT: | 1.20 | 426.00 | TASK: B310 | $27,126.00 | Review rebate customers list in order to ascertain who should go on schedule F revision. |
| 42179861 | TRC | 02/07/08 | B | Califano, Thomas R. | 0.30 | 240.00 | ACT: | 0.30 | 240.00 | TASK: B110 | $27,366.00 | Teleconference with David Agay re: stipulation. |
| 42146403 | JRJ | 02/07/08 | B | Johnson, Jeremy R. | 0.20 | 126.00 | ACT: | 0.20 | 126.00 | TASK: B110 | $27,492.00 | E-mail D. Robotti re: plan status. |
| 42146409 | JRJ | 02/07/08 | B | Johnson, Jeremy R. | 0.60 | 378.00 | ACT: | 0.60 | 378.00 | TASK: B110 | $27,870.00 | Multiple e-mails with D. Robotti re: wind... |

```
05/12/08                                    DLA PIPER                              Page 9 (9)
BILL ATTY: 11684 Califano, Thomas R.         PROFORMA AS OF 02/29/08
MATTER NUMBER: 356037-000019                                                       PROF #   (    )
```

| Index | Atty | Date | Type | Name | Hours | | Amount | | Task | Rate | Cumulative | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 18772 Smith, Mark C. | | ACT: | | TASK: | B110 | | | |
| 42152761 | MCS | 02/08/08 | B | 18772 Smith, Mark C. | 2.40 | ACT: | 852.00 | TASK: | B185 | 852.00 | $35,311.50 | Draft and revise assumption and rejection Notices for January 30 Notice from Simplexity. |
| 42051622 | RTW | 02/08/08 | B | 19639 Ware, Robert T. | 3.10 | ACT: | 635.50 | TASK: | B160 | 635.50 | $35,947.00 | Preparing draft fee statement; working with accounting on time issues. |
| 42004842 | JRJ | 02/11/08 | B | 11688 Johnson, Jeremy R. | 0.50 | ACT: | 315.00 | TASK: | B110 | 315.00 | $36,262.00 | E-mail D. Robotti and D. Engelhardt re: monthly operating reports; review financial data re: same. |
| 42007558 | JRJ | 02/11/08 | B | 11688 Johnson, Jeremy R. | 0.40 | ACT: | 252.00 | TASK: | B170 | 252.00 | $36,514.00 | Edit fee stipulation; circulate same to K. Gwynne and D. Agay. |
| 42146581 | JRJ | 02/11/08 | B | 11688 Johnson, Jeremy R. | 0.60 | ACT: | 378.00 | TASK: | B110 | 378.00 | $36,892.00 | E-mail D. Robotti re: interim operating reports; monthly operating reports and related filings. |
| 42146586 | JRJ | 02/11/08 | B | 11688 Johnson, Jeremy R. | 0.40 | ACT: | 252.00 | TASK: | B170 | 252.00 | $37,144.00 | Review and edit fee stipulation; circulate same to the K. Gwynne and N. Glassman. |
| 42128411 | VJR | 02/11/08 | B | 12095 Roldan, Vincent J. | 0.70 | ACT: | 441.00 | TASK: | B110 | 441.00 | $37,585.00 | Phone calls w/ M. Augustine re strategy (.2), finalize motion to assume contracts (.5). |
| 42152961 | MCS | 02/11/08 | B | 18772 Smith, Mark C. | 1.30 | ACT: | 461.50 | TASK: | B185 | 461.50 | $38,046.50 | Draft and revise motion to reject certain executory contracts and unexpired leases pursuant to January 30 Simplexity Notice. |
| 42153022 | MCS | 02/11/08 | B | 18772 Smith, Mark C. | 1.70 | ACT: | 603.50 | TASK: | B310 | 603.50 | $38,650.00 | Draft and revise notice of additional designated contracts from Held Contract list; review order regarding same. |
| 42154949 | MCS | 02/11/08 | B | 18772 Smith, Mark C. | 0.30 | ACT: | 106.50 | TASK: | B110 | 106.50 | $38,756.50 | Teleconference with M. Augustine regarding Order nand proposed notice for assumption and assignment of certain held contracts. |
| 42155059 | MCS | 02/11/08 | B | 18772 Smith, Mark C. | 0.50 | ACT: | 177.50 | TASK: | B185 | 177.50 | $38,934.00 | Draft and revise Yahoo/Overture motion for entry into post petition and assignment of contract to Simplexity per V. Roldan's comments (.2); draft e-mail regarding same to D. Agay, K. Gwynn, J. Lewis attaching same (.3). |
| 42052157 | RTW | 02/11/08 | B | 19639 Ware, Robert T. | 2.10 | ACT: | 430.50 | TASK: | B110 | 430.50 | $39,364.50 | Working with accounting and attorneys regarding time and time entry placement. |
| 42150426 | TRC | 02/12/08 | B | 11684 Califano, Thomas R. | 0.40 | ACT: | 320.00 | TASK: | B110 | 320.00 | $39,684.50 | Teleconference with SEC counsel re: document production. |

limit Notice to Rebate Customers; various correspondence via telephone and e-mail regarding same.

05/12/08

BILL ATTY: 11684 Califano, Thomas R.
MATTER NUMBER: 356037-000019

DLA PIPER
PROFORMA AS OF 02/29/08

Page 10 (10)

PROP # (    )

| PROP # | Atty | Date | B | Timekeeper | Hours | ACT | Amount | TASK | Amount | Cumulative | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42128439 | VJR 12095 | 02/12/08 | B | Roldan, Vincent J. | 0.80 | ACT: | 504.00 | 0.80 TASK: B110 | 504.00 | $40,188.50 | Read, revise assumption notice, rejection motion. |
| 42128440 | VJR 12095 | 02/12/08 | B | Roldan, Vincent J. | 0.50 | ACT: | 315.00 | 0.50 TASK: B110 | 315.00 | $40,503.50 | Read Alltel Stip, give comments. |
| 42168877 | MCS 18772 | 02/12/08 | B | Smith, Mark C. | 0.90 | ACT: | 319.50 | 0.90 TASK: B320 | 319.50 | $40,823.00 | Draft and revise disclosure statement per T. Califano's further comments including revised table of contents. |
| 42169397 | MCS 18772 | 02/12/08 | B | Smith, Mark C. | 0.30 | ACT: | 106.50 | 0.30 TASK: B110 | 106.50 | $40,929.50 | Draft and revise Overture Motion per Committee's Minor comments and forward same to V. Roldan. |
| 42169472 | MCS 18772 | 02/12/08 | B | Smith, Mark C. | 0.70 | ACT: | 248.50 | 0.70 TASK: B185 | 248.50 | $41,178.00 | Draft and Revise Second Omnibus Rejection Motion for Executory Contracts per V. Roldan's comments and forward same. |
| 42169540 | MCS 18772 | 02/12/08 | B | Smith, Mark C. | 1.50 | ACT: | 532.50 | 1.50 TASK: B185 | 532.50 | $41,710.50 | Draft and revise Notice of Filing of Order to convert certain held to designated contracts. |
| 42169612 | MCS 18772 | 02/12/08 | B | Smith, Mark C. | 0.30 | ACT: | 106.50 | 0.30 TASK: B110 | 106.50 | $41,817.00 | Administer filing of Overture/Yahoo Motion with local; various correspondence regarding same. |
| 42169678 | MCS 18772 | 02/12/08 | B | Smith, Mark C. | 1.70 | ACT: | 603.50 | 1.70 TASK: B110 | 603.50 | $42,420.50 | Further Draft and Revise Disclosure Statement per J. Johnson's Comments. |
| 42152376 | TRC 11684 | 02/13/08 | B | Califano, Thomas R. | 0.30 | ACT: | 240.00 | 0.30 TASK: B110 | 240.00 | $42,660.50 | Teleconference with Walter Leach re: document transaction issues. |
| 42152413 | TRC 11684 | 02/13/08 | B | Califano, Thomas R. | 0.30 | ACT: | 240.00 | 0.30 TASK: B110 | 240.00 | $42,900.50 | Teleconference with US attorney re: documents. |
| 42152623 | TRC 11684 | 02/13/08 | B | Califano, Thomas R. | 0.30 | ACT: | 240.00 | 0.30 TASK: B110 | 240.00 | $43,140.50 | Teleconference with Neal Glassman re: retention issues. |
| 42146655 | JRJ 11688 | 02/13/08 | B | Johnson, Jeremy R. | 0.60 | ACT: | 378.00 | 0.60 TASK: B170 | 378.00 | $43,518.50 | Review and edit fee stipulation; review e-mails from D. Agay and K. Gwynn re: status. |
| 42146662 | JRJ 11688 | 02/13/08 | B | Johnson, Jeremy R. | 0.40 | ACT: | 252.00 | 0.40 TASK: B110 | 252.00 | $43,770.50 | Review applicable budgets and fee statements re: fee caps. |
| 42050216 | SLS 30407 | 02/13/08 | B | Smith, Steven L. | 1.50 | ACT: | 682.50 | 1.50 TASK: P210 | 682.50 | $44,453.00 | Draft Board of Director resolutions based on review of bylaws. Calls to Meghan Doherty regarding same. |
| 42155831 | MCS 18772 | 02/13/08 | B | Smith, Mark C. | 2.90 | ACT: | 1,029.50 | 2.90 TASK: B110 | 1,029.50 | $45,482.50 | Draft various correspondence to Rebate Creditors responding to inquiries regarding status of rebate and chapter 11 case. |
| 42052525 | RTW | 02/13/08 | D | | 3.90 | | 799.50 | 3.90 | 799.50 | $46,282.00 | Meeting with TC( ?); checking on accounting |

```
05/12/08                                    DIA PIPER                               Page 11 (11)
BILL ATTY: 11684 Califano, Thomas R.       PROFORMA AS OF 02/29/08
MATTER NUMBER: 356037-000019                                              PROP #    (        )

                    19639 Ware, Robert T.           ACT:            TASK: B160

42146690 JRJ  02/14/08 B        0.40          252.00    0.40      252.00   $46,534.00  Review e-mail correspondence from J. Breen
         11688 Johnson, Jeremy R.              ACT:     TASK: B110                     re: pension plan status; e-mail same to
                                                                                       client.

42128456 VJR  02/14/08 B        0.20          126.00    0.20      126.00   $46,660.00  Discuss Waterfront lease issue w/M. Augustine.
         12095 Roldan, Vincent J.              ACT:     TASK: B110

42054206 CRT  02/14/08 B        2.10        1,123.50    2.10    1,123.50   $47,783.50  Review laws regarding property of the estate;
         30456 Thomson, Christopher R.         ACT:     TASK: B110                     send final documents regarding restraining
                                                                                       order to local counsel for filing.

42129171 TRC  02/15/08 B        0.80          640.00    0.80      640.00   $48,423.50  Conference call with Glassman, Myers et al.
         11684 Califano, Thomas R.             ACT:     TASK: B110                     re: transition.

42151565 TRC  02/15/08 B        0.40          320.00    0.40      320.00   $48,743.50  Teleconference with Myers.
         11684 Califano, Thomas R.             ACT:     TASK: B110

42151591 TRC  02/15/08 B        0.60          480.00    0.60      480.00   $49,223.50  Revisions to D&O motion.
         11684 Califano, Thomas R.             ACT:     TASK: B110

42061870 MKD  02/15/08 B        0.30          183.00    0.30      183.00   $49,406.50  Review and revise Board resolution appointing
         18811 Dougherty, Meghan K.            ACT:     TASK: B110                     G. Gitner as a new director of INP
                                                                                       Liquidation Corp.

42146707 JRJ  02/15/08 B        0.70          441.00    0.70      441.00   $49,847.50  Prepare for and attend InPhonic transition
         11688 Johnson, Jeremy R.              ACT:     TASK: B110                     conference call.

42146709 JRJ  02/15/08 B        0.40          252.00    0.40      252.00   $50,099.50  Review correspondence re: Icon litigation.
         11688 Johnson, Jeremy R.              ACT:     TASK: B190

42048957 CRT  02/15/08 B        1.70          909.50    1.70      909.50   $51,009.00  Speak to local counsel and opposing counsel;
         30456 Thomson, Christopher R.         ACT:     TASK: B110                     make revisions to documents and update status
                                                                                       of restraining order case against Icon;
                                                                                       Confirm case was filed.

42174646 JRJ  02/18/08 B        0.20          126.00    0.20      126.00   $51,135.00  E-mail J. Lewis re: Epiq status.
         11688 Johnson, Jeremy R.              ACT:     TASK: B110

42174695 JRJ  02/18/08 B        0.40          252.00    0.40      252.00   $51,387.00  E-mail M. Dougherty re: board resolutions.
         11688 Johnson, Jeremy R.              ACT:     TASK: B260

42174737 JRJ  02/18/08 B        0.30          189.00    0.30      189.00   $51,576.00  E-mail D. Robboti re: board resolutions.
         11688 Johnson, Jeremy R.              ACT:     TASK: B260

42174820 JRJ  02/18/08 B        0.30          189.00    0.30      189.00   $51,765.00  E-mail T. Califano re: Epiq document
         11688 Johnson, Jeremy R.              ACT:     TASK: B190                     retention issues.
```

```
05/12/08                                    DIA PIPER                                      Page 12 (12)
                                       PROFORMA AS OF 02/29/08
BILL ATTY: 11684 Califano, Thomas R.                                          PROF #   (      )
MATTER NUMBER: 356037-000019
```

| ID | Tkpr | Date | Type | Name | Hours | Rate | Task | Hours | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42174918 | JRJ | 02/18/08 | B | 11688 Johnson, Jeremy R. | 0.20 | 126.00 | TASK: B190 | 0.20 | 126.00 | $51,891.00 | E-mail J. Rothman re: Epiq document retention issues. |
| 42175150 | JRJ | 02/18/08 | B | 11688 Johnson, Jeremy R. | 0.70 | 441.00 | TASK: B185 | 0.70 | 441.00 | $52,332.00 | Review of Georgelow lease pleadings; teleconference with Meg Augustine re: same. |
| 42128473 | VJR | 02/18/08 | B | 12095 Roldan, Vincent J. | 0.20 | 126.00 | TASK: B185 | 0.20 | 126.00 | $52,458.00 | Attend to assumption notice, rejection motion. |
| 42128474 | VJR | 02/18/08 | B | 12095 Roldan, Vincent J. | 1.00 | 630.00 | TASK: B110 | 1.00 | 630.00 | $53,088.00 | Phone calls w/M. Augustine re Waterfront lease issue. |
| 42178269 | JRJ | 02/19/08 | B | 11688 Johnson, Jeremy R. | 0.30 | 189.00 | TASK: B110 | 0.30 | 189.00 | $53,277.00 | Teleconference with Neal Glassman re: status. |
| 42178310 | JRJ | 02/19/08 | B | 11688 Johnson, Jeremy R. | 0.70 | 441.00 | TASK: B110 | 0.70 | 441.00 | $53,718.00 | Teleconference with Wilner Hole and Eqig re: documents. |
| 42178364 | JRJ | 02/19/08 | B | 11688 Johnson, Jeremy R. | 0.40 | 252.00 | TASK: B110 | 0.40 | 252.00 | $53,970.00 | Teleconference with D. Meshulman re: teleconference with Wilner Hole. |
| 42178416 | JRJ | 02/19/08 | B | 11688 Johnson, Jeremy R. | 0.20 | 126.00 | TASK: B130 | 0.20 | 126.00 | $54,096.00 | Teleconference with T. Pawlitz re: sale closing issues. |
| 42178648 | JRJ | 02/19/08 | B | 11688 Johnson, Jeremy R. | 0.30 | 189.00 | TASK: B110 | 0.30 | 189.00 | $54,285.00 | Teleconference with A. Rosenfeld and L. Dersch re: doc tumac. |
| 42178714 | JRJ | 02/19/08 | B | 11688 Johnson, Jeremy R. | 0.30 | 189.00 | TASK: B185 | 0.30 | 189.00 | $54,474.00 | Teleconference with M. Aquino re: objection. |
| 42176605 | DVM | 02/19/08 | B | 00567 Meshulman, Deborah | 0.40 | 296.00 | TASK: B410 | 0.40 | 296.00 | $54,770.00 | Call with Mr. Johnson regarding document production issues and email to Ms. Mirza and Ms. Bolden regarding same. |
| 42171121 | MCS | 02/19/08 | B | 18772 Smith, Mark C. | 0.80 | 284.00 | TASK: B110 | 0.80 | 284.00 | $55,054.00 | Teleconference with M. Zusman regarding 2/15/08 e-mail regarding: 1) Motion regarding TRO and extension to Ds and Os; 2) Documents; 3) release of documents for officers acknowledgment; 4) contact at Debtor (.6); draft e-mail to T. Califano regarding same (.2). |
| 42171312 | MCS | 02/19/08 | B | 18772 Smith, Mark C. | 0.50 | 177.50 | TASK: B110 | 0.50 | 177.50 | $55,231.50 | Draft and Revise Second Rejection Motion per D. Agays comments; draft e-mail regarding same and send attaching same. |
| 42055362 | CRT | 02/19/08 | B | 30456 Thomson, Christopher R. | 2.10 | 1,123.50 | TASK: B110 | 2.10 | 1,123.50 | $56,355.00 | Speak to local counsel and counsel for Icon regarding action for a preliminary judgment; Send e-mail to counsel for individual defendants; Discussion regarding production of documents related to lawsuits against former DsOs; seek additional stay of Icon |

```
05/12/08                                          DLA PIPER                              Page 13 (13)
BILL ATTY: 11684 Califano, Thomas R.              PROFORMA AS OF 02/29/08
MATTER NUMBER: 356037-000019                                                             PROP #  (    )

42151095 RTW    02/19/08 B   0.40      82.00      0.40            82.00   $56,437.00  Communicating with Accounting regarding
         19639 Ware, Robert T.         ACT:        TASK: B160                         payment of fees.

42167822 TAB    02/20/08 B   1.50     360.00      1.50           360.00   $56,797.00  Create a list of company documents in our
         11455 Bolden, Trinette A.     ACT:        TASK: B110                         possession per D. Meshulam; Confer with S.
                                                                                      Mirza and A. Magill regarding document
                                                                                      productions.

42181805 JRJ    02/20/08 B   0.30     189.00      0.30           189.00   $56,986.00  Review document requests from D. Robotti;
         11688 Johnson, Jeremy R.      ACT:        TASK: B110                         e-mail same to D. Agay.

42070095 AHM    02/20/08 B   0.30     108.00      0.30           108.00   $57,094.00  Compile list of documents for potential
         17850 Magill, Alix            ACT:        TASK: B110                         production with S. Mirza.

42071105 SM     02/20/08 B   0.40     144.00      0.40           144.00   $57,238.00  Conference with A. Magill and T. Bolden re
         17904 Mirza, Syma             ACT:        TASK: B400                         documents collected for possible production
                                                                                      to SEC.

42171970 MCS    02/20/08 B   0.40     142.00      0.40           142.00   $57,380.00  Teleconference with M. Augustine regarding
         18772 Smith, Mark C.          ACT:        TASK: B110                         rejection motion; draft e-mail regarding
                                                                                      same.

42172388 MCS    02/20/08 B   0.40     142.00      0.40           142.00   $57,522.00  Review inPhonic Docket for proposed notice of
         18772 Smith, Mark C.          ACT:        TASK: B110                         auction and sale; forward same to V. Roldan.

42169458 TAB    02/21/08 B   0.50     120.00      0.50           120.00   $57,642.00  Update list of client documents in our
         11455 Bolden, Trinette A.     ACT:        TASK: B110                         possession.

42078950 AHM    02/21/08 B   1.10     396.00      1.10           396.00   $58,038.00  Compile list of documents for potential
         17850 Magill, Alix            ACT:        TASK: B110                         production with S. Mirza.

42178181 DVM    02/21/08 B   0.30     222.00      0.30           222.00   $58,260.00  Work on SEC document production matters and
         00567 Meshulam, Deborah       ACT:        TASK: B410                         emails with Ms. Mirza regarding same.

42079399 SM     02/21/08 B   1.40     504.00      1.40           504.00   $58,764.00  Draft list of documents collected for
         17904 Mirza, Syma             ACT:        TASK: B400                         possible production to SEC; conference with
                                                                                      A. Magill and T. Bolden re same.

42173119 MCS    02/21/08 B   0.90     319.50      0.90           319.50   $59,083.50  Teleconference with M. Augustine regarding
         18772 Smith, Mark C.          ACT:        TASK: B110                         Second Rejection Motion and Notice of
                                                                                      Assumption.

42173270 MCS    02/21/08 B   0.50     177.50      0.50           177.50   $59,261.00  Teleconference with D. Agay and M. Augustine
         18772 Smith, Mark C.          ACT:        TASK: B110                         regarding Rejection Motion and Notice of
                                                                                      Assumption.

42174525 MCS    02/21/08 B   0.80     284.00      0.80           284.00   $59,545.00  Administer filing of second Rejection Motion
         18772 Smith, Mark C.          ACT:        TASK: B110                         and Notice of Assigned Contracts.

42152013 RTW    02/21/08 B   0.30      61.50      0.30            61.50   $59,606.50  Updating accounting regarding open invoices.
```

```
05/12/08                                              DLA PIPER                                        Page 15 (15)
                                                 PROFORMA AS OF 02/29/08

BILL ATTY: 11684 Califano, Thomas R.                                                                   PROF #    (   )
MATTER NUMBER: 356037-000019
```

```
*-----------------TIME AND FEE SUMMARY----------------------*
*-------TIMEKEEPER-----------*    RATE    HOURS     %      FEES        %
Deborah Meshulam                 740.00    1.00    .7      740.00     1.2
Trinette A. Bolden               240.00    2.00   1.4      480.00      .8
Thomas R. Califano               800.00   11.80   8.5     9440.00    14.9
Jeremy R. Johnson                630.00   17.30  12.5    10899.00    17.2
William H. Coleman               280.00    2.50   1.8      700.00     1.1
Vincent J. Roldan                630.00    6.10   4.4     3843.00     6.1
Alix Magill                      360.00    1.40   1.0      504.00      .8
Syma Mirza                       360.00    1.80   1.3      648.00     1.0
Mark C. Smith                    355.00   47.40  34.2    16827.00    26.5
Meghan K. Dougherty              610.00     .90    .7      549.00      .9
Robert T. Ware                   205.00   14.90  10.8     3054.50     4.8
Ali Rod Khadem                   495.00    2.00   1.4      990.00     1.6
Steven L. Smith                  455.00    3.30   2.4     1501.50     2.4
Christopher R. Thomson           535.00   20.20  14.6    10807.00    17.1
Kristin J. Rosella               410.00    5.90   4.3     2419.00     3.8
                       TOTALS            138.50          63402.00
```

```
*----COST ENTRIES----*
 INDEX    DATE STAT  AMOUNT   DESCRIPTION                                                       CODE    TKPER   VOUCHER    BILL DATE
30778849  020408 B     8.50   Delivery Services - VENDOR: DELUXE DELIVERY                        005    11684   1306603    03/17/08
                              SYSTEMS, INC. TO DEWEY BALLANTINE
30787588  021208 B     8.50   Delivery Services - VENDOR: DELUXE DELIVERY                        005    19639   1310006    03/17/08
                              SYSTEMS, INC. TO DLA PIPER US
TOTAL FOR COST CODE: 005     17.00

30791042  021408 B   160.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11684   1310895    03/17/08
                              THOMAS CALIFANO-TRAVEL TO DC FOR MEETING WITH
                              CLIENT-1/6/08
30788309  021908 B   318.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11684   1309499    03/17/08
                              CALIFANO/THOMAS R; PREPARE FOR HEARING IN
                              WILMINGTON, DE 12/04/07
30788310  021908 B   268.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11684   1309499    03/17/08
                              CALIFANO/THOMAS R; PREPARE FOR AND CONDUCT OF
                              SALE AND OTHER HEARINGS, SETTLEMENT MEETINGS IN
                              DELAWARE 12/13/07
30788311  021908 B   212.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11684   1309499    03/17/08
                              CALIFANO/THOMAS R; TRAVEL TO DELAWARE FOR COURT
                              APPEARANCE AND MEETINGS RE: SETTLEMENT 12/11/07
30788405  021908 B   254.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11688   1309499    03/17/08
                              JOHNSON/JEREMY R; TRAVEL TO WILMINGTON, DE;
                              PREPARE FOR AND ATTEND HEARING 12/04/07-12/05/07
30788406  021908 B   212.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11688   1309499    03/17/08
                              JOHNSON/JEREMY R; PREPARE FOR AND ATTEND
                              MULTIPLE SETTLEMENT CONFERENCES AND TRAVEL TO
                              WILMINGTON, DE 12/11/07
30788407  021908 B   268.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                      010    11688   1309499    03/17/08
```