# **EXHIBIT B**

```
05/12/08                                      DLA PIPER                                   Page 15 (15)
                                       PROFORMA AS OF 02/29/08

BILL ATTY: 11684 Califano, Thomas R.                                                      PROP #
MATTER NUMBER: 356037-000019
```

*-------------TIMEKEEPER----------*  *-------TIME AND FEE SUMMARY----------------------*
```
                                      RATE      HOURS      %       FEES        %
Deborah Meshulam                    740.00       1.00     .7      740.00      1.2
Trinette A. Bolden                  240.00       2.00    1.4      480.00       .8
Thomas R. Califano                  800.00      11.80    8.5     9440.00     14.9
Jeremy R. Johnson                   630.00      17.30   12.5    10899.00     17.2
William H. Coleman                  280.00       2.50    1.8      700.00      1.1
Vincent J. Roldan                   630.00       6.10    4.4     3843.00      6.1
Alix Magill                         360.00       1.40    1.0      504.00       .8
Syma Mirza                          360.00       1.80    1.3      648.00      1.0
Mark C. Smith                       355.00      47.40   34.2    16827.00     26.5
Meghan K. Dougherty                 610.00        .90     .7      549.00       .9
Robert T. Ware                      205.00      14.90   10.8     3054.50      4.8
Ali Rod Khadem                      495.00       2.00    1.4      990.00      1.6
Steven L. Smith                     455.00       3.30    2.4     1501.50      2.4
Christopher R. Thomson              535.00      20.20   14.6    10807.00     17.1
Kristin J. Rosella                  410.00       5.90    4.3     2419.00      3.8
                         TOTALS                138.50           63402.00
```

*-----COST ENTRIES-----*
```
INDEX     DATE   STAT   AMOUNT   DESCRIPTION                                                                CODE   TKPER   VOUCHER    BILL DATE
30778849  020408  B       8.50   Delivery Services - VENDOR: DELUXE DELIVERY                                 005   11684   1306603    03/17/08
                                 SYSTEMS, INC. TO DEWEY BALLANTINE
30787588  021208  B       8.50   Delivery Services - VENDOR: DELUXE DELIVERY                                 005   19639   1310006    03/17/08
                                 SYSTEMS, INC. TO DLA PIPER US
TOTAL FOR COST CODE: 005         17.00

30791042  021408  B     160.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                               010   11684   1310895    03/17/08
                                 THOMAS CALIFANO-TRAVEL TO DC FOR MEETING WITH
                                 CLIENT-1/6/08
30788309  021908  B     318.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                               010   11684   1309499    03/17/08
                                 CALIFANO/THOMAS R; PREPARE FOR HEARING IN
                                 WILMINGTON, DE 12/04/07
30788310  021908  B     268.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                               010   11684   1309499    03/17/08
                                 CALIFANO/THOMAS R; PREPARE FOR AND CONDUCT OF
                                 SALE AND OTHER HEARINGS, SETTLEMENT MEETINGS IN
                                 DELAWARE 12/13/07
30788311  021908  B     212.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                               010   11684   1309499    03/17/08
                                 CALIFANO/THOMAS R; TRAVEL TO DELAWARE FOR COURT
                                 APPEARANCE AND MEETINGS RE: SETTLEMENT 12/11/07
30788405  021908  B     254.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                               010   11688   1309499    03/17/08
                                 JOHNSON/JEREMY R; TRAVEL TO WILMINGTON, DE;
                                 PREPARE FOR AND ATTEND HEARING 12/04/07-12/05/07
30788406  021908  B     212.00   Out-of-Town Travel - VENDOR: AMERICAN EXPRESS                               010   11688   1309499    03/17/08
                                 JOHNSON/JEREMY R; PREPARE FOR AND ATTEND
                                 MULTIPLE SETTLEMENT CONFERENCES AND ATTEND
                                 HEARING REGARDING THE SAME; TRAVEL TO
                                 WILMINGTON, DE 12/11/07
30788407  021908  B     268.00   Out of Town Travel - VENDOR: AMERICAN EXPRESS                               010   11688   1309499    03/17/08
```

05/12/08                                       DLA PIPER                                       Page 17 (17)
                                        PROFORMA AS OF 02/29/08

BILL ATTY: 11684 Califano, Thomas R.
MATTER NUMBER: 356037-000019                                                                   PROP #    (    )

TOTAL FOR COST CODE: 302          131.25

30779484  020608  B   44.50   Court Costs - VENDOR: BUSINESS CARD                    306   11833   1307404   03/17/08
                              -COURTCALL-U.S. BANKRUPTCY COURT-DELAWARE RE:
                              INPHONIC, INC. 11/26/07
30779485  020608  B   38.00   Court Costs - VENDOR: BUSINESS CARD                    306   11833   1307404   03/17/08
                              -COURTCALL-U.S. BANKRUPTCY COURT-DELAWARE RE:
                              INPHONIC, INC. 11/26/07
30779486  020608  B   25.00   Court Costs - VENDOR: BUSINESS CARD                    306   11833   1307404   03/17/08
                              -COURTCALL-U.S. BANKRUPTCY COURT-DELAWARE RE:
                              INPHONIC, INC. 11/27/07
30779487  020608  B   25.00   Court Costs - VENDOR: BUSINESS CARD                    306   11833   1307404   03/17/08
                              -COURTCALL-U.S. BANKRUPTCY COURT-DELAWARE RE:
                              INPHONIC, INC. 11/27/07

TOTAL FOR COST CODE: 306          132.50

COST TOTAL            3283.44
                     --------

*---------COST CODE SUMMARY--------------------------------*
*---------COST CODE---------------------------------       AMOUNT
005    Delivery Services                                    17.00
010    Out-of-Town Travel                                 2510.00
028    Local Travel                                        338.46
031    Meals                                               154.23
302    Mileage Allowance/Parking                           131.25
306    Court Costs                                         132.50

COST TOTAL                                                3283.44