# EXHIBIT C

| Bankruptcy Task Codes |
| --- |
| **Administration** |
| B110 Case Administration |
| B120 Asset Analysis and Recovery |
| B130 Asset Dispostion |
| B140 Relief from Stay/Adequate Protection Proceedings |
| B150 Meetings of and Communications w/ Creditors |
| B160 Fee/Employment Applications |
| B170 Fee/Employment Objections |
| B180 Avoidance Action Analysis |
| B190 Other Contested Matters |
| B195 Non-Working Travel |
| **Operations** |
| B210 Business Operations |
| B220 Employee Benefits/Pensions |
| B230 Financing/Cash Collections |
| B240 Tax Issues |
| B250 Real Estate |
| B260 Board of Directors Matters |
| **Claims and Plan** |
| B310 Claims Administration and Objections |
| B320 Plan and Disclosure Statement(including Business Plan) |
| **Bankruptcy-Related Advice** |
| B410 General Bankruptcy Advice/Opinions |
| B420 Restructurings |
| **Fact Gathering/Due Diligence** |
| P210 Corporate Review |

| InPhonics, Inc re General Bankruptcy (356037-19) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time broken down by task code from 02/01/08 - 02/29/08 | | | | | | | |
| Task Codes | Timekeepers | Tmkpr ID # | Work Hours | | Work Amount | Bill Hours | | Bill Amount |
| B110 | Trinette A. Bolden | 11455 | 2.00 | $ | 480.00 | 2.00 | $ | 480.00 |
| B110 | Thomas R. Califano | 11684 | 11.80 | $ | 9,440.00 | 11.80 | $ | 9,440.00 |
| B110 | Jeremy R. Johnson | 11688 | 11.40 | $ | 7,182.00 | 11.40 | $ | 7,182.00 |
| B110 | Vincent J. Roldan | 12095 | 6.10 | $ | 3,843.00 | 6.10 | $ | 3,843.00 |
| B110 | Alix Magill | 17850 | 1.40 | $ | 504.00 | 1.40 | $ | 504.00 |
| B110 | Mark C. Smith | 18772 | 27.60 | $ | 9,798.00 | 27.60 | $ | 9,798.00 |
| B110 | Meghan K. Dougherty | 18811 | 0.90 | $ | 549.00 | 0.90 | $ | 549.00 |
| B110 | Robert T. Ware | 19639 | 4.70 | $ | 963.50 | 4.70 | $ | 963.50 |
| B110 | Christopher R. Thomson | 30456 | 20.20 | $ | 10,807.00 | 20.20 | $ | 10,807.00 |
| B110 | Kristin J. Rosella | 30487 | 5.90 | $ | 2,419.00 | 5.90 | $ | 2,419.00 |
| Subtotal B110 | | | 92.00 | $ | 45,985.50 | 92.00 | $ | 45,985.50 |
| | | | | | | | | |
| B130 | Jeremy R. Johnson | 11688 | 0.20 | $ | 126.00 | 0.20 | $ | 126.00 |
| Subtotal B130 | | | 0.20 | $ | 126.00 | 0.20 | $ | 126.00 |
| | | | | | | | | |
| B140 | William H. Coleman | 11738 | 1.00 | $ | 280.00 | 1.00 | $ | 280.00 |
| Subtotal B140 | | | 1.00 | $ | 280.00 | 1.00 | $ | 280.00 |
| | | | | | | | | |
| B160 | Robert T. Ware | 19639 | 10.20 | $ | 2,091.00 | 10.20 | $ | 2,091.00 |
| Subtotal B160 | | | 10.20 | $ | 2,091.00 | 10.20 | $ | 2,091.00 |
| | | | | | | | | |
| B170 | Jeremy R. Johnson | 11688 | 3.10 | $ | 1,953.00 | 3.10 | $ | 1,953.00 |
| Subtotal B170 | | | 3.10 | $ | 1,953.00 | 3.10 | $ | 1,953.00 |
| | | | | | | | | |
| B185 | Jeremy R. Johnson | 11688 | 1.00 | $ | 630.00 | 1.00 | $ | 630.00 |
| B185 | William H. Coleman | 11738 | 1.50 | $ | 420.00 | 1.50 | $ | 420.00 |
| B185 | Mark C. Smith | 18772 | 9.20 | $ | 3,266.00 | 9.20 | $ | 3,266.00 |
| Subtotal B185 | | | 11.70 | $ | 4,316.00 | 11.70 | $ | 4,316.00 |
| | | | | | | | | |
| B190 | Jeremy R. Johnson | 11688 | 0.90 | $ | 567.00 | 0.90 | $ | 567.00 |
| Subtotal B190 | | | 0.90 | $ | 567.00 | 0.90 | $ | 567.00 |
| | | | | | | | | |
| B260 | Jeremy R. Johnson | 11688 | 0.70 | $ | 441.00 | 0.70 | $ | 441.00 |
| Subtotal B260 | | | 0.70 | $ | 441.00 | 0.70 | $ | 441.00 |
| | | | | | | | | |
| B310 | Mark C. Smith | 18772 | 4.10 | $ | 1,455.50 | 4.10 | $ | 1,455.50 |
| Subtotal B310 | | | 4.10 | $ | 1,455.50 | 4.10 | $ | 1,455.50 |
| | | | | | | | | |
| B320 | Mark C. Smith | 18772 | 6.50 | $ | 2,307.50 | 6.50 | $ | 2,307.50 |
| Subtotal B320 | | | 6.50 | $ | 2,307.50 | 6.50 | $ | 2,307.50 |
| | | | | | | | | |
| B400 | Syma Mirza | 17904 | 1.80 | $ | 648.00 | 1.80 | $ | 648.00 |
| Subtotal B400 | | | 1.80 | $ | 648.00 | 1.80 | $ | 648.00 |
| | | | | | | | | |
| B410 | Deborah Meshulam | 567 | 1.00 | $ | 740.00 | 1.00 | $ | 740.00 |
| B410 | Ali Rod Khadem | 30113 | 2.00 | $ | 990.00 | 2.00 | $ | 990.00 |
| Subtotal B410 | | | 3.00 | $ | 1,730.00 | 3.00 | $ | 1,730.00 |
| | | | | | | | | |
| P210 | Steven L. Smith | 30407 | 3.30 | $ | 1,501.50 | 3.30 | $ | 1,501.50 |
| Subtotal P210 | | | 3.30 | $ | 1,501.50 | 3.30 | $ | 1,501.50 |
| | | | | | | | | |
| TOTAL | | | 138.50 | $ | 63,402.00 | 138.50 | $ | 63,402.00 |

| InPhonics, Inc re General Bankruptcy (356037-19) | | | |
|---|---|---|---|
| Expenses broken down by category from 02/01/08 02/29/08 | | | |
| CostCode | Description | Worked Amount | Billed Amount |
| 5 | Delivery Services | $ 17.00 | $ 17.00 |
| 10 | Out-of-Town Travel | $ 2,510.00 | $ 2,510.00 |
| 28 | Local Travel | $ 338.46 | $ 338.46 |
| 31 | Meals | $ 154.23 | $ 154.23 |
| 302 | Mileage Allowance/Parking | $ 131.25 | $ 131.25 |
| 306 | Court Costs | $ 132.50 | $ 132.50 |
| TOTAL | | $ 3,283.44 | $ 3,283.44 |