## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of May, 2008, I caused a copy of the **Fourth Monthly Fee Statement of DLA Piper US LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 1, 2008 Through February 29, 2008** to be served upon the Notice Parties listed on the attached service list *via* first class mail.

Mary E. Augustine (No. 4477)

# SN Liquidation, Inc.

# Service List

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York    NY    10020-1104
*Debtor*

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington    DE    19801

Anup Sathy, Esquire
David A. Agay, Esquire
John A. Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago    IL    60601
*Adeptio INPC Funding LLC*

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington    DE    19801
*Adeptio INPC Funding LLC*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington    DE    19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh    PA    15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia    PA    19103-7301
*Counsel to the Credtiors Committee*

Kenneth D. Schwarz, Esquire
InPhonic, Inc.
1010 Wisconsin Avenue
Suite 600
Washington    DC    20007
*Debtor*