**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.¹,** | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket
No. 543

NOTICE OF MOTION [Re: Motion Pursuant to Sections 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing—Docket No. 542]

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2. I caused the above referenced document to be served on the parties as described below. Service commenced on May 19, 2008 and concluded on May 20, 2008.

Exhibit A    Affected Parties Service List regarding Docket No. 543
            [Re: the Creditor Matrix excluding the Customer Rebate Parties]

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows (a) InPhonic, Inc. a Delaware corporation, Fed Tax ID No 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 6257, (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No. 3695, (d) SimIPC Acquisition Corp., a Delaware corporation, Fed Tax Id. No. 4924, (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Id No. 5549, (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No 1426, (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed Tax Id No. 5391.

3.      All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 2 2 2008
El Segundo, California

James H. Myers

State of California        )
                          )
County of Los Angeles     )

On May 22, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP NOV 13, 2008

# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
Total number of parties: 7271

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28982 | #1 DISH NETWORK, RODNEY WILLIAMS, 1759 CULLEOKA HWY, CULLEOKA, TN, 38451 | US Mail (1st Class) |
| 28982 | #1 QUALITY SERVICES, TERRAH TULLIE, 902 SUTTON DRIVE, KILLEEN, TX, 76541 | US Mail (1st Class) |
| 28982 | #1 SERVICE PROVIDER0, SYDNEY GANNON, 9261 KNOX CT, WESTMINSTER, CO, 80031 | US Mail (1st Class) |
| 28982 | $MOOTH INC, JOEL GOMEZ, 142 PINE ST FL 2, HOLYOKE, MA, 01040 | US Mail (1st Class) |
| 28982 | ( DISH NETWORK ), RANDY BRYANT, 24595 MEADOW LN, PORTER, TX, 77365 | US Mail (1st Class) |
| 28982 | (KALLID LATIFAN), KALLID LATIFAN, 114-27 123 STREET, SO OZONE PK QUEENS NYC, NY, 11420 | US Mail (1st Class) |
| 28982 | (SCITEMS4SALE), PATRICK HARLEY, PO BOX 3313, LEXINGTON, SC, 29171 | US Mail (1st Class) |
| 28982 | [PROMARKETING], BILL TILLMAN, 236 COMMANE RD WEST, BALDWINSVILLE, NY, 13027 | US Mail (1st Class) |
| 28982 | ~~~~MAKE $110 PER SALE !, JAMES NIMOCK, 1-1B PECK AVE , RYE, NY, 10580 | US Mail (1st Class) |
| 28982 | 1 VOICE WORLDWIDE, SUITE 200, 1770 INDIAN TRAIL ROAD, NORCROSS, GA, 30093 | US Mail (1st Class) |
| 28982 | 1 VOICE WORLDWIDE, 1770 INDIAN TRAIL RD, SUITE 200, NORCROSS, GA, 30093 | US Mail (1st Class) |
| 28982 | 1 72E+11, DAMARIS ESTRADA, 1/19 WLC KEE, HOUSTON, TX, 77009 | US Mail (1st Class) |
| 28982 | 100CREDITCARDOFFERS, MICHAEL LARGE, PO BOX 942, CLINTWOOD, VA, 24228 | US Mail (1st Class) |
| 28982 | 1010 INTERACTIVE, LLC, SUITE 600, 1010 WISCONSIN AVENUE NW, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 28982 | 12 INTERACTIVE LLC, 3501 N SOUTHPORT AVE, STE 144, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 28982 | 12 INTERACTIVE LLC, 3501 N SOUTHPORT AVENUE, SUITE 144, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 28982 | 12 INTERACTIVE LLC, SUITE 144, 3501 N SOUTHPORT AVENUE, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 28982 | 12 INTERACTIVE LLC, 3501 N SOUTHPORT AVE, SUITE 144, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 28982 | 123 TALKFREE, ADDRESS UNAVAILABLE, | US Mail (1st Class) |
| 28982 | 123456, GUS TROPEA, 15 TINTON CRES, ETOBICOKE, ON, M9V 2H9 CANADA | US Mail (1st Class) |
| 28982 | 123GREETINGSCOM INC, 1674 BROADWAY, SUITE 403, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 28982 | 12INTERACTIVE, CHRISTOPHER HILL, CEO, 3501 N SOUTHPORT AVENUE, SUITE 144, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 28982 | 15, RE OMERCASH@GMAIL COM, OMER K, FDSFDS 9/8, ASHKELON, 54984 ISRAEL | US Mail (1st Class) |
| 28982 | 1-800 COMMUNICATIONS, 550 W OLD COUNTRY RD, SUITE 408, HICKSVILLE, NY, 11801 | US Mail (1st Class) |
| 28982 | 1-800 MOBILES COM, FEDERICO MOSCA PRESIDENT, 264 WEST 40TH ST, 14TH FL, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28982 | 1-800 MOBILES INC, FEDERICO MOSCA PRESIDENT, 264 W 40TH ST, 14TH FL, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28982 | 1-800 MOBILES, INC , FEDERICO MOSCA, PRESIDENT, 264 W 40TH STREET, 14TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28982 | 1-800MOBILES COM, 14TH FLOOR, 264 WEST 40TH STREET, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28982 | 1-800MOBILES COM, 264 W 40TH ST, 14TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28982 | 1DISHTV COM, JON BULLMAN, 2143 LARCHWOOD LN, BILLINGS, MT, 59106 | US Mail (1st Class) |
| 28982 | 1ST CHOICE US COMMUNICATIONS INC, 1000A CHUKKER RD, DELRAY BEACH, FL, 33483 | US Mail (1st Class) |
| 28982 | 20 / VICTOR ECHEVERRIA, REPTO MONTE MARIA 2 POL T #31, SAN SALVADOR, 11503 EL SALVADOR | US Mail (1st Class) |
| 28982 | 21312, EDYY322 RD, EDYY3222@YAHOO COM, BG, AK, 20081 | US Mail (1st Class) |
| 28982 | 21ST CENTURY MARKETING, 1750 NEW HIGHWAY, FARMINGDALE, NY, 11735 | US Mail (1st Class) |
| 28982 | 235378, AHMAD MOHMAD, 10 EL TAHRIR STREET, CAIRO, EGYPT | US Mail (1st Class) |
| 28982 | 24 SECURE, WILLIAM CARPENTER, PO BOX 306, SMARR, GA, 31086 | US Mail (1st Class) |
| 28982 | 24/7 REAL MEDIA USA, 132 W 31ST ST, 9TH FLOOR, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 28982 | 247 MALLS, DORFSTRASSE 33, UNTERSIEBENBRUNN, UNTERSIEBENBRUNN, A-2284 AUSTRIA | US Mail (1st Class) |
| 28982 | 26062606, VICTOR PABLO MARTINEZ, 6600 HILCROFT # F 3091, HOUSTON, TX, 77081 | US Mail (1st Class) |
| 28982 | 2WAY GADGETS COM, PO BOX 691422, TULSA, OK, 74169 | US Mail (1st Class) |
| 28982 | 3 TECH, 3003 ARAPAHOE SL STE 209, ATTN ANGELA COLE, DENVER, CO, 80205 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28982 | 302 MEDIA (MILESOURCE), 302 5TH AVE, SUITE 800, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 28982 | 32 CHANNELS OF HD III, PATRICIA FINNEFROCK, 12202 FAIR OAKS #10, FAIR OAKS, CA, 95628 | US Mail (1st Class) |
| 28982 | 357NETWORKS, ALONZO M CARR, 3414 W 83RD ST, WOODRIDGE, IL, 60517 | US Mail (1st Class) |
| 28982 | 360 MEDIA PLANNERS, ATTN  ACCTS RECEIVABLE, 7700 CONGRESS AVE SUITE 3104, BOCA RATON, FL, 33487 | US Mail (1st Class) |
| 28982 | 360 WIRELESS COM, 620 US RT 26, BORDENTOWN, NJ, 08505 | US Mail (1st Class) |
| 28982 | 360WIRELESS COM, 107 MANLOVE AVE, BLDG B SUITE J, HIGHTSTOWN, NJ, 08520 | US Mail (1st Class) |
| 28982 | 3GUPLOAD COM, 3GUPLOADCOM, 3020 NORTH POST RD, INDIANAPOLIS, IN, 46226 | US Mail (1st Class) |
| 28982 | 3-STEP-PLAN COM, JOHN AND MELISSA LUTHER, 101 EDGEWATER CT, HENDERSONVILLE, TN, 37075 | US Mail (1st Class) |
| 28982 | 3XROI, PMB 32 2485 NOTRE DAME BLVD, SUITE 370, CHICO, CA, 95928 | US Mail (1st Class) |
| 28982 | 411 WEB DIRECTORY INC, 10559 JEFFERSON BLVD, SUITE C, CULVER CITY, CA, 90232 | US Mail (1st Class) |
| 28982 | 4977017, IRMA SERRANO, 6005 ALLENDALE RD # 49, HOUSTON, TX, 77017 | US Mail (1st Class) |
| 28982 | 50505050, CARMEN LINE / CARMEN LINEZ, 1434 WROTHAM LN, CHANNELVIEW, TX, 77530 | US Mail (1st Class) |
| 28982 | 54527, JEVGENIJUS KOIN, 3816 WATSEKA AVE #4, CULVER CITY, CA, 90232 | US Mail (1st Class) |
| 28982 | 55555, RE  E-GOLD, ESLAM ELSHAMY, RASHID, RASHID, TX, 22745 EGYPT | US Mail (1st Class) |
| 28982 | 5LINX ENTERPRISES, CRAIG JERABECK, PRESIDENT/CEO, 50 METHODIST HILL DRIVE, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 28982 | 5LINX ENTERPRISES INC, 275 KENETH DR, STE 100, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 28982 | 5LINX ENTERPRISES INC, 50 METHODIST HILL DR, SUITE 1500, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 28982 | 5LINX ENTERPRISES, INC , SUITE 1500, 50 METHODIST HILL DRIVE, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 28982 | 5LINX ENTERPRISES, INC , SUITE 1500, 50 METHODIST HILL DR, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 28982 | 6516165, RE  E-GOLD, NICKLES CAROL, 186 B 85 5T, MANHATTAN, NY, 10028 | US Mail (1st Class) |
| 28982 | 66385, JAMES WRIGHT, 2001 LIBERTY BLVD #103, CORTLAND, OH, 44410 | US Mail (1st Class) |
| 28982 | 8190737, ABDUL HAMID, H# 1 JAMIA FATHIA ZAILDAR ROAD ICHHRA, LAHORE, 54400 PAKISTAN | US Mail (1st Class) |
| 28982 | A 20, MICHAEL HADLEY, 4797 SOUTH 2350 WEST, ROY, UT, 84067 | US Mail (1st Class) |
| 28982 | A DISH NETWORK AFFILIATE, URIEL CARNEGIE, 3531 BLANCHE, CLEVELAND HTS, OH, 44118 | US Mail (1st Class) |
| 28982 | A DISH NETWORK AUTHORIZED DEALER!, EBONI MARMOLEJOS, 11823 S 45TH ST, PHOENIX, AZ, 85044 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, SHANNON BROCK, 473 COLORADO AVE, PONTIAC, MI, 48341 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, MONICA WHITE, 656 JOSEPHINE ST , DENVER, CO, 80206 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, JOHN LONGFELLOW, 1039 N LOGAN ST, OLATHE, KS, 66061 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, ANTHONY MARCOALDI, 570 E PIKE ROAD, INDIANA, PA, 15701 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, ANTHONY MARCOALDI, 570 EAST PIKE RD, INDIANA, PA, 15701 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, KIMBERLY GRIMMETTE, 910 VILLA WAY, FERNLEY, NV, 89408 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, DEBORAH BARBER, 2314 LAKE ST, LAWTEY, FL, 32058 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, LUCY WEI, 30 SANDERSON ROAD, LEXINGTON, MA, 02420 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, ZACHRY SUM, 2521 FAIRGLEN PL, CORONA, CA, 92881 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, ELIZABETH STEWART, 2016 ORCHID BLOOM DRIVE, INDIANAPOLIS, IN, 46231 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, LUPE PINEDO, 276 S BENSON AVE  #67, UPLAND, CA, 91786 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER, ZACHRY SUM, 2521 FAIRGLEN PI, CORONA, CA, 92881 | US Mail (1st Class) |
| 28982 | A DISH NETWORK RETAILER , DUKE CARPENTER, 814 ROSSWELL AVE, STEUBENVILLE, OH, 43952 | US Mail (1st Class) |
| 28982 | A M A E Z MARKETING AND SALES, WILLIAM SAUNDERS, 124 GRAND RAPIDS ST, MIDDLEVILLE, MI, 49333-9416 | US Mail (1st Class) |
| 28982 | A MARINE WIFE!, JESSICA WOOD, 1740 EAGLES NES WAY #323, OCEANSIDE, CA, 92058 | US Mail (1st Class) |
| 28982 | A R S SATELLITE RETAIL, ANGELA SWIFT, 201 A YANCEY CIRCLE, TUSKEGEE, AL, 36083 | US Mail (1st Class) |
| 28982 | A SOUTH BOSTON DISH NETWORK RETAILER , JEAN PIERRE CECILIO, 7 PETERS ST, SOUTH BOSTON, MA, 02127 | US Mail (1st Class) |
| 28982 | A STARVING STUDENT, STEPHEN BOWERS, 801 NW 27TH STREET #2, CORVALLIS, OR, 97330 | US Mail (1st Class) |
| 28982 | A VANCE SOLUTION, LOIS X BRUNDAGE VANCE, 4325 THRESHOLD COURT, NORTH LAS VEGAS, NV, 89032 | US Mail (1st Class) |

SN Liquidation, Inc , et al  f/k/a InPhonic, Inc

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28982 | A VMC SATELLITE AFFILIATE, TAMMY KINNEY, PO BOX 680182, PRATTVILLE, AL, 36068 | US Mail (1st Class) |
| 28982 | A&B ASSOCIATES, ALLEN OLSEN, 4671 PIERSON DR, OOLTEWAH, TN, 37363-8881 | US Mail (1st Class) |
| 28982 | A&D MARKETING, DAVID GREEN, 698 OLD CAMDEN RD, BISHOPVILLE, SC, 29010 | US Mail (1st Class) |
| 28982 | A1 DISH SYSTEMS, DAVID DEVORE, 35 MILBURN ROAD APT #2, GOSHEN,, NY, 10924 | US Mail (1st Class) |
| 28982 | A2ZCELLS COM, SOBY JOSEPH, 3102 GREEN GATE WAY, CONYERS, GA, 30013 | US Mail (1st Class) |
| 28982 | AA SOUTHERN ELECTRIC, JOE FUNK / JOE R FUNK JR, 128 RIDGEWAY, RED OAK, TX, 75154 | US Mail (1st Class) |
| 28982 | AAA OHIO MOTORISTS ASSOCIATION, LORI GATTO, 5700 BRECKSVILLE RD, INDEPENDENCE, OH, 44131 | US Mail (1st Class) |
| 28982 | AAAVIRTUAL, PO BOX 4744, CHERRY HILL, NJ, 08034 | US Mail (1st Class) |
| 28982 | AACOM, 5550 EXECUTIVE BLVD, AMERICAN ASSC COLLEGES OF MED, CHEVY CHASE, MD, 20815 | US Mail (1st Class) |
| 28982 | AACOM, AMERICAN ASSC COLLEGES OF MED, 5550 EXECUTIVE BLVD STE 310, CHEVY CHASE, MD, 20815 | US Mail (1st Class) |
| 28982 | AARON HITE, 2210 SUMNER GREEN AVE, APT  S, CHARLOTTE, NC, 28203 | US Mail (1st Class) |
| 28982 | AARON RENTS INC, 309 E PACES FERRY RD NE, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 28982 | AARON RENTS, INC , 14088-F SULLYFIELD CIRCLE, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 28982 | AARON RENTS, INC , 309 E PACES FERRY ROAD NE, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 28982 | AARP SERVICES INC, PO BOX 6503, CAROL STREAM, IL, 60197-6503 | US Mail (1st Class) |
| 28982 | ABACUS DIRECT CORPORATION, PO BOX 7247-7674, PHILADELPHIA, PA, 19170-7674 | US Mail (1st Class) |
| 28982 | ABAD PEREZ, RE  PRIVE PACBELL, SUNG LEE, 702 PARK AVE , #302, SOUTH PASADENA, CA, 91030 | US Mail (1st Class) |
| 28982 | ABAO, ABUNDIO, 1145 EUCLID AVE, BEAUMONT, CA, 92223 | US Mail (1st Class) |
| 28982 | ABC INTERNET MEDIA D O O, COMMERZBANK AG, FRANKFURT,  GERMANY | US Mail (1st Class) |
| 28982 | ABCFAMILYENTERPRISES, AMANDA CUSSON, PO BOX 6, CINEBAR, WA, 98533 | US Mail (1st Class) |
| 28982 | ABDI, DEQA, 5421 RICHENBACHER, AVENUE, ALEXANDRIA, VA, 22304 | US Mail (1st Class) |
| 28982 | ABDS COUPONS, TOBY HOLLES, PO BOX 1531, SPINGFIELD, VA, 22151 | US Mail (1st Class) |
| 28982 | ABDS COUPONS, RE  ABDS-CAPTIAL COUPONS, TOBY HOLIES, PO BOX 1531, SPINGFIELD, VA, 22151 | US Mail (1st Class) |
| 28982 | ABERNATHY, TOBIAS S, 148 19TH ST, HICKAM AIR FORCE BASE, HONOLULU, HI, 96818 | US Mail (1st Class) |
| 28982 | ABES ELECTRONIC CENTER, 1957 CONEY ISLAND AVE, NEW YORK, NY, 12233 | US Mail (1st Class) |
| 28982 | ABLEMAN, SCOTT, 1524 HARDWOOD LN, MCLEAN, VA, 22101 | US Mail (1st Class) |
| 28982 | ABOTULA, SANDEEP, 150A BRYANT LANE, APT A, NEW BEDFORD, MA, 02740 | US Mail (1st Class) |
| 28982 | ABOUT COM, ATTN  MIRA SHENTOU, 1440 BROADWAY 19TH FL, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 28982 | ABRAZOCOM INC, ATTN  ROBERT SMITH, 5002 NEW CASTLE LANE, SAN ANTONIO, TX, 78249 | US Mail (1st Class) |
| 28982 | ABSOLUTE SATELLITE SERVICES, TIFFANY GOODMAN, 1413 ELK WAY, BEAR, DE, 19701 | US Mail (1st Class) |
| 28982 | ABT ELECTRONICS, ABT ELECTRONICS, 1200 MILWAUKEE AVE, GLENVIEW, IL, 60026 | US Mail (1st Class) |
| 28982 | ACCENT - LIBERTY, 2560 MADISON AVENUE, BALTIMORE, MD, 21217 | US Mail (1st Class) |
| 28982 | ACCESSORIES HUT, 20-33 38TH ST, ASTORIA, NY, 11105-1631 | US Mail (1st Class) |
| 28982 | ACCESSORIESUSA, 139 22ND AVE E, SEATTLE, WA, 98112 | US Mail (1st Class) |
| 28982 | ACCIUS ENTERPRISE, EMMANUEL ACCIUS, 4510 NW 36 STREET APT 305, LAUDERDALE LAKES, FL, 33319 | US Mail (1st Class) |
| 28982 | ACCURINT, PO BOX 7247-6157, ACCOUNTS RECEIVABLE, PHILADELPHIA, PA, 19170-6157 | US Mail (1st Class) |
| 28982 | ACE, ERIC MOORE / CHERYL MOORE, 3004 WINDSOR MEADOW LANE, MATTHEWS, NC, 28105 | US Mail (1st Class) |
| 28982 | ACEVEDO, JOSE, 741 GORNIK DR, PERTH AMBOY, NJ, 08861 | US Mail (1st Class) |
| 28982 | ACEVEDO, MABEL, 741 GORNIK DR, PERTH AMBOY, NJ, 08861 | US Mail (1st Class) |
| 28982 | ACN COMMUNICATION SERVICES INC, 32991 HAMILTON COURT, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 28982 | ACN COMMUNICATIONS SERVICES, INC , ROBERT STUVANOSKI, CHAIRMAN, CO-FOUNDER, 32991 HAMILTON COURT, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 28982 | ACN COMMUNICATIONS SERVICES, INC , ROBERT STUVANOWKSI, CHAIRMAN, 32991 HAMILTON COURT, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 28982 | ACN COMMUNICATIONS SERVICES, INC , 32991 HAMILTON COURT, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 28982 | ACORN STORAGE, GEORGE THEIR, 337 NE PINEISLAND RD, CAPE CORAL, FL, 33909-2555 | US Mail (1st Class) |
| 28982 | ACSYS, INC , PO BOX 631267, BALTIMORE, MD, 21263-1267 | US Mail (1st Class) |

SN Liquidation, Inc , et al  f/k/a InPhonic, Inc