## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| SN Liquidation, Inc., et al.[1], ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF SERVICE RE:

Docket  ORDER (FIFTH) (I) AUTHORIZING THE ASSUMPTION AND
No. 544  ASSIGNMENT OF CERTAIN HELD CONTRACTS, AND
(II) DEEMING THOSE HELD CONTRACTS TO BE "DESIGNATED
CONTRACTS" FOR ALL PURPOSES UNDER THE DECEMBER
13, 2007 SALE ORDER AND RELATED ASSET PURCHASE
AGREEMENT [Re: Docket No. 523]

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2. On May 20, 2008, I caused the above referenced document to be served on the parties as described below:

Exhibit A    Affected Parties Service List regarding Docket No. 544

---

[1] The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows (a) InPhonic, Inc. a Delaware corporation, Fed. Tax ID. No. 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed. Tax Id. No 3695; (d) SimIPC Acquisition Corp., a Delaware corporation, Fed. Tax Id. No. 4924, (e) SN Liquidation, Inc. f/k/a Star Number, Inc., a Delaware corporation, Fed. Tax Id. No. 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426; (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id. No. 2807; and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No 5391.

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 22, 2008
El Segundo, California

*James H. Myers*

State of California      )
                         )
County of Los Angeles    )

On May 22, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Yvette Knopp*

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP Nov 13, 2008

# EXHIBIT A

## for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 17

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28985 | ATTN MGR CONTRACT ADMINISTRATION, HAWAIIAN TELCOM, PO BOX 2200, MAILCODE A6, HONOLULU, HI, 96841 | US Mail (1st Class) |
| 28985 | C/O BANK OF AMERICA, NEUSTAR, INC ( ULTRA SERVICES ), PO BOX 277833, ATLANTA, GA, 30353-7833 | US Mail (1st Class) |
| 28985 | C/O GENERAL COUNSEL, HAWAIIAN TELCOM, 1177 BISHOP ST, HONOLULU, HI, 96813 | US Mail (1st Class) |
| 28985 | C/O GENERAL COUNSEL CARLYLE GROUP, HAWAIIAN TELCOM MERGER SUB INC, 1001 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20004 | US Mail (1st Class) |
| 28985 | EPLUS GROUP INC , PO BOX 8500-5270, PHILADELPHIA, PA, 19178 | US Mail (1st Class) |
| 28985 | FORTUNE HIGH TECH MARKETING, 800 POPPLEWELL LANE, DANVILLE, KY, 40422 | US Mail (1st Class) |
| 28985 | MCI/VERIZON, PO BOX 371355, PITTSBURGH, PA, 15250 | US Mail (1st Class) |
| 28985 | MICROSOFT LICENSING, GP, DEPT 842467, 1401 ELM ST, 5TH FLOOR, DALLAS, TX, 75202 | US Mail (1st Class) |
| 28985 | NCOA, 21000 BOCA RIO RD, STE A-12, BOCA RATON, FL, 33433 | US Mail (1st Class) |
| 28985 | NETNAMES USA, 13TH FLOOR, 55 BROAD STREET, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 28985 | NUMARA SOFTWARE, INC , P O BOX 933754, ATLANTA, GA, 31193-3754 | US Mail (1st Class) |
| 28985 | OCE FINANCIAL SERVICES, INC , 13824 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 28985 | QLIK TECH INC, SUITE 107, 5400 TRINITY RD, RALEIGH, NC, 27607 | US Mail (1st Class) |
| 28985 | QWEST- ( LIBERTY ), 5101 INTERCHANGE WAY, LOUISVILLE, KY, 40229 | US Mail (1st Class) |
| 28985 | RANDALL VAN DYKE & ASSOCIATES INC, 5670 GREENWOOD PLAZA BLVD, SUITE #200, GREENWOOD VILLAGE, CO, 80111 | US Mail (1st Class) |
| 28985 | REGINA STANGO KELBON, ESQ , (RE VERIZON), CELLCO PARTNERSHIP - VERIZON WIRELESS, BLANK ROME, LLP, ONE LOGAN SQUARE - 130 N 18TH STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 28985 | VERIZON, PO BOX 920041, DALLAS, TX, 75392-0041 | US Mail (1st Class) |

Subtotal for this group: 17