## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) |
| | )   **Chapter 11** |
| **SN Liquidation, Inc., et al.¹,** | )   **Case No. 07-11666-KG** |
| | )   **(Jointly Administered)** |
| **Debtors.** | ) |
| | ) |

### AFFIDAVIT OF SERVICE RE:

Docket      ORDER APPROVING THE SIXTH MOTION FOR AN ORDER
No. 549      AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED
LEASES AND EXECUTORY CONTRACTS PURSUANT TO
SECTION 365(a) OF THE BANKRUPTCY CODE
[Re: Docket No. 524]

I, Katya M. Belas, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2.      On May 21, 2008, I caused the above referenced document to be served on the parties as described below:

///

---

1 The Debtors and the last for digits of each of the Debtors' federal tax identification numbers are as follows (a) InPhonic, Inc a Delaware corporation, Fed. Tax ID No 9384; (b) CAIS Acquisition, LLC, a Delaware limited liability company, Fed Tax Id. No. 6257; (c) CAIS Acquisition II, LLC, a Delaware limited liability company, Fed Tax Id. No. 3695, (d) SimIPC Acquisition Corp., a Delaware corporation, Fed Tax Id. No. 4924, (e) SN Liquidation, Inc. f/k/a Star Number, Inc , a Delaware corporation, Fed. Tax Id No 5549; (f) Mobile Technology Services, LLC, a Delaware limited liability company, Fed. Tax Id. No. 1426, (g) FON Acquisition, LLC, a Delaware limited liability company, Fed. Tax Id No. 2807, and (h) 1010 Interactive, LLC, a Delaware limited liability company, Fed. Tax Id. No. 5391.

Exhibit "A"    Affected Parties Service List regarding Docket No. 549

3.    All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 2 2 2008
El Segundo, California

Katya M. Belas

State of California          )
                             )
County of Los Angeles        )

On May 22, 2008 before me, Yvette Knopp, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM EXP NOV 13, 2008

# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 11

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29002 | AMERICAN LEGION, ATTN  PAUL DUNN, 5745 LEE RD, INDIANAPOLIS, IN, 46216 | US Mail (1st Class) |
| 29002 | AMERICAN SECURITY PROGRAMS, INC , 22900 SHAW RD # 101-4, DULLES, VA, 20166 | US Mail (1st Class) |
| 29002 | ESCAPE INTERNATIONAL, 281 ENTERPRISE CT, SUITE 100, BLOOMFIELD TWP, MI, 48302 | US Mail (1st Class) |
| 29002 | GLOBAL CROSSING TELECOMMUNICATIONS, PO BOX 741276, CINCINNATI, OH, 45274 | US Mail (1st Class) |
| 29002 | GLOBAL RESOURCE SYSTEMS CORP, 150 S PINE ISLAND DR, SUITE 520, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 29002 | GLOBAL RESOURCE SYSTEMS LLC, 150 S PINE ISLAND RD, SUITE 520, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 29002 | MEDIA WHIZ INC, 75 BROAD ST FL 23, NEW YORK, NY, 10004-2487 | US Mail (1st Class) |
| 29002 | MOTOROLA, ATTN· SCOTT HOFFMAN, 117 S COOK ST. #334, BARRINGTON, IL, 60010 | US Mail (1st Class) |
| 29002 | OVERSTOCKCOM INC, 6350 S 3000 E, SALT LAKE CITY, UT, 84121 | US Mail (1st Class) |
| 29002 | SAVVIS, INC , 13339 COLLECTIONS CENTER DR, PORTAL RECEIVABLES, CHICAGO, IL, 60693-0133 | US Mail (1st Class) |
| 29002 | SPANCO TELESYSTEMS & SOLUTIONS LTD, KRISHNA BHAVAN, BS DEOSHI MARG, DEONAR, MUMBAI, 400 088 INDIA | US Mail (1st Class) |

Subtotal for this group· 11