| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| VINCENT E. RHYNES<br>1514 W. Manchester AVE<br>Los Angeles CALIF, 90047 | (323)971-6063 | 2008 MAY 28 AM 9:55<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): SN Liquidation INC F/K/A INPHONIC INC.

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 07-11666(KG)

Hearing: Date 6-13-2008
Time 11:00 am
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where mailing occurred. My residence or business address is: 8938 S. Vermont AVE
Los Angeles CALIF, 90044

I served a copy of the following documents (list documents): CERT. INFORMATION.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 05-21-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Reed Smith, LLP
1201 N. Market ST, Suite 1500
Wilmington, DE 19801
ATTN: Kurt F. Gwynne     (fax copy Also).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 05-21-2008, at (place) Los Angeles, California.

Fred Burton                                        /s/ Fred Burton
_____                                _____
Type or Print Name                                      Signature

ACTS Code:
33206707

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| VINCENT E. RHYNES<br>1514 W. Manchester AVE<br>Los Angeles CALIF, 90047 | | (323)971-6063<br><br>2008 MAY 28 AM 9:55<br><br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | |
| ATTORNEY FOR: | | | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | |
|---|---|
| DEFENDANT(S)/RESPONDENT(S): SN Liquidation INC F/K/A INPHONIC INC. | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER: 07-11666(KG) |

Hearing: Date 6-13-2008
Time 11:00 am
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where mailing occurred. My residence or business address is: 8938 S. Vermont AVE
Los Angeles CALIF, 90044

I served a copy of the following documents (list documents): CERT. INFORMATION

by placing a true copy of each document in the United States mail in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit 05-21-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows:
UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19899-0035

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 05-21-2008, at (place) Los Angeles, California.

Fred Burton

*[signature: Fred Burton]*

Type or Print Name    Signature

ACIS Code:
332DB(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| VINCENT E. RHYNES<br>1514 W. Manchester AVE<br>Los Angeles CALIF, 90047 | (323)971-6063 | FILED<br>2008 MAY 28 AM 9:55<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): SN Liquidation INC F/K/A INPHONIC INC.

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 07-11666(KG)

Hearing: Date 6-13-2008
Time 11:00 am
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 8938 S. Vermont AVE
Los Angeles CALIF, 90044

I served a copy of the following documents (list documents): CERT. INFORMATION.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 05-21-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Bayard Firm P.A.
222 Delaware AVE, Suite 900
Wilmington, DE 19899
ATTN: Mary E. Augustine

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 05-21-2008, at (place) Los Angeles, California

Fred Burton

*Fred Burton* (Signature)

Type or Print Name

ACIS Code:

PROOF OF SERVICE BY MAIL

NATIONAL FINANCIAL SERVICES LLC
P.O. BOX 775 BOWLING GREEN STATION
NEW YORK, NY 10274-0775

CERTIFICATE NUMBER(S):

IN-935

| SECURITY DESCRIPTION | CUSIP NUMBER | QUANTITY | DATE ISSUED |
|---|---|---|---|
| INPHONIC INC + | 45772G105 | 10000 | 11/20/2007 |

REGISTRATION NAME AND ADDRESS

VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047

11/29/2007

MAIL TO:
VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047

226

| REFERENCE NUMBER | TAXPAYER NUMBER |
|---|---|
| T732000110 | ------- |

X - CODE1 DATABASE HAS EXPIRED

226    7323143004009011    N-7327-5067-03

FOR YOUR RECORDS AND FOR POSSIBLE INCOME TAX PURPOSE, WE SUGGEST THAT YOU FILL IN:

DATE PURCHASED:

AMOUNT PAID

DETACH THIS TRANSMITTAL COPY AND PUT IT WITH YOUR TAX RECORDS

IMPORTANT INFORMATION
SEE REVERSE SIDE

YOUR SECURITIES ARE
VALUABLE
PROTECT THEM

HEREWITH SECURITIES TRANSFERRED AS PER YOUR INSTRUCTIONS. CONTENTS OF THIS PACKAGE ARE INSURED FOR REPLACEMENT IF LOST IN THE MAIL. THE TAXPAYER NUMBER APPEARING ON THIS FORM HAS BEEN SUBMITTED TO THE TRANSFER AGENT AS THE IDENTIFYING NUMBER. THE NAME APPEARING ON THE CERTIFICATE. WILL YOU PLEASE VERIFY THAT IT IS THE CORRECT NUMBER FOR THE NAME SHOWN. IN THE EVENT THE NUMBER SHOULD BE CHANGED, PLEASE SEND THE PROPER NUMBER. THE TRANSFER AGENT SHOWN ON THE SECURITY CERTIFICATE AND WE WILL CORRECT THE RECORDS ACCORDINGLY. SHOULD YOU DESIRE TO TRANSFER YOUR SECURITIES AT ANYTIME, WE WOULD BE PLEASED TO HANDLE THIS TRANSACTION FOR YOU.