FILED

IN THE UNITED STATES BANKRUPTCY COURT

2008 JUN -2  AM 10: 44

FOR THE DISTRICT OF DELAWARE

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

SN LIQUIDATION, INC., *et al*      Chapter 11
Debtors.     Case No.: 07-11666(KG)
    Jointly Administered

## NOTICE OF OBJECTIONS TO CLAIM

TO:    Bankruptcy Court           Neil B. Glassman (No.2087)
        824 Market Street, 3rd Fl.      Mary E. Augustine (No. 4477)
        Wilmington, Delaware 19801   Daniel A. O'Brien (No. 4897)
                                                            222 Delaware Ave., Ste. 900
                                                            PO Box 25130
                                                            Wilmington, Delaware 19899

-and-
**DLA PIPER US LLP**

Thomas R. Califano, Esq.
Chistopher R. Thomson, Esq.
Jeremy R. Johnson, Esq.
1251 Avenue of the Americas
New York, New York 10020

Counsel for Debtors
And Debtors in Possession

      The objector has filed the Notice of Objection to Claim (Docket No. 07-11666 (KG), which seeks to alter your rights by disallowing because the debtor SN Liquidation, Inc., et al has never paid any money to the objector. The objector is seeking full compensation from SN Liquidation, Inc., et al

      You are required to file a response to the Objection on or before June 13, 2008.

      At the same time, you must also serve a copy of the response upon the objector:

           Jimmie Saltmarshall
           150 Suburban
           Ecorse, MI 48229

HEARING ON THE OBJECTION WILL BE HELD ON June 13, 2008.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Date: 5-27-2008    By: *Jimmie Lee Saltmarshall*
                       Jimmie L. Saltmarshall