To:
United States Bankruptcy Court
for the District of Delaware,
824 Market Street, 3rd. Floor,
Wilmington, Delaware 19801

May 27, 2008

From:
Mr. C. Jerome Neal
1025 College Park Boulevard,
Virginia Beach, Virginia 23464

Issue:
Sn Liquidation, Inc., et al., debtors.
Chapter 11
Case No. 07-11666 (KG)
(Jointly Administered)

Objection deadline: June 6, 2008 at 4:00 p.m.
Hearing date: June 13, 2008, at 11:00 a.m.
Docket No. 542

Dear Officer/s of the U.S.Bankruptcy Court for the District of Delaware,

I, Mr. C. Jerome Neal, received a letter addressed to;
MisterBoy Services unltd.,
Marina A. Cortez
1025 College Park Blvd.,
Virginia Beach, va., 23464
and, the letter is from;
Sn Liquidation Et Al,
C/O Bmc Group,
PO Box 978,
El Segundo, California
90245-0978
Mrs. Marina A. Cortez, (78), is my wife, and also listed as a contact on my web site, MisterBoy.com. My web site also lists MisterBoy Services Unlimited, as the name of the company sponsoring
MisterBoy.com. Mrs. Marina A. Cortez has nothing to do with Misterboy Services Unlimited other than to relay
information to me, C. Jerome Neal, in case I'm not at home when the phone rings. I have, since receiving the letter from Sn Liquidation Et Al., paid extra money to make information relevant to Who is it, concerning MisterBoy.com, inaccessible to the curious Et Al.
    This is My letter of Objection to the Motion scheduled to be heard before the Honorable Kevin Gross at the
Bankruptcy Court, on the sixth Floor, Courtroom three, on June 13, 2008 at 11:00 a.m. (Eastern Time).
I, Mr. C. Jerome Neal, the owner of MisterBoy Services Unlimited, do not owe, nor have any dealing of any kind with anyone connected with Sn Liquidation Et Al.

Mr. C. Jerome Neal