Linda J. Opel
6900 W.E. Oler Road
Williamsburg, IN 47393
Phone: 765.886.5211
joleneo765@aol.com

May 24, 2008

Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, Delaware 19801

TO WHOM IT MAY CONCERN:

Please consider this letter as a response to the motion filed on Mary 19, 2008 in regard to: SN LIQUIDATION, INC., *et al.*, Case No. 07-11666 (KG). I received the Notice of Motion and read where I could review it on the website.

I have tried several times to pull up the motion but had not luck; therefore, I am writing the Bankruptcy Court and notifying the attorneys that I am still requesting $200.00 for the DVD player that was promised but not received due to this bankruptcy. I am not sure what you need for an adequate response is, but I hope this is sufficient.

Thank you in advance for your assistance in this matter. I can be reached at the address above.

Sincerely,

*Linda J. Opel*
Linda J. Opel

Cc: Neil B. Glassman (No. 2087)
    Thomas R. Califano, Esquire