Please allow this to serve as my second official objection to this motion and request for the bankruptcy court to reconsider the commission due to me in the amount of $110.

The nonpayment receipt for this amount is enclosed.


Sincerely,

*[signature]*

Justin M. Lux

Lux Enterprises, L.L.C.

FILED
2008 JUN -3 AM 10:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE


