June 1, 2008

Sadiyyah Young
P.O. Box 826
Norristown, PA 19404



To Whom It May Concern:

    I am writing this letter to respond to the following notice I received from the District Court of Delaware, Case # 07-11666 (KG). I would like to object or ask that the relief sought not be granted in this case. The company owes me money and I would like to get it. I would have not ordered my services had the rebates promised not been in the offer. I have done my part as a consumer and feel that the company filing for this motion should be held accountable for their actions as well. My claim numbers for the rebates owed to me are # 38314444 & # 38284091.

Thank You

Sadiyyah Young