# Exhibit B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF BRAD DANIEL IN SUPPORT OF
### THE DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE)
### TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

I, Brad Daniel, hereby declare under penalty of perjury as follows:

1. I am a Senior Manager at BMC Group, Inc. ("BMC"). BMC was appointed by Order of this Court as notice and claims agent to the Debtors. Among our duties as notice and claims agent, BMC has assisted with the review of the official claims register of proofs of claims filed against the Debtors' estates in these cases.

2. I make this declaration in connection with the Debtors' First Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims (the "Objection").

3. Capitalized terms not otherwise defined herein have the meaning given to them in the Objection.

4. I am familiar with the claims identified in the Objection and the relief requested therein.

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{00973941;v1}

5.    I, or other employees of BMC, have reviewed each of the claims listed on Exhibit A to the Objection and the claims register being maintained in these cases. To the best of my knowledge and belief, the claims listed on Exhibit A (the "Improperly Classified Claims") are improperly classified on the claims register. For each of the Improperly Classified Claims, the appropriate modified classification appears on Exhibit A under the column heading "Modified Classification Status."

6.    I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, this Objection is in compliance therewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 6, 2008

Brad Daniel
BMC Group, Inc.

{00973941;v1}