## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*,[1] | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. ___** |

### ORDER SUSTAINING FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTORS TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

Upon consideration of (i) the First Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the claims listed on Exhibit A attached hereto, (iii) the Declaration of Brad Daniel of BMC Group, Inc. in support of the Objection attached to the Objection as Exhibit B, and (iv) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is, SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

ORDERED that each of the proofs of claim listed on Exhibit A attached hereto are hereby reclassified as general unsecured non-priority claims in the manner set forth on Exhibit A; and it is further

ORDERED that BMC is herby authorized and directed to reclassify the Incorrectly Classified Claims[2] in the Claims Registry as provided in this Order; and it is further

ORDERED that the Debtors' right to raise other objections to the claims subject to the Objection and this Order on any and all grounds permitted by law and/or equity are hereby preserved; and it is further

ORDERED that each claim and the Debtors' objections thereto as addressed in the Objection and as set forth on Exhibit A attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014; and that this Order shall be deemed a separate Order with respect to each claim; and that any stay of this Order pending appeal by any of the Claimants whose claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with Respect to the other contested matters covered hereby; and it is further ordered

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July _____, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

_____

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

# Exhibit A

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | 12 INTERACTIVE LLC<br>3501 N SOUTHPORT AVE<br>STE 144<br>CHICAGO, IL 60657 | 638 | $805.00 | (P) | $0.00<br>$805.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 2 | 12 INTERACTIVE LLC<br>3501 N SOUTHPORT AVE<br>STE 144<br>CHICAGO, IL 60657 | 639 | $8,381.00 | (P) | $0.00<br>$8,381.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 3 | ABAO, ABUNDIO<br>1145 EUCLID AVE<br>BEAUMONT, CA 92223 | 413 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 4 | ABERNATHY, TOBIAS S<br>148 19TH ST<br>HICKAM AIR FORCE BASE<br>HONOLULU, HI 96818 | 1345 | $120.00 | (S) | $0.00<br>$120.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 5 | ADVERTISING COM INC<br>C/O TIFFANY STRELOW COBB ESQ<br>PO BOX 1008<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43216-1008 | 588 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>$40,031.36<br>CONTINGENT<br>UNLIQUIDATED | (S)<br>(A)<br>(P)<br>(U) | $0.00<br>$0.00<br>$0.00<br>$40,031.36 | (S)<br>(A)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |
| 6 | AGRAWAL, SANJIV<br>3846 MALAGA ST<br>CORONA, CA 92882 | 1137 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 7 | AGUIRRE, MARIA ROSA<br>257 PHELPS AVE<br>BERGENFIELD, NJ 07621 | 154 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 8 | AMERICAN SECURITY PROGRAMS INC<br>22900 SHAW RD<br>#101-4<br>DULLES, VA 20166 | 377 | $1,312.74<br>$26,254.70 | (P)<br>(U) | $0.00<br>$27,567.44 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 9 | ANDERSON, PAUL<br>18121 NORTH TIMBER RIDGE DR<br>SURPRISE, AZ 85374 | 422 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 10 | AOL LLC<br>TIFFANY STRELOW COBB ESQ<br>VORYS SATER SEYMOUR AND PESE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 592 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>$5,385,312.18<br>CONTINGENT<br>UNLIQUIDATED | (S)<br>(A)<br>(P)<br>(U) | $0.00<br>$0.00<br>$0.00<br>$5,385,312.18 | (S)<br>(A)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |
| 11 | BARNES, CHARLENE A<br>17601 CLAGETT LANDING RD<br>UPPER MARLBORO, MD 20774 | 897 | $2,772.91 | (P) | $0.00<br>$2,772.91 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority            (U) - Unsecured

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 12 | BASSANI, ALFRED J<br>866 18TH AVE<br>VERO BEACH, FL 32960 | 690 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 13 | BATES, SUZANNE M<br>52 DUHAIME RD<br>PEARL RIVER, NY 10965 | 521 | $190.00 | (P) | $0.00<br>$190.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 14 | BECK, DAVID SEAN<br>10577 COCHITI RD # 1<br>APPLE VALLEY, CA 92308 | 585 | $90.00 | (P) | $0.00<br>$90.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 15 | BECKLER, HEATHER<br>PO BOX 70278<br>1400 COLEMAN AVE<br>MACON, GA 31207 | 1093 | $80.00 | (S) | $0.00<br>$80.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 16 | BELL, SONDRA<br>7681 ESPEY ROAD<br>MERIDIAN, MS 39305 | 1457 | $259.98 | (P) | $0.00<br>$259.98 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 17 | BETTER TELEVISION FOR EVERYONE<br>DANIEL PINGER<br>1820 WM H TAFT RD<br>CINCINNATI, OH 45206 | 355 | $3,970.00 | (P) | $0.00<br>$3,970.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 18 | BITAR, YEHIA<br>5800 KENILWORTH<br>DEARBORN, MI 48126 | 317 | $380.00 | (P) | $0.00<br>$380.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 19 | BLACKMESH INC<br>2465 J 17 CENTERVILLE RD<br>SUITE 720<br>HERNDON, VA 20171 | 1081 | $6,801.72 | (P) | $0.00<br>$6,801.72 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 20 | BOYD, DENNIS E<br>211 N CLOVERLAND AVE<br>TUCSON, AZ 85711 | 26 | $125.00 | (P) | $0.00<br>$125.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 21 | CAMPBELL, CASHEL<br>66 MAPLE DR<br>ROOSEVELT, NY 11575 | 1095 | $150.00<br>$150.00 | (S)<br>(U) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 22 | CARRERA, ALEJANDRINA<br>2549 N WEST ST<br>RIVER GROVE, IL 60171 | 996 | $40.00 | (S) | $0.00<br>$40.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 23 | CARRERA, ALEJANDRINA<br>2549 N WEST ST<br>RIVER GROVE, IL 60171 | 997 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/5/2008 2:23:58 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 24 | CARROLL, KAREN E<br>8960 W 86TH ST<br>JUSTICE, IL  60458 | 54 | $250.00 | (P) | $0.00<br>$250.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 25 | CGETC INC DBA ACCESSORYGEEKS COM INC<br>260 PASEO TESORO<br>WALNUT, CA  91789 | 943 | $650.00 | (P) | $0.00<br>$650.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 26 | CHANYONTPATANAKUL, YOTHIN<br>31286 SANTA MARIA DR<br>UNION CITY, CA  94587 | 262 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 27 | CHASNOW, DAVID<br>1091 S MADISON ST<br>DENVER, CO  80209 | 1253 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 28 | CHOATE, R A<br>4320 ALISO RD<br>PLANO, TX  75074 | 986 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 29 | CHOY, PREMENDRAN<br>6238 CLARK WAY<br>BUENA PARK, CA  90620 | 1214 | $180.00 | (P) | $0.00<br>$180.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 30 | CHUNG, EILEEN<br>1244 SCOTT ST<br>EL CERRITO, CA  94530 | 296 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 31 | COLLEGELIVING BIZ RE LUX ENTERPRISES LLC<br>JUSTIN LUX<br>4417 DIXIE HILL ROAD APT 211<br>FAIRFAX, VA  22030 | 823 | $110.00 | (P) | $0.00<br>$110.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 32 | CRAWFORD, DAVID<br>2474 N MARBLE TOP RD<br>CHICKAMAUGA, GA  30707 | 939 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 33 | CZECHOWSKI, MACIE J<br>6238 CHAMPIONS DR<br>WESTERVILLE, OH  43082 | 119 | $350.00 | (P) | $0.00<br>$350.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 34 | DABHOLKAR, SHRIDHAR<br>64 SCARLET OAK DR<br>PRINCETON, NJ  08540 | 889 | $80.00<br>$80.00 | (P)<br>(U) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 35 | DABHOLKAR, SHRIDHAR<br>64 SCARLET OAK DR<br>PRINCETON, NJ  08540 | 971 | $80.00<br>$80.00 | (P)<br>(U) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:23:59 PM

### In re: SN Liquidation, Inc., et al.
### EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 36 | DEHART, CAROLYN R<br>108 RENEE ST<br>WEST MONROE, LA 71292 | 1237 | $90.00 | (P) | $0.00<br>$90.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 37 | DELGARDO, EDITH<br>210 HOLLY AVE<br>#22<br>SOUTH SAN FRANCISCO, CA 94080 | 1297 | $205.00 | (P) | $0.00<br>$205.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 38 | DEVARAPU, SURESH B<br>4225 VILLAGE LN<br>APT 60<br>WEST DES MOINES, IA 50266 | 517 | $120.00 | (P) | $0.00<br>$120.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 39 | DOO, HELEN<br>120 WOODCLIFF BLVD<br>MORGANVILLE, NJ 07747 | 783 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 40 | EDEN SATELLITE<br>GIZELLE LETOURNEAU<br>PO BOX 295<br>FROMBERG, MT 59029 | 373 | $1,088.00 | (P) | $0.00<br>$1,088.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 41 | ELHADDAD, MAHMOUD<br>5830 5TH AVE 6 17<br>PITTSBURGH, PA 15232 | 860 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 42 | ELHADDAD, MAHMOUD<br>5830 5TH AVE #6-17<br>PITTSBURGH, PA 15232 | 861 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 43 | EPLUS TECHNOLOGY INC<br>ERICA S STOCKER<br>MAILSTOP 192<br>13595 DULLES TECHNOLOGY DR<br>HERNDON, VA 20171-3413 | 1174 | $4,507.30<br>$235,085.43 | (P)<br>(U) | $0.00<br>$239,592.73 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 44 | ERICKSON, CASEY<br>4400 TERRY LEE CIR<br>BANNING, CA 92220 | 720 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 45 | FETROSSI, M<br>PO BOX 3991<br>SANTA BARBARA, CA 93130 | 1044 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 46 | FLOYD, STEVE<br>5625 BRANDON ST<br>COCOA, FL 32927 | 1364 | $100.00<br>$100.00<br>$100.00 | (S)<br>(P)<br>(U) | $0.00<br>$0.00<br>$300.00 | (S)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 47 | FRAIM, LINDA<br>405 WESTRIDGE DR<br>PHOENIXVILLE, PA 19460 | 431 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 48 | FURMER, YURI V<br>2994 ROSEBROOK DR<br>DECATUR, GA 30033 | 388 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 49 | GAITSKHOKI, NINA<br>161-08 JEWEL AVE<br>#3F<br>FLUSHING, NY 11365 | 1366 | $160.00 | (P) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 50 | GERRISH, GERALDINE A<br>1 CARVER ST<br>#11<br>WATERVILLE, ME 04901-5040 | 504 | $160.00 | (P) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 51 | GHODOUSSI, M<br>PO BOX 3991<br>SANTA BARBARA, CA 93130 | 1045 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 52 | GOLAIT, NITIN<br>1521 LINCOLN WAY<br>#202<br>MCLEAN, VA 22102 | 1397 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 53 | GONZALEZ, MIGUEL<br>608 NE 78TH AVE<br>PORTLAND, OR 97213 | 766 | $130.00 | (P) | $0.00<br>$130.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 54 | GRANT, CHRIS<br>10 MEADOWS EDGE DR<br>CAPE MAY COURT HOUSE, NJ 08210 | 394 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 55 | GRESSER, MARLENE M<br>2062 S 104TH ST<br>WEST ALLIS, WI 53227 | 197 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 56 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 574 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 57 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 575 | $40.00 | (P) | $0.00<br>$40.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 58 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 577 | $20.00 | (P) | $0.00<br>$20.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative          (S) - Secured
(P) - Priority                      (U) - Unsecured

6/5/2008 2:23:59 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 59 | HALL, HIARM<br>PO BOX 1143<br>FOLSOM, LA 70437 | 834 | $130.00 | (P) | $0.00<br>$130.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 60 | HANG, SONG KOK<br>1039 WEST OLIVE AVE# 2<br>SUNNYVALE, CA 94086 | 38 | $240.00 | (P) | $0.00<br>$240.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 61 | HARRIS, PHILLIP & ELAINE<br>1562 JULIAN ST<br>STOCKTON, CA 95206 | 441 | $500.00 | (P) | $0.00<br>$500.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 62 | HELOU, CAROLINE<br>8483 SW HEMLOCK ST<br>APT C<br>TIGARD, OR 97223 | 399 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 63 | HEPPENSTALL, JENNIFER B<br>13515 SPINNING WHEEL DR<br>GERMANTOWN, MD 20874 | 963 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 64 | HIRESTRATEGY INC<br>11730 PLAZA AMERICA DR<br>STE 340<br>RESTON, VA 20190 | 271 | $47,739.83 | (P) | $0.00<br>$47,739.83 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 65 | HOLDEN, JON<br>56 BEAVER ST<br>APT 502<br>NEW YORK, NY 10004 | 1201 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 66 | HUANG, JACK<br>2115 SHOREVIEW AVE<br>SAN MATEO, CA 94401 | 768 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 67 | HUANG, ZHIMING<br>1 BALLARD LN<br>SALEM, NH 03079 | 1135 | $340.00 | (P) | $0.00<br>$340.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 68 | HUI, PAMELA<br>3266 SANTA SUSANA WAY<br>UNION CITY, CA 94587 | 229 | $600.00<br>$600.00 | (P)<br>(U) | $0.00<br>$1,200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 69 | HUTCHINSON, MARK<br>10241 N 129TH E AVE<br>OWASSO, OK 74055 | 745 | $190.00 | (P) | $0.00<br>$190.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:23:59 PM

In re: SN Liquidation, Inc., et al.
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 70 | IRON MOUNTAIN INFORMATION MANAGEMENT INC R FREDERICK LINFESTY ESQ 745 ATLANTIC AVE 10TH FL BOSTON, MA 02111 | 506 | $426.00 $23,494.69 | (S) (U) | $0.00 $23,920.69 | (S) (U) | CLAIM IS UNSECURED |
| 71 | ISGETTE, KELLY 261 11TH AVE VERO BEACH, FL 32962 | 1241 | $100.00 | (P) | $0.00 $100.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 72 | J & R MUSIC WORLD - J & R COMPUTER WORLD 23 PARK ROW NEW YORK, NY 10038 | 1161 | $4,340.00 $4,340.00 | (P) (U) | $0.00 $8,680.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 73 | JAFFE, DANIEL 5 MORTON TERRACE MILTON, MA 02186 | 1307 | $200.00 | (P) | $0.00 $200.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 74 | JONES, MICHAEL A 613 URQUHART DRIVE BEECH ISLAND, SC 29842 | 855 | $50.00 | (P) | $0.00 $50.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 75 | JUNAID, OMAR 10522 PALM COVE AVE TAMPA, FL 33647 | 1470 | $100.00 | (P) | $0.00 $100.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 76 | KANAKAMEDALA, SRIKANTH 6521 THE A LANE APT #IV COLUMBUS, GA 31907 | 564 | $100.00 | (S) | $0.00 $100.00 | (S) (U) | CLAIM IS UNSECURED |
| 77 | KEKAHBAN, ROXANNE 4556 GULF AVE NO FT MYERS, FL 33903 | 1431 | $130.00 $130.00 | (P) (U) | $0.00 $260.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 78 | KENCHA, MALLIKARJUN 10601 SABO RD APT 15 HOUSTON, TX 77089 | 1352 | $180.00 | (S) | $0.00 $180.00 | (S) (U) | CLAIM IS UNSECURED |
| 79 | KENNEDY, JAMES 35 HERNANDEZ AVE SAN FRANCISCO, CA 94127 | 714 | $50.00 | (P) | $0.00 $50.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 80 | KOHLI, AMARDEEP 94 CANAL VIEW DR LAWRENCEVILLE, NJ 08648 | 499 | $40.00 | (P) | $0.00 $40.00 | (P) (U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

6/5/2008 2:24:00 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 81 | KRUEGER, RUSS<br>519 BENDER RD<br>WEST BEND, WI 53090 | 1294 | $190.00 | (P) | $0.00<br>$190.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 82 | KUMAR, RAJNEESH<br>2205 GENERAL ELECTRIC RD<br>APT 18<br>BLOOMINGTON, IL 61704 | 277 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 83 | LAETZSCH, KRISTOFER<br>3650 S 15TH ST<br>SHOW LOW, AZ 85901 | 1361 | $100.00<br>$100.00 | (P)<br>(U) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 84 | LEE, ALFRED<br>769 GRAND AVE<br>THIENSVILLE, WI 53092 | 661 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 85 | LEE, ALFRED<br>769 GRAND AVE<br>THIENSVILLE, WI 53092 | 662 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 86 | LEE, JEFFREY<br>2556 HANOVER LN<br>CHESAPEAKE, VA 23321 | 1158 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 87 | LEE, JUNG JAE<br>258 FLORES WAY<br>ST JOHNS, FL 32259 | 602 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 88 | LEE, JUNG JAE<br>258 FLORES WAY<br>ST JOHNS, FL 32559 | 603 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 89 | LIRON, YITAO<br>21563 HALSTEAD DR<br>BOCA RATON, FL 33428 | 935 | $200.00<br>$200.00 | (S)<br>(U) | $0.00<br>$0.00<br>$400.00 | (S)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |
| 90 | LLOYD, WAYNE<br>PO BOX 411<br>NEWPORT, RI 02840-0400 | 1403 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 91 | LOUCKS, CHRISTINE L<br>10470 SEYMOUR AVENUE<br>DIBERVILLE, MS 39540 | 928 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 92 | MAHESHWARY, VIPIN<br>1205 E PERRIN AVE<br>APT 207<br>FRESNO, CA 93720 | 708 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 93 | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO, CA 94080 | 782 | $50.00<br>$50.00 | (P)<br>(U) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 94 | MASLON, GLENN<br>LOYALTY PROMOTION<br>16535 MERC LN<br>LOCKPORT, IL 60441 | 686 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 95 | MASTERS, DAVID<br>1937 CROGHAN DR<br>MELBOURNE, FL 32940 | 1129 | $180.00 | (P) | $0.00<br>$180.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 96 | MCCALL HANDLING CO<br>8801 WISE AVE<br>BALTIMORE, MD 21222 | 920 | $11,008.64<br>$1,093.50 | (S)<br>(U) | $0.00<br>$12,102.14 | (S)<br>(U) | CLAIM IS UNSECURED |
| 97 | MIKELL, ARMOND<br>PO BOX 267<br>SUMMIT, MS 39666 | 1217 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 98 | MILES, JOHN S<br>37 RIVER RIDGE<br>SLEEPY HOLLOW, IL 60118 | 434 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 99 | MONIZE, MILDRIDE P<br>4140 RAMBLER AVE<br>ST CLOUD, FL 34772 | 1221 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 100 | MONIZE, MILDRIDE P<br>4140 RAMBLER AVE<br>ST CLOUD, FL 34772 | 1222 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 101 | MOORE, PAULA<br>13512 BROKEN BRANCH WAY<br>LOUISVILLE, KY 40245 | 675 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 102 | MURO, EDUARDO D<br>2536 N 47TH DR<br>PHOENIX, AZ 85035 | 1059 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 103 | NAUGLE, KEVIN<br>1338 PROSPECT ST<br>YORK, PA 17403 | 445 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 104 | NELLUVELIL, ANTONY<br>1905 BENEDICT CT<br>ROWLETT, TX 75088 | 677 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:24:00 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Claim Class** | Filed | Modified Claim Amount*Claim Class** | Modified | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 105 | O'BRIEN, MICHAEL<br>20088 HERITAGE POINT DRIVE<br>TAMPA, FL  33647 | 854 | $130.00 | (P) | $0.00<br>$130.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 106 | OLLQUIST, RHONDA M<br>25 PHILLIPS RD<br>SUDBURY, MA  01776 | 113 | $430.00<br>$430.00 | (S)<br>(U) | $0.00<br>$860.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 107 | ONORATI, JOLENE<br>14280 FOOTHILL LANE<br>GOLDEN, CO  80401 | 1314 | $60.00<br>$60.00 | (P)<br>(U) | $0.00<br>$120.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 108 | OVENS, VICTORIA<br>233 COMMONS DR<br>HOLLY SPRINGS, NC  27540 | 1284 | $160.00 | (S) | $0.00<br>$160.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 109 | OVERTURE SERVICES INC<br>ATTN PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL<br>STE 300<br>PALO ALTO, CA  94306 | 294 | UNKNOWN<br>$748,376.69<br><br>UNLIQUIDATED | (S)<br>(U) | $0.00<br>$748,376.69 | (S)<br>(U) | CLAIM IS UNSECURED |
| 110 | PARDASANI, GEETA<br>39821 CEDAR BLVD<br>UNIT 213<br>NEWARK, CA  94560 | 818 | $25.00 | (P) | $0.00<br>$25.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 111 | PARKER (HARRIS), NICHOLE<br>9670 DEE RD<br>APT 202<br>DES PLAINES, IL  60016 | 59 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 112 | PDA GROOVE<br>657 WATER OAK DR<br>PLANO, TX  75025 | 342 | $2,540.00 | (P) | $0.00<br>$2,540.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 113 | PERSAUD, ANITA<br>115-38 135TH ST<br>S OZONE PARK, NY  11420 | 366 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 114 | PHAN, TRISH<br>1961 D MIDDLESEX ST<br>LOWELL, MA  01851 | 211 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 115 | PHOMMACHANH, ZHENXIAN<br>72 BRIDLE PATH RD<br>WEST SPRINGFIELD, MA  01089 | 887 | $150.00 | (S) | $0.00<br>$150.00 | (S)<br>(U) | CLAIM IS UNSECURED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:24:01 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 116 | PODLOGAR, SHARYL<br>10208 FAIRTREE DR<br>STRONGSVILLE, OH 44149 | 206 | $300.00 | (P) | $0.00<br>$300.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 117 | PORTER, RHIANNON<br>3218 WISCONSIN AVE NW<br>APT B3<br>WASHINGTON, DC 20016-3823 | 1444 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 118 | PRICE, JOANNA<br>2711 NW 47TH LANE<br>LAUDERDALE LKS, FL 33313 | 1041 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 119 | PRICE, JOANNA<br>2711 NW 47TH LANE<br>LAUDERDALE LKS, FL 33313 | 1042 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 120 | QADEER, INAM<br>113 ARROWHEAD DR<br>BURLINGTON, NJ 08016 | 553 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 121 | QUEST VISION<br>ROY HAYES SR<br>PO BOX 19906<br>LOUISVILLE, KY 40259 | 960 | $5,000.00<br><br>UNLIQUIDATED | (P) | $0.00<br>$5,000.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 122 | QUICK, JEANETTE<br>200 W 99TH ST<br>APT 4E<br>NEW YORK, NY 10025 | 345 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 123 | RANALLO, RALPH<br>15141 W CUSTER LN<br>SURPRISE, AZ 85379 | 1349 | $120.00 | (P) | $0.00<br>$120.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 124 | REDOLFO, GARY<br>1471 SUMMIT RUN CIR<br>WEST PALM BCH, FL 33415-4748 | 915 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 125 | RHEE, STEPHEN<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA 22043 | 680 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 126 | RHEE, STEPHEN<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA 22043 | 681 | $70.00 | (P) | $0.00<br>$70.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 127 | ROBERTS, AMELIA<br>4351 COLLING ROAD EAST<br>BONITA, CA 91902 | 853 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:24:01 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 128 | ROBINSON, RALPH E<br>1493 WESTFERRY XING<br>MYRTLE BEACH, SC 29575 | 532 | $80.00 | (P) | $0.00<br>$80.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 129 | RODRIGUEZ, ANTONIO<br>3025 SE DARIEN RD<br>PORT ST LUCIE, FL 34952 | 238 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 130 | ROSIEN, JANIE E<br>180 THOMPSON STREET<br>APT 6D<br>NEW YORK, NY 10012 | 955 | $15.00<br><br>UNLIQUIDATED | (P) | $0.00<br>$15.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 131 | RUDISILL, JOANNA J<br>329 MAIN ST<br>AKRON, PA 17501 | 898 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 132 | RYAN, JIM & GEORGIA<br>5057 HWY 95<br>BLDG A<br>FT MOHAVE, AZ 86426 | 143 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 133 | SAMARASINGHE, SHIRON<br>56 MONSEY PLACE<br>STATEN ISLAND, NY 10303 | 791 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 134 | SANJEAN, JENNIFER<br>589 W LAYTON ST<br>OLATHE, KS 66061 | 544 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 135 | SCHWARZ, KENNETH D<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1076 | $75,000.00<br>UNKNOWN<br><br>UNLIQUIDATED | (P)<br>(U) | $10,950.00<br>$64,050.00 | (P)<br>(U) | CLAIM EXCEEDS SECTION 507(A)(4) CAP |
| 136 | SHIMOKIHARA, TRACI H<br>95-106 PAIKAUHALE PL<br>MILILANI, HI 96789 | 663 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 137 | SMITH, KAREN<br>CARROT ADVISERS LLC<br>ONE BROADWAY<br>14TH FL<br>CAMBRIDGE, MA 02142 | 332 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 138 | SONI, VIRENDRA<br>709 COWBOYS PARKWAY #2002<br>IRVING, TX 75063 | 763 | $10,000.00 | (P) | $0.00<br>$10,000.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:24:01 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 139 | STEINKE, RICHARD<br>810 GYPSUM CT<br>BOULDER CITY, NV 89005 | 484 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 140 | STURTEVANT, RANDY<br>9318 SCENIC DR<br>BRIGHTON, MI 48114 | 475 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 141 | SUBRAMANIAN, CHANDRASEKARAN<br>1530 NORTHBROOK DRIVE<br>LIMA, OH 45805 | 815 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 142 | SURPUR, ANIL<br>7630 KIRWIN LN<br>CUPERTINO, CA 95014 | 1209 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 143 | SWEHA, RAYMOND<br>III CUMMINGTON ST RM 138<br>COMPUTER SCIENCE DEPT BV<br>BOSTON, MA 02215 | 810 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 144 | SZCZERBIAK, MICHAEL E<br>19 PAULINE CT<br>LANCASTER, NY 14086 | 99 | $250.00 | (P) | $0.00<br>$250.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 145 | TAIN, MITSUO<br>2800 PLAZA DEL AMO # 130<br>TORRANCE, CA 90503 | 204 | $170.00 | (P) | $0.00<br>$170.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 146 | TAYLOR, JOYCE<br>17 TONIA TER<br>HAWTHORNE, NJ 07506 | 1412 | $160.00 | (P) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 147 | THOKA, THIRUMALA RAO<br>1560 W DEMPSTER ST<br>#105<br>MOUNT PROSPECT, IL 60056 | 549 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 148 | TRAN, KHA<br>1544 EMERALD NE<br>GRAND RAPIDS, MI 49505 | 1376 | $50.00 | (P) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 149 | TRELOAR, KIM<br>PO BOX 46<br>NORTH HAVEN, CT 06473 | 1052 | $80.00 | (P) | $0.00<br>$80.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 150 | US 21 COMPUTERS<br>4930-C EISENHOWER AVE<br>ALEXANDRIA, VA 22304 | 462 | $55,631.00 | (P) | $0.00<br>$55,631.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 151 | VANDERPRIEM, DANIEL<br>44 VISTA MIRAGE WAY<br>RANCHO MIRAGE, CA  92270 | 1127 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 152 | VASIC, JULIA LAUREN<br>1003 48TH AVE<br>#3C<br>LONG ISLAND CITY, NY  11101 | 682 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 153 | VLEE, ANGELICA<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA  22043 | 678 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 154 | VLEE, ANGELICA<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA  22043 | 679 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 155 | WANG, WEIQING<br>5031 CAMPUS HILL DR<br>APT 304G<br>OKEMOS, MI  48864 | 1456 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 156 | WHEELER, DANIEL<br>90 GRAYSON ST<br>STATEN ISLAND, NY  10306 | 612 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 157 | WHITE, BRANDON<br>3238 BREAKERS WAY<br>ORLANDO, FL  32825 | 851 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 158 | WILLEMS, LOURDES<br>135 S CONCORD TER<br>GALLOWAY, NJ  08205 | 535 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 159 | YADAV, NARENDRA S<br>48029 LEONTINE CT<br>FREMONT, CA  94539 | 1259 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 160 | YAHOO INC<br>ATTN PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL<br>STE 300<br>PALO ALTO, CA  94306 | 293 | UNKNOWN<br>$3,718,960.35<br><br>UNLIQUIDATED | (U)<br>(S) | $0.00<br>$3,718,960.35 | (S)<br>(U) | CLAIM IS UNSECURED |
| 161 | YOUNG, ROBERT JUDD<br>854 SALTCREEK BEND LN<br>LA MARQUE, TX  77568 | 1254 | $150.00 | (S) | $0.00<br>$150.00 | (S)<br>(U) | CLAIM IS UNSECURED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

6/5/2008 2:24:02 PM

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 162 | YOUNG, SADIYYAH<br>PO BOX 826<br>NORRISTOWN, PA 19404 | 519 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 163 | ZEINFELD, ANDREW B<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1075 | $100,000.00<br>$300,000.00<br><br>UNLIQUIDATED | (P)<br>(U) | $10,950.00<br>$389,050.00 | (P)<br>(U) | CLAIM EXCEEDS SECTION 507(A)(4) CAP |
| 164 | ZHONG, YUHUAN<br>65 04 175TH STREET<br>FLUSHING, NY 11365 | 841 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| | | **Totals:** | $15,644.64<br>$345,604.48<br>$10,484,728.90 | (S)<br>(P)<br>(U) | $0.00<br>$0.00<br>$21,900.00<br>$10,824,078.02 | (S)<br>(A)<br>(P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/5/2008 2:24:03 PM