FILED

2008 JUN -6 AM 11: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 29, 2008

Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:    Inphonic Bankruptcy Objection

Dear Bankruptcy Court:

The purpose of this letter is to obtain my cell phone reimbursement in the amount of $150. I properly filled out my rebate forms in 2007 prior to the rebate company's (Inphonic) bankruptcy and never received the funds.

A few months ago, per instruction from the bankruptcy court, I downloaded the proper documentation from the court website. I filled out the forms and requested my rebate. I just received the attached letter in the mail about a week ago and it seems like I need to send an objection.

I would like to fulfill all of the required steps in obtaining my rebate so I object the Motion because it seems like I need to declare this in writing. Please let me know what I need to do at this point and keep me apprised of the updates in this case. I can be reached at the below phone number and email address. Thanks.

Sincerely,

Jay Saiki
206-351-2262
Jaysaiki7@yahoo.com