# Exhibit A

## In re: SN Liquidation, Inc., et al.
### EXHIBIT A - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 576 | $40.00 | (P) | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 575 | $40.00 | (P) |
| 2 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 578 | $20.00 | (P) | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 577 | $20.00 | (P) |
| 3 | MARTYNOV, VALERY<br>60 NORTHCREST DR<br>SOUTH SAN FRANCISCO, CA 94080 | 07-11666-KG | 556 | $50.00<br>$50.00 | (P)<br>(U) | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO CA 94080 | 07-11666-KG | 782 | $50.00<br>$50.00 | (P)<br>(U) |
| 4 | MARTYNOV, VALERY<br>60 NORTHCREST DR<br>SOUTH SAN FRANCISCO, CA 94080 | 07-11666-KG | 557 | $50.00<br>$50.00 | (P)<br>(U) | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO CA 94080 | 07-11666-KG | 782 | $50.00<br>$50.00 | (P)<br>(U) |
| 5 | SWENSEN, DANIEL<br>1225 CLEVELAND<br>#2<br>MISSOULA, MT 59801 | 07-11666-KG | 749 | $3,150.00 | (P) | SWENSEN, DANIEL<br>1225 CLEVELAND # 2<br>MISSOULA MT 59801 | 07-11666-KG | 74 | $3,150.00 | (P) |

**Total Claims Expunged:** 5    **Total Dollars Expunged:** $3,410.00

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured