# Exhibit B

# In re: SN Liquidation, Inc., et al.

## EXHIBIT B - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| # | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11666-KG | 2 | $1,486.18 $282.14 | (P) (U) | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 | 07-11666-KG | 42 | $1,486.18 | (P) |
| 2 | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11670-KG | 3 | $5,000.00 UNLIQUIDATED | (P) (U) | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY PO BOX 21126 PHILADELPHIA PA 19114 | 07-11670-KG | 1373 | $0.00 | (U) |
| 3 | MICHIGAN DEPARTMENT OF TREASURY, STATE OF ATTN DEBORAH WALDMEIR CADILLAC PLACE 3030 W GRAND BLVD SUITE 10-200 DETROIT, MI 48202 | 07-11670-KG | 724 | $335.03 UNLIQUIDATED | (A) | MICHIGAN DEPARTMENT OF TREASURY, STATE OF MICHAEL A COX CADILLAC PLACE 3030 W GRAND BLVD, STE 10-200 DETROIT MI 48202 | 07-11670-KG | 1351 | $1,233.29 UNLIQUIDATED | (A) |
| 4 | MICHIGAN, STATE OF DEPARTMENT OF TREASURY DEBORAH WALDMEIR 3030 WEST GRAND BLVD, SUITE 10-200 DETROIT, MI 48202 | 07-11670-KG | 120 | $16,281.26 | (P) | MICHIGAN, STATE OF DEPARTMENT OF TREASURY DEBORAH WALDMEIR 3030 WEST GRAND BLVD 10TH FL STE 200 DETROIT MI 48202 | 07-11670-KG | 704 | $7,210.02 | (P) |
| 5 | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07-11666-KG | 6 | $108.37 $1,960.59 | (P) (U) | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 07-11666-KG | 723 | $194,425.58 $1,960.59 UNLIQUIDATED | (P) (U) |
| 6 | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07-11670-KG | 7 | $210.40 $4.08 | (P) (U) | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 07-11670-KG | 722 | $175,493.23 $4.08 UNLIQUIDATED | (P) (U) |

**Total Claims Expunged:** 6    **Total Dollars Expunged:** $25,688.05

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

6/5/2008 2:31:18 PM