# Exhibit C

## In re: SN Liquidation, Inc., et al.
## EXHIBIT C - LATE FILED CLAIMS

| # | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BEHLOW, TERRI<br>323 MONROE ST<br>SHEBOYGAN FALLS, WI 53085 | 07-11666<br>INPHONIC, INC. | 1430 | $50.00 | (P) | POC FILED 5/2/08 |
| 2 | BRISENO, RAUL<br>2504 S ORVILLE ST<br>RB99<br>STOCKTON, CA 95206-3518 | 07-11666<br>INPHONIC, INC. | 1354 | $10,000.00 | (P) | POC FILED 4/14/08 |
| 3 | BROWN, DIANNE<br>29246 LONGHORN DR<br>CANYON LAKE, CA 92587 | 07-11666<br>INPHONIC, INC. | 1438 | $180.00 | (P) | POC FILED 5/5/08 |
| 4 | EDEN SATELLITE<br>GIZELLE LETOURNEAU<br>PO BOX 295<br>FROMBERG, MT 59029 | 07-11666<br>INPHONIC, INC. | 1480 | $1,088.00 | (P) | POC FILED 5/20/08 |
| 5 | SALTMARSHALL, JIMMIE L<br>150 SUBURBAN ST<br>ECORSE, MI 48229 | 07-11666<br>INPHONIC, INC. | 1257 | $20,000,000.00 | (P) | POC FILED 3/27/08 |
| 6 | SAMMONS, BIANCA STAR<br>425 S VILLA SAN MARCO DR<br>#105<br>ST AUGUSTINE, FL 32086 | 07-11666<br>INPHONIC, INC. | 1452 | $50.00 | (P) | POC FILED 5/9/08 |

**Totals:** $20,011,368.00  (P)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  
**(A) - Administrative    (S) - Secured  
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.