# Exhibit D

## In re: SN Liquidation, Inc., et al.
## EXHIBIT D - CLAIMS WITHOUT ANY SUPPORTING DOCUMENTATION

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CURRAN, BRIAN J<br>3102 P ST NW<br>WASHINGTON, DC 20007 | 07-11666<br>INPHONIC, INC. | 23 | $10,950.00<br>$312,127.00 | (P)<br>(U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 2 | DISH NETWORK<br>EMMA MOTON<br>3737 TIMBERGLEN RD<br>APT 1201<br>DALLAS, TX 75287 | 07-11666<br>INPHONIC, INC. | 393 | BLANK | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 3 | LAWSON, WILL<br>MR LAWSON<br>23306 CIMBER LN<br>SPRING, TX 77373 | 07-11666<br>INPHONIC, INC. | 290 | $120.00<br>$100.00 | (P)<br>(U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 4 | MTE<br>MELISSA BARNES<br>412 DAIRY HILL RD<br>LITTLE FALLS, NY 13365 | 07-11666<br>INPHONIC, INC. | 324 | $50.00<br>$50.00 | (P)<br>(U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 5 | OZARK HILLBILLES THE<br>HUGHIE CHANCEY<br>5041 DEER TRACK TRAIL<br>OZARK, AR 72949 | 07-11666<br>INPHONIC, INC. | 443 | $500.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 6 | SALTMARSHALL, JIMMIE L<br>150 SUBURBAN ST<br>ECORSE, MI 48229 | 07-11666<br>INPHONIC, INC. | 1257 | $20,000,000.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 7 | VMC SATELLITE INC<br>HUGHIE CHANCEY<br>5041 DEER TRACK TRAIL<br>OZARK, AR 72949 | 07-11666<br>INPHONIC, INC. | 444 | $500.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| | | | Totals: | $20,012,120.00<br>$312,277.00 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.