# Exhibit E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF BRAD DANIEL IN SUPPORT OF
### THE DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE)
### TO CERTAIN CLAIMS

I, Brad Daniel, hereby declare under penalty of perjury as follows:

1. I am a Senior Manager at BMC Group, Inc. ("BMC"). BMC was appointed by Order of this Court as notice and claims agent to the Debtors. Among our duties as notice and claims agent, BMC has assisted with the review of the official claims register of proofs of claims filed against the Debtors' estates in these cases.

2. I make this declaration in connection with the Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims (the "Objection").

3. Capitalized terms not otherwise defined herein have the meaning given to them in the Objection.

4. I am familiar with the claims identified in the Objection and the relief requested therein.

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{00990509;v1}

5. I, or other employees of BMC, have reviewed each of the claims listed on Exhibits A, B, C, and D to the Objection and the claims register being maintained in these cases.

6. Exhibit A to the Objection identifies Duplicate Claims. To the best of my knowledge and belief, each of the Duplicate Claims are duplicative of other proofs of claim filed in these Cases. Accordingly, based upon my review, the Debtors object to each of the Duplicate Claims listed on Exhibit A to the Objection and seek entry of an order disallowing and expunging each of the Duplicate Claims in its entirety.

7. Exhibit B to the Objection identifies Amended/Superseded Claims. To the best of my knowledge and belief, each of the Amended/Superseded Claims has been amended/superseded by a subsequent claim(s). Accordingly, based upon my review, the Debtors object to each of the Amended/Superseded Claims listed on Exhibit B to the Objection and seek entry of an order disallowing and expunging each of the Amended/Superseded Claims in its entirety.

8. Exhibit C to the Objection identifies Late Filed Claims. To the best of my knowledge and belief, each of the Late Filed Claims were filed after the March 21, 2008 bar date had passed. Accordingly, based upon my review, the Debtors object to each of the Late Filed Claims listed on Exhibit C to the Objection and seek entry of an order disallowing and expunging each of the Late Filed Claims in its entirety.

9. Exhibit D to the Objection identifies Claims Filed Without Any Supporting Documentation. To the best of my knowledge and belief, each of the Claims Filed Without Any Supporting Documentation failed to attach documentation supporting the alleged claims against the Debtors. Accordingly, based upon my review, the Debtors

object to each of the Claims Filed Without Any Supporting Documentation listed on Exhibit D to the Objection and seek entry of an order disallowing and expunging each of the Claims Filed Without Any Supporting Documentation in its entirety.

10. I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, this Objection is in compliance therewith.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 6, 2008

_____
Brad Daniel
BMC Group, Inc.

{00990509;v1}