IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
|  | Re: Docket No. ___ |

## ORDER SUSTAINING SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTORS TO CERTAIN CLAIMS

Upon consideration of (i) the Second Omnibus Objection (Non-Substantive) to Certain Claims (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the claims listed on the Exhibits A, B, C, and D attached hereto, (iii) the Declaration of Brad Daniel of BMC Group, Inc. in support of the Objection attached to the Objection as Exhibit E, and (iv) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED, that the Objection be, and hereby is, SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{00989611;v1}   1

ORDERED that the Duplicate Claims[2] listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety in the manner set forth on Exhibit A; and it is further

ORDERED that the Amended/Superseded Claims listed on Exhibit B attached hereto are hereby disallowed and expunged in their entirety in the manner set forth on Exhibit B; and it is further

ORDERED that the Late Filed Claims listed on Exhibit C attached hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Without Any Supporting Documentation listed on Exhibit D attached hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that BMC is hereby authorized and directed to remove the claims disallowed and expunged pursuant to this Order from the Claims Registry; and it is further

ORDERED that the Debtors' right to raise other objections to the claims subject to the Objection and this Order on any and all grounds permitted by law and/or equity are hereby preserved; and it is further

ORDERED that each claim and the Debtors' objections thereto as addressed in the Objection and as set forth on Exhibits A, B, C, and D attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014; and that this Order shall be deemed a separate Order with respect to each claim; and that any stay of this Order pending appeal by any of the Claimants whose claims are subject to this Order

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with Respect to the other contested matters covered hereby; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July ___, 2008

                                    _____
                                    THE HONORABLE KEVIN GROSS
                                    UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

# In re: SN Liquidation, Inc., et al.
## EXHIBIT A - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 576 | $40.00 | (P) | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE IL 60031 | 07-11666-KG | 575 | $40.00 | (P) |
| 2 | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 578 | $20.00 | (P) | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE IL 60031 | 07-11666-KG | 577 | $20.00 | (P) |
| 3 | MARTYNOV, VALERY<br>60 NORTHCREST DR<br>SOUTH SAN FRANCISCO, CA 94080 | 07-11666-KG | 556 | $50.00<br>$50.00 | (P)<br>(U) | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO CA 94080 | 07-11666-KG | 782 | $50.00<br>$50.00 | (P)<br>(U) |
| 4 | MARTYNOV, VALERY<br>60 NORTHCREST DR<br>SOUTH SAN FRANCISCO, CA 94080 | 07-11666-KG | 557 | $50.00<br>$50.00 | (P)<br>(U) | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO CA 94080 | 07-11666-KG | 782 | $50.00<br>$50.00 | (P)<br>(U) |
| 5 | SWENSEN, DANIEL<br>1225 CLEVELAND #2<br>MISSOULA, MT 59801 | 07-11666-KG | 749 | $3,150.00 | (P) | SWENSEN, DANIEL<br>1225 CLEVELAND # 2<br>MISSOULA MT 59801 | 07-11666-KG | 74 | $3,150.00 | (P) |

Total Claims Expunged: 5    Total Dollars Expunged: $3,410.00

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1    6/5/2008 2:33:53 PM

# Exhibit B

## In re: SN Liquidation, Inc., et al.
## EXHIBIT B - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11666-KG | 2 | $1,486.18 $292.14 | (P) (U) | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11666-KG | 42 | $1,486.18 | (P) |
| 2 | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11670-KG | 3 | $5,000.00 UNLIQUIDATED | (P) | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY PO BOX 21126 PHILADELPHIA, PA 19114 | 07-11670-KG | 1373 | $0.00 | (U) |
| 3 | MICHIGAN DEPARTMENT OF TREASURY, STATE OF ATTN DEBORAH WALDMEIR CADILLAC PLACE 3030 W GRAND BLVD SUITE 10-200 DETROIT, MI 48202 | 07-11670-KG | 724 | $335.03 UNLIQUIDATED | (A) | MICHIGAN DEPARTMENT OF TREASURY, STATE OF MICHAEL A COX CADILLAC PLACE 3030 W GRAND BLVD, STE 10-200 DETROIT MI 48202 | 07-11670-KG | 1351 | $1,233.29 UNLIQUIDATED | (A) |
| 4 | MICHIGAN, STATE OF DEPARTMENT OF TREASURY DEBORAH WALDMEIR 3030 W GRAND BLVD, SUITE 10-200 DETROIT, MI 48202 | 07-11670-KG | 120 | $16,291.26 | (P) | MICHIGAN, STATE OF DEPARTMENT OF TREASURY DEBORAH WALDMEIR 3030 WEST GRAND BLVD 10TH FL STE 200 DETROIT MI 48202 | 07-11670-KG | 704 | $7,210.02 | (P) |
| 5 | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07-11666-KG | 6 | $108.37 $1,960.59 | (P) (U) | NEW YORK STATE DEPT OF TAXATION & FINANC BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 07-11666-KG | 723 | $194,425.58 $1,960.59 UNLIQUIDATED | (P) (U) |
| 6 | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07-11670-KG | 7 | $210.40 $4.08 | (P) (U) | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 07-11670-KG | 722 | $175,493.23 $4.08 UNLIQUIDATED | (P) (U) |

Total Claims Expunged: 6    Total Dollars Expunged: $25,688.05

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority             (U) - Unsecured

# Exhibit C

## In re: SN Liquidation, Inc., et al.
## EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BEHLOW, TERRI<br>323 MONROE ST<br>SHEBOYGAN FALLS, WI 53085 | 07-11666<br>INPHONIC, INC. | 1430 | $50.00 | (P) | POC FILED 5/2/08 |
| 2 | BRISENO, RAUL<br>2504 S ORVILLE ST<br>RB99<br>STOCKTON, CA 95206-3518 | 07-11666<br>INPHONIC, INC. | 1354 | $10,000.00 | (P) | POC FILED 4/14/08 |
| 3 | BROWN, DIANNE<br>29246 LONGHORN DR<br>CANYON LAKE, CA 92587 | 07-11666<br>INPHONIC, INC. | 1438 | $180.00 | (P) | POC FILED 5/5/08 |
| 4 | EDEN SATELLITE<br>GIZELLE LETOURNEAU<br>PO BOX 295<br>FROMBERG, MT 59029 | 07-11666<br>INPHONIC, INC. | 1480 | $1,088.00 | (P) | POC FILED 5/20/08 |
| 5 | SALTMARSHALL, JIMMIE L<br>150 SUBURBAN ST<br>ECORSE, MI 48229 | 07-11666<br>INPHONIC, INC. | 1257 | $20,000,000.00 | (P) | POC FILED 3/27/08 |
| 6 | SAMMONS, BIANCA STAR<br>425 S VILLA SAN MARCO DR<br>#105<br>ST AUGUSTINE, FL 32086 | 07-11666<br>INPHONIC, INC. | 1452 | $50.00 | (P) | POC FILED 5/9/08 |

**Totals:** $20,011,368.00 (P)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# Exhibit D

## In re: SN Liquidation, Inc., et al.
## EXHIBIT D - CLAIMS WITHOUT ANY SUPPORTING DOCUMENTATION

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CURRAN, BRIAN J<br>3102 P ST NW<br>WASHINGTON, DC 20007 | 07-11666<br><br>INPHONIC, INC. | 23 | $10,950.00<br>$312,127.00 | (P)<br>(U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 2 | DISH NETWORK<br>EMMA MOTON<br>3737 TIMBERGLEN RD<br>APT 1201<br>DALLAS, TX 75287 | 07-11666<br>INPHONIC, INC. | 393 | BLANK | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 3 | LAWSON, WILL<br>MR LAWSON<br>23306 CIMBER LN<br>SPRING, TX 77373 | 07-11666<br><br>INPHONIC, INC. | 290 | $120.00<br>$100.00 | (P)<br>(U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 4 | MTE<br>MELISSA BARNES<br>412 DAIRY HILL RD<br>LITTLE FALLS, NY 13365 | 07-11666<br><br>INPHONIC, INC. | 324 | $50.00<br>$50.00 | (P)<br>(U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 5 | OZARK HILLBILLES THE<br>HUGHIE CHANCEY<br>5041 DEER TRACK TRAIL<br>OZARK, AR 72949 | 07-11666<br>INPHONIC, INC. | 443 | $500.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 6 | SALTMARSHALL, JIMMIE L<br>150 SUBURBAN ST<br>ECORSE, MI 48229 | 07-11666<br>INPHONIC, INC. | 1257 | $20,000,000.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 7 | VMC SATELLITE INC<br>HUGHIE CHANCEY<br>5041 DEER TRACK TRAIL<br>OZARK, AR 72949 | 07-11666<br>INPHONIC, INC. | 444 | $500.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| | | | Totals: | $20,012,120.00<br>$312,277.00 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.