# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## ORDER SUSTAINING THIRD OMNIBUS OBJECTION
## (NON-SUBSTANTIVE) OF THE DEBTORS TO
## CERTAIN NO LIABILITY CLAIMS

Upon consideration of (i) the Third Omnibus Objection (Non-Substantive) to Certain No Liability Claims (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the claims listed on Exhibit A attached hereto, (iii) the Declaration of Brad Daniel of BMC Group, Inc. in support of the Objection attached to the Objection as Exhibit B, and (iv) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is, SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{01020037;v1}

ORDERED that the No Liability Claims[2] listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors' right to raise other objections to the claims subject to the Objection and this Order on any and all grounds permitted by law and/or equity are hereby preserved; and it is further

ORDERED that each claim and the Debtors' objections thereto as addressed in the Objection and as set forth on Exhibit A attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014; and that this Order shall be deemed a separate Order with respect to each claim; and that any stay of this Order pending appeal by any of the Claimants whose claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with Respect to the other contested matters covered hereby; and it is further ordered

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July ____, 2008

                                                        THE HONORABLE KEVIN GROSS
                                                        UNITED STATES BANKRUPTCY JUDGE

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

# Exhibit A

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | EPLUS GROUP INC<br>ERICA S STOECKER<br>MAILSTOP 192<br>13595 DULLES TECHNOLOGY DR<br>HERNDON, VA 20171-3413 | 07-11666<br><br>INPHONIC, INC. | 1162 | $44,456.87 | (P) | NO LIABILITY PER COURT ORDER DATED 5/20/2008 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND PAYMENT OF CURE AMOUNT, IF ANY, BY PURCHASER |
| 2 | RANDALL VAN DYKE & ASSOCIATES INC<br>DBA RNA INC<br>RANDALL VAN DYKE<br>5670 GREENWOOD PLAZA BLVD<br>STE 200<br>GREENWOOD VILLAGE, CO 80111 | 07-11666<br><br>INPHONIC, INC. | 1180 | $500,000.00<br><br>UNLIQUIDATED | (S) | NO LIABILITY PER COURT ORDER DATED 5/20/2008 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND PAYMENT OF CURE AMOUNT, IF ANY, BY PURCHASER |
| 3 | WATERFRONT CENTER LIMITED PARTNERSHIP<br>MR TED VOGEL<br>C/O RB ASSOCIATES INC<br>1054 31ST STREET<br>STE 1000<br>WASHINGTON, DC 20007 | 07-11666<br><br>INPHONIC, INC. | 589 | $46,568.00<br><br>UNLIQUIDATED | (S) | NO LIABILITY PER STIPULATION APPROVED BY THE COURT BY ORDER DATED 5/7/2008 |

| | Totals: | | |
|---|---|---|---|
| | $546,568.00 | (S) | |
| | $44,456.87 | (P) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgment by the Debtors that such classification is correct or appropriate.