DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM )

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In Re:

    SN LIQUIDATION, INC. ET., AL.,
    F/K/A INPHONIC, INC.,

          Debtor.

Case No. 07-11666-KG
(Chapter 11)

---

### NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
### OF ALL ORDERS, NOTICES, AND PLEADINGS
### UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

CitiCorp Vendor Finance, Inc., a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    June 4, 2008
               Albany, New York

                            \s\ Martin A. Mooney_____
                            Martin A. Mooney, Esq.
                            DEILY, MOONEY & GLASTETTER, LLP
                            Attorneys for CitiCorp Vendor Finance, Inc.
                            Office and P.O. Address
                            8 Thurlow Terrace
                            Albany, New York 12203
                            Phone: (518) 436-0344

TO:  Court Clerk
U.S. Bankruptcy Court
824 Market Street, 6th Flr.
Wilmington, Delaware  19801

Mary E. Augustine, Esq.
Attorney for Debtor
Bayard, P.A.
222 Delaware Avenue
P.O. Box 25130
Wilmington, Delaware  19899

Neil B. Glassman, Esq.
Attorney for Debtor
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19801

Daniel A. O'Brien, Esq.
Attorney for Debtor
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19801

Eric Michael Sutty, Esq.
Attorney for Debtor
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899

***ER107USTrustee_ABCo***

B-CITICORP.08.02648