DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203
(518) 436-0344
Martin A. Mooney, Esq. (MM )

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>    SN LIQUIDATION, INC. ET., AL.,<br>    F/K/A INPHONIC, INC.,<br><br>        Debtor. | Case No. 07-11666-KG<br>(Chapter 11) |

## CERTIFICATE OF SERVICE

    I, Jennifer M Reiser, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on June 9, 2008.

**E-Mail Service:** via e-mail notification to the following:

| | |
|---|---|
| Eric Michael Sutty, Esq.<br>Attorney for Debtor<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware  19899 | United States Trustee<br>United States Bankruptcy Court<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, Delaware  19899 |

\s\ Jennifer M. Reiser
Jennifer M Reiser

B-CITICORP.08.02648