# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD MAY 1, 2008 TO MAY 31, 2008

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period May 1, 2008 to May 31, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: June 9, 2008
Wilmington, Delaware

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

{01027376;v1}

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors

{01027376;v1}

| 6/5/2008 | Clear Thinking Group, LLC | |
|---|---|---|
| 8:47 AM | Client T&E by Employee | Page   1 |

## Selection Criteria

| Slip.Date | 5/1/2008 - 5/31/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 34159           TIME<br>5/1/2008<br>WIP<br>General paperwork of case - work on consumer complaint letters | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 2.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 580.00 |
| 34381           TIME<br>5/2/2008<br>WIP<br>General paperwork of case -review and send consumer complaint letters/scans to DR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 34382           TIME<br>5/2/2008<br>WIP<br>General paperwork of case -handle mail | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 200.00 |
| 34391           TIME<br>5/2/2008<br>WIP<br>General paperwork of case - emails w/Meg Augustine requesting disbursement info for operating report | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 34558           TIME<br>5/5/2008<br>WIP<br>General paperwork of case - review month end billing, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 34563           TIME<br>5/5/2008<br>WIP<br>General paperwork of case - monthly operating report for April, send to Bayard, prepare notice of change and back up for Michigan administrative claim, send same to DR for review | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 360.00 |
| 34573           TIME<br>5/6/2008<br>WIP<br>General paperwork of case, review consumer | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 280.00 |

| 6/5/2008 | Clear Thinking Group, LLC | | | |
|---|---|---|---|---|
| 8:47 AM | Client T&E by Employee | | | Page   2 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| complaints w/DR, complete final letters and mail, emails | | | | |
| 34633    TIME<br>5/7/2008<br>WIP<br>General paperwork of case - Michigan NOD for INP, redo NOD for Star per emails request, discuss ADP returns w/DR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |
| 34635    TIME<br>5/7/2008<br>WIP<br>General paperwork of case - revew m/e billing adjustments, email to JM re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 34643    TIME<br>5/7/2008<br>WIP<br>General paperwork of case -follow up email w/George Moratis re Massachusetts tax issue | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 34755    TIME<br>5/8/2008<br>WIP<br>General paperwork of case - prepare corrected 1099s and 1096 forms for two cases, overnight package to Joe Pardo for signature w/envelopes, emails to DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 320.00 |
| 34876    TIME<br>5/9/2008<br>WIP<br>General paperwork of case - review info for Massachusetts sales tax issue, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 35223    TIME<br>5/15/2008<br>WIP<br>General paperwork of case - response to MA Dept of Revenue for sales tax demand | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |
| 35224    TIME<br>5/15/2008<br>WIP<br>General paperwork of case - review small claims court notice received, email to DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 35343    TIME<br>5/16/2008<br>WIP<br>General paperwork of case - review small claims | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |

6/5/2008  
8:47 AM

Clear Thinking Group, LLC  
Client T&E by Employee

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| action w/DR | | | | |
| 35553          TIME<br>5/19/2008<br>WIP<br>General paperwork of case - call w/1099 recipient, email to Simplexity re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 35613          TIME<br>5/20/2008<br>WIP<br>General paperwork of case - prepare corrected 1099 for recipient and emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 35756          TIME<br>5/22/2008<br>WIP<br>General paperwork of case - review new mail received, scan and email pertinent pieces to DR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 140.00 |
| 36096          TIME<br>5/29/2008<br>WIP<br>General paperwork of case - follow up email w/Meg Ausgustine re Joe Pardo and corrected 1096 forms | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 36254          TIME<br>5/30/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - calls and emails w/ADP and DR re MIchigan tax issue | Engelhardt, D<br>Correspondance<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| Total: Denise Engelhardt | Billable<br>Unbillable<br>Total | 13.20<br>0.00<br>13.20 | | 2640.00<br>0.00<br>2640.00 |
| 34535          TIME<br>5/2/2008<br>WIP<br>General paperwork of case - review stipulation/followup. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 34509          TIME<br>5/5/2008<br>WIP<br>General paperwork of case - review MOR, followup re: MI administrative claim; various emails re: open issues. Call w/creditor re: | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |

6/5/2008  
8:47 AM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page 4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| claim/followup communications. | | | | |
| 34567                    TIME<br>5/6/2008<br>WIP<br>General paperwork of case - review draft responses to customer complaints, discuss with DE; followup re: MI administrative claim/complete forms. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |
| 34699                    TIME<br>5/7/2008<br>WIP<br>General paperwork of case - review/followup re: response from MI re: NOD form | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 34684                    TIME<br>5/8/2008<br>WIP<br>General paperwork of case - call with KE, Simplexity re: McCall Handling/followup. Multiple communications re: corrected 1099s, customer complaints. Revise/resubmit MI NODs. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.40<br>0.00<br>1.33<br>0.07 | 400.00<br>T@9 | 560.00 |
| 34824                    TIME<br>5/9/2008<br>WIP<br>General paperwork of case - various communications re: creditor inquiries; call with McCall Handling re: equipment; followup re: state complaints. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 35008                    TIME<br>5/13/2008<br>WIP<br>General paperwork of case - followup re: creditor inquiries. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 35116                    TIME<br>5/14/2008<br>WIP<br>General paperwork of case - various communications re: pending matters. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 35264                    TIME<br>5/16/2008<br>WIP<br>General paperwork of case - small claims suit, various communications re: pending matters | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |

| 6/5/2008 | | Clear Thinking Group, LLC | | | |
|---|---|---|---|---|---|
| 8:47 AM | | Client T&E by Employee | | Page | 5 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 35564    TIME<br>5/20/2008<br>WIP<br>General paperwork of case - followup re: open issues | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 35645    TIME<br>5/21/2008<br>WIP<br>General paperwork of case - review/ confer re: mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 35958    TIME<br>5/23/2008<br>WIP<br>General paperwork of case - review correspondence from counsel | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 36291    TIME<br>5/29/2008<br>WIP<br>General paperwork of case - various communications re: MI admin claim/ corrected 1099s | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 36300    TIME<br>5/30/2008<br>WIP<br>General paperwork of case - various communications re: MI claim | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| Total: Dorene Robotti<br>  Billable<br>  Unbillable<br>  Total | | 8.60<br>0.00<br>8.60 | | 3440.00<br>0.00<br>3440.00 |
| 35325    TIME<br>5/6/2008<br>WIP<br>General paperwork of case/Prepartion in Sending Monthly Invoices | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |
| Total: Maria Malda<br>  Billable<br>  Unbillable<br>  Total | | 0.20<br>0.00<br>0.20 | | 15.00<br>0.00<br>15.00 |
| Total: Time<br>  Billable | | 22.00 | | 6095.00 |

6/5/2008  
8:47 AM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page    6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable<br>Total | 0.00<br>22.00 | | 0.00<br>6095.00 |

**Slip Type: Expense**

| 36610                EXP<br>5/30/2008<br>WIP<br>Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 124 | 0.18 | 22.32 |
| 36539                EXP<br>5/31/2008<br>WIP<br>Print/Scan/Copy Charges - May 08 | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 37 | 0.18 | 6.66 |

Total: Copy/Print/Scan Charges

| | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 28.98<br>0.00<br>28.98 |

| 34395                EXP<br>5/2/2008<br>WIP<br>Postage - for week ending 5/2/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 12.00 | 12.00 |
| 34879                EXP<br>5/9/2008<br>WIP<br>Postage - for consumer complaints wk ending 5-9-08, corrected 1099 red copies to IRS and overnight package to Joe Pardo | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 30.76 | 30.76 |
| 35367                EXP<br>5/15/2008<br>WIP<br>Postage - through May 15th | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 0.69 | 0.69 |

Total: Denise Engelhardt

| | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 43.45<br>0.00<br>43.45 |

| 35483                EXP<br>5/19/2008<br>WIP<br>FedEx Charges - Shipped 4/2108 | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 13.69 | 13.69 |

Total: Maria Malda

| | Billable | 0.00 | | 13.69 |

6/5/2008  Clear Thinking Group, LLC
8:47 AM  Client T&E by Employee  Page    7

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 13.69 |
| Total: Expense | | | | |
| | Billable | 0.00 | | 86.12 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 86.12 |
| Grand Total | | | | |
| | Billable | 22.00 | | 6181.12 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 22.00 | | 6181.12 |