## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.¹,** | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE RE:

Docket  
No. 567

NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

[PROPOSED] ORDER SUSTAINING FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTORS TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

NOTICE OF ELECTRONIC FILING

Docket  
No. 569

NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION (NON SUBSTANTIVE) TO CERTAIN CLAIMS

DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIBE) TO CERTAIN CLAIMS

[PROPOSED] ORDER SUSTAINING SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTORS TO CERTAIN CLAIMS

NOTICE OF ELECTRONIC FILING

Docket  
No. 570

NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN NO LIABILITY CLAIMS

DEBTORS' THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN NO LIABILITY CLAIMS

[PROPOSED] ORDER SUSTAINING THIRD OMNIBUS OBJECTION (NON-SUTSTANTIVE) OF THE DEBTORS TO CERTAIN NO LIABILITY CLAIMS

NOTICE OF ELECTRONIC FILING

---

1 The Debtors and debtors in possession are INP Liquidation Corp., f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp , f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC

I, James H. Myers, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2.     On June 6, 2008, I caused the above referenced documents to be served on the parties as described below:

| | |
|---|---|
| Exhibit A | Service List regarding Docket Nos. 567, 569 and 570<br>[Re. those parties who have requested special notice and the Core Group] |
| Exhibit B | Affected Parties Service List regarding Docket No. 567 |
| Exhibit C | Affected Parties Service List regarding Docket No. 569 |
| Exhibit D | Affected Parties Service List regarding Docket No. 570 |

3.     All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 9, 2008
El Segundo, California

_____
James H. Myers

State of California          )
                             )
County of Los Angeles        )

On June 9, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008

# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Total number of parties: 255**

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29190 | ARCHER & GREINER PC, JOHN V FIORELLA ESQ, (RE PENNSYLVANIA MFG INDEMNITY CO ET AL), 300 DELAWARE AVE, STE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29190 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE· GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 29190 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 29190 | ATTORNEY GENERAL, MICHAEL A COX, (RE STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29190 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE· IRON MOUNTAIN INFORMATION MGT INC), 155 FEDERAL ST, 9TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 29190 | BAYARD PA, ERIC M SUTTY, (RE CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29190 | BAYARD PA, MARY E AUGUSTINE, (RE CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29190 | BAYARD PA, NEIL B GLASSMAN, (RE CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29190 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 29190 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 29190 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 29190 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29190 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29190 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29190 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29190 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 29190 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE· MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 29190 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 29190 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 29190 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 29190 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE· DDR SE WENDOVER & DULUTH REYNOLDS), 3300 ENTERPRISE PKWY, PO BOX 228042, BEACHWOOD, OH, 44122 | US Mail (1st Class) |
| 29190 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29190 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 29190 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE· DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 29190 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 29190 | GOLDSMITH LAZARD, ANDREW TORGOVE & JASON COHEN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 29190 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 29190 | HALPERIN BATTAGLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29190 | HALPERIN BATTAGLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29190 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 29190 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE. MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 29190 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 29190 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29190 | KENT COUNTY, (RE DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 29190 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 29190 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 29190 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29190 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29190 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 29190 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 29190 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 29190 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE· SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 29190 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 29190 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE COSMOCOM COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29190 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 29190 | REED SMITH LLC, KURT F GWYNNE, (RE COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 29190 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 29190 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |

SN Liquidation, Inc., et al f/k/a InPhonic, Inc

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29190 | SEITZ VAN OGTROP & GREEN PA, KEVIN A GUERKE, (RE QUALUTION SYSTEMS INC) 222 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE· QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29190 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |
| 29190 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE ALLTEL COMMUNICATIONS), 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE, 19889 | US Mail (1st Class) |
| 29190 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | THE PMA INSURANCE GROUP, SUZANNA E ELLEFSEN ESQ, (RE· PENNSYLVANIA MFG INDEMNITY CO ET AL), 380 SENTRY PKWY, BLUE BELL, PA, 19422 | US Mail (1st Class) |
| 29190 | US ATTORNEY S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 29190 | US DEPT OF JUSTICE CIVIL DIV, SETH B SHAPIRO, (RE FEDERAL COMMUNICATIONS COMM), COMMERCIAL LITIGATION BRANCH, 1100 L ST NW RM 10012, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 29190 | VERSA CAPITAL MANAGEMENT, INC , GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 29190 | VERSA CAPITAL MANAGEMENT, INC , PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 29190 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE· ADVERTISING COM), 92 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29190 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29190 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 29190 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE· SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 29190 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE· T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29190 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S BRADY, (RE ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 76**

# EXHIBIT B

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29187 | 12 INTERACTIVE LLC, 3501 N SOUTHPORT AVE, STE 144, CHICAGO, IL, 60657 | US Mail (1st Class) |
| 29187 | ABAO, ABUNDIO, 1145 EUCLID AVE, BEAUMONT, CA, 92223 | US Mail (1st Class) |
| 29187 | ABERNATHY, TOBIAS S, 148 19TH ST, HICKAM AIR FORCE BASE, HONOLULU, HI, 96818 | US Mail (1st Class) |
| 29187 | ADVERTISING COM INC, C/O TIFFANY STRELOW COBB ESQ, PO BOX 1008, VORYS SATER SEYMOUR AND PEASE LLP, 52 E GAY ST, COLUMBUS, OH, 43216-1008 | US Mail (1st Class) |
| 29187 | AGRAWAL, SANJIV, 3846 MALAGA ST, CORONA, CA, 92882 | US Mail (1st Class) |
| 29187 | AGUIRRE, MARIA ROSA, 257 PHELPS AVE, BERGENFIELD, NJ, 07621 | US Mail (1st Class) |
| 29187 | AMERICAN SECURITY PROGRAMS INC, 22900 SHAW RD, #101-4, DULLES, VA, 20166 | US Mail (1st Class) |
| 29187 | ANDERSON, PAUL, 18121 NORTH TIMBER RIDGE DR, SURPRISE, AZ, 85374 | US Mail (1st Class) |
| 29187 | AOL LLC, TIFFANY STRELOW COBB ESQ, VORYS SATER SEYMOUR AND PESE LLP, 52 E GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29187 | BARNES, CHARLENE A, 17601 CLAGETT LANDING RD, UPPER MARLBORO, MD, 20774 | US Mail (1st Class) |
| 29187 | BASSANI, ALFRED J, 866 18TH AVE, VERO BEACH, FL, 32960 | US Mail (1st Class) |
| 29187 | BATES, SUZANNE M, 52 DUHAIME RD, PEARL RIVER, NY, 10965 | US Mail (1st Class) |
| 29187 | BECK, DAVID SEAN, 10577 COCHITI RD # 1, APPLE VALLEY, CA, 92308 | US Mail (1st Class) |
| 29187 | BECKLER, HEATHER, PO BOX 70278, 1400 COLEMAN AVE, MACON, GA, 31207 | US Mail (1st Class) |
| 29187 | BELL, SONDRA, 7681 ESPEY ROAD, MERIDIAN, MS, 39305 | US Mail (1st Class) |
| 29187 | BETTER TELEVISION FOR EVERYONE, DANIEL PINGER, 1820 WM H TAFT RD, CINCINNATI, OH, 45206 | US Mail (1st Class) |
| 29187 | BITAR, YEHIA, 5800 KENILWORTH, DEARBORN, MI, 48126 | US Mail (1st Class) |
| 29187 | BLACKMESH INC, 2465 J 17 CENTERVILLE RD, SUITE 720, HERNDON, VA, 20171 | US Mail (1st Class) |
| 29187 | BOYD, DENNIS E, 211 N CLOVERLAND AVE, TUCSON, AZ, 85711 | US Mail (1st Class) |
| 29187 | CAMPBELL, CASHEL, 66 MAPLE DR, ROOSEVELT, NY, 11575 | US Mail (1st Class) |
| 29187 | CARRERA, ALEJANDRINA, 2549 N WEST ST, RIVER GROVE, IL, 60171 | US Mail (1st Class) |
| 29187 | CARROLL, KAREN E, 8960 W 86TH ST, JUSTICE, IL, 60458 | US Mail (1st Class) |
| 29187 | CGETC INC DBA ACCESSORYGEEKS COM INC, 260 PASEO TESORO, WALNUT, CA, 91789 | US Mail (1st Class) |
| 29187 | CHANYONTPATANAKUL, YOTHIN, 31286 SANTA MARIA DR, UNION CITY, CA, 94587 | US Mail (1st Class) |
| 29187 | CHASNOW, DAVID, 1091 S MADISON ST, DENVER, CO, 80209 | US Mail (1st Class) |
| 29187 | CHOATE, R A, 4320 ALISO RD, PLANO, TX, 75074 | US Mail (1st Class) |
| 29187 | CHOY, PREMENDRAN, 6238 CLARK WAY, BUENA PARK, CA, 90620 | US Mail (1st Class) |
| 29187 | CHUNG, EILEEN, 1244 SCOTT ST, EL CERRITO, CA, 94530 | US Mail (1st Class) |
| 29187 | COLLEGELIVING BIZ RE LUX ENTERPRISES LLC, JUSTIN LUX, 4417 DIXIE HILL ROAD APT 211, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 29187 | CRAWFORD, DAVID, 2474 N MARBLE TOP RD, CHICKAMAUGA, GA, 30707 | US Mail (1st Class) |
| 29187 | CZECHOWSKI, MACIE J, 6238 CHAMPIONS DR, WESTERVILLE, OH, 43082 | US Mail (1st Class) |
| 29187 | DABHOLKAR, SHRIDHAR, 64 SCARLET OAK DR, PRINCETON, NJ, 08540 | US Mail (1st Class) |
| 29187 | DEHART, CAROLYN R, 108 RENEE ST, WEST MONROE, LA, 71292 | US Mail (1st Class) |
| 29187 | DELGARDO, EDITH, 210 HOLLY AVE, #22, SOUTH SAN FRANCISCO, CA, 94080 | US Mail (1st Class) |
| 29187 | DEVARAPU, SURESH B, 4225 VILLAGE LN, APT 60, WEST DES MOINES, IA, 50266 | US Mail (1st Class) |
| 29187 | DOO, HELEN, 120 WOODCLIFF BLVD, MORGANVILLE, NJ, 07747 | US Mail (1st Class) |
| 29187 | EDEN SATELLITE, GIZELLE LETOURNEAU, PO BOX 295, FROMBERG, MT, 59029 | US Mail (1st Class) |
| 29187 | ELHADDAD, MAHMOUD, 5830 5TH AVE #6-17, PITTSBURGH, PA, 15232 | US Mail (1st Class) |
| 29187 | ELHADDAD, MAHMOUD, 5830 5TH AVE 6 17, PITTSBURGH, PA, 15232 | US Mail (1st Class) |
| 29187 | EPLUS TECHNOLOGY INC, ERICA S STOCKER, MAILSTOP 192, 13595 DULLES TECHNOLOGY DR, HERNDON, VA, 20171-3413 | US Mail (1st Class) |
| 29187 | ERICKSON, CASEY, 4400 TERRY LEE CIR, BANNING, CA, 92220 | US Mail (1st Class) |
| 29187 | FETROSSI, M, PO BOX 3991, SANTA BARBARA, CA, 93130 | US Mail (1st Class) |
| 29187 | FLOYD, STEVE, 5625 BRANDON ST, COCOA, FL, 32927 | US Mail (1st Class) |
| 29187 | FRAIM, LINDA, 405 WESTRIDGE DR, PHOENIXVILLE, PA, 19460 | US Mail (1st Class) |
| 29187 | FURMER, YURI V, 2994 ROSEBROOK DR, DECATUR, GA, 30033 | US Mail (1st Class) |
| 29187 | GAITSKHOKI, NINA, 161-08 JEWEL AVE, #3F, FLUSHING, NY, 11365 | US Mail (1st Class) |

**Exhibit B - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29187 | GERRISH, GERALDINE A, 1 CARVER ST, #11, WATERVILLE, ME, 04901-5040 | US Mail (1st Class) |
| 29187 | GHODOUSSI, M, PO BOX 3991, SANTA BARBARA, CA, 93130 | US Mail (1st Class) |
| 29187 | GOLAIT, NITIN, 1521 LINCOLN WAY, #202, MCLEAN, VA, 22102 | US Mail (1st Class) |
| 29187 | GONZALEZ, MIGUEL, 608 NE 78TH AVE, PORTLAND, OR, 97213 | US Mail (1st Class) |
| 29187 | GRANT, CHRIS, 10 MEADOWS EDGE DR, CAPE MAY COURT HOUSE, NJ, 08210 | US Mail (1st Class) |
| 29187 | GRESSER, MARLENE M, 2062 S 104TH ST, WEST ALLIS WI, 53227 | US Mail (1st Class) |
| 29187 | GRINTON, ROBERT, 34461 BRIDLE LN, GURNEE, IL, 60031 | US Mail (1st Class) |
| 29187 | HALL, HIARM, PO BOX 1143, FOLSOM, LA, 70437 | US Mail (1st Class) |
| 29187 | HANG, SONG KOK, 1039 WEST OLIVE AVE# 2, SUNNYVALE, CA, 94086 | US Mail (1st Class) |
| 29187 | HARRIS, PHILLIP & ELAINE, 1562 JULIAN ST, STOCKTON, CA, 95206 | US Mail (1st Class) |
| 29187 | HELOU, CAROLINE, 8483 SW HEMLOCK ST, APT C, TIGARD, OR, 97223 | US Mail (1st Class) |
| 29187 | HEPPENSTALL, JENNIFER B, 13515 SPINNING WHEEL DR, GERMANTOWN, MD, 20874 | US Mail (1st Class) |
| 29187 | HIRESTRATEGY INC, 11730 PLAZA AMERICA DR, STE 340, RESTON, VA, 20190 | US Mail (1st Class) |
| 29187 | HOLDEN, JON, 56 BEAVER ST, APT 502, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 29187 | HUANG, JACK, 2115 SHOREVIEW AVE, SAN MATEO, CA, 94401 | US Mail (1st Class) |
| 29187 | HUANG, ZHIMING, 1 BALLARD LN, SALEM, NH, 03079 | US Mail (1st Class) |
| 29187 | HUI, PAMELA, 3266 SANTA SUSANA WAY, UNION CITY, CA, 94587 | US Mail (1st Class) |
| 29187 | HUTCHINSON, MARK, 10241 N 129TH E AVE, OWASSO, OK, 74055 | US Mail (1st Class) |
| 29187 | IRON MOUNTAIN INFORMATION MANAGEMENT INC, R FREDERICK LINFESTY ESQ, 745 ATLANTIC AVE, 10TH FL, BOSTON, MA, 02111 | US Mail (1st Class) |
| 29187 | ISGETTE, KELLY, 261 11TH AVE, VERO BEACH, FL, 32962 | US Mail (1st Class) |
| 29187 | J & R MUSIC WORLD - J & R COMPUTER WORLD, 23 PARK ROW, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 29187 | JAFFE, DANIEL, 5 MORTON TERRACE, MILTON, MA, 02186 | US Mail (1st Class) |
| 29187 | JONES, MICHAEL A, 613 URQUHART DRIVE, BEECH ISLAND, SC, 29842 | US Mail (1st Class) |
| 29187 | JUNAID, OMAR, 10522 PALM COVE AVE, TAMPA, FL, 33647 | US Mail (1st Class) |
| 29187 | KANAKAMEDALA, SRIKANTH, 6521 THE A LANE, APT #IV, COLUMBUS, GA, 31907 | US Mail (1st Class) |
| 29187 | KEKAHBAN, ROXANNE, 4556 GULF AVE, NO FT MYERS, FL, 33903 | US Mail (1st Class) |
| 29187 | KENCHA, MALLIKARJUN, 10601 SABO RD, APT 15, HOUSTON, TX, 77089 | US Mail (1st Class) |
| 29187 | KENNEDY, JAMES, 35 HERNANDEZ AVE, SAN FRANCISCO, CA, 94127 | US Mail (1st Class) |
| 29187 | KOHLI, AMARDEEP, 94 CANAL VIEW DR, LAWRENCEVILLE, NJ, 08648 | US Mail (1st Class) |
| 29187 | KRUEGER, RUSS, 519 BENDER RD, WEST BEND, WI, 53090 | US Mail (1st Class) |
| 29187 | KUMAR, RAJNEESH, 2205 GENERAL ELECTRIC RD, APT 18, BLOOMINGTON, IL, 61704 | US Mail (1st Class) |
| 29187 | LAETZSCH, KRISTOFER, 3650 S 15TH ST, SHOW LOW, AZ, 85901 | US Mail (1st Class) |
| 29187 | LEE, ALFRED, 769 GRAND AVE, THIENSVILLE, WI, 53092 | US Mail (1st Class) |
| 29187 | LEE, JEFFREY, 2556 HANOVER LN, CHESAPEAKE, VA, 23321 | US Mail (1st Class) |
| 29187 | LEE, JUNG JAE, 258 FLORES WAY, ST JOHNS, FL, 32559 | US Mail (1st Class) |
| 29187 | LEE, JUNG JAE, 258 FLORES WAY, ST JOHNS, FL, 32259 | US Mail (1st Class) |
| 29187 | LIRON, YITAO, 21563 HALSTEAD DR, BOCA RATON, FL, 33428 | US Mail (1st Class) |
| 29187 | LLOYD, WAYNE, PO BOX 411, NEWPORT, RI, 02840-0400 | US Mail (1st Class) |
| 29187 | LOUCKS, CHRISTINE L, 10470 SEYMOUR AVENUE, DIBERVILLE, MS, 39540 | US Mail (1st Class) |
| 29187 | MAHESHWARY, VIPIN, 1205 E PERRIN AVE, APT 207, FRESNO, CA, 93720 | US Mail (1st Class) |
| 29187 | MARTYNOV, VALERY, 60 NORTHCREST DRIVE, SOUTH SAN FRANCISCO, CA, 94080 | US Mail (1st Class) |
| 29187 | MASLON, GLENN, LOYALTY PROMOTION, 16535 MERC LN, LOCKPORT, IL, 60441 | US Mail (1st Class) |
| 29187 | MASTERS, DAVID, 1937 CROGHAN DR, MELBOURNE, FL, 32940 | US Mail (1st Class) |
| 29187 | MCCALL HANDLING CO, 8801 WISE AVE, BALTIMORE, MD, 21222 | US Mail (1st Class) |
| 29187 | MIKELL, ARMOND, PO BOX 267, SUMMIT, MS, 39666 | US Mail (1st Class) |
| 29187 | MILES, JOHN S, 37 RIVER RIDGE, SLEEPY HOLLOW, IL, 60118 | US Mail (1st Class) |
| 29187 | MONIZE, MILDRIDE P, 4140 RAMBLER AVE, ST CLOUD, FL, 34772 | US Mail (1st Class) |
| 29187 | MOORE, PAULA, 13512 BROKEN BRANCH WAY, LOUISVILLE, KY, 40245 | US Mail (1st Class) |
| 29187 | MURO, EDUARDO D, 2536 N 47TH DR, PHOENIX, AZ, 85035 | US Mail (1st Class) |

SN Liquidation, Inc , et al f/k/a InPhonic, Inc

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29187 | NAUGLE, KEVIN, 1338 PROSPECT ST, YORK, PA, 17403 | US Mail (1st Class) |
| 29187 | NELLUVELIL, ANTONY, 1905 BENEDICT CT, ROWLETT, TX, 75088 | US Mail (1st Class) |
| 29187 | O'BRIEN, MICHAEL, 20088 HERITAGE POINT DRIVE, TAMPA, FL, 33647 | US Mail (1st Class) |
| 29187 | OLLQUIST, RHONDA M, 25 PHILLIPS RD, SUDBURY, MA, 01776 | US Mail (1st Class) |
| 29187 | ONORATI, JOLENE, 14280 FOOTHILL LANE, GOLDEN, CO, 80401 | US Mail (1st Class) |
| 29187 | OVENS, VICTORIA, 233 COMMONS DR, HOLLY SPRINGS, NC, 27540 | US Mail (1st Class) |
| 29187 | OVERTURE SERVICES INC, ATTN PATRICK COSTELLO, BIALSON BERGEN & SCHWAB, 2600 EL CAMINO REAL, STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 29187 | PARDASANI, GEETA, 39821 CEDAR BLVD, UNIT 213, NEWARK, CA, 94560 | US Mail (1st Class) |
| 29187 | PARKER (HARRIS), NICHOLE, 9670 DEE RD, APT 202, DES PLAINES, IL, 60016 | US Mail (1st Class) |
| 29187 | PDA GROOVE, 657 WATER OAK DR, PLANO, TX, 75025 | US Mail (1st Class) |
| 29187 | PERSAUD, ANITA, 115-38 135TH ST, S OZONE PARK, NY, 11420 | US Mail (1st Class) |
| 29187 | PHAN, TRISH, 1961 D MIDDLESEX ST, LOWELL, MA, 01851 | US Mail (1st Class) |
| 29187 | PHOMMACHANH, ZHENXIAN, 72 BRIDLE PATH RD, WEST SPRINGFIELD, MA, 01089 | US Mail (1st Class) |
| 29187 | PODLOGAR, SHARYL, 10208 FAIRTREE DR, STRONGSVILLE, OH, 44149 | US Mail (1st Class) |
| 29187 | PORTER, RHIANNON, 3218 WISCONSIN AVE NW, APT B3, WASHINGTON, DC, 20016-3823 | US Mail (1st Class) |
| 29187 | PRICE, JOANNA, 2711 NW 47TH LANE, LAUDERDALE LKS, FL, 33313 | US Mail (1st Class) |
| 29187 | QADEER, INAM, 113 ARROWHEAD DR, BURLINGTON, NJ, 08016 | US Mail (1st Class) |
| 29187 | QUEST VISION, ROY HAYES SR, PO BOX 19906, LOUISVILLE, KY, 40259 | US Mail (1st Class) |
| 29187 | QUICK, JEANETTE, 200 W 99TH ST, APT 4E, NEW YORK, NY, 10025 | US Mail (1st Class) |
| 29187 | RANALLO, RALPH, 15141 W CUSTER LN, SURPRISE, AZ, 85379 | US Mail (1st Class) |
| 29187 | REDOLFO, GARY, 1471 SUMMIT RUN CIR, WEST PALM BCH, FL, 33415-4748 | US Mail (1st Class) |
| 29187 | RHEE, STEPHEN, 7777 LEESBURG PIKE, STE 104N, FALLS CHURCH, VA, 22043 | US Mail (1st Class) |
| 29187 | ROBERTS, AMELIA, 4351 COLLING ROAD EAST, BONITA, CA, 91902 | US Mail (1st Class) |
| 29187 | ROBINSON, RALPH E, 1493 WESTFERRY XING, MYRTLE BEACH, SC, 29575 | US Mail (1st Class) |
| 29187 | RODRIGUEZ, ANTONIO, 3025 SE DARIEN RD, PORT ST LUCIE, FL, 34952 | US Mail (1st Class) |
| 29187 | ROSIEN, JANIE E, 180 THOMPSON STREET, APT 6D, NEW YORK, NY, 10012 | US Mail (1st Class) |
| 29187 | RUDISILL, JOANNA J, 329 MAIN ST, AKRON, PA, 17501 | US Mail (1st Class) |
| 29187 | RYAN, JIM & GEORGIA, 5057 HWY 95, BLDG A, FT MOHAVE, AZ, 86426 | US Mail (1st Class) |
| 29187 | SAMARASINGHE, SHIRON, 56 MONSEY PLACE, STATEN ISLAND, NY, 10303 | US Mail (1st Class) |
| 29187 | SANJEAN, JENNIFER, 589 W LAYTON ST, OLATHE, KS, 66061 | US Mail (1st Class) |
| 29187 | SCHWARZ, KENNETH D, LISA BITTLE TANCREDI, VENABLE LLP, TWO HOPKINS PLAZA, SUITE 1800, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29187 | SHIMOKIHARA, TRACI H, 95-106 PAIKAUHALE PL, MILILANI, HI, 96789 | US Mail (1st Class) |
| 29187 | SMITH, KAREN, CARROT ADVISERS LLC, ONE BROADWAY, 14TH FL, CAMBRIDGE, MA, 02142 | US Mail (1st Class) |
| 29187 | SONI, VIRENDRA, 709 COWBOYS PARKWAY #2002, IRVING, TX, 75063 | US Mail (1st Class) |
| 29187 | STEINKE, RICHARD, 810 GYPSUM CT, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 29187 | STURTEVANT, RANDY, 9318 SCENIC DR, BRIGHTON, MI, 48114 | US Mail (1st Class) |
| 29187 | SUBRAMANIAN, CHANDRASEKARAN, 1530 NORTHBROOK DRIVE, LIMA, OH, 45805 | US Mail (1st Class) |
| 29187 | SURPUR, ANIL, 7630 KIRWIN LN, CUPERTINO, CA, 95014 | US Mail (1st Class) |
| 29187 | SWEHA, RAYMOND, III CUMMINGTON ST RM 138, COMPUTER SCIENCE DEPT BV, BOSTON, MA, 02215 | US Mail (1st Class) |
| 29187 | SZCZERBIAK, MICHAEL E, 19 PAULINE CT, LANCASTER, NY, 14086 | US Mail (1st Class) |
| 29187 | TAIN, MITSUO, 2800 PLAZA DEL AMO # 130, TORRANCE, CA, 90503 | US Mail (1st Class) |
| 29187 | TAYLOR, JOYCE, 17 TONIA TER, HAWTHORNE, NJ, 07506 | US Mail (1st Class) |
| 29187 | THOKA, THIRUMALA RAO, 1560 W DEMPSTER ST, #105, MOUNT PROSPECT, IL, 60056 | US Mail (1st Class) |
| 29187 | TRAN, KHA, 1544 EMERALD NE, GRAND RAPIDS, MI, 49505 | US Mail (1st Class) |
| 29187 | TRELOAR, KIM, PO BOX 46, NORTH HAVEN, CT, 06473 | US Mail (1st Class) |
| 29187 | US 21 COMPUTERS, 4930-C EISENHOWER AVE, ALEXANDRIA, VA, 22304 | US Mail (1st Class) |
| 29187 | VANDERPRIEM, DANIEL, 44 VISTA MIRAGE WAY, RANCHO MIRAGE, CA, 92270 | US Mail (1st Class) |
| 29187 | VASIC, JULIA LAUREN, 1003 48TH AVE, #3C, LONG ISLAND CITY, NY, 11101 | US Mail (1st Class) |

SN Liquidation, Inc , et al  f/k/a InPhonic, Inc

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29187 | VLEE, ANGELICA, 7777 LEESBURG PIKE, STE 104N, FALLS CHURCH, VA, 22043 | US Mail (1st Class) |
| 29187 | WANG, WEIQING, 5031 CAMPUS HILL DR, APT 304G, OKEMOS, MI, 48864 | US Mail (1st Class) |
| 29187 | WHEELER, DANIEL, 90 GRAYSON ST, STATEN ISLAND, NY, 10306 | US Mail (1st Class) |
| 29187 | WHITE, BRANDON, 3238 BREAKERS WAY, ORLANDO, FL, 32825 | US Mail (1st Class) |
| 29187 | WILLEMS, LOURDES, 135 S CONCORD TER, GALLOWAY, NJ, 08205 | US Mail (1st Class) |
| 29187 | YADAV, NARENDRA S, 48029 LEONTINE CT, FREMONT, CA, 94539 | US Mail (1st Class) |
| 29187 | YAHOO INC, ATTN PATRICK COSTELLO, BIALSON BERGEN & SCHWAB, 2600 EL CAMINO REAL, STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 29187 | YOUNG, ROBERT JUDD, 854 SALTCREEK BEND LN, LA MARQUE, TX, 77568 | US Mail (1st Class) |
| 29187 | YOUNG, SADIYYAH, PO BOX 826, NORRISTOWN, PA, 19404 | US Mail (1st Class) |
| 29187 | ZEINFELD, ANDREW B, LISA BITTLE TANCREDI, VENABLE LLP, TWO HOPKINS PLAZA, SUITE 1800, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29187 | ZHONG, YUHUAN, 65 04 175TH STREET, FLUSHING, NY, 11365 | US Mail (1st Class) |

Subtotal for this group: 154

# EXHIBIT C

## Exhibit C - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29188 | BEHLOW, TERRI, 323 MONROE ST, SHEBOYGAN FALLS, WI, 53085 | US Mail (1st Class) |
| 29188 | BRISENO, RAUL, 2504 S ORVILLE ST, RB99, STOCKTON, CA, 95206-3518 | US Mail (1st Class) |
| 29188 | BROWN, DIANNE, 29246 LONGHORN DR, CANYON LAKE, CA, 92587 | US Mail (1st Class) |
| 29188 | CURRAN, BRIAN J, 3102 P ST NW, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 29188 | DISH NETWORK, EMMA MOTON, 3737 TIMBERGLEN RD, APT 1201, DALLAS, TX, 75287 | US Mail (1st Class) |
| 29188 | EDEN SATELLITE, GIZELLE LETOURNEAU, PO BOX 295, FROMBERG, MT, 59029 | US Mail (1st Class) |
| 29188 | GRINTON, ROBERT, 34461 BRIDLE LN, GURNEE, IL, 60031 | US Mail (1st Class) |
| 29188 | INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, 31 HOPKINS PLZ, RM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29188 | LAWSON, WILL, MR LAWSON, 23306 CIMBER LN, SPRING, TX, 77373 | US Mail (1st Class) |
| 29188 | MARTYNOV, VALERY, 60 NORTHCREST DR, SOUTH SAN FRANCISCO, CA, 94080 | US Mail (1st Class) |
| 29188 | MICHIGAN DEPARTMENT OF TREASURY, STATE OF, ATTN DEBORAH WALDMEIR, CADILLAC PLACE, 3030 W GRAND BLVD SUITE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29188 | MICHIGAN, STATE OF, DEPARTMENT OF TREASURY, DEBORAH WALDMEIR, 3030 W GRAND BLVD, SUITE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29188 | MTE, MELISSA BARNES, 412 DAIRY HILL RD, LITTLE FALLS, NY, 13365 | US Mail (1st Class) |
| 29188 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 29188 | OZARK HILLBILLES THE, HUGHIE CHANCEY, 5041 DEER TRACK TRAIL, OZARK, AR, 72949 | US Mail (1st Class) |
| 29188 | SALTMARSHALL, JIMMIE L, 150 SUBURBAN ST, ECORSE, MI, 48229 | US Mail (1st Class) |
| 29188 | SAMMONS, BIANCA STAR, 425 S VILLA SAN MARCO DR, #105, ST AUGUSTINE, FL, 32086 | US Mail (1st Class) |
| 29188 | SWENSEN, DANIEL, 1225 CLEVELAND, #2, MISSOULA, MT, 59801 | US Mail (1st Class) |
| 29188 | VMC SATELLITE INC, HUGHIE CHANCEY, 5041 DEER TRACK TRAIL, OZARK, AR, 72949 | US Mail (1st Class) |

Subtotal for this group: 19

SN Liquidation, Inc., et al f/k/a InPhonic, Inc

# EXHIBIT D

## Exhibit D - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29189 | CONNOLLY BOVE LODGE HUTZ LLP, (RE· WATERFRONT CENTER LIMITED PARTNERSHIP), KAREN C BIFFERATO ESQ, THE NEMOURS BUILDING, 1007 NORTH ORANGE ST,PO BOX 2207, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29189 | EPLUS GROUP INC, ERICA S STOECKER, MAILSTOP 192, 13595 DULLES TECHNOLOGY DR, HERNDON, VA, 20171-3413 | US Mail (1st Class) |
| 29189 | FOX ROTHSCHILD LLP, (RE· RANDALL VAN DYKE & ASSOCIATES INC DBA RNA INC), CARL D NEFF, CITIZENS BANK CENTER SUITE 1300, 919 NORTH MARKET ST, PO BOX 2323, WILMINGTON, DE, 19899-2323 | US Mail (1st Class) |
| 29189 | HOLLAND KNIGHT LLP, (RE  WATERFRONT CENTER LIMITED PARTNERSHIP), STEPHEN A BOGORAD ESQ, 2099 PENNSYLVANIA AVE  NW, SUITE 100, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 29189 | RANDALL VAN DYKE & ASSOCIATES INC DBA RNA INC, RANDALL VAN DYKE, 5670 GREENWOOD PLAZA BLVD, STE 200, GREENWOOD VILLAGE, CO, 80111 | US Mail (1st Class) |
| 29189 | WATERFRONT CENTER LIMITED PARTNERSHIP, MR TED VOGEL, C/O RB ASSOCIATES INC, 1054 31ST STREET, STE 1000, WASHINGTON, DC, 20007 | US Mail (1st Class) |

Subtotal for this group:  6