Dr. THOMAS J. HUDSON
9022 N. Cedar Rd.
SPOKANE, WA. 99208
Phone 509-467-1982

June 05, 2008

Simplexity LLC
11130 Sunrise Valley Drive
Suite 300
Reston, VA 20191

REF: IBOCS Account 866-203-8315

Gentle persons,

Please find enclosed copies of my letter to Mr. Doug DeVos at the Quixtar Corporation, your email billing statement to me received this date, along with my response, a copy of my check to IBOCS, with your LLC endorsement dated 05/19/08, and copy of IBOCS Federal Bankruptcy notification.

This bill was paid in advance and your notification to turn this matter over to collections is a fraud. I received a call from your customer service representative in May who told me that my account was paid thru July and that to insure that I remained in current status, that I should remit another payment no later than July 1st due to your billing cycle. My credit score is 860 and I do not appreciate ANY attempts to distort this score. Your intent to turn this over to collections, as noted, is deplorable.

There is nowhere on IBOCS entire cite to notify their subscribers that IBOCS is in Federal Bankruptcy proceedings and that your company is now the owner. This is not right.

I would like to receive a full refund on my payment, a formal notification that you will not proceed to damage my credit report, and that you have indeed closed this account. Your actions are without excuse. I will also file a formal complaint with the FCC on this matter as well.

Sincerely

Thomas J. Hudson

FYI



Thomas Hudson <chinaconnectionllc@gmail.com>

# URGENT: IBOCS Cancellation Notice
5 messages

**billingsupport@ibocs.com** <billingsupport@ibocs.com>     Thu, Jun 5, 2008 at 7:26 AM
To: chinaconnectionllc@myibocs.com
Cc: chinaconnectionllc@gmail.com

Dear IBOCS Subscriber:

Your IBOCS account (User ID: chinaconnectionllc@myibocs.com; phone number: 866-203-8315) has been suspended. Unfortunately we were unable to collect your account balance with the credit card you have on file.

In order to bring your account into good standing and to restore your service, please go to this secured IBOCS site https://www.inphonic.com/uc/UpdateCreditCardInfo.asp?OrderID=459686777&lastname=Hudson to provide updated credit card information (including the expiration date). Alternatively you can call IBOCS Customer Relations at 1-866-MYIBOCS (1-866-694-2627), Monday through Friday 9am-5pm EST to handle this matter.

If we are unable to collect your outstanding balance within the next 48 hours, your IBOCS account may be cancelled permanently and your balance referred to a collection agency. If your account is cancelled, you will not be able to open another account with the same IBOCS number or web user address.

Thank you,

IBOCS Customer Relations

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**chinaconnectionllc@gmail.com** <chinaconnectionllc@gmail.com>     Thu, Jun 5, 2008 at 8:05 AM
To: billingsupport@ibocs.com

THIS BILLING WAS PAID THROUGH JULY 2007 ON MAY 12, 2007. My Check #1034 in the amount of $74.85 has cleared WAMU and WHAT IS THE PROBLEM!!!!!! Your service stinks. Dr. Hudson

[Quoted text hidden]

--

check out our website opportunity: www.thechinaconnectionllc.com.

---

**chinaconnectionllc@gmail.com** &lt;chinaconnectionllc@gmail.com&gt;  
To: billingsupport@ibocs.com  
Cc: support@quixtar.com

Thu, Jun 5, 2008 at 8:23 AM

We work very hard to maintain our Credit Score and will not permit a "collections", and/or 30 days late notification on said reports. Therefore, since as noted, we have paid this account ahead and IBOCS, i.e., inphonic now threatens our credit standing, I am filing a small claims action against you. Please provide a legal address for service.

[Quoted text hidden]

---

**Mail Delivery Subsystem &lt;mailer-daemon@googlemail.com&gt;**  
To: chinaconnectionllc@gmail.com

Thu, Jun 5, 2008 at 8:23 AM

This is an automatically generated Delivery Status Notification

Delivery to the following recipient failed permanently:

support@quixtar.com

Technical details of permanent failure:
PERM_FAILURE: Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 5.0.0 &lt;support@quixtar.com&gt;... Rejected by Policy - Not Our Customer (state 14).

----- Original message -----

Received: by 10.210.12.18 with SMTP id 18mr1096055ebl.109.1212679423443;
    Thu, 05 Jun 2008 08:23:43 -0700 (PDT)
Received: by 10.210.116.8 with HTTP; Thu, 5 Jun 2008 08:23:43 -0700 (PDT)
Message-ID: &lt;d56d63bf0806050823naa513d7wfa26937b9ca092af@mail.gmail.com&gt;
Date: Thu, 5 Jun 2008 08:23:43 -0700
From: chinaconnectionllc@gmail.com
To: billingsupport@ibocs.com
Subject: Re: URGENT: IBOCS Cancellation Notice
Cc: support@quixtar.com
In-Reply-To: &lt;d56d63bf0806050805y26eafb78xb2e48426bb93da6@mail.gmail.com&gt;
MIME-Version: 1.0

```
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline
References: <001e01c8c718$1e6335e0$cf06000a@ipcfcdom.inphonic.com>
    <d56d63bf0806050805y26eafb78xb2e48426bb93da6@mail.gmail.com>
```

We work very hard to maintain our Credit Score and will not permit a
"collections", and/or 30 days late notification on said reports.
Therefore, since as noted, we have paid this account ahead and IBOCS ,
i.e., inphonic now threatens our credit standing, I am filing a small
claims action against you. Please provide a legal address for
service.

On 6/5/08, chinaconnectionllc@gmail.com <chinaconnectionllc@gmail.com> wrote:
> THIS BILLING WAS PAID THROUGH JULY 2007 ON MAY 12, 2007. My Check
> #1034 in the amount of $74.85 has cleared WAMU and WHAT IS THE

----- Message truncated -----

**chinaconnectionllc@gmail.com** &lt;chinaconnectionllc@gmail.com&gt;
To: billingsupport@ibocs.com

Thu, Jun 5, 2008 at 8:23 AM

[Quoted text hidden]

--

[Quoted text hidden]

**InPhonic** — Leader in E-Commerce Wireless Services

### InPhonic Reorganization

On November 8, 2007, InPhonic, Inc. and its subsidiaries, filed a voluntary petition for reorganization under Chapter 11 of the U.S. Bankruptcy Code. The filings were made in the U.S. Bankruptcy Court for the District of Delaware. For further information, please visit http://www.bmcgroup.com/inphonic. You may also visit the Court's website at www.deb.uscourts.gov and search related to InPhonic, Inc. or contact the Clerk of the Court at:

824 North Market Street  
3rd Floor  
Wilmington, Delaware 19801

© 2007 InPhonic Inc. All Rights Reserved.





Dr. THOMAS J. HUDSON
9022 N. Cedar Rd.
SPOKANE, WA. 99208
Phone 509-467-1982

June 05, 2008

Mr. Doug DeVos
Amway Corporation
7575 Fulton Street, East
Ada, MI 49355

Good morning Sir Doug,

Please find enclosed an email that I received from IBOCS pertaining to my account. This follows a very annoying set of phone calls, emails, and what not during the month of May, wherein the same problems occurred.

I have had 2 credit cards compromised with "cell phone" purchases of "cell phones" made throughout the country. These same cards were used to remit payments to IBOCS - only. Therefore we have a serious problem with security and I elected to pay advance payments, as per the copy of my enclosed check, to eliminate this credit card challenge. Please note that "Simplexity LLC" cashed this check and this would have paid my account thru the month of July 2007. I went to Simplexity.com and found out that they are a reseller of cell phones!

I endeavored to call IBOCS Accounts Department at 866-694-2627 today to respond to this billing. I received an automated response that the Accounting Department could not respond to my call because of current weather condition and heavy phone traffic and I should try to call back at a later date.

I then called IBO Relations at Quixtar and was informed that Quixtar could not help me and that I should call IBOCS directly - despite my explanation to the Quixtar Associate.

Upon looking up IBOCS at www.inphonic.com I found that they are in Federal Bankruptcy Court.

Sir Doug, I have been in "Amway" since 1989, attended a number of Achiever's etc., met you personally at least 4 times, and know of your commitment to the Corporation. Why in the world would Quixtar, (now thankfully Amway again!!), do business with a company in Bankruptcy Court? This is without excuse. It may well point out why my credit card was breached and definitely why my payment was not credited. This is NOT the Amway I know.

Very respectfully,

Tom Hudson