IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| SN LIQUIDATION, INC.., et al. | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Adeptio INPC Funding, LLC in the within captioned matter, and that on June 11, 2008, she caused a copy of the following pleading(s):

**Adeptio's Limited Objection and Reservation of Rights Regarding Debtors' Motion to, Among Other Things, Approve Adequacy of Disclosure Statement**

to be served, in the manner indicated, to the parties on the service list attached hereto.

_____
Michelle E. Smith
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 11 day of June, 2008.

_____
Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB02:6432637.1

066857.1001

# SERVICE LIST
## InPhonic, Inc.
## 6/11/2008

Thomas R. Califano, Esq.
Christopher R. Thomson, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(Counsel for Debtors)
*Facsimile*

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)
*Hand Delivery*

Robert P. Simons, Esq
Reed Smith LLP
453 Sixth Avenue
Pittsburgh, PA 15219
(Counsel for the Official Committee of Unsecured Creditors)
*Facsimile*

Neil B. Glassman, Esq.
Mary E. Augustine, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Counsel for Debtors
*Hand Delivery*

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(Counsel for the Official Committee of Unsecured Creditors)
*Facsimile*