## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Re: Docket No. 402 |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' SECOND MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

I, Mary E. Augustine, counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certify and state as follows:

1. On February 25, 2008, the Debtors filed their Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Docket No. 402] (the "Motion"), wherein, *inter alia*, the Debtors requested the rejection of certain Held Contracts (as defined in the Objection (see below)), including a contract with Yellow Page Authority, Ltd. ("YPA").

2. In response to the relief requested in the Motion, on March 14, 2008, YPA filed its Objection to the Motion [Docket No. 446] (the "Objection").

3. On March 28, 2008, the Motion was granted with respect to all contracts listed in the Motion [Docket No. 474] except for the contract with YPA and other contracts which are subject to separate agreed orders. The hearing on the Objection was continued to the hearing scheduled for June 13, 2008, at 11:00 a.m.

{01019760;v1}

4.  The Debtors and YPA have resolved the Objection. A form of order (the "Order") reflecting the resolution is attached hereto as Exhibit A. The Official Committee of Unsecured Creditors and YPA consent to the entry of the Order.

WHEREFORE, the Debtors request that the Court enter the Order at its earliest convenience.

Dated: June 11, 2008

                              BAYARD, P.A.

                              */s/ Neil B. Glassman*
                              Neil B. Glassman (No. 2087)
                              Mary E. Augustine (No. 4477)
                              222 Delaware Avenue, Suite 900
                              P.O. Box 25130
                              Wilmington, DE 19899
                              Telephone:  (302) 429-4224
                              Facsimile:  (302) 658-6395

                              – and –

                              DLA PIPER US LLP

                              Thomas R. Califano
                              Vincent J. Roldan
                              1251 Avenue of the Americas
                              New York, NY 10020-1104
                              Telephone:  (212) 335-4990
                              Facsimile:  (212) 884-8690

                              Counsel for Debtors
                              and Debtors in Possession

KD_1431702_2.DOC