# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 542 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION PURSUANT TO SECTIONS 1125, 1126, AND 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 3017, 3018 AND 3020, AND LOCAL RULE 3017-1 FOR ORDER (A) APPROVING ADEQUACY OF DISCLOSURE STATEMENTS, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, (C) FIXING THE ADMINISTRATIVE EXPENSE BAR DATE, AND (D) FIXING DATE, TIME AND PLACE FOR CONFIRMATION HEARING**

I, Daniel A. O'Brien, Esquire, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On April 14, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 (the "Plan") and the Disclosure Statement for the Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 (the "Disclosure Statement").

2. On May 19, 2008, the Debtors filed the Debtors' Motion Pursuant to Sections 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to

Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing (the "Solicitation Procedures Motion"). Attached to the Solicitation Procedures Motion were the proposed form of order granting the Motion (the "Order"), the Confirmation Hearing Notice,[1] the Notice of Unimpaired Non-Voting Status for Debtors' Joint Chapter 11 Plan, the Notice of Impaired Non-Voting Status for Debtors' Joint Chapter 11 Plan, the Class 5 Disclosure Statement, the Ballot for Class 4 Secured Lender Claims and the Ballot for Class 5 General Unsecured Claims (collectively, the "Solicitation Materials").

3. In the imminent future, the Debtors intend to file an amended Plan (the "Amended Plan") and Disclosure Statement (the "Amended Disclosure Statement"). Thus, the Solicitation Materials have been revised in an effort to conform their contents with changes contemplated in the Amended Plan and Amended Disclosure Statement. This certification of counsel has been filed to notify the Court and parties in interest of the changes.

4. Attached hereto as Exhibit A is a revised form of order granting the Motion (the "Revised Order"). Attached hereto as Exhibit B is a blackline comparison of the Revised Order to the Order.

5. Attached hereto as Exhibit C is a revised Confirmation Hearing Notice (the "Revised Confirmation Hearing Notice"). Attached hereto as Exhibit D is a blackline comparison of the Revised Confirmation Notice to the Confirmation Hearing Notice.

6. Attached hereto as Exhibit E is a revised Notice of Unimpaired Non-Voting Status for Debtors' Joint Chapter 11 Plan (the "Revised Notice of Unimpaired

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{01032101;v1}    2

Non-Voting Status"). Attached hereto as Exhibit F is the blackline comparison of the Revised Notice of Unimpaired Non-Voting Status to the Notice of Unimpaired Non-Voting Status for Debtors' Joint Chapter 11 Plan.

7. Attached hereto as Exhibit G is a revised Notice of Impaired Non-Voting Status for Debtors' Joint Chapter 11 Plan (the "Revised Notice of Impaired Non-Voting Status"). Attached hereto as Exhibit H is the blackline comparison of the Revised Notice of Impaired Non-Voting Status to the Notice of Impaired Non-Voting Status for Debtors' Joint Chapter 11 Plan.

8. Attached hereto as Exhibit I is a revised Class 5 Disclosure Statement (the "Class 4 Disclosure Statement").[2] Attached hereto as Exhibit J is the blackline comparison of the Class 4 Disclosure Statement to the Class 5 Disclosure Statement.

9. Attached hereto as Exhibit K is a revised Ballot for Class 4 Secured Lender Claims (the "Ballot for Class 3 Secured Lender Claims").[3] Attached hereto as Exhibit L is the blackline comparison of the Ballot for the Class 3 Secured Lender Claims to the Ballot for the Class 4 Secured Lender Claims.

---

[2] Due to the elimination of a class in the Amended Plan, the Class 5 Disclosure Statement has become the Class 4 Disclosure Statement.

[3] Due to the elimination of a class in the Amended Plan, the Ballot for the Class 4 Secured Lender Claims has become the Ballot for the Class 3 Secured Lender Claims.

{01032101;v1}                                    3

10. Attached hereto as Exhibit M is a revised Ballot for Class 5 General Unsecured Claims (the "Ballot for Class 4 General Unsecured Claims").[4] Attached hereto as Exhibit N is the blackline comparison of the Ballot for the Class 4 General Unsecured Claims to the Ballot for the Class 5 Secured Lender Claims.

Dated: June 11, 2008
Wilmington, Delaware

BAYARD, P.A.

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020

*Counsel for the Debtors and Debtors in Possession*

---

[4] Due to the elimination of a class in the Amended Plan, the Ballot for the Class 5 General Unsecured Claims has become the Ballot for the Class 4 General Unsecured Claims.