# EXHIBIT  D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF HEARING TO CONSIDER CONFIRMATION
## OF DEBTORS' JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE THAT:

1.    On November 8, 2007, the above-captioned debtors and debtors in possession (the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  By order dated November 9, 2007, the Debtors' chapter 11 cases (the "Cases") were consolidated for procedural purposes only.  Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties as debtors in possession.  On November 16, 2007, the United States Trustee for the District of Delaware (the "UST") filed the Notice of Appointment of Committee of Unsecured Creditors (the "Committee") for these Cases.

2.    On April 14, 2008, the Debtors and the Committee filed with the Bankruptcy Court the Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors (as amended on June 12, 2008 and as may be further amended from time to time, the "Plan") and the Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition

Possession and the Official Committee of Unsecured Creditors providing information with respect to the Plan (as amended June 12, 2008 and as may be further amended, the "Disclosure Statement").[2]

3.    On June ——,13, 2008, the Bankruptcy Court entered an order, among other things, (a) approving the adequacy of the Disclosure Statement, (b) establishing procedures for solicitation and tabulation of votes to accept or reject the Plan, (c) fixing the administrative expense bar date, and (d) fixing date, time and place for confirmation hearing.

### Confirmation Hearing

4.    A hearing on confirmation of the Plan will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, 824 Market Street, 6th Floor, Wilmington, Delaware on August 20, 2008 at 2:00 p.m., prevailing Eastern Time.  This hearing may be adjourned from time to time without further notice, other than an announcement of the adjourned date or dates at the hearing or by filing an agenda for the hearing(s) that indicates adjournment.

### Objections to Confirmation of the Plan

5.    Any objections to confirmation of the Plan (including any supporting memoranda) (a) shall be in writing, (b) shall comply with the Bankruptcy Code, Bankruptcy Rules and any Local Rules or orders of the Bankruptcy Court, (c) shall set forth the name and contact information of the objector and the nature and amount of any Claim or interest asserted by the objector against the estates or property of the Debtors, (d) shall state with particularity the legal and factual basis for such objection, and (e) shall be filed with the Bankruptcy Court, together with proof or service thereof, and served upon the following persons so as to be received no later than 4:00 p.m., prevailing Eastern Time, on August 1, 2008.

---

Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

(i)    <u>Counsel for the Debtors and Debtors in Possession</u>

DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY  10020
Attn:   Thomas R. Califano, Esquire
           Jeremy R. Johnson, Esquire

-and-

BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Attn:   Neil B. Glassman, Esquire

(ii)    <u>Official Committee of Unsecured Creditors</u>

REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Attn:   Kurt F. Gwynne, Esquire

(iii)    <u>The United States Trustee</u>

OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, DE  19801
Attn:  Kelly Beaudin Stapleton, Esquire

PURSUANT TO THE ORDER APPROVING THE DISCLOSURE STATEMENT, UNLESS A

CONFIRMATION OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE

WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

### **Plan Injunctions and Releases**

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

6.      If the Plan is confirmed, the applicable parties-in-interest will be bound by the

releases and injunctions set forth in the Plan.  In order to give notice to all parties of these

releases and injunctions, the releases and injunctions set forth in the Plan are reprinted below.[3]

> Terms of Injunctions or Stays. Unless otherwise provided herein or in
> the Confirmation Order, all injunctions or stays provided for in these
> Chapter 11 Cases under Bankruptcy Code sections 105 or 362 or
> otherwise, and existing on the Confirmation Date (excluding any
> injunctions or stays contained in this Plan or the Confirmation Order),
> including any stay exceptions provided for under Bankruptcy Code
> section 362(b), shall remain in full force and effect until the later of (a)
> the closing of the Chapter 11 Cases, or (b) the dissolution of the
> Liquidation Trust.

Dated: ~~May 19,~~ June    , 2008            **BAYARD, P.A.**
       Wilmington, Delaware

                               By:    _____
                                      Neil B. Glassman (No. 2087)
                                      Mary E. Augustine (No. 4477)
                                      Daniel A. O'Brien (No. 4897)
                                      222 Delaware Avenue, Suite 900
                                      Wilmington, DE  19801

                                          -and-

                                      **DLA PIPER US LLP**
                                      Thomas R. Califano, Esquire
                                      Jeremy R. Johnson, Esquire
                                      1251 Avenue of the Americas
                                      New York, NY  10020

                                      *Counsel for the Debtors and Debtors in Possession*

                                          -and-

                                      **REED SMITH LLP**
                                      Kurt F. Gwynne
                                      1201 Market Street, Suite 1500
                                      Wilmington, DE  19801

---

[3] To the extent that the Debtors amend or change the releases and injunctions found in the Plan, the Debtors will file
with the Bankruptcy Court an amended chapter 11 plan.

*Counsel to the Official Committee of Unsecured Creditors*