# EXHIBIT  G

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF IMPAIRED NON-VOTING STATUS
## FOR DEBTORS' JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE THAT:

1.    On November 8, 2007, the above-captioned debtors and debtors in possession (the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). By order dated November 9, 2007, the Debtors' chapter 11 cases (the "Cases") were consolidated for procedural purposes only. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties as debtors in possession. On November 16, 2007, the United States Trustee for the District of Delaware (the "UST") filed its Notice of Appointment of the Committee of Unsecured Creditors for these Cases (the "Committee").

2.    On April 14, 2008, the Debtors and the Committee filed with the Bankruptcy Court the Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors (as amended on June 12, 2008 and as may further amended, the "Plan") and the Disclosure Statement for Joint Plan of

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors providing information with respect to the Plan (as amended on June 12, 2008 and as may be further amended, the "Disclosure Statement").[2]

3.      On June 13, 2008, the Bankruptcy Court entered an order, among other things, (a) approving the adequacy of the Disclosure Statement, (b) establishing procedures for solicitation and tabulation of votes to accept or reject the Plan, (c) fixing the administrative expense bar date, and (d) fixing date, time and place for confirmation hearing.

4.      **IF YOU HOLD A CLASS 5 INTERCOMPANY CLAIM**, the Plan provides as follows: on the Confirmation Date or such other date as may be set by an order of the Court, but subject to the occurrence of the Effective Date, all Intercompany Claims shall be deemed expunged and extinguished.  The Holders of Intercompany Claims shall not be entitled to, and shall not receive or retain, any property or interest in property on account of such Claims.  Class 5 is deemed to have rejected this Plan and, therefore, Holders of Intercompany Claims are not entitled to vote to accept or reject this Plan.

5.      **IF YOU HOLD A CLASS 6 EQUITY INTEREST**, the Plan provides as follows: on the Effective Date, all Equity Interests shall be canceled and each Holder thereof shall not be entitled to, and shall not receive or retain any property or interest in property on account of, such Equity Interests.  Class 6 is deemed to have rejected this Plan and, therefore, Holders of Equity Interests are not entitled to vote to accept or reject this Plan.

6.      The Debtors will <u>not</u> provide you with copies of the Plan and/or Disclosure Statement.  If you wish to receive copies of the Plan and/or Disclosure Statement, they will be provided, as quickly as practicable, upon written request to the Debtors' claim's agent, SN

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

2

Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*, c/o BMC Group, Inc., P.O. Box 978, El Segundo, CA 90245-0978. Copies of the Plan and Disclosure Statement are also on file with the Clerk of the Bankruptcy Court at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online through the internet website of the United States Bankruptcy Court for the District of Delaware, www.deb.uscourts.gov. Copies of the Plan and Disclosure can also be obtained from BMC Group, Inc., the Debtors' voting agent, online at www.bmcgroup.com/Inphonic.

      7.     If, notwithstanding this notice of your non-voting status, you believe that you may have a Claim against the Debtors that entitles you to vote on the Plan, you should immediately request copies of the appropriate ballot.

**Hearing on Confirmation of the Plan**

      8.     A hearing on confirmation of the Plan will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, 824 Market Street, 6th Floor, Wilmington, Delaware on August 20, 2008 at 2:00 p.m., prevailing Eastern Time. This hearing may be adjourned from time to time without further notice, other than an announcement of the adjourned date or dates at the hearing or at any adjourned hearing(s).

      9.     Any objections to the confirmation of the Plan (including any supporting memoranda) (a) shall be in writing, (b) shall comply with the Bankruptcy Code, Bankruptcy Rules and any orders of the Bankruptcy Court, (c) shall set forth the name and contact information of the objector and the nature and amount of any Claim or interest asserted by the objector against the estates or property of the Debtors, (d) shall state with particularity the legal and factual basis for such objection, and (e) shall be filed with the Bankruptcy Court, together

3

with proof or service thereof, and served upon the following persons so as to be <u>received</u> no

later than 4:00 p.m., prevailing Eastern Time, on August 1, 2008.

    (i)    <u>Counsel for the Debtors and Debtors in Possession</u>

          DLA PIPER US LLP
          1251 Avenue of the Americas
          New York, NY  10020
          Attn:   Thomas R. Califano, Esquire
                 Jeremy R. Johnson, Esquire

             -and-

          BAYARD, P.A.
          222 Delaware Avenue, Suite 900
          Wilmington, DE  19801
          Telephone:  (302) 655-5000
          Attn:   Neil B. Glassman, Esquire

    (ii)    <u>Official Committee of Unsecured Creditors</u>

          REED SMITH LLP
          1201 Market Street, Suite 1500
          Wilmington, DE  19801
          Attn:   Kurt F. Gwynne, Esquire

    (iii)    <u>The United States Trustee</u>

          OFFICE OF THE UNITED STATES TRUSTEE
          844 King Street, Suite 2207
          Wilmington, DE  19801
          Attn:  Kelly Beaudin Stapleton, Esquire

PURSUANT TO THE ORDER APPROVING THE DISCLOSURE STATEMENT, UNLESS A CONFIRMATION OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

Dated: June ___, 2008            **BAYARD, P.A.**
      Wilmington, Delaware

By: _____
      Neil B. Glassman (No. 2087)
      Mary E. Augustine (No. 4477)
      Daniel A. O'Brien (No. 4897)
      222 Delaware Avenue, Suite 900
      Wilmington, DE  19801
      Telephone:  (302) 655-5000
      Facsimile:  (302) 658-6395

           -and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY  10020

*Counsel for the Debtors and Debtors in Possession*

5