# EXHIBIT L

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| : | |
| SN LIQUIDATION, INC., *et al.* : | Case No. 07-11666 (KG) |
| : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |

## BALLOT FOR CLASS 43 SECURED LENDER CLAIMS

The above-captioned debtors and debtors in possession (the "Debtors")[1] and the Official Committee of Unsecured Creditors (the "Committee") appointed in these cases have filed the Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors, dated April 14, 2008 (as amended on June 12, 2008 and as may be further amended, the "Plan") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Plan is attached as Exhibit A to the Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated April 14, 2008 (as amended on June 12, 2008 and as may be further amended, the "Disclosure Statement"), which accompanies this ballot (the "Ballot").

The Plan can be confirmed by the Court and thereby made binding upon you if the holders of Claims who cast votes in favor of the Plan hold at least two-thirds in dollar amount and more than one-half in number of the Claims actually voting in each class of Claims, and if the Plan otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes voting not to accept the Plan, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. **If the Plan is confirmed by the Court, it will be binding upon you whether or not you vote.**

All capitalized terms used herein (unless otherwise defined) shall have the meaning set forth in the Plan.

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{01032092;v1}

> **IMPORTANT**
>
> **VOTING DEADLINE: 4:00 P.M., PREVAILING PACIFIC TIME, ON AUGUST 1, 2008.**
>
> You should review the Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in one of the secured classes under the Plan. If you hold Claims in more than one Class or against more than one of the Debtors you will receive a Ballot for each Class in which you are entitled to vote.
>
> **BALLOTS WILL NOT BE ACCEPTED BY FACSIMILE OR OTHER ELECTRONIC TRANSMISSION. ONLY ORIGINAL BALLOTS WITH ORIGINAL SIGNATURES WILL BE COUNTED.**

## HOW TO VOTE

1. READ THE ENCLOSED INSTRUCTIONS CAREFULLY.

2. COMPLETE ITEM 2.

3. REVIEW ITEMS 3 AND 4.

4. REVIEW AND COMPLETE THE CERTIFICATIONS CONTAINED IN ITEM 5.

5. RETURN THE BALLOT TO THE VOTING AGENT IN THE ENCLOSED PRE-ADDRESSED ENVELOPE BY THE CLAIM VOTING DEADLINE.

**Item 1.**     **Amount of Claim.** For purposes of voting to accept or reject the Plan, the undersigned holds a Secured Claim against the Debtors in the amount of $_____.

**Item 2.**     **Vote.** The undersigned votes (check one box only – if you do not check a box, or you check more than one box, your vote will not be counted):

☐   to Accept the Plan          ☐   to Reject the Plan

**Item 3.**     The undersigned understands that if this Ballot is (i) validly executed and returned without indicating an acceptance of the Plan or rejection of the Plan, or (ii) indicates a vote for more than one of any of an acceptance of the Plan or rejection of the Plan, with respect to the Plan, it will not be counted.

**Item 4.**    The undersigned understands that this Ballot shall not constitute or be deemed a Proof of Claim or equity interest or an assertion of a Claim or equity interest.

**Item 5.**    **Authorization.** By returning this Ballot, the undersigned certifies that it (a) has full power and authority to vote to accept or reject the Plan and has received and reviewed a copy of the Disclosure Statement (including the appendices and exhibits thereto) and (b) understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement.

Name:_____
(Print or Type)

Social Security or
Federal Tax ID No.:_____

Signature:_____

By:_____
(If Appropriate)

Title:_____
(If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

**YOUR VOTE MUST BE FORWARDED IN AMPLE TIME FOR YOUR VOTE TO BE RECEIVED BY THE VOTING AGENT, BMC GROUP, INC., BY 4:00 P.M., PREVAILING PACIFIC TIME, ON AUGUST 1, 2008, AT THE FOLLOWING ADDRESS OR YOUR VOTE WILL NOT BE COUNTED:**

*(By U.S. Regular Mail)*

SN LIQUIDATION, INC., *et al.* f/k/a INPHONIC, INC., *et al.*
c/o BMC GROUP, INC.
P.O. BOX 978
EL SEGUNDO, CA 90245-2822

*(By Messenger or Overnight Courier)*

SN LIQUIDATION, INC., *et al.* f/k/a INPHONIC, INC., *et al.*
c/o BMC GROUP, INC.
444 N. NASH ST.
EL SEGUNDO, CA 90245

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, BMC GROUP, INC., AT (888) 909-0100.**

### INSTRUCTIONS FOR COMPLETING THE BALLOT

To have your vote count, you must complete, sign and return this Ballot so that it is received by BMC Group, Inc. (the "Voting Agent"), on or before 4:00 p.m., prevailing Pacific Time, on August 1, 2008, unless extended in the sole discretion of the Debtors and the Official Committee of Unsecured Creditors (the "Claim Voting Deadline") or your Ballot will not be counted. **ANY BALLOT THAT IS VALIDLY EXECUTED BUT THAT DOES NOT INDICATE AN ACCEPTANCE OF THE PLAN OR REJECTION OF THE PLAN, OR INDICATES BOTH AN ACCEPTANCE OF THE PLAN OR REJECTION OF THE PLAN, SHALL NOT BE COUNTED.**

1.  Capitalized terms not defined in this Ballot shall have the meaning assigned to them in the Plan.

2.  To properly complete the Ballot, you must follow the procedures described below:

    a)  cast vote to accept the Plan or reject the Plan by checking the proper box in Item 2;

    b)  make sure that the information required by Item 5 has been inserted;

    c)  sign and date your Ballot;

    d)  if you believe that you have received the wrong Ballot, please contact the Voting Agent;

e) if you are completing this Ballot on behalf of another entity, please indicate your relationship with such entity and the capacity in which you are signing;

f) please use additional sheets of paper clearly marked to indicate the applicable item of the Ballot if additional space is required to respond to any item on the Ballot;

g) use the enclosed pre-addressed envelope to return the Ballot to the Voting Agent at the address indicated after Item 5 and be sure to attach the proper postage; and

h) if you cast more than one Ballot voting the same Claim prior to the Claim Voting Deadline, the latest Ballot received by the Voting Agent before the Voting Deadline will supersede all prior Ballots submitted on behalf of said Claim.

3. It is important that you vote. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by Holders of at least two-thirds in amount and more than one half in number of Claims in each Class who vote on the Plan. The vote of the Claims actually voted in your Class will bind those who do not vote. As set forth in the Disclosure Statement, in the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code, at least one class of Impaired Claims must accept the Plan by Insiders.

4. This Ballot has been marked to reflect the Class in which you are eligible to vote. If you have Claims in more than one Class, you may receive more than one Ballot. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU SHOULD ASSUME THAT EACH BALLOT IS FOR A CLAIM IN A SEPARATE CLASS AND YOU SHOULD COMPLETE AND RETURN ALL BALLOTS RECEIVED.** If you have Claims in Classes other than those listed in this Ballot and you do not receive Ballots for all such Claims, contact the Voting Agent to obtain additional Ballots. If you have any questions about this Ballot, please contact the Voting Agent.

5. This Ballot is for voting purposes only and does not constitute, and shall not be deemed, a proof of claim or an admission by the Debtors of the validity of a Claim. Should your Claim be estimated or otherwise allowed for voting purposes by order of the Court, your Claim shall be allowed for voting purposes only in the amount estimated or allowed by the Court, unless, prior to the Voting Deadline, the Court enters an order disallowing such Claim. By signing this Ballot you are making certain certifications. You have also acknowledged that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

6.  **YOUR SIGNATURE IS REQUIRED IN ORDER FOR YOUR VOTE TO BE COUNTED.** If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

7.  If a Ballot is validly executed and returned without indicating an acceptance or a rejection with respect to the Plan, or indicates both an acceptance and a rejection with respect to the Plan, it will not be counted.

**The attached Ballot should be returned by mail in the pre-addressed envelope provided herewith. Please mail your Ballot so that it will be received by the Voting Agent by the Claim Voting Deadline.**

**PLEASE MAIL YOUR BALLOT PROMPTLY!**

**YOUR BALLOT MUST BE RECEIVED BY THE CLAIM VOTING DEADLINE IN ORDER FOR IT TO COUNT.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC. AT (888) 909-0100.**