## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 12th day of June, 2008, I caused a copy of the foregoing **Reply of Debtors in Support of Disclosure Statement** to be served upon the parties listed below in the manner indicated and upon the parties listed on the attached service list *via* fax transmission.

### Via Electronic Mail

Linda J. Opel
6900 W.E. Oler Road
Williamsburg, IN 47393
Joleneo765@aol.com

Jay Saiki
Jaysaiki7@yahoo.com

### Via Overnight Mail

Mr. C. Jerome Neal
1025 College Park Blvd.
Virginia Beach, VA 23464

Justin M. Lux
4417 Dixie Hill Road, #211
Fiarfax, VA 22030

Sadiyyah Young
P.O. Box 826
Norristown, PA 19404

Jimmie Saltmarshall
150 Suburban
Ecorse, MI 48229

Mary E. Augustine (No. 4477)

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE 19899-5130

A T T O R N E Y S

(302) 655-5000
FAX (302) 658-6395

WRITER'S DIRECT DIAL NUMBER

| File # | 330006-1 |
|---|---|
| File Name | SN Liquidation, Inc. |

| | | | |
|---|---|---|---|
| **Date** | Thursday, June 12, 2008 | **# of Pages** | |
| **From** | Mary E. Augustine, Esq. | **Re:** SN Liquidation, Inc., Case No. 07-11666-KG | |

| | Names | Company | Fax Numbers |
|---|---|---|---|
| **To** | Jeremy R. Johnson, Esquire | DLA Piper US LLP | 212-884-8562 |
| | Thomas Califano, Esquire | | |
| | Maria Ellena Chavez-Ruark, Esquire | | |
| **To** | | Delaware Secretary of State | 302-739-3811 |
| **To** | | Internal Revenue Service | 410-962-9955 |
| **To** | Randy Weller | State of Delaware | 302-577-8662 |
| **To** | | Secretary of the Treasury | 202-622-6415 |
| **To** | Patricia Schrage | Securities & Exchange Commission | 212-336-1348 |
| **To** | | Division of Unemployment Ins. | 302-761-6636 |
| **To** | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| **To** | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-577-8662 |
| **To** | | | (215) 609-3410 |
| | Paul Halpern, Esquire | | |
| | David Lorry, Esquire | | |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

|      | David A. Agay, Esquire |   |   |
|      | John A. Schoenfeld, Esquire |   |   |

| To | Robert S. Brady, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
|----|--------------------------|--------------------------------------|----------------|
|    | Edmon L. Morton, Esquire |   |   |
|    | Edward J. Kosmowski, Esquire |   |   |
| To | Kevin Weinman | W.B. Doner & Company |   |
| To | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| To | Todd C. Meyers, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
|    | Paul M. Rosenblatt, Esquire |   |   |
| To | Regina Stango Kelbon, Esquire | Blank Rome LLP | 215-832-5507 |
|    | Joel Shapiro, Esquire |   |   |
| To | Bonnie Glantz Fatell, Esquire | Blank Rome LLP | 302-425-6464 |
|    | Michael D. Debaecke, Esquire |   |   |
| To | Lawrence M. Schwab, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
|    | Patrick M. Costello, Esquire |   |   |
| To | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| To | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| To | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| To | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| To | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |
| To | Christopher J. Battaglia, Esquire | Halperin Battaglia Raicht LLP | 212-765-0964 |
|    | Elizabeth L. Rose, Esquire |   |   |
| To | Marla R. Eskin, Esquire | Campbell & Levine LLC | 302-426-9947 |
|    | Katheryn S. Keller, Esquire |   |   |
| To | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5246 |
| To | David H. Stein, Esquire | Wilentz Goldman & Spitzer, P.A. | 732-726-6570 |
| To | Francis A. Monaco, Jr., Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
|    | Kevin J. Mangan, Esquire |   |   |
| To | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| To | Brett D. Fallon, Esq. | Morris James LLP | 302-571-1750 |
| To | Kevini A. Guerke, Esq. | Seitz, Van Ogtrop & Green, PA | 302-888-0606 |
|    | Patricia P. McGonigle, Esq. |   |   |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | John J. Monaghan, Esquire | Holland & Knight LLP | |
| | Lynne B. Xerras, Esquire | | |
| | Diane N. Rallis, Esquire | | |
| To | Gilbert B. Weisman, Esquire | Backet and Lee LLP | 610-993-8493 |
| To | Christopher D. Loizides, Esquire | Loizides, P.A. | 302-654-0728 |
| To | Kathleen M. Miller, Esquire | Smith Ktzenstein & Furlow LLP | 302-652-8405 |
| To | Marc Barreca, Esquire | Preston Gates & Ellis LLP | 206-623-7022 |
| To | Suzanna E. Ellefsen, Esqire | The PMA Insurance Group | 610-397-5045 |
| To | James F. Harker, Esquire | Cohen Seglias Pallas Greenhall & Furman, P.C. | 302-425-5097 |
| To | | Internal Revenue Service | 215-516-2015 |
| To | John V. Fiorella, Esquire | Archer & Greiner, P.C. | 302-777-4352 |
| To | Deborah Waldmeir, Esquire | Assistant Attorney General | |
| | Michael A. Cox, Esquire | | |
| To | Paul Cataldo, Esquire | Assistant General Counsel | 610-265-2866 |
| To | Tanya M. Tan, Esquire | Assistant General Counsel | 818-575-4505 |
| To | Frank F. McGinn, Esquire | Bartlett Hackett Feinberg PC | 617-422-0383 |
| To | J. Scott Bovitz, Esquire | Bovitz & Spitzer | 213-620-1811 |
| To | Eric C. Cotton, Esquire | Developers Diversified Realty Corp. | 216-755-1678 |
| To | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |
| To | | Delaware Department of Revenue | 302-744-1095 |
| To | Joseph M. Gitto, Esquire | Nixon Peabody LLP | 866-887-1961 |
| To | David J. Coyle, Esquire | Shumaker Loop & Kendrick LLP | 419-241-6894 |
| To | Seth B. Shapiro, Esquire | U.S. Department of Justice - Civil Division | 202-307-0494 |
| To | Martin A. Mooney, Esquire | Deily Mooney & Glastetter LLP | |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.