## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF PROPOSED FIRST AMENDED JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC., *ET AL.* PROPOSED BY THE DEBTORS IN POSSESSION AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED JUNE 12, 2008

**PLEASE TAKE NOTICE THAT** on April 14, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 (the "Plan").

**PLEASE TAKE NOTICE THAT** the Debtors hereby file the proposed First Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated June 12, 2008 (the "First Amended Plan") attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit B is a blackline comparison of First Amended Plan to the Plan.

{01032061;v1}

PLEASE TAKE FURTHER NOTICE THAT the Debtors and the Official Committee of Unsecured Creditors reserve all rights to amend the proposed First Amended Plan.

Dated: June 12, 2008
Wilmington, Delaware

By: **BAYARD, P.A.**

*/s/ signature*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020

*Counsel for the Debtors and Debtors in Possession*

{01032061;v1}