IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF FILING OF PROPOSED FIRST AMENDED DISCLOSURE STATEMENT FOR JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC., *ET AL.* PROPOSED BY THE DEBTORS IN POSSESSION AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED JUNE 12, 2008**

**PLEASE TAKE NOTICE THAT** on April 14, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 (the "Disclosure Statement").

**PLEASE TAKE NOTICE THAT** the Debtors hereby file the proposed First Amended Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated June 12, 2008 (the "First Amended Disclosure Statement") attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit B is a blackline comparison of the First Amended Disclosure Statement to the Disclosure Statement.

{01032067;v1}

**PLEASE TAKE NOTICE THAT** the Debtors and the Official Committee of Unsecured Creditors reserve all rights to amend the proposed First Amended Disclosure Statement.

Dated: June 12, 2008
      Wilmington, Delaware

By: *(signature)*

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020

*Counsel for the Debtors and Debtors in Possession*

{01032067;v1}