## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., <u>et al.</u>, | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 13, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6<u>th</u> FLOOR <u>WILMINGTON, DELAWARE 19801</u>

## CONTINUED/RESOLVED MATTERS:

1.     Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/25/08, Docket No. 402]

<u>Response Deadline</u>:

March 14, 2008, at 4:00 p.m.

<u>Related Documents</u>:

(a)     Adeptio's (A) Reply to Qualtion's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualtion's Motion for Post-Petition Payments [Filed 3/14/08, Docket No. 449]

(b)     Joinder of Debtors to Adeptio's (A) Reply to Qualtion's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualtion's Motion for Pre-petition Payments [Filed 3/14/08, Docket No. 450]

(c)     Joinder of the Official Committee of Unsecured Creditors in Adeptio's (A) Reply to Reply to Qualtion's Objection to the Debtors' Second Motion to Reject Certain Contracts and Leases and (B) Objection to Qualtion's Motion for Pre-petition Payments [Filed 3/18/08, Docket No. 456]

(d)     Order Approving the Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/28/08, Docket No. 474]

---

[1]     Amended items appear in bold.

(e)    Agreed Order Resolving (I) Qualution Systems, Inc.'s Motion to Compel Payment of Monthly Lease Obligations Due Under License Agreement or for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b) and (2) Qualution System, Inc.'s Objection to the Debtors Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 3/28/08, Docket No. 476]

**(f)    Certification of Counsel Regarding Debtors' Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 6/11/08, Docket No. 577]**

**(g)    Proposed Supplemental Order Approving the Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code**

Response(s) Received:

(a)    Qualution Systems, Inc.'s Objection to Debtors' Second Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 2/29/08, Docket No. 412]

(b)    Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 446]

(c)    Declaration in Support of Objection to Debtors' Motion for Order Authorizing Retroactive Rejection of Certain Unexpired Leases and Executory Contracts [Filed 3/14/08, Docket No. 447]

Status:

This matter is resolved. The parties **have submitted** a consensual form of order under certification of counsel.

2.    Motion of RadioShack Corporation for an Order Extending the Deadline by which parties must file Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale hearing [Filed 3/10/08, Docket No. 435]

{01032270;v1}

Response Deadline:

      March 21, 2008, at 4:00 p.m.; extended until July 8, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

Related Documents:

      (a)    Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

Response(s) Received:

      None at this time.

Status:

      The parties have agreed to adjourn this matter to the omnibus hearing scheduled for July 15, 2008 at 11:00 a.m.

3.      United States Trustee's Motion for an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case [Filed 3/17/08, Docket No. 454]

Response Deadline:

      April 10, 2008 at 4:00 p.m.; extended until August 13, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

Response(s) Received:

      None as of this date and time.

Status:

      The parties have agreed to adjourn this matter to the omnibus hearing scheduled for August 20, 2008 at 2:00 p.m.

4.      Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/3/08, Docket No. 483]

Response Deadline:

      April 17, 2008, at 4:00 p.m.

{01032270;v1}

Related Documents:

      (a)     Certification of Counsel Regarding Docket No. 483 [Filed 4/28/07, Docket No. 516]

      (b)     Order (Fourth) (I) Authorizing the Assumption and Assignment of Certain Held Contracts, and (II) Deeming Those Held Contracts to be "Designated Contracts" for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/29/08, Docket No. 517]

Response(s) Received:

      (a)     Limited Objection of General Electric Capital Corporation to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/16/08, Docket No. 509]

Status:

      The parties have agreed to adjourn this matter to the omnibus hearing scheduled for July 15, 2008 at 11:00 a.m.

## CONTESTED MATTER GOING FORWARD:

5.     Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 5/19/08, Docket No. 542]

Response Deadline:

      June 6, 2008, at 4:00 p.m.; extended until June 9, 2008 for Radioshack Corporation; extended until a date and time to be negotiated by the parties for Adeptio INPC Funding, LLC.

Related Documents:

      (a)     Notice of Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure

-4-

Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 5/19/08, Docket No. 543]

(b)    **Notice of Filing of Proposed** First Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated June 12, 2008 **[Filed 6/12/08, Docket No. 580]**

(c)    **Notice of Filing of Proposed** First Amended Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated June 12, 2008 **[Filed 6/12/08, Docket No. 581]**

(d)    **Certification of Counsel Regarding Debtors' Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 6/11/08, Docket No. 578]**

(e)    **Reply of Debtors in Support of Disclosure Statement [Filed 6/12/08, Docket No. 579]**

Response(s) Received:

(a)    Objection to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by C. Jerome Neal [Filed 6/3/08, Docket No. 562]

(b)    Response to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Linda J. Opel [Filed 6/3/08, Docket No. 563]

{01032270;v1}

(c)     Objection to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Justin M. Lux [Filed 6/3/08, Docket No. 564]

(d)     Objection of Icon International, Inc to Adequacy of Disclosure Statement [Filed 6/6/08, Docket No. 565]

(e)     Response to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Sadiyyah Young [Filed 6/6/08, Docket No. 566]

(f)     Response to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Jay Saiki [Filed 6/6/08, Docket No. 568]

(g)     **Adeptio's Limited Objection and Reservation of Rights Regarding Debtors' Motion to, Among Other Things, Approve Adequacy of Disclosure Statement [Filed 6/11/08, Docket No. 576]**

Status:

This matter will go forward. The proponents intend to file an Amended Plan and Disclosure Statement prior to the hearing.

## MATTER GOING FORWARD:

6.     Notice of Objections to Claim Filed by Jimmie Saltmarshall [Filed 6/2/08, Docket No. 561]

Response Deadline:

June 13, 2008, at 4:00 p.m.

-6-

{01032270;v1}

<u>Response(s) Received</u>:

     None at this time.

<u>Status</u>:

     This matter will go forward.

Dated: Wilmington, Delaware
      June **12**, 2008

**BAYARD, P.A.**

By: *Daniel O'Brien*
                    _____
           Neil B. Glassman (No. 2087)
           Mary E. Augustine (No. 4477)
           Daniel A. O'Brien (No. 4897)
           222 Delaware Avenue, Suite 900
           P.O. Box 25130
           Wilmington, DE 19899
           Telephone:   (302) 655-5000
           Facsimile:   (302) 658-6395

           and

           **DLA PIPER US LLP**
           Thomas R. Califano, Esquire
           Jeremy R. Johnson, Esquire
           Christopher R. Thomson, Esquire
           1251 Avenue of the Americas
           New York, New York 10020-1104
           Telephone:   (212) 335-4500
           Facsimile:   (212) 335-4501

           Counsel for Debtors and Debtors in
           Possession

{01032270;v1}