# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 13, 2008 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

### Matter:

OMNIBUS

**R / M #:**   574 / 0

### Appearances:

SEE ATTACHED COURT SIGN IN SHEET - David Agay only party that called in

### Proceedings:

HEARING HELD

#1 - Order Signed
#2, #3 & #4 Adjourned
#5 - Counsel submitting Proposed Order under COC
#6 - Counsel hasn't been able to communicate with party - continued indefinetely