**SIGN-IN-SHEET**

CASE NAME:    SN LIQUIDATION INC.

CASE NO.:    07-11666- KG

COURTROOM LOCATION: 3

DATE:    June 13, 2008

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tiffany Cobb (Telephonic Appearance) DID NOT CALL | Vorys Sater Seymour & Pease LLP | AOL LLC f/k/a America Online Inc. & Advertising.com |
| David Agay | Kirkland & Ellis LLP | Adeptio INPC Funding LLC |
| Jeffrey Pawitz   DID NOT CALL | Kirkland & Ellis LLP | Adeptio INPC Funding LLC |
| Mary Augustine | Bayard | Debtors |
| Dain O'Brien | '' | '' |
| Neil Glassman | '' | '' |
| Robert Brady | Young Conaway | Adeptio INPC Funding LLC |
| Edmon Morton | '' | '' |
| Justin Brown | Neal Smith | Committee |
| Peter Dhis | Buchanan Ingersoll Rooney | YPA (Yellow Page Authority) |
| | | |
| | | |
| | | |
| | | |
| | | |