# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 402, 474 |

### SUPPLEMENTAL ORDER APPROVING THE SECOND MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AS IT PERTAINS TO YELLOW PAGE AUTHORITY, LTD.

This matter coming before the Court on the second motion (the "Motion") for an order authorizing the Debtors to reject certain unexpired leases and executory contracts, as provided herein, pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), as the Motion was continued to June 13, 2008, solely with respect to the Objection filed in response thereto by Yellow Page Authority, Ltd. ("YPA").

The Court, having reviewed the Motion, the Objection and the Certification of Counsel filed with respect thereto, and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) notice of the Motion was sufficient, and (e) YPA's post petition administrative claims herein have been paid to YPA by Simplexity, LLC as required by this Court's December 13, 2007 Order (collectively, the "YPA Administrative Claim Payment"), and the Court having determined that the legal and factual bases set

{01019744;v1.2}

forth in the Motion establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby

ORDERED, that the Motion is granted with respect to the YPA Held Contracts as set forth herein; and it is further

ORDERED, that all capitalized terms used, but not defined, herein shall have the meanings provided in the Motion and the Objection; and it is further

ORDERED, that the Debtors are hereby authorized to reject the YPA Held Contracts pursuant to Bankruptcy Code section 365(a) effective as of June 13, 2008; and it is further

ORDERED, that upon entry of the Order the relief granted herein shall be effective immediately; and it is further

ORDERED, that YPA shall retain the YPA Administrative Claim Payment from Simplexity, LLC in full satisfaction and payment of its post petition administrative claims herein; and it is further

ORDERED, YPA shall have no claims against the Debtors or their estates, Simplexity, LLC, or Adeptio INPC Funding LLC, on account of solely the YPA Held Contracts, provided, however, that YPA's general unsecured claim herein in the amount of $147,663, and recorded in the claims registry as claim nos. 1109 and 1110 (collectively, the "YPA Proof of Claim") is expressly preserved and is not waived or released by this Order; and it is further;

ORDERED that the Debtors and their successors and assigns reserve the right to object to the YPA Proof of Claim; and it is further

ORDERED, that the Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to the rejection of the YPA Held Contracts pursuant to the Order.

Dated: June 13, 2008
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

KD_1432148_2.DOC