# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: July 8, 2008 at 4:00 p.m.** |
| | **Hearing Date: July 15, 2008 at 11:00 a.m.** |

## NOTICE OF THE OBJECTION OF THE DEBTORS TO CLAIM NO. 590 FILED BY SPANCO TELESYSTEMS & SOLUTIONS, LTD

TO:  Office of The United States Trustee, Spanco Telesystems & Solutions, Ltd and all parties requesting service pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") have filed the Objection of the Debtors to Claim No. 590 Filed by Spanco Telesystems & Solutions, Ltd (the "Objection").

<u>**YOUR SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THIS OBJECTION**</u> **and by any further objection that may be filed. YOU SHOULD THEREFORE TAKE NOTICE** that any response to the attached Objection must be filed on or before **July 8, 2008 at 4:00 p.m. (Eastern Time).**

At the same time, you must also serve a copy of the response upon the Debtors' attorneys at the address below:

> **BAYARD, P.A.**
> Neil B. Glassman, Esquire
> Mary E. Augustine, Esquire
> Daniel A. O'Brien, Esquire
> 222 Delaware Avenue, Suite 900
> Wilmington, Delaware 19801

>   and

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{01032312;v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020

HEARING ON THE OBJECTION WILL BE HELD ON:  **July 15, 2008 at 11:00 a.m. (Eastern Time).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  June 13, 2008

BAYARD, P.A.

By: *Daniel O'Brien*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien  (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:     (302) 655-5000

- and -

DLA PIPER US LLP
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and Debtors in Possession

{01032312;v1}