IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

### ORDER SUSTAINING OBJECTION OF
### THE DEBTORS TO CLAIM NO. 590 FILED BY
### SPANCO TELESYSTEMS & SOLUTIONS, LTD

Upon consideration of (i) Objection of the Debtors to Claim No. 590 (the "Claim") Filed by Spanco Telesystems & Solutions, Ltd (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the Claim attached hereto as Exhibit A, and (iii) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is, SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{01033722;v1}

ORDERED that the Administrative Claim[2] is hereby reclassified as a general unsecured non-priority claim in the amount of $377,967.89; and it is further

ORDERED that the Debtors' right to raise other objections to the Claim on any and all grounds permitted by law and/or equity are hereby preserved; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July ____, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{01033722;v1}