## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 13th day of June, 2008, I caused a copy of the **Objection of the Debtors to Claim No. 590 Filed by Spanco Telesystems & Solutions, Ltd.** to be served upon the parties listed on the attached service list *via* First Class Mail.

_____
Mary E. Augustine (No. 4477)

{01033802;v1}