IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SN LIQUIDATION, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11666 (KG) <br> Jointly Administered <br><br> Re: Docket No. 445 |

**CERTIFICATE OF NO OBJECTION TO FIRST INTERIM FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2008 THROUGH JANUARY 31, 2008**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Fee Application of Reed Smith LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 16, 2007 through January 31, 2008 (the "Application"; D.I. 445) filed on March 14, 2008. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 7, 2008 at 4:00 p.m.

It is respectfully requested that the Application be approved.

Dated: June 18, 2008  Respectfully submitted,
      Wilmington, Delaware

REED SMITH LLP

By: /s/ Gaston P. Loomis II
Kurt F. Gwynne (No. 3951)
Gaston P. Loomis II (No. 4812)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

and

Robert P. Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420

Counsel to the Official Committee of Unsecured Creditors