*Hire*Strategy

# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|-----------|
| 5665 |

| Bill To |
|---------|
| InPhonic
10803 Parkridge Blvd.
Reston, Virginia 20191
Attn: Accounts Payable |

| Terms | Invoice Date |
|-------|--------------|
| Net 30 | 3/9/2007 |

| Item | Description | Hours | Amount |
|------|-------------|-------|--------|
| 4814 | Consulting Services Provided by Joel Mank (2/17 - 3/2/2007)
Bill Rate: $26.00 | 80 | 2,080.00 |
| 4394 | Overtime Hours Worked by Joel Mank
Bill Rate: $39.00 | 19 | 741.00 |
| | Department #5131 | | |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

| **Total** | $2,821.00 |
|-----------|-----------|
| **Balance Due** | $2,821.00 |

EIN # 54-1968350

# HireStrategy

**Contractor Timesheet**

Employee Name: _Joe / Mank_

Timeperiod: _2/17/07 - 3/2/07_

Company Name: _Sophonic_

Employee Signature: _Joe Mank_

Supervisor Signature: _MW_

Date: _3/6/07_

Date: _3/6/07_

|  | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 |  |
|---|---|---|---|---|---|---|---|
|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| Week One: 44 hours | — | 4 | 8 hours 35 minutes | 12.5 | 8 hours 45 minutes | 11 | — |

Total Hours 48

|  | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 |
|---|---|---|---|---|---|---|---|
|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| Week Two: 54 hours | — | 12 | 14 | 9 hours 40 minutes | 9.5 | 9 | — |

54 hours

47A 26 = 31 21

51 3 = 3 3

Fax Signed Timesheet to Kelley Robinson.
Fax # 703-707-1856

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that these are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

# **Hire**Strategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|-----------|
| 5850 |

| Bill To |
|---------|
| InPhonic<br>10803 Parkridge Blvd.<br>Reston, Virginia 20191<br>Attn: Accounts Payable |

| Terms | Invoice Date |
|-------|--------------|
| Net 30 | 3/30/2007 |

| Item | Description | Hours | Amount |
|------|-------------|-------|--------|
| 4814 | Consulting Services Provided by Joel Mank (3/17 - 3/30/2007)<br>Bill Rate: $26.00 | 80 | 2,080.00 |
| 4394 | Overtime Hours Worked by Joel Mank<br>Bill Rate: $39.00<br><br>Dept. # 5131 | 6.5 | 253.50 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| **Total** | $2,333.50 |
|-----------|-----------|
| **Balance Due** | $2,333.50 |

**HireStrategy**

**Contractor Timesheet**

Employee Name: Joel Mank

Timeperiod: 3/3/07 - 3/16/07

Company Name: In Phonic

Employee Signature: Joel Mank     Date: 3/27/07

Supervisor Signature: _____     Date: 3/27/06

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Week One: 46.5 | — | 8 | 8.5 | 10 | 11 | 9 | — | |
| Week Two: 40 | — | 9 | 9 | 7 | 7 | 8 | — | 86.5 |

Fax Signed Timesheet to Holley Robinson.
Fax # 703-707-4936

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

 *Hire*Strategy

# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
| --- |
| 6046 |

| Bill To |
| --- |
| InPhonic<br>10803 Parkridge Blvd.<br>Reston, Virginia 20191<br>Attn: Accounts Payable |

| Terms | Invoice Date |
| --- | --- |
| Net 30 | 4/27/2007 |

| Item | Description | Hours | Amount |
| --- | --- | --- | --- |
| 5941 | Consulting Services Provided by Jeffery Clark (4/14 - 4/27/2007)<br>Bill Rate: $2,600.00<br><br>PO #8104 | | 2,600.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

| **Total** | $2,600.00 |
| --- | --- |

EIN # 54-1968350

| **Balance Due** | $2,600.00 |
| --- | --- |

**HireStrategy**

Contractor Timesheet

Employee Name: Jeff Clark

Timeperiod: 4-22 to 4-28

Company Name: In Phonic

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Week One: | | | | | | | | |
| Week Two: | | 8 | 8 | 8 | 8 | 8 | | 40 |

Employee Signature: _____ Date: 4-27-07

Supervisor Signature: _____ Date: 4/27/2007

Fax Signed Timesheet to Holley Robinson.
Fax # 703-707-1856

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

Invoice #60%

# **Hire**Strategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|-----------|
| 6132 |

| Bill To |
|---------|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|-------|--------------|
| Net 30 | 5/11/2007 |

| Item | Description | Hours | Amount |
|------|-------------|-------|--------|
| 5941 | Consulting Services Provided by Jeffery Clark (4/28 - 5/11/2007)<br><br>Bill Rate: $5,200.00<br><br><br>PO #8104 | | 5,200.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| **Total** | $5,200.00 |
|-----------|-----------|
| **Balance Due** | $5,200.00 |

**HireStrategy**

Contractor Timesheet

Employee Name: Jeff Clark

Timeperiod: 4-29 to 5-12

Company Name: In Phase

Employee Signature:

Supervisor Signature:

Date: MJ 11 2002

Date: 5/11/2007

Week One: 4-29-5-5

Week Two: 5-6-5-12

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | | 6 | 6 | 6 | 6 | 6 | |
| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| | | 6 | 6 | 6 | 6 | 6 | |

| Total Hours |
|---|
| 60 |

Fax Signed Timesheet to Hadley Robinson.
Fax # 703-707-4939

Contractors: Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

Client Supervisor: Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

Invoice # 6132

# ✖️ *Hire*Strategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|:---:|
| 6153 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|:---:|:---:|
| Net 30 | 5/21/2007 |

| Item | Description | Hours | Amount |
|---|---|---|---|
| 5832 | Consulting Services Provided by Matt McGuiney (4/28 - 5/11/2007)<br>Bill Rate: $26.00<br><br><br>PO# 8114 | 40 | 1,040.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| Total | $1,040.00 |
|---|---|
| **Balance Due** | $1,040.00 |

# HireStrategy

## Contractor Timesheet

**Employee Name:** Matt McGuiney

**Timeperiod:** 4/28 - 5/11/2007

**Company Name:** InpHonic

**Employee Signature:** _____

**Supervisor Signature:** _____   **Date:** 5/16/07

**Week One:**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|        | 0      | 0       | 8         | 8        | 8      |          |

**Week Two:**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|--------|--------|---------|-----------|----------|--------|----------|-------------|
|        | 8      | 8       | 0         | 0        | 0      |          | 40.00       |

Fax Signed Timesheet to Holley Robinson.
Fax # 703-707-1435

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

703-767-1836

Invoice # 6152

# ✕ *Hire*Strategy

# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|---|
| 6198 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|---|---|
| Net 30 | 5/25/2007 |

| Item | Description | Hours | Amount |
|---|---|---|---|
| 6137 | Consulting Services Provided by Alexise Chakogoum (5/12 - 5/25/2007)<br><br>Bill Rate: $26.00<br><br>PO# 8114 | 72 | 1,872.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

| **Total** | $1,872.00 |
|---|---|

EIN # 54-1968350

| **Balance Due** | $1,872.00 |
|---|---|

**>HireStrategy**

**Contractor Timesheet**

Employee Name: Alouise Chakkapeun

Timeperiod: 05-15-05-25

Company Name: Inphonic

| | Week One: | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | 33 | 1 | 1 | 9 | 8 | 8 | 8 | 1 |

| | Week Two: | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|---|
| | 39 | 1 | 8 | 8 | 6 | 7 | 10 | 1 | 72 |

Employee Signature: _____ Date: 05-25-07

Supervisor Signature: _____ Date: 05-25-07

Fax Signed Timesheet to Holley Robinson.
Fax # 703-707-1836

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

Invoice # 6198

# *Hire*Strategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|-----------|
| 6228 |

| Bill To |
|---------|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|-------|--------------|
| Net 30 | 5/25/2007 |

| Item | Description | Hours | Amount |
|------|-------------|-------|--------|
| 5941 | Consulting Services Provided by Jeffery Clark (5/12 - 5/25/2007)<br><br>Bill Rate: $5,200.00<br><br><br>PO #8104 | | 5,200.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| Total | $5,200.00 |
|-------|-----------|
| **Balance Due** | $5,200.00 |

**HireStrategy**

**Contractor Timesheet**

Employee Name: Jeff Clark

Timesheet: 5-13 — 5-26

Company Name: In Phonix

Employee Signature: _____

Supervisor Signature: _____

Date: Mg 35,2007

Date: 5/21/2007

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|
| **Week One:** 5-13 | / | 8 | 6 | 6 | 6 | 6 | / | |
| **Week Two:** 5-20 | / | 6 | 6 | 6 | 8 | 8 | / | 80 |

Fax Signed Timesheet to Holley Robinson.
Fax # 703-787-4856

Contractors: Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

Client Supervisor: Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

# HireStrategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 6348 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|---|---|
| Net 30 | 6/8/2007 |

| Item | Description | Hours | Amount |
|---|---|---|---|
| 6137 | Consulting Services Provided by Alexise Chakogoum (5/26 - 6/08/2007)<br>Bill Rate: $26.00<br><br>PO# 8114 | 74 | 1,924.00 |
| 6334 | Overtime Hours Worked by Alexise Chakogoum<br>Bill Rate: $39.00 | 1 | 39.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| **Total** | $1,963.00 |
|---|---|
| **Balance Due** | $1,963.00 |

# HireStrategy

**Contractor Timesheet**

Employee Name: Alexise Chakogawn

Timesheet: 05-28-06-08

Company Name: Inphonic Inc.

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|
| **Week One:** | — | — | 7.50 | 7.50 | 8 | 11 | | |
| **Week Two:** | — | 7.50 | 7.50 | 7.50 | 8 | 10.5 | | 75 |

Employee Signature: _____    Date: 06-08-07

Supervisor Signature: _____    Date: 06-08-07

Fax Signed Timesheet to Hailey Robinson.
Fax # 703-707-1836

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

# **Hire**Strategy

# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|-----------|
| 6320 |

| Bill To |
|---------|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|-------|--------------|
| Net 30 | 6/8/2007 |

| Item | Description | Hours | Amount |
|------|-------------|-------|--------|
| 5941 | Consulting Services Provided by Jeffery Clark (5/26 - 5/31/2007)<br><br>Bill Rate: $1,560.00<br><br><br>PO #8104 | | 1,560.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| **Total** | $1,560.00 |
|-----------|-----------|
| **Balance Due** | $1,560.00 |

# HireStrategy

## Contractor Timesheet

Employee Name: Jeff Clark

Timeperiod: 5-27 - 6-9

Company Name: IN PHASE

**Week One:**
5-27

**Week Two:**

Employee Signature:

Supervisor Signature:

Date: 5-31-07

Date: 5-31-07

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|--------|--------|---------|-----------|----------|--------|----------|-------------|
|  | 1 | 6 | 6 | 8 | 1 | 4 | 22 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |  |
|--------|--------|---------|-----------|----------|--------|----------|-------------|
| X | X | X | X | X | X | X | 24 |

**Fax Signed Timesheet to Holley Robinson.**
Fax # 703-707-1696

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

# *Hire*Strategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 6428 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|---|---|
| Net 30 | 6/22/2007 |

| Item | Description | Hours | Amount |
|---|---|---|---|
| 6137 | Consulting Services Provided by Alexise Chakogoum (6/9 - 6/22/2007)<br>Bill Rate: $26.00<br><br>PO# 8114 | 80 | 2,080.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

| **Total** | $2,080.00 |
|---|---|
| **Balance Due** | $2,080.00 |

EIN # 54-1968350

**XHireStrategy**

**Contractor Timesheet**

Employee Name: Aleuce Chakraborty

Timeperiod: 06-01 through 06-22

Company Name: INPHONIC, INC.

Employee Signature: (illegible)    Date: 06-22-07

Supervisor Signature: (illegible)    Date: 06-22-07

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Week One: AO | — | 7.5 | 7.5 | 7.5 | 7.5 | 10 | — |

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Week Two: AO | — | 7.5 | 7.5 | 7.5 | 7.5 | 10 | — | 80 |

Fax Signed Timesheet to Holley Robinson.
Fax # 703-707-1836

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that these are defined limitations and terms for the hire or conversion of HireStrategy's contractors in these agreements.

Invoice # 6428

# ✕ *Hire*Strategy

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|:---:|
| 6522 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|:---:|:---:|
| Net 30 | 7/6/2007 |

| Item | Description | Hours | Amount |
|---|---|---:|---:|
| 6137 | Consulting Services Provided by Alexise Chakogoum (6/23 - 7/06/2007)<br><br>Bill Rate: $26.00<br><br>PO# 8114 | 72.5 | 1,885.00 |

Thank you for your business.  If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| **Total** | $1,885.00 |
|---|---:|
| **Balance Due** | $1,885.00 |

**✗HireStrategy**

Contractor Timesheet

Employee Name: Alauice Shakespeare

Timeperiod: 06-22-07-06-07

Company Name: InProsuie Inc.

Employee Signature: _____  Date: 07-06-07

Supervisor Signature: _____  Date: 07-06-07

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Week One: 40 | — | 7.5 | 7.5 | 7.5 | 7.5 | 10 | — | |
| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | |
| Week Two: 32.5 | — | 7.5 | 7.5 | — | 7.5 | 10 | — | 18.5 |

Fax Signed Timesheet to Holley Robinson.
Fax # 703-707-4836

**Contractors:** Your compensation is contingent upon obtaining a signature of approval by a supervising authority from the client to which you are assigned. In order for you to be paid in a timely manner, you must get your approved timesheet to HireStrategy on the last day of the pay period.

**Client Supervisor:** Your signature authorizes invoicing for the hours indicated at the billing rate and under the terms documented in the "Client Master Agreement" and "Contractor Addendum." Note that there are defined limitations and terms for the hire or conversion of HireStrategy's contractors in those agreements.

Invoice #6522

**✗ _Hire_ Strategy**

# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|-----------|
| 6645 |

| Bill To |
|---------|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|-------|--------------|
| Net 30 | 7/20/2007 |

| Item | Description | Hours | Amount |
|------|-------------|-------|--------|
| 6137 | Consulting Services Provided by Alexise Chakogoum (7/7 - 7/20/2007)<br>Bill Rate: $26.00<br><br>PO# 8114 | 14 | 364.00 |

| Thank you for your business. If you have any questions please call Holley Robinson at (703) 547-6720 | **Total** | $364.00 |
|---|---|---|
| EIN # 54-1968350 | **Balance Due** | $364.00 |



10803 Park ridge Blvd,
Suite 100
Reston, VA 20170
Phone: 703-636-0333

## FAX

### Fax Transmittal Form

**To HireStrategv**

Name: Jenna Marmet
Phone number: 703-547-6767
Fax number: 703-707-1836

**From**

Alexise Chakogoum
Contractor
InPhonic

Date sent: July 10, 2007
Time sent: 11:30
# Of pages including cover page: 02

Urgent
For Review **x**
Please Comment
Please Reply

Invoice # 6645

Message:

Hi dear,

Sorry, for having my time on this paper instead of regular 1st time sheet. In fact I don't have mo and could'nt reach out to any one in the office. I called many times and went straight in th voice. I worked totally 14 hours for this time period; 07-08 through 07-22.07 which is the next pay period.

Alexise = 14 hours. for Monday 07-09 Tuesday 07-10 at Inphonic. Inc.

thanks. Alex.