

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 3258 |

| Bill To |
|---|
| InPhonic<br>10803 Parkridge Blvd.<br>Reston, Virginia 20191<br>Attn: May Yuen |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 3/3/2006 | Net 10 | 3/13/2006 |

| Item | Description | Amount |
|---|---|---|
| 3258 | Finance Charges for past due invoices<br>past due balance as of 3/1/2006 = $ 134,324.80<br>134,324.80 x .015= 2,014.87 | 2,014.87 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

EIN # 54-1968350

| | |
|---|---|
| **Total** | $2,014.87 |
| **Balance Due** | $2,014.87 |



11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 3450 |

| Bill To |
|---|
| InPhonic<br>10803 Parkridge Blvd.<br>Reston, Virginia 20191<br>Attn: Jim Vedder |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 4/7/2006 | Net 10 | 4/17/2006 |

| Item | Description | Amount |
|---|---|---|
| 3450 | Finance Charges for past due invoices<br>past due balance as of 4/1/2006 = $ 147,194.21<br>monthly late charge rate per contract = 1.5%<br>147,194.21 x .015 = $ 2,207.91 | 2,207.91 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

| | Total | $2,207.91 |
|---|---|---|
| EIN # 54-1968350 | **Balance Due** | $2,207.91 |



# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|---|
| 3540 |

| Bill To |
|---|
| InPhonic |
| 10803 Parkridge Blvd. |
| Reston, Virginia 20191 |
| Attn: Jim Vedder |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 5/2/2006 | Due on receipt | 5/12/2006 |

| Item | Description | Amount |
|---|---|---|
| 3540 | April Late Fees:     $ 467.58<br>past due amount on 4/30/06 = $ 31,171.88<br>Late Fees accrue at 1.5% per month<br><br>--------------------------------------------------<br><br>Total Amount Due:     $ 151,310.18 | 467.58 |

Thank you for your business.  If you have questions please call Rick Kite at (703) 547-6725.

**Total** $467.58

EIN # 54-1968350

**Balance Due** $467.58



# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|---|
| 3749 |

**Bill To**

InPhonic
11130 Sunrise Valley Drive, Suite 300
Reston, Virginia 20191
Attn: Sara Hagmeier

| Invoice Date | Terms | Due Date |
|---|---|---|
| 6/2/2006 | Net 30 | 6/12/2006 |

| Item | Description | Amount |
|---|---|---|
| 3749 | Finance Charges for past due invoices<br>past due balance as of 6/1/2006 = $ 194,208.04<br>194,208.04 x .015= $ 2,913.12 | 2,913.12 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

| | |
|---|---|
| **Total** | $2,913.12 |
| **Balance Due** | $2,913.12 |

EIN # 54-1968350



11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 3987 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 7/6/2006 | Due on receipt | 7/6/2006 |

| Item | Description | Amount |
|---|---|---|
| 3987 | Finance Charges for past due invoices<br>past due balance as of 7/1/2006 = $ 277,237.76<br>277,237.76 x .015 = $ 4,158.57 | 4,158.57 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

EIN # 54-1968350

| | |
|---|---|
| **Total** | $4,158.57 |
| **Balance Due** | $4,158.57 |



# Invoice

11730 Plaza America Drive, Suite 340
Reston, VA 20190

| Invoice # |
|---|
| 4198 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 8/1/2006 | Net 30 | 8/31/2006 |

| Item | Description | Amount |
|---|---|---|
| 4198 | July Finance Charges for past due invoices<br>past due balance as of 8/1/2006 = $ 114,489.86<br>monthly late charge per contract = 1.5%<br>114,489.06 x 1.5% = $ 1,717.35 | 1,717.35 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

| | |
|---|---|
| **Total** | $1,717.35 |
| **Balance Due** | $1,717.35 |

EIN # 54-1968350

**HireStrategy**

11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 4266 |

| Bill To |
|---|
| InPhonic<br>11130 Sunrise Valley Drive, Suite 300<br>Reston, Virginia 20191<br>Attn: Sara Hagmeier |

| Terms | Invoice Date |
|---|---|
| Net 30 | 8/14/2006 |

| Item | Description | Hours | Amount |
|---|---|---|---|
| 3278 | Consulting Services Provided by Van Nguyen (07/31 - 8/08/2006)<br>Bill Rate: $28.05 | 40 | 1,122.00 |
| 3407 | Overtime Hours Worked by Van Nguyen<br>Bill Rate: $42.08 | 2 | 84.16 |

Thank you for your business. If you have any questions please call Holley Robinson at (703) 547-6720

EIN # 54-1968350

| | |
|---|---|
| **Total** | $1,206.16 |
| **Balance Due** | $0.03 |



11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 4421 |

| Bill To |
|---|
| InPhonic |
| 11130 Sunrise Valley Drive, Suite 300 |
| Reston, Virginia 20191 |
| Attn: Sara Hagmeier |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 9/6/2006 | Due on receipt | 9/15/2006 |

| Item | Description | Amount |
|---|---|---|
| 4421 | Finance Charges for past due invoices<br>past due balance as of 9/1/06 = $ 77,169.49<br>77,169.49 x .015 = $ 1,157.54 | 1,157.54 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

EIN # 54-1968350

| | |
|---|---|
| **Total** | $1,157.54 |
| **Balance Due** | $1,157.54 |



11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 4563 |

| Bill To |
|---|
| InPhonic |
| 11130 Sunrise Valley Drive, Suite 300 |
| Reston, Virginia 20191 |
| Attn: Sara Hagmeier |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 10/4/2006 | Net 30 | 11/3/2006 |

| Item | Description | Amount |
|---|---|---|
| 4563 | September Finance Charges for past due invoices past due balance as of 10/1/2006 = $ 178,099.61 monthly late charge per contract = 1.5% 178,099.61 x 1.5% = $ 2,671.49 | 2,671.49 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

**Total** $2,671.49

EIN # 54-1968350

**Balance Due** $2,671.49



11730 Plaza America Drive, Suite 340
Reston, VA 20190

# Invoice

| Invoice # |
|---|
| 4867 |

| Bill To |
|---|
| InPhonic |
| 10803 Parkridge Blvd. |
| Reston, Virginia 20191 |
| Attn: Accounts Payable |

| Invoice Date | Terms | Due Date |
|---|---|---|
| 11/2/2006 | Net 30 | 11/12/2006 |

| Item | Description | Amount |
|---|---|---|
| 4867 | Finance Charges for past due invoices<br>past due balance as of 11/1/06= $ 100,858.13<br>100,858.13 x .015= $ 1,512.87 | 1,512.87 |

Thank you for your business. If you have questions please call Rick Kite at (703) 547-6725.

| | |
|---|---|
| **Total** | $1,512.87 |

EIN # 54-1968350

| | |
|---|---|
| **Balance Due** | $1,512.87 |