**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.**[1], | ) | **Case No. 07-11666-KG** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 591 — NOTICE (SIXTH) OF DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (II) DEEMING THAT THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT [excluding attachment 2]

NOTICE OF ELECTRONIC FILING

Docket No. 592 — NOTICE OF MOTION

SEVENTH MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE [excluding attachment 4]

[PROPOSED] ORDER APPROVING THE SEVENTH MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

NOTICE OF ELECTRONIC FILING

I, Katya M. Belas, state as follows:

1 The Debtors and debtors in possession are INP Liquidation Corp., f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp., f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2. On June 18, 2008, the above referenced documents were served on the parties as described below:

Exhibit A Affected Parties Service List regarding Docket No. 591

Exhibit B Affected Parties Service List regarding Docket No. 592

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 20, 2008
El Segundo, California

Katya M. Belas

State of California )
)
County of Los Angeles )

On June 20, 2008 before me, James H. Myers, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

# for SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Total number of parties: 33**

## Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29319 | ALTICOR INC, (RE: QUIXTAR CORP), KATHY VON ROSEN, LEGAL DIVISION - LITIGATION, 7575 FULTON ST EAST, ADA, MI, 49355 | US Mail (1st Class) |
| 29319 | ALTICOR INC, (RE: QUIXTAR INC), KATHY VON ROSEN, LEGAL DIVISION - LITIGATION, 7575 FULTON ST EAST, ADA, MI, 49355 | US Mail (1st Class) |
| 29319 | MELALEUCA, 3910 S YELLOWSTON HIGHWAY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 29319 | MELALEUCA INC, ATTN MATT NYE, 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 29319 | MELALEUCA, INC., VP OF BUSINESS DEVELOPMENT, 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 29319 | MELALEUCA, INC., GENERAL COUNSEL, 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 29319 | MELALEUCA, INC., 3910 S YELLOWSTONE HWY, IDAHO FALLS, ID, 83402 | US Mail (1st Class) |
| 29319 | PRICEGRABBER.COM, LLC, COLIN CASEY, SENIOR MANAGER, 10441 JEFFERSON BLVD, SUITE 200, CULVER CITY, CA, 90232 | US Mail (1st Class) |
| 29319 | PRICEGRABBER.COM, LLC, 11TH FLOOR, 10940 WILSHIRE BLVD, LOS ANGELES, CA, 90024 | US Mail (1st Class) |
| 29319 | PRICEGRABBERCOM LLC, 10940 WILSHIREBLVD, 11TH FLOOR, LOS ANGELES, CA, 90024 | US Mail (1st Class) |
| 29319 | QUEST MEMBERSHIP SERVICES, 182 FAIRCHILD AVE., PLAINVIEW, NY, 11803 | US Mail (1st Class) |
| 29319 | QUEST MEMBERSHIP SERVICES, JOHN BRUNETTI, 182 FAIRCHILD AVENUE, PLAINVIEW, NY, 11803 | US Mail (1st Class) |
| 29319 | QUIXTAR, PO BOX 2677, GRAND RAPIDS, MI, 49501-2677 | US Mail (1st Class) |
| 29319 | QUIXTAR CORP, ATTN: NICOLE BORM, 375 EXETER ROAD, LONDON, ON, N5Y 5V6 CANADA | US Mail (1st Class) |
| 29319 | QUIXTAR INC, MICHAEL SULLIVAN, 5101 SPAULDING PLZ, ADA, MI, 49355 | US Mail (1st Class) |
| 29319 | QUIXTAR INC., 5101 SPAULDING PLAZA, ADA, MI, 49355 | US Mail (1st Class) |
| 29319 | QUIXTAR, INC., MICHAEL SULLIVAN, 5101 SPAULDING PLAZA, ADA, MI, 49355 | US Mail (1st Class) |
| 29319 | SALLIE MAE (PARTNER), V5442, 12061 BLUEMONT WAY, RESTON, VA, 20190 | US Mail (1st Class) |
| 29319 | SALLIE MAE, INC., ROBERT JACKSON, MANAGING DIRECTOR, 11600 SALLIE MAE DRIVE, RESTON, VA, 20193 | US Mail (1st Class) |
| 29319 | SALLIE MAE, INC., ROBERT LAVET, SVP, 11600 SALLIE MAE DRIVE, RESTON, VA, 20193 | US Mail (1st Class) |
| 29319 | SIEMENS, C/O BANK OF AMERICA, 7850 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |

**Subtotal for this group: 21**

# EXHIBIT B

**Exhibit B - SN Liquidation, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29320 | FEDEX, PO BOX 371461, PITTSBURGH, PA, 15250-7461 | US Mail (1st Class) |
| 29320 | FEDEX CUSTOMER INFORMATION SERVICE, REVENUE RECOVERY BANKRUPTCY, 3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR, MEMPHIS, TN, 38116 | US Mail (1st Class) |
| 29320 | FEDEX FREIGHT, PO BOX 840, HARRISON, AR, 72602-0840 | US Mail (1st Class) |
| 29320 | FEDEX FREIGHT, 4103 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 29320 | FEDEX FREIGHT EAST, PO BOX 840, HARRISON, AR, 72602-0840 | US Mail (1st Class) |
| 29320 | FEDEX KINKO`S, PO BOX 672085, CUSTOMER ADMINISTRATIVE SRVCS, DALLAS, TX, 75267-2085 | US Mail (1st Class) |
| 29320 | FEDEX NATIONAL LTL, PO BOX 95001, LAKELAND, FL, 33801 | US Mail (1st Class) |
| 29320 | MARKET AMERICA INC, 1302 PLEASANT RIDGE RD, GREENSBORO, NC, 27409 | US Mail (1st Class) |
| 29320 | MARKET AMERICA INC., 1302 PLEASANT RIDGE ROAD, GREENSBORO, NC, 27409 | US Mail (1st Class) |
| 29320 | MARKET AMERICA, INC., TODD LAIRE, DIRECTOR OF SALES, 1300 PLEASANT RIDGE ROAD, GREENSBORO, NC, 27409 | US Mail (1st Class) |
| 29320 | PERKS GROUP, 701 MARTINSVILLE ROAD, LIBERTY CORNER, NJ, 07938 | US Mail (1st Class) |
| 29320 | PERKS GROUP, 701 MARTINSVILLE RD, LIBERTY CORNER, NJ, 07938 | US Mail (1st Class) |

**Subtotal for this group: 12**