IN REGARD TO:

FILED
2008 JUN 24 AM 11: 46

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
SN LIQUIDATION, INC., ET AL., Debtors.

Chapter 11    Case No. 07-11666 (KG)    (Jointly Administered)

Notice of Debtors' First Omnibus Ojection (Non-Substantive) <u>To Certain Improperly Classified Claims</u>

Claimant and persons possessing ultimate authority to reconcile, settle or otherwise resolve the claim:
    Ryan, Jim and Georgia    Claim #143
    5057 Hwy 95, Bldg A
    Ft Mohave, AZ 86426
    (928) 303-1292 cell    (928) 768-7446 day

Basis of Claim:  Rebate offer of $150.00 per cell phone purchased from InPhonic, Inc. Two phones purchased for total of $300.00 rebate claim.

Response to Debtors' First Onmibus Objection:

By making this rebate offer, the Debtors (as InPhonic, Inc.) entered into a contractual promise to pay. InPhonic, Inc. also entered into a Consent Order and Final Judgment, agreeing to make restitution to some 9,000 customers, (including us) in effect entering into another contractual promise to pay, with the District of Columbia, Office of the Attorney General. This claim is secured by two contracts. Further, in the State of Arizona, a Judgment is considered a lien. I therefore object to the reclassification of this claim from Secured to Unsecured, and urge the Court to deny this reclassification.

All supportive documentation has been submitted with the claim.

Yours sincerely,

*Georgia Ryan* (signature)
Georgia Ryan

cc: Bayard, P.A
    Neil B. Glassman, Esquire
    Mary E. Augustine, Esquire
    Daneil A. O'Brien, Esquire
    222 Delaware Ave, Ste 900
    Wilmington, Delaware 19801

cc: DLA PIPER US LLP.
    Thomas R. Califano, Esquire
    Christopher R. Thomson, Esquire
    1251 Avenue of the Americas
    New York, New York 10020