FABRICANT DE FILTRES     FILTER MANUFACTURER

LE GROUPE **PNF** INC.

100 rue Nadeau, Saint-Léonard d'Aston (Québec) Canada J0C 1M0
www.groupepnf.com - Téléphone: (819) 399-3051 Fax: (819) 399-3052

St-Leonard d'Aston, June 23, 2008

To: Office of the Clerk
United States Bankruptcy Court
Marine Midland Plaza
824, Market Street 3rd Floor
Wilmington, Del 19801

CC: Cole Schotz Mersel Formanel
100 N. West Street, Suite 1200
Wilmongton, Del 19801
Attm: N. L. Pernick

Der Sir,

We object the rejection of our claim for Fedders N.A, Trion Inc., DKT no 1133 –Fourth
Omnibus Objections listed in Exhibit B and DKT.

We missed stated the Trion invoice number on our first submission. Please note our
invoice number is 11096, Trion purchase order P 581169-01. Copies of the invoice and
purchase order enclosed.

Sincerely,

Yan Nadeau
VP

Please reply to as needed:
Mr Yan Nadeau
Le Groupe PNF Inc.
100, rue Nadeau
Saint-Léonard-d'Aston
(Québec) Canada J0C 1M0
819 399 3051 Phone
819-399-3052 Fax



**Fabricant de filtres * Filter Manufacturer**

LE GROUPE **PNF** INC.

100, rue Nadeau
St-Léonard d'Aston (Québec)
J0C 1M0   Canada
Téléphone: (819) 399-3051
Fax: (819) 399-3052
www.groupepnf.com
groupepnf@groupepnf.com

# FACTURE / INVOICE

No.    **11096**

Date   **2007-08-20**

| FACTURÉ À / INVOICED TO | EXPÉDIÉ À / SHIPPED TO |
|---|---|
| Trion Inc. | Trion Inc. |
| 101 Mcneill Road | 101 Mcneill Road |
| Sanford, NC | Sanford, NC |
| 27330   USA | 27330   USA |

## INFORMATION

| No du bon d'achat / Purchase Order No | No d'inscription T.P.S. T.V.Q. G.S.T. P.S.T. Inscription No | Termes / Terms | Note |
|---|---|---|---|
| P58169-00 01 | T.P.S. / G.S.T. # 898016361 T.V.Q. / P.S.T. # 1017829013 | | |

| Item | PNF Item | Qté comm. Qty ordered | Qté exp. Qty shipped | Produit Products | B.O. B.O. | U/M U/M | Prix unitaire Unit price | Montant Amount |
|---|---|---|---|---|---|---|---|---|
| 240550-010 | IFHEA085 | 60 | 60 | Ind flow alum. 22 x 22,94 x 1,88 | 0 | | 14,10 $ | 846,00 $ |
| 240550-012 | IFHEA086 | 60 | 60 | Ind flow alum. 22,94 x 33,22 x 1,88 | 0 | | 18,25 $ | 1 095,00 $ |

Net 30 jours - Frais d'administration de 2% par mois (24% par année) sur tous comptes passés dûs.
Net 30 days - Service charges of 2% per month (24% per year) on all past due accounts.

Les marchandises décrites ci-dessus demeurent la propriété du Groupe P.N.F. inc. tant et aussi longtemps qu'elles ne seront pas entièrement payées.
All merchandise described above will remain the property of Groupe P.N.F. inc. for as long as the bill is not paid in full.

| | |
|---|---|
| Sous total / Sub-total | 1 941,00 $ US |
| Transport / Freight | |
| TPS / GST | 0,00 $ US |
| TVQ / PST | 0,00 $ US |
| Total | 1 941,00 $ US |



## Section 503(b)(9) Claim Request Form

| | |
|---|---|
| Fedders North America, Inc., et al. Claims Processing<br>c/o Logan & Company, Inc.<br>546 Valley Road, 2nd Floor<br>Upper Montclair, New Jersey 07043 | In re Fedders North America, Inc., et al.<br>Case Nos. 07-11176 through 07-11192<br>Chapter 11 Jointly Administered<br>503(b)(9) Bar Date: October 22, 2007 |

**Debtor against which claim is asserted:** (Circle One)

Fedders North America, Inc.
Columbia Specialties, Inc.
Emerson Quiet Kool Corporation
Envirco Corporation
Eubank Coil Company
Fedders Addison Company, Inc.
Fedders Corporation
Fedders Holding Company, Inc.
Fedders, Inc.

Fedders International, Inc.
Fedders Investment Corporation
Fedders Islandaire, Inc.
Fedders Outlet, Inc.
Herrmidifier Company, Inc.
Island Metal Fabricating Inc.
Rotorex Company, Inc.
Trion, Inc.

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see docket no. 67), any person or entity that asserts a Claim (as defined in Section 105 of the Bankruptcy Code) under Section 503(b)(9) of the Bankruptcy Code must file this form with Logan & Company, Inc., at the above-referenced address, by October 22, 2007. The form may be submitted in person or by courier service, hand delivery or mail. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Logan & Company, Inc.

**NOTE:** No deadline has been established by the Court ("General Bar Date") for the filing of claims other than Section 503(b)(9) Claims. When a General Bar Date is established, separate notice will be provided.

| | |
|---|---|
| Name and Address of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>CREDITOR ID: FED-4721-B9-04<br><br>LE GROUPE PNF INC.<br>100, RUE NADEAU<br>ST-LEONARD D'ASTON  QC J0C 1M0<br>CANADA<br><br>Telephone No. | |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: FED-4721-B9-04 | Check here if this claim ☐ replaces<br>☐ amends a previously filed Section 503(b)(9) Claim, dated: _____ |

1. **BASIS FOR CLAIM** (check all that apply)
   ☒ Goods received by Debtor within 20 days of the commencement of the Debtor's case. Value of Goods: $ **1941.00 USD**
   ☒ Goods were sold to the Debtor in the ordinary course of the Debtor's business.

2. DATE DEBT WAS INCURRED: **August 20, 2007**

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ **1941.00 USD**

4. Brief Description of Section 503(b)(9) Claim (Attach Particular Invoices): **Invoice #11096 (Ref PO# P58169 X, Trion)**

*This Space Is For Court Use Only*

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim form, you are certifying that the goods, for which payment is sought hereby, were sold to the Debtor in the ordinary course of the Debtor's business as required by 11 U.S.C. § 503(b)(9).

| Date<br>Sept. 12, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>_____ VP  YAN NADEAU |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $ 500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.