# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Cases No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Re: Docket No. 569** |

## NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that copies of the proofs of claim without any supporting documentation (the "Claims") listed on Exhibit D to the **Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims** [Docket No. 569], with all of their attachments, have been delivered to the Chambers of the Honorable Kevin Gross.

**PLEASE TAKE FURTHER NOTICE** that copies of the Claims can be requested from the undersigned attorneys.

Dated: July 1, 2008
Wilmington, Delaware

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2078)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

{BAY:01051189v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esq.
Christopher R. Thomson, Esq.
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession