24 JUN 08

Dear Sir!

I am objecting to reclassify my claim. I just want my $130.00 rebate that was promised from this company when I filed the proper paper work in 2007. I have enclosed a copy of my claim which has the creditor as Hiakm A Hall (clumant) and detor! SN Liquidation, Inc., et al. f/k/a In Phonic Inc., et. al. Case # 07-11666-KG.

Respectfully,

Hiam A. Hall

HIAKM A HALL

New add!

HIAKM A HALL
HQ APS-5
Box 519 (Supply)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

In re:
SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al.

Case Number: 07-11666-KG

NOTE: See Reverse for List of Debtors/Case Numbers/ important details. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

13727926025472

HIARM HALL
PO BOX 1143
FOLSOM, LA 70437

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

FILED
MAR 11 2008
BMC

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (985) 966-6520

Name and address where payment should be sent (if different from above):

☐ Check this box if you are the debtor or trustee in this case.

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____
claim number (see reverse): _____

Payment Telephone Number ( )

1. **AMOUNT OF CLAIM AS OF DATE CASE FILED** $ 130.00

If all or part of your claim is secured, complete item 4c below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 4b.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **BASIS FOR CLAIM:** REBATE CLAIMS (3)
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 4938
3a. Debtor may have scheduled account as: 5/22/07
(See instruction #3 on reverse side.)

4. **CLASSIFICATION OF CLAIM.**
   4a. UNSECURED NONPRIORITY CLAIM     Total unsecured nonpriority claim: $ _____
   DO NOT include the priority portion of your unsecured claim here.

   4b. UNSECURED PRIORITY CLAIM
   ☐ Check this box ONLY if you have an unsecured claim, all or part of which is entitled to priority.
   Total unsecured priority claim: $ 130.00
   Include ONLY the priority portion of your unsecured claim here.

   You MUST specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

   4c. SECURED CLAIM (See instruction #4c on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other
   Total secured claim: $ _____
   Value of Property: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____
   DO NOT include the priority or unsecured portion of your claim here.

5. **CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
6. **SUPPORTING DOCUMENTS:** Attach redacted copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and redacted copies of evidence of perfection of lien. If the documents are not available, explain. If the documents are voluminous, attach a summary. (See definition of "redacted" on reverse side.)
7. **DATE-STAMPED COPY:** DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received no later than 4:00 pm, PREVAILING EASTERN TIME, on the following dates: a) March 21, 2008 for Non-Governmental Claimants; OR b) May 6, 2008 for Governmental Units.

BY MAIL TO:
SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al.
c/o BMC Group
PO Box 978
El Segundo CA 90245-0978

BY HAND OR OVERNIGHT DELIVERY TO:
SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al.
c/o BMC Group
1330 East Franklin Ave
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

InPhonic Inc.
00834

DATE: 3/7/08

SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571