07-11666

FILED
2008 JUL -1 AM 9:17

Hi Mr. D. Bird,

I've been trying to get a return on 2 PHONES & no luck for quite awhile
Wirefly

My name is Theodore J. Kessler
PO 458, LANOKA HBR, N.J. 08734
The phones were with Verizon

Thanks,
Ted Kessler