IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| SN LIQUIDATION, INC. ET AL., | ) | |
| | ) | |
| | ) | Case No. 07-11666 (KG) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS**

The United States of America, a creditor in this bankruptcy case, responds to Debtors' Second Omnibus Objection to claims 2 and 3 filed by the Internal Revenue Service as follows:

1. Debtors object to claims 2 and 3 on the grounds that they have been replaced, amended, or superseded by claims 42 and 1373.

2. The United States does not oppose the objections to claims 2 and 3 which have been amended.

Dated: July 7, 2008.

/s/ *Jennifer L. Best*
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0714
jennifer.best@usdoj.gov
Counsel for United States of America

3404298.11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SN LIQUIDATION, INC. ET AL., ) | |
| ) | Case No. 07-11666 (KG) |
| Debtors. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on the 7th day of July 2008, I electronically caused the foregoing UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS to be filed with the Court under the CM/ECF system and to be served this same day by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follow:

Neil B. Glassman
Mary E. Augustine
Daniel A. O'Brien
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

DLA PIPER US LLP
Thomas R. Califano
Christopher R. Thomson
1251 Avenue of the Americas
New York, NY 10020

Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

/s/ *Jennifer L. Best*
JENNIFER L. BEST

3404298.11