IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN Liquidation, Inc., *et al.*, | Cases No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL
REGARDING OMNIBUS HEARING DATE**

I, Mary E. Augustine, Esquire of Bayard, P.A., counsel for the above-captioned Debtors, hereby certify the following:

1. Counsel to the Debtors, through communication with the Chambers of the Honorable Kevin Gross, obtained the date listed on the attached order as an omnibus hearing date in the above-captioned case.

2. It is therefore respectfully requested that the attached Order Scheduling Omnibus Hearing Date be entered at the Court's earliest convenience.

Dated: Wilmington, Delaware
       July 7, 2008

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2078)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

{BAY:01050928v1}

**DLA PIPER US LLP**

Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors
and Debtors in Possession

{BAY:01050928v1}