IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN Liquidation, Inc., *et al.*, | : | Cases No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following hearing date in the above-captioned case:

September 16, 2008 at 2:00 p.m.


Dated: July ____, 2008
       Wilmington, Delaware


                                    _____
                                    The Honorable Kevin Gross
                                    United States Bankruptcy Judge

{BAY:01050928v1}