IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| SN LIQUIDATION, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. _____ |

### ORDER APPROVING BAYARD'S SECOND INTERIM FEE APPLICATION AS CO-COUNSEL TO THE DEBTORS

Bayard, P.A. ("Bayard"), counsel to the above-captioned debtors and debtors in possession, having filed its second interim fee application in the above-captioned cases for allowance of compensation and reimbursement of expenses (the "Application") for the period from February 1, 2008 through April 30, 2008 (the "Application Period"); and parties in interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and that Bayard is allowed compensation in the amount of $217,082.50 for services rendered and $8,383.86 as reimbursement for actual necessary expenses incurred during the Application Period.

ORDERED that the Debtors are hereby authorized and directed to pay to Bayard the difference between $225,466.36 and any payments that have already been made towards Bayard's first interim fees and expenses.

Dated: _____          _____
                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge

{BAY:01052239v1}