# EXHIBIT 1

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| # | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 128 | ROBINSON, RALPH E<br>1493 WESTFERRY XING<br>MYRTLE BEACH, SC 29575 | 532 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 129 | RODRIGUEZ, ANTONIO<br>3025 SE DARIEN RD<br>PORT ST LUCIE, FL 34952 | 236 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 130 | ROSIEN, JANIE E<br>180 THOMPSON STREET<br>APT 6D<br>NEW YORK, NY 10012 | 955 | $15.00<br>UNLIQUIDATED | (P) | $0.00<br>$15.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 131 | RUDISILL, JOANNA J<br>329 MAIN ST<br>AKRON, PA 17501 | 898 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 132 | RYAN, JIM & GEORGIA<br>5057 HWY 95<br>BLDG A<br>FT MOHAVE, AZ 86426 | 143 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 133 | SAMARASINGHE, SHIRON<br>56 MONSEY PLACE<br>STATEN ISLAND, NY 10303 | 791 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 134 | SANJEAN, JENNIFER<br>589 W LAYTON ST<br>OLATHE, KS 66061 | 644 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 135 | SCHWARZ, KENNETH D<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1076 | $75,000.00<br>UNKNOWN<br>UNLIQUIDATED | (P)<br>(U) | $10,950.00<br>$64,050.00 | (P)<br>(U) | CLAIM EXCEEDS SECTION 507(A)(4) CAP |
| 136 | SHIMOKIHARA, TRACI H<br>95-106 PAIKAUHALE PL<br>MILILANI, HI 96789 | 663 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 137 | SMITH, KAREN<br>CARROT ADVISERS LLC<br>ONE BROADWAY<br>14TH FL<br>CAMBRIDGE, MA 02142 | 392 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 138 | SONI, VIRENDRA<br>709 COWBOYS PARKWAY #2002<br>IRVING, TX 75063 | 763 | $10,000.00 | (P) | $0.00<br>$10,000.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured