# EXHIBIT 1

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 162 | YOUNG, SADIYYAH<br>PO BOX 826<br>NORRISTOWN, PA 19404 | 519 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 163 | ZEINFELD, ANDREW B<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1075 | $100,000.00<br>$300,000.00<br>UNLIQUIDATED | (P)<br>(U) | $10,950.00<br>$389,050.00 | (P)<br>(U) | CLAIM EXCEEDS SECTION 507(A)(4) CAP |
| 164 | ZHONG, YUHUAN<br>65 04 175TH STREET<br>FLUSHING, NY 11365 | 841 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| | | Totals: | $15,644.64<br>$345,604.48<br>$10,484,728.90 | (S)<br>(P)<br>(U) | $0.00<br>$0.00<br>$21,900.00<br>$10,824,078.02 | (S)<br>(A)<br>(P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured