<l

# United States Bankruptcy Court For The District of Delaware

## In re: SN LIQUIDATION, INC., et al., Debtors[1]

Case No. 07-11666 (KG)

## Notice of Debtors First Omnibus Objection (Non-Substantive) To Certain Improperly Classified Claims

**Subject:** Response to Debtors First Omnibus Objection.

**Claimant:** SHRIDHAR DABHOLKAR

**Claim Description:** To reclaim customer Appreciation & customer Loyalty Rebates offered by Debtors.

**Reasons not to reclassify the original claim:**
Looking at the exhibit A (enclosed), it appears my original claim for $160 was repeated twice. I bought 2 mobile phones and was supposed to receive $80 rebate[2] per mobile phone in lieu of service contract extension of 2 years. I always intended to receive a total rebate of $160 & filed my original claim accordingly. I, so request that debtors honor my original claim of $160.

**Return Address:** Shridhar Dabholkar
64 Scarlet Oak Dr, Princeton, NJ 08540

**Ultimate Authority By:** _S.H. Dabholkar_  06/27/2008
Shridhar Dabholkar
64 Scarlet Oak Dr, Princeton, NJ 08540
Phone: (609) 924-2946

**Encl:** Copy of exhibit "A" highlighting repeated claims.
Copy of two original invoices (one per mobile phone) as a proof of purchase.
Copy of my current mobile phone bill indicating continuation of service.

CC:  BAYARD, P.A.                         DLA PIPER US LLP
     Neil B. Glassman, Esquire             Thomas R. Califano, Esquire
     Mary E. Augustine                     Christopher R. Thomson, Esquire
     Daniel A. O'Brien

---

[1] The Debtors & debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC

[2] $30 for Customer appreciation + $50 for customer loyalty

In re: SN Liquidation, Inc., et al.
**EXHIBIT A - RECLASSIFY CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 24 | CARROLL, KAREN E<br>8960 W 86TH ST<br>JUSTICE, IL 60458 | 54 | $250.00 | (P) | $0.00<br>$250.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 25 | CGETC INC DBA ACCESSORYGEEKS COM INC<br>260 PASEO TESORO<br>WALNUT, CA 91789 | 943 | $650.00 | (P) | $0.00<br>$650.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 26 | CHANYONTPATANAKUL, YOTHIN<br>31268 SANTA MARIA DR<br>UNION CITY, CA 94587 | 262 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 27 | CHASNOW, DAVID<br>1091 S MADISON ST<br>DENVER, CO 80209 | 1253 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 28 | CHOATE, R A<br>4320 ALISO RD<br>PLANO, TX 75074 | 986 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 29 | CHOY, PREMENDRAN<br>8236 CLARK WAY<br>BUENA PARK, CA 90620 | 1214 | $180.00 | (P) | $0.00<br>$180.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 30 | CHUNG, EILEEN<br>1244 SCOTT ST<br>EL CERRITO, CA 94530 | 286 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 31 | COLLEGELIVING BIZ RE LUX ENTERPRISES LLC<br>JUSTIN LUX<br>4417 DIXIE HILL ROAD APT 211<br>FAIRFAX, VA 22030 | 823 | $110.00 | (P) | $0.00<br>$110.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 32 | CRAWFORD, DAVID<br>2474 N MARBLE TOP RD<br>CHICKAMAUGA, GA 30707 | 939 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 33 | CZECHOWSKI, MACIE J<br>6256 CHAMPIONS DR<br>WESTERVILLE, OH 43082 | 119 | $350.00 | (P) | $0.00<br>$350.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 34 | DABHOLKAR, SHRIDHAR<br>84 SCARLET OAK DR<br>PRINCETON, NJ 08540 | 569 | $80.00<br>$80.00 | (P)<br>(U) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 35 | DABHOLKAR, SHRIDHAR<br>84 SCARLET OAK DR<br>PRINCETON, NJ 08540 | 971 | $80.00<br>$80.00 | (P)<br>(U) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured



SHRIDHAR DABHOLKAR
64 SCARLET OAK DR
PRINCETON, NJ 08540

SHRIDHAR DABHOLKAR
64 SCARLET OAK DR
PRINCETON, NJ 08540

## Sales Receipt

Please keep this document as your proof of purchase for warranty or service work.

**Order Number: 506802250**
Order Date: 9/13/07

### Equipment and Payment Details

**Sony Ericsson W580i Walkman**   $79.99
ESN: 011271000185235
SIM: 89014103211514980220

| | |
|---|---|
| Subtotal: | $79.99 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Payment Type: | Discover |
| **Total*:** | **$79.99** |

### Service and Plan Information

| | |
|---|---|
| Service Provider: | AT&T |
| Service Plan: | AT&T Nation FamilyTalk 700 w/ Rollover (Includes 2 Lines) - 2YR Contract Extension |
| Monthly Service Rate: | $69.99 |
| Activation Fee: | $36.00 |
| Plan Minutes: | 700 |
| Night and Weekend Minutes: | Unlimited Night & Weekend Minutes |
| Long Distance Rate: | $0 |
| Roaming Rate: | $0.00/min |
| Contract Extension Date: | 9/13/2007 |
| Contract Duration: | 24 Months |

Remember to <u>charge your battery</u> for
24 hours before using your phone!

Get fast answers to your questions! Visit us online at
www.whereismyorder.com today.

Case 07-11666-KG    Doc 611    Filed 07/10/08    Page 4 of 5



**BILLING ADDRESS:**
SHRIDHAR DABHOLKAR
64 SCARLET OAK DR
PRINCETON, NJ 08540

**SHIPPING ADDRESS:**
SHRIDHAR DABHOLKAR
64 SCARLET OAK DR
PRINCETON, NJ 08540


Ver.012008INPC

## Sales Receipt

Please keep this document as your proof of purchase for warranty or service work.

**Order Number: 506802250**
Order Date: 9/13/07

### Equipment and Payment Details

**Sony Ericsson W580i Walkman**        $79.99
ESN: 011271000333819
SIM: 89014103211514980436

| | |
|---|---|
| Subtotal: | $79.99 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Payment Type: | Discover |
| **Total*:** | **$79.99** |

### Service and Plan Information

| | |
|---|---|
| Service Provider: | AT&T |
| Service Plan: | AT&T Nation FamilyTalk 700 w/ Rollover (Includes 2 Lines) - 2YR Contract Extension |
| Monthly Service Rate: | $69.99 |
| Activation Fee: | $36.00 |
| Plan Minutes: | 700 |
| Night and Weekend Minutes: | Unlimited Night & Weekend Minutes |
| Long Distance Rate: | $0 |
| Roaming Rate: | $0.00/min |
| Contract Extension Date: | 9/13/2007 |
| Contract Duration: | 24 Months |

**Remember to charge your battery for 24 hours before using your phone!**

Get fast answers to your questions! Visit us online at www.whereismyorder.com today.



Print    Print Preview    Download PDF    Close

Statement Date : 04/25/08 - 05/24/08
Account Number: 51248743-001-39
Foundation Account Number: 00040760

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD)
1-866-241-6567

| | |
|---|---|
| Previous Balance | $142.56 |
| Payments Posted | $-142.56 |
| BALANCE | $0.00 |
| Monthly Service Charges (?) | 69.99 |
| Usage Charges (?) | 0.45 |
| Credits/Adjustments/Other Charges (?) | -8.90 |
| Government Fees and Taxes (?) | 6.08 |
| **TOTAL CURRENT CHARGES** (?) | **$67.62** |
| Due Jun 16, 2008 | |
| Late fees assessed after Jun 16 | |
| **Total Amount Due  67.62** | |

**Wireless Numbers with Rollover**
609-721-1178       -
609-721-1692       -

**Auto Pay Authorization Agreement**
If I enroll in AutoPay by phone, I authorize AT&T to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying AT&T at att.com/mywireless, calling 1-800-331-0500, or dialing 611 from my cellphone. If my bank rejects a payment, I may be charged a return fee up to $30.

*Return the portion below with payment only to AT&T Mobility.*

---

| | |
|---|---|
| Account Number: | 51248743-001-39 |
| Total Amount Due : | $67.62 |
| Amount Paid: | |
| $ | |

15901 E. SKELLY DR - (PHILA)
TULSA, OK 74116

*Please do not send correspondence with payment.*

☐  Yes, enroll me in AutoPay.
    Signature required on reverse.

**SHRIDHAR H DABHOLKAR**

64 SCARLET OAK DR
PRINCETON, NJ 08540-1695

**Total Amount Due**
Jun 16, 2008

**Please Mail Check Payable To:**

AT&T Mobility
P.O. Box 537113
Atlanta, GA 30353-7113

**General Information**

-Late fee: Accounts with former AT&T Wireless plans are charged 1.5% or less of the balance unpaid as of your next bill period. Accounts with Cingular/new AT&T plans are charged $5 if unpaid as of the next bill period. Accounts with former