# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION OF THE DEBTORS TO CLAIM NO. 590 FILED BY SPANCO TELESYSTEMS & SOLUTIONS, LTD. [DOCKET NO. 587]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Objection of the Debtors to Claim No 590 Filed by Spanco Telesystems & Solutions, Ltd.** (the "Objection") [Docket No. 587] filed on June 13, 2008. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice, objections were to be filed and served no later than July 8, 2008.

It is hereby respectfully requested that the Order attached to the Objection be entered at the Court's earliest convenience.

Dated: July 10, 2008

BAYARD, P.A.

By: /s/ Daniel O'Brien
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

- and -

{BAY:01056604v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and
Debtors in Possession