IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 15, 2008, AT 11:00 A.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR
WILMINGTON, DELAWARE 19801**

**CONTINUED/RESOLVED MATTER:**

1.  United States Trustee's Motion for an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case [Filed 3/17/08, Docket No. 454]

    Response Deadline:

    > April 10, 2008 at 4:00 p.m.; extended until August 13, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

    Response(s) Received:

    > None as of this date and time.

    Status:

    > The parties have agreed to adjourn this matter to the omnibus hearing scheduled for August 20, 2008 at 2:00 p.m.

**MATTERS WITH CERTIFICATION OF NO OBJECTION FILED:**

2.  Debtors' Third Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 6/6/08, Docket No. 570]

    Response Deadline:

    > July 8, 2008 at 4:00 p.m.

{BAY:01034932v1}

Related Documents:

    (a)     Certification of No Objection Regarding Docket No. 570 [Filed 7/10/08, Docket No. 612]

    (b)     Order Regarding Docket No. 570

Response(s) Received:

None as of this date and time.

Status:

A certification of no objection has been filed. No hearing is requested unless otherwise required by the Court.

3. Objection of the Debtors to Claim No. 590 Filed by Spanco Telesystems & Solutions, Ltd. [Filed 6/13/08, Docket No. 587]

Response Deadline:

July 8, 2008 at 4:00 p.m.

Related Documents:

    (a)     Certification of No Objection Regarding Docket No. 587 [Filed 7/10/08, Docket No. 613]

    (b)     Order Regarding Docket No. 587

Response(s) Received:

None as of this date and time.

Status:

A certification of no objection has been filed. No hearing is requested unless otherwise required by the Court.

4. Seventh Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 6/18/08, Docket No. 592]

Response Deadline:

> July 8, 2008, at 4:00 p.m.

Related Documents:

> (a) Certification of No Objection Regarding Docket No. 592 [Filed 7/10/08, Docket No. 614]
>
> (b) Order Regarding Docket No. 592

Response(s) Received:

> None as of this date and time.

Status:

> A certification of no objection has been filed. No hearing is requested unless otherwise required by the Court.

## MATTERS GOING FORWARD:

5.  Motion of RadioShack Corporation for an Order Extending the Deadline by which parties must file Objections to Cure Amounts Listed in the Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale hearing [Filed 3/10/08, Docket No. 435]

    Response Deadline:

    > March 21, 2008, at 4:00 p.m.; extended until July 8, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

    Related Documents:

    > (a) Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Filed 11/29/07, Docket No. 146]

    Response(s) Received:

    > None at this time.

    Status:

    > This matter is going forward.

{BAY:01034932v1}

6. Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/3/08, Docket No. 483]

   Response Deadline:

   April 17, 2008, at 4:00 p.m.

   Related Documents:

   (a) Certification of Counsel Regarding Docket No. 483 [Filed 4/28/07, Docket No. 516]

   (b) Order (Fourth) (I) Authorizing the Assumption and Assignment of Certain Held Contracts, and (II) Deeming Those Held Contracts to be "Designated Contracts" for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/29/08, Docket No. 517]

   Response(s) Received:

   (a) Limited Objection of General Electric Capital Corporation to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/16/08, Docket No. 509]

   Status:

   This matter is going forward.

7. Debtors' First Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 6/6/08, Docket No. 567]

   Response Deadline:

   July 8, 2008 at 4:00 p.m.

   Response(s) Received:

   (a) Response to The First Omnibus Objection to Claims (Non-Substantive) to Certain Improperly Classified Claims Filed by Hire Strategy [Filed 6/18/08, Docket No. 594]

{BAY:01034932v1}

 (b) Response to The First Omnibus Objection to Claims (Non-Substantive) to Certain Improperly Classified Claims Filed by Georgia Ryan [Filed 6/24/08, Docket No. 597]

 (c) Objection to the Reclassification of Claim in the Amount of $130.00 Filed by Hiarm A. Hall [Filed 7/1/08, Docket No. 601]

 (d) Response of Kenneth D. Schwarz to Debtors' First Omnibus Objection to Certain Improperly Classified Claims [Filed 7/8/08, Docket No. 608]

 (e) Response of Andrew B. Zeinfeld to Debtors' First Omnibus Objection to Certain Improperly Classified Claims [Filed 7/8/08, Docket No. 609]

 (f) Response of Shridhar Dabholkar to Debtors' First Omnibus Objection to Certain Improperly Classified Claims [Filed 7/10/08, Docket No. 611]

Status:

This matter is going forward.

8. Debtors' Second Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 6/6/08, Docket No. 569]

Response Deadline:

July 8, 2008 at 4:00 p.m.

Related Documents:

 (a) Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims [Filed 7/1/08, Docket No. 599]

Response(s) Received:

 (a) United States of America's Response to the Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims [Filed 7/7/08, Docket No. 603]

Status:

This matter is going forward. The United States of America consents to the entry of the form of order originally submitted with the Objection.

{BAY:01034932v1}

**STATUS CONFERENCES**

9. Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 5/19/08, Docket No. 542]

   Response Deadline:

   June 6, 2008, at 4:00 p.m.; extended until June 9, 2008 for Radioshack Corporation; extended until a date and time to be negotiated by the parties for Adeptio INPC Funding, LLC.

   Related Documents:

   (a) Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed By the Debtors in Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 [Filed 4/14/08, Docket No. 504]

   (b) Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated Aprill 4, 2008 [Filed 4/14/08, Docket No. 505]

   (c) Notice of Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 5/19/08, Docket No. 543]

   (d) Certification of Counsel Regarding Debtors' Motion Pursuant to Sections 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 2018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 6/11/08, Docket No. 578]

   (e) Reply of Debtors in Support of Disclosure Statement [Filed 6/12/08, Docket No. 579]

(f) Notice of Filing of Proposed First Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors dated June 11, 2008 [Filed 6/12/08, Docket No. 580]

(g) Notice of Filing of Proposed First Amended Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated June 11, 2008 [Filed 6/12/08, Docket No. 581]

Response(s) Received:

(a) Objection to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by C. Jerome Neal [Filed 6/3/08, Docket No. 562]

(b) Response to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Linda J. Opel [Filed 6/3/08, Docket No. 563]

(c) Objection to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Justin M. Lux [Filed 6/3/08, Docket No. 564]

(d) Objection of Icon International, Inc to Adequacy of Disclosure Statement [Filed 6/6/08, Docket No. 565]

(e) Response to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Sadiyyah Young [Filed 6/6/08, Docket No. 566]

(f) Response to Motion Pursuant to Section 1125, 1126 and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing Filed by Jay Saiki [Filed 6/6/08, Docket No. 568]

(g) Adeptio's Limited Objection and Reservation of Rights Regarding Debtors' Motion to, Among Other Things, approve Adequacy of Disclosure Statement [Filed 6/11/08, Docket No. 576]

Status:

This matter is going forward as a status conference.

10. *SN Liquidation, Inc., et al., v. Icon International, Inc.*, Adversary Proceeding No. 08-50288-KG

Response Deadline:

March 17, 2008 at 4:00 p.m., extended to March 24, 2008 at 4:00 p.m.

Related Documents:

(a) Memorandum Opinion [Filed 6/2/08, Docket No. 31]

(b) Order [Filed 6/2/08, Docket No. 32]

Status:

This matter will go forward as a status conference per order entered.

Dated: Wilmington, Delaware
July 11, 2008

BAYARD, P.A.

By: /s/ signature

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and

-8-

{BAY:01034932v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession

{BAY:01034932v1}