**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | § |
| | § SS: |
| NEW CASTLE COUNTY | § |

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., attorneys for SN Liquidation, Inc. in the above-captioned case, and that on the 11th day of July 2008, she caused a copy of the **Notice of Agenda of Matters Scheduled for Hearing on July 15, 2008 at 11:00 a.m. [Docket No. 615]** to be served upon the parties listed below in the manner indicated and upon the parties listed on the attached service list *via* fax transmission.

**Via Electronic Mail**

Linda J. Opel
6900 W.E. Oler Road
Williamsburg, IN 47393
Joleneo765@aol.com

Jay Saiki
Jaysaiki7@yahoo.com

**Via Overnight Mail**

Mr. C. Jerome Neal
1025 College Park Blvd.
Virginia Beach, VA 23464

Justin M. Lux
4417 Dixie Hill Road, #211
Fiarfax, VA 22030

Sadiyyah Young
P.O. Box 826
Norristown, PA 19404

Jimmie Saltmarshall
150 Suburban
Ecorse, MI 48229

Jim and Georgia Ryan
5057 Hwy 95, Bldg A
Ft. Mohave, AZ 86426

Hiarm A. Hall
P.O. Box 1143
Folsom, LA 70437

Shridhar Dabholkar
64 Scarlet Oak Drive
Princeton, NJ 08540

_Edith Miranda_
Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated:  July 11, 2008

_Sherri L Camp_
Notary Public

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 12, 2010

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE 19899-5130

A T T O R N E Y S

(302) 655-5000
FAX (302) 658-6395

WRITER'S DIRECT DIAL NUMBER

| File # | 330006-1 |
|---|---|
| File Name | SN Liquidation, Inc. |

| Date | Friday, July 11, 2008 | **# of Pages** | |
|---|---|---|---|
| From | Mary E. Augustine, Esq. | **Re:** SN Liquidation, Inc., Case No. 07-11666-KG | |

| | **Names** | **Company** | **Fax Numbers** |
|---|---|---|---|
| To | Jeremy R. Johnson, Esquire<br>Thomas Califano, Esquire<br>Maria Ellena Chavez-Ruark, Esquire | DLA Piper US LLP | 212-884-8562 |
| To | | Delaware Secretary of State | 302-739-3811 |
| To | | Internal Revenue Service | 410-962-9955 |
| To | Randy Weller | State of Delaware | 302-577-8662 |
| To | | Secretary of the Treasury | 202-622-6415 |
| To | Patricia Schrage | Securities & Exchange Commission | 212-336-1348 |
| To | | Division of Unemployment Ins. | 302-761-6636 |
| To | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| To | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-577-8662 |
| To | Paul Halpern, Esquire<br>David Lorry, Esquire | | (215) 609-3410 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| | David A. Agay, Esquire | | |
| | John A. Schoenfeld, Esquire | | |
| **To** | Robert S. Brady, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
| | Edmon L. Morton, Esquire | | |
| | Edward J. Kosmowski, Esquire | | |
| **To** | Kevin Weinman | W.B. Doner & Company | |
| **To** | Alan Dalsass | BMC Group | 310-640-8071 |
| | Brad Daniel | | |
| **To** | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| **To** | Todd C. Meyers, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
| | Paul M. Rosenblatt, Esquire | | |
| **To** | Regina Stango Kelbon, Esquire | Blank Rome LLP | 215-832-5507 |
| | Joel Shapiro, Esquire | | |
| **To** | Bonnie Glantz Fatell, Esquire | Blank Rome LLP | 302-425-6464 |
| | Michael D. Debaecke, Esquire | | |
| **To** | Lawrence M. Schwab, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
| | Patrick M. Costello, Esquire | | |
| **To** | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| **To** | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| **To** | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| **To** | Robert P. Simons, Esq. | Reed Smith LLP | 412-288-3063 |
| **To** | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| **To** | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |
| **To** | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5246 |
| **To** | Francis A. Monaco, Jr., Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
| | Kevin J. Mangan, Esquire | | |
| **To** | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| **To** | Brett D. Fallon, Esq. | Morris James LLP | 302-571-1750 |
| **To** | Kevini A. Guerke, Esq. | Seitz, Van Ogtrop & Green, PA | 302-888-0606 |
| | Patricia P. McGonigle, Esq. | | |
| **To** | John J. Monaghan, Esquire | Holland & Knight LLP | 617-573-5865 |
| | Lynne B. Xerras, Esquire | | |
| | Diane N. Rallis, Esquire | | |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | Gilbert B. Weisman, Esquire | Back Bacardi & Lee | 610-993-8493 |
|----|------------------------------|--------------------|-------------|
| To | Kathleen M. Miller, Esquire | Smith Katzenstein & Furlow LLP | 302-652-8405 |
| To | Marc Barreca, Esquire | Preston Gates & Ellis LLP | 206-623-7022 |
| To | Suzanna E. Ellefsen, Esqire | The PMA Insurance Group | 610-397-5045 |
| To | | Internal Revenue Service | 215-516-2015 |
| To | John V. Fiorella, Esquire | Archer & Greiner, P.C. | 302-777-4352 |
| To | Deborah Waldmeir, Esquire Michael A. Cox, Esquire | Assistant Attorney General | |
| To | Paul Cataldo, Esquire | Assistant General Counsel | 610-265-2866 |
| To | Tanya M. Tan, Esquire | Assistant General Counsel | 818-575-4505 |
| To | Frank F. McGinn, Esquire | Bartlett Hackett Feinberg PC | 617-422-0383 |
| To | J. Scott Bovitz, Esquire | Bovitz & Spitzer | 213-620-1811 |
| To | Eric C. Cotton, Esquire | Developers Diversified Realty Corp. | 216-755-1678 |
| To | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |
| To | | Delaware Department of Revenue | 302-744-1095 |
| To | Joseph M. Gitto, Esquire | Nixon Peabody LLP | 866-887-1961 |
| To | David J. Coyle, Esquire | Shumaker Loop & Kendrick LLP | 419-241-6894 |
| To | Seth B. Shapiro, Esquire | U.S. Department of Justice - Civil Division | 202-307-0494 |
| To | Martin A. Mooney, Esquire | Deily Mooney & Glastetter LLP | 518-436-8273 |
| To | Daniel K. Hogan, Esquire | The Hogan Firm | 302-656-7604 |
| To | Lisa Bittle Tancredi, Esquire Laura Skowronski Bouyea, Esquire | Venable LLP | 410-244-7742 |
| To | Rick Kite | HireStrategy, Inc. | 703-707-1836 |
| To | Karen C. Bifferato, Esquire | Connolly Bove Lodge & Hutz LLP | 302-658-5614 |
| To | Jennifer L. Best, Esquire | U.S. Department of Justice | 202-514-6866 |
| To | James F. Harker, Esquire | Cohen Seglias Pallas Greenhall & Furman, P.C. | 302-425-5097 |

## Confidentiality Notice:

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.