UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re   SN Liquidation, Inc. et al. (fka InPhonics, Inc)    Case No.          07-11666 (KG)
            Debtor                                          Reporting Period: June 2008

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | n/a | | |
| Schedule of Professional Fees Paid | MOR-1b | yes | | |
| Copies of bank statements | | n/a | | |
| Cash disbursement journals | | yes | | |
| Statement of Operations | MOR-2 | n/a | | |
| Balance Sheet | MOR-3 | n/a | | |
| Status of Postpetition Taxes | MOR-4 | yes | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | n/a | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | yes | | |
| Listing of aged accounts payable | MOR-4 | yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | yes | | |
| Debtor Questionnaire | MOR-5 | yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____        _____
Signature of Debtor              Date

_____        _____
Signature of Joint Debtor        Date

_/s/ Joseph A. Pardo_____        _____
Signature of Authorized Individual*   Date

__JOSEPH A. PARDO__              __MEMBER/DIRECTOR OF THE DEBTORS__
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR (04/07)

In re: SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Debtor

Case No. 07-11666 (KG)
Reporting Period: June 2008

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliaiton must be attached for each account. [See MOR-1(CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | A/P | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - | (6,931,000) | 1,310,110 | - |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | - | - | - | - | - | 26,497,000 | 3,563,277 | 168,073,000 |
| ACCOUNTS RECEIVABLE | - | - | - | - | - | | 10,631,116 | - |
| LOANS AND ADVANCES | - | - | - | - | - | | - | - |
| SALE OF ASSETS | - | - | - | - | - | | 4,435,000 | - |
| OTHER (ATTACH LIST) | - | - | - | - | - | | 344,375 | |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | - | - | | 9,650,533 | 13,052,000 |
| MERCHANT FEES | - | - | - | - | - | | - | |
| **TOTAL RECEIPTS** | - | - | - | - | - | 26,497,000 | 28,624,302 | 181,125,000 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | - | - | - | - | - | 2,203,000 | 2,758,723 | 20,617,000 |
| PAYROLL TAXES | - | - | - | - | - | | 1,219,477 | - |
| SALES, USE & OTHER TAXES | - | - | - | - | - | 100,000 | 180,020 | 800,000 |
| INVENTORY PURCHASES | - | - | - | - | - | 14,626,000 | 5,237,851 | 94,515,000 |
| SECURED/RENTAL/LEASES | - | - | - | - | - | | 219,362 | - |
| INSURANCE | - | - | - | - | - | | 401,486 | - |
| ADMINISTRATIVE | 12,243 | - | - | - | 12,243 | 968,000 | 660,102 | 8,267,000 |
| SELLING | - | - | - | - | - | 6,543,000 | 1,930,827 | 46,895,000 |
| OTHER (ATTACH LIST) | - | - | - | - | - | 1,335,000 | 5,319,662 | 12,753,000 |
| RESTRUCTURING COSTS | - | - | - | - | - | 190,000 | - | 1,348,000 |
| OWNER DRAW* | - | - | - | - | - | | - | - |
| TRANSFERS (TO DIP ACCTS) | - | - | - | - | - | | 10,044,533 | 310,000 |
| RECONCILING ITEMS | - | - | - | - | - | | 671,788 | - |
| PROFESSIONAL FEES | 186,162 | - | - | - | 186,162 | - | 914,808 | 3,740,000 |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | | 23,400 | 15,000 |
| COURT COSTS | - | - | - | - | - | | - | - |
| **TOTAL DISBURSEMENTS** | 198,405 | - | - | - | 198,405 | 25,965,000 | 29,582,040 | 189,260,000 |
| RECONCILING ITEMS - see bank recon | | | | | | | (826,813) | |
| Per APA Transfer to Buyer | | | | | - | - | (426,009) | - |
| **NET CASH FLOW** | (198,405) | - | - | - | (198,405) | 532,000 | (2,210,560) | (8,135,000) |
| (RECEIPTS LESS DISBUSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | (198,405) | - | - | - | (198,405) | (6,399,000) | (900,451) | (8,135,000) |

Fees were paid by Simplexity - UST Fees covered all eight entities

*Please See attachement MOR-1(1) for Case Disbursement Calculations*

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES     (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re: SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Debtor

Case No. 07-11666 (KG)
Reporting Period: June 2008

### InPhonics, Inc #07-11666

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | 198,404.66 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 198,404.66 |

### CAIS Acquisition, LLC #07-11667

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

### CAIS Acquisition II, LLC #07-11668

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

### SimIPC Acquisition Corp #07-11669

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

### Star Number, Inc. #07-11670

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

### Mobile Technology Services, LLC #07-11671

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

### FON Acquisition, LLC #07-11672

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

### 1010 Interactive, LLC #07-11673

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

**SN Liquidation, Inc. et al.**
**Accounts Payable Disbursements for June 2008**
**Payment Requests Submitted by Debtors to Simplexity**

*Paid from Professional Fee Carve Out and Winddown Funds*

| Vendor ID | Vendor Name | Document Number | Document Date | Document Amount | | Document Type | |
|---|---|---|---|---|---|---|---|
| | BMC Group | Dec 07 - May 08 | 6/23/2008 | $ | 98,583.80 | wire | prof fee carve |
| | BMC Group | June Estimate | 6/23/2008 | $ | 87,578.36 | wire | prof fee carve |
| | American Stock Transfer & Trust | shareholder contact info | 6/23/2008 | $ | 12,242.50 | wire | winddown funds |
| | | | Total Paid June 2008 | $ | 198,404.66 | | |

MOR-1(2)

In re SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Debtor

Case No. 07-11666 (KG)
Reporting Period: June 2008

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| BMC Group | 12/2007-05/2008 | | | wire | 6/23/2008 | 89,621.47 | 8,962.33 | 304,958.05 | 10,962.33 |
| | 06/200/8 Estimate | | | wire | 6/23/2008 | 85,578.36 | 2,000.00 | | |
| Bayard | | | | | | | | 68,198.80 | 5,409.40 |
| DLA Piper | | | | | | | | 264,034.40 | 18,324.56 |
| Reed Smith | | | | | | | | 162,614.82 | 305.4 |
| Clear Thinking Group | | | | | | | | 24,606.09 | 393.9 |
| Joseph Pardo | | | | | | | | 5,000.00 | - |
| | | Totals | | | | 175,199.83 | 10,962.33 | 829,412.16 | 35,395.61 |

| In re | SN Liquidation, Inc. et al. (fka InPhonic, Inc) | Case No. | 07-11666 (KG) |
|---|---|---|---|
| | Debtor | Reporting Period: | June 2008 |

## STATEMENT OF OPERATIONS
(Income Statement)

*No Income Statement to Report - no business activity since 12/21/2008*

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | |
| Less: Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes -Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interst Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see coninutation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $           - | $           - |

*"Insider" is defined in 11 U.S.C. Section 101(31)

In re: SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Debtor

Case No.: 07-11666 (KG)
Reporting Period: June 2008

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF OTHER CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $ - | $ - |

**Reorganization Itmes - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the Chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re | SN Liquidation, Inc. et al. (fka InPhonic, Inc) | Case No. | 07-11666 (KG) |
|---|---|---|---|
| | Debtor | Reporting Period: | June 2008 |

## BALANCE SHEET
*No Balance Sheet to report - closed out with sale to SimPlexity 12/21/07*

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Cash Equivalents | | |
| Restricted Cash and Cash Equivalents (see cont. sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $ - | $ - |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $ - | $ - |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ - | $ - |
| **TOTAL ASSETS** | $ - | $ - |

| LIABILITIES AND OWNERS EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ - | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | $ - | $ - |
| **TOTAL LIABILITIES** | $ - | $ - |

| OWNER EQUITY | | |
|---|---|---|
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions/Draws) (attach sch) | | |
| NET OWNER EQUITY | $ - | $ - |
| **TOTAL LIABILITIES AND OWNERS EQUITY** | $ - | $ - |

*"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-3 (04/07)

In re: SN Liquidation, Inc. et al. (fka InPhonic, Inc), Debtor
Case No.: 07-11666 (KG)
Reporting Period: June 2008

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| | | |
| | $ - | $ - |
| **Other Assets** | | |
| | | |
| | $ - | $ - |

| LIABILITIES AND OWNERS EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | $ - | $ - |
| **Adjustments to Owners Equity** | | |
| | | |
| | $ - | $ - |
| **Postpetition Contributions (Distributions/Draws)** | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D (04/07)

In re  SN Liquidation, Inc. et al. (fka InPhonic, Inc)   Case No.  07-11666 (KG)
       Debtors                                            Reporting Period: June 2008

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check NO. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | $ - |
| FICA-Employee | | | | | | $ - |
| FICA - Employer | | | | | | $ - |
| Unemployment | | *no taxes accrued or paid* | | | | $ - |
| Income | | | | | | $ - |
| Other: | | | | | | $ - |
| Total Federal Taxes | $ - | $ - | $ - | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | $ - |
| Sales | | | | | | $ - |
| Excise | | | | | | $ - |
| Unemployment | | | | | | $ - |
| Real Property | | | | | | $ - |
| Personal Property | | | | | | $ - |
| Other: | | | | | | $ - |
| Total State and Local | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Taxes** | $ - | $ - | $ - | $ - | $ - | $ - |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable and explanation

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 |  |
| Accouns Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages Payable | | | | | | $ - |
| Taxes Payable | | | | | | $ - |
| Rent/Leases-Building | | | | | | $ - |
| Rent/Leases - Equipment | | | | | | $ - |
| Secured Debt/Adequate Protection Payments | | | | | | $ - |
| Professional Fees | | | | | | $ - |
| Amounts Due to Insiders* | | | | | | $ - |
| Other: | | | | | | $ - |
| Other: | | | | | | $ - |
| Total Postpetition Debts | $ - | $ - | $ - | $ - | $ - | $ - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31)

In re SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Debtors

Case No. 07-11666 (KG)
Reporting Period: June 2008

**Open Accounts Payable**

**Professional fees outstanding as of June 30, 2008. Payments to be made from Simplexity (professional fee carve out)**

|  | Bayard | BMC Group | Clear Thinking Group | Deloitte FAS | DLA Piper | Reed Smith | Total |
|---|---|---|---|---|---|---|---|
| Nov 2007-Dec 2007 | 107,714.95 | - | - | 69,516.82 | 114,926.10 | 209,105.69 | 501,263.56 |
| Jan-08 | 55,483.80 | - | - | 12,967.50 | 154,190.03 | 29,797.37 | 252,438.70 |
| Feb-08 | 83,182.75 | - | - | 10,465.00 | 65,031.44 | 13,001.69 | 171,680.88 |
| Mar-08 | 79,306.84 | - | 1,473.91 | 6,500.00 | - | 26,396.51 | 113,677.26 |
| Apr-08 | 62,976.77 | - | 13,471.34 |  |  | 17,752.75 | 94,200.86 |
| May-08 |  |  | 6,181.12 |  |  |  | 6,181.12 |
| Jun-08 |  |  | 6,629.98 |  |  |  | 6,629.98 |
|  | **388,665.11** | **-** | **27,756.35** | **99,449.32** | **334,147.57** | **296,054.01** | **1,146,072.36** |

*Bayard fees adjusted per quarterly fee application*
*BMC Group paid 6/23/08 on negotiated bill*

INP June 08 MOR

11

MOR-4(1)

| In re | SN Liquidation, Inc. et al. (fka InPhonic, Inc) | Case No. | 06-11777 (KG) |
|---|---|---|---|
| | Debtor | Reporting Period: | June 2008 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

*No Accounts Receivable - taken over by Simplexity as of 12/21/07*

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | - |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | - |
| Total Accounts Receivable at the end the reporting period | | - |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| 0 - 30 days old | | - |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | - |
| Amount considered uncollectible (Bad Debt) | | - |
| Accounts Receivable (Net) | | - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | n/a | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | n/a | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the rquired documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Simplexity is holding the wind down funds; checks are cut as requests are submitted and approved