**IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY
COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD
<u>JUNE 1, 2008 TO JUNE 30, 2008</u>**

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nunc Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period June 1, 2008 to June 30, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: July 11, 2008  
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*  
Neil B. Glassman (No. 2087)  
Mary E. Augustine (No. 4477)  
Daniel A. O'Brien (No. 4897)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, Delaware 19899  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395

{BAY:01056496v1}

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors

{BAY:01056496v1}

| 7/8/2008 | Clear Thinking Group, LLC | |
|---|---|---|
| 8:41 AM | Client T&E by Employee | Page    1 |

### Selection Criteria

| Slip.Date | 6/1/2008 - 6/30/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 36582          TIME<br>6/3/2008<br>WIP<br>General paperwork of case - review and respond to new mail (census reports) | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 180.00 |
| 36636          TIME<br>6/4/2008<br>WIP<br>General paperwork of case - emails w/Bayard re disbursements for May | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 36708          TIME<br>6/5/2008<br>WIP<br>General paperwork of case - prepare and send document request to ADP for Michigan p/r tax issue, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 140.00 |
| 36709          TIME<br>6/5/2008<br>WIP<br>General paperwork of case - prepare and send MOR for May 2008 | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 180.00 |
| 36710          TIME<br>6/5/2008<br>WIP<br>General paperwork of case -review monthly invoice for correction | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 36790          TIME<br>6/6/2008<br>WIP<br>General paperwork of case - email re corrected 1099s and MOR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 37019          TIME<br>6/10/2008<br>WIP<br>General paperwork of case - handle mail, letter to creditor re collection notice | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |

7/8/2008  
8:41 AM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page     2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 37173  TIME<br>6/12/2008<br>WIP<br>General paperwork of case - receipt and post of amended docket entries | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 37233  TIME<br>6/13/2008<br>WIP<br>General paperwork of case -review new mail received, begin preparing responses | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 180.00 |
| 37510  TIME<br>6/16/2008<br>WIP<br>General paperwork of case - handle new mail received, email to DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 5.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 1040.00 |
| 37588  TIME<br>6/17/2008<br>WIP<br>General paperwork of case - finish work on new mail, several emails to DR re tax issues received | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 3.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 640.00 |
| 37640  TIME<br>6/18/2008<br>WIP<br>General paperwork of case - as per request, research estimated UST fees for second and thrid quarter and email to M Augustine re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 37756  TIME<br>6/19/2008<br>WIP<br>General paperwork of case - review email from Meg Augustine re BMC fees, calculate impact on UST fees, email to Meg re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 37903  TIME<br>6/20/2008<br>WIP<br>General paperwork of case -discuss handling of tax issues w/DR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 38091  TIME<br>6/24/2008<br>WIP<br>General paperwork of case - review Ohio tax audit claim, discuss w/DR, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |

7/8/2008  Clear Thinking Group, LLC
8:41 AM  Client T&E by Employee  Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 38109          TIME<br>6/25/2008<br>WIP<br>General paperwork of case - new mail | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 38221          TIME<br>6/26/2008<br>WIP<br>General paperwork of case - conference call w/<br>M Augustine and DR re Ohio tax issues | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 38222          TIME<br>6/26/2008<br>WIP<br>General paperwork of case - follow up w/ADP re<br>Michigan tax returns | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 38369          TIME<br>6/27/2008<br>WIP<br>General paperwork of case - call w/DR,<br>Simplexity and Simplexity counsel re Ohio tax<br>claim | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 38368          TIME<br>6/27/2008<br>WIP<br>General paperwork of case - recap tax issues for<br>DR, send copies of same to DR, emails re: same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 3.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 640.00 |
| 38615          TIME<br>6/30/2008<br>WIP<br>General paperwork of case - discuss New York<br>tax claims w/DR | Engelhardt, D<br>Case Admin<br>InPHonics<br>IL | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |

Total: Denise Engelhardt

|  | Billable<br>Unbillable<br>Total | 18.80<br>0.00<br>18.80 |  | 3760.00<br>0.00<br>3760.00 |
|---|---|---|---|---|
| 36608          TIME<br>6/4/2008<br>WIP<br>General paperwork of case - various<br>communications re: MI admininistrative claim,<br>followup | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.42<br>0.08 | 400.00<br>T@9 | 200.00 |
| 36723          TIME<br>6/5/2008<br>WIP | Robotti, D<br>Case Admin<br>InPHonics | 0.20<br>0.00<br>0.17 | 400.00<br>T@9 | 80.00 |

7/8/2008  
8:41 AM

Clear Thinking Group, LLC  
Client T&E by Employee

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| General paperwork of case - various communications re: Notice, MOR, etc. | CT | 0.03 | | |
| 36807           TIME<br>6/6/2008<br>WIP<br>General paperwork of case - various communications re: MI admnistrative claim; followup misc. mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 36963           TIME<br>6/9/2008<br>WIP<br>General paperwork of case - various communications re: payment claims, Notice, open items. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 37099           TIME<br>6/10/2008<br>WIP<br>General paperwork of case - various communications re: documents/fees; followup re: mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 37404           TIME<br>6/16/2008<br>WIP<br>General paperwork of case - various communications/analyses re: Icon motion | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 37654           TIME<br>6/17/2008<br>WIP<br>General paperwork of case - various communications re: open items, mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.42<br>0.08 | 400.00<br>T@9 | 200.00 |
| 37711           TIME<br>6/19/2008<br>WIP<br>General paperwork of case - various communications/review re: BMC invoices, mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 37869           TIME<br>6/20/2008<br>WIP<br>General paperwork of case - review mail with DE, followup corresponence. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 38172           TIME<br>6/25/2008<br>WIP<br>General paperwork of case - various | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.70<br>0.00<br>0.67<br>0.03 | 400.00<br>T@9 | 280.00 |

7/8/2008  
8:41 AM

Clear Thinking Group, LLC  
Client T&E by Employee

Page    5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| communications/analyses re: OHIO poc | | | | |
| 38335         TIME<br>6/26/2008<br>WIP<br>Conference call with counsel (MA,DO'B), DE re:<br>tax claims, open issues. | Robotti, D<br>Conference Call<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 38334         TIME<br>6/26/2008<br>WIP<br>General paperwork of case - various<br>communications/review re: OH tax claim, MI<br>admin claim | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 38340         TIME<br>6/27/2008<br>WIP<br>Conference call with DE, Simplexity (DLorry,<br>DMoir) re: OH,NY tax claims | Robotti, D<br>Conference Call<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 38341         TIME<br>6/27/2008<br>WIP<br>General paperwork of case - various<br>communications/analyses re: OH,NY tax claims;<br>preparation for conference call with Simplexity. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.70<br>0.00<br>0.67<br>0.03 | 400.00<br>T@9 | 280.00 |
| Total: Dorene Robotti | Billable<br>Unbillable<br>Total | 6.80<br>0.00<br>6.80 | | 2720.00<br>0.00<br>2720.00 |
| 38166         TIME<br>6/25/2008<br>WIP<br>General paperwork of case. Casestatus update<br>discussion with lender and calls and emails to<br>DR. | Myers, J<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@7 | 80.00 |
| Total: Joseph Myers | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 80.00<br>0.00<br>80.00 |
| 37052         TIME<br>6/5/2008<br>WIP<br>General paperwork of case - preperation of<br>sending the invoices via email to the appropiate | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |

7/8/2008      Clear Thinking Group, LLC
8:41 AM      Client T&E by Employee      Page 6

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| parties & making copies for our files. | | | | |
| **Total: Maria Malda** | | | | |
| | Billable | 0.20 | | 15.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.20 | | 15.00 |
| **Total: Time** | | | | |
| | Billable | 26.00 | | 6575.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 26.00 | | 6575.00 |
| <u>Slip Type: Expense</u> | | | | |
| 38309      EXP<br>  6/27/2008<br>  WIP<br>  Conference Calls | Conference Calls<br>Conference Calls<br>InPHonics<br>NJ | 168 | 0.07 | 11.76 |
| **Total: Conference Calls** | | | | |
| | Billable | 0.00 | | 11.76 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 11.76 |
| 38875      EXP<br>  6/30/2008<br>  WIP<br>  Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 100 | 0.18 | 18.00 |
| 38504      EXP<br>  6/30/2008<br>  WIP<br>  Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 116 | 0.18 | 20.88 |
| **Total: Copy/Print/Scan Charges** | | | | |
| | Billable | 0.00 | | 38.88 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 38.88 |
| 37237      EXP<br>  6/13/2008<br>  WIP<br>  Postage - week ending 6/13/08: $1.40<br>  Adjust incorrect amount in May - credit of $0.01 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 1.39 | 1.39 |

| 7/8/2008 | Clear Thinking Group, LLC | | | |
| 8:41 AM | Client T&E by Employee | | | Page   7 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 37911            EXP<br>6/20/2008<br>WIP<br>Postage - week ending 6-21-08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 2.94 | 2.94 |

Total: Denise Engelhardt

|  | Billable | 0.00 |  | 4.33 |
|---|---|---|---|---|
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 0.00 |  | 4.33 |

Total: Expense

|  | Billable | 0.00 |  | 54.97 |
|---|---|---|---|---|
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 0.00 |  | 54.97 |

Grand Total

|  | Billable | 26.00 |  | 6629.97 |
|---|---|---|---|---|
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 26.00 |  | 6629.97 |