# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 591 |

### CERTIFICATION OF COUNSEL REGARDING NOTICE (SIXTH) OF DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (II) DEEMING THAT THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT

I, Daniel A. O'Brien, Esquire, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On January 7, 2008, the Debtors filed the Omnibus Motion for Order Approving (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (B) Procedures for Future Assumption and Assignment of Certain Held Contracts Pursuant to the December 13, 2007 Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) authorizing the Sale of Asset Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and, (IV) Granting Related Relief (the "Procedures Motion").

2. On January 24, 2008, Quixtar, Inc. and Quixtar Canada Corporation (together, "Quixtar") filed a limited objection (the "Limited Objection") to the Procedures Motion. The Limited Objection was based on the proposed procedures

outlined in the Procedures Motion for the future assumption and assignment of contracts held by the Debtors.

3. On June 18, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Notice (Sixth) of the Debtors' Filing of Proposed Order (the "Proposed Assumption Order") (i) Authorizing the Assumption and Assignment of Certain Held Contracts for Which the Debtors Received an Assumption Notice, and (ii) Deeming That Those Held Contracts Listed on the Assumption Notice Are to Be "Designated Contracts" for All Purposes Under December 13, 2007 Sale Order and Related Agreement (the "Notice").

4. By the Proposed Assumption Order, the Debtors seek to assume and assign, among others, three Quixtar contracts. The cure amount for all three Quixtar contracts is listed at $318,623.53 (the "Cure Amount").

5. Pursuant to the Notice, an objecting party must file their objection within ten (10) business days of the party's receipt of the Notice (the "Objection Deadline"), unless the party whose contract is sought to be assumed and assigned filed a prior cure objection ("Prior Cure Objection") with the Court. If a Prior Cure Objection was filed for a contract that is sought to be assumed and assigned, the Debtors are required to schedule a hearing on the objection on the next omnibus hearing date that is more than 25 days from the date of the filing of the Proposed Assumption Order.

6. Quixtar did not file an objection to the Proposed Assumption Order, but since Quixtar had previously filed the Limited Objection, the Debtors, out of an abundance of caution, contacted counsel for Quixtar to confirm that Quixtar did not object to the stated Cure Amount, or the assumption and assignment of their three

contracts. Counsel for Quixtar confirmed that there were no objections to the assumption and assignment of their contracts, or to the Cure Amount.

7.  No other party objected and Quixtar consents to the entry of the Proposed Assumption Order attached hereto as Exhibit A.

WHEREFORE, the Debtors respectfully request the entry of the Proposed Assumption Order.

Dated: June 11, 2008
Wilmington, Delaware

By: *Daniel O'Brien*

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

*Counsel for the Debtors and Debtors in Possession*