# Exhibit A

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | EPLUS GROUP INC<br>ERICA S STOECKER<br>MAILSTOP 192<br>13595 DULLES TECHNOLOGY DR<br>HERNDON, VA 20171-3413 | 07-11666<br><br>INPHONIC, INC. | 1182 | $44,456.87 | (P) | NO LIABILITY PER COURT ORDER DATED 5/20/2008 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND PAYMENT OF CURE AMOUNT, IF ANY, BY PURCHASER |
| 2 | RANDALL VAN DYKE & ASSOCIATES INC<br>DBA RNA INC<br>RANDALL VAN DYKE<br>5870 GREENWOOD PLAZA BLVD<br>STE 200<br>GREENWOOD VILLAGE, CO 80111 | 07-11666<br><br>INPHONIC, INC. | 1180 | $500,000.00<br><br>UNLIQUIDATED | (S) | NO LIABILITY PER COURT ORDER DATED 5/20/2008 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND PAYMENT OF CURE AMOUNT, IF ANY, BY PURCHASER |
| 3 | WATERFRONT CENTER LIMITED PARTNERSHIP<br>MR TED VOGEL<br>C/O RB ASSOCIATES INC<br>1054 31ST STREET<br>STE 1000<br>WASHINGTON, DC 20007 | 07-11666<br><br>INPHONIC, INC. | 589 | $46,568.00<br><br>UNLIQUIDATED | (S) | NO LIABILITY PER STIPULATION APPROVED BY THE COURT BY ORDER DATED 5/7/2008 |
| | | | Totals: | $546,568.00<br>$44,456.87 | (S)<br>(P) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.