# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JULY 15, 2008 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

### *Matters:*

1) OMNIBUS HEARING
   **R / M #:**   625 / 0

2) **ADV: 1-08-50288**
   **SN Liquidation, Inc. et., al., vs Icon International, Inc.**
   Status Conference per Judge Gross
   **R / M #:**   40 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjurned to 8/20/08 @ 2:00 pm
#2 - CNO Filed and Order Signed
#3 -CNO Filed and Order Signed
#4 -CNO Filed and Order Signed
#5 - Resolved in principle, the parties intend to submit further documentation after the hearing.
#6 - Continued to 8/20/08 @ 2:00 pm
#7 - ORDER SIGNED
#8 - ORDER SIGNED
#9 - Status Conference - parties believe they can file a plan, there are some matters still be discussed. Parties will try to submit an order, if need a Telephone Conference Call is scheduled for friday 7/18/08 @ 4:00 p.m.
#10 - Status Conference - Motion for reconsideration - response filed, no reply filed, Icon will file a reply within 2 weeks from today.