# SIGN-IN-SHEET

CASE NAME: SN LIQUIDATION, INC.  COURTROOM LOCATION: 3
CASE NO.:  07-11666 (A-08-50288) - KG  DATE: 7/15/08

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Rosen (Telephonic Appearance) | Cohn Birnbaum + Shea P.C. | Icon International |
| David Agay ( " ) | Kirkland & Ellis | Adeptio INPC Funding |
| Robert Brady | Young Conaway | " |
| JIM HARKIE | CATTEN SECURIAS TAVAS | TCON Tyl. |
| Lisa Tancredi | Venable | Messrs. Schuurre + Reinfeld |
| Neil Glassman | Bayard, P.A. | the Debtors |
| Mary Augustine | Bayard, P.A. | The Debtors |
| Daniel O'Brien | Bayard, P.A. | The Debtors |
| Kurt Gwynne | Reed Smith LLC | Committee |