# Exhibit A

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| # | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | 12 INTERACTIVE LLC<br>3501 N SOUTHPORT AVE<br>STE 144<br>CHICAGO, IL 60657 | 638 | $805.00 | (P) | $0.00<br>$805.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 2 | 12 INTERACTIVE LLC<br>3501 N SOUTHPORT AVE<br>STE 144<br>CHICAGO, IL 60657 | 639 | $8,381.00 | (P) | $0.00<br>$8,381.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 3 | ABAO, ABUNDIO<br>1145 EUCLID AVE<br>BEAUMONT, CA 92223 | 413 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 4 | ABERNATHY, TOBIAS S<br>148 19TH ST<br>HICKAM AIR FORCE BASE<br>HONOLULU, HI 96818 | 1345 | $120.00 | (S) | $0.00<br>$120.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 5 | ADVERTISING COM INC<br>C/O TIFFANY STRELOW COBB ESQ<br>PO BOX 1008<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43216-1008 | 588 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>$40,031.36<br>CONTINGENT<br>UNLIQUIDATED | (S)<br>(A)<br>(P)<br>(U) | $0.00<br>$0.00<br>$0.00<br>$40,031.36 | (S)<br>(A)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |
| 6 | AGRAWAL, SANJIV<br>3846 MALAGA ST<br>CORONA, CA 92882 | 1137 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 7 | AGUIRRE, MARIA ROSA<br>257 PHELPS AVE<br>BERGENFIELD, NJ 07621 | 154 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 8 | AMERICAN SECURITY PROGRAMS INC<br>22900 SHAW RD<br>#101-4<br>DULLES, VA 20166 | 377 | $1,312.74<br>$26,254.70 | (P)<br>(U) | $0.00<br>$27,567.44 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 9 | ANDERSON, PAUL<br>18121 NORTH TIMBER RIDGE DR<br>SURPRISE, AZ 85374 | 422 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 10 | AOL LLC<br>TIFFANY STRELOW COBB ESQ<br>VORYS SATER SEYMOUR AND PESE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 592 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>$5,385,312.18<br>CONTINGENT<br>UNLIQUIDATED | (S)<br>(A)<br>(P)<br>(U) | $0.00<br>$0.00<br>$0.00<br>$5,385,312.18 | (S)<br>(A)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |
| 11 | BARNES, CHARLENE A<br>17501 CLAGETT LANDING RD<br>UPPER MARLBORO, MD 20774 | 897 | $2,772.91 | (P) | $0.00<br>$2,772.91 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 12 | BASSANI, ALFRED J<br>868 18TH AVE<br>VERO BEACH, FL 32960 | 690 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 13 | BATES, SUZANNE M<br>52 DUHAIME RD<br>PEARL RIVER, NY 10965 | 521 | $190.00 | (P) | $0.00<br>$190.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 14 | BECK, DAVID SEAN<br>10577 COCHITI RD # 1<br>APPLE VALLEY, CA 92308 | 585 | $90.00 | (P) | $0.00<br>$90.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 15 | BECKLER, HEATHER<br>PO BOX 70278<br>1400 COLEMAN AVE<br>MACON, GA 31207 | 1093 | $80.00 | (S) | $0.00<br>$80.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 16 | BELL, SONDRA<br>7681 ESPEY ROAD<br>MERIDIAN, MS 39305 | 1457 | $259.98 | (P) | $0.00<br>$259.98 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 17 | BETTER TELEVISION FOR EVERYONE<br>DANIEL PINGER<br>1820 WM H TAFT RD<br>CINCINNATI, OH 45206 | 355 | $3,970.00 | (P) | $0.00<br>$3,970.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 18 | BITAR, YEHIA<br>5800 KENILWORTH<br>DEARBORN, MI 48126 | 317 | $380.00 | (P) | $0.00<br>$380.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 19 | BLACKMESH INC<br>2465 J 17 CENTERVILLE RD<br>SUITE 720<br>HERNDON, VA 20171 | 1081 | $6,801.72 | (P) | $0.00<br>$6,801.72 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 20 | BOYD, DENNIS E<br>211 N CLOVERLAND AVE<br>TUCSON, AZ 85711 | 26 | $125.00 | (P) | $0.00<br>$125.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 21 | CAMPBELL, CASHEL<br>66 MAPLE DR<br>ROOSEVELT, NY 11575 | 1095 | $150.00<br>$150.00 | (S)<br>(U) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 22 | CARRERA, ALEJANDRINA<br>2549 N WEST ST<br>RIVER GROVE, IL 60171 | 996 | $40.00 | (S) | $0.00<br>$40.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 23 | CARRERA, ALEJANDRINA<br>2549 N WEST ST<br>RIVER GROVE, IL 60171 | 997 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |

*is, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority            (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 24 | CARROLL, KAREN E<br>8960 W 86TH ST<br>JUSTICE, IL 60458 | 54 | $250.00 | (P) | $0.00<br>$250.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 25 | CGETC INC DBA ACCESSORYGEEKS COM INC<br>260 PASEO TESORO<br>WALNUT, CA 91789 | 943 | $650.00 | (P) | $0.00<br>$650.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 26 | CHANYONTPATANAKUL, YOTHIN<br>31286 SANTA MARIA DR<br>UNION CITY, CA 94587 | 282 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 27 | CHASNOW, DAVID<br>1091 S MADISON ST<br>DENVER, CO 80209 | 1253 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 28 | CHOATE, R A<br>4320 ALISO RD<br>PLANO, TX 75074 | 986 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 29 | CHOY, PREMENDRAN<br>6238 CLARK WAY<br>BUENA PARK, CA 90620 | 1214 | $180.00 | (P) | $0.00<br>$180.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 30 | CHUNG, EILEEN<br>1244 SCOTT ST<br>EL CERRITO, CA 94530 | 295 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 31 | COLLEGELIVING BIZ RE LUX ENTERPRISES LLC<br>JUSTIN LUX<br>4417 DIXIE HILL ROAD APT 211<br>FAIRFAX, VA 22030 | 823 | $110.00 | (P) | $0.00<br>$110.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 32 | CRAWFORD, DAVID<br>2474 N MARBLE TOP RD<br>CHICKAMAUGA, GA 30707 | 939 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 33 | CZECHOWSKI, MACIE J<br>6238 CHAMPIONS DR<br>WESTERVILLE, OH 43082 | 119 | $350.00 | (P) | $0.00<br>$350.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 34 | DABHOLKAR, SHRIDHAR<br>64 SCARLET OAK DR<br>PRINCETON, NJ 08540 | 869 | $80.00<br>$80.00 | (P)<br>(U) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 35 | DABHOLKAR, SHRIDHAR<br>64 SCARLET OAK DR<br>PRINCETON, NJ 08540 | 971 | $80.00<br>$80.00 | (P)<br>(U) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*is, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                 (P) - Priority           (U) - Unsecured

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 36 | DEHART, CAROLYN R<br>108 RENEE ST<br>WEST MONROE, LA 71292 | 1237 | $90.00 | (P) | $0.00<br>$90.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 37 | DELGARDO, EDITH<br>210 HOLLY AVE<br>#22<br>SOUTH SAN FRANCISCO, CA 94080 | 1297 | $205.00 | (P) | $0.00<br>$205.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 38 | DEVARAPU, SURESH B<br>4225 VILLAGE LN<br>APT 60<br>WEST DES MOINES, IA 50266 | 517 | $120.00 | (P) | $0.00<br>$120.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 39 | DOO, HELEN<br>120 WOODCLIFF BLVD<br>MORGANVILLE, NJ 07747 | 783 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 40 | EDEN SATELLITE<br>GIZELLE LETOURNEAU<br>PO BOX 295<br>FROMBERG, MT 59029 | 373 | $1,088.00 | (P) | $0.00<br>$1,088.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 41 | ELHADDAD, MAHMOUD<br>5830 5TH AVE 6 17<br>PITTSBURGH, PA 15232 | 860 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 42 | ELHADDAD, MAHMOUD<br>5830 5TH AVE #6-17<br>PITTSBURGH, PA 15232 | 861 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 43 | EPLUS TECHNOLOGY INC<br>ERICA S STOCKER<br>MAILSTOP 192<br>13595 DULLES TECHNOLOGY DR<br>HERNDON, VA 20171-3413 | 1174 | $4,507.30<br>$235,085.43 | (P)<br>(U) | $0.00<br>$239,592.73 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 44 | ERICKSON, CASEY<br>4400 TERRY LEE CIR<br>BANNING, CA 92220 | 720 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 45 | FETROSSI, M<br>PO BOX 3991<br>SANTA BARBARA, CA 93130 | 1044 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 46 | FLOYD, STEVE<br>5625 BRANDON ST<br>COCOA, FL 32927 | 1364 | $100.00<br>$100.00<br>$100.00 | (S)<br>(P)<br>(U) | $0.00<br>$0.00<br>$300.00 | (S)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |

*us, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                   (P) - Priority           (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 47 | FRAIM, LINDA<br>405 WESTRIDGE DR<br>PHOENIXVILLE, PA 19460 | 431 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 48 | FURMER, YURI V<br>2994 ROSEBROOK DR<br>DECATUR, GA 30033 | 388 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 49 | GAITSKHOKI, NINA<br>161-08 JEWEL AVE<br>#3F<br>FLUSHING, NY 11365 | 1366 | $160.00 | (P) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 50 | GERRISH, GERALDINE A<br>1 CARVER ST<br>#11<br>WATERVILLE, ME 04901-5040 | 504 | $160.00 | (P) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 51 | GHODOUSSI, M<br>PO BOX 3991<br>SANTA BARBARA, CA 93130 | 1045 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 52 | GOLAIT, NITIN<br>1521 LINCOLN WAY<br>#202<br>MCLEAN, VA 22102 | 1397 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 53 | GONZALEZ, MIGUEL<br>808 NE 76TH AVE<br>PORTLAND, OR 97213 | 766 | $130.00 | (P) | $0.00<br>$130.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 54 | GRANT, CHRIS<br>10 MEADOWS EDGE DR<br>CAPE MAY COURT HOUSE, NJ 08210 | 394 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 55 | GRESSER, MARLENE M<br>2082 S 104TH ST<br>WEST ALLIS, WI 53227 | 197 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 56 | GRINTON, ROBERT<br>34481 BRIDLE LN<br>GURNEE, IL 60031 | 574 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 57 | GRINTON, ROBERT<br>34481 BRIDLE LN<br>GURNEE, IL 60031 | 575 | $40.00 | (P) | $0.00<br>$40.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 58 | GRINTON, ROBERT<br>34481 BRIDLE LN<br>GURNEE, IL 60031 | 577 | $20.00 | (P) | $0.00<br>$20.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 59 | HALL, HIARM<br>PO BOX 1143<br>FOLSOM, LA 70437 | 834 | $130.00 | (P) | $0.00<br>$130.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 60 | HANG, SONG KOK<br>1039 WEST OLIVE AVE# 2<br>SUNNYVALE, CA 94088 | 38 | $240.00 | (P) | $0.00<br>$240.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 61 | HARRIS, PHILLIP & ELAINE<br>1562 JULIAN ST<br>STOCKTON, CA 95206 | 441 | $500.00 | (P) | $0.00<br>$500.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 62 | HELOU, CAROLINE<br>8483 SW HEMLOCK ST<br>APT C<br>TIGARD, OR 97223 | 399 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 63 | HEPPENSTALL, JENNIFER B<br>13515 SPINNING WHEEL DR<br>GERMANTOWN, MD 20874 | 963 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 64 | HIRESTRATEGY INC<br>11730 PLAZA AMERICA DR<br>STE 340<br>RESTON, VA 20190 | 271 | $47,739.83 | (P) | $0.00<br>$47,739.83 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 65 | HOLDEN, JON<br>56 BEAVER ST<br>APT 502<br>NEW YORK, NY 10004 | 1201 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 66 | HUANG, JACK<br>2115 SHOREVIEW AVE<br>SAN MATEO, CA 94401 | 768 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 67 | HUANG, ZHIMING<br>1 BALLARD LN<br>SALEM, NH 03079 | 1135 | $340.00 | (P) | $0.00<br>$340.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 68 | HUI, PAMELA<br>3268 SANTA SUSANA WAY<br>UNION CITY, CA 94587 | 229 | $600.00<br>$600.00 | (P)<br>(U) | $0.00<br>$1,200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 69 | HUTCHINSON, MARK<br>10241 N 129TH E AVE<br>OWASSO, OK 74055 | 745 | $190.00 | (P) | $0.00<br>$190.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*s, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 70 | IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>R FREDERICK LINFESTY ESQ<br>745 ATLANTIC AVE<br>10TH FL<br>BOSTON, MA 02111 | 508 | $428.00<br>$23,494.89 | (S)<br>(U) | $0.00<br>$23,920.69 | (S)<br>(U) | CLAIM IS UNSECURED |
| 71 | ISGETTE, KELLY<br>261 11TH AVE<br>VERO BEACH, FL 32962 | 1241 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 72 | J & R MUSIC WORLD - J & R COMPUTER WORLD<br>23 PARK ROW<br>NEW YORK, NY 10038 | 1161 | $4,340.00<br>$4,340.00 | (P)<br>(U) | $0.00<br>$8,680.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 73 | JAFFE, DANIEL<br>5 MORTON TERRACE<br>MILTON, MA 02186 | 1307 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 74 | JONES, MICHAEL A<br>613 URQUHART DRIVE<br>BEECH ISLAND, SC 29842 | 855 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 75 | JUNAID, OMAR<br>10522 PALM COVE AVE<br>TAMPA, FL 33647 | 1470 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 76 | KANAKAMEDALA, SRIKANTH<br>8521 THE A LANE<br>APT #IV<br>COLUMBUS, GA 31907 | 564 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 77 | KEKAHBAN, ROXANNE<br>4558 GULF AVE<br>NO FT MYERS, FL 33903 | 1431 | $130.00<br>$130.00 | (P)<br>(U) | $0.00<br>$260.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 78 | KENCHA, MALLIKARJUN<br>10601 SABO RD<br>APT 15<br>HOUSTON, TX 77089 | 1352 | $180.00 | (S) | $0.00<br>$180.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 79 | KENNEDY, JAMES<br>35 HERNANDEZ AVE<br>SAN FRANCISCO, CA 94127 | 714 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 80 | KOHLI, AMARDEEP<br>94 CANAL VIEW DR<br>LAWRENCEVILLE, NJ 08648 | 499 | $40.00 | (P) | $0.00<br>$40.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 81 | KRUEGER, RUSS<br>519 BENDER RD<br>WEST BEND, WI 53090 | 1294 | $190.00 | (P) | $0.00<br>$190.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 82 | KUMAR, RAJNEESH<br>2205 GENERAL ELECTRIC RD<br>APT 16<br>BLOOMINGTON, IL 61704 | 277 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 83 | LAETZSCH, KRISTOFER<br>3650 S 15TH ST<br>SHOW LOW, AZ 85901 | 1361 | $100.00<br>$100.00 | (P)<br>(U) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 84 | LEE, ALFRED<br>769 GRAND AVE<br>THIENSVILLE, WI 53092 | 661 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 85 | LEE, ALFRED<br>769 GRAND AVE<br>THIENSVILLE, WI 53092 | 662 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 86 | LEE, JEFFREY<br>2558 HANOVER LN<br>CHESAPEAKE, VA 23321 | 1158 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 7 | LEE, JUNG JAE<br>258 FLORES WAY<br>ST JOHNS, FL 32259 | 602 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 88 | LEE, JUNG JAE<br>258 FLORES WAY<br>ST JOHNS, FL 32259 | 603 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 89 | LIRON, YITAO<br>21563 HALSTEAD DR<br>BOCA RATON, FL 33428 | 935 | $200.00<br>$200.00 | (S)<br>(P) | $0.00<br>$0.00<br>$400.00 | (S)<br>(P)<br>(U) | CLAIM IS UNSECURED AND DOES NOT SUPPORT PRIORITY STATUS |
| 90 | LLOYD, WAYNE<br>PO BOX 411<br>NEWPORT, RI 02840-0400 | 1403 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 91 | LOUCKS, CHRISTINE L<br>10470 SEYMOUR AVENUE<br>DIBERVILLE, MS 39540 | 926 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 92 | MAHESHWARY, VIPIN<br>1205 E PERRIN AVE<br>APT 207<br>FRESNO, CA 93720 | 708 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 93 | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO, CA 94080 | 752 | $50.00<br>$50.00 | (P)<br>(U) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 94 | MASLON, GLENN<br>LOYALTY PROMOTION<br>16535 MERC LN<br>LOCKPORT, IL 60441 | 686 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 95 | MASTERS, DAVID<br>1937 CROGHAN DR<br>MELBOURNE, FL 32940 | 1129 | $180.00 | (P) | $0.00<br>$180.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 96 | MCCALL HANDLING CO<br>5801 WISE AVE<br>BALTIMORE, MD 21222 | 920 | $11,008.64<br>$1,093.50 | (S)<br>(U) | $0.00<br>$12,102.14 | (S)<br>(U) | CLAIM IS UNSECURED |
| 97 | MIKELL, ARMOND<br>PO BOX 287<br>SUMMIT, MS 39666 | 1217 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 98 | MILES, JOHN S<br>37 RIVER RIDGE<br>SLEEPY HOLLOW, IL 60118 | 434 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 9 | MONIZE, MILDRIDE P<br>4140 RAMBLER AVE<br>ST CLOUD, FL 34772 | 1221 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 100 | MONIZE, MILDRIDE P<br>4140 RAMBLER AVE<br>ST CLOUD, FL 34772 | 1222 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 101 | MOORE, PAULA<br>13512 BROKEN BRANCH WAY<br>LOUISVILLE, KY 40245 | 675 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 102 | MURO, EDUARDO D<br>2536 N 47TH DR<br>PHOENIX, AZ 85035 | 1059 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 103 | NAUGLE, KEVIN<br>1338 PROSPECT ST<br>YORK, PA 17403 | 445 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 104 | NELLUVELIL, ANTONY<br>1905 BENEDICT CT<br>ROWLETT, TX 75088 | 677 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*s. In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 105 | O'BRIEN, MICHAEL<br>20068 HERITAGE POINT DRIVE<br>TAMPA, FL 33647 | 854 | $130.00 | (P) | $0.00<br>$130.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 106 | OLLQUIST, RHONDA M<br>25 PHILLIPS RD<br>SUDBURY, MA 01776 | 113 | $430.00<br>$430.00 | (S)<br>(U) | $0.00<br>$860.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 107 | ONORATI, JOLENE<br>14280 FOOTHILL LANE<br>GOLDEN, CO 80401 | 1314 | $60.00<br>$60.00 | (P)<br>(U) | $0.00<br>$120.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 108 | OVENS, VICTORIA<br>233 COMMONS DR<br>HOLLY SPRINGS, NC 27540 | 1284 | $160.00 | (S) | $0.00<br>$160.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 109 | OVERTURE SERVICES INC<br>ATTN PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL<br>STE 300<br>PALO ALTO, CA 94306 | 294 | UNKNOWN<br>$748,376.69<br><br>UNLIQUIDATED | (S)<br>(U) | $0.00<br>$748,376.69 | (S)<br>(U) | CLAIM IS UNSECURED |
| 110 | PARDASANI, GEETA<br>39821 CEDAR BLVD<br>UNIT 213<br>NEWARK, CA 94560 | 818 | $25.00 | (P) | $0.00<br>$25.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 111 | PARKER (HARRIS), NICHOLE<br>9870 DEE RD<br>APT 202<br>DES PLAINES, IL 60016 | 59 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 112 | PDA GROOVE<br>857 WATER OAK DR<br>PLANO, TX 75025 | 342 | $2,540.00 | (P) | $0.00<br>$2,540.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 113 | PERSAUD, ANITA<br>115-38 135TH ST<br>S OZONE PARK, NY 11420 | 366 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 114 | PHAN, TRISH<br>1961 D MIDDLESEX ST<br>LOWELL, MA 01851 | 211 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 115 | PHOMMACHANH, ZHENXIAN<br>72 BRIDLE PATH RD<br>WEST SPRINGFIELD, MA 01089 | 887 | $150.00 | (S) | $0.00<br>$150.00 | (S)<br>(U) | CLAIM IS UNSECURED |

\*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   \*\*(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 116 | PODLOGAR, SHARYL<br>10208 FAIRTREE DR<br>STRONGSVILLE, OH 44149 | 206 | $300.00 | (P) | $0.00<br>$300.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 117 | PORTER, RHIANNON<br>3218 WISCONSIN AVE NW<br>APT B3<br>WASHINGTON, DC 20016-3823 | 1444 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 118 | PRICE, JOANNA<br>2711 NW 47TH LANE<br>LAUDERDALE LKS, FL 33313 | 1041 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 119 | PRICE, JOANNA<br>2711 NW 47TH LANE<br>LAUDERDALE LKS, FL 33313 | 1042 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 120 | QADEER, INAM<br>113 ARROWHEAD DR<br>BURLINGTON, NJ 08016 | 553 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 121 | QUEST VISION<br>ROY HAYES SR<br>PO BOX 19906<br>LOUISVILLE, KY 40259 | 960 | $5,000.00<br>UNLIQUIDATED | (P) | $0.00<br>$5,000.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 122 | QUICK, JEANETTE<br>200 W 99TH ST<br>APT 4E<br>NEW YORK, NY 10025 | 345 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 123 | RANALLO, RALPH<br>15141 W CUSTER LN<br>SURPRISE, AZ 85379 | 1349 | $120.00 | (P) | $0.00<br>$120.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 124 | REDOLFO, GARY<br>1471 SUMMIT RUN CIR<br>WEST PALM BCH, FL 33415-4748 | 915 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 125 | RHEE, STEPHEN<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA 22043 | 680 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 126 | RHEE, STEPHEN<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA 22043 | 681 | $70.00 | (P) | $0.00<br>$70.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 127 | ROBERTS, AMELIA<br>4351 COLLING ROAD EAST<br>BONITA, CA 91902 | 853 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 128 | ROBINSON, RALPH E<br>1493 WESTFERRY XING<br>MYRTLE BEACH, SC 29575 | 532 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 129 | RODRIGUEZ, ANTONIO<br>3025 SE DARIEN RD<br>PORT ST LUCIE, FL 34952 | 236 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 130 | ROSIEN, JANIE E<br>180 THOMPSON STREET<br>APT 6D<br>NEW YORK, NY 10012 | 955 | $15.00<br>UNLIQUIDATED | (P) | $0.00<br>$15.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 131 | RUDISILL, JOANNA J<br>329 MAIN ST<br>AKRON, PA 17501 | 898 | $200.00 | (S) | $0.00<br>$200.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 132 | RYAN, JIM & GEORGIA<br>5057 HWY 95<br>BLDG A<br>FT MOHAVE, AZ 86426 | 143 | $300.00 | (S) | $0.00<br>$300.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 133 | SAMARASINGHE, SHIRON<br>56 MONSEY PLACE<br>STATEN ISLAND, NY 10303 | 791 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 134 | SANJEAN, JENNIFER<br>589 W LAYTON ST<br>OLATHE, KS 66061 | 644 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 136 | SHIMOKIHARA, TRACI H<br>95-106 PAIKAUHALE PL<br>MILILANI, HI 96789 | 863 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 137 | SMITH, KAREN<br>CARROT ADVISERS LLC<br>ONE BROADWAY<br>14TH FL<br>CAMBRIDGE, MA 02142 | 332 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 138 | SONI, VIRENDRA<br>709 COWBOYS PARKWAY #2002<br>IRVING, TX 75063 | 763 | $10,000.00 | (P) | $0.00<br>$10,000.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 139 | STEINKE, RICHARD<br>810 GYPSUM CT<br>BOULDER CITY, NV 89005 | 484 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 140 | STURTEVANT, RANDY<br>9318 SCENIC DR<br>BRIGHTON, MI 48114 | 475 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 141 | SUBRAMANIAN, CHANDRASEKARAN<br>1530 NORTHBROOK DRIVE<br>LIMA, OH 45805 | 815 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 142 | SURPUR, ANIL<br>7630 KIRWIN LN<br>CUPERTINO, CA 95014 | 1209 | $150.00 | (P) | $0.00<br>$150.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 143 | SWEHA, RAYMOND<br>III CUMMINGTON ST RM 138<br>COMPUTER SCIENCE DEPT BV<br>BOSTON, MA 02215 | 810 | $75.00 | (P) | $0.00<br>$75.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 144 | SZCZERBIAK, MICHAEL E<br>19 PAULINE CT<br>LANCASTER, NY 14086 | 99 | $250.00 | (P) | $0.00<br>$250.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 5 | TAIN, MITSUO<br>2800 PLAZA DEL AMO # 130<br>TORRANCE, CA 90503 | 204 | $170.00 | (P) | $0.00<br>$170.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 146 | TAYLOR, JOYCE<br>17 TONIA TER<br>HAWTHORNE, NJ 07506 | 1412 | $160.00 | (P) | $0.00<br>$160.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 147 | THOKA, THIRUMALA RAO<br>1560 W DEMPSTER ST<br>#105<br>MOUNT PROSPECT, IL 60056 | 549 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 148 | TRAN, KHA<br>1544 EMERALD NE<br>GRAND RAPIDS, MI 49505 | 1376 | $50.00 | (S) | $0.00<br>$50.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 149 | TRELOAR, KIM<br>PO BOX 46<br>NORTH HAVEN, CT 06473 | 1052 | $80.00 | (P) | $0.00<br>$80.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 150 | US 21 COMPUTERS<br>4930-C EISENHOWER AVE<br>ALEXANDRIA, VA 22304 | 452 | $55,631.00 | (P) | $0.00<br>$55,631.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

\*. In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  
\*\*(A) - Administrative   (S) - Secured  
(P) - Priority   (U) - Unsecured

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 151 | VANDERPRIEM, DANIEL<br>44 VISTA MIRAGE WAY<br>RANCHO MIRAGE, CA 92270 | 1127 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 152 | VASIC, JULIA LAUREN<br>1003 48TH AVE<br>#3C<br>LONG ISLAND CITY, NY 11101 | 882 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 153 | VLEE, ANGELICA<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA 22043 | 678 | $140.00 | (P) | $0.00<br>$140.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 154 | VLEE, ANGELICA<br>7777 LEESBURG PIKE<br>STE 104N<br>FALLS CHURCH, VA 22043 | 679 | $60.00 | (P) | $0.00<br>$60.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 155 | WANG, WEIQING<br>5031 CAMPUS HILL DR<br>APT 304G<br>OKEMOS, MI 48864 | 1456 | $200.00 | (P) | $0.00<br>$200.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 156 | WHEELER, DANIEL<br>90 GRAYSON ST<br>STATEN ISLAND, NY 10308 | 612 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 157 | WHITE, BRANDON<br>3236 BREAKERS WAY<br>ORLANDO, FL 32825 | 851 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 158 | WILLEMS, LOURDES<br>135 S CONCORD TER<br>GALLOWAY, NJ 08205 | 535 | $100.00 | (S) | $0.00<br>$100.00 | (S)<br>(U) | CLAIM IS UNSECURED |
| 159 | YADAV, NARENDRA S<br>48029 LEONTINE CT<br>FREMONT, CA 94539 | 1259 | $100.00 | (P) | $0.00<br>$100.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 160 | YAHOO INC<br>ATTN PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL<br>STE 300<br>PALO ALTO, CA 94306 | 293 | UNKNOWN<br>$3,718,960.35<br>UNLIQUIDATED | (S)<br>(U) | $0.00<br>$3,718,960.35 | (S)<br>(U) | CLAIM IS UNSECURED |
| 161 | YOUNG, ROBERT JUDD<br>854 SALTCREEK BEND LN<br>LA MARQUE, TX 77568 | 1254 | $150.00 | (S) | $0.00<br>$150.00 | (S)<br>(U) | CLAIM IS UNSECURED |

*, In certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: SN Liquidation, Inc., et al.
EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 162 | YOUNG, SADIYYAH<br>PO BOX 826<br>NORRISTOWN, PA 19404 | 519 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |
| 164 | ZHONG, YUHUAN<br>65 04 175TH STREET<br>FLUSHING, NY 11365 | 841 | $50.00 | (P) | $0.00<br>$50.00 | (P)<br>(U) | CLAIM DOES NOT SUPPORT PRIORITY STATUS |

*s, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority         (U) - Unsecured