IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | : | Case No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |
| | : | Re: Docket No. 569 |

### ORDER SUSTAINING SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTORS TO CERTAIN CLAIMS

Upon consideration of (i) the Second Omnibus Objection (Non-Substantive) to Certain Claims (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the claims listed on the Exhibits A, B, C, and D attached hereto, (iii) the Declaration of Brad Daniel of BMC Group, Inc. in support of the Objection attached to the Objection as Exhibit E, and (iv) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED, that the Objection be, and hereby is, SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:00989611v1}                                    1

ORDERED that the Duplicate Claims[2] listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety in the manner set forth on Exhibit A; and it is further

ORDERED that the Amended/Superseded Claims listed on Exhibit B attached hereto are hereby disallowed and expunged in their entirety in the manner set forth on Exhibit B; and it is further

ORDERED that the Late Filed Claims listed on Exhibit C attached hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Without Any Supporting Documentation listed on Exhibit D attached hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that BMC is hereby authorized and directed to remove the claims disallowed and expunged pursuant to this Order from the Claims Registry; and it is further

ORDERED that the Debtors' right to raise other objections to the claims subject to the Objection and this Order on any and all grounds permitted by law and/or equity are hereby preserved; and it is further

ORDERED that each claim and the Debtors' objections thereto as addressed in the Objection and as set forth on Exhibits A, B, C, and D attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014; and that this Order shall be deemed a separate Order with respect to each claim; and that any stay of this Order pending appeal by any of the Claimants whose claims are subject to this Order

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with Respect to the other contested matters covered hereby; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 15, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE