# Exhibit A

# In re: SN Liquidation, Inc., et al.

## EXHIBIT A - DUPLICATE CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 1 GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 576 | $40.00 | (P) | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE IL 60031 | 07-11666-KG | 575 | $40.00 | (P) |
| 2 GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE, IL 60031 | 07-11666-KG | 578 | $20.00 | (P) | GRINTON, ROBERT<br>34461 BRIDLE LN<br>GURNEE IL 60031 | 07-11666-KG | 577 | $20.00 | (P) |
| 3 MARTYNOV, VALERY<br>60 NORTHCREST DR<br>SOUTH SAN FRANCISCO, CA 94080 | 07-11668-KG | 556 | $50.00<br>$50.00 | (P)<br>(U) | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO CA 94080 | 07-11666-KG | 762 | $50.00<br>$50.00 | (P)<br>(U) |
| 4 MARTYNOV, VALERY<br>60 NORTHCREST DR<br>SOUTH SAN FRANCISCO, CA 94080 | 07-11666-KG | 557 | $50.00<br>$50.00 | (P)<br>(U) | MARTYNOV, VALERY<br>60 NORTHCREST DRIVE<br>SOUTH SAN FRANCISCO CA 94080 | 07-11668-KG | 782 | $50.00<br>$50.00 | (P)<br>(U) |
| 5 SWENSEN, DANIEL<br>1225 CLEVELAND<br>#2<br>MISSOULA, MT 59801 | 07-11666-KG | 749 | $3,150.00 | (P) | SWENSEN, DANIEL<br>1225 CLEVELAND #2<br>MISSOULA MT 59801 | 07-11666-KG | 74 | $3,150.00 | (P) |

Total Claims Expunged: 5    Total Dollars Expunged: $3,410.00

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

6/5/2008 2:33:53 PM

# Exhibit B

## In re: SN Liquidation, Inc., et al.

### EXHIBIT B - AMENDED AND SUPERSEDED CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 1 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11666-KG | 2 | $1,486.18 $282.14 | (P) (U) | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 | 07-11666-KG | 42 | $1,486.18 | (P) |
| 2 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 07-11670-KG | 3 | $5,000.00 UNLIQUIDATED | (P) | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY PO BOX 21126 PHILADELPHIA PA 19114 | 07-11670-KG | 1373 | $0.00 | (U) |
| 3 MICHIGAN DEPARTMENT OF TREASURY, STATE OF ATTN DEBORAH WALDMEIR CADILLAC PLACE 3030 W GRAND BLVD SUITE 10-200 DETROIT, MI 48202 | 07-11670-KG | 724 | $335.03 UNLIQUIDATED | (A) | MICHIGAN DEPARTMENT OF TREASURY, STATE OF MICHAEL A COX CADILLAC PLACE 3030 W GRAND BLVD, STE 10-200 DETROIT MI 48202 | 07-11670-KG | 1351 | $1,233.29 UNLIQUIDATED | (A) |
| 4 MICHIGAN, STATE OF DEPARTMENT OF TREASURY DEBORAH WALDMEIR 3030 WEST GRAND BLVD, SUITE 10-200 DETROIT, MI 48202 | 07-11670-KG | 120 | $16,291.26 | (P) | MICHIGAN, STATE OF DEPARTMENT OF TREASURY DEBORAH WALDMEIR 3030 WEST GRAND BLVD 10TH FL STE 200 DETROIT MI 48202 | 07-11670-KG | 704 | $7,210.02 | (P) |
| 5 NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07-11666-KG | 6 | $108.37 $1,960.59 | (P) (U) | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 07-11666-KG | 723 | $194,425.58 $1,960.59 UNLIQUIDATED | (P) (U) |
| 6 NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07-11670-KG | 7 | $210.40 $4.08 | (P) (U) | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 07-11670-KG | 722 | $175,493.23 $4.08 UNLIQUIDATED | (P) (U) |

Total Claims Expunged: 6    Total Dollars Expunged: $25,648.05

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# Exhibit C

In re: SN Liquidation, Inc., et al.
## EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BEHLOW, TERRI<br>323 MONROE ST<br>SHEBOYGAN FALLS, WI 53085 | 07-11666<br>INPHONIC, INC. | 1430 | $50.00 | (P) | POC FILED 5/2/08 |
| 2 | BRISENO, RAUL<br>2504 S ORVILLE ST<br>R809<br>STOCKTON, CA 95206-3518 | 07-11666<br>INPHONIC, INC. | 1354 | $10,000.00 | (P) | POC FILED 4/14/08 |
| 3 | BROWN, DIANNE<br>29246 LONGHORN DR<br>CANYON LAKE, CA 92587 | 07-11666<br>INPHONIC, INC. | 1438 | $180.00 | (P) | POC FILED 5/5/08 |
| 4 | EDEN SATELLITE<br>GIZELLE LETOURNEAU<br>PO BOX 295<br>FROMBERG, MT 59029 | 07-11666<br>INPHONIC, INC. | 1450 | $1,088.00 | (P) | POC FILED 5/20/08 |
| 5 | SALTMARSHALL, JIMMIE L<br>150 SUBURBAN ST<br>ECORSE, MI 48229 | 07-11666<br>INPHONIC, INC. | 1257 | $20,000,000.00 | (P) | POC FILED 3/27/08 |
| 6 | SAMMONS, BIANCA STAR<br>425 S VILLA SAN MARCO DR<br>#105<br>ST AUGUSTINE, FL 32086 | 07-11666<br>INPHONIC, INC. | 1452 | $50.00 | (P) | POC FILED 5/9/08 |

| | Totals: | $20,011,368.00 | (P) |
|---|---|---|---|

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# Exhibit D

In re: SN Liquidation, Inc., et al.
**EXHIBIT D - CLAIMS WITHOUT ANY SUPPORTING DOCUMENTATION**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CURRAN, BRIAN J 3102 P ST NW WASHINGTON, DC 20007 | 07-11666 INPHONIC, INC. | 23 | $10,950.00 $312,127.00 | (P) (U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 2 | DISH NETWORK EMMA MOTON 3737 TIMBERGLEN RD APT 1201 DALLAS, TX 75287 | 07-11666 INPHONIC, INC. | 393 | BLANK | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 3 | LAWSON, WILL MR LAWSON 23306 CIMBER LN SPRING, TX 77373 | 07-11666 INPHONIC, INC. | 290 | $120.00 $100.00 | (P) (U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 4 | MTE MELISSA BARNES 412 DAIRY HILL RD LITTLE FALLS, NY 13365 | 07-11666 INPHONIC, INC. | 324 | $50.00 $50.00 | (P) (U) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 5 | OZARK HILLBILLES THE HUGHIE CHANCEY 5041 DEER TRACK TRAIL OZARK, AR 72949 | 07-11666 INPHONIC, INC. | 443 | $600.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 6 | SALTMARSHALL, JIMMIE L 150 SUBURBAN ST ECORSE, MI 48229 | 07-11666 INPHONIC, INC. | 1257 | $20,000,000.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |
| 7 | VMC SATELLITE INC HUGHIE CHANCEY 5041 DEER TRACK TRAIL OZARK, AR 72949 | 07-11666 INPHONIC, INC. | 444 | $500.00 | (P) | NO DOCUMENTS ATTACHED TO SUPPORT CLAIM |

Totals: $20,012,120.00 (P)
$312,277.00 (U)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees. **(A) - Administrative (S) - Secured (P) - Priority (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.