## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Re: Docket No. ___** |
| | : |

## ORDER APPROVING THE EIGHTH MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

This matter coming before the Court on the eighth motion (the "Motion") for an order authorizing the Debtors to reject certain unexpired leases and executory contracts, as provided herein, pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), and the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient, the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates; it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it is further

**ORDERED**, that all capitalized terms used, but not defined, herein shall have the meaning provided in the Motion; and it is further

**ORDERED**, that the Debtors are hereby authorized to reject the Rejected Contracts listed on attached Exhibit A pursuant to Bankruptcy Code section 365(a) effective as of July 17, 2008; and it is further

**ORDERED**, that upon entry of the Order the relief granted herein shall be effective immediately; and it is further

**ORDERED**, that the Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the rejection of contracts pursuant to the Order.

Dated: August _____, 2008
      Wilmington, Delaware

<br>

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

Simplexity, LLC
11130 Sunrise Valley Drive
Suite 300
Reston, VA 20191

July 16, 2008

To the Sellers (as such term is defined in the Purchase Agreement)

c/o InPhonic, Inc.                          DLA Piper USA
1010 Wisconsin Avenue, Suite 600            1251 Avenue of the Americas
Washington, DC 20007                        New York, NY  10020-1104
Attention: General Counsel                  Attn:   Thomas R. Califano, Esquire
                                                    Vincent Roldan, Esquire

c/o Dorene Robotti
Managing Director
Clear Thinking Group
401 Towne Centre Drive
Hillsborough, NJ 08844

Dear Sellers:

    We are delivering this further notice (this "Notice") to you pursuant to Section
2.5(b) of that certain Asset Purchase Agreement, dated November 8, 2007 (as may be
amended, modified and/or supplemented from time to time, the "Purchase Agreement"),
by and among Adeptio INPC Funding, LLC, a Delaware limited liability company and
subsequently renamed as Adeptio INPC Holdings, LLC ("Adeptio" or "Parent"),
InPhonic, Inc., a Delaware corporation (the "Company" and a "Seller"), and each of the
Company's direct and indirect Subsidiaries listed on the signature pages thereto
(individually, a "Seller" and, together with the Company, the "Sellers").  Any capitalized
term used in this Notice which is not otherwise defined herein shall have the meaning
assigned to such term in the Purchase Agreement.  Reference is hereby also made to that
certain notice letter, dated as of December 21, 2007, by Parent to the Sellers notifying the
Sellers that Parent assigned to Simplexity, LLC, a Delaware limited liability company
and a Subsidiary of Buyer ("Buyer Subsidiary"), its rights to receive the Assets from the
Sellers under the Purchase Agreement (including Buyer's rights under Section 2.5 with
respect to the Designated Contracts, Excluded Contracts and Held Contracts).

    In accordance with Section 2.5(b) of the Purchase Agreement, Simplexity
delivered its notice dated December 31, 2007 (the "Initial Held Contracts Notice")
designating certain contracts as "Held Contracts" and further designating certain
contracts for the Sellers to assume and assign to it.  The Initial Held Contracts Notice was
supplemented by further notices delivered January 30, 2008, February 15, 2008, February
29, 2008, March 14, 2008, March 31, 2008, April 25, 2008 and June 5, 2008 (together
with the Initial Held Contracts Notice, the "Held Contracts Notice.").  By delivery of this
notice, Simplexity supplements the Held Contracts Notice and the undersigned
acknowledge and agree that:

(a) the Contracts listed on the attached Annex A shall be designated for assumption with this Notice constituting an "Assumption Notice" with respect to those Contracts and leases;

(b) the Contracts and leases listed on the attached Annex B shall be removed from the list of "Held Contracts" and designated for rejection, with this Notice constituting Simplexity's authorization for the Sellers to reject such Contracts; and

(c) this notice shall not change the status of the remainder of the Contracts and leases set forth in the Held Contracts Notice (and not set forth on Annex A or Annex B attached hereto) which shall remain as "Held Contracts" pursuant to the terms of the Purchase Agreement and the Held Contracts Notice.

All other rights of Buyer and Buyer Subsidiary are expressly reserved. This letter may be executed in counterparts (including by facsimile transmission and/or electronic pdf), each of which when so executed and delivered shall be deemed to be an original and all of which taken together shall constitute but one and the same agreement.

Please return an executed copy of this Notice to our attention at your earliest convenience.

Very truly yours,

Simplexity, LLC

By: _Ken Vickung_
Name: Ken Schwartz
Title: President

Adeptio INPC Holdings, LLC

By: _David S Long_
Name:
Title:        David Lorry
              Authorized Signatory

Agreed and Accepted as of _July 17_, 2008:

InPhonic, Inc.
CAIS Acquisition, LLC
Mobile Technology Services, LLC
CAIS Acquisition II, LLC
FON Acquisition, LLC
1010 Interactive, LLC
Star Number, Inc.
SimIPC Acquisition Corp.

By: _signature_
Its:  Authorized Signatory

cc:    Thomas R. Califano, Esq. (DLA Piper US LLP)
       Anup Sathy, P.C. (Kirkland & Ellis, LLP)
       David Agay, Esquire (Kirkland & Ellis, LLP)
       Meg Augustine, Esquire (Bayard)

| Vendor Name Contract Counter Party | Contract Effective Date | Brief Description |
|---|---|---|
| Cavalier Business Communications | | Telecommunication Services – local service |
| Zero Company Performance Marketing | 13-Apr-07 | CPA Agreement |
| My Dream Wireless | 2-Aug-06 | CPA Agreement |
| Citicorp Vendor Finance,Inc. Acct#200057 | 3-Oct-01 | Forklift financing |
| McCall Handling Co. | 13-Jun-02 | Forklift lease and maintenance agreements |