# EXHIBIT A



**New York State Department of**
# Taxation and Finance

**Bankruptcy Section**
P O Box 5300
Albany  NY  12205-0300

(518) 457-3160

## Pre-Petition Proof of Claim

| | |
|---|---|
| **Statement date** | 2/25/2008 |
| **Amendment** | 1st |
| **Case number** | 07-11670 KG |
| Refer to this number for inquiries | |
| **Total claim amount** | $175 497 31 |
| **Taxpayer ID#** | B-82-0555549-8 |

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

RECD

MAR 06 2008

This is a statement of tax liabilities for STAR NUMBER, INC    Penalty and interest for each liability is computed to 11/8/2007

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| WITHLD | 06/30/2007 | L-029105722-1 | 204 72 | 0 00 | 5 68 | 210 40 | ACT |
| SALES | 05/31/2003 | L-029743877-2 | 46,578 77 | 0 00 | 20,838 97 | 67,417 74 | AUD |
| SALES | 02/28/2006 | L-029743208-4 | 79,346 90 | 0 00 | 28,518 19 | 107,865 09 | AUD |
| | | | | | SubTotal ↓ | 175,493 23 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| WITHLD | 06/30/2007 | L-029105722-1 | 0 00 | 4 08 | 0 00 | 4 08 | ACT |
| | | | | | SubTotal ↓ | 4 08 | |

This claim amends and supercedes the previous claim dated 11/19/2007
Current Annual Interest Rates by Tax Type  Withholding - 9/, Sales and Use - 14/
Liability Type Descriptions  ACT - Actual Return Filed, AUD - Audit Assessment



FILED
2008 FEB 28  AM 9: 35
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



InPhonic Inc
00722

3MC
TC-988 (10/00)      08022018010000003