# EXHIBIT B



**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

## Pre-Petition Proof of Claim

| | |
|---|---|
| Statement date | 2/25/2008 |
| Amendment | 1st |
| Case number<br>Refer to this number for inquiries | 07-11666 KG |
| Total claim amount | $196,386.17 |
| Taxpayer ID# | B-52-2199384-4 |

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

RECD

MAR 0 6 2008

This is a statement of tax liabilities for INPHONIC, INC.   Penalty and interest for each liability is computed to 11/8/2007

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 08/31/2005 | L-029742147-2 | 0.00 | 0.00 | 19,228.77 | 19,228.77 | AUD |
| SALES | 11/30/2005 | L-029743202-1 | 18,319.94 | 0.00 | 5,263.45 | 23,583.39 | AUD |
| SALES | 11/30/2005 | L-029752039-2 | 126,175.59 | 0.00 | 25,327.95 | 151,503.54 | AUD |
| SALES | 08/31/2007 | L-029419768-9 | 0.00 | 0.00 | 109.88 | 109.88 | ACT |
| | | | | | SubTotal ♦ | 194,425.58 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 08/31/2007 | L-029419768-9 | 0.00 | 1,960.59 | 0.00 | 1,960.59 | ACT |
| | | | | | SubTotal ♦ | 1,960.59 | |

This claim amends and supercedes the previous claim dated 11/19/2007
Current Annual Interest Rates by Tax Type  Sales and Use - 14/
Liability Type Descriptions   ACT - Actual Return Filed, AUD - Audit Assessment



FILED 2009 FEB 28 AM 9:37 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

InPhonic Inc


00723

TC-988 (10/00)      080220180100000002