# EXHIBIT C



**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

**RECD**
**MAR 27 2008**

| | |
|---|---|
| Statement date | 3/24/2008 |
| Amendment | 2nd |
| Case number<br>Refer to this number for inquiries | 07-11666 KG |
| Total claim amount | $45 785 36 |
| Taxpayer ID# | B-52-2199384-4 |

## Pre-Petition Proof of Claim

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

This is a statement of tax liabilities for INPHONIC, INC   Penalty and interest for each liability is computed to 11/8/2007

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP  | 12/31/2006 | L-029788556-4 | 1,000 00 | 0 00 | 67 08 | 1,067 08 | EST |
| SALES | 08/31/2005 | L-029742147-2 | 0 00 | 0 00 | 19,228 77 | 19,228 77 | AUD |
| SALES | 11/30/2005 | L-029743202-1 | 18,319 94 | 0 00 | 5,263 45 | 23,583 39 | AUD |
| | | | | | SubTotal $ | 43,879 24 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP  | 12/31/2006 | L-029788556-4 | 0 00 | 100 00 | 0 00 | 100 00 | EST |
| SALES | 08/31/2007 | L-029419768-9 | 0 00 | 1,806 12 | 0 00 | 1,806 12 | ACT |
| | | | | | SubTotal $ | 1,906 12 | |

This claim amends and supercedes the previous claim dated 2/25/2008
Current Annual Interest Rates by Tax Type  Corporation - 9/, Sales and Use - 14/
Liability Type Descriptions  EST - Estimated (No Return Filed), ACT - Actual Return Filed, AUD - Audit Assessment

InPhonic Inc
01248

TC-988 (10/00)     080317180143000004