# EXHIBIT D

**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

## Pre-Petition Proof of Claim

Statement date  3/18/2008
Amendment  2nd
Case number  07-11670 KG
Refer to this number for inquiries
Total claim amount  $126,708 83
Taxpayer ID#  B-82-0555549-8

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

RECD
MAR 27 2008

This is a statement of tax liabilities for STAR NUMBER, INC   Penalty and interest for each liability is computed to 11/8/2007

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2005 | L-029782458-7 | 9,849 00 | 0 00 | 2,441 00 | 12 290 00 | AUD |
| WITHLD | 06/30/2007 | L-029105722-1 | 204 72 | 0 00 | 5 68 | 210 40 | ACT |
| SALES | 05/31/2003 | L-029743877-2 | 0 00 | 0 00 | 4 629 26 | 4,629 26 | AUD |
| SALES | 02/28/2006 | L-029743208-4 | 79,346 90 | 0 00 | 28,518 19 | 107,865 09 | AUD |
|  |  |  |  |  | SubTotal * | 124,994 75 |  |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2005 | L-029782458-7 | 0 00 | 1 710 00 | 0 00 | 1 710 00 | AUD |
| WITHLD | 06/30/2007 | L-029105722-1 | 0 00 | 4 08 | 0 00 | 4 08 | ACT |
|  |  |  |  |  | SubTotal * | 1,714 08 |  |

This claim amends and supercedes the previous claim dated 2/25/2008
Current Annual Interest Rates by Tax Type  Corporation - 9/, Withholding - 9/, Sales and Use - 14/
Liability Type Descriptions  AUD - Audit Assessment, ACT - Actual Return Filed

FILED
MAR 24 2007

InPhonic Inc
01261

TC-988 (10/00)     080313180128000002