# EXHIBIT E



**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205 0300

(518) 457-3160

## Pre-Petition Proof of Claim

| | |
|---|---|
| Statement date | 3/26/2008 |
| Amendment | 3rd |
| Case number | 07-11670 KG |
| Refer to this number for inquiries | 11666 |
| Total claim amount | $129 419 57 |
| Taxpayer ID# | B-82-0555549-8 |

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

This is a statement of tax liabilities for STAR NUMBER INC   Penalty and interest for each liability is computed to 11/8/2007

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2005 | L-029782458-7 | 9,849 00 | 0 00 | 2,441 00 | 12,290 00 | AUD |
| CORP | 12/31/2006 | L-029788513-7 | 1 000 00 | 0 00 | 105 37 | 1 105 37 | EST |
| CORP | 12/31/2006 | L-029788526-4 | 1,000 00 | 0 00 | 105 37 | 1,105 37 | EST |
| WITHLD | 06/30/2007 | L-029105722-1 | 204 72 | 0 00 | 5 68 | 210 40 | ACT |
| SALES | 05/31/2003 | L-029743877-2 | 0 00 | 0 00 | 4,629 26 | 4,629 26 | AUD |
| SALES | 02/28/2006 | L-029743208-4 | 79 346 90 | 0 00 | 28,518 19 | 107,865 09 | AUD |
| | | | | | SubTotal $ | 127 205 49 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2005 | L-029782458-7 | 0 00 | 1,710 00 | 0 00 | 1,710 00 | AUD |
| CORP | 12/31/2006 | L-029788513-7 | 0 00 | 250 00 | 0 00 | 250 00 | EST |
| CORP | 12/31/2006 | L-029788526-4 | 0 00 | 250 00 | 0 00 | 250 00 | EST |
| WITHLD | 06/30/2007 | L-029105722-1 | 0 00 | 4 08 | 0 00 | 4 08 | ACT |
| | | | | | SubTotal $ | 2,214 08 | |

This claim amends and supercedes the previous claim dated 3/18/2008
Current Annual Interest Rates by Tax Type  Corporation - 9/, Withholding - 9/, Sales and Use - 14/
Liability Type Descriptions  AUD - Audit Assessment  EST - Estimated (No Return Filed), ACT - Actual Return Filed

InPhonic inc

BMC

TC-988 (10/00)     080321180200000003

01298