# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRAD DANIEL IN SUPPORT OF
THE DEBTORS' OBJECTION (NON-SUBSTANTIVE) TO CLAIMS FILED BY
THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE**

Brad Daniel makes this Declaration under 28 U.S.C. § 1746, and states:

1. I am a Senior Manager at BMC Group, Inc. ("BMC"). BMC was appointed by Order of this Court as notice and claims agent to the Debtors. Among our duties as notice and claims agent, BMC has assisted with the review of the official claims register of proofs of claims filed against the Debtors' estates in these cases.

2. I make this declaration in connection with the Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of Taxation and Finance (the "Objection"). I have reviewed the Official Claims Register in these cases and the NY Claims referred herein and in the Objection

3. Capitalized terms not otherwise defined herein have the meaning given to them in the Objection.

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

4. On or about March 6, 2008, the NY DOT filed Claim No. 722 against SN in the amount of $175,497.31. Claim Number 722 includes an unsecured priority claim in the amount of $175,493.23 and a general unsecured claim in the amount of $4.08.

5. On or about March 6, 2008, the NY DOT filed Claim No. 723 against InPhonic in the amount of $196,386.17. Claim No. 723 includes an unsecured priority claim in the amount of $194,425.58 and a general unsecured claim in the amount of $1,960.59.

6. On or about March 27, 2008, the NY DOT filed Claim No. 1248 against InPhonic. Claim No. 1248 asserts an unsecured priority claim in the amount of $43,879.24 and a general unsecured claim in the amount of $1,906.12. Claim No. 1248 states that it amends and supersedes Claim No. 723.

7. On or about March 27, 2008, NY DOT filed Claim No. 1261 against SN in the amount of $126,708.83. Claim No. 1261 asserts an unsecured priority claim in the amount of $124,994.75 and a general unsecured claim in the amount of $1,714.08.

8. On or about March 28, 2008, NY DOT filed Claim No. 1298 against SN. Claim No. 1298 asserts an unsecured priority claim in the amount of $129,419.57 and a general unsecured claim in the amount of $2,214.08.

9. By NY DOT's admission, Claim No. 1298 amends and supersedes Claim Nos. 722 and 1261, and Claim No. 1248 amends and supersedes Claim No. 723.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 18, 2008

_____
Brad Daniel, Senior Manager
BMC Group, Inc.

{DAY:01060721v1}