# EXHIBIT G

Case 07-11666-KG    Doc 632-8    Filed 07/18/08    Page 1 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DORENE ROBOTTI IN SUPPORT OF
THE DEBTORS' OBJECTION (NON-SUBSTANTIVE) TO CLAIMS FILED BY
THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE**

Dorene Robotti makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am a Managing Director at Clear Thinking Group LLC ("CTG"). CTG was appointed by Order of the Court as Chief Wind-Down Officer for the Debtors *nunc pro tunc* to February 21, 2008.

2. I make this Declaration in connection with the Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of Taxation and Finance (the "Objection"). I have reviewed the NY Claims, the documentation provided by the NY DOT to the Debtors regarding the NY Claims and the documentation provided by Simplexity regarding the NY Claims. This Declaration is based upon such review.

3. Capitalized terms not otherwise defined herein have the meaning given to them in the Objection.

4. On or about March 27, 2008, the NY DOT filed Claim No. 1248 against InPhonic. Claim No. 1248 asserts an unsecured priority claim in the amount of

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

$43,879.24 and a general unsecured claim in the amount of $1,906.12. Claim No. 1248 states that it amends and supersedes Claim No. 723. The priority portion of Claim No. 1248 represents alleged sales and use taxes for the period ending August 31, 2002 through November 30, 2005, as well as interest related thereto. The NY DOT alleges priority status pursuant to section 507(a)(8) of the Bankruptcy Code.

5. On or about March 28, 2008, NY DOT filed Claim No. 1298 against SN. Claim No. 1298 asserts an unsecured priority claim in the amount of $129,419.57 and a general unsecured claim in the amount of $2,214.08. Claim No. 1298 states that it amends and supersedes Claim No. 1261. The priority portion of Claim No. 1298 represents alleged sales and use taxes for the period ending August 31, 2002 through February 28, 2006, as well as interest related thereto. The NY DOT alleges priority status pursuant to section 507(a)(8) of the Bankruptcy Code.

6. In Claim No. 1248, the NY DOT asserts a priority claim against InPhonic for sales and use taxes, and interest related thereto, in the total amount of $17,446.46 for the period prior to January 1, 2005. Accordingly, $17,446.46 of Claim No. 1248 should be reclassified from a priority unsecured claim to a general unsecured claim. After reclassifying the portion not entitled to priority, Claim No. 1248 would total $45,785.36, of which $26,412.78 would be an unsecured priority claim and $19,372.58 would be a general unsecured claim.

7. In Claim No. 1298, the NY DOT asserts a priority claim against SN for sales and use taxes, and interest related thereto, in the total amount of $68,386.50 for the period prior to January 1, 2005. Accordingly, $68,386.50 of Claim No. 1298 should be reclassified from a priority unsecured claim to a general unsecured claim. After

reclassifying the portion of Claim No. 1298 not entitled to priority, Claim No. 1298 would total $129,419.57, and $58,818.99 would be an unsecured priority claim, and $70,600.58 would be a general unsecured claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 18, 2008

Dorene Robotti, Managing Director
Clear Thinking Group LLC

{BAY:01060737v1}