# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## ORDER SUSTAINING THE DEBTORS' OBJECTION (NON-SUBSTANTIVE) TO CLAIMS FILED BY THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE

Upon consideration of the (i) the Objection of the Debtors to Claim Nos. 722, 723, 1248, 1261, and 1298 Filed By the New York State Department of Taxation and Finance (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (i) the Declaration of Brad Daniel, (ii) the Declaration of Dorene Robotti, (iii) Claim Nos. 722, 723, 1248, 1262 and 1298 filed by the NY DOT,[2] and (iv) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is, SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

559381v1

ORDERED that Claim Nos. 722, 723 and 1261 filed by the NY DOT are hereby disallowed and expunged in their entirety, and it is further

ORDERED that $17,446.46 of Claim No. 1248 is hereby reclassified from a priority unsecured claim to a general unsecured claim, and it is further

ORDERED that after reclassifying the $17,446.46 portion of Claim No. 1248 not entitled to priority, Claim No. 1248 totals $45,785.36, of which $26,412.78 is an unsecured priority claim and $19,372.58 is a general unsecured claim, and it is further

ORDERED that $68,386.50 of Claim No. 1298 is hereby reclassified from a priority unsecured claim to a general unsecured claim, and it is further

ORDERED that after reclassifying the $68,386.50 portion of Claim No. 1298 not entitled to priority, Claim No. 1298 totals $129,419.57, of which $58,818.99 is an unsecured priority claim, and $70,600.58 is a general unsecured claim, and it is further

ORDERED that to the extent the Objection constitutes a substantive objection, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection, and it is further

ORDERED that the Debtors' claims agent, BMC Group, Inc., is hereby authorized and directed to remove the claims disallowed and expunged pursuant to this Order from the Claims Registry and to reclassify Claim Nos. 1248 and 1298 as indicated herein; and it is further

ORDERED that the Debtors' right to raise other objections and right of setoff to the NY Claims on any and all grounds permitted by law and/or equity are hereby preserved and the failure to raise any such objections or right to setoff in the Objection shall not constitute a defense to any such objection or setoff; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ____, 2008

                                                      THE HONORABLE KEVIN GROSS
                                                      UNITED STATES BANKRUPTCY JUDGE