## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 18th day of July, 2008, I caused a copy of

the **Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of**

**Taxation and Finance** to be served upon the parties listed below in the manner indicated and

upon the parties listed on the attached service list *via* U.S. First Class Mail.


**Via U.S. First Class Mail**

New York State Department of
Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Daniel A. O'Brien (No. 4897)

# SN Liquidation, Inc.

## Service List

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York   NY   10020-1104
*Debtor*


Delaware Secretary of State
Franchise Tax Division
P.O. Box 898-F
Dover   DE   19903


Internal Revenue Service
Attn:  Bankruptcy Section
Special Procedures Section
31 Hopkins Plaza, Room 1120
Baltimore   MD   21202


Randy Weller
State of Delaware
Division of Revenue, Compliance Department
820 N. French Street
Wilmington   DE   19801


Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington   DC   20020


Patricia Schrage
Securities & Exchange Commission
Division of Corporate Finance
3 World Financial Center
Suite 400
New York   NY   10281-1022


Division of Unemployment Ins.
Department of Labor
4425 N. Market Street
Wilmington   DE   19802


Richard  Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington   DE   19899-2046


Greg Segall, Esquire
Paul Halpern, Esquire
David Lorry, Esquire
Versa Capital Management, Inc.
The Circa Centre
2929 Arch Street, 27th Floor
Philadelphia   PA   19104


Anup Sathy, Esquire
David A. Agay, Esquire
John A. Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*


Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*Adeptio INPC Funding LLC*


Kevin Weinman
W.B. Doner & Company
25900 Northwestern Highway
Southfield   MI   48075


Alan Dalsass
Brad Daniel
BMC Group
444 N. Nash Street
El Segundo   CA   90245

# SN Liquidation, Inc.

# Service List

Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour and Pease LLP
52 East Gay Street
Columbus   OH   43215
*AOL, LLC and Avertising.com, Inc.*

Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta   GA   30309-4530
*AT&T*

Regina Stango Kelbon, Esquire
Joel  Shapiro, Esquire
Blank Rome LLP
One Logan Square
Philadelphia   PA   19103
*Cellco Partnership, Verizon Wireless*

Bonnie Glantz Fatell, Esquire
Michael D. Debaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington   DE   19801
*Cellco Partnership, Verizon Wireless*

Lawrence M. Schwab, Esquire
Patrick M.  Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto   CA   94306
*Yahoo!, Inc. and Overture Services, Inc.*

Scott D. Rosen, Esquire
Cohn Birnbaum Shea
100 Pearl Street
Hartford   CT   06103-4500

David M LeMay, Esq.
Chadbourne and Parke LLP
30 Rockfeller Plaza
New York   NY   10112

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*

Steven  Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York   NY   10022
*ACN Communications Services, Inc.*

David I. Swan, Esquire
McGuire Woods LLP
1750 Tysons Boulevard, Ste. 1800
McLean   VA   22102-4215
*Sprint Nextel Corporation*

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue,
Suite 1501
Wilmington   DE   19801
*T-Mobile USA, Inc.*

# SN Liquidation, Inc.

## Service List

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Ste. 1200
Wilmington   DE   19801-1246
*Spanco Telesystems & Solutions*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington   DE   19899-2306
*Sprint Nextel Corporation*

Kevini A. Guerke, Esq.
Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington   DE   19801

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
Diane N. Rallis, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston   MA   02116
*Microsoft Corporation*

Gilbert B. Weisman, Esquire
Backet and Lee LLP
P.O. Box 3001
Malvern   PA   19355-07
*American Express Travel Related Services Co, Inc.*
*Corp. Card*

Kathleen M. Miller, Esquire
Smith Ktzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE   19899
*Alltel Communications, Inc.*

Marc Barreca, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle   WA   98104-1158
*Amazon Services, LLC*

Suzanna E. Ellefsen, Esqire
The PMA Insurance Group
380 Sentry Parkway
Blue Bell   PA   19422
*Pennsylvania Manufacturing Indemnity Company and*
*Manufacturing Alliance Insurance Company*

James F. Harker, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 North Orange Street
Suite 1130
Wilmington   DE   19801
*Icon International, Inc.*

Scott D. Rosen, Esquire
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
12th Floor
Hartford   CT   06103
*Icon International, Inc.*

Internal Revenue Service
844 King Street
Wilmington   DE   19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue
Ste. 1370
Wilmington   DE   19801

# SN Liquidation, Inc.

## Service List

Deborah Waldmeir, Esquire
Michael A. Cox, Esquire
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd.
Suite 10-200
Detroit   MI   48202
*State of Michigan*

Paul Cataldo, Esquire
Assistant General Counsel
935 First Avenue
King of Prussia   PA   19406
*GSI Commerce Inc.*

Tanya M. Tan, Esquire
Assistant General Counsel
30699 Russell Ranch Road
Suite 250
Westlake Village   CA   92362
*ValueClick, Inc.*

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street
9th Floor
Boston   MA   02110
*Iron Mountain Information Mgt Inc.*

J. Scott Bovitz, Esquire
Bovitz & Spitzer
880 W First Street
Suite 502
Los Angeles   CA   90012-2430

Eric C. Cotton, Esquire
Developers Diversified Realty Corp.
3300 Enterprise Parkway
P.O. Box 228042
Beachwood   OH   44122
*DDR SE WEndover & Duluth Reynolds*

Mark A. Salzberg, Esquire
Foley & Lardner LLP
3000 K Street NW
Suite 500
Washington   DC   20007-5101
*Alltel Communications*

Delaware Department of Revenue
Kent County
Thomas Collins Building
540 S. Dupont Highway
Dover   DE   19901

Joseph M. Gitto, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York   NY   10022
*Cosmocom.com*

David J. Coyle, Esquire
Shumaker Loop & Kendrick LLP
North Courthouse Square
1000 Jackson Street
Toledo   OH   43604-5573
*Continental Promotion Group*

Seth B. Shapiro, Esquire
U.S. Department of Justice - Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington   DC   20044
*Federal Communications Commission*

Martin A. Mooney, Esquire
Deily Mooney & Glastetter LLP
8 Thurlow Terrace
Albany   NY   12203
*CitiCorp Vendor Finance, Inc.*

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington   DE   19806
*General Electric Capital Corporation*

# SN Liquidation, Inc.

## Service List

Lisa Bittle Tancredi, Esquire
Laura Skowronski Bouyea, Esquire
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore   MD   21202
*Kenneth D. Schwarz*
*Andrew B. Zeinfeld*

Rick Kite
HireStrategy, Inc.
11730 Plaza America Drive
Suite 340
Reston   VA   20190
*HireStrategy, Inc.*

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington   DE   19899

Jennifer L. Best, Esquire
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington   DC   20044
*United States of America*