# EXHIBIT A

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - MODIFIED ZERO CLAIMS

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INTERNATIONAL GROUP INC ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | 1173 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(A)<br>(U) | UNKNOWN<br>$0.00<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(A)<br>(U) |
| 2 | B21 TECHNOLOGIES<br>2425 N CENTRAL EXPRESSWAY<br>STE 110<br>RICHARDSON, TX 75080 | 1368 | BLANK | (U) | $0.00 | (U) |
| 3 | BONIFACE, ROBIN<br>39432 MEADOWLARK DR<br>HAMILTON, VA 20158 | 1291 | BLANK | (U) | $0.00 | (U) |
| 4 | CARLUCCI, DAVID<br>308 DOVER CHESTER ROAD<br>RANDOLPH, NJ 07869 | 767 | BLANK | (U) | $0.00 | (U) |
| 5 | DEBTFREE ARMY, THE<br>5818 4TH ST NW<br>RENALDO CADE<br>WASHINGTON, DC 20011-2131 | 1033 | UNASCERTAINABLE | (U) | $0.00 | (U) |
| 6 | DISH NETWORK<br>PATRICIA STALLINGS<br>5724 HAWTHORNE LN<br>PORTSMOUTH, VA 23703 | 1396 | BLANK | (U) | $0.00 | (U) |
| 7 | DISH NETWORK<br>LISA MASON<br>1509 MAIN ST<br>#313<br>DALLAS, TX 75201 | 335 | BLANK | (U) | $0.00 | (U) |
| 8 | DOWD, ELEANOR S<br>15701 BEAU RIDGE DR<br>WOODBRIDGE, VA 22193 | 1235 | UNASCERTAINABLE | (U) | $0.00 | (U) |
| 9 | HERMAN ALEXIS & CO INC<br>633 WEST 5TH ST<br>FL 28<br>LOS ANGELES, CA 90071 | 19 | BLANK | (U) | $0.00 | (U) |
| 10 | JAIN, SUDEEP<br>9100 E FLORIDA AVE<br>APT 12-303<br>DENVER, CO 80247 | 1212 | BLANK | (U) | $0.00 | (U) |
| 11 | JONES-HAGAN, CAROL<br>772 MOUNT PLEASANT DR<br>OCOEE, FL 34761 | 1423 | UNASCERTAINABLE | (U) | $0.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - MODIFIED ZERO CLAIMS

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 12 | ORPINE INC<br>SUITE 504<br>11785 NORTHFALL LANE<br>ALPHARETTA, GA 30004 | 754 | BLANK | (U) | $0.00 | (U) |
| 13 | PAYMENTECH LLC<br>KATHLEEN M KELLER<br>4 NORTHEASTERN BLVD<br>SALEM, NH 03079 | 694 | BLANK | (U) | $0.00 | (U) |
| 14 | PITTS, DAYNA<br>617 COLBY CT<br>ROCKY MOUNT, NC 27803 | 547 | BLANK | (U) | $0.00 | (U) |
| 15 | RICH, CASSANDRA<br>573 LINDA AVE<br>THORNWOOD, NY 10594 | 654 | UNASCERTAINABLE | (U) | $0.00 | (U) |
| 16 | TOMLINSON, CHRISTY<br>JAMES ANGELI & DAVID S TOMLINSON<br>10528 CORAL KEY AVENUE<br>TAMPA, FL 33647 | 1341 | BLANK | (U) | $0.00 | (U) |
| 17 | UNIVERSAL SERVICE ADMINISTRATIVE COMPANY<br>ATTN TRACEY BEAVER SR MGR ANALYST<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, STE 200<br>WASHINGTON, DC 20036 | 157 | UNKNOWN<br>UNLIQUIDATED | (U) | $0.00 | (U) |
| 18 | UNIVERSAL SERVICE ADMINISTRATIVE COMPANY<br>ATTN TRACEY BEAVER SR MGR ANALYST<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, STE 200<br>WASHINGTON, DC 20036 | 158 | UNKNOWN<br>UNLIQUIDATED | (A) | $0.00 | (U) |
| 19 | VILLARIN, NILDA<br>1500 SYLVAN DR<br>APT 153<br>HURST, TX 76053 | 1176 | BLANK | (U) | $0.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured