# EXHIBIT B

## In re: SN Liquidation, Inc., et al.
## EXHIBIT B - MODIFIED AMOUNT CERTAIN CLAIMS

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 1 | CALIFORNIA, STATE OF<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 67 | UNKNOWN<br>UNLIQUIDATED | (S) | $0.01 | (P) |
| 2 | MICHIGAN DEPARTMENT OF TREASURY, STATE OF<br>MICHAEL A COX<br>CADILLAC PLACE<br>3030 W GRAND BLVD, STE 10-200<br>DETROIT, MI 48202 | 1351 | $1,233.29<br>UNLIQUIDATED | (A) | $1,233.29 | (U) |
| 3 | NEW JERSEY, STATE OF<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | 705 | $2,000.00<br>UNLIQUIDATED | (P) | $2,000.00 | (P) |
| 4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 68 | $5,691.85<br>$2,431.98<br>UNLIQUIDATED | (P)<br>(U) | $5,691.85<br>$2,413.98 | (P)<br>(U) |
| 5 | SCHWARZ, KENNETH D<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1076 | $75,000.00<br>UNKNOWN<br>UNLIQUIDATED | (P)<br>(U) | $0.00<br>$75,000.00 | (P)<br>(U) |
| 6 | ZEINFELD, ANDREW B<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1075 | $100,000.00<br>$300,000.00<br>UNLIQUIDATED | (P)<br>(U) | $0.00<br>$400,000.00 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured