IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**DECLARATION OF BRAD DANIEL IN SUPPORT
OF MOTION OF DEBTORS TO ESTIMATE CLAIMS PURSUANT
TO 11 U.S.C. §§ 502(c) AND 105(a)**

Brad Daniel, makes this Declaration under 28 U.S.C. § 1746, and states:

1. I am a Senior Manager at BMC Group, Inc. ("BMC"). BMC was appointed by Order of this Court as notice and claims agent to the Debtors. Among our duties as notice and claims agent, BMC has assisted with the review of the official claims register of proofs of claims filed against the Debtors' estates in these cases.

2. I make this declaration in connection with the Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) (the "Motion").

3. Capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

4. This Declaration is based upon the review of BMC employees of the claims listed in the Motion upon docketing of the claims, further review of the claims for preparation of the exhibits to the Motion, and information provided by Debtors' counsel.

5. I, or other employees of BMC, have reviewed each of the claims listed on the exhibits to the Motion and the claims register being maintained in these cases. To the best of my

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01062583v1}

2

knowledge and belief, each of the claims set forth in the exhibits to the Motion are properly valued and typed at the amounts and types indicated in the exhibits.

6. Certain claimants who filed proofs of claim but who are not included in the exhibits to the Motion did not select the class of claim asserted on the face of the proof of claim form they submitted. Certain claimants who filed proofs of claim but who are not included in the exhibits to the Motion indicated on the face of the proof of claim form that their claim is a general unsecured claim, but the claim contains attachments that allege that the claim is a different type of claim from what was indicated on the face of the proof of claim form.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 18, 2008

/s/ Brad Daniel
Brad Daniel, Senior Manager
BMC Group, Inc.

{BAY:01062583v1}