# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al.,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ____ |

## ORDER GRANTING DEBTORS' MOTION TO ESTIMATE CLAIMS PURSUANT TO 11 U.S.C. §§ 502(c) AND 105(a)

Upon consideration of the Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and having determined that parties in interest have received adequate notice of the Motion; and the Court having determined that good cause exists to grant the Motion; it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the claims listed on Exhibit A attached hereto are hereby classified and estimated for distribution purposes as indicated; and it is further

ORDERED that the claims listed on Exhibit B attached hereto are hereby classified and estimated for distribution purposes as indicated; and it is further

ORDERED the if, on the face of a claim form, there is no indication of the type of claim asserted, or a claim contains attachments that conflict with the type of claim

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

indicated on the face of the proof of claim form indicating it is a general unsecured claim, for confirmation purposes only, such claims are general unsecured claims; and it is further

ORDERED that to the extent the Motion constitutes a substantive objection to the claims referenced therein, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection, and it is further

ORDERED that the Debtors' right to raise objections and assert the right of setoff to the claims listed on the Exhibits to the Motion on any and all grounds permitted by law and/or equity are hereby preserved, and the failure to raise any such objections or right to setoff in the Motion shall not constitute a defense to any such objection or right of setoff; and it is further

ORDERED that the Debtors' claims agent, BMC Group, is hereby authorized and directed to modify the Claims Registry as indicated herein; and it is further

ORDERED that the Debtors' rights to raise objections to the claims referenced in the Motion on any and all grounds permitted by law and/or equity are hereby preserved.


Dated: _____, 2008        _____
                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - MODIFIED ZERO CLAIMS

|   | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INTERNATIONAL GROUP INC ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY  10270 | 1173 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(A)<br>(U) | UNKNOWN<br>$0.00<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(A)<br>(U) |
| 2 | B21 TECHNOLOGIES<br>2425 N CENTRAL EXPRESSWAY<br>STE 110<br>RICHARDSON, TX  75080 | 1368 | BLANK | (U) | $0.00 | (U) |
| 3 | BONIFACE, ROBIN<br>39432 MEADOWLARK DR<br>HAMILTON, VA  20158 | 1291 | BLANK | (U) | $0.00 | (U) |
| 4 | CARLUCCI, DAVID<br>308 DOVER CHESTER ROAD<br>RANDOLPH, NJ  07869 | 767 | BLANK | (U) | $0.00 | (U) |
| 5 | DEBTFREE ARMY, THE<br>5818 4TH ST NW<br>RENALDO CADE<br>WASHINGTON, DC  20011-2131 | 1033 | UNASCERTAINABLE | (U) | $0.00 | (U) |
| 6 | DISH NETWORK<br>PATRICIA STALLINGS<br>6724 HAWTHORNE LN<br>PORTSMOUTH, VA  23703 | 1396 | BLANK | (U) | $0.00 | (U) |
| 7 | DISH NETWORK<br>LISA MASON<br>1509 MAIN ST<br>#313<br>DALLAS, TX  75201 | 335 | BLANK | (U) | $0.00 | (U) |
| 8 | DOWD, ELEANOR S<br>15701 BEAU RIDGE DR<br>WOODBRIDGE, VA  22193 | 1235 | UNASCERTAINABLE | (U) | $0.00 | (U) |
| 9 | HERMAN ALEXIS & CO INC<br>633 WEST 5TH ST<br>FL 28<br>LOS ANGELES, CA  90071 | 19 | BLANK | (U) | $0.00 | (U) |
| 10 | JAIN, SUDEEP<br>9100 E FLORIDA AVE<br>APT 12-303<br>DENVER, CO  80247 | 1212 | BLANK | (U) | $0.00 | (U) |
| 11 | JONES-HAGAN, CAROL<br>772 MOUNT PLEASANT DR<br>OCOEE, FL  34761 | 1423 | UNASCERTAINABLE | (U) | $0.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (P) - Priority  (S) - Secured  (U) - Unsecured

## In re: SN Liquidation, Inc., et al.
## EXHIBIT A - MODIFIED ZERO CLAIMS

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 12 | ORPINE INC<br>SUITE 504<br>11785 NORTHFALL LANE<br>ALPHARETTA, GA 30004 | 754 | BLANK | (U) | $0.00 | (U) |
| 13 | PAYMENTECH LLC<br>KATHLEEN M KELLER<br>4 NORTHEASTERN BLVD<br>SALEM, NH 03079 | 694 | BLANK | (U) | $0.00 | (U) |
| 14 | PITTS, DAYNA<br>617 COLBY CT<br>ROCKY MOUNT, NC 27803 | 547 | BLANK | (U) | $0.00 | (U) |
| 15 | RICH, CASSANDRA<br>573 LINDA AVE<br>THORNWOOD, NY 10594 | 654 | UNASCERTAINABLE | (U) | $0.00 | (U) |
| 16 | TOMLINSON, CHRISTY<br>JAMES ANGELI & DAVID S TOMLINSON<br>10528 CORAL KEY AVENUE<br>TAMPA, FL 33647 | 1341 | BLANK | (U) | $0.00 | (U) |
| 17 | UNIVERSAL SERVICE ADMINISTRATIVE COMPANY<br>ATTN TRACEY BEAVER SR MGR ANALYST<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, STE 200<br>WASHINGTON, DC 20036 | 157 | UNKNOWN<br>UNLIQUIDATED | (U) | $0.00 | (U) |
| 18 | UNIVERSAL SERVICE ADMINISTRATIVE COMPANY<br>ATTN TRACEY BEAVER SR MGR ANALYST<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, STE 200<br>WASHINGTON, DC 20036 | 158 | UNKNOWN<br>UNLIQUIDATED | (A) | $0.00 | (U) |
| 19 | VILLARIN, NILDA<br>1500 SYLVAN DR<br>APT 153<br>HURST, TX 76053 | 1176 | BLANK | (U) | $0.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# EXHIBIT B

## In re: SN Liquidation, Inc., et al.
## EXHIBIT B - MODIFIED AMOUNT CERTAIN CLAIMS

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 1 | CALIFORNIA, STATE OF<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 67 | UNKNOWN<br>UNLIQUIDATED | (S) | $0.01 | (P) |
| 2 | MICHIGAN DEPARTMENT OF TREASURY, STATE OF<br>MICHAEL A COX<br>CADILLAC PLACE<br>3030 W GRAND BLVD, STE 10-200<br>DETROIT, MI 48202 | 1351 | $1,233.29<br>UNLIQUIDATED | (A) | $1,233.29 | (U) |
| 3 | NEW JERSEY, STATE OF<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | 705 | $2,000.00<br>UNLIQUIDATED | (P) | $2,000.00 | (P) |
| 4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 68 | $5,691.85<br>$2,431.98<br>UNLIQUIDATED | (P)<br>(U) | $5,691.85<br>$2,413.98 | (P)<br>(U) |
| 5 | SCHWARZ, KENNETH D<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1076 | $75,000.00<br>UNKNOWN<br>UNLIQUIDATED | (P)<br>(U) | $0.00<br>$75,000.00 | (P)<br>(U) |
| 6 | ZEINFELD, ANDREW B<br>LISA BITTLE TANCREDI<br>VENABLE LLP<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE, MD 21201 | 1075 | $100,000.00<br>$300,000.00<br>UNLIQUIDATED | (P)<br>(U) | $0.00<br>$400,000.00 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured