## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: August 13, 2008 at 4:00 p.m. |
| | Hearing Date: August 20, 2008 at 2:00 p.m. |

## NOTICE OF THE DEBTORS' OBJECTION TO CLAIM NOS. 1106 AND 1344 FILED BY THE OHIO DEPARTMENT OF TAXATION, AND, IN THE ALTERNATIVE, MOTION TO DETERMINE TAX LIABILITY PURSUANT TO 11 U.S.C. § 505

TO:  Office of The United States Trustee, the Ohio Department of Taxation and all parties requesting service pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") have filed the Objection to Claims Nos. 1106 and 1344 filed by the Ohio Department of Taxation, and in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 (the "Objection").

**YOUR SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THIS OBJECTION** and by any further objection that may be filed. **YOU SHOULD THEREFORE TAKE NOTICE** that any response to the attached Objection must be filed on or before **August 13, 2008 at 4:00 p.m. (Eastern Time).**

At the same time, you must also serve a copy of the response upon the Debtors' attorneys at the address below:

> **BAYARD, P.A.**
> Neil B. Glassman, Esquire
> Mary E. Augustine, Esquire
> Daniel A. O'Brien, Esquire
> 222 Delaware Avenue, Suite 900
> Wilmington, Delaware 19801

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01063381v1}

and

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020

HEARING ON THE OBJECTION WILL BE HELD ON:  **August 20, 2008 at 2:00 p.m. (Eastern Time).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 18, 2008                **BAYARD, P.A.**

By: _/s/_
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien  (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:    (302) 655-5000

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession

{BAY:01063381v1}