# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### DECLARATION OF DAVID MOIR IN SUPPORT OF OBJECTION OF THE DEBTORS TO CLAIM NOS. 1106 AND 1344 FILED BY THE OHIO DEPARTMENT OF TAXATION, AND, IN THE ALTERNATIVE, MOTION TO DETERMINE TAX LIABIITY PURSUANT TO 11 U.S.C. § 505

David Moir makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1.  I am the Executive Vice President of Financing and Accounting for Simplexity, LLC ("Simplexity"). Simplexity is a subsidiary of Adeptio[2] and assignee of Adeptio's rights to receive assets from the Debtors under the APA.

2.  I make this declaration in connection with the Debtors' Objection to Claim Nos. 1106 and 1344 filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 (the "Objection").

3.  I am familiar with the Ohio Claims identified in the Objection and the relief requested therein.

4.  In my capacity with Simplexity, I am familiar with the Debtors'

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{BAY:01064570v1}

operations.

5. Prior to the Sale, InPhonic was a leading internet (online) seller of wireless services and devices to consumers. InPhonic sold these services and devices through company owned and branded websites. All of the Debtors were headquartered in Washington, D.C. The Debtors maintained technology and operations centers in Largo, Maryland; Reston, Virginia; and Great Falls, Virginia.

6. With the exception stated herein, the Debtors had no offices, warehouses, outlets, or employees located in Ohio at any time. From February 2002 to July 2002, the Debtors employed one individual in Ohio and paid payroll taxes to Ohio for that individual.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 18, 2008

David Moir, Executive Vice
President of Financing and
Accounting
Simplexity, LLC

{BAY:01064570v1}