# EXHIBIT B



**U S BANKRUPTCY COURT**
DELAWARE DISTRICT OF DELAWARE
AT WILMINGTON

RECD
MAR 20 2008

### PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

| IN RE | IN PHONIC INC | Case No | 07-11666 S |
|---|---|---|---|
| | 1010 WISCONSIN AVE NW | Chapter | 11 |
| | WASHINGTON, DC 20007 | Claim Date | 3/17/2008 |

AKA/DBA  CELLULARCHOICES NET, JOEMOBILE COM, INTELENETWIRELESS COM, POINT COM, INPHONIC COM, WIREFLY COM, WIREFLYMOBILE COM, WIREFLYMOBILE COM, WIREFLYFRIENDSANDFAMILY COM, CELLULARBUYS COM, WIREFLY NET, WIREFLY ORG, MOBILEPRO COM

1   The undersigned, whose office address is at 30 East Broad Street, Columbus, Ohio 43215, is the duly appointed agent of the Tax Commissioner of the State of Ohio and is authorized to make this Proof of Claim on behalf of the claimant

2   The debtor is now indebted to the State of Ohio in the amount set forth below, as follows

**1  Sales Tax  Assessment   XXXXX2278**                                                          **Priority**

| | | |
|---|---|---|
| 1 | Tax Due For 1/1/2002 through 11/7/2007 | |
| 2 | Total Amount of Tax Due | $4,595,166 66 |
| 3 | Total Amount of Interest Due | $780,390 52 |
| 4 | Total Amount of Penalty Due | $2,297,583 33 |
| 5 | Total Amount of Assessment | **$7,673,140 51** |

**2  Use Tax  Assessment   XXXXX3324**                                                             **Priority**

| | | |
|---|---|---|
| 1 | Tax Due For 1/1/2002 through 11/7/2007 | |
| 2 | Total Amount of Tax Due | $12,029 19 |
| 3 | Total Amount of Interest Due | $2,064 51 |
| 4 | Total Amount of Penalty Due | $1,804 38 |
| 5 | Total Amount of Assessment | **$15,898 08** |

**TOTAL AMOUNT DUE**          $7,689,038 59

3   No judgments have been rendered except as set out in Paragraph 2 above

4   The amount of all payments have been credited and deducted for the purpose of making this Proof of Claim

5   No security interest is held for this claim except to the extent that the judgment set out in Paragraph 2 above has attached to real estate owned by the debtor

3/17/2008

Page 1 of 2

InPhonic Inc

01106

6   The tax and interest claims listed above are entitled to priority in accordance with 11 U S C Section 507 (a)(8) except as specifically set forth as a Non-Priority, general unsecured claim  Any penalty is a general unsecured claim not otherwise entitled to priority, except to the extent provided by 11 U S C Section 507(a)(8)(g)

7   Leave is requested to amend this Proof of Claim at a later date should any increased tax deficiency be disclosed or discovered

/s/Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH  43216-0530

Contact Information  #614-752-6864 / Fax#614-995-0164 / Email  rebecca_daum@tax state oh us
Alternate Contact  Email  katherine_zucca@tax state oh us

## NOTICE

All checks in payment of this claim should be made payable and forwarded to the Attorney General of the State of Ohio, Collection Enforcement, 150 E  Gay Street, 21st Floor, Columbus, Ohio  43215

All Notices, pleadings and filings relating to this claim should also be forwarded to the Attorney General's office, at the above address and copied to the Ohio Department of Taxation , C/O Rebecca Daum at the undersigned address

 **Ohio Department of TAXATION**

*Bankruptcy Division*
*30 E Broad Street 23rd floor*
*Columbus Ohio 43216*
*(614) 752-6864   Fax (614) 995-0164*
*www state oh us/tax/*

March 17, 2008

**Clerk, U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801**

To whom it may concern

Find enclosed Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio, against the assets of the following

**IN PHONIC INC**                             **CASE # 07-11666 S**

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office

Sincerely,

Rebecca L Daum
Attorney - Bankruptcy Division