# EXHIBIT C



**U S BANKRUPTCY COURT**
DELAWARE DISTRICT OF DELAWARE
AT WILMINGTON

### SUPPLEMENTAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

| | | |
|---|---|---|
| IN RE | IN PHONIC INC | Case No  07-11666 S |
| | 1010 WISCONSIN AVE NW | Chapter  11 |
| | WASHINGTON, DC 20007 | Claim Date  4/3/2008 |

AKA/DBA  CELLULARCHOICES NET, JOEMOBILE COM, INTELENETWIRELESS COM, POINT COM, INPHONIC COM, WIREFLY COM, WIREFLYMOBILE COM, WIREFLYMOBILE COM, WIREFLYFRIENDSANDFAMILY COM, CELLULARBUYS COM, WIREFLY NET, WIREFLY ORG, MOBILEPRO COM

1  The undersigned, whose office address is at 30 East Broad Street, Columbus, Ohio 43215, is the duly appointed agent of the Tax Commissioner of the State of Ohio and is authorized to make this Proof of Claim on behalf of the claimant

2  The debtor is now indebted to the State of Ohio in the amount set forth below, which is in addition to the amount claimed in the Proof of Claim dated 3/17/2008, as follows

**1  Commercial Activity Tax  Assessment   XXXXX938**                       Priority

| | | |
|---|---|---|
| 1 | Tax Due For 7/1/2007 through 9/30/2007 | |
| 2 | Total Amount of Tax Due | $4,290 00 |
| 3 | Total Amount of Interest Due | $137 04 |
| 4 | Total Amount of Penalty Due | $2,359 50 |
| 5 | Total Amount of Assessment | **$6,786 54** |

**2  Commercial Activity Tax  Assessment   XXXXX938**                       Priority

| | | |
|---|---|---|
| 1 | Tax Due For 4/1/2007 through 6/30/2007 | |
| 2 | Total Amount of Tax Due | $4,290 00 |
| 3 | Total Amount of Interest Due | $223 55 |
| 4 | Total Amount of Penalty Due | $2 359 50 |
| 5 | Total Amount of Assessment | **$6,873 05** |

**3  Commercial Activity Tax  Assessment   XXXXX938**                       Priority

| | | |
|---|---|---|
| 1 | Tax Due For 1/1/2007 through 3/31/2007 | |
| 2 | Total Amount of Tax Due | $2 860 00 |
| 3 | Total Amount of Interest Due | $206 80 |
| 4 | Total Amount of Penalty Due | $1,573 00 |
| 5 | Total Amount of Assessment | **$4,639 80** |

| 4 | Commercial Activity Tax Assessment | XXXXX938 | Priority |
|---|---|---|---|
| 1 | Tax Due For 10/1/2006 through 12/31/2006 | | |
| 2 | Total Amount of Tax Due | $3,010 00 | |
| 3 | Total Amount of Interest Due | $276 26 | |
| 4 | Total Amount of Penalty Due | $1,655 50 | |
| 5 | Total Amount of Assessment | **$4,941 76** | |

| 5 | Commercial Activity Tax Assessment | XXXXX938 | Priority |
|---|---|---|---|
| 1 | Tax Due For 7/1/2006 through 9/30/2006 | | |
| 2 | Total Amount of Tax Due | $2,860 00 | |
| 3 | Total Amount of Interest Due | $311 86 | |
| 4 | Total Amount of Penalty Due | $1,573 00 | |
| 5 | Total Amount of Assessment | **$4,744 86** | |

| 6 | Commercial Activity Tax Assessment | XXXXX938 | Priority |
|---|---|---|---|
| 1 | Tax Due For 4/1/2006 through 6/30/2006 | | |
| 2 | Total Amount of Tax Due | $2,860 00 | |
| 3 | Total Amount of Interest Due | $355 11 | |
| 4 | Total Amount of Penalty Due | $1,573 00 | |
| 5 | Total Amount of Assessment | **$4,788 11** | |

| 7 | Commercial Activity Tax Assessment | XXXXX938 | Priority |
|---|---|---|---|
| 1 | Tax Due For 1/1/2006 through 3/31/2006 | | |
| 2 | Total Amount of Tax Due | $1,795 00 | |
| 3 | Total Amount of Interest Due | $249 73 | |
| 4 | Total Amount of Penalty Due | $987 25 | |
| 5 | Total Amount of Assessment | **$3,031 98** | |

| 8 | Commercial Activity Tax Assessment | XXXXX938 | Priority |
|---|---|---|---|
| 1 | Tax Due For 7/1/2005 through 12/31/2005 | | |
| 2 | Total Amount of Tax Due | $3,375 00 | |
| 3 | Total Amount of Interest Due | $518 92 | |
| 4 | Total Amount of Penalty Due | $2,856 25 | |
| 5 | Total Amount of Assessment | **$6,750 17** | |

**TOTAL AMOUNT DUE**      $42,556 27

3    No judgments have been rendered except as set out in Paragraph 2 above

4    The amount of all payments have been credited and deducted for the purpose of making this Proof of Claim

5    No security interest is held for this claim except to the extent that the judgment set out in Paragraph 2 above has attached to real estate owned by the debtor

6    The tax and interest claims listed above are entitled to priority in accordance with 11 U S C Section 507 (a)(8) except as specifically set forth as a Non-Priority, general unsecured claim  Any penalty is a general unsecured claim not otherwise entitled to priority  except to the extent provided by 11 U S C Section 507(a)(8)(g)

7    Leave is requested to amend this Proof of Claim at a later date should any increased tax deficiency be disclosed or discovered

/s/Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH  43216-0530

Contact Information  #614-752-6864 / Fax#614-995-0164 / Email  rebecca_daum@tax state oh us
Alternate Contact  Email  katherine_glatzhofer@tax state oh us

## NOTICE

All checks in payment of this claim should be made payable and forwarded to the Attorney General of the State of Ohio, Collection Enforcement, 150 E  Gay Street, 21st Floor, Columbus, Ohio  43215

All Notices, pleadings and filings relating to this claim should also be forwarded to the Attorney General's office, at the above address and copied to the Ohio Department of Taxation , C/O Rebecca Daum at the undersigned address

 **Ohio Department of TAXATION**

*Bankruptcy Division*
*30 E Broad Street  23rd floor*
*Columbus Ohio 43216*
*(614) 752-6864    Fax (614) 995-0164*
*www state oh us/tax/*

April 3, 2008

**Clerk, U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801**

To whom it may concern

Find enclosed **Supplemental** Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio, against the assets of the following

**IN PHONIC INC**                    **CASE # 07-11666 S**

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office

Sincerely,

Rebecca L Daum
Attorney - Bankruptcy Division

**RECEIVED**

APR 1 0 2008

**BMC GROUP**

InPhonic Inc
01344

