# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## ORDER SUSTAINING OBJECTION OF THE DEBTORS TO CLAIM NOS. 1106 AND 1344 FILED BY THE OHIO DEPARTMENT OF TAXATION AND IN THE ALTERNATIVE, MOTION TO DETERMINE TAX LIABIITY PURSUANT TO 11 U.S.C. § 505

Upon consideration of the (i) the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed By the Ohio Department of Taxation and in the Alternative, Motion to Determine Tax Liability (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the Moir Declaration,[2] (iii) Claim No. 1106 filed by the Ohio DOT, (iv) Claim No. 11344 filed by the Ohio DOT, and (v) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is SUSTAINED; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

ORDERED that the Ohio Claims are disallowed and expunged in their entirety, and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August \_\_\_\_, 2008

                                                              _____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE