# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF DAVID MOIR IN SUPPORT OF OBJECTION OF THE DEBTORS TO CLAIM NO. 4 FILED BY THE DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE

David Moir makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am the Executive Vice President of Financing and Accounting for Simplexity, LLC ("Simplexity"). Simplexity is a subsidiary of Adeptio,[2] and assignee of Adeptio's rights to receive assets from the Debtors under the APA.

2. I make this declaration in connection with the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service (the "Objection").

3. Capitalized terms not otherwise defined herein have the meaning given to them in the Objection.

4. I have reviewed the IRS Claim identified in the Objection and the relief requested therein.

5. In my capacity with Simplexity, I am familiar with the Debtors' operations.

6. The IRS Claim is for pension withholding taxes, and interest related

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{BAY:01062520v1}

thereto. None of the Debtors sponsored a pension plan or were a member of a control group which did sponsor a plan at any time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 17, 2008

David Moir, Executive Vice President of Financing and Accounting
Simplexity, LLC