# Exhibit B

{BAY:01063062v1}

FORM B10 (Official Form 10)(04/07)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor: SIMIPC ACQUISITION CORP
Case Number: 07-11669-KG

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Department of the Treasury - Internal Revenue Service

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Name and address where notices should be sent
Internal Revenue Service
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD 21201

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number (410) 962-2398    Creditor #

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor    see attachment

Check here ☐ replaces  ☐ amends  a previously filed claim dated _____
if this claim

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)          (date)

**2 Date debt was incurred**    see attachment

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim $ 62,438 14
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☐ Real Estate    ☐ Motor Vehicle    ☐ Other_____
Value of Collateral $_____

Unsecured Priority Claim
☒ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ 167,679 33

Amount of arrearage and other charges at time case filed included in secured claim if any $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 950) *earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase lease, or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
☒ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed** $ 62,438 14 (unsecured)    _____ (secured)    167 679 33 (priority)    230 117 47 (Total)
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts, contracts court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 Date-Stamped Copy** To receive an acknowledgement of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED
NOV 26 2007
BMC
InPhonic Inc

Date: 11/19/2007
Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
/s/ C KIDWELL, INSOLVENCY SPECIALIST

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **10** Attachment

| | |
|---|---|
| Docket Number | 07-11669-KG |
| Type of Bankruptcy Case | Chapter 11 |
| Date of Petition | 11/08/2007 |

In the Matter of  SIMIPC ACQUISITION CORP
1010 WISCONSIN AVENUE NW
SUITE 600
WASHINGTON, DC  20007

The United States has not identified a right of setoff or counterclaim  However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency  All rights of setoff are preserved and will be asserted to the extent lawful

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| 33-0994924 | WH PENSION | 12/31/2004 | 1 UNASSESSED-NO RETURN | $48,867 28 | $10,772 40 |
| 33-0994924 | WH PENSION | 12/31/2005 | 1 UNASSESSED-NO RETURN | $48,867 28 | $7,201 14 |
| 33-0994924 | WH PENSION | 12/31/2006 | 1 UNASSESSED-NO RETURN | $48,867 28 | $3,103 95 |
| | | | | $146,601 84 | $21,077 49 |

**Total Amount of Unsecured Priority Claims**   $167,679 33

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| 33-0994924 | WH PENSION | 12/31/2003 | 1 UNASSESSED-NO RETURN | $48,867 28 | $13,570 86 |

**Total Amount of Unsecured General Claims**   $62,438 14

1 UNASSESSED TAX LIABILITIES(S) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED  WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED