# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY THE DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE

Upon consideration of the (i) the Objection of the Debtors to Claim No. 4 filed By the Department of Treasury – Internal Revenue Service (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (i) the Moir Declaration,[2] (ii) claim no. 4 (the "IRS Claim") filed by the IRS, and (iii) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is, SUSTAINED; and it is further

ORDERED that the IRS Claim is hereby disallowed and expunged in its entirety, and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

559381v1

ORDERED that to the extent the Objection constitutes a substantive objection, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection, and it is further

ORDERED that the Debtors' claims agent, BMC Group, Inc., is hereby authorized and directed to remove the IRS Claim disallowed and expunged pursuant to this Order from the Claims Registry; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ____, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE