IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.¹,** ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 630

NOTICE (SEVENTH) OF DEBTORS' FILING OF PROPOSED ORDER (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS AND (II) DEEMING THAT THOSE CERTAIN HELD CONTRACTS TO BE DESIGNATED CONTRACTS FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT

NOTICE OF ELECTRONIC FILING [page 1]

Docket No 631

NOTICE OF MOTION

EIGHTH MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

[PROPOSED] ORDER APPROVING THE EIGHTH MORION FOR ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

NOTICE OF ELECTRONIC FILING [page 1]

I, Katya M. Belas, state as follows.

---

1 The Debtors and debtors in possession are INP Liquidation Corp, f/k/a InPhonic, Inc, CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp, f/k/a SimIPC Acquisition Corp, SN Liquidation, Inc f/k/a Star Number, Inc, MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC

1     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245

2     On July 17, 2008, I caused the above referenced documents to be served on the parties as described below.

Exhibit A     Affected Parties Service List regarding Docket No. 630

Exhibit B     Affected Parties Service List regarding Docket No. 631

3     All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED. July 24, 2008
El Segundo, California

_[signature]_
Katya M. Belas

State of California    )
                             )
County of Los Angeles  )

On July 24, 2008 before me, James H Myers, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[Notary seal: JAMES H. MYERS, Commission # 1589628, Notary Public - California, Los Angeles County, My Comm. Expires Jul 19, 2009]_

_[signature: James H Myers]_

# EXHIBIT A

# SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 15

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29586 | BLACKMESH INC, 2465 J 17 CENTERVILLE RD, SUITE 720, HERNDON, VA, 20171 | US Mail (1st Class) |
| 29586 | BLACKMESH, INC , SUITE 720, 2465 J-17 CENTERVILLE ROAD, HERNDON, VA, 20171 | US Mail (1st Class) |
| 29586 | CONNOLLY BOVE LODGE HUTZ LLP, (RE RADIOSHACK CORPORATION), KAREN C BIFFERATO ESQ, THE NEMOURS BUILDING, 1007 NORTH ORANGE ST, PO BOX 2207, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29586 | RADIOSHACK, RADIOSHACK CIRCLE, MAIL STOP EF4-218, FORT WORTH, TX, 76102-1964 | US Mail (1st Class) |
| 29586 | RADIOSHACK CORPORATION, JAMES B SPISAK, CF4 122, 300 RADIOSHACK CIR, FORT WORTH, TX, 76102 | US Mail (1st Class) |
| 29586 | SC KIOSKS, INC , 300 RADIOSHACK CIRCLE, FORT WORTH, TX, 76102 | US Mail (1st Class) |

Subtotal for this group: 6

**EXHIBIT B**

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29589 | CAVALIER BUSINESS COMMUNICATIONS, PO BOX 2950, RICHMOND, VA, 23228-9700 | US Mail (1st Class) |
| 29589 | CITICORP VENDOR FINANCE, 3950 REGENT BLVD, IRVING, TX, 75063 | US Mail (1st Class) |
| 29589 | CITICORP VENDOR FINANCE, INC , PO BOX 7247-0371, PHILADELPHIA, PA, 19170-0371 | US Mail (1st Class) |
| 29589 | MARTIN A MOONEY ESQ, (RE CITICORP VENDOR FINANCE), DEILY MOONEY & GLASTETTER LLP, 8 THURLOW TERR, ALBANY, NY, 12203 | US Mail (1st Class) |
| 29589 | MARTIN A MOONEY ESQ, (RE CITICORP VENDOR FINANCE, INC ), DEILY MOONEY & GLASTETTER LLP, 8 THURLOW TERR, ALBANY, NY, 12203 | US Mail (1st Class) |
| 29589 | MCCALL HANDLING CO, 8801 WISE AVE, BALTIMORE, MD, 21222 | US Mail (1st Class) |
| 29589 | MY DREAM WIRELESS, 484 LEVERINGTON AVE, PHILADELPHIA, PA, 19128 | US Mail (1st Class) |
| 29589 | ZERO COMPANY PERFORMANCE MARKETING, 620 CAMINO DE LOS MARES, #E459, SAN CLEMENTE, CA, 92673 | US Mail (1st Class) |
| 29589 | ZERO COMPANY PERFORMANCE MKTG , STEPHEN SAKACH, PRESIDENT   124 CALLE DEL SOL., CAPISTRANO BEACH, CA, 92624 | US Mail (1st Class) |

**Subtotal for this group: 9**