UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

STAR NUMBER, INC.

        Debtor(s).

Case No. 07-11670 KG

Chapter 13

Honorable Kevin Gross

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Amended Administrative Proof Of Claim Claim No. (NA), in the amount of $1,233.29 (one thousand two hundred thirty-three and 29 / 100 dollars), dated April 14, 2008, is hereby withdrawn.

                        MICHAEL A. COX
                        Attorney General

                        */s/ Deborah B Waldmeir* DBW
                        Deborah B Waldmeir (P60869)
                        Assistant Attorney General
                        Cadillac Place, Ste. 10-200
                        3030 W. Grand Blvd.
                        Detroit, MI  48202
                        Telephone:  (313) 456-0140

Dated: July 28, 2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

| | |
|---|---|
| In Re: | Case No. 07-11670 KG |
| STAR NUMBER, INC., | Chapter 13 |
| Debtor(s). | Honorable Kevin Gross |

## PROOF OF SERVICE

The undersigned certifies that on July 28, 2008, a copy of the Withdrawal of Amended Administrative Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Neil Glassman
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington DE  19801

/s/ Patricia A Game
Patricia A Game
Legal Secretary
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone: (313) 456-0140

Dated: July 28, 2008