# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN Liquidation, Inc., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 07-11666(KG)<br><br>(Jointly Administered)<br><br>Objection Deadline: August 13, 2008 at 4:00 p.m.<br>Hearing Date: August 20, 2008 at 2:00 p.m. |

## CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 8th day of August 2008, I electronically filed and served the **Response to Debtors' Objection (Non-substantive) to Claims Filed by the New York State Department of Taxation and Finance** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via first class mail to the following:

| | |
|---|---|
| **BAYARD, P.A.**<br>Neil B. Glassman, Esq.<br>Mary E. Augustine, Esq.<br>Daniel A. O'Brien, Esq.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801 | **DLA PIPER US, LLP**<br>Thomas R. Califano, Esq.<br>Christopher R. Thomson, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020 |

Executed on August 8, 2008

                                                               /s/ Norman P. Fivel
                                                                Norman P. Fivel