IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN Liquidation, Inc., et al., | Case No. 07-11666(KG) |
| Debtor. | |

## CERTIFICATION OF COUNSEL

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Eastern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.

Dated:  August 8, 2008

                                                                   /s/ Norman P. Fivel
                                                                   Norman P. Fivel
                                                                   Assistant Attorney General
                                                                   State of New York
                                                                   Office of the Attorney General
                                                                   The Capitol
                                                                   Albany, New York   12203
                                                                   Telephone (518) 474-6842
                                                                   Facsimile (518) 408-2057
                                                                   Norman.Fivel@oag.state.ny.us