IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 542, 578 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION PURSUANT TO SECTIONS 1125, 1126, AND 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 3017, 3018 AND 3020, AND LOCAL RULE 3017-1 FOR ORDER (A) APPROVING ADEQUACY OF DISCLOSURE STATEMENTS, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, (C) FIXING THE ADMINISTRATIVE EXPENSE BAR DATE, AND (D) FIXING DATE, TIME AND PLACE FOR <u>CONFIRMATION HEARING</u>**

I, Mary E. Augustine, Esquire, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On April 14, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 [Docket No. 504] (the "Plan") and the Disclosure Statement for the Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors Dated April 14, 2008 [Docket No. 505] (the "Disclosure Statement").

2. On May 19, 2008, the Debtors filed the Debtors' Motion Pursuant to Sections 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 for Order (A) Approving Adequacy of Disclosure

Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Docket No. 542] (the "Motion"). Attached to the Motion were the proposed form of order granting the Motion (the "Order") and the proposed solicitation materials, including notices, ballots and the condensed disclosure statement to be distributed to general unsecured creditors (collectively, the "Solicitation Materials").

3. On June 12, 2008, the Debtors filed the First Amended Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors [Docket No. 580] (the "First Amended Plan") and the First Amended Disclosure Statement for the Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors [Docket No. 581] (the "First Amended Disclosure Statement"). On June 11, 2008, the Debtors submitted, under Certification of Counsel [Docket No. 578], a form of order granting the Motion and revised solicitation materials.

4. A hearing on the adequacy of the proposed disclosure statement was held on June 13, 2008. No order was entered at that time. On July 15, 2008, a status conference was held, during which the Debtors and other parties in interest apprised the Court of the status of a consensual plan of liquidation and disclosure statement.

5. As a result of ongoing negotiations since the July 15, 2008 hearing, the parties have agreed to the final language of a consensual plan (the "Second Amended Plan") and disclosure statement (the "Second Amended Disclosure Statement"). The form of order granting the Motion (the "Revised Order") and the Solicitation Materials

{BAY:01103313v1}                                    2

have been further revised (the "Revised Solicitation Materials") to reflect changes made in the Second Amended Plan and Second Amended Disclosure Statement.

6. Attached hereto as Exhibit 1 is the Revised Order. Attached as Exhibit A to the Revised Order is the Second Amended Disclosure Statement and attached as Exhibits B-F to the Revised Order are the Revised Solicitation Materials. Attached as Exhibit A to the Second Amended Disclosure Statement is the Second Amended Plan.[1] In summary, clean versions of the Second Amended Disclosure Statement, Plan and the Revised Solicitation Procedures are attached to the Revised Order.

7. Attached hereto as Exhibit 2 is a blackline comparison of the Revised Order to the form of order granting the Motion most recently filed with the Court. Attached as Exhibit A to the blackline of the Revised Order is the blackline comparison of the Second Amended Disclosure Statement to the First Amended Disclosure Statement and attached as Exhibits B-F are the blackline comparisons of the Revised Solicitation Materials to the solicitation materials most recently filed with the Court. Attached as Exhibit A to the blackline of the Second Amended Disclosure Statement is the blackline comparison of the Second Amended Plan to the First Amended Plan. In summary, blackline versions of the Second Amended Disclosure Statement, Plan and the Revised Solicitation Materials are attached to the blackline of the Revised Order.

8. The Second Amended Plan, the Second Amended Disclosure Statement and the Revised Solicitation Materials have been circulated to the Office of the United States Trustee, the Official Committee of Unsecured Creditors, the Securities and

---

[1] Once the Revised Order is entered, the Debtors will file the Second Amended Disclosure Statement and the Second Amended Plan as separate docket entries in order to make the documents readily available.

{BAY:01103313v1}                                                3

Exchange Commission, the Michigan Department of Treasury, Adeptio,[2] Simplexity and Icon International, Inc. (collectively, the "Parties"), and the Parties do not object to the submission of the Revised Order for approval under Certification of Counsel.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: August 11, 2008
Wilmington, Delaware

**BAYARD, P.A.**

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020

*Counsel for the Debtors and Debtors in Possession*

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.