# EXHIBIT C

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al.                                                                                  Class 3 – Secured Lender Claims
<<ClaimNbr>>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### BALLOT FOR CLASS 3 SECURED LENDER CLAIMS

The above-captioned debtors and debtors in possession (the "Debtors")[1] and the Official Committee of Unsecured Creditors (the "Committee") appointed in these cases have filed the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. et al. Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (as may be further amended, the "Plan") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Plan is attached as Exhibit A to the Second Amended Disclosure Statement for the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. et al. Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (as may be further amended, the "Disclosure Statement"), which accompanies this ballot (the "Ballot").

The Plan can be confirmed by the Court and thereby made binding upon you if the holders of Claims who cast votes in favor of the Plan hold at least two-thirds in dollar amount and more than one-half in number of the Claims actually voting in each class of Claims, and if the Plan otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes voting not to accept the Plan, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. **If the Plan is confirmed by the Court, it will be binding upon you whether or not you vote.**

All capitalized terms used herein (unless otherwise defined) shall have the meaning set forth in the Plan.

---

**IMPORTANT**

**VOTING DEADLINE: 4:00 P.M., PREVAILING CENTRAL TIME, ON SEPTEMBER 16, 2008.**
You should review the Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in one of the secured classes under the Plan. If you hold Claims in more than one Class or against more than one of the Debtors you will receive a Ballot for each Class in which you are entitled to vote.
**BALLOTS WILL NOT BE ACCEPTED BY FACSIMILE OR OTHER ELECTRONIC TRANSMISSION. ONLY ORIGINAL BALLOTS WITH ORIGINAL SIGNATURES WILL BE COUNTED.**

---

**HOW TO VOTE**

1. **READ THE ENCLOSED INSTRUCTIONS CAREFULLY.**
2. **COMPLETE ITEMS 2 AND 3.**
3. **REVIEW ITEMS 3 AND 4.**
4. **REVIEW AND COMPLETE THE CERTIFICATIONS CONTAINED IN ITEM 5.**
5. **RETURN THE BALLOT TO THE VOTING AGENT IN THE ENCLOSED PRE-ADDRESSED ENVELOPE BY THE CLAIM VOTING DEADLINE.**

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01104050v1}                                                   1

<<BalletID>>  *<<BallotIDBarcode>>*

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*                                                              Class 3 – Secured Lender Claims
                                                                                                                                    <<ClaimNbr>>

Item 1.    **Amount of Claim.**  For purposes of voting to accept or reject the Plan, the undersigned holds a Secured Lender Claim against the Debtors in the amount of <<$VoteAmount>>.

Item 2.    **Vote.**  The undersigned votes (*check one box only – if you do not check a box, or you check more than one box, your vote will not be counted*):

❑    to **ACCEPT** the Plan                                    ❑    to **REJECT** the Plan

*<<ACCEPTBARCODE>>*                                            *<<REJECTBARCODE>>*

Item 3.    **Opt-Out Election.**  Check this box if you elect not to grant the release contained in Article XI.C.2 of the Plan.  Election to withhold consent is at your option.  If you submit your Ballot without this box checked, you will be deemed to consent to the releases contained in Article XI.C.2 of the Plan to the fullest extent permitted by applicable law.  The full text of the pertinent portions of the Plan is set forth at the end of this Ballot.

❑    The undersigned elects not grant the above-referenced release.

*<<RELEASEBARCODE>>*

Item 4.    The undersigned understands that if this Ballot (i) is validly executed and returned without indicating an acceptance of the Plan or rejection of the Plan, or (ii) is validly executed and returned indicating both an acceptance and a rejection with respect to the Plan, it will not be counted.

Item 5.    The undersigned understands that this Ballot shall not constitute or be deemed a Proof of Claim or equity interest or an assertion of a Claim or equity interest.

Item 6.    **Authorization.**  By returning this Ballot, the undersigned certifies that it (a) has full power and authority to vote to accept or reject the Plan and has received and reviewed a copy of the Disclosure Statement (including the appendices and exhibits thereto) and (b) understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement.

[NAME]
[REPRESENTING]                                        Print or Type Name
[CONTACT]
[ADDRESS1]                                            Signature
[ADDRESS2]
[ADDRESS3]                                            Title (If Corporation or Partnership)
[ADDRESS4]
[CITY][ ST][ ZIP]                                     Name of Institution
[COUNTRY]
                                                      Street Address

                                                      City, State, Zip Code

                                                      Telephone Number

                                                      Date Completed

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*                                                                 Class 3 – Secured Lender Claims
<<ClaimNbr>>

> YOUR VOTE MUST BE FORWARDED IN AMPLE TIME FOR YOUR VOTE TO BE RECEIVED BY THE VOTING AGENT, BMC GROUP, INC., BY 4:00 P.M., PREVAILING CENTRAL TIME, ON SEPTEMBER 16, 2008, AT THE FOLLOWING ADDRESS OR YOUR VOTE WILL NOT BE COUNTED:

*(By U.S. Regular Mail)*

SN LIQUIDATION, INC., *et al.* f/k/a INPHONIC, INC., *et al.*
c/o BMC GROUP, INC.
P.O. BOX 2005
CHANHASSEN, MN 55317-2005

*(By Messenger or Overnight Courier)*

SN LIQUIDATION, INC., *et al.* f/k/a INPHONIC, INC., *et al.*
c/o BMC GROUP, INC.
18750 LAKE DRIVE EAST
CHANHASSEN, MN  55317

> IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, BMC GROUP, INC., AT (888) 909-0100.

{BAY:01104050v1}                                               3

<<BallotID>>  *<<BallotIDBarcode>>*

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al.                                      Class 3 – Secured Lender Claims
                                                                                                             <<ClaimNbr>>

## INSTRUCTIONS FOR COMPLETING THE BALLOT

        To have your vote count, you must complete, sign and return this Ballot so that it is received by BMC Group, Inc. (the "Voting Agent"), on or before 4:00 p.m., prevailing Central Time, on September 16, 2008, unless extended in the sole discretion of the Debtors and the Committee (the "Claim Voting Deadline") or your Ballot will not be counted. **ANY BALLOT THAT IS VALIDLY EXECUTED BUT THAT DOES NOT INDICATE AN ACCEPTANCE OF THE PLAN OR REJECTION OF THE PLAN, OR INDICATES BOTH AN ACCEPTANCE OF THE PLAN OR REJECTION OF THE PLAN, SHALL NOT BE COUNTED.**

1.     Capitalized terms not defined in this Ballot shall have the meaning assigned to them in the Plan.

2.     To properly complete the Ballot, you must follow the procedures described below:

        a)     cast vote to accept the Plan or reject the Plan by checking the proper box in Item 2;

        b)     review Item 3 regarding the Opt-Out Election and complete, if applicable.

        c)     make sure that the information required by Item 6 has been inserted;

        d)     sign and date your Ballot;

        e)     if you believe that you have received the wrong Ballot, please contact the Voting Agent;

        f)     if you are completing this Ballot on behalf of another entity, please indicate your relationship with such entity and the capacity in which you are signing;

        g)     please use additional sheets of paper clearly marked to indicate the applicable item of the Ballot if additional space is required to respond to any item on the Ballot;

        h)     use the enclosed pre-addressed envelope to return the Ballot to the Voting Agent at the address indicated after Item 6 and be sure to attach the proper postage; and

        i)     if you cast more than one Ballot voting the same Claim prior to the Claim Voting Deadline, the latest Ballot received by the Voting Agent before the Voting Deadline will supersede all prior Ballots submitted on behalf of said Claim.

3.     It is important that you vote. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by Holders of at least two-thirds in amount and more than one half in number of Claims in each Class who vote on the Plan. The vote of the Claims actually voted in your Class will bind those who do not vote. As set forth in the Disclosure Statement, in the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

4.     This Ballot has been marked to reflect the Class in which you are eligible to vote. If you have Claims in more than one Class, you may receive more than one Ballot. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU SHOULD ASSUME THAT EACH BALLOT IS FOR A CLAIM IN A SEPARATE CLASS AND YOU SHOULD COMPLETE AND RETURN ALL BALLOTS RECEIVED.** If you have Claims in Classes other than those listed in this Ballot and you do not receive Ballots for all such Claims, contact the Voting Agent to obtain additional Ballots. If you have any questions about this Ballot, please contact the Voting Agent.

5.     This Ballot is for voting purposes only and does not constitute, and shall not be deemed, a proof of claim or an admission by the Debtors of the validity of a Claim. Should your Claim be estimated or otherwise allowed for voting purposes by order of the Court, your Claim shall be allowed for voting purposes only in the amount estimated or allowed by the Court, unless, prior to the Voting Deadline, the Court enters an order disallowing such Claim. By signing this Ballot you are making certain certifications. You have also acknowledged that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

6.      **YOUR SIGNATURE IS REQUIRED IN ORDER FOR YOUR VOTE TO BE COUNTED.** If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

7.      If a Ballot is validly executed and returned without indicating an acceptance or a rejection with respect to the Plan, or indicates both an acceptance and a rejection with respect to the Plan, it will not be counted.

**The attached Ballot should be returned by mail in the pre-addressed envelope provided herewith. Please mail your Ballot so that it will be received by the Voting Agent by the Claim Voting Deadline.**

**PLEASE MAIL YOUR BALLOT PROMPTLY!**

**YOUR BALLOT MUST BE RECEIVED BY THE CLAIM VOTING DEADLINE IN ORDER FOR IT TO COUNT.**

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC. AT (888) 909-0100.

**ARTICLES XI.C.2 AND XI.F. OF THE PLAN PROVIDES IN PERTINENT PART:**

### Third Party Releases

Subject to the occurrence of the Effective Date, any Holder of a Secured Lender Claim or a General Unsecured Claim and their respective agents, employees, representatives, financial advisors, attorneys, or affiliates, or any of their successors or assigns, by acceptance of the distributions to be received hereunder, will be presumed conclusively to have provided a full discharge and release to Adeptio and Simplexity, including their respective present members, officers, directors, employees, advisors, attorneys, and agents and their respective former members, officers, directors, employees, and agents if they are Transferred Employees, as that term is defined in the Asset Purchase Agreement (and their Affiliates to the extent set forth below), from any and all Claims, Causes of Action and any other debts, obligations, rights, suits, damages, actions, remedies, and liabilities whatsoever, whether known or unknown, foreseen or unforeseen, existing as of the Effective Date or thereafter arising, in law, at equity, whether for tort, contract, violations of federal or state securities laws, or otherwise, based in whole or in part upon any act or omission, transaction, or other occurrence or circumstances existing or taking place prior to or on the Effective Date arising from or related in any way whatsoever to the Debtors and these Chapter 11 Cases, including, but not limited to, those in any way related to formulating, negotiating, preparing, disseminating, implementing, administering, confirming, or consummating the Sale, this Plan, the Disclosure Statement, the Litigation Trust Agreement, or any other contract, instrument, release, or other agreement or document created or entered into in connection with these Chapter 11 Cases or the Plan, or any other post-petition act taken or omitted to be taken in connection with or in contemplation of the liquidation of the Debtors, except for their gross negligence, willful misconduct or bad faith; provided, however, that the foregoing releases shall not apply to any Holder of a Secured Lender Claim or a General Unsecured Claim if such holder "opts out" of such releases by a timely written election set forth on such Holder's ballot…

### Exculpation and Limitation of Liability

…Affiliates (as defined in the Asset Purchase Agreement) of Simplexity and Adeptio shall be exculpated and their liability shall be limited to the extent provided in and only to the extent provided in, the Asset Purchase Agreement and Term Sheet.

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*   Class 3 – Secured Lender Claims
                                                                                                                                     <<ClaimNbr>>

{BAY:01104050v1}

[MAILLABELNBR]  *<<MAILLABELBARCODE>>*

[NAME]
[REPRESENTING]
[CONTACT]
[ADDRESS1]
[ADDRESS2]
[ADDRESS3]
[ADDRESS4]
[CITY] [ST] [ZIP]
[COUNTRY]

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*           Class 4 - General Unsecured Claims
        <<ClaimNbr>>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### BALLOT FOR CLASS 4 GENERAL UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (the "Debtors")[1] and the Official Committee of Unsecured Creditors (the "Committee") appointed in these cases have filed the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (the "Plan") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Second Amended Disclosure Statement and Summary of Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (the "Class 4 Disclosure Statement"), accompanies this ballot (the "Ballot"). Copies of the Plan and the Disclosure Statement sent to other classes are available online at (www.bmcgroup.com/inphonic) and (www.deb.uscourts.gov) or by written request to SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc. *et al.*, c/o BMC Group, Inc., P.O. Box 978, El Segundo, CA 90245-0978.

The Plan can be confirmed by the Court and thereby made binding upon you if the holders of Claims who cast votes in favor of the Plan hold at least two-thirds in dollar amount and more than one-half in number of the Claims actually voting in each class of Claims, and if the Plan otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes voting not to accept the Plan, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. **If the Plan is confirmed by the Court, it will be binding upon you whether or not you vote.**

All capitalized terms used herein (unless otherwise defined) shall have the meaning set forth in the Plan

---

**IMPORTANT**

**VOTING DEADLINE: 4:00 P.M., PREVAILING CENTRAL TIME, ON SEPTEMBER 16, 2008.**
You should review the Class 4 Disclosure Statement before you vote. Copies of the Plan and Disclosure Statement sent to other classes are available online at (www.bmcgroup.com/inphonic) and at (www.deb.uscourts.gov) or by written request to SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*, c/o BMC Group, Inc., P.O. Box 978, El Segundo, CA 90245-0978. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in one of the unsecured classes under the Plan. If you hold Claims in more than one Class or against more than one of the Debtors you will receive a Ballot for each Class in which you are entitled to vote.
**BALLOTS WILL NOT BE ACCEPTED BY FACSIMILE OR OTHER ELECTRONIC TRANSMISSION. ONLY ORIGINAL BALLOTS WITH ORIGINAL SIGNATURES WILL BE COUNTED.**

---

**HOW TO VOTE**

1. **READ THE ENCLOSED INSTRUCTIONS CAREFULLY.**
2. **COMPLETE ITEMS 2 AND 3.**
3. **COMPLETE ITEM 3 AND 4.**
4. **REVIEW AND COMPLETE THE CERTIFICATIONS CONTAINED IN ITEM 5.**
5. **RETURN THE BALLOT TO THE VOTING AGENT IN THE ENCLOSED PRE-ADDRESSED ENVELOPE BY THE CLAIM VOTING DEADLINE**

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01104051v1}          <<BallotID>>  *<<BallotIDBarcode>>*

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al.　　　　　　　　　　　　　　　　　Class 4 - General Unsecured Claims
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　<<ClaimNbr>>

Item 1.　　**Amount of Claim.**  For purposes of voting to accept or reject the Plan, the undersigned holds a General Unsecured Claim against the Debtors in the amount of <<$VoteAmount>>.

Item 2.　　**Vote.**  The undersigned votes (*check one box only – if you do not check a box, or you check more than one box, your vote will not be counted*):

　　　　　　❑　　to **ACCEPT** the Plan　　　　　　❑　　to **REJECT** the Plan

　　　　　　*<<ACCEPTBARCODE>>*　　　　　　　　　　　*<<REJECTBARCODE>>*

Item 3.　　**Opt-Out Election.**  Check this box if you elect not to grant the release contained in Article XI.C.2 of the Plan. Election to withhold consent is at your option.  If you submit your Ballot without this box checked, you will be deemed to consent to the releases Article XI.C.2 of the Plan to the fullest extent permitted by applicable law. The full text of the pertinent portions of the Plan is set forth at the end of this Ballot.

　　　　　　❑　　The undersigned elects not grant the above-referenced release.

　　　　　　*<<RELEASEBARCODE>>*

Item 4.　　The undersigned understands that if this Ballot (i) is validly executed and returned without indicating an acceptance of the Plan or rejection of the Plan, or (ii) is validly executed and returned indicating both an acceptance and a rejection with respect to the Plan, it will not be counted.

Item 5.　　The undersigned understands that this Ballot shall not constitute or be deemed a Proof of Claim or equity interest or an assertion of a Claim or equity interest.

Item 6.　　**Authorization.**  By returning this Ballot, the undersigned certifies that it (a) has full power and authority to vote to accept or reject the Plan and has received and reviewed a copy of the Class 4 Disclosure Statement and (b) understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Class 4 Disclosure Statement.

[NAME]
[REPRESENTING]
[CONTACT]
[ADDRESS1]
[ADDRESS2]
[ADDRESS3]
[ADDRESS4]
[CITY][ ST][ ZIP]
[COUNTRY]

Print or Type Name
_____

Signature
_____

Title (If Corporation or Partnership)
_____

Name of Institution
_____

Street Address
_____

City, State, Zip Code
_____

Telephone Number
_____

Date Completed
_____

{BAY:01104051v1}　　　　　　　　　　　　　　　　2

<<BallotID>>  *<<BallotIDBarcode>>*

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*                                    Class 4 - General Unsecured Claims
<<ClaimNbr>>

> YOUR VOTE MUST BE FORWARDED IN AMPLE TIME FOR YOUR VOTE TO BE RECEIVED BY THE VOTING AGENT, BMC GROUP, INC., BY 4:00 P.M., PREVAILING CENTRAL TIME, ON SEPTEMBER 16, 2008, AT THE FOLLOWING ADDRESS OR YOUR VOTE WILL NOT BE COUNTED:

*(By U.S. Regular Mail)*

SN LIQUIDATION, INC., *et al.* f/k/a INPHONIC, INC., *et al.*
c/o BMC GROUP, INC.
P.O. BOX 2005
CHANHASSEN, MN 55317-2005

*(By Messenger or Overnight Courier)*

SN LIQUIDATION, INC., *et al.* f/k/a INPHONIC, INC., *et al.*
c/o BMC GROUP, INC.
18750 LAKE DRIVE EAST
CHANHASSEN, MN  55317

> IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, BMC GROUP, INC., AT (888) 909-0100.

{BAY:01104051v1}                                            3

<<BallotID>>  *<<BallotIDB{BAY:01055801v2}arcode>>*

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*    Class 4 - General Unsecured Claims
<<ClaimNbr>>

## INSTRUCTIONS FOR COMPLETING THE BALLOT

To have your vote count, you must complete, sign and return this Ballot so that it is received by BMC Group, Inc. (the "Voting Agent"), on or before 4:00 p.m., prevailing Central Time, on September 16, 2008, unless extended in the sole discretion of the Debtors and the Committee (the "Claim Voting Deadline") or your Ballot will not be counted. ANY BALLOT THAT IS VALIDLY EXECUTED BUT THAT DOES NOT INDICATE AN ACCEPTANCE OF THE PLAN OR REJECTION OF THE PLAN, OR INDICATES BOTH AN ACCEPTANCE OF THE PLAN OR REJECTION OF THE PLAN, SHALL NOT BE COUNTED.

1. Capitalized terms not defined in this Ballot shall have the meaning assigned to them in the Plan.

2. To properly complete the Ballot, you must follow the procedures described below:

    a) cast vote to accept the Plan or reject the Plan by checking the proper box in Item 2;

    b) review Item 3 regarding the Opt-Out Election and complete, if applicable;

    c) make sure that the information required by Item 6 has been inserted;

    d) sign and date your Ballot;

    e) if you believe that you have received the wrong Ballot, please contact the Voting Agent;

    f) if you are completing this Ballot on behalf of another entity, please indicate your relationship with such entity and the capacity in which you are signing;

    g) please use additional sheets of paper clearly marked to indicate the applicable item of the Ballot if additional space is required to respond to any item on the Ballot;

    h) use the enclosed pre-addressed envelope to return the Ballot to the Voting Agent at the address indicated after Item 6 and be sure to attach the proper postage; and

    i) if you cast more than one Ballot voting the same Claim prior to the Claim Voting Deadline, the latest Ballot received by the Voting Agent before the Voting Deadline will supersede all prior Ballots submitted on behalf of said Claim.

3. It is important that you vote. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by Holders of at least two-thirds in amount and more than one half in number of Claims in each Class who vote on the Plan. The vote of the Claims actually voted in your Class will bind those who do not vote. As set forth in the Disclosure Statement, in the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that it provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

4. This Ballot has been marked to reflect the Class in which you are eligible to vote. If you have Claims in more than one Class, you may receive more than one Ballot. IF YOU RECEIVE MORE THAN ONE BALLOT, YOU SHOULD ASSUME THAT EACH BALLOT IS FOR A CLAIM IN A SEPARATE CLASS AND YOU SHOULD COMPLETE AND RETURN ALL BALLOTS RECEIVED. If you have Claims in Classes other than those listed in this Ballot and you do not receive Ballots for all such Claims, contact the Voting Agent to obtain additional Ballots. If you have any questions about this Ballot, please contact the Voting Agent.

5. This Ballot is for voting purposes only and does not constitute, and shall not be deemed, a proof of claim or an admission by the Debtors of the validity of a Claim. Should your Claim be estimated or otherwise allowed for voting purposes by order of the Court, your Claim shall be allowed for voting purposes only in the amount estimated or allowed by the Court, unless, prior to the Voting Deadline, the Court enters an order disallowing such Claim. By signing this Ballot you are making certain certifications. You have also acknowledged that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

{BAY:01104051v1}    <<BallotID>> *<<BallotIDBarcode>>*

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*  Class 4 - General Unsecured Claims
<<ClaimNbr>>

6. **YOUR SIGNATURE IS REQUIRED IN ORDER FOR YOUR VOTE TO BE COUNTED.** If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

7. If a Ballot is validly executed and returned without indicating an acceptance or a rejection with respect to the Plan, or indicates both an acceptance and a rejection with respect to the Plan, it will not be counted.

**The attached Ballot should be returned by mail in the pre-addressed envelope provided herewith. Please mail your Ballot so that it will be received by the Voting Agent by the Claim Voting Deadline.**

**PLEASE MAIL YOUR BALLOT PROMPTLY!**

**YOUR BALLOT MUST BE RECEIVED BY THE CLAIM VOTING DEADLINE IN ORDER FOR IT TO COUNT.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC. AT (888) 909-0100.**

**ARTICLE XI.C.2 AND XI.F. OF THE PLAN PROVIDES IN PERTINENT PART:**

**Third Party Releases**

Subject to the occurrence of the Effective Date, any Holder of a Secured Lender Claim or a General Unsecured Claim and their respective agents, employees, representatives, financial advisors, attorneys, or affiliates, or any of their successors or assigns, by acceptance of the distributions to be received hereunder, will be presumed conclusively to have provided a full discharge and release to Adeptio and Simplexity, including their respective present members, officers, directors, employees, advisors, attorneys, and agents and their respective former members, officers, directors, employees, and agents if they are Transferred Employees, as that term is defined in the Asset Purchase Agreement (and their Affiliates to the extent set forth in section F below), from any and all Claims, Causes of Action and any other debts, obligations, rights, suits, damages, actions, remedies, and liabilities whatsoever, whether known or unknown, foreseen or unforeseen, existing as of the Effective Date or thereafter arising, in law, at equity, whether for tort, contract, violations of federal or state securities laws, or otherwise, based in whole or in part upon any act or omission, transaction, or other occurrence or circumstances existing or taking place prior to or on the Effective Date arising from or related in any way whatsoever to the Debtors and these Chapter 11 Cases, including, but not limited to, those in any way related to formulating, negotiating, preparing, disseminating, implementing, administering, confirming, or consummating the Sale, this Plan, the Disclosure Statement, the Litigation Trust Agreement, or any other contract, instrument, release, or other agreement or document created or entered into in connection with these Chapter 11 Cases or the Plan, or any other post-petition act taken or omitted to be taken in connection with or in contemplation of the liquidation of the Debtors, except for their gross negligence, willful misconduct or bad faith; provided, however, that the foregoing releases shall not apply to any Holder of a Secured Lender Claim or a General Unsecured Claim if such holder "opts out" of such releases by a timely written election set forth on such Holder's ballot...

**Exculpation and Limitation of Liability**

...Affiliates (as defined in the Asset Purchase Agreement) of Simplexity and Adeptio shall be exculpated and their liability shall be limited to the extent provided in and only to the extent provided in, the Asset Purchase Agreement and Term Sheet.

{BAY:01104051v1}  <<BallotID>>  *<<BallotIDBarcode>>*

SN Liquidation, Inc., *et al.* f/k/a InPhonic, Inc., *et al.*                                    Class 4 - General Unsecured Claims
<<ClaimNbr>>

[MAILLABELNBR] *<<MAILLABELBARCODE>>*

[NAME]
[REPRESENTING]
[CONTACT]
[ADDRESS1]
[ADDRESS2]
[ADDRESS3]
[ADDRESS4]
[CITY] [ST] [ZIP]
[COUNTRY]

{BAY:01104051v1}                                   2

<<BallotID>>  *<<BallotIDBarcode>>*