## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 12th day of August, 2008, I caused a copy of the **Seventh Monthly Fee Statement of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from May 1, 2008 Through May 31, 2008** to be served upon the Notice Parties listed on the attached service list *via* first class mail.

_____
Mary E. Augustine (No. 4477)

{BAY:01110939v1}

Jeremy R. Johnson, Esquire
Thomas Califano, Esquire
Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York  NY  10020-1104

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh  PA  15219

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington  DE  19801

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia  PA  19103-7301

Anup Sathy, Esquire
David A. Agay, Esquire
John A. Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago  IL  60601

Kenneth D. Schwarz, Esquire
InPhonic, Inc.
1010 Wisconsin Avenue
Suite 600
Washington  DC  20007

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington  DE  19801

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington  DE  19801