IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 630

I, Mary E. Augustine, Esquire, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On January 30, 2008, the Court entered the Order Approving (a) the Assumption and Assignment of Additional Designated Contracts; and (b) Procedures for Future Assumption and Assignment of Certain Held Contracts (the "Procedures Order").

2. On July 17, 2008, pursuant to the procedures established in the Procedures Order, the Debtors filed and served the Notice (Seventh) the Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Docket No. 630] (the "Notice").

3. The Notice attached a seventh proposed assumption order (the "Proposed Assumption Order") that sought the assumption and assignment of the following contracts: (i) a master services agreement with BlackMosh Inc. to manage VMC servers (the "BlackMosh Agreement"), (ii) a CPA agreement with RadioShack (the "RadioShack Agreement") and (iii) a CPA agreement with SC Kiosks, Inc. (the "SC Agreement").

4. Pursuant to the Procedures Order, the Notice required that an objection to

the Proposed Assumption Order be filed within ten business days of a party's receipt of the Notice (the "Objection Deadline"), unless the party previously filed a cure objection in these cases with respect to the contract or lease sought to be assumed and assigned (a "Prior Cure Objection").

5. No parties filed a Prior Cure Objection or an objection to the Proposed Assumption Order. However, RadioShack, the Debtors and Adeptio Funding LLC are discussing the terms of the proposed assumption of the RadioShack Agreement. Therefore, the Debtors seek to have the Proposed Assumption Order approved to the extent that it assumes and assigns only the BlackMosh Agreement and the SC Agreement. Attached hereto as Exhibit A is a revised order that seeks only the assumption and assignment of the BlackMosh Agreement and the SC Agreement, and not the RadioShack Agreement.

WHEREFORE, the Debtors respectfully request that this Court enter the Order at its earliest convenience.

Dated: August 13, 2008
Wilmington, Delaware

BAYARD, P.A.

/s/ Neil B. Glassman

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

*Counsel for Debtors and
Debtors in Possession*