# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD JULY 1, 2008 TO JULY 30, 2008

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period July 1, 2008 to July 30, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: August 13, 2008
Wilmington, Delaware

BAYARD, P.A.

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

{BAY:01114931v1}

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors

| 8/8/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 8:00 PM | Client T&E by Employee | | Page    1 |

## Selection Criteria

| Slip.Date | 7/1/2008 - 7/31/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 38689                     TIME<br>7/1/2008<br>WIP<br>General paperwork of case - call w/DR and<br>Bayard re NY tax claims, recap notices and send<br>to Meg Augustine per request | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 240.00 |
| 38783                     TIME<br>7/2/2008<br>WIP<br>General paperwork of case - complete corrected<br>1096 for CS II, mail to Joe Pardo for signature,<br>emails w/DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |
| 38913                     TIME<br>7/3/2008<br>WIP<br>General paperwork of case - review class action<br>suit received, email same to Bayard | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 39090                     TIME<br>7/7/2008<br>WIP<br>General paperwork of case - review month end<br>billing, email re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 39173                     TIME<br>7/8/2008<br>WIP<br>General paperwork of case - June MOR and 2nd<br>quarter trustee reporting, email same to M<br>Augustine | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 320.00 |
| 39174                     TIME<br>7/8/2008<br>WIP<br>General paperwork of case - call w/DR and M<br>Augustine re IRS claim, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 39322                     TIME<br>7/10/2008<br>WIP | Engelhardt, D<br>Case Admin<br>InPHonics | 0.60<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |

| 8/8/2008 | | Clear Thinking Group, LLC | | | |
| 8:00 PM | | Client T&E by Employee | | | Page  2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| General paperwork of case - review Ohio tax revenue info, discuss w/DR | GA | 0.00 | | |
| 39598        TIME<br>7/15/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - email w/DR re ADP and Michigan | Engelhardt, D<br>Correspondance<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 39771        TIME<br>7/17/2008<br>WIP<br>General paperwork of case - review Ohio and NY objections | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |
| 39872        TIME<br>7/18/2008<br>WIP<br>General paperwork of case - reveiw objection motions | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 40046        TIME<br>7/23/2008<br>WIP<br>General paperwork of case - respond to customer re retabe inquiry | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 40127        TIME<br>7/24/2008<br>WIP<br>General paperwork of case - follow up email w/customer re rebate | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 40397        TIME<br>7/29/2008<br>WIP<br>General paperwork of case -review mail fro Virginia - annual reporting, email to DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| Total: Denise Engelhardt | Billable<br>Unbillable<br>Total | 6.60<br>0.00<br>6.60 | | 1320.00<br>0.00<br>1320.00 |
| 38714        TIME<br>7/1/2008<br>WIP<br>General paperwork of case - various communications/analayses re: tax claims; call with counsel re same; followup. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |

| 8/8/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 8:00 PM | Client T&E by Employee | | Page    3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 38919            TIME<br>7/3/2008<br>WIP<br>General paperwork of case - calls with Simplexity, counsel re: OH claims. Various communications re: open issues, mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |
| 39249            TIME<br>7/7/2008<br>WIP<br>General paperwork of case - various communications/analyses re: OH/NY tax claims; misc communications, mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 39203            TIME<br>7/8/2008<br>WIP<br>review/approve invoices | Robotti, D<br>Billing<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 39215            TIME<br>7/8/2008<br>WIP<br>General paperwork of case - various communications re: objections, claims, misc inquiries | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 39353            TIME<br>7/9/2008<br>WIP<br>General paperwork of case - various communications re: tax claims, pending matters, misc mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 39281            TIME<br>7/10/2008<br>WIP<br>General paperwork of case - various communications/analyses re: tax claims | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |
| 39810            TIME<br>7/17/2008<br>WIP<br>General paperwork of case - various review/analyses of draft documents | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 39832            TIME<br>7/18/2008<br>WIP<br>General paperwork of case - various communications/review re: objections, creditor inquiry, general mail issues. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |

| 8/8/2008 | Clear Thinking Group, LLC | | | |
| 8:00 PM | Client T&E by Employee | | | Page    4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 39955                    TIME<br>7/21/2008<br>WIP<br>General paperwork of case - various communications/review re: objections, misc mail. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 40070                    TIME<br>7/22/2008<br>WIP<br>General paperwork of case -various communications/analyses re: MI administrative claim | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 40375                    TIME<br>7/29/2008<br>WIP<br>General paperwork of case - various communications/analyses re: mail, claims; execute documents. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| Total: Dorene Robotti | Billable<br>Unbillable<br>Total | 10.90<br>0.00<br>10.90 | | 4360.00<br>0.00<br>4360.00 |
| 39220                    TIME<br>7/9/2008<br>WIP<br>General paperwork of case - sending monthly invoices via email & coping invoices for our files. | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |
| Total: Maria Malda | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 15.00<br>0.00<br>15.00 |
| Total: Time | Billable<br>Unbillable<br>Total | 17.70<br>0.00<br>17.70 | | 5695.00<br>0.00<br>5695.00 |
| Slip Type: Expense | | | | |
| 38918                    EXP<br>7/3/2008<br>WIP<br>Postage - for week ending 7/5/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 1.94 | 1.94 |

| 8/8/2008 | Clear Thinking Group, LLC | | | |
| 8:00 PM | Client T&E by Employee | | | Page 5 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Total: Denise Engelhardt | | | | |
| | Billable | 0.00 | | 1.94 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 1.94 |
| Total: Expense | | | | |
| | Billable | 0.00 | | 1.94 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 1.94 |
| Grand Total | | | | |
| | Billable | 17.70 | | 5696.94 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 17.70 | | 5696.94 |