## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 13th day of August, 2008, I caused a copy of the **Notice of the Clear Thinking Group, LLC Monthly Compensation and Expense Report for Filing Period July 1, 2008 to July 31, 2008** to be served upon the parties listed below *via* U.S. First Class Mail.

Richard Shepacarter, Esquire
*Office of the United States Trustee*
844 N. King Street
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Gaston P. Loomis, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

Robert P. Simons, Esquire
*Reed Smith LLP*
435 Sixth Avenue
Pittsburgh, PA 15219

Claudia Z. Springer, Esquire
*Reed Smith LLP*
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Mary E. Augustine (No. 4477)