IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: September 9, 2008 at 4:00 p.m.** |
| | **Hearing Date: September 16, 2008 at 2:00 p.m.** |

### NOTICE OF DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

* **Your Substantive Rights May be Affected by this Objection.** *

TO: Office of The United States Trustee, all parties listed on Exhibit A attached to the Objection (defined below) and all parties requesting service pursuant to Bankruptcy Rule 2002.

SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") have filed the Fourth Omnibus Objection (Non-Substantive) to Certain Claims (the "Objection").

**YOUR SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THIS OBJECTION** and by any further objection that may be filed. **YOU SHOULD THEREFORE TAKE NOTICE** that any response to the attached Objection must be filed on or before **September 9, 2008 at 4:00 p.m. (Eastern Time)**.

At the same time, you must also serve a copy of the response upon the Debtors' attorneys at the address below:

> **BAYARD, P.A.**
> Neil B. Glassman, Esquire
> Mary E. Augustine, Esquire
> Daniel A. O'Brien, Esquire
> 222 Delaware Avenue, Suite 900
> Wilmington, Delaware 19801

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01091889v2}

and

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020

HEARING ON THE OBJECTION WILL BE HELD ON:  **September 16, 2008 at 2:00 p.m. (Eastern Time).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  August 14, 2008            **BAYARD, P.A.**

By: _/s/_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien  (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:    (302) 655-5000

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

*Counsel for Debtors and Debtors in Possession*