# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF BRAD DANIEL IN SUPPORT OF DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

Brad Daniel, makes this Declaration under 28 U.S.C. § 1746, and states:

1. I am a Senior Manager at BMC Group, Inc. ("BMC"). BMC was appointed by Order of this Court as notice and claims agent to the Debtors. Among our duties as notice and claims agent, BMC assists with the review of the official claims register of proofs of claim filed against the Debtors' estates in these cases.

2. I make this Declaration in connection with the Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims (the "Objection").

3. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

4. I am familiar with the claims identified in the Objection and the relief requested therein.

5. I, or other employees of BMC, have review each of the claims listed on Exhibit A to the Objection and the claims register maintained in these cases. To the best

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

of my knowledge and belief, the claims listed on Exhibit A (the "Improperly Classified Claims") are improperly classified on the claims register. For each of the Improperly Classified Claims, the appropriate modified classification appears on Exhibit A to the Objection under the column hearing "Modified Classification Status."

6. I have reviewed Local Rule 3007-1, and, to the best of my knowledge and belief, the Objection is in compliance therewith.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 14, 2008

_____
Brad Daniel, Senior Manager
BMC Group, Inc.

{BAY:01091889v2}