# EXHIBIT C

# PROOF OF CLAIM

| In re | Case Number |
|---|---|
| SN Liquidation, Inc., et al f/k/a InPhonic, Inc., et al | 07-11666-KG |

NOTE: See Reverse for List of Debtors/Case Numbers/Important details. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address**
Lois N Kratzner
307 N Elm
Lincoln, IL 62656

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**FILED**
**JUL 22 2008**
**BMC GROUP**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( )

Name and address where payment should be sent (if different from above)

☐ Check this box if you are the debtor or trustee in this case

Check here ☐ replaces a previously filed claim dated _____
if this claim or
☐ amends claim number (see reverse) _____

Payment Telephone Number ( )

**1. AMOUNT OF CLAIM AS OF DATE CASE FILED** $ 40.00

If all or part of your claim is secured, complete item 4c below, however if all of your claim is unsecured, do not complete item 4
If all or part of your claim is entitled to priority, complete item 4b

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. BASIS FOR CLAIM** Cell Phone Rebate
(See instruction #2 on reverse side)

**3.** Last four digits of any number by which creditor identifies debtor 3918
3a. Debtor may have scheduled account as _____
(See instruction #3 on reverse side)

**4. CLASSIFICATION OF CLAIM**

**4a. UNSECURED NONPRIORITY CLAIM**
Total unsecured nonpriority claim $ _____
DO NOT include the priority portion of your unsecured claim here

**4b. UNSECURED PRIORITY CLAIM**
☐ Check this box ONLY if you have an unsecured claim, all or part of which is entitled to priority
Total unsecured priority claim $ ~~40.00~~
Include ONLY the priority portion of your unsecured claim here

You MUST specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ )

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**4c. SECURED CLAIM** (See instruction #4c on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Total secured claim $ 40.00
Value of Property $ _____

**Nature of property or right of setoff**
☐ Real Estate ☐ Motor Vehicle
☒ Other Cell Phone Rebate

Amount of arrearage and other charges at time case filed included in secured claim, if any
$ 40.00

DO NOT include the priority or unsecured portion of your claim here

**5. CREDITS** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**6. SUPPORTING DOCUMENTS** Attach redacted copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and redacted copies of evidence of perfection of lien. If the documents are not available, explain. If the documents are voluminous, attach a summary (See definition of "redacted" on reverse side)

**7. DATE-STAMPED COPY**  DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received no later than 4:00 pm, PREVAILING EASTERN TIME, on the following dates: a) March 21, 2008 for Non-Governmental Claimants, OR b) May 6, 2008 for Governmental Units

BY MAIL TO:
SN Liquidation Inc et al f/k/a InPhonic Inc et al
c/o BMC Group
PO Box 978
El Segundo CA 90245-0978

BY HAND OR OVERNIGHT DELIVERY TO:
SN Liquidation Inc et al f/k/a InPhonic Inc et al
c/o BMC Group
444 N Nash Street
El Segundo CA 90245-2822

THIS SPACE FOR COURT USE ONLY

InPhonic Inc
01544

| DATE | SIGNATURE The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any |
|---|---|
| 7/17/08 | Lois N Kratzner |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# $40 Customer Loyalty Mail-in Rebate

| First Name | Lois N | Last Name | Kratzner |
|---|---|---|---|

Address: 307 N Elm

| City | Lincoln | State | IL | Zip | 62656 |
|---|---|---|---|---|---|

E-mail Address: lois1943@comcast.net

Daytime Phone Number: 217-671-5701

Activation Date (mm/dd/yyyy): 10-13-2007

Order Number (found at top of sales receipt): 428375816

Your Wireless Service Provider: At&t

Mobile Number: 217-671-5701

Wireless Service Account # 294091931

## How to Submit Your Rebate Claim

1. Fill out all information above. All fields are required. Please print clearly. Incomplete or illegible entries will not be processed.
2. Include the following documentation with your rebate submission:
   - Copy of the dated sales receipt included with your shipment or available on www.whereismyorder.com
   - Copy of the 12-digit UPC bar code from the wireless phone box (the shipping bar code from the delivery package will not be accepted)
   - Copy of your wireless bill dated 150 days or more after the Activation (or Process) Date on your sales receipt which includes the following information
     - date of wireless bill
     - your full name (must match the name on the sales receipt and this rebate form)
     - mobile phone number at the date of activation
     - wireless service account number
     - the payment section showing any previous balance amounts paid in full
3. Sign and date this rebate form.
4. Submit this completed rebate form and all documents listed above to the address below. Rebate submissions must be postmarked NO LATER THAN 210 DAYS AFTER THE ACTIVATION (OR PROCESS) DATE SHOWN ON YOUR SALES RECEIPT. Submissions not correctly postmarked will not qualify and will be null and void.

   Customer Loyalty Mail-in Rebate
   Dept # H37946
   P O Box 100542
   White Bear Lake  MN 55110-0542

5. Limit one rebate form per envelope. If you submit multiple rebate requests, all required documentation must accompany each submitted claim.

## Additional Important Terms

Your account must be active and in good standing with the wireless carrier you originally signed up with to qualify for this rebate offer. Your rebate request will not be honored if

- you are using a SIM card other than the one included in your new phone without our written permission
- you called your wireless carrier to activate your new phone
- you changed your mobile phone number
- you downgraded your wireless service plan
- you deactivated your account or your account was suspended by your wireless carrier
- your equipment purchase was not paid-in-full within 30 days of order completion

We are not responsible for late, lost, damaged, misdirected or postage-due requests. Offer valid in the US only.

If you fail to comply in all respects with the requirements listed above, your rebate claim will be denied. Once your rebate claim is approved, we will mail you a check within 60 days of receiving your rebate submission. All rebates will be paid in US currency. Failure to cash a rebate check within 90 days of issuance shall void the rebate check and we shall have no obligation to the rebate.

To check the status of your rebate, visit www.cellphonerebates.com or call us at 866-607-9877. Please allow 30 days after mailing your rebate form for your claim to register on this site.

Signature: Lois N. Kratzner

Date: March 11, 2008

| Rebate Details | Motorola RAZR V3 Pink (Camera Phone) | | $40 00 - Customer Loyalty Mail-in Rebate | |
|---|---|---|---|---|
| 1075176712 | 61536505 | H37946-A | 10/10/07 | 428375816 |



| | |
|---|---|
| **BILLING ADDRESS**<br>LOIS KRATZNER<br>307 N ELM ST<br>LINCOLN IL 62656 | **SHIPPING ADDRESS**　　　Ver 012006INPC<br>LOIS KRATZNER<br>307 N ELM ST<br>LINCOLN IL 62656 |

## Sales Receipt

Please keep this document as your proof of purchase for warranty or service

**Order Number: 428375816**
Order Date 10/10/07

### Equipment and Payment Details

**Motorola RAZR V3 Pink**　　　$39 99
ESN 358321010486445
SIM 89014104211635111035

Thank you for shopping with Wirefly.com!

**Rebates & Promotions**
- $40 00 Customer Loyalty Mail-in Rebate
- BONUS! Jabra Bluetooth Headset ($70 Value!)

Mail-in rebate claim forms and instructions are available online at www.whereismyorder.com

| | |
|---|---|
| Subtotal | $39 99 |
| Tax | $0 00 |
| Shipping | $9 99 |
| Payment Type | MasterCard |
| **Total*** | **$49 98** |

*This amount will appear on your credit card statement as CELL PHONE PURCHASE

### Service and Plan Information

| | |
|---|---|
| Service Provider | AT&T |
| Service Plan | AT&T Nation FamilyTalk 1400 w/ Rollover (Includes 2 Lines) - 2YR Contract Extension |
| Monthly Service Rate | $89 99 |
| Activation Fee | $36 00 |
| Plan Minutes | 1400 |
| Night and Weekend Minutes | Unlimited Night & Weekend Minutes |
| Long Distance Rate | $0 |
| Roaming Rate | $0 00/min |
| Contract Extension Date | 10/10/2007 |
| Contract Duration | 24 Months |

**Mobile Number: (217) 671-5701**

Note Your service plan contract has been extended until 10/10/2009

---

Remember to <u>charge your battery</u> for 24 hours before using your phone!

Get fast answers to your questions! Visit us online at <u>www.whereismyorder.com</u> today

**Equipment Return & Exchanges**
Follow ALL of these steps to receive proper credit and avoid unnecessary fees

- Call us at 1-888-843-2485 to request an RA (Return Authorization) number within 15 days from your contract extension date
- Send everything you received in the shipment (wireless device, manual, charger, battery, etc., in the original box) back to us by 11/09/07 to avoid any restocking fees All items must be in new condition


**at&t**

| | |
|---|---|
| Page | 1 of 7 |
| Billing Cycle Date | 05/06/08 - 06/05/08 |
| Account Number | 294091931 |

**How To Contact Us**
- 1 800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1 866 241-6567

**Wireless Numbers with Rollover**
217-314-9260
217-671-5701

| | |
|---|---|
| Previous Balance | 89 53 |
| Payment Posted | -89 53 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 89 99 |
| Usage Charges | 0 00 |
| Credits/Adjustments/Other Charges | -12 24 |
| Government Fees & Taxes | 11 58 |
| **TOTAL CURRENT CHARGES** | **89.33** |
| Due Jul 01 2008 | |
| Late fees assessed after Jul 05 | |

## Career Opportunities with AT&T

Ready for a career with the new AT&T? We are now hiring Retail Sales Consultants and Sales Support Representatives in your area We offer a competitive starting salary plus commission, medical, dental and vision, 401(k), tuition assistance, paid time off, wireless service concessions and much more Apply online today at att com/about/careers Diversity is the AT&T way of standing apart  EOE AA/M/F/D/V

---

*5020 ASH GROVE ROAD*
*SPRINGFIELD IL 62711-6329*

#BWNJSZT
#060002940919312#
AT 01 052941 13741H223 A**3DGT
LOIS N KRATZNER
307 N ELM ST
LINCOLN, IL 62656 1520

Return the portion below with payment only to AT&T Mobility

| | |
|---|---|
| Account Number. | 294091931 |
| Total Amount Due | $89 33 |
| Amount Paid | 89 33 |

*Please do not send correspondence with payment*

☐ Yes, enroll me in AutoPay
Signature required on reverse

**Total Amount Due by Jul 01, 2008**

671- ~~5701~~ 5701 4030843960
Conf # 4030843960

Please Mail Check Payable To
AT&T Mobility
PO Box 6428
Carol Stream, IL 60197-6428

9900000294091931000000000089330000008933006