# EXHIBIT E



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
Special Procedures Section
PO BOX 2952
SACRAMENTO CA 95812 2952

Notice Date  03/18/08

# REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

FILED
MAR 2 4 2008
BMC

UNITED STATES BANKRUPTCY COURT
Delaware

824 North Market St 3rd FL
Wilmington DE 19801

In the Matter of    INPHONIC, INC

| Bankruptcy Case Number | Chapter | Petition Date | Type of Liability | FTB Account Number | Amount Due |
|---|---|---|---|---|---|
| 0711666 KG | 11 | 11/08/2007 | BANK AND CORPORATION | 2364839000 | 1600 00 |

1  The undersigned whose business address is shown above is an agent of the Franchise Tax Board of the State of California and is authorized to make this request for payment on behalf of the Franchise Tax Board
2  This debt is for taxes due under the Revenue and Taxation Code of the State of California
3  All payments on this debt have been deducted for the purpose of making this request for payment
4  Request is made for payment of the administrative expenses described below

## Administrative Expense

| Taxable Period | Tax Due | Penalty to Date | Interest to Date | Costs to Date | Total to Date |
|---|---|---|---|---|---|
| 12/31/2007 | 1600 00 | 0 00 | 0 00 | 0 00 | 1600 00 |

5  Interest compounded daily accrues at the rate established in the Revenue and Taxation Code of the State of California  If the amount due shown above is not paid within 15 days  contact the Bankruptcy Section for the current amount due at the time of payment
6  Make check payable to the Franchise Tax Board and mail it to the business address shown above

| AUTHORIZED REPRESENTATIVE | TELEPHONE NUMBER |
|---|---|
| DENNIS HERRON | (916) 845-4750 |

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues  The section can receive delinquent tax returns and encourages correspondence and telephone calls  The section is committed to providing assistance to prevent unnecessary litigation

FAX    (916) 845-6786        BUSINESS HOURS    7 30AM – 4 00PM

FTB 6928 C BC ARCS (REV 03 1999)

InPhonic Inc
01196



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952
Telephone (916) 845-4750 Fax (916) 845-9799

JOHN CHIANG
Chair

BETTY T YEE
Member

MICHAEL C GENEST
Member

---

Bankruptcy Case Number   07-11666
Debtor Name  INPHONIC, INC

## **ATTACHMENT**

Franchise Tax Board (FTB) reserves the right to amend this claim/request based on any audit or investigation of any filed income tax returns, or any other audit or investigation

FTB reserves the right to amend this claim/request in accordance with applicable law, including, without limitation, modifying the amounts claimed as an administrative expense, secured, priority and unsecured for the purposes of this bankruptcy case

FTB reserves the right to amend this claim/request to add additional penalties and interest

FTB's claim, to the extent it is secured, is secured by all property and rights to property whether real or personal, tangible or intangible, including all after-acquired property and rights to property, belonging to the debtor(s) and located in this state   (California Revenue & Taxation Code §19221, California Government Code § 7170 ) Should the value of the collateral be determined to be less than the amount of the secured claim or should the lien be avoided in whole or in part, FTB reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim

FTB's records indicate an income tax return has not been filed for the following tax years
12/2007
Accordingly, FTB reserves the right to amend this claim/request based upon receipt of such income tax returns, any audit or investigation of such returns, or any other audit or investigation

(Rev  06/07)