## US Bankruptcy Courts:

Case administration:

Re Case No. 07-11666(KG)

Objection Deadline August 13, 2008

Please allow extension for objection to this deadline. I just received motion. I have tried to obtain legal representation in the time required. We have just returned from vacation. I was told I needed a Delaware lawyer. I called and this particular lawyer and he had a conflict due to a client he is already representing in the Inphonics case/ SN liquidation case. Please allow more time to search for representation.

Please Advise. Kind Regards,

Christy Tomlinson