# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : **Objection Deadline August 13, 2008 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 631

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the **Eighth Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code** (the "Motion") [Docket No. 631] filed on July 17, 2008. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than August 13, 2008.

{BAY:01120813v1}

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: August 15, 2008

By:

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:     (302) 658-6395

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{BAY:01120813v1}