# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : **Re: Docket Nos. 567, 608, 609, 627** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

I, Mary E. Augustine, Esquire, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On June 6, 2008, the Debtors filed the First Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Docket No. 567] (the "Objection"). The Objection sought, *inter alia,* to reclassify Proof of Claim No. 1076 filed by Kenneth D. Schwarz ("Schwarz") and Proof of Claim No. 1075 (collectively, with Proof of Claim No. 1076, the "Claims") filed by Andrew B. Zeinfeld ("Zeinfeld").

2. On July 8, 2008, Schwarz filed the Response of Kenneth D. Schwarz to Debtors' First Omnibus Objection Certain Improperly Classified Claims [Docket No. 608] (the "Schwarz Response").

3. On July 8, 2008, Zeinfeld filed the Response of Andrew B. Zeinfeld to Debtors' First Omnibus Objection to Certain Improperly Classified Claims [Docket No. 609] (the "Zeinfeld Response").

4. On July 15, 2008, the Court entered the Order Sustaining First Omnibus Objection (Non-Substantive) of the Debtors to Certainly Improperly Classified Claim [Docket No. 627] (the "Omnibus Order"). The Omnibus Order did not include or

reclassify the Claims.

5. The Debtors, Schwarz and Zeinfeld have resolved the Objection with respect to the Claims and agree to the entry of the supplemental proposed form of order (the "Order") attached hereto as Exhibit A.

WHEREFORE, the Debtors respectfully request that this Court enter the Order at its earliest convenience.

Dated: August 19, 2008
Wilmington, Delaware

**BAYARD, P.A.**

/s/ *signature*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for Debtors and Debtors in Possession*