IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 07-11666 (KG)<br>:<br>: (Jointly Administered)<br>:<br>: Re: Docket No. 632 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' OBJECTION (NON-SUBSTANTIVE) TO CLAIMS FILED BY THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE**

I, Mary E. Augustine, Esquire, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify and state as follows:

1. On July 18, 2008, the Debtors filed the Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of Taxation and Finance [Docket No. 632] (the "Objection"). The Objection sought, *inter alia*, to reclassify and expunge certain claims filed by the New York Department of Taxation and Finance (the "NYDOT").

2. On August 13, 2008, the NYDOT filed the Response to Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of Taxation and Finance [Docket No. 644] (the "Response").

3. The Debtors and the NYDOT have resolved the Objection and agree to the entry of the proposed form of order (the "Order") attached hereto as Exhibit A. A blacklined comparison of the Order to the form of order originally submitted with the Objection is attached hereto as Exhibit B.

4. The NYDOT consents to the entry of the Order.

{BAY:01129883v1}

WHEREFORE, the Debtors respectfully request that this Court enter the Order at its earliest convenience.

Dated: August 19, 2008
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ M. Augustine*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for Debtors and Debtors in Possession*