# EXHIBIT A

# PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 632 |

## ORDER REGARDING THE DEBTORS' OBJECTION (NON-SUBSTANTIVE) TO CLAIMS FILED BY THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE

Upon consideration of the (i) the Objection of the Debtors to Claim Nos. 722, 723, 1248, 1261, and 1298 Filed By the New York State Department of Taxation and Finance (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the Declaration of Brad Daniel, (iii) the Declaration of Dorene Robotti, (iv) Claim Nos. 722, 723, 1248, 1262 and 1298 filed by the NY DOT,[2] and (v) the Response to Debtors' Objection (Non-Substantive) to Claims Filed by the New York State Department of Taxation and Finance; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{BAY:01060725v2}

Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection be, and hereby is, SUSTAINED in part and OVERRULED in part; and it is further

ORDERED that Claim Nos. 722, 723 and 1261 filed by the NY DOT are hereby disallowed and expunged in their entirety; and it is further

ORDERED that $19,319.94 of Claim No. 1248 is hereby classified as a general unsecured priority claim, and $26,465.42 of Claim No. 1248 is hereby reclassified as a general unsecured non-priority claim; and it is further

ORDERED that $91,400.62 of Claim No. 1298 is hereby classified as a general unsecured priority claim, and $38,018.95 of Claim No. 1298 is hereby classified as a general unsecured non-priority claim; and it is further

ORDERED that to the extent the Objection constitutes a substantive objection, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection; and it is further

ORDERED that the Debtors' claims agent, BMC Group, Inc., is hereby authorized and directed to remove the claims disallowed and expunged pursuant to this Order from the Claims Registry and to reclassify Claim Nos. 1248 and 1298 as indicated herein; and it is further

ORDERED that the Debtors' right to raise other objections and rights to setoff on any and all grounds permitted by law and/or equity are hereby preserved and the failure

{BAY:01060725v2}

to raise any such objections or right to setoff in the Objection shall not constitute a defense to any such objection or setoff; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ____, 2008

                                   _____
                                   THE HONORABLE KEVIN GROSS
                                   UNITED STATES BANKRUPTCY JUDGE