# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 20, 2008 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801

### CONTINUED/RESOLVED MATTERS:

1. United States Trustee's Motion for an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case [Filed 3/17/08, Docket No. 454]

   Response Deadline:

   April 10, 2008 at 4:00 p.m.; extended until October 7, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

   Response(s) Received:

   None as of this date and time.

   Status:

   The parties have agreed to continue this matter to the confirmation hearing scheduled for October 14, 2008 at 2:00 p.m.

2. Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/3/08, Docket No. 483]

---

[1] **Amended items appear in bold.**

{BAY:01130216v1}

Related Documents:

    (a)    Certification of Counsel Regarding Docket No. 483 [Filed 4/28/07, Docket No. 516]

    (b)    Order (Fourth) (I) Authorizing the Assumption and Assignment of Certain Held Contracts, and (II) Deeming Those Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/29/08, Docket No. 517]

Response Deadline:

April 17, 2008 at 4:00 p.m.

Response(s) Received:

    (c)    Limited Objection of General Electric Capital Corporation to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/16/08, Docket No. 509]

Status:

This matter is continued to the omnibus hearing scheduled for October 14, 2008 at 2:00 p.m.

3.    Debtors' First Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 6/6/08, Docket No. 567]

Related Document:

    (a)    Order Sustaining First Omnibus Objection (Non-Substantive) of the Debtors to Certain Improperly Classified Claims [Filed 07/15/08, Docket No. 627]

    **(b)**    **Certification of Counsel Regarding Debtors' First Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 08/19/08, Docket No. 665]**

Response Deadline:

July 8, 2008 at 4:00 p.m.

{BAY:01130216v1}

Response(s) Received:

 (b) Response of Kenneth D. Schwarz to Debtors' First Omnibus Objection to Certain Improperly Classified Claims [Filed 7/8/08, Docket No. 608]

 (c) Response of Andrew B. Zeinfeld to Debtors' First Omnibus Objection to Certain Improperly Classified Claims [Filed 7/8/08, Docket No. 609]

**Status:**

**This matter is resolved.  A consensual form of order has been submitted under certification of counsel.**

4. Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 7/18/08, Docket No. 635]

Response Deadline:

August 13, 2008 at 4:00 p.m.; extended until September 9, 2008 for the Internal Revenue Service.

Response(s) Received:

None.

Status:

This matter is continued to the omnibus hearing date scheduled for September 16, 2008 at 2:00 p.m.

5. Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. Section 505 [Filed 7/18/08, Docket No. 634]

Response Deadline:

August 13, 2008 at 4:00 p.m.

Response(s) Received:

 (a) Response to the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. §505 [Filed 08/13/08, Docket No. 658]

{BAY:01130216v1}

Status:

This matter is being continued to the omnibus hearing date scheduled for September 16, 2008 at 2:00 p.m.

## UNCONTESTED MATTER WITH A CERTIFICATION OF NO OBJECTION

6. Eighth Motion for an Order Authorizing Debtors to Reject Certain Unexpired Leases and Executory Contracts Pursuant to Section 365(a) of the Bankruptcy Code [Filed 7/17/08, Docket No. 631]

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 631 [Filed 08/15/08, Docket No. 662]

   (b) Proposed Order

   Response Deadline:

   August 13, 2008 at 4:00 p.m.

   Response(s) Received:

   None.

   Status:

   No objections were received and a Certification of No Objection was filed. No hearing is required unless the Court directs otherwise.

## CONTESTED MATTERS GOING FORWARD

7. Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of Taxation and Finance [Filed 7/18/08, Docket No. 632]

   **Related Document:**

   **(a)    Certification of Counsel Regarding Debtors' Objection (Non-Substantive) to Claims Filed by the New York Department of Taxation and Finance [Filed 08/19/08, Docket No. 666]**

-4-

Response Deadline:

August 13, 2008 at 4:00 p.m.

Response(s) Received:

(a)    Response to Debtors' Objection (Non-Substantive) to Claims Filed by the New York State Department of Taxation and Finance [Filed 08/08/08, Docket No. 644]

**Status:**

**This matter is resolved. A consensual form of order has been submitted under certification of counsel.**

8.    Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) [Filed 7/18/08, Docket No. 633]

Response Deadline:

August 13, 2008 at 4:00 p.m.; extended to August 15, 2008 for Messrs. Schwarz and Zeinfeld.

Response(s) Received:

(a)    Letter from Christy Tomlinson [Filing Date: 08/14/08; Docket No. 661]

**(b)    Response to Notice of Motion to Estimate Claims submitted by Herman Alexis, & Co., Inc. (not filed)**

Status:

This matter is going forward. The Debtors intend to submit a revised form of order at the hearing.

Dated: **August 20, 2008**
Wilmington, Delaware

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession