# S I G N - I N - S H E E T

**CASE NAME:** SN LIQUIDATION, INC.    **COURTROOM LOCATION: 3**
**CASE NO.:** 07-11666- KG    **DATE:** 8/20/08

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jeff Pawlitz (Telephonic) | | |
| David Abey (Appearance) | | |
| Mary Augustine | Kirkland + Ellis LLP | Adepto INPC Funding LLC |
| Dan O'Brien | Bayard, P.A. | The Debtors |
| | " | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |