**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., <u>et</u> <u>al.</u>, | Case No. 07-11666 (KG) |
| | (Jointly Administered) |
| Debtors. | |
| | Re: Docket No. 509 |

**NOTICE OF WITHDRAWAL OF GENERAL ELECTRIC CAPITAL CORPORATION'S LIMITED OBJECTION TO ASSUMPTION AND ASSIGNMENT OF LEASES PURSUANT TO NOTICE (FOURTH) OF DEBTORS' FILING OF PROPOSED**

**ORDER** On April 16, 2008, General Electric Capital Corporation filed a Limited Objection the Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007, Sale Order and Related Asset Purchase Agreement (the "Limited Objection," Docket No. 509). General Electric Capital Corporation hereby withdraws that Limited Objection without prejudice.

DATED this 20th day of August, 2008.

Respectfully submitted,

By: /s/ Daniel K. Hogan
Daniel K. Hogan (DE #2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, DE  19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com