**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al.,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 633 |

## ORDER GRANTING DEBTORS' MOTION TO ESTIMATE CLAIMS PURSUANT TO 11 U.S.C. §§ 502(c) AND 105(a)

Upon consideration of the Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and having determined that parties in interest have received adequate notice of the Motion; and the Court having determined that good cause exists to grant the Motion; it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the claims listed on Exhibit A attached hereto are hereby classified and estimated for distribution purposes as indicated; and it is further

ORDERED that the claims listed on Exhibit B attached hereto are hereby classified and estimated for distribution purposes as indicated; and it is further

ORDERED the if, on the face of a claim form, there is no indication of the type of claim asserted, or a claim contains attachments that conflict with the type of claim

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01129925v2}

indicated on the face of the proof of claim form indicating it is a general unsecured claim, for confirmation purposes only, such claims are general unsecured claims; and it is further

ORDERED that to the extent the Motion constitutes a substantive objection to the claims referenced therein, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection, and it is further

ORDERED that the Debtors' right to raise objections and assert the right of setoff to the claims listed on the Exhibits to the Motion on any and all grounds permitted by law and/or equity are hereby preserved, and the failure to raise any such objections or right to setoff in the Motion shall not constitute a defense to any such objection or right of setoff; and it is further

ORDERED that the Debtors' claims agent, BMC Group, is hereby authorized and directed to modify the Claims Registry as indicated herein; and it is further

ORDERED that the Debtors' rights to raise objections to the claims referenced in the Motion on any and all grounds permitted by law and/or equity are hereby preserved.

Dated: August 20, 2008

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{BAY:01129925v2}