## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, : | Case No. 07-11666 (KG) |
| Debtors. : | (Jointly Administered) |
| : | **Objection deadline: September 9, 2008 at 4:00 p.m.** |
| : | **Hearing date: September 16, 2008 at 2:00 p.m.** |

### NOTICE OF MOTION

**TO:**  All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE that on August 28, 2008, Bayard, P.A. filed the **Motion of the Debtors to Abandon Documents** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Debtors on or before **September 9, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **September 16, 2008 at 2:00 p.m. (Eastern Time)**.

{BAY:01136925v1}

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

Dated: August 28, 2008
       Wilmington, Delaware

**BAYARD, P.A.**

*Daniel O'Brien*
_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 335-4990
Facsimile:   (212) 884-8690

Counsel for Debtors
and Debtors in Possession