# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** ___ |

## ORDER AUTHORIZING THE DEBTORS TO ABANDON DOCUMENTS

Upon consideration of the motion of the SN Liquidation, Inc. and its affiliated debtors and debtors in possession to abandon documents (the "Motion") and, having determined that parties in interest have received adequate notice of the Motion; and the Court having determined that good cause exists to grant the Motion; it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the Debtors are hereby authorized to abandon the Documents as defined in the Motion.

Dated: September ___, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01130366v2}