## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| SN LIQUIDATION, INC., *et. al.*, | : Case No. 07-11666 (KG) |
|  | : |
| Debtors | : (Jointly Administered) |
|  | : |
|  | : Re: Docket Nos. 630, 660 |
|  | : |

**NOTICE OF PARTIAL WITHDRAWAL OF DEBTOR'S NOTICE (SEVENTH) AUTHORIZING (I) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS, AND (II) DEEMING THOSE HELD CONTRACTS TO BE "DESIGNATED CONTRACTS" FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT *SOLELY WITH RESPECT TO CPA AGREEMENT WITH RADIOSHACK***

PLEASE TAKE NOTICE that SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby partially withdraw without prejudice the Notice (Seventh) for an Order Authorizing Debtors to (I) Assume and Assign Certain Held Contracts, and (II) Deeming Those Held Contracts to be "Designated Contracts" for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase [Docket No. 630] (the "Notice") solely with respect to the CPA agreement with RadioShack listed on Exhibit A to the Notice.

Dated: August 29, 2008
       Wilmington, Delaware

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395

-and-

{BAY:01136814v1}

DLA PIPER US LLP
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY  10020
Telepohone:     (202) 335-4990
Facsimile:       (212) 884-8690

*Counsel for the Debtors and Debtors in
Possession*