IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Cases No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 659 |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS**

**PLEASE TAKE NOTICE** that copies of the proofs of claim that were improperly classified (the "Claims") listed on Exhibit A to the **Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims** [Docket No. 659], with all of their attachments, have been delivered to the Chambers of the Honorable Kevin Gross.

**PLEASE TAKE FURTHER NOTICE** that copies of the Claims can be requested from the undersigned attorneys.

Dated: September 2, 2008
       Wilmington, Delaware

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2078)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esq.
Christopher R. Thomson, Esq.
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and Debtors in Possession

{BAY:01137878v1}