# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SN Liquidation, Inc., et al.,[1] | ) Case No. 07-11666-KG |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| SOLICITATION INFORMATION FOR SN LIQUIDATION, INC. ET AL [bound book comprised of] | Copy attached hereto as Exhibit 1 |

- NOTICE OF HEARING TO CONSIDER CONFIRMATION OF DEBTORS' JOINT CHAPTER 11 PLAN

- SECOND AMENDED DISCLOSURE STATEMENT FOR JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC., ET AL. PROPOSED BY THE DEBTORS IN POSSESSION AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AUGUST 11, 2008, with Exhibits including the SECOND AMENDED JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC., ET AL

| | |
|---|---|
| NOTICE OF HEARING TO CONSIDER CONFIRMATION OF DEBTORS' JOINT CHAPTER 11 PLAN | Copy attached hereto as Exhibit 2 |
| NOTICE OF UNIMPAIRED NON-VOTING STATUS FOR DEBTORS' JOINT CHAPTER 11 PLAN | Copy attached hereto as Exhibit 3 |
| NOTICE OF IMPAIRED NON-VOTING STATUS FOR DEBTORS' JOINT CHAPTER 11 PLAN | Copy attached hereto as Exhibit 4 |

---

[1] The Debtors and debtors in possession are INP Liquidation Corp, f/k/a InPhonic, Inc, CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp, f/k/a SimIPC Acquisition Corp, SN Liquidation, Inc f/k/a Star Number, Inc, MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC

| | |
|---|---|
| DISCLOSURE STATEMENT AND SUMMARY OF SECOND AMENDED JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC. ET AL PROPOSED BY THE DEBTORS IN POSSESSION AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AUGUST 11, 2008 | Copy attached hereto as Exhibit 5 |
| BALLOT FOR CLASS 3 SECURED LENDER CLAIMS [custom] | Custom sample attached hereto as Exhibit 6 |
| BALLOT FOR CLASS 4 GENERAL UNSECURED CLAIMS [custom] | Custom sample attached hereto as Exhibit 7 |
| PRE-ADDRESSED RETURN ENVELOPE [sample not attached hereto] | Exhibit 8 |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245

2. The above referenced documents to be served on the parties as described below Service commenced on August 19, 2008 and concluded on August 21, 2008

| | |
|---|---|
| Exhibit A | Exhibits 2 and 3 were served on the Class 1 Other Secured Claimants and the Class 2 Priority Non-Tax Claimants referenced in Service List 29417 |
| Exhibit B | Exhibits 1, 6 and 8 were served on the Class 3 Secured Lender Claimants referenced in Service List 29418 |
| Exhibit C | Exhibits 2, 5, 7 and 8 were served on the Class 4 General Unsecured Claimants referenced in Service Lists 29419, 29806, 29807, and 29808 |
| Exhibit D | Exhibits 2 and 4 were served on:<br>• the Class 5 Intercompany Claimants and the Class 6 Equity Interest Holders referenced in Service List 29420, and to<br>• the banks, brokers, nominees and agents thereof referenced in Service Lists 29421 and 29422, with instructions, and in sufficient quantities, to distribute the Exhibits 2 and 4 to the Beneficial Holders of the Class 6 Equity Interests |

Exhibit E    Exhibit 1 was served on:

- those parties who have requested special notice and to the Core Group, together referenced in Service List 29423, and to
- the holders of the Unclassified Priority Tax Claims and Administrative Claims referenced in Service List 29424

3    All parties were served via the modes of service indicated in Exhibits A through E

I declare under penalty of perjury that the foregoing is true and correct

DATED: August 28, 2008
El Segundo, California

_____
James H Myers

State of California    )
                       )
County of Los Angeles  )

On August 28, 2008 before me, Yvette Knopp, a Notary Public, personally appeared James H Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP NOV 13, 2008