# EXHIBIT A

# SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

Total number of parties: 18287

## Exhibit A - Solicitation

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29417 | AMERICAN INTERNATIONAL GROUP INC ET AL, AIG BANKRUPTCY COLLECTIONS, MICHELLE A LEVITT, 70 PINE STREET, 28TH FLOOR, NEW YORK, NY, 10270 | US Mail (1st Class) |
| 29417 | ANTHONY CRAWFORD, 4304 URN STREET, CAPITOL HEIGHTS, MD, 20743 | US Mail (1st Class) |
| 29417 | ANTIONETTE JAMES, 7610 VICAR PLACE, NEW CARROLLTON, MD, 20784 | US Mail (1st Class) |
| 29417 | ANTONIO CALDERON, 4540 AIRLIE WAY, ANNANDALE, VA, 22003 | US Mail (1st Class) |
| 29417 | AOL LLC, TIFFANY STRELOW COBB ESQ, VORYS SATER SEYMOUR & PESE LLP, 52 E GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29417 | BERNARDIN, GENE, 37 AUBURN WAY, TORRINGTON, CT, 06790 | US Mail (1st Class) |
| 29417 | BOLOUR, MEHRY, 5074 SANTA MONICA BLVD, LOS ANGELES, CA, 90029 | US Mail (1st Class) |
| 29417 | BRENDA PETITT, 1705 TRENTON STREET, ALEXANDRIA, VA, 22308 | US Mail (1st Class) |
| 29417 | CALIFORNIA, STATE OF, FRANCHISE TAX BOARD, SPECIAL PROCEDURES, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 29417 | CASSANDRA PEBENITO, 9632 HILLOCK COURT, BURKE, VA, 22015 | US Mail (1st Class) |
| 29417 | CITICORP VENDOR FINANCE, 3950 REGENT BLVD, IRVING, TX, 75063 | US Mail (1st Class) |
| 29417 | DANIELLE HAY, 4141 WEEPING WILLOW COURT, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 29417 | DE LEON, JUAN MILTON, 10483 NORTON DR, HOUSTON, TX, 77043-2126 | US Mail (1st Class) |
| 29417 | DOWELL, MATTHEW R, 2104 SUGARLOAF CT, HERNDON, VA, 20170 | US Mail (1st Class) |
| 29417 | FEASTER, M G, 204 DRIFTWOOD PL, JOSHUA, TX, 76058 | US Mail (1st Class) |
| 29417 | GENERAL ELECTRIC CAPITAL CORP, PATTY POEL, 1010 THOMAS EDISON BLVD SW, CEDAR RAPIDS, IA, 52404 | US Mail (1st Class) |
| 29417 | GRIFFIN, ALEXANDER, 852 CONSTELLATION DR, GREAT FALLS, VA, 22066 | US Mail (1st Class) |
| 29417 | GUO, HAO, 3022 HARBINGER LN, DALLAS, TX, 75287 | US Mail (1st Class) |
| 29417 | HUNTER, PETER A, 283 POPE RD, CONCORD, MA, 01742 | US Mail (1st Class) |
| 29417 | JEFFREY GILL, PO BOX 827, HAYMARKET, VA, 20168 | US Mail (1st Class) |
| 29417 | JELDERKS, CHARLES T, 8365 CEDAR CHASE DR, FOUNTAIN, CO, 80817 | US Mail (1st Class) |
| 29417 | JOHN CHARLES CANNON, 2135 A N TAYLOR STREET, ARLINGTON, VA, 22207 | US Mail (1st Class) |
| 29417 | KING, GREGORY, 8700 WATER BUCKET AVE, LAS VEGAS, NV, 89143 | US Mail (1st Class) |
| 29417 | KOLLA, VIJAYA, 3503 TANELORN DR, APT 1527, RICHMOND, VA, 23294 | US Mail (1st Class) |
| 29417 | KRATZNER, LOIS N, 307 N ELM, LINCOLN, IL, 62656 | US Mail (1st Class) |
| 29417 | KRISTINA GREGORY, 925 SOUTH SAINT ASAPH STREET, ALEXANDRIA, VA, 22314 | US Mail (1st Class) |
| 29417 | LEDESMA, ANGELA L, 1331 ULFINIAN WAY, #1, MARTINEZ, CA, 94553 | US Mail (1st Class) |
| 29417 | LISA HAYES, 2200 DHOW COURT, BOWIE, MD, 20721 | US Mail (1st Class) |
| 29417 | LOSTUMBO, FEDRICO, 183 DERBY RD, MIDDLETOWN, NY, 10940 | US Mail (1st Class) |
| 29417 | MARINARO, STEVEN C, 8463 CLOVER LEAF DR, MCLEAN, VA, 22102 | US Mail (1st Class) |
| 29417 | MARTIN A MOONEY ESQ, (RE: CITICORP VENDOR FINANCE), DEILY MOONEY & GLASTETTER LLP, 8 THURLOW TERR, ALBANY, NY, 12203 | US Mail (1st Class) |
| 29417 | MCMILLAN, BRIAN, 10302 BRITTENFORD DRIVE, VIENNA, VA, 22182 | US Mail (1st Class) |
| 29417 | MICHAEL ALPER, 13145 MUSIC MASTER DRIVE, SILVER SPRING, MD, 20904 | US Mail (1st Class) |
| 29417 | MITCHELL, AMELIA, 1908 SCOTT AVE, NASHVILLE, TN, 37206 | US Mail (1st Class) |
| 29417 | O'STEEN, KRISTIA L, 7651 FOREST TRAIL, PORT RICHEY, FL, 34668 | US Mail (1st Class) |
| 29417 | OCE FINANCIAL SERVICES, INC., 13824 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 29417 | PATNAIK, SRIKANTH, 14300 34TH AVE N, APT 235, PLYMOUTH, MN, 55447 | US Mail (1st Class) |
| 29417 | PROFFITT, CHARLES, 9506 MCKINLEY AVENUE, MANASSAS, VA, 20110 | US Mail (1st Class) |
| 29417 | REBECCA VELEZ, #204, 4524 COMMONS DRIVE, ANNANDALE, VA, 22003 | US Mail (1st Class) |
| 29417 | RICHARD BUENAVENTURA, 11949 HOLLOWWIND COURT, RESTON, VA, 20194 | US Mail (1st Class) |
| 29417 | ROTHWELL, JEAN, 4952 MOONFALL WAY, COLUMBIA, MD, 21044 | US Mail (1st Class) |

**Exhibit A - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29417 | RST UNLIMITED INC DBA RST DISH PROS, PO BOX 10529, DAYTONA BEACH, FL, 32120 | US Mail (1st Class) |
| 29417 | SCHWARZ, KENNETH D, LISA BITTLE TANCREDI, VENABLE LLP, TWO HOPKINS PLAZA, SUITE 1800, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29417 | SHANE B CANNON, 6902 SOUTHRIDGE DRIVE, MCLEAN, VA, 22101 | US Mail (1st Class) |
| 29417 | SPENCER SAKATA, 22874 LIVINGSTON TERRACE, ASHBURN, VA, 20148 | US Mail (1st Class) |
| 29417 | SWENSEN, DANIEL, 1225 CLEVELAND # 2, MISSOULA, MT, 59801 | US Mail (1st Class) |
| 29417 | THELMA RICHARDSON, 7610 VICAR PLACE, NEW CARROLLTON, MD, 20748 | US Mail (1st Class) |
| 29417 | THIERNO BAH, 12401 HICKORY TREE WAY #B, GERMANTOWN, MD, 20874 | US Mail (1st Class) |
| 29417 | TIEDEMANN, GARY, 8558 WYNGATE MANOR CT, ALEXANDRIA, VA, 22309 | US Mail (1st Class) |
| 29417 | ULYSSES SMITH, 4181 LOG TEAL DRIVE, WALDORF, MD, 20603 | US Mail (1st Class) |
| 29417 | WANG, YINGYING, 8139 WOODWARD DR, WEST CHEST, OH, 45069 | US Mail (1st Class) |
| 29417 | ZEINFELD, ANDREW B, LISA BITTLE TANCREDI, VENABLE LLP, TWO HOPKINS PLAZA, SUITE 1800, BALTIMORE, MD, 21201 | US Mail (1st Class) |

**Subtotal for this group: 52**