**EXHIBIT B**

**Exhibit B - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29418 | ADEPTIO INPC FUNDING LLC, ATTN DAVID A AGAY ESQ, KIRKLAND & ELLIS LLP, 200 EAST RANDOLPH DR, CHICAGO, IL, 60601 | US Mail (1st Class) |

**Subtotal for this group: 1**