**EXHIBIT D**

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29420 | 2002 BB&LB TRUST DATED JUNE 24 2002, C/O INPHONIC INC, ATTN DAVID A STEINBERG, 1010 WISCONSIN AVE NW STE 600, WASHINGTON, DC, 20007-3676 | US Mail (1st Class) |
| 29420 | ADAM G HARRIS, 4231 MONUMENT WALL WAY, #450, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 29420 | ADEPTIO INPC FUNDING, LLC, C/O VERSA CAPITAL MANAGEMENT, INC., 2929 ARCH ST., CIRA CENTRE, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 29420 | ALEXANDER K KELLY, 12720 SADDLE BROOK DRIVE, SILVER SPRING, MD, 20906-3352 | US Mail (1st Class) |
| 29422 | AMERICAN ENTERPRISE INVESTMENT SERVICES, INC (216), REBECCA STRAND, 2178 AXP FINANCIAL CENTER, MINNEAPOLIS, MN, 55474 | US Mail (1st Class) |
| 29420 | ANDREW B ZEINFELD, 10803 PARKRIDGE BLVD, RESTON, VA, 20191-4335 | US Mail (1st Class) |
| 29420 | ANITA K WALL, 10035 CAMBRIC COURT, COLUMBIA, MD, 21046-1301 | US Mail (1st Class) |
| 29420 | ANN T PIERCY, 2332 GLENEAGLES DRIVE, NAPERVILLE, IL, 60565-5350 | US Mail (1st Class) |
| 29420 | ANNIE NGO, C O LAM NGO 113 LAMLASH LANE, CARY, NC, 27511 | US Mail (1st Class) |
| 29420 | ANTHONY CARBONE, 399 PARK AVE, NEW YORK, NY, 10022-4614 | US Mail (1st Class) |
| 29420 | ANTHONY LYNN, 334 SOUTH HAMPTON CLUB WAY, ST AUGUSTINE, FL, 32092-1031 | US Mail (1st Class) |
| 29420 | ARIC GOODIN, 3728 5TH STREET SOUTH, ARLINGTON, VA, 22204-1681 | US Mail (1st Class) |
| 29420 | AST AS UNEXCHANGED AGENT FOR, INPHONIC D-5 PFD # 13878, 59 MAIDEN LANE, NEW YORK, NY, 10038-4502 | US Mail (1st Class) |
| 29420 | AST AS UNEXCHANGED AGENT FOR, INFORNIC 3-D PFD #13877, 59 MAIDEN LANE, NEW YORK, NY, 10038-4502 | US Mail (1st Class) |
| 29420 | AST AS UNEXCHANGED AGENT FOR, INPHONIC OLD COMMON # 13870, 59 MAIDEN LANE, NEW YORK, NY, 10038-4502 | US Mail (1st Class) |
| 29422 | BANC OF AMERICA SECURITIES LLC/BANK (2147), JAMES MONAHAN, 100 W 33RD STREET, 3RD FLOOR, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 29422 | BANK OF AMERICA SECURITIES LLC (773), JAMES MONAHAN, 100 W 33RD STREET, 3RD FLOOR, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 29422 | BARCLAYS CAPITAL INC. (5101), JOHN CLIFFORD, 222 BROADWAY, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 29422 | BEAR, STEARNS SECURITIES CORP. (352), VINCENT MARZELLA, ONE METROTECH CENTER NORTH, 4TH FLOOR, BROOKLYN, NY, 11201-3862 | US Mail (1st Class) |
| 29420 | BECKY NELSON, 7111 WOODMONT AVE, #916, CHEVY CHASE, MD, 20815 | US Mail (1st Class) |
| 29420 | BICHHANG BUI, 14201 PLUM RUN WAY, SILVER SPRING, MD, 20906 | US Mail (1st Class) |
| 29422 | BLACKMONT CAPITAL INC  (5025), CLIENT SERVICES, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 29420 | BLAKE BATH, 7 HESKETH STREET, CHEVY CHASE, MD, 20815-4224 | US Mail (1st Class) |
| 29422 | BNP PARIBAS SECURITIES CORP. (049), HELEN KELLY, 555 CROTON ROAD, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 29422 | BNY - BARCLAYS CAPITAL SECURITIES LTD (2103), CECILE LAMARCO, ONE WALL STREET, NEW YORK, NY, 10286 | US Mail (1st Class) |
| 29422 | BNY/CHARLES STALNEY AND COMPANY, LIM (2336), CECILE LAMARCO, ONE WALL STREET, NEW YORK, NY, 10286 | US Mail (1st Class) |
| 29420 | BRENDA KELLER, 715 N WAYNE STREET, #104, ARLINGTON, VA, 22201 | US Mail (1st Class) |
| 29420 | BRET R MAXWELL REVOCABLE TRUST, ATTN: BRET R MAXWELL,TRUSTEE, C O MK CAPITAL, 1033 SKOKIE BLVD,SUITE 430, NORTHBROOK, IL, 60062-4136 | US Mail (1st Class) |
| 29420 | BRETT A LESHOCK, 15566 ALLAIRE DRIVE, GAINESVILLE, VA, 20155-4859 | US Mail (1st Class) |
| 29420 | BRETT PETERS, 249 MILL STREAM WAY, WILLIAMSBURG, VA, 23185 | US Mail (1st Class) |
| 29420 | BRIAN GATLING, 614 BAYSTONE COURT, ANNAPOLIS, MD, 21401 | US Mail (1st Class) |
| 29420 | BRIAN J CURRAN, 10803 PARKRIDGE BLVD, RESTON, VA, 20191-4335 | US Mail (1st Class) |
| 29420 | BRIAN MCMILLIAN, 10302 BRITTENFORD DRIVE, VIENNA, VA, 22182-1858 | US Mail (1st Class) |
| 29420 | BRIAN WESTRICK, 5920 JOHNSON AVENUE, BETHESDA, MD, 20817-3433 | US Mail (1st Class) |
| 29420 | BRIND INVESTMENT PARTNERS II, 1926 ARCH STREET, PHILADELPHIA, PA, 19103-1444 | US Mail (1st Class) |
| 29421 | BROADRIDGE FINANCIAL SOLUTIONS, INC, JOB # N09819 / CUSIP 45772G105, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | DHL Overnight |
| 29422 | BROWN BROTHERS HARRIMAN & CO. (010), JENNIFER PAYEA, 525 WASHINGTON BLVD, NEW PORT TOWERS, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 29422 | CANACORD CAPITAL CORPORATION (5046), ALMA GOCA, P.O. BOX 10337, PACIFIC CENTER, 2200-609 GRANSVILLE STREET, VANCOUVER, BC, V7Y 1H2 CANADA | US Mail (1st Class) |

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29420 | CARL TEO BALBACH, 149 WINDSOR AVENUE, BUFFALO, NY, 14209-1020 | US Mail (1st Class) |
| 29420 | CARNELL A LAKE, 4633 SWILCAN BRIDGE LANE SOUTH, JACKSONVILLE, FL, 32224-5621 | US Mail (1st Class) |
| 29420 | CAROL SCHREMP, 6921 TYNDALE STREET, MCLEAN, VA, 22101-5071 | US Mail (1st Class) |
| 29420 | CAROLINE ERNST, 4906 SCARDSDALE ROAD, BETHESDA, MD, 20816 | US Mail (1st Class) |
| 29420 | CAROLYN B MOSES, 17 ROLLING GREEN COURT, N POTOMAC, MD, 20878 | US Mail (1st Class) |
| 29420 | CARSON YODER, 950 25TH STREET NW, #104N, WASHINGTON, DC, 20037 | US Mail (1st Class) |
| 29420 | CEDE & CO (FAST ACCOUNT), P O BOX 20, BOWLING GREEN STATION, NEW YORK, NY, 10004-1408 | US Mail (1st Class) |
| 29420 | CHAD R FAMILANT, 5225 POOKS HILL RD, #214S, BETHESDA, MD, 20814 | US Mail (1st Class) |
| 29420 | CHAD STOCKMAN, 4428 FLINTSTONE ROAD, ALEXANDRIA, VA, 22306 | US Mail (1st Class) |
| 29420 | CHARLES PROFFITT, 9506 MCKINLEY, MANASSAS, VA, 20110 | US Mail (1st Class) |
| 29422 | CHARLES SCHWAB & CO., INC. (164), RONNIE FUIAVA, ATTN PROXY DEPARTMENT, 211 MAIN STREET, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 29422 | CIBC WORLD MARKETS INC    (5030), JERRY NICASTRO, DIRECTOR, 161 BAY STREET, 10TH FLOOR, TORONTO, ON, M5J 2S8 CANADA | US Mail (1st Class) |
| 29422 | CITADEL TRADING GROUP, LLC (0775), MARCIA BANKS, 101 S DEARBORN ST, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 29422 | CITIBANK, N.A. (908), CAROLYN TREBUS, 3800 CITIBANK CENTER B3-12, TAMPA, FL, 33610 | US Mail (1st Class) |
| 29420 | CITIGROUP FINANCIAL PRODUCTS INC, C/O ASSOCIATE GLOBAL SPECIAL, SITUATIONS GROUP, 390 GREENWICH STREET 7TH FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 29422 | CITIGROUP GLOBAL MARKETS INC. (418), PAT HALLER, 333 W 34TH STREET, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 29420 | CLAUDE SHEER, 5 PILLSBURY DRIVE, SCARBOROUGH, ME, 04074-9253 | US Mail (1st Class) |
| 29420 | CLOVIS LEITE FILHO, 42813 RIDGEWAY DR, ASHBURN, VA, 20148 | US Mail (1st Class) |
| 29420 | COLIN BARROWS, 3813 BOSTWYCK, FUQUAY VARINA, NC, 27526-7526 | US Mail (1st Class) |
| 29420 | COLIN MORSE, 3854 N DITMAR RD, ARLINGTON, VA, 22207-4565 | US Mail (1st Class) |
| 29422 | COMERICA BANK (2108), TIM MADIGAN, 411 WEST LAFAYETTE, MAIL CODE 3404, DETROIT, MI, 48226 | US Mail (1st Class) |
| 29420 | CRAIG TOPPER, 21848 WESTDALE COURT, BROADLANDS, VA, 20148-4502 | US Mail (1st Class) |
| 29422 | CREDIT SUISSE SECURITES (USA) LLC (355), ISSUER SERVICES, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 29422 | CROWELL, WEEDON & CO (574), GEORGE LEWIS, 624 S. GRAND AVENUE, 25TH FLOOR, LOS ANGELES, CA, 90017 | US Mail (1st Class) |
| 29420 | DALE R HENDRICKSON &, CAROLYN HENDRICKSON JT TEN, 96 FALCON HILLS DRIVE, HIGHLANDS RANCH, CO, 80126-2901 | US Mail (1st Class) |
| 29420 | DAN B KEATING, 5122 LEATHERBACK ROAD, WOODBRIDGE, VA, 22193-5834 | US Mail (1st Class) |
| 29420 | DARYLE MACIOCHA, 1617 SWANN ST NW, #11, WASHINGTON, DC, 20009 | US Mail (1st Class) |
| 29420 | DAVID A STEINBERG, 1010 WISCONSIN AVENUE, SUITE 600, WASHINGTON, DC, 20007-3676 | US Mail (1st Class) |
| 29422 | DAVID LERNER ASSOCIATES, INC (5144), GERHARDT, FRANK, 477 JERICHO TURNPIKE, P.O. BOX 9006, SYOSSET, NY, 11791-9006 | US Mail (1st Class) |
| 29420 | DAVID MOIR, 10218 CEDAR POND CT, VIENNA, VA, 22182-2907 | US Mail (1st Class) |
| 29420 | DAVID STEINBERG, 1010 WISCONSIN AVENUE NW STE 600, WASHINGTON, DC, 20007-3676 | US Mail (1st Class) |
| 29420 | DAVID STEINBERG, 4510 JAMESTOWN ROAD, BETHESDA, MD, 20816-1858 | US Mail (1st Class) |
| 29420 | DAVID W MORSE, 13020 GREY FRIARS PL, OAK HILL, VA, 20171 | US Mail (1st Class) |
| 29420 | DAWN FRAIOLI, 13006 WINTER WILLOW DRIVE, FAIRFAX, VA, 22030-8221 | US Mail (1st Class) |
| 29422 | DESJARDINS SECURITIES INC.   (5028), KARLA DIAZ FOR MATERIALS, VALEURS MOBILIARES DESJARDINS2, COMPLEXE DESJARDINS TOUR EST, NIVEAU 62, E1-22, QC, H5B 1J2 CANADA | US Mail (1st Class) |
| 29420 | DIANE SIEGEL, C O INPHONIC INC, 1010 WISCONSIN AVE NW, WASHINGTON, DC, 20007-3603 | US Mail (1st Class) |
| 29420 | DONALD MOTSINGER, 4221 GUMTREE ROAD, WINSTON SALEM, NC, 27107-8769 | US Mail (1st Class) |
| 29420 | DONALD OWEN, 4119 SHARP ROAD, GLENELG, MD, 21737 | US Mail (1st Class) |
| 29420 | DONNA HARDY, 10401 FOREST LAKE TERRACE, MITCHELLVILLE, MD, 20721-3121 | US Mail (1st Class) |
| 29420 | DOREEN BRENSIKE, 940 BARTON OAKS PLACE, HERNDON, VA, 20170 | US Mail (1st Class) |
| 29420 | DOUGLAS CARSWELL, 3580 TUCKERS FARM ROAD, MARIETTA, GA, 30067-5181 | US Mail (1st Class) |
| 29422 | DRESDNER KLEINWORT SECURITIES LLC (0126), ISSUER SERVICES, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29420 | DWAC PASS-THRU ACCOUNT, COVERING SHARES VESTED UNDER THE, COMPANY`S RESTRICTED STOCK PLAN, C/O AMERICAN STOCK TRANSFER, 6201 15 AVE, BROOKLYN, NY, 11219 | US Mail (1st Class) |
| 29422 | E TRADE CAPITAL MARKETS, LLC (0157), SHELDON MENDELSBERG, ONE FINANCIAL PLACE, 440 S LASALLE STREET, SUITE 3030, CHICAGO, IL, 60605 | US Mail (1st Class) |
| 29422 | E TRADE CLEARING LLC (385), BRIAN LEMARGIE, 10951 WHITE ROCK ROAD, RANCHO CORDOVA, CA, 95670 | US Mail (1st Class) |
| 29422 | EDWARD D. JONES & CO. (057), CHERYL BOSEMAN, 700 MARYVILLE CENTER DRIVE, ST. LOUIS, MO, 63141 | US Mail (1st Class) |
| 29420 | ERIC LUNN, 10887 HUNTER GATE WA, RESTON, VA, 20194-1447 | US Mail (1st Class) |
| 29420 | ESTHER DYSON, C/O MEETUP, 632 BROADWAY 10TH FLOOR, NEW YORK, NY, 10012-2614 | US Mail (1st Class) |
| 29420 | FAISAL SIDDIQUI, 6503 CATHCART ROAD, ANNANDALE, VA, 22003-2022 | US Mail (1st Class) |
| 29422 | FERRIS, BAKER WATTS, INCORPORATED (039), GAIL TIGGLE, MANAGER, 8403 COLESVILLE ROAD, SUITE 900, SILVER SPRING, MD, 20910 | US Mail (1st Class) |
| 29422 | FIDUCIARY SSB (987), STEPHEN M. MORAN, 225 FRANKLIN STREET, MAO-3, BOSTON, MA, 02110 | US Mail (1st Class) |
| 29422 | FIFTH THIRD BANK (THE) (2116), LANCE WELLS, 38 FOUNTAIN SQUARE PLAZA, MAIL DROP 1090F1, CINCINNATI, OH, 45263 | US Mail (1st Class) |
| 29422 | FIRST CLEARING, LLC (141), PAMELA SINER, AVP, 10700 WHEAT FIRST DRIVE, WS 1024, GLEN ALLEN, VA, 23060 | US Mail (1st Class) |
| 29422 | FIRST SOUTHWEST COMPANY (309), JAMES FURINO, 1700 PACIFIC AVE, SUITE 500, DALLAS, TX, 75201 | US Mail (1st Class) |
| 29422 | FISERV TRUST COMPANY/IA SERVICES (5998), LA VONNE VESPOLI, SUPERVISOR, 717-17TH STREET, SUITE 2600, DENVER, CO, 80202 | US Mail (1st Class) |
| 29422 | FOLIO (FN) INVESTMENTS, INC (728), JIM DETWILER, MANAGER, 800 TOWERS CRESENT DRIVE, VIENNA, VA, 22182 | US Mail (1st Class) |
| 29420 | FRANCINE ROSENBERG, 350 JACKSON STREET, DENVER, CO, 80206-4539 | US Mail (1st Class) |
| 29420 | FRANK BENNETT III, 930 SHETLAND COURT, MCLEAN, VA, 22102-1319 | US Mail (1st Class) |
| 29420 | FRANK VENO, 12136 RAIN SLICKER PL, NOKESVILLE, VA, 20181 | US Mail (1st Class) |
| 29420 | FREDERICK SEFCOVIC, 1317 WELLWATER CT, RALEIGH, NC, 27614-6527 | US Mail (1st Class) |
| 29420 | GARY D FIELDS, 12740 NORTH SPRING CREEK RD, PARKER, CO, 80138-8239 | US Mail (1st Class) |
| 29420 | GARY SMITH, 14925 CEMETARY ROAD, COOKSVILLE, MD, 21723-9418 | US Mail (1st Class) |
| 29420 | GARY TIEDEMANN, 8558 WYNGATE MANOR CT, ALEXANDRIA, VA, 22309 | US Mail (1st Class) |
| 29422 | GENESIS SECURITIES, LLC (118), BOB NAZARIO, 50 BROAD STREET, 2ND FLOOR, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 29420 | GEOFFREY R MOTT, 599 PRIMUS COURT, FREDERICK, MD, 21703 | US Mail (1st Class) |
| 29420 | GEORGE MORATIS, 107744 BEECHNUT COURT, FAIRFAX STATION, VA, 22039 | US Mail (1st Class) |
| 29420 | GLOBAL EXCHANGE SERVICES,INC., 100 EDISON PARK DRIVE,51A3, GAITHERSBURG, MD, 20878-3204 | US Mail (1st Class) |
| 29422 | GLOBAL SECURITIES CORP./CDS (5069), 3 BENTALL CENTRE, 595 BURRARD STREET, 11TH FLOOR, VANCOUVER, BC, V7X 1J1 CANADA | US Mail (1st Class) |
| 29422 | GOLDMAN SACHS EXECUTION & CLEARING, L.P. (501), ANTHONY BRUNO, 30 HUDSON STREET, JERSEY CITY, NJ, 07302-4699 | US Mail (1st Class) |
| 29422 | GOLDMAN SACHS INTERNATIONAL (5208), GLORIA LIO, VP, 30 HUDSON STREET, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 29422 | GOLDMAN, SACHS & CO. (005), GLORIA LIO, 30 HUDSON STREET, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 29420 | GORDON PETERS, 2005 KEY BLVD, APT 584, ARLINGTON, VA, 22201 | US Mail (1st Class) |
| 29420 | GRANT YODER, 2417 N OTTAWA STREET, ARLINGTON, VA, 22205-2112 | US Mail (1st Class) |
| 29420 | GREGORY COLE, 19226 COTON HALL ST, LEESBURG, VA, 20176-3816 | US Mail (1st Class) |
| 29420 | H TODD MILLER, 5507 GROVE ST, CHEVY CHASE, MD, 20815-3422 | US Mail (1st Class) |
| 29422 | H&R BLOCK FINANCIAL ADVISORS, INC. (756), MIKE KOHLER, 751 GRISWOLD STREET, DETROIT, MI, 48226 | US Mail (1st Class) |
| 29422 | HILL, THOMPSON, MAGID & CO., INC. (0633), FREDRICK LANDO, 15 EXCHANGE PLACE, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 29420 | HOLLY KAPOS, 3338 WILLOW CRESCENT DRIVE, #31, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 29420 | HOLLY M RAWSON, 16453 FREDERICK ROAD, WOODBINE, MD, 21797 | US Mail (1st Class) |
| 29422 | HSBC SECURITIES (CANADA) INC (5048), JAEGAR BARRYMORE, 105 ADELAIDE ST., WEST, SUITE 1200, TORONTO, ON, M5H 1P9 CANADA | US Mail (1st Class) |

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29422 | HSBC SECURITIES (USA) INC (816), DOMINICK ANDREASSI, VP, 452 5TH AVENUE, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 29420 | IAC INVESTMENT COMPANY IX LLC, 1010 WISCONSIN AVENUE NW STE 600, WASHINGTON, DC, 20007-3676 | US Mail (1st Class) |
| 29420 | INPHONIC INC RESTRICTED STOCK PLAN, SEE # 14280, 11130 SUNRISE VALLEY DR SUITE 300, RESTON, VA, 20191 | US Mail (1st Class) |
| 29420 | INPHONIC INC., BOOK-ENTRY TREASURY ACCOUNT, SUITE 600, 1010 WISCONSIN AVENUE, WASHINGTON, DC, 20007-3603 | US Mail (1st Class) |
| 29422 | INTERACTIVE BROKERS RETAIL EQUITY CLEARING (534), ALEX ITSKOVICH, TWO PICKWICK PLAZA, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 29420 | IRA BRIND, 180 RITTENHOUSE SQUARE 14A, PHILADELPHIA, PA, 19103-4910 | US Mail (1st Class) |
| 29420 | IRA BRIND, C/O JP MORGAN CHASE CO, 500 STANTON CHRISTINA ROAD, NEWARK, DE, 19713-2107 | US Mail (1st Class) |
| 29420 | IRA BRIND, 1926 ARCH STREET, PHILADELPHIA, PA, 19103-1444 | US Mail (1st Class) |
| 29420 | IRVING SIEGEL, C O INPHONIC INC, 1010 WISCONSIN AVENUE NW, WASHINGTON, DC, 20007-3603 | US Mail (1st Class) |
| 29422 | J.J.B. HILLIARD, W.L. LYONS, INC (0768), C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 29420 | JACK KEMP, 1901 PENNSYLVANIA AVENUE,NW STE 300, WASHINGTON, DC, 20006-3405 | US Mail (1st Class) |
| 29420 | JAMES VEDDER, 13119 NEW PARKLAND DRIVE, OAK HILL, VA, 20171-2674 | US Mail (1st Class) |
| 29422 | JANNEY MONTGOMERY SCOTT, LLC (374), REGINA LUTZ, 1801 MARKET STREET, 9TH FLOOR, PHILADELPHIA, PA, 19103-1675 | US Mail (1st Class) |
| 29420 | JASON S GOLDMAN, 9176 BROKEN OAK PLACE, BURKE, VA, 22015 | US Mail (1st Class) |
| 29420 | JEAN ROTHWELL, 4952 MOONFALL WAY, COLUMBIA, MD, 21044-1536 | US Mail (1st Class) |
| 29420 | JEFF BASKIN, 5600 19TH N, ARLINGTON, VA, 22205-3102 | US Mail (1st Class) |
| 29422 | JEFFERIES & COMPANY, INC. (019), CHARLES ERRIGO, HARBORSIDE FINANCIAL CENTER, 705 PLAZA 3, JERSEY CITY, NJ, 07311 | US Mail (1st Class) |
| 29420 | JEFFREY GILL, PO BOX 827, HAYMARKET, VA, 20168 | US Mail (1st Class) |
| 29420 | JEFFREY GURGANUS, 5004 EARLSTON DRIVE, BETHESDA, MD, 20816 | US Mail (1st Class) |
| 29420 | JEFFREY OWEN, 12200 WHEAT MILL LOOP, BRISTOW, VA, 20136 | US Mail (1st Class) |
| 29420 | JENNIFER GENDELL, 4116 11TH STREET N, ARLINGTON, VA, 22201 | US Mail (1st Class) |
| 29420 | JENNIFER HICKEY, 5109 FLANDERS AVENUE, KENSINGTON, MD, 20895 | US Mail (1st Class) |
| 29420 | JENNIFER O'DONNELL, 1200 N HERNDON ST, #338, ARLINGTON, VA, 22201 | US Mail (1st Class) |
| 29420 | JODI G MCDERMOTT, 7813 BIRNAM WOOD DRIVE, MCLEAN, VA, 22102-2708 | US Mail (1st Class) |
| 29420 | JOEL A LAYTON, 506 ELM STREET, FREDERICK, MD, 21701-4927 | US Mail (1st Class) |
| 29420 | JOHN ATHAYDE, 5014 N 25TH STREET, ARLINGTON, VA, 22207 | US Mail (1st Class) |
| 29420 | JOHN BAILEY, 20667 ASHLEAF CT, POTOMAC FALLS, VA, 20165-7326 | US Mail (1st Class) |
| 29420 | JOHN BRIAN MARKS, 2805 KENTSHIRE PL, APEX, NC, 27523 | US Mail (1st Class) |
| 29420 | JOHN HANNULA, 737 HEATHERHILL CT, BETHESDA, MD, 20817 | US Mail (1st Class) |
| 29420 | JOHN PURCELL, 3310 CIRCLE HILL ROAD, ALEXANDRIA, VA, 22305-1708 | US Mail (1st Class) |
| 29420 | JOHN SCULLEY, 90 PARK AVENUE,32ND FLOOR, NEW YORK, NY, 10016-1301 | US Mail (1st Class) |
| 29420 | JOHN SCULLEY, C/O RHO CAPITAL, 152 WEST 57TH ST 23RD FL, NEW YORK, NY, 10019-3310 | US Mail (1st Class) |
| 29420 | JOHN SCULLEY, C/O RHO VENTURES, 152 WEST 57TH STREET, 23RD FLOOR, NEW YORK, NY, 10019-3310 | US Mail (1st Class) |
| 29420 | JOHN SCULLEY IRREVOCABLE TRUST, UDT 12 30 97 FBO MADELINE ALLNATT, ATTN MS HELEN A VOLLMER CREDIT SUISSE, FIRST BOSTON, 650 CALIFORNIA STREET 31, SAN FRANCISCO, CA, 94108 | US Mail (1st Class) |
| 29420 | JOHN SCULLEY IRREVOCABLE TRUST, UDT 12 30 97 FBO OLIVER ALLNATT, ATTN MS HELEN A VOLLMER CREDIT SUISSE, FIRST BOSTON, 650 CALIFORNIA STREET 31, SAN FRANCISCO, CA, 94108 | US Mail (1st Class) |
| 29420 | JON SMUCKER, 1415 SOUTH BARTON ST, #260, ARLINGTON, VA, 22204 | US Mail (1st Class) |
| 29420 | JOSEPH EDWARD BATIS, 313 NORTH CHICAGO STREET, JOLIET, IL, 60432-4040 | US Mail (1st Class) |
| 29420 | JOSEPH P PAYNE, 5916 WOODACRES DRIVE, BETHESDA, MD, 20816-3428 | US Mail (1st Class) |
| 29420 | JOSEPH R LUBY, 21224 CRAB ORCHARD CT, ASHBURN, VA, 20147 | US Mail (1st Class) |
| 29420 | JOSHUA KORSOWER, 13601 VALLEY DRIVE, ROCKVILLE, MD, 20850-3657 | US Mail (1st Class) |

## Exhibit D - Solicitation

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29422 | JP MORGAN CHASE BANK (902), PROXY SERVICES, 14201 DALLAS PKWY STE 121, DALLAS, TX, 75254 | US Mail (1st Class) |
| 29422 | JP MORGAN SCURITIES INC. (0060), ERIC ALSOP, 500 STANTON CHRISTIANA RD, NEWARK, DE, 19713 | US Mail (1st Class) |
| 29420 | JULIE M OSSIPOVE, 25610 FARMBROOK, SOUTHFIELD, MI, 48034 | US Mail (1st Class) |
| 29420 | KAR FAI KOO, 3810 LIGHTFOOT ST, #102, CHANTILLY, VA, 20151 | US Mail (1st Class) |
| 29420 | KATEASE DEVAUGHN, 505 CASTLEWOOD PLACE, LARGO, MD, 20774-6002 | US Mail (1st Class) |
| 29420 | KATHLEEN HAITHCOCK, 2201 S COLUMBUS, ARLINGTON, VA, 22206-1076 | US Mail (1st Class) |
| 29420 | KELLEY A LEAHEY, 4300 35TH STREET SOUTH, #B-1, ARLINGTON, VA, 22206 | US Mail (1st Class) |
| 29420 | KENNETH D LANDRY, 2308 BRISTERS SPRING WAY, APEX, NC, 27523-4829 | US Mail (1st Class) |
| 29420 | KESHA EVANS, 3811 MILITARY RD NW, WASHINGTON, DC, 20015-2703 | US Mail (1st Class) |
| 29420 | KIRKLAND & ELLIS LLP, ANDREA JOHNSON, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29420 | KIRKLAND & ELLIS LLP, ANUP SATHY, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29420 | KIRKLAND & ELLIS LLP, DAVID A AGAY, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29420 | KIRKLAND & ELLIS LLP, JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29420 | KRISTEN A GULSON, 24130 LENAH WOODS PLACE, ALDIE, VA, 20105 | US Mail (1st Class) |
| 29420 | KRISTEN MARTINEZ, 18406 LANIER ISLAND SQUARE, LEESBURG, VA, 20176-3936 | US Mail (1st Class) |
| 29420 | KYONG CHOE, 3435 VALLEY DR, ALEXANDRIA, VA, 22302-2130 | US Mail (1st Class) |
| 29420 | LAM NGO, 113 LAMLASH LANE, CARY, NC, 27511-5675 | US Mail (1st Class) |
| 29420 | LAP INPHONIC HOLDINGS LLC, 3 BALA PLAZA EAST SUITE 502, BALA CYNWYD, PA, 19004-3481 | US Mail (1st Class) |
| 29420 | LAURENCE E HARRIS, C/O PATTON BOGGS LLP, 2550 M STREET NW, WASHINGTON, DC, 20037-1301 | US Mail (1st Class) |
| 29420 | LAWRENCE WINKLER, 11507 SKIPWITH LANE, POTOMAC, MD, 20854-1642 | US Mail (1st Class) |
| 29420 | LEAH I BREWSTER, 1515 JUDD COURT, HERNDON, VA, 20170-2564 | US Mail (1st Class) |
| 29422 | LEGENT CLEARING LLC (052), SHAWN BROWN, 9300 UNDERWOOD AVENUE, SUITE 400, OMAHA, NE, 68114 | US Mail (1st Class) |
| 29422 | LEHMAN BROTHERS, INC. (074), JIM GARDINER - REORG, 70 HUDSON, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 29420 | LEN FAMILANT, 3827 KENILWORTH DRIVE, CHEVY CHASE, MD, 20815-6713 | US Mail (1st Class) |
| 29420 | LINH HUYNH, 11397 ARISTOTLE DRIVE, #207, FAIRFAX, VA, 22003 | US Mail (1st Class) |
| 29422 | LINSCO/PRIVATE LEDGER CORP. (075), ROSANN TANNER, 9785 TOWNE CTR DRIVE, SAN DIEGO, CA, 92121-1968 | US Mail (1st Class) |
| 29420 | LORI JOHNSON, 43104 GOLF VIEW DRIVE, SOUTH RIDING, VA, 20152 | US Mail (1st Class) |
| 29420 | LOUIS PROVOST, 1010 WISCONSIN AVE #600, WASHINGTON, DC, 20007-3676 | US Mail (1st Class) |
| 29422 | M&I MARSHALL & ILSLEY (992), ISSUER SERVICES, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 29420 | MAHONEY & MAHONEY LLC, 11865 FEDERAL SQUARE SUITE 101, WALDORF, MD, 20602-3226 | US Mail (1st Class) |
| 29420 | MARC HECHT, 214 UPPER MILL COURT, CENTREVILLE, MD, 21617 | US Mail (1st Class) |
| 29420 | MARC TOLKOV, 182 ARBOR CREST, SOMERS, NY, 10589 | US Mail (1st Class) |
| 29420 | MARCI K ROBINSON ANNUITY TRUST, 646 BRYANT STREET, DENVER, CO, 80204-4122 | US Mail (1st Class) |
| 29420 | MARIA CANFORA, 311 SOUTH PICKETT STREET, ALEXANDRIA, VA, 22304-4703 | US Mail (1st Class) |
| 29420 | MARK H RHYNES, 1522 W MANCHESTER AVE, LOS ANGELES, CA, 90047 | US Mail (1st Class) |
| 29420 | MARK MIHILL, 3000 DUNCAN DRIVE, ADELPHI, MD, 20783 | US Mail (1st Class) |
| 29420 | MARK PERRIGO, 3929 CHANTILLY ROAD, CHANTILLY, VA, 20151-3310 | US Mail (1st Class) |
| 29422 | MARSCO INVESTMENT CO (287), KAREN JACOBSEN, CEO, 101 EISENHOWER PKWY, ROSELAND, NJ, 07068 | US Mail (1st Class) |
| 29420 | MARSHALL WOLF, BOX 566, CHURCH STREET STATION, NEW YORK, NY, 10008 | US Mail (1st Class) |
| 29420 | MARY LOU CODER, 44782 ASHLAR TERRACE, #400, ASHBURN, VA, 20147 | US Mail (1st Class) |
| 29420 | MATTHEW DOWELL, 2104 SUGARLOAF COURT, HERNDON, VA, 20170-4008 | US Mail (1st Class) |
| 29420 | MEGAN E MURRAY, 5313 WILLARD AVENUE, CHEVY CHASE, MD, 20815 | US Mail (1st Class) |

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29420 | MEGAN SALIB, 91 HEDDEN TERRACE, NORTH ARLINGTON, NJ, 07031 | US Mail (1st Class) |
| 29420 | MEI LIN STREIN, 46421 MONTGOMERY PLACE, STERLING, VA, 20165 | US Mail (1st Class) |
| 29420 | MELANIE PHUNG, 1245 4TH STREET SW, #E509, WASHINGTON, DC, 20024 | US Mail (1st Class) |
| 29422 | MELLON TRUST OF NEW ENGLAND, NA (954), MELISSA TARASOVICH, 525 WILLIAM PENN PLACE, SUITE 3418, PITTSBURGH, PA, 15259 | US Mail (1st Class) |
| 29420 | MICHAEL A GARDNER, 20118 DESERT FOREST DR, ASHBURN, VA, 20147 | US Mail (1st Class) |
| 29420 | MICHAEL HAMBRIGHT, 1010 WISCONSIN AVE #600, WASHINGTON, DC, 20007-3676 | US Mail (1st Class) |
| 29420 | MICHAEL WALDEN, 65 HULL AVENUE, ANNAPOLIS, MD, 21403-4504 | US Mail (1st Class) |
| 29420 | MICHAEL WATSON, 1370 PHILLIPS ROAD, MEMPHIS, TN, 38134-8025 | US Mail (1st Class) |
| 29420 | MICHELLE CHORLTON, 1801 N INGLEWOOD STREET, ARLINGTON, VA, 22205-3002 | US Mail (1st Class) |
| 29420 | MID-ATLANTIC CAI FUND U/A DTD 12/20/05, JAMES E MCNAIR TTEE PATTON BOGGS LLP, 8484 WESTPARK DR 9TH FLOOR, MCLEAN, VA, 22102-5117 | US Mail (1st Class) |
| 29420 | MIKE GOYNES, 3000 S RANDOLPH ST, #623, ARLINGTON, VA, 22206 | US Mail (1st Class) |
| 29420 | MITCHELL KING, 7516 SUNRISE ROAD, CHAPEL HILL, NC, 27514-9718 | US Mail (1st Class) |
| 29422 | ML SFKPG (5198), VERONICA E. O'NEILL, 101 HUDSON ST, 8TH FLOOR, JERSEY CITY, NJ, 07302 | US Mail (1st Class) |
| 29420 | MOON T KIM, 8302 NIGHTINGALE CT, ANNANDALE, VA, 22003 | US Mail (1st Class) |
| 29422 | MORGAN STANLEY & CO., INCORPORATED (050), MICHELLE FORD, 901 SOUTH BOND ST, 6TH FL, BALTIMORE, MD, 21231 | US Mail (1st Class) |
| 29422 | MORGAN STANLEY DW INC. (015), JOHN STAHLMAN, VP, HARBORSIDE FINANCIAL CENTER, PLAZA 3, 4TH FLOOR, JERSEY CITY, NJ, 07311 | US Mail (1st Class) |
| 29422 | MORGAN, KEEGAN & COMPANY, INC. (780), CAROL ANTLEY, 50 NORTH FRONT STREET, MEMPHIS, TN, 38103 | US Mail (1st Class) |
| 29420 | NANDITA KALYAN, 5701 GOVERN POND CIRCLE, ALEXANDRIA, VA, 22310-2342 | US Mail (1st Class) |
| 29420 | NASIR RIZVI, 21439 FALLING ROCK TR, ASHBURN, VA, 20148 | US Mail (1st Class) |
| 29420 | NATIONAL BANK OF CANADA, C/O BARBARA KEARNEY, PUTNAM LOVELL NBF SECURITIES, 65 EAST 55TH STREET 34TH FL, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29422 | NATIONAL CITY BANK (2316), HALLE STASKEY, 4100 WEST 150TH STREET, CLEVELAND, OH, 44135 | US Mail (1st Class) |
| 29422 | NATIONAL FINANCIAL SERVICES, LLC (226), LOU TREZZA, 200 LIBERTY STREET, NEW YORK CITY, NY, 10281 | US Mail (1st Class) |
| 29422 | NATIXIS BLEICHROEDER INC. (0031), JOHN CLEMENTE, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY, 10105-4300 | US Mail (1st Class) |
| 29422 | NBCN INC.   (5008), DANIEL NTAP, 1010 RUE DE LA GAUCHETIERE ST WEST, SUITE 1925, MONTREAL, QC, H3B 5J2 CANADA | US Mail (1st Class) |
| 29420 | NEIL RYAN, 21365 GLEBE VIEW DRIVE, ASHBURN, VA, 20148 | US Mail (1st Class) |
| 29422 | NOMURA INTERNATIONAL TRUST COMPANY (2951), PATRICIA LYNCH, 2 WORLD FINANCIAL CENTER, BULIDING B, 18TH FLOOR, NEW YORK, NY, 10281 | US Mail (1st Class) |
| 29422 | NORTHERN TRUST COMPANY, THE (2669), JOE SWANSON, VP, 801 S. CANAL C-IN, CHICAGO, IL, 60607 | US Mail (1st Class) |
| 29420 | NVP II AFFILIATED FUND LP, ATTN JONATHAN EBINGER, 8000 TOWERS CRESCENT DRIVE SUITE 1210, VIENNA, VA, 22182-6207 | US Mail (1st Class) |
| 29422 | OPPENHEIMER & CO., INC. (571), OSCAR MAZARIO, 125 BROAD STREET, 15TH FLOOR, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 29422 | OPTIONXPRESS, INC. (338), SCOTT JOHNSON, 311 W MONROE STREET, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 29420 | PATCHAMUTHU JAIPRAKASH, 23079 DUCATO COURT, ASHBURN, VA, 20191 | US Mail (1st Class) |
| 29420 | PATRICIA A ZEILER, 7302 BONNIEMILL LANE, SPRINGFIELD, VA, 22150 | US Mail (1st Class) |
| 29420 | PAUL KELLY, 30 EDGEWATER HILLSIDE, WESTPORT, CT, 06880-6101 | US Mail (1st Class) |
| 29420 | PAUL O'ROURKE & MELINDA O'ROURKE TTEES, O'ROURKE FAMILY TRUST, 1551 GENESSEE RIDGE ROAD, GOLDEN, CO, 80401-8000 | US Mail (1st Class) |
| 29420 | PELAGIC INSTITUTIONAL LP, 101 PARK AVE 21ST FLOOR, NEW YORK, NY, 10178 | US Mail (1st Class) |
| 29422 | PENSON FINANCIAL SERVICES, INC. (5063), ROBERT MCPHEARSON, MANAGER, 330 BAY ST, SUITE 711, TORONTO, ON, M5H 2S8 CANADA | US Mail (1st Class) |
| 29422 | PENSON FINANCIAL SERVICES, LLC (234), JAMES MCGRATH, 1700 PACIFIC AVENUE, SUITE 1400, DALLAS, TX, 75201 | US Mail (1st Class) |
| 29422 | PERELMAN - CARLEY & ASSOCIATES, INC. (8086), STEVE PERELMAN PRINCE, TWIN TOWERS, 3000 FARNAM STREET, OMAHA, NE, 68131 | US Mail (1st Class) |

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29422 | PERSHING LLC (443), AL HERNANDEZ, SECURITIES CORPORATION, 1 PERSHING PLAZA, JERSEY CITY, NJ, 07399 | US Mail (1st Class) |
| 29420 | PETER FEINBERG, 1622 WEST MORELAND ST, MCLEAN, VA, 22101-5168 | US Mail (1st Class) |
| 29420 | PHAT GUYS,LLC, ATTN MR MERRILL MASON HUTCHISON &, MASON PLLC, 905 YARMOUTH RD, RALEIGH, NC, 27607 | US Mail (1st Class) |
| 29420 | PHONG TRAN, 5601 24TH STREET N, ARLINGTON, VA, 22205 | US Mail (1st Class) |
| 29420 | PIPER JAFFRAY & CO, STEPHEN KYLLO, 800 NICOLLET MALL, J2012087, RECON CTL, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 29422 | PNC BANK, NA (2616), ROB HALLOWELL, SUPERVISOR, 8800 TINICUM BLVDT, MS F6-F266-02-2, PHILADELPHIA, PA, 19153 | US Mail (1st Class) |
| 29420 | R ANDREW GIRARDOT,JR, 9 CASTLE PINES DRIVE NORTH, CASTLE ROCK, CO, 80108-9008 | US Mail (1st Class) |
| 29420 | RACHAEL WOOD, 1833 NEW HAMPSHIRE AVE NW, #205, WASHINGTON, DC, 20009 | US Mail (1st Class) |
| 29420 | RAYMOND DONNELLY III, ONE NORTH FENWICK ST, ARLINGTON, VA, 22201-1015 | US Mail (1st Class) |
| 29420 | RAYMOND E PINCZKOWSKI,JR, 1597 SANDSTONE CIRCLE P OBOX, P O.BOX 1857, BORREGO SPRINGS, CA, 92004-1857 | US Mail (1st Class) |
| 29422 | RAYMOND, JAMES & ASSOCIATES, INC. (725), MIKE DILLARD, 880 CARILION PARKWAY, P.O. BOX 12749, ST. PETERSBURG, FL, 33716 | US Mail (1st Class) |
| 29422 | RBC DAIN RAUSCHER INC. (235), STEVE SCHAFER SR, 510 MARQUETTE AVE SOUTH, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 29422 | RBC DOMINION SECURITIES, INC.    (5002), KAREN OLIVERES, 200 BAY STREET, 6TH FLOOR, ROYAL BANK PLAZA, NORTH TOWER, TORONTO, ON, M5J 2W7 CANADA | US Mail (1st Class) |
| 29420 | REGINALD PAYTON, 13315 FT WASHINGTON ROAD, FT WASHINGTON, MD, 20744 | US Mail (1st Class) |
| 29420 | RICHARD BUENAVENTURA, 2133 S OXFORD STREET, ARLINGTON, VA, 22204 | US Mail (1st Class) |
| 29420 | RICHARD FUSCHILLO, 6561 MEDINAH LANE, ALEXANDRIA, VA, 22312-3158 | US Mail (1st Class) |
| 29420 | RICHARD L ROBINSON ANNUITY TRUST, 646 BRYANT STREET, DENVER, CO, 80204-4122 | US Mail (1st Class) |
| 29420 | RICHARD STEINBERG, 10 IRON GATE HILL, WESTPORT, CT, 06880-5113 | US Mail (1st Class) |
| 29420 | RICHARD WHISAMORE, 13349 GLEN TAYLOR LANE, HERNDON, VA, 20171 | US Mail (1st Class) |
| 29422 | RIDGE CLEARING (158), KATHY GUILLOU, 55 WATER STREET, 32ND FLOOR, NEW YORK, NY, 10041 | US Mail (1st Class) |
| 29420 | ROBERT BAGNALL, 14401 ROCKY MOUNT COURT, CENTREVILLE, VA, 20120 | US Mail (1st Class) |
| 29420 | ROBERT CHITELLO, 16904 GOLDEN LEAF CT, HAMILTON, VA, 20158-3219 | US Mail (1st Class) |
| 29420 | ROBERT J DYER, 801 EAST 17TH AVENUE, DENVER, CO, 80218-1417 | US Mail (1st Class) |
| 29420 | ROBERT LEONARD, 21411 ASHBURN RUN PL, ASHBURN, VA, 20147-5351 | US Mail (1st Class) |
| 29420 | ROBERT TUNSTALL, 19428 MILL DAM PLACE, LANDSDOWNE, VA, 20176 | US Mail (1st Class) |
| 29420 | ROBERT WOOTEN, 520 N THOMAS STREET, APT 2, ARLINGTON, VA, 22203 | US Mail (1st Class) |
| 29420 | ROBIN BONIFACE, 39432 MEADOWLARK DR, HAMILTON, VA, 20191 | US Mail (1st Class) |
| 29420 | RODERICK WOODSON, 3304 MEDALLION COURT, PLEASANTON, CA, 94588 | US Mail (1st Class) |
| 29420 | ROMANE CRISPIN, 10701 BIRDIE LANE, UPPER MARLBORO, MD, 20774 | US Mail (1st Class) |
| 29420 | RONALD EVANS, 43952 RIVERPOINT DR, LEESBURG, VA, 20176 | US Mail (1st Class) |
| 29420 | SABEEN ZAFAR, 7784 GABRIEL GARTH C, SEVERN, MD, 21144 | US Mail (1st Class) |
| 29420 | SAMUEL H WILSON, 129 SHEFFIELD CIRCLE, CHAPEL HILL, NC, 27517-6515 | US Mail (1st Class) |
| 29422 | SANFORD C. BERNSTEIN & CO., LLC (013), CARMINE CARRELLA, DIRECTOR, ONE NORTH LEXINGTON AVE, WHITE PLAINS, NY, 10601 | US Mail (1st Class) |
| 29420 | SATISH B RAVELLA, 3500 SHEFFIELD MANOR TERR #103, SILVER SPRING, MD, 20904-7258 | US Mail (1st Class) |
| 29422 | SCOTIA CAPITAL INC (5011), NORMITA RAMIREZ, P.O. BOX 4085, STATION  A, TORONTO, ON, M5W 2X6 CANADA | US Mail (1st Class) |
| 29420 | SCOTT ABLEMAN, 1524 HARDWOOD LANE, MCLEAN, VA, 22101-2514 | US Mail (1st Class) |
| 29420 | SCOTT BARADELL, 17639 MILLWOOD PLACE, DALLAS, TX, 75287-6014 | US Mail (1st Class) |
| 29420 | SCOTT BARNES, 237 HARRY S TRUMAN DR, APT 32, LARGO, MD, 20774 | US Mail (1st Class) |
| 29422 | SCOTTRADE, INC. (705), ISSUER SERVICES, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 29420 | SEAN MALLON, 46363 HAMPSHIRE STATION DRIVE, STERLING, VA, 20165-6466 | US Mail (1st Class) |
| 29422 | SG AMERICAS SECURITIES, LLC (286), PETE SCAVONE, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 29420 | SHANE CANNON, 6902 SOUTHRIDGE DRIVE, MCLEAN, VA, 22101 | US Mail (1st Class) |

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29420 | SHASHI KUMARASWAMY, 936 HEATHMOOR LN, CARY, NC, 27513-2963 | US Mail (1st Class) |
| 29420 | SIMPLEXITY, JONATHAN KOCH, 122 WEST 27TH STREET, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 29420 | SITA-RAMA MACHUGA, 8560 2ND AVENUE #1107, SILVER SPRING, MD, 20910-6311 | US Mail (1st Class) |
| 29422 | SOUTHWEST SECURITIES, INC. (279), CHRISTINA FINZEN, 1201 ELM STREET, SUITE 3700, DALLAS, TX, 75270 | US Mail (1st Class) |
| 29420 | STACIE MOORE, 808 INDIAN WELLS COURT, MITCHELLVILLE, MD, 20721-2306 | US Mail (1st Class) |
| 29422 | STATE STREET BANK & TRUST COMPANY, PAUL DESHARNAIS, MANAGER, 1776 HERITAGE DR., NORTH QUINCY, MA, 02171 | US Mail (1st Class) |
| 29420 | STEPHEN KROMBOLZ, 400 MASSACHUSETTS AVENUE NW #701, WASHINGTON, DC, 20001-6809 | US Mail (1st Class) |
| 29422 | STERNE, AGEE & LEACH, INC (750), MARIBETH WILLIAMS, 813 SHADES CREEK PARKWAY, SUITE 100-B, BIRMINGHAM, AL, 35242 | US Mail (1st Class) |
| 29420 | STEVEN C MARINARO, 8463 CLOVER LEAF DRIVE, MCLEAN, VA, 22102-2228 | US Mail (1st Class) |
| 29420 | STEVEN COX, 1502 LAMONT COURT, CHAPEL HILL, NC, 27517-2537 | US Mail (1st Class) |
| 29422 | STIFEL, NICOLAUS & COMPANY, INCORPORATED (793), CHRIS WIEGAND, 501 N BROADWAY 7TH FL, STOCK RECORD DEPT, ST. LOUIS, MO, 63102 | US Mail (1st Class) |
| 29420 | SUZANNE S KRAUS, 600 BATTLE MOUNTAIN ROAD, AMISSVILLE, VA, 20106-4327 | US Mail (1st Class) |
| 29422 | SWISS AMERICAN SECURITIES INC. (012), JANICA BRINK, 12 EAST 49TH STREET, 41ST FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 29420 | TAM WATTERS, 19763 SPYGLASS HILL CT, ASHBURN, VA, 20147 | US Mail (1st Class) |
| 29420 | TAWANNA MARTIN, 10700 CASTLETON TURN, UPPER MARLBORO, MD, 20774 | US Mail (1st Class) |
| 29422 | TD AMERITRADE, INC. (188), ISSUER SERVICES, C/O ADP PROXY SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY, 11717 | US Mail (1st Class) |
| 29422 | TD WATERHOUSE CANADA INC. (5036), BEVERLY ADAMS, 60 NORTH WINDPLACE, SCARBOROUGH, ON, M1S 5L4 CANADA | US Mail (1st Class) |
| 29422 | TERRA NOVA FINANCIAL, LLC (364), RAY BURLEY, 100 S. WACKER DRIVE, SUITE 1550, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 29422 | THE BANK OF NEW YORK (901), MITCHEL SOBOL, ONE WALL STREET, 6TH FL, NEW YORK, NY, 10286 | US Mail (1st Class) |
| 29420 | THE JACK F KEMP IRREVOCABLE TRUST, U A DATED JUNE 22,2000, OFFICE OF JACK KEMP ATTN BONA PARK, 1775 PENNSYLVANIA AVENUE NW, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 29420 | THOMAS D WOLF, 5751 EAST NASSAU PLACE, ENGLEWOOD, CO, 80111-1021 | US Mail (1st Class) |
| 29420 | TIM WEISBROD, 3830 N 9TH ST #401W, ARLINGTON, VA, 22203-5833 | US Mail (1st Class) |
| 29420 | TIMOTHY L WHITE, 4249 OAKGROVE WAY, CASTLE ROCK, CO, 80108-9034 | US Mail (1st Class) |
| 29420 | TOM WHEELER, 1650 30TH STREET NW, WASHINGTON, DC, 20007-2956 | US Mail (1st Class) |
| 29422 | TRADESTATION SECURITIES, INC (271), BRIAN DARBY, 8050 SW 10TH STREET, SUITE 2000, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 29422 | U.S. BANK, N.A. (2803), TIM KELLER, ATTN: SECURITIES CONTROL, 1555 N RIVERCENTER DR STE 302, MILWAUKEE, WI, 53212 | US Mail (1st Class) |
| 29422 | UBS AG STAMFORD BRANCH/AS CUSTODIAN (2507), WILLIAM ROME/CARLOS LEDE, 677 WASHINGTON BLVD, 9TH FLOOR, STAMFORD, CT, 06901 | US Mail (1st Class) |
| 29420 | UBS FINANCIAL SERVICES INC FOR SHARES, VESTED FROM THE COMPANY'S RESTRICTED, STOCK PLAN TO BE TAKEN VIA DWAC, 1000 HARBOR BOULEVARD, WEEHAWKEN, NJ, 07086-6761 | US Mail (1st Class) |
| 29422 | UBS FINANCIAL SERVICES LLC (221), JANE FLOOD, 1200 HARBOR BLVD, WEEHAWKEN, NJ, 07086 | US Mail (1st Class) |
| 29422 | UBS SECURITIES LLC (642), JEFF SCOTT, 677 WASHINGTON BLVD, 9TH FLOOR, STAMFORD, CT, 06901 | US Mail (1st Class) |
| 29420 | ULYSSES SMITH, 3809 CHARRED OAK COURT, FT WASHINGTON, MD, 20744 | US Mail (1st Class) |
| 29422 | US BANCORP INVESTMENTS, INC. (280), KATHY DABRUZZI, SUPERVISOR, 60 LIVINGSTON AVE, EP-MN-WN2H, ST PAUL, MN, 55107-1419 | US Mail (1st Class) |
| 29422 | USAA INVESTMENT MANAGEMENT COMPANY (367), JOYCE WILSON MANAGER, PO BOX 659453, SAN ANTONIO, TX, 78265 | US Mail (1st Class) |
| 29420 | VENTURE INVESTMENT PARTNERS I LLC, ATTN RICHARD L TUCH MANAGING PARTNER, 60 WELLS AVENUE, NEWTON, MA, 02459-3210 | US Mail (1st Class) |
| 29420 | VICTOR HUGO, 1511 N EDISON ST, ARLINGTON, VA, 22205-2637 | US Mail (1st Class) |
| 29420 | VINAY MANTHA, 42071 PEPPERBUSH PLACE, STONE RIDGE, VA, 20105-2923 | US Mail (1st Class) |
| 29420 | VINCENT RHYNES, 1514 W MANCHESTER AVE APT 5, LOS ANGELES, CA, 90047 | US Mail (1st Class) |
| 29420 | VINCENZO BARRANCA, 5550 COLUMBIA PIKE, #667, ARLINGTON, VA, 22204 | US Mail (1st Class) |

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Exhibit D - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29422 | WACHOVIA SECURITIES, LLP (201), BILL STEPHENSON, ONE NORTH JEFFERSON AVENUE, ST. LOUIS, MO, 63103 | US Mail (1st Class) |
| 29420 | WALTER LEACH, 9601 HUNTMASTER DRIVE, GAITHERSBURG, MD, 20882-1343 | US Mail (1st Class) |
| 29420 | WEB CLIENTS, INC.( 1010 INTERACTIVE ), 4143 SOLUTIONS CENTER, CHICAGO, IL, 60677-4001 | US Mail (1st Class) |
| 29420 | WEDBUSH MORGAN SECURITIES, INC. (103), ALICIA GONZALES, 1000 WILSHIRE BLVD, LOS ANGELES, CA, 90017 | US Mail (1st Class) |
| 29422 | WELLS FARGO INVESTMENTS, LLC (733), MARGARET KLASEN, 625 MARQUETTE AVENUE, 13TH FLOOR, MINNEAPOLIS, MN, 55402-2308 | US Mail (1st Class) |
| 29420 | WILLIAM MCKEITHAN, 1053 44TH STREET NE, WASHINGTON, DC, 20019 | US Mail (1st Class) |
| 29420 | WILLIAM OLIVER, 200 SEDGEMOON DRIVE, CARY, NC, 27513-5594 | US Mail (1st Class) |
| 29420 | WILLIMA D SCHUCK, 790 SUN BURST VISTA, MONUMENT, CO, 80132-8044 | US Mail (1st Class) |
| 29420 | WYNNEFIELD PRIVATE EQUITY PARTNERS LP, ATTN: MS. ANDREA MCFADDEN, WYNNEFIELD PRIVATE EQUITY, PARTNERS I & II L P, 2101 PINE STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29420 | WYRP 2000, ATTN MR LARRY ROBBINS WYRICK, ROBBINS YATES & PONTON LLP, 4101 LAKE BOONE TRAIL SUITE 300, RALEIGH, NC, 27607-7506 | US Mail (1st Class) |
| 29420 | WYRP FOUNDERS FUND, ATTN MR LARRY ROBBINS WYRICK, ROBBINS YATES & PONTON LLP, 4101 LAKE BOONE TRAIL SUITE 300, RALEIGH, NC, 27607-7506 | US Mail (1st Class) |
| 29420 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29420 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29420 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29420 | ZACHARY BUTTERFIELD, 590 S 15TH STREET, #406, ARLINGTON, VA, 22202 | US Mail (1st Class) |

**Subtotal for this group: 333**