# EXHIBIT E

**Exhibit E - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29424 | AMERICAN INTERNATIONAL GROUP INC ET AL, AIG BANKRUPTCY COLLECTIONS, MICHELLE A LEVITT, 70 PINE STREET, 28TH FLOOR, NEW YORK, NY, 10270 | US Mail (1st Class) |
| 29424 | AOL LLC, TIFFANY STRELOW COBB ESQ, VORYS SATER SEYMOUR & PESE LLP, 52 E GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29423 | ARCHER & GREINER PC, JOHN V FIORELLA ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), 300 DELAWARE AVE, STE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | ASSISTANT ATTORNEY GENERAL, DEBORAH WALDMEIR, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29423 | ASSISTANT GENERAL COUNSEL, PAUL CATALDO ESQ, (RE: GSI COMMERCE INC), 935 FIRST AVE, KING OF PRUSSIA, PA, 19406 | US Mail (1st Class) |
| 29423 | ASSISTANT GENERAL COUNSEL, TANYA M TAN ESQ, (RE: VALUECLICK INC), 30699 RUSSELL RANCH RD, STE 250, WESTLAKE VILLAGE, CA, 91362 | US Mail (1st Class) |
| 29424 | ATTORNEY GENERAL OF THE STATE OF OHIO, (RE: OHIO DEPARTMENT OF TAXATION), COLLECTIONS ENFORCEMENT, 150 E GAY STREET, 21ST FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29423 | ATTORNEY GENERAL, MICHAEL A COX, (RE: STATE OF MICHIGAN), CADILLAC PL, 3030 W GRAND BLVD, STE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29423 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE: IRON MOUNTAIN INFORMATION MGT INC), 155 FEDERAL ST, 9TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 29423 | BAYARD PA, ERIC M SUTTY, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29423 | BAYARD PA, MARY E AUGUSTINE, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29423 | BAYARD PA, NEIL B GLASSMAN, (RE: CO-COUNSEL TO DEBTOR), 222 DELAWARE AVE STE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29423 | BECKET AND LEE LLP, GILBERT B WEISMAN ESQ, (RE: AMERICAN EXPRESS TRAVEL SVCS), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 29423 | BIALSON BERGEN & SCHWAB, LAWRENCE M SCHWAB ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 29423 | BIALSON BERGEN & SCHWAB, PATRICK M COSTELLO ESQ, (RE: YAHOO! & OVERTURE SERVICES INC), 2600 EL CAMINO REAL STE 300, PALO ALTO, CA, 94306 | US Mail (1st Class) |
| 29423 | BINGHAM MCCUTCHEN LLP, STEVEN WILAMOWSKY ESQ, (RE: ACN COMMUNICATIONS SERVICES INC), 399 PARK AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29423 | BLANK ROME LLP, BONNIE GLANTZ FATELL ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | BLANK ROME LLP, JOEL SHAPIRO ESQ, (RE: GSI COMMERCE SOLUTIONS), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29423 | BLANK ROME LLP, MICHAEL D DEBAECKE ESQ, (RE: GSI COMMERCE SOLUTIONS), CHASE MANHATTAN CENTRE, 1201 MARKET ST STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | BLANK ROME LLP, REGINA STANGO KELBON ESQ, (RE: CELLCO PARTNERSHIP/VERIZON), ONE LOGAN SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29423 | BMC GROUP, ALAN DALSASS & BRAD DANIEL, 875 THIRD AVENUE, 5TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29423 | BOVITZ & SPITZER, J SCOTT BOVITZ ESQ, (RE: QUALUTION SYSTEMS INC), 880 W FIRST ST, STE 502, LOS ANGELES, CA, 90012-2430 | US Mail (1st Class) |
| 29424 | CALIFORNIA, STATE OF, FRANCHISE TAX BOARD, SPECIAL PROCEDURES SECTION, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 29423 | CAMPBELL & LEVINE LLC, KATHRYN S KELLER ESQ, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | CAMPBELL & LEVINE LLC, MARLA R ESKIN, (RE: MFORCE COMMUNICATIONS), 800 NORTH KING ST STE 300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | CHADBOURNE & PARKE LLP, DAVID M LEMAY ESQ, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 29423 | COHN BIRNBAUM SHEA, SCOTT D ROSEN, 100 PEARL ST, HARTFORD, CT, 06103-4500 | US Mail (1st Class) |
| 29424 | COMPTROLLER OF THE TREASURY, COMPLIANCE DIVISION, ROOM 409, 301 W PRESTON STREET, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29424 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES, BANKRUPTCY SECTION, C & E DIVISION, 25 SIGOURNEY ST, HARTFORD, CT, 06106-5032 | US Mail (1st Class) |
| 29424 | CONNOLLY BOVE LODGE HUTZ LLP, (RE: WATERFRONT CTR LMTD PRTNRSHIP), KAREN C BIFFERATO ESQ, THE NEMOURS BUILDING, 1007 N ORANGE ST - PO BOX 2207, WILMINGTON, DE, 19899 | US Mail (1st Class) |

**Exhibit E - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29423 | DEILY MOONEY & GLASTETTER LLP, MARTIN A MOONEY, (RE: CITICORP VENDOR FINANCE INC), 8 THURLOW TERR, ALBANY, NY, 12203 | US Mail (1st Class) |
| 29423 | DELAWARE SECRETARY OF STATE, FRANCHISE TAX DIVISION, PO BOX 898-F, DOVER, DE, 19903 | US Mail (1st Class) |
| 29423 | DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT INS, 4425 N MARKET STREET, WILMINGTON, DE, 19802 | US Mail (1st Class) |
| 29424 | DEPARTMENT OF TAXATION, PO BOX 27264, RICHMOND, VA, 23261 | US Mail (1st Class) |
| 29423 | DEVELOPERS DIVERSIFIED REALTY CORP, ERIC C COTTON ESQ, (RE: DDR SE WENDOVER & DULUTH REYNOLDS), 3300 ENTERPRISE PKWY, PO BOX 228042, BEACHWOOD, OH, 44122 | US Mail (1st Class) |
| 29423 | DLA PIPER US LLP, JEREMY R JOHNSON, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 29423 | DLA PIPER US LLP, THOMAS R CALIFANO, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 29423 | DLA PIPER US LLP, VINCENT J ROLDAN ESQ, (RE: DEBTOR), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 29424 | EMPLOYMENT DEVELOPMENT DEPARTMENT, PO BOX 826880, BANKRUPTCY GROUP MIC 92E, SACRAMENTO, CA, 94280-0001 | US Mail (1st Class) |
| 29424 | FLORIDA, STATE OF, DEPARTMENT OF REVENUE, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 29423 | FOLEY & LARDNER LLP, MARK A SALZBERG ESQ, (RE: ALLTEL COMMUNICATIONS), 3000 K ST NW STE 500, WASHINGTON, DC, 20007-5101 | US Mail (1st Class) |
| 29424 | FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257 | US Mail (1st Class) |
| 29424 | GENERAL ELECTRIC CAPITAL CORP, PATTY POEL, 1010 THOMAS EDISON BLVD SW, CEDAR RAPIDS, IA, 52404 | US Mail (1st Class) |
| 29424 | GEORGIA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION, PO BOX 161108, BANKRUPTCY SECTION, ATLANTA, GA, 30321 | US Mail (1st Class) |
| 29423 | GOLDSMITH LAZARD, DERMOTT O'FLANAGAN, 11 WEST 42ND STREET, 29TH FL, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 29423 | HALPERIN BATTABLIA RAICHT LLP, CHRISTOPHER J BATTAGLIA ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29423 | HALPERIN BATTABLIA RAICHT LLP, ELIZABETH L ROSE ESQ, (RE: MFORCE COMMUNICATIONS INC), 555 MADISON AVE, 9TH FLR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29423 | HOLLAND & KNIGHT LLP, DIANE N RALLIS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 29423 | HOLLAND & KNIGHT LLP, JOHN J MONAGHAN ESQ, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 29423 | HOLLAND & KNIGHT LLP, LYNNE B XERRAS, (RE: MICROSOFT CORP), 10 ST JAMES AVE, BOSTON, MA, 02116 | US Mail (1st Class) |
| 29424 | HOLLAND KNIGHT LLP, (RE: WATERFRONT CENTER LIMITED PARTNERSHIP), STEPHEN A BOGORAD ESQ, 2099 PENNSYLVANIA AVE  NW, SUITE 100, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 29424 | INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, 31 HOPKINS PLZ, RM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29424 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY SECTION, PO BOX 21126 (DP N 781), PHILADELPHIA, PA, 19114 | US Mail (1st Class) |
| 29423 | INTERNAL REVENUE SERVICE, 844 KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | INTERNAL REVENUE SERVICE, BANKRUPTCY SECTION, SPECIAL PROCEDURES SECTION, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29423 | KENT COUNTY, (RE: DELAWARE DEPT OF REVENUE), THOMAS COLLINS BUILDING, 540 S DUPONT HIGHWAY, DOVER, DE, 19901 | US Mail (1st Class) |
| 29423 | KILPATRICK STOCKTON LLP, PAUL M ROSENBLATT ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 29423 | KILPATRICK STOCKTON LLP, TODD C MEYERS ESQ, (RE: AT&T), 1100 PEACHTREE ST NE, SET 2800, ATLANTA, GA, 30309-4530 | US Mail (1st Class) |
| 29423 | KIRKLAND & ELLIS LLP, ANUP SATHY ESQ, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29423 | KIRKLAND & ELLIS LLP, DAVID A AGAY & JOHN A SCHOENFELD, (RE: ADEPTIO INPC FUNDING LLC), 200 EAST RANDOLPH DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 29423 | KIRKPATRICK & LOCKHART, MARC BARRECA, (RE: AMAZON SERVICES LLC), PRESTON GATES & ELLIS LLP, 925 FOURTH AVE, STE 2900, SEATTLE, WA, 98104-1158 | US Mail (1st Class) |
| 29423 | LOIZIDES PA, CHISTOPHER D LOIZIDES ESQ, (RE: AT&T), 1225 KING ST, STE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

**Exhibit E - Solicitation**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29424 | MARYLAND, STATE OF, COMPTROLLER OF THE TREASURY, 301 WEST PRESTON ST, RM 410, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29424 | MASSACHUSETTS DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 9564, BOSTON, MA, 02114-9564 | US Mail (1st Class) |
| 29423 | MCGUIRE WOODS LLP, DAVID I SWAN ESQ, (RE: SPRINT NEXTEL CORP), 1750 TYSONS BLVD, STE 1800, MCLEAN, VA, 22102-4215 | US Mail (1st Class) |
| 29424 | MICHIGAN DEPT OF TREASURY, DEPT 77003, DETROIT, MI, 48277 | US Mail (1st Class) |
| 29424 | MICHIGAN, STATE OF, DEPARTMENT OF TREASURY, DEBORAH WALDMEIR, CADILLAC PLACE, 3030 W GRAND BLVD, SUITE 10-200, DETROIT, MI, 48202 | US Mail (1st Class) |
| 29423 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: SPRINT NEXTEL CORP), 500 DELAWARE AVE STE 1500, PO BOX 2306, WILMINGTON, DE, 19899-2306 | US Mail (1st Class) |
| 29423 | MORRIS JAMES LLP, BRETT D FALLON ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 29423 | MORRIS JAMES LLP, THOMAS M HORAN ESQ, (RE: MFORCE COMMUNICATIONS INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 29424 | NEW JERSEY, STATE OF, DIVISION OF TAXATION, COMPLIANCE ACTIVITY, PO BOX 245, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 29424 | NEW YORK DEPARTMENT OF LABOR, STATE OF, UNEMPLOYMENT INSURANCE DIVISION, GOVERNOR W AVERALL HARRIMAN STATE, OFFICE BUILDING CAMPUS, BLDG 12  RM 256, ALBANY, NY, 12240 | US Mail (1st Class) |
| 29424 | NEW YORK STATE DEPT OF TAXATION & FINANC, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 29424 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 29424 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 29423 | NIXON PEABODY LLP, JOSEPH M GITTO, (RE: COSMOCOM.COM), 437 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29424 | NY STATE DEPT. OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205 | US Mail (1st Class) |
| 29424 | OFFICE OF TAX AND REVENUE, 941 NORTH CAPITOL STREET, NE, 1ST FLOOR, WASHINGTON, DC, 20002 | US Mail (1st Class) |
| 29423 | OFFICE OF THE US TRUSTEE, RICHARD SCHEPACARTER, ESQ, 844 KING STREET RM 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29424 | OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION, ATTN REBECCA L DAUM, PO BOX 530, COLUMBUS, OH, 43216-0530 | US Mail (1st Class) |
| 29424 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 29423 | REED SMITH LLC, CLAUDIA Z SPRINGER, (RE: COMMITTEE OF UNSECURED CREDITORS), 2500 ONE LIBERTY PLACE, 1650 MARKET ST, PHILADELPHIA, PA, 19103-7301 | US Mail (1st Class) |
| 29423 | REED SMITH LLC, KURT F GWYNNE, (RE: COMMITTEE OF UNSECURED CREDITORS), 1201 MARKET ST STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | REED SMITH LLC, ROBERT P SIMONS ESQ, (RE: COMMITTEE OF UNSECURED CREDITORS), 435 SIXTH AVE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 29423 | SECURITIES & EXCHANGE COMMISSION, PATRICIA SCHRAGE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 29423 | SECURITIES AND EXCHANGE COMMISSION, DIVISION OF CORPORATE FINANCE, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 29423 | SEITZ VAN OGTROP & GREEN PA, KEVIN A GUERKE, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | SEITZ VAN OGTROP & GREEN PA, PATRICIA P MCGONIGLE ESQ, (RE: QUALUTION SYSTEMS INC), 222 DELAWARE AVE, STE 1500, PO BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29423 | SHUMAKER LOOP & KENDRICK LLP, DAVID J COYLE, (RE: CONTINENTAL PROMOTION GROUP), NORTH COURTHOUSE SQ, 1000 JACKSON ST, TOLEDO, OH, 43604-5573 | US Mail (1st Class) |
| 29423 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER ESQ, (RE: ALLTEL COMMUNICATIONS), 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE, 19889 | US Mail (1st Class) |
| 29423 | STATE OF DELAWARE, RANDY WELLER, DIV OF REVENUE, COMPLIANCE DEPT, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | THE PMA INSURANCE GROUP, SUZANNA E ELLEFSEN ESQ, (RE: PENNSYLVANIA MFG INDEMNITY CO ET AL), 380 SENTRY PKWY, BLUE BELL, PA, 19422 | US Mail (1st Class) |

SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

## Exhibit E - Solicitation

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29424 | UNIVERSAL SERVICE ADMINISTRATIVE COMPANY, ATTN TRACEY BEAVER SR MGR ANALYST, OFFICE OF THE GENERAL COUNSEL, 2000 L STREET NW, STE 200, WASHINGTON, DC, 20036 | US Mail (1st Class) |
| 29423 | US ATTORNEY'S OFFICE, ELLEN W SLIGHTS, ESQUIRE, 1007 ORANGE STREET, STE 700, PO BOX 2046, WILMINGTON, DE, 19899-2046 | US Mail (1st Class) |
| 29423 | US DEPT OF JUSTICE CIVIL DIV, SETH B SHAPIRO, (RE: FEDERAL COMMUNICATIONS COMM), COMMERCIAL LITIGATION BRANCH, 1100 L ST NW RM 10012, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 29423 | VERSA CAPITAL MANAGEMENT, INC., GREG SEGALL & PAUL HALPERN, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 29423 | VERSA CAPITAL MANAGEMENT, INC., PAUL HALPERN & DAVID LORRY, THE CIRCA CENTRE, 2929 ARCH STREET, 27TH FL, PHILADELPHIA, PA, 19104 | US Mail (1st Class) |
| 29424 | VIRGINIA DEPARTMENT OF TAXATION, TAXING AUTHORITY CONSULTING SVCS, PO BOX 2156, BANKRUPTCY COUNSEL, RICHMOND, VA, 23218-2156 | US Mail (1st Class) |
| 29424 | VIRGINIA DEPT OF TAXATION, PO BOX 26626, RICHMOND, VA, 23261 | US Mail (1st Class) |
| 29423 | VORYS SATER SEYMOUR & PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: ADVERTISING.COM), 92 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29423 | VORYS SATER SEYMOUR AND PEASE LLP, TIFFANY STRELOW COBB ESQ, (RE: AOL LLC), 52 EAST GAY ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 29423 | W B DONER & COMPANY, KEVIN WEINMAN, 25900 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |
| 29424 | WATERFRONT CENTER LIMITED PARTNERSHIP, MR TED VOGEL, C/O RB ASSOCIATES INC, 1054 31ST STREET, STE 1000, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 29424 | WEST VIRGINIA DEPARTMENT OF REVENUE, STATE CAPITOL, BUILDING 1, W-300, CHARLESTON, WV, 25305 | US Mail (1st Class) |
| 29423 | WILENTZ GOLDMAN & SPITZER PA, DAVID H STEIN ESQ, (RE: SPANCO TELESYSTEMS & SOLUTIONS LTD), 90 WOODBRIDGE CENTER DR, STE 900, BOX 10, WOODRIDGE, NJ, 07095-0958 | US Mail (1st Class) |
| 29423 | WOMBLE CARLYLE SANDRIDGE & RICE, FRANCIS A MONACO JR ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | WOMBLE CARLYLE SANDRIDGE & RICE, KEVIN J MANGAN ESQ, (RE: T-MOBILE USA), 222 DELAWARE AVE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDMON MORTON ESQ, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | YOUNG CONWAY STARGATT & TAYLOR, LLP, EDWARD J KOSMOWSKI, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29423 | YOUNG CONWAY STARGATT & TAYLOR, LLP, ROBERT S. BRADY, (RE: ADEPTIO INPC FUNDING LLC), THE BRANDYWINE BUILDING, 1000 WEST STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 110**