IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SN LIQUIDATION, INC. ET AL., ) | |
| ) | |
| ) | Case No. 07-11666 (KG) |
| Debtors. ) | |
| ) | |
| ) | |

**UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

The United States of America, a creditor in this bankruptcy case, responds to Debtors' Objection to Claim No. 4 filed by the Internal Revenue Service as follows:

1. Claim No. 4 filed by the Internal Revenue Service dated November 19, 2007 states a claim in the total amount of $230,117.47 composed of an unsecured priority claim and an unsecured general claim for estimated withholding taxes. The priority claim is $167,679.33 which includes estimated tax for the years 2004, 2005, and 2006 in the amount of $48,867.28 for each year plus interest to the petition date. The unsecured general claim is $62,438.14 which includes estimated tax for 2003 in the amount of 448,867.28 plus interest to the petition date.

2. On September 3, 2008, the Internal Revenue Service amended the proof of claim to correct the description of the kind of tax on the proof of claim. As originally filed, the proof of claim described the kind of tax due and owing as "WH PENSION." The amended proof of claim describes the tax as "WH FED INC." The amendment to Claim No. 4 did not change the periods or amounts due.

3478242.11

3.      The estimated claims for 2003, 2004, 2005, and 2006 stem from Debtors' failure to file Form 945 Annual Return of Withheld Federal Income Tax for those years.  The Internal Revenue Service estimated the taxes due and owing for the years 2003, 2004, 2005, and 2006 based on Debtors' 2002 Form 945 in which Debtors reported a balance due for backup withholdings in the amount of $48,867.28.

4.      Debtors have submitted a declaration in support of their objection stating that they have not sponsored a pension plan at any time.  (Docket No. 635.)  Debtors have presented no evidence, however, that they did not have backup withholdings and a Form 945 filing requirement in 2003, 2004, 2005, and 2006.

5.      Because Debtors have presented no evidence proving that they did not have a Form 945 filing requirement for the years 2003, 2004, 2005, and 2006 and the Service had a reasonable belief that Debtors were required to file Form 945 for the years claimed, the claim of the Internal Revenue Service should be allowed.

For the reasons stated above, Debtors' objection to Claim No. 4 filed by the Department of Treasury - Internal Revenue Service should be denied.

Dated: September 4, 2008.

/s/ *Jennifer L. Best*
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0714
jennifer.best@usdoj.gov
Counsel for United States of America

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SN LIQUIDATION, INC. ET AL., ) | |
| ) | |
| ) | Case No. 07-11666 (KG) |
| Debtors. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 4th day of September 2008, I electronically caused the foregoing UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE to be filed with the Court under the CM/ECF system and to be served this same day by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follow:

Neil B. Glassman
Mary E. Augustine
Daniel A. O'Brien
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

DLA PIPER US LLP
Thomas R. Califano
Christopher R. Thomson
1251 Avenue of the Americas
New York, NY 10020

Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

/s/ *Jennifer L. Best*
JENNIFER L. BEST

3478242.11