## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SN Liquidation, Inc., et al.,[1] | ) Case No. 07-11666-KG |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE RE:

Docket No. 660 — ORDER (SEVENTH) (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN HELD CONTRACTS, AND (II) DEEMING THOSE HELD CONTRACTS TO BE "DESIGNATED CONTRACTS" FOR ALL PURPOSES UNDER THE DECEMBER 13, 2007 SALE ORDER AND RELATED ASSET PURCHASE AGREEMENT [Re Docket No 630]

Docket No 671 — ORDER APPROVING THE EIGHTH MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE [Re. Docket No. 631]

I, Alex Cedeno, state as follows

1    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge  My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245

2    On August 27, 2008, the above referenced documents were served on the parties as described below

Exhibit A    Affected Parties Address List regarding Docket No 660

---

[1] The Debtors and debtors in possession are INP Liquidation Corp , f/k/a InPhonic, Inc , CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp , f/k/a SimIPC Acquisition Corp , SN Liquidation, Inc f/k/a Star Number, Inc , MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC

Exhibit B    Affected Parties Address List regarding Docket No. 671

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September ___, 2008
El Segundo, California

_____
Alex Cedeno

State of California    )
                       )
County of Los Angeles  )

On September ___, 2008 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeno, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

## SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
Total number of parties: 13

### Exhibit A - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29796 | BLACKMESH INC, 2465 J 17 CENTERVILLE RD, SUITE 720, HERNDON, VA, 20171 | US Mail (1st Class) |
| 29796 | BLACKMESH, INC , SUITE 720, 2465 J-17 CENTERVILLE ROAD, HERNDON, VA, 20171 | US Mail (1st Class) |
| 29796 | CONNOLLY BOVE LODGE HUTZ LLP, (RE RADIOSHACK CORPORATION), KAREN C BIFFERATO ESQ, THE NEMOURS BUILDING, 1007 NORTH ORANGE ST, PO BOX 2207, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29796 | SC KIOSKS, INC , 300 RADIOSHACK CIRCLE, FORT WORTH, TX, 76102 | US Mail (1st Class) |

Subtotal for this group: 4

**EXHIBIT B**

## Exhibit B - SN Liquidation, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29948 | CAVALIER BUSINESS COMMUNICATIONS, PO BOX 2950, RICHMOND, VA, 23228-9700 | US Mail (1st Class) |
| 29948 | CITICORP VENDOR FINANCE, 3950 REGENT BLVD, IRVING, TX, 75063 | US Mail (1st Class) |
| 29948 | CITICORP VENDOR FINANCE,INC , PO BOX 7247-0371, PHILADELPHIA, PA, 19170-0371 | US Mail (1st Class) |
| 29948 | MARTIN A MOONEY ESQ, (RE CITICORP VENDOR FINANCE), DEILY MOONEY & GLASTETTER LLP, 8 THURLOW TERR, ALBANY, NY, 12203 | US Mail (1st Class) |
| 29948 | MARTIN A MOONEY ESQ, (RE CITICORP VENDOR FINANCE,INC ), DEILY MOONEY & GLASTETTER LLP, 8 THURLOW TERR, ALBANY, NY, 12203 | US Mail (1st Class) |
| 29948 | MCCALL HANDLING CO, 8801 WISE AVE, BALTIMORE, MD, 21222 | US Mail (1st Class) |
| 29948 | MY DREAM WIRELESS, 484 LEVERINGTON AVE, PHILADELPHIA, PA, 19128 | US Mail (1st Class) |
| 29948 | ZERO COMPANY PERFORMANCE MARKETING, 620 CAMINO DE LOS MARES, #E459, SAN CLEMENTE, CA, 92673 | US Mail (1st Class) |
| 29948 | ZERO COMPANY PERFORMANCE MKTG , STEPHEN SAKACH, PRESIDENT, 34824 CALLE DEL SOL, CAPISTRANO BEACH, CA, 92624 | US Mail (1st Class) |

**Subtotal for this group: 9**