# United States Bankruptcy Court

FOR THE           District Of DELAWARE

In re SN LIQUIDATION, INC et al   )
Debtor                            )  Case No. 07-11666(KG)
                                  )
                                  )  Chapter 11
                                  )

Hearing Date: 10-14-2008
Objection Deadline 09-16-2008(4:00 pm).
ET.

### Limited Objection To Debtor(s)
### Second Amended Joint Plan Of Liquidation
### F/K/A Inphonic INC

---

1A. Vincent Rhynes Raises This Limited Objection On The Grounds That The Debtor(s) Seek To Treat My Beneficial Ownership & Register Holder Status As Simply & Equity Interest In The Debtor(s) Common Stock.

2A. The Debtor(s) & Their Claims & Noticing Agent Should Have Provided Me With A Ballot To Vote My Beneficial Owner As Found In Class: 4

3A. The Bankruptcy Court Should Require The Debtor(s) & Their Claims & Noticing Agent To Docket A List Of The Debtor(s) Public Debt & Register Equity Security Holder. The Bankruptcy Court Should Know That Class: 6 Would Not Make This List ( A COPY OF THE STOCK CERT IS ATTACH).

### -RELIEF REQUESTED-
That Vincent Rhynes Beneficial Ownership & Register Holder Status Be Upheld. That The Debtor(s) &  Their Claims, Balloting & Noticing Agents Docket A List Of The Debtor(s) Register Debt & Equity Security Holders.

### - BASIS FO RELIEF-
Section 105(a) Of The Bankruptcy Code.

DATE: 08-27-2008

Vincent Rhynes (PRO SE).
513 W. 159 Street Gardena CALIF.
90248 (323) 971-6063

# InPhonic, Inc.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE



NUMBER IN-0935

SHARES 10000

CUSIP 457726 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

COMMON STOCK
PAR VALUE $.01

SEID00935

THIS CERTIFIES THAT

DBC-0024-T7200001340
VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047

is the owner of

**TEN THOUSAND***

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF

INPHONIC, INC. (hereinafter called the "Corporation"), transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Delaware and to the Certificate of Incorporation and the By-Laws of the Corporation, as now or hereafter amended. This certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: NOVEMBER 30, 2007
13772003511151



**********10000**
**********10000**
**********10000**
**********10000**
**********10000**

CHAIRMAN OF THE BOARD AND CHIEF EXECUTIVE OFFICER

AMERICAN STOCK TRANSFER & TRUST COMPANY
TRANSFER AGENT AND REGISTRAR

BY 
AUTHORIZED SIGNATURE

AMERICAN BANK NOTE COMPANY

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>513 W. !59th Street<br>Gardena CALIF, 90248 | (323)971-6063 | FILED<br>2008 SEP -4 AM 9:07<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): SN Liquidation, INC et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 07-11666(KG)

Hearing: Date 10-14-2008
Time 2:00 pm
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Limited Objection
To Debtor(s) Second Amended
Joint Plan Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 08-27-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Office Of The United States Trustee
844 King Street, STE # 2207
Wilmington, DE 19801
Attn: Roberta A. Deangelis, Esq

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 08-27-2008, at (place) Los Angeles, California.

Linda Jones
Type or Print Name

*Linda Jones*
Signature

ACIS Code
33208(02)

**PROOF OF SERVICE BY MAIL**

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>513 W. 159th Street<br>Gardena CALIF, 90248 | (323)971-6063 | FILED<br>2008 SEP -4 AM 9:07<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): SN Liquidation, INC et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 07-11666(KG)

Hearing: Date 10-14-2008
Time 2:00 pm
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Limited Objection
To Debtor(s) Second Amended
Joint Plan Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 08-27-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Bayard, P.A
222 Delaware Avenue STE # 900
Wilmington, DE 19801
ATTN: Neil B. Glassman, Esq

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 08-27-2008, at (place) Los Angeles, California.

Linda Jones
Type or Print Name

*Linda Jones*
Signature

ACIS Code
33209(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>513 W. 159th Street<br>Gardena CALIF, 90248 | (323)971-6063 | 2008 SEP -4 PM 9:07<br>FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| ATTORNEY FOR:<br><br>UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | | |
| PLAINTIFF(S)/PETITIONER(S):<br>Vincent E. Rhynes | | |
| DEFENDANT(S)/RESPONDENT(S):<br>SN Liquidation, INC et al | | |
| PROOF OF SERVICE BY MAIL | | CASE NUMBER:<br>07-11666(KG) |

Hearing: Date 10-14-2008
Time 2:00 pm
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Limited Objection
To Debtor(s) Second Amended
Joint Plan Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 08-27-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Reed Smith LLP
1201 Market Street, STE # 1500
Wilmington, DE 19801
ATTN: Kurt F. Gnynne, Esq

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 08-27-2008, at (place) Los Angeles, California.

Linda Jones
Type or Print Name

*Linda Jones* (Signature)

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>513 W. 159th Street<br>Gardena CALIF, 90248 | (323)971-6063 | 2008 SEP -4 AM 9:07<br>FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| ATTORNEY FOR:<br>UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | | |
| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | | |
| DEFENDANT(S)/RESPONDENT(S): SN Liquidation, INC et al | | |
| PROOF OF SERVICE BY MAIL | | CASE NUMBER:<br>07-11666(KG) |

Hearing: Date 10-14-2008
Time 2:00 pm
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Limited Objection
To Debtor(s) Second Amended
Joint Plan Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 08-27-2008

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636
ATTN: Anup Sathy

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 08-27-2008, at (place) Los Angeles, California.

Linda Jones
Type or Print Name

*Linda Jones*
Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL