# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD AUGUST 1, 2008 TO AUGUST 31, 2008

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period August 1, 2008 to August 31, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: September 8, 2008
Wilmington, Delaware

**BAYARD, P.A.**

_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

{BAY:01142104v1}

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors

{BAY:01142104v1}

9/4/2008  
5:06 PM

Clear Thinking Group, LLC  
Client T&E by Employee

Page 1

### Selection Criteria

| Slip.Date | 8/1/2008 - 8/31/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 40792<br>8/5/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - research, call and emails w/creditor and DR re outstanding invoices | TIME<br>Correspondance<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 40896<br>8/6/2008<br>WIP<br>General paperwork of case - new mail, emails to DR re same, begin preparation of July MOR, emails w/M Augustine re same | TIME<br>Case Admin<br>InPHonics<br>GA | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 260.00 |
| 41002<br>8/7/2008<br>WIP<br>General paperwork of case - research and respond to collection agency re post bills belonging to Simplexity | TIME<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 41075<br>8/8/2008<br>WIP<br>General paperwork of case - finish July MOR and send to M Augustine | TIME<br>Case Admin<br>InPHonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 41256<br>8/11/2008<br>WIP<br>General paperwork of case - review month end invoice, email re same | TIME<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 41339<br>8/12/2008<br>WIP<br>General paperwork of case - handle new mail | TIME<br>Case Admin<br>InPHonics<br>GA | 2.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 580.00 |

9/4/2008  
5:06 PM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page     2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 41393                TIME<br>8/13/2008<br>WIP<br>General paperwork of case - handle new mail | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 280.00 |
| 41596                TIME<br>8/16/2008<br>WIP<br>General paperwork of case - calls and emails re Money Mailer, respond to additional consumer complaints, email and call w/DR re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 300.00 |
| Total: Denise Engelhardt | Billable<br>Unbillable<br>Total | 8.60<br>0.00<br>8.60 | | 1720.00<br>0.00<br>1720.00 |
| 40913                TIME<br>8/6/2008<br>WIP<br>General paperwork of case - various communications/analyses re: creditor inquiries, customer complaints, mail, case filings. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 40947                TIME<br>8/7/2008<br>WIP<br>General paperwork of case - various communications/analyses re: mail, customer claims, etc. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 41056                TIME<br>8/8/2008<br>WIP<br>General paperwork of case - various communications/analyses re: filings, MORs, mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 41248                TIME<br>8/11/2008<br>WIP<br>General paperwork of case - various communications/review re: mail, complaints, filings | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 41735                TIME<br>8/12/2008<br>WIP<br>General paperwork of case - various communications/review re: invoices, mails, creditor inquiries | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |

9/4/2008  
5:06 PM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page    3

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 42245          TIME<br>  8/13/2008<br>  WIP<br>  Review/approve invoice | Robotti, D<br>Billing<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 41508          TIME<br>  8/13/2008<br>  WIP<br>  General paperwork of case - various<br>  communications/review withe counsel/Simplexity<br>  re: OH tax objection | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.50<br>0.00<br>1.50<br>0.00 | 400.00<br>T@9 | 600.00 |
| 41502          TIME<br>  8/15/2008<br>  WIP<br>  General paperwork of case - various<br>  communications/followup with Simplexity re:<br>  creditor inquiries, customer complaints | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 42378          TIME<br>  8/26/2008<br>  WIP<br>  General paperwork of case - various<br>  communications/analyses re: OH tax claim,<br>  outstanding issues. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| Total: Dorene Robotti | Billable<br>Unbillable<br>Total | 6.20<br>0.00<br>6.20 | | 2480.00<br>0.00<br>2480.00 |
| 41547          TIME<br>  8/13/2008<br>  WIP<br>  General paperwork of case - Monthly Invoice<br>  Sending/Filing | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |
| Total: Maria Malda | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 15.00<br>0.00<br>15.00 |
| Total: Time | Billable<br>Unbillable<br>Total | 15.00<br>0.00<br>15.00 | | 4215.00<br>0.00<br>4215.00 |

9/4/2008  
5:06 PM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Expense** | | | | |
| 42612        EXP<br>8/29/2008<br>WIP<br>Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 9 | 0.18 | 1.62 |
| 42580        EXP<br>8/29/2008<br>WIP<br>Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 23 | 0.18 | 4.14 |
| Total: Copy/Print/Scan Charges | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 5.76<br>0.00<br>5.76 |
| 41590        EXP<br>8/15/2008<br>WIP<br>Postage week ending 8/15/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 3.36 | 3.36 |
| Total: Denise Engelhardt | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 3.36<br>0.00<br>3.36 |
| 41537        EXP<br>8/15/2008<br>WIP<br>FedEx Charges - Delivered on 8/6/08 | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 15.35 | 15.35 |
| 42001        EXP<br>8/22/2008<br>WIP<br>FedEx Charges - Shipped 8/6/08 | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 15.35 | 15.35 |
| Total: Maria Malda | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 30.70<br>0.00<br>30.70 |
| Total: Expense | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 39.82<br>0.00<br>39.82 |

| 9/4/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 5:06 PM | Client T&E by Employee | | Page    5 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 15.00 | | 4254.82 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 15.00 | | 4254.82 |