## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of September, 2008, I caused a copy of the **Debtors-In-Possession Monthly Operating Report for August, 2008** to be served upon the parties listed on the attached service list *via* U.S. First Class Mail to all remaining parties.

_____
Mary E. Augustine (No. 4477)

# SN Liquidation, Inc.

# Service List

Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801

Anup Sathy, Esquire
David A. Agay, Esquire
John A. Schoenfeld, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago   IL   60601
*Adeptio INPC Funding LLC*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*