IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 16, 2008 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

### RESOLVED MATTER:

1.  Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/3/08; Docket No. 483]

    Related Documents:

    (a) Certification of Counsel Regarding Docket No. 483 [Filed 4/28/07; Docket No. 516]

    (b) Order (Fourth) (I) Authorizing the Assumption and Assignment of Certain Held Contracts, and (II) Deeming Those Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/29/08; Docket No. 517]

    Response Deadline:

    April 17, 2008 at 4:00 p.m.

    Response(s) Received:

    (a) Limited Objection of General Electric Capital Corporation to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/16/08; Docket No. 509]

      (b)    Notice of Withdrawal of General Electric Capital Corporation's Limited Objection to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order [Filed 8/20/08; Docket No. 669]

Status:

An Order was previously entered granting the majority of the relief requested in the Notice. GE has withdrawn its Limited Objection, and a form of order with respect to GE will be submitted under Certification of Counsel.

## UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION TO BE FILED

2.    Debtors' Motion (Second) for an Order Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code Extending the Exclusive Time Periods During Which Debtors May File a Chapter 11 Plan or Plans of Reorganization and Solicit Acceptances Thereof [Filed 8/26/08; Docket No. 675]

Related Documents:

      (a)    Certification of No Objection Regarding Docket No. 675 [Filed 09/11/08; Docket No. TBD]

      (b)    Proposed Order

Response Deadline:

September 9, 2008 at 4:00 p.m.

Responses Received:

None to date.

Status:

No objections were received to date, and a Certification of No Objection will be filed. It is anticipated that no hearing will be required unless the Court directs otherwise.

**UNCONTESTED MATTER GOING FORWARD**

3.  Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 8/14/08; Docket No. 659]

    Related Documents:

    (a)  Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 9/2/08; Docket No. 679]

    Response Deadline:

    September 9, 2008 at 4:00 p.m.

    Responses Received:

    None to date.

    Status:

    No objections were received to date, but an informal response was received from the State of California Franchise Tax Board. The State of California Franchise Tax Board has consented to a revised form of order that will be presented at the hearing.

**CONTESTED MATTERS GOING FORWARD**

4.  Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) [Filed 7/18/08, Docket No. 633]

    Related Documents:

    (a)  Order Granting Debtors' Motion to Estimate Claims [Filed: 674; Docket No. 674]

    Response Deadline:

    August 13, 2008 at 4:00 p.m.; extended to August 15, 2008 for Messrs. Schwarz and Zeinfeld.

    Response(s) Received:

    (a)  Letter from Christy Tomlinson [Filed: 08/14/08; Docket No. 661]

    (b)  Response to Notice of Motion to Estimate Claims submitted by Herman Alexis, & Co., Inc. [not filed]

Status:

An order was previously entered granting the majority of the relief requested in the Motion. This matter will go forward with respect to the above respondents.

5. Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 7/18/08; Docket No. 634]

Response Deadline:

August 13, 2008 at 4:00 p.m.

Response(s) Received:

(a) Response to the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 08/13/08; Docket No. 658]

Status:

The parties are working to resolve this prior to the hearing. If this matter is not resolved, it will go forward at the hearing.

6. Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 7/18/08; Docket No. 635]

Related Documents:

(a) Debtors' Reply to United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed TBD; Docket No. TBD]

Response Deadline:

August 13, 2008 at 4:00 p.m.; extended until September 9, 2008 for the Internal Revenue Service.

Response(s) Received:

(a) United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 9/4/08; Docket No. 683]

Status:

This matter will go forward.

{BAY:01143148v1}

7. Motion of the Debtors to Abandon Documents [Filed 8/28/08; Docket No. 677]

Response Deadline:

September 9, 2008 at 4:00 p.m.; extended to September 11, 2008 for Verizon Wireless and the Official Committee of Unsecured Creditors.

Responses Received:

(a) Objection to Motion of the Debtors to Abandon Documents Filed by Andrew B. Zeinfeld [Filed 9/8/08; Docket No. 689]

Status:

This matter will go forward.

Dated: September 10, 2008
Wilmington, Delaware

BAYARD, P.A.

By: _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession