Exhibit B

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 10, 2008
File # 33006-00001- NBG

|                    |                      | Rate    | Hours  | Amount     |
|--------------------|----------------------|---------|--------|------------|
| Neil B Glassman    | Director             | 725.00  | 50.40  | 36,540.00  |
| Eric M Sutty       | Associate            | 365.00  | 0.20   | 73.00      |
| Mary E Augustine   | Associate            | 310.00  | 92.70  | 28,737.00  |
| Justin Edelson     | Associate            | 215.00  | 1.50   | 322.50     |
| Daniel A. O'Brien  | Associate            | 240.00  | 105.00 | 25,200.00  |
| Michelle M Dero    | Paralegal            | 215.00  | 0.70   | 150.50     |
| Edith Miranda      | Paralegal            | 205.00  | 11.60  | 2,378.00   |
| Lindsey Suprum     | Paralegal            | 185.00  | 0.30   | 55.50      |
| Jacqueline Lately  | Case Management Asst | 125.00  | 1.40   | 175.00     |
| James B Sanderson  | Billing Specialist   | 100.00  | 0.60   | 60.00      |
|                    | Totals               |         | 264.40 | 93,691.50  |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 10, 2008
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Asset Analysis and Recovery | 0.10 | 72.50 |
| Litigation/Adversary Proceeding | 4.00 | 2,076.50 |
| Business Operations | 2.30 | 830.00 |
| Case Administration | 8.50 | 2,973.50 |
| Court Hearings | 25.80 | 8,550.00 |
| Creditor Inquiries | 5.60 | 1,483.00 |
| Disclosure Statement | 75.40 | 28,879.00 |
| Leases/Executory Contracts | 8.60 | 2,885.50 |
| TBF Fee Applications/Compensation | 2.90 | 897.50 |
| Other Professional Fee Apps | 1.60 | 644.50 |
| General Corporate Matters | 16.80 | 5,039.50 |
| Meetings of Creditors | 0.20 | 145.00 |
| Stay Relief Matters | 0.30 | 93.00 |
| Claims Analysis and Resolution | 74.80 | 21,758.00 |
| Plan | 34.30 | 15,944.00 |
| Trustee Reporting/Schedules | 3.20 | 1,420.00 |
| | ----------- | ------------- |
| | 264.40 | 93,691.50 |
| | =========== | ============= |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 10, 2008
File # 33006-00001- NBG

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | 3,145.90 |
| Delivery Charges | 270.09 |
| Depositions & Transcripts | 238.40 |
| Federal Express | 156.75 |
| Pacer Document Downloads | 20.72 |
| Phone | 13.80 |
| Postage | 363.56 |
| Print Images | 217.10 |
| Support Staff Overtime | 439.75 |
| Telecopier/Fax Charges | 48.00 |

Total Expenses    $    4,914.07

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 06-02-08 | Print Images | 0.60 |
| 06-02-08 | Print Images | 6.50 |
| 06-02-08 | Print Images | 1.10 |
| 06-02-08 | Support Staff Overtime | 64.00 |
| 06-03-08 | Print Images | 1.20 |
| 06-04-08 | Print Images | 0.60 |
| 06-04-08 | Print Images | 0.60 |
| 06-04-08 | Print Images | 0.60 |
| 06-04-08 | Copies;  Start Meter = 67818 | 0.20 |
| 06-04-08 | Copies;  Start Meter = 67820 | 0.20 |
| 06-04-08 | Copies;  Start Meter = 67881 | 0.40 |
| 06-04-08 | Postage | 0.83 |
| 06-05-08 | Print Images | 5.40 |
| 06-05-08 | Print Images | 7.00 |
| 06-05-08 | Print Images | 5.50 |
| 06-05-08 | Print Images | 5.90 |
| 06-05-08 | Print Images | 5.70 |
| 06-06-08 | Copies;  Start Meter = 526626 | 4.40 |
| 06-06-08 | Copies;  Start Meter = 68040 | 2.00 |
| 06-06-08 | Copies;  Start Meter = 526691 | 9.40 |
| 06-09-08 | Copies;  Start Meter = 70739 | 0.50 |
| 06-09-08 | Print Images | 7.10 |
| 06-09-08 | Copies;  Start Meter = 70777 | 1.00 |
| 06-09-08 | Copies;  Start Meter = 528432 | 4.60 |
| 06-09-08 | Copies;  Start Meter = 497389 | 0.30 |
| 06-10-08 | Print Images | 0.60 |
| 06-10-08 | Print Images | 0.60 |
| 06-10-08 | Print Images | 0.60 |
| 06-10-08 | Print Images | 0.60 |
| 06-10-08 | Copies;  Start Meter = 70832 | 1.50 |
| 06-10-08 | Print Images | 6.00 |
| 06-10-08 | Print Images | 7.30 |
| 06-10-08 | Print Images | 6.40 |
| 06-10-08 | Print Images | 6.00 |
| 06-10-08 | Print Images | 7.20 |
| 06-10-08 | Support Staff Overtime | 64.89 |
| 06-11-08 | Postage | 16.50 |
| 06-11-08 | Federal Express | 52.25 |
| 06-11-08 | Copies;  Start Meter = 70927 | 0.70 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 06-11-08 | Copies;  Start Meter = 528941 | 4.00 |
| 06-11-08 | Copies;  Start Meter = 528981 | 23.60 |
| 06-11-08 | Copies;  Start Meter = 529331 | 4.20 |
| 06-11-08 | Print Images | 6.10 |
| 06-11-08 | Print Images | 5.90 |
| 06-11-08 | Print Images | 7.20 |
| 06-11-08 | Print Images | 1.30 |
| 06-11-08 | Print Images | 0.70 |
| 06-11-08 | Print Images | 0.70 |
| 06-11-08 | Print Images | 0.80 |
| 06-11-08 | Print Images | 0.60 |
| 06-11-08 | Print Images | 0.60 |
| 06-11-08 | Print Images | 1.30 |
| 06-11-08 | Support Staff Overtime | 227.15 |
| 06-12-08 | Print Images | 0.60 |
| 06-12-08 | Print Images | 0.60 |
| 06-12-08 | Print Images | 6.40 |
| 06-12-08 | Copies;  Start Meter = 499242 | 11.60 |
| 06-12-08 | Copies;  Start Meter = 499681 | 35.80 |
| 06-12-08 | Copies;  Start Meter = 535401 | 44.50 |
| 06-12-08 | Copies;  Start Meter = 500039 | 0.10 |
| 06-12-08 | Copies;  Start Meter = 71066 | 3.00 |
| 06-12-08 | Copies;  Start Meter = 535846 | 26.60 |
| 06-12-08 | Copies;  Start Meter = 536112 | 31.60 |
| 06-12-08 | Copies;  Start Meter = 500040 | 4.10 |
| 06-12-08 | Print Images | 7.20 |
| 06-12-08 | Copies;  Start Meter = 71096 | 0.60 |
| 06-12-08 | Print Images | 5.90 |
| 06-12-08 | Print Images | 8.30 |
| 06-12-08 | Copies;  Start Meter = 71102 | 1.70 |
| 06-12-08 | Print Images | 6.40 |
| 06-12-08 | Copies;  Start Meter = 71119 | 7.50 |
| 06-12-08 | Copies;  Start Meter = 90540 | 111.20 |
| 06-12-08 | Copies;  Start Meter = 500081 | 699.30 |
| 06-12-08 | Copies;  Start Meter = 536428 | 793.10 |
| 06-12-08 | Copies;  Start Meter = 507074 | 9.90 |
| 06-12-08 | Copies;  Start Meter = 71210 | 13.00 |
| 06-12-08 | Copies;  Start Meter = 71340 | 19.50 |
| 06-12-08 | Copies;  Start Meter = 544359 | 95.10 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 06-12-08 | Copies;  Start Meter = 71538 | 1.40 |
| 06-12-08 | Print Images | 1.30 |
| 06-12-08 | Print Images | 1.20 |
| 06-12-08 | Copies;  Start Meter = 71647 | 45.00 |
| 06-12-08 | Copies;  Start Meter = 507625 | 58.80 |
| 06-12-08 | Copies;  Start Meter = 72097 | 3.00 |
| 06-12-08 | Copies;  Start Meter = 508213 | 122.50 |
| 06-12-08 | Copies;  Start Meter = 72127 | 6.00 |
| 06-12-08 | Copies;  Start Meter = 72187 | 0.20 |
| 06-12-08 | Postage | 16.50 |
| 06-12-08 | Postage | 16.50 |
| 06-12-08 | Federal Express | 104.50 |
| 06-12-08 | Support Staff Overtime | 29.63 |
| 06-13-08 | Print Images | 0.80 |
| 06-13-08 | Copies;  Start Meter = 72194 | 39.20 |
| 06-13-08 | Copies;  Start Meter = 72586 | 15.80 |
| 06-13-08 | Copies;  Start Meter = 72764 | 0.20 |
| 06-13-08 | Print Images | 0.60 |
| 06-13-08 | Print Images | 7.60 |
| 06-13-08 | Copies;  Start Meter = 511136 | 15.10 |
| 06-13-08 | Copies;  Start Meter = 545952 | 292.40 |
| 06-13-08 | Copies;  Start Meter = 511287 | 320.70 |
| 06-13-08 | Postage | 40.67 |
| 06-13-08 | Postage | 139.38 |
| 06-13-08 | Phone; 1-412-288-4146 | 0.60 |
| 06-16-08 | Print Images | 7.70 |
| 06-16-08 | Print Images | 7.70 |
| 06-16-08 | Print Images | 7.70 |
| 06-16-08 | Delivery Charges | 200.09 |
| 06-16-08 | Phone; 1-415-359-4408 | 0.40 |
| 06-16-08 | Phone; 1-202-862-5075 | 0.40 |
| 06-16-08 | Phone; 1-540-454-0949 | 0.20 |
| 06-16-08 | Phone; 1-860-573-4834 | 0.20 |
| 06-17-08 | Telecopier/Fax Charges | 2.00 |
| 06-17-08 | Telecopier/Fax Charges | 2.00 |
| 06-17-08 | Phone; 1-718-921-8200 | 0.40 |
| 06-17-08 | Phone; 1-212-310-5911 | 0.20 |
| 06-17-08 | Phone; 1-718-921-8287 | 0.20 |
| 06-17-08 | Phone; 1-216-787-5320 | 0.20 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 06-17-08 | Phone; 1-312-469-7347 | 0.40 |
| 06-17-08 | Phone; 1-614-752-6864 | 0.40 |
| 06-17-08 | Phone; 1-212-936-5100 | 0.20 |
| 06-18-08 | Print Images | 7.80 |
| 06-18-08 | Copies;  Start Meter = 74060 | 1.60 |
| 06-18-08 | Copies;  Start Meter = 562372 | 6.90 |
| 06-18-08 | Print Images | 6.50 |
| 06-18-08 | Copies;  Start Meter = 562655 | 8.10 |
| 06-18-08 | Copies;  Start Meter = 562736 | 180.10 |
| 06-18-08 | Postage | 0.83 |
| 06-18-08 | Postage | 5.85 |
| 06-18-08 | Postage | 97.44 |
| 06-18-08 | Phone; 1-312-469-7347 | 0.40 |
| 06-18-08 | Phone; 1-718-921-8287 | 0.20 |
| 06-19-08 | Print Images | 0.60 |
| 06-19-08 | Print Images | 1.00 |
| 06-19-08 | Print Images | 0.70 |
| 06-19-08 | Print Images | 2.40 |
| 06-19-08 | Print Images | 0.60 |
| 06-19-08 | Copies;  Start Meter = 565220 | 32.40 |
| 06-19-08 | Copies;  Start Meter = 74594 | 3.40 |
| 06-19-08 | Postage | 12.06 |
| 06-19-08 | Postage | 9.00 |
| 06-19-08 | Postage | 8.00 |
| 06-19-08 | Delivery Charges | 70.00 |
| 06-19-08 | Phone; 1-312-469-7347 | 0.20 |
| 06-19-08 | Phone; 1-312-469-7347 | 0.20 |
| 06-19-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-19-08 | Phone; 1-860-493-2200 | 0.20 |
| 06-19-08 | Phone; 1-410-244-7402 | 0.20 |
| 06-19-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-19-08 | Phone; 1-312-469-7347 | 0.20 |
| 06-19-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-19-08 | Phone; 1-312-469-7347 | 0.80 |
| 06-19-08 | Phone; 1-718-921-8287 | 0.20 |
| 06-20-08 | Print Images | 2.90 |
| 06-20-08 | Telecopier/Fax Charges | 30.00 |
| 06-20-08 | Telecopier/Fax Charges | 4.00 |
| 06-20-08 | Phone; 1-412-288-4146 | 0.80 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 06-20-08 | Phone; 1-860-493-2200 | 0.60 |
| 06-20-08 | Phone; 1-312-469-7347 | 0.40 |
| 06-20-08 | Phone; 1-412-288-4146 | 0.20 |
| 06-20-08 | Phone; 1-212-310-5911 | 0.20 |
| 06-23-08 | Copies;  Start Meter = 96163 | 0.10 |
| 06-23-08 | Copies;  Start Meter = 96164 | 1.60 |
| 06-23-08 | Phone; 1-412-288-4146 | 0.40 |
| 06-23-08 | Phone; 1-212-310-5910 | 0.20 |
| 06-23-08 | Phone; 1-718-921-8287 | 0.20 |
| 06-23-08 | Phone; 1-212-310-5911 | 0.20 |
| 06-23-08 | Phone; 1-212-310-5910 | 0.20 |
| 06-24-08 | Copies;  Start Meter = 521401 | 25.20 |
| 06-24-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-24-08 | Phone; 1-216-787-5320 | 0.20 |
| 06-25-08 | Print Images | 4.50 |
| 06-25-08 | Print Images | 0.60 |
| 06-25-08 | Print Images | 0.60 |
| 06-25-08 | Print Images | 1.10 |
| 06-25-08 | Print Images | 0.70 |
| 06-25-08 | Copies;  Start Meter = 76291 | 0.60 |
| 06-25-08 | Telecopier/Fax Charges | 10.00 |
| 06-25-08 | Phone; 1-310-972-0301 | 0.20 |
| 06-25-08 | Phone; 1-516-209-9720 | 0.20 |
| 06-25-08 | Phone; 1-516-209-9720 | 0.20 |
| 06-25-08 | Phone; 1-310-972-0901 | 0.20 |
| 06-26-08 | Print Images | 1.00 |
| 06-26-08 | Print Images | 0.60 |
| 06-26-08 | Print Images | 0.80 |
| 06-26-08 | Print Images | 0.60 |
| 06-26-08 | Print Images | 0.60 |
| 06-26-08 | Copies;  Start Meter = 76425 | 0.40 |
| 06-26-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-26-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-26-08 | Phone; 1-718-921-8200 | 0.20 |
| 06-26-08 | Phone; 1-312-469-7347 | 0.40 |
| 06-26-08 | Phone; 1-212-310-5908 | 0.20 |
| 06-27-08 | Support Staff Overtime | 54.08 |
| 06-27-08 | Phone; 1-412-288-4146 | 0.40 |
| 06-27-08 | Phone; 1-973-597-2346 | 0.40 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 10, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 06-27-08 | Phone; 1-410-962-2398 | 0.20 |
| 06-30-08 | Depositions & Transcripts; Transcript fee for hearing held on 6/13/08; J & J Court Transcribers | 238.40 |
| 06-30-08 | Print Images | 5.20 |
| 06-30-08 | Pacer Document Downloads | 20.72 |
| | | ------------ |
| | Total Disbursements | $    4,914.07 |