## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., <u>et al.</u>, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 690** |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | § | |
| | § | SS: |
| NEW CASTLE COUNTY | § | |

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., attorneys for SN Liquidation, Inc. in the above-captioned cases, and that on the 10th day of September 2008, she caused a copy of the **Notice of Agenda of Matters Scheduled for Hearing on September 16, 2008 at 2:00 p.m. [Docket No. 690]** to be served upon the parties listed below in the manner indicated, and upon the parties listed on the attached service list *via* fax transmission.

**Via Overnight Mail**

Lois N. Kratzner
307 N. Elm
Lincoln, FL 62656

Christy Tomlinson
James Angeli
David S. Tomlinson
10528 Coral Key Avenue
Tampa, FL 33647

**Via Electronic Mail**

Catherine Mendoza
State of California
Franchise Tax Board
Catherine.mendoza@ftb.ca.gov

Citicorp Vendor Finance
3950 Regent Blvd.
Irving, TX 75063

Mark H. Rhynes
Herman, Alexis & Co., Inc.
633 W. 5th Street
28th Floor
Los Angeles, CA 90071

Tom Diffley, Executive VP
Helgeson Enterprises, Inc.
4461 White Bear Parkway
White Bear Lake, MN 55110
tdiffley@helgesonent.com

Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: September 10, 2008

Notary Public

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2010

{00882510;v1}

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE  19899-5130

A T T O R N E Y S

(302) 655-5000
FAX (302) 658-6395

WRITER'S DIRECT DIAL NUMBER

| File # | 330006-1 |
|---|---|
| File Name | SN Liquidation, Inc. |

**Date**  Wednesday, September 10, 2008

**# of Pages**

**From**  Mary E. Augustine, Esq.

**Re:**  SN Liquidation, Inc., Case No. 07-11666-KG

| | Names | Company | Fax Numbers |
|---|---|---|---|
| To | Jeremy R. Johnson, Esquire<br>Thomas Califano, Esquire<br>Maria Ellena Chavez-Ruark, Esquire | DLA Piper US LLP | 212-884-8562 |
| To | | Delaware Secretary of State | 302-739-3811 |
| To | | Internal Revenue Service | 410-962-9955 |
| To | Randy Weller | State of Delaware | 302-577-8662 |
| To | | Secretary of the Treasury | 202-622-6415 |
| To | Patricia Schrage | Securities & Exchange Commission | 212-336-1348 |
| To | | Division of Unemployment Ins. | 302-761-6636 |
| To | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| To | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-577-8662 |
| To | Paul Halpern, Esquire<br>David Lorry, Esquire | | (215) 609-3410 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| **To** | Anup Sathy, Esquire | Kirkland & Ellis LLP | (312) 861-2200 |
| | David A. Agay, Esquire | | |
| | John A. Schoenfeld, Esquire | | |
| **To** | Robert S. Brady, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
| | Edmon L. Morton, Esquire | | |
| | Edward J. Kosmowski, Esquire | | |
| **To** | Kevin Weinman | W.B. Doner & Company | |
| **To** | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| **To** | Todd C. Meyers, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
| | Paul M. Rosenblatt, Esquire | | |
| **To** | Regina Stango Kelbon, Esquire | Blank Rome LLP | 215-832-5507 |
| | Joel Shapiro, Esquire | | |
| **To** | Bonnie Glantz Fatell, Esquire | Blank Rome LLP | 302-425-6464 |
| | Michael D. Debaecke, Esquire | | |
| **To** | Lawrence M. Schwab, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
| | Patrick M. Costello, Esquire | | |
| **To** | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| **To** | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| **To** | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| **To** | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| **To** | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |
| **To** | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5246 |
| **To** | Francis A. Monaco, Jr., Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
| | Kevin J. Mangan, Esquire | | |
| **To** | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| **To** | Brett D. Fallon, Esq. | Morris James LLP | 302-571-1750 |
| **To** | Kevini A. Guerke, Esq. | Seitz, Van Ogtrop & Green, PA | 302-888-0606 |
| | Patricia P. McGonigle, Esq. | | |
| **To** | John J. Monaghan, Esquire | Holland & Knight LLP | 617-573-5865 |
| | Lynne B. Xerras, Esquire | | |
| | Diane N. Rallis, Esquire | | |
| **To** | Gilbert B. Weisman, Esquire | Backet and Lee LLP | 610-993-8493 |
| **To** | Kathleen M. Miller, Esquire | Smith Ktzenstein & Furlow LLP | 302-652-8405 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | Marc Barreca, Esquire | Preston Gates & Ellis LLP | 206-623-7022 |
|---|---|---|---|
| To | Suzanna E. Ellefsen, Esqire | The PMA Insurance Group | 610-397-5045 |
| To | James F. Harker, Esquire | Cohen Seglias Pallas Greenhall & Furman, P.C. | 302-425-5097 |
| To |  | Internal Revenue Service | 215-516-2015 |
| To | John V. Fiorella, Esquire | Archer & Greiner, P.C. | 302-777-4352 |
| To | Deborah Waldmeir, Esquire  Michael A. Cox, Esquire | Assistant Attorney General |  |
| To | Paul Cataldo, Esquire | Assistant General Counsel | 610-265-2866 |
| To | Tanya M. Tan, Esquire | Assistant General Counsel | 818-575-4505 |
| To | Frank F. McGinn, Esquire | Bartlett Hackett Feinberg PC | 617-422-0383 |
| To | J. Scott Bovitz, Esquire | Bovitz & Spitzer | 213-620-1811 |
| To | Eric C. Cotton, Esquire | Developers Diversified Realty Corp. | 216-755-1678 |
| To | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |
| To |  | Delaware Department of Revenue | 302-744-1095 |
| To | Joseph M. Gitto, Esquire | Nixon Peabody LLP | 866-887-1961 |
| To | David J. Coyle, Esquire | Shumaker Loop & Kendrick LLP | 419-241-6894 |
| To | Seth B. Shapiro, Esquire | U.S. Department of Justice - Civil Division | 202-307-0494 |
| To | Martin A. Mooney, Esquire | Deily Mooney & Glastetter LLP | 518-436-8273 |
| To | Daniel K. Hogan, Esquire | The Hogan Firm | 302-656-7604 |
| To | Laura Bouyea, Esquire | Venable LLP | 410-244-7742 |
| To | Jennifer L. Best, Esquire | U.S. Department of Justice | 202-514-6866 |
| To | Victoria D. Garry, Esquire | Nancy H. Rogers, Esquire | 513-852-3484 |
| To | Lisa Bittle Tancredi, Esquire | Venable LLP | 302-656-8503 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.