# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING CLAIM NO. 704 FILED BY THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY

I, Mary E. Augustine, counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certify and state as follows:

1. On February 18, 2008, the State of Michigan, Department of Treasury (the "Michigan DOT") filed Claim No. 704 against Star Number, Inc. in the total amount of $7,210.02.

2. On August 4, 2008, the Michigan DOT filed Claim No. 1563 against Star Number, Inc. in the total amount of $6,699.42. Claim No. 1563 amended and superseded Claim No. 704.

3. Therefore, the parties stipulated (the "Stipulation") to disallow and expunge Claim No. 704 in its entirety. A copy of the Stipulation is attached hereto as Exhibit A.

4. Attached hereto as Exhibit B is a proposed form of order (the "Order") approving the Stipulation. A copy of the Stipulation was circulated to the Official Committee of Unsecured Creditors and the Office of the United States Trustee, and neither objected its approval.

{BAY:01142113v1}

**WHEREFORE**, the Debtors respectfully request the entry of the Order approving the Stipulation at the Court's earliest convenience.

Dated: Wilmington, Delaware
September 10, 2008

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4569

Counsel for Debtors
and Debtors in Possession