# Exhibit B

{BAY:01142099v1}

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER APPROVING STIPULATION REGARDING CLAIM NO. 704 FILED BY THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY**

Upon consideration of the stipulation annexed hereto as Exhibit 1 (the "Stipulation") between the above-captioned debtors (the "Debtors") and the State of Michigan, Department of Treasury; it is hereby

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that Claim No. 704 is hereby disallowed and expunged in its entirety; and it is further

ORDERED, that BMC Group, Inc., the Debtors' claims and balloting agent, is hereby authorized to remove Claim No. 704 from the claims registry;

ORDERED, that the Debtors' right to raise other objections to Claim No. 1563 on any and all grounds permitted by law and/or equity is hereby preserved; and it is further

ORDERED, that the Court shall retain jurisdiction to hear any and all disputes arising from the Stipulation or this Order; and it is further

Dated: September ___, 2008
Wilmington, Delaware

--------------------------------------
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{BAY:01142099v1}

# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

## STIPULATION REGARDING CLAIM NO. 704 FILED BY THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY

The above-captioned debtors and debtors-in-possession (the "Debtors"), and the State of Michigan, Department of Treasury (the "Michigan DOT"), by and through their respective undersigned counsel, hereby stipulate and agree (the "Stipulation") as set forth below:

WHEREAS, on December 26, 2007, the Michigan DOT filed Claim No. 120 against Star Number, Inc. ("Star Number"), one of the Debtors in these chapter 11 cases, in the total amount of $16,291.26; and

WHEREAS, on February 18, 2008, the Michigan DOT filed Claim No. 704 against Star Number, in the total amount of $7,210.02, which claim amended and superseded Claim No. 120; and

WHEREAS, Claim No. 120 was disallowed and expunged pursuant to the Order Sustaining Second Omnibus Objection (Non-Substantive) of the Debtors to Certain Claims, entered July 15, 2008; and

WHEREAS, on August 4, 2008, the Michigan DOT filed Claim No. 1563 against Star Number, in the total amount of $6,699.42, which claim amended and superseded Claim No. 704; and

NOW, THEREFORE, the parties hereby stipulate to the following:

1. Claim No. 1563 supersedes and amends Claim No. 704.

2. Claim No. 704 is hereby disallowed and expunged in its entirety.

3. BMC Group, Inc., the Debtors' claims and balloting agent, is hereby authorized to remove Claim No. 704 from the claims registry.

4. The Debtors' right to raise other objections to Claim No. 1563 on any and all grounds permitted by law and/or equity is hereby preserved.

5. The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Stipulation and Order.

Dated: September 10, 2008

_____
Deborah B. Waldmeir, Esquire
Assistant Attorney General for the State of Michigan
3030 W. Grand Blvd, 10th Floor, Suite 200
Detroit, Michigan 48202
Telephone: (313) 456-0140

Dated: September 10, 2008

By:_____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

- and -

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors

{BAY:01136825v1}