# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration – 60002 | .10 | $23.50 |
| Creditor Meetings/Committees - 60005 | 1.20 | $447.00 |
| Preparation of Fee Statement/Application – 60007 | 9.10 | $1,966.00 |
| Executory Contracts/Personality - 60010 | .40 | $148.00 |
| Miscellaneous Motions -60013 | 22.60 | $10,338.50 |
| Plan Review and Litigation -60021 | 27.50 | $11,125.00 |
| Investigation re: Lenders - 60027 | .30 | $111.00 |
| Attendance at Hearing – 600029 | 1.00 | $385.00 |
| **TOTAL:** | **62.20** | **$24,594.00** |

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2008 THROUGH JULY 31, 2008

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. | $560.00 | 16.10 | $9,016.00 |
| Gaston P. Loomis II | Joined firm as associate in 2005. Member of GA bar since 2001. Member of DE bar since 2006. | $385.00 | 11.00 | $4,235.00 |
| Joshua C. Lewis | Joined firm as associate in 2005. Member of PA bar since 2004. Member of NY bar since 2003. | $370.00 | 24.70 | $9,139.00 |
| John B. Lord | Joined firm as paralegal in 2000. Paralegal for fifteen years. | $235.00 | 8.00 | $1,880.00 |
| Lisa A. Lankford | Joined firm in 2000. Practice Group Specialist since 2003. | $135.00 | 2.40 | $324.00 |
| Grand Total: | | | **62.20** | **$24,594.00** |
| Blended Rate: | | | | $395.40 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $430.31 |

```
                         REED SMITH LLP
                        PO Box 7777-W4055
                     Philadelphia, PA  19175-4055
                       Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.                 Invoice Number      1734887
As Committee Chairperson on behalf of       Invoice Date        08/11/08
Infinite Computer Solutions, Inc.           Client Number        886922
10500 Sager Avenue, Suite G                 Matter Number         60002
Fairfax, VA 22030                           Page      6
```

===========================================================================

Re: (60002)   Case Administration

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

```
   Date    Name                                              Hours
   ----    ----                                              -----

05/19/08  Lord        Update 2002 service list (.1).          .10
                                                             ------
                                                TOTAL HOURS    .10
```

```
TIME SUMMARY                  Hours        Rate          Value
------------                  -----        ----          -----
John B. Lord                  0.10  at  $  235.00  =     23.50

                              CURRENT FEES                             23.50


                              TOTAL THIS MATTER                       $23.50
                                                               ==============
```

```
                         REED SMITH LLP
                        PO Box 7777-W4055
                     Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

| | |
|---|---|
| c/o Timothy J. McGary, Esq.<br>As Committee Chairperson on behalf of<br>Infinite Computer Solutions, Inc.<br>10500 Sager Avenue, Suite G<br>Fairfax, VA 22030 | Invoice Number    1734887<br>Invoice Date     08/11/08<br>Client Number     886922<br>Matter Number      60005<br>Page      7 |

===========================================================================

Re: (60005)   Creditor Meetings/Committees

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 06/16/08 | Loomis | Communicate with Claimaint regarding Settlement Agreement in Pre-Petition Litigation | .20 |
| 07/16/08 | Lewis | Draft detailed email memorandum to Committee re case status, Plan, DS, loan term sheet, and Litigation Trust agreement (1.0). | 1.00 |
| | | TOTAL HOURS | 1.20 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Joshua C. Lewis | 1.00 at | $ 370.00 = | 370.00 |
| Gaston P. Loomis | 0.20 at | $ 385.00 = | 77.00 |
| | CURRENT FEES | | 447.00 |

                         TOTAL THIS MATTER                    $447.00
                                                        =============

```
                        REED SMITH LLP
                       PO Box 7777-W4055
                   Philadelphia, PA  19175-4055
                       Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.              Invoice Number     1734887
As Committee Chairperson on behalf of    Invoice Date       08/11/08
Infinite Computer Solutions, Inc.        Client Number       886922
10500 Sager Avenue, Suite G              Matter Number        60007
Fairfax, VA 22030                        Page    8
```

======================================================================

Re: (60007)   Preparation of Fee Statement/Application

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 05/12/08 | Lord | Review and revise dbr for preparation of RS Feb-April monthly fee application (.6); draft fee application (.4). | 1.00 |
| 05/14/08 | Lord | Continue to review and revise February-April DBR for preparation of fee application (.6); e-mail to L.Lankford re: calculation for same (.1) | .70 |
| 05/14/08 | Lord | Continue to review and revise DBR for preparation of Feb-April fee application (.2). | .20 |
| 05/15/08 | Lankford | Calculations for RS's Feb-April 2008 Monthly Fee Application (1.2); revisions/additions to master fee application chart (1.2). | 2.40 |
| 05/19/08 | Lord | Review and revise RS Feb-April monthly fee application (1.0); e-mail to J. Lewis re: same (.1). | 1.10 |
| 05/20/08 | Lord | Draft RS 2nd quarterly fee application (.7). | .70 |
| 05/21/08 | Lewis | Review February 1 - March 31 fee application (.5). | .50 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application          Page     9
August 11, 2008
```

| Date | Name | | Hours |
|---|---|---|---|
| 05/21/08 | Lord | Communicate with J.Lewis re: RS fee applications (.1); revise e-file and perfect service of RS February-April fee application (.8); revise, efile and perfect service of RS 2nd quarterly fee application (.6). | 1.50 |
| 06/04/08 | Lord | Review DBR for preparation of upcoming RS monthly fee application. | .30 |
| 06/18/08 | Lord | Research docket, draft and e-file CNOs for RS 4th monthly fee app., 1st and 2nd quarterly applications (.7). | .70 |
| | | TOTAL HOURS | 9.10 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Joshua C. Lewis | 0.50 | at $ | 370.00 | = | 185.00 |
| John B. Lord    | 6.20 | at $ | 235.00 | = | 1,457.00 |
| Lisa Lankford   | 2.40 | at $ | 135.00 | = | 324.00 |

```
              CURRENT FEES                                  1,966.00


              TOTAL THIS MATTER                            $1,966.00
                                                          ============
```

```
                        REED SMITH LLP
                       PO Box 7777-W4055
                    Philadelphia, PA  19175-4055
                       Tax ID# 25-0749630
```

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1734887 |
| As Committee Chairperson on behalf of | Invoice Date       08/11/08 |
| Infinite Computer Solutions, Inc. | Client Number       886922 |
| 10500 Sager Avenue, Suite G | Matter Number        60010 |
| Fairfax, VA 22030 | Page   10 |

====================================================================

Re: (60010)  Executary Contracts/Personality

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 06/05/08 | Lewis | Consider language for consent order resolving objection to Debtor's motion to reject filed by Yellow Pages Authority (.2); email correspondence with M.Augustine re same (.1). | .30 |
| 06/10/08 | Lewis | E-mail correspondence with M. Augustine re: YNP's proposed changes to stipulated order (.1). | .10 |
| | | TOTAL HOURS | .40 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Joshua C. Lewis | 0.40 at $ 370.00 = | | 148.00 |

CURRENT FEES                                                148.00

TOTAL THIS MATTER                                         $148.00
                                                       =============

```
                    REED SMITH LLP
                   PO Box 7777-W4055
                Philadelphia, PA 19175-4055
                   Tax ID# 25-0749630
```

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1734887 |
| As Committee Chairperson on behalf of | Invoice Date      08/11/08 |
| Infinite Computer Solutions, Inc. | Client Number     886922 |
| 10500 Sager Avenue, Suite G | Matter Number     60013 |
| Fairfax, VA 22030 | Page   11 |

==========================================================================

Re: (60013)  Miscellaneous Motions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 05/05/08 | Loomis | Communicate with K.Gwynne regarding Hearing on Insuarance Proceeds | .10 |
| 05/06/08 | Loomis | Communicate with Debtor's counsel and K.Gwynne regarding upcoming hearing on insurance proceeds | .10 |
| 05/07/08 | Gwynne | Reviewed cases for hearing on motion for a preliminary injunction of Icon Internat'l | 1.80 |
| 05/08/08 | Gwynne | Prepared for hearing/oral argument on motion to enjoin Icon Internat'l for violating Sec. 362(a)(3) re: insurance proceeds | 2.00 |
| 05/08/08 | Gwynne | Attended oral argument on motion to enjoin Icon Internat'l for violating Sec. 362(a)(3) re: insurance proceeds | 1.30 |
| 05/19/08 | Gwynne | Reviewed cases for argument in support of preliminary injunction motion against Icon | 1.80 |
| 05/27/08 | Loomis | Draft and Revise Response to Letter Brief filed by Icon | 1.80 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60013  Miscellaneous Motions                                Page    12
August 11, 2008
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/29/08 | Gwynne | Reviewed Icon's correspondence and prepared draft letter responding to same (0.7); emails with N. Glassman re: same (0.1); modified draft letter to J. Gross re: Nutraquest case (0.2) | 1.00 |
| 05/30/08 | Gwynne | Drafted revised letter re: preliminary injunction hearing and Nutraquest case | .70 |
| 06/25/08 | Gwynne | Reviewed/modified draft brief re: motion to intervene in Icon action and drafted proposed order (1.3); reviewed cases re: Rule 52/59 and automatic stay as statutory injunction and modified draft brief in opposition to Icon's Rule 59/52 motion (1.2) | 2.50 |
| 06/25/08 | Loomis | Draft and Revise Motion to Intervene/Brief in Support and Research Regarding Same (3.1); Draft and Revise Response to Icon's Motion to Intervene and Research Regarding same (3.9) | 7.00 |
| 06/26/08 | Loomis | Review and Analyze Response to Motion to Amend Filed by Icon International (.3); Review and Analyze Motion and Brief in Support of Motion to Intervene (.3); Communicate with J.Lord regarding Filing Same (.2) | .80 |
| 06/26/08 | Lord | Discussion with G. Loomis re: motions/briefs in Icon adversary (.2); review, revise and e-file motion to intervene, brief in support of motion and opposition brief to Icon's motion to amend and/or make additional finding of fact (1.3); draft and e-file COS for all (.2). | 1.70 |
| | | TOTAL HOURS | 22.60 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1734887
       and Its Debtor-Affiliates
 60013 Miscellaneous Motions                                    Page   13
August 11, 2008
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kurt F. Gwynne | 11.10 | at $ | 560.00 | = | 6,216.00 |
| Gaston P. Loomis | 9.80 | at $ | 385.00 | = | 3,773.00 |
| John B. Lord | 1.70 | at $ | 235.00 | = | 399.50 |

```
              CURRENT FEES                              10,388.50


              TOTAL THIS MATTER                        $10,388.50
                                                       ==============
```

```
                         REED SMITH LLP
                        PO Box 7777-W4055
                     Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1734887 |
| As Committee Chairperson on behalf of | Invoice Date      08/11/08 |
| Infinite Computer Solutions, Inc. | Client Number      886922 |
| 10500 Sager Avenue, Suite G | Matter Number       60021 |
| Fairfax, VA 22030 | Page   14 |

===========================================================================

Re: (60021)   Plan Review and Litigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 05/01/08 | Lewis | Review draft solicitation procedures motion (.7); email correspondence with K.Gwynne and M.Augustine re same (.1). | .80 |
| 05/19/08 | Lewis | Review and revise solicitation procedures motion (1.0); telephone call with K. Gwynne re: plan and next steps in case (.2) | 1.20 |
| 05/21/08 | Lewis | Telephone call with M. Augustine re: claims register (.2); conference with K. Gwynne re: claims and BMC's request for payment (.2); consider structure for payment and treatment of administrative and priority claims filed (.2). | .60 |
| 05/22/08 | Lewis | E-mail correspondence with M. Augustine re: outstanding administrative claims re: plan issues (.1). | .10 |
| 05/27/08 | Lewis | Review revised Plan and Disclosure Statement (.8); e-mail correspondence with M. Branzburg re: changes (.1). | .90 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60021  Plan Review and Litigation                              Page   15
August 11, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 06/03/08 | Lewis | E-mail correspondence with M. Augustine re: Adeptios' comments (.2). | .20 |
| 06/04/08 | Gwynne | Reviewed/modified draft plan (1.8); conference with Bayard attorneys re: Adeptio's proposed changes (0.4) | 2.20 |
| 06/04/08 | Lewis | Review Adeptio's plan and ds comments (1.5). | 1.50 |
| 06/05/08 | Lewis | Review revised Disclosure Statement and Plan circulated by M.Augustine (.3); telephone call with K.Gwynne re same (.1). | .40 |
| 06/06/08 | Gwynne | Emails re: Radio Shack's disclosure statement/plan issues | .20 |
| 06/10/08 | Lewis | E-mail correspondence with M. Branzberg re: revisions to Plan and Disclosure Statement. | .10 |
| 06/11/08 | Lewis | Email correspondence with M.Branzburg re revised Plan and DS (.2). | .20 |
| 06/12/08 | Lewis | Review and finalize revised plan and disclosure statement (.6); email correspondence with K.Gwynne re same (.1). | .70 |
| 06/13/08 | Lewis | Conference call with G.Loomis and K.Gwynne re DS hearing and First Amended Disclosure Statement (.5); email correspondence with same re same (.1); telephone call with M.Augustine re results of DS hearing (.2); telephone call with K.Gwynne re same (.2). | 1.00 |
| 06/16/08 | Lewis | Participate in conference call with Debtors' counsel re finalizing Plan and Disclosure Statement (.4); email correspondence with K.Gwynne re same (.1); review revised Disclosure Statement circulated by M.Augustine (.6); incorporate | 2.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1734887
      and Its Debtor-Affiliates
60021  Plan Review and Litigation                           Page   16
August 11, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| | | professional fee waterfall schedule into draft Litigation Trust Agreement (.9). | |
| 06/19/08 | Lewis | Review and revise proposed loan term sheet prepared by Adeptio (.5); email correspondence with K.Gwynne re same (.2). | .70 |
| 06/20/08 | Lewis | Revise draft litigation trust agreement (.8); telephone call with D.Paceti re same (.2); revise same per comments from same (.1); email correspondence with M.Branzburg, K.Gwynne, N.Glassman, and M.Augustine re Litigation Trust Agreement (.4); telephone call with M.Branzburg and K.Gwynne re same (.5); revise same per comments from same (.6). | 2.60 |
| 06/23/08 | Lewis | Conference call with M. Bronzburg re: Litigation Trust Agreement (.3); revise same per comments from same (.7); revise Adeptio loan term sheet per comments from K. Gwynne (.2). | 1.20 |
| 06/23/08 | Lewis | Participate in conference call with debtors and counsel to Adeptio re: terms of revised disclosure statement (1.1). | 1.10 |
| 06/24/08 | Lewis | Email correspondence with Debtor's counsel re costs associated with third-party release solicitation (.2). | .20 |
| 06/26/08 | Lewis | Email correspondence with M.Augustine and K.Gwynne re status of discussions between BMC and Adeptio in connection with proposed Plan and DS (.1). | .10 |
| 06/27/08 | Lewis | Telephone call with M.Augustine re Adeptio's response to the litigation trust loan term sheet (.1); email correspondence with K.Gwynne re same (.1); revise draft termsheet and email | .40 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber    1734887
      and Its Debtor-Affiliates
60021  Plan Review and Litigation                       Page   17
August 11, 2008

| Date | Name | | Hours |
|---|---|---|---|
| | | correspondence with D.Agay re same (.2). | |
| 07/03/08 | Lewis | Various email correspondence with K.Gwynne, N.Glassman, and M.Augustine and J.Pawlitz re status of Plan and Adeptio's negotiations with BMC re solicitation of third party release (.3). | .30 |
| 07/03/08 | Lewis | Email correspondence with M.Branzburg re status of Plan and DS hearing (.2). | .20 |
| 07/11/08 | Lewis | Telephone conference with D.Agay, K.Gwynne, and M.Augustine re terms of loan to litigation trust (.7); revise term sheet per results of conference call (1.1); email correspondence with K.Gwynne re same (.1). | 1.90 |
| 07/14/08 | Gwynne | Modified draft term sheet for loan to liquidation trust (0.3); discussed issues with M. Augustine and reviewed Adeptio's changes re: same (0.1) | .40 |
| 07/14/08 | Lewis | Telephone call with K.Gwynne re Loan Term Sheet (.3); review same (.2); email correspondence with D.Agay re same (.1); email correspondence with N.Glassman re same (.1). | .70 |
| 07/15/08 | Gwynne | Hearing re: term sheet for loan to liquidation trust and status conference re: Icon motion for reconsideration | 2.20 |
| 07/22/08 | Lewis | Telephone call with M. Sable, creditor, re: case status (.1). | .10 |
| 07/23/08 | Lewis | Review Adeptio's comments to Plan and Disclosure Statement (1.2); email correspondence with K.Gwynne re same (.1). | 1.30 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
    and Its Debtor-Affiliates
60021  Plan Review and Litigation                               Page   18
August 11, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 07/29/08 | Lewis | Review revised draft plan and disclosure statement. | 1.40 |
| 07/30/08 | Lewis | Review draft solicitation materials. | .60 |
| | | TOTAL HOURS | 27.50 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Kurt F. Gwynne | 5.00 | at $ 560.00 = | 2,800.00 |
| Joshua C. Lewis | 22.50 | at $ 370.00 = | 8,325.00 |
| CURRENT FEES | | | 11,125.00 |

TOTAL THIS MATTER                                              $11,125.00

```
                        REED SMITH LLP
                        PO Box 7777-W4055
                        Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.                Invoice Number      1734887
As Committee Chairperson on behalf of      Invoice Date        08/11/08
Infinite Computer Solutions, Inc.          Client Number        886922
10500 Sager Avenue, Suite G                Matter Number         60027
Fairfax, VA 22030                          Page    19
```

========================================================================

Re: (60027)  Investigation re: Lenders

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 05/19/08 | Lewis | E-mail correspondence with J. Johnson re: board meeting minutes (.1); consider retention of file issues re: DS3 tapes (.2). | .30 |
| | | TOTAL HOURS | .30 |

| TIME SUMMARY | Hours | Rate | Value | |
|---|---|---|---|---|
| Joshua C. Lewis | 0.30 at $ 370.00 = | | 111.00 | |
| | CURRENT FEES | | | 111.00 |
| | TOTAL THIS MATTER | | | $111.00 |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number    1734887 |
| As Committee Chairperson on behalf of | Invoice Date       08/11/08 |
| Infinite Computer Solutions, Inc. | Client Number      886922 |
| 10500 Sager Avenue, Suite G | Matter Number      60029 |
| Fairfax, VA 22030 | Page   20 |

====================================================================

Re: (60029)  Attendance at Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 06/13/08 | Loomis | Attend Hearing for Approval of Disclosure Statement (.8); Communicate with N.Glassman and M.Augistine regarding Hearing (.2); Communicate with K. Gwynne regarding Hearing (.1) | 1.00 |
| | | TOTAL HOURS | 1.00 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Gaston P. Loomis | 1.00 at $ 385.00 = | | 385.00 |

CURRENT FEES                                             385.00


TOTAL THIS MATTER                                       $385.00
                                                  =============