# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Outside Copying | IKON | $182.50 |
| In-House Duplicating | | $262.70 |
| Outside Databases | PACER | $67.68 |
| Courier | Parcels | $12.50 |
| Legal Research | WestLaw | $247.60 |
| Telephone - Outside | ChorusCall/ CourtCall | $31.62 |
| **TOTAL** | | **$804.60** |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630

```
c/o Timothy J. McGary, Esq.                    Invoice Number      1734887
As Committee Chairperson on behalf of          Invoice Date       08/11/08
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60001
Fairfax, VA 22030                              Page    1
```

================================================================================

Re: (60001)   Official Committee of Unsecured Creditors

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 04/11/08 | PACER | 29.52 |
| 04/11/08 | PACER | 1.76 |
| 04/15/08 | PACER | 9.92 |
| 04/30/08 | PACER | .24 |
| 05/08/08 | Duplicating/Printing/Scanning ATTY # 6775; 343 COPIES | 34.30 |
| 05/08/08 | Duplicating/Printing/Scanning ATTY # 6775; 41 COPIES | 4.10 |
| 05/08/08 | Duplicating/Printing/Scanning ATTY # 6775; 2 COPIES | .20 |
| 05/08/08 | PACER | 6.96 |
| 05/17/08 | Duplicating/Printing/Scanning ATTY # 9154; 73 COPIES | 7.30 |
| 05/17/08 | Duplicating/Printing/Scanning ATTY # 9154; 27 COPIES | 2.70 |
| 05/18/08 | Duplicating/Printing/Scanning ATTY # 9154; 89 COPIES | 8.90 |
| 05/18/08 | Duplicating/Printing/Scanning ATTY # 9154; 16 COPIES | 1.60 |
| 05/18/08 | Duplicating/Printing/Scanning ATTY # 9154; 1 COPIES | .10 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors              Page    2
August 11, 2008
```

| Date | Description | Amount |
|---|---|---|
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 16 COPIES | 1.60 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 12 COPIES | 1.20 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 43 COPIES | 4.30 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 55 COPIES | 5.50 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 4 COPIES | .40 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 141 COPIES | 14.10 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 67 COPIES | 6.70 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 14 COPIES | 1.40 |
| 05/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 22 COPIES | 2.20 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 12 COPIES | 1.20 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 3 COPIES | .30 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 6 COPIES | .60 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 55 COPIES | 5.50 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 81 COPIES | 8.10 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 157 COPIES | 15.70 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 9 COPIES | .90 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 6 COPIES | .60 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page   3
August 11, 2008
```

| Date | Description | Amount |
|---|---|---:|
| 05/21/08 | Telephone Expense<br>302-345-7996/WILMINGTON, DE/18 | .90 |
| 05/24/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 130 COPIES | 13.00 |
| 05/24/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 81 COPIES | 8.10 |
| 05/24/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 56 COPIES | 5.60 |
| 05/27/08 | PACER | 8.08 |
| 05/27/08 | PACER | 4.72 |
| 05/29/08 | Telephone Expense<br>404-504-4088/ATLANTA, GA/25 | 1.20 |
| 06/01/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 2 COPIES | .20 |
| 06/01/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 34 COPIES | 3.40 |
| 06/01/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 2 COPIES | .20 |
| 06/03/08 | PACER | .64 |
| 06/04/08 | Telephone Expense<br>207-873-1565/WATERVILLE, ME/6 | .25 |
| 06/05/08 | Telephone Expense<br>732-763-9739/NEWBRUNSWK, NJ/32 | 1.60 |
| 06/08/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 255 COPIES | 25.50 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 2478; 35 COPIES | 3.50 |
| 06/16/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062208 - Joshua | 2.15 |
| 06/16/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062208 - Joshua | 1.64 |
| 06/16/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062208 - Joshua | 1.91 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors            Page    4
August 11, 2008
```

| Date | Description | Amount |
|---|---|---|
| 06/16/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062208 - Joshua | 2.01 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9622; 50 COPIES | 5.00 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9622; 74 COPIES | 7.40 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 9622; 24 COPIES | 2.40 |
| 06/18/08 | PACER | 3.84 |
| 06/19/08 | Duplicating/Printing/Scanning<br>ATTY # 005253: 28 COPIES | 2.80 |
| 06/23/08 | Telephone Expense<br>302-429-4261/WILMINGTON, DE/17 | .85 |
| 06/23/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062908 - Joshua | 2.01 |
| 06/23/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062908 - Joshua | 2.55 |
| 06/23/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062908 - Joshua | 2.28 |
| 06/23/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062908 - Joshua | 2.46 |
| 06/23/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-062908 - Joshua | 2.60 |
| 06/25/08 | Westlaw<br>Westlaw | 41.40 |
| 06/25/08 | Westlaw<br>Westlaw | 101.40 |
| 06/25/08 | PACER | 2.00 |
| 06/26/08 | Westlaw<br>Westlaw | 104.80 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 17 COPIES | 1.70 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 147 COPIES | 14.70 |

```
886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1734887
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors          Page    5
August 11, 2008
```

| Date | Description | Amount |
|---|---|---:|
| 06/27/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.<br>COPYING | 75.90 |
| 06/27/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.<br>COPYING | 106.60 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 3 COPIES | .30 |
| 06/29/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 140 COPIES | 14.00 |
| 06/29/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 213 COPIES | 21.30 |
| 07/11/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-071308 - Joshua | 1.78 |
| 07/11/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-071308 - Joshua | 1.78 |
| 07/11/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-071308 - Joshua | 1.78 |
| 07/11/08 | Telephone - Outside<br>Chorus Call Inv No: 4122883131-071308 - Joshua | 1.87 |
| 07/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 20 COPIES | 2.00 |
| 07/19/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 21 COPIES | 2.10 |
| 07/30/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. - DELIVERY | 12.50 |

```
                        CURRENT EXPENSES                    804.60

                        TOTAL THIS MATTER                 $804.60
                                                     ==============
```