IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Objection Deadline: October 3, 2008 at 4:00 p.m.<br>Hearing Date: TBD |

**THIRD INTERIM FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2008 THROUGH JULY 31, 2008**

| | |
|---|---|
| Name of Applicant: | REED SMITH LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | January 7, 2008, *nunc pro tunc* to November 16, 2007 |
| Period for which compensation and reimbursement is sought: | May 1, 2008 Through July 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $24,594.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $804.60 |
| This is a: | Interim Fee Application |

The total time expended for monthly fee application preparation is approximately 5.00 hours and the corresponding compensation requested is approximately $1,250.00.

## Summary of Fee Applications for Interim Compensation Period

| Date Filed & Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 11, 2008<br><br>D.I. 694 | May 1, 2008 – July 31, 2008 | $24,594.00 | $804.60 | Pending | Pending |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Objection Deadline: October 3, 2008 at 4:00 p.m.<br>Hearing Date: TBD |

**THIRD INTERIM FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2008 THROUGH JULY 31, 2008**

Reed Smith LLP ("Reed Smith" or the "Applicant"), hereby submits this Third Interim Fee Application of Reed Smith LLP, Counsel for the Official Committee of Unsecured Creditors (the "Committee"), for Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2008 through July 31, 2008 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Del.Bankr.LR. 2016-2, the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order"; D.I. 165), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A). By this Application, Reed Smith, as counsel to the Committee in this proceeding, seeks interim allowance and payment of compensation for legal services performed and expenses incurred during the period commencing May 1, 2008 through July 31, 2008 (the "Compensation Period"). In support hereof, Reed Smith respectfully represents the following:

## I. FACTUAL BACKGROUND

1. On November 8, 2007 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code"). Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to operate their business and manage their properties as debtors-in-possession. By order dated November 9, 2007, the Court approved the joint administration of these cases for procedural purposes only.

2.  On November 16, 2007, the United States Trustee for Region 3 (the "U.S. Trustee") conducted a formational meeting of the Debtors' unsecured creditors for the purpose of forming an official committee of unsecured creditors (the "Formational Meeting").

3.  At the Formational Meeting, the U.S. Trustee appointed the following five (5) entities to the Committee pursuant to Section 1102(a)(1) of the Bankruptcy Code: (i) JBR Media Ventures, LLC; (ii) Google, Inc.; (iii) Infinite Computer Solutions, Inc.; (iv) Yahoo!, Inc.; and (v) ACN Communications Services, Inc. Upon formation, the Committee selected Reed Smith as its counsel.

4.  On November 30, 2007, this Court entered the Administrative Order. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests. If an objection to a professional's request is not filed and served within twenty (20) days, the Debtors are authorized and directed to promptly pay 80% of the fees and 100% of the expenses requested.

5.  Furthermore, the Administrative Order provides that professionals are to file and serve upon the notice parties an interim request (an "Interim Fee Application") for interim Court approval and allowance of the monthly fee application(s) during the interim fee period covered by the Interim Fee Application. If the Court grants the relief requested by the Interim Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the monthly fee application(s) covered by that Interim Fee Application

less any amounts previously paid in connection with the monthly fee application(s). Any payment made pursuant to the monthly fee application(s) or the Interim Fee Applications is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

6. The Committee selected Reed Smith because its attorneys have a great deal of experience representing creditors' committees in cases and proceedings under the Bankruptcy Code, and the Committee has confidence in Reed Smith's ability to provide superior legal services during these bankruptcy cases.

7. On January 7, 2008, the Bankruptcy Court approved the Committee's retention of Reed Smith as counsel and entered the Order Approving Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of November 16, 2007 as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1103(a) and 328(a) and Fed.R.Bankr.P. 2014 (D.I. 292).

8. On September 11, 2008, Reed Smith filed its Fifth Monthly Fee Application of Reed Smith LLP, Counsel for the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2008 Through July 31, 2008 (D.I. 694) (the "Fifth Monthly Fee Application") seeking fees in the total amount of $24,594.00 and expenses in the total amount of $804.60. The objection deadline for the Fifth Monthly Fee Application will expire on October 3, 2008.

9. The Fifth Monthly Fee Application contains detailed time logs describing the actual and necessary services provided by Reed Smith during the covered period, as well as other detailed information required to be included in fee applications. The Fifth Monthly Fee Application is incorporated herein by reference.

## REQUEST FOR COMPENSATION AND
## REIMBURSEMENT OF EXPENSES

10. Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional employed by any such person." 11 U.S.C. § 330(a)(1)(A). The attorneys requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Bankruptcy Court that the services performed and fees incurred were reasonable.

11. In determining the amount of reasonable compensation to be awarded, the Court shall consider, pursuant to 11 U.S.C. § 330(a)(3), the nature, extent, and the value of such services, taking into account all relevant factors, including: (A) the time expended on such services, (B) the billing rates for such services, (C) whether such services were beneficial or necessary to the administration of the estate, (D) the complexity of the case or the nature of the task handled by the professional, and (E) the costs of comparable professional services. See 11 U.S.C. §330(a)(3)(A)-(E).

12. Reed Smith submits this Application seeking an interim allowance of compensation for actual and necessary professional services performed as counsel for the Committee in the total amount of $24,594.00, as well as reimbursement for actual and necessary out-of-pocket expenses incurred in the total amount of $804.60 for the covered period, and payment according to the procedures set forth in the Administrative Order. Again, the full scope of the services provided and the related expenses incurred are fully described in the Fifth Monthly Fee Application that has already been filed with the Court.

13.     Summaries containing the names of each Reed Smith professional and paraprofessional rendering services for the Committee during the covered period, their customary billing rates, the time expended by each professional and paraprofessional, and the total value of time incurred by each professional and paraprofessional are attached to the Fifth Monthly Fee Application. In addition, the Fifth Monthly Fee Application contains computer-printouts reflecting the time recorded for services rendered on a daily basis during the covered period and descriptions of the services provided, identified by project task categories.

14.     Further, the Fifth Monthly Fee Application contains a breakdown of expenses incurred by Reed Smith during the covered period. Reed Smith has incurred out-of-pocket expenses during the covered period in the amount of $804.60, which sum is broken down into categories of charges, including, *inter alia*, telephone charges, document retrieval charges, electronic research, postage expenses and courier and express mail charges, as well as in-house and outside photocopying charges and filing fees. The Applicant's in-house rate for duplication is $.10 per page.

15.     With respect to the time and labor expended by the Applicant in these cases, as set forth in Fifth Monthly Fee Application during the covered period, the Applicant rendered professional services in the combined total amount of $24,594.00. The Applicant believes that it is appropriate to be compensated for the time spent in connection with such matters, and to that end, the Applicant has set forth in the Fifth Monthly Fee Application a brief narrative description of the services rendered as counsel for the Committee and the time expended, organized by project task categories. The Applicant has attempted to place the services provided in the category that best relates to such services. Because certain services may relate to one or more categories, however, services pertaining to one category may be properly included in another category.

16. The Applicant charged and now requests those fees that are reasonable and customary and charged by most counsel in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to Reed Smith's many clients. Moreover, the Reed Smith Retention Order authorizes firm professionals and paraprofessionals to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. The compensation requested in this Application does not exceed the reasonable value of the services rendered. Reed Smith's standard hourly rates for work of this nature are set at a level designed to fairly compensate Reed Smith for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

17. This Application covers the period from May 1, 2008 through and including July 31, 2008. Although every effort was made to include all fees and expenses from the covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation of the instant application subsequent to the covered period. Accordingly, the Applicant reserves the right to make further applications for allowance of fees and expenses not included herein. To the best of their knowledge, Reed Smith believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, the Fee Auditor Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE, the Applicant respectfully requests that the Court enter an order substantially in the form attached hereto, providing (i) an allowance be made to the Applicant for compensation for reasonable and necessary legal services performed in the combined total amount of $24,594.00, and for reimbursement of actual and necessary costs and expenses incurred in the combined total amount of $804.60 for the period of May 1, 2008 through July 31, 2008, (ii) that the Debtors be authorized and directed to promptly pay to Reed Smith compensation in the amount of $4,918.80 (the 20% fee holdback, plus any other fees, if any, not yet paid to Reed Smith) and reimbursement of expenses in the amount of $804.60 (if such sums have not previously been paid to Reed Smith); and (iii) for such other and further relief as this Court deems just and proper.

Dated: September 11, 2008
  Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com

and

Robert P. Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: rsimons@reedsmith.com

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420
E-mail: cspringer@reedsmith.com

Counsel to the Official Committee of Unsecured Creditors