## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 693 |

### ORDER APPROVING STIPULATION REGARDING CLAIM NO. 704 FILED BY THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY

Upon consideration of the stipulation annexed hereto as Exhibit 1 (the "Stipulation") between the above-captioned debtors (the "Debtors") and the State of Michigan, Department of Treasury; it is hereby

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that Claim No. 704 is hereby disallowed and expunged in its entirety; and it is further

ORDERED, that BMC Group, Inc., the Debtors' claims and balloting agent, is hereby authorized to remove Claim No. 704 from the claims registry;

ORDERED, that the Debtors' right to raise other objections to Claim No. 1563 on any and all grounds permitted by law and/or equity is hereby preserved; and it is further

ORDERED, that the Court shall retain jurisdiction to hear any and all disputes arising from the Stipulation or this Order; and it is further

Dated: September 11, 2008
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{BAY:01142099v1}