**EXHIBIT 1**

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF DE _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: STAR NUMBER INC | Case Number 0711670 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Pennsylvania Department of Revenue | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946<br>Telephone number:<br>(717) 783-8989 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 8,123.83

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Taxes
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5549

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Property: $ Unknown     Annual Interest Rate 8 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ 0.00     Basis for perfection: _____

Amount of Secured Claim: $ 0.00     Amount Unsecured: $ 2,431.98

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5 Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 5,691.85

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 9/11/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ James M. Foster, Chief | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF REVENUE



December 28, 2007

DELAWARE (WIL) U.S. BANKRUPTCY COURT
CLERK'S OFFICE - WILMINGTON DIV.
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DELAWARE 19801

Case No: 07-11670         DE
STAR NUMBER INC

Dear Clerk of Courts:

Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

**$ 8,123.83**

Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance
(717) 783-5298
TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

ACKNOWLEDGEMENT

CLAIM NUMBER

| | | | |
|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO Box 280946<br>HARRISBURG PA 17128-0946<br><br>Lisa Haviland |  | **SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE** | ☑ Original Claim<br>☐ Amended Claim<br><br>This claim supercedes all Previous claims filed.<br><br>Date Amended: |

STAR NUMBER INC
STAR NUMBER INC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF   DELAWARE
Petition Filing Date:  11/08/2007
Case Number:  0711670   DE
Chapter:  11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF    **$8,123.83**    for the following:

☑ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210
☐ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301
☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301
☐ Corporate Net Income Tax
☐ Capital Stock-Franchise Tax
☐ Corporate Loans Tax
☑ Other    FRANCHISE TAX

**SECURED CLAIMS (Tax lien(s) filed before petition date)**

See attached statement of account detailing the liability.

Total secured claim:   _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition interest may be payable.

**ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code**

See attached statement of account detailing the liability.

Total administrative   _____

**UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.**

See attached statement of account detailing the liability.

Total unsecured priority:   **$5,691.85**

**UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.**

See attached statement of account detailing the liability.

Total unsecured non-priority claim:   **$2,431.98**

All payments of this claim have been credited and deducted for the purpose of making this proof of claim.

_____
(Representative, Bureau of Compliance)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Lisa Haviland



# BANKRUPTCY STATEMENT OF ACCOUNT

Page 1 of 1
Pet Date: 11/8/2007
Cause Number: 0711670 DE
Chapter: 11

STAR NUMBER INC
1010 WISCONSIN AVENUE NW
SUITE 600
WASHINGTON DC 20007

**Primary Tax Numbers**
Emp Identification Number: 820555549
Sales Tax License Number: 82819896
Social Security Number:
Corp Tax Number: 2626817
Other Number:

**Additional Debtors and/or Names**    SSN    EIN

**Note:**

| TYPE OF CLAIM | UNSECURED NON-PRIORITY | | Tax Number: | 2628817 | | |
|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | ✓ | 2003-2005 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |

Lien Filing Date:    County Lien Filed:    Lien Docket Number:

| | | TOTAL | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |

| TYPE OF CLAIM | UNSECURED NON-PRIORITY | | Tax Number: | 82819896 | | |
|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | | 2003-2004 | $0.00 | $0.00 | $0.00 | $2,131.98 | $2,131.98 |

Lien Filing Date:    County Lien Filed:    Lien Docket Number:

| | | TOTAL | $0.00 | $0.00 | $0.00 | $2,131.98 | $2,131.98 |

| TYPE OF CLAIM | UNSECURED PRIORITY | | Tax Number: | 2628817 | | |
|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | ✓ | 12 2003 | $1,000.00 | $217.00 | $0.00 | $0.00 | $1,217.00 |
| CT | ✓ | 12 2004 | $1,000.00 | $174.00 | $0.00 | $0.00 | $1,174.00 |
| CT | ✓ | 12 2005 | $1,000.00 | $118.00 | $0.00 | $0.00 | $1,118.00 |
| CT | ✓ | 12 2006 | $1,000.00 | $45.00 | $0.00 | $0.00 | $1,045.00 |
| CT | ✓ | 11 2007 | $900.00 | $0.00 | $0.00 | $0.00 | $900.00 |

Lien Filing Date:    County Lien Filed:    Lien Docket Number:

| | | TOTAL | $4,900.00 | $554.00 | $0.00 | $0.00 | $5,454.00 |

| TYPE OF CLAIM | UNSECURED PRIORITY | | Tax Number: | 82819896 | | |
|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | | 11m 2003 | $116.40 | $26.76 | $0.00 | $0.00 | $143.16 |
| ST | | 04m 2004 | $70.46 | $24.23 | $0.00 | $0.00 | $94.69 |

Lien Filing Date:    County Lien Filed:    Lien Docket Number:

| | | TOTAL | $186.86 | $50.99 | $0.00 | $0.00 | $237.85 |

**LEGEND:**
ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040. Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.

**EXHIBIT 2**

Case 07-11666-KG    Doc 699-1    Filed 09/12/08    Page 7 of 20

```
STAR NUMBER INC            BOX NO: 2626-817      FILE MONTH  12    BNK OPEN      2
STE 500                    EIN: 82-0555549       INC DTE: 02-05-2003
HARRISBURG     PA 17108 22    SYSTM: N           IND CODE: 4812 REPORTS: BA
                                                 KOZ IND:
   DATE        T/C FYE    TYP   CARDX       C          DEBIT          CREDIT
 03-17-03      12  1203    02   NO HARBOR
 07-02-04      90  1203    02   NO REPORT
 08-06-04      90  1203    02   NO REPORT
 07-01-05      90  1203    02   NO REPORT
 07-07-06      90  1203    02   NO REPORT
                                              TAX BAL                    .00
------------------------------------------------------------------------------
 03-17-03      12  1203    04   NO HARBOR
                                              TAX BAL                    .00
------------------------------------------------------------------------------
 12-05-03      12  1204    02   NO HARBOR
 07-01-05      90  1204    02   NO REPORT
 07-07-06      90  1204    02   NO REPORT
                                              TAX BAL                    .00
------------------------------------------------------------------------------
 12-05-03      12  1204    04   NO HARBOR
                                              TAX BAL                    .00
------------------------------------------------------------------------------
*** CONTINUED *** =                           *TBNC 2626817          PAGE    1
```

```
STAR NUMBER INC           BOX NO: 2626-817      FILE MONTH 12   BNK OPEN
STE 500                   EIN: 82-0553549       INC DTE: 02-05-2003
HARRISBURG   PA 17108 22  SYSTM: N              IND CODE: 4812 REPORTS: BA
                                                KOZ IND:
   DATE      T/C FYE   TYP   CARDX      C         DEBIT         CREDIT
 12-01-04    12 1205   02    NO HARBOR
 01-18-05    12 1205   02    NO HARBOR
 07-07-06    90 1205   02    NO REPORT
                                             TAX BAL              .00
------------------------------------------------------------------------
 12-01-04    12 1205   04    NO HARBOR
 01-18-05    12 1205   04    NO HARBOR
                                             TAX BAL              .00
------------------------------------------------------------------------
                                         NET TAX BAL              .00



***    END    ***  =1                  *TBNC 2626817        PAGE     2
```

Case 07-11666-KG   Doc 699-1   Filed 09/12/08   Page 8 of 20

**EXHIBIT 3**

```
STAR NUMBER INC                              STATUS    LAST T/C DTE
STE 500                                                    11-08-07              3
600 NORTH 2ND ST                        FORMER NAME
HARRISBURG      PA 17108 22

    BOX NO.      EIN          FILE MO      INC DATE      IND CODE    REPORTS    SYSTEM
    2626-817  82-0555549         12       02-05-2003       4812        BA         N

    STATUS  CHANGE           SECONDARY         IN        LATEST   BANKRUPTCY
    DATE    T/C   TO BOX        EIN          DEBTS       TYPE      NUMBER
   11-08-07  09                                NO          R        0711670
   02-05-03  99
                COUPON BOOK
                INFORMATION                         AMNESTY INFORMATION
    TYPE    EST YEAR    SELECT DATE
     M        1205       01-18-05

    KOZ IND    WRITE OFF      ARCH IND   PA OPT OUT   FED OPT OUT   NOTICE SUPP
                               NO



                        CTBNO 2626817
```

**EXHIBIT 4**

**EIN** : 82-0555549/000        **NAME** :    STAR NUMBER INC
                                **BALANCE CODE**  : ALL         **CASE** :  Y
**ACCT STAT:**                  **FILING FREQUENCY:**

```
                                                              APL PD
     PERIOD  ACCT
     END     TYPE   ACCOUNT ID           LIABILITY    COLLECTIONS IN ST
 1  01/31/2006 SALE 82819896                  0.00           0.00 N RF
 2  12/31/2005 SALE 82819896                744.18         744.18 N RF
 3  11/30/2005 SALE 82819896              1,214.79       1,214.79 N RF
 4  10/31/2005 SALE 82819896                828.67         828.67 N RF
 5  09/30/2005 SALE 82819896                945.06         945.06 N RF
 6  08/31/2005 SALE 82819896              1,339.97       1,339.97 N RF
 7  07/31/2005 SALE 82819896              1,260.24       1,260.24 N RF
 8  06/30/2005 SALE 82819896              1,469.03       1,469.03 N RF
 9  05/31/2005 SALE 82819896              1,922.41       1,922.41 N RF
10  04/30/2005 SALE 82819896              1,720.95       1,720.95 N RF
11  03/31/2005 SALE 82819896              2,425.59       2,425.59 N RF
12  02/28/2005 SALE 82819896              3,001.28       3,001.28 N RF

01-HELP     02-RECONC   05-EVENTLS  06-SUSPEND  08-NEXT     09-CANCEL   13-W2/W3
17-TRANLST  18-RELATN   21-FORCAST
NEXT FUNCTION            DATA :
```

```
EIN  : 82-0555549/000      NAME :     STAR NUMBER INC
                                      BALANCE CODE   : ALL          CASE :  Y
ACCT STAT:                            FILING FREQUENCY:

     PERIOD    ACCT                                              APL PD
     END       TYPE   ACCOUNT ID          LIABILITY   COLLECTIONS  IN ST
 1  01/31/2005 SALE   82819896             2,341.96     2,341.96   N  RF
 2  12/31/2004 SALE   82819896             2,340.67     2,340.67   N  RF
 3  11/30/2004 SALE   82819896             2,601.74     2,601.74   N  RF
 4  10/31/2004 SALE   82819896             4,627.78     4,627.78   N  RF
 5  09/30/2004 SALE   82819896             2,571.70     2,571.70   N  RF
 6  08/31/2004 SALE   82819896             2,714.79     2,714.79   N  RF
 7  07/31/2004 SALE   82819896             3,324.34     3,324.34   N  RF
 8  06/30/2004 SALE   82819896             3,669.16     3,669.16   N  RF
 9  05/31/2004 SALE   82819896             2,432.31     2,432.31   N  RF
10  04/30/2004 SALE   82819896             7,434.77     6,975.12   N  RF
11  03/31/2004 SALE   82819896             9,653.11     9,653.11   N  RF
12  02/29/2004 SALE   82819896            11,226.57    11,226.57   N  RF

01-HELP    02-RECONC   04-FIRST    05-EVENTLS  06-SUSPEND  07-PREV     08-NEXT
09-CANCEL  13-W2/W3    17-TRANLST  18-RELATN   21-FORCAST
NEXT FUNCTION              DATA :
```

**EIN** : 82-0555549/000        **NAME** :    STAR NUMBER INC
                                **BALANCE CODE**  : ALL          **CASE** :   Y
**ACCT STAT:**                  **FILING FREQUENCY:**

|    | PERIOD END | ACCT TYPE | ACCOUNT ID | LIABILITY | COLLECTIONS | APL IN | PD ST |
|----|------------|-----------|------------|-----------|-------------|--------|-------|
| 1  | 01/31/2004 | SALE      | 82819896   | 0.00      | 2,735.40    | N      | AO    |
| 2  | 12/31/2003 | SALE      | 82819896   | 12,614.12 | 12,614.12   | N      | RF    |
| 3  | 11/30/2003 | SALE      | 82819896   | 13,434.24 | 11,524.06   | N      | RF    |
| 4  | 10/31/2003 | SALE      | 82819896   | 12,162.33 | 12,162.33   | N      | RF    |
| 5  | 09/30/2003 | SALE      | 82819896   | 10,116.34 | 10,116.34   | N      | RF    |
| 6  | 08/31/2003 | SALE      | 82819896   | 9,914.90  | 9,914.90    | N      | RF    |
| 7  | 07/31/2003 | SALE      | 82819896   | 9,521.69  | 9,521.69    | N      | RF    |
| 8  | 06/30/2003 | SALE      | 82819896   | 6,496.72  | 6,496.72    | N      | RF    |
| 9  | 05/31/2003 | SALE      | 82819896   | 5,990.92  | 5,990.90    | N      | RF    |
| 10 | 04/30/2003 | SALE      | 82819896   | 5,616.33  | 5,616.33    | N      | RF    |
| 11 | 03/31/2003 | SALE      | 82819896   | 6,711.28  | 6,711.28    | N      | RF    |
| 12 | 02/28/2003 | SALE      | 82819896   | 4,572.61  | 4,572.61    | N      | RF    |

```
01-HELP    02-RECONC  04-FIRST   05-EVENTLS 06-SUSPEND 07-PREV    08-NEXT
09-CANCEL  13-W2/W3   17-TRANLST 18-RELATN  21-FORCAST
NEXT FUNCTION         DATA :
```

```
EIN   : 82-0555549/000      NAME :      STAR NUMBER INC
                                   BALANCE CODE    : ALL          CASE : Y
ACCT STAT:                         FILING FREQUENCY:

     PERIOD  ACCT                                              APL PD
      END    TYPE   ACCOUNT ID     LIABILITY     COLLECTIONS    IN ST
 1  01/31/2003 SALE 82819896        5,340.51        5,340.51    N  RF
 2  12/31/2002 SALE 82819896        4,969.61        4,969.61    N  RF
 3  11/30/2002 SALE 82819896        2,977.04        2,977.04    N  RF
 4  10/31/2002 SALE 82819896        3,361.28        3,361.28    N  RF
 5  09/30/2002 SALE 82819896        1,101.22        1,101.22    N  RF
 6  08/31/2002 SALE 82819896           40.11           40.11    N  RF
```

**Bottom of list reached**
01-HELP     02-RECONC   04-FIRST    05-EVENTLS 06-SUSPEND 07-PREV     09-CANCEL
13-W2/W3    17-TRANLST  18-RELATN   21-FORCAST
NEXT FUNCTION           DATA :

**EXHIBIT 5**

```
EIN  : 82-0555549/000       NAME :     LIBERTY WIRELESS
ACCOUNT TYPE : 0100 SALE   CLASS:                    ACCOUNT  ID: 82819896

EFFECTIVE DATE       : 08/01/2002       END DATE            : 08/31/2002
ACCOUNT STATUS       : 002   INACTIVE   FISCAL YR END MO/DAY: 12/31
FILING FREQUENCY     : 001   MONTHLY    FIL FREQ EFFECT DATE: 08/01/2002
PERMANENT FIL FREQ   : N                THIRTEEN PERIOD     : N
PAYMENT FREQUENCY    : 001   MONTHLY    PYMT FREQ EFF DATE  :
PERMANENT PYMT FREQ  : N
EDI STATUS           :                  EDI EFFECT DATE     :
EFT STATUS           :                  EFT EFFECT DATE     :
AMNESTY              :
COUNTY               : 0099 OUT OF STATE  COUPON REQUEST    : N
COUPON SUSPENSION    :                  COUPON ISSUED DT    : 12/06/2003
P&I IMMUNITY         : N                NO GOOD CHECK       :

SOURCE OF INFO : 001 USER               LAST UPDATE BY      : R171053
UPDATE REASON  : 951 VOL COMP           UPDATE DATE/TIME    : 01/06/04 13:07
5053 NOTES EXIST
01-HELP    02-LIST    03-END       06-SUSPEND 09-CANCEL   16-ADDR    17-NAME
22-LOCALST
NEXT FUNCTION        DATA
```

```
EIN       : 82-0555549/000      NAME  :      LIBERTY WIRELESS
ACCOUNT TYPE : 0100 SALE   CLASS:                ACCOUNT  ID: 82819896

EFFECTIVE DATE          : 09/01/2002    END DATE              : 05/31/2003
ACCOUNT STATUS          : 002    INACTIVE   FISCAL YR END MO/DAY: 12/31
FILING FREQUENCY        : 001    MONTHLY    FIL FREQ EFFECT DATE: 09/01/2002
PERMANENT FIL FREQ      : N                 THIRTEEN PERIOD       : N
PAYMENT FREQUENCY       : 001    MONTHLY    PYMT FREQ EFF DATE    :
PERMANENT PYMT FREQ     : N
EDI STATUS              :                   EDI EFFECT DATE       :
EFT STATUS              :                   EFT EFFECT DATE       :
AMNESTY                 :
COUNTY                  : 0099 OUT OF STATE  COUPON REQUEST       : N
COUPON SUSPENSION       :                   COUPON ISSUED DT      : 12/06/2003
P&I IMMUNITY            : N                 NO GOOD CHECK         :

SOURCE OF INFO : 001 USER              LAST UPDATE BY      : R171053
UPDATE REASON  : 951 VOL COMP          UPDATE DATE/TIME    : 12/23/03 10:54
5053 NOTES EXIST
01-HELP    02-LIST    03-END      06-SUSPEND 07-BEFORE   09-CANCEL   16-ADDR
17-NAME    22-LOCALST
NEXT FUNCTION           DATA
```

```
EIN  : 82-0555549/000     NAME :      LIBERTY WIRELESS
ACCOUNT TYPE : 0100 SALE  CLASS:              ACCOUNT  ID: 82819896

EFFECTIVE DATE          : 06/01/2003      END DATE             : 01/31/2006
ACCOUNT STATUS          : 002    INACTIVE FISCAL YR END MO/DAY: 12/31
FILING FREQUENCY        : 001    MONTHLY  FIL FREQ EFFECT DATE: 06/01/2003
PERMANENT FIL FREQ      : N               THIRTEEN PERIOD      : N
PAYMENT FREQUENCY       : 001    MONTHLY  PYMT FREQ EFF DATE   :
PERMANENT PYMT FREQ     : N
EDI STATUS              :                 EDI EFFECT DATE      :
EFT STATUS              :                 EFT EFFECT DATE      :
AMNESTY                 :
COUNTY                  : 0099 OUT OF STATE COUPON REQUEST     : N
COUPON SUSPENSION       :                 COUPON ISSUED DT     : 12/06/2003
P&I IMMUNITY            : N               NO GOOD CHECK        :

SOURCE OF INFO : 066 CATS                 LAST UPDATE BY       : R496353
UPDATE REASON  : 057 FIELD                UPDATE DATE/TIME     : 08/29/07 11:18
5053 NOTES EXIST
01-HELP    02-LIST    03-END     06-SUSPEND 07-BEFORE  09-CANCEL  16-ADDR
17-NAME    22-LOCALST
NEXT FUNCTION          DATA
```

EIN  : 82-0555549/000         **NAME** :      STAR NUMBER INC

```
   NAME TYPE    STATUS                    NAME

1  LEGAL NAME  ACTIVE       STAR NUMBER INC
2  TRADE NAME  ACTIVE       LIBERTY WIRELESS
```

**Bottom of list reached**
01-HELP     03-END      06-SUSPEND 09-CANCEL

NEXT FUNCTION          DATA :