```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE

IN RE:                            :
                                  :
SN LIQUIDATION, INC., et al.      : BANKRUPTCY NO. 07-11666(KG)
                                  :
         DEBTOR                   : CHAPTER 11
                                  :
SN LIQUIDATION, INC., et al.      : Related to Doc. 649
                                  :
    Movant/Plan Proponent         :
         v.                       : Hearing Date and Time:
COMMONWEALTH OF PENNSYLVANIA      : October 14, 2008 at 2:00 p.m.
DEPARTMENT OF REVENUE             :
                                  :
    Creditor/Respondent           :
```

ORDER

AND NOW, this _____day of _____, 2008 it is hereby ORDERED and DECREED that the Commonwealth of Pennsylvania, Department of Revenue's Objection to the Second Amended Plan of Liquidation of SN Liquidation, Inc., et al. Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 is granted.

   IT IS FURTHER ORDERED that

   The Debtor Star Number, Inc. shall file within thirty (30) days of the Confirmation Order its delinquent Pennsylvania corporation tax returns for the 2003 through 2007 tax years, completely and correctly as required by the applicable state tax laws.  The Commonwealth of Pennsylvania, Department of Revenue's Proof of Claim as it pertains to the estimated tax liabilities for the 2003 through 2007 tax years shall be allowed in its

entirety and the Debtor is prohibited from objecting to the Proof of Claim.

In the alternative, failure to file these corporation tax returns shall constitute a material default by the Debtor of the confirmed plan for purposes of Section 1112(b)(4)(N) and the Commonwealth of Pennsylvania, Department of Revenue can pursue the dismissal of this bankruptcy.

_____
U.S. Bankruptcy Judge