IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          :
                                :
SN LIQUIDATION, INC., et al.    : BANKRUPTCY NO. 07-11666(KG)
                                :
          DEBTOR                : CHAPTER 11
                                :
SN LIQUIDATION, INC., et al.    : Related to Doc. 649
                                :
     Movant/Plan Proponent      :
          v.                    : Hearing Date and Time:
COMMONWEALTH OF PENNSYLVANIA     : October 14, 2008 at 2:00 p.m.
DEPARTMENT OF REVENUE           :
                                :
     Creditor/Respondent        :

PROOF OF SERVICE

    I hereby certify that, on behalf of the Commonwealth of

Pennsylvania, Department of Revenue, I am on this date by first

class mail serving the attached Objection and Proposed Order,

upon the below-named at the following addresses:

Star Number, Inc.              Thomas R. Califano, Esq.
1010 Wisconsin Avenue NW       Jeremy R. Johnson, Esq.
Suite 600                      DLA Piper US LLC
Washington, DC 20007           1251 Avenue of the Americas
                               New York, NY 10020

Neil Glassman, Esq.            Kurt F. Gwynne, Esq.
Eric M. Sutty, Esq.            Robert P. Simons, Esq.
Mary E. Augustine, Esq.        Claudia Z. Springer, Esq.
Bayard P.A.                    Joshua C. Lewis, Esq.
222 Delaware Ave., Suite 900   Reed Smith LLP
P.O. Box 25130                 1201 Market Street, Suite 1500
Wilmington, DE 19899           Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Dated:   September 12, 2008      Respectfully Submitted,


/s/ Christos A. Katsaounis
Christos A. Katsaounis
Senior Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. No. 20196 (PA)
ckatsaouni@state.pa.us
Telephone: (717) 346-4643
Facsimile: (717) 772-1459