# **EXHIBIT A**

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF DELAWARE _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>SIMIPC ACQUISITION CORP | Case Number<br>07-11669 KG |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request of payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>Department of the Treasury   Internal Revenue Service | ■ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br>Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA 19114 | Court Claim Number 4____<br>(If known) |
| Telephone number 1 800 913 9358          Creditor Number | Filed on _____11/19/2007_____ |
| Name and address where payments should be sent (if different from above)<br>Internal Revenue Service<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
| Telephone Number (410) 962 2398 | ☐ Check this box if you are the debtor or trustee in this case |

| 1 Amount of Claim as of Date Case Filed          $ 230,117 47 | 5 Amount of Claim Entitled to Priority under 11 U S C §507(a) If any portion of your claim falls in one of the following categories check the box and state the amount |
|---|---|

If all or part of your claim is secured complete item 4 below however if all of your claim is unsecured do not complete item 4

If all or part of your claim is entitled to priority complete item 5

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

| 2 Basis for Claim          Taxes<br>(See instruction #2 on reverse side ) |
|---|

| 3 Last four digits of any number by which creditor identifies debtor ___ See Attachment ___ |
|---|
| 3a Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side ) |

☐ Wages salaries or commissions (up to $10 950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C §507 (a)(4)

☐ Contributions to an employee benefit plan 11 U S C §507 (a)(5)

4 Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff          ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe

Value of Property $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim

if any $_____          Basis for perfection _____

Amount of Secured Claim $_____          Amount Unsecured $_____

☐ Up to $2 425* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C §507 (a)(7)

■ Taxes or penalties owed to governmental units 11 U S C §507 (a)(8)

6 Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7 Documents Attach redacted copies of any documents that support the claim such as promissory notes purchase orders invoices itemized statements or running accounts contracts judgments mortgages and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See definition of redacted on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain

☐ Other Specify applicable paragraph of 11 U S C §507 (a)(__)

Amount entitled to priority

$ 167 679 33

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| Date    09/03/2008 | Signature The person filing this claim must sign it Sign and print name and title if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney if any | FOR COURT USE ONLY<br><br>**FILED**<br><br>**SEP 09 2008**<br><br>BMC GROUP |
|---|---|---|
| /s C KIDWELL<br>INSOLVENCY SPECIALIST<br>(410) 962 2398 | Internal Revenue Service<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | |

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

InPhonic Inc

01578

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of** SIMIPC ACQUISITION CORP
1010 WISCONSIN AVENUE NW
SUITE 600
WASHINGTON, DC 20007

Amendment No 1 to Proof of Claim dated 11/19/2007

Form 10 Attachment

| Case Number |
| --- |
| 07-11669-KG |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 11/08/2007 |

The United States has not identified a right of setoff or counterclaim  However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agancy  All rights of setoff are preserved and will be asserted to the extent lawful

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX XXX4924 | WH FED INC * | 12/31/2004 | 1  UNASSESSED NO RETURN | $48 867 28 | $10 772 40 |
| XX XXX4924 | WH FED INC * | 12/31/2005 | 1  UNASSESSED NO RETURN | $48 867 28 | $7 201 14 |
| XX XXX4924 | WH FED INC * | 12/31/2006 | 1  UNASSESSED NO RETURN | $48 867 28 | $3 103 95 |
|  |  |  |  | $146 601 84 | $21 077 49 |

**Total Amount of Unsecured Priority Claims** 

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX XXX4924 | WH FED INC * | 12/31/2003 | 2  Unassessed No Return | $48 867 28 | $13 570 86 |

**Total Amount of Unsecured General Claims** 

* BACKUP WITHHOLDING/FORM 945

1 UNASSESSED TAX LIABILITIES(S) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED  WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED  WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED