# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 16, 2008 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matter:*

OMNIBUS

**R / M #:**   701 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Order to be submitted under Certification of Counsel
#2 -Revised ORDER SIGNED
#3 - ORDER SIGNED
#4 - ORDER SIGNED
#5 - Continued to 10/14/08 @ 2:00 pm
#6 -  Continued to 10/3/08 @ 3:00 pm
#7 -  Continued to 10/14/08 @ 2:00 pm