# SIGN-IN-SHEET

**CASE NAME:** SN LIQUIDATION, INC.
**CASE NO.:** 07-11666 - KG

**COURTROOM LOCATION:** 3
**DATE:** 9/16/08

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Agay (Telephone Appearance) | Kirkland & Ellis | Adeptio INPC Funding |
| Mary Augustine | Bayard, P.A. | " |
| Daniel O'Brien | " | Debtors |