**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that, on September 16, 2008, I caused one copy of Lead Plaintiffs' Objection to Confirmation of Debtors' Second Amended Joint Plan of Liquidation to be served upon the parties listed below by hand delivery unless otherwise indicated.

Roberta A. DeAngelis, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020

Kurt F. Gwynne, Esquire
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
Anup Sathy, P.C., Esquire
David A. Agay, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601-6636

Neil B. Glassman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*/s/ CPS*

Christopher P. Simon (No. 3697)