# EXHIBIT A

In re: SN Liquidation, Inc., et al.
EXHIBIT A - MODIFIED ZERO CLAIMS

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 9 | HERMAN ALEXIS & CO INC<br>633 WEST 5TH ST<br>FL 28<br>LOS ANGELES, CA 90071 | 19 | BLANK | (U) | $0.00 | (U) |
| 16 | TOMLINSON, CHRISTY<br>JAMES ANGELI & DAVID S TOMLINSON<br>10528 CORAL KEY AVENUE<br>TAMPA, FL 33647 | 1341 | BLANK | (U) | $0.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                              (P) - Priority         (U) - Unsecured