

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 659 |

## ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN IMPROPERLY CLASSIFIED CLAIMS

Upon consideration of (i) the Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the claims listed on Exhibit A attached thereto, (iii) the Declaration of Brad Daniel of BMC Group, Inc. in support of the Objection attached to the Objection as Exhibit B, and (iv) any responses to the Objection filed with the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is SUSTAINED as provided herein; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01091889v3}

ORDERED that each of the proofs of claim listed on Exhibit A attached hereto are hereby reclassified in the manner set forth on Exhibit A; and it is further

ORDERED that BMC is herby authorized and directed to reclassify the Incorrectly Classified Claims[2] in the Claims Registry as provided in this Order; and it is further

ORDERED that the Debtors' right to raise other objections to the claims subject to the Objection and this Order or to assert setoff on any and all grounds permitted by law and/or equity are hereby preserved; and it is further

ORDERED that each claim and the Debtors' objections thereto as addressed in the Objection and as set forth on Exhibit A attached to the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014; and that this Order shall be deemed a separate Order with respect to each claim; and that any stay of this Order pending appeal by any of the Claimants whose claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with Respect to the other contested matters covered hereby; and it is further ordered

ORDERED that this Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 16, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{BAY:01091889v3}

2