# Exhibit A

In re: SN Liquidation, Inc., et al.
## EXHIBIT A - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Filed Claim Class** | Modified Claim Amount* | Modified Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CALIFORNIA, STATE OF<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 1198 | $1,600.00 | (A) | $0.00<br>$1,600.00<br>$0.00 | (A)<br>(P)<br>(U) | CLAIM DOES NOT SUPPORT ADMINISTRATIVE EXPENSE CLAIM STATUS. |
| 2 | CITICORP VENDOR FINANCE<br>3950 REGENT BLVD<br>IRVING, TX 75063 | 234 | $6,900.00 | (S) | $0.00<br>$6,900.00 | (S)<br>(U) | CLAIM IS UNSECURED. |
| 3 | KRATZNER, LOIS N<br>307 N ELM<br>LINCOLN, IL 62656 | 1544 | $40.00 | (S) | $0.00<br>$40.00 | (S)<br>(U) | CLAIM IS UNSECURED. |
| | | Totals: | $6,940.00<br>$1,600.00 | (S)<br>(A) | $0.00<br>$0.00<br>$1,600.00<br>$6,940.00 | (S)<br>(A)<br>(P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured