IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Hearing Date: October 3, 2008 at 3:00 p.m. |
| | : Re: Docket No. 635 |

## NOTICE OF HEARING REGARDING DOCKET NO. 635

**PLEASE TAKE NOTICE** that on July 18, 2008, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Docket No. 635] (the "Objection"), which was scheduled for hearing on August 20, 2008. You were previously served with the Objection.

**PLEASE TAKE FURTHER NOTICE** that the hearing regarding the Objection has been continued and will be held on **October 3, 2008 at 3:00 p.m.**

Dated: September 17, 2008
      Wilmington, Delaware

BAYARD, P.A.

By: /s/ _____
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

{BAY:01149559v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession

{BAY:01149559v1}