Exhibit B

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 15, 2008
File # 33006-00001- NBG

|                    |                      | Rate   | Hours  | Amount    |
|--------------------|----------------------|--------|--------|-----------|
| Neil B Glassman    | Director             | 765.00 | 47.70  | 36,490.50 |
| Mary E Augustine   | Associate            | 345.00 | 80.40  | 27,738.00 |
| Daniel A. O'Brien  | Associate            | 280.00 | 100.40 | 28,112.00 |
| Edith Miranda      | Paralegal            | 230.00 | 19.30  | 4,439.00  |
| Lindsey Suprum     | Paralegal            | 215.00 | 1.30   | 279.50    |
| Jacqueline Lately  | Case Management Asst | 145.00 | 1.30   | 188.50    |
| James B Sanderson  | Billing Specialist   | 135.00 | 5.50   | 742.50    |
|                    |              Totals  |        | 255.90 | 97,990.00 |

CHECKS MAY BE PAYABLE TO **BAYARD**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)          September 15, 2008
File # 33006-00001- NBG
```

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 3.60 | 1,713.50 |
| Business Operations | 0.20 | 153.00 |
| Case Administration | 10.70 | 4,161.50 |
| Court Hearings | 34.10 | 13,454.50 |
| Creditor Inquiries | 4.00 | 1,477.50 |
| Disclosure Statement | 26.90 | 11,271.00 |
| Leases/Executory Contracts | 10.10 | 3,405.00 |
| TBF Fee Applications/Compensation | 8.20 | 1,970.00 |
| Other Professional Fee Apps | 0.60 | 245.00 |
| General Corporate Matters | 0.20 | 111.00 |
| Stay Relief Matters | 1.50 | 517.50 |
| Claims Analysis and Resolution | 125.10 | 44,903.00 |
| Plan | 26.10 | 12,731.00 |
| Use, Sale or Lease of Property | 0.50 | 340.50 |
| Trustee Reporting/Schedules | 4.10 | 1,536.00 |
| | 255.90 | 97,990.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 15, 2008
File # 33006-00001- NBG

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Conference Call Services | 52.02 |
| Copies | 1,758.50 |
| Delivery Charges | 171.00 |
| Depositions & Transcripts | 266.75 |
| Federal Express | 1,434.21 |
| Meals/Meetings | 221.90 |
| Pacer Document Downloads | 107.44 |
| Phone | 13.60 |
| Postage | 796.59 |
| Print Images | 72.10 |
| Support Staff Overtime | 156.04 |
| Telecopier/Fax Charges | 1,256.00 |
| **Total Expenses** | **$ 6,306.15** |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                           September 15, 2008
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 07-01-08 | Copies;  Start Meter = 77550 | 0.20 |
| 07-01-08 | Copies;  Start Meter = 589503 | 10.10 |
| 07-01-08 | Copies;  Start Meter = 530477 | 0.50 |
| 07-01-08 | Postage | 0.42 |
| 07-01-08 | Postage | 40.67 |
| 07-01-08 | Phone; 1-770-655-4097 | 0.10 |
| 07-01-08 | Phone; 1-212-310-5911 | 0.40 |
| 07-01-08 | Phone; 1-860-573-4834 | 0.10 |
| 07-01-08 | Conference Call Services; Conference call 6/04/2008 | 23.84 |
| 07-01-08 | Conference Call Services; Conference call 6/23/2008 | 28.18 |
| 07-02-08 | Meals/Meetings; Inv's 3885, 3774; Sugarfoot | 72.15 |
| 07-02-08 | Print Images | 0.60 |
| 07-02-08 | Print Images | 0.60 |
| 07-02-08 | Copies;  Start Meter = 530492 | 11.20 |
| 07-02-08 | Phone; 1-212-310-5908 | 0.40 |
| 07-02-08 | Phone; 1-312-469-7347 | 0.60 |
| 07-03-08 | Print Images | 0.60 |
| 07-03-08 | Print Images | 1.10 |
| 07-03-08 | Print Images | 6.40 |
| 07-03-08 | Print Images | 1.00 |
| 07-03-08 | Print Images | 1.30 |
| 07-03-08 | Print Images | 0.60 |
| 07-03-08 | Phone; 1-860-573-4834 | 0.60 |
| 07-03-08 | Phone; 1-312-469-7347 | 0.20 |
| 07-03-08 | Phone; 1-770-655-4097 | 0.20 |
| 07-07-08 | Print Images | 0.60 |
| 07-07-08 | Print Images | 0.60 |
| 07-07-08 | Copies;  Start Meter = 533973 | 0.40 |
| 07-07-08 | Print Images | 0.60 |
| 07-07-08 | Copies;  Start Meter = 533980 | 0.10 |
| 07-07-08 | Print Images | 1.10 |
| 07-07-08 | Print Images | 5.00 |
| 07-07-08 | Print Images | 5.00 |
| 07-07-08 | Print Images | 0.60 |
| 07-07-08 | Copies;  Start Meter = 596338 | 85.00 |
| 07-07-08 | Postage | 14.40 |
| 07-07-08 | Delivery Charges | 5.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 15, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---:|
| 07-08-08 | Copies;  Start Meter = 78201 | 4.60 |
| 07-08-08 | Copies;  Start Meter = 78247 | 0.40 |
| 07-08-08 | Copies;  Start Meter = 78398 | 0.40 |
| 07-08-08 | Print Images | 0.60 |
| 07-08-08 | Print Images | 0.60 |
| 07-08-08 | Print Images | 0.60 |
| 07-08-08 | Copies;  Start Meter = 78428 | 0.50 |
| 07-08-08 | Copies;  Start Meter = 598255 | 28.70 |
| 07-08-08 | Copies;  Start Meter = 78722 | 0.10 |
| 07-08-08 | Copies;  Start Meter = 534946 | 0.10 |
| 07-08-08 | Postage | 0.84 |
| 07-08-08 | Postage | 0.42 |
| 07-08-08 | Postage | 43.16 |
| 07-08-08 | Telecopier/Fax Charges | 3.00 |
| 07-08-08 | Phone; 1-212-617-5797 | 0.20 |
| 07-08-08 | Phone; 1-703-547-6725 | 0.20 |
| 07-08-08 | Phone; 1-770-655-4097 | 0.60 |
| 07-08-08 | Phone; 1-410-962-2398 | 0.20 |
| 07-08-08 | Phone; 1-916-857-1989 | 0.20 |
| 07-08-08 | Phone; 1-928-768-7446 | 0.20 |
| 07-08-08 | Phone; 1-860-573-4834 | 0.60 |
| 07-08-08 | Phone; 1-561-684-2500 | 0.20 |
| 07-08-08 | Phone; 1-540-338-7574 | 0.20 |
| 07-08-08 | Phone; 1-410-244-7400 | 0.20 |
| 07-08-08 | Phone; 1-985-966-6520 | 0.20 |
| 07-08-08 | Phone; 1-212-310-5908 | 0.20 |
| 07-08-08 | Phone; 1-484-802-7366 | 0.20 |
| 07-10-08 | Copies;  Start Meter = 79224 | 0.60 |
| 07-10-08 | Print Images | 0.60 |
| 07-10-08 | Copies;  Start Meter = 538798 | 0.20 |
| 07-10-08 | Copies;  Start Meter = 540372 | 8.80 |
| 07-10-08 | Copies;  Start Meter = 79412 | 33.60 |
| 07-10-08 | Phone; 1-609-924-2946 | 0.20 |
| 07-10-08 | Phone; 1-609-721-1178 | 0.20 |
| 07-10-08 | Phone; 1-703-547-6725 | 0.40 |
| 07-10-08 | Phone; 1-202-307-0714 | 0.20 |
| 07-11-08 | Copies;  Start Meter = 540460 | 13.80 |
| 07-11-08 | Copies;  Start Meter = 540598 | 108.80 |
| 07-11-08 | Copies;  Start Meter = 79748 | 11.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                               September 15, 2008
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 07-11-08 | Copies;   Start Meter = 604170 | 8.30 |
| 07-11-08 | Copies;   Start Meter = 604354 | 13.00 |
| 07-11-08 | Copies;   Start Meter = 79904 | 33.70 |
| 07-11-08 | Copies;   Start Meter = 80251 | 1.60 |
| 07-11-08 | Postage | 33.30 |
| 07-11-08 | Postage | 5.85 |
| 07-11-08 | Postage | 4.00 |
| 07-11-08 | Telecopier/Fax Charges | 676.00 |
| 07-11-08 | Federal Express | 44.64 |
| 07-11-08 | Federal Express | 51.42 |
| 07-11-08 | Delivery Charges | 35.00 |
| 07-11-08 | Delivery Charges | 5.00 |
| 07-11-08 | Phone; 1-202-307-0714 | 0.20 |
| 07-11-08 | Phone; 1-202-307-0714 | 0.20 |
| 07-11-08 | Phone; 1-410-244-7400 | 0.40 |
| 07-11-08 | Phone; 1-410-244-7400 | 0.20 |
| 07-11-08 | Phone; 1-212-335-4762 | 0.20 |
| 07-14-08 | Print Images | 1.20 |
| 07-14-08 | Print Images | 0.60 |
| 07-14-08 | Print Images | 0.60 |
| 07-14-08 | Print Images | 7.70 |
| 07-14-08 | Print Images | 0.60 |
| 07-14-08 | Print Images | 0.60 |
| 07-14-08 | Copies;   Start Meter = 80457 | 0.10 |
| 07-14-08 | Copies;   Start Meter = 606885 | 212.00 |
| 07-14-08 | Copies;   Start Meter = 543490 | 320.00 |
| 07-14-08 | Copies;   Start Meter = 80514 | 19.00 |
| 07-14-08 | Copies;   Start Meter = 80704 | 8.90 |
| 07-14-08 | Copies;   Start Meter = 80833 | 5.00 |
| 07-14-08 | Copies;   Start Meter = 546809 | 2.70 |
| 07-14-08 | Copies;   Start Meter = 609967 | 7.00 |
| 07-14-08 | Copies;   Start Meter = 80905 | 6.00 |
| 07-14-08 | Copies;   Start Meter = 80965 | 40.50 |
| 07-14-08 | Postage | 118.26 |
| 07-14-08 | Delivery Charges | 5.00 |
| 07-14-08 | Delivery Charges | 10.00 |
| 07-14-08 | Phone; 1-410-244-7400 | 0.20 |
| 07-14-08 | Phone; 1-312-469-7347 | 0.80 |
| 07-14-08 | Phone; 1-919-791-3468 | 0.20 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    September 15, 2008
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 07-15-08 | Copies;   Start Meter = 81376 | 39.40 |
| 07-15-08 | Print Images | 0.60 |
| 07-15-08 | Print Images | 0.60 |
| 07-15-08 | Print Images | 0.80 |
| 07-15-08 | Print Images | 1.60 |
| 07-15-08 | Print Images | 0.60 |
| 07-15-08 | Copies;   Start Meter = 546893 | 77.00 |
| 07-15-08 | Copies;   Start Meter = 610476 | 126.00 |
| 07-15-08 | Federal Express | 96.06 |
| 07-15-08 | Telecopier/Fax Charges | 572.00 |
| 07-15-08 | Telecopier/Fax Charges | 2.00 |
| 07-15-08 | Postage | 16.65 |
| 07-15-08 | Postage | 16.65 |
| 07-15-08 | Postage | 95.13 |
| 07-16-08 | Copies;   Start Meter = 82132 | 0.10 |
| 07-16-08 | Copies;   Start Meter = 82271 | 0.10 |
| 07-16-08 | Support Staff Overtime | 30.28 |
| 07-17-08 | Meals/Meetings; 6/10/08 dinner; Pizza by Elizabeths | 59.50 |
| 07-17-08 | Meals/Meetings; 6/11/08 dinner; Pizza by Elizabeths | 67.75 |
| 07-17-08 | Meals/Meetings; 4/1/08 Dinner; Pizza by Elizabeths | 22.50 |
| 07-17-08 | Copies;   Start Meter = 82346 | 2.00 |
| 07-17-08 | Copies;   Start Meter = 618750 | 197.10 |
| 07-17-08 | Copies;   Start Meter = 82497 | 1.00 |
| 07-17-08 | Copies;   Start Meter = 82507 | 1.30 |
| 07-17-08 | Federal Express | 298.59 |
| 07-17-08 | Federal Express | 943.50 |
| 07-17-08 | Postage | 94.08 |
| 07-18-08 | Print Images | 3.30 |
| 07-18-08 | Print Images | 0.60 |
| 07-18-08 | Copies;   Start Meter = 82532 | 0.60 |
| 07-18-08 | Copies;   Start Meter = 563945 | 1.00 |
| 07-18-08 | Copies;   Start Meter = 567967 | 108.00 |
| 07-18-08 | Copies;   Start Meter = 629335 | 202.90 |
| 07-18-08 | Copies;   Start Meter = 631364 | 3.50 |
| 07-18-08 | Postage | 36.24 |
| 07-18-08 | Postage | 5.04 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 15, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---:|
| 07-18-08 | Postage | 2.68 |
| 07-18-08 | Postage | 268.80 |
| 07-18-08 | Phone; 1-212-310-5910 | 0.20 |
| 07-18-08 | Phone; 1-314-954-7883 | 0.20 |
| 07-18-08 | Phone; 1-412-288-4146 | 0.20 |
| 07-18-08 | Phone; 1-646-334-7767 | 0.20 |
| 07-18-08 | Phone; 1-412-288-4146 | 0.20 |
| 07-18-08 | Phone; 1-312-469-7347 | 0.20 |
| 07-21-08 | Print Images | 5.50 |
| 07-21-08 | Print Images | 0.60 |
| 07-21-08 | Print Images | 7.60 |
| 07-21-08 | Print Images | 7.60 |
| 07-21-08 | Delivery Charges | 101.00 |
| 07-21-08 | Support Staff Overtime | 48.00 |
| 07-21-08 | Support Staff Overtime | 29.76 |
| 07-23-08 | Print Images | 3.30 |
| 07-24-08 | Copies;  Start Meter = 83063 | 0.40 |
| 07-24-08 | Phone | 0.20 |
| 07-24-08 | Phone | 0.20 |
| 07-24-08 | Phone | 0.40 |
| 07-25-08 | Depositions & Transcripts; Transcript of hearing held 7/15/08; Jennifer Ryan Enslen | 266.75 |
| 07-25-08 | Phone | 0.20 |
| 07-25-08 | Phone | 0.20 |
| 07-28-08 | Support Staff Overtime | 48.00 |
| 07-28-08 | Phone; 1-312-469-7347 | 0.40 |
| 07-28-08 | Phone; 1-718-921-8247 | 0.20 |
| 07-29-08 | Delivery Charges | 5.00 |
| 07-30-08 | Copies;  Start Meter = 574704 | 0.40 |
| 07-30-08 | Delivery Charges | 5.00 |
| 07-30-08 | Phone; 1-213-250-1111 | 0.20 |
| 07-30-08 | Phone; 1-612-672-8335 | 0.60 |
| 07-31-08 | Copies;  Start Meter = 84159 | 0.80 |
| 07-31-08 | Telecopier/Fax Charges | 3.00 |
| 07-31-08 | Phone; 1-651-762-9710 | 0.40 |
| 07-31-08 | Pacer Document Downloads | 107.44 |

Total Disbursements    $   6,306.15