IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
|  | Re: Docket No. ____ |

**ORDER APPROVING BAYARD'S THIRD INTERIM
FEE APPLICATION AS CO-COUNSEL TO THE DEBTORS**

Bayard, P.A. ("Bayard"), counsel to the above-captioned debtors and debtors in possession, having filed its third interim fee application in the above-captioned cases for allowance of compensation and reimbursement of expenses (the "Application") for the period from May 1, 2008 through July 31, 2008 (the "Application Period"); and parties in interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and that Bayard is allowed compensation in the amount of $239,273.50 for services rendered and $13,498.30 as reimbursement for actual necessary expenses incurred during the Application Period.

ORDERED that the Debtors are hereby authorized and directed to pay to Bayard the difference between $252,771.80 and any payments that have already been made towards Bayard's first interim fees and expenses.

Dated: September ___, 2008

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

{BAY:01150216v1}