# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. _____ |

## ORDER PURSUANT TO 11 U.S.C. § 363 AND FED.R.BANK.P. 9019 AUTHORIZING THE DEBTORS TO MAKE AN OFFER OF SETTLEMENT TO THE SECURITIES AND EXCHANGE COMMISSION

Upon consideration of the Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 363 and Fed.R.Bank.P. 9019 Authorizing the Debtors to Make an Offer of Settlement to the Securities and Exchange Commission (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of objections to the Motion, if any; and upon the record and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. The relief requested in the Motion is fair and equitable and is in the best interests of the estates.

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

2

3. The Debtors are hereby authorized to make an offer of settlement pursuant to section 12(j) of the Exchange Act in the form attached to the Motion, by which it would agree to the institution and settlement of an administrative proceeding before the SEC for the limited purpose of revoking registration of all securities of InPhonic, Inc. under section 12 of the Exchange Act, and pursuant to which a revocation order substantially in the form attached to the Motion would be entered.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: October ____, 2008
      Wilmington, Delaware

                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE