IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 3, 2008 AT 3:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**CONTESTED MATTER GOING FORWARD:**

1. Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 7/18/08; Docket No. 635]

    Related Documents:

    (a) Debtors' Reply to United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 9/12/08; Docket No. 700]

    (b) Notice of Hearing Regarding Docket No. 635 [Filed 9/17/08, Docket No. 709]

    Response Deadline:

    August 13, 2008 at 4:00 p.m.; extended until September 9, 2008 for the Internal Revenue Service.

    Response(s) Received:

    (a) United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 9/4/08; Docket No. 683]

Status:

This matter will go forward.

Dated: October 1, 2008
Wilmington, Delaware

By: _____
**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession