# EXHIBIT

# A

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

| In RE: | | | | | | | |
|---|---|---|---|---|---|---|---|
| SN LIQUIDATION, INC., et al. | CHAPTER 11 Case No. 07-11666 (KG) (Jointly Administered) | | Fees Previously Requested | $80,990.00 | NAME OF APPLICANT: | Deloitte Financial Advisory Services, LLP | |
| | | | Fees Previously Awarded | $0.00 | | | |
| | | | Expenses Previously Requested | $1,494.32 | ROLE IN CASE: | Financial Advisor to Committee | |
| Debtors | | | Expenses Previously Awarded | $0.00 | | | |

EXHIBIT A - SUMMARY OF COMPENSATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | TITLE | CURRENT APPLICATION | RATE | TOTAL |
|---|---|---|---|---|
| Polsky, Daniel S | Director | 25.0 | $ 325 | $ 8,125.00 |
| Shea, Kevin A | Senior Manager | 7.6 | 325 | 2,470.00 |
| Shrestha, Ashish A | Manager | 21.5 | 325 | 6,987.50 |
| Total Fees Incurred | | 54.1 | | $17,582.50 |
| Total Expenses | | | | 0.00 |
| Total Fees and Expenses | | | | $17,582.50 |
| Total Fees & Expense sought | | | | $17,582.50 |

Fee Cap Analysis:

| | First Interim Fee Application | | | Current | |
|---|---|---|---|---|---|
| | 11/19/07 - 12/18/2007 | 12/19/07 - 1/18/2008 | 1/19/08 - 1/31/08 | 2/1/08 - 8/31/08 | Total |
| Hours | 198.6 | 33.0 | 17.6 | 54.1 | 303.3 |
| Fee Cap * | $ 75,000.00 | $ 50,000.00 | $ 20,967.74 | $ 350,000.00 | $ 495,967.74 |
| Fees Incurred at $325 Blended Rate | $ 64,545.00 | $ 10,725.00 | $ 5,720.00 | $ 17,582.50 | $ 98,572.50 |
| Monthly Carryforward | $ 10,455.00 | $ 39,275.00 | $ 15,247.74 | $ 332,417.50 | |
| Cumulative Carryforward | $ 10,455.00 | $ 49,730.00 | $ 64,977.74 | $ 397,395.24 | |

* The monthly fee caps are: $75,000 for services provided from 11/19/07 to 12/18/07, and $50,000 per month thereafter. Fee cap prorated for 13 days from 1/19/08 to 1/31/08 is $20,967.74.