# EXHIBIT

# B

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT B - CATEGORY TIME SUMMARY

| CATEGORY CODE | CATEGORY DESCRIPTION | HOURS |
|---|---|---|
| 6 | Fee Applications and Monthly Fee Statements | 17.4 |
| 7 | Other general diligence activities; review/prepare correspondence; prepare information request | 18.7 |
| 8 | Potential Avoidance Actions; Insider/Related Party Transactions | 6.6 |
| 9 | Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties | 11.4 |
| | | 54.1 |