# EXHIBIT C

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
CHRONOLOGICAL TIME DETAIL BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C - CHRONOLOGICAL TIME DETAIL

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 2/4/2008 | Polsky, Daniel S | Director | 8 | Reviewed Delaware Code Section 160 re: standards for stock redemptions; insolvency and related | 0.4 |
| 2/4/2008 | Shea, Kevin A | Senior Manager | 6 | Reviewed and edited draft Fee Application | 1.0 |
| 2/5/2008 | Shea, Kevin A | Senior Manager | 8 | Prepared request for documents in connection with Committee investigation | 1.0 |
| 2/5/2008 | Shea, Kevin A | Senior Manager | 6 | Reviewed and revised fee application and schedules attached | 1.0 |
| 2/5/2008 | Polsky, Daniel S | Director | 9 | Conversation with K. Gwynne re: document request from Adeptio and investigation objectives | 0.6 |
| 2/6/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated in call with K. Gwynne, J. Lewis and Deloitte team re: document request and investigation | 1.0 |
| 2/6/2008 | Shrestha, Ashish A | Manager | 9 | Prepared for and participated in call with K. Gwynne, J. Lewis and Deloitte team re: document request and investigation | 1.0 |
| 2/6/2008 | Shea, Kevin A | Senior Manager | 9 | Prepared for and participated in call with K. Gwynne re: document request in connection with insider stock trading and redemptions | 1.0 |
| 2/7/2008 | Polsky, Daniel S | Director | 8 | Reviewed insolvency analysis work performed to date to assess open issues and items for follow-up and documentation requirements | 1.4 |
| 2/7/2008 | Shrestha, Ashish A | Manager | 8 | Reviewed historical financial statements for indications of insolvency | 3.6 |
| 2/7/2008 | Polsky, Daniel S | Director | 6 | Reviewed and revised fee application and schedules | 0.4 |
| 2/8/2008 | Polsky, Daniel S | Director | 9 | Conference call with team for update discussion prior to discussion with Adeptio | 0.2 |
| 2/8/2008 | Shea, Kevin A | Senior Manager | 9 | Prepared for and participated in conference call with D. Polsky, D. Agay and K. Gwynne re: document request and investigation | 1.0 |
| 2/8/2008 | Polsky, Daniel S | Director | 7 | Reviewed document request prior to submission to Adeptio counsel for discussion on conference call | 0.4 |
| 2/8/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on call with D. Agay (Adeptio), K. Gwynne and Deloitte team to discuss Committee's document request and parameters of potential investigation | 1.0 |
| 2/8/2008 | Shrestha, Ashish A | Manager | 7 | Reviewed documents available and updated the document requests for K. Gwynne | 2.2 |
| 2/8/2008 | Shrestha, Ashish A | Manager | 9 | Prepared for and participated in conference call with D. Polsky, D. Agay and K. Gwynne re: document request and investigation | 1.0 |
| 2/13/2008 | Polsky, Daniel S | Director | 7 | Reviewed status of case economics, carveout and amounts paid to professionals | 1.0 |
| 2/14/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the monthly fee applications including schedules A, B, C and D | 2.8 |
| 2/19/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the monthly fee application cover letter, and summary schedules and performed reconciliations | 2.4 |
| 2/24/2008 | Polsky, Daniel S | Director | 8 | Reviewed correspondence from committee counsel to Adeptio re: need for documentation and access to key personnel to conduct investigation | 0.2 |
| 2/25/2008 | Shea, Kevin A | Senior Manager | 9 | Prepare for and participate on conference call with Committee counsel, Adeptio counsel and Deloitte team to review investigation process and follow-up needs, including access to key individuals and cooperation from Adeptio | 1.0 |
| 2/25/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on conference call with committee counsel, Adeptio counsel and Deloitte team to review investigation process and follow-up needs, access to key individuals and cooperation from Adeptio | 1.0 |
| 2/26/2008 | Polsky, Daniel S | Director | 6 | Reviewed, revised and completed Deloitte FAS first monthly fee application for the period November 19, 2007 through December 31, 2007 | 0.8 |
| 2/26/2008 | Polsky, Daniel S | Director | 7 | Reviewed status of information requests and organized files | 0.2 |
| 2/26/2008 | Shrestha, Ashish A | Manager | 6 | Updated the fee application after D. Polsky's review | 1.5 |
| 2/28/2008 | Polsky, Daniel S | Director | 7 | Reviewed fee status and alerted counsel to the current potential for administrative insolvency | 0.5 |
| 3/3/2008 | Polsky, Daniel S | Director | 9 | Participated on case professionals' call to discuss fees and carveout status and analysis to be prepared | 0.5 |
| 3/5/2008 | Polsky, Daniel S | Director | 7 | Prepared structural model to analyze alternative carve out allocation methodologies | 1.0 |
| 3/6/2008 | Polsky, Daniel S | Director | 7 | Reviewed and revised fee allocation analysis and input actual data available | 1.0 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
CHRONOLOGICAL TIME DETAIL BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C - CHRONOLOGICAL TIME DETAIL

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 3/6/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the first interim fee application | 2.0 |
| 3/7/2008 | Polsky, Daniel S | Director | 7 | Revised spreadsheet as new data on retainers, payments and billings were provided | 0.5 |
| 3/7/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on call with counsel re: Plan of Liquidation | 0.5 |
| 3/10/2008 | Polsky, Daniel S | Director | 7 | Reviewed bar date notice and motion | 0.2 |
| 3/11/2008 | Shea, Kevin A | Senior Manager | 7 | Draft initial language for disclosure statement re: investigation | 0.7 |
| 3/11/2008 | Polsky, Daniel S | Director | 7 | Reviewed and edit disclosure statement draft language in connection with the Committee's investigation of claims | 0.7 |
| 3/12/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the affidavit and declarations for monthly and interim fee application | 2.0 |
| 3/12/2008 | Shea, Kevin A | Senior Manager | 7 | Researched and confirmed amounts listed in disclosure statement language | 0.9 |
| 3/12/2008 | Polsky, Daniel S | Director | 7 | Reviewed and revised disclosure statement language | 0.6 |
| 3/12/2008 | Polsky, Daniel S | Director | 7 | Reviewed plan and disclosure statement revised drafts from Committee counsel | 0.4 |
| 3/14/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and updated the fee application packages for First Monthly Fee App, Second Monthly Fee App, and First Interim Fee Application and sent them to attorneys for filing; discuss with D. Polsky | 2.5 |
| 3/14/2008 | Polsky, Daniel S | Director | 7 | Reviewed correspondence from Committee counsel on landlord issues and case status | 0.2 |
| 3/14/2008 | Polsky, Daniel S | Director | 6 | Prepared for and completed first interim application and discussed with A. Shrestha; discuss distribution process and filing with A. Shrestha | 0.8 |
| 3/20/2008 | Polsky, Daniel S | Director | 7 | Revised fee allocation analysis as new information provided from case professionals; circulated update | 1.0 |
| 3/25/2008 | Polsky, Daniel S | Director | 7 | Review correspondence from Committee counsel on Exclusivity, Trustee motion to convert case and other matters | 0.2 |
| 4/2/2008 | Polsky, Daniel S | Director | 9 | Prepare for and participate on conference call with the Committee and counsel for an update on case issues and progress towards a plan | 1.0 |
| 4/7/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on case professionals' call to discuss fee and expense status and results of analysis prepared, plan status and other case issues | 0.6 |
| 4/7/2008 | Polsky, Daniel S | Director | 7 | Prepare comprehensive update on case professionals' fees and expenses; provide alternatives based on reallocation of retainers and use of $200k winddown fund | 3.0 |
| 4/9/2008 | Polsky, Daniel S | Director | 7 | Continued ongoing update to fee analysis and discussed and corresponded with other case professionals | 1.0 |
| 4/16/2008 | Polsky, Daniel S | Director | 7 | Update fee allocation model with additional information | 0.5 |
| 4/22/2008 | Polsky, Daniel S | Director | 7 | Reviewed other recent correspondence and case information | 0.2 |
| 5/5/2008 | Polsky, Daniel S | Director | 6 | Reviewed billing status and case exposure | 0.2 |
| 6/19/2008 | Polsky, Daniel S | Director | 7 | Reviewed BMC billings in connection with proposed payment to facilitate plan process | 0.3 |
| 6/19/2008 | Polsky, Daniel S | Director | 7 | Drafted and discussed various communications with M. Augustine and K. Gwynne re: status | 0.2 |
| 7/16/2008 | Polsky, Daniel S | Director | 7 | Reviewed plan and disclosure statement, Trust Agreement and Adeptio Loan revised drafts from Committee counsel | 0.7 |
| 8/8/2008 | Polsky, Daniel S | Director | 7 | Reviewed correspondence requiring Committee member sign-off on plan | 0.1 |
| 8/12/2008 | Shrestha, Ashish A | Manager | 7 | Reviewed final plan and related documents and prepare summary of case status | 0.5 |
| 8/12/2008 | Polsky, Daniel S | Director | 7 | Reviewed case and plan status summary prepared by A. Shrestha | 0.2 |
| 8/22/2008 | Polsky, Daniel S | Director | 7 | Updated fee allocation model with additional information | 0.3 |
| | | | | Total Second Interim Fee App | 54.1 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C6 - Fee Applications and Monthly Fee Statements

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 2.2 |
| Shea, Kevin A | Senior Manager | 2.0 |
| Shrestha, Ashish A | Manager | 13.2 |
| | | 17.4 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C6 - Fee Applications and Monthly Fee Statements

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 2/4/2008 | Shea, Kevin A | Senior Manager | 6 | Reviewed and edited draft Fee Application | 1.0 |
| 2/4/2008 | Shea, Kevin A | Senior Manager | 6 | Reviewed and revised fee application and schedules attached | 1.0 |
| 2/7/2008 | Polsky, Daniel S | Director | 6 | Reviewed and revised fee application and schedules | 0.4 |
| 2/14/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the monthly fee applications including schedules A, B, C and D | 2.8 |
| 2/19/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the monthly fee application cover letter, and summary schedules and performed reconciliations | 2.4 |
| 2/26/2008 | Polsky, Daniel S | Director | 6 | Reviewed, revised and completed Deloitte FAS first monthly fee application for the period November 19, 2007 through December 31, 2007 | 0.8 |
| 2/26/2008 | Shrestha, Ashish A | Manager | 6 | Updated the fee application after D. Polsky's review | 1.5 |
| 3/6/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the first interim fee application | 2.0 |
| 3/12/2008 | Shrestha, Ashish A | Manager | 6 | Prepared the affidavit and declarations for monthly and interim fee application | 2.0 |
| 3/14/2008 | Polsky, Daniel S | Director | 6 | Prepared for and completed first interim application and discussed with A. Shrestha; discuss distribution process and filing with A. Shrestha | 0.8 |
| 3/14/2008 | Shrestha, Ashish A | Manager | 6 | Prepared for and updated the fee application packages for First Monthly Fee App, Second Monthly Fee App, and First Interim Fee Application and sent them to attorneys for filing; discuss with D. Polsky | 2.5 |
| 5/5/2008 | Polsky, Daniel S | Director | 6 | Reviewed billing status and case exposure | 0.2 |
| | | | | | 17.4 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

**EXHIBIT C7 - Other general diligence activities; review/prepare correspondence; prepare information request**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 14.4 |
| Shea, Kevin A | Senior Manager | 1.6 |
| Shrestha, Ashish A | Manager | 2.7 |
| | | 18.7 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C7 - Other general diligence activities; review/prepare correspondence; prepare information request

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY Code | DESCRIPTION OF CODE | HOURS |
|---|---|---|---|---|---|
| 2/8/2008 | Polsky, Daniel S | Director | 7 | Reviewed document request prior to submission to Adeptio counsel for discussion on conference call | 0.4 |
| 2/8/2008 | Shrestha, Ashish A | Manager | 7 | Reviewed documents available and updated the document requests for K. Gwynne | 2.2 |
| 2/13/2008 | Polsky, Daniel S | Director | 7 | Reviewed status of case economics, carveout and amounts paid to professionals | 1.0 |
| 2/26/2008 | Polsky, Daniel S | Director | 7 | Reviewed status of information requests and organized files | 0.2 |
| 2/28/2008 | Polsky, Daniel S | Director | 7 | Reviewed fee status and alerted counsel to the current potential for administrative insolvency | 0.5 |
| 3/5/2008 | Polsky, Daniel S | Director | 7 | Prepared structural model to analyze alternative carve out allocation methodologies | 1.0 |
| 3/6/2008 | Polsky, Daniel S | Director | 7 | Reviewed and revised fee allocation analysis and input actual data available | 1.0 |
| 3/7/2008 | Polsky, Daniel S | Director | 7 | Revised spreadsheet as new data on retainers, payments and billings were provided | 0.5 |
| 3/10/2008 | Polsky, Daniel S | Director | 7 | Reviewed bar date notice and motion | 0.2 |
| 3/11/2008 | Polsky, Daniel S | Director | 7 | Reviewed and edit disclosure statement draft language in connection with the Committee's investigation of claims | 0.7 |
| 3/11/2008 | Shea, Kevin A | Senior Manager | 7 | Draft initial language for disclosure statement re: investigation | 0.7 |
| 3/12/2008 | Polsky, Daniel S | Director | 7 | Reviewed and revised disclosure statement language | 0.6 |
| 3/12/2008 | Polsky, Daniel S | Director | 7 | Reviewed plan and disclosure statement revised drafts from Committee counsel | 0.4 |
| 3/12/2008 | Shea, Kevin A | Senior Manager | 7 | Researched and confirmed amounts listed in disclosure statement language | 0.9 |
| 3/14/2008 | Polsky, Daniel S | Director | 7 | Reviewed correspondence from Committee counsel on landlord issues and case status | 0.2 |
| 3/20/2008 | Polsky, Daniel S | Director | 7 | Revised fee allocation analysis as new information provided from case professionals, circulated update | 1.0 |
| 3/25/2008 | Polsky, Daniel S | Director | 7 | Review correspondence from Committee counsel on Exclusivity, Trustee motion to convert case and other matters | 0.2 |
| 4/7/2008 | Polsky, Daniel S | Director | 7 | Prepare comprehensive update on case professionals' fees and expenses; provide alternatives based on reallocation of retainers and use of $200k winddown fund | 3.0 |
| 4/9/2008 | Polsky, Daniel S | Director | 7 | Continued ongoing update to fee analysis and discussed and corresponded with other case professionals | 1.0 |
| 4/16/2008 | Polsky, Daniel S | Director | 7 | Update fee allocation model with additional information | 0.5 |
| 4/22/2008 | Polsky, Daniel S | Director | 7 | Reviewed other recent correspondence and case information | 0.2 |
| 6/19/2008 | Polsky, Daniel S | Director | 7 | Reviewed BMC billings in connection with proposed payment to facilitate plan process | 0.3 |
| 6/19/2008 | Polsky, Daniel S | Director | 7 | Drafted and discussed various communications with M. Augustine and K. Gwynne re: status | 0.2 |
| 7/16/2008 | Polsky, Daniel S | Director | 7 | Reviewed plan and disclosure statement, Trust Agreement and Adeptio Loan revised drafts from Committee counsel | 0.7 |
| 8/8/2008 | Polsky, Daniel S | Director | 7 | Reviewed correspondence requiring Committee member sign-off on plan | 0.1 |
| 8/12/2008 | Shrestha, Ashish A | Manager | 7 | Reviewed final plan and related documents and prepare summary of case status | 0.5 |
| 8/12/2008 | Polsky, Daniel S | Director | 7 | Reviewed case and plan status summary prepared by A. Shrestha | 0.2 |
| 8/22/2008 | Polsky, Daniel S | Director | 7 | Updated fee allocation model with additional information | 0.3 |
| | | | | | 18.7 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

**EXHIBIT C8 - Potential Avoidance Actions; Insider/Related Party Transactions**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 2.0 |
| Shea, Kevin A | Senior Manager | 1.0 |
| Shrestha, Ashish A | Manager | 3.6 |
| | | 6.6 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C8 - Potential Avoidance Actions; Insider/Related Party Transactions

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 2/4/2008 | Polsky, Daniel S | Director | 8 | Reviewed Delaware Code Section 160 re: standards for stock redemptions; insolvency and related | 0.4 |
| 2/5/2008 | Shea, Kevin A | Senior Manager | 8 | Prepared request for documents in connection with Committee investigation | 1.0 |
| 2/7/2008 | Polsky, Daniel S | Director | 8 | Reviewed insolvency analysis work performed to date to assess open issues and items for follow-up and documentation requirements | 1.4 |
| 2/7/2008 | Shrestha, Ashish A | Manager | 8 | Reviewed historical financial statements for indications of insolvency | 3.6 |
| 2/24/2008 | Polsky, Daniel S | Director | 8 | Reviewed correspondence from committee counsel to Adeptio re: need for documentation and access to key personnel to conduct investigation | 0.2 |
| | | | | | 6.6 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

**EXHIBIT C9 - Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties**

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| Polsky, Daniel S | Director | 6.4 |
| Shea, Kevin A | Senior Manager | 3.0 |
| Shrestha, Ashish A | Manager | 2.0 |
| | | 11.4 |

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED BY CATEGORY CODE
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT C9 - Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties

| DATE | NAME OF PROFESSIONAL | TITLE | CATEGORY CODE | DESCRIPTION OF ACTIVITY | HOURS |
|---|---|---|---|---|---|
| 2/5/2008 | Polsky, Daniel S | Director | 9 | Conversation with K. Gwynne re: document request from Adeptio and investigation objectives | 0.6 |
| 2/6/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated in call with K. Gwynne, J. Lewis and Deloitte team re: document request and investigation | 1.0 |
| 2/6/2008 | Shea, Kevin A | Senior Manager | 9 | Prepared for and participated in call with K. Gwynne re: document request in connection with insider stock trading and redemptions | 1.0 |
| 2/6/2008 | Shrestha, Ashish A | Manager | 9 | Prepared for and participated in call with K. Gwynne, J. Lewis and Deloitte team re: document request and investigation | 1.0 |
| 2/8/2008 | Polsky, Daniel S | Director | 9 | Conference call with team for update discussion prior to discussion with Adeptio | 0.2 |
| 2/8/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on call with D. Agay (Adeptio), K. Gwynne and Deloitte team to discuss Committee's document request and parameters of potential investigation | 1.0 |
| 2/8/2008 | Shea, Kevin A | Senior Manager | 9 | Prepared for and participated in conference call with D. Polsky, D. Agay and K. Gwynne re: document request and investigation | 1.0 |
| 2/8/2008 | Shrestha, Ashish A | Manager | 9 | Prepared for and participated in conference call with D. Polsky, D. Agay and K. Gwynne re: document request and investigation | 1.0 |
| 2/25/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on conference call with committee counsel, Adeptio counsel and Deloitte team to review investigation process and follow-up needs, access to key individuals and cooperation from Adeptio | 1.0 |
| 2/25/2008 | Shea, Kevin A | Senior Manager | 9 | Prepare for and participate on conference call with Committee counsel, Adeptio counsel and Deloitte team to review investigation process and follow-up needs, including access to key individuals and cooperation from Adeptio | 1.0 |
| 3/3/2008 | Polsky, Daniel S | Director | 9 | Participated on case professionals' call to discuss fees and carveout status and analysis to be prepared | 0.5 |
| 3/7/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on call with counsel re: Plan of Liquidation | 0.5 |
| 4/2/2008 | Polsky, Daniel S | Director | 9 | Prepare for and participate on conference call with the Committee and counsel for an update on case issues and progress towards a plan | 1.0 |
| 4/7/2008 | Polsky, Daniel S | Director | 9 | Prepared for and participated on case professionals' call to discuss fee and expense status and results of analysis prepared, plan status and other case issues | 0.6 |
| | | | | | 11.4 |