# EXHIBIT

# D

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF EXPENSES
FOR THE PERIOD FEBRUARY 1, 2008 THROUGH AUGUST 31, 2008
THIRD MONTHLY AND SECOND INTERIM FEE APPLICATION

EXHIBIT D - EXPENSES

| NAME | DATE | EXPENSE DESCRIPTION | TOTAL | TYPE |
|------|------|---------------------|-------|------|
|      |      |                     |   -   |      |