# EXHIBIT

# E

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
DELOITTE FINANCIAL ADVISORY SERVICES
THIRD MONTHYLY AND SECOND INTERIM FEE APPLICATION

# EXHIBIT E – NARRATIVE DESCRIPTION OF PROFESSIONAL SERVICES

This narrative describes the major areas addressed by Deloitte FAS during the period February 1, 2008 through August 31, 2008 on behalf of the Committee during these Chapter 11 proceedings.

## Fee Applications and Monthly Fee Statements
Includes time related to the preparation of Deloitte FAS's First Interim and first and second monthly fee statements for the period November 19, 2007 to January 31, 2008. Fees incurred during the period November 19, 2007 through January 31, 2008 totaled $80,990.

## Other General Diligence Activities; Review/Prepare Correspondence; Prepare Information Requests
Deloitte FAS reviewed various documents from the data room and financial information provided by the Debtors and investment bankers. Deloitte FAS also engaged in numerous calls, prepared various analyses and information requests in connection with information required to conduct preliminary investigations on potential litigation claims and prepared disclosure language regarding the Committee's investigation.

## Potential Avoidance Actions; Insider/Related Party Transactions
Deloitte FAS performed preliminary analyses on stock repurchases, use of loan proceeds from Goldman Sachs' 2006 re-financing, payments and stock awards to insiders and other potential avoidance actions.

## Preparation participation in Meetings/ Conference Calls with Debtors' Management & Advisors, Committee & Committee Counsel, Other Parties
Deloitte FAS prepared for and participated in various calls with the Committee and Committee's counsel regarding case issues, negotiations, final settlement and Committee investigation. Deloitte FAS also prepared for and participated in various calls with Debtor's and Adeptio's professionals on negotiations, potential claims, wind down budget, and investigations.