# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Cases No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: October 21, 2008 at 4:00 p.m. |
| | Hearing Date: Only if an objection is filed. |

## NOTICE OF APPLICATION

**TO:** All Parties Listed on the Attached Certificate of Service

Bayard, P.A. has filed the attached **Tenth Monthly Fee Statement of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from August 1, 2008 Through August 31, 2008** (the "Application").

Responses or objections to the Application, if any, are to be filed on or before **October 21, 2008 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 1, 2008  
       Wilmington, Delaware

**BAYARD, P.A.**

By: /s/ Mary E. Augustine  
    Neil B. Glassman (No. 2087)  
    Mary E. Augustine (No. 4477)  
    Daniel A. O'Brien (No. 4897)  
    222 Delaware Avenue, Suite 900  
    P.O. Box 25130  
    Wilmington, Delaware 19899  
    Telephone:  (302) 655-5000  
    Facsimile:  (302) 658-6395

Counsel to the Debtors

{BAY:01161219v1}