# Exhibit B

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)          September 30, 2008
File # 33006-00001- NBG

|                    |                      | Rate   | Hours  | Amount    |
|--------------------|----------------------|--------|--------|-----------|
| Neil B Glassman    | Director             | 765.00 | 28.50  | 21,802.50 |
| Mary E Augustine   | Associate            | 345.00 | 45.80  | 15,801.00 |
| Daniel A. O'Brien  | Associate            | 280.00 | 49.90  | 13,972.00 |
| Justin R. Alberto  | Associate            | 210.00 | 0.70   | 147.00    |
| Tiffany N Matthews | Paralegal            | 230.00 | 8.10   | 1,863.00  |
| Edith Miranda      | Paralegal            | 230.00 | 3.60   | 828.00    |
| Jacqueline Lately  | Case Management Asst | 145.00 | 1.00   | 145.00    |
| James B Sanderson  | Billing Specialist   | 135.00 | 0.30   | 40.50     |
|                    | Totals               |        | 137.90 | 54,599.00 |

CHECKS MAY BE PAYABLE TO **BAYARD**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                             September 30, 2008
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Compensation By Project Category | | |
| Business Operations | 12.10 | 3,885.50 |
| Case Administration | 9.20 | 3,386.00 |
| Court Hearings | 8.10 | 2,873.50 |
| Creditor Inquiries | 4.10 | 2,156.50 |
| Disclosure Statement | 20.30 | 8,847.00 |
| Leases/Executory Contracts | 8.70 | 2,948.50 |
| TBF Fee Applications/Compensation | 2.40 | 1,330.00 |
| Other Professional Fee Apps | 1.40 | 742.50 |
| General Corporate Matters | 1.30 | 742.50 |
| Stay Relief Matters | 0.50 | 382.50 |
| Claims Analysis and Resolution | 57.20 | 21,546.50 |
| Plan | 10.90 | 4,774.50 |
| Use, Sale or Lease of Property | 0.40 | 222.00 |
| Trustee Reporting/Schedules | 1.20 | 685.00 |
| Unsecured Creditors Committee | 0.10 | 76.50 |
| | ----------- | -------------- |
| | 137.90 | 54,599.00 |
| | =========== | ============== |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                September 30, 2008
File # 33006-00001- NBG

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies | 825.80 |
| Delivery Charges | 35.00 |
| Federal Express | 1,644.13 |
| Outside Copy Charges | 3,010.02 |
| Outside Fax Charges | 35.28 |
| Pacer Document Downloads | 44.40 |
| Phone | 8.80 |
| Postage | 469.79 |
| Print Images | 246.30 |
| Support Staff Overtime | 59.70 |
| Telecopier/Fax Charges | 11.00 |
| **Total Expenses** | **$ 6,390.22** |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          September 30, 2008
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 07-31-08 | Outside Fax Charges | 35.28 |
| 08-01-08 | Copies; Start Meter = 84168 | 0.20 |
| 08-01-08 | Print Images | 0.60 |
| 08-01-08 | Copies; Start Meter = 655940 | 5.80 |
| 08-01-08 | Postage | 46.48 |
| 08-04-08 | Delivery Charges | 5.00 |
| 08-04-08 | Phone; 1-202-307-0714 | 0.20 |
| 08-04-08 | Phone; 1-410-244-7402 | 0.20 |
| 08-04-08 | Phone; 1-412-288-4146 | 0.20 |
| 08-05-08 | Print Images | 1.60 |
| 08-06-08 | Phone; 1-313-456-0140 | 0.20 |
| 08-06-08 | Phone; 1-312-469-7347 | 0.60 |
| 08-07-08 | Print Images | 1.10 |
| 08-07-08 | Print Images | 1.30 |
| 08-07-08 | Print Images | 0.70 |
| 08-07-08 | Print Images | 0.60 |
| 08-07-08 | Print Images | 1.10 |
| 08-07-08 | Print Images | 1.10 |
| 08-07-08 | Postage | 2.49 |
| 08-07-08 | Phone; 1-312-469-7347 | 0.80 |
| 08-07-08 | Phone; 1-313-456-0140 | 0.20 |
| 08-07-08 | Phone; 1-540-338-7574 | 0.20 |
| 08-07-08 | Support Staff Overtime | 59.70 |
| 08-08-08 | Telecopier/Fax Charges | 4.00 |
| 08-11-08 | Copies; Start Meter = 697600 | 47.00 |
| 08-11-08 | Copies; Start Meter = 698107 | 71.20 |
| 08-11-08 | Copies; Start Meter = 700906 | 7.50 |
| 08-11-08 | Postage | 5.85 |
| 08-11-08 | Phone; 1-916-845-4750 | 0.60 |
| 08-11-08 | Phone; 1-412-288-4146 | 0.20 |
| 08-11-08 | Phone; 1-312-469-7347 | 0.40 |
| 08-12-08 | Copies; Start Meter = 719429 | 90.40 |
| 08-12-08 | Copies; Start Meter = 646711 | 67.50 |
| 08-12-08 | Postage | 22.96 |
| 08-12-08 | Federal Express | 1,568.89 |
| 08-12-08 | Phone; 1-212-310-5911 | 0.20 |
| 08-13-08 | Postage | 4.00 |
| 08-13-08 | Delivery Charges | 5.00 |
| 08-13-08 | Phone; 1-513-852-1536 | 0.60 |

# BAYARD, P.A.

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                              September 30, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 08-13-08 | Phone; 1-518-474-6842 | 0.40 |
| 08-14-08 | Print Images | 0.60 |
| 08-14-08 | Print Images | 104.40 |
| 08-14-08 | Print Images | 124.60 |
| 08-14-08 | Copies;   Start Meter = 651772 | 216.00 |
| 08-14-08 | Postage | 107.30 |
| 08-15-08 | Print Images | 0.70 |
| 08-15-08 | Print Images | 0.70 |
| 08-15-08 | Print Images | 0.70 |
| 08-15-08 | Print Images | 0.70 |
| 08-15-08 | Print Images | 0.70 |
| 08-15-08 | Phone; 1-231-668-4178 | 0.20 |
| 08-18-08 | Copies;   Start Meter = 661893 | 17.20 |
| 08-18-08 | Copies;   Start Meter = 662065 | 3.30 |
| 08-18-08 | Copies;   Start Meter = 732445 | 1.20 |
| 08-18-08 | Copies;   Start Meter = 732457 | 0.60 |
| 08-18-08 | Phone; 1-518-474-6842 | 0.20 |
| 08-18-08 | Phone; 1-518-474-6842 | 0.20 |
| 08-18-08 | Phone; 1-718-921-8287 | 0.20 |
| 08-18-08 | Phone; 1-410-244-7402 | 0.20 |
| 08-18-08 | Federal Express | 37.62 |
| 08-18-08 | Postage | 16.60 |
| 08-18-08 | Delivery Charges | 5.00 |
| 08-18-08 | Outside Copy Charges | 3,010.02 |
| 08-19-08 | Copies;   Start Meter = 732656 | 0.90 |
| 08-19-08 | Copies;   Start Meter = 665893 | 1.30 |
| 08-19-08 | Phone; 1-781-477-4700 | 0.20 |
| 08-19-08 | Phone; 1-617-869-9476 | 0.20 |
| 08-19-08 | Phone; 1-213-223-2177 | 0.20 |
| 08-19-08 | Phone; 1-213-223-2177 | 0.20 |
| 08-19-08 | Delivery Charges | 5.00 |
| 08-20-08 | Copies;   Start Meter = 665925 | 0.20 |
| 08-20-08 | Copies;   Start Meter = 665927 | 23.80 |
| 08-20-08 | Copies;   Start Meter = 666955 | 8.80 |
| 08-20-08 | Phone; 1-312-469-7347 | 0.40 |
| 08-20-08 | Federal Express | 37.62 |
| 08-20-08 | Telecopier/Fax Charges | 7.00 |
| 08-20-08 | Postage | 16.50 |
| 08-21-08 | Print Images | 0.70 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                        September 30, 2008
File # 33006-00001- NBG

                        Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---:|
| 08-21-08 | Print Images | 0.70 |
| 08-21-08 | Print Images | 0.70 |
| 08-22-08 | Phone; 1-202-514-7164 | 0.20 |
| 08-25-08 | Postage | 65.52 |
| 08-26-08 | Print Images | 1.40 |
| 08-26-08 | Copies;   Start Meter = 686598 | 87.10 |
| 08-26-08 | Delivery Charges | 15.00 |
| 08-26-08 | Phone; 1-410-244-7402 | 0.20 |
| 08-26-08 | Phone; 1-206-351-2262 | 0.20 |
| 08-26-08 | Phone; 1-202-551-4831 | 0.20 |
| 08-26-08 | Phone; 1-202-551-4831 | 0.20 |
| 08-27-08 | Print Images | 0.80 |
| 08-27-08 | Copies;   Start Meter = 757390 | 173.60 |
| 08-27-08 | Print Images | 0.80 |
| 08-27-08 | Copies;   Start Meter = 701386 | 0.30 |
| 08-27-08 | Postage | 84.56 |
| 08-27-08 | Postage | 0.42 |
| 08-27-08 | Phone; 1-202-551-4831 | 0.20 |
| 08-28-08 | Phone; 1-805-882-4520 | 0.20 |
| 08-28-08 | Phone; 1-818-576-8595 | 0.20 |
| 08-29-08 | Copies;   Start Meter = 715148 | 1.90 |
| 08-29-08 | Postage | 97.11 |
| 08-31-08 | Pacer Document Downloads | 44.40 |

                                    Total Disbursements    $    6,390.22