## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 3, 2008 AT 3:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**\*\*NO MATTERS ARE GOING FORWARD.  THE HEARING HAS BEEN CANCELLED\*\***

### CONTESTED MATTER GOING FORWARD:

1.  Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 7/18/08; Docket No. 635]

    Related Documents:

    > (a)  Debtors' Reply to United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 9/12/08; Docket No. 700]

    > (b)  Notice of Hearing Regarding Docket No. 635 [Filed 9/17/08, Docket No. 709]

    Response Deadline:

    > August 13, 2008 at 4:00 p.m.; extended until September 9, 2008 for the Internal Revenue Service.

    Response(s) Received:

    > (a)  United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 9/4/08; Docket No. 683]

---

[1]    Amended items appear in bold.

Status:

**This matter is resolved.  A consensual form of order will be submitted under certification of counsel.**

Dated:  October **2**, 2008
       Wilmington, Delaware

                    **BAYARD, P.A.**

By: _____

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:     (302) 655-5000
Facsimile:     (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:     (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and Debtors in Possession

{BAY:01161613v1}