IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**DECLARATION OF BRAD DANIEL ON BEHALF OF
BMC GROUP, INC., VOTING AGENT, REGARDING THE SOLICITATION
AND TABULATION OF VOTES WITH RESPECT TO THE SECOND AMENDED
JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC., *ET AL.* PROPOSED
BY THE DEBTORS IN POSSESSION AND THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS DATED AUGUST 11, 2008**

I, BRAD DANIEL, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1. I am over eighteen years of age and not a party to the above-captioned action.

2. I am employed as a Senior Manger by BMC Group, Inc. ("BMC"), the Noticing, Claims and Balloting Agent for the above captioned debtor and debtors in possession (collectively, the "Debtors"). My business address is 875 Third Avenue, 5th Floor, New York, New York 10022.

3. Capitalized terms not otherwise defined herein have the meanings given to them in the Second Amended Disclosure Statement for the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors dated August 11, 2008 (Docket No. 648) (the "Disclosure Statement"), the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors In Possession and the Official Committee of Unsecured Creditors dated August 11, 2008 (Docket No. 649) (the "Plan") and the Order

Pursuant to Sections 1125, 1126 and 105 of the Bankruptcy Code and Bankruptcy Rules 2002, 3017, 3018 and 3020 and Local Rule 3017-1 (a) approving the adequacy of the Disclosure Statements, (b) establishing procedures for solicitation and tabulation of votes to accept or reject the Plan, (c) fixing the administrative expense bar date, and (d) fixing date, time and place for confirmation hearing (Docket No. 647) (the "Procedures Order").

4. Pursuant to the Order Authorizing and Approving the Appointment of BMC Group Inc. as Noticing, Claims and Balloting Agent for the Bankruptcy Court, entered on November 9, 2007 (Docket No. 58), BMC was retained for, among other purposes, the noticing, solicitation, and tabulation of votes with respect to the confirmation of the Plan. I make this declaration to disclose actions taken by BMC in its capacity as the Debtors' Voting Agent.

5. The Disclosure Statement, Plan and Procedures Order served as BMC's guide for the solicitation and tabulation of votes to accept or reject the Plan.

6. Pursuant to the Disclosure Statement and the Plan, Classes 1, 2, 5 and 6 were identified as non-voting Classes, and the holders of Claims and Interests in such classes were not entitled to vote to accept or reject the Plan. Accordingly, BMC as Voting Agent was not required to and did not solicit votes from the holders of Claims and Interests in these non-voting Classes.

7. On or before August 21, 2008, pursuant to the Procedures Order and in accordance therewith, votes were solicited from the holders of Claims in the following impaired Classes:

    Class 3: Secured Lender Claims

    Class 4: General Unsecured Claims

8.  Pursuant to the Procedures Order, all Ballots accepting or rejecting the Plan must have been properly completed, executed and timely returned to BMC by 4:00 p.m., prevailing Central Time, on September 16, 2008, the Voting Deadline, in order to be counted.

9.  Upon receipt of timely returned Ballots, BMC adhered to the following procedures:

   a.  Personnel employed by BMC opened all envelopes and removed all Ballots.

   b.  All Ballots were stamped with the date received.

   c.  Ballots cast either to accept or reject the Plan were counted in accordance with the tabulation rules established by the Procedures Order.

10. The results of the tabulation of properly completed and executed timely returned Ballots in Classes 3 and 4 are as follows:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| Class 3 Secured Lender Claims | 0 0.00% | $0.00 0.00% | 0 0.00% | $0.00 0.00% |
| Class 4 General Unsecured Claims | 2439 96.06% | $2,844,718.08 99.23% | 100 3.94% | $21,973.42 0.77% |

11. Attached hereto as **Exhibit A** is a Tabulation Report that provides both summary and detail of all Ballots received by BMC through September 16, 2008. The attached Tabulation Report also identifies the Ballots that were received by BMC but not counted, including the reasons why, consistent with the Procedures Order, each such Ballot was excluded from the tabulation of votes.

12. All Ballots received by BMC are stored at BMC's Minneapolis office located at 18750 Lake Drive East, Chanhassen, MN 55317, and are available for inspection by the Court or any party in interest upon request.

I declare to the best of my knowledge and belief under penalty of perjury that the foregoing is true and correct.

DATED: October 2, 2008
New York, New York

_____
BRAD DANIEL