**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| **SN Liquidation, Inc. f/k/a Inphonic, Inc.** | : | Case No. 07-11666(KG) |
| | : | |
| | : | **NOTICE OF APPOINTMENT OF** |
| | : | **COMMITTEE OF UNSECURED** |
| Debtor. | : | **CREDITORS-FIRST REVISED*** |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **JBR Media Ventures, LLC.**, Attn: John Brenton Shaw, 2 Wisconsin Circle, Suite 700, Chevy Chase, MD 20815, Phone: 202-247-7757; Fax: 202-318-4064

2. **Google Inc.**, Attn: Stacey L. Wexler, 16Amphitheatre Parkway, Mountain Viwe, CA 94042, Phone 650-253-0000, Fax: 650-253-0001

3. **Infinite Computer Solutions, Inc.**, Attn: Timothy J. Mc Gary, 10500 Sager Avenue, Suite G, Fairfax, VA 22030, Phone: 703-352-4985; Fax: 703-352-5938

4. **Yahoo!, Inc.,** Attn: Teresa Simma-Johnson, 701 First Avenue, Sunnyvale CA 94089, Phone 408-349-7762; Fax: 408-352-5938

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

 /s/Richard L. Schepacarter
for WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: October 6, 2008

OUST Trial Attorney: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax:(302) 573-6497
Debtors' Counsel: Neil Glassman, Esquire, Phone: (302) 655-5000, Fax: (302) 658-6395

*ACN Communications Services, Inc. resigned as a member of the committee effective October 1, 2008.*