## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :     Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*,[1] | :     Case No. 07-11666 (KG) |
| | : |
| Debtors. | :     (Jointly Administered) |
| | : |
| | :     **Re: Docket Nos.: 635, 683 & 700** |

### CERTIFICATION OF COUNSEL

I, Mary E. Augustine, Esquire, of Bayard, P.A., counsel to SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby certify and state as follows:

1.      On July 18, 2008, the Debtors filed the Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Docket No. 635].

2.      On September 4, 2008, the United States of America filed the Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Docket No. 683].

3.      On September 12, 2008, the Debtors filed the Reply to the United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Docket No. 700].

4.      The Debtors and the Internal Revenue Service have resolved all of the claims of the Internal Revenue Service and consent to the entry of the Order Regarding the Debtors'

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service attached hereto as Exhibit A (the "Proposed Order").  A blackline version of the Proposed Order is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully request that the Court approve and enter the Proposed Order attached hereto as Exhibit A.

Dated: October 6, 2008                       BAYARD, P.A.

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

DLA PIPER US LLP
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY  10020
Telephone: (202) 335-4990
Facsimile: (212) 884-8690

*Counsel for the Debtors and Debtors in Possession*