**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket ~~No~~Nos. ~~—~~ 635, 683 |

**ORDER ~~SUSTAINING~~REGARDING THE DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY THE DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE**

Upon consideration of the (i) the Objection of the Debtors to Claim No. 4 ~~filed By~~Filed by the Department of Treasury – Internal Revenue Service (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (~~ii~~ii) the Moir Declaration,[2] (~~iii~~iii) claim no. 4 (the "IRS Claim") filed by the IRS, ~~and (iii) any responses to the Objection filed with the Court~~(iv) the United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury - Internal Revenue Service, and (v) the Reply of Debtors to the United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury - Internal Revenue Service; and the Debtors and the IRS desiring to resolve all claims of the IRS; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection ~~be, and~~is hereby ~~is, SUSTAINED~~granted in part and denied in part as set forth herein; and it is further

ORDERED that ~~the IRS Claim is hereby~~IRS Claim No. 4 is hereby allowed as a general unsecured non-priority claim in the amount of $62,438.14 and a general unsecured priority claim in the amount of $41,919.83; and it is further

ORDERED that Claim No. 42 is hereby allowed as a general unsecured priority claim in the amount of $1,486.18, and it is further

ORDERED that Claim No. 1578 is disallowed and expunged in ~~its entirety, and it is further~~full; and it is further

~~ORDERED that to the extent the Objection constitutes a substantive objection, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection, and it is further~~

ORDERED that the claims scheduled by the Debtors on each of their Schedules identifying the IRS as a creditor and setting forth amounts owed thereto (the "Scheduled Claims") are hereby expunged in their entirety, and no distributions shall be made to the IRS in respect of the Scheduled Claims; and it is further

ORDERED that the Debtors' claims agent, BMC Group, Inc., is hereby authorized and directed to ~~remove the IRS Claim disallowed and expunged pursuant to this Order from~~modify the Claims Registry as set forth herein; and it is further

{BAY:01062502v~~1~~2}

~~ORDERED that the Debtors' right to raise other objections and right of setoff to the IRS Claim on any and all grounds permitted by law and/or equity are hereby preserved and the failure to raise any such objections or right to setoff in the Objection shall not constitute a defense to any such objection or setoff; and it is further~~

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ~~August~~October ____, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{BAY:01062502v~~1~~2}