# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 6th day of October, 2008, I caused a copy of the foregoing **Certification of Counsel** to be served upon the following parties in the manner indicated:

**Via Electronic Mail and U.S. First Class Mail**

Jennifer L. Best, Esquire
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044

_____
Mary E. Augustine (No. 4477)

{BAY:01136925v1}