**ORIGINAL**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al.,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 635, 683 |

### ORDER REGARDING THE DEBTORS' OBJECTION TO CLAIM NO. 4 FILED BY THE DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE

Upon consideration of the (i) the Objection of the Debtors to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the Moir Declaration,[2] (iii) claim no. 4 (the "IRS Claim") filed by the IRS, (iv) the United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury - Internal Revenue Service, and (v) the Reply of Debtors to the United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury - Internal Revenue Service; and the Debtors and the IRS desiring to resolve all claims of the IRS; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates and their creditors; and upon all of the proceedings had before the

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{BAY:01062502v2}

Court; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is hereby granted in part and denied in part as set forth herein; and it is further

ORDERED that IRS Claim No. 4 is hereby allowed as a general unsecured non-priority claim in the amount of $62,438.14 and a general unsecured priority claim in the amount of $41,919.83; and it is further

ORDERED that Claim No. 42 is hereby allowed as a general unsecured priority claim in the amount of $1,486.18, and it is further

ORDERED that Claim No. 1578 is disallowed and expunged in full; and it is further

ORDERED that the claims scheduled by the Debtors on each of their Schedules identifying the IRS as a creditor and setting forth amounts owed thereto (the "Scheduled Claims") are hereby expunged in their entirety, and no distributions shall be made to the IRS in respect of the Scheduled Claims; and it is further

ORDERED that the Debtors' claims agent, BMC Group, Inc., is hereby authorized and directed to modify the Claims Registry as set forth herein; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 7, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{BAY:01062502v2}