**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>SN LIQUIDATION, INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br>Case No. 07-11666 (KG)<br>(Jointly Administered)<br>**Objection Deadline: October 31, 2008 at 4:00 p.m.**<br>**Hearing Date: November 7, 2008 at 2:00 p.m.** |

**NOTICE OF MOTION OF ILLINOIS NATIONAL INSURANCE
COMPANY FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. §362(a)
TO ADVANCE DEFENSE COSTS UNDER AN EXECUTIVE AND
ORGANIZATION LIABILITY INSURANCE POLICY**

PLEASE TAKE NOTICE THAT on October 9, 2008, Illinois National Insurance Company (the "Movant") filed its **Motion for Relief from the Automatic Stay of 11 U.S.C. §362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy** (the "Motion") that seeks entry of an order providing that Movant may advance Defense Costs, as more fully set forth in the Motion, pursuant to the Policy in connection with the Pending Actions against the Individual Defendants, and such other and further relief as may be necessary.

HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 7, 2008 AT 2:00 P.M.** PREVAILING EASTERN TIME BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE.

PLEASE TAKE FURTHER NOTICE THAT if you wish to file a response to the Motion, you must file such response (and the supporting documentation required by Local Rule 4001-1(d) to the attached motion on or before **October 31, 2008 at 4:00 p.m.** prevailing Eastern Time (the "Objection Deadline").

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

PLEASE TAKE FURTHER NOTICE THAT if you file a response, you must also serve such response on the following counsel to the Movant so as to be actually received by the Objection Deadline:

| | |
|---|---|
| Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Womble Carlyle Sandridge & Rice<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, Delaware  19801<br>F:  (302) 252-4330<br>fmonaco@wcsr.com<br>kmangan@wcsr.com | E. Joseph O'Neil<br>Robert A. McCall<br>PEABODY & ARNOLD LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>F:  (617) 951-2125<br>EOneil@peabodyarnold.com<br>RMcCall@peabodyarnold.com |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

Dated:  October 9, 2008          WOMBLE CARLYLE SANDRIDGE & RICE


___/s/ Kevin J. Mangan_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, Delaware  19801
F:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

E. Joseph O'Neil
Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
F:  (617) 951-2125
EOneil@peabodyarnold.com
RMcCall@peabodyarnold.com