<u>**CERTIFICATE OF SERVICE**</u>

       **I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on October 9, 2008 upon:**

**Eric Michael Sutty**
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, De 19801

and

**SEE ATTACHED SERVICE LIST**

       Under penalty of perjury, I declare that the foregoing is true and correct.


____10/9/2008_____        __/s/ Heidi E Sasso_____
Date                   Heidi E. Sasso

Document #: 370
WCSR 3648202v1