# CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on October 9, 2008 upon:**

**Eric Sutty, Esq.**
**Bayard Firm PA**
**222 Delaware Avenue, Suite 900**
**Wilmington, DE 19801**

## SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.


____10/9/2008_____     __/s/ Heidi E Sasso_____
Date                                              Heidi E. Sasso