**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                   |     |                          |
| --------------------------------- | --- | ------------------------ |
|                                   | :   | Chapter 11               |
| In re:                            | :   |                          |
|                                   | :   | Case No. 07-11666 (KG)   |
| SN LIQUIDATION, INC., *et. al.*,  | :   |                          |
|                                   | :   | (Jointly Administered)   |
| Debtors                           | :   |                          |
|                                   | :   | **Re: Docket No. 699**   |

<u>**NOTICE OF WITHDRAWAL OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S OBJECTION TO SECOND AMENDED JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC., *ET AL.* PROPOSED BY THE DEBTORS IN POSSESSION AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AUGUST 11, 2008**</u>

PLEASE TAKE NOTICE that on September 12, 2008, the Commonwealth of Pennsylvania, Department of Revenue (the "Department") filed the Objection to Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.*, Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 (the "Plan Objection") [Docket No. 699].

PLEASE TAKE FURTHER NOTICE that the Department hereby withdraws the Plan Objection.

Dated: October 9, 2008

Respectively Submitted,

*/s/ Christos A. Katsaounis*
Christos A. Katsaounis
Senior Counsel
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. No. 20196 (PA)
ckatsaouni@state.pa.us
Telephone: (717) 346-4643
Facsimile: (717) 772-1459