**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 07-11666 (KG) |
| SN LIQUIDATION, INC., *et. al.*, | : |
|  | : (Jointly Administered) |
| Debtors | : |
|  | : **Re: Docket No. 699** |

<u>PROOF OF SERVICE</u>

I hereby certify that, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, I am on this date by first class mail serving the attached Withdrawal, upon the below-named at the following addresses:

| | |
|---|---|
| Star Number, Inc.<br>1010 Wisconsin Avenue NW<br>Suite 600<br>Washington, DC 2007 | Thomas R. Califano, Esq.<br>Jeremy R. Johnson, Esq.<br>DLA Piper US LLC<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Neil Glassman, Esq.<br>Eric M. Sutty, Esq.<br>Mary E. Augustine, Esq.<br>Bayard P.A.<br>222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Kurt F. Gwynne, Esq.<br>Robert P. Simons, Esq.<br>Claudia Z. Springer, Esq.<br>Joshua C. Lewis, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Dated:  October 9, 2008             Respectfully Submitted,


/s/ Christos A. Katsaounis
Christos A. Katsaounis
Senior Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. No. 20196 (PA)
ckatsaouni@state.pa.us
Telephone: (717) 346-4643
Facsimile: (717) 772-1459