IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SN LIQUIDATION, INC., et al.<br><br>Debtors. | Chapter 11<br>Case No. 07-11666 (KG)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of: Robert A. McCall, Peabody & Arnold LLP, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210-2261, to represent Illinois National Insurance Company in these jointly administered cases.

/s/ Kevin J. Mangan
Kevin J. Mangan (#3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone (302) 252-4361
Facsimile: (302) 661-7729

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts and New Hampshire and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective

Dkt. No. 733

Date Filed 10/9/08

January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Robert A. McCall
Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: Oct 9, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

PABOS2:RMCCALL:688690_1

WCSR 3991013v1

2