## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | § |
| | § SS: |
| NEW CASTLE COUNTY | § |

Edith Miranda, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., attorneys for SN Liquidation, Inc. in the above-captioned cases, and that on the 9th day of October 2008, she caused copies of:

- **Declaration of Dorene Robotti in Support of Confirmation of Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [Filed 10/8/08, Docket No. 727]**

- **Notice of Filing of Proposed Confirmation Order [Filed 10/8/08, Docket No. 728]**

- **Memorandum of Law in Support of Second Amended Plan and Reply to Objections to Confirmation [Filed 10/8/08, Docket No. 729]**

to be served upon the parties listed on the attached service list *via* U.S. First Class Mail.

*Edith Miranda*
Edith Miranda

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: October 9, 2008

Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2010