IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 677, ___ |

## ORDER WITHDRAWING THE MOTION OF THE DEBTORS TO ABANDON DOCUMENTS

Upon consideration of the Motion of Debtors to Withdraw the Motion of Debtors to Abandon Documents (the "Motion") and, having determined that parties in interest have received adequate notice of the Motion; and the Court having determined that good cause exists to grant the Motion; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Motion of Debtors to Abandon Documents [Docket No. 677] is hereby withdrawn without prejudice.

Dated: November ___, 2008

```
_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE
```

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01162440v1}