IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SN Liquidation, *et al,* | ) | Case No. 07-11666(KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL (D. E. 454)**

The United States Trustee hereby withdraws her Motion for an Order Dismissing or Converting the Chapter11 case to a Chapter 7 Case (D. E. 454) as the issues therein have been resolved.

    Respectfully submitted,

    **ROBERTA A. DEANGELIS**
    **ACTING UNITED STATES TRUSTEE**

    By: /s/Richard L. Schepacarter
        Richard L. Schepacarter, Esquire
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Suite 2207, Lockbox 35
        Wilmington, DE 19801
        (302) 573-6491
Dated: October 10, 2008        (302) 573-6497 (Fax)