IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SN Liquidation, *et al,* | ) | Case No. 07-11666(KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

      I certify that on October 10, 2008, I caused to be served a copy of the Notice of Withdrawal (D. E. 454) via first class United States Mail (postage prepaid) to the following person(s) listed below:

Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert S. Brady, Esquire
Edward J. Kosmowski, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Robert P. Simons, Esquire
Reed Smith LLP
435 Smith Avenue
Pittsburgh, PA 15219

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Adeptio
c/o Cira Centre
2929 Arch Street
Philadelphia, PA 19104

/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney

1