# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, : | Case No. 07-11666 (KG) |
| Debtors. : | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING THE STIPULATION BY AND BETWEEN THE DEBTORS AND THE OHIO DEPARTMENT OF TAXATION ESTABLISHING THE MAXIMUM ALLOWABLE AMOUNT FOR CLAIM NOS. 1106 AND 1344

I, Daniel A. O'Brien, counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certify and state as follows:

1. On or about March 20, 2008, the Ohio Department of Taxation (the "Ohio DOT") filed claim number 1106 ("Claim No. 1106") against Inphonic, Inc. ("InPhonic"), one of the Debtors in these chapter 11 cases, in the total amount of $7,689,038.59. Claim No. 1106 is asserted as having priority status.

2. On or about April 7, 2008, the Ohio DOT filed claim number 1344 ("Claim No. 1344", and collectively with Claim No. 1106, the "Claims") against InPhonic, in the total amount of $42,556.27. Claim No. 1344 is asserted as having priority status.

3. On July 18, 2008, the Debtors filed the Objection of the Debtors to Claims Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 (the "Objection"). On August 13, 2008, the Ohio DOT filed a response to the Objection.

4. The Parties have engaged in discussions in an effort to resolve the Claims,

{BAY:01166545v1}

and, although a final resolution has not been reached, the Parties have entered in the stipulation (the "Stipulation") attached hereto as Exhibit A, which establishes a maximum allowable amount for the Claims. Attached hereto as Exhibit B is a proposed form of order (the "Order") approving the Stipulation.

WHEREFORE, the Debtors respectfully request the entry of the Order approving the Stipulation at the Court's earliest convenience.

Dated: Wilmington, Delaware
October 10, 2008

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:    (302) 655-5000

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:    (212) 335-4569

Counsel for Debtors
and Debtors in Possession