## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD SEPTEMBER 1, 2008 TO SEPTEMBER 30, 2008

**TO:**    All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on October 10, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period September 1, 2008 to September 31, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: October 10, 2008
      Wilmington, Delaware

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:    (302) 655-5000
Facsimile:     (302) 658-6395

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors

10/7/2008                                Clear Thinking Group, LLC
11:51 AM                                  Client T&E by Employee                                    Page      1

---

## Selection Criteria

| Slip.Date | 9/1/2008 - 9/30/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| **Slip Type: Time** | | | | | |
| 43284<br>9/6/2008<br>WIP<br>General paperwork of case - August MOR, email<br>same | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 43939<br>9/15/2008<br>WIP<br>General paperwork of case - handle new mail -<br>consumer complaints | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 260.00 |
| 44132<br>9/17/2008<br>WIP<br>General paperwork of case - handle new mail,<br>attempt call to BBB re info request | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 80.00 |
| 44224<br>9/18/2008<br>WIP<br>General paperwork of case - handle new mail<br>received | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 2.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 500.00 |
| 44311<br>9/19/2008<br>WIP<br>General paperwork of case, call w/ BBB re<br>improper listing of CTG as InPhonics - call w/DR<br>re same | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 44679<br>9/24/2008<br>WIP<br>General paperwork of case - respond to rebate<br>customer complaint | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 120.00 |
| 45153<br>9/30/2008<br>WIP<br>General paperwork of case - review billing re M<br>Augustine request, emails re same | TIME | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Total: Denise Engelhardt** | | | | |
| | Billable | 5.80 | | 1160.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 5.80 | | 1160.00 |
| 42870            TIME<br>9/2/2008<br>WIP<br>General paperwork of case - various<br>communications/review re:  OH tax claims | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 42972            TIME<br>9/3/2008<br>WIP<br>General paperwork of case- various<br>communications/review re: creditor inquiries,<br>entities names. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 43333            TIME<br>9/5/2008<br>WIP<br>General paperwork of case - review OH tax<br>claim objections;/information  request; call with<br>counsel (MA) re: same. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 43322            TIME<br>9/7/2008<br>WIP<br>General paperwork of case - review/approve<br>invoices, MOR | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 43423            TIME<br>9/8/2008<br>WIP<br>Correspondence or communication via email,<br>phone and/or messaging re: MOR | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 44152            TIME<br>9/11/2008<br>WIP<br>General paperwork of case - various<br>communications/review re: mail, creditor<br>inquiries, follow-up | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 43918            TIME<br>9/15/2008<br>WIP<br>General paperwork of case - various<br>communications/analyses re: obections, mail,<br>creditor inquiri/complaints. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 44494          TIME<br>9/22/2008<br>WIP<br>Correspondence or communication via email,<br>phone and/or messaging re: mail | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 44701          TIME<br>9/24/2008<br>WIP<br>Correspondence or communication via email,<br>phone and/or messaging re: consumer complaint | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 44726          TIME<br>9/25/2008<br>WIP<br>Correspondence or communication via email,<br>phone and/or messaging re: mail | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 44785          TIME<br>9/26/2008<br>WIP<br>Correspondence or communication via email,<br>phone and/or messaging re: rebate complaint | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 45155          TIME<br>9/29/2008<br>WIP<br>Correspondence or communication via email,<br>phone and/or messaging re: rebate claim,<br>confirmation hearing | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 45156          TIME<br>9/30/2008<br>WIP<br>General paperwork of case - various<br>communications re: rebate claim, confirmation<br>filings; call  with  counsel re: confirmation<br>hearing. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| Total: Dorene Robotti | Billable<br>Unbillable<br>Total | 4.40<br>0.00<br>4.40 | | 1760.00<br>0.00<br>1760.00 |
| 43216          TIME<br>9/5/2008<br>WIP<br>General paperwork of case sending/coping/filing<br>monthly invoices | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Total: Maria Malda | | | | |
| | Billable | 0.20 | | 15.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.20 | | 15.00 |
| | | | | |
| Total: Time | | | | |
| | Billable | 10.40 | | 2935.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 10.40 | | 2935.00 |
| Slip Type: Expense | | | | |
| 44315            EXP<br>9/19/2008<br>WIP<br>Postage for week ending 9/20/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 3.04 | 3.04 |
| 44755            EXP<br>9/25/2008<br>WIP<br>Postage -for week ending 9-26-08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 0.42 | 0.42 |
| | | | | |
| Total: Denise Engelhardt | | | | |
| | Billable | 0.00 | | 3.46 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3.46 |
| | | | | |
| Total: Expense | | | | |
| | Billable | 0.00 | | 3.46 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3.46 |
| | | | | |
| Grand Total | | | | |
| | Billable | 10.40 | | 2938.46 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 10.40 | | 2938.46 |