IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 712** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD INTERIM FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2008 THROUGH JULY 31, 2008 [DOCKET NO. 712]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Third Interim Fee Application of Bayard, P.A. For Compensation For Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2008 through July 31, 2008** (the "Application"), filed on September 18, 2008. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 8, 2008 at 4:00 p.m.

It is respectfully requested that the Application be approved.

Dated: October 13, 2008

BAYARD, P.A.

By: /s/ Mary E. Augustine
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:   (302) 658-6395

{BAY:01167181v1}

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:	(212) 335-4500
Facsimile:	(212) 335-4501

Counsel for Debtors and
Debtors in Possession