IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2008 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

<u>CONTINUED/RESOLVED MATTER:</u>

1. Motion of the Debtors to Abandon Documents [Filed 8/28/08; Docket No. 677]

    **Related Documents:**

    (a) **Motion of the Debtors to Withdraw the Motion of the Debtors to Abandon Documents [Filed 10/9/08, Docket No. 738]**

    <u>Response Deadline:</u>

    September 9, 2008 at 4:00 p.m.; extended to October 7, 2008 for Verizon Wireless and the Official Committee of Unsecured Creditors.

    <u>Responses Received:</u>

    (a) Objection to Motion of the Debtors to Abandon Documents Filed by Andrew B. Zeinfeld [Filed 9/8/08; Docket No. 689]

    <u>Status:</u>

    **The parties have agreed to continue this matter to the omnibus hearing scheduled for November 7, 2008 at 2:00 p.m.**

---

[1] Amended items appear in bold.

{BAY:01166428v1}


**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION *FILED*:**

2. Motion of the Debtors for an Order Pursuant to 11 U.S.C. Section 363 and Fed.R.Bankr.P. 9019 Authorizing the Debtors to Make an Offer of Settlement to the Securities and Exchange Commission [Filed 9/24/08; Docket No. 714]

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 714 [Filed 10/9/08; Docket No. **739**]

    (b) Order **[Filed 10/10/08, Docket No. 741]**

    Response Deadline:

    October 7, 2008 at 4:00 p.m.

    Responses Received:

    None.

    Status:

    **The order has been entered. No hearing is required.**

**CONTESTED MATTERS GOING FORWARD**

3. Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 7/18/08; Docket No. 634]

    Related Documents:

    (a) **Certification of Counsel Regarding the Stipulation By and Between the Debtors and the Ohio Department of Taxation Establishing the Maximum Allowable Amount for Claim Nos. 1106 and 1344 [Filed 10/10/08, Docket No. 742]**

    Response Deadline:

    August 13, 2008 at 4:00 p.m.

    Response(s) Received:

    (a) Response to the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 08/13/08; Docket No. 658]

Status:

**A Certification of Counsel has been filed with a revised form of order.**

4. Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 8/12/08, Docket No. 649]

Related Documents:

(a) Order Pursuant to Sections 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 8/12/08, Docket No. 647]

(b) Second Amended Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 8/12/08, Docket No. 648]

(c) Disclosure Statement and Summary of Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 8/12/08, Docket No. 650]

(d) Declaration of Brad Daniel on Behalf of BMC Group, Inc., Voting Agent, Regarding the Solicitation and Tabulation of Votes with Respect to the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 10/3/08, Docket No. 720]

(e) Declaration of Dorene Robotti in Support of Confirmation of Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [Filed 10/8/08, Docket No. 727]

(f) Notice of Filing of Proposed Confirmation Order [Filed 10/8/08, Docket No. 728]

(g) Memorandum of Law in Support of Second Amended Plan and Reply to Objections to Confirmation [Filed 10/8/08, Docket No. 729]

{BAY:01166428v1}

Response(s) Received:

    (a)    Limited Objection to Debtor(s) Second Amended Joint Plan of Liquidation f/k/a Inphonic Inc. filed by Vincent Rhynes [Filed 9/5/08, Docket No. 686]

    (b)    Objection to Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 filed by Commonwealth of Pennsylvania, Department of Revenue [Filed 9/12/08, Docket No. 699]

    (c)    Objection by the United States to the Debtors' Second Amended Joint Plan of Liquidation [Filed 9/16/08, Docket No. 704]

    (d)    Objection to Confirmation of Debtors' Second Amended Joint Plan of Liquidation filed by Rodney Caspersen [Filed 9/16/08, Docket No. 705]

    (e)    Objection to Confirmation of Second Amended Joint Plan of Liquidation filed by Kenneth D. Schwartz and Andrew B. Zeinfeld [Filed 9/19/08, Docket No. 713]

    (f)    Notice of Withdrawal of the Commonwealth of Pennsylvania, Department of Revenue's Objection to Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al. Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 10/9/08, Docket No. 734]

Status:

**This matter is going forward. The objection filed by the Commonwealth of Pennsylvania, Department of Revenue is resolved.**

5.     United States Trustee's Motion for an Order Dismissing or Converting the Chapter 11 Case to a Chapter 7 Case [Filed 3/17/08, Docket No. 454]

Response Deadline:

April 10, 2008 at 4:00 p.m.; extended until October 7, 2008 at 4:00 p.m. for Debtors, Adeptio/Simplexity and the Committee.

Response(s) Received:

    **(a)    Notice of Withdrawal (D.E. 454) [Filed 10/10/08, Docket No. 740]**

Status:

**This matter has been resolved.  No hearing is required.**

Dated:  October 13, 2008
Wilmington, Delaware

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:      (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:      (212) 335-4501

Counsel for Debtors and Debtors in Possession