IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Hearing Date: October 14, 2008 at 2:00 p.m. (ET) |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER (AMENDED)

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (the "Debtors") filed the proposed Findings of Fact, Conclusions of Law and Order Pursuant to 11 U.S.C. §1129 Confirming the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.*, Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 (the "Confirmation Order") on October 8, 2008.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file the proposed Confirmation Order (amended) (the "Amended Confirmation Order") attached hereto as Exhibit A and a blackline comparison of the Amended Confirmation Order to the Confirmation Order attached hereto as Exhibit B.

Dated: October 13, 2008
Wilmington, Delaware

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

{BAY:01163991v2}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, NY  10020

*Counsel for the Debtors and Debtors in Possession*

{BAY:01163991v2}