IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND THE OHIO DEPARTMENT OF TAXATION ESTABLISHING THE MAXIMUM ALLOWABLE AMOUNT FOR CLAIM NOS. 1106 AND 1344**

Upon the Stipulation By and Between the Debtors and the Ohio Department of Taxation Establishing the Maximum Allowable Amount for Claim Nos. 1106 and 1344 (the "Stipulation"), a copy of which is attached hereto as Exhibit 1; and the Court having considered the Stipulation; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation is Approved, and it is further

ORDERED that the aggregate maximum allowable amount of Claim No. 1106 and Claim No. 1344 shall be $100,000.00, and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters related to, or arising from, the Stipulation or implementation of this Order.

Dated: October 13, 2008
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUTPCY JUDGE

{BAY:01166362v1}