## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN Liquidation, Inc. *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the admission *pro hac vice* of Michael S. Etkin, Esquire to represent Rodney Caspersen ("Lead Plaintiff"), for himself and on behalf of the putative class in this matter.

Dated: October 14, 2008
      Wilmington, DE

              CROSS & SIMON, LLC

By:   _____

      Christopher P. Simon (No. 3697)
      913 North Market Street, 11th Floor
      P.O. Box 1380
      Wilmington, Delaware 19899-1380
      (302) 777-4200
      (302) 777-4224 (Facsimile)
      csimon@crosslaw.com

DOCKET NO. 749
DATE 10/14/08

## CERTIFICATION BY COUNSEL TO BE
## ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and admitted to U.S. District Court, Southern, Northern and Eastern Districts of New York; U.S. Tax Court and U.S. Court of International Trade; New Jersey, U.S. District Court, District of New Jersey and U.S. Court of Appeals, Second Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:                          By: _____

                                Michael S. Etkin, Esquire (NJ Bar No. ME0570)
                                LOWENSTEIN SANDLER, PC
                                65 Livingston Avenue
                                Roseland, NJ 07068
                                Telephone: (973) 597-2500
                                Facsimile: (973) 597-2700
                                metkin@lowenstein.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _Oct 14, 2008_          _____

                                The Honorable Kevin Gross
                                United States Bankruptcy Judge