# MOTION TO RECONSIDER

CHAPTER 11
Case No. 07-11666 (KG)
Claim 00019

FILED
2008 OCT 15 AM 9:13
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**COURT OF APPEALS, DIVISION OF**
**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

[In re: SN LIQUIDATION., INC ) Motion to Reconsider
Debtors )
)

1. We request the court to reconsider the Exhibit A- Modified Zero Claim. A motion to estimate claim was submitted on June 29, 2008 and August 1, 2008. The amount of $250,000.00 was submitted and should have been considered for settlement of negotiation. Please see all relevant attachments.

October 9, 2008

Respectfully submitted,

Signature

Representative for Corporation




**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | : | Case No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket No. 633, 674, 661** |

**SUPPLEMENTAL ORDER GRANTING DEBTORS' MOTION TO ESTIMATE CLAIMS PURSUANT TO 11 U.S.C. §§ 502(c) AND 105(a)**

Upon consideration of the Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and having determined that parties in interest have received adequate notice of the Motion; and the Order Granting the Debtors' Motion to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) having been entered on August 21, 2008 (the "Order"); and the Court having determined that good cause exists to grant the Motion; it is hereby

ORDERED that the Motion is GRANTED as contained herein; and it is further

ORDERED that the claims listed on Exhibit A attached hereto are hereby classified and estimated for distribution purposes as indicated; and it is further

ORDERED that nothing herein supersedes the Order, and it remains in full force and effect; and it is further

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01149088v1}

9/17/08

ORDERED that to the extent the Motion constitutes a substantive objection to the claims referenced therein, the Debtors, on behalf of themselves, their estates, and their successors are granted leave from Local Rule 3007-1(f)(iii) and any other applicable law requiring all substantive objections to be filed in one objection, and it is further

ORDERED that the Debtors' right to raise objections and assert the right of setoff to the claims listed on Exhibit A to the Motion on any and all grounds permitted by law and/or equity are hereby preserved, and the failure to raise any such objections or right to setoff in the Motion shall not constitute a defense to any such objection or right of setoff; and it is further

ORDERED that the Debtors' claims agent, BMC Group, is hereby authorized and directed to modify the Claims Registry as indicated herein; and it is further

ORDERED that the Debtors' rights to raise objections to the claims referenced in the Motion on any and all grounds permitted by law and/or equity are hereby preserved.

Dated: September 16, 2008

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**In re: SN Liquidation, Inc., et al.**
**EXHIBIT A - MODIFIED ZERO CLAIMS**

| | Creditor Name / Address | Claim Number | Filed Amount Of Claim* | Filed Type Of Claim** | Modified Claim Amount* | Modified Claim Type** |
|---|---|---|---|---|---|---|
| 9 | HERMAN ALEXIS & CO INC<br>633 WEST 5TH ST<br>FL 28<br>LOS ANGELES, CA 90071 | 19 | BLANK | (U) | $0.00 | (U) |
| 10 | TOMLINSON, CHRISTY<br>JAMES ANGELI & DAVID S TOMLINSON<br>10528 CORAL KEY AVENUE<br>TAMPA, FL 33647 | 1341 | BLANK | (U) | $0.00 | (U) |

*250,000

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured


633 WEST FIFTH STREET
TWENTY-EIGHTH FLOOR
LOS ANGELES CALIFORNIA 90071
HERMAN, ALEXIS & CO., INC.
INVESTMENT BANKERS
USA FIRST-CLASS FOREVER
THOMAS R. CALIFANO
1251 AVENUE of the Americas
NY NY 10020
NIXIE 100 CC 1 40 09/09/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90071 *2552-05829-01-41



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 16, 2008 AT 2:00 P.M. 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**RESOLVED MATTER:**

1. Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for all Purposes Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/3/08; Docket No. 483]

Related Documents:

(a) Certification of Counsel Regarding Docket No. 483 [Filed 4/28/07; Docket No. 516]

(b) Order (Fourth) (I) Authorizing the Assumption and Assignment of Certain Held Contracts, and (II) Deeming Those Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/29/08; Docket No. 517]

Response Deadline:

April 17, 2008 at 4:00 p.m.

Response(s) Received:

(a) Limited Objection of General Electric Capital Corporation to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order (I) Authorizing the Assumption and Assignment of Certain Held Contracts and (II) Deeming that those Certain Held Contracts to be Designated Contracts for All Purposed Under the December 13, 2007 Sale Order and Related Asset Purchase Agreement [Filed 4/16/08; Docket No. 509]

A-2

(b) Notice of Withdrawal of General Electric Capital Corporation's Limited Objection to Assumption and Assignment of Leases Pursuant to Notice (Fourth) of Debtors' Filing of Proposed Order [Filed 8/20/08; Docket No. 669]

Status:

An Order was previously entered granting the majority of the relief requested in the Notice. GE has withdrawn its Limited Objection, and a form of order with respect to GE will be submitted under Certification of Counsel.

**UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION TO BE FILED**

2. Debtors' Motion (Second) for an Order Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code Extending the Exclusive Time Periods During Which Debtors May File a Chapter 11 Plan or Plans of Reorganization and Solicit Acceptances Thereof [Filed 8/26/08; Docket No. 675]

Related Documents:

(a) Certification of No Objection Regarding Docket No. 675 [Filed 09/11/08; Docket No. TBD]

(b) Proposed Order

Response Deadline:

September 9, 2008 at 4:00 p.m.

Responses Received:

None to date.

Status:

No objections were received to date, and a Certification of No Objection will be filed. It is anticipated that no hearing will be required unless the Court directs otherwise.



**UNCONTESTED MATTER GOING FORWARD**

3. Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 8/14/08; Docket No. 659]

Related Documents:

(a) Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Improperly Classified Claims [Filed 9/2/08; Docket No. 679]

Response Deadline:

September 9, 2008 at 4:00 p.m.

Responses Received:

None to date.

Status:

No objections were received to date, but an informal response was received from the State of California Franchise Tax Board. The State of California Franchise Tax Board has consented to a revised form of order that will be presented at the hearing.

**CONTESTED MATTERS GOING FORWARD**

4. Motion of Debtors to Estimate Claims Pursuant to 11 U.S.C. §§ 502(c) and 105(a) [Filed 7/18/08, Docket No. 633]

Related Documents:

(a) Order Granting Debtors' Motion to Estimate Claims [Filed: 674; Docket No. 674]

Response Deadline:

August 13, 2008 at 4:00 p.m.; extended to August 15, 2008 for Messrs. Schwarz and Zeinfeld.

Response(s) Received:

(a) Letter from Christy Tomlinson [Filed: 08/14/08; Docket No. 661]



(b) Response to Notice of Motion to Estimate Claims submitted by Herman Alexis, & Co., Inc. [not filed]



Status:

An order was previously entered granting the majority of the relief requested in the Motion. This matter will go forward with respect to the above respondents.

5. Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 7/18/08; Docket No. 634]

Response Deadline:

August 13, 2008 at 4:00 p.m.

Response(s) Received:

(a) Response to the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 08/13/08; Docket No. 658]

Status:

The parties are working to resolve this prior to the hearing. If this matter is not resolved, it will go forward at the hearing.

6. Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 7/18/08; Docket No. 635]

Related Documents:

(a) Debtors' Reply to United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed TBD; Docket No. TBD]

Response Deadline:

August 13, 2008 at 4:00 p.m.; extended until September 9, 2008 for the Internal Revenue Service.

Response(s) Received:

(a) United States of America's Response to the Debtors' Objection to Claim No. 4 Filed by the Department of Treasury – Internal Revenue Service [Filed 9/4/08; Docket No. 683]

Status:

This matter will go forward.

A-5

7. Motion of the Debtors to Abandon Documents [Filed 8/28/08; Docket No. 677]

Response Deadline:

September 9, 2008 at 4:00 p.m.; extended to September 11, 2008 for Verizon Wireless and the Official Committee of Unsecured Creditors.

Responses Received:

(a) Objection to Motion of the Debtors to Abandon Documents Filed by Andrew B. Zeinfeld [Filed 9/8/08; Docket No. 689]

Status:

This matter will go forward.

Dated: September 10, 2008
Wilmington, Delaware

BAYARD, P.A.

By: [signature]
Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

DLA PIPER US LLP
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession





**Edith Miranda**

**From:** DEBdb_ECF_Reply@deb.uscourts.gov
**Sent:** Wednesday, September 10, 2008 11:09 AM
**To:** dummail@deb.uscourts.gov
**Subject:** Ch-11 07-11666-KG SN Liquidation, In Notice of Matters Scheduled for Hearing (B)

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge if you are an attorney or participant in the case; if not, you will be prompted to enter your PACER account. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Augustine, Mary E. entered on 9/10/2008 at 11:08 AM EDT and filed on 9/10/2008

**Case Name:** SN Liquidation, Inc. et., al.,
**Case Number:** 07-11666-KG
**Document Number:** 690

**Docket Text:**
Notice of Agenda of Matters Scheduled for Hearing *on September 16, 2008 at 2:00 p.m.* Filed by SN Liquidation, Inc. et., al.,. Hearing scheduled for 9/16/2008 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. (Augustine, Mary)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**W:\Docs\0033006\00001\01145620.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/10/2008] [FileNumber=6570918-0]

[2ce3e75db59e892337a05bdcfce144439ea98e245ce8454879f36a4cfae2cee1583a
7a4804c0c6f61c69ed81cabd398a54073c9833abf07870cd0b7802410e9d]]

**07-11666-KG Notice will be electronically mailed to:**

David A. Agay dagay@kirkland.com, deaton@kirkland.com;afrost@kirkland.com

Mary E. Augustine bankserve@bayardfirm.com, maugustine@bayardfirm.com

Mary E. Augustine bankserve@bayardlaw.com, maugustine@bayardlaw.com;tmatthews@bayardlaw.com;jvanhorn@mcquirewoods.com;emiranda@bayardlaw.com

Mary E. Augustine bankserve@bayardfirm.com, maugustine@bayardfirm.com

Marc Barreca marcb@prestongates.com, bankruptcyecf@prestongates.com

13772



NUMBER IN-0936 IN0000936

SHARES *****50000***

# INPHONIC, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

COMMON STOCK
PAR VALUE $.01

CUSIP 45772G 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

*****50000*******
******50000******
*******50000*****
********50000****
*********50000***
**********50000**

DTC-0164-32500366 307701
MARK H RHYNES
1522 W MANCHESTER AVE
9000000337 LOS ANGELES CA 90047

is the owner of **FIFTY THOUSAND**

**FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF**

INPHONIC, INC. (hereinafter called the "Corporation"), transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Delaware and to the Certificate of Incorporation and the By-Laws of the Corporation, as now or hereafter amended. This certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

INPHONIC, INC. CORPORATE SEAL 1997 DELAWARE X

Dated: NOVEMBER 26, 2007
13772001247 EAST

GENERAL COUNSEL AND SECRETARY

CHAIRMAN OF THE BOARD AND CHIEF EXECUTIVE OFFICER

COUNTERSIGNED AND REGISTERED:
AMERICAN STOCK TRANSFER & TRUST COMPANY
TRANSFER AGENT AND REGISTRAR

BY

AUTHORIZED SIGNATURE

AMERICAN BANK NOTE COMPANY

B 10 (Official Form 10) (04/07)

UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

PROOF OF CLAIM

FILED DEC 04 2007 BMC

THIS SPACE IS FOR COURT USE ONLY

Name of Debtor: INPHONIC, INC

Case Number: 07-11166 07-11666

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): HERMAN, ALEXIS & CO., INC.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
633 WEST 5TH STREET
FLOOR 28
LOS ANGELES, CA 90071
Telephone number: (213) 223-2177

✓ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:______

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ✓ Other EQUITY INTEREST (Beneficial)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:____
  Unpaid compensation for services performed
  From ______ (date) to ______ (date)

**2. Date debt was incurred:** 11/29/2007

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $______

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $______

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Other______
☐ Motor Vehicle

Value of Collateral: $______

Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $____ (unsecured) ____ (secured) ____ (priority) ____ (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED InPhonic Inc. 00018 BMC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11/29/2007 | [signature] |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.