## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
## HEARING ON OCTOBER 20, 2008 AT 9:00 A.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).**

## MATTER GOING FORWARD:

1.      Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 8/12/08, Docket No. 649]

Related Documents:

(a)      Order Pursuant to Sections 1125, 1126, and 105 of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, 3018 and 3020, and Local Rule 3017-1 (A) Approving Adequacy of Disclosure Statements, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Fixing the Administrative Expense Bar Date, and (D) Fixing Date, Time and Place for Confirmation Hearing [Filed 8/12/08, Docket No. 647]

(b)      Second Amended Disclosure Statement for Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 8/12/08, Docket No. 648]

(c)      Disclosure Statement and Summary of Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 [Filed 8/12/08, Docket No. 650]

(d)      Declaration of Brad Daniel on Behalf of BMC Group, Inc., Voting Agent, Regarding the Solicitation and Tabulation of Votes with Respect to the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al., Proposed by the Debtors in Possession and the Official Committee of

Unsecured Creditors Dated August 11, 2008  [Filed 10/3/08, Docket No. 720]

(e)     Declaration of Dorene Robotti in Support of Confirmation of Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [Filed 10/8/08, Docket No. 727]

(f)     Notice of Filing of Proposed Confirmation Order [Filed 10/8/08, Docket No. 728]

(g)     Memorandum of Law in Support of Second Amended Plan and Reply to Objections to Confirmation [Filed 10/8/08, Docket No. 729]

<u>Unresolved Response(s) Received</u>:

(a)     Objection to Confirmation of Debtors' Second Amended Joint Plan of Liquidation filed by Rodney Caspersen [Filed 9/16/08, Docket No. 705]

<u>Status</u>:

This matter is going forward as a telephonic hearing.

Dated:  October 17, 2008
        Wilmington, Delaware

**BAYARD, P.A.**

By:  ___Daniel O'Brien___

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:     (302) 655-5000
Facsimile:     (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:     (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and Debtors in Possession

-2-