# SIGN-IN SHEET

**CASE NAME:** SN LIQUIDATION, INC.  
**CASE NO.:** 07-11666 - KG  

**COURTROOM LOCATION:** 3  
**DATE:** 10/14/08  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Pawlitz (telephonic app.) | Kirkland & Ellis | Adeptio INPC Funding |
| Mary Augustine | Bayard, P.A. | The Debtors |
| Neil B. Glassman | " | " |
| Daniel O'Brien | " | " |
| Kate Jackson | Rhesil Smith | Committee |
| Josh Lewis | " | " |
| Jamie Edmonson | Bayard, P.A. | The Debtors |
| Christopher Simon | Cross & Simon, LLC | Rodney Caspersen, Lead Plaintiff |
| Michael S. Etkin | Cross & Simon, LLC | Rodney Caspersen, Lead Plaintiff |
| Ed Kosmoski | Young Conaway | Adeptio INPC Funding / Sinclair |
| Lisa Tancredi | Venable LLP | Schwarz + Zeinfeld |