# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 20, 2008 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | LISA DUNWODY | | |

## *Matter:*

TELECONFERENCE
**R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Resolved - parties will revise the order and send over under Certification of Counsel