# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Calendar Date: 10/20/2008
Calendar Time: 09:00 AM

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SN Liquidation, Inc. | 07-11666 | Hearing | 2451192 | Jeffrey Pawlitz | 312-469-7347 | Kirkland & Ellis, LLP | Interested Party, Adeptio INPC Funding, LLC / LIVE |
| | | SN Liquidation, Inc. | 07-11666 | Hearing | 2451123 | Jamie Edmonson | 302-429-4234 | The Bayard Firm | Debtor, SN Liquidation, Inc. / LIVE |
| | | SN Liquidation, Inc. | 07-11666 | Hearing | 2451158 | Neil Glassman | 302-429-4224 | The Bayard Firm | Debtor, SN Liquidation, Inc. / LIVE |
| | | SN Liquidation, Inc. | 07-11666 | Hearing | 2451181 | David Agay | 312-861-2342 | Kirkland & Ellis, LLP | Interested Party, Adeptio INPC Funding, LLC / LIVE |
| | | SN Liquidation, Inc. | 07-11666 | Hearing | 2451170 | Michael Etkin | 973-597-2312 | Lowenstein Sandler PC | Creditor, Security Class Action Plaintiff / LIVE |
| | | SN Liquidation, Inc. | 07-11666 | Hearing | 2451183 | Joshua Lewis | 412-288-3131 | Reed Smith, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |