# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Re: Docket Nos. 649, 728, 748 |

## CERTIFICATION OF COUNSEL

I, Daniel A. O'Brien, counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certify and state as follows:

1. On August 11, 2008, the Debtors filed with the Court, under certification of counsel, the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (the "Plan").

2. On October 8, 2008, the Debtors filed the proposed Findings of Fact, Conclusions of Law and Order Pursuant to 11 U.S.C. § 1129 Confirming the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc. *et al.* Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (the "Confirmation Order").

3. On October 13, 2008, the Debtors filed the proposed Confirmation Order (first amended) (the "First Amended Confirmation Order").

4. On October 14, 2008, the Court held a hearing on confirmation of the Plan (the "Confirmation Hearing").

5. On October 20, 2008, the Court held a telephonic hearing on confirmation of the Plan to resolve outstanding issues (the "Telephonic Hearing") related to the First

Amended Confirmation Order that were not fully resolved at the Confirmation Hearing.

6. Attached hereto as Exhibit A is the proposed Confirmation Order (second amended) (the "Second Amended Confirmation Order") reflecting agreements reached between the parties during the Confirmation Hearing and Telephonic Hearing. Attached as Exhibit B is a blackline comparison of the Second Amended Confirmation Order to the First Amended Confirmation Order.

WHEREFORE, the Debtors respectfully request that this Court enter the Second Amended Confirmation Order at its earliest convenience.

Dated: October 20, 2008
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for Debtors and Debtors in Possession*