IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 717** |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING
TENTH MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
AUGUST 1, 2008 THROUGH AUGUST 31, 2008 [DOCKET NO. 717]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Tenth Monthly Fee Statement of Bayard, P.A. for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from August 1, 2008 through August 31, 2008** (the "Application"), filed on October 1, 2008. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 21, 2008 at 4:00 p.m.

2

Pursuant to the Interim Compensation and Reimbursement Order entered in these cases on December 3, 2007, no further order is required and Bayard, P.A. ("Bayard") is entitled to receive 80% of its fees and 100% of its expenses.

Dated: October 24, 2008

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession