# Notice Recipients

District/Off: 0311−1          User: Nicki          Date Created: 10/28/2008
Case: 07−11666−KG          Form ID: ntc          Total: 8

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPREGION03.WL.ECF@USDOJ.GOV

                                                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          SN Liquidation, Inc. et., al.,          1010 Wisconsin Avenue NW          Suite 600          Washington, DC 20007
aty          Daniel A. O'Brien          Bayard, P.A.          222 Delaware Ave.          Suite 900          Wilmington, DE 19801
aty          Eric Michael Sutty          Bayard, P.A.          222 Delaware Avenue          Suite 900          Wilmington, De 19899
aty          Mary E. Augustine          Ciardi Ciardi &Astin, P.C.          919 N. Market Street          Suite 700          Wilmington, DE 19801
aty          Mary E. Augustine          Ciardi Ciardi &Astin, P.C.          919 N. Market Street, Suite 700          Wilmington, DE 19801
aty          Mary E. Augustine          Ciardi, Ciardi &Astin, P.C.          919 N. Market St.          Suite 700          Wilmington, DE 19801
aty          Neil B. Glassman          Bayard, P.A.          222 Delaware Avenue          Ste 900          Wilmington, DE 19801

                                                                                       TOTAL: 7