IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-10961 (CSS) <br> Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on this 3rd day of November 2008, I caused a true and correct copy of the **OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF ILLINOIS NATIONAL INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362(a) TO ADVANCE DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY** to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

**Service List**

**VIA E-MAIL IN PDF**
Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com

**VIA E-MAIL IN PDF**
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
E-mail: fmonaco@wcsr.com
         kmangan@wcsr.com

**VIA E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

**VIA E-MAIL IN PDF**
Neil B. Glassman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
E-mail: nglassman@bayardlaw.com

**VIA E-MAIL IN PDF**
E. Joseph O'Neil, Esquire
Robert A. McCall, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
E-mail: eoneil@peobodyarnold.com
         rmcall@peobodyarnold.com