## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 5th day of November, 2008, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on November 7, 2008 at 2:00 p.m.** to be served upon the parties listed on the attached service list *via* fax transmission.

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)

# BAYARD, P.A.

ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P. O. BOX 25130
WILMINGTON, DE 19899-5130

(302) 655-5000
FAX (302) 658-6395

WRITER'S DIRECT DIAL NUMBER

| | |
|---|---|
| File # | 330006-1 |
| File Name | SN Liquidation, Inc. |

**Date**

**From** Mary E. Augustine, Esq.

**# of Pages**

**Re:** SN Liquidation, Inc., Case No. 07-11666-KG

| | Names | Company | Fax Numbers |
|---|---|---|---|
| To | Jeremy R. Johnson, Esquire<br>Thomas Califano, Esquire<br>Maria Ellena Chavez-Ruark, Esquire | DLA Piper US LLP | 212-884-8562 |
| To | | Delaware Secretary of State | 302-739-3811 |
| To | | Internal Revenue Service | 410-962-9955 |
| To | Randy Weller | State of Delaware | 302-577-8662 |
| To | | Secretary of the Treasury | 202-622-6415 |
| To | Patricia Schrage | Securities & Exchange Commission | 212-336-1348 |
| To | | Division of Unemployment Ins. | 302-761-6636 |
| To | Richard Shepacarter, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| To | Ellen W. Slights, Esquire | U.S. Attorney's Office | 302-577-8662 |
| To | Paul Halpern, Esquire<br>David Lorry, Esquire | | (215) 609-3410 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| | | | |
|---|---|---|---|
| To | Anup Sathy, Esquire<br>David A. Agay, Esquire<br>John A. Schoenfeld, Esquire | Kirkland & Ellis LLP | (312) 861-2200 |
| To | Robert S. Brady, Esquire<br>Edmon L. Morton, Esquire<br>Edward J. Kosmowski, Esquire | Young Conaway Stargatt & Taylor, LLP | (302) 571-1253 |
| To | Kevin Weinman | W.B. Doner & Company | |
| To | Alan Dalsass<br>Brad Daniel | BMC Group | 310-640-8071 |
| To | Tiffany Strelow Cobb, Esq. | Vorys Sater Seymour and Pease LLP | (614) 719-4663 |
| To | Todd C. Meyers, Esquire<br>Paul M. Rosenblatt, Esquire | Kilpatrick Stockton LLP | (404) 541-3373 |
| To | Regina Stango Kelbon, Esquire<br>Joel Shapiro, Esquire | Blank Rome LLP | 215-832-5507 |
| To | Bonnie Glantz Fatell, Esquire<br>Michael D. Debaecke, Esquire | Blank Rome LLP | 302-425-6464 |
| To | Lawrence M. Schwab, Esquire<br>Patrick M. Costello, Esquire | Bialson Bergen & Schwab | 650-494-2738 |
| To | Scott D. Rosen, Esquire | Cohn Birnbaum Shea | 860-727-0361 |
| To | David M LeMay, Esq. | Chadbourne and Parke LLP | 212-541-5369 |
| To | Kurt F. Gwynne, Esquire | Reed Smith LLP | 302-778-7575 |
| To | Robert P. Simons, Esq. | Reed Smith LLP | 412-288-3063 |
| To | Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-1420 |
| To | Steven Wilamowsky, Esquire | Bingham McCutchen LLP | 212-752-5378 |
| To | Marla R. Eskin, Esquire<br>Katheryn S. Keller, Esquire | Campbell & Levine LLC | 302-426-9947 |
| To | David I. Swan, Esquire | McGuire Woods LLP | 703-712-5246 |
| To | Francis A. Monaco, Jr., Esquire<br>Kevin J. Mangan, Esquire | Womble Carlyle Sandridge & Rice | 302-661-7730 |
| To | Richard W. Riley, Esq. | Duane Morris LLP | 302-657-4901 |
| To | Brett D. Fallon, Esq. | Morris James LLP | 302-571-1750 |
| To | Kevini A. Guerke, Esq.<br>Patricia P. McGonigle, Esq. | Seitz, Van Ogtrop & Green, PA | 302-888-0606 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | John J. Monaghan, Esquire<br>Lynne B. Xerras, Esquire<br>Diane N. Rallis, Esquire | Holland & Knight | 617-573-5865 |
|---|---|---|---|
| To | Gilbert B. Weisman, Esquire | Backet and Lee LLP | 610-993-8493 |
| To | Kathleen M. Miller, Esquire | Smith Ktzenstein & Furlow LLP | 302-652-8405 |
| To | Marc Barreca, Esquire | Preston Gates & Ellis LLP | 206-623-7022 |
| To | Suzanna E. Ellefsen, Esqire | The PMA Insurance Group | 610-397-5045 |
| To | James F. Harker, Esquire | Cohen Seglias Pallas Greenhall & Furman, P.C. | 302-425-5097 |
| To | Scott D. Rosen, Esquire | Cohn Birnbaum & Shea, P.C. | 860-727-0361 |
| To |  | Internal Revenue Service | 215-516-2015 |
| To | John V. Fiorella, Esquire | Archer & Greiner, P.C. | 302-777-4352 |
| To | Deborah Waldmeir, Esquire<br>Michael A. Cox, Esquire | Assistant Attorney General |  |
| To | Paul Cataldo, Esquire | Assistant General Counsel | 610-265-2866 |
| To | Tanya M. Tan, Esquire | Assistant General Counsel | 818-575-4505 |
| To | Frank F. McGinn, Esquire | Bartlett Hackett Feinberg PC | 617-422-0383 |
| To | J. Scott Bovitz, Esquire | Bovitz & Spitzer | 213-620-1811 |
| To | Eric C. Cotton, Esquire | Developers Diversified Realty Corp. | 216-755-1678 |
| To | Mark A. Salzberg, Esquire | Foley & Lardner LLP | 202-672-5399 |
| To |  | Delaware Department of Revenue | 302-744-1095 |
| To | Joseph M. Gitto, Esquire | Nixon Peabody LLP | 866-887-1961 |
| To | David J. Coyle, Esquire | Shumaker Loop & Kendrick LLP | 419-241-6894 |
| To | Seth B. Shapiro, Esquire | U.S. Department of Justice - Civil Division | 202-307-0494 |
| To | Martin A. Mooney, Esquire | Deily Mooney & Glastetter LLP | 518-436-8273 |
| To | Daniel K. Hogan, Esquire | The Hogan Firm | 302-656-7604 |
| To | Laura Bouyea, Esquire | Venable LLP | 410-244-7742 |
| To | Karen C. Bifferato, Esquire | Connolly Bove Lodge & Hutz LLP | 302-658-5614 |
| To | Jennifer L. Best, Esquire | U.S. Department of Justice | 202-514-6866 |
| To | Victoria D. Garry, Esquire | Nancy H. Rogers, Esquire | 513-852-3484 |
| To | Lisa Bittle Tancredi, Esquire | Venable LLP | 302-656-8503 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.

| To | Rick Kite | InPhonic, Inc. / Hargray Wireless | 202-527-7840 |
|---|---|---|---|
| To | John R. Climaco, Esquire | Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA | 216-771-1632 |
| To | Joshua C. Lewis, Esquire | | 412-288-3063 |

**Confidentiality Notice:**

This facsimile is intended for the exclusive use of the individual to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient of this facsimile, the utilization of this facsimile or any enclosed information is prohibited. If this facsimile is received in error, please advise us by collect call to the above telephone number and return same to us by mail. We will refund your expenses in so doing.