IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 7, 2008 AT 2:00 P.M., 824 MARKET STREET, COURTROOM 3, 6th FLOOR WILMINGTON, DELAWARE 19801**

**RESOLVED MATTER:**

1.  Motion of the Debtors to Abandon Documents [Filed 8/28/08; Docket No. 677]

    **Related Documents:**

    **(a)   Motion of the Debtors to Withdraw the Motion of the Debtors to Abandon Documents [Filed 10/9/08, Docket No. 738]**

    **(b)   Order Withdrawing the Motion of the Debtors to Abandon Documents [Filed 11/6/08, Docket No. 771]**

    Response Deadline:

    September 9, 2008 at 4:00 p.m.; extended to October 7, 2008 for Verizon Wireless and the Official Committee of Unsecured Creditors.

    Responses Received:

    (a)   Objection to Motion of the Debtors to Abandon Documents Filed by Andrew B. Zeinfeld [Filed 9/8/08; Docket No. 689]

    Status:

    **The Motion of the Debtors to Abandon Documents has been withdrawn pursuant to item number 2 on this agenda.**

---

[1] Amended items appear in bold.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION *FILED*:**

2. Motion of the Debtors to Withdraw the Motion of the Debtors to Abandon Documents [Filed 10/9/08; Docket No. 738]

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 738 [Filed 11/04/08; Docket No. 769]

   (b) Order **[Filed 11/6/08, Docket No. 771]**

   Response Deadline:

   October 31, 2008 at 4:00 p.m.

   Responses Received:

   None.

   Status:

   **The order has been entered.  No hearing is required.**

**CONTESTED MATTER GOING FORWARD**

3. Motion of Illinois National Insurance Company for Relief from the Automatic Stay of 11 U.S.C. Section 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Filed 10/9/08, Docket No. 730]

   Response Deadline:

   October 31, 2008 at 4:00 p.m.; extended to November 3, 2008 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

   Response(s) Received:

   (a) Objection of Official Committee of Unsecured Creditors to the Motion of Illinois National Insurance Company for Relief from the Automatic Stay of 11 U.S.C. Section 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Filed 11/3/08, Docket No. 768]

   Status:

   This matter will go forward.

Dated: November 6, 2008
Wilmington, Delaware

By: *Daniel O'Brien*

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

Counsel for Debtors and Debtors in Possession