CASE NAME:    SN LIQUIDATION, INC.

CASE NO.:    07-11666 - KG

SIGN-IN-SHEET

COURTROOM LOCATION: 3

DATE:    11/7/08

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Tancredi | Venable LLP | Andrew Zeunfeld + Kenneth Schwarz |
| Jamie Edmonson | Bayard PA | Debtors |
| Kevin Mangan | Womble Carly | Elliois Nationalts |
| Robert McColl | Peabody Arnold + | |
| Kurt Gwynne | Reed Smith | Creditors committee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |