IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, : | Case No. 07-11666 (KG) |
| Debtors. : | (Jointly Administered) |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATE

I, Daniel A. O'Brien, Esquire of Bayard, P.A., counsel for the above-captioned Debtors, hereby certify the following:

1. Counsel to the Debtors, through communication with the Honorable Kevin Gross at the November 7, 2008 hearing, obtained the date listed on the attached order as an omnibus hearing date in the above-captioned cases.

2. It is therefore respectfully requested that the attached Order Scheduling Omnibus Hearing Date be entered at the Court's earliest convenience.

Dated: November 11, 2008
Wilmington, Delaware

**BAYARD, P.A.**

By: */s/ Daniel O'Brien*
Neil B. Glassman (No. 2078)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

{BAY:00733721v2}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors
and Debtors in Possession

{BAY:00733721v2}