IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. \_\_\_\_** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned case.

December 8, 2008 at 10:00 a.m.

Dated: November \_\_\_\_, 2008
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

{BAY:00733721v2}