# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

### STIPULATION REGARDING THE WITHDRAWAL OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S OBJECTION TO THE SECOND AMENDED JOINT PLAN OF LIQUIDATION AND THE ALLOWANCE OF CLAIM NUMBER 68

The above-captioned debtors and debtors-in-possession (the "Debtors"), and the Commonwealth of Pennsylvania, Department of Revenue (the "Department", together with the Debtors, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree (the "Stipulation") as set forth below:

WHEREAS, on December 28, 2007, the Department filed claim number 68 (the "Claim") against Star Number, Inc., one of the Debtors in these chapter 11 cases, in the total amount of $8,123.83; and

WHEREAS, the Claim is comprised of an unsecured priority claim in the amount of $5,691.85 and a general unsecured nonpriority claim in the amount of $2,431.98; and

WHEREAS, on August 12, 2008, the Debtors filed the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.*, Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 (the "Plan"); and

WHEREAS, on September 12, 2008, the Department filed the Objection to Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* Proposed by

{BAY:01163136v1}

the Debtors in Possession and the Official Committee of Unsecured Creditors Dated August 11, 2008 (the "Plan Objection"); and

WHEREAS, the Parties have engaged in discussions in an effort to resolve the Plan Objection and the Claim; and

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Department shall file a notice of withdrawal of the Plan Objection, and, in any case, the Debtors may represent at any hearing regarding confirmation of the Plan that the Plan Objection is withdrawn by the Department.

2. The Claim is allowed in full in the amount and priority asserted and is not subject to further objection.

3. The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Stipulation.

Dated: October 7, 2008
Wilmington, Delaware

**PA DEPARTMENT OF REVENUE**

*/s/ Christos A. Katsaounis*

Christos A. Katsaounis, Esquire
Senior Counsel
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Telephone: (717) 346-4643
Facsimile: (717) 772-1459

*Counsel for the Commonwealth of
Pennsylvania, Department of Revenue*

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4990
Facsimile: (212) 884-8690

*Counsel for Debtors and*
*Debtors in Possession*