# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD OCTOBER 1, 2008 TO OCTOBER 31, 2008

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period October 1, 2008 to October 31, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: November 17, 2008
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

{BAY:01189417v1}

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors

| 11/10/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 4:18 PM | Client T&E by Employee | | Page    1 |

---

Selection Criteria

---

| Slip.Date | 10/1/2008 - 10/31/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 45379    TIME<br>10/2/2008<br>WIP<br>General paperwork of case - research and respond to consumer complaints | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 140.00 |
| 45706    TIME<br>10/6/2008<br>WIP<br>General paperwork of case - September MOR preparation, email same to Counsel | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 200.00 |
| 45907    TIME<br>10/9/2008<br>WIP<br>General paperwork of case - review month end billing, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 45981    TIME<br>10/10/2008<br>WIP<br>General paperwork of case - research and emails w/DR and NG re outstanding UST issues, | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 46306    TIME<br>10/13/2008<br>WIP<br>General paperwork of case - handle new mail, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 3.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 640.00 |
| 46424    TIME<br>10/14/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - calls re extension for tax returns | Engelhardt, D<br>Correspondance<br>InPHonics<br>NY | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 40.00 |
| 46777    TIME<br>10/17/2008<br>WIP<br>General paperwork of case - review and respond to UST office re outstanding fees | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |

11/10/2008  
4:18 PM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 46941                TIME<br>10/20/2008<br>WIP<br>General paperwork of case - respond to consumer complaint (BBB) | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| 47113                TIME<br>10/22/2008<br>WIP<br>General paperwork of case - email w/counsel re pending UST fees | Engelhardt, D<br>Case Admin<br>InPHonics<br>NY | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 47286                TIME<br>10/24/2008<br>WIP<br>General paperwork of case - emails w/Bayard re UST fees | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 47496                TIME<br>10/27/2008<br>WIP<br>General paperwork of case - Fairfax Cty to DR | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 47720                TIME<br>10/30/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - research and emaisl w/Bayard re UST fees | Engelhardt, D<br>Correspondance<br>InPHonics<br>NY | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 47798                TIME<br>10/31/2008<br>WIP<br>General paperwork of case - review and forward mail from "follow up" folder | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| Total: Denise Engelhardt | Billable<br>Unbillable<br>Total | 6.90<br>0.00<br>6.90 | | 1380.00<br>0.00<br>1380.00 |
| 45382                TIME<br>10/1/2008<br>WIP<br>General paperwork of case - various communications/.analyses re: claims | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 45388                TIME<br>10/2/2008<br>WIP<br>Correspondence or communication via email, | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |

| 11/10/2008 | Clear Thinking Group, LLC | | |
|---|---|---|---|
| 4:18 PM | Client T&E by Employee | | Page   3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| phone and/or messaging re: creditor inquiries, mail | | | | |
| 46322              TIME<br>10/6/2008<br>WIP<br>Correspondence or communication via email, phone and/or messaging - MOR | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 46328              TIME<br>10/7/2008<br>WIP<br>General paperwork of case - various communications/review re: confirmation documents | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 46334              TIME<br>10/8/2008<br>WIP<br>General paperwork of case - review/approve invoice | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 45811              TIME<br>10/8/2008<br>WIP<br>General paperwork of case - review confirmation filings; execute Declaration; call with counsel re: same. | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 46333              TIME<br>10/8/2008<br>WIP<br>General paperwork of case - review/approve invoice | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |
| 46857              TIME<br>10/13/2008<br>WIP<br>General paperwork of case - review proffer/documents in preparation for confirmation hearing | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 1.00<br>0.00<br>1.00<br>0.00 | 400.00<br>T@9 | 400.00 |
| 46745              TIME<br>10/14/2008<br>WIP<br>Meeting with @ Bayard re: preparation for confirmation hearing | Robotti, D<br>Meetings<br>InPHonics<br>DE | 3.00<br>0.00<br>3.00<br>0.00 | 400.00<br>T@9 | 1200.00 |
| 46744              TIME<br>10/14/2008<br>WIP<br>Roundtrip travel to DE for confirmation hearing - CT | Robotti, D<br>Non-working Travel<br>InPHonics | 4.50<br>0.00<br>4.50<br>0.00 | 400.00<br>T@9 | 1800.00 |

| 11/10/2008 | Clear Thinking Group, LLC | | | |
| 4:18 PM | Client T&E by Employee | | | Page    4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 9 hours | | | | |
| 46743         TIME<br>  10/14/2008<br>  WIP<br>  Attendance at Confirmation hearing | Robotti, D<br>Court Hearings<br>InPHonics<br>DE | 1.80<br>0.00<br>1.75<br>0.05 | 400.00<br>T@9 | 720.00 |
| 46738         TIME<br>  10/17/2008<br>  WIP<br>  General paperwork of case - various<br>  communications/folllowup re: transition issues | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.30<br>0.00<br>0.25<br>0.05 | 400.00<br>T@9 | 120.00 |
| 47373         TIME<br>  10/24/2008<br>  WIP<br>  Correspondence or communication via email,<br>  phone and/or messaging - call with Fairfax<br>  County tax dept re: personal property form,<br>  followup DE | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.40<br>0.00<br>0.33<br>0.07 | 400.00<br>T@9 | 160.00 |
| 47370         TIME<br>  10/27/2008<br>  WIP<br>  Correspondence or communication via email,<br>  phone and/or messaging re: transition issues for<br>  LT | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.50<br>0.00<br>0.50<br>0.00 | 400.00<br>T@9 | 200.00 |
| 47653         TIME<br>  10/29/2008<br>  WIP<br>  Correspondence or communication via email,<br>  phone and/or messaging re: transition, mail. | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |

Total: Dorene Robotti

| | Billable<br>Unbillable<br>Total | 13.60<br>0.00<br>13.60 | | 5440.00<br>0.00<br>5440.00 |
|---|---|---|---|---|
| 45871         TIME<br>  10/9/2008<br>  WIP<br>  General paperwork of case - sending, printing &<br>  filing invoices | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |

Total: Maria Malda

| | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 15.00<br>0.00<br>15.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11/10/2008 | Clear Thinking Group, LLC | | | |
| 4:18 PM | Client T&E by Employee | | Page | 5 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Total: Time | | | | |
| | Billable | 20.70 | | 6835.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 20.70 | | 6835.00 |
| **Slip Type: Expense** | | | | |
| 47764          EXP<br>  10/31/2008<br>  WIP<br>  Print/Scan/Copy - Charges NJ Off | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 39 | 0.18 | 7.02 |
| Total: Copy/Print/Scan Charges | | | | |
| | Billable | 0.00 | | 7.02 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 7.02 |
| 45549          EXP<br>  10/3/2008<br>  WIP<br>  Postage - for week ending 10/3/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 1.10 | 1.10 |
| 46633          EXP<br>  10/17/2008<br>  WIP<br>  Postage - wk ending 10/17/08 | Engelhardt, D<br>Postage<br>InPHonics<br>GA | 1 | 2.10 | 2.10 |
| Total: Denise Engelhardt | | | | |
| | Billable | 0.00 | | 3.20 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3.20 |
| 46427          EXP<br>  10/14/2008<br>  WIP<br>  Meal expense - train station | Robotti, D<br>Meals<br>InPHonics<br>DE | 1 | 2.95 | 2.95 |
| 46425          EXP<br>  10/14/2008<br>  WIP<br>  Parking @ train station for travel to DE | Robotti, D<br>Parking, Gas, Tolls<br>InPHonics<br>CT | 1 | 9.00 | 9.00 |
| 46275          EXP<br>  10/14/2008<br>  WIP<br>  Mileage - roundtrip to New Haven train station<br>  for confirmation hearing (DE) | Robotti, D<br>Mileage<br>InPHonics<br>CT | 64 | 0.585 | 37.44 |

| 11/10/2008 | Clear Thinking Group, LLC | | | |
| 4:18 PM | Client T&E by Employee | | | Page 6 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 46274            EXP<br>10/14/2008<br>WIP<br>Roundtrip train fare to Wilmington, DE for confirmation hearing | Robotti, D<br>Transportation<br>InPHonics<br>CT | 1 | 316.00 | 316.00 |
| Total: Dorene Robotti | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 365.39<br>0.00<br>365.39 |
| 46594            EXP<br>10/16/2008<br>WIP<br>FedEx Charges shipped on 10/06/08 | Malda, M<br>FedEx<br>InPHonics<br>NJ | 1 | 15.63 | 15.63 |
| Total: Maria Malda | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 15.63<br>0.00<br>15.63 |
| Total: Expense | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 391.24<br>0.00<br>391.24 |
| Grand Total | Billable<br>Unbillable<br>Total | 20.70<br>0.00<br>20.70 | | 7226.24<br>0.00<br>7226.24 |