## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Objection deadline: December 1, 2008 at 4:00 p.m. |
| | Hearing date: December 8, 2008 at 10:00 a.m. |

### NOTICE OF HEARING ON HERMAN ALEXIS & CO., INC'S MOTION FOR RECONSIDERATION

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE that on October 15, 2008, Herman Alexis & Co., Inc. ("Herman") filed the **Motion for Reconsideration** (the "Reconsideration Motion") [Docket No. 754] of the Court's Supplemental Order Granting the Debtors' Motion to Estimate Claims, dated September 16, 2008 [Docket No. 706] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Reconsideration Motion was not noticed for a hearing date, so the Debtors obtained one.

PLEASE TAKE FURTHER NOTICE that a hearing on the Reconsideration Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **December 8, 2008 at 10:00 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any objections to the Reconsideration Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and be served upon so as to actually be received by Mark H. Rhynes, Herman, Alexis & Co., Inc., 633 West 5th Street, Floor 28 Los Angeles, CA 90017 on or before **December 1, 2008 at 4:00 p.m. (Eastern Time)**.

Dated: November 19, 2008
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Mary E. Augustine (No. 4477)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 335-4990
Facsimile:   (212) 884-8690

Counsel for Debtors
and Debtors in Possession