# Exhibit B



# BAYARD

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE • 19899  
Zip Code For Deliveries 19801

Direct dial (302) 429-4261  
Email: maugustine@bayardlaw.com

August 26, 2008

**VIA U.S. FIRST CLASS MAIL**  
Mark H. Rhynes  
Herman, Alexis & Co., Inc.  
633 West 5th Street, Floor 28  
Los Angeles, CA 90017

Re:  *SN Liquidation, Inc. et al. f/k/a InPhonic, Inc. et al.*  
     Case No. 07-11666

Dear Mr. Rhynes:

I write regarding the above-referenced bankruptcy cases pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and the response of Herman, Alexis & Co., Inc. ("Herman") to the Debtors' Motion to Estimate Claims. On August 20, 2008, a hearing was held on the Motion to Estimate Claims (the "Motion"). An order granting the Motion was entered, except with respect to the claims filed by Herman and one other claimant. The Motion with respect to Herman has been continued to the hearing, scheduled for September 16, 2008 at 2:00 p.m.

The objection deadline for the Motion was August 13, 2008 at 4:00 p.m., and Herman's objection was not filed within the deadline. In order to object to the Motion, Herman must immediately file its objection with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and appear at the September 16, 2008 hearing. The hearing will be before the Honorable Kevin Gross at Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

If Herman fails to file its objection and appear at the September 16th hearing, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

The Debtors reserve all rights to object to the timeliness of any objection filed by Herman and to argue any objections at the hearing. If you have any questions, please do not hesitate to contact me.

Sincerely,

Mary (Meg) E. Augustine

MEA:slc  
www.bayardlaw.com  
{BAY:01131067v1} - File No.: 33006-1

Phone: (302) 655-5000        Fax: (302) 658-6395

