# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
SN Liquidation, Inc. et., al.,
1010 Wisconsin Avenue NW     **Chapter:** 11
Suite 600
Washington, DC 20007
 **EIN:** 52–2199384
InPhonic, Inc.

*Case No*.: 07–11666–KG

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on 11/7/2008 was filed on 11/20/2008 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/11/2008 .

   If a request for redaction is filed, the redacted transcript is due 12/22/2008 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/18/2009 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

Clerk of Court

Date: 11/20/08

(ntc)