# Notice Recipients

District/Off: 0311−1  User: Nicki  Date Created: 11/20/2008
Case: 07−11666−KG  Form ID: ntc  Total: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | SN Liquidation, Inc. et., al., | 1010 Wisconsin Avenue NW | Suite 600 | Washington, DC 20007 | |
| aty | Daniel A. O'Brien | Bayard, P.A. | 222 Delaware Ave. | Suite 900 | Wilmington, DE 19801 |
| aty | Eric Michael Sutty | Bayard, P.A. | 222 Delaware Avenue | Suite 900 | Wilmington, De 19899 |
| aty | Mary E. Augustine | Ciardi Ciardi &Astin, P.C. | 919 N. Market Street | Suite 700 | Wilmington, DE 19801 |
| aty | Mary E. Augustine | Ciardi Ciardi &Astin, P.C. | 919 N. Market Street, Suite 700 | | Wilmington, DE 19801 |
| aty | Mary E. Augustine | Ciardi, Ciardi &Astin, P.C. | 919 N. Market St. | Suite 700 | Wilmington, DE 19801 |
| aty | Neil B. Glassman | Bayard, P.A. | 222 Delaware Avenue | Ste 900 | Wilmington, DE 19801 |

TOTAL: 7