UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| SN LIQUIDATION INC., *et al.,* ) | CASE NO. 07-11666-KG |
| ) | |
| Debtor. ) | |

**ENTRY OF APPEARANCE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, James S. Yoder, of White and Williams LLP, whose office address and telephone number appears herein below, does hereby enter his appearance as counsel for Interested Party, XL Specialty Insurance Company.

Pursuant to §§342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, XL Specialty Insurance Company requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone numbers:

James S. Yoder, Esquire
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709
Tel: (302) 467-4524
Fax: (302) 467-4554
E-mail: yoderj@whiteandwilliams.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

PHLDMS1 4854063v.1

delivery, telephone, telegraph, telex or otherwise filed with regard to this case and any proceedings therein.

                        **WHITE AND WILLIAMS LLP**

                        /s/ James S. Yoder
                        James S. Yoder (DE Bar 2643)
                        824 N. Market Street, Suite 902
                        Wilmington, DE 19801
                        Telephone: (302) 467-4524
                        Facsimile: (302) 467-4554
                        Email: yoderj@whiteandwilliams.com
                        Attorney for Interested Party,

Date: November 20, 2008            *XL Specialty Insurance Company*