UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| SN LIQUIDATION INC., *et al.*, ) | CASE NO. 07-11666-KG |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire do hereby certify that on this 20th day of November 2008, copies of the foregoing *Entry of Appearance* were served upon all parties on the electronic service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 20, 2008

/s/ James S. Yoder
James S. Yoder (#2643)

PHLDMS1 4854063v.1