UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| SN LIQUIDATION INC., *et al.*, | ) CASE NO. 07-11666-KG |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire do hereby certify that on this 21st day of November 2008, copies of the foregoing *Motion and Order for Admission Pro Hac Vice* were served upon all parties on the electronic service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 21, 2008

/s/ James S. Yoder
James S. Yoder (#2643)

PHLDMS1 4853926v.1