IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SN LIQUIDATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 07-11666 (KG)<br>(Jointly Administered)<br>Re: Docket Nos. 730 and 768<br>Objection Deadline: December 1, 2008 at 4:00 p.m.<br>Hearing Date: December 8, 2008 at 10:00 a.m. |

**MOTION OF ILLINOIS NATIONAL INSURANCE COMPANY TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Illinois National Insurance Company ("Illinois National") by and through the undersigned counsel hereby moves to withdraw its Motion Of Illinois National Insurance Company For Relief From The Automatic Stay Of 11 U.S.C. §362(a) To Advance Defense Costs Under An Executive And Organization Liability Insurance Policy. In support of this motion, Illinois National states as follows:

BACKGROUND

1. On November 8, 2007, (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On or about October 9, 2008, Illinois National filed Motion Of Illinois National Insurance Company For Relief From The Automatic Stay Of 11 U.S.C. §362(a) To Advance

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

Defense Costs Under An Executive And Organization Liability Insurance Policy (the "Motion") [Docket No. 730].

3. On or about November 3, 2008, the Official Committee of Unsecured Creditors file an Objection [Docket No. 768] to the Motion.

4. On November 7, 2008, the Court conducted a hearing on the motion for relief from stay and further continued the hearing to December 8, 2008.

## REQUEST FOR RELIEF

5. Illinois National has since decide to withdraw its request for relief from the automatic stay without prejudice.

6. Illinois National is unaware whether the Official Committee of Unsecured Creditors, as the only objecting party to the underlying Motion, assents to withdrawal of Illinois National's request for relief.

WHEREFORE, Illinois National respectfully requests that the Court enter an order granting the relief requested herein, specifically withdrawal of Motion Of Illinois National Insurance Company For Relief From The Automatic Stay Of 11 U.S.C. §362(a) To Advance Defense Costs Under An Executive And Organization Liability Insurance Policy.

Dated: November 21, 2008

WOMBLE CARLYLE SANDRIDGE & RICE PLLC

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, Delaware 19801
T: (302) 252-4320
F: (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

2

E. Joseph O'Neil
Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

Counsel for Illinois National Insurance Company