IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SN LIQUIDATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 07-11666 (KG)<br>(Jointly Administered)<br>Re: Docket Nos. 730 and 768<br>Objection Deadline: December 1, 2008 at 4:00 p.m.<br>Hearing Date: December 8, 2008 at 10:00 a.m. |

## NOTICE OF MOTION OF ILLINOIS NATIONAL INSURANCE COMPANY TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE THAT on November 21, 2008, Illinois National Insurance Company (the "Movant") filed its **Motion to Withdraw Motion for Relief from the Automatic Stay** (the "Motion").

You are required to file a response to the Motion, on or before **December 1, 2008 at 4:00 p.m.** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT if you file a response, you must also serve such response on the following counsel to the Movant so as to be actually received by the Objection Deadline:

| | |
|---|---|
| Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Womble Carlyle Sandridge & Rice<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, Delaware  19801<br>F: (302) 252-4330<br>fmonaco@wcsr.com<br>kmangan@wcsr.com | E. Joseph O'Neil<br>Robert A. McCall<br>PEABODY & ARNOLD LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>F: (617) 951-2125<br>EOneil@peabodyarnold.com<br>RMcCall@peabodyarnold.com |

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 8, 2008 AT 10:00 A.M.** ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 21, 2008         WOMBLE CARLYLE SANDRIDGE & RICE

_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, Delaware 19801
F: (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

E. Joseph O'Neil
Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
F: (617) 951-2125
EOneil@peabodyarnold.com
RMcCall@peabodyarnold.com