IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SN LIQUIDATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 07-11666 (KG)<br>(Jointly Administered)<br>Re: Docket Nos. 730, 768 and ____ |

**ORDER APPROVING WITHDRAWAL OF MOTION OF ILLINOIS
INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY OF
11 U.S.C. § 362(A) TO ADVANCE DEFENSE COSTS UNDER AN EXECUOTIVE
AND ORGANIZATION LIABILITY INSURANCE POLICY**

Upon review and consideration of the Motion of Illinois National Insurance Company to Withdraw (the "Motion to Withdraw") its Motion for Relief from the Automatic Stay of 11 U.S.C. § 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy (the "Motion for Relief") and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion for Relief is hereby withdrawn without prejudice.

Dated: _____, 2008

The Honorable Kevin Gross
United States Bankruptcy Court Judge

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

WCSR 4022583v1