## **CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on November 21, 2008 upon:**

**Daniel A. O'Brien**
Bayard, P.A.
222 Delaware Ave.
Suite 900
Wilmington, DE 19801

And

**SEE ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.


____11/21/2008_____                __/s/ Heidi E Sasso_____
Date                                                           Heidi E. Sasso