UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) CHAPTER 11 <br> ) <br> ) CASE NO. 07-11666-KG <br> ) <br> ) <br> ) |
| SN LIQUIDATION INC., *et al.,* | |
| Debtor. | |

CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire do hereby certify that on this 21st day of November 2008, copies of the foregoing *Motion and Order for Admission Pro Hac Vice* was served upon all parties on the electronic service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 21, 2008

/s/ James S. Yoder
James S. Yoder (#2643)

PHLDMS1 4854043v.1