# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
SN Liquidation, Inc. et., al.,
1010 Wisconsin Avenue NW      **Chapter:** 11
Suite 600
Washington, DC 20007
 **EIN:** 52–2199384
InPhonic, Inc.

*Case No.*:  07–11666–KG

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on 11/7/2008 was filed on 11/20/2008 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/11/2008 .

   If a request for redaction is filed, the redacted transcript is due 12/22/2008 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/18/2009 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

                                                                                            Clerk of Court

Date: 11/20/08

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Nicki                Page 1 of 1               Date Rcvd: Nov 20, 2008
Case: 07-11666                Form ID: ntc               Total Served: 5

The following entities were served by first class mail on Nov 22, 2008.
db           +SN Liquidation, Inc. et., al.,,   1010 Wisconsin Avenue NW,   Suite 600,
               Washington, DC 20007-3506
aty          +Daniel A. O'Brien,   Bayard, P.A.,   222 Delaware Ave.,   Suite 900,   Wilmington, DE 19801-1611
aty          +Eric Michael Sutty,   Bayard, P.A.,   222 Delaware Avenue,   Suite 900,
               Wilmington, De 19801-1611
aty          +Mary E. Augustine,   Ciardi Ciardi & Astin, P.C.,   919 N. Market Street,   Suite 700,
               Wilmington, DE 19801-3044
aty          +Neil B. Glassman,   Bayard, P.A.,   222 Delaware Avenue,   Ste 900,   Wilmington, DE 19801-1611
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Mary E. Augustine,   Ciardi Ciardi & Astin, P.C.,   919 N. Market Street, Suite 700,
               Wilmington, DE 19801-3044
aty*         +Mary E. Augustine,   Ciardi, Ciardi & Astin, P.C.,   919 N. Market St.,   Suite 700,
               Wilmington, DE 19801-3044
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2008**          **Signature:**  _Joseph Speetjens_