IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Cases No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 14, 2008 at 4:00 p.m.**<br>**Hearing Date: Only if an objection is filed.** |

## NOTICE OF APPLICATION

**TO:** All Parties Listed on the Attached Certificate of Service

Bayard, P.A. has filed the attached **Eleventh Monthly Fee Statement of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from September 1, 2008 Through September 30, 2008** (the "Application"). Responses or objections to the Application, if any, are to be filed on or before **December 14, 2008 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 24, 2008
       Wilmington, Delaware

**BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

{BAY:01161219v1}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors
and Debtors in Possession