# Exhibit B

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)  November 21, 2008
File # 33006-00001- NBG

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| Neil B Glassman | Director | 765.00 | 28.10 | 21,496.50 |
| Mary E Augustine | Associate | 345.00 | 54.20 | 18,699.00 |
| Daniel A. O'Brien | Associate | 280.00 | 95.60 | 26,768.00 |
| Justin R. Alberto | Associate | 210.00 | 1.10 | 231.00 |
| Tiffany N Matthews | Paralegal | 230.00 | 1.30 | 299.00 |
| Edith Miranda | Paralegal | 230.00 | 16.70 | 3,841.00 |
| Jacqueline Lately | Case Management Asst | 145.00 | 0.90 | 130.50 |
| James B Sanderson | Billing Specialist | 135.00 | 12.60 | 1,701.00 |
|  | Totals |  | 210.50 | 73,166.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                November 21, 2008
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 1.40 | 1,029.00 |
| Business Operations | 1.90 | 655.50 |
| Case Administration | 17.70 | 5,735.00 |
| Court Hearings | 14.90 | 5,645.50 |
| Creditor Inquiries | 2.10 | 746.50 |
| Other Professional Retention Apps | 0.30 | 80.50 |
| Leases/Executory Contracts | 1.30 | 409.50 |
| TBF Fee Applications/Compensation | 23.30 | 5,794.50 |
| Other Professional Fee Apps | 5.70 | 2,418.00 |
| General Corporate Matters | 17.20 | 6,310.50 |
| Meetings of Creditors | 0.30 | 229.50 |
| Stay Relief Matters | 1.50 | 439.50 |
| Claims Analysis and Resolution | 49.50 | 18,280.50 |
| Plan | 69.70 | 23,676.50 |
| Use, Sale or Lease of Property | 1.00 | 765.00 |
| Trustee Reporting/Schedules | 2.70 | 950.50 |
| | ---------- | ------------- |
| | 210.50 | 73,166.00 |
| | ========== | ============= |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                November 21, 2008
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Conference Call Services | 3.79 |
| Copies | 659.50 |
| Delivery Charges | 20.00 |
| Federal Express | 93.30 |
| Outside Fax Charges | 95.40 |
| Pacer Document Downloads | 37.36 |
| Phone | 8.00 |
| Postage | 340.20 |
| Print Images | 84.00 |
| Support Staff Overtime | 213.33 |
| Telecopier/Fax Charges | 19.00 |
| **Total Expenses** | **$ 1,573.88** |

BAYARD, P.A.

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                              November 21, 2008
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 09-01-08 | Conference Call Services; 7/18/08 Conference Call | 3.79 |
| 09-02-08 | Copies;   Start Meter = 721404 | 5.60 |
| 09-02-08 | Delivery Charges | 5.00 |
| 09-03-08 | Phone; | 0.20 |
| 09-04-08 | Print Images | 0.70 |
| 09-04-08 | Print Images | 0.90 |
| 09-04-08 | Phone; | 0.20 |
| 09-04-08 | Phone; | 0.20 |
| 09-04-08 | Phone; | 0.20 |
| 09-04-08 | Phone; | 0.20 |
| 09-04-08 | Phone; | 0.20 |
| 09-04-08 | Phone; | 0.20 |
| 09-04-08 | Phone; | 1.00 |
| 09-05-08 | Print Images | 0.70 |
| 09-05-08 | Print Images | 0.70 |
| 09-05-08 | Print Images | 0.70 |
| 09-08-08 | Print Images | 1.30 |
| 09-08-08 | Copies;   Start Meter = 784390 | 4.00 |
| 09-08-08 | Copies;   Start Meter = 784430 | 0.20 |
| 09-08-08 | Print Images | 1.20 |
| 09-08-08 | Print Images | 0.70 |
| 09-08-08 | Copies;   Start Meter = 741715 | 7.50 |
| 09-08-08 | Copies;   Start Meter = 741790 | 1.50 |
| 09-08-08 | Postage | 4.00 |
| 09-08-08 | Postage | 5.85 |
| 09-08-08 | Phone; | 0.20 |
| 09-09-08 | Print Images | 0.60 |
| 09-09-08 | Copies;   Start Meter = 744714 | 3.80 |
| 09-10-08 | Print Images | 5.40 |
| 09-10-08 | Print Images | 0.70 |
| 09-10-08 | Print Images | 0.90 |
| 09-10-08 | Copies;   Start Meter = 791260 | 18.20 |
| 09-10-08 | Print Images | 1.10 |
| 09-10-08 | Print Images | 7.90 |
| 09-10-08 | Copies;   Start Meter = 746311 | 26.90 |
| 09-10-08 | Copies;   Start Meter = 792295 | 95.10 |
| 09-10-08 | Copies;   Start Meter = 747022 | 0.50 |
| 09-10-08 | Copies;   Start Meter = 793246 | 2.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          November 21, 2008
File # 33006-00001- NBG

                        Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 09-10-08 | Copies;  Start Meter = 747096 | 1.70 |
| 09-10-08 | Copies;  Start Meter = 793273 | 0.70 |
| 09-10-08 | Postage | 17.52 |
| 09-11-08 | Print Images | 0.60 |
| 09-11-08 | Print Images | 5.20 |
| 09-11-08 | Print Images | 1.10 |
| 09-11-08 | Print Images | 0.80 |
| 09-11-08 | Print Images | 1.90 |
| 09-11-08 | Print Images | 1.40 |
| 09-11-08 | Print Images | 0.80 |
| 09-11-08 | Print Images | 0.80 |
| 09-11-08 | Print Images | 0.70 |
| 09-11-08 | Copies;  Start Meter = 796456 | 6.20 |
| 09-11-08 | Postage | 49.80 |
| 09-11-08 | Federal Express | 93.30 |
| 09-12-08 | Print Images | 7.50 |
| 09-12-08 | Print Images | 0.80 |
| 09-12-08 | Print Images | 2.10 |
| 09-12-08 | Print Images | 0.80 |
| 09-12-08 | Print Images | 2.00 |
| 09-12-08 | Copies;  Start Meter = 796676 | 88.50 |
| 09-12-08 | Copies;  Start Meter = 797561 | 2.20 |
| 09-12-08 | Postage | 69.03 |
| 09-12-08 | Telecopier/Fax Charges | 16.00 |
| 09-12-08 | Phone; | 0.20 |
| 09-12-08 | Phone; | 0.60 |
| 09-15-08 | Print Images | 0.80 |
| 09-15-08 | Print Images | 1.10 |
| 09-15-08 | Copies;  Start Meter = 750824 | 1.00 |
| 09-15-08 | Delivery Charges | 10.00 |
| 09-16-08 | Copies;  Start Meter = 751452 | 42.90 |
| 09-16-08 | Print Images | 0.80 |
| 09-16-08 | Print Images | 0.80 |
| 09-16-08 | Print Images | 1.60 |
| 09-16-08 | Print Images | 0.60 |
| 09-16-08 | Phone; | 0.60 |
| 09-16-08 | Phone; | 0.20 |
| 09-16-08 | Phone; | 0.20 |
| 09-17-08 | Print Images | 0.70 |

# BAYARD, P.A.

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                      November 21, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 1.00 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Print Images | 0.70 |
| 09-17-08 | Copies;   Start Meter = 756775 | 50.00 |
| 09-17-08 | Copies;   Start Meter = 757366 | 18.00 |
| 09-17-08 | Postage | 65.00 |
| 09-18-08 | Copies;   Start Meter = 807667 | 96.40 |
| 09-18-08 | Postage | 38.40 |
| 09-18-08 | Support Staff Overtime | 24.69 |
| 09-18-08 | Support Staff Overtime | 93.82 |
| 09-21-08 | Delivery Charges | 5.00 |
| 09-22-08 | Print Images | 0.70 |
| 09-22-08 | Print Images | 0.90 |
| 09-22-08 | Print Images | 1.80 |
| 09-22-08 | Print Images | 1.80 |
| 09-22-08 | Phone; | 0.80 |
| 09-22-08 | Phone; | 0.60 |
| 09-22-08 | Support Staff Overtime | 49.38 |
| 09-23-08 | Telecopier/Fax Charges | 3.00 |
| 09-24-08 | Copies;   Start Meter = 794125 | 182.10 |
| 09-24-08 | Postage | 90.60 |
| 09-24-08 | Phone; | 0.20 |
| 09-24-08 | Phone; | 0.20 |
| 09-25-08 | Phone; | 0.20 |
| 09-25-08 | Phone; | 0.20 |
| 09-29-08 | Phone; | 0.20 |
| 09-29-08 | Phone; | 0.20 |
| 09-29-08 | Phone; | 0.20 |
| 09-29-08 | Support Staff Overtime | 45.44 |
| 09-30-08 | Print Images | 0.60 |
| 09-30-08 | Print Images | 1.10 |
| 09-30-08 | Print Images | 6.70 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)　　　　　　　　　　November 21, 2008
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 09-30-08 | Print Images | 0.60 |
| 09-30-08 | Print Images | 5.00 |
| 09-30-08 | Print Images | 1.10 |
| 09-30-08 | Copies;  Start Meter = 858606 | 4.00 |
| 09-30-08 | Phone; | 0.20 |
| 09-30-08 | Phone; | 0.60 |
| 09-30-08 | Outside Fax Charges | 95.40 |
| 09-30-08 | Pacer Document Downloads | 37.36 |
| | Total Disbursements | $ 1,573.88 |