UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  <br><br>   SN LIQUIDATION INC., *et al.*,  <br><br>   Debtor. | ) CHAPTER 11 <br> ) <br> ) <br> ) CASE NO. 07-11666-KG <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Gary V. Dixon, Esquire, to represent Interested Party, XL Specialty Insurance Company, in this action.

**WHITE AND WILLIAMS LLP**

/s/ *James S. Yoder*
James S. Yoder (DE Bar 2643)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: (302) 467-4524
Facsimile: (302) 467-4554
Email: yoderj@whiteandwilliams.com
Attorney for Interested Party,
*XL Specialty Insurance Company*

Date: November 21, 2008

PHLDMS1 4854043v.1

D.I. 788
11/21/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Gary V. Dixon, hereby certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Gary V. Dixon, (D.C. # 934356)
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC 20006-1040
Telephone: (202) 662-2003
Facsimile: (202) 662-2190
Email: gdixon@rdblaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: November 24, 2008

United States Bankruptcy Judge