IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 07-11666 (KG)<br>(Jointly Administered)<br>**Re: Docket Nos. 787 and 793**<br>Hearing Date: 12/8/2008 at 10:00 a.m. |

## REPLY IN SUPPORT OF MOTION OF ILLINOIS NATIONAL INSURANCE COMPANY TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Illinois National Insurance Company ("Illinois National"), by and through the undersigned counsel, hereby replies to that portion of the Response of Kenneth D. Schwarz and Andrew Zeinfeld to the Motion of Illinois National Insurance Company to Withdraw Motion for Relief from the Automatic Stay and Motion of XL Specialty Insurance Company for Relief from the Stay so that Illinois National May Reimburse Defense Costs ("Response of Schwarz and Zeinfeld") that opposes the Motion of Illinois National Insurance Company to Withdraw Motion for Relief from the Automatic Stay ("Motion to Withdraw"). In further support of the Motion to Withdraw, Illinois National states as follows:

### BACKGROUND

1. On October 10, 2008, Illinois National filed Motion of Illinois National Insurance Company For Relief From The Automatic Stay Of 11 U.S.C. §362(a) To Advance Defense Costs Under An Executive And Organization Liability Insurance Policy ("Illinois National's Motion for Relief from Stay"). On November 3, 2008, the Official Committee of Unsecured Creditors ("the Committee") filed an Objection to Illinois National's Motion for Relief from Stay.

2. On November 20, 2008, XL Specialty Insurance Company ("XL") filed a Motion for Relief from the Stay so that Illinois National May Reimburse Defense Costs ("XL's Motion for Relief from Stay").

3. On November 21, 2008, Illinois National filed the Motion to Withdraw. The Committee has assented to the withdrawal. On December 1, 2008, Kenneth D. Schwarz and Andrew Zeinfeld filed the Response of Schwarz and Zeinfeld.

BASIS FOR RELIEF

4. First, withdrawal by Illinois National will not prevent the substantive remedy sought by Schwarz and Zeinfeld - a determination whether this Court will permit the payment of their defense costs. Pending before this Court is XL's Motion for Relief from Stay which seeks the same relief originally sought in Illinois National's Motion for Relief from Stay.

5. Second, Schwarz and Zeinfeld have no standing to object to the Motion to Withdraw. The only party with standing to object to the Motion to Withdraw is the Committee, which was the only objecting party to the underlying motion; the Committee has assented to withdrawal of Illinois National's Motion for Relief from Stay.

WHEREFORE, Illinois National respectfully requests that the Court enter an order granting the relief requested herein, specifically withdrawal of Motion of Illinois National Insurance Company for Relief from the Automatic Stay of 11 U.S.C. §362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy.

Dated: December 3, 2008

WOMBLE CARLYLE SANDRIDGE & RICE PLLC

*/s/ Kevin J. Mangan*

Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, Delaware 19801
T: (302) 252-4320
F: (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

E. Joseph O'Neil
Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

*Counsel for Illinois National Insurance Company*