## **CERTIFICATE OF SERVICE**

      I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via electronic mail and/or US Mail on December 3, 2008 on:

Eric Michael Sutty, Esq.
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, De 19801

Gaston Plantiff Loomis, II, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Lisa B. Tancredi, Esq.
Venable LLP
1200 North Broom Street
Wilmington, DE 19801

David W. Goewey, Esq.
Venable LLP
7th Street, NW
Washington, DC 20004

Richard Schepecarter, Esq.
Office of the United States Trustee
844 King Street, 2nd Floor
Wilmington, DE 19801

      Under penalty of perjury, I declare that the forgoing is true and correct.

December 3, 2008                                            _/s/ Heidi E. Sasso_____

WCSR 4028436v1