UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

BMC (Bankruptcy Management Corp.)
444 N. Nash Street
El Segundo, CA 90245-2822
Tel: (310)321-5555
Toll Free (888)909-0100
Fax: (310)640-8071

12/4/08

According to our records, you are listed as the Claims Agent for the below listed cases. Our records indicate that no Claims Register has been submitted to the Court within the last 4 months. Please submit an updated Claims Register in alphabetical and numerical order. If there has been no activity in the case since the last submitted register, please submit a Certification of No Claim Activity. In the future, quarterly Claims Registers, in alphabetical and numerical order, or Certification of No Claim Activity should be submitted to the Court.

| Case Number | Case Name |
|---|---|
| 04-10827 | AMEC HOLDING |
| 03-13063 | CHI-CHI'S |
| 02-11672 | DESA HOLDINGS |
| 01-706 | ETOYS |
| 02-11125 | EXIDE TECHNOLGIES |
| 02-10109 | FANSTEEL |
| 03-10945 | FLEMMING COMPANIES |
| 07-11666 | INPHONIC |
| 06-10119 | J.L.FRENCH |
| 07-10877 | MET-COIL |
| 06-11156 | SEA CONTAINERS |
| 07-11666 | SN LIQUIDATIONS |
| 03-11915 | TOUCH AMERICA |
| 001-56 | TWA |
| 001-2404 | WEBVAN |
| 04-11278 | WOMEN FIRST |

Sincerely,

Renee Kuesel
Docket Control Clerk
U. S. Bankruptcy Court
District of Delaware