IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 8, 2008 AT 10:00 A.M., 824 MARKET STREET, COURTROOM 3,
6th FLOOR WILMINGTON, DELAWARE 19801**

**CONTINUED MATTER (PENDING RESOLUTION OF AGENDA ITEM 3):**

1.  Motion of Illinois National Insurance Company for Relief from the Automatic Stay of 11 U.S.C. Section 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Filed 10/9/08, Docket No. 730]

    Related Documents:

    None as of this date and time.

    Response Deadline:

    October 31, 2008 at 4:00 p.m.; extended to November 3, 2008 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

    Response(s) Received:

    (a) Objection of Official Committee of Unsecured Creditors to the Motion of Illinois National Insurance Company for Relief from the Automatic Stay of 11 U.S.C. Section 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Filed 11/3/08, Docket No. 768]

    Status:

    Illinois National Insurance Company has filed a Motion to Withdraw this Motion, and this Motion will be continued to a date to be determined pending resolution of the Motion to Withdraw.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION FILED:**

2.  Motion of the Debtors Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Stipulation Between the Debtors and the Commonwealth of Pennsylvania Department of Revenue [Filed 11/11/08; Docket No. 775]

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 775 [Filed 12/03/08; Docket No. 795]

    (b) Proposed Order Regarding Docket No. 775

    Response Deadline:

    December 1, 2008 at 4:00 p.m.

    Responses Received:

    None.

    Status:

    A Certification of No Objection has been filed. No hearing is required unless the Court directs otherwise.

**CONTESTED MATTERS GOING FORWARD:**

3.  Motion of Illinois National Insurance Company to Withdraw Motion for Relief from the Automatic Stay [Filed 11/21/08, Docket No. 787]

    Related Documents:

    (a) Reply in Support of Motion of Illinois Insurance Company to Withdraw Motion for Relief from the Automatic Stay [Filed 12/3/08, Docket No. 794]

    Response Deadline:

    December 1, 2008 at 4:00 p.m.

    Response(s) Received:

    (a) Response of Kenneth D. Schwarz and Andrew Zeinfeld to the Motion of Illinois National Insurance Company to Withdraw Motion for Relief from the Automatic Stay and to the Motion of XL Specialty Insurance Company for Relief form the Automatic Stay so that Illinois National

        Insurance Company May Reimburse Defense Costs [Filed 12/1/08, Docket No. 793]

Status:

        This matter will go forward.

4. Motion to Reconsider filed by Herman Alexis & Co., Inc. [Filed 10/15/08, Docket No. 754]

   Related Documents:

   (a) Notice of Hearing on Herman Alexis & Co., Inc.'s Motion for Reconsideration [Filed 11/19/08, Docket No. 780]

   Response Deadline:

   December 1, 2008 at 4:00 p.m.

   Response(s) Received:

   (a) Debtors' Objection to Herman Alexis & Co., Inc.'s Motion for Reconsideration of the Court's Supplemental Order Granting the Debtors' Motion to Estimate Claims [Filed 11/19/08, Docket No. 781]

   Status:

   This matter will go forward.

5. Motion of XL Specialty Insurance Company for Relief from the Automatic Stay so that Illinois National Insurance Company May Reimburse Defense Costs [Filed 11/20/08, Docket No. 784]

   Related Documents:

   None as of this date and time.

   Response Deadline:

   December 3, 2008 at 4:00 p.m.; extended until December 4, 2008 at 4:00 p.m. for the Official Committee of Unsecured Creditors, or the Trustee in the event that the Plan goes effective.

   Response(s) Received:

   (a) Response of Kenneth D. Schwarz and Andrew Zeinfeld to the Motion of Illinois National Insurance Company to Withdraw Motion for Relief from

the Automatic Stay and to the Motion of XL Specialty Insurance Company for Relief form the Automatic Stay so that Illinois National Insurance Company May Reimburse Defense Costs [Filed 12/1/08, Docket No. 793]

Status:

This matter will go forward.

Dated:  December 4, 2008
       Wilmington, Delaware

**BAYARD, P.A.**

By: *Daniel O'Brien*

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:   (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and Debtors in Possession

{BAY:01200672v1}