# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 775 |

**ORDER APPROVING MOTION OF THE DEBTORS PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR APPROVAL OF STIPULATION BETWEEN THE DEBTORS AND THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE**

Upon the Motion (the "Motion") of the Debtors[1] Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Stipulation Between the Debtors and the Commonwealth of Pennsylvania, Department of Revenue (the "Stipulation"), and this Court having determined that granting the relief requested is in the best interests of the estates and creditors; and it appearing that this Court has jurisdiction; and it appearing that proper and adequate notice was given, and that no further notice is required; and upon due deliberation thereon, and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Stipulation attached hereto as Exhibit 1 is approved; and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

(BAY:01178670v1)

ORDERED that this Court shall retain jurisdiction to enforce and interpret the terms of this Order.

Dated: December 4, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE