# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>(Jointly Administered) |

### NOTICE OF DEPOSITION DUCES TECUM

To: Illinois National Insurance Company
1010 Wisconsin Avenue NW, Ste 600
Washington, D.C. 20007-3603

c/o Robert A. McCall, Esq.
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 30(b)(6), and Federal Rules of Bankruptcy Procedure 7030 and 9014, the Official Committee of Unsecured Creditors (the "Committee") of SN Liquidation, Inc. (together with its affiliated debtors and debtors in possession, the "Debtors"), by its undersigned counsel, will take the deposition upon oral examination of Illinois National Insurance Company ("Illinois National") through one or more of its officers, directors, managing agents, or other persons who are most familiar with and will consent to testify on behalf of Illinois National for discovery purposes in this matter concerning the Areas of Examination set forth in **Schedule A** attached hereto.

The deposition shall commence at 10:00 a.m. (EDT) on November 25, 2008 before a notary public or other person duly authorized by law to administer oaths, at the offices of Reed Smith LLP, 1301 K Street, N.W., Suite 1100 – East Tower,

Washington, D.C., 20005. The deposition is to be transcribed and will continue from day to day until completed.

Please take further notice that pursuant to Federal Rule of Civil Procedure 30(b)(5), to the extent not previously produced, Illinois National is requested to produce all documents requested in **Schedule B** attached hereto.

Dated: November 17, 2008  
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: _____  
Kurt F. Gwynne (No. 3951)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com

and

Joshua C. Lewis  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063  
E-mail: jlewis@reedsmith.com

Counsel for the Official Committee of Unsecured Creditors of SN Liquidation, Inc., *et al.*

## SCHEDULE A

1. All facts and circumstances relating to the assertions made by Illinois National in the Motion for Relief from the Automatic Stay of 11 U.S.C. § 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy, dated October 8, 2008 (the "Motion").

2. All facts and circumstances relating to Illinois National's claim that the Defense Costs (as defined in the Motion) were necessary, reasonable, or appropriate under the circumstances.

3. Illinois National's form of retention agreement or approval for the services provided by each firm that incurred Defense Costs.

4. Illinois National's review of the bills submitted for Defense Costs, any reduction in the requested fees and expenses, the bases for any such reductions, and the determination of whether to advance the fees and costs requested.

5. The identity of all persons who do or may have knowledge of any of the matters set forth above or in the Motion.

6. Illinois National's investigation, analysis, or evaluation of all of the matters set forth above and in the Motion.

7. All documents that relate in any way to any of the categories set forth above or are requested in **Schedule B**.

## SCHEDULE B

1. All documents in any way related to, concerning, or evidencing any of the areas of examination identified in **Schedule A**.

2. All documents evidencing the person or persons at Illinois National responsible for and actually involved in the review or analysis of the invoices or bills submitted for the Defense Costs (as defined in the Motion for Relief from the Automatic Stay of 11 U.S.C. § 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy, dated October 8, 2008 (the "Motion")).

3. All bills, invoices, requests for payment, or other documents submitted to Illinois National for payment under the policy that is the subject of the Motion.

4. All documents evidencing the person or persons at Illinois National responsible for and actually involved in the review and analysis of the bills or invoices submitted for payment as Defense Costs.

5. All agreements between Illinois National and each of the law firms or other service providers that provided services for which their fees and expenses constitute Defense Costs.

6. All documents relating to Illinois National's raising any questions, issues, or disputes to any of the fees and services sought by the law firms whose fees and services are included within the term Defense Costs.

7. All documents in any way relating to the assertions made by Illinois National in the Motion, or the oral assertions made by or on behalf of Illinois National in support of the Motion at the hearing on November 7, 2008.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) <br> (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, a true and correct copy of the foregoing NOTICE OF DEPOSITION DUCES TECUM was caused to be served on the addressees on the attached service list in the manner indicated:

By: _____
Joshua C. Lewis (PA ID No. 92945)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: jlewis@reedsmith.com

## SERVICE LIST

**VIA U.S. MAIL**
Illinois National Insurance Company
1010 Wisconsin Avenue NW, Ste 600
Washington, D.C. 20007-3603

**VIA E-MAIL IN PDF & U.S. MAIL**
E. Joseph O'Neil, Esquire
Robert A. McCall, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
E-mail: eoneil@peobodyarnold.com
rmcall@peobodyarnold.com

**VIA E-MAIL IN PDF**
Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com

**VIA E-MAIL IN PDF**
Neil B. Glassman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
E-mail: nglassman@bayardlaw.com

**VIA E-MAIL IN PDF**
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
E-mail: fmonaco@wcsr.com
kmangan@wcsr.com

**VIA E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail:
richard.schepacarter@usdoj.gov