IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10961 (CSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on this 5th day of December 2008, I caused a true and correct copy of the **OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF XL SPECIALTY INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY SO THAT ILLINOIS NATIONAL INSURANCE COMPANY MAY REIMBURSE DEFENSE COSTS** to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

**Service List**

**VIA E-MAIL IN PDF**
Thomas R. Califano, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
E-mail: thomas.califano@dlapiper.com

**VIA E-MAIL IN PDF**
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
E-mail: fmonaco@wcsr.com
         kmangan@wcsr.com

**VIA E-MAIL IN PDF**
James S. Yoder, Esquire
White and Williams LLP
824 N. Market Street
Suite 902
Wilmington, DE 19801
E-mail: YoderJ@whiteandwilliams.com

**VIA E-MAIL IN PDF**
Richard A. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

**VIA E-MAIL IN PDF**
Neil B. Glassman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
E-mail: nglassman@bayardlaw.com

**VIA E-MAIL IN PDF**
E. Joseph O'Neil, Esquire
Robert A. McCall, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
E-mail: eoneil@peobodyarnold.com
         rmcall@peobodyarnold.com

**VIA E-MAIL IN PDF**
Gary V. Dixon, Esquire
Stephanie T. Schmelz, Esquire
Ross, Dixon & Bell, LLP
2001 K Street N.W.
Washington, D.C. 20006-1040
E-mail: GDixon@rdblaw.com
         SSchmelz@rdblaw.com