# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | SN Liquidation, Inc. et., al., | | |
| **Case Number:** | 07-11666-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 08, 2008 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | SHERRY JOHNSON | | |

### *Matter:*

OMNIBUS HEARING, Relief from Automatic Stay filed by Illinois National Insurance Company (cont'd from 11/7/08)

**R / M #:**   801 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to date to be determined
#2 - CNO Filed and Order Signed
#3 - Granted, subject to a Mediator being appointed by the Judge, he will prepare an order
#4 - Denied - ORDER SIGNED
#5 - Denied without prejudice - Judge will prepare an order