# SIGN-IN-SHEET

CASE NAME: SN LIQUIDATION, INC.    COURTROOM LOCATION: 3
CASE NO.: 07-11666-KG    DATE: 12/8/08

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert McCall (Telephone Appearance) | Peabody + Arnold | Atlantic National Insurance Co. |
| Jeffrey Pawlitz ( " ) | Kirkland + Ellis | Adeptio INPC Funding LLC |
| Lisa Tancredi | Venable | Schwartz + Reinfeld |
| James Slader | White and Williams | XL Specialty |
| Gary Dixon | Ross, Dixon & Bell | XL Specialty |
| Jamie Edmonson | Bayard | Debtors |
| Kevin Mangan | Womble Carlyle | Elliot's National |
| Kurt Gwynne | Reed Smith | Creditors committee |