IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 781 |

**ORDER DENYING HERMAN ALEXIS & CO., INC'S MOTION
FOR RECONSIDERATION OF THE COURT'S SUPPLEMENTAL ORDER
GRANTING THE DEBTORS' MOTION TO ESTIMATE CLAIMS,
DATED SEPTEMBER 16, 2008**

Upon consideration of Herman Alexis & Co., Inc's Motion for Reconsideration *(the movant did not appear at the hearing)* (the "Reconsideration Motion"); and the Debtors' Objection to the Herman Alexis & Co., Inc's Motion for Reconsideration of the Court's Supplemental Order Granting the Debtors' Motion to Estimate Claims, Dated September 16, 2008 (the "Objection");[1] and having determined that parties in interest have received adequate notice of the Motion; and the Court having determined that good cause exists to grant the Motion; it is hereby

ORDERED that the Objection is SUSTAINED in its entirety; and it is further

ORDERED that the Reconsideration Motion is DENIED in its entirety and with prejudice; and it is further

ORDERED that the Supplemental Order remains in full force and effect.

Dated: December 8, 2008

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not herein defined shall have the meaning ascribed to them in the Objection.

{BAY:01187662v1}