# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Hearing date: January 23, 2009 at 10:00 a.m.** |
| | : |
| | : **Re: Docket Nos. 634, 658, 750** |

## NOTICE OF HEARING ON DEBTORS' OBJECTION TO CLAIM NOS. 1106 AND 1344 FILED BY THE OHIO DEPARTMENT OF TAXATION, AND, IN THE ALTERNATIVE, MOTION TO DETERMINE TAX LIABILITY PURSUANT TO 11 U.S.C. SECTION 505

**TO:** Office of the United States Trustee, the Ohio Department of Taxation and all parties requesting service pursuant to Bankruptcy Rule 2002.

PLEASE TAKE NOTICE that on July 18, 2008, SN Liquidation, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the **Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. Section 505** (the "Objection") [Docket No. 634] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on August 13, 2008, the Ohio Department of Taxation filed the **Response to the Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. Section 505** (the "Response") [Docket No. 658] with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that on October 13, 2008, the Bankruptcy Court entered the Order Approving Stipulation by and Between the Debtors and the Ohio Department of Taxation Establishing the Maximum Allowable Amount of Claim Nos. 1106 and 1344 [Docket No. 750] capping the aggregate allowable maximum amount of Claim Nos. 1106 and 1344.

PLEASE TAKE FURTHER NOTICE that the parties have been unable to fully resolve the Objection and Response and that a hearing on the matter is necessary.

{BAY:01207257v1}

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection and Response will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **January 23, 2009 at 10:00 a.m. (Eastern Time).**

Dated: December 15, 2008
       Wilmington, Delaware

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors
and Debtors in Possession