Exhibit B

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    December 12, 2008
File # 33006-00001- NBG

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Conference Call Services | 26.22 |
| Copies | 1,412.60 |
| Delivery Charges | 267.00 |
| Federal Express | 57.81 |
| Meals/Meetings | 282.40 |
| Outside Fax Charges | 306.24 |
| Pacer Document Downloads | 6.00 |
| Phone | 10.80 |
| Postage | 606.47 |
| Print Images | 252.20 |
| Support Staff Overtime | 716.96 |
| Total Expenses | $ 3,944.70 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     December 12, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 10-01-08 | Copies;  Start Meter = 816785 | 4.90 |
| 10-01-08 | Print Images | 1.20 |
| 10-01-08 | Print Images | 1.20 |
| 10-01-08 | Print Images | 0.80 |
| 10-01-08 | Print Images | 1.20 |
| 10-01-08 | Copies;  Start Meter = 859798 | 67.50 |
| 10-01-08 | Copies;  Start Meter = 860473 | 0.10 |
| 10-01-08 | Postage | 22.96 |
| 10-01-08 | Conference Call Services; Conference call 9/22/08 | 26.22 |
| 10-02-08 | Copies;  Start Meter = 817446 | 0.30 |
| 10-02-08 | Delivery Charges | 5.00 |
| 10-02-08 | Phone; 1-202-307-0714 | 0.20 |
| 10-02-08 | Phone; 1-215-569-5507 | 0.20 |
| 10-02-08 | Phone; 1-717-237-6792 | 0.20 |
| 10-02-08 | Phone; 1-212-335-4762 | 0.20 |
| 10-02-08 | Phone; 1-717-346-4643 | 0.20 |
| 10-02-08 | Phone; 1-412-288-4146 | 0.20 |
| 10-02-08 | Phone; 1-412-288-4146 | 0.60 |
| 10-02-08 | Phone; 1-202-307-0714 | 0.40 |
| 10-02-08 | Phone; 1-302-674-7302 | 0.40 |
| 10-03-08 | Support Staff Overtime | 91.84 |
| 10-06-08 | Copies;  Start Meter = 105779 | 8.00 |
| 10-06-08 | Phone; 1-212-310-5908 | 0.40 |
| 10-06-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-06-08 | Phone; 1-717-346-4643 | 0.20 |
| 10-06-08 | Phone; 1-412-288-4146 | 0.20 |
| 10-06-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-06-08 | Phone; 1-717-346-4643 | 0.20 |
| 10-06-08 | Phone; 1-410-244-7402 | 0.20 |
| 10-06-08 | Phone; 1-717-346-4643 | 0.20 |
| 10-06-08 | Delivery Charges | 5.00 |
| 10-07-08 | Print Images | 0.80 |
| 10-07-08 | Print Images | 5.30 |
| 10-07-08 | Copies;  Start Meter = 106341 | 10.60 |
| 10-07-08 | Phone; 1-410-244-7402 | 0.20 |
| 10-07-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-07-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-07-08 | Support Staff Overtime | 286.27 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    December 12, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 10-08-08 | Copies;  Start Meter = 877564 | 12.30 |
| 10-08-08 | Print Images | 3.40 |
| 10-08-08 | Print Images | 3.30 |
| 10-08-08 | Print Images | 5.40 |
| 10-08-08 | Print Images | 5.50 |
| 10-08-08 | Postage | 49.80 |
| 10-08-08 | Postage | 6.04 |
| 10-08-08 | Delivery Charges | 25.00 |
| 10-08-08 | Support Staff Overtime | 247.97 |
| 10-09-08 | Print Images | 0.90 |
| 10-09-08 | Print Images | 0.80 |
| 10-09-08 | Print Images | 1.00 |
| 10-09-08 | Print Images | 0.90 |
| 10-09-08 | Copies;  Start Meter = 882802 | 712.80 |
| 10-09-08 | Copies;  Start Meter = 890217 | 1.30 |
| 10-09-08 | Print Images | 0.60 |
| 10-09-08 | Copies;  Start Meter = 890472 | 92.90 |
| 10-09-08 | Postage | 165.20 |
| 10-09-08 | Postage | 87.00 |
| 10-09-08 | Federal Express | 42.11 |
| 10-10-08 | Print Images | 3.40 |
| 10-10-08 | Copies;  Start Meter = 107220 | 0.40 |
| 10-10-08 | Copies;  Start Meter = 897120 | 2.00 |
| 10-10-08 | Postage | 71.37 |
| 10-10-08 | Postage | 5.00 |
| 10-12-08 | Copies;  Start Meter = 91664 | 21.40 |
| 10-13-08 | Copies;  Start Meter = 107268 | 0.20 |
| 10-13-08 | Copies;  Start Meter = 899830 | 220.10 |
| 10-13-08 | Copies;  Start Meter = 902031 | 7.20 |
| 10-13-08 | Delivery Charges | 5.00 |
| 10-13-08 | Delivery Charges | 5.00 |
| 10-13-08 | Postage | 112.85 |
| 10-13-08 | Delivery Charges | 189.00 |
| 10-13-08 | Support Staff Overtime | 90.88 |
| 10-13-08 | Phone; 1-412-288-4146 | 0.20 |
| 10-13-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-13-08 | Phone; 1-312-469-7347 | 0.40 |
| 10-13-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-13-08 | Phone; 1-202-672-5300 | 0.20 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    December 12, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 10-13-08 | Phone; 1-312-469-7347 | 0.20 |
| 10-14-08 | Print Images | 1.50 |
| 10-14-08 | Print Images | 0.70 |
| 10-14-08 | Print Images | 1.50 |
| 10-14-08 | Print Images | 3.40 |
| 10-14-08 | Print Images | 3.50 |
| 10-14-08 | Print Images | 3.50 |
| 10-14-08 | Copies;  Start Meter = 902435 | 5.00 |
| 10-14-08 | Copies;  Start Meter = 91997 | 2.00 |
| 10-14-08 | Copies;  Start Meter = 108989 | 11.00 |
| 10-14-08 | Copies;  Start Meter = 109099 | 0.30 |
| 10-14-08 | Print Images | 3.50 |
| 10-14-08 | Phone; 1-540-338-7574 | 0.20 |
| 10-14-08 | Phone; 1-212-332-3800 | 0.40 |
| 10-14-08 | Phone; 1-202-551-4831 | 0.40 |
| 10-14-08 | Phone; 1-213-617-4252 | 1.40 |
| 10-14-08 | Phone; 1-540-338-7574 | 0.20 |
| 10-14-08 | Phone; 1-540-454-0949 | 0.20 |
| 10-14-08 | Phone; 1-215-569-3007 | 0.20 |
| 10-14-08 | Phone; 1-540-338-7574 | 0.20 |
| 10-14-08 | Phone; 1-202-551-4831 | 0.20 |
| 10-14-08 | Phone; 1-540-338-7574 | 0.20 |
| 10-15-08 | Postage | 5.85 |
| 10-15-08 | Phone; 1-540-338-7574 | 0.20 |
| 10-15-08 | Phone; 1-610-430-8000 | 0.20 |
| 10-16-08 | Federal Express | 15.70 |
| 10-16-08 | Copies;  Start Meter = 109472 | 0.60 |
| 10-17-08 | Print Images | 1.40 |
| 10-17-08 | Phone; 1-973-597-2312 | 0.20 |
| 10-20-08 | Print Images | 0.60 |
| 10-20-08 | Print Images | 90.30 |
| 10-20-08 | Print Images | 92.20 |
| 10-20-08 | Copies;  Start Meter = 92382 | 1.00 |
| 10-20-08 | Copies;  Start Meter = 144536 | 10.70 |
| 10-20-08 | Delivery Charges | 23.00 |
| 10-22-08 | Copies;  Start Meter = 110338 | 0.40 |
| 10-22-08 | Print Images | 3.50 |
| 10-22-08 | Print Images | 0.70 |
| 10-22-08 | Copies;  Start Meter = 928008 | 105.70 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)      December 12, 2008
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 10-22-08 | Copies;   Start Meter = 878206 | 102.00 |
| 10-22-08 | Copies;   Start Meter = 929065 | 0.10 |
| 10-22-08 | Postage | 80.40 |
| 10-23-08 | Copies;   Start Meter = 92392 | 0.50 |
| 10-23-08 | Phone; 1-513-852-1536 | 0.20 |
| 10-24-08 | Meals/Meetings; Inv 117; Cavanaugh's Restaurant | 213.00 |
| 10-24-08 | Meals/Meetings; Inv 20785; Ale House, Inc. | 11.00 |
| 10-24-08 | Meals/Meetings; American Express | 38.40 |
| 10-24-08 | Print Images | 0.70 |
| 10-24-08 | Copies;   Start Meter = 110615 | 1.70 |
| 10-24-08 | Print Images | 0.60 |
| 10-24-08 | Copies;   Start Meter = 110709 | 9.50 |
| 10-24-08 | Print Images | 1.00 |
| 10-25-08 | Copies;   Start Meter = 93263 | 0.10 |
| 10-26-08 | Delivery Charges | 10.00 |
| 10-28-08 | Print Images | 0.70 |
| 10-30-08 | Meals/Meetings; 10/3/08 working dinner; Petty Cash | 20.00 |
| 10-31-08 | Print Images | 0.70 |
| 10-31-08 | Print Images | 5.70 |
| 10-31-08 | Print Images | 0.80 |
| 10-31-08 | Outside Fax Charges | 306.24 |
| 10-31-08 | Pacer Document Downloads | 6.00 |

Total Disbursements    $  3,944.70