IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 5, 2009 @ 4:00 p.m.<br>Hearing Date: To Be Determined. |

**FOURTH INTERIM FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH OCTOBER 31, 2008**

Name of Applicant:  Bayard, P.A.

Authorized to Provide Professional Services to:  SN Liquidation Inc., *et al.*

Date of Retention:  Order entered December 13, 2007 [Docket No. 245] *nunc pro tunc* to November 8, 2007

Application Period:  August 1, 2008 through October 31, 2008

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 10/1/08 [717] | 8/1/08 through 8/31/08 | $54,599.00 | $6,390.22 | 10/24/08 [762] | $43,679.20 | $6,390.22 | $10,919.80 |
| 11/21/08 [791] | 9/1/08 through 9/30/08 | $73,166.00 | $1,573.88 | Objection Deadline 12/14/08 | $58,532.80 | $1,573.88 | $14,633.20 |
| 12/12/08 | 10/1/08 through 10/31/08 | $119,054.00 | $3,944.70 | Objection Deadline 1/2/09 | $95,243.20 | $3,944.70 | $23,810.08 |
| Totals | 8/1/08 through 10/31/08 | $246,819.00 | $11,908.80 | Hearing Date: TBD | $197,455.20 | $11,908.80 | $49,363.08 |

This is an: X interim ___ final application.

{BAY:01206462v1}

## Timekeeper Summary

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neil B. Glassman | Director | Director since 1988. Joined firm in 1986. Member of DE Bar since 1982. Areas of Expertise: Bankruptcy and Commercial Law. | $765.00 | 129.0 | $98,685.00 |
| Jamie L. Edmonson | Senior Counsel | Senior Counsel since 2008. Member of DE Bar since 2002. Member of CA Bar since 1996. Area of Expertise: Bankruptcy and Restructuring. | $485.00 | 33.8 | $16,393.00 |
| Mary E. Augustine | Associate | Member of DE Bar since 2004. Areas of Expertise: Bankruptcy and Litigation. | $345.00 | 146.0 | $50,370.00 |
| Daniel A. O'Brien | Associate | Joined firm as Associate in 2007. Member of DE Bar since 2006. Areas of Expertise: Bankruptcy | $280.00 | 230.1 | $64,428.00 |
| Justin R. Alberto | Associate | Joined firm as Associate in 2008. Passed DE Bar Exam; Awaiting DE Bar Admission. | $210.00 | 15.1 | $3,171.00 |
| Tiffany Matthews | Paralegal | Paralegal; joined firm in 2001. Area of Expertise: Bankruptcy. | $230.00 | 14.2 | $3,266.00 |
| Edith Miranda | Paralegal | Paralegal; joined firm in 2007. Area of Expertise: Bankruptcy. | $230.00 | 32.1 | $7,383.00 |
| Lindsey Suprum | Paralegal | Paralegal; joined firm in 2007. Area of Expertise: Bankruptcy. | $215.00 | 3.9 | $838.50 |
| Jacqueline Lately | Case Management Assistant | Case Management Assistant; joined firm in 2003. | $145.00 | 3.0 | $435.00 |
| James Sanderson | Fee Application Specialist | Fee Application Specialist since 2003; joined firm in 1995. | $135.00 | 13.7 | $1,849.50 |
| | | | Totals | 620.9 | $246,819.00 |

Blended Rate: $397.52

2

{BAY:01206462v1}

## Project Category Summary by Task Code

| Project Category | Hours | Amount |
|---|---|---|
| Litigation/Adversary Proceeding (AP) | 4.2 | $3,033.50 |
| Business Operations (BO) | 15.1 | $4,925.50 |
| Case Administration (CA) | 45.8 | $15,446.50 |
| Court Hearings (CH) | 58.9 | $25,215.50 |
| Creditor Inquiries (CI) | 8.6 | $4,004.00 |
| Cash Collateral/DIP Financing (CR) | 0.1 | $76.50 |
| Disclosure Statement (DS) | 20.8 | $9,229.50 |
| TBF Retention Application (EA1) | 0.1 | $76.50 |
| Other Professional Retention Apps (EA2) | 0.4 | $157.00 |
| Leases/Executory Contracts (EC) | 10.1 | $3,434.50 |
| TBF Fee Applications/Compensation (FA1) | 30.1 | $8,665.50 |
| Other Professionals Fee Apps (FA2) | 9.1 | $4,392.50 |
| General Corporate Matters (MA) | 29.4 | $11,787.50 |
| Meetings of Creditors (MC) | 4.1 | $3,136.50 |
| Stay Relief Matters (MR) | 3.6 | $1,955.50 |
| Claims Analysis and Resolution (PC) | 144.8 | $54,100.00 |
| Plan (PL) | 223.5 | $91,072.50 |
| Use, Sale or Lease of Property (SA) | 1.4 | $987.00 |
| Trustee Reporting/Schedules (TR) | 10.7 | $5,046.50 |
| Unsecured Creditors Committee (UC) | 0.1 | $76.50 |
| Totals | 620.9 | $246,819.00 |

3

{BAY:01206462v1}

## Expense Category Summary

| Expense Category | Amount |
| --- | --- |
| Conference Call Services | $30.01 |
| Copies (10 cents per page) | $2,897.90 |
| Delivery Charges | $322.00 |
| Federal Express | $1,795.24 |
| Meals & Meetings | $282.40 |
| Outside Copy Charges | $3,010.02 |
| Outside Fax Charges | $436.92 |
| PACER Document Downloads | $87.76 |
| Phone | $27.60 |
| Postage | $1,416.46 |
| Print Images | $582.50 |
| Support Staff Overtime | $989.99 |
| Telecopier/Fax Charges | $30.00 |
| Totals | $11,908.80 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Compensation Order") entered by this Court on November 30, 2007 [Docket No. 165], Bayard, P.A. ("Bayard") submits this fourth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the periods covering August 1, 2008 through October 31, 2008 (collectively, the "Fee Applications"),[1] and (ii) authorization for SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") to pay the full amounts requested in the Fee Applications, including the 20% holdback of fees as provided for in the Compensation Order. Notice of this Application has been provided in accordance with the Compensation Order. The Debtors submit that no other or further notice need be provided.

WHEREFORE, Bayard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

Dated: December 15, 2008  
Wilmington, Delaware

BAYARD, P.A.

/s/ Neil B. Glassman

Neil B. Glassman (No. 2087)  
Jamie L. Edmonson (No. 4247)  
Daniel A. O'Brien (No. 4897)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
Telephone:   (302) 655-5000  
Facsimile:   (302) 658-6395

Counsel to the Debtors

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.