# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ____ |

## ORDER APPROVING BAYARD'S FOURTH INTERIM
## FEE APPLICATION AS CO-COUNSEL TO THE DEBTORS

Bayard, P.A. ("Bayard"), counsel to the above-captioned debtors and debtors in possession, having filed its fourth interim fee application in the above-captioned cases for allowance of compensation and reimbursement of expenses (the "Application") for the period from August 1, 2008 through October 31, 2008 (the "Application Period"); and parties in interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and that Bayard is allowed compensation in the amount of $246,819.00 for services rendered and $11,908.80 as reimbursement for actual necessary expenses incurred during the Application Period.

ORDERED that the Debtors are hereby authorized and directed to pay to Bayard the difference between $258,727.80 and any payments that have already been made towards Bayard's first interim fees and expenses.

Dated: _____ 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

{BAY:01206462v1}