IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY
COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD
NOVEMBER 1, 2008 TO NOVEMBER 30, 2008**

**TO:** All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period November 1, 2008 to November 30, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: December 16, 2008
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel O'Brien/*

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

{BAY:01189417v1}

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:      (212) 884-8690

Counsel for Debtors

{BAY:01189417v1}

| 12/11/2008 | Clear Thinking Group, LLC | |
|---|---|---|
| 3:43 PM | Client T&E by Employee | Page    1 |

### Selection Criteria

| Slip.Date | 11/1/2008 - 11/30/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>　Dates and Time<br>　Posting Status<br>　Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 48038　　　　TIME<br>　11/3/2008<br>　WIP<br>　General paperwork of case - October MOR, emails re same | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 48316　　　　TIME<br>　11/7/2008<br>　WIP<br>　General paperwork of case -prepare and send Fairfax County tax report to Bayard (JE) for signature | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 20.00 |
| 48651　　　　TIME<br>　11/12/2008<br>　WIP<br>　General paperwork of case - calls and emails re Corporation Company bill | Engelhardt, D<br>Case Admin<br>InPHonics<br>NY | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| Total: Denise Engelhardt | Billable<br>Unbillable<br>Total | 0.90<br>0.00<br>0.90 | | 180.00<br>0.00<br>180.00 |
| 47992　　　　TIME<br>　11/3/2008<br>　WIP<br>　Correspondence or communication via email, phone and/or messaging re: MOR | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |
| 48148　　　　TIME<br>　11/4/2008<br>　WIP<br>　Correspondence or communication via email, phone and/or messaging - call with Fairfax, VA re: personal property taxes | Robotti, D<br>Correspondance<br>InPHonics<br>NY | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |
| 48149　　　　TIME<br>　11/5/2008<br>　WIP<br>　Correspondence or communication via email, | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |

| 12/11/2008 | Clear Thinking Group, LLC | | | |
|---|---|---|---|---|
| 3:43 PM | Client T&E by Employee | | | Page   2 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| phone and/or messaging - follow up re: call with Fairfax, VA re: personal property taxes | | | | |
| 48188    TIME<br>  11/5/2008<br>  WIP<br>  Correspondence or communication via email, phone and/or messaging re: Fairfax, VA ppt | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |
| 48641    TIME<br>  11/12/2008<br>  WIP<br>  Correspondence or communication via email, phone and/or messaging re: CSC invoice | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.50<br>0.00<br>0.42<br>0.08 | 400.00<br>T@9 | 200.00 |
| 49069    TIME<br>  11/17/2008<br>  WIP<br>  General paperwork of case - review new mail | Robotti, D<br>Case Admin<br>InPHonics<br>CT | 0.20<br>0.00<br>0.17<br>0.03 | 400.00<br>T@9 | 80.00 |

Total: Dorene Robotti

| | Billable<br>Unbillable<br>Total | 1.10<br>0.00<br>1.10 | | 440.00<br>0.00<br>440.00 |
|---|---|---|---|---|
| 48606    TIME<br>  11/12/2008<br>  WIP<br>  General paperwork of case - Preparation of sending monthly invoices | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |

Total: Maria Malda

| | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 15.00<br>0.00<br>15.00 |
|---|---|---|---|---|

Total: Time

| | Billable<br>Unbillable<br>Total | 2.20<br>0.00<br>2.20 | | 635.00<br>0.00<br>635.00 |
|---|---|---|---|---|

Slip Type: Expense

| 49896    EXP<br>  11/30/2008<br>  WIP<br>  Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 13 | 0.18 | 2.34 |
|---|---|---|---|---|

| 12/11/2008 | Clear Thinking Group, LLC | | | |
|---|---|---|---|---|
| 3:43 PM | Client T&E by Employee | | | Page    3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Total: Copy/Print/Scan Charges | | | | |
| | Billable | 0.00 | | 2.34 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 2.34 |
| Total: Expense | | | | |
| | Billable | 0.00 | | 2.34 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 2.34 |
| Grand Total | | | | |
| | Billable | 2.20 | | 637.34 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 2.20 | | 637.34 |