## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 16th day of December, 2008, I caused a

copy of the **Notice of the Clear Thinking Group, LLC Monthly Compensation and Expense**

**Report for Filing Period November 1, 2008 to November 30, 2008** to be served upon the

parties listed below *via* U.S. First Class Mail.

Richard Shepacarter, Esquire
*Office of the United States Trustee*
844 N. King Street
Wilmington, DE 19801

Robert P. Simons, Esquire
*Reed Smith LLP*
435 Sixth Avenue
Pittsburgh, PA 15219

Kurt F. Gwynne, Esquire
Gaston P. Loomis, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

Claudia Z. Springer, Esquire
*Reed Smith LLP*
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Daniel A. O'Brien (No. 4897)

{00810644;v1}