# Notice Recipients

| District/Off: 0311−1 | User: Leslie | Date Created: 12/17/2008 |
|---|---|---|
| Case: 07−11666−KG | Form ID: ntc | Total: 8 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      SN Liquidation, Inc. et., al.,     1010 Wisconsin Avenue NW     Suite 600     Washington, DC 20007
aty     Daniel A. O'Brien     Bayard, P.A.     222 Delaware Ave.     Suite 900     Wilmington, DE 19801
aty     Eric Michael Sutty     Fox Rothschild LLP     Citizens Bank Center, Suite 1300     919 North Market Street     P.O. Box 2323     Wilmington, De 19899−2323
aty     Mary E. Augustine     Ciardi Ciardi &Astin, P.C.     919 N. Market Street     Suite 700     Wilmington, DE 19801
aty     Mary E. Augustine     Ciardi Ciardi &Astin, P.C.     919 N. Market Street, Suite 700     Wilmington, DE 19801
aty     Mary E. Augustine     Ciardi, Ciardi &Astin, P.C.     919 N. Market St.     Suite 700     Wilmington, DE 19801
aty     Neil B. Glassman     Bayard, P.A.     222 Delaware Avenue     Ste 900     Wilmington, DE 19801

TOTAL: 7