IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 805 |

**MOTION TO AMEND ORDER CONDITIONALLY APPROVING
WITHDRAWAL OF MOTION OF ILLINOIS INSURANCE COMPANY FOR
RELIEF FROM AUTOMATIC STAY OF 11 U.S.C. § 362(A)
TO ADVANCE DEFENSE COSTS UNDER AN EXECUTIVE AND
ORGANIZATION LIABILITY INSURANCE POLICY [DOCKET NO. 805]**

Defendant Kenneth D. Schwarz ("Mr. Schwarz") and Defendant Andrew B. Zeinfeld ("Mr. Zeinfeld"), by and through their undersigned counsel, respectfully submit this Motion to Amend Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company for Relief from Automatic Stay of 11 U.S.C. § 362(A) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy and state as follows:

**BACKGROUND**

On December 9, 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") issued an Order conditionally approving the withdrawal by Illinois National Insurance Company ("Illinois National") of its Motion for Relief from Automatic Stay of 11 U.S.C. § 362(a) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Docket No. 805] (the "December 9 Order"). The Bankruptcy Court granted the withdrawal on the condition that Illinois National promptly advance and pay defense fees and costs submitted to date by defense counsel for insured directors, executives and/or employees of debtor

InPhonic, Inc., or its subsidiaries, in pending litigation identified in the Motion to Withdraw (Docket 787) ("Defense Counsel").  See December 9, 2008 Order, Docket No. 805 at 2.

The Bankruptcy Court further ordered that Defense Counsel shall submit to a court-appointed mediator the time records and itemized expenses that Defense Counsel have provided to Illinois National.  The Bankruptcy Court also ordered that the mediator shall determine whether the fees and costs are reasonable and consistent with the terms of the Illinois National policy based upon parameters agreed to by affected parties and counsel.

## STIPULATION AND AMENDED ORDER

The Official Committee of Unsecured Creditors, Mr. Schwarz, and Mr. Zeinfeld, by counsel, have stipulated and agreed that the submission to the court-appointed mediator of invoices reflecting time records and expenses of Defense Counsel pursuant to the December 9 Order shall not serve to waive any attorney work product, attorney-client privilege, or any other applicable privilege that Defense Counsel and/or their clients could assert as to such invoices.   See Proposed Stipulation and Amended Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company for Relief from Automatic Stay of 11 U.S.C. § 362(A) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Docket No. 805] attached hereto as Exhibit A (the "Stipulation and Amended Order").

## **CONCLUSION**

For the reasons stated herein Schwarz and Zeinfeld respectfully request that the Court enter the Stipulation and Amended Order substantially in the form attached hereto and grant such other and further relief as may be just and proper.

Dated:  December 19, 2008

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi (#4657)
Venable LLP
1200 North Broom Street
Wilmington, DE 19806
(302) 656-3929 - Telephone
(302) 656-8503 – Facsimile
lbtancredi@venable.com

Attorneys for Kenneth D. Schwarz
and Andrew B. Zeinfeld

# CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 19th day of December, 2008, a copy of the foregoing Motion to Amend Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company for Relief from Automatic Stay of 11 U.S.C. § 362(A) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy, along with Proposed Stipulation and Amended Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company for Relief from Automatic Stay of 11 U.S.C. § 362(A) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Docket No. 805], was served, via first-class mail, postage pre-paid, on each of the following:

| | |
|---|---|
| Neil B. Glassman, Esquire<br>Mary E. Augustine, Esquire<br>Daniel A. O'Brien, Esquire<br>Bayard, PA<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br><br>Counsel to the Debtor | Thomas R. Califano, Esquire<br>Jeremy R. Johnson, Esquire<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br><br><br>Counsel to the Debtor |
| Gaston Plantiff Loomis, II, Esquire<br>Kurt F. Gwynne, Esquire<br>Reed Smith LLP<br>1201 Market Street, 15th Floor<br>Wilmington, DE 19801<br><br>Counsel to the Official Committee of<br>Unsecured Creditors | Joshua C. Lewis, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br><br><br>Counsel to the Official Committee of<br>Unsecured Creditors |

| | |
|---|---|
| Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Womble Carlyle Sandridge & Rice PPLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br><br>Counsel to Illinois National Insurance Company | E. Joseph O' Neil<br>Robert A. McCall<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br><br>Counsel to Illinois National Insurance Company |
| Richard Shepacarter, Esquire<br>U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Stephanie T. Schmelz, Esquire<br>Ross Dixon & Bell, LLP<br>2001 K Street, NW<br>Washington, DC 20006 |
| Daniel A. O'Brien, Esquire<br>Bayard LLP<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Kevin J. Mangan, Esquire<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 |
| James S. Yoder, Esquire<br>824 North Market Street, Suite 902<br>Wilmington, DE 19889 | Kurt F. Gwynne, Esquire<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Gary V. Dixon, Esquire<br>Ross Dixon & Bell LLP<br>2001 K Street, NW<br>Washington, DC 20006 | |

                                         /s/ Lisa Bittle Tancredi<br>
                                         Lisa Bittle Tancredi