Exhibit A

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
File # 33006-00001- NBG

|                   |                      | Rate   | Hours  | Amount     |
|-------------------|----------------------|--------|--------|------------|
| Neil B Glassman   | Director             | 765.00 | 10.30  | 7,879.50   |
| Jamie L. Edmonson | Senior Counsel       | 485.00 | 11.30  | 5,480.50   |
| Daniel A. O'Brien | Associate            | 280.00 | 31.40  | 8,792.00   |
| Tiffany N Matthews| Paralegal            | 230.00 | 0.40   | 92.00      |
| Edith Miranda     | Paralegal            | 230.00 | 5.40   | 1,242.00   |
| Jacqueline Lately | Case Management Asst | 145.00 | 0.70   | 101.50     |
| James B Sanderson | Billing Specialist   | 135.00 | 2.50   | 337.50     |
|                   | Totals               |        | 62.00  | 23,925.00  |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                January 6, 2009
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 0.60 | 459.00 |
| Business Operations | 0.30 | 69.00 |
| Case Administration | 15.40 | 5,980.00 |
| Court Hearings | 7.70 | 2,832.50 |
| Creditor Inquiries | 1.00 | 280.00 |
| TBF Fee Applications/Compensation | 9.60 | 3,177.50 |
| Other Professional Fee Apps | 0.40 | 117.50 |
| General Corporate Matters | 1.20 | 433.00 |
| Stay Relief Matters | 2.90 | 1,589.50 |
| Claims Analysis and Resolution | 16.40 | 5,257.00 |
| Plan | 4.20 | 2,843.50 |
| Trustee Reporting/Schedules | 2.30 | 886.50 |
| | ----------- | ------------- |
| | 62.00 | 23,925.00 |
| | =========== | ============= |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                                Invoice #980255
File # 33006-00001- NBG                                               Page 2

|    | Date | Description of Services | Atty | Hours | Amount |
|----|------|-------------------------|------|-------|--------|
| AP | | Litigation/Adversary Proceeding | | | |
| | 11-04-08 | Review Certification of Counsel we filed regarding motion to withdraw abandonment motion and emails from and to paralegal and D. O'Brien regarding same | NBG | 0.10 | 76.50 |
| | 11-11-08 | Review 9019 motion as we filed it today | NBG | 0.10 | 76.50 |
| | 11-17-08 | Email from Lewis and review Notice of Subpoena Duces Tecum and Subpoena Directed to Illinois National Insurance Company and email to J. Edmonson and A. Stitzer regarding covering deposition on 11/25 | NBG | 0.20 | 153.00 |
| | 11-19-08 | Correspondence from SEC regarding 12j proceeding and instructions regarding letter to Trustee's counsel regarding same | NBG | 0.10 | 76.50 |
| | 11-24-08 | OC - JLE regarding deposition tomorrow in DC | NBG | 0.10 | 76.50 |
| BO | | Business Operations | | | |
| | 11-18-08 | Scan and e-file monthly operating report for October, 2008; Distribution of e-filed document | EM | 0.30 | 69.00 |
| CA | | Case Administration | | | |
| | 11-03-08 | Review updated critical date schedule and check e-filings and review docket update | NBG | 0.20 | 153.00 |
| | 11-03-08 | Email JLE regarding Committee's objection to | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                              Invoice #980255
File # 33006-00001- NBG                                            Page 3

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Illinois Insurance Company motion | DAO | 0.10 | 28.00 |
| 11-03-08 | Email correspondence with J. Lewis regarding Committee's objection to Illinois Insurance Company motion | DAO | 0.20 | 56.00 |
| 11-03-08 | Email NBG/JLE regarding Committee's objection to Illinois Insurance Company motion | DAO | 0.10 | 28.00 |
| 11-04-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 11-04-08 | Review critical dates memo | JLE | 0.10 | 48.50 |
| 11-04-08 | Attention to distribution of electronic filings re: docket number 768 | JL | 0.10 | 14.50 |
| 11-04-08 | Prepare certification of no objection regarding motion to withdraw | EM | 0.20 | 46.00 |
| 11-04-08 | Review and respond to e-mail from D. O'Brien | EM | 0.10 | 23.00 |
| 11-04-08 | Prepare agenda and CNO binders | EM | 0.30 | 69.00 |
| 11-04-08 | Update firm bankruptcy calendar with hearing, objection and CNO deadlines. | EM | 0.20 | 46.00 |
| 11-05-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-06-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-06-08 | Attention to distribution of electronic filings re: docket number 771 | JL | 0.10 | 14.50 |
| 11-06-08 | Review entered order withdrawing Debtor's motion to abandon documents | JLE | 0.10 | 48.50 |
| 11-06-08 | Communications with J. Lewis regarding Adeptio loan documents and effective date | JLE | 0.20 | 97.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                             Invoice #980255
File # 33006-00001- NBG                                            Page 4

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-06-08 | Discuss status of todays pleadings to be filed today with DAO | TM | 0.10 | 23.00 |
| 11-06-08 | Attention to preparation of electronic filings | TM | 0.10 | 23.00 |
| 11-07-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-07-08 | Email to DAO regarding Fairfax County tax form to be sent to J. Pardo and status of October monthly operating report | JLE | 0.10 | 48.50 |
| 11-07-08 | Email to EM regarding calendaring of upcoming hearings | JLE | 0.10 | 48.50 |
| 11-07-08 | Email to D. Pacitti and M. Branzburg regarding Adeptio note | JLE | 0.10 | 48.50 |
| 11-07-08 | Review email and attached Fairfax County personal property tax form from D. Englehardt | JLE | 0.10 | 48.50 |
| 11-07-08 | Review Adeptio promissory note to Litigation Trust | JLE | 0.70 | 339.50 |
| 11-07-08 | Attention to distribution of electronic filings re: docket number 773 | JL | 0.10 | 14.50 |
| 11-07-08 | Email correspondence with JLE regarding 11/24 conference call | DAO | 0.20 | 56.00 |
| 11-08-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-10-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 11-10-08 | Email email from NBG regarding Adeptio loan documents | JLE | 0.20 | 97.00 |
| 11-11-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                       January 6, 2009
Re: Chapter 11 Representation                                  Invoice #980255
File # 33006-00001- NBG                                                Page 5

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-11-08 | TC with J. Pawlitz regarding GE agreement and Adeptio loan | JLE | 0.10 | 48.50 |
| 11-11-08 | Review GE agreement from J. Pawlitz | JLE | 0.10 | 48.50 |
| 11-11-08 | TC with B. Daniel regarding effective date, payment of fees, data transport | JLE | 0.10 | 48.50 |
| 11-11-08 | Prepare for meeting with D. Pacitti regarding effective date and steps needed to go effective, including review of plan, Adeptio loan documents | JLE | 0.80 | 388.00 |
| 11-11-08 | Calendar hearing and telephonic conference date. | EM | 0.20 | 46.00 |
| 11-11-08 | Office conference with E. Sutty re: omnibus hearing dates | DAO | 0.10 | 28.00 |
| 11-11-08 | Draft order for future omnibus hearing dates | DAO | 0.20 | 56.00 |
| 11-11-08 | Draft COC for omnibus hearing dates | DAO | 0.20 | 56.00 |
| 11-11-08 | Prepare COC for filing re: omnibus hearing dates | DAO | 0.10 | 28.00 |
| 11-11-08 | Office conference with J. Edmonson re: filings | DAO | 0.10 | 28.00 |
| 11-11-08 | Attention to filing omnibus hearing COC | DAO | 0.10 | 28.00 |
| 11-11-08 | Office conference with J. Carrera re: AT&T call procedures | DAO | 0.10 | 28.00 |
| 11-11-08 | Telephone call with chambers re: conference call | DAO | 0.10 | 28.00 |
| 11-11-08 | Email correspondence with J. Edmonson re: plan booklets | DAO | 0.20 | 56.00 |
| 11-11-08 | Correspondence with E, Miranda re: plan booklets | DAO | 0.20 | 56.00 |
| 11-11-08 | Telephone call with Parcels | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     January 6, 2009
Re: Chapter 11 Representation                                 Invoice #980255
File # 33006-00001- NBG                                       Page 6

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | re: plan booklets | DAO | 0.10 | 28.00 |
| 11-12-08 | Review e-filings for overview, relevance | NBG | 0.10 | 76.50 |
| 11-12-08 | Update firm bankruptcy calendar | EM | 0.20 | 46.00 |
| 11-12-08 | Attention to distribution of electronic filings re: docket number 776 | JL | 0.10 | 14.50 |
| 11-13-08 | Review order scheduling omnibus hearing dates | JLE | 0.10 | 48.50 |
| 11-13-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-13-08 | Monitor docket for new pleadings filed | EM | 0.10 | 23.00 |
| 11-13-08 | Update critical dates memorandum | EM | 0.20 | 46.00 |
| 11-13-08 | Prepare affidavit of service regarding order granting omnibus hearing date and order grantingg motion to withdraw motion to abandon documents | EM | 0.20 | 46.00 |
| 11-13-08 | Scan and e-file affidavit of service regarding orders | EM | 0.20 | 46.00 |
| 11-15-08 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| 11-17-08 | Draft and circulate critical dates memorandum | EM | 0.30 | 69.00 |
| 11-17-08 | Review email from NBG regarding Clear Thinking invoice for filing, Rule 9019 motion and response to motion for reconsideration for filing | JLE | 0.10 | 48.50 |
| 11-17-08 | Email with DAO regarding documents for filing | JLE | 0.10 | 48.50 |
| 11-17-08 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| 11-17-08 | Email NBG/JLE regarding |  |  |  |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                                Invoice #980255
File # 33006-00001- NBG                                      Page 7

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | filings | DAO | 0.10 | 28.00 |
| 11-17-08 | Email correspondence with J. Lewis regarding hearing on insurance company's stay relief motion | DAO | 0.20 | 56.00 |
| 11-17-08 | Review docket regarding hearing on insurance company's stay relief motion | DAO | 0.10 | 28.00 |
| 11-17-08 | Attention to emails regarding deposition | DAO | 0.10 | 28.00 |
| 11-18-08 | Review e-filings | NBG | 0.10 | 76.50 |
| 11-18-08 | Email JLE regarding Fairfax Tax Department request | DAO | 0.10 | 28.00 |
| 11-18-08 | Draft letter to Fairfax Tax Department regarding case history | DAO | 0.60 | 168.00 |
| 11-18-08 | Review/Revise letter to Fairfax Tax Department | DAO | 0.20 | 56.00 |
| 11-18-08 | Email J. Carrera about letter to Fairfax Tax Department regarding case history | DAO | 0.10 | 28.00 |
| 11-19-08 | Scan and e-file Debtors' Objection to Herman Alexis & Co., Inc.'s Motion for Reconsideration of the Court's Supplemental Order Granting the Debors' Motion to Estimate Claims; Distribution copy of e-filed document. | EM | 0.30 | 69.00 |
| 11-19-08 | Scan and e-file Notice of Hearing on Herman Alexis & Co., Inc.'s Motion for Reconsideration; Distribution of e-filed document | EM | 0.30 | 69.00 |
| 11-19-08 | Review docket update | NBG | 0.10 | 76.50 |
| 11-19-08 | Attention to faxing Fairfax, | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)          January 6, 2009
Re: Chapter 11 Representation                      Invoice #980255
File # 33006-00001- NBG                                    Page 8

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | VA tax related information | DAO | 0.20 | 56.00 |
| 11-20-08 | Email communications with D. Pacitti regarding Adeptio loan and Ohio claim | JLE | 0.20 | 97.00 |
| 11-20-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-20-08 | Review notice of appearance of Yoder as counsel for XL Specialty Ins. Co. | NBG | 0.10 | 76.50 |
| 11-20-08 | Review fee charts for distribution purposes | DAO | 0.30 | 84.00 |
| 11-20-08 | Email JLE regarding fee charts for distribution purposes | DAO | 0.10 | 28.00 |
| 11-20-08 | Email J. Sanderson regarding fee chart | DAO | 0.20 | 56.00 |
| 11-20-08 | Attention to distribution of electronic filings re: docket number 782,783 | JL | 0.10 | 14.50 |
| 11-21-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 11-21-08 | Comprehensive email to NBG regarding status of fee applications and case generally | DAO | 0.40 | 112.00 |
| 11-21-08 | Attention to distribution of electronic filings re: docket number 784,787 | JL | 0.10 | 14.50 |
| 11-22-08 | Review pleadings, notices | NBG | 0.20 | 153.00 |
| 11-23-08 | Review e-filings | NBG | 0.10 | 76.50 |
| 11-24-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 11-24-08 | Revise fee/expense chart for distribution | DAO | 0.20 | 56.00 |
| 11-24-08 | Attention to distribution of electronic filings re: docket number 789 | JL | 0.10 | 14.50 |
| 11-25-08 | Review docket update; e-filings | NBG | 0.10 | 76.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     January 6, 2009
Re: Chapter 11 Representation                                 Invoice #980255
File # 33006-00001- NBG                                       Page 9

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-25-08 | Monitor docket for new filed pleadings | EM | 0.10 | 23.00 |
| 11-25-08 | Draft critical dates memorandum | EM | 0.30 | 69.00 |
| 11-25-08 | Update firm bankruptcy calendar. | EM | 0.10 | 23.00 |
| 11-25-08 | Review docket for updates | DAO | 0.20 | 56.00 |
| 11-26-08 | Review docket update; e-filings | NBG | 0.10 | 76.50 |
| 11-26-08 | Call with DTC regarding effective date | DAO | 0.10 | 28.00 |
| 11-28-08 | Review e-filings, recently served pleadings and notices and orders over last couple of days and today | NBG | 0.20 | 153.00 |

**CH  Court Hearings**

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-03-08 | Email EM regarding omnibus hearing dates | DAO | 0.10 | 28.00 |
| 11-04-08 | Draft agenda; Forward to D. O'Brien for review; Discussion with D. O'Brien | EM | 0.50 | 115.00 |
| 11-04-08 | Email EM regarding omnibus hearing dates | DAO | 0.10 | 28.00 |
| 11-05-08 | Review agenda for 11/7 hearings we filed today and emails with E. Miranda regarding same and with J. Edmonson regarding coverage of hearing | NBG | 0.20 | 153.00 |
| 11-05-08 | Email from and to J. Edmonson regarding 11/7 hearing and agenda for same | NBG | 0.10 | 76.50 |
| 11-05-08 | Scan and e-file agenda for November 7th hearing; Prepare for hand delivery to J. Gross with binders | EM | 0.30 | 69.00 |
| 11-05-08 | OC with JLE regarding agenda for 11/7 hearing | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                               Invoice #980255
File # 33006-00001- NBG                                         Page 10

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 11-05-08 | Review agenda/docket | DAO | 0.30 | 84.00 |
| 11-05-08 | OC with EM regarding agenda/docket | DAO | 0.20 | 56.00 |
| 11-06-08 | OC - J. Edmonson regarding tomorrow's hearing | NBG | 0.10 | 76.50 |
| 11-06-08 | Review and comment on amended agenda for tomorrow's hearing and email from and to D. O'Brien and J. Edmonson regarding same | NBG | 0.20 | 153.00 |
| 11-06-08 | Review amended agenda for hearing | JLE | 0.10 | 48.50 |
| 11-06-08 | Email to DAO regarding revised agenda | JLE | 0.10 | 48.50 |
| 11-06-08 | File and serve 11/7 amended agenda letter | TM | 0.20 | 46.00 |
| 11-06-08 | Review docket for agenda | DAO | 0.10 | 28.00 |
| 11-06-08 | Email TM regarding amended agenda | DAO | 0.10 | 28.00 |
| 11-06-08 | Draft amended agenda | DAO | 0.30 | 84.00 |
| 11-06-08 | Review/revise amended agenda | DAO | 0.10 | 28.00 |
| 11-06-08 | Circulate amended agenda | DAO | 0.10 | 28.00 |
| 11-06-08 | Email correspondence regarding amended agenda | DAO | 0.10 | 28.00 |
| 11-06-08 | Prepare amended agenda for filing | DAO | 0.20 | 56.00 |
| 11-06-08 | Attention to filing amended agenda | DAO | 0.10 | 28.00 |
| 11-07-08 | Report from J. Edmonson regarding what transpired at hearing | NBG | 0.10 | 76.50 |
| 11-07-08 | Prepare for hearing on Illinois General motion for relief from stay and motion to withdraw motion to abandon | JLE | 0.40 | 194.00 |
| 11-07-08 | Attend hearing on motion to withdraw and motion for relief from stay | JLE | 1.10 | 533.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                                Invoice #980255
File # 33006-00001- NBG                                      Page 11

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 11-11-08 | Review Certification of Counsel and attached order regarding omnibus hearing dates | NBG | 0.10 | 76.50 |
| 11-11-08 | Scan and e-file ceritifcation of counsel regaridng omnibus hearing date | EM | 0.20 | 46.00 |
| 11-11-08 | Email correspondence with J. Edmonson re: 11/24 telephone hearing | DAO | 0.20 | 56.00 |
| 11-11-08 | Set up telephone call with J. Carrera for 11/24 | DAO | 0.30 | 84.00 |
| 11-12-08 | Call w/ Chambers re: 11/24 Conference Call | DAO | 0.10 | 28.00 |
| 11-12-08 | OC w/ Jeanne re: 11/24 Conference Call | DAO | 0.10 | 28.00 |
| 11-12-08 | Email participants of 11/24 conference call re: call in information | DAO | 0.30 | 84.00 |
| 11-12-08 | Email corresponence w/ JLE re: Same | DAO | 0.20 | 56.00 |
| 11-12-08 | Email Jeanne C. re: AT&T accounting information for conference call | DAO | 0.10 | 28.00 |
| 11-19-08 | Revise letter to Herman regarding hearing | DAO | 0.20 | 56.00 |
| 11-19-08 | Draft notice of hearing | DAO | 0.20 | 56.00 |
| 11-19-08 | Email J. Carrera about letter to Herman regarding hearing | DAO | 0.10 | 28.00 |
| 11-19-08 | Attention to filing notice of hearing | DAO | 0.10 | 28.00 |
| 11-24-08 | Email correspondence with JLE regarding conference call | DAO | 0.20 | 56.00 |

CI   Creditor Inquiries
     11-04-08   Return creditor inquiry

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                              Invoice #980255
File # 33006-00001- NBG                                         Page 12

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | calls | DAO | 0.20 | 56.00 |
| | 11-06-08 | Call with creditor regarding equity interest | DAO | 0.10 | 28.00 |
| | 11-10-08 | Call from creditor regarding distributions | DAO | 0.10 | 28.00 |
| | 11-18-08 | Respond to creditor inquiry | DAO | 0.10 | 28.00 |
| | 11-19-08 | Attention to creditor inquiry | DAO | 0.20 | 56.00 |
| | 11-24-08 | Calls with Goldman Sachs regarding equity interests | DAO | 0.20 | 56.00 |
| | 11-26-08 | Attention to creditor inquiry | DAO | 0.10 | 28.00 |
| FA1 | | TBF Fee Applications/Compensation | | | |
| | 11-04-08 | Begin review of September time entries for completion and confidentiality | JLE | 0.80 | 388.00 |
| | 11-05-08 | Complete review of September time entries for completeness and privilege | JLE | 1.30 | 630.50 |
| | 11-07-08 | Revise exhibits to Bayard's September monthly fee application. | JBS | 0.20 | 27.00 |
| | 11-09-08 | Review October time records | NBG | 0.30 | 229.50 |
| | 11-10-08 | Prepare first draft of Bayard's September monthly fee application for JLE review. | JBS | 1.50 | 202.50 |
| | 11-21-08 | Update fee application summary chart per DAO request. | JBS | 0.20 | 27.00 |
| | 11-21-08 | Revise exhibits to Bayard's September monthly fee application per DAO instructions. | JBS | 0.60 | 81.00 |
| | 11-21-08 | Review time entries for clarity and privilege; revise same | DAO | 1.70 | 476.00 |
| | 11-21-08 | OC with J. Sanderson | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

January 6, 2009
Invoice #980255
Page 13

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | regarding revisions to time entries | DAO | 0.10 | 28.00 |
| 11-21-08 | OC with EM regarding time entries | DAO | 0.10 | 28.00 |
| 11-21-08 | OC with J. Sanderson regarding October fee application | DAO | 0.10 | 28.00 |
| 11-21-08 | Email JLE regarding fee application status | DAO | 0.10 | 28.00 |
| 11-21-08 | Email correspondence with NBG regarding fee application status | DAO | 0.20 | 56.00 |
| 11-21-08 | Review/revise September fee application | DAO | 0.30 | 84.00 |
| 11-21-08 | OC with JLE regarding September fee application | DAO | 0.10 | 28.00 |
| 11-21-08 | Circulate September fee application to NBG | DAO | 0.10 | 28.00 |
| 11-23-08 | Review/revise September fee application and note from and note to D. O'Brien regarding same and email to him regarding same | NBG | 0.50 | 382.50 |
| 11-24-08 | Correspondence with D. O'Brien and E. Miranda regarding Bayard fee application for September | NBG | 0.10 | 76.50 |
| 11-24-08 | Scan and e-file Bayard's Eleventh monthly fee application; Distribution of e-filed document | EM | 0.30 | 69.00 |
| 11-24-08 | Review fee application prior to filing | DAO | 0.20 | 56.00 |
| 11-24-08 | Review Local Rules regarding filing fee application | DAO | 0.30 | 84.00 |
| 11-24-08 | Email NBG regarding filing of fee application | DAO | 0.10 | 28.00 |
| 11-24-08 | Revise fee application/notice/certificate | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          January 6, 2009
Re: Chapter 11 Representation                                      Invoice #980255
File # 33006-00001- NBG                                                    Page 14

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | of service | DAO | 0.20 | 56.00 |
| | 11-24-08 | Attention to filing fee application | DAO | 0.20 | 56.00 |
| FA2 | | Other Professional Fee Apps | | | |
| | 11-17-08 | Scan and e-file Clear Thinking Group's Monthly Expense Report; Distribute e-file document | EM | 0.30 | 69.00 |
| | 11-17-08 | Review email from DAO regarding more detail needed for Clear Thinking October invoice | JLE | 0.10 | 48.50 |
| MA | | General Corporate Matters | | | |
| | 11-03-08 | Review docket for objections to motion to withdraw | DAO | 0.10 | 28.00 |
| | 11-03-08 | Call with EM regarding objections to motion to withdraw | DAO | 0.10 | 28.00 |
| | 11-04-08 | Review certification of no objection for motion to withdraw | DAO | 0.10 | 28.00 |
| | 11-04-08 | Review docket regarding motion to withdraw | DAO | 0.10 | 28.00 |
| | 11-04-08 | Attention to filing certification of no objection for motion to withdraw | DAO | 0.10 | 28.00 |
| | 11-06-08 | Call with Ann R. at SEC regarding 12(j) order | DAO | 0.10 | 28.00 |
| | 11-06-08 | Follow up email to Ann R. at SEC regarding call and J. Pardo contact information | DAO | 0.20 | 56.00 |
| | 11-07-08 | Email JLE regarding Fairfax County, VA tax request | DAO | 0.10 | 28.00 |
| | 11-07-08 | Email J. Pardo regarding Fairfax County, VA tax request | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                               Invoice #980255
File # 33006-00001- NBG                                            Page 15

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | 11-17-08 | Emails from Malda with Oct. invoice from CTG and email to and from DAO regarding filing same; review invoice | NBG | 0.20 | 153.00 |
| MR | Stay Relief Matters | | | | |
| | 11-03-08 | Communications with DAO regarding extended time to file objection | JLE | 0.20 | 97.00 |
| | 11-03-08 | Review Committee's response/objection to insurer's stay lift motion and emails to and from O'Brien regarding same | NBG | 0.30 | 229.50 |
| | 11-04-08 | Review Creditors' Committee objection to Illinois National Insurance Company's motion for relief from the automatic stay | JLE | 0.40 | 194.00 |
| | 11-07-08 | Email  to NBG regarding results of hearing on Illinois General motion for relief from stay | JLE | 0.20 | 97.00 |
| | 11-20-08 | Read Illinois National Insurance Company motion for stay relief to reimburse defense costs, exhibits and notice | NBG | 0.50 | 382.50 |
| | 11-21-08 | Attention to voicemail from XL counsel | DAO | 0.10 | 28.00 |
| | 11-21-08 | Call with JLE regarding voicemail from XL counsel | DAO | 0.10 | 28.00 |
| | 11-24-08 | Telephone status conference re: Illinois General Insurance motion for relief from stay | JLE | 0.50 | 242.50 |
| | 11-24-08 | Review XL Speciality Insurance Co. motion for relief from stay | JLE | 0.60 | 291.00 |

BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                January 6, 2009
Re: Chapter 11 Representation                            Invoice #980255
File # 33006-00001- NBG                                            Page 16

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| PC | | Claims Analysis and Resolution | | | |
| | 11-04-08 | Review and revise motion to approve settlement of claim with Pennsylvania Department of Revenue | JLE | 0.60 | 291.00 |
| | 11-04-08 | Revise 9019 motion for Pennsylvania stipulation | DAO | 0.10 | 28.00 |
| | 11-04-08 | OC with JLE regarding revisions to 9019 motion for Pennsylvania stipulation | DAO | 0.10 | 28.00 |
| | 11-04-08 | OC with JLE regarding 9019 motion and hearing date | DAO | 0.10 | 28.00 |
| | 11-04-08 | Revise 9019 motion per JLE's comments | DAO | 0.10 | 28.00 |
| | 11-04-08 | Prepare 9019 motion for circulation | DAO | 0.20 | 56.00 |
| | 11-04-08 | Circulate 9019 motion to JLE and NBG | DAO | 0.10 | 28.00 |
| | 11-04-08 | Email JLE regarding Ohio settlement discussions | DAO | 0.10 | 28.00 |
| | 11-04-08 | Email V. Garry regarding Ohio settlement discussions | DAO | 0.20 | 56.00 |
| | 11-05-08 | Review the Herman response and prior pleadings/orders for OC with JLE | DAO | 0.30 | 84.00 |
| | 11-05-08 | OC with JLE regarding Herman response | DAO | 0.10 | 28.00 |
| | 11-06-08 | Review/revise motion for approval of 9019 settlement with PA Department of Revenue, notice and order and emails from and to O'Brien regarding same | NBG | 0.30 | 229.50 |
| | 11-06-08 | Review 9019 motion to approve Pennsylvania Department of Revenue stipulation resolving claim | JLE | 0.30 | 145.50 |
| | 11-06-08 | Email NBG regarding | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                                Invoice #980255
File # 33006-00001- NBG                                      Page 17

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | Pennsylvania stipulation and 9019 motion | DAO | 0.20 | 56.00 |
| 11-06-08 | Email NBG regarding comments to 9019 motion | DAO | 0.10 | 28.00 |
| 11-06-08 | Revise 9019 motion per NBG's comments | DAO | 0.20 | 56.00 |
| 11-07-08 | Emails to and from D. O'Brien regarding Ohio claim stipulation, negotiations and from J. Edmonson | NBG | 0.10 | 76.50 |
| 11-07-08 | Email with NBG and DAO regarding Ohio Department of Revenue claim | JLE | 0.10 | 48.50 |
| 11-07-08 | Email NBG regarding Ohio discussions | DAO | 0.10 | 28.00 |
| 11-10-08 | OC with DAO regarding drafting response to motion for reconsideration | JLE | 0.10 | 48.50 |
| 11-10-08 | OC with JLE regarding objection to reconsideration motion | DAO | 0.10 | 28.00 |
| 11-10-08 | Revise 9019 motion/notice for Pennsylvania stipulation | DAO | 0.20 | 56.00 |
| 11-10-08 | Review Rules regarding service/filing deadlines | DAO | 0.20 | 56.00 |
| 11-10-08 | Email V. Garry at Ohio Tax regarding agreed upon order | DAO | 0.10 | 28.00 |
| 11-11-08 | Scan and e-file 9019 motion regarding PA Department of Revenue | EM | 0.20 | 46.00 |
| 11-11-08 | Prepare 9019 motion for filing | DAO | 0.20 | 56.00 |
| 11-11-08 | Attention to filing 9019 motion | DAO | 0.10 | 28.00 |
| 11-11-08 | Draft objection to motion for reconsideration | DAO | 0.10 | 28.00 |
| 11-11-08 | Research re: objection to motion for reconsideration | DAO | 0.70 | 196.00 |
| 11-11-08 | Draft objection to Herman |  |  |  |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)　　　　　　January 6, 2009
Re: Chapter 11 Representation　　　　　　　　　　Invoice #980255
File # 33006-00001- NBG　　　　　　　　　　　　　　Page 18

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Motion for Reconsideration | DAO | 1.70 | 476.00 |
| 11-12-08 | Second Draft Objection for Motion for Reconsideration | DAO | 1.50 | 420.00 |
| 11-12-08 | Draft Order for same | DAO | 0.50 | 140.00 |
| 11-12-08 | Research (Case Law, Code, Rules) re: same | DAO | 1.80 | 504.00 |
| 11-12-08 | Sheppardize/Keycite case law for same | DAO | 0.30 | 84.00 |
| 11-12-08 | Email Sherry @ Chambers re: Call in info for 11/24 Call | DAO | 0.10 | 28.00 |
| 11-13-08 | Review objection to motion for reconsideration of Herman, Alexis claim | JLE | 0.20 | 97.00 |
| 11-14-08 | Review objection to Motion for reconsideration | DAO | 0.20 | 56.00 |
| 11-14-08 | Circulate objection to Motion for reconsideration to N. Glassman | DAO | 0.10 | 28.00 |
| 11-14-08 | Draft letter to Herman re: objection to Motion for reconsideration/hearing date | DAO | 0.50 | 140.00 |
| 11-14-08 | Revise order sustaining objection | DAO | 0.10 | 28.00 |
| 11-17-08 | Review 9019 motion to settle PA claim and proposed notice and order and instructions by email regarding filing same | NBG | 0.20 | 153.00 |
| 11-18-08 | Review/revise response/objection to Herman and Alexis Co's motion for reconsideration and give comments to D. O'Brien | NBG | 0.20 | 153.00 |
| 11-18-08 | Email NBG regarding objection to motion to estimate | DAO | 0.10 | 28.00 |
| 11-18-08 | Draft notice/certificate of service for objection to motion for reconsideration | DAO | 0.40 | 112.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

January 6, 2009
Invoice #980255
Page 19

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-18-08 | Email NBG regarding draft order for objection to Herman motion | DAO | 0.10 | 28.00 |
| 11-18-08 | Review draft order for objection to Herman motion | DAO | 0.10 | 28.00 |
| 11-19-08 | Revise objection to motion to reconsider per NBG's comments | DAO | 0.20 | 56.00 |
| 11-19-08 | Revise notice for objection to motion to reconsider and draft certificate of service | DAO | 0.20 | 56.00 |
| 11-19-08 | Review Local Rules regarding objection deadline/notice | DAO | 0.20 | 56.00 |
| 11-19-08 | Prepare objection to motion to reconsider for filing - review/revise | DAO | 0.40 | 112.00 |
| 11-19-08 | Attention to filing objection to motion to reconsider | DAO | 0.10 | 28.00 |
| 11-20-08 | Review email from DAO regarding Ohio claim | JLE | 0.10 | 48.50 |
| 11-20-08 | Email JLE regarding Ohio claim | DAO | 0.10 | 28.00 |
| 11-20-08 | Gather and review information on Ohio sales/claims and settlement negotiations | DAO | 0.70 | 196.00 |
| 11-20-08 | Email D. Pacitti at Klehr regarding Ohio sales/claims and settlement negotiations | DAO | 0.30 | 84.00 |
| 11-20-08 | Email JLE regarding Ohio settlement discussions | DAO | 0.10 | 28.00 |
| 11-20-08 | Email JLE regarding DTC call | DAO | 0.10 | 28.00 |
| 11-20-08 | Email correspondence with Rose at BMC regarding DTC call | DAO | 0.20 | 56.00 |
| 11-20-08 | Calls with Kenny at DTC | DAO | 0.20 | 56.00 |

PL   Plan

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                 January 6, 2009
Re: Chapter 11 Representation                             Invoice #980255
File # 33006-00001- NBG                                        Page 20

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 10-20-08 | OC with JRA regarding notice of effective date | DAO | 0.10 | 28.00 |
| 10-20-08 | Email JLE regarding blackline of confirmation order | DAO | 0.10 | 28.00 |
| 11-03-08 | Email to J. Edmonson regarding loan agreement | NBG | 0.10 | 76.50 |
| 11-04-08 | Emails with Edmonson and from Pawlitz regarding loan agreement | NBG | 0.10 | 76.50 |
| 11-04-08 | Email communications with J. Pawlitz regarding Adeptio loan documents | JLE | 0.10 | 48.50 |
| 11-05-08 | Emails from Pawlitz and Edmonson and to Edmonson regarding note for Senior Loan | NBG | 0.10 | 76.50 |
| 11-07-08 | Emails with J. Edmonson regarding loan documents just received and begin to review; instructions to J. Edmonson regarding distribution to Committee and Trustee | NBG | 0.60 | 459.00 |
| 11-07-08 | TC with D. Pacitti regarding effective date | JLE | 0.10 | 48.50 |
| 11-10-08 | Review and comment on proposed note and email to Committee counsel and Trustee and Trustee's counsel regarding same; emails from and to Pacitti regarding same | NBG | 0.80 | 612.00 |
| 11-10-08 | TC - Shepacarter regarding Plan effectiveness, likely date (.1); emails with Robotti regarding same (.1) | NBG | 0.20 | 153.00 |
| 11-11-08 | Conference with Pacitti regarding Adeptio note terms | NBG | 0.20 | 153.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                              Invoice #980255
File # 33006-00001- NBG                                         Page 21

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-11-08 | TC with D. Pacitti regarding meeting to discuss conditions on effective date | JLE | 0.10 | 48.50 |
| 11-11-08 | Meeting with D. Pacitti regarding conditions to effective date and steps needed to be taken | JLE | 0.50 | 242.50 |
| 11-13-08 | Note to Joe Pardo regarding effectiveness of plan | NBG | 0.10 | 76.50 |
| 11-17-08 | Call with T. Sapecka at Willkie regarding effective date | DAO | 0.10 | 28.00 |
| 11-18-08 | TC - Pardo | NBG | 0.20 | 153.00 |
| 11-19-08 | Emails regarding effectiveness of plan and payment of certain admin. claims | NBG | 0.10 | 76.50 |
| 11-19-08 | Email from Serette and to Edmonson regarding Am. Stock Transfer inquiry | NBG | 0.10 | 76.50 |
| 11-20-08 | Email to Paccitti regarding Effective Date and email from him regarding senior note and review revisions made by him | NBG | 0.40 | 306.00 |
| 11-24-08 | OC - J. Edmonson regarding effective date | NBG | 0.10 | 76.50 |

TR   Trustee Reporting/Schedules

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-03-08 | Email from Engelhardt with attached October MOR and review same and email to O'Brien regarding sending to Pardo for signing | NBG | 0.20 | 153.00 |
| 11-04-08 | Email to and from O'Brien regarding October MOR | NBG | 0.10 | 76.50 |
| 11-07-08 | Email J. Pardo regarding October monthly operating report | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    January 6, 2009
Re: Chapter 11 Representation                                Invoice #980255
File # 33006-00001- NBG                                              Page 22

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 11-10-08 | Emails from and to Robotti regarding filing November MOR | NBG | 0.10 | 76.50 |
| 11-13-08 | Email J. Pardo re: MOR and Fairfax, VA Tax Request | DAO | 0.20 | 56.00 |
| 11-14-08 | Telephone call with J. Pardo re: MOR/Tax Request | DAO | 0.10 | 28.00 |
| 11-17-08 | Email JLE regarding CTG statement | DAO | 0.10 | 28.00 |
| 11-17-08 | Draft notice for CTG statement | DAO | 0.10 | 28.00 |
| 11-17-08 | Review docket/procedures order regarding notice for statement | DAO | 0.20 | 56.00 |
| 11-17-08 | Email Malda at CTG regarding statement | DAO | 0.10 | 28.00 |
| 11-17-08 | Review/revise certificate of statement for CTG statement | DAO | 0.10 | 28.00 |
| 11-17-08 | OC with JLE regarding filing/service of CTG statement | DAO | 0.10 | 28.00 |
| 11-17-08 | Attention to filing CTG statement | DAO | 0.10 | 28.00 |
| 11-18-08 | Review MOR we filed today and email from E. Miranda | NBG | 0.10 | 76.50 |
| 11-18-08 | Email J. Pardo regarding October monthly operating report and Fairfax Tax request | DAO | 0.10 | 28.00 |
| 11-18-08 | Prepare October monthly operating report for filing | DAO | 0.40 | 112.00 |
| 11-18-08 | Attention to filing October monthly operating report | DAO | 0.10 | 28.00 |

```
                                   Total Fees    $        23,925.00
```

# Bayard, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                January 6, 2009
Re: Chapter 11 Representation                            Invoice #980255
File # 33006-00001- NBG                                  Page 23

### ***** Fee Recap by Activity Code *****

| | Hours | Rate | | Amount |
|---|---|---|---|---|
| **AP    Litigation/Adversary Proceedin** | | | | |
| Neil B Glassman | 0.60 | 765.00 | | 459.00 |
| | | | | |
| Subtotal | | | $ | 459.00 |
| **BO    Business Operations** | | | | |
| Edith Miranda | 0.30 | 230.00 | | 69.00 |
| | | | | |
| Subtotal | | | $ | 69.00 |
| **CA    Case Administration** | | | | |
| Neil B Glassman | 2.60 | 765.00 | | 1,989.00 |
| Jamie L. Edmonson | 3.30 | 485.00 | | 1,600.50 |
| Daniel A. O'Brien | 5.30 | 280.00 | | 1,484.00 |
| Tiffany N Matthews | 0.20 | 230.00 | | 46.00 |
| Edith Miranda | 3.30 | 230.00 | | 759.00 |
| Jacqueline Lately | 0.70 | 145.00 | | 101.50 |
| | | | | |
| Subtotal | | | $ | 5,980.00 |
| **CH    Court Hearings** | | | | |
| Neil B Glassman | 0.80 | 765.00 | | 612.00 |
| Jamie L. Edmonson | 1.70 | 485.00 | | 824.50 |
| Daniel A. O'Brien | 4.00 | 280.00 | | 1,120.00 |
| Tiffany N Matthews | 0.20 | 230.00 | | 46.00 |
| Edith Miranda | 1.00 | 230.00 | | 230.00 |
| | | | | |
| Subtotal | | | $ | 2,832.50 |
| **CI    Creditor Inquiries** | | | | |
| Daniel A. O'Brien | 1.00 | 280.00 | | 280.00 |
| | | | | |
| Subtotal | | | $ | 280.00 |
| **FA1   TBF Fee Applications/Compensat** | | | | |
| Neil B Glassman | 0.90 | 765.00 | | 688.50 |
| Jamie L. Edmonson | 2.10 | 485.00 | | 1,018.50 |
| Daniel A. O'Brien | 3.80 | 280.00 | | 1,064.00 |
| Edith Miranda | 0.30 | 230.00 | | 69.00 |
| James B Sanderson | 2.50 | 135.00 | | 337.50 |
| | | | | |
| Subtotal | | | $ | 3,177.50 |
| **FA2   Other Professional Fee Apps** | | | | |
| Jamie L. Edmonson | 0.10 | 485.00 | | 48.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

##### ***** Fee Recap by Activity Code *****

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
|  | Edith Miranda | 0.30 | 230.00 | 69.00 |
|  | Subtotal |  | $ | 117.50 |
| MA | General Corporate Matters |  |  |  |
|  | Neil B Glassman | 0.20 | 765.00 | 153.00 |
|  | Daniel A. O'Brien | 1.00 | 280.00 | 280.00 |
|  | Subtotal |  | $ | 433.00 |
| MR | Stay Relief Matters |  |  |  |
|  | Neil B Glassman | 0.80 | 765.00 | 612.00 |
|  | Jamie L. Edmonson | 1.90 | 485.00 | 921.50 |
|  | Daniel A. O'Brien | 0.20 | 280.00 | 56.00 |
|  | Subtotal |  | $ | 1,589.50 |
| PC | Claims Analysis and Resolution |  |  |  |
|  | Neil B Glassman | 0.80 | 765.00 | 612.00 |
|  | Jamie L. Edmonson | 1.40 | 485.00 | 679.00 |
|  | Daniel A. O'Brien | 14.00 | 280.00 | 3,920.00 |
|  | Edith Miranda | 0.20 | 230.00 | 46.00 |
|  | Subtotal |  | $ | 5,257.00 |
| PL | Plan |  |  |  |
|  | Neil B Glassman | 3.10 | 765.00 | 2,371.50 |
|  | Jamie L. Edmonson | 0.80 | 485.00 | 388.00 |
|  | Daniel A. O'Brien | 0.30 | 280.00 | 84.00 |
|  | Subtotal |  | $ | 2,843.50 |
| TR | Trustee Reporting/Schedules |  |  |  |
|  | Neil B Glassman | 0.50 | 765.00 | 382.50 |
|  | Daniel A. O'Brien | 1.80 | 280.00 | 504.00 |
|  | Subtotal |  | $ | 886.50 |
|  | Total Fees |  | $ | 23,925.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     January 6, 2009
Re: Chapter 11 Representation                                 Invoice #980255
File # 33006-00001- NBG                                       Page 25

| Disbursement Description | | Amount |
|---|---|---|
| Conference Call Services | | 16.49 |
| Copies | | 365.30 |
| CourtCall Charges | | 125.00 |
| Delivery Charges | | 15.00 |
| Outside Fax Charges | | 127.20 |
| Phone | | 1.20 |
| Postage | | 135.94 |
| Print Images | | 51.00 |
| | | ------------ |
| Total Disbursements | $ | 837.13 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                January 6, 2009
Re: Chapter 11 Representation                            Invoice #980255
File # 33006-00001- NBG                                  Page 26

### Monthly Summary of Professional Fees

| Attorney | 10-08 | 11-08 | Total |
|---|---|---|---|
| Glassman, Neil B | 0.00 | 7879.50 | 7879.50 |
| O'Brien, Daniel A. | 56.00 | 8736.00 | 8792.00 |
| Edmonson, Jamie L. | 0.00 | 5480.50 | 5480.50 |
| Matthews, Tiffany N | 0.00 | 92.00 | 92.00 |
| Sanderson, James B | 0.00 | 337.50 | 337.50 |
| Lately, Jacqueline | 0.00 | 101.50 | 101.50 |
| Miranda, Edith | 0.00 | 1242.00 | 1242.00 |
| Total Fees | 56.00 | 23869.00 | 23925.00 |

### Monthly Summary of Fees

| Description | 10-08 | 11-08 | Total |
|---|---|---|---|
| Litigation/Adversary Pr | 0.00 | 459.00 | 459.00 |
| Business Operations | 0.00 | 69.00 | 69.00 |
| Case Administration | 0.00 | 5980.00 | 5980.00 |
| Court Hearings | 0.00 | 2832.50 | 2832.50 |
| Creditor Inquiries | 0.00 | 280.00 | 280.00 |
| TBF Fee Applications/Co | 0.00 | 3177.50 | 3177.50 |
| Other Professional Fee | 0.00 | 117.50 | 117.50 |
| General Corporate Matte | 0.00 | 433.00 | 433.00 |
| Stay Relief Matters | 0.00 | 1589.50 | 1589.50 |
| Claims Analysis and Res | 0.00 | 5257.00 | 5257.00 |
| Plan | 56.00 | 2787.50 | 2843.50 |
| Trustee Reporting/Sched | 0.00 | 886.50 | 886.50 |
| Total Fees | 56.00 | 23869.00 | 23925.00 |