Exhibit B

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                January 6, 2009
File # 33006-00001- NBG

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Conference Call Services | 16.49 |
| Copies | 365.30 |
| CourtCall Charges | 125.00 |
| Delivery Charges | 15.00 |
| Outside Fax Charges | 127.20 |
| Phone | 1.20 |
| Postage | 135.94 |
| Print Images | 51.00 |
| **Total Expenses** | **$ 837.13** |

# BAYARD, P.A.

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                           January 6, 2009
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 11-01-08 | CourtCall Charges; 10/20/08 - Joshua Lewis - Courtroom - Honorable Kevin Gross | 25.00 |
| 11-01-08 | CourtCall Charges; 10/20/08 - David Agay - Courtroom - Honorable Kevin Gross | 25.00 |
| 11-01-08 | CourtCall Charges; 10/20/08 - Jeffrey Pawlitz - Courtroom - Honorable Kevin Gross | 25.00 |
| 11-01-08 | CourtCall Charges; 10/20/08 - Michael Etkin - Courtroom - Honorable Kevin Gross | 25.00 |
| 11-01-08 | CourtCall Charges; 10/20/08 - Jamie Edmonson - Courtroom - Honorable Kevin Gross | 25.00 |
| 11-01-08 | Copies;   Start Meter = 94471 | 0.20 |
| 11-01-08 | Copies;   Start Meter = 94646 | 0.40 |
| 11-01-08 | Conference Call Services; Conference call 10/06/08 | 16.49 |
| 11-04-08 | Print Images | 0.70 |
| 11-04-08 | Copies;   Start Meter = 113765 | 0.30 |
| 11-05-08 | Copies;   Start Meter = 113779 | 0.60 |
| 11-05-08 | Copies;   Start Meter = 923408 | 3.70 |
| 11-05-08 | Phone | 0.20 |
| 11-06-08 | Print Images | 0.70 |
| 11-06-08 | Print Images | 4.60 |
| 11-06-08 | Copies;   Start Meter = 924070 | 2.60 |
| 11-06-08 | Delivery Charges | 5.00 |
| 11-07-08 | Print Images | 0.70 |
| 11-07-08 | Print Images | 0.70 |
| 11-09-08 | Copies;   Start Meter = 95879 | 0.40 |
| 11-10-08 | Print Images | 1.10 |
| 11-10-08 | Print Images | 5.60 |
| 11-11-08 | Copies;   Start Meter = 96393 | 0.30 |
| 11-11-08 | Copies;   Start Meter = 931641 | 0.40 |
| 11-11-08 | Copies;   Start Meter = 931645 | 132.30 |
| 11-11-08 | Copies;   Start Meter = 932968 | 2.10 |
| 11-11-08 | Postage | 57.66 |
| 11-11-08 | Postage | 1.34 |
| 11-11-08 | Delivery Charges | 5.00 |
| 11-11-08 | Phone | 0.20 |
| 11-12-08 | Print Images | 1.30 |
| 11-12-08 | Print Images | 0.70 |
| 11-13-08 | Copies;   Start Meter = 1001802 | 12.60 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                                 January 6, 2009
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---:|
| 11-13-08 | Copies;   Start Meter = 1001928 | 0.10 |
| 11-13-08 | Print Images | 1.00 |
| 11-13-08 | Postage | 52.29 |
| 11-14-08 | Copies;   Start Meter = 96581 | 0.60 |
| 11-14-08 | Copies;   Start Meter = 96587 | 0.20 |
| 11-14-08 | Phone | 0.20 |
| 11-15-08 | Copies;   Start Meter = 96589 | 1.00 |
| 11-17-08 | Copies;   Start Meter = 1006975 | 5.50 |
| 11-17-08 | Postage | 4.00 |
| 11-18-08 | Copies;   Start Meter = 951678 | 8.10 |
| 11-18-08 | Print Images | 0.60 |
| 11-18-08 | Postage | 5.85 |
| 11-18-08 | Delivery Charges | 5.00 |
| 11-19-08 | Copies;   Start Meter = 115750 | 1.80 |
| 11-19-08 | Copies;   Start Meter = 960310 | 117.00 |
| 11-20-08 | Print Images | 1.60 |
| 11-20-08 | Print Images | 0.70 |
| 11-20-08 | Phone | 0.20 |
| 11-20-08 | Phone | 0.20 |
| 11-20-08 | Phone | 0.20 |
| 11-21-08 | Print Images | 0.70 |
| 11-21-08 | Print Images | 1.20 |
| 11-21-08 | Print Images | 2.20 |
| 11-21-08 | Print Images | 6.60 |
| 11-21-08 | Print Images | 0.70 |
| 11-21-08 | Print Images | 3.40 |
| 11-21-08 | Print Images | 0.70 |
| 11-21-08 | Print Images | 1.10 |
| 11-21-08 | Print Images | 5.70 |
| 11-21-08 | Print Images | 8.00 |
| 11-22-08 | Copies;   Start Meter = 102914 | 0.80 |
| 11-24-08 | Print Images | 0.70 |
| 11-24-08 | Copies;   Start Meter = 987603 | 73.90 |
| 11-24-08 | Postage | 14.80 |
| 11-25-08 | Copies;   Start Meter = 104615 | 0.40 |
| 11-30-08 | Outside Fax Charges | 36.96 |
| 11-30-08 | Outside Fax Charges | 90.24 |

Total Disbursements                    $    837.13