IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., *et al.*, | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 810** |

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH INTERIM FEE
APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE
DEBTORS FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH
OCTOBER 31, 2008 [DOCKET NO. 810]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Fourth Interim Fee Application of Bayard, P.A. For Compensation For Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2008 through October 31, 2008** (the "Application"), filed on December 15, 2008. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 5, 2009 at 4:00 p.m.

It is respectfully requested that the Application be approved.

Dated: January 7, 2009                         **BAYARD, P.A.**

By: *Daniel O'Brien*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:    (302) 658-6395

{BAY:01223211v1}

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{BAY:01223211v1}