IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

NOTICE OF THE CLEAR THINKING GROUP, LLC MONTHLY
COMPENSATION AND EXPENSE REPORT FOR FILING PERIOD
DECEMBER 1, 2008 TO DECEMBER 31, 2008

**TO:**   All Parties Listed on the Attached Certificate of Service

PLEASE TAKE NOTICE on March 28, 2008, the Court entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Authorizing the Employment of Clear Thinking Group, LLC and Joseph Myers as Chief Wind-Down Officer For the Debtors *Nun Pro Tunc* to February 21, 2008, and (II) Approving the Appointment of Joseph Pardo (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3(e) of the Order, Clear Thinking Group, LLC hereby files the attached Monthly Compensation and Expense Report for the Filing Period December 1, 2008 to December 31, 2008 with the United States Bankruptcy Court for the District of Delaware.

Dated: January 13, 2009
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

{BAY:01225949v1}

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 335-4990
Facsimile:    (212) 884-8690

Counsel for Debtors

{BAY:01225949v1}

| 1/7/2009 | Clear Thinking Group, LLC | |
|---|---|---|
| 1:09 PM | Client T&E by Employee | Page 1 |

### Selection Criteria

| Slip.Date | 12/1/2008 - 12/31/2008 |
|---|---|
| Clie.Selection | Include: InPHonics |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Slip Type: Time** | | | | |
| 50090          TIME<br>  12/4/2008<br>  WIP<br>  General paperwork of case - prepare and send<br>  November MOR to counsel | Engelhardt, D<br>Case Admin<br>InPHonics<br>GA | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 60.00 |
| Total: Denise Engelhardt | | | | |
| | Billable<br>Unbillable<br>Total | 0.30<br>0.00<br>0.30 | | 60.00<br>0.00<br>60.00 |
| 50011          TIME<br>  12/3/2008<br>  WIP<br>  Correspondence or communication via email,<br>  phone and/or messaging | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |
| 50458          TIME<br>  12/8/2008<br>  WIP<br>  Correspondence or communication via email,<br>  phone and/or messaging re: mail | Robotti, D<br>Correspondance<br>InPHonics<br>CT | 0.10<br>0.00<br>0.10<br>0.00 | 400.00<br>T@9 | 40.00 |
| Total: Dorene Robotti | | | | |
| | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 80.00<br>0.00<br>80.00 |
| 50921          TIME<br>  12/17/2008<br>  WIP<br>  General paperwork of case/sending, coping &<br>  filing monthly invoice | Malda, M<br>Case Admin<br>InPHonics<br>NJ | 0.20<br>0.00<br>0.00<br>0.00 | 75.00<br>T@2 | 15.00 |
| Total: Maria Malda | | | | |
| | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 15.00<br>0.00<br>15.00 |

1/7/2009  
1:09 PM  

Clear Thinking Group, LLC  
Client T&E by Employee  

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Employee<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Total: Time | | | | |
| | Billable | 0.70 | | 155.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.70 | | 155.00 |

Slip Type: Expense

| 51082       EXP<br>12/19/2008<br>WIP<br>Print/Scan/Copy Charges | Copy/Print/Scan<br>Print/Scan/Copy Charg<br>InPHonics<br>NJ | 20 | 0.18 | 3.60 |
|---|---|---|---|---|
| Total: Copy/Print/Scan Charges | | | | |
| | Billable | 0.00 | | 3.60 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3.60 |
| Total: Expense | | | | |
| | Billable | 0.00 | | 3.60 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3.60 |
| Grand Total | | | | |
| | Billable | 0.70 | | 158.60 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.70 | | 158.60 |