IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 634 and 658** |

**DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO
THE OHIO DEPARTMENT OF TAXATION'S RESPONSE TO THE
OBJECTION OF THE DEBTORS TO CLAIM NOS. 1106 AND 1344,
AND, IN THE ALTERNATIVE, MOTION TO DETERMINE
TAX LIABILITY PURSUANT TO 11 U.S.C. § 505**

SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through undersigned counsel, hereby move (the "Motion") for leave to file Debtors' reply (the "Reply") to the Response of the Ohio Department of Taxation (the "Response") to the Debtors' Objection to Claim Nos. 1106 and 1334, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 (the "Objection") beyond the deadline established by Delaware Bankruptcy Local Rule 9006-1(d) (the "Local Rules"), and in further support of the Motion, the Debtors represent as follows:

## BACKGROUND

1. On or about March 20, 2008 and April 7, 2008, the Ohio Department of Taxation (the "Ohio DOT") filed claim numbers 1106 and 1344, respectively (claim numbers 1106 and 1344 are collectively referred to herein as the "Claims") against InPhonic, in the total amount exceeding $7 million.

{BAY:01231022v1}

2.  On July 18, 2008, the Debtors filed the Objection (D.I. 634).

3.  On August 13, 2008, the Ohio DOT filed the Response to the Objection (D.I. 658).

4.  Following the Response, the Debtors provided the Ohio DOT with data pertaining to Ohio sales and revenue for the purpose of calculating the maximum potential tax, penalty and interest exposure.

5.  On October 14, 2008, in an effort to memorialize the current status of the Claims negotiations and to facilitate the progress of the plan of liquidation, this Court entered the Order Approving Stipulation By and Between the Debtors and The Ohio DOT Establishing the Maximum Allowable Amount for the Claims (D.I. 750) (the "Stipulation Order"). The Stipulation Order established the aggregate maximum allowable amount of the Claims at $100,000 (the "Claims Reserve"); however, it did not address any entitlement to distributions under the plan of liquidation, any admission, release or waiver, or the amount, extent, validity or priority of the Claims.

6.  Since the entry of the Stipulation Order, the Debtors have proposed a revised order (the "Revised Order") that incorporates the Debtors' maximum potential tax, penalty and interest exposure, as calculated by the Ohio DOT, and terminates the Claims Reserve. However, the Debtors have not been able to secure final approval of the Revised Order from the Ohio DOT.

### REQUEST FOR RELIEF

7.  By this Motion, the Debtors request authority to file the Reply, a copy of which is attached hereto as Exhibit 1, in order to provide the Court with the details leading up to the Revised Order and a copy of the same for the Court's consideration.

## BASIS FOR RELIEF

8. Local Rule 9006-1(d) provides that "Reply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." By this Motion, the Debtors are seeking to file the Reply one day after the Local Rule deadline.

9. The Debtors submit that the Reply will assist the Court in properly evaluating the Objection, the Response, and the Revised Order.

10. The Debtors submit that grounds exist to grant this Motion because (i) no prejudice will be caused by permitting the Debtors to file the Reply since, in any event, should the Ohio DOT have any arguments, such can be presented at the hearing; (ii) the written Reply will assist the Court in deciding the issues presented; and (iii) the delay in filing this Motion is minimal.

**WHEREFORE,** the Debtors request entry of the attached order authorizing the Debtors to file the Reply attached hereto.

Date: January 21, 2009
Wilmington, Delaware

BAYARD, P.A.

_/s/_

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
GianClaudio Finizio (No. 4253)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

{BAY:01231022v1}

DLA PIPER US LLP
Thomas R. Califano
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and
Debtors in Possession