# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

## ORDER AUTHORIZING THE DEBTORS TO FILE A REPLY

The Court having considered the Debtors' Motion for Leave (the "Motion") to File Debtors' Reply (the "Reply") to the Ohio Department of Taxation's Response to the Objection of the Debtors to Claim Nos. 1106 and 1344, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that leave is granted for the Debtors to file the Reply with the Court.[1]

Dated: January ____, 2009

> The Honorable Kevin Gross
> United States Bankruptcy Court

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

{BAY:01231022v1}