In re **SN Liquidation, Inc. f/k/a Star Number, Inc.**              Case No. **07-11670-KG**
         Debtor                                                                    (If known)

# AMENDMENTS TO SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.


**TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)**

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).


☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief.   11 U.S.C. § 507(a)(3).


☑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000 per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).


☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re **SN Liquidation, Inc. f/k/a Star Number, Inc.**          Case No. **07-11670-KG**
           Debtor                                                                                (If known)

☐ **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

                                3     continuation sheets attached

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: **SN Liquidation, Inc. f/k/a Star Number, Inc.**
Debtor

Case No. **07-11670-KG** (If known)

## AMENDMENTS TO SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s1032<br>ANTHONY CRAWFORD<br>4304 URN STREET<br>CAPITOL HEIGHTS, MD 20743 | | WAGES | | $0.00 | $0.00 |
| Vendor No: s1034<br>ANTIONETTE JAMES<br>7610 VICAR PLACE<br>NEW CARROLLTON, MD 20784 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1035<br>ANTONIO CALDERON<br>4540 AIRLIE WAY<br>ANNANDALE, VA 22003 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1036<br>BRENDA PETITT<br>1705 TRENTON STREET<br>ALEXANDRIA, VA 22308 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1037<br>CASSANDRA PEBENITO<br>9632 HILLOCK COURT<br>BURKE, VA 22015 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1033<br>DANIELLE HAY<br>4141 WEEPING WILLOW COURT<br>CHANTILLY, VA 20151 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1031<br>GRIFFIN, ALEXANDER<br>852 CONSTELLATION DR<br>GREAT FALLS, VA 22066 | | WAGES | | $0.00 | $0.00 |
| Vendor No: s1039<br>JEFFREY GILL<br>PO BOX 827<br>HAYMARKET, VA 20168 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1040<br>JOHN CHARLES CANNON<br>2135 A N TAYLOR STREET<br>ARLINGTON, VA 22207 | | EMPLOYEE | | $0.00 | $0.00 |

Sheet no. 3 of 5 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

In re: **SN Liquidation, Inc. f/k/a Star Number, Inc.**
Debtor

Case No. **07-11670-KG**
(If known)

## AMENDMENTS TO SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s1041<br>KRISTINA GREGORY<br>925 SOUTH SAINT ASAPH STREET<br>ALEXANDRIA, VA 22314 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1042<br>LISA HAYES<br>2200 DHOW COURT<br>BOWIE, MD 20721 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1043<br>MICHAEL ALPER<br>13145 MUSIC MASTER DRIVE<br>SILVER SPRING, MD 20904 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1038<br>PROFFITT, CHARLES<br>9506 MCKINLEY AVENUE<br>MANASSAS, VA 20110 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1044<br>REBECCA VELEZ<br>#204<br>4524 COMMONS DRIVE<br>ANNANDALE, VA 22003 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1045<br>RICHARD BUENAVENTURA<br>11949 HOLLOWWIND COURT<br>RESTON, VA 20194 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1046<br>SHANE B CANNON<br>6902 SOUTHRIDGE DRIVE<br>MCLEAN, VA 22101 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1047<br>SPENCER SAKATA<br>22874 LIVINGSTON TERRACE<br>ASHBURN, VA 20148 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1048<br>THELMA RICHARDSON<br>7610 VICAR PLACE<br>NEW CARROLLTON, MD 20748 | | EMPLOYEE | | $0.00 | $0.00 |

Sheet no. 4 of 5 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

In re: **SN Liquidation, Inc. f/k/a Star Number, Inc.**
Debtor

Case No. **07-11670-KG**
(If known)

# AMENDMENTS TO SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s1049<br>THIERNO BAH<br>12401 HICKORY TREE WAY #B<br>GERMANTOWN, MD 20874 | | EMPLOYEE | | $0.00 | $0.00 |
| Vendor No: s1050<br>ULYSSES SMITH<br>4181 LOG TEAL DRIVE<br>WALDORF, MD 20603 | | EMPLOYEE | | $0.00 | $0.00 |

Sheet no. 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Total | $0.00 | $0.00