IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF FILING OF AMENDMENTS TO SCHEDULE "E" --
CREDITORS HOLDING UNSECURED PRIORITY CLAIMS -- OF
THE SCHEDULES OF ASSETS AND LIABILITIES FOR SN
LIQUIDATION, INC. F/K/A/ STAR NUMBER, INC.**

PLEASE TAKE NOTICE that pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), annexed hereto as Exhibit A are the Amendments to Schedule E of the Schedules of Assets and Liabilities (the "Amendments") of SN Liquidation, Inc. f/k/a/ Star Number, Inc. ("Star Number," and collectively with its affiliated debtors and debtors in possession, the "Debtors").[1] The Amendments modify the scheduled claim amounts for certain claims listed on Schedule E. Schedule E is unaltered with respect to all claims previously included that are not listed on Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 1009-2 of the Local Rules, the claimants listed on Exhibit A have the right to file a proof of claim within twenty (20) days from the date of this Notice -- February 11, 2009 (the "Claims Deadline"). Any claimant that is required to file a proof of claim, but that fails to do so

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

{BAY:01231300v1}

by the applicable Claims Deadline described in this Notice, shall be forever barred, estopped and enjoined from asserting any claim against the Debtors.

PLEASE TAKE FURTHER NOTICE that a signed original of a completed proof of claim form, together with any accompanying or supporting documentation, must be delivered to the Debtors' claims agent, BMC Group, Inc., at one of the following addresses: (i) if by first-class mail, SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al. c/o BMC Group, P.O. Box 978, El Segundo, CA 90245-0978; or (ii) if by courier service or hand-delivery, SN Liquidation, Inc., et al. f/k/a InPhonic, Inc., et al. c/o BMC Group, 444 N. Nash Street, El Segundo, CA 90245, so as to be received no later than 4:00 p.m., Prevailing Eastern Time on February 11, 2009. Claimants may use Official Bankruptcy Form No. 10 to file proofs of claim, a copy of which is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

Dated: January 22, 2009  
       Wilmington, Delaware

**BAYARD, P.A.**

*Daniel O'Brien*

Neil B. Glassman (No. 2087)  
Jamie L. Edmonson (No. 4247)  
Daniel A. O'Brien (No. 4897)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, Delaware 19899  
Telephone:   (302) 655-5000  
Facsimile:   (302) 658-6395  

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
Jeremy R. Johnson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:      (212) 884-8690

Counsel for Debtors
and Debtors in Possession