## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on this 22nd day of January, 2009, I caused a copy of the **Notice of Filing of Amendments to Schedule "E" – Creditors Holding Unsecured Priority Claims – of the Schedules of Assets and Liabilities for SN Liquidation, Inc. f/k/a Star Number, Inc.** to be served upon the parties listed below in the manner indicated and upon the parties on the attached service list *via* U.S. First Class Mail.

*/s/ Daniel O'Brien*
Daniel A. O'Brien (No. 4897)

### VIA U.S. FIRST CLASS MAIL

Richard Shepacarter, Esquire
*Office of the United States Trustee*
844 N. King Street
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Gaston P. Loomis, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

Robert P. Simons, Esquire
*Reed Smith LLP*
435 Sixth Avenue
Pittsburgh, PA 15219

Claudia Z. Springer, Esquire
*Reed Smith LLP*
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| ANTHONY CRAWFORD | 4304 URN STREET | CAPITOL HEIGHTS | MD | 20743 |
| ANTIONETTE JAMES | 7610 VICAR PLACE | NEW CARROLLTON | MD | 20784 |
| ANTONIO CALDERON | 4540 AIRLIE WAY | ANNANDALE | VA | 22003 |
| BRENDA PETITT | 1705 TRENTON STREET | ALEXANDRIA | VA | 22308 |
| CASSANDRA PEBENITO | 9632 HILLOCK COURT | BURKE | VA | 22015 |
| DANIELLE HAY | 4141 WEEPING WILLOW COURT | CHANTILLY | VA | 20151 |
| GRIFFIN, ALEXANDER | 852 CONSTELLATION DR | GREAT FALLS | VA | 22066 |
| JEFFREY GILL | PO BOX 827 | HAYMARKET | VA | 20168 |
| JOHN CHARLES CANNON | 2135 A N TAYLOR STREET | ARLINGTON | VA | 22207 |
| KRISTINA GREGORY | 925 SOUTH SAINT ASAPH STREET | ALEXANDRIA | VA | 22314 |
| LISA HAYES | 2200 DHOW COURT | BOWIE | MD | 20721 |
| MICHAEL ALPER | 13145 MUSIC MASTER DRIVE | SILVER SPRING | MD | 20904 |
| PROFFITT, CHARLES | 9506 MCKINLEY AVENUE | MANASSAS | VA | 20110 |
| REBECCA VELEZ | 4524 COMMONS DRIVE #204 | ANNANDALE | VA | 22003 |
| RICHARD BUENAVENTURA | 11949 HOLLOWWIND COURT | RESTON | VA | 20194 |
| SHANE B CANNON | 6902 SOUTHRIDGE DRIVE | MCLEAN | VA | 22101 |
| SPENCER SAKATA | 22874 LIVINGSTON TERRACE | ASHBURN | VA | 20148 |
| THELMA RICHARDSON | 7610 VICAR PLACE | NEW CARROLLTON | MD | 20748 |
| THIERNO BAH | 12401 HICKORY TREE WAY #B | GERMANTOWN | MD | 20874 |
| ULYSSES SMITH | 4181 LOG TEAL DRIVE | WALDORF | MD | 20603 |