## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 23, 2009 AT 10:00 A.M., 824 MARKET STREET, COURTROOM 3,
6th FLOOR WILMINGTON, DELAWARE 19801**

**MATTERS GOING FORWARD:**

1.  Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 7/18/08; Docket No. 634]

    Related Documents:

    (a)  Order Approving Stipulation by and Between the Debtors and the Ohio Department of Taxation Establishing the Maximum Allowable Amount of Claim Nos. 1106 and 1344 [Filed 10/14/08, Docket No. 750]

    (b)  Notice of Hearing on Debtors' Objection to Claim Nos. 1106 and 1344 Filed by the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. Section 505 [Filed 12/15/08, Docket No. 808]

    (c)  **Debtors' Motion for Leave to File Debtors' Reply to the Ohio Department of Taxation's Responses to the Objection of the Debtors to Claim Nos. 1106 and 1344, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. Section 505 [Filed 1/21/09, Docket No. 821]**

    Response Deadline:

    August 13, 2008 at 4:00 p.m.

---

[1]    Amended items appear in bold.

Response(s) Received:

    (a)    Response to the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed the Ohio Department of Taxation, and, in the Alternative, Motion to Determine Tax Liability Pursuant to 11 U.S.C. § 505 [Filed 08/13/08; Docket No. 658]

Status:

    This matter is going forward.

2.    Motion to Amend Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company for Relief from Automatic Stay of 11 U.S.C. Section 32(A) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Filed 12/19/08; Docket No. 814]

Related Documents:

    (a)    Motion of Illinois National Insurance Company to Withdraw Motion for Relief from the Automatic Stay [Filed 11/21/08, Docket No. 787]

    (b)    Response of Kenneth D. Schwarz and Andrew Zeinfeld to the Motion of Illinois National Insurance Company to Withdraw Motion for Relief from the Automatic Stay and to the Motion of XL Specialty Insurance Company for Relief form the Automatic Stay so that Illinois National Insurance Company May Reimburse Defense Costs [Filed 12/1/08, Docket No. 793]

    (c)    Reply in Support of Motion of Illinois Insurance Company to Withdraw Motion for Relief from the Automatic Stay [Filed 12/3/08, Docket No. 794]

    (d)    Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company for Relief from the Automatic Stay of 11 U.S.C. Section 362(A) to Advance Defense Costs Under an Executive and Organization Liability Insurance Policy [Filed 12/9/08, Docket No. 805]

Response Deadline:

    None.

Response(s) Received:

    None as of this date and time.

{BAY:01232703v1}

<u>Status</u>:

This matter is going forward.

Dated:  January 22, 2009
       Wilmington, Delaware

**BAYARD, P.A.**

By: _Daniel O'Brien_

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:     (302) 655-5000
Facsimile:     (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:     (212) 335-4500
Facsimile:     (212) 335-4501

Counsel for Debtors and Debtors in
Possession

{BAY:01232703v1}