# SIGN-IN-SHEET

**CASE NAME:** SN LIQUIDATION, INC.  **COURTROOM LOCATION:** 3
**CASE NO.:** 07-11666 - KG  **DATE:** 1/23/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert McCall (Telephonic Appearance) | Peabody & Arnold | Illinois National Ins. Co. |
| GianClaudio Finizio | Bayard | Debtor |
| Lisa Tancredi | Venable LLP | Messrs. Schwarz + Reinfeld |