IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 634, 658 and 821 |

## AGREED ORDER REGARDING OBJECTION OF THE DEBTORS TO CLAIM NOS. 1106 AND 1344 FILED BY THE OHIO DEPARTMENT OF TAXATION

Upon consideration of the (i) the Objection of the Debtors to Claim Nos. 1106 and 1344 Filed By the Ohio Department of Taxation and in the Alternative, Motion to Determine Tax Liability (the "Objection"), filed by SN Liquidation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) the Moir Declaration,[2] (iii) Claim No. 1106 filed by the Ohio DOT, (iv) Claim No. 1344 filed by the Ohio DOT, and (v) the response to the Objection filed by the Ohio DOT; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Objection as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is overruled in part and sustained in part as stated herein; and it is further

---

[1] The Debtors and debtors in possession are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

[2] Terms not defined herein shall have the meaning ascribed to them in the Objection.

{BAY:01231022v1}

2

ORDERED that the maximum allowable amount of $100,0000 in the aggregate for Claim Nos. 1106 and 1344, as set forth in the previously Court-approved stipulation between the Debtors and the Ohio DOT, is hereby terminated; and it is further

ORDERED that Claim No. 1106 is modified and reclassified as an allowed general unsecured non-priority claim in the amount of $4,971.56 and an allowed general unsecured priority claim in the amount of $11,034.50, which shall be subject to no further objection; and it is further

ORDERED that Claim No. 1344 is disallowed and expunged in its entirety; and it is further

ORDERED that the Ohio DOT shall not assert any further claims against the estates, and that any other claims, if so asserted, shall be disallowed and expunged in their entirety, without further order to this Court; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 23, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

{BAY:01231022v1}