

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

FILED
2009 JAN 26 AM 11: 19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

January 3, 2009

PIU: 255499

Mr. Robert Williams
3770 Eve Circle Apt. F
Mira Loma, CA 91752-1230

RE:  InPhonic, Inc. / INPC, Inc. (Wirefly.com)

*07-11666-KG*

*$50.00, relief check*

Dear Mr. Williams:

Thank you for bringing your consumer complaint to the attention of Attorney General Edmund G. Brown Jr. Often, it is only through letters from concerned and responsible citizens, like you, that our office becomes aware of consumer problems.

The company named in your complaint has filed bankruptcy in United States District Court. For further information about the bankruptcy and for any possible financial restitution for damages incurred, it will be necessary for you to contact the United States Bankruptcy Court directly. Bankruptcy is a federal matter and is administered by the Federal District Court or its appointed bankruptcy judge. For further information regarding this issue, we suggest you write to:

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801
Case Number: 07-11666-KG

*I NEVER RECEIVED ANY CHECK - OR EVEN SOME TYPE OF NOTICE -*

For efficient assistance from the staff within the courts, you should refer to the bankruptcy case number, if possible, when contacting the federal court.

*PLEASE ADVISE*

Again, thank you for contacting our office and providing us with the opportunity to assist you in this matter.

*STATUS!*

Sincerely,

Melissa Weikel
Public Inquiry Unit

*THANK YOU!*

For    EDMUND G. BROWN JR.
       Attorney General