IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: March 27, 2009 @ 2:00 p.m.** |
| Debtors. | : | **Objection Deadline: March 20, 2009 @ 4:00 p.m.** |

**UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER COMPELLING THE FILING OF POST-CONFIRMATION REPORTS AND PAYMENT OF QUARTERLY FEES OR IN THE ALTERNATIVE AN ORDER CONVERTING OR DISMISSING THE CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that on February 19, 2009, Roberta A. DeAngelis, the Acting United States Trustee for Region Three, filed the accompanying Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases ("Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held no later than **March 27, 2009 at 2:00 p.m.**, before the Honorable Kevin Gross, Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Court Room #3, 6th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Fourth Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. on March 20, 2009.**

        **ROBERTA A. DEANGELIS**
        **ACTING UNITED STATES TRUSTEE**

        **BY:** /s/Richard L. Schepacarter
        Richard L. Schepacarter, Esquire
        U. S. Department of Justice
        Trial Attorney
        J. Caleb Boggs Federal Building
        844 King Street, Suite 2207, Lockbox 35
        Wilmington, DE 19801
        (302) 573-6491
        (302) 573-6497 (Fax)

Dated: February 19, 2009