IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: March 27, 2009 @ 2:00 p.m.** |
| Debtors. | : | **Objection Deadline: March 20, 2009 @ 4:00 p.m.** |

**CERTIFICATE OF SERVICE**

      I certify that on February 19, 2009, I caused to be served a copy of the United States Trustee's Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases ("Motion") via first class United States Mail (postage prepaid) to the following person(s) listed below:

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Anup Sathy, Esquire
David A. Agay, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Robert P. Simons, Esquire
Reed Smith LLP
435 Smith Avenue
Pittsburgh, PA 15219


/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trail Attorney