IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Related to Docket No. _____** |

### ORDER COMPELLING THE DEBTOR TO FILE MONTHLY POST-CONFIRMATION REPORTS AND PAY QUARTERLY FEES

Upon consideration of the United States Trustee's Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases filed by the Acting United States Trustee for this District, by and through her counsel, and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Reorganized Debtors or Liquidating Agent/Trustee shall, on or before _____, 2009, file any and all outstanding reports, including information concerning any and all disbursements made during the period from _____ through the present, in compliance with the Fed. R. Bankr. P 2015(a) and the United States Trustee Operating Guidelines and Reporting Requirements for Chapter 11 cases; and,

It is further **ORDERED** that the Reorganized Debtors or Liquidating Agent/Trustee shall, on or before _____, 2009, pay any and all outstanding fees pursuant to 28 U.S.C. § 1930(a)(6) to the United States Trustee.

**IT IS SO ORDERED.**

**BY THE COURT**:

**Date: _____, 2009**

_____

**Honorable Kevin Gross**
**Judge, U.S. Bankruptcy Court**