IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket No. _____.** |

**ORDER CONVERTING CHAPTER 11 CASES**

Upon consideration of the Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases ("Motion") filed by Roberta A. DeAngelis, the Acting United States Trustee for this District, by and through her counsel, and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and this is a core proceeding under 28 U.S.C. 157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

The United States Trustee's Motion is hereby **GRANTED** and these Chapter 11 cases are hereby **CONVERTED** to cases under Chapter 7 of the United States Bankruptcy Code.

**IT IS SO ORDERED.**

**BY THE COURT**:

**Date: _____, 2009**

_____
**Honorable Kevin Gross**
**Judge, U.S. Bankruptcy Court**