## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SN LIQUIDATION, INC., *et al.,* | ) | Case No. 07-11666 (KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 12, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if an objection is filed.** |

**FOURTEENTH MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| | |
|---|---|
| Name of Applicant: | Bayard, P.A. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | Order entered December 13, 2007 [Docket No. 245] *nunc pro tunc* to November 8, 2007 |
| Period for which compensation and reimbursement is sought: | December 1, 2008 through December 31, 2008 |
| Amount of compensation sought as actual, reasonable and necessary: | $23,476.00 |
| 80% of compensation sought as actual, reasonable and necessary: | $18,780.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $706.38 |

This is an: X monthly __ quarterly __ final application.

This is Bayard's fourteenth monthly fee statement in these cases.

## Summary of Bayard Monthly Fee Statements

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 1/3/08 [284] | 11/8/07 through 11/30/07 | $85,248.50 | $5,409.40 | 1/25/08 [333] | $68,198.80 | $5,409.40 | $17,049.70 |
| 2/21/08 [393] | 12/1/07 through 12/31/07 | $85,300.50 | $5,364.75 | 3/14/08 [441] | $68,240.40 | $5,364.75 | $17,060.10 |
| 3/11/08 [455] | 1/1/08 through 1/31/08 | $49,642.50 | $4,427.80 | 4/9/08 [494] | $39,714.00 | $4,427.80 | $9,928.50 |
| 4/23/08 [514] | 2/1/08 through 2/29/08 | $79,629.50 | $3,553.25 | 5/19/08 [551] | $63,703.60 | $3,553.25 | $15,925.90 |
| 5/2/08 [529] | 3/1/08 through 3/31/08 | $76,899.50 | $2,407.34 | 5/27/08 [559] | $61,519.60 | $2,407.34 | $15,379.90 |
| 7/7/08 [605] | 4/1/08 through 4/30/08 | $60,553.50 | $2,423.27 | 7/30/08 [605] | $48,442.80 | $2,423.27 | $12,110.70 |
| 8/12/08 [654] | 5/1/08 through 5/31/08 | $47,592.00 | $2,278.08 | 9/4/08 [684] | $38,073.60 | $2,278.08 | $9,518.40 |
| 9/10/08 [691] | 6/1/08 through 6/30/08 | $93,691.50 | $4,914.07 | 10/02/08 [718] | $74,953.20 | $4,914.07 | $18,738.30 |
| 9/12/08 [711] | 7/1/08 through 7/31/08 | $97,990.00 | $6,306.15 | 10/13/08 [746] | $78,392.00 | $6,306.15 | $19,598.00 |
| 10/1/08 [717] | 8/1/08 through 8/31/08 | $54,599.00 | $6,390.22 | 10/24/08 [762] | $43,679.20 | $6,390.22 | $10,919.80 |
| 11/24/08 [791] | 9/1/08 through 9/30/08 | $73,166.00 | $1,573.88 | 12/16/08 [812] | $58,532.80 | $1,573.88 | $14,633.20 |
| 12/12/08 [809] | 10/1/08 through 10/31/08 | $119,054.00 | $3,944.70 | 1/7/09 [817] | $95,243.20 | $3,944.70 | $23,810.80 |
| 1/6/09 [816] | 11/1/08 through 11/30/08 | $23,925.00 | $837.13 | 1/28/09 [830] | $19,140.00 | $837.13 | $4,785.00 |
| 2/20/09 | 12/1/08 through 12/31/08 | $23,476.00 | $706.38 | Objection Deadline 3/12/09 | $0.00 | $0.00 | $24,182.38 |

## Timekeeper Summary

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neil B. Glassman | Director | Director since 1988. Joined firm in 1986. Member of DE Bar since 1982. Areas of Expertise: Bankruptcy and Commercial Law. | $765.00 | 8.5 | $6,502.50 |
| Jamie L. Edmonson | Sr. Counsel | Senior Counsel since 2008. Member of DE Bar since 2002. Member of CA Bar since 1996. Area of Expertise: Bankruptcy and Restructuring. | $485.00 | 13.8 | $6,693.00 |
| Daniel A. O'Brien | Associate | Joined firm as Associate in 2007. Member of DE Bar since 2006. Area of Expertise: Bankruptcy. | $280.00 | 26.6 | $7,448.00 |
| Edith Miranda | Paralegal | Paralegal; joined firm in 2007. Area of Expertise: Bankruptcy. | $230.00 | 8.7 | $2,001.00 |
| Jacqueline Lately | Case Management Assistant | Case Management Assistant; joined firm in 2003. | $145.00 | 0.8 | $116.00 |
| James Sanderson | Fee Application Specialist | Fee Application Specialist since 2003; joined firm in 1995. | $135.00 | 5.3 | $715.50 |
| | | Totals | | 63.7 | $23,476.00 |

Blended Rate:  $368.54

## Project Category Summary by Task Code

| Project Category | Hours | Amount |
|---|---|---|
| Business Operations (BO) | 0.3 | $69.00 |
| Case Administration (CA) | 26.4 | $9,296.50 |
| Court Hearings (CH) | 11.6 | $4,099.50 |
| Creditor Inquiries (CI) | 0.2 | $56.00 |
| TBF Fee Applications/Compensation (FA1) | 15.3 | $4,432.50 |
| Other Professionals Fee Apps (FA2) | 2.0 | $1,339.00 |
| Stay Relief Matters (MR) | 2.2 | $1,278.00 |
| Claims Analysis and Resolution (PC) | 2.4 | $1,205.50 |
| Plan (PL) | 1.2 | $869.50 |
| Trustee Reporting/Schedules (TR) | 2.1 | $830.50 |
| Totals | 63.7 | $23,476.00 |

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| Copies (10 cents per page) | $316.80 |
| Delivery Charges | $10.00 |
| Federal Express | $47.02 |
| Outside Fax Charges | $18.72 |
| PACER Document Downloads | $0.80 |
| Phone | $1.00 |
| Postage | $270.94 |
| Print Images | $41.10 |
| Totals | $706.38 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  March 12, 2009 @ 4:00 p.m.** |
| | **Hearing Date:  Only if an Objection is Filed.** |

## FOURTEENTH MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

By this application (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bayard, P.A. ("Bayard") hereby seeks reasonable compensation in the above-captioned cases of SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for professional legal services rendered as counsel to the Debtors in the amount of $23,476.00, together with reimbursement for actual and necessary expenses incurred in the amount of $706.38 for the period commencing December 1, 2008, through and including December 31, 2008 (the "Compensation Period").    Pursuant to the Administrative Order of this Court dated November 30, 2007 [Docket No. 165] approving procedures for interim compensation and reimbursement of professionals (the "Compensation Order"), Bayard seeks 80% reimbursement of its total reasonable and necessary fees incurred, in the amount of $18,780.80, together with 100% reimbursement for actual and necessary expenses incurred in the amount of $706.38 for the Compensation Period.  In support of this Application, Bayard represents as follows:

{BAY:01244242v1}

## Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## Background

3.      On November 8, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.   Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

4.      No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

5.      On December 13, 2007, this Court approved Bayard's retention as counsel to the Debtors [Docket No. 245] (the "Retention Order") *nunc pro tunc* to November 8, 2007.

## Relief Requested

6.      Bayard submits this Application in accordance with this Court's Compensation Order.   All services for which Bayard requests compensation were performed for, or on behalf of, the Debtors.

7.      This Application is the fourteenth monthly fee statement filed by Bayard in these cases.   In connection with the professional services rendered, by this Application, Bayard seeks compensation in the amount of $23,476.00 and expense reimbursement of

$706.38. Attached hereto as Exhibit A is a detailed statement of hours spent rendering legal services to the Debtors supporting Bayard's request of $23,476.00 in compensation for fees incurred during the Compensation Period. Attached hereto as Exhibit B is a detailed list of disbursements made by Bayard supporting Bayard's request of $706.38 in expense reimbursement for the Compensation Period. A description of the task codes used to categorize time spent by project category is attached as Exhibit C.

8.       Given the nature and value of the services that Bayard provided to the Debtors as described herein, the interim amounts sought under this Application are fair and reasonable under section 330 of the Bankruptcy Code.

9.       Bayard has received no payment and no promises for payment from any source for services rendered in connection with these cases other than those in accordance with the Bankruptcy Rules. There is no agreement or understanding between Bayard and any other person (other than members of Bayard) for the sharing of compensation to be received for the services rendered in these cases.

<u>**Summary of Services Rendered**</u>

10.       In general, the services that Bayard rendered as counsel to the Debtors included, without limitation, the following:

   (a)       representing the Debtors at all hearings in these cases;

   (b)       reviewing all pleadings and papers filed in these cases;

   (c)       drafting pleadings on behalf of the Debtors;

   (d)       advising the Debtors regarding practice and procedure in the United States Bankruptcy and District Courts for the District of Delaware;

   (e)       coordinating responsibility for filing and service of all pleadings of the Debtors relative to these cases;

(f)      coordinating weekly (or more frequent) updating of docket sheets, critical dates, schedules and calendars and maintaining case and pleadings files; and

(g)      assisting in advising and representing the Debtors in connection with their financial affairs and operations.

11.    The services provided by Bayard during the Application Period were rendered to ensure no unnecessary duplication, and are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified in the above attachment and summaries of the hours and fees of each professional for the Compensation Period and the total compensation by project category are included in Exhibit B.

### Amounts Requested

12.    For the Application Period, Bayard seeks 80% of its total compensation in the amount of $18,780.80 in connection with the professional services summarized above and detailed in Exhibit A.

13.    Bayard incurred or disbursed the actual and necessary costs and expenses related to these cases in the amount of $706.38 and as detailed in Exhibit B and summarized in the attachments hereto.

### Certification and Notice

14.    Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, Bayard represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

    (a)    Copy, scanning and printing charges are $.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy machines, printers and copy center, together with a margin for recovery of lost expenditures.

    (b)    Incoming facsimiles are not billed.

    (c)    Out-going facsimiles are billed at the rate of $1.00 per page. The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of lost expenditures. Toll telephone charges are not billed.

15.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the cost of comparable services other than in a case under the Bankruptcy Code.

16.    The undersigned has reviewed the requirements of Local Rule 2016-2, and certifies that this Application and the Exhibits attached hereto comply therewith and a copy of this Application has been sent to the notice parties set forth in the Compensation Order.

[remainder of page intentionally left blank.]

WHEREFORE, Bayard prays that approval be made to it for the current Application Period in the sum of $23,476.00, the total compensation for professional services rendered, 80% of which is to be currently paid upon the filing of a certificate of no objection, and the sum of $706.38 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from December 1, 2008 through December 31, 2008.

Dated: February 20, 2009
      Wilmington, Delaware

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

Counsel to the Debtors

# Exhibit A

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

February 20, 2009

SN Liquidation, Inc. (fka InPhonic, Inc.)
1010 Wisconsin Avenue NW
Suite 600
Washington, DC 20007

Re: Chapter 11 Representation                    Invoice #     980874
File # 33006-00001 - NBG

For Services Rendered Through  December 31, 2008

| | | |
|---|---|---|
| Previous Balance Forward | | $  629,705.22 |
| Current Fees | 23,476.00 | |
| Current Disbursements | 706.38 | |
| | ------------ | |
| Total Amount Due | | $  653,887.60 |
| | | ========= |

Trust Account Balance      $   19,210.03

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 20, 2009
Re: Chapter 11 Representation                              Invoice #980874
File # 33006-00001- NBG                                             Page 2

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| BO | | Business Operations | | | |
| | 12-11-08 | Scan and e-file monthly operating report for November 2008; Distribute e-filed document. | EM | 0.30 | 69.00 |
| CA | | Case Administration | | | |
| | 12-01-08 | Review email from J. Lewis regarding status of Adeptio promissory note | JLE | 0.10 | 48.50 |
| | 12-01-08 | Review email from NBG regarding Adeptio note and remaining carveout for distribution | JLE | 0.10 | 48.50 |
| | 12-01-08 | Review email from D. Pacitti attaching email from J. Pawlitz and revised form of Adeptio note | JLE | 0.40 | 194.00 |
| | 12-01-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| | 12-01-08 | Update the Bankruptcy Calendar with objection deadlines and hearing dates | JL | 0.10 | 14.50 |
| | 12-01-08 | Email correspondence with J. Lewis regarding hearing date and objection deadline for XL Insurance | DAO | 0.30 | 84.00 |
| | 12-01-08 | OC with JLE regarding hearing date and objection deadline for XL Insurance | DAO | 0.10 | 28.00 |
| | 12-01-08 | Review docket regarding hearing date and objection deadline for XL Insurance | DAO | 0.10 | 28.00 |
| | 12-01-08 | Calendar XL Insurance objection deadline information | DAO | 0.10 | 28.00 |
| | 12-01-08 | Email JLE regarding updating fee charts | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 20, 2009
Re: Chapter 11 Representation                            Invoice #980874
File # 33006-00001- NBG                                          Page 3

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 12-02-08 | Draft critical dates; Distribute. | EM | 0.20 | 46.00 |
| 12-02-08 | Communication with DAO regarding fee allocation | JLE | 0.10 | 48.50 |
| 12-02-08 | Review emails from D. Robotti regarding November monthly operating report, effective date, U.S. Trustee quarterly fees | JLE | 0.30 | 145.50 |
| 12-02-08 | Review email from DAO regarding XL objection deadline and deadline for Ohio Department of Revenue | JLE | 0.10 | 48.50 |
| 12-02-08 | OC with DAO to discuss fee allocation, Ohio Department of Revenue | JLE | 0.50 | 242.50 |
| 12-02-08 | TC with D. Lorry regarding fee allocation and remaining carveout | JLE | 0.20 | 97.00 |
| 12-02-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 12-02-08 | Email NBG regarding fee/disbursements status update; XL Insurance status update | DAO | 0.20 | 56.00 |
| 12-02-08 | Review professional fees, expenses & disbursement data | DAO | 0.90 | 252.00 |
| 12-02-08 | OC with NBG regarding wind-down fund | DAO | 0.10 | 28.00 |
| 12-02-08 | Email correspondence with JLE regarding fee disbursement project | DAO | 0.20 | 56.00 |
| 12-02-08 | OC with JLE regarding Ohio Tax claim, November monthly operating report and allocation analysis | DAO | 0.50 | 140.00 |
| 12-02-08 | Email correspondence with JLE regarding status of XL Insurance motion | DAO | 0.20 | 56.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                                Invoice #980874
File # 33006-00001- NBG                                              Page 4

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 12-02-08 | Email EM regarding status of XL Insurance motion | DAO | 0.10 | 28.00 |
| 12-03-08 | Review docket update | NBG | 0.10 | 76.50 |
| 12-03-08 | Review e-mails from D. O'Brien re:  fee allocation and updates from professionals | JLE | 0.40 | 194.00 |
| 12-03-08 | Attention to distribution of electronic filings re: docket number 794 | JL | 0.10 | 14.50 |
| 12-03-08 | Email Reed Smith regarding professional fee/disbursement information | DAO | 0.10 | 28.00 |
| 12-03-08 | Email Deloitte regarding professional fee/disbursement information | DAO | 0.10 | 28.00 |
| 12-03-08 | Email CTG regarding professional fee/disbursement information | DAO | 0.10 | 28.00 |
| 12-03-08 | Call with DTC regarding effective date | DAO | 0.10 | 28.00 |
| 12-03-08 | Email BMC regarding professional fees/disbursement information | DAO | 0.20 | 56.00 |
| 12-03-08 | OC with JLE regarding professional fee/disbursement information | DAO | 0.20 | 56.00 |
| 12-03-08 | Review allocation analysis and profesional fees/disbursement information | DAO | 0.70 | 196.00 |
| 12-04-08 | Prepare affidavit of service regarding order granting 9019 motion regarding stipulation with Commonwealth of Pennsylvania Department of Revenue. | EM | 0.20 | 46.00 |
| 12-04-08 | Scan and e-file affidavit of | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)    February 20, 2009
Re: Chapter 11 Representation       Invoice #980874
File # 33006-00001- NBG         Page 5

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | service regarding order approving 9019 motion regarding stipulation of settlement with Commonwealth of Pennsylvania, Department of Revenue. | EM | 0.20 | 46.00 |
| 12-04-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 12-04-08 | Review November monthly operating report | JLE | 0.20 | 97.00 |
| 12-04-08 | Attention to distribution of electronic filings re: docket number 796 | JL | 0.10 | 14.50 |
| 12-04-08 | Update allocation analysis | DAO | 0.40 | 112.00 |
| 12-05-08 | Revisions to amended agenda to include objection of creditors committee; Discussion with D. O'Brien regarding same. | EM | 0.20 | 46.00 |
| 12-05-08 | Attention to distribution of electronic filings re: docket number 798,800 | JL | 0.10 | 14.50 |
| 12-05-08 | Call with Holland Knight paralegal regarding service | DAO | 0.10 | 28.00 |
| 12-07-08 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| 12-08-08 | Retrieve order granted denying Alexis & Co.'s motion. | EM | 0.10 | 23.00 |
| 12-08-08 | Prepare affidavit of service regarding order granted denying Alexis & Co's motion | EM | 0.20 | 46.00 |
| 12-08-08 | Draft critical dates; Monitor docket for new filed pleadings. | EM | 0.30 | 69.00 |
| 12-08-08 | Email communications with D. Pacitti regarding Ohio Department of Revenue | JLE | 0.30 | 145.50 |
| 12-08-08 | Attention to distribution of | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)       February 20, 2009
Re: Chapter 11 Representation            Invoice #980874
File # 33006-00001- NBG                 Page 6

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | electronic filings re: docket number 802,803 | JL | 0.10 | 14.50 |
| 12-09-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 12-09-08 | Retrieve order from docket conditionally approving withdrawal of motion. | EM | 0.20 | 46.00 |
| 12-09-08 | Prepare affidavit of service regarding order. | EM | 0.20 | 46.00 |
| 12-09-08 | Scan and e-file affidavit of service regarding order. | EM | 0.20 | 46.00 |
| 12-09-08 | Distribute critical dates. | EM | 0.10 | 23.00 |
| 12-09-08 | Email JLE regarding carveout/professional fee estimates | DAO | 0.10 | 28.00 |
| 12-09-08 | Review data given by professionals and update allocation analysis | DAO | 0.60 | 168.00 |
| 12-09-08 | Email BMC regarding estimated fees/expenses | DAO | 0.10 | 28.00 |
| 12-09-08 | Review BMC's fees/expenses | DAO | 0.10 | 28.00 |
| 12-09-08 | Email Brad Daniel at BMC regarding fees/expenses | DAO | 0.10 | 28.00 |
| 12-09-08 | Attention to distribution of electronic filings re: docket number 805 | JL | 0.10 | 14.50 |
| 12-10-08 | Call with Kenny at DST regarding effective date | DAO | 0.10 | 28.00 |
| 12-10-08 | Update allocation analysis | DAO | 0.10 | 28.00 |
| 12-10-08 | Email JLE regarding hearing date | DAO | 0.10 | 28.00 |
| 12-10-08 | Review bankruptcy calendar and call Court regarding hearing date | DAO | 0.20 | 56.00 |
| 12-10-08 | Email JLE and EM regarding hearing date | DAO | 0.10 | 28.00 |
| 12-10-08 | Coordinate with professionals and revise allocation analysis | DAO | 0.70 | 196.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     February 20, 2009
Re: Chapter 11 Representation                                  Invoice #980874
File # 33006-00001- NBG                                             Page 7

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-11-08 | Review updated fee allocation for professionals and prepare email to DAO regarding same | JLE | 0.60 | 291.00 |
| 12-11-08 | Confer with NBG and email to DAO regarding allocation of professional fees from wind-down carveout | JLE | 0.20 | 97.00 |
| 12-11-08 | Email JLE revisions to allocation analysis | DAO | 0.10 | 28.00 |
| 12-11-08 | Revise allocation analysis per JLE comments | DAO | 0.10 | 28.00 |
| 12-11-08 | Circulate allocation analysis to NBG | DAO | 0.10 | 28.00 |
| 12-11-08 | Circulate allocation analysis to professionals | DAO | 0.20 | 56.00 |
| 12-11-08 | Call with T. Califano regarding allocation analysis to professionals | DAO | 0.10 | 28.00 |
| 12-11-08 | Email correspondence with NBG/JLE regarding allocation analysis to professionals | DAO | 0.20 | 56.00 |
| 12-12-08 | Review and revise notice of hearing on objection to Ohio Department of Revenue claim | JLE | 0.20 | 97.00 |
| 12-12-08 | Review docket for case update | DAO | 0.10 | 28.00 |
| 12-15-08 | Revise spreadsheet of fee allocations to reflect payment of expenses in full and then allocation of fees | JLE | 1.10 | 533.50 |
| 12-15-08 | Review e-filings, docket updates | NBG | 0.10 | 76.50 |
| 12-15-08 | Review updated critical date memo and email from paralegal and email to K. Mirto regarding same; email to Trustee's counsel regarding status of plan | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)    February 20, 2009
Re: Chapter 11 Representation      Invoice #980874
File # 33006-00001- NBG         Page 8

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | going effective | NBG | 0.20 | 153.00 |
| 12-15-08 | Scan and e-=file notice of hearing; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| 12-15-08 | Prepare draft critical dates memo. | EM | 0.40 | 92.00 |
| 12-16-08 | Circulate amended fee allocation spreadsheet to professionals | JLE | 0.20 | 97.00 |
| 12-16-08 | Review updated critical dates memo | JLE | 0.20 | 97.00 |
| 12-16-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 12-16-08 | Email from Malda and review attached monthly bill from CTG and instructions to D. O'Brien regarding same | NBG | 0.10 | 76.50 |
| 12-16-08 | Scan and e-file Clear Thinking Group's monthly expense report; Distributgion of e-filed document | EM | 0.30 | 69.00 |
| 12-16-08 | Email JLE regarding BMC distribution inquiry | DAO | 0.10 | 28.00 |
| 12-16-08 | Calls with Brad Daniel at BMC regarding allocation analysis | DAO | 0.20 | 56.00 |
| 12-16-08 | Review revised fee allocation for calls w/professionals | DAO | 0.30 | 84.00 |
| 12-16-08 | Email CTG regarding revised fee allocation | DAO | 0.10 | 28.00 |
| 12-16-08 | Email correspondence with JLE regarding BMC concerns related to distributions | DAO | 0.20 | 56.00 |
| 12-16-08 | Email correspondence with JLE regarding revised fee allocation | DAO | 0.20 | 56.00 |
| 12-16-08 | Review revised fee | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                              Invoice #980874
File # 33006-00001- NBG                                            Page 9

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | allocation | DAO | 0.10 | 28.00 |
| 12-16-08 | Email Brad Daniel regarding distributions | DAO | 0.20 | 56.00 |
| 12-17-08 | Attention to distribution of electronic filings re: docket number 813 | JL | 0.10 | 14.50 |
| 12-17-08 | Email JLE regarding BMC distribution inquiry | DAO | 0.10 | 28.00 |
| 12-17-08 | Attention to emails regarding BMC distribution inquiry | DAO | 0.10 | 28.00 |
| 12-17-08 | Email JLE regarding BMC distribution inquiry | DAO | 0.10 | 28.00 |
| 12-17-08 | Email Brad Daniel at BMC regarding BMC distribution inquiry | DAO | 0.10 | 28.00 |
| 12-17-08 | Email correspondence with Brad Daniel at BMC regarding allocation analysis | DAO | 0.20 | 56.00 |
| 12-17-08 | Call with Kenny at DTC regarding effective date | DAO | 0.10 | 28.00 |
| 12-17-08 | Email JLE regarding effective date | DAO | 0.10 | 28.00 |
| 12-18-08 | Email from Dorene Robotti and instructions and emails regarding distribution of carve-out | NBG | 0.20 | 153.00 |
| 12-18-08 | Call with JLE regarding allocation analysis | DAO | 0.10 | 28.00 |
| 12-18-08 | Call with J. Lewis at Reed Smith regarding allocation analysis | DAO | 0.10 | 28.00 |
| 12-18-08 | Calls with Dorene Robotti at CTG regarding allocation analysis | DAO | 0.20 | 56.00 |
| 12-18-08 | Attention to emails regarding distributions | DAO | 0.10 | 28.00 |
| 12-18-08 | Review allocation analysis for calls | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 20, 2009
Re: Chapter 11 Representation                            Invoice #980874
File # 33006-00001- NBG                                  Page 10

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-18-08 | Email NBG/JLE regarding deadline for objecting to distribution | DAO | 0.10 | 28.00 |
| 12-18-08 | Email professionals regarding allocation analysis/distributions | DAO | 0.20 | 56.00 |
| 12-19-08 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 12-22-08 | Revise fee allocation; email to NBG regarding same; email to A. Dalsass regarding same | JLE | 0.80 | 388.00 |
| 12-22-08 | Review critical dates memo | JLE | 0.20 | 97.00 |
| 12-22-08 | Review e-filings, docket update and recently served pleadings, notices, orders during prior week and today | NBG | 0.20 | 153.00 |
| 12-22-08 | Email from Miranda and review updated critical date schedule | NBG | 0.10 | 76.50 |
| 12-22-08 | Draft critical dates memorandum; Circulate. | EM | 0.40 | 92.00 |
| 12-22-08 | Attention to distribution of electronic filings re: docket number 814,815 | JL | 0.10 | 14.50 |
| 12-22-08 | Email correspondence with JLE regarding revised allocation analysis | DAO | 0.20 | 56.00 |
| 12-22-08 | Email professionals regarding allocation analysis and distributions | DAO | 0.20 | 56.00 |
| 12-22-08 | Email Dorene Robotti regarding allocation analysis and distributions | DAO | 0.10 | 28.00 |
| 12-22-08 | Review revised allocation analysis | DAO | 0.10 | 28.00 |
| 12-23-08 | Review incoming pleadings and correspondence. | EM | 0.10 | 23.00 |
| 12-24-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 20, 2009
Invoice #980874
Page 11

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-24-08 | Email correspondence with JLE regarding distributions | DAO | 0.20 | 56.00 |
| 12-24-08 | Follow up email to professionals regarding wire instructions | DAO | 0.10 | 28.00 |
| 12-24-08 | Review allocation analysis for directions to L. Robinson | DAO | 0.30 | 84.00 |
| 12-24-08 | Call with JLE regarding review of allocation analysis for directions to L. Robinson | DAO | 0.10 | 28.00 |
| 12-24-08 | Email BMC regarding allocation analysis | DAO | 0.10 | 28.00 |
| 12-24-08 | Email correspondence with JLE and L. Robinson regarding our fees | DAO | 0.20 | 56.00 |
| 12-24-08 | Email L. Robinson regarding CTG distribution | DAO | 0.10 | 28.00 |
| 12-24-08 | Email L. Robinson regarding distributions | DAO | 0.20 | 56.00 |
| 12-26-08 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 12-29-08 | Email JLE regarding wire instructions | DAO | 0.10 | 28.00 |
| 12-29-08 | Follow up with professionals regarding distributions | DAO | 0.10 | 28.00 |
| 12-29-08 | Email to L. Robinson regarding Deloitte's wire instructions | DAO | 0.10 | 28.00 |
| 12-29-08 | Email Deloitte regarding wire instructions | DAO | 0.10 | 28.00 |
| 12-30-08 | OC with L. Robinson regarding distributions | DAO | 0.10 | 28.00 |
| 12-31-08 | Email correspondence with Kurt Gwynne at Reed Smith regarding wire instructions | DAO | 0.10 | 28.00 |
| 12-31-08 | Email L. Robinson regarding wire instructions | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     February 20, 2009
Re: Chapter 11 Representation                                    Invoice #980874
File # 33006-00001- NBG                                                Page 12

|    | Date | Description of Services | Atty | Hours | Amount |
|----|------|------------------------|------|-------|--------|
| CH | Court Hearings | | | | |
|    | 12-02-08 | TC with K. Mangan regarding agenda for 12/8 hearing | JLE | 0.10 | 48.50 |
|    | 12-02-08 | Communication with DAO regarding agenda for hearing | JLE | 0.20 | 97.00 |
|    | 12-02-08 | Email EM regarding agenda for 12/8 hearing | DAO | 0.10 | 28.00 |
|    | 12-02-08 | Call counsel for XL Insurance regarding status of motion | DAO | 0.10 | 28.00 |
|    | 12-03-08 | Prepare draft agenda for December 8th hearing; Discussions with D. O'Brien regarding agenda. | EM | 1.00 | 230.00 |
|    | 12-03-08 | Review and comment on draft agenda for 12/8 hearings | NBG | 0.10 | 76.50 |
|    | 12-03-08 | Review agenda for 12-08-08 hearing | JLE | 0.20 | 97.00 |
|    | 12-03-08 | Review/revise agenda | DAO | 0.20 | 56.00 |
|    | 12-03-08 | OC with EM regarding agenda | DAO | 0.20 | 56.00 |
|    | 12-03-08 | OC with EM regarding agenda | DAO | 0.30 | 84.00 |
|    | 12-04-08 | Finalize agenda for filing; Discussions with D. O'Brien; Review e-mail from J. Edmonson. | EM | 1.00 | 230.00 |
|    | 12-04-08 | Prepare agenda and CNO binders for submission. | EM | 0.80 | 184.00 |
|    | 12-04-08 | Review/revise amended agenda | NBG | 0.10 | 76.50 |
|    | 12-04-08 | Review revised hearing agenda and provide comments to E. Miranda | JLE | 0.20 | 97.00 |
|    | 12-04-08 | Email EM regarding hearing binder | DAO | 0.10 | 28.00 |
|    | 12-04-08 | Review hearing binder | DAO | 0.20 | 56.00 |
|    | 12-04-08 | OC with EM regarding agenda | DAO | 0.20 | 56.00 |
|    | 12-04-08 | Review/revise agenda | DAO | 0.20 | 56.00 |
|    | 12-04-08 | Email EM regarding agenda | DAO | 0.10 | 28.00 |
|    | 12-05-08 | Review and comment on | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                               Invoice #980874
File # 33006-00001- NBG                                           Page 13

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|          | amended agenda | JLE | 0.20 | 97.00 |
| 12-05-08 | Email to, from Edmonson regarding coverage of 12/8 hearings | NBG | 0.10 | 76.50 |
| 12-05-08 | Review amended agenda we filed today regarding 12/8 hearings | NBG | 0.20 | 153.00 |
| 12-05-08 | Prepare amended agenda; Circulate for review. | EM | 0.30 | 69.00 |
| 12-05-08 | Scan and e-file amended agenda; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| 12-05-08 | Review amended agenda/docket | DAO | 0.10 | 28.00 |
| 12-05-08 | Email correspondence with J. Lewis regarding XL Insurance matter status | DAO | 0.20 | 56.00 |
| 12-05-08 | Email EM regarding amended agenda | DAO | 0.10 | 28.00 |
| 12-05-08 | OC with EM regarding amended agenda | DAO | 0.10 | 28.00 |
| 12-05-08 | Review/revise amended agenda | DAO | 0.20 | 56.00 |
| 12-05-08 | Attention to filing amended agenda | DAO | 0.20 | 56.00 |
| 12-07-08 | Report from J. Edmonson regarding today's hearing and Judge Gross appointing mediator for fee review | NBG | 0.20 | 153.00 |
| 12-08-08 | Prepare for hearing on motions for relief from stay, motion for reconsideration | JLE | 0.80 | 388.00 |
| 12-08-08 | Attend hearing | JLE | 1.70 | 824.50 |
| 12-08-08 | OC with JLE regarding hearing summary | DAO | 0.10 | 28.00 |
| 12-11-08 | Discussion with D. O'Brien; Prepare notice of hearing regarding Ohio Department of Taxation claims; Calendar hearing and agenda | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                 February 20, 2009
Re: Chapter 11 Representation                            Invoice #980874
File # 33006-00001- NBG                                        Page 14

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | deadlines. | EM | 0.30 | 69.00 |
| | 12-11-08 | OC with EM regarding notice of hearing on Ohio objection | DAO | 0.10 | 28.00 |
| | 12-12-08 | Review/revise notice of hearing | DAO | 0.20 | 56.00 |
| | 12-12-08 | Circulate notice of hearing to JLE | DAO | 0.10 | 28.00 |
| | 12-12-08 | Revise notice of hearing per JLE comments | DAO | 0.30 | 84.00 |
| | 12-12-08 | Review/revise notice of hearing on Ohio objection | DAO | 0.20 | 56.00 |
| | 12-12-08 | Email JLE regarding notice of hearing on Ohio objection | DAO | 0.10 | 28.00 |
| | 12-12-08 | Circulate draft notice of hearing to NBG | DAO | 0.10 | 28.00 |
| CI | Creditor Inquiries | | | | |
| | 12-11-08 | Call with creditor regarding effective date | DAO | 0.10 | 28.00 |
| | 12-12-08 | Call with creditor regarding effective date | DAO | 0.10 | 28.00 |
| | 12-26-08 | Return creditor inquiry | DAO | 0.10 | 28.00 |
| FA1 | TBF Fee Applications/Compensation | | | | |
| | 12-01-08 | Emails with DAO and JLE regarding preparation of Bayard's October monthly fee application. | JBS | 0.10 | 13.50 |
| | 12-01-08 | Email correspondence with J. Sanderson regarding October fee application | DAO | 0.20 | 56.00 |
| | 12-01-08 | Email JLE regarding regarding October fee application | DAO | 0.10 | 28.00 |
| | 12-03-08 | Prepare first version of Bayard's October monthly fee application for JLE review. | JBS | 1.50 | 202.50 |
| | 12-03-08 | Emails with JLE and DAO regarding status of Bayard's | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)              February 20, 2009
Re: Chapter 11 Representation                          Invoice #980874
File # 33006-00001- NBG                                        Page 15

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | October monthly fee application. | JBS | 0.10 | 13.50 |
| 12-05-08 | OC with EM regarding fee application deadlines | DAO | 0.10 | 28.00 |
| 12-09-08 | Review and revise October time descriptions and fee application | JLE | 1.60 | 776.00 |
| 12-09-08 | Email communications with DAO, EM and J. Sanderson regarding fee application | JLE | 0.20 | 97.00 |
| 12-09-08 | Email JLE and J. Sanderson regarding fee applications/deadlines | DAO | 0.20 | 56.00 |
| 12-10-08 | Revise Bayard's October monthly fee application per JLE instructions. | JBS | 0.60 | 81.00 |
| 12-10-08 | Emails with DAO regarding preparation of Bayard's fourth interim (quarterly) fee application. | JBS | 0.10 | 13.50 |
| 12-10-08 | Prepare Bayard's fourth interim fee application for DAO review. | JBS | 0.60 | 81.00 |
| 12-10-08 | Email JLE regarding October fee application | DAO | 0.10 | 28.00 |
| 12-10-08 | OC with JLE regarding fee applications/distribution | DAO | 0.10 | 28.00 |
| 12-10-08 | Email J. Sanderson regarding November estimates | DAO | 0.10 | 28.00 |
| 12-10-08 | Email JLE regarding status of allocation analysis | DAO | 0.10 | 28.00 |
| 12-10-08 | Review October fee application for clarity and confidentiality | DAO | 0.50 | 140.00 |
| 12-11-08 | Emails with JLE regarding estimate of Bayard's December fees and expenses. | JBS | 0.10 | 13.50 |
| 12-11-08 | Review email from DAO regarding October monthly | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                                Invoice #980874
File # 33006-00001- NBG                                              Page 16

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | and fourth interim fee applications | JLE | 0.10 | 48.50 |
| 12-11-08 | Review October fee application for clarity and confidentiality | DAO | 0.80 | 224.00 |
| 12-11-08 | Review 4th interim fee application | DAO | 0.30 | 84.00 |
| 12-11-08 | Email NBG regarding revised fee applications | DAO | 0.20 | 56.00 |
| 12-12-08 | Revise Bayard's October monthly fee application per DAO instructions. | JBS | 0.70 | 94.50 |
| 12-12-08 | Revise Bayard's fourth quarterly fee application. | JBS | 0.20 | 27.00 |
| 12-12-08 | Review/revise third quarterly fee application and Oct. application and OC - D. O' Brien regarding same | NBG | 0.50 | 382.50 |
| 12-12-08 | Email NBG/JLE regarding fee applications | DAO | 0.10 | 28.00 |
| 12-12-08 | Email EM regarding fee applications | DAO | 0.10 | 28.00 |
| 12-15-08 | Review our fee applications as filed today; attention to Nov. time records | NBG | 0.20 | 153.00 |
| 12-15-08 | Scan and e-file Twelfth monthly Fee Application of Bayard. | EM | 0.30 | 69.00 |
| 12-15-08 | Scan and e-file Fourth Interim Fee Application of Bayard; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| 12-15-08 | Prepare fee applications for filing and draft notice of hearing | DAO | 1.00 | 280.00 |
| 12-15-08 | Attention to filing interim fee application | DAO | 0.10 | 28.00 |
| 12-15-08 | Attention to filing monthly fee application | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                      February 20, 2009
Re: Chapter 11 Representation                                    Invoice #980874
File # 33006-00001- NBG                                                Page 17

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-16-08 | Scan and e-file certification of no objection regarding Eleventh Monthly Fee Statement of Bayard. | EM | 0.30 | 69.00 |
| 12-16-08 | Review certification of no objection for 11th fee application | DAO | 0.10 | 28.00 |
| 12-16-08 | Review docket for objections to 11th fee application | DAO | 0.10 | 28.00 |
| 12-16-08 | Attention to filing certification of no objection for 11th fee application | DAO | 0.10 | 28.00 |
| 12-22-08 | Emails regarding our fee application and calendaring deadline to file final | NBG | 0.10 | 76.50 |
| 12-26-08 | Review CNO to Bayard's October monthly fee application and update fee application summary chart accordingly. | JBS | 0.10 | 13.50 |
| 12-26-08 | Emails with DAO regarding reviewing of exhibits to Bayard's November monthly fee application. | JBS | 0.10 | 13.50 |
| 12-26-08 | Prepare first version of Bayard's November fee application for JLE review. | JBS | 1.10 | 148.50 |
| 12-26-08 | Email J. Sanderson regarding November fee application | DAO | 0.10 | 28.00 |
| 12-26-08 | Email EM regarding November fee application | DAO | 0.10 | 28.00 |
| 12-29-08 | Review and revise November fee application | JLE | 0.90 | 436.50 |
| 12-31-08 | Review fee application for clarity and confidentiality and revise same | DAO | 0.80 | 224.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 20, 2009
Invoice #980874
Page 18

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| FA2 | | Other Professional Fee Apps | | | |
| | 12-01-08 | Emails to O'Brien, Edmonson regarding distribution of remaining carve-out and with Lorry regarding same | NBG | 0.10 | 76.50 |
| | 12-03-08 | Emails to Committee counsel and CTG and DT regarding accrued fees; email from Robotti regarding same; emails from Serette and Lewis | NBG | 0.30 | 229.50 |
| | 12-03-08 | Review e-mails from professionals regarding fees through November | JLE | 0.30 | 145.50 |
| | 12-11-08 | Emails with Califano, O'Brien and Edmonson regarding distribution of carve out funds | NBG | 0.20 | 153.00 |
| | 12-15-08 | Email to Edmonson regarding necessary revisions to chart of allocation of remaining carve-out | NBG | 0.10 | 76.50 |
| | 12-15-08 | Review revised carve-out allocation and emails regarding same with JE and one more addition | NBG | 0.20 | 153.00 |
| | 12-16-08 | Emails with Polsky and TC - Gwynne regarding carve-out distributions | NBG | 0.20 | 153.00 |
| | 12-16-08 | Prepare draft certification of no objection regarding Bayard's Eleventh Monthly Fee application. | EM | 0.20 | 46.00 |
| | 12-22-08 | More emails regarding revised carve-out distribution with Edmonson | NBG | 0.10 | 76.50 |
| | 12-22-08 | Review D. O'Brien email to all professionals and attached chart | NBG | 0.10 | 76.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     February 20, 2009
Re: Chapter 11 Representation                                 Invoice #980874
File # 33006-00001- NBG                                       Page 19

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | 12-24-08 | Emails with O'Brien and Daniel and Robinson regarding revised fee distribution chart and instructions to bookkeeping | NBG | 0.20 | 153.00 |
| MR | | Stay Relief Matters | | | |
| | 12-01-08 | Read Zeinfeld's and Schwartz's response to motion of Illinois National Insurance Co. to withdraw stay lift motion | NBG | 0.20 | 153.00 |
| | 12-02-08 | Review XL Insurance stay relief motion and response | DAO | 0.20 | 56.00 |
| | 12-03-08 | Read reply of Illinois National Insurance Company in support of its motion to withdraw motion for stay relief and read Lewis' email | NBG | 0.20 | 153.00 |
| | 12-03-08 | Review e-mail from D. O'Brien re:  objection to XL motion for relief from stay | JLE | 0.10 | 48.50 |
| | 12-03-08 | Review e-mails from J. Lewis and XL counsel re: extension of deadline to respond to motion for relief from stay | JLE | 0.20 | 97.00 |
| | 12-05-08 | Review committee's objection to XL motion for relief from stay | JLE | 0.60 | 291.00 |
| | 12-05-08 | Read Committee's response/objection to director and officer insurer's stay lift motion to pay defense costs and email to Gwynne regarding same | NBG | 0.20 | 153.00 |
| | 12-09-08 | Review order conditionally approving withdrawal of Ill. | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 20, 2009
Invoice #980874
Page 20

|    | Date | Description of Services | Atty | Hours | Amount |
|----|------|------------------------|------|-------|--------|
|    |          | Ins. Co's stay lift motion | NBG | 0.10 | 76.50 |
|    | 12-12-08 | Review order conditionally approving withdrawal of Illinois National motion for relief from stay | JLE | 0.20 | 97.00 |
|    | 12-21-08 | Read Schwarz and Zeinfeld's Motion to Amend Order Conditionally Approving Withdrawal of Motion of Illinois Insurance Company to Advance Defense Costs and Exhibits | NBG | 0.20 | 153.00 |
| PC | Claims Analysis and Resolution | | | | |
|    | 12-01-08 | Call from and to D. Lorry regarding tax claim of Ohio and check on status with JLE regarding same and instructions regarding same | NBG | 0.20 | 153.00 |
|    | 12-01-08 | Email JLE regarding Ohio settlement status | DAO | 0.10 | 28.00 |
|    | 12-01-08 | Email V. Garry regarding Ohio settlement status | DAO | 0.20 | 56.00 |
|    | 12-01-08 | Call with V. Garry regarding Ohio settlement status | DAO | 0.10 | 28.00 |
|    | 12-02-08 | Email from, to D. O'Brien regarding hearing on Ohio tax claim | NBG | 0.10 | 76.50 |
|    | 12-02-08 | Review and attend to handling of administrative claim demand made by Mass. for postpetition tax liability and instructions to D. O'Brien regarding how to handle | NBG | 0.20 | 153.00 |
|    | 12-02-08 | OC with J. Carrera regarding Massachusetts Tax claim | DAO | 0.10 | 28.00 |
|    | 12-02-08 | Email JLE/NBG regarding Massachusetts Tax claim | DAO | 0.20 | 56.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 20, 2009
Re: Chapter 11 Representation                              Invoice #980874
File # 33006-00001- NBG                                          Page 21

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-02-08 | Review priority claims list | DAO | 0.20 | 56.00 |
| 12-03-08 | Review certification of no objection for Pennsylvania stipulation 9019 | DAO | 0.10 | 28.00 |
| 12-03-08 | Review docket for objections to 9019 motion to approve Pennsylvania stipulation | DAO | 0.10 | 28.00 |
| 12-03-08 | Attention to filing CNO for 9019 motion to approve Pennsylvania stipulation | DAO | 0.10 | 28.00 |
| 12-04-08 | Review order entered approving settlement with PA; email to D. O'Brien regarding getting hearing date on Ohio claim | NBG | 0.10 | 76.50 |
| 12-12-08 | Review and approve form of notice of hearing on objection to Ohio tax claim; instructions to J. Edmonson regarding same | NBG | 0.10 | 76.50 |
| 12-12-08 | Review docket for Ohio claim information | DAO | 0.10 | 28.00 |
| 12-15-08 | Review notice of hearing on Ohio tax claim and email to Dom Pacitti regarding same | NBG | 0.10 | 76.50 |
| 12-31-08 | Emails from, to Lorry, Agay, Pawlitz, Moir, K. Haithcock regarding certain priority claims; briefly check plan provisions | NBG | 0.30 | 229.50 |

PL    Plan
| | | | | |
|------|------------------------|------|-------|--------|
| 12-01-08 | Emails from, to Pacitti, Lewis, Lorry, Paulitz, Branzburg regarding remaining items to go effective and review remaining Adeptio comments on note | NBG | 0.40 | 306.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 20, 2009
Re: Chapter 11 Representation                            Invoice #980874
File # 33006-00001- NBG                                          Page 22

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | 12-01-08 | More correspondence with Lorry and from and to O'Brien and Edmonson regarding applications of carve-out and distributions to be made on Effective Date; check Adeptio's calculations | NBG | 0.30 | 229.50 |
| | 12-01-08 | Call with Tal Sapeika at Weil Gotshal regarding effective date | DAO | 0.10 | 28.00 |
| | 12-26-08 | Email to Pacitti regarding Effective Date, serving notice of same and from him regarding same | NBG | 0.10 | 76.50 |
| | 12-29-08 | E-mails regarding plan going effective with Committee and Trustee's counsel and instructions regarding filing notice of effective dates | NBG | 0.20 | 153.00 |
| | 12-31-08 | Email to Pacitti regarding effective date | NBG | 0.10 | 76.50 |
| TR | | Trustee Reporting/Schedules | | | |
| | 12-02-08 | Emails with Robotti regarding preparing MOR for Nov. and open issues to resolve by Effective Date | NBG | 0.20 | 153.00 |
| | 12-02-08 | Attention to emails regarding U.S. Trustee fees | DAO | 0.20 | 56.00 |
| | 12-04-08 | Email from Engelhardt regarding Nov. MOR, review and instructions regarding getting it signed by Pardo, email to Pardo | NBG | 0.20 | 153.00 |
| | 12-04-08 | Email Joe Pardo regarding November monthly operating report | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                              Invoice #980874
File # 33006-00001- NBG                                          Page 23

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-04-08 | Email JLE regarding November monthly operating report | DAO | 0.10 | 28.00 |
| 12-04-08 | Review November monthly operating report | DAO | 0.10 | 28.00 |
| 12-10-08 | Email Joe Pardo regarding November monthly operating report | DAO | 0.10 | 28.00 |
| 12-11-08 | Review operating report as filed | NBG | 0.10 | 76.50 |
| 12-11-08 | Email J. Pardo regarding November monthly operating report | DAO | 0.10 | 28.00 |
| 12-11-08 | Review and prepare November monthly fee application for filing | DAO | 0.30 | 84.00 |
| 12-11-08 | Attention to filing November monthly operating report | DAO | 0.10 | 28.00 |
| 12-16-08 | Email NBG/JLE regarding CTG statement filing | DAO | 0.10 | 28.00 |
| 12-16-08 | Prepare CTG statement/notice for filing | DAO | 0.30 | 84.00 |
| 12-16-08 | Attention to filing CTG statement/notice | DAO | 0.10 | 28.00 |

Total Fees                    $        23,476.00

##### ***** Fee Recap by Activity Code *****

|  |  | Hours | Rate | Amount |
|--|--|-------|------|--------|
| BO | Business Operations | | | |
|  | Edith Miranda | 0.30 | 230.00 | 69.00 |
|  |  | Subtotal | $ | 69.00 |
| CA | Case Administration | | | |
|  | Neil B Glassman | 1.90 | 765.00 | 1,453.50 |
|  | Jamie L. Edmonson | 6.20 | 485.00 | 3,007.00 |
|  | Daniel A. O'Brien | 13.80 | 280.00 | 3,864.00 |
|  | Edith Miranda | 3.60 | 230.00 | 828.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                              Invoice #980874
File # 33006-00001- NBG                                              Page 24

***** Fee Recap by Activity Code *****

|  | Hours | Rate | Amount |
|---|---|---|---|
| Jacqueline Lately | 0.80 | 145.00 | 116.00 |
| Subtotal | | $ | 9,268.50 |
| **CH    Court Hearings** | | | |
| Neil B Glassman | 0.70 | 765.00 | 535.50 |
| Jamie L. Edmonson | 3.40 | 485.00 | 1,649.00 |
| Daniel A. O'Brien | 3.80 | 280.00 | 1,064.00 |
| Edith Miranda | 3.70 | 230.00 | 851.00 |
| Subtotal | | $ | 4,099.50 |
| **CI    Creditor Inquiries** | | | |
| Daniel A. O'Brien | 0.30 | 280.00 | 84.00 |
| Subtotal | | $ | 84.00 |
| **FA1    TBF Fee Applications/Compensat** | | | |
| Neil B Glassman | 0.80 | 765.00 | 612.00 |
| Jamie L. Edmonson | 2.80 | 485.00 | 1,358.00 |
| Daniel A. O'Brien | 5.50 | 280.00 | 1,540.00 |
| Edith Miranda | 0.90 | 230.00 | 207.00 |
| James B Sanderson | 5.30 | 135.00 | 715.50 |
| Subtotal | | $ | 4,432.50 |
| **FA2    Other Professional Fee Apps** | | | |
| Neil B Glassman | 1.50 | 765.00 | 1,147.50 |
| Jamie L. Edmonson | 0.30 | 485.00 | 145.50 |
| Edith Miranda | 0.20 | 230.00 | 46.00 |
| Subtotal | | $ | 1,339.00 |
| **MR    Stay Relief Matters** | | | |
| Neil B Glassman | 0.90 | 765.00 | 688.50 |
| Jamie L. Edmonson | 1.10 | 485.00 | 533.50 |
| Daniel A. O'Brien | 0.20 | 280.00 | 56.00 |
| Subtotal | | $ | 1,278.00 |
| **PC    Claims Analysis and Resolution** | | | |
| Neil B Glassman | 1.10 | 765.00 | 841.50 |
| Daniel A. O'Brien | 1.30 | 280.00 | 364.00 |
| Subtotal | | $ | 1,205.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
Re: Chapter 11 Representation                              Invoice #980874
File # 33006-00001- NBG                                        Page 25

## ***** Fee Recap by Activity Code *****

|       |                  | Hours | Rate   |    | Amount    |
|-------|------------------|-------|--------|----|-----------|
| PL    | Plan             |       |        |    |           |
|       | Neil B Glassman  | 1.10  | 765.00 |    | 841.50    |
|       | Daniel A. O'Brien| 0.10  | 280.00 |    | 28.00     |
|       |                  |       |        |    |           |
|       | Subtotal         |       |        | $  | 869.50    |
| TR    | Trustee Reporting/Schedules | |    |    |           |
|       | Neil B Glassman  | 0.50  | 765.00 |    | 382.50    |
|       | Daniel A. O'Brien| 1.60  | 280.00 |    | 448.00    |
|       |                  |       |        |    |           |
|       | Subtotal         |       |        | $  | 830.50    |
|       |                  |       |        |    | ------------ |
|       | Total Fees       |       |        | $  | 23,476.00 |

| Disbursement Description          | Amount  |
|-----------------------------------|---------|
| Copies                            | 316.80  |
| Delivery Charges                  | 10.00   |
| Federal Express                   | 47.02   |
| Outside Fax Charges               | 18.72   |
| Pacer Document Downloads          | 0.80    |
| Phone                             | 1.00    |
| Postage                           | 270.94  |
| Print Images                      | 41.10   |
|                                   | ------------ |
| Total Disbursements          $    | 706.38  |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 20, 2009
Invoice #980874
Page 26

### Monthly Summary of Professional Fees

| Attorney | 12-08 | Total |
|---|---|---|
| Glassman, Neil B | 6502.50 | 6502.50 |
| O'Brien, Daniel A. | 7448.00 | 7448.00 |
| Edmonson, Jamie L. | 6693.00 | 6693.00 |
| Sanderson, James B | 715.50 | 715.50 |
| Lately, Jacqueline | 116.00 | 116.00 |
| Miranda, Edith | 2001.00 | 2001.00 |
| | | |
| Total Fees | 23476.00 | 23476.00 |

### Monthly Summary of Fees

| Description | 12-08 | Total |
|---|---|---|
| Business Operations | 69.00 | 69.00 |
| Case Administration | 9268.50 | 9268.50 |
| Court Hearings | 4099.50 | 4099.50 |
| Creditor Inquiries | 84.00 | 84.00 |
| TBF Fee Applications/Co | 4432.50 | 4432.50 |
| Other Professional Fee | 1339.00 | 1339.00 |
| Stay Relief Matters | 1278.00 | 1278.00 |
| Claims Analysis and Res | 1205.50 | 1205.50 |
| Plan | 869.50 | 869.50 |
| Trustee Reporting/Sched | 830.50 | 830.50 |
| | | |
| Total Fees | 23476.00 | 23476.00 |

Exhibit B

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 20, 2009
File # 33006-00001- NBG

|                   |                     | Rate   | Hours  | Amount    |
|-------------------|---------------------|--------|--------|-----------|
| Neil B Glassman   | Director            | 765.00 | 8.50   | 6,502.50  |
| Jamie L. Edmonson | Senior Counsel      | 485.00 | 13.80  | 6,693.00  |
| Daniel A. O'Brien | Associate           | 280.00 | 26.60  | 7,448.00  |
| Edith Miranda     | Paralegal           | 230.00 | 8.70   | 2,001.00  |
| Jacqueline Lately | Case Management Asst | 145.00 | 0.80  | 116.00    |
| James B Sanderson | Billing Specialist  | 135.00 | 5.30   | 715.50    |
|                   | Totals              |        | 63.70  | 23,476.00 |

CHECKS MAY BE PAYABLE TO **BAYARD**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          February 20, 2009
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Business Operations | 0.30 | 69.00 |
| Case Administration | 26.30 | 9,268.50 |
| Court Hearings | 11.60 | 4,099.50 |
| Creditor Inquiries | 0.30 | 84.00 |
| TBF Fee Applications/Compensation | 15.30 | 4,432.50 |
| Other Professional Fee Apps | 2.00 | 1,339.00 |
| Stay Relief Matters | 2.20 | 1,278.00 |
| Claims Analysis and Resolution | 2.40 | 1,205.50 |
| Plan | 1.20 | 869.50 |
| Trustee Reporting/Schedules | 2.10 | 830.50 |
| | ----------- | ------------- |
| | 63.70 | 23,476.00 |
| | =========== | ============= |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
File # 33006-00001- NBG

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | 316.80 |
| Delivery Charges | 10.00 |
| Federal Express | 47.02 |
| Outside Fax Charges | 18.72 |
| Pacer Document Downloads | 0.80 |
| Phone | 1.00 |
| Postage | 270.94 |
| Print Images | 41.10 |
| Total Expenses         $ | 706.38 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 12-01-08 | Print Images | 0.70 |
| 12-01-08 | Print Images | 0.60 |
| 12-03-08 | Print Images | 0.70 |
| 12-03-08 | Print Images | 0.70 |
| 12-04-08 | Copies;  Start Meter = 1043784 | 21.70 |
| 12-04-08 | Print Images | 0.70 |
| 12-04-08 | Print Images | 2.30 |
| 12-04-08 | Copies;  Start Meter = 1105221 | 0.80 |
| 12-04-08 | Copies;  Start Meter = 1044089 | 22.70 |
| 12-04-08 | Print Images | 1.30 |
| 12-04-08 | Copies;  Start Meter = 1045914 | 39.10 |
| 12-04-08 | Postage | 63.00 |
| 12-04-08 | Federal Express | 23.51 |
| 12-05-08 | Print Images | 0.70 |
| 12-05-08 | Print Images | 0.70 |
| 12-05-08 | Print Images | 0.80 |
| 12-05-08 | Print Images | 0.70 |
| 12-05-08 | Copies;  Start Meter = 119565 | 0.40 |
| 12-05-08 | Copies;  Start Meter = 1046422 | 2.90 |
| 12-05-08 | Copies;  Start Meter = 1046451 | 1.10 |
| 12-05-08 | Federal Express | 23.51 |
| 12-08-08 | Print Images | 0.70 |
| 12-08-08 | Print Images | 0.90 |
| 12-08-08 | Print Images | 0.80 |
| 12-08-08 | Copies;  Start Meter = 1125849 | 9.30 |
| 12-08-08 | Postage | 53.95 |
| 12-08-08 | Postage | 15.00 |
| 12-08-08 | Delivery Charges | 10.00 |
| 12-09-08 | Print Images | 0.70 |
| 12-09-08 | Copies;  Start Meter = 1057964 | 13.10 |
| 12-09-08 | Postage | 53.12 |
| 12-10-08 | Print Images | 0.70 |
| 12-10-08 | Print Images | 1.10 |
| 12-10-08 | Print Images | 8.10 |
| 12-10-08 | Print Images | 1.40 |
| 12-10-08 | Print Images | 0.60 |
| 12-11-08 | Copies;  Start Meter = 120655 | 7.90 |
| 12-11-08 | Postage | 5.85 |
| 12-11-08 | Copies;  Start Meter = 1103654 | 75.40 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 20, 2009
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 12-11-08 | Phone | 0.20 |
| 12-12-08 | Print Images | 0.70 |
| 12-12-08 | Print Images | 1.10 |
| 12-12-08 | Print Images | 8.10 |
| 12-12-08 | Print Images | 0.60 |
| 12-12-08 | Print Images | 0.60 |
| 12-15-08 | Copies;   Start Meter = 1110007 | 20.10 |
| 12-15-08 | Copies;   Start Meter = 1181061 | 99.10 |
| 12-15-08 | Postage | 21.24 |
| 12-15-08 | Postage | 54.78 |
| 12-16-08 | Copies;   Start Meter = 1118290 | 2.50 |
| 12-16-08 | Postage | 4.00 |
| 12-16-08 | Phone | 0.20 |
| 12-17-08 | Copies;   Start Meter = 122182 | 0.70 |
| 12-18-08 | Phone | 0.20 |
| 12-18-08 | Phone | 0.20 |
| 12-18-08 | Phone | 0.20 |
| 12-22-08 | Print Images | 0.70 |
| 12-22-08 | Print Images | 0.70 |
| 12-26-08 | Print Images | 1.10 |
| 12-26-08 | Print Images | 2.60 |
| 12-31-08 | Outside Fax Charges | 18.72 |
| 12-31-08 | Pacer Document Downloads | 0.80 |

Total Disbursements    $    706.38

Exhibit C

# Project Categories By Task Code

| | | |
|---|---|---|
| AA | - | Asset Analysis & Recovery |
| AP | - | Litigation & Adversary Proceedings |
| BO | - | Business Operations |
| CA | - | Case Administration |
| CH | - | Court Hearings |
| CI | - | Creditor Inquiries |
| CR | - | Cash Collateral & DIP Financing |
| DS | - | Disclosure Statement |
| EA1 | - | Employment Application of The Bayard Firm |
| EA2 | - | Employment Application of Other Professionals |
| EB | - | Employee Matters |
| EC | - | Lease & Executory Contract Issues |
| FA1 | - | Fee Application of The Bayard Firm |
| FA2 | - | Fee Application of Other Professionals |
| MA | - | General Corporate Matters |
| MC | - | Meetings of Creditors |
| MR | - | Stay Relief Matters |
| NT | - | Non-Working Travel |
| PC | - | Claims, Analysis, Objections & Resolutions |
| PL | - | Plan |
| SA | - | Use, Sale or Lease of Property |
| TR | - | Trustee Reporting & Schedules |
| UM | - | Utility Matters |