# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| SN LIQUIDATION, INC., *et al.*, : | Cases No. 07-11666 (KG) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| : | **Objection Deadline: March 12, 2009 at 4:00 p.m.** |
| : | **Hearing Date: Only if an objection is filed.** |

## NOTICE OF APPLICATION

**TO:**   All Parties Listed on the Attached Certificate of Service

Bayard, P.A. has filed the attached **Fourteenth Monthly Fee Statement of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from December 1, 2008 Through December 31, 2008** (the "Application"). Responses or objections to the Application, if any, are to be filed on or before **March 12, 2009 at 4:00 p.m.** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 20, 2009
    Wilmington, Delaware

**BAYARD, P.A.**

By: /s/ Daniel O'Brien
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

Counsel to the Debtors

{BAY:01254010v1}