# Exhibit A

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

February 25, 2009

SN Liquidation, Inc. (fka InPhonic, Inc.)
1010 Wisconsin Avenue NW
Suite 600
Washington, DC 20007

Re: Chapter 11 Representation                    Invoice #    980980
File # 33006-00001 - NBG

For Services Rendered Through  January 31, 2009

| | | |
|---|---|---|
| Previous Balance Forward | | $  653,887.60 |
| Current Fees | 18,027.00 | |
| Current Disbursements | 728.90 | |
| | ------------ | |
| Total Amount Due | | $  672,643.50 |
| | | ========== |

            Trust Account Balance    $   5,599.27

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)          February 25, 2009
File # 33006-00001- NBG

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| Neil B Glassman | Director | 765.00 | 9.30 | 7,114.50 |
| Jamie L. Edmonson | Senior Counsel | 485.00 | 4.10 | 1,988.50 |
| GianClaudio Finizio | Associate | 375.00 | 7.10 | 2,662.50 |
| Daniel A. O'Brien | Associate | 280.00 | 15.70 | 4,396.00 |
| Tiffany N Matthews | Paralegal | 230.00 | 0.30 | 69.00 |
| Edith Miranda | Paralegal | 230.00 | 7.40 | 1,702.00 |
| James B Sanderson | Billing Specialist | 135.00 | 0.70 | 94.50 |
| | Totals | | 44.60 | 18,027.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 0.40 | 250.00 |
| Case Administration | 15.80 | 5,460.00 |
| Court Hearings | 6.20 | 2,248.00 |
| Creditor Inquiries | 0.30 | 84.00 |
| TBF Fee Applications/Compensation | 5.60 | 1,866.50 |
| Other Professional Fee Apps | 0.10 | 76.50 |
| Claims Analysis and Resolution | 14.30 | 6,948.00 |
| Plan | 0.90 | 543.00 |
| Trustee Reporting/Schedules | 1.00 | 551.00 |
| | ----------- | ------------- |
| | 44.60 | 18,027.00 |
| | =========== | ============= |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
Re: Chapter 11 Representation                                    Invoice #980980
File # 33006-00001- NBG                                                   Page 2

|    | Date | Description of Services | Atty | Hours | Amount |
|----|------|-------------------------|------|-------|--------|
| AP | | Litigation/Adversary Proceeding | | | |
| | 01-14-09 | Review pleadings filed in X Prize litigation and forward to Pacitti | NBG | 0.20 | 153.00 |
| | 01-15-09 | Draft letter to D. Pacitti regarding request for continued status conference regarding X Prize litigation | JLE | 0.20 | 97.00 |
| CA | | Case Administration | | | |
| | 01-04-09 | Review docket for case status and critical dates | DAO | 0.20 | 56.00 |
| | 01-05-09 | Review docket; Draft critical dates memorandum and circulate same. | EM | 0.50 | 115.00 |
| | 01-05-09 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| | 01-05-09 | Review/comment on updated critical date schedule and emails from and to E. Miranda and to K. Mirto regarding same | NBG | 0.10 | 76.50 |
| | 01-05-09 | Call with Kenny C. at DTC regarding effective date and equity treatment under plan | DAO | 0.20 | 56.00 |
| | 01-05-09 | Review plan document and Ohio claims information for conference call with liquidation trust counsel | DAO | 1.20 | 336.00 |
| | 01-05-09 | OC with JLE regarding conference call with liquidation trust counsel | DAO | 0.20 | 56.00 |
| | 01-05-09 | Conference call with counsel to liquidation trust | DAO | 0.30 | 84.00 |
| | 01-05-09 | Review Deloitte wire confirmation and email Dan Polsky regarding same | DAO | 0.30 | 84.00 |
| | 01-06-09 | Review e-filings, docket | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     February 25, 2009
Re: Chapter 11 Representation                                    Invoice #980980
File # 33006-00001- NBG                                                 Page 3

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | update | NBG | 0.10 | 76.50 |
| 01-06-09 | Draft letter to DTCC regarding equity interests | DAO | 0.30 | 84.00 |
| 01-07-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 01-07-09 | Update critical dates memorandum | EM | 0.10 | 23.00 |
| 01-08-09 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| 01-09-09 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 01-09-09 | Review docket for case update | DAO | 0.20 | 56.00 |
| 01-09-09 | Draft letter to DTCC regarding plan treatment | DAO | 0.60 | 168.00 |
| 01-09-09 | Email J. Carrera about letter to DTCC regarding plan treatment | DAO | 0.10 | 28.00 |
| 01-09-09 | Review/revise letter to DTCC regarding plan treatment | DAO | 0.10 | 28.00 |
| 01-09-09 | Email correspondence with Kenny Chiu at DTCC regarding plan treatment and corresponding letter | DAO | 0.30 | 84.00 |
| 01-12-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 01-13-09 | Review docket; Update critical dates memorandum. | EM | 0.50 | 115.00 |
| 01-13-09 | Scan and e-file Clear Thinking Group's Monthly Compensation and Expense report for December 2008; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| 01-13-09 | TCs with J. Pawlitz regarding employee claims and Ohio Department of Revenue; effective date | JLE | 0.20 | 97.00 |
| 01-13-09 | Email to DAO regarding | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 25, 2009
Re: Chapter 11 Representation                            Invoice #980980
File # 33006-00001- NBG                                       Page 4

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | amending schedules to reflect $0 employee claims | JLE | 0.10 | 48.50 |
| 01-13-09 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 01-13-09 | Prepare CTG report for filing | DAO | 0.10 | 28.00 |
| 01-13-09 | Draft notice and certificate of service for CTG report | DAO | 0.20 | 56.00 |
| 01-13-09 | Attention to filing and serving CTG report | DAO | 0.10 | 28.00 |
| 01-13-09 | Email to EM regarding filing and serving CTG report | DAO | 0.10 | 28.00 |
| 01-14-09 | Review proposed amended Schedule E from BMC | JLE | 0.30 | 145.50 |
| 01-14-09 | Email communications with D. Lorry, J. Pawlitz, M. Koffler regarding amended Schedule E | JLE | 0.10 | 48.50 |
| 01-14-09 | Email to BMC regarding revisions to amended Schedule E | JLE | 0.10 | 48.50 |
| 01-14-09 | Review revised schedule | JLE | 0.10 | 48.50 |
| 01-14-09 | Email to D. Lorry, J. Pawlitz, M. Koffler | JLE | 0.10 | 48.50 |
| 01-14-09 | Email to/from NBG regarding revised Schedule E | JLE | 0.10 | 48.50 |
| 01-15-09 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 01-15-09 | Review updated critical date memo received from paralegal and emails from, to her | NBG | 0.10 | 76.50 |
| 01-16-09 | Finalize critical dates memorandum; Circulate. | EM | 0.20 | 46.00 |
| 01-19-09 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 01-20-09 | Call with Brad Daniel at BMC regarding schedules | DAO | 0.10 | 28.00 |
| 01-20-09 | Draft notice of amended schedules | DAO | 0.40 | 112.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     February 25, 2009
Re: Chapter 11 Representation                                  Invoice #980980
File # 33006-00001- NBG                                                 Page 5

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 01-21-09 | Review/Revise notice of amended schedules per comments | DAO | 0.30 | 84.00 |
| 01-21-09 | Email JLE regarding notice of amended schedule | DAO | 0.10 | 28.00 |
| 01-21-09 | Review Rules for service of amended schedule | DAO | 0.30 | 84.00 |
| 01-21-09 | Email correspondence with JLE regarding service of schedule | DAO | 0.20 | 56.00 |
| 01-21-09 | Calls with Brad Daniel at BMC regarding amended schedule/service | DAO | 0.20 | 56.00 |
| 01-21-09 | Email Brad regarding amended schedule/service | DAO | 0.10 | 28.00 |
| 01-21-09 | Revise notice per BMC comment | DAO | 0.20 | 56.00 |
| 01-21-09 | Calls with EM regarding filing and service of amended schedule | DAO | 0.20 | 56.00 |
| 01-21-09 | Circulate filing to JLE for review | DAO | 0.20 | 56.00 |
| 01-22-09 | Review e-filings | NBG | 0.10 | 76.50 |
| 01-22-09 | Confer with GF regarding hearing on Ohio tax claim | JLE | 0.10 | 48.50 |
| 01-22-09 | Review emails from GF, NBG, D. Pacitti regarding hearing | JLE | 0.20 | 97.00 |
| 01-22-09 | Review notice of amended Schedule E and email to DAO regarding same | JLE | 0.20 | 97.00 |
| 01-22-09 | Finalize agenda binder for G. Finizio. | EM | 0.20 | 46.00 |
| 01-22-09 | Email JLE regarding amended schedule | DAO | 0.10 | 28.00 |
| 01-22-09 | Revise notice of amended schedule per JLE comment | DAO | 0.10 | 28.00 |
| 01-22-09 | Prepare service/certificate of service for amended schedule | DAO | 0.60 | 168.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 25, 2009
Invoice #980980
Page 6

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-22-09 | OC with JLE regarding service of schedule | DAO | 0.10 | 28.00 |
| 01-22-09 | Attention to filing and serving amended schedule and notice thereof | DAO | 0.60 | 168.00 |
| 01-22-09 | Call with EM regarding service | DAO | 0.10 | 28.00 |
| 01-22-09 | OC with EM regarding service | DAO | 0.20 | 56.00 |
| 01-22-09 | Email JLE regarding service of amended schedule | DAO | 0.10 | 28.00 |
| 01-22-09 | Prepare schedule for filing | DAO | 0.10 | 28.00 |
| 01-23-09 | Confer with GF regarding hearing on Ohio Department of Revenue claim | JLE | 0.10 | 48.50 |
| 01-23-09 | Emails with NBG regarding effective date and entry of Ohio Department of Revenue order | JLE | 0.20 | 97.00 |
| 01-23-09 | Prepare email to D. Pacitti regarding effective date | JLE | 0.10 | 48.50 |
| 01-23-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 01-23-09 | Review updated critical date schedule and email from paralegal regarding same | NBG | 0.10 | 76.50 |
| 01-23-09 | Monitor docket; Prepare critical dates memo; Circulate. | EM | 0.40 | 92.00 |
| 01-23-09 | Review critical dates | DAO | 0.20 | 56.00 |
| 01-26-09 | Retreive orders entered: Prepare affidavit of service of orders entered. | EM | 0.40 | 92.00 |
| 01-26-09 | Scan and e-file affidavit of service regarding orders entered. | EM | 0.20 | 46.00 |
| 01-26-09 | Call with Jeff Pawlitz at Kirkland regarding status | DAO | 0.20 | 56.00 |
| 01-27-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 25, 2009
Invoice #980980
Page 7

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-28-09 | Discuss status of pleadings to be filed today with CDD | TM | 0.10 | 23.00 |
| 01-28-09 | Attention to preparation of electronic filings | TM | 0.10 | 23.00 |
| 01-31-09 | Review e-filings and docket update | NBG | 0.10 | 76.50 |

**CH    Court Hearings**

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-19-09 | Emails regarding 1/23/09 hearings | NBG | 0.20 | 153.00 |
| 01-20-09 | Prepare agenda for January 23rd hearing; Circulate to in-house counsel for review; Review e-mails from N. Glassman and J. Edmonson. | EM | 0.30 | 69.00 |
| 01-20-09 | Review agenda for 1/23 hearing | JLE | 0.10 | 48.50 |
| 01-20-09 | Email with NBG and EM regarding 1/23 hearing agenda | JLE | 0.10 | 48.50 |
| 01-20-09 | Email to L. Tancredi regarding motion to be included on agenda | JLE | 0.10 | 48.50 |
| 01-20-09 | Review and comment on draft agenda for 1/23 hearings and emails with J. Edmonson and E. Miranda regarding same | NBG | 0.20 | 153.00 |
| 01-20-09 | Attention to emails regarding agenda | DAO | 0.20 | 56.00 |
| 01-21-09 | Review/revise agenda for 1/23 hearings and OC - J. Edmonson regarding same | NBG | 0.10 | 76.50 |
| 01-21-09 | Review agenda as filed | NBG | 0.10 | 76.50 |
| 01-21-09 | Finalize agenda for January 23rd hearing; Review incoming e-mails; Prepare agenda binder for service upon J. Gross. | EM | 1.00 | 230.00 |
| 01-21-09 | Scan and e-file agenda for | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)               February 25, 2009
Re: Chapter 11 Representation                              Invoice #980980
File # 33006-00001- NBG                                             Page 8

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | January 23rd hearing; E-mail to Broadcast Fax for service; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| 01-21-09 | Review agenda and docket | DAO | 0.20 | 56.00 |
| 01-21-09 | OC with EM regarding agenda | DAO | 0.20 | 56.00 |
| 01-21-09 | Review/revise agenda | DAO | 0.10 | 28.00 |
| 01-21-09 | Review hearing binder | DAO | 0.10 | 28.00 |
| 01-21-09 | Attention to filing and serving agenda | DAO | 0.20 | 56.00 |
| 01-22-09 | Review amended agenda for 1/23 hearing | JLE | 0.10 | 48.50 |
| 01-22-09 | Review amended agenda we filed today and email from, to J. Edmonson regarding hearing tomorrow | NBG | 0.10 | 76.50 |
| 01-22-09 | Revisions to agenda to add in Motion for Leave to File Reply. E-mails for review. | EM | 0.30 | 69.00 |
| 01-22-09 | Scan and e-file amended agenda for January 23rd hearing; E-mail to Broadcast Fax; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| 01-22-09 | Attention to filing amended agenda for tomorrow's hearing | GF | 0.10 | 37.50 |
| 01-22-09 | Review amended agenda | DAO | 0.10 | 28.00 |
| 01-22-09 | Attention to filing and serving amended agenda | DAO | 0.10 | 28.00 |
| 01-23-09 | Report from J. Edmonson regarding what transpired at hearing today and review minutes entered by Court on docket | NBG | 0.10 | 76.50 |
| 01-23-09 | Final review of materials in preparation for today's hearing and attend hearing | GF | 1.50 | 562.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)       February 25, 2009
Re: Chapter 11 Representation             Invoice #980980
File # 33006-00001- NBG                  Page 9

|   | Date | Description of Services | Atty | Hours | Amount |
|---|------|-------------------------|------|-------|--------|
| CI | | Creditor Inquiries | | | |
| | 01-05-09 | Calls with creditors | DAO | 0.20 | 56.00 |
| | 01-06-09 | Attention to creditor inquiry | DAO | 0.10 | 28.00 |
| FA1 | | TBF Fee Applications/Compensation | | | |
| | 01-02-09 | Review time records for prior month for compliance with local practice and local rules | NBG | 0.20 | 153.00 |
| | 01-05-09 | Review NBG and DAO emails regarding status of Bayard's November monthly fee application. | JBS | 0.10 | 13.50 |
| | 01-05-09 | Email with E. Miranda regarding Nov. fee application and attention to same; emails with O'Brien regarding same | NBG | 0.20 | 153.00 |
| | 01-05-09 | Review fee application for confidentiality and clarity | DAO | 1.10 | 308.00 |
| | 01-05-09 | Email NBG/JLE regarding status of fee application | DAO | 0.10 | 28.00 |
| | 01-06-09 | Revise Bayard's November monthly fee application per DAO instructions. | JBS | 0.50 | 67.50 |
| | 01-06-09 | Prepare notice and certificate of service regarding Bayard's Thirteenth Monthly Fee Application. | EM | 0.30 | 69.00 |
| | 01-06-09 | Scan and e-file Bayard's Thirteenth monthly fee application; Distribution of e-filed document. | EM | 0.30 | 69.00 |
| | 01-06-09 | More emails regarding Nov. application with Sanderson, Edmonson; review revised time entry | NBG | 0.20 | 153.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)        February 25, 2009
Re: Chapter 11 Representation             Invoice #980980
File # 33006-00001- NBG                  Page 10

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 01-06-09 | Review/revise certificate of service and notice for fee application | DAO | 0.20 | 56.00 |
| 01-06-09 | Attention to filing fee application | DAO | 0.10 | 28.00 |
| 01-07-09 | Review filing of Bayard's November monthly fee application and update fee application summary chart with date and docket number. | JBS | 0.10 | 13.50 |
| 01-07-09 | Prepare certification of no objection regarding Bayar'ds Twelfth Monthly Fee Application | EM | 0.20 | 46.00 |
| 01-07-09 | Prepare certification of no objection regarding Bayard's Fourth Interim Fee Application. | EM | 0.20 | 46.00 |
| 01-07-09 | Scan and e-file certification of no objection regarding Bayard's Twelfth Monthly Fee application. | EM | 0.20 | 46.00 |
| 01-07-09 | Scan and e-file certification of no objection regarding Bayard's Fourth Interim Fee application. | EM | 0.20 | 46.00 |
| 01-07-09 | Review docket for objections to fee applications | DAO | 0.20 | 56.00 |
| 01-07-09 | Review certification of no objection for 12th fee application | DAO | 0.10 | 28.00 |
| 01-07-09 | Attention to filing certification of no objection for 12th fee application | DAO | 0.10 | 28.00 |
| 01-07-09 | Review certification of no objection for 4th interim | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
Re: Chapter 11 Representation                                   Invoice #980980
File # 33006-00001- NBG                                                Page 11

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | fee application | DAO | 0.10 | 28.00 |
| | 01-07-09 | Attention to filing certification of no objection for 4th interim fee application | DAO | 0.10 | 28.00 |
| | 01-12-09 | Review December time entries for compliance with local rules, local practice | NBG | 0.20 | 153.00 |
| | 01-23-09 | Emails with Sanderson regarding finalizing Dec. fee application and attention to time entries and emails with Alberto and Edmonson regarding same | NBG | 0.20 | 153.00 |
| | 01-23-09 | Email EM regarding December fee application | DAO | 0.10 | 28.00 |
| | 01-26-09 | Prepare certification of no objection regarding Thirteenth Montly Fee application of Bayard, P.A. | EM | 0.20 | 46.00 |
| | 01-28-09 | File and serve Bayard 13th fee application | TM | 0.10 | 23.00 |
| FA2 | Other Professional Fee Apps | | | | |
| | 01-12-09 | Email from Malda regarding CTG monthly invoice and email to O'Brien regarding same | NBG | 0.10 | 76.50 |
| PC | Claims Analysis and Resolution | | | | |
| | 01-02-09 | Emails regarding objectionable priority claims with Pacitti and to Simplexity's counsel and D. Lorry; emails with Moir regarding same; review otehr objectionable claims | NBG | 0.30 | 229.50 |
| | 01-02-09 | Email to Pacitti regarding Ohio tax claim and consider | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)         February 25, 2009
Re: Chapter 11 Representation                Invoice #980980
File # 33006-00001- NBG                    Page 12

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | evidence needed to show no jurisdictional basis to tax internet sales | NBG | 0.30 | 229.50 |
| 01-05-09 | Conference call with D. Pacitti, J. Pawlitz, D. Larry, D. Moyer, NBG and DAO regarding transferred employee claims and Ohio Department of Revenue claim | JLE | 0.30 | 145.50 |
| 01-05-09 | Email to Edmonson regarding preparation of objections to priority claims of former employees and attend to same | NBG | 0.20 | 153.00 |
| 01-05-09 | Conference call with Larry, Moir, Pacitti, Pawlitz, Edmonson regarding employee claims and Ohio tax claim | NBG | 0.30 | 229.50 |
| 01-05-09 | Emails from, to Moir regarding priority claims | NBG | 0.10 | 76.50 |
| 01-08-09 | Email communications with NBG and DAO regarding amending schedules to reflect a zero amount for employees who went to Simplexity and were paid; email to D. Pacitti regarding same | JLE | 0.30 | 145.50 |
| 01-08-09 | Emails with J. Edmonson regarding need to amend Schedules to address priority claims and contacting J. Edmonson regarding same | NBG | 0.20 | 153.00 |
| 01-13-09 | Email Brad Daniel at BMC regarding amending schedule | DAO | 0.10 | 28.00 |
| 01-13-09 | Email correspondence with JLE regarding same | DAO | 0.20 | 56.00 |
| 01-13-09 | Review schedules and email Brad Daniel at BMC regarding | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 25, 2009
Re: Chapter 11 Representation                              Invoice #980980
File # 33006-00001- NBG                                           Page 13

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | same | DAO | 0.30 | 84.00 |
| 01-13-09 | Call with Brad Daniel at BMC regarding schedule amendments | DAO | 0.10 | 28.00 |
| 01-13-09 | Review Rules regarding schedule amendments | DAO | 0.30 | 84.00 |
| 01-13-09 | Call with JLE regarding review of Rules regarding schedule amendments | DAO | 0.10 | 28.00 |
| 01-13-09 | Email correspondence with Brad Daniel at BMC regarding service of amended schedules | DAO | 0.20 | 56.00 |
| 01-14-09 | Emails to J. Edmonson regarding employee claims and status of amending schedules and from her | NBG | 0.10 | 76.50 |
| 01-15-09 | Message to J. Edmonson regarding possible deposition of representative of Ohio before 1/23 hearing | NBG | 0.10 | 76.50 |
| 01-16-09 | Confer with JLE regarding Ohio tax objection and follow up with DAO regarding same | GF | 0.30 | 112.50 |
| 01-16-09 | Attention to evidence for 1/23 hearing on tax claim of Ohio and OC - J. Edmonson regarding same; OC - GC Finizio regarding same | NBG | 0.60 | 459.00 |
| 01-16-09 | Email JLE regarding Ohio response | DAO | 0.10 | 28.00 |
| 01-16-09 | Attention to emails regarding Ohio claims | DAO | 0.20 | 56.00 |
| 01-16-09 | Email GF regarding Ohio claims | DAO | 0.10 | 28.00 |
| 01-17-09 | Email GF regarding Ohio Department of Revenue claim objection and hearing | JLE | 0.30 | 145.50 |
| 01-17-09 | Email to Pacitti regarding | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 25, 2009
Re: Chapter 11 Representation                               Invoice #980980
File # 33006-00001- NBG                                              Page 14

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | effective date and upcoming hearing on Ohio tax claims and proof issues, constitutionality issues and other legal issues | NBG | 0.40 | 306.00 |
| 01-18-09 | Review emails from GF and NBG regarding Ohio Department of Revenue claim objection and hearing | JLE | 0.30 | 145.50 |
| 01-18-09 | Review prior correspondence with Ohio Tax and related data and drafts exchanged | GF | 1.00 | 375.00 |
| 01-18-09 | To/from emails with NBG and JLE regarding review of Ohio Tax status | GF | 0.20 | 75.00 |
| 01-18-09 | Emails from, to Finizio regarding evidence for hearing on objection to Ohio tax claim and preparation of reply to Ohio response to claim objection and outline same, | NBG | 0.40 | 306.00 |
| 01-19-09 | Review Ohio tax claim information for OC w/GF | DAO | 0.40 | 112.00 |
| 01-20-09 | Draft motion for leave to file reply and related reply (Ohio Tax claims) | GF | 2.50 | 937.50 |
| 01-20-09 | Email from, to GC Finizio regarding conversation with Vicki Garry and instructions to J. Edmonson regarding preparation of reply | NBG | 0.20 | 153.00 |
| 01-20-09 | OC - GC Finizio regarding reply to Ohio response to claim objection | NBG | 0.20 | 153.00 |
| 01-20-09 | OC with GF regarding Ohio claims | DAO | 0.10 | 28.00 |
| 01-20-09 | Call with GF regarding Ohio claims | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                February 25, 2009
Re: Chapter 11 Representation                              Invoice #980980
File # 33006-00001- NBG                                            Page 15

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 01-21-09 | Finalize motion for leave to file reply and reply (Ohio Tax claims) and attention to filing and service | GF | 1.00 | 375.00 |
| 01-21-09 | Review motion for leave to file a reply and reply in connection with Ohio Department of Revenue claim | JLE | 0.30 | 145.50 |
| 01-21-09 | Review/revise reply to Ohio response to objection and motion to file leave to reply and OC - GC Finizio regarding my changes | NBG | 0.40 | 306.00 |
| 01-21-09 | Discussion with G. Finizio; Scan and e-file Motionf or leave to file reply; Distribution of e-filed document. | EM | 0.40 | 92.00 |
| 01-22-09 | Emails with Pacitti regarding tomorrow's hearing on Ohio tax claims and with GC Finizio | NBG | 0.20 | 153.00 |
| 01-22-09 | Emails with A. Goldman and J. Edmonson and Markus regarding revisions to proposed bar date order, review same and attend to COC to submit same to Judge Walsh | NBG | 0.20 | 153.00 |
| 01-22-09 | To/from emails regarding status of Ohio claim settlement | GF | 0.30 | 112.50 |
| 01-23-09 | Emails with J. Edmonson regarding employee claims and possible objection by Ohio or motion to reconsider or vacate order (.1); review GC Finizio email to Vicki Garry regarding order | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
Re: Chapter 11 Representation                                Invoice #980980
File # 33006-00001- NBG                                              Page 16

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | entered on Ohio claims (.1) | NBG | 0.20 | 153.00 |
| | 01-23-09 | Emails to counsel for Ohio Tax regarding entry of order approving settlement at today's hearing | GF | 0.20 | 75.00 |
| | 01-23-09 | Review orders resolving Ohio objection | DAO | 0.20 | 56.00 |
| PL | Plan | | | | |
| | 01-05-09 | Correspondence with Pacitti regarding revisions to Trust Agreement and selection of effective date; TC - Pacitti briefly regarding same; email from Edmonson | NBG | 0.20 | 153.00 |
| | 01-12-09 | Call to K. Gwynne regarding plan effectiveness and former employee claims assumed by Simplexity | NBG | 0.10 | 76.50 |
| | 01-16-09 | Email Christy Engelhardt at Financial Info regarding plan treatment of equity interests | DAO | 0.30 | 84.00 |
| | 01-23-09 | Instructions to J. Edmonson regarding advising Trustee's counsel that Effective Date should occur and emails with her and to and from Dom Paccitti regarding same | NBG | 0.20 | 153.00 |
| | 01-28-09 | Email to Pacitti regarding going effective with Plan | NBG | 0.10 | 76.50 |
| TR | Trustee Reporting/Schedules | | | | |
| | 01-22-09 | Review amended schedules regarding employee priority claims, notice of same and emails to, from J. Edmonson and E. Miranda regarding same and sending notice to | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)       February 25, 2009
Re: Chapter 11 Representation            Invoice #980980
File # 33006-00001- NBG                 Page 17

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | affected creditors | NBG | 0.20 | 153.00 |
| 01-22-09 | Emails regarding schedules and SOFA's being filed with Goldman, Edmonson and review same prior to filing | NBG | 0.40 | 306.00 |
| 01-22-09 | Discussion with D. O'Brien; Scan and e-file Notice of filing Amendments to Schedule E and Amendment to Schedule E; Distribution of e-filed document. | EM | 0.40 | 92.00 |

Total Fees         $     18,027.00

## ***** Fee Recap by Activity Code *****

| | Hours | Rate | | Amount |
|---|-------|------|---|--------|
| **AP   Litigation/Adversary Proceedin** | | | | |
| Neil B Glassman | 0.20 | 765.00 | | 153.00 |
| Jamie L. Edmonson | 0.20 | 485.00 | | 97.00 |
| | | | | |
| Subtotal | | | $ | 250.00 |
| **CA   Case Administration** | | | | |
| Neil B Glassman | 1.60 | 765.00 | | 1,224.00 |
| Jamie L. Edmonson | 2.00 | 485.00 | | 970.00 |
| Daniel A. O'Brien | 9.20 | 280.00 | | 2,576.00 |
| Tiffany N Matthews | 0.20 | 230.00 | | 46.00 |
| Edith Miranda | 2.80 | 230.00 | | 644.00 |
| | | | | |
| Subtotal | | | $ | 5,460.00 |
| **CH   Court Hearings** | | | | |
| Neil B Glassman | 0.80 | 765.00 | | 612.00 |
| Jamie L. Edmonson | 0.40 | 485.00 | | 194.00 |
| GianClaudio Finizio | 1.60 | 375.00 | | 600.00 |
| Daniel A. O'Brien | 1.20 | 280.00 | | 336.00 |
| Edith Miranda | 2.20 | 230.00 | | 506.00 |
| | | | | |
| Subtotal | | | $ | 2,248.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)       February 25, 2009
Re: Chapter 11 Representation              Invoice #980980
File # 33006-00001- NBG                 Page 18

## ***** Fee Recap by Activity Code *****

| | Hours | Rate | | Amount |
|---|---|---|---|---|
| **CI    Creditor Inquiries** | | | | |
| Daniel A. O'Brien | 0.30 | 280.00 | | 84.00 |
| | | | | |
| Subtotal | | | $ | 84.00 |
| **FA1    TBF Fee Applications/Compensat** | | | | |
| Neil B Glassman | 1.00 | 765.00 | | 765.00 |
| Daniel A. O'Brien | 2.20 | 280.00 | | 616.00 |
| Tiffany N Matthews | 0.10 | 230.00 | | 23.00 |
| Edith Miranda | 1.60 | 230.00 | | 368.00 |
| James B Sanderson | 0.70 | 135.00 | | 94.50 |
| | | | | |
| Subtotal | | | $ | 1,866.50 |
| **FA2    Other Professional Fee Apps** | | | | |
| Neil B Glassman | 0.10 | 765.00 | | 76.50 |
| | | | | |
| Subtotal | | | $ | 76.50 |
| **PC    Claims Analysis and Resolution** | | | | |
| Neil B Glassman | 4.40 | 765.00 | | 3,366.00 |
| Jamie L. Edmonson | 1.50 | 485.00 | | 727.50 |
| GianClaudio Finizio | 5.50 | 375.00 | | 2,062.50 |
| Daniel A. O'Brien | 2.50 | 280.00 | | 700.00 |
| Edith Miranda | 0.40 | 230.00 | | 92.00 |
| | | | | |
| Subtotal | | | $ | 6,948.00 |
| **PL    Plan** | | | | |
| Neil B Glassman | 0.60 | 765.00 | | 459.00 |
| Daniel A. O'Brien | 0.30 | 280.00 | | 84.00 |
| | | | | |
| Subtotal | | | $ | 543.00 |
| **TR    Trustee Reporting/Schedules** | | | | |
| Neil B Glassman | 0.60 | 765.00 | | 459.00 |
| Edith Miranda | 0.40 | 230.00 | | 92.00 |
| | | | | |
| Subtotal | | | $ | 551.00 |
| | | | | ------------ |
| Total Fees | | | $ | 18,027.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

February 25, 2009
Invoice #980980
Page 19

| Disbursement Description | Amount |
|---|---|
| Conference Call Services | 19.55 |
| Copies | 216.70 |
| Delivery Charges | 5.00 |
| Federal Express | 35.86 |
| Meals/Meetings | 95.25 |
| Outside Fax Charges | 108.48 |
| Pacer Document Downloads | 11.20 |
| Phone | 0.20 |
| Postage | 222.46 |
| Print Images | 14.20 |
| Total Disbursements $ | 728.90 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     February 25, 2009
Re: Chapter 11 Representation                                  Invoice #980980
File # 33006-00001- NBG                                        Page 20

### Monthly Summary of Professional Fees

| Attorney | 01-09 | Total |
|---|---|---|
| Glassman, Neil B | 7114.50 | 7114.50 |
| Finizio, GianClaudio | 2662.50 | 2662.50 |
| O'Brien, Daniel A. | 4396.00 | 4396.00 |
| Edmonson, Jamie L. | 1988.50 | 1988.50 |
| Matthews, Tiffany N | 69.00 | 69.00 |
| Sanderson, James B | 94.50 | 94.50 |
| Miranda, Edith | 1702.00 | 1702.00 |
| **Total Fees** | 18027.00 | 18027.00 |

### Monthly Summary of Fees

| Description | 01-09 | Total |
|---|---|---|
| Litigation/Adversary Pr | 250.00 | 250.00 |
| Case Administration | 5460.00 | 5460.00 |
| Court Hearings | 2248.00 | 2248.00 |
| Creditor Inquiries | 84.00 | 84.00 |
| TBF Fee Applications/Co | 1866.50 | 1866.50 |
| Other Professional Fee | 76.50 | 76.50 |
| Claims Analysis and Res | 6948.00 | 6948.00 |
| Plan | 543.00 | 543.00 |
| Trustee Reporting/Sched | 551.00 | 551.00 |
| **Total Fees** | 18027.00 | 18027.00 |