Exhibit B

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Conference Call Services | 19.55 |
| Copies | 216.70 |
| Delivery Charges | 5.00 |
| Federal Express | 35.86 |
| Meals/Meetings | 95.25 |
| Outside Fax Charges | 108.48 |
| Pacer Document Downloads | 11.20 |
| Phone | 0.20 |
| Postage | 222.46 |
| Print Images | 14.20 |
| Total Expenses $ | 728.90 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 01-01-09 | Conference Call Services; Conference Call 11/24/2008 | 19.55 |
| 01-06-09 | Print Images | 1.10 |
| 01-06-09 | Print Images | 2.60 |
| 01-06-09 | Copies;  Start Meter = 1253010 | 86.80 |
| 01-06-09 | Postage | 16.16 |
| 01-07-09 | Meals/Meetings; 10/6/08; Pizza by Elizabeths | 24.00 |
| 01-07-09 | Meals/Meetings; 10/7/08; Pizza by Elizabeths | 71.25 |
| 01-13-09 | Copies;  Start Meter = 1280632 | 2.00 |
| 01-15-09 | Copies;  Start Meter = 124776 | 0.20 |
| 01-15-09 | Copies;  Start Meter = 1215085 | 11.70 |
| 01-20-09 | Print Images | 0.80 |
| 01-20-09 | Print Images | 1.70 |
| 01-20-09 | Print Images | 0.60 |
| 01-20-09 | Print Images | 1.40 |
| 01-21-09 | Print Images | 1.70 |
| 01-21-09 | Copies;  Start Meter = 125367 | 1.20 |
| 01-21-09 | Copies;  Start Meter = 1239329 | 9.10 |
| 01-21-09 | Print Images | 1.50 |
| 01-21-09 | Copies;  Start Meter = 1302031 | 1.60 |
| 01-21-09 | Federal Express | 17.93 |
| 01-21-09 | Postage | 17.50 |
| 01-21-09 | Postage | 77.22 |
| 01-22-09 | Copies;  Start Meter = 1243893 | 3.60 |
| 01-22-09 | Copies;  Start Meter = 1310557 | 36.10 |
| 01-22-09 | Copies;  Start Meter = 1310918 | 1.50 |
| 01-22-09 | Copies;  Start Meter = 1310997 | 1.70 |
| 01-22-09 | Postage | 28.08 |
| 01-22-09 | Federal Express | 17.93 |
| 01-23-09 | Print Images | 0.70 |
| 01-23-09 | Print Images | 0.70 |
| 01-23-09 | Print Images | 0.70 |
| 01-23-09 | Print Images | 0.70 |
| 01-23-09 | Postage | 17.50 |
| 01-26-09 | Copies;  Start Meter = 1253152 | 61.20 |
| 01-26-09 | Postage | 66.00 |
| 01-26-09 | Delivery Charges | 5.00 |
| 01-26-09 | Phone | 0.20 |
| 01-31-09 | Outside Fax Charges | 108.48 |

# BAYARD, P.A.

---

SN Liquidation, Inc. (fka InPhonic, Inc.)                    February 25, 2009
File # 33006-00001- NBG

### Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 01-31-09 | Pacer Document Downloads | 11.20 |

Total Disbursements    $    728.90