Exhibit C

## Project Categories By Task Code

| | | |
|---|---|---|
| AA  | - | Asset Analysis & Recovery |
| AP  | - | Litigation & Adversary Proceedings |
| BO  | - | Business Operations |
| CA  | - | Case Administration |
| CH  | - | Court Hearings |
| CI  | - | Creditor Inquiries |
| CR  | - | Cash Collateral & DIP Financing |
| DS  | - | Disclosure Statement |
| EA1 | - | Employment Application of Bayard, P.A. |
| EA2 | - | Employment Application of Other Professionals |
| EB  | - | Employee Matters |
| EC  | - | Lease & Executory Contract Issues |
| FA1 | - | Fee Application of Bayard, P.A. |
| FA2 | - | Fee Application of Other Professionals |
| MA  | - | General Corporate Matters |
| MC  | - | Meetings of Creditors |
| MR  | - | Stay Relief Matters |
| NT  | - | Non-Working Travel |
| PC  | - | Claims, Analysis, Objections & Resolutions |
| PL  | - | Plan |
| SA  | - | Use, Sale or Lease of Property |
| TR  | - | Trustee Reporting & Schedules |
| UM  | - | Utility Matters |