IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| SN LIQUIDATION, INC., *et al.*, | : Adv. Pro. No. 08-50288 (KG) |
| Plaintiff, | |
| ICON INTERNATIONAL, INC., | |
| Defendant. | |

## STATUS REPORT ON ADVERSARY PROCEEDING

Pursuant to the Court's Notice and Order of Request for Status Report dated February 11, 2009, Plaintiff, SN Liquidation, Inc., files this Status Report regarding the status of the above-captioned adversary proceeding.

Date:  March 3, 2009
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel O'Brien*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

-and-

{BAY:01257500v1}

DLA PIPER US LLP
Thomas R. Califano, Esquire
Christopher R. Thompson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{BAY:01257500v1}

## STATUS E

| Adv. No. | Defendant | Status Comments |
|---|---|---|
| 08-50288 | Icon International, Inc. | A Notice/Stipulation of Dismissal will be filed in the near future. |

{BAY:01257500v1}