IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> SN LIQUIDATION, INC., et al., <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 07-11666 (KG) <br> : <br> : (Jointly Administered) <br> : <br> : Re: Docket No. ____ |

**ORDER APPROVING BAYARD'S FIFTH INTERIM
FEE APPLICATION AS CO-COUNSEL TO THE DEBTORS**

Bayard, P.A. ("Bayard"), counsel to the above-captioned debtors and debtors in possession, having filed its fifth interim fee application in the above-captioned cases for allowance of compensation and reimbursement of expenses (the "Application") for the period from November 1, 2008 through January 31, 2009 (the "Application Period"); and parties in interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and that Bayard is allowed compensation in the amount of $65,428.00 for services rendered and $2,272.41 as reimbursement for actual necessary expenses incurred during the Application Period.

ORDERED that the Debtors are hereby authorized and directed to pay to Bayard the difference between $67,700.41 and any payments that have already been made towards Bayard's first interim fees and expenses.

Dated: _____, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

{BAY:01263763v1}