OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | SN Liquidation, Inc. et al. (fka InPhonic, Inc) | Bank: | n/a |
| Bankruptcy Number: | 07-11666 (KG) | Account #: | n/a |
| Date of Confirmation: | October 22, 2008 | Account Type: | n/a |

Reporting Period (month/year):   December 2008

Beginning Cash Balance:   $   -

All receipts received by Debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | - |
| Collection of Accounts Receivable:(bank interest) | $ | - |
| Proceeds from Litigation (settlement or otherwise): | $ | - |
| Sale of Debtor's Assets: | $ | - |
| Capital Infusion pursuant to the Plan: | $ | - |
| Total of Cash Received: | $ | - |

Total of Cash Available:   $   -

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | $ | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 376,339.70 |
| All other disbursements made in the ordinary course: | $ | - |
| Total Disbursements: | $ | 376,339.70 |

Ending Cash Balance:   $   (376,339.70)

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:   3/9/2009           Name/Title Debtor:   _[signature]_

SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Case #07-11666 (KG)
December 2008 Disbursements

*Disbursements were paid from professional fee carve out held at Bayard*

| Payee | Period Covered | Amount Paid Fees |
|---|---|---|
| BMC Group | | 90,072.12 |
| Bayard | pro ration of fees due | 211,621.50 |
| DLA Piper | pro ration of fees due | -- |
| Reed Smith | pro ration of fees due | 41,067.66 |
| Clear Thinking Group | pro ration of fees due | 88.94 |
| Joe Pardo | | -- |
| Deloitte FAS | pro ration of fees due | 33,489.48 |
| | Totals | 376,339.70 |

SN Liquidation, Inc. et al. (fka InPhonic, Inc)
07-11666 (KG)
4th Quarter 2008 UST Fees

| Entity | Case # | Disbursements | Amount Due |
|---|---|---|---|
| INP Liquidation Corp. | 07-11666 | $ 376,339.70 | $ 4,875.00 |
| CS I Liquidation, LLC | 07-11667 | $ - | $ 325.00 |
| CS II, LLC | 07-11668 | $ - | $ 325.00 |
| SI Liquidation Corp. | 07-11669 | $ - | $ 325.00 |
| SN Liquidation, Inc. | 07-11670 | $ - | $ 325.00 |
| MTS Liquidation, LLC | 07-11671 | $ - | $ 325.00 |
| FN, LLC | 07-11672 | $ - | $ 325.00 |
| 1010, LLC | 07-11673 | $ - | $ 325.00 |
| | | **4th Quarter Fees Due** | **$ 7,150.00** |