OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | SN Liquidation, Inc. et al. (fka InPhonic, Inc) | Bank: | n/a |
| Bankruptcy Number: | 07-11666 (KG) | Account #: | n/a |
| Date of Confirmation: | October 22, 2008 | Account Type: | n/a |

Reporting Period (month/year):  January 2009

**Beginning Cash Balance:**  $ —

All receipts received by Debtor:

| | |
|---|---|
| Cash Sales: | $ — |
| Collection of Accounts Receivable:(bank interest) | $ — |
| Proceeds from Litigation (settlement or otherwise): | $ — |
| Sale of Debtor's Assets: | $ — |
| Capital Infusion pursuant to the Plan: | $ — |
| Total of Cash Received: | $ — |

**Total of Cash Available:**  $ —

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | $ — |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ — |
| All other disbursements made in the ordinary course: | $ — |
| Total Disbursements: | $ — |

**Ending Cash Balance:**  $ —

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  3/9/2009          Name/Title Debtor:  _[signature]_