OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | SN Liquidation, Inc. et al. (fka InPhonic, Inc) | Bank: | n/a |
| Bankruptcy Number: | 07-11666 (KG) | Account #: | n/a |
| Date of Confirmation: | October 22, 2008 | Account Type: | n/a |

Reporting Period (month/year):   February 2009

**Beginning Cash Balance:**   $ —

All receipts received by Debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | — |
| Collection of Accounts Receivable:(bank interest) | $ | — |
| Proceeds from Litigation (settlement or otherwise): | $ | — |
| Sale of Debtor's Assets: | $ | — |
| Capital Infusion pursuant to the Plan: | $ | — |

**Total of Cash Received:**   $ —

**Total of Cash Available:**   $ —

Less all disbursements or payments (including payments made under the confirmed Plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | $ | — |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | — |
| All other disbursements made in the ordinary course: | $ | 20,299.76 |
| **Total Disbursements:** | $ | 20,299.76 |

**Ending Cash Balance:**   $ (20,299.76)

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:   3/9/2009                Name/Title Debtor:   _[signature]_

SN Liquidation, Inc. et al. (fka InPhonic, Inc)
Case #07-11666 (KG)
December 2008 Disbursements

| Payee | Period Covered | Amount Paid Fees |
|---|---|---|
| BMC Group (1) | Audit of Ballots | 6,689.00 |
| Joe Pardo (2) | pro ration of fees due | 13,610.76 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Totals | 20,299.76 |
| | | |

*(1) Paid by Adeptio*
*(2) Disbursements were paid from professional fee carve out held at Bayard*

SN Liquidation, Inc. et al. (fka InPhonic, Inc)
07-11666 (KG)
1st Quarter 2009 UST Fees

| Entity | Case # | Disbursements | Amount Due |
|---|---|---|---|
| INP Liquidation Corp. | 07-11666 | $ 20,299.76 | $ 650.00 |
| CS I Liquidation, LLC | 07-11667 | $ - | $ 325.00 |
| CS II, LLC | 07-11668 | $ - | $ 325.00 |
| SI Liquidation Corp. | 07-11669 | $ - | $ 325.00 |
| SN Liquidation, Inc. | 07-11670 | $ - | $ 325.00 |
| MTS Liquidation, LLC | 07-11671 | $ - | $ 325.00 |
| FN, LLC | 07-11672 | $ - | $ 325.00 |
| 1010, LLC | 07-11673 | $ - | $ 325.00 |
| | | 4th Quarter Fees Due | $ 2,925.00 |