IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Hearing: March 27, 2009 at 2:00 p.m.<br>Objections Due: March 20, 2009 |
| | Re: Docket No. 833 |

**DEBTORS' OBJECTION TO THE UNITED STATES TRUSTEE'S
MOTION FOR ENTRY OF AN ORDER COMPELLING THE FILING OF
POST-CONFIRMATION REPORTS AND PAYMENT OF QUARTERLY
FEES OR IN THE ALTERNATIVE AN ORDER CONVERTING OR
DISMISSING THE CHAPTER 11 CASES**

SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby object (the "Objection") to United States Trustee's (the "U.S. Trustee") Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases (the "Motion") [Docket No. 833], and in support thereof respectfully represent as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Preliminary Statement

2. On November 8, 2007, (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11

U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

3. On November 16, 2007, the U.S. Trustee appointed a statutory committee of unsecured creditors in this case which appointment was revised on or about October 6, 2008.

4. By order dated October 22, 2008 (the "Confirmation Order"), the Court confirmed the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., et al. Proposed by the Debtors-in-Possession and the Official Committee of Unsecured Creditors, dated August 11, 2008 (the "Plan"). The Plan has not yet gone effective, but is expected to do so on or about March 25, 2009.

5. On February 19, 2009, the U.S. Trustee filed the Motion seeking (i) an order compelling the Debtors to file post-confirmation reports and pay U.S. Trustee fees pursuant to 28 U.S.C. § 1930(a)(6) ("Quarterly Fees"), or in the alternative, (ii) an order converting or dismissing these chapter 11 cases.

6. The Debtors continue to possess their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

## Objection

7. Since entry of the Confirmation Order, the Debtors, Adeptio[1] and the Litigation Trustee have worked diligently towards satisfying the conditions precedent to the occurrence of the Effective Date of the Plan, including finalizing the Litigation Trust Agreement and the promissory note (the "Adeptio Note") detailing the terms of the Adeptio Loan.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

8. On March 10, 2009, the Litigation Trust Agreement and Adeptio Note were executed. The Debtors anticipate that on or about March 25, 2009, Adeptio will fund the Adeptio Loan satisfying the conditions precedent to the Effective Date. Immediately thereafter, the Litigation Trustee will file the Notice of Effective Date and the Litigation Trust will be officially created. Going forward, the Litigation Trustee will implement and consummate the Plan through the Litigation Trust.

9. On March 18, 2009, the Debtors filed post-confirmation reports for the 4th Quarter 2008 and the 1st Quarter 2009. Thereafter, the Debtors remitted Quarterly Fees due and owing to the U.S. Trustee for both quarters. The Debtors are now current with their reporting requirements and in compliance with the U.S. Trustee Operating Guidelines. Moreover, the Debtors are now current on their obligation to pay post-confirmation Quarterly Fees in accordance with 28 U.S.C. § 1930(a)(6).

WHEREFORE, for the reasons set forth above, the Debtors respectfully request that the Court deny the Motion.

Dated: March 19, 2009  
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)  
Jamie L. Edmonson (No. 4247)  
Daniel A. O'Brien (No. 4897)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, Delaware 19899  
Telephone:   (302) 655-5000  
Facsimile:    (302) 658-6395

-and-

{BAY:01265702v3}

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020
Telephone:     (212) 335-4990
Facsimile:     (212) 884-8690

Counsel for Debtors and Debtors in Possession