**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) <br> (Jointly Administered) |
| Debtors. | **Obj. Deadline: March 20, 2009** <br> **Hearing Date: March 27, 2009 at 2:00 p.m.** |
| | Related to Doc. Nos. 833, 842 |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO THE UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER COMPELLING THE FILING OF POST-CONFIRMATION REPORTS AND PAYMENT OF QUARTERLY FEES OR IN THE ALTERNATIVE AN <u>ORDER CONVERTING OR DISMISSING THE CHAPTER 11 CASE</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>"), by and through its undersigned counsel, hereby objects to the United States Trustee's *Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees Or In the Alternative An Order Converting or Dismissing the Chapter 11 Case* (the "<u>Motion</u>") by joining in *Debtors' Objection to Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees Or In the Alternative An Order Converting or Dismissing the Chapter 11 Case* (the "<u>Objection</u>"), filed on March 20, 2009.

WHEREFORE, for the reasons set forth in the Objection, the Committee respectfully requests that the Court deny the Motion, and grant such other and further relief as the Court deems just and proper.

Dated: March 20, 2009

Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Kurt F. Gwynne*
    Kurt F. Gwynne (No. 3951)
    1201 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

    and

Joshua C. Lewis (*admitted pro hac vice*)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

Counsel to the Official Committee of Unsecured Creditors