IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC., *et al.*,** | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: March 27, 2009 @ 2:00 p.m.** |
| Debtors. | : | **Objection Deadline: March 20, 2009 @ 4:00 p.m.** |

## NOTICE OF WITHDRAWAL - DOCKET NO. 833

Please take notice that the Acting United States Trustee, by and through her counsel, hereby withdrawals the Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases (Docket No. 833) as the issues therein have been resolved.

          Respectfully submitted,

          **ROBERTA A. DEANGELIS**
          **ACTING UNITED STATES TRUSTEE**

By:   /s/Richard L. Schepacarter
        Richard L. Schepacarter, Esquire
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207, Lockbox 35
        Wilmington, DE 19801
        (302) 573-6491
Dated: March 20, 2009        (302) 573-6497 (Fax)