IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : **Re: Docket No. 835** |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009 [DOCKET NO. 835]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Fifteenth Monthly Fee Statement of Bayard, P.A. for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from January 1, 2009 through January 31, 2009** (the "Application"), filed on February 27, 2009. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 19, 2009 at 4:00 p.m.

Pursuant to the Interim Compensation and Reimbursement Order entered in these cases on December 3, 2007, no further order is required and Bayard, P.A. ("Bayard") is entitled to receive 80% of its fees and 100% of its expenses.

Dated: March 23, 2009                           **BAYARD, P.A.**

                                                By: *Daniel O'Brien*
                                                Neil B. Glassman (No. 2087)
                                                Jamie L. Edmonson (No. 4247)
                                                Daniel A. O'Brien (No. 4897)
                                                222 Delaware Avenue, Suite 900
                                                P.O. Box 25130
                                                Wilmington, DE  19899
                                                Telephone:  (302) 655-5000
                                                Facsimile:  (302) 658-6395

                                                              -and-

                                                **DLA PIPER US LLP**
                                                Thomas R. Califano, Esquire
                                                Christopher R. Thomson, Esquire
                                                1251 Avenue of the Americas
                                                New York, New York  10020-1104
                                                Telephone:  (212) 335-4500
                                                Facsimile:  (212) 335-4501

                                                Counsel for Debtors and Debtors in Possession