IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 27, 2009 AT 2:00 P.M., 824 MARKET STREET, COURTROOM 3,
6th FLOOR WILMINGTON, DELAWARE 19801

*THIS HEARING HAS BEEN CANCELLED.*

**RESOLVED MATTER:**

1.  United States Trustee's Notice of Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases [Filed 2/19/09; Docket No. 833]

    Related Documents:

    (a) Notice of Withdrawal – Docket No. 833 [Filed 03/20/09, Docket No. 844]

    Response Deadline:

    March 20, 2009 at 4:00 p.m.

    Response(s) Received:

    (a) Debtors' Objection to the United States Trustee's Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Cases [Filed 03/19/09; Docket No. 842]

    (b) Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to the United States Trustee's Motion for Entry of an Order Compelling the Filing of Post-Confirmation Reports and Payment of Quarterly Fees or in the Alternative an Order Converting or Dismissing the Chapter 11 Case [Filed 03/20/09, Docket No. 843]

{BAY:01272415v1}

-2-

Status:

    A notice of withdrawal has been filed. Therefore, no hearing is required.

Dated: March 25, 2009  
Wilmington, Delaware

By: *Daniel O'Brien*

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)  
Jamie L. Edmonson (No. 4247)  
Daniel A. O'Brien (No. 4897)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**

Thomas R. Califano, Esquire  
Jeremy R. Johnson, Esquire  
Christopher R. Thomson, Esquire  
1251 Avenue of the Americas  
New York, New York 10020-1104  
Telephone: (212) 335-4500  
Facsimile: (212) 335-4501

Counsel for Debtors and Debtors in Possession