IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF ENTRY OF ORDER CONFIRMING SECOND AMENDED
JOINT PLAN OF LIQUIDATION OF SN LIQUIDATION, INC.,
ET AL., PROPOSED BY THE DEBTORS IN POSSESSION AND THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED
<u>AUGUST 11, 2008 AND OCCURRENCE OF THE EFFECTIVE DATE</u>**

**PLEASE TAKE NOTICE THAT:**

1. On November 8, 2007, the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

<u>**Confirmation of Plan**</u>

2. By order (the "Confirmation Order") dated October 22, 2008, the Bankruptcy Court confirmed the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.*, Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors dated August 11, 2008 (the "Plan") pursuant to section 1129 of the Bankruptcy Code.

3. On March 30, 2009, the Effective Date (as defined in the Plan) occurred pursuant to the Plan. This Notice constitutes notice of the Effective Date for purposes of the Plan and Confirmation Order.

---

[1] The Debtors are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

### Administrative Claim Deadline

4.  The Confirmation Order requires that any person asserting an Administrative Claim (as defined in the Plan) assert his or her claim on or before the first business day that is thirty (30) days after the Effective Date of the Plan (the "Administrative Claims Bar Date"). Accordingly, all such Administrative Claims must be filed by April 29, 2009, or such Administrative Claim shall be forever barred and shall not be enforceable against the Debtors, their Estates, or the Litigation Trust.

5.  Each Administrative Claim shall comply with the Bankruptcy Code, Bankruptcy Rules and any Local Rules or orders of the Bankruptcy Court, and shall be filed with the Bankruptcy Court, together with proof of service thereof, and served upon the following persons so as to <u>actually be received</u> at the appropriate destination by not later than 4:00 p.m. (Prevailing Eastern Time) on or before the Administrative Claims Bar Date: (a) counsel for the Debtors at the addresses below; (b) counsel for the Official Committee of Unsecured Creditors, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801, Attention: Kurt Gwynne, Esquire; and (c) Morton Branzburg, Litigation Trustee, c/o Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 260 South Broad Street, Philadelphia, PA 19102-5003.

### Professional Fee Claims Deadline

6.  Pursuant to the Confirmation Order, any final application for allowance of a Professional Fee Claim (as defined in the Plan) for services rendered and out-of-pocket costs incurred through the Effective Date must be filed with the Bankruptcy Court, together with proof of service thereof, and served upon the following persons so as to <u>actually be received</u> at the appropriate destination no later than sixty (60) days after the Effective Date: (a) counsel for the Debtors at the addresses listed below; (b) Morton Branzburg, Litigation Trustee, c/o Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 260 South Broad Street, Philadelphia, PA 19102-5003; (c) counsel for the Official Committee of Unsecured Creditors, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801, Attention: Kurt Gwynne, Esquire; and (d) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801. Accordingly, any final application for allowance of a Professional Fee Claim must be filed and served no later than May 29, 2009, or such Professional Fee Claim shall be forever barred and shall not be enforceable against the Debtors, their Estates, or the Litigation Trust.

Dated: March 31, 2009
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel O'Brien*

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for the Debtors and
Debtors in Possession*

3

{BAY:01162702v4}