# EXHIBIT A

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

April 3, 2009

SN Liquidation, Inc. (fka InPhonic, Inc.)
1010 Wisconsin Avenue NW
Suite 600
Washington, DC 20007

Re: Chapter 11 Representation                               Invoice #    981375
File # 33006-00001 - NBG

For Services Rendered Through  February 28, 2009

| | | |
|---|---|---|
| Previous Balance Forward | | $  672,643.50 |
| Current Fees | 10,555.50 | |
| Current Disbursements | 155.55 | |
| Total Amount Due | | $  683,354.55 |

Trust Account Balance    $  5,599.27

CHECKS MAY BE PAYABLE TO **BAYARD**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)         April 3, 2009
File # 33006-00001- NBG

|                    |                      | Rate   | Hours | Amount    |
|--------------------|----------------------|--------|-------|-----------|
| Neil B Glassman    | Director             | 765.00 | 6.10  | 4,666.50  |
| Jamie L. Edmonson  | Senior Counsel       | 485.00 | 2.50  | 1,212.50  |
| Daniel A. O'Brien  | Associate            | 280.00 | 13.30 | 3,724.00  |
| Tiffany N Matthews | Paralegal            | 230.00 | 0.50  | 115.00    |
| Edith Miranda      | Paralegal            | 230.00 | 1.70  | 391.00    |
| Jacqueline Lately  | Case Management Asst | 145.00 | 0.10  | 14.50     |
| James B Sanderson  | Billing Specialist   | 135.00 | 3.20  | 432.00    |
|                    |               Totals |        | 27.40 | 10,555.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          April 3, 2009
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 1.70 | 573.00 |
| Case Administration | 9.10 | 3,323.00 |
| Creditor Inquiries | 0.50 | 237.00 |
| TBF Fee Applications/Compensation | 9.00 | 2,455.50 |
| Other Professional Fee Apps | 1.10 | 405.00 |
| Plan | 4.60 | 2,595.50 |
| Trustee Reporting/Schedules | 1.40 | 966.50 |
| | 27.40 | 10,555.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)　　　　　April 3, 2009
Re: Chapter 11 Representation　　　　　　　　　　Invoice #981375
File # 33006-00001- NBG　　　　　　　　　　　　　　Page 2

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| AP | Litigation/Adversary Proceeding | | | |
| 02-18-09 | Review order for status report on Icon adversary proceeding and email to team regarding coordinating response with Committee's and Trustee's counsel; instructions to K. Mirto regarding reminder; review J. Edmonson email to Committee counsel and Trustee counsel regarding same | NBG | 0.20 | 153.00 |
| 02-26-09 | Email JLE regarding status report | DAO | 0.10 | 28.00 |
| 02-27-09 | Review docket, pleadings and orders and determine status of Icon adversary, review docket | DAO | 0.80 | 224.00 |
| 02-27-09 | Email correspondence with JLE regarding status of Icon adversary | DAO | 0.20 | 56.00 |
| 02-27-09 | Draft, review and revise status report for Icon adversary and circulate same for comment | DAO | 0.40 | 112.00 |
| CA | Case Administration | | | |
| 02-04-09 | Monitor docket; Update critical dates memorandum | EM | 0.50 | 115.00 |
| 02-04-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 02-06-09 | Finalize critical dates memorandum; Circulate. | EM | 0.20 | 46.00 |
| 02-06-09 | Review updated critical date schedule and email from paralegal | NBG | 0.10 | 76.50 |
| 02-09-09 | Review docket update and | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)　　　　　　　　April 3, 2009
Re: Chapter 11 Representation　　　　　　　　　　　　　Invoice #981375
File # 33006-00001- NBG　　　　　　　　　　　　　　　　　　　　Page 3

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
|  | e-filings | NBG | 0.10 | 76.50 |
| 02-13-09 | Review e-filings, docket update and email to Pacitti regarding plan effectiveness | NBG | 0.10 | 76.50 |
| 02-13-09 | Review updated critical date schedule and emails from, to paralegal regarding same | NBG | 0.10 | 76.50 |
| 02-13-09 | Monitor docket; Update critical dates memo; Circulate. | EM | 0.20 | 46.00 |
| 02-13-09 | Review critical dates/docket for disbursement information | DAO | 0.20 | 56.00 |
| 02-17-09 | Review email from D. Pacitti and revised trust agreement and Adeptio note | JLE | 0.40 | 194.00 |
| 02-17-09 | Update the Bankruptcy Calendar with objection deadlines and hearing dates | JL | 0.10 | 14.50 |
| 02-18-09 | Review critical dates memo and emails to EM regarding inclusion of status report in Icon adversary proceeding | JLE | 0.20 | 97.00 |
| 02-18-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 02-18-09 | Email correspondence with JLE regarding Credit Suisse inquiry | DAO | 0.20 | 56.00 |
| 02-18-09 | Email Arturo Lilibeth at Credit Suisse regarding equity interests | DAO | 0.20 | 56.00 |
| 02-19-09 | Review U.S. Trustee motion to convert/compel | DAO | 0.10 | 28.00 |
| 02-19-09 | Review U.S. Trustee guidelines and research regarding post-confirmation reports | DAO | 0.50 | 140.00 |
| 02-20-09 | Review e-filings, docket updates | NBG | 0.10 | 76.50 |
| 02-20-09 | Emails and instructions |  |  |  |

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)         April 3, 2009
Re: Chapter 11 Representation                     Invoice #981375
File # 33006-00001- NBG                                   Page 4
```

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | regarding issuing check to Pardo and attention to transmittal letter | NBG | 0.20 | 153.00 |
| 02-20-09 | Email correspondence with L. Robinson regarding J. Pardo check | DAO | 0.20 | 56.00 |
| 02-20-09 | Review allocation analysis | DAO | 0.20 | 56.00 |
| 02-20-09 | Review incoming pleadings and correspondence. | TM | 0.10 | 23.00 |
| 02-23-09 | Calendar objection and CNO deadlines regarding fee applications that have been filed. | EM | 0.10 | 23.00 |
| 02-23-09 | Calendar status report deadline regarding adversary proceeding. | EM | 0.10 | 23.00 |
| 02-23-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 02-23-09 | Review/comment on critical date schedule update and email from paralegal and to her regarding same and to K. Mirto regarding same | NBG | 0.10 | 76.50 |
| 02-23-09 | Review email from D. Pacitti regarding final trust agreement and note | JLE | 0.20 | 97.00 |
| 02-23-09 | Review email from NBG regarding forwarding documents to J. Pardo for signature | JLE | 0.10 | 48.50 |
| 02-23-09 | Review U.S. Trustee guidelines | DAO | 0.20 | 56.00 |
| 02-23-09 | Research related to post-confirmation reports and timing of U.S. Trustee quarterly fees | DAO | 1.10 | 308.00 |
| 02-23-09 | Review docket/operating reports | DAO | 0.30 | 84.00 |
| 02-23-09 | Email JLE regarding summary | | | |

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)              April 3, 2009
Re: Chapter 11 Representation                       Invoice #981375
File # 33006-00001- NBG                                       Page 5
```

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
|  | on post-confirmation reports/fees (U.S. Trustee) research | DAO | 0.20 | 56.00 |
| 02-24-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 02-24-09 | Email correspondence with JLE regarding circulating documents to J. Pardo | DAO | 0.20 | 56.00 |
| 02-24-09 | Coordinate circulation of documents to J. Pardo w/JLE and J. Carrera | DAO | 0.40 | 112.00 |
| 02-25-09 | Review operating report history | DAO | 0.20 | 56.00 |
| 02-25-09 | Email Dorene Robotti at CTG regarding post-confirmation report and U.S. Trustee fees | DAO | 0.20 | 56.00 |
| 02-26-09 | Monitor docket; Review firm bankruptcy calendar; Draft critical dates. | EM | 0.20 | 46.00 |
| 02-27-09 | Distribution of critical dates. | EM | 0.10 | 23.00 |
| 02-27-09 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| 02-27-09 | Review updated critical date schedule and emails with E. Miranda regarding same | NBG | 0.10 | 76.50 |
| 02-27-09 | Review case status and summarize in email to JLE | DAO | 0.60 | 168.00 |
| 02-27-09 | Review critical dates and docket | DAO | 0.20 | 56.00 |

| CI | Creditor Inquiries | | | |
|---|---|---|---|---|
| 02-02-09 | Letter from Robert Williams regarding rebate claim | NBG | 0.10 | 76.50 |
| 02-06-09 | Return creditor inquiry | DAO | 0.10 | 28.00 |
| 02-10-09 | Return creditor inquiry | DAO | 0.10 | 28.00 |
| 02-17-09 | Email from Jodie Kelsay inquiring as to claim status | NBG | 0.10 | 76.50 |
| 02-27-09 | Return creditor inquiry | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)              April 3, 2009
Re: Chapter 11 Representation                       Invoice #981375
File # 33006-00001- NBG                                       Page 6
```

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| FA1 | TBF Fee Applications/Compensation | | | |
| 02-06-09 | Prepare Bayard's December monthly fee application for DAO review. | JBS | 1.10 | 148.50 |
| 02-12-09 | Review December fee application; review time entries for clarity and privilege | DAO | 0.50 | 140.00 |
| 02-13-09 | Review time records for compliance with local rules and practice and privileged communications | NBG | 0.20 | 153.00 |
| 02-17-09 | Emails from, to Sanderson regarding review/revisions to monthly application | NBG | 0.10 | 76.50 |
| 02-17-09 | Email correspondence with J. Sanderson regarding fee application | DAO | 0.20 | 56.00 |
| 02-17-09 | Review time entries for clarity and confidentiality | DAO | 0.80 | 224.00 |
| 02-18-09 | Review and revise December 2008 fee application and time entries for accuracy, privileged information | JLE | 0.40 | 194.00 |
| 02-20-09 | Revise Bayard's December monthly fee application per JLE instructions. | JBS | 0.50 | 67.50 |
| 02-20-09 | Review December application as filed | NBG | 0.10 | 76.50 |
| 02-20-09 | Review/revise notice and certificate of service for 14th monthly fee application | DAO | 0.20 | 56.00 |
| 02-20-09 | Attention to filing and serving 14th monthly fee application | DAO | 0.20 | 56.00 |
| 02-20-09 | Prepare notice and certificate of service re: Bayard 14th fee application | TM | 0.20 | 46.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)          April 3, 2009
Re: Chapter 11 Representation                      Invoice #981375
File # 33006-00001- NBG                                    Page 7

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-20-09 | File and serve Bayard 14th fee application | TM | 0.20 | 46.00 |
| 02-25-09 | Revise the exhibits to Bayard's January monthly fee application per DAO instructions. | JBS | 0.30 | 40.50 |
| 02-25-09 | Prepare Bayard's January monthly fee application for JLE review. | JBS | 1.30 | 175.50 |
| 02-25-09 | Review January time entries for clarity and confidentiality | DAO | 0.50 | 140.00 |
| 02-26-09 | Review 15th monthly fee application and time entries for privilege and accuracy | JLE | 0.30 | 145.50 |
| 02-27-09 | Discussion with D. O'Brien; Scan and e-file Bayard's Fifteenth Monthly Fee Application. | EM | 0.30 | 69.00 |
| 02-27-09 | Review fee application we filed today | NBG | 0.20 | 153.00 |
| 02-27-09 | Review/revise monthly fee application, draft notice and certificate of service | DAO | 0.60 | 168.00 |
| 02-27-09 | Review time entries for clarity and confidentiality | DAO | 0.40 | 112.00 |
| 02-27-09 | Attention to filing and serving monthly fee application | DAO | 0.40 | 112.00 |

FA2   Other Professional Fee Apps

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-25-09 | Emails with J. Edmonson and D. O'Brien regarding CTG's post=confirmation/pre-effectiv date compensation | NBG | 0.20 | 153.00 |
| 02-25-09 | Email correspondence with JLE regarding CTG fees | DAO | 0.20 | 56.00 |
| 02-25-09 | Review CTG engagement letter/order | DAO | 0.40 | 112.00 |

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)                April 3, 2009
Re: Chapter 11 Representation                         Invoice #981375
File # 33006-00001- NBG                                        Page 8
```

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | 02-25-09 | Email correspondence with JLE regarding CTG engagement letter/order | DAO | 0.20 | 56.00 |
| | 02-25-09 | Email Dorene Robotti at CTG regarding termination | DAO | 0.10 | 28.00 |
| PL | Plan | | | | |
| | 02-02-09 | Email to Pacitti regarding effectiveness of plan | NBG | 0.10 | 76.50 |
| | 02-03-09 | Email from Josh Lewis regarding effective date of Plan, status of Adeptio note | NBG | 0.10 | 76.50 |
| | 02-10-09 | Email to Pacitti regarding status of senior loan negotiations and plan effectiveness | NBG | 0.10 | 76.50 |
| | 02-16-09 | Emails with Josh Lewis and to Pacitti and Agay regarding plan effectiveness | NBG | 0.20 | 153.00 |
| | 02-17-09 | Email from Pacitti; review revised draft of Senior Note and Trust Agreement; email to Pacitti regarding same | NBG | 0.30 | 229.50 |
| | 02-19-09 | Emails to, from Schepacarter and to Pardo regarding plan effectiveness, senior loan | NBG | 0.20 | 153.00 |
| | 02-20-09 | Email from Pardo regarding update on plan effectiveness and OC - JLE regarding following up with Pacitti and Adeptio's counsel | NBG | 0.20 | 153.00 |
| | 02-23-09 | Review J. Edmonson email to Pacitti and Pawlitz regarding going effective and UST fees | NBG | 0.10 | 76.50 |
| | 02-23-09 | Emails with Pacitti, Loery, Branzberg, Pawlitz, Edmonson regarding obtaining Pardo's signature to Trust Agreement | | | |

# BAYARD, P.A.

---

SN Liquidation, Inc. (fka InPhonic, Inc.)             April 3, 2009
Re: Chapter 11 Representation                         Invoice #981375
File # 33006-00001- NBG                                        Page 9

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | and review revised Note and Trust Agreement; more emails regarding same | NBG | 0.40 | 306.00 |
| 02-24-09 | Email to DAO regarding letter to J. Pardo enclosing litigation trust agreement | JLE | 0.10 | 48.50 |
| 02-24-09 | Review email to J. Pardo regarding litigation trust agreement | JLE | 0.10 | 48.50 |
| 02-24-09 | Draft email to client (Pardo) regarding status of plan, UST motion to dismiss/convert case and how I propose to address and email to J. Edmonson regarding same | NBG | 0.20 | 153.00 |
| 02-24-09 | Review trust agreement/note and email JLE regarding same | DAO | 0.30 | 84.00 |
| 02-24-09 | Draft letter to J. Pardo regarding trust agreement/note | DAO | 0.30 | 84.00 |
| 02-24-09 | Email J. Pardo regarding original trust agreement/note | DAO | 0.20 | 56.00 |
| 02-24-09 | Email correspondence with JLE regarding original trust agreement, plan effectiveness, U.S. Trustee fees | DAO | 0.20 | 56.00 |
| 02-25-09 | Email to Edmonson and O'Brien regarding transmittal of trust agreement to Pardo for his signature and from Jamie regarding same and directions to advise Adeptio regarding UST fees | NBG | 0.20 | 153.00 |
| 02-26-09 | Email Joe Pardo regarding litigation trust | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)　　　　　　　　April 3, 2009
Re: Chapter 11 Representation　　　　　　　　　　　　　Invoice #981375
File # 33006-00001- NBG　　　　　　　　　　　　　　　　Page 10

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-27-09 | Email communications with NBG and DAO regarding litigation trust agreement, payment of U.S. Trustee fees, effective date, U.S. Trustee motion and response date | JLE | 0.30 | 145.50 |
| 02-27-09 | Prepare letter to D. Pacitti regarding litigation trust agreement, effective date | JLE | 0.20 | 97.00 |
| 02-27-09 | Emails to, from J. Edmonson and D. O'Brien regarding plan effectiveness, priority claims and response to UST motion to convert/dismiss; email to Pacitti | NBG | 0.30 | 229.50 |
| 02-27-09 | Attention to emails regarding post-confirmation reports, objection to U.S. Trustee motion | DAO | 0.20 | 56.00 |
| 02-27-09 | Email JLE regarding status of note trust agreement, effective date | DAO | 0.20 | 56.00 |

TR　Trustee Reporting/Schedules

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-19-09 | Read motion to convert case or dismiss same; email to Schepacarter regarding same and email to, from Edmonson regarding same; check on facts | NBG | 0.30 | 229.50 |
| 02-19-09 | Check on status of post confirmation UST Reports v. UST fee payments and emails to Schepacarter, Gwynne, Lewis, Pacitti and Edmonson regarding same | NBG | 0.10 | 76.50 |
| 02-23-09 | Email with DAO regarding U.S. Trustee fees and | | | |

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)                April 3, 2009
Re: Chapter 11 Representation                            Invoice #981375
File # 33006-00001- NBG                                  Page 11
```

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
|  | monthly operating reports | JLE | 0.10 | 48.50 |
| 02-24-09 | Email communications with DAO regarding U.S. Trustee fees and post-confirmation report | JLE | 0.10 | 48.50 |
| 02-24-09 | Emails from, to Robotti, Edmonson regarding US Trustee's motion to convert or dismiss and additional US Trustee fees payable for first quarter of 2009 | NBG | 0.20 | 153.00 |
| 02-24-09 | OC - J. Edmonson regarding D. O'Brien doing cleanup on MOR, UST fees and sending trust agreement to Pardo; check revisions | NBG | 0.20 | 153.00 |
| 02-24-09 | Email JLE regarding U.S. Trustee fees and post-confirmation report | DAO | 0.10 | 28.00 |
| 02-25-09 | Email to Schepacarter regarding his motion to dismiss/convert | NBG | 0.20 | 153.00 |
| 02-27-09 | Emails with J. Edmonson regarding CTG preparation of Jan. and Feb. MORs | NBG | 0.10 | 76.50 |

```
                               Total Fees         $        10,555.50
```

***** Fee Recap by Activity Code *****

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| AP | Litigation/Adversary Proceedin |  |  |  |
|  | Neil B Glassman | 0.20 | 765.00 | 153.00 |
|  | Daniel A. O'Brien | 1.50 | 280.00 | 420.00 |
|  |  | Subtotal | $ | 573.00 |
| CA | Case Administration |  |  |  |
|  | Neil B Glassman | 1.40 | 765.00 | 1,071.00 |

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)          April 3, 2009
Re: Chapter 11 Representation                      Invoice #981375
File # 33006-00001- NBG                            Page 12
```

***** Fee Recap by Activity Code *****

|  | Hours | Rate | Amount |
|---|---|---|---|
| Jamie L. Edmonson | 0.90 | 485.00 | 436.50 |
| Daniel A. O'Brien | 5.20 | 280.00 | 1,456.00 |
| Tiffany N Matthews | 0.10 | 230.00 | 23.00 |
| Edith Miranda | 1.40 | 230.00 | 322.00 |
| Jacqueline Lately | 0.10 | 145.00 | 14.50 |
|  | Subtotal |  | $ 3,323.00 |
| **CI   Creditor Inquiries** |  |  |  |
| Neil B Glassman | 0.20 | 765.00 | 153.00 |
| Daniel A. O'Brien | 0.30 | 280.00 | 84.00 |
|  | Subtotal |  | $ 237.00 |
| **FA1   TBF Fee Applications/Compensat** |  |  |  |
| Neil B Glassman | 0.60 | 765.00 | 459.00 |
| Jamie L. Edmonson | 0.70 | 485.00 | 339.50 |
| Daniel A. O'Brien | 3.80 | 280.00 | 1,064.00 |
| Tiffany N Matthews | 0.40 | 230.00 | 92.00 |
| Edith Miranda | 0.30 | 230.00 | 69.00 |
| James B Sanderson | 3.20 | 135.00 | 432.00 |
|  | Subtotal |  | $ 2,455.50 |
| **FA2   Other Professional Fee Apps** |  |  |  |
| Neil B Glassman | 0.20 | 765.00 | 153.00 |
| Daniel A. O'Brien | 0.90 | 280.00 | 252.00 |
|  | Subtotal |  | $ 405.00 |
| **PL   Plan** |  |  |  |
| Neil B Glassman | 2.40 | 765.00 | 1,836.00 |
| Jamie L. Edmonson | 0.70 | 485.00 | 339.50 |
| Daniel A. O'Brien | 1.50 | 280.00 | 420.00 |
|  | Subtotal |  | $ 2,595.50 |
| **TR   Trustee Reporting/Schedules** |  |  |  |
| Neil B Glassman | 1.10 | 765.00 | 841.50 |
| Jamie L. Edmonson | 0.20 | 485.00 | 97.00 |
| Daniel A. O'Brien | 0.10 | 280.00 | 28.00 |
|  | Subtotal |  | $ 966.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)  April 3, 2009
Re: Chapter 11 Representation  Invoice #981375
File # 33006-00001- NBG  Page 13

                                                      Total Fees     $    10,555.50

| Disbursement Description | Amount |
|---|---|
| Copies | 91.90 |
| Delivery Charges | 5.00 |
| Federal Express | 14.01 |
| Pacer Document Downloads | 2.72 |
| Postage | 28.62 |
| Print Images | 13.30 |
| Total Disbursements | $ 155.55 |

# BAYARD, P.A.

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)          April 3, 2009
Re: Chapter 11 Representation                      Invoice #981375
File # 33006-00001- NBG                            Page 14
```

Monthly Summary of Professional Fees

| Attorney | 02-09 | Total |
|---|---|---|
| Glassman, Neil B | 4666.50 | 4666.50 |
| O'Brien, Daniel A. | 3724.00 | 3724.00 |
| Edmonson, Jamie L. | 1212.50 | 1212.50 |
| Matthews, Tiffany N | 115.00 | 115.00 |
| Sanderson, James B | 432.00 | 432.00 |
| Lately, Jacqueline | 14.50 | 14.50 |
| Miranda, Edith | 391.00 | 391.00 |
| Total Fees | 10555.50 | 10555.50 |

Monthly Summary of Fees

| Description | 02-09 | Total |
|---|---|---|
| Litigation/Adversary Pr | 573.00 | 573.00 |
| Case Administration | 3323.00 | 3323.00 |
| Creditor Inquiries | 237.00 | 237.00 |
| TBF Fee Applications/Co | 2455.50 | 2455.50 |
| Other Professional Fee | 405.00 | 405.00 |
| Plan | 2595.50 | 2595.50 |
| Trustee Reporting/Sched | 966.50 | 966.50 |
| Total Fees | 10555.50 | 10555.50 |