# EXHIBIT B

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)  April 3, 2009
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | 91.90 |
| Delivery Charges | 5.00 |
| Federal Express | 14.01 |
| Pacer Document Downloads | 2.72 |
| Postage | 28.62 |
| Print Images | 13.30 |
| **Total Expenses** | **$ 155.55** |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                                  April 3, 2009
File # 33006-00001- NBG

Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---|
| 02-06-09 | Print Images | 1.10 |
| 02-06-09 | Print Images | 2.60 |
| 02-17-09 | Print Images | 2.00 |
| 02-19-09 | Print Images | 0.70 |
| 02-20-09 | Print Images | 1.10 |
| 02-20-09 | Print Images | 2.70 |
| 02-20-09 | Copies;   Start Meter = 128190 | 0.30 |
| 02-20-09 | Copies;   Start Meter = 1312559 | 45.10 |
| 02-20-09 | Postage | 17.52 |
| 02-24-09 | Copies;   Start Meter = 128367 | 4.70 |
| 02-24-09 | Federal Express | 14.01 |
| 02-25-09 | Print Images | 1.10 |
| 02-25-09 | Print Images | 2.00 |
| 02-27-09 | Copies;   Start Meter = 128889 | 3.00 |
| 02-27-09 | Copies;   Start Meter = 1410276 | 38.80 |
| 02-27-09 | Delivery Charges | 5.00 |
| 02-27-09 | Postage | 11.10 |
| 02-28-09 | Pacer Document Downloads | 2.72 |

                                          Total Disbursements    $    155.55