# EXHIBIT A

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                            Invoice #981646
File # 33006-00001- NBG                                         Page 2

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| AP | | Litigation/Adversary Proceeding | | | |
| | 03-03-09 | Review status report for Icon adversary proceeding; email with NBG and DAO regarding same | JLE | 0.10 | 48.50 |
| | 03-03-09 | Review email from DAO to Committee counsel regarding Icon status report | JLE | 0.10 | 48.50 |
| | 03-03-09 | Review/revise status report to Judge Gross regarding Icon adversary proceeding and email from, to O'Brien regarding same | NBG | 0.20 | 153.00 |
| | 03-03-09 | Emails from J. Lewis regarding status report on Icon litigation and from O'Brien and Gwynne | NBG | 0.10 | 76.50 |
| | 03-03-09 | Email JLE regarding status report | DAO | 0.10 | 28.00 |
| | 03-03-09 | Review Icon adversary status | DAO | 0.20 | 56.00 |
| | 03-03-09 | Email correspondence with JLE/NBG regarding Icon adversary status | DAO | 0.20 | 56.00 |
| | 03-03-09 | Circulate Icon adversary status to J. Lewis and email correspondence regarding same | DAO | 0.30 | 84.00 |
| | 03-03-09 | Revise status report per NBG comments | DAO | 0.10 | 28.00 |
| | 03-03-09 | Review service/filing procedures for status report | DAO | 0.30 | 84.00 |
| | 03-03-09 | Email correspondence with K. Gwynne at Reed Smith regarding status of Icon adversary proceeding | DAO | 0.20 | 56.00 |
| | 03-03-09 | Email JLE regarding filing/serving status report | DAO | 0.10 | 28.00 |
| | 03-03-09 | Attention to filing status | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                           Invoice #981646
File # 33006-00001- NBG                                        Page 3

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | report | DAO | 0.20 | 56.00 |
| 03-04-09 | Email K. Gwynne regarding status report | DAO | 0.10 | 28.00 |
| 03-04-09 | Email JLE regarding notice of dismissal | DAO | 0.10 | 28.00 |
| 03-10-09 | Attn to drafting notice of dimissal | DAO | 0.20 | 56.00 |
| 03-26-09 | Review pleadings/orders and docket regarding closure of adversary proceeding | DAO | 0.30 | 84.00 |
| 03-26-09 | Draft notice of dismissal | DAO | 0.30 | 84.00 |
| 03-27-09 | Draft notice of dismissal/review pleadings for same | DAO | 0.90 | 252.00 |
| 03-27-09 | Review/revise notice of dismissal and circulate to JLE for review | DAO | 0.40 | 112.00 |

BO    Business Operations

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-18-09 | Scan and e-file December 2008 Operating Report. | EM | 0.20 | 46.00 |
| 03-18-09 | Scan and e-file Operating Report for January 2009. | EM | 0.20 | 46.00 |
| 03-18-09 | Scan and e-file February 2009 Operating Report. | EM | 0.20 | 46.00 |

CA    Case Administration

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-02-09 | Review e-filings and docket update | NBG | 0.10 | 76.50 |
| 03-03-09 | Email J. Lewis regarding effective date | DAO | 0.10 | 28.00 |
| 03-04-09 | Email JLE regarding disbursements, post-confirmation reports | DAO | 0.10 | 28.00 |
| 03-04-09 | Review critical dates | DAO | 0.10 | 28.00 |
| 03-05-09 | Draft email to M. Branzburg regarding status, need to sign Note and Trust Agreement, additional U.S. | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 20, 2009
Re: Chapter 11 Representation                                Invoice #981646
File # 33006-00001- NBG                                              Page 4

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Trustee fees, U.S. Trustee motion to dismiss or convert | JLE | 0.20 | 97.00 |
| 03-05-09 | Monitor docket; Update critical dates memorandum. | EM | 0.30 | 69.00 |
| 03-05-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 03-05-09 | Review trust documents, loan documents and distribution information | DAO | 0.40 | 112.00 |
| 03-05-09 | Email correspondence with J. Pawlitz regarding trust documents, loan documents and distribution information | DAO | 0.30 | 84.00 |
| 03-05-09 | Email JLE regarding trust documents, loan documents and distribution information | DAO | 0.10 | 28.00 |
| 03-05-09 | Email JLE regarding Adeptio Note | DAO | 0.10 | 28.00 |
| 03-05-09 | Email JLE regarding disbursements, post-confirmation reports | DAO | 0.10 | 28.00 |
| 03-06-09 | Review updated critical date schedule and email from paralegal and to K. Mirto | NBG | 0.10 | 76.50 |
| 03-06-09 | Circulate critical dates memorandum. | EM | 0.10 | 23.00 |
| 03-08-09 | Review disbursement information/post-confirmation reports | DAO | 0.30 | 84.00 |
| 03-09-09 | OC with DAO regarding U.S. Trustee fees, priority claims, effective date | JLE | 0.20 | 97.00 |
| 03-09-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 03-09-09 | Email JLE regarding post-confirmation reports | DAO | 0.10 | 28.00 |
| 03-09-09 | Review/revise post-confirmation reports and prepare for circulation | DAO | 0.50 | 140.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                              Invoice #981646
File # 33006-00001- NBG                                           Page 5

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-09-09 | Email J. Pardo regarding post-confirmation reports | DAO | 0.20 | 56.00 |
| 03-09-09 | OC with JLE regarding conference call with Trustee and Adeptio | DAO | 0.10 | 28.00 |
| 03-09-09 | Conference call with JLE, Trustee and Adeptio | DAO | 0.30 | 84.00 |
| 03-09-09 | OC with JLE regarding conference call and status, tasks, U.S. Trustee fees | DAO | 0.20 | 56.00 |
| 03-09-09 | Email correspondence with Brad Daniel at BMC regarding property claims report/conference call | DAO | 0.30 | 84.00 |
| 03-09-09 | Circulate Ohio order to BMC | DAO | 0.20 | 56.00 |
| 03-09-09 | Review docket for status update | DAO | 0.10 | 28.00 |
| 03-10-09 | Email JLE re: Priority Claims list | DAO | 0.10 | 28.00 |
| 03-10-09 | Email JLE re: post-confirmation reports | DAO | 0.10 | 28.00 |
| 03-10-09 | Email correspondence with Brad D. @ BMC re: priority claims list | DAO | 0.20 | 56.00 |
| 03-10-09 | Review NY claims information and email JLE and NBG re: same | DAO | 1.00 | 280.00 |
| 03-10-09 | Review Priority Claims List for accuracy | DAO | 0.20 | 56.00 |
| 03-11-09 | Review e-filings; docket update | NBG | 0.10 | 76.50 |
| 03-11-09 | OC with NBG regarding effective date | DAO | 0.10 | 28.00 |
| 03-11-09 | Email J. Pardo regarding post-confirmation reports | DAO | 0.20 | 56.00 |
| 03-11-09 | Review adversary proceeding closing procedures | DAO | 0.20 | 56.00 |
| 03-12-09 | Review docket/pleadings | DAO | 0.10 | 28.00 |
| 03-12-09 | Email correspondence with | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                April 20, 2009
Re: Chapter 11 Representation                          Invoice #981646
File # 33006-00001- NBG                                        Page 6

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | JLE regarding _____ | DAO | 0.20 | 56.00 |
| 03-12-09 | Email D. Pacitti regarding effective date, plan status, funding | DAO | 0.20 | 56.00 |
| 03-12-09 | Call with JLE regarding dismissal | DAO | 0.10 | 28.00 |
| 03-12-09 | Draft objection to U.S. Trustee motion to convert | DAO | 1.50 | 420.00 |
| 03-12-09 | Email JLE/NBG regarding follow up with D. Pacitti | DAO | 0.10 | 28.00 |
| 03-12-09 | Review U.S. Trustee guidelines; review/revise objection | DAO | 0.60 | 168.00 |
| 03-13-09 | Monitor docket; Draft critical dates memo; Circulate. | EM | 0.20 | 46.00 |
| 03-13-09 | Review updated critical date schedule and email from paralegal and to K. Mirto regarding same | NBG | 0.10 | 76.50 |
| 03-13-09 | Review/revise draft objection | DAO | 0.30 | 84.00 |
| 03-13-09 | Circulate draft objection to JLE | DAO | 0.20 | 56.00 |
| 03-13-09 | Review U.S. Trustee motion and email JLE regarding objection deadline | DAO | 0.20 | 56.00 |
| 03-16-09 | Email to DAO regarding fee application and effective date, post-confirmation reports | JLE | 0.10 | 48.50 |
| 03-16-09 | Attention to emails regarding effective date, reports | DAO | 0.20 | 56.00 |
| 03-16-09 | Emails with JLE regarding case administration, U.S. Trustee fees, status of reports | DAO | 0.30 | 84.00 |
| 03-16-09 | Email JLE regarding | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                               Invoice #981646
File # 33006-00001- NBG                                          Page 7

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | circulating objection to U.S. Trustee motion and joinders | DAO | 0.10 | 28.00 |
| 03-16-09 | Review/revise objection and circulate to D. Pacitti and J. Lewis for review; provide summary | DAO | 0.40 | 112.00 |
| 03-16-09 | Email correspondence with JLE regarding U.S. Trustee response | DAO | 0.10 | 28.00 |
| 03-17-09 | Calendar objection and CNO deadline regarding Bayard's Fifth Interim Fee Application. | EM | 0.10 | 23.00 |
| 03-17-09 | Email to R. Schepacarter regarding status of case | JLE | 0.10 | 48.50 |
| 03-17-09 | Email correspondence with JLE regarding plan, reports, fees, status | DAO | 0.20 | 56.00 |
| 03-17-09 | Prepare for calls with D. Pacitti and J. Pawlitz regarding case status | DAO | 0.30 | 84.00 |
| 03-17-09 | Calls with J. Pawlitz regarding funding, effective date, U.S. Trustee motion | DAO | 0.20 | 56.00 |
| 03-17-09 | Calls with D. Pacitti regarding funding, effective date, U.S. Trustee motion | DAO | 0.20 | 56.00 |
| 03-17-09 | Email JLE regarding funding, effective date, U.S. Trustee motion | DAO | 0.10 | 28.00 |
| 03-17-09 | Review allocation analysis, objection to U.S. Trustee motion, Adeptio Note | DAO | 0.30 | 84.00 |
| 03-17-09 | Email JLE regarding status update on effective date, funding | DAO | 0.20 | 56.00 |
| 03-17-09 | Email J. Pawlitz regarding wire instructions | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 20, 2009
Re: Chapter 11 Representation                          Invoice #981646
File # 33006-00001- NBG                                          Page 8

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-17-09 | Email L. Robinson regarding wire transfer | DAO | 0.10 | 28.00 |
| 03-17-09 | Emails with JLE and NBG regarding status update and plan effectiveness, funding of U.S. Trustee fees, filing of post-confirmation reports | DAO | 0.40 | 112.00 |
| 03-17-09 | Email NBG regarding draft objection to U.S. Trustee motion | DAO | 0.10 | 28.00 |
| 03-18-09 | Revise objection to U.S. Trustee motion per effective date change and circulate same for review | DAO | 0.40 | 112.00 |
| 03-18-09 | OC with J. Carrera regarding check request for U.S. Trustee fees | DAO | 0.10 | 28.00 |
| 03-19-09 | Review docket and bankruptcy calendar; Prepare critical dates memo. | EM | 0.40 | 92.00 |
| 03-19-09 | Confer with DAO regarding objection to U.S. Trustee motion; effective date, priority claims; emails with DAO and D. Pacitti regarding same | JLE | 0.40 | 194.00 |
| 03-19-09 | Revise objection to U.S. Trustee motion per NBG comments | DAO | 0.10 | 28.00 |
| 03-19-09 | Email D. Pacitti regarding plan effectiveness | DAO | 0.10 | 28.00 |
| 03-19-09 | Review/revise notice of effective date | DAO | 0.40 | 112.00 |
| 03-19-09 | Email JLE regarding notice of effective date | DAO | 0.10 | 28.00 |
| 03-19-09 | Circulate draft objection to Committee and Trustee | DAO | 0.20 | 56.00 |
| 03-19-09 | Call with JLE regarding effective date/notice | DAO | 0.10 | 28.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

April 20, 2009
Invoice #981646
Page 9

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-19-09 | Email JLE regarding filings/service | DAO | 0.10 | 28.00 |
| 03-19-09 | Email correspondence with JLE regarding priority claims amount | DAO | 0.20 | 56.00 |
| 03-19-09 | Emails with JLE regarding revisions to objection | DAO | 0.30 | 84.00 |
| 03-19-09 | Circulate revised objected to JLE for review | DAO | 0.10 | 28.00 |
| 03-19-09 | Prepare objection for filing | DAO | 0.10 | 28.00 |
| 03-19-09 | Attention to filing and serving objection | DAO | 0.20 | 56.00 |
| 03-19-09 | Email EM regarding filing/serving objection | DAO | 0.10 | 28.00 |
| 03-20-09 | Review updated critical date schedule and email from paralegal regarding same | NBG | 0.10 | 76.50 |
| 03-20-09 | Circulate critical dates memorandum. | EM | 0.10 | 23.00 |
| 03-20-09 | Email correspondence with JLE regarding withdrawal of U.S. Trustee motion and joinders to objection | DAO | 0.20 | 56.00 |
| 03-20-09 | Email D. Pacitti and J. Lewis regarding status of effective date and filing, joinders to objection | DAO | 0.20 | 56.00 |
| 03-20-09 | Review critical dates | DAO | 0.10 | 28.00 |
| 03-23-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 03-23-09 | Attention to distribution of electronic filings re: docket number 844,843 | JL | 0.10 | 14.50 |
| 03-24-09 | Review notice of withdrawal of U.S. Trustee motion to convert or dismiss | JLE | 0.10 | 48.50 |
| 03-24-09 | TC to Judge Gross's Chambers regarding cancellation of hearing | JLE | 0.10 | 48.50 |

# BAYARD, P.A.

---

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

April 20, 2009
Invoice #981646
Page 10

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-24-09 | Email communications with NBG regarding effective date | JLE | 0.10 | 48.50 |
| 03-24-09 | Discussion with D. O'Brien regarding agenda cancelling hearing to be filed tomorrow. | EM | 0.10 | 23.00 |
| 03-24-09 | Review e-filings, docket update; read news article on Trustee's withdrawal of motion | NBG | 0.20 | 153.00 |
| 03-25-09 | Review docket and e-filings | NBG | 0.10 | 76.50 |
| 03-26-09 | Review docket; Update firm bankruptcy calendar with deadlines; Draft critical dates memorandum. | EM | 0.40 | 92.00 |
| 03-27-09 | Circulate critical dates memorandum. | EM | 0.10 | 23.00 |
| 03-27-09 | Review updated critical date schedule and email from, to paralegal regarding same | NBG | 0.10 | 76.50 |
| 03-27-09 | Email JLE regarding notice of effective date | DAO | 0.10 | 28.00 |
| 03-27-09 | Email D. Pacitti regarding notice of effective date | DAO | 0.10 | 28.00 |
| 03-30-09 | Review e-filings, docket update | NBG | 0.10 | 76.50 |
| 03-30-09 | Review e-mail from N. Glassman. | EM | 0.10 | 23.00 |
| 03-30-09 | Review critical dates memo | JLE | 0.10 | 48.50 |
| 03-31-09 | Attention to preparation of electronic filings | TM | 0.10 | 23.00 |
| 03-31-09 | Discuss status of pleadings to be filed today with DAO | TM | 0.10 | 23.00 |
| 03-31-09 | Email from, to J. Edmonson regarding filing notice of effective date today | NBG | 0.10 | 76.50 |
| 03-31-09 | Review e-mails from D. O'Brien, J. Edmonson and N. Glassman; Calendar deadline | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                              April 20, 2009
Re: Chapter 11 Representation                                        Invoice #981646
File # 33006-00001- NBG                                                  Page 11

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | to file final fee application. | EM | 0.20 | 46.00 |
| | 03-31-09 | Calendar deadline to file notice of effective date | DAO | 0.10 | 28.00 |
| CH | | **Court Hearings** | | | |
| | 03-03-09 | Calendar objection and CNO deadline regarding Bayard's Fifteenth Monthly Fee Statement. | EM | 0.10 | 23.00 |
| | 03-19-09 | Scan and e-file Debtors' Objection to the U.S. Trustee's Motion.; E-mail to D. O'Brien. | EM | 0.20 | 46.00 |
| | 03-24-09 | Email EM regarding agenda/canceling hearing | DAO | 0.10 | 28.00 |
| | 03-24-09 | Email JLE regarding agenda/canceling hearing | DAO | 0.10 | 28.00 |
| | 03-25-09 | Prepare agenda for March 27th Hearing. | EM | 0.40 | 92.00 |
| | 03-25-09 | Scan and e-file agenda for March 27th Hearing. | EM | 0.20 | 46.00 |
| | 03-25-09 | Scan and e-mail agenda to Broadcast fax for service; Prepare agenda for hand delivery to J. Gross. | EM | 0.10 | 23.00 |
| | 03-25-09 | Review agenda for upcoming hearing and email from, to paralegal regarding same | NBG | 0.10 | 76.50 |
| | 03-25-09 | Email EM regarding agenda | DAO | 0.10 | 28.00 |
| | 03-25-09 | Review agenda/docket | DAO | 0.20 | 56.00 |
| | 03-25-09 | Attention to filing and serving agenda | DAO | 0.10 | 28.00 |
| CI | | **Creditor Inquiries** | | | |
| | 03-03-09 | Attention to creditor inquiry regarding distributions | DAO | 0.10 | 28.00 |
| | 03-19-09 | Attention to creditor | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)
Re: Chapter 11 Representation
File # 33006-00001- NBG

April 20, 2009
Invoice #981646
Page 12

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | inquiry | DAO | 0.10 | 28.00 |
| 03-23-09 | Attend to inquiry from Peter Jones, counsel to Overstock.com and email to, from J. Edmonson regarding same and effective date | NBG | 0.20 | 153.00 |
| 03-26-09 | Return creditor inquiries regarding distribution | DAO | 0.20 | 56.00 |
| 03-27-09 | Email R. Serrette at BMC regarding creditor inquiry | DAO | 0.10 | 28.00 |
| 03-27-09 | Email creditor regarding plan status/distribution | DAO | 0.10 | 28.00 |

**FA1   TBF Fee Applications/Compensation**

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-02-09 | Review time records and attention to draft interim application and email from, to Sanderson regarding same | NBG | 0.20 | 153.00 |
| 03-11-09 | Prepare Bayard's Fifth Interim fee application for DAO review. | JBS | 0.80 | 108.00 |
| 03-13-09 | Review draft Feb. interim fee application | NBG | 0.20 | 153.00 |
| 03-13-09 | Review 5th interim fee application; prepare for filing | DAO | 0.50 | 140.00 |
| 03-13-09 | Circulate 5th interim fee application for review | DAO | 0.20 | 56.00 |
| 03-16-09 | Prepare certification of no objection regarding Fourteenth Monthly Fee Statement of Bayard, P.A. | EM | 0.20 | 46.00 |
| 03-16-09 | Discussion with D. O'Brien; Scan and e-file Fifth Interim Fee Application of Bayard, P.A. | EM | 0.30 | 69.00 |
| 03-16-09 | Review fifth interim fee application | JLE | 0.10 | 48.50 |
| 03-16-09 | Review fifth interim fee | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                               Invoice #981646
File # 33006-00001- NBG                                          Page 13

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|          | application | DAO | 0.10 | 28.00 |
| 03-16-09 | Attention to emails regarding filing fee application | DAO | 0.10 | 28.00 |
| 03-16-09 | Review certification of no objection for 14th fee application | DAO | 0.10 | 28.00 |
| 03-16-09 | Review docket for objections to 14th fee application | DAO | 0.10 | 28.00 |
| 03-16-09 | Attention to filing certification of no objection for 14th fee application | DAO | 0.10 | 28.00 |
| 03-16-09 | Review/revise and prepare fifth interim fee application for filing | DAO | 0.20 | 56.00 |
| 03-16-09 | Attention to filing and serving fifth interim fee application | DAO | 0.20 | 56.00 |
| 03-23-09 | Prepare certification of no objection regarding Bayard's Fifteenth Monthly Fee Statement. | EM | 0.20 | 46.00 |
| 03-23-09 | Scan and e-file certification of no objection regarding Bayard's Fifteenth Monthly Fee Statement. | EM | 0.20 | 46.00 |
| 03-23-09 | Review certification of no objection for 15th fee application | DAO | 0.10 | 28.00 |
| 03-23-09 | Review docket for objections to 15th fee application | DAO | 0.10 | 28.00 |
| 03-23-09 | Attention to filing 15th fee application | DAO | 0.10 | 28.00 |
| 03-24-09 | Email to J. Sanderson with instructions regarding monthly fee application for March and review time | | | |

# BAYARD, P.A.

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | records for March | NBG | 0.20 | 153.00 |
| | 03-24-09 | Email J. Sanderson regarding February fee application | DAO | 0.10 | 28.00 |
| | 03-25-09 | Prepare first version of the exhibits to Bayard's February monthly fee application for DAO review. | JBS | 0.20 | 27.00 |
| | 03-25-09 | Review February time entries for clarity and confidentiality | DAO | 0.30 | 84.00 |
| | 03-27-09 | Review time entries for clarity and confidentiality | DAO | 0.40 | 112.00 |
| | 03-30-09 | Instructions regarding preparation of final quarterly application and final fee application and emails with J. Edmonson and to Edith and Dan regarding same | NBG | 0.20 | 153.00 |
| | 03-31-09 | Email to NBG, DAO, EM regarding date to file final fee application and calendaring same | JLE | 0.10 | 48.50 |
| | 03-31-09 | Emails from J. Edmonson and E. Miranda regarding quarterly and final fee applications | NBG | 0.10 | 76.50 |
| PC | | Claims Analysis and Resolution | | | |
| | 03-10-09 | Emails with Lorry, Edmonson regarding priority claims to be paid | NBG | 0.30 | 229.50 |
| | 03-10-09 | Review email and attached spreadsheet of priority claims from B. Daniel | JLE | 0.20 | 97.00 |
| | 03-10-09 | Compare prior list of priority claims to new list | JLE | 0.30 | 145.50 |
| | 03-10-09 | Email revised list to D. Pacitti, J. Pawlitz and D. | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                      April 20, 2009
Re: Chapter 11 Representation                                Invoice #981646
File # 33006-00001- NBG                                          Page 15

| | Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | Lorry | JLE | 0.10 | 48.50 |
| | 03-10-09 | Review email from D. Lorry regarding priority claims | JLE | 0.10 | 48.50 |
| | 03-10-09 | Email communications with NBG and DAO regarding New York claims | JLE | 0.20 | 97.00 |
| | 03-10-09 | Email to D. Lorry, D. Pacitti regarding recommended treatment for New York claim | JLE | 0.10 | 48.50 |
| | 03-17-09 | Email from, to D. O'Brien regarding Adeptio wiring UST fees and Paccitti response to question regarding effective date | NBG | 0.10 | 76.50 |
| | 03-23-09 | Email JLE regarding Overstock.com inquiry | DAO | 0.10 | 28.00 |
| | 03-23-09 | Call Overstock.com regarding case status | DAO | 0.10 | 28.00 |
| PL | Plan | | | | |
| | 03-02-09 | Emails regarding going effective | NBG | 0.10 | 76.50 |
| | 03-03-09 | Email to L. Pawlitz, J. Lewis, D. Pacitti regarding effective date, response to U.S. Trustee motion to dismiss or convert | JLE | 0.10 | 48.50 |
| | 03-03-09 | Emails to J. Edmonson regarding effective date and from her regarding same | NBG | 0.20 | 153.00 |
| | 03-05-09 | Email communications with NBG regarding post-confirmation report | JLE | 0.10 | 48.50 |
| | 03-05-09 | Confer with Joe Myers of CTG regarding timing of plan's effectiveness | NBG | 0.10 | 76.50 |
| | 03-05-09 | Draft email to Branzburg regarding Note, Trust | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          April 20, 2009
Re: Chapter 11 Representation                                   Invoice #981646
File # 33006-00001- NBG                                               Page 16

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Agreement, payment of UST fees, filing post-confirmation reports; email to Pardo regarding same | NBG | 0.30 | 229.50 |
| 03-06-09 | Email communications with D. Pacitti, J. Pawlitz, J. Lewis regarding effective date, payments | JLE | 0.20 | 97.00 |
| 03-06-09 | Emails with Pacitti and Edmonson and Pawlitz regarding Note, Trust Agreement and conference call on 3/9 regarding going effective and with Pacitti regarding deadline to file avoidance actions | NBG | 0.30 | 229.50 |
| 03-06-09 | Emails with Pardo regarding conference call with Adeptio's counsel, Committee counsel and Trustee's counsel and timing of going effective | NBG | 0.20 | 153.00 |
| 03-09-09 | Conference call with D. Pacitti, M. Branzburg, J. Pawlitz, D. Lorry, DAO regarding effective date | JLE | 0.30 | 145.50 |
| 03-09-09 | Report from J. Edmonson regarding today's conference call with Adeptio, Trustee and Committee counsel | NBG | 0.10 | 76.50 |
| 03-11-09 | Emails to, from KG regarding plan going effective and instructions to D. O'Brien to follow up regarding same | NBG | 0.20 | 153.00 |
| 03-12-09 | Email communications with DAO regarding effective date and follow up with D. Pacitti and J. Pardo | JLE | 0.20 | 97.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                              Invoice #981646
File # 33006-00001- NBG                                         Page 17

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-12-09 | Email to, from DAO regarding effectiveness of Plan | NBG | 0.10 | 76.50 |
| 03-18-09 | Emails with Gwynne regarding timing of effectiveness and brief we are filing objecting to UST motion to dismiss | NBG | 0.20 | 153.00 |
| 03-20-09 | Call with L. Arnold at Venable regarding American Premiere | DAO | 0.20 | 56.00 |
| 03-20-09 | Email correspondence with Brad Daniel at BMC regarding American Premiere opt-out | DAO | 0.10 | 28.00 |
| 03-20-09 | Email R. Serrette at BMC regarding American Premiere opt-out/plan voting | DAO | 0.10 | 28.00 |
| 03-23-09 | Email Brad Daniel regarding American Premiere inquiry | DAO | 0.10 | 28.00 |
| 03-23-09 | Email correspondence with L. Arnold at Venable regarding American Premiere inquiry | DAO | 0.20 | 56.00 |
| 03-24-09 | Emails with J. Edmonson regarding getting plan effective, funding of senior loan and notice of effective date | NBG | 0.20 | 153.00 |
| 03-30-09 | Instructions to J. Edmonson regarding getting effective date notice served, filed and review her email to Pacitti and teleconference with Schepacarter regarding same | NBG | 0.20 | 153.00 |
| 03-30-09 | Emails with J. Edmonson, Dan O'Brien regarding effective date being 3/30/09 and preparation of notice of effective date and review draft of same and email to | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)          April 20, 2009
Re: Chapter 11 Representation               Invoice #981646
File # 33006-00001- NBG                    Page 18

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | D. O'Brien with comments | NBG | 0.20 | 153.00 |
| 03-30-09 | Email to D. Pacitti regarding effective date | JLE | 0.10 | 48.50 |
| 03-30-09 | TCs with J. Pawlitz regarding effective date | JLE | 0.10 | 48.50 |
| 03-30-09 | Review email from D. Pacitti regarding effective date | JLE | 0.10 | 48.50 |
| 03-30-09 | Email communications with NBG and DAO regarding effective date | JLE | 0.10 | 48.50 |
| 03-30-09 | Email correspondence with JLE regarding follow up with D. Pacitti regarding effective date | DAO | 0.20 | 56.00 |
| 03-30-09 | Email JLE regarding notice of effective date | DAO | 0.10 | 28.00 |
| 03-30-09 | Review plan/confirmation order | DAO | 0.90 | 252.00 |
| 03-30-09 | Revise notice of effective date per plan and confirmation order review | DAO | 0.60 | 168.00 |
| 03-30-09 | Circulate notice of effective date for review | DAO | 0.20 | 56.00 |
| 03-31-09 | File and serve notice of order confirming 2nd amended plan | TM | 0.20 | 46.00 |
| 03-31-09 | Review and revise notice of effective date | JLE | 0.20 | 97.00 |
| 03-31-09 | Email to DAO regarding notice of effective date | JLE | 0.10 | 48.50 |
| 03-31-09 | Email communications with DAO regarding notice of effective date | JLE | 0.20 | 97.00 |
| 03-31-09 | More revisions to notice of effective date and instructions to run by constitutents counsel before filing and email to Pacitti and Gwynne from O'Brien | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                          April 20, 2009
Re: Chapter 11 Representation                                  Invoice #981646
File # 33006-00001- NBG                                           Page 19

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|          | regarding same | NBG | 0.20 | 153.00 |
| 03-31-09 | Email JLE regarding effective date | DAO | 0.10 | 28.00 |
| 03-31-09 | Circulate notice of effective date to NBG | DAO | 0.10 | 28.00 |
| 03-31-09 | Review notice of effective date and circulate to D. Pacitti and J. Lewis | DAO | 0.20 | 56.00 |
| 03-31-09 | Email correspondence with JLE regarding filing notice of effective date | DAO | 0.20 | 56.00 |
| 03-31-09 | Email JLE regarding filing notice of effective date | DAO | 0.10 | 28.00 |
| 03-31-09 | Email JLE regarding call with J. Pawlitz | DAO | 0.10 | 28.00 |
| 03-31-09 | Attention to filing/serving notice of effective date | DAO | 0.20 | 56.00 |
| 03-31-09 | Call with J. Lewis regarding effective date | DAO | 0.10 | 28.00 |
| 03-31-09 | Email TM regarding filing of notice of effective date | DAO | 0.10 | 28.00 |
| **TR** | **Trustee Reporting/Schedules** | | | |
| 03-03-09 | Review email from J. Pawlitz regarding Adeptio payments for post-confirmation report | JLE | 0.10 | 48.50 |
| 03-03-09 | Email to J. Edmonson regarding response to US Trustee motion | NBG | 0.10 | 76.50 |
| 03-03-09 | Emails from, to J. Edmonson regarding information needed for post-confirmation report and response to UST motion | NBG | 0.10 | 76.50 |
| 03-05-09 | Report from J. Edmonson regarding status of post-confirmation report, payment of disbursements by Adeptio and call to Schepacarter regarding same | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 20, 2009
Re: Chapter 11 Representation                                Invoice #981646
File # 33006-00001- NBG                                              Page 20

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | and email from J. Edmonson to Pawlitz and email from him; draft email to Branzburg regarding same | NBG | 0.20 | 153.00 |
| 03-05-09 | Emails to, from J. Edmonson regarding preparation of post-confirmation report and final MOR | NBG | 0.10 | 76.50 |
| 03-06-09 | Email communications with D. Engelhardt regarding post-confirmation report | JLE | 0.10 | 48.50 |
| 03-09-09 | Numerous email communications with D. Engelhardt regarding post-confirmation reports; review of same; email to DAO regarding same | JLE | 0.60 | 291.00 |
| 03-09-09 | Review draft MOR and emails with J. Edmonson and D. O'Brien regarding obtaining Pardo's signature and filing | NBG | 0.10 | 76.50 |
| 03-09-09 | Emails from Pawlitz and Edmonson regarding payment of UST fees | NBG | 0.10 | 76.50 |
| 03-10-09 | Email communications with J. Lewis and D. Pacitti regarding U.S Trustee fees | JLE | 0.10 | 48.50 |
| 03-16-09 | Emails to, from Edmonson and O'Brien regarding getting post-confirmation report signed and filed and fees paid and response to UST motion | NBG | 0.30 | 229.50 |
| 03-16-09 | Email J. Pardo regarding post-confirmation reports | DAO | 0.20 | 56.00 |
| 03-17-09 | Emails from, to D. O'Brien regarding obtaining Pardo signature on MOR and filing same and letting | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                              Invoice #981646
File # 33006-00001- NBG                                          Page 21

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|          | Schepacarter know status; email from J. Edmonson regarding same | NBG | 0.20 | 153.00 |
| 03-17-09 | Call with J. Pardo regarding reports | DAO | 0.10 | 28.00 |
| 03-17-09 | Email with NBG/JLE regarding call with J. Pardo | DAO | 0.10 | 28.00 |
| 03-17-09 | Email correspondence with NBG and JLE regarding U.S. Trustee fees/funding | DAO | 0.20 | 56.00 |
| 03-18-09 | Email communications with DAO regarding post-confirmation reports, U.S. Trustee fees | JLE | 0.20 | 97.00 |
| 03-18-09 | Review/comment on draft objection to motion to convert or dismiss case and email from, to D. O'Brien and J. Edmonson regarding same | NBG | 0.30 | 229.50 |
| 03-18-09 | Review MOR we filed today | NBG | 0.10 | 76.50 |
| 03-18-09 | Email JLE regarding U.S. Trustee fees funding | DAO | 0.10 | 28.00 |
| 03-18-09 | Email L. Robinson regarding U.S. Trustee fees funding | DAO | 0.10 | 28.00 |
| 03-18-09 | Email J. Pawlitz regarding U.S. Trustee fees funding | DAO | 0.10 | 28.00 |
| 03-18-09 | Email J. Pardo regarding post-confirmation reports | DAO | 0.10 | 28.00 |
| 03-18-09 | Email David Lorry regarding U.S. Trustee fees | DAO | 0.10 | 28.00 |
| 03-18-09 | Email L. Robinson regarding wire from Versa | DAO | 0.10 | 28.00 |
| 03-18-09 | Email correspondence with JLE regarding fees funding, check and post-confirmation reports | DAO | 0.20 | 56.00 |
| 03-18-09 | Review/revise post-confirmation reports | | | |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                                Invoice #981646
File # 33006-00001- NBG                                      Page 22

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | and prepare for filing | DAO | 0.60 | 168.00 |
| 03-18-09 | OC with EM regarding filing reports | DAO | 0.10 | 28.00 |
| 03-18-09 | Draft letter to U.S. Trustee regarding fees check | DAO | 0.20 | 56.00 |
| 03-18-09 | OC with J. Carrera regarding letter to U.S. Trustee enclosing fees check | DAO | 0.10 | 28.00 |
| 03-18-09 | Attention to filing and serving post-confirmation reports and remitting U.S. Trustee fees | DAO | 0.40 | 112.00 |
| 03-18-09 | Email JLE regarding check request for U.S. Trustee fees | DAO | 0.10 | 28.00 |
| 03-19-09 | Emails to, from J. Edmonson regarding objection to UST's motion to dismiss/convert and review objection as filed | NBG | 0.20 | 153.00 |
| 03-20-09 | Review Committee's Joinder to our objection to UST Motion to Dismiss or Convert and email to Gwynne regarding same and from him and review notice filed by UST withdrawing its motion | NBG | 0.10 | 76.50 |

```
                                                          ------------
            Total Fees           $          18,655.00
```

***** Fee Recap by Activity Code *****

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| AP | Litigation/Adversary Proceedin | | | |
| | Neil B Glassman | 0.30 | 765.00 | 229.50 |
| | Jamie L. Edmonson | 0.20 | 485.00 | 97.00 |
| | Daniel A. O'Brien | 4.00 | 280.00 | 1,120.00 |
| | | Subtotal | $ | 1,446.50 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                         Invoice #981646
File # 33006-00001- NBG                                    Page 23

### ***** Fee Recap by Activity Code *****

|  | Hours | Rate | | Amount |
|---|---|---|---|---|
| **BO    Business Operations** | | | | |
| Edith Miranda | 0.60 | 230.00 | | 138.00 |
| | | | | |
| | Subtotal | | $ | 138.00 |
| **CA    Case Administration** | | | | |
| Neil B Glassman | 1.40 | 765.00 | | 1,071.00 |
| Jamie L. Edmonson | 1.40 | 485.00 | | 679.00 |
| Daniel A. O'Brien | 15.90 | 280.00 | | 4,452.00 |
| Tiffany N Matthews | 0.20 | 230.00 | | 46.00 |
| Edith Miranda | 2.10 | 230.00 | | 483.00 |
| Jacqueline Lately | 0.10 | 145.00 | | 14.50 |
| | | | | |
| | Subtotal | | $ | 6,745.50 |
| **CH    Court Hearings** | | | | |
| Neil B Glassman | 0.10 | 765.00 | | 76.50 |
| Daniel A. O'Brien | 0.60 | 280.00 | | 168.00 |
| Edith Miranda | 1.00 | 230.00 | | 230.00 |
| | | | | |
| | Subtotal | | $ | 474.50 |
| **CI    Creditor Inquiries** | | | | |
| Neil B Glassman | 0.20 | 765.00 | | 153.00 |
| Daniel A. O'Brien | 0.60 | 280.00 | | 168.00 |
| | | | | |
| | Subtotal | | $ | 321.00 |
| **FA1    TBF Fee Applications/Compensat** | | | | |
| Neil B Glassman | 0.90 | 765.00 | | 688.50 |
| Jamie L. Edmonson | 0.20 | 485.00 | | 97.00 |
| Daniel A. O'Brien | 2.70 | 280.00 | | 756.00 |
| Edith Miranda | 0.90 | 230.00 | | 207.00 |
| James B Sanderson | 1.00 | 135.00 | | 135.00 |
| | | | | |
| | Subtotal | | $ | 1,883.50 |
| **PC    Claims Analysis and Resolution** | | | | |
| Neil B Glassman | 0.40 | 765.00 | | 306.00 |
| Jamie L. Edmonson | 1.00 | 485.00 | | 485.00 |
| Daniel A. O'Brien | 0.20 | 280.00 | | 56.00 |
| | | | | |
| | Subtotal | | $ | 847.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                     April 20, 2009
Re: Chapter 11 Representation                                 Invoice #981646
File # 33006-00001- NBG                                       Page 24

### ***** Fee Recap by Activity Code *****

| | Hours | Rate | Amount |
|---|---|---|---|
| **PL    Plan** | | | |
| Neil B Glassman | 2.60 | 765.00 | 1,989.00 |
| Jamie L. Edmonson | 1.80 | 485.00 | 873.00 |
| Daniel A. O'Brien | 3.90 | 280.00 | 1,092.00 |
| Tiffany N Matthews | 0.20 | 230.00 | 46.00 |
| | | | |
| Subtotal | | $ | 4,000.00 |
| **TR    Trustee Reporting/Schedules** | | | |
| Neil B Glassman | 1.90 | 765.00 | 1,453.50 |
| Jamie L. Edmonson | 1.10 | 485.00 | 533.50 |
| Daniel A. O'Brien | 2.90 | 280.00 | 812.00 |
| | | | |
| Subtotal | | $ | 2,799.00 |
| | | | ------------ |
| Total Fees | | $ | 18,655.00 |

| Disbursement Description | Amount |
|---|---|
| Copies | 112.70 |
| Delivery Charges | 15.00 |
| Phone | 2.20 |
| Postage | 128.00 |
| Print Images | 3.40 |
| | ------------ |
| Total Disbursements          $ | 261.30 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                    April 20, 2009
Re: Chapter 11 Representation                               Invoice #981646
File # 33006-00001- NBG                                        Page 25

### Monthly Summary of Professional Fees

| Attorney | 03-09 | Total |
|----------|-------|-------|
| Glassman, Neil B | 5967.00 | 5967.00 |
| O'Brien, Daniel A. | 8624.00 | 8624.00 |
| Edmonson, Jamie L. | 2764.50 | 2764.50 |
| Matthews, Tiffany N | 92.00 | 92.00 |
| Sanderson, James B | 135.00 | 135.00 |
| Lately, Jacqueline | 14.50 | 14.50 |
| Miranda, Edith | 1058.00 | 1058.00 |
| | | |
| Total Fees | 18655.00 | 18655.00 |

### Monthly Summary of Fees

| Description | 03-09 | Total |
|-------------|-------|-------|
| Litigation/Adversary Pr | 1446.50 | 1446.50 |
| Business Operations | 138.00 | 138.00 |
| Case Administration | 6745.50 | 6745.50 |
| Court Hearings | 474.50 | 474.50 |
| Creditor Inquiries | 321.00 | 321.00 |
| TBF Fee Applications/Co | 1883.50 | 1883.50 |
| Claims Analysis and Res | 847.00 | 847.00 |
| Plan | 4000.00 | 4000.00 |
| Trustee Reporting/Sched | 2799.00 | 2799.00 |
| | | |
| Total Fees | 18655.00 | 18655.00 |