# EXHIBIT B

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)　　　　　　　　April 20, 2009
File # 33006-00001- NBG

|  |  | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Neil B Glassman | Director | 765.00 | 7.80 | 5,967.00 |
| Jamie L. Edmonson | Senior Counsel | 485.00 | 5.70 | 2,764.50 |
| Daniel A. O'Brien | Associate | 280.00 | 30.80 | 8,624.00 |
| Tiffany N Matthews | Paralegal | 230.00 | 0.40 | 92.00 |
| Edith Miranda | Paralegal | 230.00 | 4.60 | 1,058.00 |
| Jacqueline Lately | Case Management Asst | 145.00 | 0.10 | 14.50 |
| James B Sanderson | Billing Specialist | 135.00 | 1.00 | 135.00 |
|  | Totals |  | 50.40 | 18,655.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                                    April 20, 2009
File # 33006-00001- NBG

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Litigation/Adversary Proceeding | 4.50 | 1,446.50 |
| Business Operations | 0.60 | 138.00 |
| Case Administration | 21.10 | 6,745.50 |
| Court Hearings | 1.70 | 474.50 |
| Creditor Inquiries | 0.80 | 321.00 |
| TBF Fee Applications/Compensation | 5.70 | 1,883.50 |
| Claims Analysis and Resolution | 1.60 | 847.00 |
| Plan | 8.50 | 4,000.00 |
| Trustee Reporting/Schedules | 5.90 | 2,799.00 |
| | 50.40 | 18,655.00 |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)          April 20, 2009
File # 33006-00001- NBG

EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | 112.70 |
| Delivery Charges | 15.00 |
| Phone | 2.20 |
| Postage | 128.00 |
| Print Images | 3.40 |
| **Total Expenses** | **$ 261.30** |

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)                        April 20, 2009
File # 33006-00001- NBG

## Detailed Disbursement Description

| Date | Disbursement Description | Amount |
|---|---|---:|
| 03-11-09 | Print Images | 0.80 |
| 03-11-09 | Print Images | 0.60 |
| 03-11-09 | Print Images | 0.60 |
| 03-16-09 | Copies;   Start Meter = 1437837 | 6.40 |
| 03-17-09 | Phone | 0.60 |
| 03-17-09 | Phone | 0.40 |
| 03-17-09 | Phone | 1.00 |
| 03-18-09 | Copies;   Start Meter = 130706 | 0.30 |
| 03-18-09 | Copies;   Start Meter = 130709 | 1.10 |
| 03-18-09 | Copies;   Start Meter = 1362905 | 6.10 |
| 03-18-09 | Delivery Charges | 5.00 |
| 03-19-09 | Copies;   Start Meter = 1380101 | 32.50 |
| 03-19-09 | Postage | 64.00 |
| 03-20-09 | Phone | 0.20 |
| 03-23-09 | Print Images | 0.70 |
| 03-23-09 | Print Images | 0.70 |
| 03-23-09 | Copies;   Start Meter = 131161 | 1.00 |
| 03-23-09 | Delivery Charges | 5.00 |
| 03-25-09 | Copies;   Start Meter = 1388223 | 0.20 |
| 03-30-09 | Delivery Charges | 5.00 |
| 03-31-09 | Copies;   Start Meter = 1390872 | 65.10 |
| 03-31-09 | Postage | 64.00 |

Total Disbursements    $    261.30