## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br><br>(Jointly Administered) |

### REQUEST OF BMC GROUP, INC. FOR ALLOWANCE AND
### PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

BMC Group, Inc. ("BMC"), the Official Noticing, Claims and Balloting Agent for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this request (the "Request") for allowance and payment of administrative expense claim pursuant to section 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Article IV(A)(1.)(a.) of the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc et al., Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors dated August 11, 2008 (the "Plan") and Article VIII, Section 8.1 of the Litigation Trust Agreement[2]. In support of this Request, BMC states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

---

[1] The Debtors are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010 LLC f/k/a 1010 Interactive, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

2767797.3

## BACKGROUND

2.      On November 8, 2007 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

3.      On November 9, 2007, this Court entered an Order Authorizing and Approving the Appointment of the BMC Group, Inc, as Noticing, Claims, and Balloting Agent for The Bankruptcy Court (the "BMC Retention Order") (D.I. 58).

4.      On October 22, 2008, by Order of this Bankruptcy Court (the "Confirmation Order") (D.I. 759), the Plan was confirmed.

5.      On March 30, 2009, the Effective Date occurred pursuant to the Plan.

6.      Pursuant to the Confirmation Order, April 29, 2009 is established as the Administrative Claims Bar Date for filing administrative claims against the Debtors, their Estates, or the Liquidation Trust.

## ARGUMENT

7.      Section 503(b) of the Bankruptcy Code states, in pertinent part, as follows: "After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including – (1)(A) the actual, necessary costs and expenses of preserving the estate . . . ." 11 U.S.C. § 503(b)(1)(A).

8.      Paragraph five (5) of the BMC Retention Order states that "…the fees and expenses of BMC incurred in the performance of services shall be treated as administrative expenses of the estate, and paid by the Debtors in the ordinary course of business. Any dispute between BMC and the Debtors with respect to fees and expenses shall be presented to the Bankruptcy court for resolution thereof".

2767797.3

9. Attached hereto as Exhibit A is a summary of outstanding balances pursuant to BMC's records on open invoices through December 31, 2008 and the total amount of fees and expenses for services rendered to the Estate for the period January 1, 2009 through and including the Effective Date.

## RESERVATION OF RIGHTS

10. BMC expressly reserves its rights to amend and/or supplement this Request for allowance and payment of its administrative expense claim based on, inter alia, events, information and/or documents obtained from the Debtors or others through discovery or otherwise.

WHEREFORE, BMC respectfully requests that this Court enter an order attached hereto as Exhibit B (i) approving the 11 U.S.C. § 503(b) post-petition administrative expense claim in an amount not less than $353,975.11 for the provision of services by BMC to the Debtors; and (ii) grant such other and further relief as this Court deems just and proper.

DATED: April 27, 2009.

BY: /s/ Tinamarie Feil
Tinamarie Feil,
BMC Group, Inc.
444 N. Nash Street
El Segundo, CA 90245
Telephone: (310) 321-5555
Official Claims and Noticing Agent

2767797.3