# EXHIBIT A

Summary of Outstanding Invoices through December 31, 2008

| Invoice No. | Period Covered | Invoice Total | Open Balance |
|---|---|---|---|
| 137_080131 | 1/31/2008 | $74,145.52 | $4,214.10 |
| 137_080229 | 2/29/2008 | $58,553.06 | $55,724.94 |
| 137_080331 | 3/31/2008 | $53,380.23 | $51,403.50 |
| 137_080430 | 4/30/2008 | $29,826.30 | $28,335.00 |
| 137_080531 | 5/31/2008 | $28,236.94 | $27,404.00 |
| 137_080630 | 6/30/2008 | $45,336.61 | $44,411.50 |
| 137_080731 | 7/31/2008 | $33,028.81 | $32,359.50 |
| 137_080831 | 8/31/2008 | $52,495.31 | $51,207.00 |
| 137_080930 | 9/30/2008 | $38,209.20 | $37,727.50 |
| 137_081031 | 10/31/2008 | $14,087.21 | $12,476.00 |
| 137_081130 | 11/30/2008 | $3,032.89 | $2,671.50 |
| 137_081231 | 12/31/2008 | $3,620.54 | $3,620.54 |
| | | **TOTAL** | $351,555.08 |

Summary of Invoice for the period January 1, 2009 to and including March 30, 2009

| Invoice No. | Period Covered | Invoice Total | Open Balance |
|---|---|---|---|
| 137_090331 | 1/1/2009 - 3/30/2009 | $2,420.03 | $2,420.03 |
| | | **TOTAL** | $2,420.03 |

**Administrative Expense Claim Total**  $353,975.11

2767797.3