# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> SN LIQUIDATION, INC., et al.,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 07-11666 (KG) <br> : <br> : (Jointly Administered) <br> : <br> : |

**ORDER APPROVING REQUEST OF BMC GROUP, INC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon the Request of BMC Group, Inc ("BMC"), for Allowance and Payment of Administrative Expense Claim (the "Request") and good cause appearing therefore, and jurisdiction being proper,

IT IS HEREBY ORDERED THAT:

1. The Request is APPROVED.

2. BMC is hereby allowed an administrative expense claim in an amount not less than $353,975.11 for the provision of goods and services by BMC to the Debtors.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: [_____], 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are INP Liquidation Corp. f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II, LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp. f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010 LLC f/k/a 1010 Interactive, LLC.

2767797.3