# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. _____ |

## ORDER GRANTING REQUEST OF JOSEPH A. PARDO FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

Upon the Request of Joseph A. Pardo ("Mr. Pardo") for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(A) (the "Request"); and this Court having considered the Request and finding that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that notice of the Request was sufficient; and the Court having determined that the legal and factual bases set forth in the Request establish cause for the relief granted herein; it is hereby

ORDERED, that the Request is GRANTED; and it is further

ORDERED, that Mr. Pardo is allowed an administrative expense claim in the amount of $46,389.24 pursuant to 11 U.S.C. § 503 (b)(1)(A); and it is further

ORDERED, that the Court shall retain jurisdiction to hear any and all disputes arising from this Order.

Dated: _____, 2009
      Wilmington, Delaware

                                              THE HONORABLE KEVIN GROSS
                                              UNITED STATES BANKRUPTCY JUDGE

{BAY:01295569v1}