## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 29th day of April, 2009, I caused a copy of the foregoing Request of Joseph A. Pardo for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(A) to be served on the parties listed below in the manner indicated

_Daniel O'Brien_

Daniel A. O'Brien (No. 4897)

**Via Hand Delivery**

Neil B. Glassman, Esquire
Jamie L. Edmonson, Esquire
Daniel A. O'Brien, Esquire
Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19801

Kurt Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Office of the Untied States Trustee
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Via First Class U.S. Mail**

Morton Branzburg, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102-5003

{BAY:01282737v1}