IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **SN Liquidation, Inc., et al.**,[1] ) | **Case No. 07-11666-KG** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |

AFFIDAVIT OF SERVICE RE:

Docket    REQUEST OF BMC GROUP, INC. FOR ALLOWANCE AND
No. 851    PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

I, Katya M. Belas, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2.  On April 28, 2009, I caused the above referenced document to be served on the parties as described below:

Exhibit A    Affected Parties Service List regarding Docket No. 851

///

---

[1] The Debtors and debtors in possession are INP Liquidation Corp., f/k/a InPhonic, Inc., CS I Liquidation, LLC f/k/a CAIS Acquisition, LLC, CS II LLC f/k/a CAIS Acquisition II, LLC, SI Liquidation Corp., f/k/a SimIPC Acquisition Corp., SN Liquidation, Inc. f/k/a Star Number, Inc., MTS Liquidation, LLC f/k/a Mobile Technology Services, LLC, FN LLC f/k/a FON Acquisition, LLC, 1010, LLC f/k/a 1010 Interactive, LLC.

      3.     All parties were served via Federal Express Overnight.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 30, 2009
El Segundo, California

                                Katya M. Belas

| | |
|---|---|
| State of California | ) |
| | ) |
| County of Los Angeles | ) |

On April 30, 2009 before me, James H. Myers, a Notary Public, personally appeared Katya M. Belas, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*James H. Myers*

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

## SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.
Total number of parties: 4

### Exhibit A - SN Liquidation, Inc., et al. f/k/a InPhonic, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32358 | DLA PIPER US LLP, THOMAS R. CALIFANO, ESQ, CHRISTOPHER R. THOMSON, ESQ, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020 | Federal Express Overnight |
| 32358 | JAMIE L. EDMONSON (NO. 4247), NEIL B. GLASSMAN (NO. 2087), DANIEL A. O`BRIEN (NO. 4897), 222 DELAWARE AVENUE, SUITE 900, WILMINGTON, DE, 19801 | Federal Express Overnight |
| 32358 | MORTON BRANZBURG, LITIGATION TTEE, KLEHR, HARRISON, HARVEY ETAL., 260 SOUTH BROAD STREET, PHILADELPHIA, PA, 19102-5003 | Federal Express Overnight |
| 32358 | REED SMITH LLP, ATTN· KURT GWYNNE, ESQ, 1201 MARKET STREET, SUITE 1500, WILMINGTON, DE, 19801 | Federal Express Overnight |

Subtotal for this group: 4