# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |
| | : **Re: Docket No. 850** |

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING SEVENTEENTH MONTHLY FEE STATEMENT OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009 [DOCKET NO. 850]

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Seventeenth Monthly Fee Statement of Bayard, P.A. for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from March 1, 2009 through March 31, 2009** (the "Application"), filed on April 24, 2009. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 14, 2009 at 4:00 p.m.

Pursuant to the Interim Compensation and Reimbursement Order entered in these cases on December 3, 2007, no further order is required and Bayard, P.A. ("Bayard") is entitled to receive 80% of its fees and 100% of its expenses.

Dated: May 18, 2009

**BAYARD, P.A.**

By: _/s/ Daniel O'Brien_
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395

-and-

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

Counsel for Debtors and Debtors in Possession