# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered<br><br>Objection Deadline: June 22, 2009 at 4:00 p.m.<br>Hearing Date: TBD |

## NOTICE OF FINAL FEE APPLICATION OF REED SMITH LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 16, 2007 THROUGH MARCH 25, 2009

TO:   All Parties Listed the Attached Certificate of Service

PLEASE TAKE NOTICE that on May 28, 2009, Reed Smith LLP filed the Final Fee Application of Reed Smith LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 16, 2007 Through March 25, 2009 (the "Application"). The Application was filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). In the Application, Reed Smith LLP seeks final allowance of compensation for actual and necessary professional services performed as counsel for the Committee in the total amount of $493,229.50, as well as reimbursement for actual and necessary out-of-pocket expenses incurred in the total amount of $28,049.96 for the covered period.

You are required to file a response to the Application on or before **June 22, 2009 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by: (i) Morton Branzburg, Litigation Trustee, Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 260 South Broad Street, Philadelphia, PA 19102-5003; (ii) counsel to Debtors, Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801 (Attn: Neil B. Glassman) and DLA Piper US LLP, The Marbury Building, 6225 Smith Avenue, Baltimore, MD 21209-3600 (Attn: Maria Ellena Chavez-Ruark); (ii) counsel to the Official Committee of Unsecured Creditors, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne ); and (iv) the Office of the United States Trustee, 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard Schepacarter).

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801 ON A DATE TO BE DETERMINED BY THE COURT.

Dated: May 28, 2009
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

and

Robert P. Simons, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: rsimons@reedsmith.com

and

Claudia Z. Springer, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420
E-mail: cspringer@reedsmith.com

Counsel to the Official Committee of Unsecured Creditors