# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Case Administration – 60002 | 82.30 | $25,863.50 |
| Business Operations - 60003 | 3.90 | $2,172.00 |
| Creditor Meetings/Committees - 60005 | 94.10 | $42,018.50 |
| Non-Working Travel – 60006 | 5.40 | $2,385.00 |
| Preparation of Fee Statement/Application – 60007 | 77.20 | $17,984.50 |
| Financing/Cash Collateral Issues - 60008 | 78.00 | $28,660.50 |
| Executory Contracts/Personality - 60010 | 0.40 | $148.00 |
| Employee Matters - 60011 | 18.80 | $1,102.00 |
| Insurance – 60012 | 1.90 | $9,297.50 |
| Miscellaneous Motions -60013 | 213.10 | $89,512.50 |
| Assumption/Rejection of Leases -60014 | 24.40 | $9,343.50 |
| Retention of Professionals – 60015 | 34.90 | $11,249.50 |
| Asset Disposition – 60016 | 132.60 | $55,149.50 |
| Secured Claims – 60017 | 115.10 | $60,472.50 |
| Plan Review and Litigation -60021 | 129.10 | $53,855.00 |
| Automatic Stay/Relief Actions - 60023 | 25.10 | $9,548.50 |
| D&O Claims – 60026 | 34.20 | $17,057.50 |
| Investigation re: Lenders – 60027 | 48.50 | $18,268.00 |
| Attendance at Hearings - 60029 | 79.10 | 38,528.50 |
| Claims Review and Objections - 60030 | 1.40 | $613.00 |
| **TOTAL:** | **1,199.30** | **$493,229.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
RENDERING SERVICES FROM NOVEMBER 16, 2007
<u>THROUGH MARCH 25, 2009</u>**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Claudia Z. Springer | Partner. Joined firm as partner in 2002. Member of PA bar since 1981. Member of DC bar since 1980. | $585.00 (2007)  $645.00 (2008) | 104.00  4.70 | $60,480.00  $1,818.50 |
| Robert P. Simons | Partner. Joined firm as partner in 2001. Member of WV bar since 1982. Member of PA bar since 1986. | $530.00 (2007)  $580.00 (2008) | 176.90  15.80 | $93,757.00  $8,670.00 |
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. | $530.00 (2007)  $560.00 (2008) | 123.50  52.90 | $65,455.00  $31,080.00 |
| Amy M. Tonti | Partner. Joined firm as partner in 2001. Member of PA bar since 1980. Member of NY bar since 2003. | $510.00 (2007) | 64.80 | $33,048.00 |
| Jay M. Levin | Counsel. Joined firm as counsel in 2005. Member of PA bar since 1981 | $480.00 (2007)  $530.00 (2008) | 14.40  6.60 | $6,912.00  $3,498.00 |
| Douglas R. Widin | Partner. Joined firm as partner in 2005. Member of PA bar since 1983. Member of NJ bar since 1985. | $480.00 (2007) | 2.60 | $1,248.00 |
| Kimberly E. C. Lawson | Associate. Joined firm as associate in 2002. Member of DE bar since 2000. Member of the MD bar since 2001. | $390.00 (2007) | 0.20 | $78.00 |
| Gregory L. Taddonio | Partner. Joined firm as associate in 2001. Member of OH bar since 1996 and PA bar since 2002. | $385.00 (2007) | 0.20 | $77.00 |
| Gaston P. Loomis II | Associate. Joined firm as associate in 2005. Member of GA bar since 2001. Member of DE bar since 2006. | $330.00 (2007)  $385.00 (2008) | 24.20  21.20 | $7,986.00  $7,815.00 |
| Joshua C. Lewis | Associate. Joined firm as associate in 2005. Member of PA bar since 2004. Member of NY bar since 2003. | $315.00 (2007)  $370.00 (2008)  $400.00 (2009) | 98.70  184.00  1.80 | $31,090.50  $68,413.00  $720.00 |
| Jeanne S. Lofgren | Associate. Joined firm as associate in 2005. Member of PA bar since 2002. | $315.00 (2007) | 29.40 | $9,261.00 |
| Katharine V. Jackson | Associate. Joined firm as associate in 2007. Member of DE bar since 2006. | $290.00 (2008) | 2.40 | $696.00 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $275.00 (2007) | 29.70 | $8,167.50 |
| | | $325.00 (2008) | 1.60 | $520.00 |
| Jennifer P. Knox | Associate. Joined firm as associate in 2007. Member of PA and NJ bars since 2007. | $250.00 (2007) | 61.20 | $15,300.00 |
| John B. Lord | Joined firm as paralegal in 2000. Paralegal for seventeen years. | $220.00 (2007) | 66.10 | $14,542.00 |
| | | $235.00 (2008) | 64.90 | $15,251.50 |
| | | $250.00 (2009) | 7.70 | $1,925.00 |
| Lynn Williams | Joined firm as paralegal in 2004. Paralegal for ten years. | $180.00 (2007) | 0.80 | $144.00 |
| Lisa A. Lankford | Joined firm in 2000. Practice Group Specialist since 2003. | $115.00 (2007) | 17.80 | $2,047.00 |
| | | $135.00 (2008) | 18.20 | $2,449.00 |
| Stacy Lucas | Joined firm in 2002. Paralegal since 2008. | $110.00 (2007) | 2.60 | $286.00 |
| **Grand Total:** | | | **1,119.30** | **$493,229.50** |
| Blended Rate: | | | | $440.66 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $446.25 |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.                     Summary of Invoice #  1837154
As Committee Chairperson on behalf of           For Period Ending
Infinite Computer Solutions, Inc.               MARCH 31, 2009
10500 Sager Avenue, Suite G
Fairfax, VA 22030

886922  Official Committee of Unsecured Creditors for InPhonic Inc.
        and Its Debtor-Affiliates

| MATTER | MATTER NAME | SERVICES | EXPENSES | TOTAL |
|--------|-------------|---------:|---------:|------:|
| 60001 | Official Committee of Unsecured C | 0.00 | 2,229.22 | 2,229.22 |
| 60002 | Case Administration | 235.00 | 0.00 | 235.00 |
| 60005 | Creditor Meetings/Committees | 1,010.00 | 0.00 | 1,010.00 |
| 60006 | Nonworking Travel | 1,332.00 | 0.00 | 1,332.00 |
| 60007 | Preparation of Fee Statement/Appl | 3,728.50 | 0.00 | 3,728.50 |
| 60013 | Miscellaneous Motions | 629.00 | 0.00 | 629.00 |
| 60021 | Plan Review and Litigation | 11,999.00 | 0.00 | 11,999.00 |
| 60023 | Automatic Stay, Relief Actions | 9,474.50 | 0.00 | 9,474.50 |
| 60029 | Attendance at Hearings | 3,619.00 | 0.00 | 3,619.00 |

TOTAL BALANCE DUE
  UPON RECEIPT                               $32,027.00    $2,229.22    $34,256.22

4/2/09 12:50 PM

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


| c/o Timothy J. McGary, Esq. | Invoice Number | 1837154 |
| As Committee Chairperson on behalf of | Invoice Date | 04/02/09 |
| Infinite Computer Solutions, Inc. | Client Number | 886922 |
| 10500 Sager Avenue, Suite G | Matter Number | 60002 |
| Fairfax, VA 22030 | Page  5 | |


==================================================================

Re: (60002)  Case Administration

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 10/02/08 | Lord | Draft pro hac motion for J. Lewis. | .40 |
| 10/03/08 | Lord | Coordinate payment of pro hac fee for J. Lewis (.1); revise and efile pro hac motion (.3); draft letter to court re: same (.2). | .60 |
| | | | ------ |
| | | TOTAL HOURS | 1.00 |


| TIME SUMMARY | Hours | Rate | Value |
| ----------------------- | ------- | ---------- | ------- |
| John B. Lord | 1.00  at  $  235.00  = | | 235.00 |
| | CURRENT FEES | | 235.00 |
| | TOTAL THIS MATTER | | $235.00 |
| | | | ============ |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1837154
As Committee Chairperson on behalf of          Invoice Date      04/02/09
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number        60005
Fairfax, VA 22030                              Page    6


================================================================================

Re: (60005)  Creditor Meetings/Committees

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/01/08 | Lewis | Email correspondence with Committee re Debtor's Plan and Disclosure Statement (.2). | .20 |
| 08/08/08 | Lewis | Telephone call with K.Gwynne re signatures from Committee to Plan and Disclosure Statement (.1); various email correspondence with Committee members re same (.4); telephone call with S.Lucas re same (.1). | .60 |
| 08/08/08 | Lucas | Telephone conferences with J. Lewis re: documents to T. McGary (.20); telephone conference with T. McGary re:  same (.10); correspond with Committee per J. Lewis (.10). | .40 |
| 09/03/08 | Lewis | Telephone calls and email correspondence with creditors G.Ryan, J.Psyche, Bridget, and S.Meszler re Plan and DS (1.8). | 1.80 |

|  |  | TOTAL HOURS | 3.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
    and Its Debtor-Affiliates
60005  Creditor Meetings/Committees                    Page   7
April 2, 2009


| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Joshua C. Lewis | 2.60 | at $ | 370.00 | = | 962.00 |
| Stacy L. Lucas | 0.40 | at $ | 120.00 | = | 48.00 |

                         CURRENT FEES                          1,010.00


                         TOTAL THIS MATTER                   $1,010.00
                                               =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1837154 |
| Invoice Date | 04/02/09 |
| Client Number | 886922 |
| Matter Number | 60006 |
| Page    8 | |

===============================================================================

Re: (60006)  Nonworking Travel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 10/14/08 | Lewis | Nonworking travel from Pittsburgh, Pennsylvania to Wilmington, Delaware (1.1); Nonworking travel from Wilmington, Delaware to Pittsburgh, Pennsylvania (2.4). | 3.60 |

```
                                              ------
                              TOTAL HOURS       3.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Joshua C. Lewis | 3.60 at $ 370.00 = | | 1,332.00 |
| | CURRENT FEES | | 1,332.00 |
| | TOTAL THIS MATTER | | $1,332.00 |
| | | | ============ |

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1837154
As Committee Chairperson on behalf of          Invoice Date       04/02/09
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60007
Fairfax, VA 22030                              Page   9


======================================================================

Re: (60007)  Preparation of Fee Statement/Application

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 08/05/08 | Lord | Review May - July DBR for preparation of upcoming RS monthly/quarterly fee application. | .60 |
| 08/06/08 | Lord | Draft RS May - July monthly fee application and 3rd interim fee application. | 1.20 |
| 08/14/08 | Lankford | Revisions/additions to master fee application spreadsheet (.6); revisions to RS fee application (.4). | 1.00 |
| 08/18/08 | Lord | Work on RS May - July monthly fee application and quarterly | 1.50 |
| 08/22/08 | Lord | Work on RS May-July monthly fee application and corresponding quarterly (.9); e-mail to J. Lewis re: same (.1). | 1.00 |
| 09/03/08 | Lord | Communicate with J. Lewis re: RS fee application. | .10 |
| 09/10/08 | Lewis | Review and revise draft fee application through August 21, 2008 (.8). | .50 |
| 09/10/08 | Lord | Review and revise RS May - July monthly fee application. | .60 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application          Page  10
April 2, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/11/08 | Lord | E-file and perfect service of RS May - July monthly fee application (.4); revise, e-file and perfect service of RS 3rd quarterly fee application (.6). | 1.00 |
| 09/15/08 | Lankford | Confer with Edith @Bayard regarding RS costs from fee applications (.3); confer with D. Kintz regarding same (.1). | .40 |
| 09/21/08 | Lord | Research and respond to Debtors re: payment issues. | .30 |
| 09/22/08 | Lord | Research and respond to e-mail from E. Miranda at Debtors re: paid expenses in RS applications. | .40 |
| 09/23/08 | Lord | Communicate with Debtor's paralegal re: DT expense issues (.2); communicate with D&T re: same (.1). | .30 |
| 09/26/08 | Lord | E-mail to Debtors re: response on professional fees (.2). | .20 |
| 09/29/08 | Lord | Communicate with D. Polsky of Deloittee re: professional fees for Debtors | .60 |
| 09/30/08 | Lord | Communicate with Deloitte re: fee application issues (.3); revise and prepare Deloitte 3rd monthly/2d Interim fee application for e-filing and service (.7). | 1.00 |
| 10/01/08 | Lord | Further revisions to Deloitte 2nd interim fee application (.5); communicate with Deloitte re: same (.4). | .90 |
| 10/03/08 | Lord | Review DBR for preparation of upcoming RS fee application (.5). | .50 |
| 10/13/08 | Lord | Research docket and draft CNO to RS 5th monthly fee application. | .50 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
       and Its Debtor-Affiliates
60007  Preparation of Fee Statement/Application        Page  11
April 2, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 10/28/08 | Lord | Research docket and draft CNO for Deloitte 3rd monthly/2nd interim fee application (.3); communicate with Deloitte re: same (.1). | .40 |
| 10/29/08 | Lord | E-file and perfect service of Deloitte CNO (.2); e-mail to Deloitte re: same (.1). | .30 |
| 11/11/08 | Lord | Work on final fee application. | .50 |
| 12/03/08 | Lord | Research and respond to J. Lewis and Debtors' counsel re: RS August - November fees/costs for distribution. | .30 |
| 12/12/08 | Lord | Review and confirm information of proposed fee allocations (.4); discuss same with K. Gwynne (.1). | .50 |
| 12/16/08 | Lewis | Review revised fee allocation spreadsheet prepared by Bayard (.7). | .70 |
| 12/29/08 | Lewis | Review revised fee allocation prepared by D.O'Brien (.3). | .30 |

                                                        ------
                                          TOTAL HOURS    15.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Joshua C. Lewis | 1.50 | at $ | 370.00 | = | 555.00 |
| John B. Lord | 12.70 | at $ | 235.00 | = | 2,984.50 |
| Lisa Lankford | 1.40 | at $ | 135.00 | = | 189.00 |

                CURRENT FEES                              3,728.50


                TOTAL THIS MATTER                        $3,728.50
                                                         =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

| | |
|---|---|
| c/o Timothy J. McGary, Esq. | Invoice Number     1837154 |
| As Committee Chairperson on behalf of | Invoice Date    04/02/09 |
| Infinite Computer Solutions, Inc. | Client Number     886922 |
| 10500 Sager Avenue, Suite G | Matter Number      60013 |
| Fairfax, VA 22030 | Page  12 |

========================================================================

Re: (60013)  Miscellaneous Motions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 09/08/08 | Lewis | Review and consider response to Debtor's motion to abandon rebate documents (.7); confer with K.Gwynne re same (.2). | .90 |
| 09/09/08 | Lewis | Confer with K.Gwynne re Debtor's motion to abandon documents (.2); telephone call with M.Augustine re same (.2). | .40 |
| 09/10/08 | Lewis | Attention to response to Debtor's motion to abandon certain documents (.4). | .40 |

TOTAL HOURS    1.70

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Joshua C. Lewis | 1.70 at $ 370.00 = | | 629.00 |

CURRENT FEES                    629.00


TOTAL THIS MATTER              $629.00
                              =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1837154
As Committee Chairperson on behalf of          Invoice Date       04/02/09
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60021
Fairfax, VA 22030                              Page  13


========================================================================

Re: (60021)  Plan Review and Litigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/07/08 | Lewis | Review final draft Plan and Disclosure Statement (1.2); email correspondence with Committee re signature for same (.2). | 1.40 |
| 08/08/08 | Simons | Review email from Josh Lewis re: plan of related brief review of plan. | .80 |
| 08/11/08 | Lewis | Telephone calls and email correspondence with Committee members re filing Plan and Disclosure Statement (.8); various email correspondence with M.Augustine re same (.2). | 1.00 |
| 08/12/08 | Lewis | Email correspondence with M.Augustine re Committee member signature to Plan and DS (.1). | .10 |
| 09/17/08 | Lewis | Review various plan objections (1.0). | 1.00 |
| 09/22/08 | Gwynne | Conference call re: objections to plan confirmation | .70 |
| 09/22/08 | Lewis | Participate in conference call with Debtors' counsel re Plan objections (.8). | .80 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
       and Its Debtor-Affiliates
60021  Plan Review and Litigation                    Page  14
April 2, 2009

| Date | Name | | Hours |
|------|------|---|------|
| 09/30/08 | Lewis | Telephone call with M.Augustine re Plan objections and comments to litigation trust agreement (.4); review plan objection by securities class action plaintiffs (.8). | 1.20 |
| 10/02/08 | Lewis | Confer with M.Augustine re plan confirmation issues and next steps (.2); email correspondence with K.Gwynne re same (.1); attention to filing pro hac vice motion in order to appear at confirmation hearing (.2). | .50 |
| 10/03/08 | Lewis | Review outstanding plan objections (.1.1); consider proposed resolutions proposed by M.Augustine (.7); telephone call and email correspondence with K.Gwynne re same (.2). | 2.00 |
| 10/06/08 | Lewis | Attention to outstanding objections to plan confirmation (2.5); various email correspondence with K.Gwynne re same (.2); participate in conference call with Debtors' counsel re Plan confirmation (.4). | 3.10 |
| 10/07/08 | Lewis | Review proposed language relating to Zeinfeld plan objection (.2); email correspondence with M.Augustine re same (.2); review insurance policies in relation to Lead Plaintiffs' objection (.8); outline responses to Lead Plaintiff's objection to plan confirmation (1.3). | 2.50 |
| 10/08/08 | Lewis | Online research regarding response to Plan Objection by Lead Plaintiff (3.2); draft portion of brief in support of confirmation addressing same (3.7). | 6.90 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
and Its Debtor-Affiliates
60021  Plan Review and Litigation                          Page  15
April 2, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 10/13/08 | Lewis | Review Lead Plaintiffs' objection to plan (.7); begin preparing arguments in response to same (.6); confer with M.Augustine re plan confirmation hearing (.2). | 1.50 |
| 10/15/08 | Lewis | Detailed email correspondence with K.Gwynne re results of confirmation hearing (.3); review and revise draft Confirmation Order (.8). | 1.10 |
| 10/16/08 | Lewis | Review various revisions to third-party release section of draft Confirmation Order (.7); consider implications of dispute between Adeptio and Lead Plaintiff re language in third-party release provision of draft Confirmation Order (.6); various email correspondence among the parties re same (.2). | 1.50 |
| 10/17/08 | Lewis | Email correspondence with Debtors' counsel re scheduling conference before court on confirmation issues (.2); email correspondence with K.Gwynne re same (.1). | .30 |
| 10/17/08 | Lord | E-mail to J. Lewis re: plan confirmation. | .20 |
| 10/20/08 | Lewis | Review and revise various drafts of proposed confirmation order to be submitted under COC (.6); email correspondence with K.Gwynne re same (.1). | .70 |
| 10/24/08 | Gwynne | Meeting with litigation trustee and debtor's counsel re: background, list of "to do" items, and status of investigation | 1.20 |
| 10/24/08 | Lewis | Draft email to committee members re confirmation (.3); email correspondence with K.Gwynne re same (.1). | .40 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
       and Its Debtor-Affiliates
60021  Plan Review and Litigation                    Page  16
April 2, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 10/28/08 | Lankford | Research regarding claims with D. Kintz. | .40 |
| 10/28/08 | Lord | E-mail to K. Gwynne re: effective date issues. | .20 |
| 10/29/08 | Lewis | Email correspondence with D.Pacetti re materials supplied by DLA Piper and meeting with Trust Oversight Committee (.2). | .20 |
| 11/20/08 | Lewis | Review draft loan documentation in connection with loan to Litigation Trust (.8). | .80 |
| 11/24/08 | Lewis | Review comments to Litigation Trust loan documentation by D.Pacetti (.6). | .60 |
| 12/01/08 | Lewis | Email correspondence with K.Gwynne and D.Pacitti re status of discussions with Adeptio re litigation trust loan (.2). | .20 |
| 12/02/08 | Lewis | Email correspondence with D.Pacitti re status of negotiations with Adeptio re loan note (.1). | .10 |

                                      ------
                         TOTAL HOURS   31.40


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Robert P. Simons | 0.80 | at $ | 580.00 | = | 464.00 |
| Kurt F. Gwynne | 1.90 | at $ | 560.00 | = | 1,064.00 |
| Joshua C. Lewis | 27.90 | at $ | 370.00 | = | 10,323.00 |
| John B. Lord | 0.40 | at $ | 235.00 | = | 94.00 |
| Lisa Lankford | 0.40 | at $ | 135.00 | = | 54.00 |

                         CURRENT FEES                        11,999.00


                         TOTAL THIS MATTER                  $11,999.00
                                                           =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1837154 |
| Invoice Date | 04/02/09 |
| Client Number | 886922 |
| Matter Number | 60023 |
| Page  17 | |

================================================================

Re: (60023)  Automatic Stay, Relief Actions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| 10/30/08 | Lewis | Review motion for relief from stay by Illinois National Insurance (1.2); consider implications on creditors and estates re same (.8); review opinion by Bankruptcy Court in Icon adversary (.8); review insurance policy terms (.9); telephone call with R.McCall re motion (.2). | 3.90 |
| 11/03/08 | Lewis | Draft objection to Illinois National motion for relief from stay (3.0). | 3.00 |
| 11/03/08 | Lord | Communicate with J. Lewis re: objection to IL National relief/stay motion (.2); revise, e-file and serve same (.8). | 1.00 |
| 11/06/08 | Lewis | Consider arguments with respect to opposition to Illinois National motion for relief from stay (.9); confer with K.Gwynne re same (.3). | 1.20 |
| 11/07/08 | Lewis | Email correspondence with K.Gwynne and Robert McCall re documents requested in preparation for evidentiary hearing (.5); email correspondence with K.Gynne and M.Branzburg re same (.3). | .80 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1837154
    and Its Debtor-Affiliates
60023  Automatic Stay, Relief Actions                    Page  18
April 2, 2009

| Date | Name | | Hours |
|------|------|--|-------|

| 11/11/08 | Lewis | Email correspondence with R.McCall re response to request for information relating to Illinois National relief from stay request (.1). | .10 |
| 11/17/08 | Lewis | Confer with K.Gwynne re strategy with respect to Illinois National Motion for Relief from Stay (.3); draft deposition notice directed to Illinois National (1.8); revise same per comments from K.Gwynne (.1); email correspondence with R.McCall re same (.1); telephone call with R.McCall re same (.1); email correspondence and telephone call with D.O'Brien re scheduling issues (.1). | 2.50 |
| 11/20/08 | Lewis | Review draft stipulation by Illinois National withdrawing motion (.2). | .20 |
| 11/24/08 | Lewis | Telephone call with J.Edmonson re hearing (.2); prepare for and participate in conference call with Court re insurers' motion for relief from stay (1.0); telephone call with K.Gwynne re results of same (.1); email correspondence with L.Tancredi re production of bills/invoices in support of advancement of costs (.2). | 1.50 |
| 12/01/08 | Lewis | Review XL Specialty Motion for relief from stay (.6); email correspondence with D.O'Brien re scheduling of hearing on XL Specialty Motion (.1). | .70 |
| 12/02/08 | Lewis | Telephone conference with G.Dixon (counsel to XL Specialty) re relief from stay motion (.3); email correspondence with K.Gwynne re same (.2). | .50 |
| 12/03/08 | Lewis | Telephone call with G.Dixon re pending motion and extension of time to respond to same (.2). | .20 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
       and Its Debtor-Affiliates
60023  Automatic Stay, Relief Actions                     Page  19
April 2, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 12/04/08 | Lewis | Email correspondence and telephone calls with G.Dixon and J.O'Neil re XL Specialty RFS motion (.3). | .30 |
| 12/05/08 | Lankford | Review and revise objection to XL Specialty Motion for Automatic Stay (.5); prepare service (.1); e-file and perfect service of same (.3). | .90 |
| 12/05/08 | Lewis | Various telephone calls and email correspondence with G.Dixon, J.O'Neil, and K.Gwynne re potential consensual resolution to insurer's relief from stay motion (1.2); draft objection to same (2.7). | 3.90 |
| 12/08/08 | Gwynne | Prepared for hearing on XL's motion for stay relief (0.7); attending hearing on XL's motion for stay relief (2.0) | 2.70 |
| 12/08/08 | Lewis | Email correspondence and telephone call with K.Gwynne and D.Pacitti re status of insurers' motion (.5). | .50 |
| 12/13/08 | Gwynne | Notes for hearing on XL motion (including potential standing issue) | .50 |
| 12/19/08 | Lewis | Review consent motion drafted by L.Tancredi re order on insurer's motions for relief from stay (.3); email correspondence with K.Gwynne and L.Tancredi re same (.2). | .50 |

```
                                              ------
                                TOTAL HOURS    24.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Kurt F. Gwynne | 3.20 | at $ | 560.00 | = | 1,792.00 |
| Joshua C. Lewis | 19.80 | at $ | 370.00 | = | 7,326.00 |
| John B. Lord | 1.00 | at $ | 235.00 | = | 235.00 |
| Lisa Lankford | 0.90 | at $ | 135.00 | = | 121.50 |

CURRENT FEES                                        9,474.50

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
       and Its Debtor-Affiliates
60023  Automatic Stay, Relief Actions                    Page  20
April 2, 2009


                          TOTAL THIS MATTER              $9,474.50
                                                       =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA 19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1837154
As Committee Chairperson on behalf of          Invoice Date      04/02/09
Infinite Computer Solutions, Inc.              Client Number       886922
10500 Sager Avenue, Suite G                    Matter Number        60029
Fairfax, VA 22030                              Page  21


===============================================================================

Re: (60029)  Attendance at Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 10/14/08 | Jackson | Attend hearing re: confirmation of plan and objections thereto. | 2.40 |
| 10/14/08 | Lewis | Prepare for argument in support of Plan and against Lead Plaintiffs' objection (3.5); confer with Debtors' counsel and prepare for confirmation hearing (2.0); attend confirmation hearing (1.5). | 7.00 |
| 10/20/08 | Lewis | Prepare for telephonic hearing re dispute over terms of proposed confirmation order (.4); participate in same (.5). | .90 |

                                                      ------
                                    TOTAL HOURS        10.30


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Joshua C. Lewis | 7.90 | at $ | 370.00 | = | 2,923.00 |
| Katharine V. Jackson | 2.40 | at $ | 290.00 | = | 696.00 |

                         CURRENT FEES                    3,619.00


                         TOTAL THIS MATTER               $3,619.00
                                                         =============

- 22 -

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Summary of Invoice #  1845226
As Committee Chairperson on behalf of          For Period Ending
Infinite Computer Solutions, Inc.              APRIL 2, 2009
10500 Sager Avenue, Suite G
Fairfax, VA 22030

886922  Official Committee of Unsecured Creditors for InPhonic Inc.
        and Its Debtor-Affiliates

| MATTER | MATTER NAME | SERVICES | EXPENSES | TOTAL |
|--------|-------------|---------:|---------:|------:|
| 60001 | Official Committee of Unsecured C | 0.00 | 5.40 | 5.40 |
| 60007 | Preparation of Fee Statement/Appl | 1,900.00 | 0.00 | 1,900.00 |
| 60013 | Miscellaneous Motions | 400.00 | 0.00 | 400.00 |
| 60021 | Plan Review and Litigation | 345.00 | 0.00 | 345.00 |

TOTAL BALANCE DUE
   UPON RECEIPT                    $2,645.00      $5.40     $2,650.40

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

Invoice Number      1845226
Invoice Date      04/20/09
Client Number      886922
Matter Number      60007
Page    2

==============================================================================

Re: (60007)  Preparation of Fee Statement/Application

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 2, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 03/23/09 | Lord | Review DBR and draft RS final fee application | 3.00 |
| 03/24/09 | Lord | Work on final fee application. | 2.00 |
| 03/25/09 | Lord | Work on RS final fee application. | 2.10 |
| 03/31/09 | Lord | Continue work on final fee application. | .50 |

TOTAL HOURS    7.60

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| John B. Lord | 7.60  at  $  250.00  = | | 1,900.00 |

CURRENT FEES                    1,900.00

TOTAL THIS MATTER            $1,900.00
==============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630


c/o Timothy J. McGary, Esq.                    Invoice Number      1845226
As Committee Chairperson on behalf of          Invoice Date       04/20/09
Infinite Computer Solutions, Inc.              Client Number        886922
10500 Sager Avenue, Suite G                    Matter Number         60013
Fairfax, VA 22030                              Page    3


==============================================================================

Re: (60013)  Miscellaneous Motions

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 7, 2009

   Date   Name                                                 Hours
   ------ -----------                                          -----

03/20/09 Lewis         Draft joinder in Debtors'               1.00
                       objection to UST's motion to
                       convert case (.7); attention to
                       filing same (.3).

                                                               ------
                                           TOTAL HOURS          1.00


TIME SUMMARY              Hours       Rate        Value
-----------------------  ---------------------   -------
Joshua C. Lewis           1.00 at $  400.00  =    400.00

                         CURRENT FEES                             400.00


                         TOTAL THIS MATTER                      $400.00
                                                               =============

REED SMITH LLP
PO Box 7777-W4055
Philadelphia, PA  19175-4055
Tax ID# 25-0749630

c/o Timothy J. McGary, Esq.
As Committee Chairperson on behalf of
Infinite Computer Solutions, Inc.
10500 Sager Avenue, Suite G
Fairfax, VA 22030

| | |
|---|---|
| Invoice Number | 1845226 |
| Invoice Date | 04/20/09 |
| Client Number | 886922 |
| Matter Number | 60021 |
| Page   4 | |

===========================================================================

Re: (60021)  Plan Review and Litigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 7, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 03/09/09 | Lewis | Participate in conference call with Debtors and D.Pacitti, and Adeptio re Effective Date (.8). | .80 |
| 03/31/09 | Lord | Communicate with J. Lewis re: effective date. | .10 |
| | | TOTAL HOURS | .90 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Joshua C. Lewis | 0.80 at $ 400.00 = | | 320.00 |
| John B. Lord | 0.10 at $ 250.00 = | | 25.00 |
| | CURRENT FEES | | 345.00 |

TOTAL THIS MATTER                          $345.00
                                      =============