# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Copying | IKON | $21,845.86 |
| In-House Duplicating | | $1,061.30 |
| Subpoena Service Costs | | $286.50 |
| Telephone - Outside | ChorusCall/ SouthPath | $1,000.91 |
| Telephone - Outside | CourtCall | $218.00 |
| Telephone Expense | | $7.10 |
| Legal Research | Westlaw/Lexis | $724.72 |
| Transcript Expense | | $553.45 |
| Ground Travel (Tax, Rail, Mileage, Parking, etc.) | | $574.08 |
| Air Travel | | $241.00 |
| Lien Searches | CSC | $269.60 |
| Meals/Meeting Expenses | | $152.77 |
| Filing Fees | | $25.00 |
| Outside Databases | Pacer | $215.28 |
| Outside Databases | LivEdgar | $232.13 |
| Courier Service - Outside | UPS/Parcels | $64.226 |
| **TOTAL** | | **$28,049.96** |

```
                              REED SMITH LLP
                             PO Box 7777-W4055
                          Philadelphia, PA  19175-4055
                            Tax ID# 25-0749630


    c/o Timothy J. McGary, Esq.                Invoice Number      1837154
    As Committee Chairperson on behalf of      Invoice Date       04/02/09
    Infinite Computer Solutions, Inc.          Client Number       886922
    10500 Sager Avenue, Suite G                Matter Number        60001
    Fairfax, VA 22030                          Page    1
```

==============================================================================

Re: (60001)  Official Committee of Unsecured Creditors


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 157 COPIES | 15.70 |
| 08/18/08 | PACER | .56 |
| 08/21/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 9 COPIES | .90 |
| 09/08/08 | Telephone - Outside<br>SoundPath Inv No: 4122883131-091508 - Robert P | 6.16 |
| 09/10/08 | PACER | 2.48 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 82 COPIES | 8.20 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 26 COPIES | 2.60 |
| 09/13/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 138 COPIES | 13.80 |
| 09/14/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 10 COPIES | 1.00 |
| 09/21/08 | PACER | 3.04 |
| 09/25/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.-COPYING | 106.60 |
| 09/25/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.--COPYING | 52.08 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1837154
       and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors         Page   2
April 2, 2009

| Date | Description | Amount |
|---|---|---|
| 09/29/08 | PACER | 5.20 |
| 10/01/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 44 COPIES | 4.40 |
| 10/02/08 | Filing Fees - - VENDOR: U. S. DISTRICT COURT - PRO HAC MOTION FILING FEE | 25.00 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 44 COPIES | 4.40 |
| 10/02/08 | PACER | .72 |
| 10/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 10 COPIES | 1.00 |
| 10/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 4 COPIES | .40 |
| 10/07/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 85.80 |
| 10/07/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 31.38 |
| 10/07/08 | Westlaw<br>Westlaw | 165.60 |
| 10/07/08 | PACER | .08 |
| 10/08/08 | Westlaw<br>Westlaw | 200.70 |
| 10/14/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 14 COPIES | 1.40 |
| 10/15/08 | Duplicating/Printing/Scanning<br>ATTY # 5253; 10 COPIES | 1.00 |
| 10/19/08 | Duplicating/Printing/Scanning<br>ATTY # 3902; 3 COPIES | .30 |
| 10/20/08 | Air Travel Expense - - VENDOR: JOSHUA C. LEWIS - ATTEND HEARING IN DELAWARE | 241.00 |
| 10/20/08 | Automobile Rental - - VENDOR: JOSHUA C. LEWIS - ATTEND HEARING IN DELAWARE | 107.28 |
| 10/20/08 | Parking/Tolls/Other Transportation - - VENDOR: JOSHUA C. LEWIS  - ATTEND HEARING IN DELAWARE | 31.00 |

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber   1837154
      and Its Debtor-Affiliates
60001   Official Committee of Unsecured Creditors         Page   3
April 2, 2009

| Date | Description | Amount |
|---|---|---|
| 10/25/08 | Duplicating/Printing/Scanning<br>ATTY # 7333; 178 COPIES | 17.80 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 10739; 94 COPIES | 9.40 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 10739; 2 COPIES | .20 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 5253; 2 COPIES | .20 |
| 10/29/08 | Courier Service - Outside<br>00843 UPS - Shipped from Joshua Lewis Reed Smith LLP - Pittsburgh to Domenic E. Pacitti, Klehr, Harrison, Harvey, Br (WILMINGTON DE 19801)   1Z2644280191752844 | 12.38 |
| 11/04/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. - FILING | 15.00 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 34 COPIES | 3.40 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 20 COPIES | 2.00 |
| 11/14/08 | PACER | .16 |
| 11/19/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING | 10.50 |
| 11/20/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC.  - COPYING | 994.86 |
| 11/27/08 | Duplicating/Printing/Scanning<br>ATTY # 9154; 34 COPIES | 3.40 |
| 12/05/08 | Duplicating/Printing/Scanning<br>ATTY # 003878: 1 COPIES | .10 |
| 12/05/08 | Duplicating/Printing/Scanning<br>ATTY # 003878: 1 COPIES | .10 |
| 12/05/08 | Duplicating/Printing/Scanning<br>ATTY # 003878: 1 COPIES | .10 |
| 12/05/08 | Duplicating/Printing/Scanning<br>ATTY # 003878: 1 COPIES | .10 |

-5-

886922 Official Committee of Unsecured Creditors for InPhonic Inc.ber  1837154
     and Its Debtor-Affiliates
60001  Official Committee of Unsecured Creditors        Page    4
April 2, 2009

| Date | Description | Amount |
|---|---|---:|
| 12/05/08 | Duplicating/Printing/Scanning<br>ATTY # 3593; 8 COPIES | .80 |
| 12/05/08 | Courier Service - Outside<br>00843 UPS - Shipped from Dona Kintz Reed Smith LLP - Wilmington to Kurt F. Gwynne (GLEN MILLS PA 19342)   1ZA71V384498989123 | 27.60 |
| 12/05/08 | PACER | 3.92 |
| 12/08/08 | Duplicating/Printing/Scanning<br>ATTY # 3593; 63 COPIES | 6.30 |
| 12/31/08 | PACER | 1.12 |
| | CURRENT EXPENSES | 2,229.22 |
| | TOTAL THIS MATTER | $2,229.22 |

```
                          REED SMITH LLP
                        PO Box 7777-W4055
                     Philadelphia, PA  19175-4055
                        Tax ID# 25-0749630
```

```
c/o Timothy J. McGary, Esq.              Invoice Number      1845226
As Committee Chairperson on behalf of    Invoice Date       04/20/09
Infinite Computer Solutions, Inc.        Client Number       886922
10500 Sager Avenue, Suite G              Matter Number        60001
Fairfax, VA 22030                        Page    1
```

======================================================================

Re: (60001)  Official Committee of Unsecured Creditors

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 01/01/09 | PACER | .48 |
| 01/30/09 | PACER | 1.52 |
| 02/27/09 | PACER | 2.00 |
| 03/24/09 | Telephone Expense<br>404-504-4078/ATLANTA, GA/28 | 1.40 |
|  | CURRENT EXPENSES | 5.40 |
|  | TOTAL THIS MATTER | $5.40 |