# EXHIBIT A

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF COMPENSATION
FOR THE PERIOD NOVEMBER 19, 2007 THROUGH MARCH 25, 2009
FINAL FEE APPLICATION

| In RE: | CHAPTER 11 | | Fees Previously Requested | $98,572.50 | NAME OF APPLICANT: | |
|---|---|---|---|---|---|---|
| SN LIQUIDATION, INC., et al. | Case No. 07-11666 (KG) | | Fees Previously Awarded | $0.00 | Deloitte Financial Advisory Services, LLP | |
| | (Jointly Administered) | | | | | |
| | | | Expenses Previously Requested | $1,494.32 | ROLE IN CASE: | |
| Debtors | | | Expenses Previously Awarded | $0.00 | Financial Advisor to Committee | |

EXHIBIT A - SUMMARY OF COMPENSATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | TITLE | CURRENT APPLICATION | RATE | TOTAL |
|---|---|---|---|---|
| Hurley, Timothy R | Principal | 25.9 | $ 325 | $ 8,417.50 |
| Polsky, Daniel S | Director | 145.5 | 325 | 47,287.50 |
| Shea, Kevin A | Senior Manager | 54.6 | 325 | 17,745.00 |
| Shrestha, Ashish A | Manager | 77.3 | 325 | 25,122.50 |
| Total Fees Incurred | | 303.3 | | $98,572.50 |
| Total Expenses | | | | 1,494.32 |
| Total Fees and Expenses sought | | | | $100,066.82 |
| Total Fees & Expense received | | | | $33,489.00 |
| Total Fees & Expense outstanding | | | | $66,577.82 |

| Fee Cap Analysis: | 1st Interim Fee Application | | 2nd Interim Fee App | Final Fee App |
|---|---|---|---|---|
| | 11/19/07 - 12/18/2007 | 12/19/07 - 1/18/2008 | 1/19/08 - 1/31/08 | 2/1/08 - 8/31/08 | Total |
| Hours | 198.6 | 33.0 | 17.6 | 54.1 | 303.3 |
| Fee Cap * | $ 75,000.00 | $ 50,000.00 | $ 20,967.74 | $ 350,000.00 | $ 495,967.74 |
| Fees Incurred at $325 Blended Rate | $ 64,545.00 | $ 10,725.00 | $ 5,720.00 | $ 17,582.50 | $ 98,572.50 |
| Monthly Carryforward | $ 10,455.00 | $ 39,275.00 | $ 15,247.74 | $ 332,417.50 | |
| Cumulative Carryforward | $ 10,455.00 | $ 49,730.00 | $ 64,977.74 | $ 397,395.24 | |

\* The monthly fee caps are: $75,000 for services provided from 11/19/07 to 12/18/07, and $50,000 per month thereafter. Fee cap prorated for 13 days from 1/19/08 to 1/31/08 is $20,967.74.