# EXHIBIT B

SN LIQUIDATION, INC., et al.
CHAPTER 11 CASE NO. 07-11666 (KG)
SUMMARY OF HOURS CHARGED
FOR THE PERIOD NOVEMBER 19, 2007 THROUGH MARCH 25, 2009
FINAL FEE APPLICATION

EXHIBIT B - CATEGORY TIME SUMMARY

| CATEGORY CODE | CATEGORY DESCRIPTION | HOURS |
|---|---|---|
| 1 | Asset Sale Proposals/ Competitive Bids/ Valuation | 50.4 |
| 2 | Bankruptcy SOFA's/Statements | 2.5 |
| 3 | Claims/Damages Analysis/Reconciliation/Estimation; Intercompany Claims | 6.3 |
| 4 | Conflict Check Process/ Firm Retention | 10.4 |
| 5 | Expert Testimony; Litigation Support; Preparation and Participation in Court Hearings | 16.0 |
| 6 | Fee Applications and Monthly Fee Statements | 24.0 |
| 7 | Other general diligence activities; review/prepare correspondence; prepare information request | 44.7 |
| 8 | Potential Avoidance Actions; Insider/Related Party Transactions | 50.7 |
| 9 | Preparation participation in Meetings/ Conference Calls with CRO, Debtors Management & Advisors, Committee & Committee Counsel, Other Parties | 87.1 |
| 10 | Project Planning, Supervision & Assignment of Tasks | 11.2 |
| | | 303.3 |