IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SN LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11666 (KG)<br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on this 29th day of May 2009, I caused a true and correct copy of the **FINAL FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 19, 2007 THROUGH MARCH 25, 2009** to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Aleris International, Inc., *et al.*,

**Fee Application Service List**

*First Class Mail*
Paul N. Heath, Esq.
L. Katherine Good, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*First Class Mail*
Pauline L. Moorman, Esq.
Aleris International, Inc.
25825 Science Park Drive, Suite 400
Beachwood, OH 44122

*First Class Mail*
Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*First Class Mail*
Claudia Z. Springer, Esq.
Derek J. Baker, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

*First Class Mail*
Paul M. Singer, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009

*First Class Mail*
Stephen Karotkin, Esq.
Debra A. Dandeneau, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153