## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SN LIQUIDATION, INC., *et al.*, | ) | Case No. 07-11666 (KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 22, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD** |

## FINAL FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 8, 2007 THROUGH MARCH 30, 2009

Name of Applicant:                                  Bayard, P.A.

Authorized to Provide
Professional Services to:                          Debtors and Debtors-In-Possession

Date of Retention:                                 Order entered December 13, 2007 [Docket No. 245]
                                                   *nunc pro tunc* to November 8, 2007

Final period for which compensation
and reimbursement is sought:                       November 8, 2007 through March 30, 2009

Final amount of compensation sought
as actual, reasonable and necessary:               $1,019,129.36[1]

Final amount of expense reimbursement sought
as actual, reasonable and necessary:               $51,553.07

This is an: ___ monthly ___ quarterly _X_ final application.

This is Bayard's final fee statement in these cases.

---

[1] Bayard waives $1,099.00 in fees and $129.10 in costs incurred on March 31, 2009. Bayard estimates that it will incur $2,223.36 in post-effective date fees related to the preparation of the final fee application and attendance at the final fee hearing, based on 6 hours of work at a $370.56/hr blended rate, and has included that amount in the final amount of compensation sought.

{BAY:01315277v3}

## Summary of Bayard Monthly Fee Statements

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 1/3/08 [284] | 11/8/07 through 11/30/07 | $85,248.50 | $5,409.40 | 1/25/08 [333] | $68,198.80 | $5,409.40 | $17,049.70 |
| 2/21/08 [393] | 12/1/07 through 12/31/07 | $85,300.50 | $5,364.75 | 3/14/08 [441] | $68,240.40 | $5,364.75 | $17,060.10 |
| 3/11/08 [455] | 1/1/08 through 1/31/08 | $49,642.50 | $4,427.80 | 4/9/08 [494] | $39,714.00 | $4,427.80 | $9,928.50 |
| 4/23/08 [514] | 2/1/08 through 2/29/08 | $79,629.50 | $3,553.25 | 5/19/08 [551] | $63,703.60 | $3,553.25 | $15,925.90 |
| 5/2/08 [529] | 3/1/08 through 3/31/08 | $76,899.50 | $2,407.34 | 5/27/08 [559] | $61,519.60 | $2,407.34 | $15,379.90 |
| 7/7/08 [605] | 4/1/08 through 4/30/08 | $60,553.50 | $2,423.27 | 7/30/08 [605] | $48,442.80 | $2,423.27 | $12,110.70 |
| 8/12/08 [654] | 5/1/08 through 5/31/08 | $47,592.00 | $2,278.08 | 9/4/08 [684] | $38,073.60 | $2,278.08 | $9,518.40 |
| 9/10/08 [691] | 6/1/08 through 6/30/08 | $93,691.50 | $4,914.07 | 10/02/08 [718] | $74,953.20 | $4,914.07 | $18,738.30 |
| 9/12/08 [711] | 7/1/08 through 7/31/08 | $97,990.00 | $6,306.15 | 10/13/08 [746] | $78,392.00 | $6,306.15 | $19,598.00 |
| 10/1/08 [717] | 8/1/08 through 8/31/08 | $54,599.00 | $6,390.22 | 10/24/08 [762] | $43,679.20 | $6,390.22 | $10,919.80 |
| 11/24/08 [791] | 9/1/08 through 9/30/08 | $73,166.00 | $1,573.88 | 12/16/08 [812] | $58,532.80 | $1,573.88 | $14,633.20 |
| 12/12/08 [809] | 10/1/08 through 10/31/08 | $119,054.00 | $3,944.70 | 1/7/09 [817] | $95,243.20 | $3,944.70 | $23,810.80 |
| 1/6/09 [816] | 11/1/08 through 11/30/08 | $23,925.00 | $837.13 | 1/28/09 [830] | $19,140.00 | $837.13 | $4,785.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/20/09 [834] | 12/1/08 through 12/31/08 | $23,476.00 | $706.38 | 3/16/09 [838] | $18,780.80 | $706.38 | $4,695.20 |
| 2/27/09 [835] | 1/1/09 through 1/31/09 | $18,027.00 | $728.90 | 3/23/09 [845] | $14,421.60 | $728.90 | $3,605.40 |
| 4/6/09 [848] | 2/1/09 through 2/28/09 | $10,555.50 | $155.55 | 4/29/09 [853] | $8,444.40 | $155.55 | $2,111.10 |
| 4/24/09 [850] | 3/1/09 through 3/30/09 | $17,556.00[2] | $132.20 | 5/18/09 [855] | $14,044.80 | $132.20 | $3,511.20 |
| Totals | 11/8/07 through 3/30/09 | $1,019,129.36[3] | $51,553.07 | n/a | $813,524.80 | $51,553.07 | $203,381.20 |

---

[2]  Bayard waives $1,099.00 in fees and $129.10 in costs incurred on March 31, 2009.

[3]  Bayard estimates that it will incur $2,223.36 in post-effective date fees related to the preparation of the final fee application and attendance at the final fee hearing, based on 6 hours of work at a $370.56/hr blended rate, and has included that amount in the final amount of compensation sought.

**Final Period Timekeeper Summary**

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neil B. Glassman | Director | Director since 1988. Joined firm in 1986. Member of DE Bar since 1982. Areas of Expertise: Bankruptcy and Commercial Law. | $725.00<br>$765.00 | 331.2<br>218.7 | $240,120.00<br>$167,305.50 |
| Charlene D. Davis | Director | Director since 1993. Joined firm in 1988. Member of DE Bar since 1984. Areas of Expertise: Bankruptcy and Commercial Litigation. | $600.00 | 11.0 | $6,600.00 |
| Ashley B. Stitzer | Director | Director since 2007. Joined firm as Associate in 2000. Member of DE Bar since 1999; Member of PA Bar since 1996. Areas of Expertise: Bankruptcy and Litigation. | $440.00 | 18.6 | $8,184.00 |
| Jamie L. Edmonson | Sr. Counsel | Senior Counsel since 2008. Member of DE Bar since 2002. Member of CA Bar since 1996. Area of Expertise: Bankruptcy and Restructuring. | $485.00 | 71.2 | $34,532.00 |
| Eric M. Sutty | Associate | No longer employed by Firm. | $365.00 | 33.5 | $12,227.50 |
| GianClaudio Finizio | Associate | Associate since 2002. Member of DE Bar since 2002. Area of Expertise: Bankruptcy. | $375.00 | 7.1 | $2,662.50 |
| Mary E. Augustine | Associate | No longer employed by Firm. | $310.00<br>$345.00 | 514.1<br>226.4 | $159,371.00<br>$78,108.00 |
| John W. Venskus | Associate | No longer employed by Firm. | $300.00 | 1.2 | $360.00 |
| Kathryn D. Sallie | Associate | No longer employed by Firm. | $290.00 | 0.8 | $232.00 |
| Justin Edelson | Associate | No longer employed by Firm | $215.00 | 54.9 | $11,803.50 |
| Daniel A. O'Brien | Associate | Joined firm as Associate in 2007. Member of DE Bar since 2006. Area of Expertise: Bankruptcy. | $240.00<br>$280.00 | 306.2<br>448.3 | $73,488.00<br>$125,524.00 |

| | | | | | |
|---|---|---|---|---|---|
| Justin R. Alberto | Associate | Joined firm as Associate in 2008.  Member of DE Bar since 2008. | $210.00 | 15.1 | $3,171.00 |
| Kara Swasey | Associate | Joined firm as Associate in 2007.  Member of DE and PA Bar since 2008.  Area of Expertise: Corporate and Commercial Litigation. | $215.00 | 4.6 | $989.00 |
| Walter Cavers | Paralegal | No longer employed by Firm. | $205.00 | 65.6 | $13,448.00 |
| Tiffany Matthews | Paralegal | Paralegal; joined firm in 2001.  Area of Expertise: Bankruptcy. | $200.00 $230.00 | 13.8 15.8 | $2,760.00 $3,634.00 |
| Michelle Dero | Paralegal | No longer employed by Firm. | $200.00 $215.00 | 1.3 0.7 | $260.00 $150.50 |
| Edith Miranda | Paralegal | Paralegal; joined firm in 2007.  Area of Expertise: Bankruptcy. | $190.00 $205.00 $230.00 | 88.7 125.0 79.2 | $16,853.00 $25,625.00 $18,216.00 |
| Lindsey Suprum | Paralegal | No longer employed by Firm. | $125.00 $185.00 $215.00 | 4.3 5.1 5.2 | $537.50 $943.50 $1,118.00 |
| Jacqueline Lately | Case Management Assistant | Case Management Assistant; joined firm in 2003. | $125.00 $145.00 | 17.4 6.0 | $2,175.00 $870.00 |
| James Sanderson | Fee Application Specialist | Fee Application Specialist since 2003; joined firm in 1995. | $100.00 $135.00 | 24.3 31.9 | $2,430.00 $4,306.50 |
| | | | Totals | 2,747.2 | $1,018,005.00 |

Blended Rate:   $370.56

## Final Project Category Summary by Task Code

| Project Category | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (AA) | 1.5 | $555.00 |
| Litigation/Adversary Proceedings (AP) | 117.1 | $56,210.50 |
| Business Operations (BO) | 26.2 | $9,147.50 |
| Case Administration (CA) | 402.6 | $122,477.50 |
| Court Hearings (CH) | 399.6 | $144,250.00 |
| Creditor Inquiries (CI) | 43.7 | $15,468.00 |
| Cash Collateral/DIP Financing (CR) | 11.2 | $4,850.00 |
| Disclosure Statement (DS) | 194.7 | $76,683.50 |
| Bayard Retention Application (EA1) | 10.9 | $4,296.00 |
| Other Professional Retention Apps (EA2) | 23.9 | $10,412.50 |
| Leases/Executory Contracts (EC) | 168.1 | $59,064.00 |
| TBF Fee Applications/Compensation (FA1) | 143.2 | $39,950.50 |
| Other Professional Fee Apps (FA2) | 37.5 | $14,520.50 |
| General Corporate Matters (MA) | 73.4 | $28,080.00 |
| Meetings of Creditors (MC) | 15.5 | $8,670.00 |
| Stay Relief Matters (MR) | 37.8 | $15,253.50 |
| Claims Analysis and Resolution (PC) | 512.8 | $183,947.50 |
| Plan (PL) | 400.6 | $175,094.00 |
| Use, Sale or Lease of Property (SA) | 52.0 | $17,743.00 |
| Trustee Reporting/Schedules (TR) | 72.5 | $30,281.00 |
| Unsecured Creditors Committee (UC) | 0.9 | $615.00 |
| Utility Matters (UM) | 1.5 | $435.50 |
| Totals | 2,747.2 | $1,018,005.00 |

## Final Expense Category Summary

| Expense Category | Amount |
|---|---|
| Computer Research | $410.44 |
| Conference Call Services | $185.55 |
| Copies<br>(10 cents per page) | $14,699.20 |
| CourtCall Charges | $257.50 |
| Delivery Charges | $3,300.09 |
| Depositions & Transcripts | $1,879.95 |
| Electronic Filings Charges | $20.50 |
| Federal Expres | $3,557.75 |
| Filing Fees | $400.00 |
| Meals/Meetings | $2,403.35 |
| Outside Copy Charges | $7,678.57 |
| Outside Fax Charges | $3,589.84 |
| Outside Phone Charges | $20.00 |
| PACER Document Downloads | $1,056.40 |
| Phone | $101.00 |
| Postage | $4,816.29 |
| Print Images | $2,704.20 |
| Support Staff Overtime | $3,116.19 |
| Telecopier/Fax Charges | $1,365.00 |
| Travel Costs | $120.35 |
| Totals | $51,682.17 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| SN LIQUIDATION, INC., *et al.,* | ) | Case No. 07-11666 (KG) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Objection Deadline: June 22, 2009 at 4:00 p.m.** |
|  | ) | **Hearing Date: TBD** |

### FINAL FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 8, 2007 THROUGH MARCH 30, 2009

By this application (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bayard, P.A. ("Bayard") hereby seeks reasonable final compensation in the above-captioned cases of SN Liquidation, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for professional legal services rendered as counsel to the Debtors in the amount of $1,019,129.36, together with reimbursement for actual and necessary expenses incurred in the amount of $51,553.07 for the period commencing November 8, 2007, through and including March 30, 2009 (the "Final Compensation Period"). In support of this Application, Bayard represents as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

### Background

3.      On November 8, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

4.      No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

5.      On December 13, 2007, this Court approved Bayard's retention as counsel to the Debtors [Docket No. 245] (the "Retention Order") *nunc pro tunc* to November 8, 2007.

6.      On October 22, 2008, this Court approved the Second Amended Joint Plan of Liquidation (the "Confirmation Order") [Docket No.  759].  On March 30, 2009 the Confirmation Order became effective (the "Effective Date") [Docket No. 847].

### Relief Requested

6.      Bayard submits this Application in accordance with the order approving procedures for interim compensation (the "Interim Compensation Order") [Docket No. 165] and the Confirmation Order.  All services for which Bayard requests compensation were performed for, or on behalf of, the Debtors.

7.      This Application is the final fee statement filed by Bayard in these cases.  In connection with the professional services rendered, by this Application, Bayard seeks final compensation in the amount of $1,019,129.36 and expense reimbursement of $51,553.07.

Attached hereto as Exhibit A is a summary of statement of hours spent rendering legal services to the Debtors in the amount of $1,018,005.00. Attached hereto as Exhibit B is a summary of disbursements made by Bayard in the amount of $51,682.1.  However, Bayard has waived $1,099.00 in fees and $129.10 in costs incurred on March 31, 2009 and added $2,223.36 for estimated post-effective date fees related to the preparation of the final fee application and attendance at the final fee hearing, based on 6 hours of work at a $370.56/hr blended rate.  Thus, the exhibits support Bayard's request of compensation for fees in the amount of $1,019,129.36 and reimbursement of expenses of $51,553.07 for the Final Period.  In accordance with the Interim Compensation Order, Bayard filed the following monthly fee applications:

       (a)     on January 3, 2008, for the first monthly period of November 8, 2007 through November 30, 2007 in the amount of $85,248.50 for fees and $5,409.40 in expenses [Docket No. 284],

       (b)     on February 21, 2008, for the second monthly period of December 1, 2007 through December 31, 2007 in the amount of $85,300.50 for fees and $5,364.75 in expenses [Docket No. 393],

       (c)     on March 11, 2008, for the third monthly period of January 1, 2008 through January 31, 2008 in the amount of $49,642.50 for fees and $4,427.80 in expenses [Docket No. 455],

       (d)     on April 23, 2008, for the fourth monthly period of February 1, 2008 through February 28, 2008 in the amount of $79,629.50 for fees and $3,553.25 in expenses [Docket No. 514],

(e)    on May 2, 2008, for the fifth monthly period of March 1, 2008 through March 31, 2008 in the amount of $76,899.50 for fees and $2,407.34 in expenses [Docket No. 529],

(f)    on July 7, 2008, for the sixth monthly period of April 1, 2008 through April 30, 2008 in the amount of $60,553.50 for fees and $2,423.27 in expenses [Docket No. 605],

(g)    on August 12, 2008, for the seventh monthly period of May 1, 2008 through May 31, 2008 in the amount of $47,592.00 for fees and $2,278.08 in expenses [Docket No. 654],

(h)    on September 10, 2008, for the eighth monthly period of June 1, 2008 through June 30, 2008 in the amount of $93,691.50 for fees and $4,914.07 in expenses [Docket No. 691],

(i)    on September 12, 2008, for the ninth monthly period of July 1, 2008 through July 31, 2008 in the amount of $97,990.00 for fees and $6,306.15 in expenses [Docket No. 711],

(j)    on October 1, 2008, for the tenth monthly period of August 1, 2008 through August 31, 2008 in the amount of $54,599.00 for fees and $6,390.22 in expenses [Docket No. 717],

(k)    on November 24, 2008, for the eleventh monthly period of September 1, 2008 through September 30, 2008 in the amount of $73,166.00 for fees and $1,573.88 in expenses [Docket No. 791],

(l)    on December 12, 2008, for the twelfth monthly period of October 1, 2008 through October 31, 2008 in the amount of $119,054.00 for fees and $3,944.70 in expenses [Docket No. 809],

(m)    on January 6, 2009, for the thirteenth monthly period of November 1, 2008 through November 30, 2008 in the amount of $23,925.00 for fees and $837.13 in expenses [Docket No. 816],

(n)    on February 20, 2009, for the fourteenth monthly period of December 1, 2008 through December 31 , 2008 in the amount of $23,476.00 for fees and $706.38 in expenses [Docket No. 834],

(o)    on February 27, 2009, for the fifteenth monthly period of January 1, 2009 through January 31, 2009 in the amount of $18,027.00 for fees and $728.90 in expenses [Docket No. 835],

(p)    on April 6, 2009, for the sixteenth monthly period of February 1, 2009 through February 28, 2009 in the amount of $10,555.50 for fees and $155.55 in expenses [Docket No. 848],

(q)    and, on April 24, 2009, for the seventeenth monthly period of March 1, 2009 through March 31, 2009 in the amount of $18,655.00 and $261.30 in expenses [Docket No. 850].  Bayard waives $1,099.00 in fees and $129.10 in expenses incurred on March 31 and seeks compensation of $17,556.00 for fees and reimbursement of $132.20 for expenses.

Bayard filed certificates of no objection to the above monthly fee applications on January 25, 2008, March 14, 2008, April 9, 2008, May 19, 2008, May 27, 2008, July 30, 2008, September 4, 2008, October 2, 2008, October 13, 2008, October 24, 2008, December 16, 2008, January 7, 2009, January 28, 2009, March 16, 2009, March 23, 2009, April 29, 2009 and May 18, 2009 [Docket Nos. 333, 441, 494, 551, 559, 605, 684, 718, 746, 762, 812, 817, 830, 838, 845, 853 and 855, respectively].  Bayard also filed quarterly interim fee applications as follows:

        (a)      on April 8, 2008, for the first quarterly period of November 8, 2007 through January 31, 2008 in the amount of $220,191.50 for fees and $15,201.95 in expenses [Docket No. 493],

        (b)      on July 7, 2008, for the second quarterly period of February 1, 2008 through April 30, 2008 in the amount of $217,082.50 for fees and $8,383.86 in expenses [Docket No. 606],

        (c)      on September 18, 2008, for the third quarterly period of May 1, 2008 through July 31, 2008 in the amount of $239,273.50 for fees and $13,498.30 in expenses [Docket No. 712],

        (d)      on December 15, 2008, for the fourth quarterly period of August 1, 2008 through October 31, 2008 in the amount of $246,819.00 for fees and $11,908.80 [Docket No. 810],

        (e)      on March 16, 2009, for the fifth quarterly period of November 1, 2008 through January 31, 2009 in the amount of $65,428.00 for fees and $2,272.41 in expenses [Docket No. 837].

To date, no orders approving Bayard's quarterly fee applications have been entered. By this Application, Bayard now seeks final approval of the above quarterly fee applications as well as the monthly fee applications for February and March in the total amount of $1,019,129.36 for fees and $51,553.07 in expenses for the Final Compensation Period.

## Summary of Services

8.      Given the nature and value of the services that Bayard provided to the Debtors as described herein, the interim amounts sought under this Application are fair and reasonable under section 330 of the Bankruptcy Code.

9.      Bayard has received no payment and no promises for payment from any source for services rendered in connection with these cases other than those in accordance with the Bankruptcy Rules.  There is no agreement or understanding between Bayard and any other person (other than members of Bayard) for the sharing of compensation to be received for the services rendered in these cases.

<u>**Summary of Services Rendered**</u>

10.     In general, the services that Bayard rendered as counsel to the Debtors included, without limitation, the following:

(a)     representing the Debtors at all hearings in these cases;

(b)     reviewing all pleadings and papers filed in these cases;

(c)     drafting pleadings on behalf of the Debtors;

(d)     advising the Debtors regarding practice and procedure in the United States Bankruptcy and District Courts for the District of Delaware;

(e)     coordinating responsibility for filing and service of all pleadings of the Debtors relative to these cases;

(f)     coordinating weekly (or more frequent) updating of docket sheets, critical dates, schedules and calendars and maintaining case and pleadings files; and

(g)     assisting in advising and representing the Debtors in connection with their financial affairs and operations.

11.     The services provided by Bayard during the Application Period were rendered to ensure no unnecessary duplication.  The attorneys and paralegals who rendered services relating to each category are identified in the above attachment and summaries of the hours and fees of each professional for the Compensation Period and the

total compensation by project category are included in Exhibit A.  Details of specific time entries can be found in the above monthly fee applications.

**Amounts Requested**

12.    For the Final Compensation Period, Bayard seeks compensation in the total amount of $1,019,129.36 in connection with the professional services summarized in Exhibit A.

13.    For the Final Compensation Period, Bayard seeks total expense reimbursement in the amount of $51,553.07 as summarized in Exhibit B.

**Certification and Notice**

14.    Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, Bayard represents as follows with regard to its charges for actual and necessary costs and expenses during the Final Compensation Period:

      (a)    Copy, scanning and printing charges are $.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy machines, printers and copy center, together with a margin for recovery of lost expenditures.

      (b)    Incoming facsimiles are not billed.

      (c)    Out-going facsimiles are billed at the rate of $1.00 per page.  The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of lost expenditures.  Toll telephone charges are not billed.

15.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended;

(c) the nature and extent of the services rendered; (d) the value of such services; and (e) the cost of comparable services other than in a case under the Bankruptcy Code.

16.    The undersigned has reviewed the requirements of Local Rule 2016-2, and certifies that this Application and the Exhibits attached hereto comply therewith and a copy of this Application has been sent to the notice parties set forth in the Interim Compensation and Confirmation Orders.

WHEREFORE, Bayard prays that approval be made to it for the Final Compensation Period in the sum of $1,019,129.36 for compensation for fees and the sum of $51,553.07 for reimbursement of expenses.

Dated: May 29, 2009
      Wilmington, Delaware

**BAYARD, P.A.**

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

Counsel to the Debtors