# EXHIBIT A

# BAYARD, P.A.

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

SN Liquidation, Inc. (fka InPhonic, Inc.)                                May 29, 2009
File # 33006-00001- NBG

| Name | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Neil B Glassman | Director | 725.00 | 331.20 | 240,120.00 |
| Neil B Glassman | Director | 765.00 | 218.70 | 167,305.50 |
| Charlene D Davis | Director | 600.00 | 11.00 | 6,600.00 |
| Ashley B Stitzer | Director | 440.00 | 18.60 | 8,184.00 |
| Jamie L. Edmonson | Senior Counsel | 485.00 | 71.20 | 34,532.00 |
| Eric M Sutty | Associate | 365.00 | 33.50 | 12,227.50 |
| GianClaudio Finizio | Associate | 375.00 | 7.10 | 2,662.50 |
| Mary E Augustine | Associate | 310.00 | 514.10 | 159,371.00 |
| Mary E Augustine | Associate | 345.00 | 226.40 | 78,108.00 |
| John W. Venskus | Associate | 300.00 | 1.20 | 360.00 |
| Kathryn D Sallie | Associate | 290.00 | 0.80 | 232.00 |
| Justin Edelson | Associate | 215.00 | 54.90 | 11,803.50 |
| Daniel A. O'Brien | Associate | 240.00 | 306.20 | 73,488.00 |
| Daniel A. O'Brien | Associate | 280.00 | 448.30 | 125,524.00 |
| Justin R. Alberto | Associate | 210.00 | 15.10 | 3,171.00 |
| Kara Swasey | Associate | 215.00 | 4.60 | 989.00 |
| Walter Cavers | Paralegal | 205.00 | 65.60 | 13,448.00 |
| Tiffany N Matthews | Paralegal | 200.00 | 13.80 | 2,760.00 |
| Tiffany N Matthews | Paralegal | 230.00 | 15.80 | 3,634.00 |
| Michelle M Dero | Paralegal | 200.00 | 1.30 | 260.00 |
| Michelle M Dero | Paralegal | 215.00 | 0.70 | 150.50 |
| Edith Miranda | Paralegal | 190.00 | 88.70 | 16,853.00 |
| Edith Miranda | Paralegal | 205.00 | 125.00 | 25,625.00 |
| Edith Miranda | Paralegal | 230.00 | 79.20 | 18,216.00 |
| Lindsey Suprum | Paralegal | 125.00 | 4.30 | 537.50 |
| Lindsey Suprum | Paralegal | 185.00 | 5.10 | 943.50 |
| Lindsey Suprum | Paralegal | 215.00 | 5.20 | 1,118.00 |
| Jacqueline Lately | Case Management Asst | 125.00 | 17.40 | 2,175.00 |
| Jacqueline Lately | Case Management Asst | 145.00 | 6.00 | 870.00 |
| James B Sanderson | Billing Specialist | 100.00 | 24.30 | 2,430.00 |
| James B Sanderson | Billing Specialist | 135.00 | 31.90 | 4,306.50 |
| | Totals | | 2747.20 | 1,018,005.00 |

CHECKS MAY BE PAYABLE TO **BAYARD**. PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

# BAYARD, P.A.

```
SN Liquidation, Inc. (fka InPhonic, Inc.)                          May 29, 2009
File # 33006-00001- NBG
```

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation By Project Category | | |
| Asset Analysis and Recovery | 1.50 | 555.00 |
| Litigation/Adversary Proceeding | 117.10 | 56,210.50 |
| Business Operations | 26.20 | 9,147.50 |
| Case Administration | 402.60 | 122,477.50 |
| Court Hearings | 399.60 | 144,250.00 |
| Creditor Inquiries | 43.70 | 15,468.00 |
| Cash Collateral/DIP Financing | 11.20 | 4,850.00 |
| Disclosure Statement | 194.70 | 76,683.50 |
| TBF Retention Application | 10.90 | 4,296.00 |
| Other Professional Retention Apps | 23.90 | 10,412.50 |
| Leases/Executory Contracts | 168.10 | 59,064.00 |
| TBF Fee Applications/Compensation | 143.20 | 39,950.50 |
| Other Professional Fee Apps | 37.50 | 14,520.50 |
| General Corporate Matters | 73.40 | 28,080.00 |
| Meetings of Creditors | 15.50 | 8,670.00 |
| Stay Relief Matters | 37.80 | 15,253.50 |
| Claims Analysis and Resolution | 512.80 | 183,947.50 |
| Plan | 400.60 | 175,094.00 |
| Use, Sale or Lease of Property | 52.00 | 17,743.00 |
| Trustee Reporting/Schedules | 72.50 | 30,281.00 |
| Unsecured Creditors Committee | 0.90 | 615.00 |
| Utility Matters | 1.50 | 435.50 |
| | 2747.20 | 1,018,005.00 |