# EXHIBIT B

# BAYARD, P.A.

SN Liquidation, Inc. (fka InPhonic, Inc.)         May 29, 2009
File # 33006-00001- NBG

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Computer Research | 410.44 |
| Conference Call Services | 185.55 |
| Copies | 14,699.20 |
| CourtCall Charges | 257.50 |
| Delivery Charges | 3,300.09 |
| Depositions & Transcripts | 1,879.95 |
| Electronic Filing Charges | 20.50 |
| Federal Express | 3,557.75 |
| Filing Fees | 400.00 |
| Meals/Meetings | 2,403.35 |
| Outside Copy Charges | 7,678.57 |
| Outside Fax Charges | 3,589.84 |
| Outside Phone Charges | 20.00 |
| Pacer Document Downloads | 1,056.40 |
| Phone | 101.00 |
| Postage | 4,816.29 |
| Print Images | 2,704.20 |
| Support Staff Overtime | 3,116.19 |
| Telecopier/Fax Charges | 1,365.00 |
| Travel Costs | 120.35 |
| **Total Expenses** | **$ 51,682.17** |