IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-11666 (KG) |
| SN LIQUIDATION, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. ____ |

**ORDER APPROVING FINAL FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 8, 2007 THROUGH MARCH 30, 2009**

Upon consideration of the Final Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 8, 2007 through March 30, 2009 (the "Final Fee Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule 2016-2; the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members and notice of the Final Fee Application being adequate and sufficient; and upon the Court's review of the Final Fee Application; and considering objections to the Final Fee Application, if any; and good cause appearing therefore; it is hereby

ORDERED, that the Final Fee Application is granted on a final basis; and it is further

ORDERED, that to the extent that any of the following amounts have not already been paid, the Debtors shall pay Bayard the amount of $1,019,129.36 as compensation for services rendered and the amount of $51,553.07 as reimbursement for expenses.

Dated: _____, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge