## CERTIFICATE OF SERVICE

I, Jamie L. Edmonson, hereby certify that on the 29th day of May, 2009, I caused a copy of the **Final Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 8, 2007 through March 30, 2009** to be served upon the Notice Parties listed on the attached service list *via* first class mail.

*[signature]*
Jamie L. Edmonson (No. 4247)

{BAY:01316464v1}

# SN Liquidation, Inc.

## Service List

Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore   MD   21209-3600
*Debtor*


Richard Shepacarter, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington   DE   19801


Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington   DE   19801
*Counsel to the Credtiors Committee*


Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*Counsel to the Credtiors Committee*


Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*Counsel to the Credtiors Committee*


Morton Branzburg, Litigation Trustee
Klehr Harrison Harvey Brnazburg & Ellers LLP
260 South Broad Street
Philadelphia   PA   19102-5003