UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DELAWARE 19801
(302) 252-2900

FILED
2009 JUN 19 AM 11: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF CHANGE OF ADDRESS

**IN RE: INPHONIC, INC., ET AL.,**

**CLAIM NUMBER(S): 19**

**CASE NUMBER(S): 07-11666 (KG)**

Dear Clerk of the Court,

I am writing to notify the court of a change of address for us, the creditor, in the case listed above.

Our Previous address was listed as:

Herman, Alexis & Co., Inc
633 West 5th Street
28th Floor
Los Angeles, CA 90071

Please update the court records to list our current address as:

Herman, Alexis & Co., Inc
1522 West Manchester Ave
Los Angeles, CA 90047

Sincerely,

Mark H. Rhynes
President and CEO