IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INPHONIC, INC., *et al.*, ) | Case No.: 07-11666-KG |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark A. Salzberg, formerly with the law firm of Foley & Lardner LLP, whose office address and telephone number were 3000 K St., N.W., Suite 500, Washington, D.C. 20007, msalzberg@foley.com, Telephone: (202) 672-5300, Facsimile: (202) 672-5399, hereby withdraws his appearance as counsel for Alltel Communications, Inc. in the above-styled Chapter 11 case, and request removal from the Mailing Matrix.

Dated: June 22, 2009
      Wilmington, Delaware

SMITH, KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com

{07274|PLDG|10076623.DOC}ORLA_1350370.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2009, a copy of the NOTICE OF WITHDRAWAL OF APPEARNCE was served via first class mail on:

Neil B. Glassman, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Kathleen M. Miller (I.D. No. 2898)