# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 859 |

## CERTIFICATION OF NO OBJECTION REGARDING FINAL FEE APPLICATION OF BAYARD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 8, 2007 THROUGH MARCH 30, 2009 [DOCKET NO. 859]

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Final Fee Application of Bayard, P.A. For Compensation For Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 8, 2007 through March 30, 2009** (the "Application"), filed on May 29, 2009. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 22, 2009 at 4:00 p.m.

It is respectfully requested that the Application be approved.

Dated: June 26, 2009

BAYARD, P.A.

By: /s/ Daniel O'Brien

Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Daniel O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

{BAY:01334279v1}

- and -

**DLA PIPER US LLP**
Thomas R. Califano, Esquire
Christopher R. Thomson, Esquire
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500
Facsimile:    (212) 335-4501

Counsel for Debtors and
Debtors in Possession

{BAY:01334279v1}