IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| SN LIQUIDATION, INC., et al., | * | |
| | | Case No. 07-11666 (KG) |
| Debtors. | * | |
| | | (Jointly Administered) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF WITHDRAWAL OF APPEARANCE
AS COUNSEL FOR ANDREW B. ZEINFELD AND KENNETH D. SCHWARZ**

PLEASE TAKE NOTICE that Lisa B. Tancredi and the law firm of Venable LLP hereby withdraws its appearance on behalf of Andrew B. Zeinfeld and Kenneth D. Schwarz in the above-captioned case. Notices, pleadings, applications, motions and other documents served and filed in the above-captioned case should no longer be served on the following:

>VENABLE LLP
>Lisa Bittle Tancredi
>750 E. Pratt Street, Suite 900
>Baltimore, Maryland 21202
>Phone: 410-244-7400
>Fax: 410-244-7742
>Email: lbtancredi@venable.com

Dated:   July 10, 2009

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi
Delaware Bar No. 4657
Venable LLP
1200 North Broom Street
Wilmington, DE 19806
(302) 656-3929 - Telephone
(302) 656-8503 – Facsimile
lbtancredi@venable.com

Attorneys for Andrew B. Zeinfeld and
Kenneth D. Schwarz