IN THE UNITED STATES BANKRUPTCY COURT

FOR DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:                                                            CHAPTER 11

SN LIQUIDATION, INC., et al.,                      Case No. 07-11666 (KG)

                                                                    Jointly Administered

                          Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**STIPULATION AND AGREED ORDER BETWEEN MORTON R. BRANZBURG, THE
LIQUIDATING TRUSTEE OF THE LIQUIDATION TRUST FOR THE ESTATE OF
THE DEBTORS AND E\*TRADE FINANCIAL CORPORATION REGARDING
THE TRUSTEE'S RULE 2004 REQUESTS SERVED UPON E\*TRADE**

Morton R. Branzburg, the Liquidating Trustee of the Liquidation Trust for the Estates of

the Debtors in the above referenced chapter 11 cases (the "Trustee") and E\*TRADE Financial

Corporation ("E\*TRADE") have stipulated and agreed as follows:

WHEREAS, prior to the filing of these jointly administered bankruptcy cases, E\*TRADE

(by and through its affiliates) had been engaged by the Debtor InPhonic, Inc. to provide services

in connection with Inphonic's Equity Incentive Plan.

WHEREAS, on September 21, 2009, in accordance with Local Rule 2004-1(a) of the

Local Bankruptcy Rules for the District of Delaware, the Trustee served upon E\*TRADE a

request (the "2004 Request") for a conference to discuss: (a) the examination of a designated

representative(s) of E\*TRADE pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure related to the subject matters set forth in Exhibit A of the 2004 Request; and (b) the

production of documents by E\*TRADE of documents identified in Exhibit B to the 2004

Request.

WHEREAS, since the date of the 2004 Request, the Trustee and E*TRADE have conferred and wish to enter into this Stipulation and Agreed Order providing for certain document production by E*TRADE at this juncture; and

NOW, THEREFORE, it is hereby, STIPULATED AND AGREED by the Trustee and E*TRADE and it is further by the Court ORDERED, ADJUDGED AND DECREED THAT:

1.    E*TRADE shall produce to the Trustee the following documents as follows:

a.    On or before October 15, 2009, E*TRADE shall produce a report of all E*TRADE customer transactions for the period of November 19, 2004 through November 8, 2007 relating to InPhonic stock (the "Report"), which Report shall include as to each transaction the name of the purchaser or transferee, the name of the seller or transferor, the E*TRADE account number, the date of the transaction, the number of shares transferred, and the price paid for the transfer; and

b.    On or before October 20, 2009, E*TRADE shall produce documents related to InPhonic's equity compensation administration plans (the "Equity Plan") evidencing (i) restricted stock grants made to Persons (as defined in Section 1(c) of this Stipulation and Agreed Order); (ii) restricted stock grants released to Persons; (iii) transactions by Persons incident to employee stock option grants; and (iv) the release of shares resulting from participation in InPhonic's Equity Plan.

c.    "Persons" means:

- Richard Calder;
- Aaron Daniels;

- Corey Eng;
- Carl Kumpf;
- Eddie Minor;
- Gary Smith;
- David Steinberg;
- Wes Swogger;
- Brian Westrick;
- Peter Whitfield;
- Lawrence Winkler;
- Dave Witek;
- Andrew (Andy) Zeinfeld.

2.    Nothing in this Stipulation and Agreed Order shall waive any right of the Trustee to request additional document production from E*TRADE or to seek an examination of representatives of E*TRADE or waive any right of E*TRADE to object to any such additional requests by the Trustee.

3.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to the 2004 Request and/or this Stipulation and Agreed Order.

4.    This Stipulation and Agreed Order may be executed by the respective parties or their counsel in counterparts, each of which when so executed shall be deemed to be an original and which taken together shall constitute one and the same instrument.    Delivery by the parties hereto of an executed counterpart of a signature page to this Stipulation and Agreed Order by telecopier shall be effective as a delivery of a manually executed counterpart.

Dated: Wilmington, Delaware
      October 5, 2009.

**KLEHR, HARRISON, HARVEY,**
**BRANZBURG & ELLERS LLP**

By:_____
      Domenic Pacitti (#3989)
919 Market Street, Suite 1000
Wilmington, DE 19801
Phone:  (302) 426-1189
Fax:     (302) 426-9193
dpacitti@klehr.com
Counsel for Morton R. Branzburg, Esquire, the
Liquidating Trustee for the Estates of the Debtors

**[SIGNATURES CONTINUED ON NEXT PAGE]**

PHIL1 872466-2

**E*TRADE FINANCIAL CORPORATION**

By: _____

Title: Manager, Legal Process

135 East 57th Street

New York, New York 10022

Phone: (201) 499-9830

Fax: (703) 236-4850

SO ORDERED:

October ___, 2009

_____

The Honorable Kevin Gross

United States Bankruptcy Judge