## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SN LIQUIDATION, INC., *et al.*, <br> Debtors. | CHAPTER 11 <br><br> Case No. 07-11666 (KG) <br> (JOINTLY ADMINISTERED) <br> Hearing Date: March 15, 2010 at 3:30 p.m. <br> Objection Deadline: March 8, 2010 at 4:00 p.m. <br> RE: Dkt. No. 805 and 826 |

### MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY

Illinois National Insurance Company ("Illinois National"), by its undersigned attorneys, respectfully submits this Motion pursuant to 11 U.S.C. § 105(a) requesting that the Court supplement its Order dated January 23, 2009, to authorize Illinois National to reimburse outstanding Defense Costs[1] as set forth herein, in accordance with Illinois National's Executive and Organization Liability Insurance Policy No. 965-69-56 (the "Policy") issued to the Debtor. In support of this Motion, Illinois National states as follows:

1. The Defendants are current and former directors and officers of the Debtor and are "Insured Persons" as that term is defined in the Policy.

2. Several of the Defendants were named in a securities class action case brought in the District Court for the District of Columbia, *Stevens v. InPhonic, Inc.,* Case no. 07-930

---

[1] "Defense Costs" are defined by Section 2(f) of the Policy as follows: "reasonable and necessary fees, costs and expenses consented to by the Insurer (including premiums for any appeal bond, attachment bond or similar bond arising out of a covered judgment, but without any obligation to apply for or furnish any such bond) resulting solely from the investigation, adjustment, defense and/or appeal of a Claim against an Insured, but excluding any compensation of any Insured Person or any Employee of an Organization."

(RBW) (the "Securities Action"), by a purported class of holders of InPhonic, Inc. stock. On November 2, 2009, the District Court for the District of Columbia dismissed the Securities Action with prejudice. Plaintiff did not appeal. Illinois National seeks authority to pay $67,140.57 in defense costs incurred by Defendants in April 2008 and from April 2009 to December 2009.

    3.    Several of the Defendants were also named in an action captioned *Americas Premiere Corporation v. Kenneth D. Schwarz and Andrew B. Zeinfeld,* Case no. DKC 08-3304 ("APC Matter"). Illinois National seeks authority to pay $82,283.30 in defense costs incurred by Defendants from January 2009 to January 2010.

    4.    Several of the Defendants were named in an action captioned *Icon International, Inc. v. David A. Steinberg, Andrew Zeinfeld and Kenneth D. Schwarz,* Case no. 1:07-cv-02342 ("Icon Matter"). Illinois National seeks authority to pay $42,467.71 in defense costs incurred by Defendants from December 2008 to December 2009.

    5.    On January 23, 2009, this Court issued an Order authorizing Illinois National to advance under the Policy certain Defense Costs incurred by the Defendants (the "January 23, 2009 Order"). *See* Stipulation And Amended Order Conditionally Approving Withdrawal Of Motion Of Illinois Insurance Company For Relief From Automatic Stay Of 11 U.S.C. §362(A) To Advance Defense Costs Under An Executive And Organization Liability Insurance Policy [Docket No. 826]. Specifically, the Court ordered that "Illinois National shall promptly advance and pay the Defense Costs *submitted to date." Id* at ¶ 1 (emphasis added).

    6.    Illinois National now seeks authorization for the payment by Illinois National from the Policy as set forth in paragraphs 2 through 4 above for reasonable and necessary

Defense Costs incurred to date in the Icon, APC and Securities Actions in the total amount of $191,891.58.

Wherefore, Illinois National respectfully requests that the Court enter an order granting the relief herein, and such other and further relief as the Court may deem just.

Dated: February 22, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

Francis A. Monaco. Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
T:  (302) 252-4320
F:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

E. Joseph O'Neil
Robert A. McCall
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02201-2261

*Counsel for Illinois National Insurance Company*

3

WCSR 4307981v1