**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: SN LIQUIDATION, INC., *et al.,*<br><br>Debtors. | CHAPTER 11<br><br>Case No. 07-11666 (KG)<br>(JOINTLY ADMINISTERED)<br>**Hearing Date: March 15, 2010 at 3:30 p.m.**<br>**Objection Deadline: March 8, 2010 at 4:00 p.m.**<br>**RE: Dkt. No. 805 and 826** |

**NOTICE OF MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO
SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS
UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY**

Illinois National Insurance Company ("Illinois National") by and through its undersigned counsel, has filed the attached Motion to Supplement Order Authorizing Advancement of Defense Costs Under an Executive and Organization Liability Insurance Policy (the "Motion").

You are required to file a response to the Motion, on or before **March 8, 2010 at 4:00 p.m.** (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon:

Joseph O'Neal
Robert A. McCall
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: 617-951-2027
Facsimile: 617-235-3583

Kevin J. Mangan (DE Bar No. 3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

A HEARING ON THE MOTION WILL BE HELD ON **MARCH 15, 2010 AT 3:30 P.M.,** ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Dated:  February 22, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
T:  (302) 252-4320
F:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

E. Joseph O'Neil
Robert A. McCall
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02201-2261

*Counsel for Illinois National Insurance Company*

2