UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>SN LIQUIDATION, INC., *et al.*,<br>                        Debtors. | CHAPTER 11<br><br>Case No. 07-11666 (KG)<br><br>Jointly Administered<br><br>Re: Docket No. \_\_\_\_ |

**ORDER GRANTING MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY**

Upon review and consideration of the Motion of Illinois National Insurance Company to Supplement Order Authorizing Advancement of Defense costs Under an Executive and Organization Liability Insurance Policy (the "Motion") and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED.

2. Illinois National is authorized to reimburse outstanding Defense Costs[1] as set forth in the Motion in the amount of $191,891.58 in accordance with Illinois National's Executive and Organization Liability Insurance Policy No. 965-69-56 (the "Policy") issued to the Debtor.

Dated: March \_\_, 2010

_____
The Honorable Kevin Gross
United States Bankruptcy Court Judge

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.

WCSR 4307869v1