## CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on February 22, 2010 via United States Mail upon:**

**ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.


____2/22/2010_____        __/s/ Heidi E Sasso_____
Date                          Heidi E. Sasso