| | | |
|---|---|---|
| Bayard PA<br>(RE: Co-Counsel to Debtor)<br>Eric M Sutty<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 | Bayard PA<br>(RE: Co-Counsel to Debtor)<br>Mary E Augustine<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 | Bayard PA<br>(RE: Co-Counsel to Debtor)<br>Neil B Glassman<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 |
| BMC Group<br>Alan Dalsass & Brad Daniel<br>875 Third Avenue, 5th Floor<br>New York, NY 10022 | Delaware Secretary of State<br>Franchise Tax Division<br>PO Box 898-F<br>Dover, DE 19903 | Department of Labor<br>Division of Unemployment Ins<br>4425 N Market Street<br>Wilmington, DE 19802 |
| DLA Piper US LLP<br>(RE: Debtor)<br>Jeremy R Johnson<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | DLA Piper US LLP<br>(RE: Debtor)<br>Thomas R Califano<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | DLA Piper US LLP<br>(RE: Debtor)<br>Vincent J Roldan Esq<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Goldsmith Lazard<br>Dermott O`Flanagan<br>11 West 42nd Street, 29th Fl<br>New York, NY 10036 | Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 | Internal Revenue Service<br>Bankruptcy Section<br>Special Procedures Section<br>31 Hopkins Plaza, Room 1120<br>Baltimore, MD 21201 |
| Kirkland & Ellis LLP<br>(RE: Adeptio INPC Funding LLC)<br>Anup Sathy Esq<br>300 North LaSalle<br>Chicago, IL 60654 | Kirkland & Ellis LLP<br>(RE: Adeptio INPC Funding LLC)<br>David A Agay & John A Schoenfeld<br>300 North LaSalle<br>Chicago, IL 60654 | Kirkland & Ellis LLP<br>(RE: Adeptio INPC Funding LLC)<br>David A Agay & John A Schoenfeld<br>300 North LaSalle<br>Chicago, IL 60654 |
| Office of the US Trustee<br>Richard Schepacarter, Esq<br>844 King Street RM 2207<br>Wilmington, DE 19801 | Reed Smith LLC<br>(RE: Committee of Unsecured Creditors)<br>Claudia Z Springer<br>2500 One Liberty Place<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLC<br>(RE: Committee of Unsecured Creditors)<br>Kurt F Gwynne<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 |
| Reed Smith LLC<br>(RE: Committee of Unsecured Creditors)<br>Robert P Simons Esq<br>435 Sixth Ave<br>Pittsburgh, PA 15219 | Securities and Exchange Commission<br>Division of Corporate Finance<br>100 F Street, NE<br>Washington, DC 20549 | State of Delaware<br>Randy Weller<br>Div of Revenue, Compliance Dept<br>820 N French Street<br>Wilmington, DE 19801 |
| US Attorney`s Office<br>Ellen W Slights, Esquire<br>1007 Orange Street, Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | Versa Capital Management, Inc.<br>Greg Segall & Paul Halpern<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | Versa Capital Management, Inc.<br>Greg Segall & Paul Halpern<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 |
| Versa Capital Management, Inc.<br>Paul Halpern & David Lorry<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | Versa Capital Management, Inc.<br>Paul Halpern & David Lorry<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | W B Doner & Company<br>Kevin Weinman<br>25900 Northwestern Highway<br>Southfield, MI 48075 |
| Young Conway Stargatt & Taylor, LLP<br>(RE: Adeptio INPC Funding LLC)<br>Edmon Morton Esq<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Young Conway Stargatt & Taylor, LLP<br>(RE: Adeptio INPC Funding LLC)<br>Edward J Kosmowski<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Young Conway Stargatt & Taylor, LLP<br>(RE: Adeptio INPC Funding LLC)<br>Robert S. Brady<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| ARCHER & GREINER PC<br>(RE: PENNSYLVANIA MFG<br>INDEMNITY CO ET AL)<br>JOHN V FIORELLA ESQ<br>300 DELAWARE AVE | ASSISTANT ATTORNEY GENERAL<br>(RE: STATE OF MICHIGAN)<br>DEBORAH WALDMEIR<br>CADILLAC PL<br>3030 W GRAND BLVD, STE 10-200 | ASSISTANT GENERAL COUNSEL<br>(RE: GSI COMMERCE INC)<br>PAUL CATALDO ESQ<br>935 FIRST AVE<br>KING OF PRUSSIA, PA 19406 |

STE 1370
WILMINGTON, DE 19801

DETROIT, MI 48202

ASSISTANT GENERAL COUNSEL
(RE: VALUECLICK INC)
TANYA M TAN ESQ
30699 RUSSELL RANCH RD
STE 250
WESTLAKE VILLAGE, CA 91362

ATTORNEY GENERAL
(RE: STATE OF MICHIGAN)
MICHAEL A COX
CADILLAC PL
3030 W GRAND BLVD, STE 10-200
DETROIT, MI 48202

BARTLETT HACKETT FEINBERG PC
(RE: IRON MOUNTAIN INFORMATION MGT INC)
FRANK F MCGINN
155 FEDERAL ST
9TH FLR
BOSTON, MA 02110

BECKET AND LEE LLP
(RE: AMERICAN EXPRESS TRAVEL SVCS)
GILBERT B WEISMAN ESQ
PO BOX 3001
MALVERN, PA 19355-0701

BIALSON BERGEN & SCHWAB
(RE: YAHOO! & OVERTURE SERVICES INC)
LAWRENCE M SCHWAB ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

BIALSON BERGEN & SCHWAB
(RE: YAHOO! & OVERTURE SERVICES INC)
PATRICK M COSTELLO ESQ
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

BINGHAM MCCUTCHEN LLP
(RE: ACN COMMUNICATIONS SERVICES INC)
STEVEN WILAMOWSKY ESQ
399 PARK AVE
NEW YORK, NY 10022

BLANK ROME LLP
(RE: CELLCO PARTNERSHIP/VERIZON)
BONNIE GLANTZ FATELL ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(RE: CELLCO PARTNERSHIP/VERIZON)
REGINA STANGO KELBON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLANK ROME LLP
(RE: GSI COMMERCE SOLUTIONS)
JOEL SHAPIRO ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLANK ROME LLP
(RE: GSI COMMERCE SOLUTIONS)
MICHAEL D DeBAECKE ESQ
CHASE MANHATTAN CENTRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BOVITZ & SPITZER
(RE: QUALUTION SYSTEMS INC)
J SCOTT BOVITZ ESQ
880 W FIRST ST
STE 502
LOS ANGELES, CA 90012-2430

CAMPBELL & LEVINE LLC
(RE: MFORCE COMMUNICATIONS)
KATHRYN S KELLER ESQ
800 NORTH KING ST STE 300
WILMINGTON, DE 19801

CAMPBELL & LEVINE LLC
(RE: MFORCE COMMUNICATIONS)
MARLA R ESKIN
800 NORTH KING ST STE 300
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP
DAVID M LeMAY ESQ
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

COHN BIRNBAUM SHEA
SCOTT D ROSEN
100 PEARL ST
HARTFORD, CT 06103-4500

DEILY MOONEY & GLASTETTER LLP
(RE: CITICORP VENDOR FINANCE INC)
MARTIN A MOONEY
8 THURLOW TERR
ALBANY, NY 12203

DEVELOPERS DIVERSIFIED REALTY CORP
(RE: DDR SE WENDOVER & DULUTH REYNOLDS)
ERIC C COTTON ESQ
3300 ENTERPRISE PKWY
PO BOX 228042
BEACHWOOD, OH 44122

HALPERIN BATTABLIA RAICHT LLP
(RE: MFORCE COMMUNICATIONS INC)
CHRISTOPHER J BATTAGLIA ESQ
555 MADISON AVE
9TH FLR
NEW YORK, NY 10022

HALPERIN BATTABLIA RAICHT LLP
(RE: MFORCE COMMUNICATIONS INC)
ELIZABETH L ROSE ESQ
555 MADISON AVE
9TH FLR
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
DIANE N RALLIS
10 ST JAMES AVE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
JOHN J MONAGHAN ESQ
10 ST JAMES AVE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
(RE: MICROSOFT CORP)
LYNNE B XERRAS
10 ST JAMES AVE
BOSTON, MA 02116

Kent County
(RE: Delaware Dept of Revenue)
Thomas Collins Building
540 S Dupont Highway
Dover, DE 19901

KILPATRICK STOCKTON LLP
(RE: AT&T)
PAUL M ROSENBLATT ESQ
1100 PEACHTREE ST NE
SET 2800
ATLANTA, GA 30309-4530

KILPATRICK STOCKTON LLP
(RE: AT&T)
TODD C MEYERS ESQ
1100 PEACHTREE ST NE
SET 2800
ATLANTA, GA 30309-4530

KIRKPATRICK & LOCKHART
(RE: AMAZON SERVICES LLC)
MARC BARRECA
PRESTON GATES & ELLIS LLP
925 FOURTH AVE, STE 2900
SEATTLE, WA 98104-1158

KIRKPATRICK & LOCKHART
(RE: AMAZON SERVICES LLC)
MARC BARRECA
PRESTON GATES & ELLIS LLP
925 FOURTH AVE, STE 2900
SEATTLE, WA 98104-1158

LOIZIDES PA
(RE: AT&T)
CHISTOPHER D LOIZIDES ESQ
1225 KING ST
STE 800
WILMINGTON, DE 19801

McGUIRE WOODS LLP
(RE: SPRINT NEXTEL CORP)
DAVID I SWAN ESQ
1750 TYSONS BLVD
STE 1800
McLEAN, VA 22102-4215

MORRIS JAMES LLP
(RE: MFORCE COMMUNICATIONS INC)
BRETT D FALLON ESQ
500 DELAWARE AVE
STE 1500
WILMINGTON, DE 19801-1494

MORRIS JAMES LLP
(RE: MFORCE COMMUNICATIONS INC)
THOMAS M HORAN ESQ
500 DELAWARE AVE
STE 1500
WILMINGTON, DE 19801-1494

MORRIS JAMES LLP
(RE: SPRINT NEXTEL CORP)
BRETT D FALLON ESQ
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19899-2306

NIXON PEABODY LLP
(RE: COSMOCOM.COM)
JOSEPH M GITTO
437 MADISON AVE
NEW YORK, NY 10022

PEABODY & ARNOLD LLP
(RE: ILLINOIS NATIONAL)
E JOSEPH O`NEIL
FEDERAL RESERVE PLAZA
600 ATLANTIC AVE
BOSTON, MA 02210-2261

PEABODY & ARNOLD LLP
(RE: ILLINOIS NATIONAL)
ROBERT A MCCALL
FEDERAL RESERVE PLAZA
600 ATLANTIC AVE
BOSTON, MA 02210-2261

Securities & Exchange Commission
Patricia Schrage
3 World Financial Center
Suite 400
New York, NY 10281-1022

SEITZ VAN OGTROP & GREEN PA
(RE: QUALUTION SYSTEMS INC)
KEVIN A GUERKE
222 DELAWARE AVE
STE 1500
WILMINGTON, DE 19801

SEITZ VAN OGTROP & GREEN PA
(RE: QUALUTION SYSTEMS INC)
PATRICIA P MCGONIGLE ESQ
222 DELAWARE AVE, STE 1500
PO BOX 68
WILMINGTON, DE 19899

SHUMAKER LOOP & KENDRICK LLP
(RE: CONTINENTAL PROMOTION GROUP)
DAVID J COYLE
NORTH COURTHOUSE SQ
1000 JACKSON ST
TOLEDO, OH 43604-5573

SMITH KATZENSTEIN & FURLOW LLP
(RE: ALLTEL COMMUNICATIONS)
KATHLEEN M MILLER ESQ
800 DELAWARE AVE
PO BOX 410
WILMINGTON, DE 19889

THE PMA INSURANCE GROUP
(RE: PENNSYLVANIA MFG INDEMNITY CO ET AL)
SUZANNA E ELLEFSEN ESQ
380 SENTRY PKWY
BLUE BELL, PA 19422

US DEPT OF JUSTICE CIVIL DIV
(RE: FEDERAL COMMUNICATIONS COMM)
SETH B SHAPIRO
COMMERCIAL LITIGATION BRANCH
1100 L ST NW RM 10012
WASHINGTON, DC 20005

VORYS SATER SEYMOUR & PEASE LLP
(RE: ADVERTISING.COM)
TIFFANY STRELOW COBB ESQ
92 EAST GAY ST
COLUMBUS, OH 43215

VORYS SATER SEYMOUR AND PEASE LLP
(RE: AOL LLC)
TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215

WHITE & WILLIAMS LLP
(RE: XL SPECIALTY INSURANCE CO)
JAMES S YODER ESQ
824 MARKET ST
STE 902
WILMINGTON, DE 19899-0709

WILENTZ GOLDMAN & SPITZER PA
(RE: SPANCO TELESYSTEMS & SOLUTIONS LTD)
DAVID H STEIN ESQ
90 WOODBRIDGE CENTER DR
STE 900, BOX 10
WOODRIDGE, NJ 07095-0958

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: ILLINOIS NATIONAL)
FRANCIS A MONACO JR
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: ILLINOIS NATIONAL)
KEVIN J MANGAN
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: T-MOBILE USA)
FRANCIS A MONACO JR ESQ
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: T-MOBILE USA)
KEVIN J MANGAN ESQ
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801