**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | CHAPTER 11 |
| IN RE: SN LIQUIDATION, INC., *et al.,*<br>                              Debtors. | Case No. 07-11666 (KG)<br>(JOINTLY ADMINISTERED)<br>***Hearing Date:  March 19, 2010 at 4:00 p.m.***<br>**Objection Deadline:  March 8, 2010 at 4:00 p.m.**<br>**RE: Dkt. No. 805 and 826** |

**RE-NOTICE OF HEARING ON MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY**

On February 22, 2010, Illinois National Insurance Company ("Illinois National") by and through its undersigned counsel, filed and served its Motion to Supplement Order Authorizing Advancement of Defense Costs Under an Executive and Organization Liability Insurance Policy (the "Motion") [Docket No. 869].

You are required to file a response to the Motion, on or before **March 8, 2010 at 4:00 p.m.** (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon:

E. Joseph O'Neil
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: 617-951-2027
Facsimile: 617-235-3583

Kevin J. Mangan (DE Bar No. 3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

PURSUANT TO THE COURT'S REQUEST, A HEARING ON THE MOTION WILL NOW BE HELD ON ***MARCH 19, 2010 AT 4:00 P.M.,*** ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 2, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ Kevin J. Mangan_____
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
T:  (302) 252-4320
F:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

E. Joseph O'Neil
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02201-2261

*Counsel for Illinois National Insurance Company*

2