| | | |
|---|---|---|
| Bayard PA<br>(RE: Co-Counsel to Debtor)<br>Eric M Sutty<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 | Bayard PA<br>(RE: Co-Counsel to Debtor)<br>Mary E Augustine<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 | Bayard PA<br>(RE: Co-Counsel to Debtor)<br>Neil B Glassman<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 |
| BMC Group<br>Alan Dalsass & Brad Daniel<br>875 Third Avenue, 5th Floor<br>New York, NY 10022 | Delaware Secretary of State<br>Franchise Tax Division<br>PO Box 898-F<br>Dover, DE 19903 | Department of Labor<br>Division of Unemployment Ins<br>4425 N Market Street<br>Wilmington, DE 19802 |
| DLA Piper US LLP<br>(RE: Debtor)<br>Jeremy R Johnson<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | DLA Piper US LLP<br>(RE: Debtor)<br>Thomas R Califano<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | DLA Piper US LLP<br>(RE: Debtor)<br>Vincent J Roldan Esq<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Goldsmith Lazard<br>Dermott O`Flanagan<br>11 West 42nd Street, 29th Fl<br>New York, NY 10036 | Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 | Internal Revenue Service<br>Bankruptcy Section<br>Special Procedures Section<br>31 Hopkins Plaza, Room 1120<br>Baltimore, MD 21201 |
| Kirkland & Ellis LLP<br>(RE: Adeptio INPC Funding LLC)<br>Anup Sathy Esq<br>300 North LaSalle<br>Chicago, IL 60654 | Kirkland & Ellis LLP<br>(RE: Adeptio INPC Funding LLC)<br>David A Agay & John A Schoenfeld<br>300 North LaSalle<br>Chicago, IL 60654 | Kirkland & Ellis LLP<br>(RE: Adeptio INPC Funding LLC)<br>David A Agay & John A Schoenfeld<br>300 North LaSalle<br>Chicago, IL 60654 |
| Office of the US Trustee<br>Richard Schepacarter, Esq<br>844 King Street RM 2207<br>Wilmington, DE 19801 | Reed Smith LLC<br>(RE: Committee of Unsecured Creditors)<br>Claudia Z Springer<br>2500 One Liberty Place<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLC<br>(RE: Committee of Unsecured Creditors)<br>Kurt F Gwynne<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 |
| Reed Smith LLC<br>(RE: Committee of Unsecured Creditors)<br>Robert P Simons Esq<br>435 Sixth Ave<br>Pittsburgh, PA 15219 | Securities and Exchange Commission<br>Division of Corporate Finance<br>100 F Street, NE<br>Washington, DC 20549 | State of Delaware<br>Randy Weller<br>Div of Revenue, Compliance Dept<br>820 N French Street<br>Wilmington, DE 19801 |
| US Attorney`s Office<br>Ellen W Slights, Esquire<br>1007 Orange Street, Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | Versa Capital Management, Inc.<br>Greg Segall & Paul Halpern<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | Versa Capital Management, Inc.<br>Greg Segall & Paul Halpern<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 |
| Versa Capital Management, Inc.<br>Paul Halpern & David Lorry<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | Versa Capital Management, Inc.<br>Paul Halpern & David Lorry<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | W B Doner & Company<br>Kevin Weinman<br>25900 Northwestern Highway<br>Southfield, MI 48075 |
| Young Conway Stargatt & Taylor, LLP<br>(RE: Adeptio INPC Funding LLC)<br>Edmon Morton Esq<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Young Conway Stargatt & Taylor, LLP<br>(RE: Adeptio INPC Funding LLC)<br>Edward J Kosmowski<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Young Conway Stargatt & Taylor, LLP<br>(RE: Adeptio INPC Funding LLC)<br>Robert S. Brady<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| ARCHER & GREINER PC<br>(RE: PENNSYLVANIA MFG INDEMNITY CO ET AL)<br>JOHN V FIORELLA ESQ<br>300 DELAWARE AVE | ASSISTANT ATTORNEY GENERAL<br>(RE: STATE OF MICHIGAN)<br>DEBORAH WALDMEIR<br>CADILLAC PL<br>3030 W GRAND BLVD, STE 10-200 | ASSISTANT GENERAL COUNSEL<br>(RE: GSI COMMERCE INC)<br>PAUL CATALDO ESQ<br>935 FIRST AVE<br>KING OF PRUSSIA, PA 19406 |

STE 1370  
WILMINGTON, DE 19801

DETROIT, MI 48202

ASSISTANT GENERAL COUNSEL  
(RE: VALUECLICK INC)  
TANYA M TAN ESQ  
30699 RUSSELL RANCH RD  
STE 250  
WESTLAKE VILLAGE, CA 91362

ATTORNEY GENERAL  
(RE: STATE OF MICHIGAN)  
MICHAEL A COX  
CADILLAC PL  
3030 W GRAND BLVD, STE 10-200  
DETROIT, MI 48202

BARTLETT HACKETT FEINBERG PC  
(RE: IRON MOUNTAIN INFORMATION MGT INC)  
FRANK F MCGINN  
155 FEDERAL ST  
9TH FLR  
BOSTON, MA 02110

BECKET AND LEE LLP  
(RE: AMERICAN EXPRESS TRAVEL SVCS)  
GILBERT B WEISMAN ESQ  
PO BOX 3001  
MALVERN, PA 19355-0701

BIALSON BERGEN & SCHWAB  
(RE: YAHOO! & OVERTURE SERVICES INC)  
LAWRENCE M SCHWAB ESQ  
2600 EL CAMINO REAL STE 300  
PALO ALTO, CA 94306

BIALSON BERGEN & SCHWAB  
(RE: YAHOO! & OVERTURE SERVICES INC)  
PATRICK M COSTELLO ESQ  
2600 EL CAMINO REAL STE 300  
PALO ALTO, CA 94306

BINGHAM MCCUTCHEN LLP  
(RE: ACN COMMUNICATIONS SERVICES INC)  
STEVEN WILAMOWSKY ESQ  
399 PARK AVE  
NEW YORK, NY 10022

BLANK ROME LLP  
(RE: CELLCO PARTNERSHIP/VERIZON)  
BONNIE GLANTZ FATELL ESQ  
CHASE MANHATTAN CENTRE  
1201 MARKET ST STE 800  
WILMINGTON, DE 19801

BLANK ROME LLP  
(RE: CELLCO PARTNERSHIP/VERIZON)  
REGINA STANGO KELBON ESQ  
ONE LOGAN SQUARE  
PHILADELPHIA, PA 19103

BLANK ROME LLP  
(RE: GSI COMMERCE SOLUTIONS)  
JOEL SHAPIRO ESQ  
ONE LOGAN SQUARE  
PHILADELPHIA, PA 19103

BLANK ROME LLP  
(RE: GSI COMMERCE SOLUTIONS)  
MICHAEL D DeBAECKE ESQ  
CHASE MANHATTAN CENTRE  
1201 MARKET ST STE 800  
WILMINGTON, DE 19801

BOVITZ & SPITZER  
(RE: QUALUTION SYSTEMS INC)  
J SCOTT BOVITZ ESQ  
880 W FIRST ST  
STE 502  
LOS ANGELES, CA 90012-2430

CAMPBELL & LEVINE LLC  
(RE: MFORCE COMMUNICATIONS)  
KATHRYN S KELLER ESQ  
800 NORTH KING ST STE 300  
WILMINGTON, DE 19801

CAMPBELL & LEVINE LLC  
(RE: MFORCE COMMUNICATIONS)  
MARLA R ESKIN  
800 NORTH KING ST STE 300  
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP  
DAVID M LeMAY ESQ  
30 ROCKEFELLER PLAZA  
NEW YORK, NY 10112

COHN BIRNBAUM SHEA  
SCOTT D ROSEN  
100 PEARL ST  
HARTFORD, CT 06103-4500

DEILY MOONEY & GLASTETTER LLP  
(RE: CITICORP VENDOR FINANCE INC)  
MARTIN A MOONEY  
8 THURLOW TERR  
ALBANY, NY 12203

DEVELOPERS DIVERSIFIED REALTY CORP  
(RE: DDR SE WENDOVER & DULUTH REYNOLDS)  
ERIC C COTTON ESQ  
3300 ENTERPRISE PKWY  
PO BOX 228042  
BEACHWOOD, OH 44122

HALPERIN BATTABLIA RAICHT LLP  
(RE: MFORCE COMMUNICATIONS INC)  
CHRISTOPHER J BATTAGLIA ESQ  
555 MADISON AVE  
9TH FLR  
NEW YORK, NY 10022

HALPERIN BATTABLIA RAICHT LLP  
(RE: MFORCE COMMUNICATIONS INC)  
ELIZABETH L ROSE ESQ  
555 MADISON AVE  
9TH FLR  
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP  
(RE: MICROSOFT CORP)  
DIANE N RALLIS  
10 ST JAMES AVE  
BOSTON, MA 02116

HOLLAND & KNIGHT LLP  
(RE: MICROSOFT CORP)  
JOHN J MONAGHAN ESQ  
10 ST JAMES AVE  
BOSTON, MA 02116

HOLLAND & KNIGHT LLP  
(RE: MICROSOFT CORP)  
LYNNE B XERRAS  
10 ST JAMES AVE  
BOSTON, MA 02116

Kent County  
(RE: Delaware Dept of Revenue)  
Thomas Collins Building  
540 S Dupont Highway  
Dover, DE 19901

KILPATRICK STOCKTON LLP  
(RE: AT&T)  
PAUL M ROSENBLATT ESQ  
1100 PEACHTREE ST NE  
SET 2800  
ATLANTA, GA 30309-4530

KILPATRICK STOCKTON LLP  
(RE: AT&T)  
TODD C MEYERS ESQ  
1100 PEACHTREE ST NE  
SET 2800  
ATLANTA, GA 30309-4530

KIRKPATRICK & LOCKHART  
(RE: AMAZON SERVICES LLC)  
MARC BARRECA  
PRESTON GATES & ELLIS LLP  
925 FOURTH AVE, STE 2900  
SEATTLE, WA 98104-1158

KIRKPATRICK & LOCKHART
(RE: AMAZON SERVICES LLC)
MARC BARRECA
PRESTON GATES & ELLIS LLP
925 FOURTH AVE, STE 2900
SEATTLE, WA 98104-1158

LOIZIDES PA
(RE: AT&T)
CHISTOPHER D LOIZIDES ESQ
1225 KING ST
STE 800
WILMINGTON, DE 19801

McGUIRE WOODS LLP
(RE: SPRINT NEXTEL CORP)
DAVID I SWAN ESQ
1750 TYSONS BLVD
STE 1800
McLEAN, VA 22102-4215

MORRIS JAMES LLP
(RE: MFORCE COMMUNICATIONS INC)
BRETT D FALLON ESQ
500 DELAWARE AVE
STE 1500
WILMINGTON, DE 19801-1494

MORRIS JAMES LLP
(RE: MFORCE COMMUNICATIONS INC)
THOMAS M HORAN ESQ
500 DELAWARE AVE
STE 1500
WILMINGTON, DE 19801-1494

MORRIS JAMES LLP
(RE: SPRINT NEXTEL CORP)
BRETT D FALLON ESQ
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON, DE 19899-2306

NIXON PEABODY LLP
(RE: COSMOCOM.COM)
JOSEPH M GITTO
437 MADISON AVE
NEW YORK, NY 10022

PEABODY & ARNOLD LLP
(RE: ILLINOIS NATIONAL)
E JOSEPH O`NEIL
FEDERAL RESERVE PLAZA
600 ATLANTIC AVE
BOSTON, MA 02210-2261

PEABODY & ARNOLD LLP
(RE: ILLINOIS NATIONAL)
ROBERT A MCCALL
FEDERAL RESERVE PLAZA
600 ATLANTIC AVE
BOSTON, MA 02210-2261

Securities & Exchange Commission
Patricia Schrage
3 World Financial Center
Suite 400
New York, NY 10281-1022

SEITZ VAN OGTROP & GREEN PA
(RE: QUALUTION SYSTEMS INC)
KEVIN A GUERKE
222 DELAWARE AVE
STE 1500
WILMINGTON, DE 19801

SEITZ VAN OGTROP & GREEN PA
(RE: QUALUTION SYSTEMS INC)
PATRICIA P MCGONIGLE ESQ
222 DELAWARE AVE, STE 1500
PO BOX 68
WILMINGTON, DE 19899

SHUMAKER LOOP & KENDRICK LLP
(RE: CONTINENTAL PROMOTION GROUP)
DAVID J COYLE
NORTH COURTHOUSE SQ
1000 JACKSON ST
TOLEDO, OH 43604-5573

SMITH KATZENSTEIN & FURLOW LLP
(RE: ALLTEL COMMUNICATIONS)
KATHLEEN M MILLER ESQ
800 DELAWARE AVE
PO BOX 410
WILMINGTON, DE 19889

THE PMA INSURANCE GROUP
(RE: PENNSYLVANIA MFG INDEMNITY CO ET AL)
SUZANNA E ELLEFSEN ESQ
380 SENTRY PKWY
BLUE BELL, PA 19422

US DEPT OF JUSTICE CIVIL DIV
(RE: FEDERAL COMMUNICATIONS COMM)
SETH B SHAPIRO
COMMERCIAL LITIGATION BRANCH
1100 L ST NW RM 10012
WASHINGTON, DC 20005

VORYS SATER SEYMOUR & PEASE LLP
(RE: ADVERTISING.COM)
TIFFANY STRELOW COBB ESQ
92 EAST GAY ST
COLUMBUS, OH 43215

VORYS SATER SEYMOUR AND PEASE LLP
(RE: AOL LLC)
TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS, OH 43215

WHITE & WILLIAMS LLP
(RE: XL SPECIALTY INSURANCE CO)
JAMES S YODER ESQ
824 MARKET ST
STE 902
WILMINGTON, DE 19899-0709

WILENTZ GOLDMAN & SPITZER PA
(RE: SPANCO TELESYSTEMS & SOLUTIONS LTD)
DAVID H STEIN ESQ
90 WOODBRIDGE CENTER DR
STE 900, BOX 10
WOODRIDGE, NJ 07095-0958

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: ILLINOIS NATIONAL)
FRANCIS A MONACO JR
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: ILLINOIS NATIONAL)
KEVIN J MANGAN
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: T-MOBILE USA)
FRANCIS A MONACO JR ESQ
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE
(RE: T-MOBILE USA)
KEVIN J MANGAN ESQ
222 DELAWARE AVE
STE 1501
WILMINGTON, DE 19801