# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>SN LIQUIDATION, INC., *et al.,*<br>             Debtors. | CHAPTER 11<br><br>Case No. 07-11666 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 869** |

### CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY

The undersigned certifies as follows:

1.      Attached hereto as Exhibit "1" is Illinois National Insurance Company's ("Illinois National") proposed form of *Order Granting Motion by Illinois National Insurance Company to Supplement Order Authorizing Advancement of Defense Costs under an Executive and Organization Liability Insurance Policy* (the "Order"). The proposed Order reflects the agreement reached and approved by counsel for Illinois National and the Chapter 11 Liquidating Trustee (the "Trustee") on the underlying *Motion by Illinois National Insurance Company to Supplement Order Authorizing Advancement of Defense Costs under an Executive and Organization Liability Insurance Policy*, filed February 22, 2010 [Docket No. 869] (the "Motion"). A blackline of the revised Order is attached hereto as Exhibit "2." The undersigned respectfully submits that other than to Illinois National and the Trustee, no other or further notice is required.

2. The undersigned respectfully requests that the Court consider and enter the proposed Order at the Court's earliest convenience, without further notice or hearing.

Dated: Wilmington, Delaware
March 17, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ Kevin J. Mangan

Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
T: (302) 252-4320
F: (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

E. Joseph O'Neil
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02201-2261

*Counsel for Illinois National Insurance Company*

WCSR 4324008v1