**EXHIBIT "1"**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>SN LIQUIDATION, INC., *et al.,*<br>　　　　　　　　Debtors. | CHAPTER 11<br><br>Case No. 07-11666 (KG)<br><br>Jointly Administered<br><br>Re: Docket No. 869 |

## ORDER GRANTING MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY

Upon review and consideration of the Motion of Illinois National Insurance Company to Supplement Order Authorizing Advancement of Defense costs Under an Executive and Organization Liability Insurance Policy (the "Motion") and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED.

2. Illinois National is authorized to reimburse outstanding Defense Costs[1] as set forth in the Motion in the amount of $191,891.58 in accordance with Illinois National's Executive and Organization Liability Insurance Policy No. 965-69-56 (the "Policy") issued to the Debtor.

3. Illinois National will submit redacted copies of any future defense invoices along with a proposed payment amount for such invoices to Morton R. Branzburg (the "Liquidating Trustee") by delivery to its counsel Klehr Harrison Harvey Branzburg LLP. Illinois National

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.

will be authorized to make payment of these Defense Costs if the Liquidating Trustee does not raise any objection to the proposed payments within 30 days of receiving the redacted bills.

Dated: March __, 2010

                                                     _____
                                                     The Honorable Kevin Gross
                                                     United States Bankruptcy Court Judge

**EXHIBIT "2"**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>SN LIQUIDATION, INC., *et al.*,<br>　　　　　　　　Debtors. | CHAPTER 11<br><br>Case No. 07-11666 (KG)<br><br>Jointly Administered<br><br>Re: Docket No. ──869 |

**ORDER GRANTING MOTION BY ILLINOIS NATIONAL INSURANCE COMPANY TO SUPPLEMENT ORDER AUTHORIZING ADVANCEMENT OF DEFENSE COSTS UNDER AN EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY**

Upon review and consideration of the Motion of Illinois National Insurance Company to Supplement Order Authorizing Advancement of Defense costs Under an Executive and Organization Liability Insurance Policy (the "Motion") and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED.

2. Illinois National is authorized to reimburse outstanding Defense Costs[1] as set forth in the Motion in the amount of $191,891.58 in accordance with Illinois National's Executive and Organization Liability Insurance Policy No. 965-69-56 (the "Policy") issued to the Debtor.

3. Illinois National will submit redacted copies of any future defense invoices along with a proposed payment amount for such invoices to Morton R. Branzburg (the "Liquidating Trustee") by delivery to its counsel Klehr Harrison Harvey Branzburg LLP. Illinois National will be authorized to make payment of these Defense Costs if the Liquidating Trustee does

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.

not raise any objection to the proposed payments within 30 days of receiving the redacted bills.

Dated: March __, 2010

                                             The Honorable Kevin Gross
                                             United States Bankruptcy Court Judge

| Summary Report:<br>Litera Change-Pro ML WIX 6.5.0.104 Document Comparison done on<br>3/17/2010 3:00:13 PM ||
|---|---|
| **Style Name:** Default Style ||
| **Original Filename:** ||
| **Original DMS:** dm://WINSTON/4307869/1 ||
| **Modified Filename:** ||
| **Modified DMS:** dm://WINSTON/4334709/1 ||
| **Changes:** ||
| Add | 3 |
| ~~Delete~~ | 1 |
| ~~Move From~~ | 0 |
| Move To | 0 |
| Table Insert | 1 |
| ~~Table Delete~~ | 1 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 6 |