# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| SN LIQUIDATION, INC., et al. | ) Case No. 07-11666 (KG) <br> ) <br> ) Jointly Administered |
| Debtors. | ) <br> ) |

**AMENDED** NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MARCH 19, 2010 AT 4:00 P.M.

**THIS HEARING HAS BEEN CANCELLED**

UNCONTESTED MATTERS GOING FORWARD:

1.  Motion to Supplement Order Authorizing Advancement of Defense Costs under an Executive and Organization Liability Policy [Docket No. 869; Filed on 2/22/2010]

    Related Documents:

    A.  Re-Notice on Motion to Supplement Order Authorizing Advancement of Defense Costs under an Executive and Organization Liability Policy [Docket No. 870, Filed on 3/2/2010]

    B.  **Certification of Counsel Regarding Order Granting Motion to Supplement Order Authorizing Advancement of Defense Costs under an Executive and Organization Liability Policy [Docket No. 872; Filed on 3/17/2010]**

    C.  **Order Granting Motion by Illinois National Insurance Company to Supplement Order Authorizing Advancement of Defense Costs under an Executive and Organization Liability Policy [Docket No. 873; Entered on 3/18/2010]**

    Response Deadline:   March 8, 2010 at 4:00 p.m.

    Responses Received:  None

    **Status:**   **An Order relating to this matter has been entered. At the request of the Court, this hearing has been cancelled.**

|  |  |
|---|---|
| Dated:  March 1**9**, 2010 | **KLEHR HARRISON HARVEY BRANZBURG LLP** |//
| | */s/ Margaret Manning* |

*/s/ Margaret Manning*
Domenic E. Pacitti (Bar No. 3989)
Margaret Manning (Bar No. 4183 )
919 Market Street - Suite 1000
Wilmington, DE 19801-3062
Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193

Counsel to Morton R. Branzburg, Liquidating Trustee

DEL1 74456-2