UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | No. 07-11666 |
|---|---|
| SN LIQUIDATION INC.,<br><br>Debtors. | NOTICE OF SUBSTITUTION OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO §1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002 |

**PLEASE TAKE NOTICE** that Marc Barreca, is hereby withdrawing as counsel for Amazon.com Inc ("Amazon"), and should be removed from all service lists, including the court's electronic notification list, in the above-captioned case.

By: /s/ Marc Barreca
Marc Barreca, WSBA #13412
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Facsimile: (206) 623-7022
E-mail: marc.barreca@klgates.com

NOTICE OF WITHDRAWAL - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**PLEASE TAKE FURTHER NOTICE** that the following person should be substituted for Marc Barreca; as counsel for Amazon.com Inc. and should be added to all service lists, including the court's electronic notification list, in the above-captioned case:

Michael J. Gearin (WSBA # 20982)
K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 370-8125
Fax: (206) 370-6289
michael.gearin@klgates.com

Seattle, Washington
Dated: June __, 2010

Respectfully Submitted,

By:   /s/Michael J. Gearin
Michael J. Gearin (WSBA # 20982)
K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
michael.gearin@klgates.com

NOTICE OF WITHDRAWAL - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022