**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et at.,* | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 525, 878 |
| | Hearing Date:  October 1, 2010 at 2:00 P.M. |
| | Objection Deadline:  September 8, 2010 at 4:00 P.M. |

**NOTICE OF HEARING ON  MOTION OF**
**TRANSFIRST FOR RELIEF FROM ORDER APPROVING THE**
**ASSUMPTION AND ASSIGNMENT OF TRANSFIRST AGREEMENT**

**PLEASE TAKE NOTICE** that on August 24, 2010, TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC (collectively referred to hereinafter as "TransFirst") filed its *Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **October 1, 2010 at 2:00 p.m.** and that objection deadline to the Motion is **September 8, 2010 at 4:00 p.m.**

**PLEASE TAKE NOTICE FURTHER THAT IF THERE ARE NO OBJECTIONS OR RESPONSES TO THE MOTION OR IF YOU DO NOT APPEAR AT THE HEARING ON THE MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  August 30, 2010 | **STEVENS & LEE, P.C.** |
| | */s/ John D. Demmy* |
| | John D. Demmy (DE Bar No. 2802) |
| | 1105 N. Market Street, 7th Floor |
| | Wilmington, DE  19801 |
| | Telephone: (302) 425-3308 |
| | Telecopier: (610) 371-8515 |
| | Email: jdd@stevenslee.com |
| | *Counsel for TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC* |

SL1 1019539v1/105983.00001