**CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's CM/ECF system, on this 30th day of August, 2010, true and correct copies of the foregoing *Notice Hearing on Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement* and *Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement* were served by regular mail on the parties identified on the attached service list.

/s/ John D. Demmy
John D. Demmy

SL1 1019539v1/105983.00001