**SERVICE LIST**

| | | |
|---|---|---|
| Neil B Glassman<br>Eric M Sutty<br>Mary E Augustine<br>Bayard PA<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 | BMC Group<br>Alan Dalsass & Brad Daniel<br>875 Third Avenue, 5th Floor<br>New York, NY 10022 | Delaware Secretary of State<br>Franchise Tax Division<br>PO Box 898-F<br>Dover, DE 19903 |
| DLA Piper US LLP<br>Jeremy R Johnson<br>Thomas R Califano Vincent J Roldan<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Department of Labor<br>Division of Unemployment Ins<br>4425 N Market Street<br>Wilmington, DE 19802 | Goldsmith Lazard<br>Dermott O`Flanagan<br>11 West 42nd Street, 29th Fl<br>New York, NY 10036 |
| Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 | Internal Revenue Service<br>Bankruptcy Section<br>Special Procedures Section<br>31 Hopkins Plaza, Room 1120<br>Baltimore, MD 21201 | Kirkland & Ellis LLP<br>David A Agay<br>John A Schoenfeld<br>Anup Sathy<br>300 North LaSalle<br>Chicago, IL 60654 |
| Office of the US Trustee<br>Richard Schepacarter, Esq<br>844 King Street RM 2207<br>Wilmington, DE 19801 | Reed Smith LLC<br>Claudia Z Springer<br>2500 One Liberty Place<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLC<br>Kurt F Gwynne<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Reed Smith LLC<br>Robert P Simons Esq<br>435 Sixth Ave<br>Pittsburgh, PA 15219 | Securities and Exchange Commission<br>Division of Corporate Finance<br>100 F Street, NE<br>Washington, DC 20549 | State of Delaware<br>Randy Weller<br>Div of Revenue, Compliance Dept<br>820 N French Street<br>Wilmington, DE 19801 |
| US Attorney`s Office<br>Ellen W Slights, Esquire<br>1007 Orange Street, Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | Versa Capital Management, Inc.<br>Greg Segall<br>Paul Halpern<br>David Lorry<br>The Circa Centre<br>2929 Arch Street, 27th FL<br>Philadelphia, PA 19104 | W B Doner & Company<br>Kevin Weinman<br>25900 Northwestern Highway<br>Southfield, MI 48075 |
| Young Conway Stargatt & Taylor, LLP<br>Robert S. Brady<br>Edmon Morton<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Archer & Greiner Pc<br>John V Fiorella Esq<br>300 Delaware Ave<br>Ste 1370<br>Wilmington, De 19801 | Assistant Attorney General<br>State Of Michigan)<br>Deborah Waldmeir<br>Michael A Cox Cadillac Pl<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, Mi 48202 |
| Assistant General Counsel<br>GSI Commerce Inc.<br>Paul Cataldo Esq<br>935 First Ave<br>King Of Prussia, Pa 19406 | Assistant General Counsel<br>Tanya M Tan Esq<br>30699 Russell Ranch Rd<br>Ste 250<br>Westlake Village, Ca 91362 | Bartlett Hackett Feinberg Pc<br>(Re: Iron Mountain Information Mgt Inc)<br>Frank F Mcginn<br>155 Federal St<br>9th Flr<br>Boston, Ma 02110 |
| Becket And Lee LLP<br>Gilbert B Weisman Esq<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Bialson Bergen & Schwab<br>(Re: Yahoo! & Overture Services Inc)<br>Lawrence M Schwab Esq<br>2600 El Camino Real Ste 300<br>Palo Alto, Ca 94306 | Bialson Bergen & Schwab<br>Patrick M Costello Esq<br>2600 El Camino Real Ste 300<br>Palo Alto, Ca 94306 |
| Bingham Mccutchen Llp<br>(Re: Acn Communications Services Inc)<br>Steven Wilamowsky Esq<br>399 Park Ave<br>New York, Ny 10022 | Blank Rome Llp<br>Bonnie Glantz Fatell Esq<br>Michael D Debaecke Esq<br>Chase Manhattan Centre<br>1201 Market St Ste 800<br>Wilmington, De 19801 | Blank Rome Llp<br>Joel Shapiro Esq<br>Regina Stango Kelbon Esq One Logan Square<br>Philadelphia, Pa 19103 |

| | | |
|---|---|---|
| BOVITZ & SPITZER<br>J SCOTT BOVITZ ESQ<br>880 W FIRST ST<br>STE 502<br>LOS ANGELES, CA 90012-2430 | Campbell & Levine Llc<br>Marla R Eskin<br>800 North King St Ste 300<br>Wilmington, De 19801 | CHADBOURNE & PARKE LLP<br>DAVID M Lemay ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| Cohn Birnbaum Shea<br>Scott D Rosen<br>100 Pearl St<br>Hartford, Ct 06103-4500 | Deily Mooney & Glastetter Llp<br>(Re: Citicorp Vendor Finance Inc)<br>Martin A Mooney<br>8 Thurlow Terr<br>Albany, Ny 12203 | Developers Diversified Realty Corp<br>Eric C Cotton Esq<br>3300 Enterprise Pkwy<br>Po Box 228042<br>Beachwood, Oh 44122 |
| Halperin Battablia Raicht Llp<br>Christopher J Battaglia Esq<br>Elizabeth L Rose Esq 555 Madison Ave<br>9th Flr<br>New York, Ny 10022 | Holland & Knight Llp<br>Diane N Rallis<br>10 St James Ave<br>Boston, Ma 02116 | Holland & Knight Llp<br>(Re: Microsoft Corp)<br>John J Monaghan Esq<br>10 St James Ave<br>Boston, Ma 02116 |
| Holland & Knight Llp<br>(Re: Microsoft Corp)<br>Lynne B Xerras<br>10 St James Ave<br>Boston, Ma 02116 | Kent County<br>(RE: Delaware Dept of Revenue)<br>Thomas Collins Building<br>540 S Dupont Highway<br>Dover, DE 19901 | Kilpatrick Stockton Llp<br>Paul M Rosenblatt Esq<br>Todd C Meyers Esq 1100 Peachtree St Ne<br>Set 2800<br>Atlanta, Ga 30309-4530 |
| Marc Barreca<br>Preston Gates & Ellis Llp<br>925 Fourth Ave, Ste 2900<br>Seattle, Wa 98104-1158 | Kirkpatrick & Lockhart<br>Marc Barreca<br>Preston Gates & Ellis Llp<br>925 Fourth Ave, Ste 2900<br>Seattle, Wa 98104-1158 | Loizides Pa<br>Chistopher D Loizides Esq<br>1225 King St<br>Ste 800<br>Wilmington, De 19801 |
| Mcguire Woods Llp<br>David I Swan Esq<br>1750 Tysons Blvd<br>Ste 1800<br>Mclean, Va 22102-4215 | Morris James Llp<br>Brett D Fallon Esq<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, De 19801-1494 | Nixon Peabody Llp<br>Joseph M Gitto<br>437 Madison Ave<br>New York, Ny 10022 |