**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et at.,* | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stevens & Lee, P. C., hereby enters its appearance in the captioned case for TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC; and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, requests that all notices and other papers served in this case be served on:

> John D. Demmy
> STEVENS & LEE, P.C.
> 1105 N. Market Street, 7th Floor
> Wilmington, DE 19801
> Tel. (302) 425-3308
> Fax (610) 371-8515
> E-mail: jdd@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers specifically referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, any and all notices, motions, applications, orders, petitions, pleadings, requests, complaints, demands, statements, certificates, affidavits, exhibits, reports, or schedules, whether formal or informal, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail or otherwise.

SL1 1018319v1/000000.00000

Dated: August 30, 2010   STEVENS & LEE, P.C.

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 N. Market Street, 7th Floor
Wilmington, DE  19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

*Counsel for TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC*