**CERTIFICATE OF SERVICE**

    I hereby certify that in addition to the notice and service provided through the Court's CM/ECF system, on this 30th day of August, 2010, true and correct copies of the foregoing *Notice of Appearance* were served by regular mail on the parties identified on the attached service list.

                                            */s/ John D. Demmy*
                                                John D. Demmy