# SERVICE LIST

| | | |
|---|---|---|
| Neil B Glassman<br>Eric M Sutty<br>Mary E Augustine<br>Bayard PA<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19899 | BMC Group<br>Alan Dalsass & Brad Daniel<br>875 Third Avenue, 5th Floor<br>New York, NY 10022 | Delaware Secretary of State<br>Franchise Tax Division<br>PO Box 898-F<br>Dover, DE 19903 |
| DLA Piper US LLP<br>Jeremy R Johnson<br>Thomas R Califano Vincent<br>J Roldan<br>1251 Avenue of the<br>Americas<br>New York, NY 10020-1104 | Department of Labor<br>Division of Unemployment Ins<br>4425 N Market Street<br>Wilmington, DE 19802 | Goldsmith Lazard<br>Dermott O`Flanagan<br>11 West 42nd Street, 29th Fl<br>New York, NY 10036 |
| Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 | Internal Revenue Service<br>Bankruptcy Section<br>Special Procedures Section<br>31 Hopkins Plaza, Room 1120<br>Baltimore, MD 21201 | Kirkland & Ellis LLP<br>David A Agay<br>John A Schoenfeld<br>Anup Sathy<br>300 North LaSalle<br>Chicago, IL 60654 |
| Office of the US Trustee<br>Richard Schepacarter, Esq<br>844 King Street RM 2207<br>Wilmington, DE 19801 | Reed Smith LLC<br>Claudia Z Springer<br>2500 One Liberty Place<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLC<br>Kurt F Gwynne<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 |

Reed Smith LLC
Robert P Simons Esq
435 Sixth Ave
Pittsburgh, PA 15219

Securities and Exchange
Commission
Division of Corporate Finance
100 F Street, NE
Washington, DC 20549

State of Delaware
Randy Weller
Div of Revenue, Compliance
Dept
820 N French Street
Wilmington, DE 19801

US Attorney`s Office
Ellen W Slights, Esquire
1007 Orange Street, Ste 700
PO Box 2046
Wilmington, DE 19899-2046

Versa Capital Management, Inc.
Greg Segall
Paul Halpern
David Lorry
The Circa Centre
2929 Arch Street, 27th FL
Philadelphia, PA 19104

W B Doner & Company
Kevin Weinman
25900 Northwestern Highway
Southfield, MI 48075

Young Conway Stargatt &
Taylor, LLP
Robert S. Brady
Edmon Morton
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Archer & Greiner Pc
John V Fiorella Esq
300 Delaware Ave
Ste 1370
Wilmington, De 19801

Assistant Attorney General
State Of Michigan)
Deborah Waldmeir
Michael A Cox Cadillac Pl
3030 W Grand Blvd, Ste 10-200
Detroit, Mi 48202

Assistant General Counsel
GSI Commerce Inc.
Paul Cataldo Esq
935 First Ave
King Of Prussia, Pa 19406

Assistant General Counsel
Tanya M Tan Esq
30699 Russell Ranch Rd
Ste 250
Westlake Village, Ca 91362

Bartlett Hackett Feinberg Pc
(Re: Iron Mountain Information
Mgt Inc)
Frank F Mcginn
155 Federal St
9th Flr
Boston, Ma 02110

Becket And Lee LLP
Gilbert B Weisman Esq
Po Box 3001
Malvern, Pa 19355-0701

Bialson Bergen & Schwab
(Re: Yahoo! & Overture
Services Inc)
Lawrence M Schwab Esq
2600 El Camino Real Ste 300
Palo Alto, Ca 94306

Bialson Bergen & Schwab
Patrick M Costello Esq
2600 El Camino Real Ste 300
Palo Alto, Ca 94306

Bingham Mccutchen Llp
(Re: Acn Communications
Services Inc)
Steven Wilamowsky Esq
399 Park Ave
New York, Ny 10022

Blank Rome Llp
Bonnie Glantz Fatell Esq
Michael D Debaecke Esq
Chase Manhattan Centre
1201 Market St Ste 800
Wilmington, De 19801

Blank Rome Llp
Joel Shapiro Esq
Regina Stango Kelbon Esq One
Logan Square
Philadelphia, Pa 19103

BOVITZ & SPITZER
J SCOTT BOVITZ ESQ
880 W FIRST ST
STE 502
LOS ANGELES, CA 90012-2430

Campbell & Levine Llc
Marla R Eskin
800 North King St Ste 300
Wilmington, De 19801

CHADBOURNE & PARKE LLP
DAVID M Lemay ESQ
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

Cohn Birnbaum Shea
Scott D Rosen
100 Pearl St
Hartford, Ct 06103-4500

Deily Mooney & Glastetter Llp
(Re: Citicorp Vendor Finance Inc)
Martin A Mooney
8 Thurlow Terr
Albany, Ny 12203

Developers Diversified Realty Corp
Eric C Cotton Esq
3300 Enterprise Pkwy
Po Box 228042
Beachwood, Oh 44122

Halperin Battablia Raicht Llp
Christopher J Battaglia Esq
Elizabeth L Rose Esq 555 Madison Ave
9th Flr
New York, Ny 10022

Holland & Knight Llp
Diane N Rallis
10 St James Ave
Boston, Ma 02116

Holland & Knight Llp
(Re: Microsoft Corp)
John J Monaghan Esq
10 St James Ave
Boston, Ma 02116

Holland & Knight Llp
(Re: Microsoft Corp)
Lynne B Xerras
10 St James Ave
Boston, Ma 02116

Kent County
(RE: Delaware Dept of Revenue)
Thomas Collins Building
540 S Dupont Highway
Dover, DE 19901

Kilpatrick Stockton Llp
Paul M Rosenblatt Esq
Todd C Meyers Esq 1100 Peachtree St Ne
Set 2800
Atlanta, Ga 30309-4530

Marc Barreca
Preston Gates & Ellis Llp
925 Fourth Ave, Ste 2900
Seattle, Wa 98104-1158

Kirkpatrick & Lockhart
Marc Barreca
Preston Gates & Ellis Llp
925 Fourth Ave, Ste 2900
Seattle, Wa 98104-1158

Loizides Pa
Chistopher D Loizides Esq
1225 King St
Ste 800
Wilmington, De 19801

Mcguire Woods Llp
David I Swan Esq
1750 Tysons Blvd
Ste 1800
Mclean, Va 22102-4215

Morris James Llp
Brett D Fallon Esq
500 Delaware Ave
Ste 1500
Wilmington, De 19801-1494

Nixon Peabody Llp
Joseph M Gitto
437 Madison Ave
New York, Ny 10022