**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                            )
In re:                                      ) Chapter 11
                                            )
SN LIQUIDATION INC., *et al.*,              ) Case No. 07-11666 (KG)
                                            )
         Debtors.                           ) Jointly Administered
                                            )
_____)

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

   John D. Demmy, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Thomas O. Ashby, Baird Holm LLP, 1500 Woodmen Tower, 1700 Farnam Street, Omaha, Nebraska 68102, to represent TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC in these jointly-administered bankruptcy cases.

Dated:  August 30, 2010          STEVENS & LEE, P.C.

                                 /s/ John D. Demmy_____
                                 John D. Demmy (DE Bar No. 2802)
                                 1105 North Market Street, 7th Floor
                                 Wilmington, Delaware 19801
                                 Phone:    (302) 425-3308
                                 Fax:      (610) 371-8515
                                 E-mail:   jdd@stevenslee.com

                                 *Counsel For TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC*

**Motion Granted.**
                                 **BY THE COURT:**

**Date:_____, 2010**      _____
                                 **UNITED STATES BANKRUPTCY JUDGE**