## CERTIFICATE OF SERVICE

I hereby certify that in addition to the notice and service provided through the Court's CM/ECF system, on this 30th day of August, 2010, true and correct copies of the foregoing *Motion and Order for Admission Pro Hac Vice* were served by regular mail on the parties identified on the attached service list.

                                                          */s/ John D. Demmy*_____
                                                         John D. Demmy