IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SN LIQUIDATION, INC., et al.,[2] ) | Case No. 07-11666 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the Response of Liquidating Trustee to the Motion of Transfirst For Relief From Order Approving the Assumption and Assignment of Transfirst Agreement was caused to be served this 17th day of September 2010 on the parties listed below via U.S. Mail.

John D. Demmy
Stevens & Lee, P. C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

Thomas O. Ashby
Baird Holm LLP
1500 Woodmen Tower
700 Farnam Street
Omaha, Nebraska 68102

Robert S. Brady
Edmon L. Morton
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 1234593-1

Dated: September 17, 2010

/s/ *Domenic E. Pacitti*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193

Counsel to Liquidating Trustee