IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| SN LIQUIDATION, INC.., <u>et al.</u> | : Case No. 07-11666 (KG) |
| Debtors. | : (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                        ) SS
NEW CASTLE COUNTY  )

Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Simplexity, LLC in the within captioned matter, and that on September 17, 2010, she caused a copy of the following pleading(s):

Simplexity, LLC's Objection to the Motion of TransFirst for Relief From Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 883]

to be served, in the manner indicated, to the parties on the service list attached hereto.

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 20 day of September, 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

## SN LIQUIDATION, INC,
### SERVICE LIST
### 9/17/2010

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(Counsel for TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC)
*Hand Delivery*

Domenic E. Pacitti, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(Counsel for Morton R. Branzburg, Liquidating Trustee for the Estates of the Debtors)
*Hand Delivery*