## CERTIFICATE OF SERVICE

I hereby certify that, in addition to the notice and service provided through the Court's CM/ECF system, on this 27th day of September, 2010, true and correct copies of the foregoing *Reply of TransFirst to Responses to Motion for Relief from Order Approving Assumption and Assignment of TransFirst Agreement,* were served by electronic mail and hand-delivery on:

Dominic Pacitti, Esquire
Klehr Harrison  Harvey Branzburg
   & Ellers LLP
919 Market Street, Suite 1000
Wilmington, Delaware  19801

Edmon Morton, Esquire
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

/s/ *John D. Demmy*
John D. Demmy