IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SN LIQUIDATION, INC., et al. | ) | Case No. 07-11666 (KG) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

**AMENDED** NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 1, 2010 AT 2:00 P.M.

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

CONTESTED MATTERS GOING FORWARD:

1.      Motion and Hearing on Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement and Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 878; Filed on 8/24/2010]

            Related Documents:

                  A.      Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 525; Filed on 5/1/2008]

                  B.      Notice of Hearing on Motion and Hearing on Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement and Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 879; Filed on 8/30/2010]

            Response Deadline:      September 9, 2010 at 4:00 p.m.

            Responses Received:

                  A.      Response of Liquidating Trustee to the Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 882; Filed on 9/17/2010]

                  B.      Objection to the Motion of TransFirst for Relief From Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 883; Filed on 9/17/2010]

C.      Response To Motion For Relief From Order Approving Assumption and Assignment of TransFirst Agreement [Docket No. 885; Filed on 9/2/7/2010]

D.      Response To Motion For Relief From Order Approving Assumption and Assignment of TransFirst Agreement [Docket No. 886; Filed on 9/27/2010]

**Status:**      **This matter has been continued to a date to be determined.**

Dated:  September **30**, 2010

KLEHR HARRISON HARVEY
BRANZBURG LLP

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
Margaret Manning (Bar No. 4183 )
919 Market Street - Suite 1000
Wilmington, DE 19801-3062
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193

Counsel to Morton R. Branzburg, Liquidating Trustee