IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et at.*, | Case No. 07-11666 (KG) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 525, 878, 882, 883** |

### CERTIFICATION OF COUNSEL WITH RESPECT TO PRESENTATION OF AGREED ORDER ON MOTION OF TRANSFIRST FOR RELIEF FROM ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF TRANSFIRST AGREEMENT

Undersigned counsel for TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC (collectively, "TransFirst") hereby certifies as follows:

1. On August 24, 2010, TransFirst filed its *Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement* (the "Motion"). A true and correct copy of the Motion is attached hereto as Exhibit A.

2. On September 17, 2010, Simplexity LLC [Docket No. 883] and Morton Branzburg, the Liquidating Trustee of the SN Liquidating Trust (the "Trustee") [Docket No. 882], each filed responses in opposition to the Motion.

3. The parties, after good faith, arms length discussions, have reached agreement on a form of order resolving the issues raised by the Motion and the Responses to the Motion. A form of order which has been reviewed by, and is acceptable to TransFirst, Simplexity and the Trustee, is attached hereto as Exhibit B.

WHEREFORE, counsel for TransFirst respectfully requests that the Court enter the order attached as Exhibit B at its earliest convenience

Dated: November 9, 2010

**STEVENS & LEE, P.C.**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

*Counsel for TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC*