## CERTIFICATE OF SERVICE

I hereby certify that in addition to the notice and service provided through the Court's CM/ECF system, on this 9th day of November, 2010, true and correct copies of the foregoing *Certification of Counsel With Respect to Agreed Order on Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement* and *Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement* were served by electronic mail delivery on:

Edmon L. Morton
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

/s/ John D. Demmy
John D. Demmy