IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | Case No. 07-11666 (KG) |
| Debtors | (Jointly Administered) |
| | Related to Docket Nos. 525 and 878 |

AGREED ORDER WITH RESPECT TO MOTION FOR RELIEF FROM ORDER [Docket No. 878] AND CLARIFYING THE COURT'S ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF TRANSFIRST AGREEMENT [Docket No. 525]

This matter coming before the Court on the Motion of TransFirst for Relief from Order Approving the Assumption and Assignment of TransFirst Agreement [Docket No. 878] (the "Motion), the Court finds:

1. Notice of the Motion was appropriate under the Federal Rules of Bankruptcy Procedure and the Local Rules of the Court and otherwise sufficient to provide notice of the Motion and the relief sought by the Motion to all parties with an interest in the subject matter of the Motion and the relief sought thereby.

2. Aside from the objections filed by the Simplexity LLC and the Plan Trustee, no other party has objected to the Motion; and the objection deadline has expired.

3. TransFirst Third Party Sales, LLC, f/k/a TransFirst Third Party Sales, Inc., f/k/a TransFirst Merchant Services, Inc., and TransFirst, LLC, Simplexity LLC and the Plan Trustee, the successor to the Debtors, through their respective counsel, have negotiated the terms of this Order in good faith and each consent to the entry of this Order; and otherwise good cause exists for granting the relief requested in the Motion solely to the extent reflected in this Order.

4.  The Court's Order Approving the Assumption and Assignment of TransFirst Agreement, Docket No. 525, dated May 1, 2008 (the "Assignment Order"), contains a presently disputed date reference in describing the Application and Merchant Card Processing Agreement pertaining thereto and the parties to such Agreement have a dispute concerning certain aspects or implications of it and related circumstances.

5.  The parties have agreed that TransFirst believes the Application and Merchant Credit Processing Agreement referenced in the Assignment Order is that attached hereto as Exhibit A.

6.  The parties have agreed that Simplexity LLC believes the Application and Merchant Credit Processing Agreement referenced in the Assignment Order is that attached hereto as Exhibit B.

It is hereby:

**ORDERED**, that the Motion is granted solely to the extent reflected in this Order; and the date reference of "July 31, 2007" contained in the first sentence of the Assignment Order is hereby stricken; and it is further

**ORDERED,** that all rights of the parties to the Application and Merchant Card Processing Agreement with respect to any such disputes arising thereunder, including but not limited to reliance with respect to the Agreement and the Assignment Order (and defenses, if any, to assertions of reliance) are hereby expressly preserved to the extent, if any, not already precluded and are not affected in any way by the terms of this Order.

Dated: November 10, 2010.
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

DOCS/995831.10

2