UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE- WILMINGTON

In Re:

SN LIQUIDATION, INC.

Case No.07-11666
Chapter 11
Jointly Administered

Debtor(s)
_____/

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Herman Petzold Assistant Attorney General, will be acting as the attorney of record on behalf of State of Michigan, Department of Treasury in place of Deborah Waldmeir, Assistant Attorney General.

Respectfully submitted,

Michael A. Cox
Attorney General

*/s/ Herman Petzold*
Herman Petzold (P41760)
Assistant Attorney General
Revenue & Collections Division
3030 W Grand Blvd, Ste 10-200
Cadillac Place, 10th Floor
Detroit, MI 48202
Phone: (313) 456-0140

December 20, 2010