UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE-WILMINGTON

In Re:

SN LIQUIDATION, INC.

Case No. 07-11666
Chapter 11
Jointly Administered

Debtor(s).

_____/

## PROOF OF SERVICE

The undersigned hereby certifies that on December 20, 2010, a copy of the Substitution of Counsel and this Proof of Service was served upon counsel of record via the Court's ECF System to their respective email address:

I declare that the statements above are true to the best of my information, knowledge and belief.

/s/ Patricia A. Game
Patricia A. Game, Legal Secretary
Department of Attorney General
3030 W. Grand Boulevard
Suite 10-200
Detroit, MI 48202
(313) 456-0140
*gamep@michigan.gov*