IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| f/k/a InPhonic, Inc. et al., | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned individual hereby withdraws his appearance in the above captioned case(s) and requests that he be removed from all service and distribution lists.

Dated: Wilmington, Delaware
April 13, 2011

/s/ Edward J. Kosmowski
Edward J. Kosmowski (DE Bar No. 3849)