# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., et al.,[1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objections Deadline: May 24, 2011 @ 4:00 p.m. |
| | ) Hearing Date: Only if objections are filed. |

## NOTICE OF THE MOTION OF LIQUIDATING TRUSTEE TO ABANDON CERTAIN BOOKS AND RECORDS PURSUANT TO SECTION 554 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on May 6, 2011 Morton Branzburg, the liquidating trustee ("Liquidating Trustee") of SN Liquidation, Inc. et al. (collectively, the "Debtors"), filed the **Motion of Liquidating Trustee to Abandon Certain Books and Records Pursuant 11 U.S.C. §554(a)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be made in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. on May 24, 2011.**

**PLEASE TAKE FURTHER NOTICE** THAT, IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD, IF NEEDED, ON A DATE TO BE DETERMINED BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURT ROOM #3, SIXTH FLOOR, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

| | |
|---|---|
| Dated: May 6, 2011 | /s/ *Domenic E. Pacitti* |
| | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | Domenic E. Pacitti (DE Bar No. 3989) |
| | 919 Market Street, Suite 1000 |
| | Wilmington, Delaware 19801-3062 |
| | Telephone: (302) 426-1189 |
| | Facsimile: (302) 426-9193 |
| | |
| | Counsel to Liquidating Trustee |

PHIL1 1503194-4