# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., et al.,[1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the **Motion of Liquidating Trustee to Abandon Certain Books and Records Pursuant 11 U.S.C. §554(a)** was caused to be served this 6th day of May 2011 on the parties listed on the attached service list via U.S. Mail.

Dated: May 6, 20110

/s/ Domenic E. Pacitti
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone:  (302) 426-1189
Facsimile:   (302) 426-9193

Counsel to Liquidating Trustee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 1503194-4

## SERVICE LIST

| | |
|---|---|
| Richard Shepacarter, Esq.<br>Office of the U.S. Trustee<br>844 N. King Street<br>Wilmington DE 19801 | Jeremy R. Johnson, Esquire<br>Thomas Califano, Esquire<br>Maria Ellena Chavez· Ruark, Esquire<br>DLA Piper US LLP<br>1251 A venue of the Americas<br>New York NY 10020-1104 |
| Delaware Secretary of State<br>Franchise Tax Division<br>P.O. Box 898-F<br>Dover DE 19903 | Internal Revenue Service<br>Attn: Bankruptcy Section<br>Special Procedures Section<br>31 Hopkins Plaza, Room 1120<br>Baltimore MD 21202 |
| Randy Weller<br>State of Delaware<br>Division of Revenue, Compliance Department<br>820 N. French Street<br>Wilmington DE 19801 | Patricia Schrage<br>Securities & Exchange Commission<br>Division of Corporate Finance<br>3 World Financial Center<br>Suite 400<br>New York NY 10281-1022 |
| Division of Unemployment Ins.<br>Department of Labor<br>4425 N. Market Street<br>Wilmington DE 19802 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington DC 20020 |

| | |
|---|---|
| Alan Dalsass<br>Brad Daniel<br>BMC Group<br>444 N. Nash Street<br>El Segundo CA 90245 | Ellen W. Slights, Esquire<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 |
| David Lorry, Esquire<br>Versa Capital Management, Inc.<br>The Circa Centre<br>2929 Arch Street, 27th Floor<br>Philadelphia P A 19104 | Anup Sathy, Esquire<br>David A. Agay, Esquire<br>John A. Schoenfeld, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago IL 60601 |
| Adeptio INPC Funding LLC<br>Edmon L. Morton, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington DE 19801 | Adeptio INPC Funding LLC<br>Kevin Weinman<br>W.B. Doner & Company<br>25900 Northwestern Highway<br>Southfield MI 48075 |
| Yahoo!, Inc. and Overture Services, Inc.<br>Scott D. Rosen, Esquire<br>Cohn Birnbaum Shea<br>100 Pearl Street<br>Hartford CT 06103-4500 | Tiffany Strelow Cobb, Esq.<br>Vorys Sater Seymour and Pease LLP<br>52 East Gay Street<br>Columbus OH 43215 |

AOL, LLC and Avertising.com, Inc.
Todd C. Meyers, Esquire
Paul M. Rosenblatt, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta GA 30309-4530

AT&T
Regina Stango Kelbon, Esquire
Joel Shapiro, Esquire
Blank Rome LLP
One Logan Square
Philadelphia PA 19103

Cellco Partnership, Verizon Wireless
Bonnie Glantz Fatell, Esquire
Michael D. Debaecke, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington DE 19801

Cellco Partnership, Verizon Wireless
Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto CA 94306

David I. Swan, Esquire
McGuire Woods LLP
1750 Tysons Boulevard, Ste. 1800
McLean V A 22102-4215
Sprint Nextel Corporation

David M LeMay, Esq.
Chadbourne and Parke LLP
30 Rockfeller Plaza
New York NY 10112

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington DE 19801
Counsel to the Creditors Committee

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh PA 15219
Counsel to the Creditors Committee

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia PA 19103-7301
Counsel to the Credtiors Committee

Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York NY 10022
ACN Communications Services, Inc.

Marla R. Eskin, Esquire
Katheryn S. Keller, Esquire
Campbell & Levine LLC
800 North King Street, Ste. 300
Wilmington DE 19801
mForce Communications, Inc.

Gilbert B. Weisman, Esquire
Backet and Lee LLP
P.O. Box 3001
Malvern PA 19355-07
American Express Travel Related Services Co, Inc. Corp. Card

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Ste. 1200
Wilmington DE 19801-1246
Spanco Telesystems & Solutions

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Ste. 1500
P.O. Box 2306
Wilmington DE 19899-2306
Sprint Nextel Corporation

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue,
Suite 1501
Wilmington DE 19801
T-Mobile USA, Inc. and Illinois National Insurance Company

Kevini A. Guerke, Esq.
Patricia P. McGonigle, Esq.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Ste. 1500
Wilmington DE 19801

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
Diane N. Rallis, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston MA 02116
Microsoft Corporation

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue
Ste. 1370
Wilmington DE 1980 I

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington DE 19899
Alltel Communications, Inc.

Marc Barreca, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle WA 98104-1158
Amazon Services, LLC

Suzanna E. Ellefsen, Esqire
The PMA Insurance Group
380 Sentry Parkway
Blue Bell PA 19422
Pennsylvania Manufacturing Indemnity Company and
Manufacturing Alliance Insurance Company

James F. Harker, Esquire
Cohen SegJias Pallas Greenhall & Furman, P.c.
1007 North Orange Street
Suite 1130
Wilmington DE 19801
Icon International, Inc.

Scott D. Rosen, Esquire
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
12th Floor
Hartford CT 06103
Icon International, Inc.

Internal Revenue Service
844 King Street
Wilmington DE 19801

Eric C. Cotton, Esquire
Developers Diversified Realty Corp.
3300 Enterprise Parkway
P.O. Box 228042
Beachwood OH 44122
DDR SE Wendover & Duluth Reynold

Deborah Waldmeir, Esquire
Michael A. Cox, Esquire
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd.
Suite 10-200
Detroit MI 48202

State of Michigan

Paul Cataldo, Esquire
Assistant General Counsel
935 First Avenue
King of Prussia P A 19406
GSI Commerce Inc.

Tanya M. Tan, Esquire
Assistant General Counsel
30699 Russell Ranch Road
Suite 250
Westlake Village CA 92362
Value Click. Inc

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street
9th Floor
Boston MA 02110
Iron Mountain Information Mgt Inc.

J. Scott Bovitz, Esquire
Bovitz & Spitzer
880 W First Street
Suite 502
Los Angeles CA 90012-2430

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington DE 19806
General Electric Capital Corporation

Mark A. Salzberg, Esquire
Foley & Lardner LLP
3000 K Street NW
Suite 500
Washington DC 20007-510 I
Alltel Communications

| | |
|---|---|
| Delaware Department of Revenue<br>Kent County<br>Thomas Collins Building<br>540 S. Dupont Highway<br>Dover DE 19901 | Joseph M. Gitto. Esquire<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York NY 10022<br>Cosmocom.com |
| David 1. Coyle, Esquire<br>Shumaker Loop & Kendrick LLP<br>North Courthouse Square<br>1000 Jackson Street<br>Toledo OH 43604-5573<br>Continental Promotion Group | Seth B. Shapiro, Esquire<br>U.S. Department of Justice - Civil Division<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044<br>Federal Communications Commission |
| Martin A. Mooney, Esquire<br>Deily Mooney & Glastetter LLP<br>8 Thurlow Terrace<br>Albany NY 12203<br>CitiCorp Vendor Finance, Inc. | HireStrategy, Inc.<br>11730 Plaza America Drive<br>Suite 340<br>Reston V A 20190<br>HireStrategy, Inc. |
| Laura Bouyea, Esquire<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore MD 21202 | Kenneth D. Schwarz<br>Andrew B. Zeinfeld<br>Karen C. Bifferato, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington DE 19899 |

Jennifer L. Best, Esquire
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington DC 20044
United States of America

Victoria D. Garry, Esquire
Nancy H. Rogers, Esquire
Attorney General of Ohio
1600 Carew Tower, 441 Vine Street
Cincinnati OH 45202

Lisa Bittle Tancredi, Esquire
Venable LLP
1200 North Broom Street
Wilmington DE 19806
Rick Kite

Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA
55 Public Square
Suite 1950
Cleveland OH 44113

John R. Climaco, Esquire
E. Joseph O'Neil, Esquire
Robert A. McCall, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston MA 02210-2261
Illinois National Insurance Company

Joshua C. Lewis, Esquire
435 Sixth Avenue
Pittsburgh PA 15219
Official Committee of Unsecured Creditors

Christos A. Katsaounis, Esquire
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg PA 17128-1061
Commonwealth of Pennsylvania,
Department of Revenue

James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington DE 19899-0709
XL Specialty Insurance Company

Kesha Evans
Simplexity
10790 Parkridge Blvd, Suite 200
Reston, VA 20191

Walt Leach
Simplexity
10790 Parkridge Blvd, Suite 200
Reston, VA 20191

Ann Rosenfield, Senior Counsel
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

David G. O'Brien
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

William J. Murphy
Zuckerman Spaeder, LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202-1031

Gregory D. Dimeglio
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Douglas B. Paul
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

John A. Freedman
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Baker Botts LLP
P.O. Box 201626
Houston, TX 77216-1626

David W. Goewey
Venable LLP
575 7th Street N.W.# 1
Washington D.C., DC 20004-1607

William J. Murphy
Murphy & Shaffer LLC
36 South Charles Street
Suite 1400
Baltimore, MD 21201-3109