IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SN LIQUIDATION, INC., et al.,[1] | ) Case No. 07-11666 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 895** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 895

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Motion of Liquidating Trustee to Abandon Certain Books and Records Pursuant 11 U.S.C. §554(a)** [Docket No. 895] (the "*Motion*") filed on May 6, 2011.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than May 24, 2011 at 4:00 p.m.

It is hereby respectfully requested that the Order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 1554849-1

Dated: May 27, 2011
       Wilmington, Delaware

/s/ *Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193

Counsel to Liquidating Trustee

PHIL1 1554849-1