# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., et al.,[1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket No. 895 |

### ORDER GRANTING THE MOTION OF LIQUIDATING TRUSTEE TO ABANDON CERTAIN BOOKS AND RECORDS PURSUANT TO SECTION 554 OF THE BANKRUPTCY CODE

Upon the **Motion of Liquidating Trustee to Abandon Certain Books and Records Pursuant 11 U.S.C. §554(a)** (the "Motion), it is hereby,

ORDERED that the Liquidating Trustee is authorized to abandon or otherwise dispose of the Books and Records to the SEC as set forth in the Motion. Should the SEC fail to retrieve the Books and Records within 30 days of the date hereof, the Liquidating Trustee is authorized to destroy the Books and Records.[2].

IT IS FURTHER ORDERED that the SEC is directed to destroy the Books and Records after completion of its review of same.

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

Dated: Wilmington, Delaware
_____, 2011

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

[2] Capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

PHIL1 1503194-4