OFFICE OF THE UNITED STATES TRUSTEE
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

**Debtor's Name:** Submicron Systems Corporation      **Bank:** Bank of America

**Bankruptcy Number:** 99-2959      **Account Number:** 3754044694

**Date of Confirmation:** May 3, 2000      **Account Type:** Checking

**Reporting Period:** 10/01/10 through 12/31/10

**Beginning Book Balance:** $ 36,875.47

<u>All receipts received by the debtor:</u>

| | | |
|---|---|---|
| Interest: | $ 1.87 | |
| Cash Sales: | - | |
| Collection of Accounts Receivable: | - | |
| Proceeds from Litigation and Settlements: | - | |
| Capital Infusion pursuant to the Plan: | - | |
| **Total cash received:** | | 1.87 |
| **Total cash available:** | | $ 36,877.34 |

<u>Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:</u>

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| Disbursements made (net of refunds received) pursuant to the administrative claims of bankruptcy professionals: | - | |
| All other disbursements made in the ordinary course: | - | |
| **Total Disbursements:** | | - |

**Ending Book Balance** $ 36,877.34

Add Outstanding Checks  -

**Ending Cash Balance** $ 36,877.34

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

By: _[signature]_      Name: Howard S. Cohen, CPA, CFE

Date: 5/23/2011      Title: Plan Administrator

5/26/2011

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number       3754044694
01 01 149 01 M0000 E#          0
Last Statement:      11/30/2010
This Statement:      12/31/2010

NX 0000 01 000 466 024436 #@01 AT 0.357
SUBMICRON SYSTEMS CORP. ET AL
HOWARD D COHEN CPA CRE PLAN ADMIN
C/O HOWARD S. COHEN
230 N. OTT STREET
ALLENTOWN PA  18104

Customer Service
1-877-757-8233

Page      1 of      2

nkruptcy Case Number: 9902959

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

| | |
|---|---|
| Statement Period 12/01/2010 - 12/31/2010 | Statement Beginning Balance    36,876.71 |
| Number of Deposits/Credits            1 | Amount of Deposits/Credits           .63 |
| Number of Checks                      0 | Amount of Checks                     .00 |
| Number of Other Debits                0 | Amount of Other Debits               .00 |
| | Statement Ending Balance       36,877.34 |
| Number of Enclosures                  0 | Service Charge                       .00 |

### Interest Information

| | |
|---|---|
| Amount of Interest Paid          .63 | Interest Paid Year-to-Date      8.20 |
| Annual Percentage Yield Earned  .02% | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/31 | | .63 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF  $36,876.71 | 098400019 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 11/30 | 36,876.71 | 36,876.71 | .020 | 12/31 | 36,877.34 | 36,877.34 | .020 |





**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3754044694
01 01 149 01 M0000 E#        0
Last Statement:   10/29/2010
This Statement:   11/30/2010

NX 0000 01 000 751 005081 #@01 AT 0.357
SUBMICRON SYSTEMS CORP. ET AL
HOWARD D COHEN CPA CRE PLAN ADMIN
C/O HOWARD S. COHEN
230 N. OTT STREET
ALLENTOWN PA  18104

Customer Service
1-877-757-8233

Page    1 of    2

nkruptcy Case Number:9902959

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

Statement Period 10/30/2010 - 11/30/2010          Statement Beginning Balance           36,876.10
Number of Deposits/Credits                  1     Amount of Deposits/Credits                 .61
Number of Checks                            0     Amount of Checks                           .00
Number of Other Debits                      0     Amount of Other Debits                     .00
                                                  Statement Ending Balance              36,876.71
Number of Enclosures                        0
                                                  Service Charge                             .00

### Interest Information

Amount of Interest Paid            .61    Interest Paid Year-to-Date              7.57
Annual Percentage Yield Earned     .02%

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/30 | | .61 | INTEREST PAID ON 30 DAYS AVERAGE COLLECTED BALANCE OF    $36,876.10 | 09840001919 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 10/29 | 36,876.10 | 36,876.10 | .020 | 11/30 | 36,876.71 | 36,876.71 | .020 |


Recycled Paper



# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number      3754044694
01 01 149 01 M0000 E#        0
Last Statement: 09/30/2010
This Statement: 10/29/2010

NX 0000 01 000 596 018829 #@01 AT 0.357
SUBMICRON SYSTEMS CORP. ET AL
HOWARD D COHEN CPA CRE PLAN ADMIN
C/O HOWARD S. COHEN
230 N. OTT STREET
ALLENTOWN PA 18104

Customer Service
1-877-757-8233

Page     1 of     2

nkruptcy Case Number: 9902959

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

| | |
|---|---|
| Statement Period 10/01/2010 - 10/29/2010 | |
| Number of Deposits/Credits                1 | Statement Beginning Balance    36,875.47 |
| Number of Checks                          0 | Amount of Deposits/Credits            .63 |
| Number of Other Debits                    0 | Amount of Checks                      .00 |
| | Amount of Other Debits                 .00 |
| Number of Enclosures                      0 | Statement Ending Balance       36,876.10 |
| | Service Charge                         .00 |

### Interest Information

| | | |
|---|---|---|
| Amount of Interest Paid            .63 | Interest Paid Year-to-Date | 6.96 |
| Annual Percentage Yield Earned     .02% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/29 | | .63 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF  $36,875.47 | 09840001923 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 09/30 | 36,875.47 | 36,875.47 | .020 | 10/29 | 36,876.10 | 36,876.10 | .020 |


Recycled Paper