# OFFICE OF THE UNITED STATES TRUSTEE
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

**Debtor's Name:** Submicron Systems Corporation  
**Bankruptcy Number:** 99-2959  
**Date of Confirmation:** May 3, 2000  
**Reporting Period:** 01/01/11 through 03/31/11  

**Bank:** Bank of America  
**Account Number:** 3754044694  
**Account Type:** Checking  

**Beginning Book Balance:** $ 36,877.34

**All receipts received by the debtor:**

| | |
|---|---:|
| Interest: | $ 1.83 |
| Cash Sales: | - |
| Collection of Accounts Receivable: | - |
| Proceeds from Litigation and Settlements: | - |
| Capital Infusion pursuant to the Plan: | - |
| **Total cash received:** | 1.83 |

**Total cash available:** $ 36,879.17

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made (net of refunds received) pursuant to the administrative claims of bankruptcy professionals: | 36,879.17 |
| All other disbursements made in the ordinary course: | - |
| **Total Disbursements:** | 36,879.17 |

**Ending Book Balance** $ -  
**Add Outstanding Checks** -  
**Ending Cash Balance** $ -  

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

By: *[signature]*  
Date: 5/23/2011  

Name: Howard S. Cohen, CPA, CFE  
Title: Plan Administrator  

5/26/2011





```
                                        Account Number    3754044694
CUSTOMER CONNECTION                     01 01 149 01 M0000 E#        0
BANK OF AMERICA, N.A.                   Last Statement:   02/28/2011
DALLAS, TEXAS   75283-2406              This Statement:   03/31/2011
```

```
NX 0000 01 000 523 009294 #@01 SP 0.357     Customer Service
SUBMICRON SYSTEMS CORP. ET AL               1-877-757-8233
HOWARD D COHEN CPA CRE PLAN ADMIN
C/O HOWARD S. COHEN
230 N. OTT STREET                           Page    1 of    2
ALLENTOWN PA  18104
                                            nkruptcy Case Number: 9902959
```

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

```
Statement Period 03/01/2011 - 03/31/2011    Statement Beginning Balance    36,878.54
Number of Deposits/Credits            1     Amount of Deposits/Credits           .63
Number of Checks                      0     Amount of Checks                     .00
Number of Other Debits                0     Amount of Other Debits               .00
                                            Statement Ending Balance       36,879.17

Number of Enclosures                  0
                                            Service Charge                       .00
```

### Interest Information

```
Amount of Interest Paid             .63     Interest Paid Year-to-Date          1.83
Annual Percentage Yield Earned      .02%
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/31 | | .63 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF    $36,878.54 | 098400018O |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 02/28 | 36,878.54 | 36,878.54 | .020 | 03/31 | 36,879.17 | 36,879.17 | .020 |



**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number   3754044694
01 01 149 01 M0000 E#         0
Last Statement:   01/31/2011
This Statement:   02/28/2011

NX 0000 01 000 269 010539 #@01 SP 0.357
SUBMICRON SYSTEMS CORP. ET AL
HOWARD D COHEN CPA CRE PLAN ADMIN
C/O HOWARD S. COHEN
230 N. OTT STREET
ALLENTOWN PA  18104

Customer Service
1-877-757-8233

Page    1 of    2

nkruptcy Case Number: 9902959

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/01/2011 - 02/28/2011 | Statement Beginning Balance | 36,877.97 |
| Number of Deposits/Credits                1 | Amount of Deposits/Credits | .57 |
| Number of Checks                          0 | Amount of Checks | .00 |
| Number of Other Debits                    0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 36,878.54 |
| Number of Enclosures                      0 | | |
| | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .57 | Interest Paid Year-to-Date | 1.20 |
| Annual Percentage Yield Earned | .02% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/28 | | .57 | INTEREST PAID ON 28 DAYS AVERAGE COLLECTED BALANCE OF   $36,877.97 | 0984000183 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 01/31 | 36,877.97 | 36,877.97 | .020 | 02/28 | 36,878.54 | 36,878.54 | .020 |

 Recycled Pap



## Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

```
Account Number     3754044694
01 01 149 01 M0000 E#        0
Last Statement:    12/31/2010
This Statement:    01/31/2011
```

```
NX 0000 01 000 723 013333 #@01 AT 0.357
SUBMICRON SYSTEMS CORP. ET AL
HOWARD D COHEN CPA CRE PLAN ADMIN
C/O HOWARD S. COHEN
230 N. OTT STREET
ALLENTOWN PA  18104
```

Customer Service
1-877-757-8233

Page     1 of    2

nkruptcy Case Number:9902959

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

```
Statement Period 01/01/2011 - 01/31/2011    Statement Beginning Balance       36,877.34
Number of Deposits/Credits          1       Amount of Deposits/Credits              .63
Number of Checks                    0       Amount of Checks                        .00
Number of Other Debits              0       Amount of Other Debits                  .00
                                            Statement Ending Balance          36,877.97
Number of Enclosures                0
                                            Service Charge                          .00
```

### Interest Information

```
Amount of Interest Paid          .63        Interest Paid Year-to-Date              .63
Annual Percentage Yield Earned   .02%
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/31 | | .63 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF     $36,877.34 | 0984000189 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 12/31 | 36,877.34 | 36,877.34 | .020 | 01/31 | 36,877.97 | 36,877.97 | .020 |


Recycled P