# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., *et al.* | Case No. 07-11666 (KG) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF
## DOCKET ITEM ENTERED IN ERROR

PLEASE TAKE NOTICE THAT, on May 27, 2011, the **Post Confirmation Report for October 1, 2010-December 31, 2010** {DI No. 897} and the **Post Confirmation Report for January 1, 2011 through March 31, 2011** {DI No. 898} were entered in error. The documents were erroneously e-filed in the wrong case.

Dated: May 27, 2011

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
Margaret Manning (Bar No. 4183 )
919 Market Street - Suite 1000
Wilmington, DE 19801-3062
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193

Counsel to Morton R. Branzburg, Liquidating Trustee

PHIL1 1555224-1