IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SN LIQUIDATION, INC., et al., <br> f/k/a InPhonic, Inc., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11666 (KG) <br><br> (Jointly Administered) |

## CERTIFICATION OF NO CLAIM ACTIVITY

I, Myrtle H. John, state as follows:

1. I am over eighteen years of age and am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors in the above captioned cases, with a business address at 300 N. Continental Blvd., Suite 570, El Segundo, CA 90245.

2. I certify that during the quarter ending June 30, 2011, there has been no claim activity in the above captioned cases.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

DATED: September 13, 2011

*(signature)*
Myrtle H. John