IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SN LIQUIDATION, INC., et al., f/k/a InPhonic, Inc., et al., | Case No. 07-11666 (KG) (Jointly Administered) |
| Debtors. | |

## CERTIFICATION OF NO CLAIM ACTIVITY

I, Rosemarie J. Serrette, state as follows:

1. I am over eighteen years of age and am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors in the above captioned cases, with a business address at 875 Third Avenue, New York NY 10022.

2. I certify that during the quarter ending September 30, 2011, there has been no claim activity in the above captioned cases.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

DATED: November 4, 2011

_____
Rosemarie J. Serrette

STATE OF NEW YORK    )
COUNTY OF NEW YORK   )

Personally appeared before me on November 4, 2011, Rosemarie J. Serrette, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

Lorraine M. Modafferi
NOTARY PUBLIC, State of New York
No. 01MO6165518
Qualified in Kings County
Term Expires: May 7, 2015