# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> SN LIQUIDATION, INC., et al., <br> f/k/a InPhonic, Inc., et al., <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 07-11666 (KG) <br> : <br> : (Jointly Administered) <br> : <br> : <br> : |

## CERTIFICATION OF NO CLAIM ACTIVITY

I, Myrtle H. John, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors in the above captioned cases, whose business address is 300 N. Continental Boulevard, Suite 570, El Segundo, California 90245.

2. I certify that during the period ending February 29, 2012, there has been no claim activity in the above-captioned cases.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2012

_____
Myrtle H. John