IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket No. _____.** |

**ORDER CONVERTING CHAPTER 11 CASES**

Upon consideration of the Motion for Entry of an Order Converting or Dismissing the Chapter 11 Cases ("Motion") filed by Roberta A. DeAngelis, the United States Trustee for this District, by and through her counsel, and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and this is a core proceeding under 28 U.S.C. 157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The United States Trustee's Motion is hereby **GRANTED**;

2. These Chapter 11 cases are hereby **CONVERTED** to cases under Chapter 7 of the United States Bankruptcy Code;

3. Morton R. Branzburg, Liquidating Trustee for the Estates of the Debtors, (the "Liquidating Trustee") on or as soon as practicable after the Conversion Date, shall;

   A. Immediately turn-over to the chapter 7 trustee any and all records and estate property under their dominion, control and custody and as required by Federal Rule of Bankruptcy Procedure 1019(4);

   B. Withing 15 days of the Conversion Date, file a schedule of unpaid debts as of the Conversion Date incurred after commencement of the cases, including the name and address of each creditor as required by Federal Rule of Bankruptcy Procedure l019(5); and

        C.        Within 30 days of the Conversion Date, file and transmit to the Office of the United States Trustee a final report and account as required by Federal Rule of Bankruptcy Procedure l019(5)(A).

    4.    The Liquidating Trustee shall, and if requested by the chapter 7 trustee, counsel to the Liquidating Trustee, shall appear at the First Meeting of Creditors pursuant to Section 341 (a) and 343 of the Bankruptcy Code and such representative shall be available to testify at such hearing, and;

    5.    This Court shall retain jurisdiction over the terms and conditions of this Order.

**IT IS SO ORDERED.**

**BY THE COURT**:

**Date: _____, 2012**

_____
**Honorable Kevin Gross**
**Chief Judge, U.S. Bankruptcy Court**