IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: May 25, 2012 @ 10:00 a.m.** |
| Debtors. | : | **Objection Deadline: May 17, 2012 @ 4:00 p.m.** |

**CERTIFICATE OF SERVICE**

     I certify that on April 23, 2012, I caused to be served a copy of the United States Trustee's Motion for Entry of an Order Converting or Dismissing the Chapter 11 Cases ("Motion") via first class United States Mail (postage prepaid) to the following person(s) listed below:

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Anup Sathy, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Domenic E. Pacitti, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney

1