IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: May 25, 2012 @ 10:00 a.m.** |
| Debtors. | : | **Objection Deadline: May 17, 2012 @ 4:00 p.m.** |

## UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER CONVERTING OR DISMISSING THE CHAPTER 11 CASES

**PLEASE TAKE NOTICE** that on April 23, 2012, Roberta A. DeAngelis, the United States Trustee for Region Three, filed the accompanying Motion for Entry of an Order Converting or Dismissing the Chapter 11 Cases ("Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held no later than **May 25, 2012 at 10:00 a.m.**, before the Honorable Kevin Gross, Chief Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Court Room #3, 6th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. on May 17, 2012.**

                                                      **ROBERTA A. DEANGELIS**
                                                      **UNITED STATES TRUSTEE**

                                                      **By:** /s/Richard L. Schepacarter
                                                      Richard L. Schepacarter, Esquire
                                                      Trial Attorney
                                                      U. S. Department of Justice
                                                      Office of the U. S. Trustee
                                                      J. Caleb Boggs Federal Building
                                                      844 King Street, Suite 2207, Lockbox 35
                                                      Wilmington, DE 19801
                                                      (302) 573-6491
Dated: April 23, 2012                            (302) 573-6497 (Fax)