IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SN LIQUIDATION, INC., et al., | : Case No. 07-11666 (KG) |
| f/k/a InPhonic, Inc., et al., | : (Jointly Administered) |
| | : |
| Debtors. | : |

## CERTIFICATION OF NO CLAIM ACTIVITY

I, Lorraine Moskowitz, state as follows:

1. I am over eighteen years of age and am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors in the above captioned cases, with a business address at 875 Third Avenue, New York NY 10022.

2. I certify that during the quarters ending December 2011 and March 2012, there has been no claim activity in the above captioned cases.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

DATED: April 26, 2012

*Lorraine Moskowitz*
Lorraine Moskowitz