**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| SN LIQUIDATION, INC., *et al.*, | ) Case No. 07-11666 (KG) ) |
| Debtors. | ) Jointly Administered ) |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MAY 25, 2012 AT 10:00 A.M. (EASTERN TIME)

<u>THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT</u>

<u>CONTINUED MATTERS</u>:

1. United States Trustee's Motion for Entry of an Order Converting or Dismissing the Chapter 11 Cases [Docket No. 905, Filed on 4/23/2012]

    Response Deadline:   May 25, 2012 at 4:00 p.m.

    Responses Received:  None

    Status:   This matter has been continued by agreement of the parties to June 18, 2012 at 3:00 p.m.

Dated: May 22, 2012
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY
BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193

*Counsel to the Liquidating Trustee*

PHIL1 2116423-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SN LIQUIDATION, INC., *et al.*, | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATION OF SERVICE

I, Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on this 22nd day of May 2012, I served a copy of the **Notice of Agenda for Matters Scheduled for Hearing on May 25, 2012** upon the parties listed on the attached Service List via First Class Mail.

    */s/ Domenic E. Pacitti*
Domenic E. Pacitti, Esquire (DE Bar No. 3989)

PHIL1 2116423-1

**SERVICE LIST**

Richard L. Schepacarter, Esquire
U. S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Anup Sathy, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

PHIL1 2116423-1