IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, 1 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: June 18, 2012 at 3:00 p.m. ET** |
| | ) **Objection Deadline: June 11, 2012 at 4:00 p.m. ET** |

## NOTICE OF MOTION FOR ENTRY OF FINAL DECREE

**PLEASE TAKE NOTICE THAT** on May 24, 2012, Morton Branzburg, the liquidating trustee ("Liquidating Trustee") of SN Liquidation, Inc. *et al.* (collectively, the "Debtors") under the confirmed chapter 11 plan in the above captioned cases filed the *Motion for Entry of Final Decree* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), any objections or responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, DE 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. prevailing Eastern Time on June 11, 2012**, or such shorter time as the Court may hereafter order and of which you may receive subsequent notice (the "Objection Deadline").

---

1   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

**PLEASE TAKE FURTHER NOTICE THAT** if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Kevin Gross at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **June 18, 2012 at 3:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 24, 2012
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
919 Market Street
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

*Counsel to the Litigation Trustee*