# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SN LIQUIDATION, INC., *et al.*, 1 | ) Case No. 07-11666 (KG) |
|  | ) |
| Debtor. | ) Jointly Administered |

## FINAL DECREE CLOSING CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[2] of the Liquidating Trustee for an order closing these Chapter 11 cases pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1; and it appearing that the Debtors' estates have been fully administered; and it appearing that notice of the Motion was adequate and proper, and no further notice of the Motion is required; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED, that the Motion is GRANTED.

ORDERED, the above-captioned jointly administered cases are hereby closed.

ORDERED, that the Litigation Trustee is discharged of any and all duties under the Plan and the Litigation Trust.

ORDRED, that nothing in this Order shall prejudice the Reorganized Debtors' or any other parties' rights to reopen the chapter 11 cases for cause as set forth in Bankruptcy Code section 350(b).

---

1    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

2    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

ORDERED, that this order shall be effective immediately.

Dated: _____, 2012
Wilmington, Delaware

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

2