IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SN LIQUIDATION, INC.,** *et al.*, | : | Bankruptcy No. 07-11666(KG) |
| | : | Jointly Administered |
| | : | **Hearing Date: June 18, 2012 @ 3:00 p.m.** |
| Debtors. | : | **Objection Deadline: June 11, 2012 @ 4:00 p.m.** |

## CERTIFICATE OF SERVICE

I certify that on June 1, 2012, I caused to be served a copy of the United States Trustee's Objection to Motion for Entry of Final Decree (D. I. 908) ("Motion") via first class United States Mail (postage prepaid) and/or email to the following person(s) listed below:

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: nglassman@bayardlaw.com

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: rbrady@ycst.com

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Email: thomas.califano@dlapiper.com

Anup Sathy, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
Email: anup.sathy@kirkland.com

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com

Domenic E. Pacitti, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801
Email: dpacitti@klher.com

/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney