# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, [1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |

## OFFICE OF THE UNITED STATES TRUSTEE-REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009

Dated: June 12, 2012  
Wilmington, Delaware

KLEHR HARRISON HARVEY BRANZBURG LLP

By: */s/ Domenic E. Pacitti*
   Domenic E. Pacitti (DE Bar No. 3989)
   919 N. Market Street, Suite 1000
   Wilmington, DE 19801-3062
   Telephone: (302) 426-1189
   Facsimile: (302) 426-9193

   *Counsel for the Litigation Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 2172718-1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

Debtor's Name: __SN Liquidation, Inc., et al.__     Bank: __n/a__

Bankruptcy Number: __07-11666 (KG)__     Account Number: __n/a__

Date of Confirmation: __October 22, 2008__     Account Type: __n/a__

Reporting Period (month/year): __October 1, 2009 – December 31, 2009[2]__

| | | | |
|---|---|---|---|
| Beginning Cash Balance: | | $ 0.00 | |
| All receipts received by the debtor: | | | |
| Cash Sales: | $ 0.00 | | |
| Collection of Accounts Receivable: | $ 0.00 | | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | | |
| Sale of Debtor's Assets: | $ 0.00 | | |
| Other cash received: | $ 129,565.03 | | |
| Total of cash received: | $ 0.00 | | |
| Total of cash available: | | $ 129,565.03 | |
| Disbursements made under the plan, Excluding the administrative claims of bankruptcy professionals | $ 0.00 | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | $ 0.00 | | |
| All other disbursements made in the ordinary course: | $ 129,565.03 | | |
| Total Disbursements: | | $ 129,565.03 | |
| Ending Cash Balance: | | $ 0.00 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 12, 2012     By: ___/s/ Morton R. Branzburg___
                              Morton R. Branzburg, Litigation Trustee

---

[2] All receipts and disbursements were made through SN Liquidation, Inc., Case No. 07-11666 (KG). There were no receipts or disbursements in any of the other jointly administered cases.

PHIL1 2172718-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, 3 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on this 12th day of June, 2012, I caused a copy of the foregoing *Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report for the Period October 1, 2009 through December 31, 2009* to be served on the party listed below via hand delivery.

> Richard L. Schepacarter, Esquire
> U. S. Department of Justice
> Office of the U.S. Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Room 2207
> Wilmington, DE 19801

> /s/ Domenic E. Pacitti
> Domenic E. Pacitti (DE Bar No. 3989)

---

3   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 2172718-1