# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, [1] | ) Case No. 07-11666 (KG) |
| Debtor. | ) Jointly Administered |

## OFFICE OF THE UNITED STATES TRUSTEE-REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD APRIL 1, 2010 THROUGH JUNE 30, 2010

Dated: June 12, 2012
Wilmington, Delaware

KLEHR HARRISON HARVEY BRANZBURG LLP

By: */s/ Domenic E. Pacitti*
    Domenic E. Pacitti (DE Bar No. 3989)
    919 N. Market Street, Suite 1000
    Wilmington, DE 19801-3062
    Telephone: (302) 426-1189
    Facsimile: (302) 426-9193

    *Counsel for the Litigation Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 2172834-1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: __SN Liquidation, Inc., et al.__       Bank: ___n/a___

Bankruptcy Number: __07-11666 (KG)__       Account Number: ___n/a___

Date of Confirmation: __October 22, 2008__       Account Type: ___n/a___

Reporting Period (month/year): __April 1, 2010 – June 30, 2010__

| | | | |
|---|---|---|---|
| Beginning Cash Balance: | | $ | 0.00 |
| All receipts received by the debtor: | | | |
| Cash Sales: | $ 0.00 | | |
| Collection of Accounts Receivable: | $ 0.00 | | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | | |
| Sale of Debtor's Assets: | $ 0.00 | | |
| Other cash received: | $ 0.00 | | |
| Total of cash received: | $ 0.00 | | |
| Total of cash available: | | $ | 0.00 |
| Disbursements made under the plan, Excluding the administrative claims of bankruptcy professionals | $ 0.00 | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | $ 0.00 | | |
| All other disbursements made in the ordinary course: | $ 0.00 | | |
| Total Disbursements: | | $ | 0.00 |
| Ending Cash Balance: | | $ | 0.00 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 12, 2012       By: ___/s/ Morton R. Branzburg___
                                                Morton R. Branzburg, Litigation Trustee

PHIL1 2172834-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, 2 | ) Case No. 07-11666 (KG) |
| Debtor. | ) Jointly Administered |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on this 12th day of June, 2012, I caused a copy of the foregoing *Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report for the Period April 1, 2010 through June 30, 2010* to be served on the party listed below via hand delivery.

Richard L. Schepacarter, Esquire
U. S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)

---

2    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).