# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

## OFFICE OF THE UNITED STATES TRUSTEE-REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD JANUARY 1, 2011 THROUGH MARCH 31, 2011

Dated: June 12, 2012
Wilmington, Delaware

KLEHR HARRISON HARVEY BRANZBURG LLP

By: */s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

*Counsel for the Litigation Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: _SN Liquidation, Inc., et al._   Bank: ___n/a___

Bankruptcy Number: _07-11666 (KG)_   Account Number: ___n/a___

Date of Confirmation: _October 22, 2008_   Account Type: ___n/a___

Reporting Period (month/year): January 1, 2011 – March 31, 2011

| | | |
|---|---|---|
| Beginning Cash Balance: | | $ 0.00 |
| All receipts received by the debtor: | | |
| Cash Sales: | $ 0.00 | |
| Collection of Accounts Receivable: | $ 0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | |
| Sale of Debtor's Assets: | $ 0.00 | |
| Other cash received: | $ 0.00 | |
| Total of cash received: | $ 0.00 | |
| Total of cash available: | | $ 0.00 |
| Disbursements made under the plan, Excluding the administrative claims of bankruptcy professionals | $ 0.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | $ 0.00 | |
| All other disbursements made in the ordinary course: | $ 0.00 | |
| Total Disbursements: | | $ 0.00 |
| Ending Cash Balance: | | $ 0.00 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 12, 2012   By: ____/s/ Morton R. Branzburg____
                              Morton R. Branzburg, Litigation Trustee

PHIL1 2172853-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, 2 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on this 12th day of June, 2012, I caused a copy of the foregoing *Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report for the Period January 1, 2011 through March 31, 2011* to be served on the party listed below via hand delivery.

Richard L. Schepacarter, Esquire
U. S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

/s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)

---

2   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).