# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

## OFFICE OF THE UNITED STATES TRUSTEE-REGION 3
## POST CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

Dated: June 12, 2012  
Wilmington, Delaware

KLEHR HARRISON HARVEY BRANZBURG LLP

By: /s/ *Domenic E. Pacitti*
    Domenic E. Pacitti (DE Bar No. 3989)
    919 N. Market Street, Suite 1000
    Wilmington, DE 19801-3062
    Telephone: (302) 426-1189
    Facsimile: (302) 426-9193

    *Counsel for the Litigation Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: __SN Liquidation, Inc., et al.__          Bank: ___n/a___

Bankruptcy Number: __07-11666 (KG)___          Account Number: ___n/a___

Date of Confirmation: __October 22, 2008___          Account Type: ___n/a___

Reporting Period (month/year): July 1, 2011 – September 30, 2011[2]

| | | |
|---|---|---|
| Beginning Cash Balance: | | $ 92,816.64 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ 0.00 | |
| Collection of Accounts Receivable: | $ 0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | |
| Sale of Debtor's Assets: | $ 0.00 | |
| Other cash received: | $ 0.00 | |
| Total of cash received: | $ 0.00 | |
| Total of cash available: | | $ 92,816.64 |
| Disbursements made under the plan, Excluding the administrative claims of bankruptcy professionals | $ 200.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | $ 0.00 | |
| All other disbursements made in the ordinary course: | $ 6,210.00 | |
| Total Disbursements: | | $ 6,410.00 |
| Ending Cash Balance: | | $ 86,406.64 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 12, 2012          By: ___/s/ Morton R. Branzburg___
                                                Morton R. Branzburg, Litigation Trustee

---

[2] All receipts and disbursements were made through SN Liquidation, Inc., Case No. 07-11666 (KG). There were no receipts or disbursements in any of the other jointly administered cases.

PHIL1 2172864-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*,3 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on this 12th day of June, 2012, I caused a copy of the foregoing *Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report for the Period July 1, 2011 through September 30, 2011* to be served on the party listed below via hand delivery.

> Richard L. Schepacarter, Esquire
> U. S. Department of Justice
> Office of the U.S. Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Room 2207
> Wilmington, DE 19801

> _/s/ Domenic E. Pacitti_
> Domenic E. Pacitti (DE Bar No. 3989)

---

3    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).