IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

**OFFICE OF THE UNITED STATES TRUSTEE-REGION 3
POST CONFIRMATION QUARTERLY SUMMARY REPORT
FOR THE PERIOD JANUARY 1, 2012 THROUGH MARCH 31, 2012**

Dated: June 12, 2012          KLEHR HARRISON HARVEY BRANZBURG LLP
Wilmington, Delaware

By:  */s/ Domenic E. Pacitti*
     Domenic E. Pacitti (DE Bar No. 3989)
     919 N. Market Street, Suite 1000
     Wilmington, DE 19801-3062
     Telephone: (302) 426-1189
     Facsimile: (302) 426-9193

     *Counsel for the Litigation Trustee*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 2172868-1


OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: __SN Liquidation, Inc., et al.__    Bank: __n/a__

Bankruptcy Number: __07-11666 (KG)__    Account Number: __n/a__

Date of Confirmation: __October 22, 2008__    Account Type: __n/a__

Reporting Period (month/year): __January 1, 2012 – March 31, 20122__

| | | |
|---|---|---|
| Beginning Cash Balance: | | $ __86,406.64__ |
| All receipts received by the debtor: | | |
| Cash Sales: | $ __0.00__ | |
| Collection of Accounts Receivable: | $ __0.00__ | |
| Proceeds from Litigation (settlement or otherwise): | $ __0.00__ | |
| Sale of Debtor's Assets: | $ __0.00__ | |
| Total of cash received: | $ __0.00__ | |
| Total of cash available: | | $ __86,406.64__ |
| Disbursements made under the plan, Excluding the administrative claims of bankruptcy professionals | $ __0.00__ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | $ __0.00__ | |
| All other disbursements made in the ordinary course: | $ __4,937.40__ | |
| Total Disbursements: | | $ __4,937.40__ |
| Ending Cash Balance: | | $ __81,469.24__ |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 12, 2012    By: __/s/ Morton R. Branzburg__
                              Morton R. Branzburg, Litigation Trustee

---

2    All receipts and disbursements were made through SN Liquidation, Inc., Case No. 07-11666 (KG). There were no receipts or disbursements in any of the other jointly administered cases.

PHIL1 2172868-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, 3 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on this 12th day of June, 2012, I caused a copy of the foregoing *Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report for the Period January 1, 2012 through March 31, 2012* to be served on the party listed below via hand delivery.

> Richard L. Schepacarter, Esquire
> U. S. Department of Justice
> Office of the U.S. Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Room 2207
> Wilmington, DE 19801

> /s/ Domenic E. Pacitti
> Domenic E. Pacitti (DE Bar No. 3989)

---

3    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).