# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, [1] | ) Case No. 07-11666 (KG) |
| Debtor. | ) Jointly Administered |

## FINAL REPORT IN CHAPTER 11 CASES

To the best of my knowledge, information, and belief, the following is a breakdown of the results in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

## BACKGROUND

1. On November 8, 2007 (the "Petition Date"), the Debtors each filed voluntary petitions with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of 11 U.S.C Sections 101 *et seq.* (as amended, the "Bankruptcy Code").

2. On December 13, 2007, this Court entered an order approving the sale of substantially all of the Debtors' assets to Simplexity, LLC.

3. On August 11, 2008, the Debtors filed the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.* (the "Plan").

4. On October 22, 2008, this Court entered the Order and Findings of Fact, Conclusions Of Law, Confirming the Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 2188261-1

5.  On March 31, 2009, the Debtors filed the Notice of Entry of Order Confirming Second Amended Joint Plan of Liquidation of SN Liquidation, Inc., *et al.*, Proposed by the Debtors in Possession and the Official Committee of Unsecured Creditors dated August 11, 2008 and Occurrence of the Effective Date (the "Notice"). Pursuant to the Notice and the Plan, the Effective Date of the Plan was March 30, 2009.

6.  The Liquidating Trustee was appointed pursuant to the Plan solely to investigate potential causes of action and, if appropriate, commence and prosecute such causes of action.

7.  After the investigation and review of potential causes of action and after consultation with the major constituents, including the Trust Oversight Committee appointed under the Plan, the Liquidating Trustee chose not to pursue the potential causes of action.

8.  On May 24, 2012, the Liquidating Trustee filed the Motion for Entry of Final Decree [Docket No. 908] (the "Motion for Final Decree"), which is scheduled to be heard on June 18, 2012.

## FEES AND EXPENSES / DISTRIBUTIONS

9.  All required fees due under 28 U.S.C. §1930 have been paid or will be paid current as of the hearing date on the Motion for Final Decree and any further fees that come due will be paid promptly after they become due.

10. The fees and expenses awarded to and paid to retained estate professionals in the cases prior to the Effective Date were paid by the Debtors. The fees and expenses of the Liquidating Trustee post-Effective Date is set forth in detail on the attached Exhibit A.

11. All distributions to be made and which could be made under the Plan have been made as of the date hereof and are set forth on the attached Exhibit B.

12. A Quarterly Summary Report for the period April 1, 2012 through June 30, 2012 is attached hereto as Exhibit C.

Date: June 12, 2012

/s/ Morton R. Branzburg
Name: Morton R. Branzburg
Title: Liquidating Trustee

**EXHIBIT A**

Klehr Harrison Harvey Branzburg LLP

| Bill # | Date | Fees Billed | Costs Billed | Total Billed |
|---|---|---|---|---|
| 231082 | 8/31/2009 | $95,020.25 | $149.06 | $95,169.31 |
| 232224 | 9/29/2009 | $33,504.00 | $891.72 | $34,395.72 |
| 238520 | 1/29/2010 | $245,952.25 | $9,885.66 | $255,837.91 |
| 244723 | 5/31/2010 | $0.00 | $0.00 | $0.00 |
| 253274 | 11/18/2010 | $13,761.50 | $1,924.90 | $15,686.40 |
|  | TOTAL | $388,238.00 | $12,851.34 | $401,089.34 |

**EXHIBIT B**

PHIL1 2188261-1

| DeemNbr | CaseNbr | CaseName | CRDName | OwnerMailingLabel | Priority | Check No |
|---|---|---|---|---|---|---|
| 1298 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | NEW YORK STATE DEPT OF TAXATION & FINANCE | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 91,400.62 | 101 |
| 4 | 07-11669-KG | SimIPC Acquisition Corp. | INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>31 HOPKINS PLZ<br>RM 1150<br>BALTIMORE, MD 21201 | 41,919.83 | 102 |
| 1248 | 07-11666-KG | InPhonic, Inc. | NEW YORK STATE DEPT OF TAXATION & FINANCE | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 19,319.94 | 104 |
| 1106 | 07-11666-KG | InPhonic, Inc. | OHIO DEPARTMENT OF TAXATION | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>ATTN REBECCA L DAUM<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 11,034.50 | 106 |
| 948 | 07-11666-KG | InPhonic, Inc. | MCMILLAN, BRIAN | MCMILLAN, BRIAN<br>10302 BRITTENFORD DRIVE<br>VIENNA, VA 22182 | 10,950.00 | 107 |
| 284 | 07-11666-KG | InPhonic, Inc. | MARINARO, STEVEN C | MARINARO, STEVEN C<br>8463 CLOVER LEAF DR<br>MCLEAN, VA 22102 | 9,505.48 | 110 |
| 57 | 07-11666-KG | InPhonic, Inc. | TIEDEMANN, GARY | TIEDEMANN, GARY<br>8558 WYNGATE MANOR CT<br>ALEXANDRIA, VA 22309 | 7,203.02 | 111 |
| 1563 | 07-11666-KG | InPhonic, Inc. | MICHIGAN, STATE OF | MICHIGAN, STATE OF<br>DEPARTMENT OF TREASURY<br>DEBORAH WALDMEIR<br>CADILLAC PLACE<br>3030 W GRAND BLVD, SUITE 10-200<br>DETROIT, MI 48202 | 6,699.42 | 113 |
| 31 | 07-11666-KG | InPhonic, Inc. | DOWELL, MATTHEW R | DOWELL, MATTHEW R<br>2104 SUGARLOAF CT<br>HERNDON, VA 20170 | 5,862.22 | 114 |
| 68 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | PENNSYLVANIA DEPARTMENT OF REVENUE | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 5,691.85 | 115 |
| 1018 | 07-11666-KG | InPhonic, Inc. | ROTHWELL, JEAN | ROTHWELL, JEAN<br>4952 MOONFALL WAY<br>COLUMBIA, MD 21044 | 4,488.00 | 116 |

| DocmNbr | CaseNbr | CaseName | CRDName | OwnerMailingLabel | Priority | Check No |
|---|---|---|---|---|---|---|
| 586 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | GEORGIA DEPARTMENT OF REVENUE | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION PO BOX 161108 BANKRUPTCY SECTION ATLANTA, GA 30321 | 3,634.44 | 117 |
| s1058 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | VIRGINIA DEPT OF TAXATION | VIRGINIA DEPT OF TAXATION PO BOX 26626 RICHMOND, VA 23261 | 3,311.24 | 118 |
| 74 | 07-11666-KG | InPhonic, Inc. | SWENSEN, DANIEL | SWENSEN, DANIEL 1225 CLEVELAND # 2 MISSOULA, MT 59801 | 3,150.00 | 119 |
| 705 | 07-11666-KG | InPhonic, Inc. | NEW JERSEY, STATE OF | NEW JERSEY, STATE OF DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 2,000.00 | 120 |
| 246 | 07-11666-KG | InPhonic, Inc. | MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE BANKRUPTCY UNIT PO BOX 9564 BOSTON, MA 02114-9564 | 1,833.89 | 121 |
| 1215 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | FLORIDA, STATE OF | FLORIDA, STATE OF DEPARTMENT OF REVENUE PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 1,641.12 | 122 |
| 42 | 07-11666-KG | InPhonic, Inc. | INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY 31 HOPKINS PLZ RM 1150 BALTIMORE, MD 21201 | 1,486.18 | 124 |
| 584 | 07-11666-KG | InPhonic, Inc. | EMPLOYMENT DEVELOPMENT DEPARTMENT | EMPLOYMENT DEVELOPMENT DEPARTMENT PO BOX 826880 BANKRUPTCY GROUP MIC 92E SACRAMENTO, CA 94280-0001 | 785.33 | 127 |
| 565 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | CONNECUTICUT DEPARTMENT OF REVENUE SERVICES | CONNECUTICUT DEPARTMENT OF REVENUE SERVICES BANKRUPTCY SECTION C & E DIVISION 25 SIGOURNEY ST HARTFORD, CT 06106-5032 | 570.00 | 128 |

| DocketNbr | CaseNbr | CaseName | CRDName | OwnerMailingLabel | Priority | CheckNo |
|---|---|---|---|---|---|---|
| 1519 | 07-11666-KG | InPhonic, Inc. | NEW YORK DEPARTMENT OF LABOR, STATE OF | NEW YORK DEPARTMENT OF LABOR, STATE OF UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W AVERALL HARRIMAN STATE OFFICE BUILDING CAMPUS BLDG 12  RM 256 ALBANY, NY  12240 | 252.99 | 130 |
| 1538 | 07-11666-KG | InPhonic, Inc. | DE LEON, JUAN MILTON | DE LEON, JUAN MILTON 10483 NORTON DR HOUSTON, TX  77043-2126 | 200.00 | 131 |
| 1586 | 07-11666-KG | InPhonic, Inc. | GOMES, LISA | GOMES, LISA 5310 WESTERN PLAINS AVE ABILENE, TX  79606 | 200.00 | 132 |
| 1526 | 07-11666-KG | InPhonic, Inc. | KING, GREGORY | KING, GREGORY 8700 WATER BUCKET AVE LAS VEGAS, NV  89143 | 200.00 | 133 |
| 1507 | 07-11666-KG | InPhonic, Inc. | LOSTUMBO, FEDRICO | LOSTUMBO, FEDRICO 183 DERBY RD MIDDLETOWN, NY  10940 | 200.00 | 134 |
| 1602 | | | BEISCHER, PETER J & GAIL A | BEISCHER, PETER J & GAIL A 233 SOUTH 675 WEST HEBRON, IN  46341 | 200.00 | 135 |
| 1520 | 07-11666-KG | InPhonic, Inc. | MITCHELL, AMELIA | MITCHELL, AMELIA 1908 SCOTT AVE NASHVILLE, TN  37206 | 200.00 | 136 |
| 1530 | 07-11666-KG | InPhonic, Inc. | LEDESMA, ANGELA L | LEDESMA, ANGELA L 1331 ULFINIAN WAY #1 MARTINEZ, CA  94553 | 180.00 | 137 |
| 1611 | | | PATEL, KALPESH | PATEL, KALPESH 8742 STONEHOUSE DR ELLICOTT CITY, MD  21043 | 120.00 | 140 |
| 25 | 07-11666-KG | InPhonic, Inc. | RST UNLIMITED INC DBA RST DISH PROS | RST UNLIMITED INC DBA RST DISH PROS PO BOX 10529 DAYTONA BEACH, FL  32120 | 110.00 | 141 |
| 702 | 07-11666-KG | InPhonic, Inc. | BERNARDIN, GENE | BERNARDIN, GENE 37 AUBURN WAY TORRINGTON, CT  06790 | 100.00 | 142 |
| 1547 | 07-11666-KG | InPhonic, Inc. | HUNTER, PETER A | HUNTER, PETER A 283 POPE RD CONCORD, MA  01742 | 100.00 | 143 |
| 1559 | 07-11666-KG | InPhonic, Inc. | O'STEEN, KRISTIA L | O'STEEN, KRISTIA L 7651 FOREST TRAIL PORT RICHEY, FL  34668 | 100.00 | 145 |
| 1523 | 07-11666-KG | InPhonic, Inc. | WANG, YINGYING | WANG, YINGYING 8139 WOODWARD DR WEST CHEST, OH  45069 | 100.00 | 146 |

| DocmNbr | CaseNbr | CaseName | CRDName | OwnerMailingLabel | Priority | CheckNo |
|---|---|---|---|---|---|---|
| s154 | 07-11666-KG | InPhonic, Inc. | FRANCHISE TAX BOARD | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257 | 94.08 | 147 |
| s165 | 07-11666-KG | InPhonic, Inc. | NY STATE DEPT. OF TAXATION AND FINANCE | NY STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | 89.19 | 148 |
| s153 | 07-11666-KG | InPhonic, Inc. | DEPARTMENT OF TAXATION | DEPARTMENT OF TAXATION<br>PO BOX 27264<br>RICHMOND, VA 23261 | 87.96 | 149 |
| s169 | 07-11666-KG | InPhonic, Inc. | WEST VIRGINIA DEPARTMENT OF REVENUE | WEST VIRGINIA DEPARTMENT OF REVENUE<br>STATE CAPITOL<br>BUILDING 1, W-300<br>CHARLESTON, WV 25305 | 78.00 | 150 |
| 730 | 07-11666-KG | InPhonic, Inc. | VIRGINIA DEPARTMENT OF TAXATION | VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SVCS<br>PO BOX 2156<br>BANKRUPTCY COUNSEL<br>RICHMOND, VA 23218-2156 | 77.74 | 151 |
| 1497 | 07-11666-KG | InPhonic, Inc. | JELDERKS, CHARLES T | JELDERKS, CHARLES T<br>8365 CEDAR CHASE DR<br>FOUNTAIN, CO 80817 | 75.00 | 152 |
| 1502 | 07-11666-KG | InPhonic, Inc. | JELDERKS, CHARLES T | JELDERKS, CHARLES T<br>8365 CEDAR CHASE DR<br>FOUNTAIN, CO 80817 | 50.00 | 155 |
| 1589 | 07-11666-KG | InPhonic, Inc. | ROPP, TRACY | ROPP, TRACY<br>106 CRESTBROOK CIR<br>SHELBY, NC 28152 | 50.00 | 156 |
| 1581 | 07-11666-KG | InPhonic, Inc. | VARSHAVSKY, MICHAEL | VARSHAVSKY, MICHAEL<br>4758 CALLE DE LUCIA<br>SAN JOSE, CA 95124-4848 | 50.00 | 157 |
| 1216 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | FLORIDA, STATE OF | FLORIDA, STATE OF<br>DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | 49.89 | 158 |
| s161 | 07-11666-KG | InPhonic, Inc. | MICHIGAN DEPT OF TREASURY | MICHIGAN DEPT OF TREASURY<br>DEPT 77003<br>DETROIT, MI 48277 | 41.41 | 159 |
| 1513 | 07-11666-KG | InPhonic, Inc. | FEASTER, M G | FEASTER, M G<br>204 DRIFTWOOD PL<br>JOSHUA, TX 76058 | 40.00 | 160 |
| s1057 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | VIRGINIA DEPT OF TAXATION | VIRGINIA DEPT OF TAXATION<br>PO BOX 26626<br>RICHMOND, VA 23261 | 28.85 | 161 |

| DeemNbr | CaseNbr | CaseName | CRDName | OwnerMailingLabel | Priority | Check No. |
|---|---|---|---|---|---|---|
| 245 | 07-11670-KG | SN Liquidation, Inc. f/k/a Star Number, Inc. | MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | 18.05 | 162 |
| 67 | 07-11666-KG | InPhonic, Inc. | CALIFORNIA, STATE OF | CALIFORNIA, STATE OF<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | not written |
| | | | | | 235,580.24 | |

# EXHIBIT C

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: SN Liquidation, Inc., et al.        Bank: n/a

Bankruptcy Number: 07-11666 (KG)        Account Number: n/a

Date of Confirmation: October 22, 2008        Account Type: n/a

Reporting Period (month/year): April 1, 2012 – June 30, 2012[1]

|  |  |  |
|---|---|---|
| Beginning Cash Balance: |  | $ 86,406.64 |
| All receipts received by the debtor: |  |  |
| Cash Sales: | $ 0.00 |  |
| Collection of Accounts Receivable: | $ 0.00 |  |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |  |
| Sale of Debtor's Assets: | $ 0.00 |  |
| Total of cash received: | $ 0.00 |  |
| Total of cash available: |  | $ 86,406.64 |
| Disbursements made under the plan, Excluding the administrative claims of bankruptcy professionals | $ 0.00 |  |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | $ 0.00 |  |
| All other disbursements made in the ordinary course: | $ 86,406.64 |  |
| Total Disbursements: |  | $ 86,406.64 |
| Ending Cash Balance: |  | $ 0.00 |

---

[1] All receipts and disbursements were made through SN Liquidation, Inc., Case No. 07-11666 (KG). There were no receipts or disbursements in any of the other jointly administered cases.

PHIL1 2188261-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, 3 | ) Case No. 07-11666 (KG) |
| | ) |
| Debtor. | ) Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Domenic E. Pacitti, hereby certify that on this 12th day of June, 2012, I caused a copy of the foregoing *Final Report in Chapter 11 Cases* to be served on the party listed below via hand delivery.

Richard L. Schepacarter, Esquire
U. S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

_/s/ Domenic E. Pacitti_
Domenic E. Pacitti (DE Bar No. 3989)

---

3   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

PHIL1 2188261-1