# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SN LIQUIDATION, INC., *et al.*,[1] | ) Case No. 07-11666 (KG) |
| Debtor. | ) Jointly Administered |
|  | ) Related to Docket No. 908 |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 908

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for Final Decree* [Docket No. 908] (the "Motion") filed on May 24, 2012, other than *United States Trustee's Objection to Motion For Entry of Final Decree* (D. I. 908) [Docket No. 909] (the "UST Objection") filed on June 1, 2012

The undersigned further certifies that pursuant to the Notice filed with the Motion objections to the Motion were to be filed and served no later than June 11, 2012 at 4:00 p.m. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon other than the UST Objection.

The undersigned further certifies that the Litigation Trustee has resolved the UST Objection and has incorporated the resolution in a revised proposed Order on the Motion (the "Revised Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

The undersigned further certifies that copy of the Revised Order is annexed hereto as Exhibit A. A blacklined version indicating the changes between the original proposed order submitted with the Motion and the Revised Order is annexed hereto as Exhibit B.

The undersigned further certifies that the Office of the United States Trustee has agreed to the form and entry of the Revised Order.

WHEREFORE, the Litigation Trustee respectfully requests that this Court enter the proposed Revised Order granting the Motion annexed hereto as Exhibit A at its earliest convenience.

| | |
|---|---|
| Dated: June 14, 2012<br>Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone:   (302) 426-1189<br>Facsimile:    (302) 426-9193<br><br>*Counsel to the Litigation Trustee* |