# EXHIBIT A
(Revised Order)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SN LIQUIDATION, INC., *et al.*, 1 | ) Case No. 07-11666 (KG) |
| | ) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |

### ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[2] of the Liquidating Trustee for

an order closing these Chapter 11 cases pursuant to section 350(a) of the Bankruptcy

Code, Bankruptcy Rule 3022 and Local Rule 5009-1; and it appearing that the Debtors'

estates have been fully administered; and it appearing that notice of the Motion was

adequate and proper, and no further notice of the Motion is required; and the Court

having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED as follows:

1.     The Motion is GRANTED.

2.     The United States Trustee's Motion to Convert Chapter 11 Case to a Case

Under Chapter 7. (D. I. 905) and Objection to the Liquidating Trustee's Motion for Entry

of Final Decree (D. I. 910) are resolved pursuant to the terms of this Order.

---

1       The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC
Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON
Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

2  All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the
Motion.

3.      The Liquidating Trustee shall make any remaining final distribution payments and pay any remaining outstanding professional fees and expenses for pre and post-confirmation services.

4.      The above captioned cases shall be closed and final decreed, as provided for in Del. Bankr. LR 5009-1(b), effective upon entry of this Order.

5.      The Liquidating Trustee shall pay any and all outstanding fees pursuant to 28 U.S.C. § 1930(a)(6) ("U. S. Trustee Fees") within fifteen (15) days of the date of this Order.

6.      Upon entry of this Order and payment of the U.S. Trustee Fees, the Litigation Trustee is discharged of any and all duties under the Plan and the Litigation Trust and the Litigation Trust shall be deemed terminated.

7.      In the event that The Liquidating Trustee fails to timely pay the U. S. Trustee Fees as set forth herein, the U. S. Trustee reserves the right to reopen this case pursuant to 11 U.S.C. § 350.

8.      This Court shall retain jurisdiction to enforce the terms of this Order and adjudicate any disputes that arise under or in connection with the Order.

9.      This Order shall be effective immediately.

Dated: _____, 2012        _____
Wilmington, Delaware                             The Honorable Kevin Gross
                                                              Chief United States Bankruptcy Judge