**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SN LIQUIDATION, INC., *et al.*, [1] | ) | Case No. 07-11666 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 18, 2012 AT 3:00 P.M. (EASTERN TIME)

CONTESTED MATTERS GOING FORWARD:

1.  United States Trustee's Motion for Entry of an Order Converting or Dismissing the Chapter 11 Cases [Docket No. 905, Filed on 4/23/2012]

    Response Deadline:   May 25, 2012 at 4:00 p.m.

    Responses Received:  Informal response was raised by the Liquidating Trustee.

    Status:   This matter has been resolved by the proposed revised order submitted with the Certification of Counsel filed under Agenda Item 2 below. This matter will go forward unless otherwise directed by the Court.

2.  Motion for Final Decree [Docket No. 908, Filed on 5/24/2012]

    Related Documents:

    A.   Certification of Counsel Regarding Docket No. 908 [Docket No. 923, Filed on 6/14/2012]

    Response Deadline:   June 11, 2012 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are SN Liquidation, Inc. (9384); CAIS Acquisition, LLC (6257); SimIPC Acquisition Corp. (4924); Star Number, Inc. (5549); Mobile Technology Services, LLC (1426); FON Acquisition, LLC (2807); 1010 Interactive, LLC (5391).

2

Responses Received:

    A.    United States Trustee's Objection to Motion For Entry of Final Decree (D. I. 908) [Docket No. 909, Filed on 6/1/2012]

Status:    This matter has been resolved. A Certification of Counsel with an agreed revised proposed form of order that incorporates the resolution has been filed with the Court. This matter will go forward unless otherwise directed by the Court.

Dated: June 14, 2012  
Wilmington, Delaware

    */s/ Domenic E. Pacitti*  
    Domenic E. Pacitti (DE Bar No. 3989)  
    **KLEHR HARRISON HARVEY BRANZBURG LLP**  
    919 N. Market Street, Suite 1000  
    Wilmington, Delaware 19801-3062  
    Telephone:  (302) 426-1189  
    Facsimile:  (302) 426-9193

    *Counsel to the Liquidating Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SN LIQUIDATION, INC., *et al.*, | ) Case No. 07-11666 (KG) |
| Debtors. | ) Jointly Administered |

## CERTIFICATION OF SERVICE

I, Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on this 14th day of June 2012, I served a copy of the **Notice of Agenda for Matters Scheduled for Hearing on June 18, 2012 at 3:00 p.m.** upon the parties listed on the attached service list via First Class Mail.

 */s/ Domenic E. Pacitti*
Domenic E. Pacitti, Esquire (DE Bar No. 3989)

PHIL1 2188782-1

**SERVICE LIST**

Richard L. Schepacarter, Esquire
U. S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Anup Sathy, Esquire
Andrea L. Johnson, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801