# UNITED STATES BANKRUPTCY COURT

FOR THE _____ District Of _____DELAWARE_____

In re __SN LIQUIDATION INC. et al__ )
                                          ) Case No. __07-11666 (KG)__
                                          )
                                          ) Chapter __11__

## NOTICE OF CHANGE OF ADDRESS
## AND DEMAND FOR INSTRUCTIONS
## FOR DELIVERY OF OLD NOTES

*************************************************************

THE NEW & CURRENT ADDRESS OF VINCENT RHYNES IS 513 W. 159TH GARDENA CALIF. 90248

THE OLD ADDRESS 1514 W. MANCHESTER AVE. #5 LOS ANGELES CALIF. 90047 HAS BEEN VACATED AND SHOULD NOT BE USED TO PROVIDE NOTICE ETC.

NOTE: ACCOUNT NUMBER ATTACH HERETO FOR THE PURPOSE RULE 3021 OF THE BANKRUPTCY CODE.

DATE: 08-31-2012

                                            _/s/ Vincent E. Rhynes_
                                            VINCENT E. RHYNES
                                            513 W. 159TH STREET
                                            GARDENA CALIF. 90248

Statement for the Period June 1, 2012 to June 30, 2012
VINCENT RHYNES - Individual
Account Number: ****3390

# Account Overview

## UnionBanc Investment Services

### CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $1,896.97 | $1,378.31 |
| Securities Transfers | $0.00 | ($34.00) |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $0.00 | $19.47 |
| Taxes, Fees and Expenses | $0.00 | ($35.00) |
| Other Activity | $0.00 | $876.66 |
| Change in Investment Value | $217.30 | ($91.17) |
| ENDING VALUE (AS OF 06/30/12) | $2,114.27 | $2,114.27 |

*Refer to Miscellaneous Features for more information on Change in Investment Value.*

### INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $0.00 | $19.47 |
| TOTAL TAXABLE | $0.00 | $19.47 |
| TOTAL INCOME | $0.00 | $19.47 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the following year.*

### TAXES, FEES AND EXPENSES

| | Current Period | Year-to-Date |
|---|---|---|
| Account Fees | $0.00 | ($35.00) |
| TOTAL TAXES, FEES AND EXPENSES | $0.00 | ($35.00) |

### ACCOUNT ALLOCATION

**Equity 100.0%**



| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Equity | 100.0% | $1,896.97 | $2,114.27 |
| TOTAL | 100.0% | $1,896.97 | $2,114.27 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Funds (ETFs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*




NUMBER IN-0935



INPHONIC, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

COMMON STOCK
PAR VALUE $.01

SHARES 10000

CUSIP 457726 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

UTC-0235-T74J000030
VIJCENT RHYNES
5411 W WINCHESTER AVE APT 5
LOS ANGELES CA 90043

is the owner of

*** TEN THOUSAND ***

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF

INPHONIC, INC. (hereinafter called the "Corporation") transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Delaware and to the Certificate of Incorporation and the By-Laws of the Corporation, as now or hereafter amended. This certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:



[signature]
SECRETARY

[signature]
CHAIRMAN OF THE BOARD AND CHIEF EXECUTIVE OFFICER

COUNTERSIGNED AND REGISTERED:
AMERICAN STOCK TRANSFER & TRUST COMPANY
TRANSFER AGENT AND REGISTRAR

BY 
AUTHORIZED SIGNATURE

AMERICAN BANK NOTE COMPANY