# UNITED STATES BANKRUPTCY COURT

FOR THE  **DISTRICT OF**  DELAWARE

In re SN LIQUIDATION, INC.  **Case NO.**  07-11666(KG)
et al

**Chapter** 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, Vincent Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 09-03-2012, I caused to be served a true and correct Copy of the Notice of change & Demand To Be Sent by first class mail upon the parties Listed in Exhibit A attach hereto.

Date: 09-03-2012

Vincent Rhynes(310)329-4254
513 W. 159th Street Gardena CALIF,90248

# EXHIBIT A

Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801-3062
ATTN: Domenic Pacitti

Adeptio INPC Funding, LLC
C/o Versa Capital Management, INC.
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
ATTN: Paul Halpern

United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035