## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SN LIQUIDATION, INC., et al., | : | Case No. 07-11666 (KG) |
| f/k/a InPhonic, Inc., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATION OF NO CLAIM ACTIVITY

I, Myrtle H. John, state as follows:

1.    I am over eighteen years of age and am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors in the above captioned cases. My business address at 300 N. Continental Blvd., Ste 570, El Segundo, CA 90245.

2.    I certify that during the quarter ending December 31, 2012, there has been no claim activity in the above captioned cases.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

DATED: January 3, 2013

_____
Myrtle H. John