# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 9/29/2016 |
| Case: 07−11666−KG | Form ID: ntcBK | Total: 10 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Daniel A. O'Brien | daobrien@venable.com |
| aty | Domenic E. Pacitti | dpacitti@klehr.com |
| aty | Eric Michael Sutty | ems@elliottgreenleaf.com |
| aty | GianClaudio Finizio | |
| aty | Jamie Lynne Edmonson | jledmonson@venable.com |
| aty | Margaret M. Manning | mmanning@klehr.com |
| aty | Mary E. Augustine | maugustine@bglawde.com |
| aty | Neil B. Glassman | bankserve@bayardlaw.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | SN Liquidation, Inc. et., al., | 1010 Wisconsin Avenue NW | Suite 600 | Washington, DC 20007 |

TOTAL: 1